John G. Balestriere
Jillian L. McNeil
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:	(212) 374-5401
Facsimile:	(212) 208-2613
john.balestriere@balestrierefariello.com
jillian.mcneil@balestrierefariello.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN,** and **STEPHANIE CALDWELL,**<br><br>　　　　　　　　　Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC,** and the **DOE COMPANY.**<br><br>　　　　　　　　　Defendants. | Case No.: 1:17-cv-06404<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR A PROTECTIVE ORDER** |

**PLEASE TAKE NOTICE** that, upon the annexed Motion for a Protective Order, Complaint, RICO Case Statement, and upon all pleadings and proceedings heretofore had herein, Plaintiff will move this court in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on such a date and time to be determined by the Court, for Protective Order pursuant to N.Y. Civil Rights Law § 50-b.

Dated: New York, New York
November 2, 2017

                                                        By: */s/ John G. Balestriere*
                                                           John G. Balestriere
                                                           Jillian L. McNeil
                                                            **BALESTRIERE FARIELLO**
                                                           225 Broadway, 29th Floor
                                                           New York, New York 10007
                                                          Telephone:    (212) 374-5401
                                                          Facsimile:     (212) 208-2613
                                                          john.balestriere@balestrierefariello.com
                                                          jillian.mcneil@balestrierefariello.com
                                                          *Attorneys for Plaintiff*