UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL,

        Plaintiffs,

-against-

HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY.

        Defendants.

---

Case No.: 1:17-cv-06404

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE THAT** Douglas Grover, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Jennifer Powers. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, New York
       November 15, 2017

 

**SCHLAM STONE & DOLAN LLP**

By: /s/ Douglas Grover
Douglas Grover
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
dgrover@schlamstone.com

*Attorneys for Defendant Jennifer Powers*