UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
HILLARY LAWSON, KRISTINA HALLMAN,
and STEPHANIE CALDWELL,

                Plaintiffs,

-against-

HOWARD RUBIN, JENNIFER POWERS, YIFAT
SCHNUR, STEPHANIE SHON, JOHN DOE,
BLUE ICARUS, LLC, and the DOE COMPANY.

                Defendants.
-------------------------------------------------------------- x

Case No.: 1:17-cv-06404

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE THAT** Niall O'Murchadha, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Jennifer Powers. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, New York
           November 15, 2017

                                                  **SCHLAM STONE & DOLAN LLP**

                                                  By:  /s/ Niall O'Murchadha
                                                  Niall O'Murchadha
                                                  26 Broadway
                                                  New York, New York 10004
                                                  Telephone: (212) 344-5400
                                                  Facsimile: (212) 344-7677
                                                  nomurchadha@schlamstone.com

                                                  *Attorneys for Defendant Jennifer Powers*