UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
HILLARY LAWSON, KRISTINA HALLMAN, :
and STEPHANIE CALDWELL, :   Case No.: 1:17-cv-06404
:
Plaintiffs, :   **NOTICE OF APPEARANCE**
:
-against- :
:
HOWARD RUBIN, JENNIFER POWERS, YIFAT :
SCHNUR, STEPHANIE SHON, JOHN DOE, :
BLUE ICARUS, LLC, and the DOE COMPANY. :
:
Defendants. :

---------------------------------------------------------------- x

**PLEASE TAKE NOTICE THAT** Jolene LaVigne-Albert, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Jennifer Powers. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, New York
       November 15, 2017

**SCHLAM STONE & DOLAN LLP**

By:  /s/ Jolene LaVigne-Albert
Jolene LaVigne-Albert
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jlavignealbert@schlamstone.com

*Attorneys for Defendant Jennifer Powers*