UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HILLARY LAWSON, ET AL

CIVIL ACTION NO.: 1:17-CV-06404 BMC

vs

*Plaintiff*

HOWARD RUBIN, ET AL

*Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **11/9/2017** at **8:58 AM** at **524 East 87th Street, New York, NY 10128**

deponent served a(n) **Summons In a Civil Action, Civil Cover Sheet, Complaint, Jury Trial Demanded, Plaintiffs' Rico Case Statement,**

on **Jennifer Powers**,

by delivering thereat a true copy of each to **Stephen Powers (Husband)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **524 East 87th Street, New York, NY 10128**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **11/09/2017**

Description of Person Served:
Gender: Male
Skin: White
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
10th day of November, 2017

------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

------------------------------
Di Cong Jiang
License No. 1220800

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, ET AL | CIVIL ACTION NO.: 1:17-CV-06404 BMC |
| vs *Plaintiff* | |
| HOWARD RUBIN, ET AL | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **11/8/2017** at **7:51 PM** at **120 East End Avenue, Lobby, New York, NY 10028**

deponent served a(n) **Summons In a Civil Action, Civil Cover Sheet, Complaint, Jury Trial Demanded, Plaintiffs' Rico Case Statement**,

on **Howard Rubin**,

by delivering thereat a true copy of each to **William Alvarez (Doorman - refused server access to apartment)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **120 East End Avenue, Apt. 2A, New York, NY 10028**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **11/09/2017**

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other: Mustache, Beard

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
10th day of November, 2017

------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

------------------------------
Di Cong Jiang
License No. 1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HILLARY LAWSON, ET AL

CIVIL ACTION NO.: 1:17-CV-06404 BMC

*Plaintiff*

vs

HOWARD RUBIN, ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **11/8/2017** at **7:51 PM** at **120 East End Avenue, Lobby, New York, NY 10028**

deponent served a(n) **Summons In a Civil Action, Civil Cover Sheet, Complaint, Jury Trial Demanded, Plaintiffs' Rico Case Statement,**

on **The Doe Company c/o Howard Rubin**,

by delivering thereat a true copy of each to **William Alvarez (Doorman - refused server access to apartment)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **120 East End Avenue, Apt. 2A, New York, NY 10028**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **11/09/2017**

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other: Mustache, Beard

Sworn to before me this
10th day of November, 2017

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Di Cong Jiang
License No. 1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HILLARY LAWSON, ET AL

CIVIL ACTION NO.: 1:17-CV-06404 BMC

vs

*Plaintiff*

HOWARD RUBIN, ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Old Bridge, New Jersey

That on **11/8/2017** at **6:54 PM** at **22 Prescott Street, Edison, NJ 08817**

deponent served a(n) **Summons In a Civil Action, Civil Cover Sheet, Complaint, Jury Trial Demanded, Plaintiffs' Rico Case Statement,**

on **Yifat V. Schnur**,

by delivering thereat a true copy of each to **"John Doe" (Refused to Give First Name and Last Name) (Co-Tenant)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **22 Prescott Street, Edison, NJ 08817**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **11/09/2017**

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
13th day of November, 2017

-------------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

-------------------------------------
Andrew Cyle Botwinick
License No.2036194

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160