UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY, <br><br> Defendants. | Civil Action No. 1:17-cv-06404 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney is admitted or otherwise authorized to practice in this court and hereby appears as counsel on behalf of defendant YIFAT SCHNUR in the above-captioned matter.

**DUANE MORRIS LLP**

Dated: November 17, 2017

By: /s/ Eric R. Breslin
One Riverfront Plaza
1037 Raymond Blvd., Ste. 1800
Newark, NJ 07102-5429
Tel: (973) 424-2063
Fax: (973) 556-1552
Email: erbreslin@duanemorris.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2017 I served the foregoing Notice of Appearance by ECF on all counsel of record.

                                            /s/ Eric R. Breslin
                                            Eric R. Breslin