UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HILLARY LAWSON, KRISTINA HALLMAN
and STEPHANIE CALDWELL,

                      Plaintiffs,         Case No. 17 Civ. 6404

   -against-

HOWARD RUBIN, JENNIFER POWERS, YIFAT     **NOTICE OF APPEARANCE**
SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE
ICARUS, LLC and the DOE COMPANY,

                    Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Ronald C. Minkoff, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as co-counsel for defendant Yifat Schnur in the above-captioned proceeding.

Dated:  New York, New York
         November 17, 2017

                                         FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                         By:   /s/ Ronald C. Minkoff
                                                Ronald C. Minkoff
                                          488 Madison Ave., 10th Floor
                                          New York, New York 10022
                                          (212) 980-0120

                                          *Co-Counsel for Defendant Yifat Schnur*