# Frankfurt Kurnit Klein + Selz

**Ronald C. Minkoff**

488 Madison Avenue, New York, New York 10022

T (212) 705 4837   F (347) 438 2112

rminkoff@fkks.com

November 20, 2017

**VIA ECF**

The Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>Lawson, et al. v. Rubin, et al.</u>, 1:17-cv-06404

Dear Judge Cogan:

On Friday, November 17, 2017, we filed a Notice of Appearance in this matter on behalf of defendant Yifat Schnur, Esq. ("Ms. Schnur"). Ms. Schnur is also represented in this matter by Duane Morris LLP. Shortly after filing our Notice of Appearance, we learned we had a conflict of interest which required our withdrawal under N.Y. Rule of Prof'l Conduct 1.16(b)(1) ("the lawyer knows or reasonably should know that the representation will result in a violation of these Rules . . . ."). We have informed Ms. Schnur of this issue. Because this case is in its earliest stages, and because Ms. Schnur already is represented by co-counsel, we respectfully request that the Court permit our withdrawal pursuant to Local Rule 1.4. We sincerely regret any inconvenience this has caused.

If the Court has any questions or concerns, we are available for a telephone or in-person conference at a mutually convenient date and time.

                                    Respectfully submitted,

                                      Ronald C. Minkoff

cc:   All Counsel of Record (via ECF)
      Yifat Schnur, Esq.