UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL,<br><br>           Plaintiffs,<br><br>-against-<br><br>HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY,<br><br>           Defendants. | No. 17-CV-06404<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Dawn M. Wilson, an attorney admitted to practice in this Court, of the law firm Ganfer & Shore, LLP, is appearing in this action as counsel for Defendant Stephanie Shon.  Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated:  New York, New York
            November 20, 2017

                                        GANFER & SHORE, LLP

                                        By:   /s/ Dawn M. Wilson
                                              Dawn M. Wilson
                                        360 Lexington Avenue, 14th floor
                                        New York, New York  10017
                                        Telephone: (212) 922-9250
                                        Facsimile:  (212) 922-9335
                                        dwilson@ganfershore.com

                                        *Attorneys for Defendant Stephanie Shon*