UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL,<br><br>          Plaintiffs,<br><br>-against-<br><br>HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY,<br><br>          Defendants. | No. 17-CV-06404<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Mark A. Berman, an attorney admitted to practice in this Court, of the law firm Ganfer & Shore, LLP, is appearing in this action as counsel for Defendant Stephanie Shon. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, New York
    November 20, 2017

                   GANFER & SHORE, LLP

                   By: /s/ Mark A. Berman
                      Mark A. Berman
                   360 Lexington Avenue, 14th floor
                   New York, New York  10017
                   Telephone: (212) 922-9250
                   Facsimile:  (212) 922-9335
                   dwilson@ganfershore.com

                   *Attorneys for Defendant Stephanie Shon*