UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HILLARY LAWSON, KRISTINA HALLMAN, and
STEPHANIE CALDWELL

              Plaintiffs,

– against –

HOWARD RUBIN, JENNIFER POWERS, YIFAT
SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE
ICARUS, LLC, and the DOE COMPANY,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 17-CV-06404

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Edward A. McDonald, a member of Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Howard Rubin in this action.

Dated: New York, New York
       November 21, 2017

DECHERT LLP

By: */s/ Edward A. McDonald*
    Edward A. McDonald
edward.mcdonald@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Howard Rubin*