**THE WEINSTEIN LAW FIRM PLLC**

800 THIRD AVENUE
18TH FLOOR
NEW YORK, NY 10022
T 212.582.8900
F 212.582.8989
www.twlf.com

ANDREW J. WEINSTEIN
aweinstein@twlf.com

November 21, 2017

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hillary Lawson et al. v. Howard Rubin, et al.*; 17-cv-6404 (BMC)

Dear Judge Cogan:

    I write on behalf of myself and my associate (Barrie A. Dnistrian, Esq.) in accordance with Local Rule 1.4, respectfully seeking the Court's permission for us to be relieved as counsel for defendant Howard Rubin ("Mr. Rubin") in the above-captioned case.

    Ms. Dnistrian and I each filed a Notice of Appearance on behalf of Mr. Rubin in this matter on November 9, 2017 (ECF Doc ## 9 and 10). Mr. Rubin has recently engaged attorney Edward McDonald of Dechert LLP to substitute us and represent him going forward in this case. Mr. McDonald recently filed his Notice of Appearance in this matter on behalf of Mr. Rubin (ECF Doc # 24).

    This case is still in its infancy with the Complaint having only been filed earlier this month. As such, and given that Mr. Rubin has new counsel who have already appeared, granting this application should not cause any delay in the matter.

Hon. Brian M. Cogan
November 21, 2017
Page 2

Finally, this shall confirm both that my firm is not asserting any charging or retaining lien in this matter and that Mr. Rubin consents to our application to be relived.

Respectfully submitted,

Andrew J. Weinstein

cc: All Counsel of Record (via ECF)
Howard Rubin (via email)

APPLICATION GRANTED:

_____
HON. BRIAN M. COGAN, USDJ