UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HILLARY LAWSON, KRISTINA HALLMAN, and
STEPHANIE CALDWELL

                     Plaintiffs,

      – against –

HOWARD RUBIN, JENNIFER POWERS, YIFAT
SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE
ICARUS, LLC, and the DOE COMPANY,

                    Defendants.

------------------------------------- x

Case No. 17-CV-06404

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Michael J. Gilbert, a member of Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Howard Rubin in this action.

Dated: New York, New York
       November 21, 2017

DECHERT LLP

By: */s/ Michael J. Gilbert*
    Michael J. Gilbert
michael.gilbert@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Howard Rubin*