Niall D. Ó Murchadha
Of Counsel

**SCHLAM STONE & DOLAN LLP**

nomurchadha@schlamstone.com

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

November 22, 2017

<u>BY ELECTRONIC FILING</u>
Hon. Brian M. Cogan
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Lawson, at al. v. Rubin, et al., Case No. 17 CV 6404 (BMC)

Dear Judge Cogan:

This firm represents Defendant Jennifer Powers in the above matter.  Pursuant to the procedure the Court has set out, Defendants Rubin, Powers, Schnur, and Shon intend to object to the Court's Order of November 8, 2017 (Dkt. No. 7), permitting Plaintiffs to file their complaint under pseudonyms.  The objection includes exhibits, five of which contain the Plaintiffs' actual names.  In light of the Court's prior order, we request leave to file these five exhibits under seal.

We respectfully request that the Court endorse or so-order this letter so that filing under seal can be accomplished today, in conformance with the Court's schedule.

Respectfully submitted,

Niall D. Ó Murchadha

<u>Copies To:</u>
All Counsel (by electronic filing)