IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL, | : : : : | Case No.: 17-cv-06404 |
| *Plaintiffs,* | : : | |
| -against- | : : | |
| HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JON DOE, BLUE ICARUS, LLC, and the DOE COMPANY, | : : : : : : | |
| *Defendants.* | : : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that MARC S. GOTTLIEB, a member of the firm of Ortoli Rosenstadt, LLP. hereby appears in this matter on behalf of Defendant BLUE ICARUS, LLC.

**PLEASE TAKE FURTHER NOTICE** that counsel respectfully requests the Clerk of the Court add Marc S. Gottlieb, admitted to practice before this Court, to list of attorneys receiving ECF notifications in this matter.

Dated: New York, New York
December 5, 2017

1

Respectfully submitted,

**ORTOLI ROSENSTADT, LLP**

By: */s/ Marc S. Gottlieb*

Marc S. Gottlieb
501 Madison Avenue, 14th Floor
New York, New York 10022
(212) 829-8943 (telephone)
(866) 294-0074 (facsimile)
msg@ortolirosenstadt.com (email)

*Attorneys for Defendant Blue Icarus, LLC.*