Jeffrey M. Eilender
Partner

212 612-1212
jeilender@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

February 2, 2018

<u>BY ECF</u>
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Lawson, et al., v. Rubin, et al., Case No.:  17 CV 6404 (BMC)</u>

Dear Judge Cogan:

This law firm represents Jennifer Powers.  I also write on behalf of all the parties who have appeared in this action in connection with the Court's Order of January 29, 2018 permitting the Defendants to move to dismiss the complaint.  As directed by the Court, this letter sets forth the stipulated briefing schedule.

In fact, there are two schedules because Defendant Blue Icarus needed more time since its counsel has been ill with the flu and has had a resulting backlog.

Defendants Rubin, Powers, Schnur and Shon will be filing their respective motions on Monday, February 5, 2018; Plaintiffs time to oppose is February 27th, and Defendants reply is March 13th, although these four Defendants will likely file their replies before then.

On a separate track, Blue Icarus's opening papers are due March 2, Plaintiff's opposition is March 23 and Blue Icarus's reply is April 6.

We thank the Court for its attention.

*/s/ Jeffrey M. Eilender*

Jeffrey M. Eilender

<u>Copies To:</u>
All counsel of record