UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL,<br><br>         *Plaintiffs*,<br><br>-*against*-<br><br>HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY,<br><br>         *Defendants*. | Case No.: 1:17-CV-06404 (BMC) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Benjamin M. Rose, hereby enter my appearance on behalf of Defendant Howard Rubin, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
    February 9, 2018

DECHERT LLP

By: /s/ Benjamin M. Rose
   Benjamin M. Rose
   Benjamin.Rose@dechert.com

1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 641-5683
Facsimile: (212) 698-3599

 *Attorneys for Defendant Howard Rubin*