UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HILLARY LAWSON, KRISTINA HALLMAN, and STEPHANIE CALDWELL,

*Plaintiffs*,

-against-

HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY,

*Defendants*.

Case No.: 1:17-CV-06404 (BMC)

---

## NOTICE OF MOTION TO DISMISS OF DEFENDANT HOWARD RUBIN

**PLEASE TAKE NOTICE** that, pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Declaration of Benjamin M. Rose, and all attached exhibits, Defendant Howard Rubin moves before the Honorable Judge Brian M. Cogan of the Eastern District of New York for an Order dismissing the Complaint in this action.

1

Date: February 9, 2018
       New York, NY

/s/ Edward A. McDonald
Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3672
Fax: (212) 698-3599

*Attorneys for Howard Rubin*