UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON, and LAUREN FULLER,<br><br>Plaintiffs,<br><br>– against –<br><br>HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY,<br><br>Defendants. | Case No.: 1:17-cv-06404-BMC<br><br>STIPULATION TO EXTEND PROTECTIVE ORDER |

Plaintiffs Hillary Lawson, Kristina Hallman, Stephanie Caldwell, Moira Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller and Defendants Howard Rubin, Jennifer Powers, Yifat Schnur, Stephanie Shon, and Blue Icarus, by and through the undersigned, have conferred and respectfully request permission to bring the new Plaintiffs' claims pseudonymously and grant an extension of the protective order to the new Plaintiffs, Moira Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller, subject to any change in circumstances as previously articulated by the Court.

DATED: February 22, 2018

| BALESTRIERE FARIELLO | DECHERT LLP |
|---|---|
| By: *(signature)*<br>John G. Balestriere<br>Jillian L. McNeil<br>Brian L. Grossman<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone: (212) 374-5401<br>Facsimile: (212) 208-2613<br>john.balestriere@balestrierefariello.com<br>jillian.mcneil@balestrierefariello.com<br>brian.grossman@balestrierefariello.com<br>*Attorneys for Plaintiffs* | By:_____<br>Edward A. McDonald<br>Benjamin E. Rosenberg<br>Michael J. Gilbert<br>Benjamin M. Rose<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 698-3672<br>Facsimile: (212) 698-3599<br>edward.mcdonald@dechert.com<br>benjamin.rosenberg@dechert.com<br>michael.gilbert@dechert.com<br>ben.rose@dechert.com<br>*Attorneys for Defendant Howard Rubin* |
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |
| By:_____<br>Jeffrey M. Eilender<br>Douglas E. Grover<br>Niall D. Ó Murchadha<br>Jolène F. LaVigne-Albert<br>26 Broadway, 19th Floor<br>New York, New York 10004<br>Telephone: (212) 344-5400<br>Facsimile: (212) 344-7677<br>jeilender@schlamstone.com<br>dgrover@schlamstone.com<br>nomurchadha@schlamstone.com<br>jlavignealbert@schlamstone.com<br>*Attorneys for Defendant Jennifer Powers* | By:_____<br>Eric R. Breslin<br>Melissa S. Geller<br>One Riverfront Plaza<br>20137 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2000<br>Facsimile: (973) 424-2001<br>erbreslin@duanemorris.com<br>msgeller@duanemorris.com<br>*Attorneys for Defendant Yifat Schnur* |

DATED: February 22, 2018

| | |
|---|---|
| BALESTRIERE FARIELLO | DECHERT LLP |

By:_____     By: /s/ Benjamin E. R.

   John G. Balestriere                                  Edward A. McDonald
   Jillian L. McNeil                                     Benjamin E. Rosenberg
   Brian L. Grossman                               Michael J. Gilbert
   225 Broadway, 29th Floor                 Benjamin M. Rose
   New York, New York 10007               1095 Avenue of the Americas
   Telephone: (212) 374-5401               New York, New York 10036
   Facsimile: (212) 208-2613                Telephone: (212) 698-3672
   john.balestriere@balestrierefariello.com   Facsimile: (212) 698-3599
   jillian.mcneil@balestrierefariello.com     edward.mcdonald@dechert.com
   brian.grossman@balestrierefariello.com   benjamin.rosenberg@dechert.com
   *Attorneys for Plaintiffs*                        michael.gilbert@dechert.com
                                                            ben.rose@dechert.com
                                                           *Attorneys for Defendant Howard Rubin*

| | |
|---|---|
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |

By:_____     By:_____

   Jeffrey M. Eilender                                 Eric R. Breslin
   Douglas E. Grover                                Melissa S. Geller
   Niall D. Ó Murchadha                       One Riverfront Plaza
   Jolène F. LaVigne-Albert                 20137 Raymond Blvd., Suite 1800
   26 Broadway, 19th Floor                  Newark, New Jersey 07102
   New York, New York 10004               Telephone: (973) 424-2000
   Telephone: (212) 344-5400               Facsimile: (973) 424-2001
   Facsimile: (212) 344-7677                erbreslin@duanemorris.com
   jeilender@schlamstone.com               msgeller@duanemorris.com
   dgrover@schlamstone.com                *Attorneys for Defendant Yifat Schnur*
   nomurchadha@schlamstone.com
   jlavignealbert@schlamstone.com
   *Attorneys for Defendant Jennifer Powers*

