UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON, and LAUREN FULLER,**<br><br>Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC, and the DOE COMPANY,**<br><br>Defendants. | Case No.: 1:17-cv-06404-BMC<br><br>**STIPULATION TO EXTEND PROTECTIVE ORDER** |

Plaintiffs Hillary Lawson, Kristina Hallman, Stephanie Caldwell, Moira Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller and Defendants Howard Rubin, Jennifer Powers, Yifat Schnur, Stephanie Shon, and Blue Icarus, by and through the undersigned, have conferred and respectfully request permission to bring the new Plaintiffs' claims pseudonymously and grant an extension of the protective order to the new Plaintiffs, Moira Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller, subject to any change in circumstances as previously articulated by the Court.

DATED: February 22, 2018

| BALESTRIERE FARIELLO | DECHERT LLP |
|---|---|
| By: /s/ John G. Balestriere | By: _____ |
| John G. Balestriere | Edward A. McDonald |
| Jillian L. McNeil | Benjamin E. Rosenberg |
| Brian L. Grossman | Michael J. Gilbert |
| 225 Broadway, 29th Floor | Benjamin M. Rose |
| New York, New York 10007 | 1095 Avenue of the Americas |
| Telephone: (212) 374-5401 | New York, New York 10036 |
| Facsimile: (212) 208-2613 | Telephone: (212) 698-3672 |
| john.balestriere@balestrierefariello.com | Facsimile: (212) 698-3599 |
| jillian.mcneil@balestrierefariello.com | edward.mcdonald@dechert.com |
| brian.grossman@balestrierefariello.com | benjamin.rosenberg@dechert.com |
| *Attorneys for Plaintiffs* | michael.gilbert@dechert.com |
|  | ben.rose@dechert.com |
|  | *Attorneys for Defendant Howard Rubin* |
| **SCHLAM STONE & DOLAN LLP** | **DUANE MORRIS LLP** |
| By: _____ | By: _____ |
| Jeffrey M. Eilender | Eric R. Breslin |
| Douglas E. Grover | Melissa S. Geller |
| Niall D. Ó Murchadha | One Riverfront Plaza |
| Jolène F. LaVigne-Albert | 20137 Raymond Blvd., Suite 1800 |
| 26 Broadway, 19th Floor | Newark, New Jersey 07102 |
| New York, New York 10004 | Telephone: (973) 424-2000 |
| Telephone: (212) 344-5400 | Facsimile: (973) 424-2001 |
| Facsimile: (212) 344-7677 | erbreslin@duanemorris.com |
| jeilender@schlamstone.com | msgeller@duanemorris.com |
| dgrover@schlamstone.com | *Attorneys for Defendant Yifat Schnur* |
| nomurchadha@schlamstone.com |  |
| jlavignealbert@schlamstone.com |  |
| *Attorneys for Defendant Jennifer Powers* |  |

2

DATED: February 22, 2018

| BALESTRIERE FARIELLO | DECHERT LLP |
|---|---|
| By: _____ <br> John G. Balestriere <br> Jillian L. McNeil <br> Brian L. Grossman <br> 225 Broadway, 29th Floor <br> New York, New York 10007 <br> Telephone: (212) 374-5401 <br> Facsimile: (212) 208-2613 <br> john.balestriere@balestrierefariello.com <br> jillian.mcneil@balestrierefariello.com <br> brian.grossman@balestrierefariello.com <br> *Attorneys for Plaintiffs* | By: /s/ Benjamin E. R. <br> Edward A. McDonald <br> Benjamin E. Rosenberg <br> Michael J. Gilbert <br> Benjamin M. Rose <br> 1095 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: (212) 698-3672 <br> Facsimile: (212) 698-3599 <br> edward.mcdonald@dechert.com <br> benjamin.rosenberg@dechert.com <br> michael.gilbert@dechert.com <br> ben.rose@dechert.com <br> *Attorneys for Defendant Howard Rubin* |
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |
| By: _____ <br> Jeffrey M. Eilender <br> Douglas E. Grover <br> Niall D. Ó Murchadha <br> Jolène F. LaVigne-Albert <br> 26 Broadway, 19th Floor <br> New York, New York 10004 <br> Telephone: (212) 344-5400 <br> Facsimile: (212) 344-7677 <br> jeilender@schlamstone.com <br> dgrover@schlamstone.com <br> nomurchadha@schlamstone.com <br> jlavignealbert@schlamstone.com <br> *Attorneys for Defendant Jennifer Powers* | By: _____ <br> Eric R. Breslin <br> Melissa S. Geller <br> One Riverfront Plaza <br> 20137 Raymond Blvd., Suite 1800 <br> Newark, New Jersey 07102 <br> Telephone: (973) 424-2000 <br> Facsimile: (973) 424-2001 <br> erbreslin@duanemorris.com <br> msgeller@duanemorris.com <br> *Attorneys for Defendant Yifat Schnur* |

