Jeffrey M. Eilender
Partner

212 612-1212
jeilender@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

May 1, 2018

<u>BY ECF</u>
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>*Lawson, et al., v. Rubin, et al.*, Case No.:  17 CV 6404 (BMC)</u>

Dear Judge Cogan:

This law firm represents Jennifer Powers.  I write on behalf of all the remaining parties in the case regarding new stipulated proposed deadlines in light of the Court's decision on the motions to dismiss, issued on April 29, 2018.

The parties respectfully propose the following new deadlines:

| | |
|---|---|
| Defendants' answers to the amended complaint to be efiled | June 13, 2018 |
| ***Discovery schedule:*** | |
| Service of initial discovery demands, including document demands, interrogatories, and requests to admit. | May 15, 2018 |
| Service of responses and objections to initial discovery demands.  Production of all documents on this date. | June 15, 2018 |
| Final date for fact depositions | September 26, 2018 |
| Close of fact discovery | October 16, 2018 |
| Submission of expert reports | November 6, 2018 |
| Final date for expert depositions | November 27, 2018 |
| Close of expert discovery | December 18, 2018 |

Honorable Brian M. Cogan
May 1, 2018
Page 2 of 2 Pages

Respectfully submitted,

Jeffrey M. Eilender

Copies To:
All counsel of record