

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

June 6, 2018

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Lawson et al. v. Rubin et al.,* No. 1:17-cv-06404-BMC

Dear Judge Cogan:

      I represent Plaintiffs and write to request an additional three pages—giving Plaintiffs a total of six pages in one letter—to respond to Defendants' two letters seeking to disqualify Balestriere Fariello as counsel for Plaintiffs.

      Pursuant to the Court's Rule III(A)(2), a party served with a pre-motion letter "shall serve and file a detailed letter response, not to exceed three pages." In this case Plaintiffs request that the Court permit Plaintiffs to respond to Defendants' two letters, totaling seven pages, with one letter totaling no more than six pages. Plaintiffs request the three additional pages in lieu of filing two separate letters in opposition to Defendants' letters and to allow Plaintiffs to outline their response to all of Defendants' arguments in detail.

      Plaintiffs' opposition letter is due this Friday, June 8, and this is Plaintiffs' first request for additional pages.

                                                                      Respectfully,

                                                                       John G. Balestriere

cc:      Counsel of Record (Via ECF)