

**JILLIAN L. MCNEIL**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-646-912-8463
F: +1-212-208-2613
jillian.mcneil@balestrierefariello.com
www.balestrierefariello.com

July 9, 2018

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Lawson, et al. v. Rubin, et al.*
               No.: 1:17-cv-06404-BMC

Dear Judge Cogan:

    My firm represent Plaintiffs in the above-referenced matter. I write to respectfully request permission to bring the following two electronic devices for the purpose of readily accessing briefs, appendices, and other material directly related to the Pre-Motion conference and motion to disqualify hearing in the above-referenced matter on July 12, 2018.

- John G. Balestriere: One iPad
- Jillian L. McNeil: One iPad

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Jillian L. McNeil

cc:    Counsel of Record (via ECF)