UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON,** and **LAUREN FULLER** <br><br> Plaintiffs, <br><br> – against – <br><br> **HOWARD RUBIN, JENNIFER POWERS, YIFAT SCHNUR, STEPHANIE SHON, JOHN DOE, BLUE ICARUS, LLC,** and the **DOE COMPANY** <br><br> Defendants. | Case No. 1:17-cv-06404-BMC <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Lauren Fuller in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the order entered on April 29, 2018, dismissing all of Plaintiff Fuller's claims against Defendant Powers for human-trafficking under 18 U.S.C. § 1591, intentional infliction of emotional distress, and against Defendant Rubin for human-trafficking under 18 U.S.C. § 1591, assault, battery, false imprisonment, and intentional infliction of emotional distress, and the order entered on June 11, 2018, denying Plaintiff Fuller's motion for reconsideration and confirming the April 29, 2018, order.

Dated:  New York, New York
        July 11, 2018

By:_____
    John G. Balestriere
    Jillian L. McNeil
    Brian L. Grossman
    **BALESTRIERE FARIELLO**
    225 Broadway, 29th Floor
    New York, New York 10007
    Telephone:    (212) 374-5401
    Facsimile:    (212) 208-2613
    john.balestriere@balestrierefariello.com
    *Attorneys for Plaintiff*