UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
U.S.D.J.

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON, and LAUREN FULLER,<br><br>Plaintiffs,<br><br>-against-<br><br>HOWARD RUBIN, JENNIFER POWERS, and the DOE COMPANY,<br><br>Defendants. | Case No.: 1:17-CV-06404<br><br>STIPULATION TO EXTEND FACT DISCOVERY FOR DEPOSITION OF HOWARD RUBIN |

The undersigned counsel for the Parties hereby stipulate to an extension of fact discovery in this matter to accommodate the deposition of Howard Rubin.

The current close of fact discovery is scheduled for October 16, 2018, and the Parties previously agreed to conduct the deposition of Howard Rubin on October 9, 2018. However, Mr. Rubin's lead counsel, Edward A. McDonald, is recovering from open heart surgery and has attendant follow-up medical treatment. Counsel for Mr. Rubin requested, and counsel for Plaintiffs agreed, subject to the Court's approval, to a modest extension of the current fact discovery deadline to accommodate Mr. Rubin's deposition on October 23, 2018.

Accordingly, the counsel for the Parties request that the Court so order an extension of the current fact discovery deadline of seven (7) days, until October 23, 2018, for Mr. Rubin's deposition.

Date: New York, New York
August 24, 2018

Respectfully submitted,

*[signature]*

_____
Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3672
Fax: (212) 698-3599

*Attorneys for Howard Rubin*


_____
John G. Balestriere
Jillian L. McNeil
Brian L. Grossman

Balestriere Fariello
225 Broadway, 29th Floor
New York, NY 10007
Phone: (212) 374-5401
Fax: (212) 208-2613

*Attorneys for Plaintiffs*

*[signature]*

_____
Douglas E. Grover
Jeffrey M. Eilender
Niall D. O Murchacha
Jolene F. LaVigne-Albert

Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
Phone: (212) 344-5400
Fax: (212) 344-7677

*Attorneys for Jennifer Powers*

Date: New York, New York
August 24, 2018

Respectfully submitted,

_____
Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3672
Fax: (212) 698-3599

*Attorneys for Howard Rubin*


 */s/ Brian L. Grossman*\_\_\_
John G. Balestriere
Jillian L. McNeil
Brian L. Grossman

Balestriere Fariello
225 Broadway, 29th Floor
New York, NY 10007
Phone: (212) 374-5401
Fax: (212) 208-2613

*Attorneys for Plaintiffs*


_____
Douglas E. Grover
Jeffrey M. Eilender
Niall D. O Murchacha
Jolene F. LaVigne-Albert

Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
Phone: (212) 344-5400
Fax: (212) 344-7677

*Attorneys for Jennifer Powers*