UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HILLARY LAWSON, KRISTINA                                    :
HALLMAN, STEPHANIE CALDWELL,                                :
MOIRA HATHAWAY, MACEY SPEIGHT,                              :
ROSEMARIE PETERSON, and LAUREN                              :   **CIVIL**
FULLER,                                                     :   **CASE MANAGEMENT PLAN**
                                                            :
                 Plaintiffs,                                :   17-cv-6404 (BMC)
                                                            :
        - against -                                         :
                                                            :
HOWARD RUBIN and JENNIFER POWERS,                           :
                                                            :
                 Defendants.                                :
------------------------------------------------------------X

**COGAN**, District Judge

The following Case Management Plan is adopted:

**A.**   The case is to be tried to a jury.

**B.**   **Non-Expert Discovery**

    1.   The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of New York. All non-expert discovery is to be completed by October 23, 2018, which date shall not be adjourned except upon a showing of good cause and further order of the Court.

    2.   The Second Amended Complaint in this case was filed on August 17, 2018. No further amendments or supplementation of pleading or additional parties shall be permitted, after August 17, 2018. Any motion or application to modify this paragraph 2 shall satisfy the Rule 16 standard, not the Rule 15 standard.

**C.**   **Expert Discovery**

    1.   Expert reports are to be submitted by **November 6, 2018**.

       2.       Expert discovery is to be completed by **December 18, 2018**.

**D.    Motions**

       1.       Upon the conclusion of non-expert discovery, and no later than the date provided below, the parties may file dispositive motions. The parties shall agree to a schedule and promptly submit same for the Court's approval, providing for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

       2.       The last day for filing dispositive motions shall be **January 21, 2019**.

**E.**    Any request for relief from a date provided in this Case Management Plan shall conform to the Court's Individual Practices and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates.  Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

**F.    Pre-Trial Motions**

Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, as provided by the Court's Individual Rules, and are not to modify or delay the conduct of discovery or the schedules provided in this Case Management Plan except upon leave of the Court.

**SO ORDERED.**

                                            U.S.D.J.

Dated:  Brooklyn, New York
          August 31, 2018