**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

_____

HILLARY LAWSON, KRISTINA HALLMAN,   :

STEPHANIE CALDWELL, MOIRA   :

HATHAWAY, MACEY SPEIGHT,   :

ROSEMARIE PETERSON and LAUREN   :   CIVIL ACTION NO.

FULLER,   :   1:17-cv-06404(BMC)

              Plaintiffs,   :

   v.   :

HOWARD RUBIN, JENNIFER POWERS,   :

YIFAT SCHNUR, STEPHANIE SHON, JOHN   :

DOE, BLUE ICARUS, LLC, and the DOE   :

COMPANY,   :

           Defendants.

_____



RECEIVED

SEP 05 2018

PRO SE OFFICE

## MOTION TO QUASH SUBPOENA DUCES TECUM

    PLEASE TAKE NOTICE Robert Aloi moves for an order quashing the subpoena
duces tecum served upon him, and for a protective order blocking the taking of
his deposition in this action, and further blocking the disclosure of investigative
reports, notes, and materials, and granting a stay of discovery.

**ARGUMENT**

Defendant Rubin's subpoena violates the Federal Rules of Civil Procedure. Under

Rule 45, a court is required to quash a subpoena that fails to allow enough time to
comply.

I.     Defendant Rubin's Subpoena Fails to Allow a Reasonable Time to
       Comply The subpoena requesting an extensive list of documents was
       served less than fourteen (14) days before the date required to produce,
       an insufficient amount of time for Robert Aloi to comply. Mr. Aloi was
       served after 6pm EST on a Friday evening. There were no issues with
       service as this was the first attempt at serving and was made without
       any delays on Mr. Aloi's behalf. Rule 45(c)(3)(i) provides that the Court
       "must quash or modify a subpoena that fails to allow a reasonable time
       to comply." (emphasis added). This subpoena for documents does not
       allow Robert Aloi enough time to collect, review, and produce these
       documents in the timeframe proposed by Defendant Rubin's subpoena.
       The subpoena requests documents from over a three year period,
       including bank/ payroll statements, emails, phone messages and
       meeting minutes—some of which may be sensitive, and could not be
       produced without careful review and, potentially, a protective order.
       Robert Aloi cannot reasonably comply with the subpoena for documents
       within fourteen days, and ask this Court to quash the subpoena for
       documents upon these grounds alone.

II.    Robert Aloi asks this Court to quash the subpoena because Robert Aloi
       would like to invoke his Fifth Amendment Right. As the subpoena states,
       Mr. Aloi has an ongoing criminal matter in the State of New Jersey.
       Complaint Number 1205-W-2017-000988, Police Case #17-01149. This
       matter is ongoing and any documentation revealed in a matter that Mr.
       Aloi is not named in would jeopardize the outcome of that case.

III.   Robert Aloi asks this Court to quash the subpoena as one or more of the
       named Defendants and Plaintiffs may be named in civil litigation
       brought on by Robert Aloi. Maryland council has been sought
       concerning filing several claims to one or more of the named parties.
       Any release of information pursuant to this case may do harm to that
       Discovery process. These documents include emails, text messages and
       voice messages that would assist in the claims to be brought by Robert
       Aloi to some parties named above.

IV.    Defendant Rubin's subpoena is an attempt to circumvent around the
       discovery process. Robert Aloi is a non named party. The requested
       information can and should be obtained through the named parties.

Defendant is asking for information that can be obtained from those parties therefore Mr. Aloi need not be held to an undue burden of time, expense and daily disruption when any information the Defendant Rubin is seeking can be requested from both Plaintiffs and Co Defendants and their council.

Robert Aloi therefore respectfully request that the Motion to Quash Subpoena be granted.

A proposed Order is attached.

DATED: August 30, 2018

Respectfully submitted,

*Robert Aloi*

*15480 Annapolis Road #202*

*Bowie, MD 20715*

*301-938-5648*

*Pro Se*

*CERTIFICATE OF SERVICE*

*I hereby certify that on August 30, 2018, I filed the foregoing with the Clerk of court by Mailing this motion to the Clerk of the Courts UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK 225 Cadman Plz E, Brooklyn, NY 11201. I further certify that I Emailed the foregoing document and the notice of filing to counsel of record Benjamin Rosenberg at Benjamin.rosenberg@dechert.com.*

*Robert Aloi*

*Pro Se*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, | : | |
| STEPHANIE CALDWELL, MOIRA | : | |
| HATHAWAY, MACEY SPEIGHT, | : | |
| ROSEMARIE PETERSON and LAUREN | : | CIVIL ACTION NO. |
| FULLER, | : | 1:17-cv-06404(BMC) |
| Plaintiffs, | : | |
| v. | : | |
| HOWARD RUBIN, JENNIFER POWERS, | : | |
| YIFAT SCHNUR, STEPHANIE SHON, JOHN | : | |
| DOE, BLUE ICARUS, LLC, and the DOE | : | |
| COMPANY, | : | |
| Defendants. | | |

---

### ORDER

Considering Robert Alois' Motion to Quash Subpoena, IT IS ORDERED that Robert Alois' Motion be, and is hereby, GRANTED. IT IS FURTHER ORDERED that Defendant Rubins's August 17 subpoena is hereby quashed to the extent that it seeks documents.

---

**BRIAN M. COGAN**

**UNITED STATES DISTRICT JUDGE**