**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON,** and **LAUREN FULLER,**

Plaintiffs,

-against-

**HOWARD RUBIN, JENNIFER POWERS,** and the **DOE COMPANY,**

Defendants.

Case No.: 1:17-CV-06404

**STIPULATION TO EXTEND FACT DISCOVERY FOR DEPOSITION OF HOWARD RUBIN**

The undersigned counsel for the Parties hereby stipulate to an extension of fact discovery in this matter to accommodate the deposition of Howard Rubin.

The current close of fact discovery is scheduled for October 23, 2018, and the Parties previously agreed to conduct the deposition of Howard Rubin on October 23, 2018, after extending fact discovery to accommodate this date. However, October 23, 2018, is no longer a viable date for Plaintiffs' counsel due to previously unforeseen scheduling issues. Counsel for Plaintiffs requested, and counsel for Mr. Rubin and Ms. Powers agreed, subject to the Court's approval, to a modest extension of the current fact discovery deadline to accommodate Mr. Rubin's deposition on October 25, 2018.

Accordingly, the counsel for the Parties request that the Court so order an extension of the current fact discovery deadline of two days, until October 25, 2018, for Mr. Rubin's deposition.

Date: New York, New York
September 20, 2018

By: ______________________
John G. Balestriere
Jillian L. McNeil
Brian L. Grossman
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

______________________
Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3672
Facisimile: (212) 698-3599
*Attorneys for Defendant Howard Rubin*

______________________
Douglas E. Grover
Jeffrey M. Eilender
Niall D. Ó Murchadha
Jolène F. LaVigne-Albert
26 Broadway, 19th Floor
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
*Attorneys for Defendant Jennifer Powers*

SO ORDERED*: 9/20/18

Digitally signed by Brian M. Cogan

______________________
U.S.D.J.

* Any future proposed stipulations must include a So Ordered line if Court approval is required.

Date: New York, New York
September 20, 2018

By: ________________________

John G. Balestriere
Jillian L. McNeil
Brian L. Grossman
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

________________________

Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3672
Facisimile: (212) 698-3599
*Attorneys for Defendant Howard Rubin*

________________________

Douglas E. Grover
Jeffrey M. Eilender
Niall D. Ó Murchadha
Jolène F. LaVigne-Albert
26 Broadway, 19th Floor
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
*Attorneys for Defendant Jennifer Powers*

Date: New York, New York
September 20, 2018

By: ____________________________

John G. Balestriere
Jillian L. McNeil
Brian L. Grossman
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

____________________________

Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3672
Facisimile: (212) 698-3599
*Attorneys for Defendant Howard Rubin*

____________________________

Douglas E. Grover
Jeffrey M. Eilender
Niall D. Ó Murchadha
Jolène F. LaVigne-Albert
26 Broadway, 19th Floor
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
*Attorneys for Defendant Jennifer Powers*