Brian L. Grossman
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (646) 912-8462
Facsimile:      (212) 208-2613
brian.grossman@balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON,** and **LAUREN FULLER,**<br><br>                                Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN, JENNIFER POWERS,** and the **DOE COMPANY.**<br><br>                                Defendants. | Case No.: 1:17-cv-06404<br><br>**PLAINTIFFS' COUNSEL'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CALDWELL AND TO REQUEST A CHARGING LIEN**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the annexed Plaintiffs' Counsel's Memorandum of Law in Support of Motion to Withdraw as Counsel for Plaintiff Caldwell and to Request a Charging Lien, the October 3, 2018, Declaration of John G. Balestriere with the attached exhibits, and upon all pleadings and proceedings heretofore had herein, Plaintiffs will move this court in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on such a date and time to be determined by the Court, for an Order pursuant to Local Rule 1.4.

Dated: New York, New York
      October 3, 2018

By: _____
Brian L. Grossman
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:      (646) 912-8462
Facsimile:       (212) 208-2613
brian.grossman@balestrierefariello.com
*Attorneys for Plaintiffs*