# Exhibit A

Exhibit Filed In Camera