# Exhibit B

Exhibit Filed In Camera