# Exhibit C

Exhibit Filed In Camera