# Exhibit D

Exhibit Filed In Camera