# Exhibit E

Exhibit Filed In Camera