# Exhibit F

Exhibit Filed In Camera