# Exhibit G

Exhibit Filed In Camera