# Exhibit H

Exhibit Filed In Camera