# Exhibit I

Exhibit Filed In Camera