# Exhibit J

Exhibit Filed In Camera