# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HILLARY LAWSON, et al.,

                      Plaintiffs,

vs.

HOWARD RUBIN, JENNIFER POWERS,
and the DOE COMPANY,

                      Defendants.
-------------------------------------------------------------------x

Case No.
1:17-cv-06404-BMC

Affidavit of
Attempted Service

STATE OF NEW YORK  )
                           s.s.:)
COUNTY OF NEW YORK  )

     I, DI CONG JIANG, being duly sworn, depose and state that I am a licensed process server bearing license number 1220800. I am not a party in this action and am over the age of eighteen years.

     At the request of Balestriere Fariello. I was asked to effectuate service of a Subpoena Ad Testificandum for Testimony in a Civil Action with Appendix A upon Wes Edens in the within captioned matter at the given address of 23 Perry Street, New York, NY 10014.

     On the 24th day of August, 2018 at 7:27 p.m., I arrived at 23 Perry Street, New York, NY 10014. I rang the bell and a young man answered the door. I asked him if this was the residence of Wes Edens and he confirmed it was but stated that Mr. Edens was not home. I asked if he was Mr. Edens's son but he responded in the negative. He stated that he was Mr. Edens son's friend.

     On the 28th day of August, 2018 at 9:50 a.m., I returned to 23 Perry Street, New York, NY 10014. I spoke to Wes Edens's son who stated that his father was not home and is hardly ever there. He stated that his father travels a lot.

     On the 4th day of September, 2018 at 7:07 p.m., I returned to 23 Perry Street, New York, NY 10014. There was no answer when I rang the bell and knocked on the door.

     On the 11th day of September, 2018 at 2:45 p.m., I arrived at 1345 Avenue of the Americas, New York, NY 10105. I called the number for Fortress Investment Group (212)798-6100 and asked for Wes Edens. I was transferred to Mr. Edens's secretary Michelle but it went to voicemail. I called back the receptionist and asked if she knew if Mr. Edens's was in but she did not because Mr. Edens's office was on 19th Street. She would not provide me with an address on 19th Street. At 4:30 p.m., I called back (212)798-6100 and was advised by Michelle that Mr. Edens was travelling but he should return sometime next week midweek and she would not provide the 19th Street address to me.

    On the 19th day of September, 2018 at 7:10 p.m., I returned to 23 Perry Street, New York, NY 10014.  There was no answer when I rang the bell and knocked on the door.

    On the 20th day of September, 2018 at 7:00 p.m., I returned to 23 Perry Street, New York, NY 10014.  The lights were on but there was no answer when I rang the bell and knocked on the door.

    After due diligence I was unable to serve the above named documents upon Wes Edens at the given address.

Sworn to before me this
4th day of October, 2018

_____
Notary Public

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified In Queens County
Commission Expires 6/02/20 20

_____
DI CONG JIANG
License No. 1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   Case No.: 1:17-cv-
HILLARY LAWSON, ET AL.                                                       06404-BMC

~Against~                                                                    Affidavit of
                                                                             Attempted Service
HOWARD RUBIN, JENNIFER POWERS, and the
DOE COMPANY
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                 s.s.:)
COUNTY OF NEW YORK   )

    I, NICHOLAS DICANIO, being duly sworn, depose and state that I am not a party in this action and am over the age of eighteen years. I am a licensed process server with Serving by Irving, Inc. bearing license number 1422308.

    At the request of Balestriere Fariello, I was asked to effectuate service of a Subpoena Ad Testificandum for Testimony in a Civil Action upon Loredana Ferriolo in the within captioned matter at the given address of 250 W. 50th Street, Apt. 16S, New York, NY 10019.

    On August 24, 2018 at 3:57 pm, I arrived at the given address: 250 W. 50th Street, Apt. 16S, New York, NY 10019. At this location, there is a large apartment building. I went up to Apt. 16S. I knocked on the door numerous times but no one answered. I did not hear any noise inside. I then left the premises.

    On August 27, 2018 at 8:39 am, I returned to: 250 W. 50th Street, Apt. 16S, New York, NY 10019. I asked the doorman about Loredana Ferriolo. He knew who she was and confirmed that she lived there. However, he said that he does not see her often. I went up to Apt. 16S. I knocked on the door numerous times but no one answered. I did not hear any noise inside. I then left the premises.

    On August 27, 2018 at 6:10 pm, I returned to: 250 W. 50th Street, Apt. 16S, New York, NY 10019. I spoke to a different doorman and asked him about Loredana Ferriolo. He knew who she was but he said he has not seen her. I knocked on the door numerous times but no one answered. I then left the premises.

    On August 28, 2018 at 12:35 pm, I returned to: 250 W. 50th Street, Apt. 16S, New York, NY 10019. I went up to Apt. 16S. I knocked on the door numerous times but no one answered. I did not hear any noise inside. I then left the premises.

    On September 4, 2018 at 3:11 pm, I returned to: 250 W. 50th Street, Apt. 16S, New York, NY 10019. I asked the doorman about Loredana Ferriolo again. He said he has not seen her. I knocked on the door numerous times but no one answered. I did not hear any noise inside. I then left the premises.

    On September 10, 2018 at 1:38 pm, I returned to: 250 W. 50th Street, Apt. 16S, New York, NY 10019. I spoke to the doorman about Loredana Ferriolo again. He said he has not seen her recently. I knocked on the door numerous times but no one answered. I then left the premises.

After due diligence, I was unable to serve the above-named documents upon Loredana Ferriolo at the given address of 250 W. 50th Street, Apt. 16S, New York, NY 10019.

Nicholas DiCanio
License No. 1422308

Sworn to before me this
9th day of October, 2018

_____
Notary Public

JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC #01DI4977768
COMMISSION EXPIRES 2/11/2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

HILLARY LAWSON, ET AL.

~Against~

HOWARD RUBIN, JENNIFER POWERS, and the
DOE COMPANY
-----------------------------------------------------------------------x

Case No.: 1:17-cv-06404-BMC

Affidavit of Attempted Service

STATE OF NEW YORK    )
                   s.s.:)
COUNTY OF NEW YORK   )

    I, NICHOLAI GRANADOS, being duly sworn, depose and state that I am a licensed process server bearing license number 2028666. I am not a party in this action and am over the age of eighteen years.

    At the request of Balestriere Fariello, I was asked to effectuate service of a Subpoena Ad Testificandum for Testimony in a Civil Action upon Loredana Ferriolo in the within captioned matter at the given address of 250 W. 50th Street, Apt. 16S, New York, NY 10019.

    On September 6, 2018 at 4:05 pm, I arrived at the given address: 250 W. 50th Street, Apt. 16S, New York, NY 10019. At this location, there is a large apartment building. The doorman let me up to Apt. 16S. I knocked on the door numerous times but no one answered. I then left the premises.

    On September 11, 2018 at 6:58 pm, I returned to: 250 W. 50th Street, Apt. 16S, New York, NY 10019. I asked the doorman about Loredana Ferriolo. He was not familiar with the name. However, he confirmed that she did live there after looking her up. I went up to Apt. 16S. I knocked on the door numerous times but no one answered. I then left the premises.

After due diligence, I was unable to serve the above-named documents upon Loredana Ferriolo at the given address of 250 W. 50th Street, Apt. 16S, New York, NY 10019.

    Nicholai Granados
    License No. 2028666

Sworn to before me this
9th day of October, 2018

_____
Notary Public

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified In Queens County
Commission Expires 6/02/2020

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160