UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON, and LAUREN FULLER,

        Plaintiffs,

-against-

HOWARD RUBIN, JENNIFER POWERS, and the DOE COMPANY,

        Defendants.

Case No.: 1:17-CV-06404

---

## AFFIDAVIT OF SERVICE

The undersigned counsel hereby certifies that, pursuant to the Court's Scheduling Order of October 10, 2018, counsel immediately forwarded a copy of the Scheduling Order to *pro se* non-party Robert Aloi, via return receipt delivery. Proof of service is attached hereto as Exhibit A.

Date: New York, New York
       October 12, 2018

Respectfully submitted,

_____
Benjamin M. Rose

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 641-5683
Fax: (212) 698-3599

*Attorney for Howard Rubin*

# Exhibit A



1095 Avenue of the Americas
New York, NY 10036-6797

Robert Aloi
15480 Annapolis Road
#202
Bowie, MD 20715

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BOWIE, MD 20715  OFFICIAL USE

| Certified Mail Fee | $3.45 | | 0010 |
| --- | --- | --- | --- |
| | | $2.75 | 63 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $0.50 | | |
| Total Postage and Fees | $6.70 | | 10/11/2018 |

Sent To: Robert Aloi
Street and Apt. No., or PO Box No.: 15480 Annapolis Rd #202
City, State, ZIP+4: Bowie, MD 20715

7017 2680 0000 1023 9684

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**USPS TRACKING #**

9590 9402 4278 8121 8089 75

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Ben Rose, Esq.
Dechert LLP
1095 Avenue of Americas
New York NY 10036

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Aloi
15480 Annapolis Rd
#202
Bowie, MD 20715

9590 9402 4278 8121 8089 75

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt