

## BRIAN L. GROSSMAN

BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-646-912-8462
F: +1-212-208-2613
brian.grossman@balestrierefariello.com
www.balestrierefariello.com

October 12, 2018

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lawson et al. v. Rubin et al.*, No. 1:17-cv-06404-BMC
             Proof of Payment

Dear Judge Cogan:

      We represent Plaintiffs in the above-referenced action. Pursuant to the Court's October 5 Order granting in part Schnur's Motion for Attorney's fees and costs (Dkt. No. 153), Plaintiffs have made a total payment of $20,000 via check to Yifat Schnur, Esq.

              Respectfully submitted,

              Brian L. Grossman

cc:      Counsel of record (via ECF)