## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **October 17, 2018** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 17-6404 (BMC)** |
| **NAME OF CASE(S):** | **Lawson et al v. Rubin et al** |
| **FOR PLAINTIFF(S):** | **Grossman** |
| **FOR DEFENDANT(S):** | **Rosenberg and Rose and Rubin, Grover and Lavigne-Albert for Powers** |
| **FOR NON-PARTY(S):** | **Aloi, pro se** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **10:04-10:28** |

**TELEPHONE CONFERENCE RULINGS:**

**Mr. Aloi's motion to quash is granted for the reasons stated on the record.**

**Defendant Rubin may move for reconsideration if he identifies case law supporting his position with respect to the questions raised by the Court during today's proceeding.**