

250 Park Avenue, Level 18
New York, New York 10177
direct: (212) 813-7092
arogers@cdslegal.com
forensics@cdslegal.com

# Adam Rogers, CBE

**EXPERIENCE**



November, 2017 – Present
**Forensic Analyst**
**Forensic Services Group**
*Complete Discovery Source, New York, NY*

I am a computer forensic and eDiscovery professional of a growing forensic services group.  My main duties include complex data collections, computer forensic investigations and the training of team members in the use of forensic and eDiscovery software / hardware solutions.

Additionally, I provide consulting services in the areas of forensic data collection, data analysis, and eDiscovery best practices.

06/2015 – 11/2017
**Computer Forensics Engineer**
*DTI Global/Epiq – New York, New York*
• Conducted offline and live forensic collections of ESI which included web mail, file servers, PC, Macs, smart phones, and tablets
• Crafted in depth company-wide documentation detailing collection procedures
• Updated, tracked, and stored digital evidence on a daily basis
• Worked hand in hand with clients to understand their point of view in order to better explain challenges and difficulties they face within the e-discovery process
• Conducted forensic examinations of terminated employee's hard drives using Encase and FTK
• Recovered data from damaged hard drives using a variety of forensic tools and techniques
• Mentored and trained team members in both process and techniques
• Managed and completed on-site acquisitions and divestitures leading teams to collect data from various sources including file servers, PC, Macs, smart phones, and tablets
• Developed excellent analytical and problem-solving skills. Able to perform efficiently and effectively working either independently or in a team environment. Consistently met deadlines, quality and performance standards

**COMPUTER SKILLS**

• Certified Blacklight Examiner (CBE)
• Proficient in the use of various computer forensic & security tools including Blacklight, FTK, Cellebrite, Paraben, Oxygen, EnCase, Aid4Mail, Axiom, and CAINE.
• Operating Systems: Windows, OSX

**EDUCATION**

**Bloomsburg University of Pennsylvania – Bloomsburg, Pennsylvania**
**Bachelor of Science – Digital Forensics; Concentration in Fraud Examination – May 2014**

**SPECIALIZED TRAINING**

• BlackBag Technologies, Blacklight Boot Camp                                                                                              July 2018