UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON,** and **LAUREN FULLER,**<br><br>                    Plaintiffs,<br><br>-against-<br><br>**HOWARD RUBIN, JENNIFER POWERS,** and the **DOE COMPANY,**<br><br>                    Defendants. | Case No.: 1:17-CV-06404 |

## AFFIDAVIT OF SERVICE

The undersigned counsel hereby certifies that, pursuant to the Court's Order of November 19, 2018, counsel immediately forwarded a copy of the Memorandum and Order on Motion to Quash to *pro se* non-party Robert Aloi, via e-mail.

Date:   New York, New York
            November 28, 2018

Respectfully submitted,

*/s/ Benjamin M. Rose*_____
Benjamin M. Rose

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 641-5683
Fax: (212) 698-3599

*Attorney for Howard Rubin*