

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

December 4, 2018

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lawson et al. v. Rubin et al.*, No. 1:17-cv-06404-BMC
            Proof of Service

Dear Judge Cogan:

    We represent Plaintiffs in the above-referenced action. Pursuant to the Court's December 4 Order, on December 4, Plaintiffs' counsel emailed Plaintiff Caldwell the Order and supplemental documents. Attached hereto as Exhibit A is the email from Jin Lee to Caldwell on December 4, 2018.

                                              Respectfully submitted,

                                              John G. Balestriere

Encls:  Exhibit A – Email from Jin Lee to Stephanie Caldwell

cc:      Counsel of record (via ECF)