UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
HILLARY LAWSON, KRISTINA HALLMAN, :
and STEPHANIE CALDWELL, : Case No.: 1:17-cv-06404
:
Plaintiffs, : **NOTICE OF APPEARANCE**
:
-against- :
:
HOWARD RUBIN, JENNIFER POWERS, and the :
DOE COMPANY. :
:
Defendants. :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE THAT** Yifat V. Schnur, an attorney admitted to practice in this Court, of the law firm Yifat V. Schnur, Esq. LLC, is appearing in this action as counsel for Defendant Jennifer Powers. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, New York
February 8, 2019

**SCHLAM STONE & DOLAN LLP**

By: ___/s/___
Yifat V. Schnur
Yifat V. Schnur, Esq. LLC
22 Prescott Street
Edison, NJ 08817
Yifatschnur@gmail.com

*Attorney for Defendant Jennifer Powers*