# Exhibit 1



**BRIAN L. GROSSMAN**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-646-912-8462
F: +1-212-208-2613
brian.grossman@balestrierefariello.com
www.balestrierefariello.com

February 23, 2018

**VIA EMAIL**
Edward A. McDonald
Benjamin E. Rosenberg
Michael J. Gilbert
Benjamin M. Rose
1095 Avenue of the Americas
New York, New York 10036
*Counsel for Howard Rubin*

**VIA EMAIL**
Jeffrey M. Eilender
Douglas E. Grover
Niall D. Ó Murchadha
Jolène F. LaVigne-Albert
26 Broadway, 19th Floor
New York, New York 10004
*Counsel for Jennifer Powers*

**VIA EMAIL**
Eric R. Breslin
Melissa S. Geller
One Riverfront Plaza
20137 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
*Counsel for Yifat Schnur*

**VIA EMAIL**
Mark A. Berman
Dawn M. Wilson
360 Lexington Avenue
New York, New York 10017*Counsel for Stephanie Shon*

**VIA EMAIL**
Marc S. Gottlieb
501 Madison Avenue, 14th Floor
New York, New York 10022
*Counsel for Blue Icarus*

    Re:    *Lawson et al v. Rubin et al*
             1:17-cv-06404-BMC

Counsel:

     As you know, I represent Plaintiffs pseudonymously named Hillary Lawson, Kristina Hallman, Stephanie Caldwell, Moira Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller. As discussed on our call yesterday, please see the list below disclosing the true names of the Plaintiffs named in the Amended Complaint. (Dkt. No. 66.)



- Hillary Lawson is a pseudonym for the true Plaintiff ▮.
- Kristina Hallman is a pseudonym for the true Plaintiff ▮.
- Stephanie Caldwell is a pseudonym for the true Plaintiff ▮.
- Moira Hathaway is a pseudonym for the true Plaintiff ▮.
- Macey Speight is a pseudonym for the true Plaintiff ▮.
- Rosemarie Peterson is a pseudonym for the true Plaintiff ▮.
- Lauren Fuller is a pseudonym for the true Plaintiff ▮.

These names were all chosen at random with a random name generator. Plaintiffs' counsel intentionally picked names from the random name generator that were both common and not associated with any particular person or entity so as to not unfairly associate this lawsuit with any particular person or entity.

Sincerely,

Brian L. Grossman

cc: John G. Balestriere, Esq. (via email: jbalestriere@balestrierefariello.com)
Mark A. Berman, Esq. (via email: mberman@ganfershore.com)
Eric R. Breslin, Esq. (via email: ERBreslin@duanemorris.com)
Jeffrey M. Eilender, Esq. (via email: jeilender@schlamstone.com)
Melissa S. Geller, Esq. (via email: msgeller@duanemorris.com)
Michael J. Gilbert, Esq. (via email: michael.gilbert@dechert.com)
Marc S. Gottlieb, Esq., (via email: msg@ortolirosenstadt.com)
Douglas E. Grover, Esq. (via email: dgrover@schlamstone.com)
Jolene F. LaVigne-Albert, Esq. (via email: jlavignealbert@schlamstone.com)
Jin Lee (via email: jin.lee@balestrierefariello.com)
Edward A. McDonald, Esq. (via email: Edward.McDonald@dechert.com)
Jillian L. McNeil, Esq. (via email: jillian.mcneil@balestrierefariello.com)
Niall D. O'Murchadha, Esq. (via email: nomurchadha@schlamstone.com)
Benjamin M. Rose, Esq. (via email: Ben.Rose@dechert.com)
Benjamin E. Rosenberg, Esq. (via email: Benjamin.Rosenberg@dechert.com)
Dawn M. Wilson, Esq. (via email: dwilson@ganfershore.com)