Exhibit 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7/22/17, 7:52 PM - Jennifer Powers: <Media omitted>

7/22/17, 7:58 PM - Howie Rubin: Text her back and say I switched phones and have the same # but never got her message.


7/23/17, 12:35 PM - Howie Rubin: So I did hear from ███████ last nite. Same message. I think u could text back something like "I think it's a good idea for u to move ahead w new implants. I believe according to r agreement w still owe u 5k for new ones. I can check when I get back to the city tomorrow evening"

7/23/17, 12:35 PM - Howie Rubin: Or something like that


7/23/17, 2:12 PM - Jennifer Powers: Check re ███████


7/24/17, 11:04 AM - Howie Rubin: Hey, I'm going to c ██████ tomorrow. Can u get hold of her? Around 4pm.

7/24/17, 11:42 AM - Jennifer Powers: Yes for sure


7/24/17, 7:41 PM - Howie Rubin: Is ██████ set for tomorrow?

7/24/17, 9:08 PM - Jennifer Powers: Yes she is!

7/24/17, 9:09 PM - Jennifer Powers: She lands at 12:50

7/24/17, 9:22 PM - Howie Rubin: Okay!


7/25/17, 3:06 PM - Jennifer Powers: What are the plans for ██████ tonight?

7/25/17, 3:11 PM - Howie Rubin: Im heading over around 430, 3-4hrs just at Condo!

7/25/17, 3:14 PM - Jennifer Powers: Oh nice! Ok

7/25/17, 3:19 PM - Howie Rubin: Wine then sex!


8/1/17, 9:50 PM - Jennifer Powers: So ██████ next court date is next weds...she said he lawyer wants her to come in Monday to speak...which would mean an extra night at the hotel.

Do you want me to book that?

8/1/17, 10:01 PM - Howie Rubin: Of course

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/18/17, 9:44 PM - Jennifer Powers: I wonder if she's on Eros!!!!

8/18/17, 9:44 PM - Jennifer Powers: I'll look

8/18/17, 10:01 PM - Howie Rubin: Good question!

8/18/17, 10:01 PM - Howie Rubin: She'd be under an alias maybe

8/20/17, 11:54 AM - Jennifer Powers: Ehhhhhh yeah I guess ok, I really don't have an opinion. Better than if you told me ▮Kristina▮ ▮Hillary▮

8/20/17, 1:13 PM - Jennifer Powers: I think you need to be gentle if you see ▮▮▮▮ What if it's a set up...she is a good

friend of ▮Kristina▮

8/20/17, 1:14 PM - Jennifer Powers: I think you need to be extremely careful with anyone ▮Kristina▮ sets you up with...now that she's gone MIA, looks more and more like a set up

8/20/17, 1:33 PM - Howie Rubin: Okay, let me think

8/20/17, 1:34 PM - Jennifer Powers: Yeah that whole group knows what's going on. NDA means nothing I'm afraid

8/20/17, 2:16 PM - Howie Rubin: Guess I'll cancel on her.

8/20/17, 2:16 PM - Howie Rubin: Maybe ▮Macey▮

8/20/17, 2:16 PM - Howie Rubin: Although probably really doesn't make a difference.

8/20/17, 2:21 PM - Jennifer Powers: Well it's up to you, just feel like you're being watched with that crew

8/20/17, 2:29 PM - Howie Rubin: Id really like to see her, she's really fun.et me think

8/22/17, 10:15 AM - Jennifer Powers: ▮Macey▮ was asking me to come, I told her "no" bc I didn't think you were expecting her...

8/22/17, 12:46 PM - Howie Rubin: I texted her at some point to come but I just don't her "no" now. Not really up for it.

8/22/17, 1:05 PM - Jennifer Powers: I didn't think you would be

8/29/17, 10:53 PM - Howie Rubin: I had invited ▮Macey▮ for tomorrow and she bought her own ticket and I realize that was stupid . Can u text her in the am and send her 2k?

8/29/17, 10:53 PM - Howie Rubin: She had bought her own ticket.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/7/15 6:52 PM: Can you send me ▮Rosemarie▮ contact info?

9/9/15 9:37 AM: ▮Moira▮ landed!

9/9/15 8:50 PM: OK!!!! Where is ▮Moira▮

9/9/15 8:50 PM: Howie: Condo.

9/9/15 8:51 PM: Howie: Didn't work tonite.

9/9/15 8:51 PM: It never works with ▮Moira▮

9/9/15 8:51 PM: Howie: Once!

9/29/15 10:56 AM: Howie: ▮Moira▮ is coming in tomorrow.

9/29/15 10:57 AM: Cool! She's booking her own flight?

9/29/15 10:59 AM: Howie: Yup!

9/30/15 11:50 PM: How are you!

10/1/15 12:28 AM: Are you OK?

10/1/15 12:37 AM: Howie: Drunk, no sex as usual!

10/1/15 12:37 AM: WHY??!

10/1/15 12:38 AM: Howie: ???

10/1/15 12:38 AM: Where is ▮Moira▮

10/1/15 12:47 PM: So what happened last night with ▮Moira▮

10/1/15 12:49 PM: Howie: She was supposed to meet me w ▮ for drinks and she fell asleep. I should have just blown ▮ off and gone over there.

10/1/15 12:50 PM: Howie: She didn't wake up till around 10pm.

10/1/15 12:50 PM: Howie: I should have just gone back to the condo.

10/1/15 12:50 PM: Howie: Let's send her 2500 anyway.

10/1/15 12:51 PM: Check re 2500. Why didn't you go back over?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

10/1/15 12:51 PM: Drunk?

10/1/15 12:55 PM: Howie: I was having fun w ███ ███ was there and her bfriend ███

10/1/15 12:56 PM: Ahhhh gotcha. As long as you had a good time, I get worried of course!

10/1/15 12:57 PM: Howie: It was fine. But I should have gone over.

10/1/15 12:58 PM: Yeah, you're quite sensitive these days.

10/1/15 12:58 PM: ...all these girls want to do is please you.

10/1/15 1:00 PM: Howie: Yeah.


10/6/15 3:01 PM: Btw, you got a pkg from ███Moira███ .want me to open it?

10/6/15 3:01 PM: Something she overnighted?

10/6/15 3:01 PM: Howie: Sure!

10/6/15 3:01 PM: Howie: Wow!

10/6/15 3:01 PM: Howie: Did u pick up coat?

10/6/15 3:02 PM: Pffffft YES!!

10/6/15 3:02 PM: Want me to leave at bat cave or drop to 120?

10/6/15 3:16 PM: Image

10/6/15 3:16 PM: Image

10/6/15 3:17 PM: Howie: I think she took them by accident. :)

10/6/15 3:18 PM: Oh ok!

10/6/15 3:18 PM: I left your jackets!

10/6/15 3:18 PM: Try them on today! They're on your bed

10/6/15 3:26 PM: Howie: Okay!


10/11/15 12:35 PM: Also...schedule for this week...more importantly for tomorrow, seems like I need to book this ███Macey███ chick?

10/11/15 12:40 PM: Howie: Yes on ███Macey███ No one tues or weds. LA on thurs.

10/11/15 12:52 PM: Check!!

10/11/15 12:53 PM: What time will you see ███Macey███ tmrw?

10/11/15 12:54 PM: Howie: 3pm.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/2/15 8:53 PM: Howie: I don't know when she's getting there

11/2/15 8:53 PM: Yeah, I reached out to her, hadn't heard back

11/2/15 9:08 PM: Howie: Check!


11/3/15 3:08 PM: Howie: Did u hear from ██Moira██

11/3/15 3:10 PM: Yes I did!

