# Exhibit 10

JP_0000163.txt

8/17/16 4:21 PM: Messages you send to this chat and calls are now secured with end-to-end encryption.

8/17/16 4:21 PM: Hey ███! This is Jennifer Powers, Howie's assistant in NY...I'll be overseeing your trip to the city next week. Will you please send me your full legal booking name, DOB, and email? I'll also need to know what city you would like to depart from.

8/17/16 4:21 PM: Thanks in advance

8/17/16 6:20 PM: Kristina Hallman Hi there hunn

8/17/16 6:22 PM: Kristina Hallman: Kristina Hallman ████████████ ████████ Airport: Fort Lauderdale , FL.

8/17/16 6:23 PM: Kristina Hallman: 📧

8/17/16 7:06 PM: Gotcha! Thanks

8/17/16 7:07 PM: Just waiting on the final booking details from the boss man, but I'll be back in touch shortly

8/18/16 10:39 PM: I just emailed your flight itinerary and directions for Monday. Please confirm it's receipt with me after you have a chance to review. Thanks!

8/18/16 10:58 PM: Kristina Hallman: Yes I received my email and understand. Thank you so much! Appreciate it. 🖤💃

8/18/16 11:02 PM: You rock! X

8/19/16 12:33 AM: Kristina Hallman: 👀✖

8/21/16 8:12 PM: Have a safe flight to the city tomorrow, lmk when you land. Xx

8/22/16 9:44 AM: Kristina Hallman Thanks babes! At the airport now 🖤🍃

8/22/16 12:12 PM: Lmk when you land please, Hillary is delayed!

8/22/16 12:37 PM: ...and I want to make sure you know to hop in your own cab since yall are flying into different airports.

8/22/16 12:40 PM: I'll meet you gals around 5 at the condo...H will be there around that time too. You three will head to a fun rooftop for drinks around 5:30/45

8/22/16 1:45 PM: Kristina Hallman Yayi Oki I just landed

8/22/16 1:46 PM: Kristina Hallman: Going to take a cab to condo now

8/22/16 1:46 PM: Welcome to the Big apple

8/22/16 1:46 PM: Make yourself at home.

8/22/16 1:46 PM: Kristina Hallman: Yayi love it

8/22/16 1:46 PM: Kristina Hallman: 🍎

8/22/16 1:46 PM: Kristina Hallman: 🗝

8/22/16 1:46 PM: Kristina Hallman: 🍃

8/22/16 1:48 PM: 👀 see you around 5

8/22/16 1:57 PM: Kristina Hallman: Of course yes u will

8/23/16 9:25 AM: Good morning!

8/23/16 9:25 AM: How are you!

8/23/16 9:28 AM: Kristina Hallman: Hey babes

8/23/16 9:28 AM: Kristina Hallman: I'm great

8/23/16 9:28 AM: Kristina Hallman: Packing up now

8/23/16 9:28 AM: Kristina Hallman: About to go
Walk around NYC for like 30 mins before I gotta get a cab

8/23/16 9:29 AM: Kristina Hallman: But last night was unreal crazy wild fun stuff

8/23/16 9:29 AM: Kristina Hallman: Oh wow

8/23/16 9:29 AM: Kristina Hallman: 🖤🖤🖤🖤🖤🖤🖤🖤🖤🖤😈😈😈😈😈😈😈😈😈😈😈👿👿👿👿👿👿👿👿👿👿 😈🖤🖤🖤🖤🖤🖤🖤🖤😇🖤

JP_0000163.txt

8/23/16 9:29 AM: [Kristina Hallman]   Thank You for everything and for having me come have fun!!!
8/23/16 9:29 AM: [Kristina Hallman] : 🐾
8/23/16 9:29 AM: [Kristina Hallman]   Would do that anytime again lol
8/23/16 9:29 AM: [Kristina Hallman] : ☘
8/23/16 9:33 AM: Amazing!! That's great!!! H said he had a terrific time, I'm so glad you guys had fun!!
8/23/16 10:23 AM: [Kristina Hallman] : Yayi
8/23/16 10:23 AM: [Kristina Hallman] : Soooo much fun
9/20/16 12:45 PM: Hi there!! I hear you're coming back to NY Sat!!
9/20/16 12:48 PM: [Kristina Hallman] : Yayi yes I am. I can't wait to see your beautiful soul again
9/20/16 12:57 PM: ❤❤❤
9/20/16 12:57 PM: Where do you want to depart from?
9/20/16 12:59 PM: [Kristina Hallman]   Fort Lauderdale Hollywood international airport babes 💨
9/20/16 3:04 PM: Xx I'll fly you and [ ]tgr
9/20/16 3:12 PM: [Kristina Hallman] : Yes please
9/20/16 3:13 PM: [Kristina Hallman] :
9/22/16 9:32 PM: [Kristina Hallman]   Hi Jennifer yes I received the email flight info
9/22/16 9:32 PM: [Kristina Hallman]   Yayi thanks doll face
9/22/16 9:32 PM: [Kristina Hallman] : 💐
9/22/16 9:32 PM: [Kristina Hallman] : 💝
9/22/16 9:42 PM: XOXOXO thanks
9/24/16 12:22 AM: Have a safe trip to NY! XO
9/24/16 12:23 AM: [Kristina Hallman]   Thanks babe 💧 ☺
9/24/16 12:23 AM: Have you spoken to [Stephanie]?
9/24/16 12:24 AM: I just realized she never responded to my email?
9/24/16 12:23 AM: [Kristina Hallman] : Yes she's with me
9/24/16 12:24 AM: Hahahaaa!! OK! Good!
9/24/16 12:23 AM: [Kristina Hallman]   It's all a go
9/24/16 12:24 AM: [Kristina Hallman] : 🙏
9/24/16 12:24 AM: [Kristina Hallman] : 💨
9/24/16 12:24 AM: Goodnight ladies!
9/24/16 12:24 AM: [Kristina Hallman] : Thank u so so much jenn
9/24/16 12:24 AM: [Kristina Hallman] : 🌙
9/24/16 12:24 AM: [Kristina Hallman] : Night ☺
9/24/16 1:17 PM: [Kristina Hallman] : We Just landed Hunn
9/24/16 1:17 PM: [Kristina Hallman]   What's the address again babe ..
9/24/16 1:19 PM: Welcome!
9/24/16 1:20 PM: [ ]   Cross streets are 6th and 7th avenues
9/24/16 1:20 PM: [Kristina Hallman] : Thanks cutie
9/24/16 1:20 PM: [Kristina Hallman] : 🌸💨
9/24/16 2:01 PM: [Kristina Hallman]   Just got our bags & jumped in an über.
9/24/16 2:01 PM: [Kristina Hallman]   What time should we be ready at the condo to meet H?
9/24/16 2:27 PM: Amazing!! H will be there at 5:30 for you gals!!
9/24/16 2:53 PM: [Kristina Hallman]   Oki we just got here now
9/24/16 3:00 PM: Nice!! Welcome loves!

Page 2

JP_0000163.txt

9/25/16 12:49 PM: Kristina Hallman  Hi Jenn
9/25/16 12:50 PM: Kristina Hallman : So I guess we are staying until tomo morning or possibly Tuesday morning ..
9/25/16 12:51 PM: Hi babe!!!
9/25/16 12:52 PM: Are you feeling better?
9/25/16 12:52 PM: Kristina Hallman Yes we both are feeling better now
9/25/16 12:52 PM: Kristina Hallman We just woke up
9/25/16 12:52 PM: Kristina Hallman Crazy night lol
9/25/16 12:53 PM: HA!!! Sounds fun, but yeah a crazy shit show!!
9/25/16 12:54 PM: Kristina Hallman Yes
9/25/16 12:55 PM: I just sent your PayPal btw!
9/25/16 6:11 PM: Kristina Hallman : Oh Oki thanks love
9/25/16 6:11 PM: Kristina Hallman : Sooo tired
9/25/16 6:11 PM: Kristina Hallman : ☹
9/25/16 6:12 PM: Kristina Hallman : ☺
9/25/16 6:16 PM: XO rest up
9/26/16 11:51 AM: Kristina Hallman Hey jenn we are heading to the airport now
9/26/16 11:51 AM: Kristina Hallman : ✈
9/26/16 11:51 AM: Kristina Hallman : ☺
9/26/16 11:51 AM: Kristina Hallman : Thanks for everything again Hunn
9/26/16 12:06 PM: Aww, yall are so welcome!! I hope you're feeling 100% again!!
9/26/16 12:06 PM: See you soon sweetheart
9/26/16 4:19 PM: Kristina Hallman : Image
9/26/16 4:21 PM: Kristina Hallman : She's worried
9/26/16 4:24 PM: 🙈😂😂 I know. Speaking to her now
9/26/16 4:24 PM: Thank you for being a good friend.
9/26/16 4:24 PM: Kristina Hallman : ☺
9/26/16 4:27 PM: She'll be OK, don't worry. ♥
9/26/16 4:36 PM: Kristina Hallman : Yeah I know just feel bad
9/26/16 4:56 PM: Are you with ███ now?
9/26/16 4:56 PM: I need her address, want to send her some stuff I've found to be helpful.
9/26/16 5:05 PM: Kristina Hallman : Yes her phone died
9/26/16 5:06 PM: Kristina Hallman : ██████████████
9/26/16 5:06 PM: Kristina Hallman : ██████████████
9/26/16 5:06 PM: Kristina Hallman : ████
9/26/16 5:07 PM: Kristina Hallman : She says thank you
9/26/16 5:07 PM: Is ██████ the zip?
9/26/16 5:07 PM: I guess huh? 😬
9/26/16 5:28 PM: Kristina Hallman : Yes lol
9/26/16 5:28 PM: Kristina Hallman : ██████████████
9/26/16 6:53 PM: Thanks mama
9/26/16 10:05 PM: Kristina Hallman : ☺
10/3/16 2:31 PM: Kristina Hallman : Congrats on ur baby boy
10/3/16 2:31 PM: Kristina Hallman : ♥
10/3/16 2:31 PM: Kristina Hallman : 📷
10/3/16 2:31 PM: Kristina Hallman : ⚓
10/3/16 2:35 PM: Thank YOU! XO

Page 3

JP_0000163.txt

10/13/16 7:42 PM: Hi [Kristina]
10/13/16 7:43 PM: I heard you gals are coming to NY next week! Exciting.
10/13/16 7:43 PM: Will you please send me the contact number of the gal coming with you so I can touch base with her?
10/13/16 7:53 PM: [Kristina Hallman] : Yes Yayi thank you jenn
10/13/16 7:53 PM: [Kristina Hallman] Will do babes
10/13/16 7:53 PM: [Kristina Hallman] : ☺
10/13/16 7:53 PM: [Kristina Hallman] ☀
10/13/16 9:01 PM: Of course!! XO
10/19/16 4:31 PM: I'm so sorry you're sick...please text me when you're able to.
10/19/16 7:36 PM: [Kristina Hallman] : Jenn I just woke up
10/19/16 7:50 PM: [Kristina Hallman] : I love u and appreciate you caring and worrying about me so much Jenn 🙈 🙈 ♥☺
10/19/16 9:01 PM: Oh that's so great, we were very very scared.
10/19/16 9:01 PM: How are you feeling? What do they think happened?
10/19/16 9:01 PM: [Kristina Hallman] : ███████████████
10/19/16 9:01 PM: [Kristina Hallman] : Sorry Jenn
10/19/16 9:01 PM: [Kristina Hallman] : ████████
10/19/16 9:02 PM: ███████████████████████
10/19/16 9:02 PM: [Kristina Hallman] : H is mad at me
10/19/16 9:02 PM: [Kristina Hallman] : ██████████████
10/19/16 9:02 PM: No he's not at all!!!!
10/19/16 9:02 PM: [Kristina Hallman] ████████████
10/19/16 9:02 PM: [Kristina Hallman] Yes he is
10/19/16 9:03 PM: [Kristina Hallman] : He's trying to get ██████ to go out to eat din w him and he's saying [Kristina] freaked him
& Jenn out .. That I said some weird stuff..
10/19/16 9:04 PM: I swear to God he's not, just worried. He knows you need to chill out and rest. Let him and ██████ get to know each other, you could just watch!
10/20/16 10:20 AM: Are you OK?
10/20/16 10:27 AM: What's going on?
10/20/16 11:49 AM: Please send me ██████ number
10/20/16 11:52 AM: [Kristina Hallman] : Yes
10/20/16 11:52 AM: [Kristina Hallman] : Just got another flight home leaves at 2:30pm
10/20/16 11:53 AM: [Kristina Hallman] : ████████
10/20/16 12:08 PM: Thank God
10/20/16 12:09 PM: Do you still speak to ██████████
10/20/16 12:09 PM: ?
10/20/16 12:35 PM: [Kristina Hallman] No
10/20/16 12:35 PM: [Kristina Hallman] : Do u?
10/20/16 12:35 PM: [Kristina Hallman] Did u talk to crazy ass bitch ██████
10/20/16 1:15 PM: No!! Just wanted to make sure about ███ ..don't want her knowing anything.
10/20/16 1:15 PM: [Kristina Hallman] : Yeah hell no she's craz too
10/20/16 1:15 PM: Z just through text, she's apologizing profusely...says she's pressing charges on you. That's it
10/20/16 1:15 PM: [Kristina Hallman] : I don't talk to her and [Stephanie] doesn't either
10/20/16 1:15 PM: [Kristina Hallman] : We blocked her

