# Exhibit 11

| Category | Direction | Remote party | Remote party name | Time stamp (Device time +00:00) | Content | Type | Caption | File size | Duration |
|---|---|---|---|---|---|---|---|---|---|
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 6:53:04 PM | 🐾 | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 6:53:00 PM | 😺 | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 6:52:53 PM | ⚘ | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 6:52:49 PM | ███ told us the basics but we are definitely excited about this | Text | | N/A | N/A |
| 126. NYC | Incoming message | ███ | ☺Howie 🐱🤘 | 8/17/2016 6:45:16 PM | Do u girls know what ur in for?? 😊 | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 6:34:18 PM | ⚡✕ | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 6:34:02 PM | Kristina Hallman | Text | | N/A | N/A |
| 126. NYC | Incoming message | ███ | Hillary Lawson | 8/17/2016 6:33:36 PM | Hillary Lawson | Text | | N/A | N/A |
| 126. NYC | Incoming message | ███ | ☺Howie 🐱🤘 | 8/17/2016 6:33:26 PM | Who's number is who's??? | Text | | N/A | N/A |
| 126. NYC | Incoming message | ███ | Hillary Lawson | 8/17/2016 6:09:13 PM | Hello! Nice to meet you as well 😊 | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 5:59:52 PM | Hi hunn💋 | Text | | N/A | N/A |
| 126. NYC | Incoming message | ███ | ☺Howie 🐱🤘 | 8/17/2016 4:52:49 PM | Nice to meet u ladies!! | Text | | N/A | N/A |
| 126. NYC | Incoming message | ███ | | 8/17/2016 1:11:58 AM | Hold texts until H responds- don't want to overload his phone! | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 1:11:30 AM | 🐱🐱🐱 | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 1:11:21 AM | 🎶✕⚡♥🐾 | Text | | N/A | N/A |
| 126. NYC | Outgoing message | ███ | Kristina Hallman ███ / Hillary Lawson ███ / ☺Howie 🐱🤘 | 8/17/2016 1:11:10 AM | Media/19179464623-1471394341@g.us/7/a/7a1e6ce637aa7ccdc3b44ca7b9643c87.mp4 | Video | | 1.96 MB | 00:00:09 |
| 126. NYC | Incoming message | ███ | ███ | 8/17/2016 1:09:54 AM | Wait for H to reply- he's prob tied up at moment 😳 | Text | | N/A | N/A |

LAWSON-0203534