# Exhibit 24



CONFIDENTIAL

LAWSON-0133074