DATED: February 22, 2018

| BALESTRIERE FARIELLO | DECHERT LLP |
|---|---|
| By:_____<br>John G. Balestriere<br>Jillian L. McNeil<br>Brian L. Grossman<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone:     (212) 374-5401<br>Facsimile:      (212) 208-2613<br>john.balestriere@balestrierefariello.com<br>jillian.mcneil@balestrierefariello.com<br>brian.grossman@balestrierefariello.com<br>*Attorneys for Plaintiffs* | By:_____<br>Edward A. McDonald<br>Benjamin E. Rosenberg<br>Michael J. Gilbert<br>Benjamin M. Rose<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone:     (212) 698-3672<br>Facsimile:      (212) 698-3599<br>edward.mcdonald@dechert.com<br>benjamin.rosenberg@dechert.com<br>michael.gilbert@dechert.com<br>ben.rose@dechert.com<br>*Attorneys for Defendant Howard Rubin* |
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |
| By: /s/ Jeffrey Eilender_____<br>Jeffrey M. Eilender<br>Douglas E. Grover<br>Niall D. Ó Murchadha<br>Jolène F. LaVigne-Albert<br>26 Broadway, 19th Floor<br>New York, New York 10004<br>Telephone:     (212) 344-5400<br>Facsimile:      (212) 344-7677<br>jeilender@schlamstone.com<br>dgrover@schlamstone.com<br>nomurchadha@schlamstone.com<br>jlavignealbert@schlamstone.com<br>*Attorneys for Defendant Jennifer Powers* | By:_____<br>Eric R. Breslin<br>Melissa S. Geller<br>One Riverfront Plaza<br>20137 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone:     (973) 424-2000<br>Facsimile:      (973) 424-2001<br>erbreslin@duanemorris.com<br>msgeller@duanemorris.com<br>*Attorneys for Defendant Yifat Schnur* |

DATED: February 22, 2018

| BALESTRIERE FARIELLO | DECHERT LLP |
|---|---|
| By:_____<br>John G. Balestriere<br>Jillian L. McNeil<br>Brian L. Grossman<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone:    (212) 374-5401<br>Facsimile:    (212) 208-2613<br>john.balestriere@balestrierefariello.com<br>jillian.mcneil@balestrierefariello.com<br>brian.grossman@balestrierefariello.com<br>*Attorneys for Plaintiffs* | By:_____<br>Edward A. McDonald<br>Benjamin E. Rosenberg<br>Michael J. Gilbert<br>Benjamin M. Rose<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone:    (212) 698-3672<br>Facsimile:    (212) 698-3599<br>edward.mcdonald@dechert.com<br>benjamin.rosenberg@dechert.com<br>michael.gilbert@dechert.com<br>ben.rose@dechert.com<br>*Attorneys for Defendant Howard Rubin* |
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |
| By:_____<br>Jeffrey M. Eilender<br>Douglas E. Grover<br>Niall D. Ó Murchadha<br>Jolène F. LaVigne-Albert<br>26 Broadway, 19th Floor<br>New York, New York 10004<br>Telephone:    (212) 344-5400<br>Facsimile:    (212) 344-7677<br>jeilender@schlamstone.com<br>dgrover@schlamstone.com<br>nomurchadha@schlamstone.com<br>jlavignealbert@schlamstone.com<br>*Attorneys for Defendant Jennifer Powers* | By: /s/ E R Brsl. _____<br>Eric R. Breslin<br>Melissa S. Geller<br>One Riverfront Plaza<br>20137 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone:    (973) 424-2000<br>Facsimile:    (973) 424-2001<br>erbreslin@duanemorris.com<br>msgeller@duanemorris.com<br>*Attorneys for Defendant Yifat Schnur* |

GANFER & SHORE, LLP

By: *[signature]*

Mark A. Berman
Dawn M. Wilson
360 Lexington Avenue
New York, New York 10017
Telephone:    (212) 922-9250
Facsimile:    (212) 922-9335
mberman@ganfershore.com
dwilson@ganfershore.com
*Attorneys for Defendant Stephanie Shon*

ORTOLI ROSENSTADT, LLP

By: *[signature]*

Marc S. Gottlieb
501 Madison Avenue, 14th Floor
New York, New York 10022
Telephone:    (212) 829-8943
Facsimile:    (866) 294-0074
msg@ortolirosenstadt.com
*Attorneys for Defendant Blue Icarus, LLC*

---

BRIAN M. COGAN
United States District Judge

3