DATED: February 22, 2018

| | |
|---|---|
| BALESTRIERE FARIELLO | DECHERT LLP |
| By:_____ | By:_____ |
| John G. Balestriere | Edward A. McDonald |
| Jillian L. McNeil | Benjamin E. Rosenberg |
| Brian L. Grossman | Michael J. Gilbert |
| 225 Broadway, 29th Floor | Benjamin M. Rose |
| New York, New York 10007 | 1095 Avenue of the Americas |
| Telephone: (212) 374-5401 | New York, New York 10036 |
| Facsimile: (212) 208-2613 | Telephone: (212) 698-3672 |
| john.balestriere@balestrierefariello.com | Facsimile: (212) 698-3599 |
| jillian.mcneil@balestrierefariello.com | edward.mcdonald@dechert.com |
| brian.grossman@balestrierefariello.com | benjamin.rosenberg@dechert.com |
| *Attorneys for Plaintiffs* | michael.gilbert@dechert.com |
| | ben.rose@dechert.com |
| | *Attorneys for Defendant Howard Rubin* |
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |
| By: /s/ Jeffrey Eilender | By:_____ |
| Jeffrey M. Eilender | Eric R. Breslin |
| Douglas E. Grover | Melissa S. Geller |
| Niall D. Ó Murchadha | One Riverfront Plaza |
| Jolène F. LaVigne-Albert | 20137 Raymond Blvd., Suite 1800 |
| 26 Broadway, 19th Floor | Newark, New Jersey 07102 |
| New York, New York 10004 | Telephone: (973) 424-2000 |
| Telephone: (212) 344-5400 | Facsimile: (973) 424-2001 |
| Facsimile: (212) 344-7677 | erbreslin@duanemorris.com |
| jeilender@schlamstone.com | msgeller@duanemorris.com |
| dgrover@schlamstone.com | *Attorneys for Defendant Yifat Schnur* |
| nomurchadha@schlamstone.com | |
| jlavignealbert@schlamstone.com | |
| *Attorneys for Defendant Jennifer Powers* | |

2

DATED: February 22, 2018

| BALESTRIERE FARIELLO | DECHERT LLP |
|---|---|
| By:_____<br>John G. Balestriere<br>Jillian L. McNeil<br>Brian L. Grossman<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone: (212) 374-5401<br>Facsimile: (212) 208-2613<br>john.balestriere@balestrierefariello.com<br>jillian.mcneil@balestrierefariello.com<br>brian.grossman@balestrierefariello.com<br>*Attorneys for Plaintiffs* | By:_____<br>Edward A. McDonald<br>Benjamin E. Rosenberg<br>Michael J. Gilbert<br>Benjamin M. Rose<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 698-3672<br>Facsimile: (212) 698-3599<br>edward.mcdonald@dechert.com<br>benjamin.rosenberg@dechert.com<br>michael.gilbert@dechert.com<br>ben.rose@dechert.com<br>*Attorneys for Defendant Howard Rubin* |
| SCHLAM STONE & DOLAN LLP | DUANE MORRIS LLP |
| By:_____<br>Jeffrey M. Eilender<br>Douglas E. Grover<br>Niall D. Ó Murchadha<br>Jolène F. LaVigne-Albert<br>26 Broadway, 19th Floor<br>New York, New York 10004<br>Telephone: (212) 344-5400<br>Facsimile: (212) 344-7677<br>jeilender@schlamstone.com<br>dgrover@schlamstone.com<br>nomurchadha@schlamstone.com<br>jlavignealbert@schlamstone.com<br>*Attorneys for Defendant Jennifer Powers* | By: /s/ ER Brsl.<br>Eric R. Breslin<br>Melissa S. Geller<br>One Riverfront Plaza<br>20137 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2000<br>Facsimile: (973) 424-2001<br>erbreslin@duanemorris.com<br>msgeller@duanemorris.com<br>*Attorneys for Defendant Yifat Schnur* |

| GANFER & SHORE, LLP | ORTOLI ROSENSTADT, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Mark A. Berman | Marc S. Gottlieb |
| Dawn M. Wilson | 501 Madison Avenue, 14th Floor |
| 360 Lexington Avenue | New York, New York 10022 |
| New York, New York 10017 | Telephone: (212) 829-8943 |
| Telephone: (212) 922-9250 | Facsimile: (866) 294-0074 |
| Facsimile: (212) 922-9335 | msg@ortolirosenstadt.com |
| mberman@ganfershore.com | *Attorneys for Defendant Blue Icarus, LLC* |
| dwilson@ganfershore.com | |
| *Attorneys for Defendant Stephanie Shon* | |

SO ORDERED 2/25/18

_____

BRIAN M. COGAN
United States District Judge

3