11/3/15 3:10 PM: All is good. ████████ is going over around 10 or 11

11/3/15 3:10 PM: Howie: Okay, great!


11/3/15 9:12 PM: 😴😴😴 bc you're seeing ██Moira██ tomorrow!!


11/4/15 3:50 PM: Howie: Can u get fruit and cheese at 5pm pls, tell ██Moira██ its coming.

11/4/15 3:51 PM: Check!


11/4/15 8:17 PM: How are you!

11/4/15 8:24 PM: Howie: Just getting to condo, went out for dinner.


11/4/15 9:14 PM: What happened to ██Moira██

11/4/15 9:15 PM: Howie: ████████████


11/6/15 6:09 PM: ...am I sending ██Moira██ a paypal?

11/6/15 6:16 PM: Howie: Not yet


11/12/15 2:23 PM: Yes, the place is scheduled to be cleaned tomorrow. Lmk if ██Macey██ needs to be booked...she's been texting me.


11/12/15 3:58 PM: Howie: Let's have ██Macey██ come.

11/12/15 4:23 PM: Ok, I'll reach out to her. What time will you see her?

11/12/15 5:40 PM: Howie: 130

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/13/15 9:43 AM: ███ is on her flight, lands at 11

11/13/15 1:24 PM: Have fun with ███

11/13/15 1:24 PM: She seems like a sweetheart!

11/13/15 1:25 PM: Howie: Thanks!

11/13/15 4:55 PM: How are you!

11/13/15 4:59 PM: Howie: Still drinking w ███

11/13/15 5:00 PM: Ha!!!! I wouldn't be able to drink right now if my life depended on it!!!

11/13/15 6:10 PM: How are you feeling!

11/13/15 7:39 PM: Hey!

11/13/15 10:16 PM: Hey! Hope you're OK over there!

11/13/15 10:19 PM: Howie: Nite nite. I'm in so much trouble...

11/13/15 10:19 PM: WHY?

11/13/15 10:19 PM: Out late?

11/13/15 10:19 PM: Howie: I was supposed to be home by 6 or 7

11/13/15 10:20 PM: Shit, I was wondering. Guess it was a good night?

11/13/15 10:20 PM: Howie: Yes, but I'm in trouble.

11/13/15 10:21 PM: Fuck. I'm sorry...I hope you can tread water.

11/13/15 10:21 PM: It will work out..things will be better tomorrow

11/13/15 10:28 PM: Howie: I need a really good story.

11/14/15 2:50 PM: Do you want me to paypal ███? And what about ███ Everyone else has been taken care of...

11/14/15 2:54 PM: Howie: Yes on both of them. I hope ███ is happy w her 10k!

11/14/15 2:54 PM: So ███ 10k?

11/14/15 2:54 PM: ███ 5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12/10/15 10:56 AM: Why don't you invite ▮▮▮▮ to come? Or **Macey**?

12/10/15 10:55 AM: Howie: I texted her.


1/3/16 10:19 PM: Howie: I'm seeing **Macey** on tues, ▮▮▮▮ thurs.

1/3/16 10:20 PM: I'm so happy!!! Yay!!

1/3/16 10:20 PM: OK! Do I need to book **Macey** flight?

1/3/16 10:21 PM: Howie: Yup!

1/3/16 10:23 PM: OK! What time will you see **Macey** on Tuesday?

1/3/16 10:35 PM: Howie: Maybe 330ish

1/3/16 10:54 PM: OK, I'm working on her flights now

1/3/16 10:54 PM: Howie: Check!


1/5/16 11:55 AM: ▮▮▮ and that girl are still in bed! I just told ▮▮▮ I'm on my way over.. **Macey** will be there by 1:30. ▮▮▮ needs to wash! 😈


1/7/16 3:43 PM: Am I supposed to transfer **Macey** funds?

1/7/16 3:49 PM: Howie: Yup!


1/7/16 3:51 PM: 5k correct?


1/7/16 3:54 PM: Howie: 5k for **Macey** Just sething nice for ▮▮▮, not crazy.


1/8/16 1:48 AM: At least you could be drinking at the condo, a little more intimate. Yesterday with **Macey** was great! You didn't even leave and you went home early!!


1/8/16 1:49 AM: **Macey** was great yesterday and you didn't leave the condo


1/13/16 4:57 PM: Howie: I'm seeing **Moira** at condo at 2pm tomorrow, then dinner w ▮▮▮ at 6. Can u do fruit+cheese pls?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1/13/16 5:12 PM: (check re ███Moira███ and cheese)

1/14/16 2:43 PM: Have fun with ███Moira███

1/14/16 2:45 PM: Howie: Yup!

1/14/16 3:23 PM: Howie: Did lavo group just open new place called "vandal"?

1/14/16 3:25 PM: The grand opening is this weekend!

1/14/16 3:25 PM: Are ppl talking about it?

1/14/16 3:33 PM: Howie: ███Moira███ knew about it!

1/14/16 3:49 PM: Cool!

1/14/16 5:49 PM: How is everything?!

1/14/16 6:28 PM: Howie: I'm on the way to dinner, nice aafternoon.

1/14/16 6:30 PM: Great!!

1/14/16 6:30 PM: I'm glad to hear that ☺

1/14/16 8:57 PM: Howie: Very nice dinner!

1/14/16 8:57 PM: Howie: Also, did u know ███Moira███ is spending the nite?

1/14/16 8:59 PM: ███ says it was fun!!

1/14/16 9:00 PM: And yes I knew that about ███Moira███ ☺

1/14/16 9:00 PM: I had spoken to her!

1/14/16 9:01 PM: Howie: Check!

1/14/16 9:19 PM: 5k for ███Moira███

1/14/16 9:25 PM: Howie: Yes

1/20/16 2:21 PM: Howie: Or ███Macey███ and ███ together?

1/20/16 2:21 PM: No! They hate each other

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1/25/16 2:15 PM: Howie: Also, can u get hold of █████ and arrange for her? I have a conf call from 2-3pm, so ill see her after that. (For weds)

1/25/16 2:18 PM: Yes sir! Will do

1/25/16 7:24 PM: Howie: Did █████ confirm for weds?

1/25/16 8:00 PM: Nope, no █████! She hasn't answered me

1/25/16 8:50 PM: █████ can come!

1/25/16 9:43 PM: Howie: Okay!

1/25/16 10:14 PM: What time will you see █████ Weds?

1/25/16 10:31 PM: Howie: 4ish

1/25/16 10:32 PM: Check. I'll have her here before

1/26/16 1:03 AM: Check re ████ tmrw and █████ is booked...arrives Weds at 12:30

1/27/16 4:04 PM: What time are you going to see █████!

1/27/16 4:06 PM: Howie: Just got in cab.

1/27/16 4:06 PM: Nice!

1/27/16 4:07 PM: I assume yall are going to eat?

1/27/16 4:07 PM: Howie: Play first, food after!

1/27/16 4:07 PM: AMAZING IDEA!!

1/27/16 4:10 PM: Howie: Much better!

1/27/16 4:11 PM: Have fun!

1/27/16 7:27 PM: Howie: I'm on way home, wonderful time, she just wanted to take a bath!

1/27/16 7:28 PM: Awesome!!!!! I love that you're home so early!!!!! Get in a habit of this!!!

1/27/16 7:28 PM: Howie: Yes, and not plastered!

1/27/16 7:42 PM: Such a good feeling right??!

1/27/16 7:42 PM: I feel so proud of you!!! Everyone is happy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

5/4/16 3:56 PM: Howie: She wants me to invite ██████ also!!