Page 4

JP_0000163.txt

10/20/16 1:15 PM: Smart. I blocked her too
10/20/16 1:16 PM: Kristina Hallman: Literally the cop is with me Having coffee w me at Starbucks and he says she can't press charges on me and that it's a DOT
10/20/16 1:16 PM: Kristina Hallman: Date of ticket
10/20/16 1:16 PM: Kristina Hallman: Dec 12th
10/20/16 1:17 PM: Kristina Hallman: But he's saying its getting thrown out cause she has a pending case with another girl she got in a fight with lol
10/20/16 1:18 PM: Kristina Hallman: The cops thought she was absolutely insane so whatever but yes I am so sorry too jenn! First me being so sick and the ambulance and now this
10/20/16 1:18 PM: Kristina Hallman: Ugh
10/20/16 1:18 PM: Kristina Hallman: I can't stand this stress
10/20/16 1:19 PM: Kristina Hallman: And she got paid 5k
10/20/16 1:19 PM: Kristina Hallman: Lol
10/20/16 1:19 PM: Kristina Hallman: But yet ▇▇▇▇ & I did not get $1
10/20/16 1:19 PM: That's so so crazy!!!!!!
10/20/16 1:19 PM: Kristina Hallman: ☹
10/20/16 1:19 PM: Kristina Hallman:
10/20/16 1:20 PM: I feel like she was too altered, drinking and drugs for them to even believe what she was saying
10/20/16 1:21 PM: Kristina Hallman: I just feel really bad for u jenn, ur so sweet and u do everything for H and everyone u can help out. Ur amazing and such a doll, it's unreal , I adore u jenn and I honestly can't say how sorry I am to u & H and I'm so thankful I had u when ▇▇▇▇▇▇▇▇▇▇▇▇ ▇🙈 ☀🐷
10/20/16 1:22 PM: Kristina Hallman: Exactly she's out of her Mind, and the police could 100% see that and they thought she was a nut case
10/20/16 1:22 PM: Kristina Hallman: But her face was bleeding so I got in trouble for like 45 mins and then released lol
10/20/16 1:26 PM: Awwww babe, I genuinely take interest in the girls (well most) I meet and I would help anyone of yall. My goal is for you all to be safe. I appreciate your sweet words, but I would help you again in a heartbeat. I'm sorry things escalated like they did
10/20/16 1:27 PM: I really hope the case gets thrown out or dropped all together.
10/20/16 1:32 PM: Kristina Hallman: Thank u for always being such an incredible chick towards me .. Hillary . Stephanie And ▇▇▇ .. I appreciate it more than I can put into words. I really do care for u and H a lot and I think u both are one of a kind outstanding people with free spirited souls that I just love about u guys. And yes I do believe and think & hope too that it all gets thrown out n dropped cause she's nuts and Unstable , but yes things should have not escalated that far but it did and I wish ▇▇▇▇ never had her come to the penthouse to hang out w us cause now all this occurred
10/20/16 1:55 PM: Awww you're making me tear up ❤ everything will work out. I just know it will
10/20/16 1:55 PM: Kristina Hallman: ☺🖤☺
10/20/16 1:55 PM: Kristina Hallman: Luv yew Jenn
10/20/16 1:56 PM: Love you sweetheart, get some rest
10/20/16 1:56 PM: Kristina Hallman: 🙏 ❤
10/20/16 5:32 PM: Kristina Hallman: Image

Page 5

JP_0000163.txt

10/20/16 5:32 PM: Kristina Hallman  Hahaha
10/20/16 5:34 PM: Who's that?
10/20/16 5:34 PM: Kristina Hallman  One of the cops from earlier lol
10/20/16 5:35 PM: Baaaaaaahahhaaaa!!! NICE
10/20/16 5:36 PM: Keep that guy around!!
10/20/16 5:39 PM: Kristina Hallman : 😂🙈See...I told you lol the cops thought she was a fuckin Nut lol
10/20/16 5:39 PM: Kristina Hallman  They were totally on my side ✌
10/20/16 6:13 PM: Did       really date your dad?
10/20/16 6:13 PM: Kristina Hallman  Yep
10/20/16 6:14 PM: My dad passed away at 71 , almost 2 years ago
10/20/16 6:14 PM: 😭😭😭 I'm really really sorry.
10/20/16 6:14 PM: How old is 
10/20/16 6:15 PM: Kristina Hallman  My dad loved young pretty girls but he even knew she was craz back then
10/20/16 6:15 PM: Kristina Hallman  It's Oki boo😂🙈 💃 my dad lived a very long Fun Life
10/20/16 6:15 PM: Kristina Hallman  She is 32 now
10/20/16 6:16 PM: Kristina Hallman  She was 29 when they met n started dating
10/20/16 6:17 PM: You'll see him again one day, you need to take care of yourself mama
10/20/16 6:17 PM: Kristina Hallman  I'm trying. 🖤
10/20/16 9:19 PM: Kristina Hallman  Just landed in fort laud
10/20/16 9:19 PM: Kristina Hallman  ☝✈🌏
10/20/16 9:27 PM: Welcome home! I'm about to send you a paypal...small but at least something.
10/20/16 9:27 PM: Kristina Hallman  Omg thank u Jenn I love you
10/20/16 9:28 PM: Kristina Hallman  Anything would help me out
10/20/16 9:28 PM: Kristina Hallman  Gosh I love u and H soooo much
10/20/16 9:29 PM: Aww. You are welcome. Be sure to thank H, I'm glad you're finally home.
10/20/16 9:30 PM: Kristina Hallman  Yes just texted him too babes I wuv 🌏
10/20/16 9:30 PM: Kristina Hallman :
10/20/16 9:30 PM: Kristina Hallman  🖤
10/20/16 9:31 PM: Kristina Hallman : 🙈 💃
10/27/16 3:42 PM: Hi hi hi!!
10/27/16 3:43 PM: How are you! Did you ever hear from     ? She went radio silent on me...was hoping she had dropped everything on you
10/27/16 4:21 PM: Kristina Hallman  Hi Hunn ⚥ I'm good , how are you and the baby ?
10/27/16 4:21 PM: Kristina Hallman  No I don't talk to her
10/27/16 4:22 PM: Kristina Hallman  But      told me that she is no longer friends with her and doesn't talk to her either after all that went down in NYC
10/27/16 4:25 PM: Wow. Insane. I've tried to check in with her, no luck. Do you think she'll still press charges on you 😭 maybe she's dropped everything.
10/27/16 4:26 PM: We're good, baby is precious...just starting to get into a schedule which has been nice, baby is only 3 weeks old!
10/27/16 4:28 PM: Kristina Hallman  Aw OMG tiny little babe
10/27/16 4:28 PM: Kristina Hallman :
10/27/16 4:29 PM: Kristina Hallman  Babies are so soft and adorable I love it

Page 6

JP_0000163.txt

10/27/16 4:29 PM: Kristina Hallman: ☃

10/27/16 4:30 PM: Kristina Hallman [REDACTED] says she prob is gonna just drop it cause she has no money for a lawyer

10/27/16 4:30 PM: Kristina Hallman I dunno I hope so

10/27/16 4:31 PM: Kristina Hallman: ☺

10/27/16 4:41 PM: God me too!!

10/27/16 6:46 PM: Kristina Hallman ☺positive vibes

10/27/16 6:47 PM: Kristina Hallman It's my brothers bday today 🍷

10/27/16 6:47 PM: Kristina Hallman: Taking him to a nice dinner in Miami

10/27/16 7:05 PM: Oh nice!!!! How old!

10/27/16 7:13 PM: Kristina Hallman: He's older he's 30

10/27/16 7:27 PM: Flirty 30! Send a pic later! Have fun!

10/27/16 7:57 PM: Kristina Hallman: ✂🍷

11/24/16 12:38 PM: Kristina Hallman: 🖤🤍Happy Thanksgiving jenn ✨🖤🤍✂🖤

11/24/16 12:43 PM: Thank you!! Happy Thanksgiving to you and your loved ones! XOXO

12/1/16 3:14 PM: Hey mama!

12/1/16 3:15 PM: Did you ever hear from [REDACTED]?

12/1/16 3:17 PM: I'm worried

12/1/16 3:22 PM: Kristina Hallman Image

12/1/16 3:24 PM: Kristina Hallman I'm only worried about not walking in without representation

12/1/16 3:24 PM: Ummmm. You would know if there was an order against you...she's BS'ing you

12/1/16 3:25 PM: Do you have the contact number of someone at the precinct that you could call and ask if there's a legal orfer against you?

12/1/16 3:25 PM: ...has she said anything about a lawsuit?

12/1/16 3:25 PM: Kristina Hallman: I bet she's full of shit

12/1/16 3:26 PM: Kristina Hallman I haven't gotten any letter in the mail

12/1/16 3:26 PM: Kristina Hallman Yes I'll send u the contact #

12/1/16 3:26 PM: She must be, but I would walk the other way if you see her.

12/1/16 3:26 PM: Kristina Hallman No she didn't say she was doing a lawsuit

12/1/16 3:27 PM: I don't want the number, but you should caall and ask

12/1/16 3:27 PM: Kristina Hallman: Yes I'm going to

12/1/16 3:28 PM: Keep me posted on everything. She went radio silent on me. Bitch!

12/1/16 3:28 PM: Kristina Hallman: I'm in the car with Stephanie driving back from Orlando but I'm gonna call and get a hold of the arresting officers that messaged me too

12/1/16 3:28 PM: Kristina Hallman: Yes of course Hunn I will keep u posted

12/1/16 3:28 PM: Kristina Hallman: And yes she is a bitch

12/1/16 3:29 PM: Kristina Hallman: I just really think she might have gotten a lawyer

12/1/16 3:29 PM: Kristina Hallman: Not sure if I need one..

12/1/16 3:29 PM: Kristina Hallman: I don't any in NYC ..☹

12/1/16 3:53 PM: How can we find out of she has a lawyer? Do you know anyone that's friends with her?