5/4/16 3:58 PM: I thought they hated each other??

5/4/16 4:03 PM: Howie: She wants to beat ██████! Lolol!

5/4/16 4:06 PM: OMG! HA!!!! Shit

5/4/16 4:10 PM: Howie: Right?


5/4/16 5:27 PM: Howie: So ill see ██████ tomorrow, but later, around 4 or 5.

5/4/16 5:38 PM: OK check!


5/4/16 8:25 PM: Howie: Have u been in touch w ██████

5/4/16 8:27 PM: Yes I have been. She's going over tomorrow afternoon...I told her you would be there 4 or 5

5/4/16 8:27 PM: Howie: Perfect!


5/5/16 10:21 AM: Howie: 345 is good, then ill go see ██████


5/5/16 3:42 PM: Howie: Cancel the food, going to meet ██████ at wayfarer.

5/5/16 3:44 PM: Howie: Ill call u at 4.

5/5/16 3:45 PM: Omg hahahaaa


5/7/16 4:09 PM: Howie: Looks like ██████ and ██████ want to come up together on tues...


5/9/16 1:17 PM: BTW, I never booked ██████ to come tmrw...did you decide 100% to see both girls?

5/9/16 1:17 PM: Howie: haven't decided, feels like a lot of "work"!


5/10/16 4:27 PM: Guess I need to do paypals!!

5/10/16 4:27 PM: Image

5/10/16 4:27 PM: ██████ sent this to me

5/10/16 4:31 PM: Howie: It didn't end well, send her 3500

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

6/28/16 11:46 PM: Howie: Drunk! At condo.....

6/28/16 11:47 PM: I'm glad yall at the condo!!

6/28/16 11:49 PM: Howie: Yeah!

6/29/16 12:16 AM: Goodnight Slick! Have fun and text me in a bit! XoXJRP 🖤

6/29/16 12:21 AM: Howie: Xoxoxxooxxo

6/29/16 9:47 AM: Good morning how did last night end?!

6/29/16 11:03 AM: Howie: great! ▊Macey▊ wants to stay in condo till tomorrow, I said okay.

6/29/16 11:14 AM: OK, I'll cancel the maid

6/29/16 12:07 PM: Howie: Check when she wants to leave tomorrow.

6/29/16 12:07 PM: She's leaving tonight

6/29/16 12:09 PM: Howie: Oh! Okay.


6/29/16 4:14 PM: How much of a PayPal for ▊▊▊  What about ▊Macey▊ and this other chick?

6/29/16 4:31 PM: Howie: Let me focus when I'm on the road tonite.

6/29/16 4:32 PM: OK!


7/19/16 2:40 PM: Howie: Who for friday???

7/19/16 3:10 PM: ▊▊▊ ▊Macey▊? ▊▊▊

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/1/16 3:34 PM: Howie: Macey coming tomorrow. Ill see her around 6pm.

8/1/16 3:36 PM: We just landed! And check re Macey

8/1/16 7:28 PM: Howie: Is Macey booked??

8/1/16 7:31 PM: Yes she is

8/1/16 7:33 PM: Howie: Check!

8/1/16 11:41 PM: Howie: Uv got to cancel Macey tomorrow for me, ▮▮▮ going nuts.

8/1/16 11:43 PM: Oh no!! I will.

8/1/16 11:43 PM: I hope things are OK 🙈

8/1/16 11:44 PM: Howie: Never mind, ill see her for a few hrs

8/1/16 11:45 PM: OK, I'll leave it. If anything changes, we can sort it in the morning.

8/1/16 11:45 PM: Macey is capable of missing her flight anyways.

8/2/16 10:43 AM: Howie: I am going to see Macey tonite, I have a "tennis" excuse all set up. Not sure what time yet.

8/2/16 10:43 AM: OK cool. She made her flight, lands at 3pm

8/2/16 10:44 AM: Howie: Probbaly around 7.

8/2/16 10:47 AM: Roger that

8/2/16 2:44 PM: Macey just landed, is 7pm meeting still a good time for you?

8/2/16 2:53 PM: Howie: Probably closer to 8! ▮▮▮ wants to go to movies at 530.

8/2/16 8:05 PM: Maybe Macey could stay an extra day? Could you see her tmrw?

8/2/16 8:05 PM: Howie: After golf? Maybe, not sure, let me think for a bit.

8/2/16 8:10 PM: Well lmk if you want me. To speak to Macey about staying...

8/2/16 8:13 PM: Howie: I just texted and she said yes, I told her she could do spa during the day.

8/2/16 8:13 PM: Howie: Let me just think for sure.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/2/16 10:36 PM: What are we doing with ██████? Do I need to change her flight?

8/2/16 10:51 PM: Howie: Yes, I'm seeing her after golf, probaably around 4pm. Can u text her?

8/2/16 11:07 PM: Yes of course


8/3/16 2:17 PM: Will you and ██████ be going out? Or would you like for me to order cheese and fruit?

8/3/16 2:33 PM: Howie: Well, go red eye grill.

8/3/16 2:34 PM: Check!


8/17/16 12:52 PM: Howie: I'm seeing these 2 girls monday.

8/17/16 12:52 PM: Howie: Image

8/17/16 1:25 PM: Who are they coming from?

8/17/16 2:39 PM: Howie: ████

8/17/16 2:39 PM: Howie: Ill send u their info.

8/17/16 2:48 PM: Howie: ██Hillary Lawson██████████

8/17/16 2:48 PM: Howie: ██Kristina Hallman██████

8/17/16 3:03 PM: Howie: Fruit and cheese at 430 pls.


8/17/16 3:44 PM: Will I be booking the girls flights?


8/17/16 4:07 PM: Howie: Yes, u will book their flights and have them sign ndas pls.

8/17/16 4:08 PM: Howie: But don't book flight yet. I'm texting w them now.


8/17/16 4:11 PM: I'll introduce myself via whatsapp and wait for you to tell me to book

8/17/16 4:13 PM: Howie: Sounds good!


8/17/16 10:00 PM: I've spoken to both ██Kristina██ and ██Hillary██ both are very sweet. Just waiting the go ahead from you to book

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/17/16 10:58 PM: Howie: Illet u know in the am.

8/18/16 12:15 PM: Howie: U can book those flights for monday for those girls

8/18/16 12:16 PM: OK cool!

8/18/16 6:07 PM: I hope she's not plucking these girls off the Internet...I hope she knows them. I'm surprised you're still speaking to her is all.

8/18/16 6:20 PM: Howie: She knows one of them.

8/18/16 8:31 PM: What time will you be seeing the girls on Monday?

8/18/16 8:33 PM: Howie: Thinking 430pm drinks at viceroy.

8/18/16 8:34 PM: Check...the only non stop flight for ███ gets in at 2pm

8/18/16 8:34 PM: Is this OK with you?

8/18/16 8:37 PM: ...I can have ███ land around the same time at JFK...I would meet them at the condo around 4?

8/18/16 9:00 PM: Howie: Sure, that's okay. I can take them out at 5 also.

8/18/16 9:01 PM: Okie dokie

8/18/16 9:02 PM: ...just waiting to hear back from ███ .only non stop flight out Tuesday is at 8am. I want to give her the option of taking a flight with stops.

8/18/16 9:04 PM: ...if 8am is too early

8/18/16 9:06 PM: Howie: Where does she live??

8/18/16 9:07 PM: Daytona Beach

8/18/16 9:07 PM: Jetblue flies direct. Only airline

8/18/16 9:16 PM: Howie: Orlando airport is 1hr away, just have her fly out of orlando

8/18/16 9:18 PM: She told me specifically Daytona.