12/1/16 4:21 PM: Kristina Hallman: I feel like she has a lawyer cause [REDACTED] hasn't spoken to me since thanksgiving and is ignoring me

12/1/16 4:22 PM: Really?! [REDACTED] prob thinks we're all bat shit cray

12/1/16 4:22 PM: Kristina Hallman: Lmao

12/1/16 4:22 PM: Kristina Hallman We are hahaha

Page 7

JP_0000163.txt

12/6/16 8:53 PM: Kristina Hallman : Hi Jenn , how are u gorgeous ✨
12/6/16 8:53 PM: Kristina Hallman : H said this
12/6/16 8:53 PM: Kristina Hallman : Image
12/6/16 8:59 PM: Kristina Hallman :
12/6/16 8:59 PM: Kristina Hallman : █████████
12/6/16 8:59 PM: Kristina Hallman   From █████████
12/6/16 9:02 PM: Kristina Hallman   █████████
12/6/16 9:17 PM: Got it!! Thanks
12/6/16 9:18 PM: Kristina Hallman : ☺️🔪
12/6/16 9:18 PM: Kristina Hallman : 🔪
12/6/16 9:25 PM: Kristina Hallman : Her email is:
12/6/16 9:25 PM: Kristina Hallman : █████████
12/6/16 9:26 PM: Kristina Hallman : 🔪 🔪
12/6/16 9:53 PM: Kristina Hallman : Lol
12/6/16 9:53 PM: Kristina Hallman : Image
12/6/16 9:53 PM: Kristina Hallman : What's the "Finder's Fee"? Lol
12/6/16 9:53 PM: Kristina Hallman :
12/6/16 9:59 PM: Baaaaahhahahahhaaaaaaa!!! Usually 2k I think? Lmao!!!
12/6/16 9:59 PM: Send me a pic!
12/6/16 10:00 PM: Kristina Hallman : I hope so. Pretty damn good
12/6/16 10:00 PM: Kristina Hallman : Don't Mind if I do.
12/6/16 10:01 PM: Kristina Hallman   Lol
12/6/16 10:13 PM: Right!!! As long as he's happy, you get paid!
12/6/16 10:14 PM: Is her email "ymail" or is that supposed to be "gmail"
12/6/16 10:19 PM: Kristina Hallman : Image
12/6/16 10:19 PM: Kristina Hallman : H says 2k is good.
12/6/16 10:20 PM: Yep!! That's what I thought! ♥ good for you!
12/6/16 10:20 PM: Send me a pic of █████
12/6/16 10:20 PM: Kristina Hallman : Image
12/6/16 10:20 PM: Kristina Hallman : She's the tiny blonde in between Stephanie & ████ lol
12/6/16 10:21 PM: Kristina Hallman : 🐻
12/6/16 10:21 PM: Kristina Hallman : 🔪
12/6/16 10:21 PM: She looks cute! You look better!
12/6/16 10:22 PM: Kristina Hallman : Awwww I do Love you Jenn
12/6/16 10:22 PM: Kristina Hallman : ☹
12/6/16 10:22 PM: Kristina Hallman :
12/6/16 10:23 PM: Love you, no one is better than you 🐾
12/6/16 10:23 PM: Kristina Hallman : Image
12/6/16 10:23 PM: Kristina Hallman : Aw ur the best Kitten
12/6/16 10:23 PM: Kristina Hallman 🐾
12/6/16 10:23 PM: Kristina Hallman 🔪🔪🔪🐾
12/6/16 10:23 PM: Kristina Hallman : She's a sexy little thing tho
12/6/16 10:23 PM: Kristina Hallman : He will love her lol 😊
12/6/16 10:24 PM: She has big boobs!!
12/6/16 10:24 PM: Yeah! He'll love that!
12/6/16 10:24 PM: Kristina Hallman   Yep
12/6/16 10:24 PM: How do you know her?
12/6/16 10:24 PM: Kristina Hallman   Modeling

JP_0000163.txt

12/6/16 10:25 PM: OK cool. As long as she's cool, I don't care!
12/6/16 10:24 PM: Kristina Hallman : She was the Wild Fun 1 out of 50 models at this Event
12/6/16 10:25 PM: Kristina Hallman : So I stole her lol
12/6/16 10:25 PM: Kristina Hallman : She's a cutie for sure . Good peoples
12/6/16 10:25 PM: Kristina Hallman : Just Ditzy
12/6/16 10:26 PM: Kristina Hallman : 🍫
12/6/16 10:28 PM: Kristina Hallman : And it's "ymail"
12/6/16 10:28 PM: Kristina Hallman : Lol
12/6/16 10:33 PM: Kristina Hallman : So.. Wait ... Do I get the 2k finders fee now on PayPal ? Or tomo?
12/6/16 10:42 PM: Oh yeah, tomorrow...probably Thursday actually. As long as everything goes well! Most girls double dip...take from her and. The finders fee. Just saying, up to you how your work your business!
12/6/16 10:42 PM: Kristina Hallman : Nah she's cool she can have her 5k she gets from him cash or PayPal
12/6/16 10:43 PM: Kristina Hallman : I'll just take the finders fee lol
12/6/16 10:43 PM: Kristina Hallman : Love you
12/6/16 10:43 PM: Kristina Hallman : ✏✖
12/7/16 12:29 PM: Kristina Hallman : She made her flight .. Yayi
12/7/16 9:46 PM: Hey! Have you spoken to 🍫
12/7/16 9:47 PM: Kristina Hallman : Hey yeah I spoke to ███ & H yes
12/7/16 9:49 PM: What's going on? I got bacak to my phone to missed calls and texts?
12/7/16 9:48 PM: Kristina Hallman : It was working out great and then it got Strange for a while there And Now I'm not Sure
12/7/16 9:48 PM: Kristina Hallman :
12/7/16 9:49 PM: Kristina Hallman : Not sure
12/7/16 9:49 PM: Kristina Hallman : I think he gave her $800 and left & came back
12/7/16 9:50 PM: Hmmm OK. I got worried bc of course I can't get a hold of anyone!

12/7/16 9:49 PM: Kristina Hallman : And now they are trying to work it out & figure it out I think
12/7/16 9:50 PM: Kristina Hallman : Yes me too but I think We Both know What That Hopefully Means
12/7/16 9:50 PM: Kristina Hallman : 😊👍
12/7/16 9:51 PM: OK good. Yeah he told me to PayPal her 1150 tonight. I'll wait, hopefully it's more!!
12/7/16 9:50 PM: Kristina Hallman : I really hope so at least
12/7/16 9:50 PM: Kristina Hallman : Well he have her $800 cash I think too
12/7/16 10:07 PM: Kristina Hallman : I hope it all works out as planned perfectly and no Hick ups
12/7/16 10:16 PM: Kristina Hallman : Image
12/7/16 10:16 PM: Kristina Hallman : So...???
12/7/16 10:16 PM: Kristina Hallman Now what ?
12/7/16 10:18 PM: Kristina Hallman I guess I get nothing
12/7/16 10:27 PM: Grrrrrrrrrr prob not. She's lucky she got something. Ughhhhhhh
12/7/16 10:26 PM: Kristina Hallman : ☺
12/7/16 10:27 PM: I think drinking got the best of him

Page 9

JP_0000163.txt

12/7/16 10:27 PM: Kristina Hallman Great
12/8/16 1:07 PM: Kristina Hallman Hi Jenn
12/8/16 1:07 PM: Kristina Hallman Image
12/8/16 1:08 PM: Kristina Hallman Image
12/8/16 1:08 PM: Kristina Hallman Image
12/8/16 1:08 PM: Kristina Hallman Image
12/8/16 1:08 PM: Kristina Hallman hey Babe, can i ask u a very important question about my desk appearance ticket December 12th at 8am in NYC , can I stay at the Penthouse the night before ? In order to Wake up & get to court on time .. Please😁 ?
12/8/16 1:12 PM: Omg
12/8/16 1:13 PM: Let me check the schedule...I don't see an immediate problem, but I'll be back in touch
12/8/16 1:13 PM: Kristina Hallman : Ok thank u Jenn
12/8/16 1:14 PM: Kristina Hallman : I definitely do not have the $3,500 to Pay the Lawyer either ..😞
12/8/16 1:16 PM: Kristina Hallman : Or Roundtrip plane tickets To NYC the 11th & then back home to To FL the 13th ? I think they are $350 total ( Coach seats Roundtrip )
12/8/16 1:17 PM: Eye ye ye. For all that will have to speak to H of course
12/8/16 1:18 PM: Kristina Hallman I'm just worried that ██ is gonna Run her Mouth about Howie😕on Monday morning in court & it makes me nervous to what I'm gonna say in response if I don't have a lawyer next to me ?
12/8/16 1:19 PM: Kristina Hallman : 😊😄
12/8/16 1:46 PM: Kristina Hallman : So.. Should I text H all these emails from that lawyer too?
12/8/16 1:49 PM: Kristina Hallman And Should I ask him if I can stay the 11th & 12th , and maybe the 13th too?
12/8/16 1:49 PM: Kristina Hallman : And about plane ticket & lawyer fee .. Should i ask him for all this ?
12/8/16 2:01 PM: Let me speak to him first...might help
12/8/16 2:02 PM: Kristina Hallman : Ok
12/8/16 2:02 PM: Kristina Hallman : Thank u Jenn
12/8/16 2:05 PM: Was her nose broken?
12/8/16 2:05 PM: Kristina Hallman : I think so I don't know 100%
12/8/16 2:06 PM: Kristina Hallman : Image
12/8/16 2:06 PM: Kristina Hallman : Great . H said no
12/8/16 2:06 PM: ...did you hit her there? Or did you feel it break?
12/8/16 2:07 PM: Kristina Hallman : I hit her face but no I didn't hear or feel it break
12/8/16 2:07 PM: OK, just wondering the validity of her claims.
12/8/16 2:07 PM: Kristina Hallman Yes I know Hunn
12/8/16 2:08 PM: I've msg'ed H...I'll figure out how he wants to proceed.
12/8/16 2:08 PM: Do you think ██ will give a statement?
12/8/16 2:08 PM: Kristina Hallman : Oki
12/8/16 2:08 PM: Kristina Hallman She gave 1 the day the incident happened
12/8/16 2:08 PM: Kristina Hallman Helping my claim
12/8/16 2:09 PM: Kristina Hallman : Staying ██ hit me 1st and I defended myself
12/8/16 2:09 PM: Perfect.
12/8/16 2:09 PM: Kristina Hallman : But she's gone Quote on me
12/8/16 2:09 PM: Kristina Hallman : So not sure what she's thinking now

JP_0000163.txt

12/8/16 2:10 PM: Kristina Hallman: Quite ^*
12/8/16 2:34 PM: Kristina Hallman: 😊
12/8/16 2:36 PM: Can you speak at 3?
12/8/16 2:36 PM: Kristina Hallman: Yes of course
12/8/16 2:46 PM: Kristina Hallman: I love u Jenn
12/8/16 2:47 PM: Kristina Hallman: ❤❤
12/8/16 2:47 PM: ▮▮▮▮▮▮: Image
12/8/16 3:14 PM: Yes, I've worked it out...let me call you soon, still waiting on another call
12/8/16 3:14 PM: Sorry!
12/8/16 3:14 PM: Kristina Hallman: Oki thank u a million times
12/8/16 3:14 PM: Kristina Hallman: I owe u big time
12/8/16 3:14 PM: Kristina Hallman: ✐🎄
12/8/16 3:15 PM: ▮▮▮▮▮▮: Love you Jenn powers thank u soooooooooooo much babe 🙈🙊
12/8/16 3:18 PM: Awwwwwwww. I'm glad I can help!!
12/8/16 3:18 PM: Ur the best help
12/8/16 3:19 PM: Kristina Hallman: Don't know what I would do without you
12/8/16 3:19 PM: Kristina Hallman: ✖
12/8/16 3:19 PM: Kristina Hallman: ♣
12/8/16 3:23 PM: ❤
12/8/16 3:55 PM: Kristina Hallman: Image
12/8/16 3:55 PM: Kristina Hallman: Image
12/8/16 3:55 PM: ▮▮▮▮▮▮: So 30 minutes Oki babes 🙈
12/8/16 3:57 PM: OK great!
12/8/16 4:44 PM: Kristina Hallman: Oki he says , to give u his cell # & u can text him on how to pay
12/8/16 4:45 PM: Kristina Hallman: Or I can pay him ? Whatever way is easier and best for u
12/8/16 4:46 PM: Kristina Hallman: ▮▮▮▮▮▮
12/8/16 4:47 PM: Kristina Hallman: I'll do wherever! Anything you want me to
12/8/16 4:47 PM: Kristina Hallman: He doesn't have WhattsApp 😊
12/8/16 4:55 PM: OK, I'll give a call now
12/8/16 4:56 PM: In a few actually
12/8/16 4:57 PM: Kristina Hallman: He said in a few cause he's going under ground in the subway or tunnel or something
12/8/16 4:57 PM: Kristina Hallman: Thank u thank u
12/8/16 4:58 PM: Kristina Hallman: Saving my Ass!! I love u
12/8/16 4:58 PM: Kristina Hallman: ❤❤
12/8/16 5:39 PM: Kristina Hallman: Image
12/8/16 7:07 PM: Kristina Hallman: Image
12/8/16 7:07 PM: Kristina Hallman: Image
12/8/16 7:07 PM: Kristina Hallman: Image
12/8/16 7:10 PM: Good!
12/8/16 7:09 PM: Kristina Hallman: Yes
12/8/16 7:10 PM: He's calling me tnt after 830
12/8/16 7:09 PM: Kristina Hallman: Awesome I love. U
12/8/16 7:09 PM: Kristina Hallman: Thank you Jenn

Page 11

JP_0000163.txt

12/8/16 7:10 PM: Kristina Hallman : ☃

12/8/16 7:10 PM: Kristina Hallman : ♥

12/8/16 7:11 PM: Absolutely. Let's get her

12/8/16 7:18 PM: Kristina Hallman Great yes

12/8/16 7:23 PM: I also tried to reach out to ███ We'll see if she responds

12/8/16 7:30 PM: Kristina Hallman : Yeah would be great if she would write back

12/8/16 8:31 PM: Well, she's been "seen" on whatsapp, but didn't read my message.