8/18/16 9:18 PM: Howie: Well give her a choice of the early flight or a later flight out of orlando

8/18/16 9:19 PM: ...or a flight with a stop

8/18/16 9:19 PM: Check!

8/18/16 9:41 PM: She wants the 8am! I'm getting the girls booked now

8/18/16 10:13 PM: Howie: Weird!!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/18/16 11:04 PM: Both girls are booked and on board for Monday...they know I'm meeting them at 4 at the condo.

8/18/16 11:04 PM: ...they're both really sweet and have been easy to work with...good sign!

8/18/16 11:06 PM: Howie: Let's see!!!

8/18/16 11:06 PM: Howie: How they look good!

8/18/16 11:07 PM: Howie: The one girl is █!!! 😊

8/18/16 11:08 PM: Hahhaaaa!!! I noticed she was older!! Hahahhahaaaa!!

8/18/16 11:08 PM: 👹


8/19/16 8:18 PM: Howie: █Stephanie Caldwell█

█████████

8/19/16 8:18 PM: Howie: ██████████

8/19/16 8:18 PM: Howie: This girl I'm seeing weds.

8/19/16 8:34 PM: Is this another through █████???!!

8/19/16 8:33 PM: Howie: Yes.

8/19/16 8:34 PM: OMG!!! WHY?


8/19/16 8:40 PM: I'll need ███████████ please...also what time will you see her on Weds?

8/19/16 8:42 PM: Howie: Getting it.

8/19/16 8:42 PM: Howie: I've got to figure what time.

8/19/16 8:47 PM: Howie: Image

8/19/16 8:51 PM: The girl on the right looks familiar. She may be a club girl that runs with my friend in Miami.

8/19/16 8:53 PM: Howie: Really??

8/19/16 8:54 PM: She looks familiar. Maybe she was a cocktail waitress at LIV

8/19/16 8:55 PM: God, I just get so worried about these girls...I hope freako knows her?

8/19/16 8:55 PM: Where does she live?

8/19/16 8:57 PM: Howie: Not sure

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/22/16 7:29 PM: How are you guys!

8/22/16 7:38 PM: Howie: They're really nice, but so skany!

8/22/16 7:56 PM: Hahahaaa!! YES!!!

8/22/16 7:57 PM: ███ looks like she's 40

8/22/16 8:25 PM: Howie: 50!

8/22/16 9:51 PM: What are yall doing?

8/22/16 11:25 PM: Are you OK?

8/22/16 11:28 PM: Howie: They were great, fun and sexual. Not ""repeats".

8/22/16 11:28 PM: Well that's good news at least! Not a total waste!!

8/22/16 11:30 PM: Howie: They're not pretty, but fun and nice and sexually.


8/23/16 12:10 AM: I don't think you could have stomached staying out with those two!! 🙈

8/23/16 12:11 AM: Howie: Nope!

8/23/16 12:11 AM: Were they nosey at all?!

8/23/16 12:12 AM: I can't believe that girl looked so old!

8/23/16 12:16 AM: Howie: Not nosey, extremely friendly and considerate and nice. Really totally sweet!!


8/23/16 11:45 AM: Howie: The girls were great last nite. Not that pretty but friendky, nice and appreciative!! And sexual!

8/23/16 11:45 AM: Howie: Really a fun nite! They loved the condo.

8/23/16 11:46 AM: Yes! I've been speaking to both today, they're both really appreciative and "I hope he liked me!!"

8/23/16 11:46 AM: Image

8/23/16 11:46 AM: This was left for you...

8/23/16 11:46 AM: Howie: Finally some good girls!

8/23/16 11:47 AM: Yes, just fun girls that you can let go with!


8/23/16 3:55 PM: Howie: Omg! Forgot to tell you, ███ amd ███ r good friends w Rosemarie !!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8/24/16 6:24 PM: I feel worse about you having to hang out with ██████

8/24/16 6:25 PM: Howie: It will be fine.


8/24/16 8:22 PM: How are yall?

8/24/16 8:47 PM: Have you ditched ██████ yet?

8/24/16 8:47 PM: Howie: Yes!


8/25/16 10:00 AM: Of course Stephanie missed her flight...she said she rescheduled it, who knows! 😈

8/25/16 10:42 AM: Howie: Jesus.... 😄

8/25/16 10:52 AM: She's staying till Saturday! Not at the condo...my guess is with ██████ !


8/25/16 11:16 AM: Howie: Yes w ██████.

8/25/16 11:18 AM: Oh yeah, I already said no, leave the condo!! 😈😈

8/25/16 11:18 AM: They tried!!

8/25/16 11:22 AM: Howie: Good! If we had a good nite that would have been different.


9/19/16 1:13 PM: Howie: ██████ thurs, Kristina fri

9/19/16 1:14 PM: Yes, dinner is confirmed!

9/19/16 1:15 PM: OK! I will reach out to ██████ and Kristina

9/19/16 1:15 PM: What time will you see them on Thurs//Fri?

9/19/16 1:16 PM: Howie: Not sure yet.

9/19/16 1:16 PM: Howie: Confirming w them now.


9/20/16 12:34 PM: Howie: Okay, so ██████ can't make it cause she's moving friday. So here's the plan:

9/20/16 12:36 PM: Howie: Thurs- ██████ , fri - ██████ , sat - Kristina and Stephanie

9/20/16 12:37 PM: Check!

9/20/16 12:37 PM: ██████ is booked already, so we're good...I'll reach out to ██████ and Kristina and Stephanie

9/20/16 12:48 PM: What time will you see the girls Friday and Sat?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/20/16 1:16 PM: Howie: Late afternoon, probably 4 or 5.

9/20/16 1:17 PM: OK cool

9/24/16 1:21 PM: Howie: When do [Kristina] and [Stephanie] arrive?

9/24/16 1:25 PM: They just landed

9/24/16 1:55 PM: Howie: What should I do w they girls? Dinner 1st?

9/24/16 2:11 PM: I guess so!!

9/24/16 2:11 PM: What time will you be seeing them?

9/24/16 2:16 PM: Howie: 6, But tell them 530!

9/24/16 2:25 PM: Howie: Maybe tao? Lavo or nobu?

9/24/16 2:27 PM: I can try Nobu?

9/24/16 2:31 PM: Howie: Sure!

9/24/16 2:47 PM: What time?

9/24/16 3:03 PM: Howie: 6pm

9/24/16 4:23 PM: Howie: R we set for nobu?

9/24/16 4:23 PM: [    ] I hadn't heard from and Nobu is sold out...working on Tao or lavo

9/24/16 4:24 PM: Howie: Ah, okay

9/24/16 5:10 PM: Yall are confirmed at Tao Midtown 6pm

9/24/16 5:11 PM: Howie: Can u call [Kristina] and tell her to meet me there? I tried whatsapping her but no answer.

9/24/16 5:17 PM: Sure! I'll call girls now

9/24/16 5:20 PM: Howie: Let me know.

9/24/16 5:23 PM: OK, just spoke to [Stephanie].they're gonna meet you there

9/24/16 5:23 PM: Howie: Great!

9/24/16 5:55 PM: Have fun with the girls...talk to you in a bit

9/24/16 5:55 PM: Howie: I'm on my way! Ill be lucky if they're there by 630!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/24/16 11:52 PM: Howie: Just book a viceroy room pls.

9/24/16 11:54 PM: OK.

9/24/16 11:54 PM: Are they going to trash the condo?

9/24/16 11:58 PM: Howie: I'm heading back to walk them to viceroy

9/24/16 11:59 PM: OK, room is booked...