12/8/16 8:31 PM: Kristina Hallman Hmmm

12/8/16 8:31 PM: Kristina Hallman Shady

12/8/16 8:58 PM: Kristina Hallman So now What's happening love ..

12/8/16 8:59 PM: Kristina Hallman : 💬

12/8/16 9:24 PM: Lawyer just called me, he's nice. I'm going to pay the retainer...he asked my relationship with you and I said friend...also said my name is on the lease at the place the incident occurred.  And ███ replied to me"oh my God that's crazy"

12/8/16 9:27 PM: Kristina Hallman : Wow about ███

12/8/16 9:28 PM: Kristina Hallman : She actually wrote back ..

12/8/16 9:28 PM: Kristina Hallman : What did she say ?

12/8/16 9:28 PM: Kristina Hallman What did u say to her? For her to write back saying "oh my god that's crazy" ?

12/8/16 9:29 PM: Kristina Hallman Yayi thank u for speaking to the attorney 🙈 🍫

12/8/16 9:30 PM: Kristina Hallman : Yes I also told him that u are my bestest girlfriend who is paying for this and helping me out with all this cause ur such a good girlfriend

12/8/16 9:30 PM: Image

12/8/16 9:30 PM: Kristina Hallman THANK YOU A MILLION BILLION Times for doing all this for mi Jenn ♥♥♥♥♥♥♥✨

12/8/16 9:31 PM: Kristina Hallman That's strange

12/8/16 9:31 PM: No worries, we'll get to the bottom of this. I don't think ███ realizes how messed up she was

12/8/16 9:31 PM: Kristina Hallman She's trying to stay out of it I'm guessing

12/8/16 9:32 PM: I'm sure...

12/8/16 9:32 PM: Kristina Hallman Exactly she was drunk

12/8/16 9:32 PM: Kristina Hallman And on some other stuff

12/8/16 9:32 PM: Other stuff which she supplied to everyone!!

12/8/16 9:32 PM: Kristina Hallman : She's absolutely a nutCase!

12/8/16 9:32 PM: Kristina Hallman : See..

12/8/16 9:33 PM: Kristina Hallman She's a druggie

12/8/16 9:33 PM: Kristina Hallman Hate scatter brain psycho ass bitches

12/8/16 9:33 PM: Kristina Hallman Im so thankful I have u & H

12/8/16 9:33 PM: Kristina Hallman Thank u

12/8/16 9:35 PM: Awwwww

12/8/16 9:36 PM: OK, I need to book your flight and hotel, but first let me ask lawyer how long you need to be in town.

12/8/16 9:36 PM: BTW, do not tell a SOUL we're helping you with this. Seriously.

12/8/16 9:37 PM: Kristina Hallman OMG I adore you

12/8/16 9:37 PM: Kristina Hallman : Obviously not

12/8/16 9:37 PM: Kristina Hallman : Not telling anyone

JP_0000163.txt

12/8/16 9:37 PM: Kristina Hallman : 🔒📸
12/8/16 9:38 PM: OK good. I'll probably put you in a hotel room downtown so you're close to court. Do you have the address of where you're supposed to go?
12/8/16 9:39 PM: Kristina Hallman : Oki Thank you jenn definitely fly in the 11th cause I want to get some good rest & sleep the night before court on the 12th in the AM cause I don't want to get Sick cause the stress 😊😊😊😊
12/8/16 9:39 PM: Kristina Hallman : Yes so I was thinking the 11th-12th 110%
12/8/16 9:40 PM: Kristina Hallman : But maybe the 11th-13th just in case ..
12/8/16 9:42 PM: Kristina Hallman : The address is something Centre Street
12/8/16 9:42 PM: Kristina Hallman : I'll look at it nor
12/8/16 9:42 PM: Kristina Hallman : Now ^*
12/8/16 9:42 PM: Kristina Hallman : And get You the exact address
12/8/16 10:06 PM: Kristina Hallman : 100 Centre street, New York, NY, 10003
12/8/16 10:23 PM: Retainer paid!
12/8/16 10:23 PM: Kristina Hallman : I love you
12/8/16 10:24 PM: Kristina Hallman : Thanks for helping me out to Above & Beyond Jenn! You are Outstanding ⚡I'm forever grateful
12/9/16 12:49 PM: Kristina Hallman : Hey Jenn
12/9/16 2:12 PM: Hi!!
12/9/16 2:15 PM: Kristina Hallman : How are u doing today lovie ⚥
12/9/16 2:19 PM: Kristina Hallman : Did u get a chance to book the hotel n flights yet , I'm just wondering , so I know what to pack and stuff, I'm just stressing myself out and getting anxious and all about everything for the 12th😊
12/9/16 2:27 PM: Not yet! But it's on my agenda for this afternoon
12/9/16 2:48 PM: Kristina Hallman : Oki thank u soooooooo very much
12/9/16 2:49 PM: Kristina Hallman : I❤u
12/9/16 2:49 PM: Kristina Hallman : 💌
12/9/16 2:52 PM: I'll be back in touch very soon!
12/9/16 2:52 PM: Are you thinking of departing on Sunday and going home Tuesday?
12/9/16 2:52 PM: Kristina Hallman : Yes
12/9/16 2:53 PM: Kristina Hallman : Departing Sunday if I can the latest time in PM
12/9/16 2:53 PM: Kristina Hallman : Cause ███████████
12/9/16 2:54 PM: Kristina Hallman : I don't want an early flight ███████████
███████████
12/9/16 2:55 PM: OK cool!
12/9/16 2:55 PM: Kristina Hallman : If I can
12/9/16 2:55 PM: Kristina Hallman : 🏨
12/9/16 2:57 PM: Kristina Hallman : And for Tuesday , the latest if possible like late late like 10 or 11 12 1am I don't care lol
12/9/16 3:00 PM: Pm??
12/9/16 3:00 PM: The hotel will be checkout at noon though
12/9/16 3:00 PM: Kristina Hallman : Oki that's fine i will just go walk around and explore all day lol
12/9/16 3:01 PM: Kristina Hallman : 😊🕊
12/9/16 3:01 PM: Kristina Hallman : So Sunday around 6pm is fine
12/9/16 3:02 PM: Kristina Hallman : And then Tuesday latest late if U can
12/9/16 3:03 PM: Kristina Hallman : Like midnight or something
12/9/16 3:05 PM: OK! Sounds good. As long as you can be out of the hotel by

Page 13

JP_0000163.txt

checkout time
12/9/16 3:05 PM: Kristina Hallman : Yes mam
12/9/16 3:05 PM: Kristina Hallman : 😊😊
12/9/16 3:05 PM: Kristina Hallman : Love u
12/9/16 3:06 PM: I'm going to pay the hotel in full, but you'll have to put down a CC for incidentals when you arrive
12/9/16 3:06 PM: Love you Lil mama!! I'll get you all set
12/9/16 3:06 PM: Kristina Hallman : Yes Of course Thanks a Bunch
12/9/16 3:06 PM: Kristina Hallman : Your a Life Saver
12/9/16 3:06 PM: Kristina Hallman : 🐢
12/9/16 3:06 PM: Kristina Hallman : Loveeeeeee yewww Moreee
12/9/16 3:06 PM: Kristina Hallman 🍑
12/9/16 9:00 PM: Kristina Hallman : Just let me know as soon as u book it all so I know what times and stuff .  😊🍑❤️🖤thank the world for u Jenn
12/9/16 9:07 PM: Hey there!! I actually just sat down to do it.
12/9/16 9:08 PM: Still flying from MIA?
12/9/16 9:08 PM: Kristina Hallman : No worries
12/9/16 9:08 PM: Kristina Hallman : No Fort Lauderdale Florida babes
12/9/16 9:08 PM: Kristina Hallman I luv yew thank u
12/9/16 9:08 PM: Gotcha!!! XO
12/9/16 9:08 PM: Kristina Hallman : 💃 🍑
12/9/16 10:22 PM: 9:45pm is the latest departing flt on Tuesday
12/9/16 10:22 PM: Good?
12/9/16 10:33 PM: Kristina Hallman Yes that's perfect like u are
12/10/16 1:05 AM: Kristina Hallman : Image
12/10/16 1:05 AM: Kristina Hallman : Image
12/10/16 1:06 AM: Kristina Hallman : Gosh Girl I Love you more than words can describe
12/10/16 1:06 AM: Kristina Hallman : Thanks Jenn 😊 😊🍑♀️♀️
12/11/16 5:38 PM: Hey mama! I guess yall are about to take offf?
12/11/16 5:43 PM: Kristina Hallman : I am here ✈️about to Board my sweet 🍫Princess 👸
12/11/16 5:43 PM: Kristina Hallman : Thanks tremendously Again & Again Jenn Powers! You are an Angel 🍑📷
12/11/16 5:43 PM: Kristina Hallman : 👑
12/11/16 6:05 PM: Your rock. Lmk if you need anything when you arrive or tmrw.
12/11/16 9:17 PM: Kristina Hallman : Ur the best
12/11/16 9:18 PM: Kristina Hallman : Just Landed ✈️🍑❤️♥️💃 ✨
12/11/16 9:50 PM: Yay!! Are. You at the hotel yet?
12/11/16 10:11 PM: Kristina Hallman : Yes mam
12/11/16 10:11 PM: Kristina Hallman About to take a Shower & relax
12/11/16 10:18 PM: What time do you have to be there in the morning?
12/11/16 10:19 PM: Kristina Hallman : 9am
12/11/16 10:19 PM: Kristina Hallman : So I should Leave This Hotel at 8am?
12/11/16 11:46 PM: Yes! 8am is good to give you ample time. Weather is supposed to be bad
12/11/16 11:46 PM: Good luck and keep me posted!!!
12/11/16 11:51 PM: Kristina Hallman : Oh Oki good to know 💃
12/11/16 11:51 PM: Kristina Hallman : Yes Thanks My Angel
12/11/16 11:51 PM: Kristina Hallman : ❤️😊