9/24/16 11:59 PM: Room is under ███████████

9/24/16 11:59 PM: Howie: Check!

9/25/16 12:00 AM: Hotels.com confirmation # 132 767 172 841

9/25/16 12:00 AM: Howie: Thanks!!

9/25/16 12:01 AM: Yes! I don't understand what's going on though


9/25/16 3:46 AM: Howie: Great nite, they r staying till tues!!

9/25/16 3:57 AM: Howie: I think they r leaving. 5k to ████ tomorrow.

9/25/16 3:57 AM: Howie: I gave ███ cash

9/25/16 7:25 AM: Lmk the final word!

9/25/16 10:14 AM: Howie: Have u heard from them? It a late nitee, they may want to sleep..

9/25/16 10:27 AM: I heard from ████████ that everything ended good

9/25/16 10:28 AM: The flights not till 2 so they have time

9/25/16 10:37 AM: Howie: Yay! Great!!!!!

9/25/16 10:37 AM: Howie: Got rough, fun rough, but rough!

9/25/16 10:37 AM: Good!! But I hope everyone is happy?

9/25/16 10:47 AM: Howie: I think so! ████ boobs were bruised.

9/25/16 10:48 AM: Oh noooo, ████ been sick all night. ████████ has been taking care of her...no sleep

9/25/16 10:49 AM: Every girl since ████ has puked this week...████████████, now ████ TOO MUCH DRINKING


9/25/16 11:09 AM: Howie: It got really rough jenn, we need to be VERY VERY VERY nice.....

9/25/16 11:10 AM: Howie: Very important. Trust me.

9/25/16 11:10 AM: Howie: Very important

JP_0000055

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/25/16 11:11 AM: OK. I am being nice. I just hope you know what you're doing

9/25/16 11:11 AM: Howie: Yes, last time I'm seeing them.

9/25/16 11:19 AM: Ok

9/25/16 9:04 PM: You had a girl every day but today!!! LMAO!!!! Monday//Tuesday//Weds.. ███████ Thurs// ████████ Friday. ████ & ████████ Saturday!!!

9/26/16 9:00 PM: Howie: Hey, ████ going to fly up tomorrow. Can u text her? Ill c her at 7.

9/26/16 9:09 PM: Yes sir!

9/26/16 10:20 PM: ████ is booked, she lands at 3pm

9/26/16 10:20 PM: Howie: Perfect!

9/27/16 11:08 AM: Howie: █████████ ████████, █████ do u think I need a card or a gift?

9/27/16 11:09 AM: Howie: ██████████████████████

9/27/16 11:11 AM: Check re █████! And ████...hmmm, that's up to you...I could always stop and get something small? Or if you think a card is good, maybe you could pick one up? Totally up to you!

9/27/16 11:23 AM: Howie: Do we have any "trinkets" in the safe. I don't want u going out!

9/27/16 11:24 AM: HA!!!!!! Don't worry about me!!

9/27/16 11:24 AM: No unfortunately not, you've given everything out

9/27/16 11:25 AM: I have █████ DR appt at 1:15...I can go and grab something after that. Tifffany's...something small?

9/27/16 11:25 AM: Howie: Yes, but SMALL and if u don't feel well, don't worry about it at all!

9/27/16 11:26 AM: Howie: Do we have any ████████████ cards?

9/27/16 11:26 AM: OK! I'll work it out. I could stand to get my nails done while I'm over there. Yes!! I'm pretty sure those are still in the safe!

9/27/16 11:28 AM: Howie: See how u feel!

9/27/16 2:43 PM: Do I need to cancel █████? Or I could modify the reservation if you and ████ want to go?

9/27/16 3:38 PM: Howie: Yes cacel pls

JP_0000056

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/27/16 4:01 PM: Check! I'm at Tiffany's now...will put gift and card in the safe.

9/27/16 4:10 PM: Howie: Thanks!!

9/27/16 4:17 PM: Of course! I won't ever let you down!

9/27/16 5:42 PM: I left gift and card with ██ at the front desk instead of safe

9/27/16 6:18 PM: Howie: Any word from ██████ or ██████

9/27/16 6:19 PM: ...not today. ██████ should be getting my care pkg tmrw

9/27/16 6:23 PM: Howie: Maybe just text ██████ and ask her how she's doing. Say the worse bruises are usually 2-3 days after and then they start fading.

9/27/16 6:28 PM: Yes I'm going to ask her about the pkg too

9/28/16 9:46 AM: How was last night?

9/28/16 9:47 AM: Did ██████ like the necklace and card

9/28/16 9:48 AM: Howie: She LOVED it!

9/28/16 9:49 AM: NICE!!!!! Awwww it's the little things!!

9/28/16 9:49 AM: Howie: Yes!

9/28/16 9:49 AM: Should I PayPal her today?

9/28/16 9:52 AM: Howie: Yup!

9/28/16 12:29 PM: ...let's switch tracks.. ██████ Woke up this morning and she's just not better...going to see her plastic surgeon in the morning.

9/28/16 12:29 PM: They're ok. Still pretty bruises and looking like shit honestly. I called my p.s . He said my implants are so big I don't have a lot of circulation to that area it can take me weeks to heal properly and I can develop complications due to the trauma so he wants to see me first thing tomorrow.

9/28/16 12:29 PM: He's like your implants are too big and delicate for that type of trauma. your whole surgery can be compromised and because your skin is so thin you don't want another surgery . Could go bad. I'm stretched to the max. I really hope it doesn't take weeks to heal or anything happens to em cause I love them. Im trying to stay positive

9/28/16 12:29 PM: ***from ██████

9/28/16 12:36 PM: Howie: Oh fuck.....

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

10/13/16 2:30 PM: Howie: I'm going to see ████ and her friend next weds the 19th, can u contact her. I'd like to meet them for early mex dinner starting at 5pm. So they should land and be ready by 430.

10/13/16 2:31 PM: Sure re████

10/15/16 3:36 PM: Howie: Image

10/15/16 3:36 PM: Howie: Macey on ████████

10/15/16 3:36 PM: Howie: ████████ told me.

10/15/16 3:51 PM: Gross!!!

10/15/16 3:53 PM: Howie: At least I didn't get mentiomed!

10/15/16 4:05 PM: Thank God for that

10/15/16 5:01 PM: Howie: Yeah!

10/15/16 7:21 PM: Sounds fine. I also sent 2k to ████████.still need to send Stephanie

10/15/16 7:24 PM: Howie: Right Stephanie !

10/16/16 6:30 PM: Howie: So I need to email u a schedule, but at least for this week, I'm seeing ████ at condo at 730 tues, and then ████ and her friend at 5pm on weds.

10/17/16 9:46 AM: ████████ and ████████████ all booked for this week

10/19/16 11:45 AM: The girls land at 12:45

10/19/16 12:28 PM: Howie: Check!

10/19/16 1:58 PM: Howie: Can u make res at viceroy for 4 people at 530?

10/19/16 2:01 PM: Roof, right?

10/19/16 2:08 PM: Howie: Roof! ████ is joinimg for drinks.

10/19/16 2:12 PM: Nice!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

10/19/16 2:13 PM: ...so ███ is super sick.. ███ and I are trying to help her, she's puking and having anxiety. She's a mess

10/19/16 2:18 PM: Howie: Oh shit. She's at condo?

10/19/16 2:18 PM: Howie: Anxiety?

10/19/16 2:21 PM: ███ is nice, I think you'll like her...but I guess one of their friends are coming over to help.

10/19/16 2:24 PM: Howie: Jesus!