JP_0000163.txt

12/11/16 11:51 PM: Kristina Hallman: ☺☺
12/11/16 11:51 PM: Kristina Hallman I love u Jenn
12/11/16 11:52 PM: Love you mama! XO goodnight
12/11/16 11:52 PM: Kristina Hallman: G'Night 🌙❂❄
12/11/16 11:52 PM: Kristina Hallman: ☹
12/12/16 7:57 AM: Good morning!
12/12/16 8:17 AM: Kristina Hallman Morning babes
12/12/16 8:17 AM: Kristina Hallman I'm at Starbucks almost to court house
12/12/16 9:49 AM: How's it going?
12/12/16 9:49 AM: Kristina Hallman: The lawyer said theirs something stuck on the tracks
12/12/16 9:49 AM: Kristina Hallman Image
12/12/16 9:50 AM: Kristina Hallman I've been waiting here since 8:35am
12/12/16 9:51 AM: Kristina Hallman : They said Court doesn't Start until my lawyer gets here .. So we are Not Late, they just Call Other Cases in , until My Guy gets here for us to go in
12/12/16 9:54 AM: Kristina Hallman : Image
12/12/16 10:20 AM: OK. Sheesh. Freaking NY man.
12/12/16 10:19 AM: Kristina Hallman: Yep
12/12/16 10:19 AM: Kristina Hallman : ☺
12/12/16 10:22 AM: Is      there?
12/12/16 10:21 AM: Kristina Hallman: Haven't seen her
12/12/16 10:21 AM: Kristina Hallman I dunno
12/12/16 11:04 AM: Kristina Hallman He's Here
12/12/16 11:04 AM: Kristina Hallman: Yayii
12/12/16 11:31 AM: Wow insane
12/12/16 1:02 PM: Kristina Hallman Call me
12/12/16 1:06 PM: Hey! Just tried you, call me back
12/12/16 9:32 PM: Kristina Hallman Image
12/12/16 9:34 PM: Hahahahaaaa!!! How cute!!! Looks like yall are having fun!
12/12/16 9:41 PM: Kristina Hallman HeeHee
12/12/16 9:41 PM: Kristina Hallman Lol
12/12/16 9:41 PM: Kristina Hallman ▬
12/12/16 9:43 PM: What did H end up saying about the Post?
12/12/16 9:43 PM: Kristina Hallman He asked if  they mentioned his name at all or his address
12/12/16 9:43 PM: Kristina Hallman : I said no
12/12/16 9:43 PM: Kristina Hallman : Cause the did not
12/12/16 9:43 PM: Kristina Hallman : He then said ..
12/12/16 9:43 PM: Kristina Hallman : I love yeww Kristina lol
12/12/16 9:44 PM: ☺☺
12/12/16 9:48 PM: Kristina Hallman : ☺☺
12/13/16 10:06 AM:
http://nypost.com/2016/12/13/playboy-playmate-all-smiles-after-allegedly-punching-hot-model-pal/
12/13/16 10:16 AM: Kristina Hallman OMG
12/13/16 10:16 AM: Kristina Hallman Horrible
12/13/16 10:20 AM: Kristina Hallman Story isn't even true
12/13/16 10:20 AM: Kristina Hallman : This is insane

Page 15

JP_0000163.txt

12/13/16 10:21 AM:Kristina Hallman: It says ███████████ , and that it was ███ apt
12/13/16 10:21 AM:Kristina Hallman: What a joke
12/13/16 10:21 AM:Kristina Hallman: Horrible pic of me too
12/13/16 10:26 AM: Right?! All of it is false.
12/13/16 10:26 AM:Kristina Hallman: Yes it's so dumb makes no sense
12/13/16 10:27 AM:Kristina Hallman: Feb 2nd is going to be a mad house outside the courthouse
12/13/16 10:27 AM:Kristina Hallman: Ughhhh wtf
12/13/16 10:27 AM:Kristina Hallman: I hate this
12/13/16 10:28 AM:Kristina Hallman: I wasn't partying
12/13/16 10:28 AM:Kristina Hallman: It wasn't her place
12/13/16 10:39 AM: She's such a bitch. It's obviously her that called like a moron.
12/13/16 10:39 AM:Kristina Hallman: Fucking bitch
12/13/16 11:02 AM:Kristina Hallman: It's annoying
12/13/16 11:03 AM:Kristina Hallman: The lawyer said that the post keeps calling again and again and wants to do another story for the post
12/13/16 11:09 AM: Grrrrrrrr why?
12/13/16 11:10 AM:Kristina Hallman: They want an interview
12/13/16 11:10 AM:Kristina Hallman: Telling that I'm innocent
12/13/16 11:10 AM:Kristina Hallman: What should I do ?
12/13/16 11:11 AM:Kristina Hallman: Leave it alone ? Or .. Speak to them in person , and have my lawyer there and , state facts
12/13/16 11:11 AM:Kristina Hallman: Or no ?
12/13/16 11:11 AM:Kristina Hallman: Image
12/13/16 11:19 AM: OMG!!!! I just got called from the post!!!!!! WTF
12/13/16 11:18 AM:Kristina Hallman: Wtf
12/13/16 11:18 AM:Kristina Hallman: It's ███ isn't it ???
12/13/16 11:19 AM:Kristina Hallman: ???
12/13/16 11:19 AM:Kristina Hallman: There's no other way
12/13/16 11:22 AM: Must be!! I'm so pissed
12/13/16 11:22 AM:Kristina Hallman: How the flying fuck would the NY post get ur #
12/13/16 11:26 AM:Kristina Hallman: I'm guessing ███
12/13/16 11:26 AM:Kristina Hallman: Ughhhhhh wtf
12/13/16 11:26 AM:Kristina Hallman: ☹☹
12/13/16 11:27 AM:Kristina Hallman: So what do I do
12/13/16 11:27 AM:Kristina Hallman: What do we do
12/13/16 11:28 AM:Kristina Hallman: Should I go to court and talk with my lawyer and reporters ????
12/13/16 11:28 AM:Kristina Hallman: Or no ???
12/13/16 11:33 AM: Noooo, I would keep super quiet, don't say a word.
12/13/16 11:34 AM: They called me 2X, I denied I was "Jen powers" told them "wrong number"
12/13/16 11:34 AM: No one needs to comment on this at all.
12/13/16 11:34 AM:Kristina Hallman: Ok
12/13/16 1:08 PM: Do you think it could have been ███ ??!
12/13/16 1:10 PM:Kristina Hallman: No I don't think so
12/13/16 1:14 PM: She's the only other one that has my number.
12/13/16 1:14 PM:Kristina Hallman: I don't know why ████ would have done unless ███

JP_0000163.txt

black mailed her making her do it

12/13/16 1:20 PM: Also, what did the judge say they're going to do now...why do you have to come back if the case is "hopefully" gonna get dropped?

12/13/16 1:21 PM: Are they looking at the evidence for the next 6 weeks?

12/13/16 1:35 PM: Kristina Hallman : lawyer said that it takes time to get this all taken care of and off the record for good

12/13/16 1:36 PM: Kristina Hallman : He said 99% sure he's gonna get it all dropped dismissed and no anger management and no community service and no misdemeanor

12/13/16 1:36 PM: Kristina Hallman : So that's all good news

12/13/16 1:36 PM: Kristina Hallman : Lawyer said we have nothing to worry about

12/13/16 1:39 PM: OK, very good news. I'm just glad you're safe

12/13/16 1:39 PM: Be careful, no telling what else this lunatic has up her sleeve if she would call the fucking newspaper. Loser

12/13/16 1:39 PM: Kristina Hallman : I agree

12/13/16 1:39 PM: Kristina Hallman : I'm keeping my mouth  shut

12/13/16 1:39 PM: Kristina Hallman : I love u Jen I'm sorry this is all happening

12/13/16 1:57 PM: Love you mama. Keep me posted on anything.

12/13/16 2:32 PM: Kristina Hallman : ☺

12/13/16 2:32 PM: Kristina Hallman : Of course yes

12/13/16 9:15 PM: Kristina Hallman : At the airport now

12/13/16 9:19 PM: OK love. Is your flight on time?

12/13/16 9:19 PM: Kristina Hallman : Nope it's delayed ☺

12/25/16 5:11 PM: Kristina Hallman : Merry Merry Christmas Jenn to you & yours ♥🍩♥🎄📷 🎁 ✨✨

12/25/16 6:41 PM: Thank you Kristina ! You too!! XO

1/19/17 7:26 PM: Kristina Hallman : Hi Jenn how are you Hunn ? ✨

1/19/17 9:23 PM: Hi! I'm good! How are you!

1/19/17 8:34 PM: Kristina Hallman : I'm doing good tooi babes  ♥♥♥just checking back in with you . Xoxo! Also I spoke to H yesterday , he asked when I need to come back to NYC for next court date, which is February 2nd.

1/19/17 8:36 PM: Kristina Hallman : Also I spoke to lawyer yesterday too, he asked if u was flying in a day before so him and I can meet up and prepare n discuss what to do on the 2nd.

1/19/17 8:37 PM: Kristina Hallman : So could u please possibly book my flights to NYC for February 1st-3rd or 4th.? And that same Hotel if u can , cause it was so close to the court house 🙈

1/22/17 3:51 PM: Kristina Hallman : I just don't have the money Jenn ☹

1/22/17 3:51 PM: Kristina Hallman : Or else I would pay for my flights and hotel

1/22/17 3:51 PM: Kristina Hallman : ☺

1/22/17 3:52 PM: Kristina Hallman : ☹

1/22/17 5:04 PM: Awww!! I'm so sorry! I meant to respond to you earlier, still on vacation. Let me speak to H...brb

1/22/17 5:14 PM: Kristina Hallman : Oh Oki doll face ! No I'm the one who is so sorry , I didn't know u were on a vaca 1🌸my bad. I apologize Jenn . Have fun ! Have a blast babes ♥🌀

1/25/17 9:26 AM: Hey there! I'm going to look at your flight sstuff today, get you all booked

1/25/17 1:55 PM: Kristina Hallman : Thank you babes I love you Jenn

JP_0000163.txt

1/25/17 1:55 PM: Kristina Hallman : ☺🙉
1/25/17 1:55 PM: Kristina Hallman : ☺☺
1/25/17 5:00 PM: Kristina Hallman : Appreciate it more then you know love ❤
1/25/17 5:00 PM: Yes mam!! I'll email you confirmations now
1/25/17 5:00 PM: Hopefully there's no POST drama this time. Ughhh
1/25/17 6:24 PM: Kristina Hallman : Thank u so soo sooo much
1/25/17 6:24 PM: Kristina Hallman : I got the emails
1/25/17 6:24 PM: Kristina Hallman : Thank u Jenn
1/25/17 6:25 PM: Kristina Hallman : I'm worried tho cause it's on the papers when the next court date is so feb. 2nd at the court house might be crazy that morning I dunno I'm trying not to stress about it all
1/25/17 6:26 PM: Nah, just act professional and don't do or say anything dumb.
1/25/17 6:26 PM: I will most likely flip my shit if I get calls again
1/25/17 6:28 PM: Kristina Hallman : I won't say or do anything bad at all
1/25/17 6:26 PM: I happen to think this is going to blow ovwe
1/25/17 6:27 PM: Over!
1/25/17 6:28 PM: Kristina Hallman : I hope so
1/25/17 6:28 PM: Kristina Hallman : I really do hope it all blows over
1/25/17 6:28 PM: Kristina Hallman : I'm sorry Jenn
1/25/17 6:27 PM: Don't worry babe. We're in it tgr
1/25/17 6:28 PM: I hadn't let you down
1/25/17 6:32 PM: Kristina Hallman : I owe you so much !! U and H are sooo incredible to mi
1/25/17 6:32 PM: Kristina Hallman : ☺
1/25/17 6:32 PM: Kristina Hallman : ✨☺
2/1/17 10:39 PM: Hey! Did you make it to NY OK?
2/2/17 2:32 AM: Kristina Hallman : Yes babes sorry to text back so late
2/2/17 2:32 AM: Kristina Hallman : ☺☺
2/2/17 2:32 AM: Kristina Hallman : Thank u for everything Jenn
2/2/17 2:32 AM: Kristina Hallman : Will keep u updated after court
2/2/17 2:32 AM: Kristina Hallman : Tell H I ❤him
2/2/17 7:54 AM: Good luck today!!
2/2/17 7:56 AM: Kristina Hallman : Thank U Ma Ma
2/2/17 7:56 AM: Kristina Hallman : ✨☺🔪 🙉
2/2/17 7:56 AM: Kristina Hallman : ☺
2/2/17 11:30 AM: Hi! Any updates?
2/2/17 12:06 PM: Kristina Hallman : Went to court . And it's going to another court date march 13th now
2/2/17 12:06 PM: Kristina Hallman : ☺
2/2/17 12:06 PM: Kristina Hallman : But no bad news yet so that's good
2/2/17 12:07 PM: Kristina Hallman : But Paparazzi were taking photos in the actual court room while I was standing up to judge
2/2/17 12:07 PM: Kristina Hallman : Paparazzi was filming , taking pics , video , walking down stairs holding recorders and asking for comments and that they are running the Story
2/2/17 12:08 PM: Kristina Hallman : I didn't say much . My lawyer spoke for me . Tried to just put my Shades on and Head down
2/2/17 12:08 PM: Kristina Hallman : But it was crazy Jenn