10/19/16 2:24 PM: Howie: Is ███ hot? Pretty?

10/19/16 2:25 PM: Howie: Tell ███ I'd like to take her for drinks at 530.

10/19/16 2:26 PM: She looks like a version of ███ but not as pretty

10/19/16 2:28 PM: Howie: Hmmmm.. Big boobs?

10/19/16 2:29 PM: Howie: They looked huge in pictures.

10/19/16 2:29 PM: Yes! Big!!

10/19/16 2:29 PM: I think you'll like her

10/19/16 2:29 PM: Howie: Good!!

10/19/16 2:29 PM: Howie: Okay!

10/19/16 2:30 PM: Howie: Poor ███ but actually just wanted to be w ███ anyway!

10/19/16 2:30 PM: ███ is saying she might need to go to the hospital.

10/19/16 2:30 PM: She's carrying on crying and such in the shower, throwing up...a mess!!

10/19/16 2:30 PM: Howie: Oh no!! Can a friend take her??

10/19/16 2:30 PM: She's screaming out she wants her dad and her dad is dead

10/19/16 2:30 PM: Howie: She must have partied last nite.

10/19/16 2:31 PM: Howie: Holy fuck. Can michael help?

10/19/16 2:31 PM: This friend of theirs is coming over, will be here in an hour

10/19/16 2:31 PM: ...this friend used to date her dad...

10/19/16 2:32 PM: Howie: Holy god....

10/19/16 2:32 PM: Howie: Can u stay till the friend comes over?

10/19/16 2:33 PM: Howie: Last time were having her come....

10/19/16 2:34 PM: I can stay as long as I can.. ███████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

10/19/16 2:37 PM: Howie: She should either go to emergency at nyc presbyterian or bellevue at 462 1st ave. 26th and 1st.

10/19/16 2:37 PM: Howie: I'm assuming she won't be fflying back tomorrow.

10/19/16 2:37 PM: Howie: What a mess!

10/19/16 2:40 PM: The good news is she's finally chilling out...hopefully she can calm down. And ▮▮▮ still wants to meet you.

10/19/16 2:41 PM: Howie: She must have taken some drugs last nite. I hope she goes to the hospital.

10/19/16 2:42 PM: Yeah, I'm hoping this ▮▮ chick takes care of her

10/19/16 2:42 PM: Howie: Yeah!

10/19/16 2:43 PM: Howie: If u have to leave that's fine. Just geet ▮▮▮▮ # so we can get updates. Give ▮▮▮ the addresses of ny preb and of bellevue. I'd recommend ny pres.

10/19/16 2:53 PM: Roger that. I'm still here, ▮Kristina▮ seems better. Last time for ▮Kristina▮ this is more than anyone can handle...even ▮▮▮ is confused

10/19/16 2:55 PM: Howie: Has to be drugs. I'm not letting her come out or drink.

10/19/16 2:56 PM: Yeah, she's denying everything

10/19/16 3:10 PM: Howie: Weird!

10/19/16 3:10 PM: ...you're confirmed for Vicerory.

10/19/16 3:10 PM: Howie: Thanks!

10/19/16 3:10 PM: Howie: Can u tell ▮Kristina▮ that she can't "participate" tonite?


10/19/16 3:12 PM: She wants an IV for fluids and pain...she's wants someone to come to the condo...

10/19/16 3:14 PM: We're waiting on that friend to come and ▮▮▮ thinks she'll take her to hospital

10/19/16 3:14 PM: I'm at such a loss...▮Kristina▮ is making herself sick...total anxiety

10/19/16 3:14 PM: Howie: Sounds like she needs to go to the hospital.

10/19/16 3:15 PM: Howie: Wish her friend would get there.

10/19/16 3:15 PM: Howie: What a shit show and I didn't even do anything!

10/19/16 3:16 PM: She's on the train I guess. RIGHT!??!!

10/19/16 3:29 PM: I'm calling for an ambulance.

10/19/16 3:30 PM: Howie: Oh my god...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/15/16 8:57 PM: Image

11/15/16 9:12 PM: Howie: Check!

11/17/16 11:15 AM: Did ▮Macey▮ happen to say anything about ▮▮▮▮▮ ?

11/17/16 11:16 AM: Howie: No she didn't, I think next week let's "ping" ▮Macey▮ and ask her about ▮▮▮▮

11/17/16 11:17 AM: OK.

11/20/16 8:52 AM: Good morning! I got a message from ▮Macey▮ wanting flights to NY...did you decide to see her Monday?

11/20/16 12:13 PM: Howie: Yeah, cause the ▮▮▮▮ thing not working.

11/20/16 2:46 PM: Howie: ▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

11/20/16 2:47 PM: Is ▮Macey▮ coming or ▮▮▮▮ ?

11/20/16 2:51 PM: Howie: ▮▮▮ just answered!

11/20/16 3:08 PM: Howie: So ▮▮▮ can't come tonite ▮▮▮ can't come tonite, so let's get ▮Macey▮

11/20/16 3:20 PM: ▮▮▮ ▮▮▮▮▮▮▮

11/20/16 3:20 PM: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11/20/16 3:25 PM: ▮▮▮▮▮▮▮▮▮

11/20/16 3:28 PM: ▮ ▮▮▮▮▮▮ ▮

11/20/16 4:15 PM: Howie: ▮▮▮▮▮▮▮▮▮

11/20/16 4:16 PM: Howie: ▮▮▮▮▮▮

11/20/16 4:19 PM: ▮▮▮▮▮

11/20/16 4:19 PM: ▮▮▮▮▮▮▮▮▮▮▮

11/20/16 4:25 PM: Howie: ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ .

11/20/16 6:14 PM: What time will you see ▮Macey▮ tmrw? I need to book her

11/20/16 6:38 PM: Howie: Shooting for 530/6ish

11/20/16 9:33 PM: ▮Macey▮ is booked, she lands at 1 tmrw

JP_0000076

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/20/16 9:34 PM: Howie: Great!

11/21/16 7:52 PM: Howie: ██████ is a looney toon!!

11/21/16 8:18 PM: No shit man!!!

11/21/16 8:18 PM: Such an airhead!!!

11/21/16 8:21 PM: Howie: Drugged out also. I'm heading to "writing room" for diiner!

11/21/16 8:28 PM: Is she going with you?

11/21/16 8:37 PM: Howie: Hell no! Passed out in bed. ████ is bartending.

11/21/16 8:37 PM: Howie: I'm alone.

11/21/16 8:43 PM: Omg!!!!!!!! Wtf

11/21/16 8:43 PM: Howie: Its fun!

11/22/16 4:35 PM: Just wanted to let you know ██████ has gotten her other "sugar daddy" to hire a lawyer to sue me and investigate nude photos and prostitution allegations that were posted or as she thinks "I've shown to everyone". That's gonna really shed some light on Howie, I've let him know he should probably get her to stop. ██████ is involved as well. This all started again when I told her she shouldn't ask Howie to slap her in public- which he did...because he could have gotten himself in trouble here in ATL

11/22/16 4:35 PM: *****From ████████ ******

11/22/16 4:52 PM: Howie: Who should text ██████? Me or you?

11/22/16 4:54 PM: I'm going to speak to ████████ on the phone tonight to get a handle on what's going on. Can we make a plan after that?

11/22/16 4:54 PM: Howie: Of course. Jesus christ!

11/22/16 4:54 PM: 🙊

11/22/16 4:55 PM: Howie: Don't pay ██████ yet.

11/22/16 5:04 PM: No, for sure wont

11/22/16 5:07 PM: Howie: ████████ sent me same message.