Page 18

JP_0000163.txt

2/2/17 12:08 PM: Kristina Hallman : ☺
2/2/17 12:09 PM: Ughhhh, so she's not dropping it?!?
2/2/17 12:10 PM: And wtf!!!
2/2/17 12:12 PM: Kristina Hallman : I kno I'm disappointed too but she wasn't there again
2/2/17 12:13 PM: Kristina Hallman : And I'm hoping it will be resolved by March 13th.
2/2/17 11:12 PM: Kristina Hallman : Image
2/2/17 11:12 PM: Kristina Hallman : Image
2/2/17 11:28 PM: ☺☺☺ what was the plea deal?
2/2/17 11:30 PM: Kristina Hallman : Harassment charge , Assault Charge, 3 community
service , & anger management all on my record
2/2/17 11:31 PM: Kristina Hallman : Lawyer said not to plea
2/2/17 11:31 PM: Jesus christ. I would've said no deal too! ██ is going to play
key key witness to all this
2/2/17 11:32 PM: Kristina Hallman : He said I would get the wrath of the system if I plead
guilty n took those charges so we did not
2/2/17 11:33 PM: Kristina Hallman : Yes
2/2/17 11:32 PM: I can't believe she's still at it. ██ should have dropped all
this a long time aago
2/2/17 11:32 PM: Trust your lawyer, I'm so sorry.
2/2/17 11:33 PM: Kristina Hallman : ██ has gone Quite on everyone I kno
2/2/17 11:34 PM: Kristina Hallman : Not sure anymore I'm just stressed Jenn
2/2/17 11:34 PM: Kristina Hallman : ☺☺
2/2/17 11:34 PM: Kristina Hallman : Image
2/2/17 11:38 PM: Don't be stressed, ██ doesn't even have a lawyer they were trying
to get you to settle. Stand your ground and maintain your innocence. Stand tall.
2/2/17 11:39 PM: Kristina Hallman : I love u Jenn
2/2/17 11:40 PM: Be brave! Love you
2/22/17 1:03 PM: Kristina Hallman : Hi babes how are you love ✨
2/22/17 1:13 PM: Hi!!! I'm good over here! It's supposed to be 70 in NY tmrw.
2/22/17 1:13 PM: Can't wait to take the kids to the park
2/22/17 1:13 PM: How are you?! When is your next court date?
2/22/17 1:16 PM: Kristina Hallman : Yayii warm weather in NYC !! ☀
2/22/17 1:16 PM: Kristina Hallman : Ur such a good mommy Jenn Awww
2/22/17 1:16 PM: Kristina Hallman : ❤☕
2/22/17 1:17 PM: Kristina Hallman : Next Court date is March 13th
2/22/17 2:06 PM: Thank you, I try!! ❤
2/22/17 2:06 PM: Let's chat in a couple weeks and we'll get you booked again.
2/22/17 2:13 PM: Kristina Hallman : I love u Jenn Thank u ! Don't know what I would do
without u & H
2/22/17 3:00 PM: ❤❤❤
3/3/17 6:07 PM: Hi!
3/3/17 6:07 PM: What date would you need to travel to NY for court?
3/3/17 6:09 PM: Kristina Hallman : Hi love
3/3/17 6:09 PM: Kristina Hallman : 📩❤
3/3/17 6:09 PM: Kristina Hallman : How are you beautiful
3/3/17 6:10 PM: Kristina Hallman : Court date is March 13th at 8/9am
3/3/17 6:10 PM: Kristina Hallman : So I would need to be there 1 day before again and then
leave the day after

Page 19

JP_0000163.txt

3/3/17 6:10 PM: Kristina Hallman : So March 12th-14th babes
3/3/17 6:11 PM: Kristina Hallman : 🙈
3/3/17 6:11 PM: Kristina Hallman : ☺✈
3/3/17 6:24 PM: Xoxoxox i'l be back in touch!
3/3/17 7:14 PM: Kristina Hallman : ✈✈
3/6/17 9:23 AM: Kristina Hallman : Hey boo Good Morning
3/6/17 9:24 AM: Kristina Hallman : ☀●
3/6/17 9:22 AM: Good morning!
3/6/17 9:26 AM: Kristina Hallman : Just checking back in W you cause Last night I looked
and saw cheap flights to NYC with the airline United n Delta but if Jet Blue is
Better for u to go thru I'm happy either way, ☺
3/6/17 9:26 AM: Kristina Hallman : It can be  early flights or late I don't mind babe
3/6/17 9:25 AM: Are you booking your flight?
3/6/17 9:27 AM: Kristina Hallman : No
3/6/17 9:27 AM: Kristina Hallman : I was checking
3/6/17 9:26 AM: Oh! Ok!! Sorry! Got confused for a second
3/6/17 9:27 AM: Kristina Hallman : Cause I was just getting nervous lol
3/6/17 9:27 AM: Kristina Hallman : No my fault lol
3/6/17 9:27 AM: Kristina Hallman : Just getting ahead of myself lol
3/6/17 9:26 AM: Ahhhh don't get nervous, after I get the green light for
everything, I'm going to book you. I hadn't really spoken to H yet about it.
3/6/17 9:27 AM: I know it will be fine, just gotta run everything by him
3/6/17 9:28 AM: Kristina Hallman : I'm gonna text and call the Lawyer today and make sure
everything is set and ready for court Monday morning
3/6/17 9:27 AM: I'm going to bring you in on the 12th and out on the 14th
3/6/17 9:29 AM: Kristina Hallman : Yes babes thank u Jenn I appreciate it more than words
my sweet 🍬
3/6/17 9:29 AM: Kristina Hallman : ☝
3/6/17 9:29 AM: Kristina Hallman : Oki perfect
3/6/17 9:29 AM: Kristina Hallman :
3/6/17 9:47 AM: Thanks little mama. You're the best ❤
3/6/17 9:55 AM: Kristina Hallman : U are da best
3/6/17 9:56 AM: Kristina Hallman : ♡🏆
3/6/17 9:56 AM: Kristina Hallman : U the real MVP
3/6/17 9:56 AM: Kristina Hallman :    👀
3/6/17 9:59 AM: 👀
3/8/17 9:13 AM: Kristina Hallman : Hey Jenn
3/8/17 9:14 AM: Kristina Hallman : Good moAning
3/8/17 9:14 AM: Kristina Hallman : ☀♥☀
3/8/17 9:13 AM: Good morning!! I'm booking you today!
3/8/17 9:13 AM: I'll have everything for you very shortly
3/8/17 9:15 AM: Kristina Hallman : Just checking in to see about the flights n hotel
Again boo .. I heard there's a snow storm
In NYC Sunday .. And hardly any planes are flying out
3/8/17 9:15 AM: Kristina Hallman : ??.. Is the snow storm true ??
3/8/17 9:15 AM: Kristina Hallman : ☃
3/8/17 9:16 AM: Kristina Hallman : ❄☺
3/8/17 9:14 AM: No real way to know! Weather has been crazy lately

Page 20

JP_0000163.txt

3/8/17 9:16 AM: Kristina Hallman : Really
3/8/17 9:17 AM: Kristina Hallman : I was told to be safe just in case and fly out late sat
night .. What do u think .. So I don't some how miss court Monday
3/8/17 9:17 AM: Kristina Hallman : 😊
3/8/17 9:17 AM: Kristina Hallman : Nervous
3/8/17 9:17 AM: Kristina Hallman : I dunno
3/8/17 9:16 AM: Hmmmmmm ok, let me look!!
3/8/17 9:17 AM: Kristina Hallman : Up
To u
3/8/17 9:18 AM: Kristina Hallman : How bad is it .. Snowing hardcore ? ❄❄❄
3/8/17 9:44 AM: It's 50 here
3/8/17 9:46 AM: Kristina Hallman : Sheesh
3/8/17 10:27 PM: Hi mama! I'm booking you now!
3/8/17 10:27 PM: Weather looks ok to come in Sunday!
3/8/17 10:40 PM: You're booked! Check your email and keep me posted on when you see
it
3/9/17 11:52 AM: Kristina Hallman : I 🖤u
3/9/17 11:52 AM: Kristina Hallman : Yayi thank you boo
3/9/17 11:52 AM: Kristina Hallman : I got the emails love
3/9/17 11:52 AM: Kristina Hallman : Thank you soo sooooooooo much Missy❣✨❣💍💍💍💍💍💍💖💖
3/9/17 11:52 AM: Kristina Hallman : Appreciate it my Angel
3/9/17 11:52 AM: Kristina Hallman : 😇
3/9/17 12:09 PM: You are most welcome! Let's put this baby to bed!
3/9/17 12:32 PM: Kristina Hallman : Yessss pls
3/9/17 12:32 PM: Kristina Hallman : I want it to be All ova with this time too
3/12/17 7:19 PM: Did you make it to NY?
3/12/17 9:30 PM: I'm so confused?
3/13/17 9:47 AM: Are you OK?
3/13/17 11:42 AM: Kristina Hallman : Oki I'm back
3/13/17 11:42 AM: Kristina Hallman : 🏃‍♀️🙍‍♀️🙋‍♀️
3/13/17 11:42 AM: Kristina Hallman : Lol
3/13/17 11:42 AM: Kristina Hallman : 🚗❗
3/13/17 11:42 AM: Kristina Hallman : Solo weird It wasn't working
3/13/17 12:11 PM: Kristina Hallman : Hey jenn
3/13/17 12:14 PM: Kristina Hallman : Can u forward the email jet blue just sent u?
3/13/17 12:14 PM: Kristina Hallman : I'm
Catching a flight home today
3/13/17 12:14 PM: Yes let me look
3/13/17 12:17 PM: Kristina Hallman : Oki thank uuu
3/13/17 12:16 PM: The only one I have departs tmrw morning. I emailed it to you
3/13/17 12:38 PM: Kristina Hallman : Oh Oki
3/13/17 12:39 PM: Kristina Hallman : I think it's in my email maybe
3/13/17 12:39 PM: Kristina Hallman : I changed it to leave today at 2:35pm cause blizzard
coming into NYC
3/13/17 12:39 PM: Kristina Hallman : On my way to JFK
3/13/17 1:07 PM: So ▮▮▮▮▮ and ▮▮ there next week, are they testifying?
3/13/17 1:09 PM: Kristina Hallman : No but they want ▮▮▮▮▮ to state what she 1st
documented so it's good