11/22/16 5:08 PM: Howie: Let's talk w ████████ and then try to talk w ██████ and get her side of it.

11/22/16 5:14 PM: Image

11/22/16 5:14 PM: ...from ████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12/21/16 4:14 PM: Howie: I'm about to leave, can ssomeone come clean? Its not that bad.

12/21/16 4:15 PM: ▮▮▮▮▮ is going at 6:30

12/21/16 4:16 PM: Howie: ▮Hillary▮ texting u now for paypal. Fun afternoon.

12/21/16 4:16 PM: Howie: ▮▮▮▮▮▮▮▮▮▮

12/21/16 4:17 PM: 5k?

12/21/16 4:17 PM: Howie: Yup!


1/16/17 10:00 PM: Howie: I think ▮Macey▮ thurs

1/16/17 10:28 PM: Want me to hold off on booking her?

1/16/17 10:31 PM: Howie: Yeah, let's see.

1/16/17 10:31 PM: Check!


1/17/17 2:04 PM: Howie: ▮▮▮▮▮ is going to stay over and ill see her tomorrow. So I'm not going to do ▮Macey▮ this week.


1/22/17 5:05 PM: ▮Kristina▮ is asking for her flights and hotel back to NY for her Feb 2nd court date...do you want me to book this again? The lawyer should still have retainer we already paid.

1/22/17 5:40 PM: Howie: Coach?

1/22/17 5:40 PM: Howie: What did we do last time?

1/22/17 5:40 PM: Howie: She could stay at condo?


1/22/17 9:49 PM: Yesof course, booked ▮Kristina▮ Jetblue, stayed in some rickity hotel basically next door to the court house


1/25/17 11:13 AM: I. Need to book ▮Kristina▮ as well...her flight for Feb 1st and hotel for the 1st and 2nd. The hotel is cheap $250 per night. Called 11 Howard

1/25/17 11:13 AM: ...is this fine with you?

1/25/17 11:19 AM: Howie: Yup!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1/26/17 4:00 PM: Howie: I found the place I want it's super cute literally next door to ▮Kristina▮ she has the exact same one. It comes furnished or unfurnished. It's 2k a month they want first last and security. My credit is bad so they may ask for an additional deposit. Hopefully not. But I love it it's in a safe area for me and my daughter it's a two bedroom and ▮Kristina▮ right next door ! I would literally do anything Howie and never ask you for anything again I'll even try and pay you back when I start working , it can be your home away from

Home and whenever you come down you can stay with me or ▮Kristina▮ and we can have some serious naughty time 😺😺 it would literally be ideal us living next door to each other

1/26/17 4:00 PM: Howie: *** from ▮Stephanie▮

1/26/17 4:03 PM: Howie: I know you have helped me so much before and I really appreciate it but I have to move and haven't worked from the scar and boob thing and I was wondering if you could please help me one last time. I'm desperate lol you know I hate asking for help . If not just disregard lol

1/26/17 4:03 PM: Howie: I still want to be one of ur gfs and see you whenever you'de like if you want that. I literally am not seeing anyone. Pretty bored here actually. This is my last resort I asked my dad and ofcourse nothing. I'm applying at places so I don't have to dance anymore. Just kind of in a pickle right now. Anyway love you xoxo let me know if not its cool still love you

1/26/17 4:07 PM: We met this girl late Aug and You've seen her 2X...the first time you hated her and the second time, she got "hurt."

1/26/17 4:09 PM: Howie: I know jen

1/26/17 4:08 PM: Howie: Obviously it doesn't hurt to ask, and it's obviously up to you. Just seems crazy. It's not like it's ▮▮▮ or someone.

1/26/17 4:11 PM: Howie: I'm just letting u know whaats going on.

1/26/17 4:11 PM: I'm being truthful...you know I've always advised you honestly.

1/26/17 4:14 PM: Howie: I know. Well I'm thinking about it.

1/26/17 4:14 PM: OK. Just don't get played

1/26/17 4:16 PM: Howie: Ha, ok

1/27/17 8:21 PM: Howie: I'm going to see ▮Macey▮ monday and ▮▮▮ tues

1/27/17 8:20 PM: Check re Monday and Tuesday. What time will you see ▮Macey▮?

1/27/17 8:22 PM: Howie: Around 5.

1/27/17 8:21 PM: Cool. I'll hit her up and get her here

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2/14/17 2:39 PM: Howie: ███████████████████████
███████ Kristina ██████. I think that's 16.

2/14/17 2:39 PM: No █Macey█

2/14/17 2:41 PM: Howie: Oops! Shit!

2/14/17 2:41 PM: Howie: She may be living w a boyfriend?

2/14/17 2:40 PM: Maybe!


2/20/17 2:21 PM: Looks terrible. I'm also dealing with the girl drama again bt █Macey█and ████████ It
never ends.

2/20/17 2:24 PM: Howie: Image


2/22/17 11:10 AM: Howie: Can u also check in w █Stephanie█


2/22/17 1:32 PM: March 13th is █Kristina█court date

2/22/17 1:40 PM: Howie: I hope it finally gets done with!

2/22/17 1:56 PM: Yeah me too!!


2/24/17 3:16 PM: Howie: Can u paypal █Macey█1600 now. She says she can't make rent. ???

2/24/17 3:16 PM: Yes!


2/24/17 4:21 PM: Howie: Something seems wrong w the "search"? I can't find ███████████████
██████████

2/24/17 4:27 PM: Howie: I juust tried █Macey█also.


2/24/17 5:12 PM: Howie: Cause ████████ not on it, ██████████ isn't on it, ████████ not on it. █Macey█
not on it.


3/1/17 10:08 PM: Are you going to█Kristina█till?

3/1/17 10:10 PM: Howie: I think so. Haavent mentioned it yet.

3/1/17 10:09 PM: Save ██████ and █████ for then!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3/13/17 11:36 AM: Howie: Shit.

3/13/17 11:37 AM: Howie: That's why ▉▉▉ didn't respondd to us perhaps.

3/13/17 12:17 PM: Yeah, I'm sure she's Ben advised not to speak to us

3/13/17 12:17 PM: *been

3/13/17 12:19 PM: Howie: Yes


3/16/17 11:16 PM: Howie: Shit! Moira texted me she's in nyc! I may see her for lunch tomorrow. Going to wake up in the morning and see how I feel.


3/17/17 11:37 AM: Howie: Off to see Moira

3/17/17 11:42 AM: Ok!!

3/17/17 11:42 AM: Have fun!

3/17/17 11:47 AM: Howie: Thanks!

3/17/17 4:30 PM: Howie: That was funny!

3/17/17 4:31 PM: Howie: I had a great time, home now.


3/17/17 4:30 PM: Yes re ▉▉ . What aboit Moira

3/17/17 4:32 PM: Howie: Moira , had a great time. She's staying w her friends.

3/17/17 4:31 PM: Do you want me to pay pal Moira

3/17/17 4:32 PM: Howie: Yes, 5k

3/17/17 4:31 PM: Roger that


3/17/17 5:11 PM: I sent Moira 5K

3/17/17 5:13 PM: Howie: Check!


3/18/17 9:44 PM: In other news...got this from Macey

3/18/17 9:44 PM: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

3/18/17 9:44 PM: ▉▉▉▉▉▉ posted this on ▉▉▉▉▉▉▉ I ran a IP address with an attorney and I am going to press charges. I told her the first time of this happened again I would go through with it. I know

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

5/19/17 9:12 PM: Howie: Schedule next week: ▮▮▮▮ monday, ▮▮▮▮ tuess afternoon and were going to ▮▮▮▮ party. Macey weds. Hamptons thurs.