JP_0000163.txt

3/13/17 1:10 PM: [Kristina Hallman]: Moving forward
3/13/17 1:10 PM: [Kristina Hallman]: To getting this all dropped n over with
3/13/17 1:09 PM: Well thank goodness. Ok, sounds pretty straight fwd, but who's flying her in?
3/13/17 1:09 PM: I wonder who pays for that? [redacted]
3/13/17 1:11 PM: [Kristina Hallman]: I don't know who's flying her in
3/13/17 1:12 PM: [Kristina Hallman]: I'm guessing the DA
3/13/17 1:10 PM: Interesting.
3/13/17 1:12 PM: [Kristina Hallman]: I'll ask the lawyer now
3/13/17 1:12 PM: [Kristina Hallman]: I'm gonna text him and ask
4/12/17 12:57 PM: [Kristina Hallman]: Hi babes ✹
4/12/17 12:57 PM: [Kristina Hallman]: How are you gorgeous ?!
4/12/17 1:32 PM: Hi!!
4/12/17 1:33 PM: We're good! Thank you!! How's everything by you?
4/12/17 2:11 PM: [Kristina Hallman]: I'm good too baby girl ! Was checking in with you .
4/12/17 2:11 PM: [Kristina Hallman] I saw H the other night in Miami
4/12/17 2:13 PM: [Kristina Hallman]: Me [Stephanie] n a few friends. It was good seeing him
4/12/17 2:13 PM: [Kristina Hallman]: Only has drinks n dinner tho lol
4/12/17 2:14 PM: [Kristina Hallman]: But yeah that Next Court date is April 24th in NYC , just giving u a heads up and updated of course ♥ love.
4/12/17 2:16 PM: Nice! Yeah! He said he had a good time!!
4/12/17 2:16 PM: Let me get looking at court date stuff, will get you booked! XO
4/12/17 3:03 PM: [Kristina Hallman]: Yayi oki thanks Jenn
4/12/17 3:03 PM: [Kristina Hallman]: Appreciate it tremendously babes
4/12/17 3:03 PM: [Kristina Hallman]: ◐🍫
4/17/17 7:39 PM: [Kristina Hallman]: Hey babes
4/17/17 7:39 PM: [Kristina Hallman]: Just checking back in for the Flights n hotel for April 23rd-25th
4/17/17 7:50 PM: Hi! I'll most likely book closer to weeks end
4/17/17 7:53 PM: [Kristina Hallman]: Oki jenn
4/17/17 7:54 PM: [Kristina Hallman]: I'm freaking out for this hearing cause it's the big one with [redacted] , [redacted] , & me all there with lawyers and what not .. so I'm freaking n getting anxious ☺
4/17/17 7:54 PM: [Kristina Hallman]: ☹
4/17/17 8:05 PM: Ahhhhhhhhh!!!!! Don't get nervous!! [redacted] has to say what she saw and she already wrote a statement on that
4/18/17 5:11 PM: [Kristina Hallman]: True that baby girl  ❖🐾 ♥
4/18/17 5:15 PM: Xoxo
4/18/17 5:18 PM: [Kristina Hallman]: 🐚♥♥
4/19/17 9:38 PM: Is your court date next Weds?
4/19/17 9:45 PM: [Kristina Hallman]: No babes it's this Monday the 24th
4/20/17 4:08 PM: But I gotta be there this Sunday the 23rd to get a good nights rest the night before court at the hotel 🏨 ♥
4/21/17 8:04 PM: [Kristina Hallman]: Hey babes
4/21/17 8:36 PM: Hi!!
4/21/17 8:37 PM: You're on my list for tonight!
4/21/17 9:00 PM: [Kristina Hallman]: Oh Oki just checking in with yew lover , thank you jenn

JP_0000163.txt

4/21/17 9:00 PM: Kristina Hallman : 😊❤

4/21/17 10:04 PM: Flight sent!

4/21/17 10:31 PM: Hotel sent!

4/21/17 10:33 PM: Kristina Hallman : Yayi thank you very much jenn I'm so thankful For u & H

4/21/17 10:33 PM: Kristina Hallman : U both are outstanding

4/21/17 10:33 PM: Kristina Hallman : I love you

4/21/17 10:33 PM: Kristina Hallman : Love ❤

4/21/17 10:51 PM: Awwww babe!!! I hope this bring clarity for you, please keep me posted but I'll also be in touch. Love you, have a safe flight

4/21/17 10:54 PM: Kristina Hallman : Yes sooo will do of course yes my sweet jenn ❤🍆

4/22/17 3:05 PM: Did you change ur flight?

4/22/17 3:07 PM: Kristina Hallman : Yes babes to a later one at 8:30pm cause I still gotta find a suit for court

4/22/17 3:08 PM: Kristina Hallman : I had to pay $150 to change it

4/22/17 3:10 PM: They shouldn't have charged you. Any change within 24 hours is a grace period!

4/22/17 3:12 PM: Kristina Hallman : I kno that's why I said

4/22/17 3:12 PM: Kristina Hallman : They were mean 😊

4/22/17 3:17 PM: Booooooooooo wtf

4/22/17 3:17 PM: I'm sorry. Ughhhhh

4/22/17 3:21 PM: Kristina Hallman : It's Oki boo not ur fault I'm Just so last minute to get another suit for court babes 👗⚡it's no worries lover Thank u for everything jenn

4/24/17 9:43 AM: HI!!

4/24/17 9:44 AM: What time does everything start today?! I'm thinking about you, good luck...call me after 🙈

4/24/17 9:48 AM: Kristina Hallman : Hi boo

4/24/17 9:49 AM: Kristina Hallman : I'm in court now

4/24/17 9:49 AM: Kristina Hallman : I'll text when I'm out babes

4/24/17 9:49 AM: Kristina Hallman : 😊😊😊

4/24/17 9:47 AM: 👀

4/24/17 9:49 AM: Kristina Hallman : Luh yew

4/24/17 9:47 AM: You got this love you

4/24/17 12:02 PM: Kristina Hallman : Oki so I'm out

4/24/17 12:03 PM: Kristina Hallman : But next court date is next month May 18th now ...

4/24/17 12:03 PM: Kristina Hallman :

4/24/17 12:04 PM: Kristina Hallman : They sent ███████ a subpoena to appear

4/24/17 12:04 PM: Kristina Hallman : But she didn't actually receive it they said they can't find her to actively give it to her

4/24/17 12:05 PM: Kristina Hallman : So it got Adjourned again

4/24/17 12:05 PM: Kristina Hallman : They offered me a lower sentence this time the Plea was Only Anger Management but lawyer said no and denied it ..

4/24/17 12:05 PM: Kristina Hallman :     ♀

4/24/17 12:06 PM: Kristina Hallman : He feels we can get it all dropped & dismissed so he's waiting for the prosecution to b ready which they are not he said ..

4/24/17 12:29 PM: Yikes! Ok!!

Page 23

JP_0000163.txt

4/24/17 12:29 PM: Did you see ███
4/24/17 12:35 PM: Kristina Hallman: No she wasn't there this time
5/8/17 12:32 PM: Kristina Hallman: Hi jenn
5/8/17 1:00 PM: Hi! How are you?
5/8/17 1:02 PM: Kristina Hallman: I'm ok
5/8/17 1:02 PM: Kristina Hallman: Hanging. In there
5/8/17 1:02 PM: Kristina Hallman: Next court date is next week ☹
5/8/17 1:02 PM: Time is flying!!
5/8/17 1:02 PM: It's Thursday right?
5/8/17 1:04 PM: Kristina Hallman: I kno it sucks
5/8/17 1:04 PM: Kristina Hallman: The 18th Thursday yes
5/8/17 1:03 PM: Ok
5/8/17 1:03 PM: Do we owe the lawyer more $$?
5/8/17 1:05 PM: I guess I need to speak to him
5/8/17 1:05 PM: Kristina Hallman: He didn't say anything
5/8/17 1:05 PM: Kristina Hallman: I hope no more money
5/8/17 1:06 PM: Kristina Hallman: I mean I want this to be dismissed and dropped and over and done with ya kno
5/8/17 1:06 PM: Kristina Hallman: I know U,Me, & Howie want it over with too
5/8/17 1:05 PM: He'll probably send me a final invoice if so. An invoice regardless for my records. And yessss over!
5/8/17 1:08 PM: Kristina Hallman: I want nothing more than for it to b all over with too babes I hate all this mess
5/8/17 1:08 PM: Kristina Hallman: ☺
5/8/17 1:08 PM: This seems like the big date with everyone there, so hopefully so!
5/8/17 1:53 PM: Kristina Hallman: I mean I don't know if it is or not but maybe
5/8/17 2:04 PM: Your lawyer would know
5/8/17 2:06 PM: Kristina Hallman: I texted him
5/8/17 2:06 PM: Kristina Hallman: Waiting for him to reply
5/8/17 2:17 PM: Ok, keep me posted ☺
5/8/17 2:20 PM: IDK if you want to mention to him now or when we're done with all this...I'll need an itemized invoice with all his hours and court dates and the cost for our records.
5/8/17 2:21 PM: ...I have a feeling he'll be asking for more $$ since this has gone longer than he expected.
5/8/17 2:46 PM: Kristina Hallman: Oki which ever u think I should do
5/8/17 2:46 PM: Kristina Hallman: Ask now
5/8/17 2:46 PM: Kristina Hallman: Or next week
5/8/17 2:47 PM: Kristina Hallman: Or after court next week ..? Or when it's all over ? It's all up to you and H and whatever u guys think is best
5/8/17 2:47 PM: Kristina Hallman: Still waiting for him to reply
5/8/17 2:54 PM: ❤❤
5/8/17 2:56 PM: Kristina Hallman: ✏☺
5/8/17 10:34 PM: Any word from the lawyer?
5/8/17 10:37 PM: Kristina Hallman: He said he would call me tomo n let me know
5/8/17 10:37 PM: Kristina Hallman:
5/8/17 10:38 PM: Ok! That's good. These girls are idiots...I'm sure he's even having a hard time knowing what's going on

Page 24

JP_0000163.txt

5/8/17 10:40 PM: Kristina Hallman: I agree 100%
5/8/17 10:41 PM: Kristina Hallman: They are both a big giant mess
5/15/17 1:58 PM: Kristina Hallman: Hey baby girl 🖤
5/15/17 1:58 PM: Kristina Hallman: I spoke to Jeremy the lawyer
5/15/17 2:00 PM: Kristina Hallman: He said he's 95% sure that after this court date for
this Thursday may 18th , that will be adjourned again , that after this one then it
should All be dropped & for Dismissal by mid June which shall be the end of it all
he said ! Which is great news hopefully right
5/15/17 2:00 PM: Kristina Hallman: ❀💐
5/15/17 2:00 PM: Kristina Hallman: Happy belated Mother's Day babes too by the way 💐💐
5/15/17 2:11 PM: Heyyyy!
5/15/17 2:11 PM: What did he say about the retainer?
5/15/17 2:12 PM: And thank you mama!!!
5/15/17 2:14 PM: Kristina Hallman: He said that it's the flat fee one time fee
5/15/17 2:14 PM: Kristina Hallman: He said he would invoice it to u after this court date
may 18th
5/15/17 2:14 PM: Kristina Hallman: Yayi right
5/15/17 2:15 PM: Kristina Hallman: He said the same fee as last time I think one time
flat fee
5/15/17 2:58 PM: Kristina Hallman: I'm nervous tho
5/15/17 3:23 PM: Ok that's good! Sounds like he's on top of it. Chances are ▮▮▮▮▮
didn't think "you" would keep spending the $$ to show up...obviously doesn't know
it's me paying for it
5/15/17 3:23 PM: I'm going to get you booked tnt
5/15/17 3:26 PM: Kristina Hallman: Thank you
5/15/17 3:27 PM: Kristina Hallman: Yes I think ▮▮▮ is dumb and underestimated you me all
of us
5/15/17 3:29 PM: Kristina Hallman: Thank you and h for always taking such good care of me
with all  this
5/15/17 3:34 PM: Awwww. You are welcome!
5/15/17 4:06 PM: Kristina Hallman: Ur the best jenn
5/15/17 5:31 PM: Kristina Hallman: 🖊💐
5/15/17 7:50 PM: Kristina Hallman: Hey jenn I would hate to ask this OF u guys but I
don't know if H and u would mind , but I'll ask if not it's Oki no worries , we
were just wondering if u could book Stephanie a ticket to come so she could come with me
to NYC this time so I'm not alone .. n not as nervous ☺
5/15/17 7:51 PM: Heyyyyy! I don't think that's a good idea, I'm thinking we want
you to get in and out and do your business
5/15/17 7:52 PM: You've been coming alone for months now and we've paid a lot of $$
for you to be in good hands. Let's just focus on getting this over with!!
5/15/17 7:54 PM: Kristina Hallman: I know I'm just very stressed out ☺
5/15/17 7:53 PM: We've all been stressed over this
5/15/17 7:54 PM: You can handle this. I know you can
5/15/17 7:55 PM: Kristina Hallman: I have to move out before this eviction thing that
Stephanie and I are involved in this horrible situation and we are trying to make
money to get enough for 1st last n security to move in a new place n it's stressing
5/15/17 7:56 PM: Kristina Hallman: N there's this Photog that will pay to shoot me and
Stephanie at his studio in ny if we both come