5/19/17 9:15 PM: Ok, ▮▮▮▮ is booked Monday already...should I reach out to Macey ?

5/19/17 9:21 PM: Howie: Yes, I'm going to see Macey around 330. Just 3-4hrs , only in condo and then home.

5/19/17 9:28 PM: Kk. I'll reach out to Macey

5/20/17 3:52 PM: Howie: Just got a threatening text from Stephanie that she's going to get a lawyer. Let's let r person know. Ill forward u the texts.

5/20/17 3:51 PM: Yes! Screen shot everything!

5/20/17 3:53 PM: Howie: Just a heads up

5/20/17 3:53 PM: Howie: Next person you'll be heads up

5/20/17 3:53 PM: Howie: Next person you'll be hearing from is my attorney

5/20/17 3:53 PM: Howie: My tits are fucked

5/20/17 3:53 PM: Howie: And you beat the shit out of them

5/20/17 3:54 PM: Howie: I'm done being a little bitch

5/20/17 3:54 PM: Howie: You and Kristina are best friends huh

5/20/17 3:54 PM: Howie: You're all sick

5/20/17 3:55 PM: Howie: * you'll have to show me how to screen shot w this blackberry. Ill forward u an email w r conversations.

5/20/17 3:53 PM: Kkkk

5/20/17 3:59 PM: I'm looking at her IG and she loks perfectly fine, jumping around etc etc

5/20/17 4:04 PM: Howie: Not sure why she thinks Kristina and I r best friends.

5/20/17 4:04 PM: Howie: U should screen shot or save some of her IG.

5/20/17 4:03 PM: Yeah weird, Kristina and Stephanie must have had a falling out

5/20/17 4:04 PM: I could always reach out to Stephani

5/20/17 4:07 PM: Howie: Let's wait till tomorrow and u can just text and ask how she's doing.

5/20/17 4:08 PM: Howie: Whens Kristine here in nyc?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

5/29/17 3:01 PM: Howie: I'm seeing ███ tonite, one of ███ friends tomorrow, ███ weds, thurs.

5/29/17 3:11 PM: One of Kristina friends? 🙊

5/29/17 3:15 PM: Howie: Sshe just texted that one of her friends is in nyc and sent pictures.

5/29/17 3:16 PM: Howie: Image

5/29/17 3:22 PM: She looks "padded" not pretty at all. Has she agreed to everything you do? I just worry about this group of girls

5/29/17 3:25 PM: Howie: She has agreed, I was very explicit.

5/29/17 3:30 PM: Ok

5/29/17 3:30 PM: What time will you see her?

5/29/17 3:33 PM: Howie: Around 6ish.

5/30/17 10:58 PM: Howie: So 5k for her and 2k for Kristina "finders fee". One time only.

5/30/17 11:02 PM: Gotcha!

6/2/17 4:06 PM: Howie: I'm seeing Moira tomorrow at 1pm, she's doing her own flights.

6/2/17 5:46 PM: Check re Moira

6/2/17 7:26 PM: Howie: Can u send Macey 300?  She says she's stranded in dallas??

6/2/17 7:35 PM: Yes of course!

6/2/17 7:37 PM: Howie: So weird!!

6/2/17 7:36 PM: Totally!!!!!

6/11/17 10:37 AM: I'm going to hit up Moira and ask her about her flight schedule for tomorrow

6/11/17 10:54 AM: What time will you meet her?

6/11/17 1:32 PM: Howie: Thinking 2pm, jusdrinks at condo. Meeting ███ and ███ at 6pm (w Moira .

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

6/13/17 11:22 AM: Howie: We went upstairs after RTR. **Moira** was passsed out in bedroom. Opened some wine.  Then ▮ was like pushing for aa 3some. Or 2some or 1some. It was weird. Anyway, I wasn't interwsted and went home, which was good.

6/13/17 11:22 AM: ▮ gets paid which is why

6/13/17 11:23 AM: Those girls ☹ are all business ☹

6/13/17 11:26 AM: Howie: It was ridiculous.

6/13/17 11:25 AM: Sad

6/13/17 11:26 AM: Howie: Anyway, not harm done.

6/13/17 11:27 AM: Howie: No harm done.

6/13/17 11:25 AM: Right!

6/13/17 11:27 AM: Howie: I may see **Rosemarie** tonite, trying to decide.


6/13/17 11:32 AM: Howie: **Moira** just texted shee doesn't use paypal anymore, can u contact her?

6/13/17 11:32 AM: Yes I will


6/13/17 11:48 AM: Oh! Also... ▮ asked me about her flight info!! **Kristna** told me I would have it. Do you still want her tomorrow?

6/13/17 11:55 AM: Howie: Yes, I want to see her tomorrow :)

6/13/17 11:57 AM: Howie: I'm going to meet **Rosemarie** at 4.

6/13/17 11:57 AM: Howie: Can u put her name at front?

6/13/17 11:56 AM: Yes cool


6/13/17 12:10 PM: Howie: I'm sending **Rosemarie** over at 4pm.

6/13/17 12:11 PM: Howie: And 2k for **Moira** 1k for ▮

6/13/17 12:11 PM: Cool. **Rosemarie** is on the list...check re paypals

6/13/17 12:14 PM: Howie: Remember no "paypal" for **Moira**

6/13/17 12:14 PM: Howie: Wire


6/13/17 6:12 PM: Is she there yet?

6/13/17 6:27 PM: Howie: Finally!

JP_0000102

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

6/13/17 6:32 PM: Ok! Have fun!

6/13/17 6:35 PM: Howie: Thanks!

6/13/17 7:22 PM: Howie: ███████████████████

6/13/17 7:21 PM: What??!!! Omg

6/13/17 7:21 PM: ███████████

6/13/17 8:09 PM: Howie: ███████████████████████

6/13/17 8:17 PM: ████████ Omg!! Did she get out of the condo??!!

6/13/17 8:32 PM: Howie: Yes, I sat w her for an hour and then put her in a cab.

6/13/17 8:32 PM: Can you send me her number?

6/13/17 8:33 PM: Not sure I have thecorrect contact?

6/13/17 8:33 PM: ███████████

6/13/17 8:38 PM: Howie: That's the right #.

6/13/17 9:17 PM: █████ ████ █████

6/13/17 9:18 PM: ██████████████

6/13/17 9:25 PM: Howie: ███████████████████████████
████

6/13/17 9:43 PM: Scary.

6/13/17 9:55 PM: Howie: Such a weird experience today.....

6/13/17 10:09 PM: Its surreal. Really it is

6/13/17 10:10 PM: Do you think she was high?

6/13/17 10:20 PM: Howie: Didn't seem it

6/25/17 8:12 PM: Howie: Can u send Macey 1k?  She's going to paradise challenge in 2 weeks in maldives. Said I can take it off next time.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3/10/16 8:28 PM: Howie: Yeah, u can send █████ 5k, I'm giving her friend 2500

3/10/16 8:29 PM: OK cool. So you want me to PayPal 5k to █████ and 2500 to Lauren

3/10/16 8:41 PM: Howie: Yes.

3/10/16 8:41 PM: Howie: Lauren looked terrible!

3/10/16 8:46 PM: █████ actually told me how bad she looks

3/10/16 8:46 PM: I actually thought she looked bad before!!

3/10/16 9:21 PM: Howie: It was ridiculous and pissed at █████ for bringing her.

3/10/16 9:22 PM: I'm actually surprised you still see █████ !!

3/10/16 9:24 PM: Howie: Its a waste!