JP_0000163.txt

5/15/17 7:56 PM: Kristina Hallman : I'm jus stressin over it all
5/15/17 7:56 PM: Kristina Hallman : I told h
5/15/17 7:56 PM: Kristina Hallman : I'm just freaking out
5/15/17 7:55 PM: It's really up to him. But this isn't the reason we're bringing you to NY
5/15/17 7:57 PM: Kristina Hallman : I kno
5/15/17 7:57 PM: Kristina Hallman : Just thinking ❤ trying to think about options n stuff
5/15/17 7:57 PM: Kristina Hallman : Otherwise yes I go and go out of NYC as quick as possible
5/15/17 7:56 PM: So have her book her own flight
5/15/17 7:57 PM: Kristina Hallman : I get anxiety being there
5/15/17 7:56 PM: I don't think it's fair that H pay for her flight
5/15/17 7:58 PM: Kristina Hallman : Yes that's what I'm thinkin
5/15/17 7:58 PM: Kristina Hallman : Yeah
5/15/17 7:58 PM: Kristina Hallman : No I'm sorry for even asking
5/15/17 7:58 PM: Kristina Hallman : It's not a problem
5/15/17 7:58 PM: Kristina Hallman : I'll just come solo or have her pay for a flight
5/15/17 7:58 PM: Kristina Hallman : I'm just gonna go in n go out like u said.
5/15/17 7:57 PM: Flights aren't that $$ and if yall make $$ here then yall could even split fare
5/15/17 7:59 PM: Kristina Hallman : Yes
5/15/17 7:59 PM: Kristina Hallman : I'm gonna tell her
5/15/17 7:59 PM: Kristina Hallman : It's an option
5/15/17 7:59 PM: Kristina Hallman : Thank you and I'm sorry again for even asking jenn
5/15/17 7:58 PM: Kk
5/15/17 7:58 PM: It's ok, no worries, no harm in that at all
5/15/17 8:00 PM: Kristina Hallman : Oki thank u
5/15/17 8:00 PM: Kristina Hallman : ☺
5/15/17 11:12 PM: Kristina Hallman : Thank you for the hotel And flight jenn
5/15/17 11:12 PM: Kristina Hallman : Appreciate it so much
5/15/17 11:12 PM: Kristina Hallman : ✿
5/15/17 11:13 PM: You are welcome!!
5/16/17 11:23 AM: Kristina Hallman : Ur the best jenn thanks baby girl
5/18/17 9:38 AM: Hi!
5/18/17 9:39 AM: Good luck today, please keep me posted 🙈
5/18/17 9:39 AM: What time is court?
5/18/17 9:41 AM: Kristina Hallman : Hey babe good morning
5/18/17 9:41 AM: Kristina Hallman : Yes I'm here in court room now
5/18/17 9:41 AM: Kristina Hallman : Waiting for lawyer
5/18/17 9:41 AM: Kristina Hallman : Thank you hunn ☺
5/18/17 9:41 AM: Kristina Hallman : ☺☺
5/18/17 9:40 AM: Kkkkk. Talk to you in a bit XO
5/18/17 9:42 AM: Kristina Hallman : Yes ❤🌀
5/18/17 10:32 AM: Kristina Hallman : Hey the next court date is July 17th
5/18/17 10:34 AM: Kristina Hallman : The lawyer says that we are on Day 87 and once it reaches day 100 that if they don't come to a decision it all gets dismissed and dropped so he said hopefully by next week or at the end of this month they will

JP_0000163.txt

contact him saying Trial "or" Dismissal and Dropped closed case !! So I'm really hoping for the best and that it all gets dropped with no trial
And no charge
5/18/17 10:35 AM: Kristina Hallman: So I'm optimistic about this.
5/18/17 10:35 AM: Kristina Hallman: Looking good he says
5/18/17 10:35 AM: Kristina Hallman: And he says that u gave him a retainer already so that he is paid up in Full
Already ... 👏 👏
5/18/17 10:36 AM: Kristina Hallman: Unless it all goes to Trial .. then another retainer but he's saying it's looking as if it's all gonna be Done with very very soon
5/18/17 10:36 AM: Kristina Hallman: 😊😊
5/18/17 11:01 AM: Crazy! Was ███ there?
5/18/17 11:25 AM: Kristina Hallman: She's in NYC but no she wasn't there
5/22/17 3:07 PM: Hi!
5/22/17 3:07 PM: How are you?
5/22/17 3:50 PM: Kristina Hallman: Hey babes I'm ok
5/22/17 3:51 PM: Kristina Hallman: Been moving my stuff into my brothers garage for storage and staying on his couch for a while . I've got no choice.  No where to live at the moment so life is a little stressful right now for me .
5/22/17 3:52 PM: Kristina Hallman: How are u tho hunn .. good I hope ? How are ur babies doing 🖤
5/22/17 5:37 PM: Wait, I thought you and Stephanie got a place?!
5/22/17 6:15 PM: Kristina Hallman: We were living at This guys house and he didn't pay the rent and didn't tell us
5/22/17 6:15 PM: Kristina Hallman: So eviction stuff started happening in his name
5/22/17 6:16 PM: Kristina Hallman: So we had to Leave
5/22/17 6:16 PM: Kristina Hallman: I went to my brothers
5/22/17 6:16 PM: Kristina Hallman: Stephanie went to another girlfriends house to stay
5/22/17 6:16 PM: Kristina Hallman: So I don't have a place at all
5/22/17 6:17 PM: Kristina Hallman: I want and need to live alone
5/22/17 7:26 PM: I'm so sorry!! All of this happening at once. I feel terrible 😿
5/22/17 7:47 PM: Kristina Hallman: Thank u
5/22/17 7:47 PM: Kristina Hallman: Yes it's all a lot
5/22/17 8:14 PM: All that matters is you have a roof over your head and your with family. Until you figure out your next steps, you're really in the best spot
5/22/17 8:15 PM: Have you spoken to Stephanie? I'll reach out to her, I feel bad. ███████
████████
5/22/17 8:17 PM: Kristina Hallman: ███████
5/22/17 8:17 PM: Kristina Hallman: ███ | ███
5/22/17 8:17 PM: Kristina Hallman: And yes I have spoken to Stephanie ███
5/22/17 8:17 PM: Kristina Hallman: She's ok
5/22/17 8:17 PM: Kristina Hallman: Just sad
5/22/17 8:18 PM: ██████████████
5/22/17 8:19 PM: I'll reach out to her, let her know I'm thinking about her
5/22/17 8:30 PM: Kristina Hallman: Yes thank u
5/22/17 8:30 PM: Kristina Hallman: 👇
5/27/17 5:10 PM: Kristina Hallman: Hey jenn
5/27/17 5:10 PM: Kristina Hallman: How are you hunn

JP_0000163.txt

5/27/17 5:12 PM: Hi!
5/27/17 5:12 PM: I'm ok...kids are wild animals!!
5/27/17 5:12 PM: How are you!
5/27/17 5:34 PM: Kristina Hallman : That's good . They grow up fast I bet.♥
5/27/17 5:34 PM: Kristina Hallman : I'm okay . Hanging in there . Trying to -
5/27/17 5:36 PM: Kristina Hallman : I got the money all together for 1st last n security
for a place but I  keep
Getting denied cause I don't have good enough credit . And I've got no one to sign
for me for a place . It sucks .
5/27/17 5:38 PM: That's what happened to me!!! I found a sublet on Craigs list!
5/27/17 5:39 PM: That was the only way I was able to get a place back when
5/27/17 5:40 PM: Kristina Hallman : I'm searching for that now
5/27/17 6:20 PM: Kristina Hallman : Yeah seems like that's my only option
5/27/17 6:51 PM: For sure! It was the only way I had a place to live!
5/27/17 6:53 PM: Kristina Hallman : Just sucks
5/27/17 6:51 PM: I found someone that had to move and couldn't finish their lease
so I took it over
5/27/17 6:52 PM: It's the same thing as having your own lease tho
5/27/17 6:54 PM: Kristina Hallman : Yeah I'll figure it out some how
5/27/17 6:53 PM: Are you working right now?
5/27/17 6:55 PM: Kristina Hallman : Yes been doing photo shoots back to back . Some 2
times a day .
5/27/17 6:56 PM: Kristina Hallman : Saved up at least 9k
5/27/17 7:24 PM: You may have to get a part time job and then you could get a
letter of intent?
5/27/17 7:25 PM: As long as you can something staeing an income, you'll be good
5/27/17 7:28 PM: Kristina Hallman : I have hospital debt in my name over 400k
5/27/17 7:28 PM: Kristina Hallman : That's my only thing that's bad on my name and credit
5/27/17 7:31 PM: Kristina Hallman : But yeah it's getting me denied
5/27/17 7:49 PM: For sure you're gonna have to sublet for now. Easiest road I think
5/27/17 7:50 PM: Or rent a room somewhere
5/27/17 7:51 PM: Kristina Hallman : I'm trying
5/27/17 10:10 PM: Kk keep me posted, I'll check in on you as well.
5/27/17 10:12 PM: Kristina Hallman : Thank you jenn . Yes will do
5/30/17 10:22 AM: Kristina Hallman : Hopefully all
Goes well
With Miss ███████████ and H
5/30/17 10:25 AM: Kristina Hallman : So I get the $2k Finders Fee from this date don't I
babes .. 🐴🦄Hope so. Cause I think I can try and get this place I want If I offer
more security deposits down so.. yeah..   fingers crossed with my offer■
5/30/17 10:26 AM: I'm not sure! Is that what you and H discussed?
5/30/17 11:05 AM: Kristina Hallman : Yes but she's gotta let him do what he wants to her
he says lol
5/30/17 11:05 AM: Kristina Hallman : So we shall see after it all is icee won't we I guess
lol hah
5/30/17 11:05 AM: Kristina Hallman : All is over^**
5/30/17 11:05 AM: Hahahaa! Yes for sure!
5/30/17 11:05 AM: FINGERS CROSSED!

JP_0000163.txt

5/30/17 11:05 AM: Do you know her? Is she cool?
5/30/17 11:07 AM: Kristina Hallman : Yes I kno her . She's mad cool
5/30/17 11:07 AM: Kristina Hallman : She's me and Hillary s girlfriend
5/30/17 11:14 AM: Who's Hillary
5/30/17 11:14 AM: Or I should say which Hillary ? Lol
5/30/17 11:17 AM: Kristina Hallman : Hillary Lawson
5/30/17 11:17 AM: Kristina Hallman : The blonde u met me first time with
5/30/17 11:17 AM: Kristina Hallman : My best friend
5/30/17 11:24 AM: Right!!!!
5/30/17 11:27 AM: Kristina Hallman : Yesi lol
5/30/17 11:27 AM: Kristina Hallman : 🐍❤
5/30/17 11:28 AM: Sweet girls 🍷!
5/30/17 11:31 AM: Kristina Hallman : Ur sweet🐝 jenn
5/30/17 11:08 PM: Kristina Hallman : Thank You my sweet jenn
5/30/17 11:08 PM: Kristina Hallman : ⚘
5/30/17 11:10 PM: Thank you!! I'm glad it all worked out. _____ is a sweet heart XO
5/30/17 11:18 PM: Kristina Hallman : She's nice isn't she
5/30/17 11:19 PM: Kristina Hallman : ⚘