# Exhibit 53

REDACTED - ATTORNEY CLIENT PRIVILEGE

From: **Jennifer Powers**
Date: Mon, Jul 24, 2017 at 6:21 PM
Subject: Fwd: Your Flight Receipt - Macey Speight 25JUL17
To:

---------- Forwarded message ----------
From: "Delta Air Lines"
Date: Jul 24, 2017 2:49 PM
Subject: Your Flight Receipt - Macey Speight 25JUL17
To:
Cc:



Hello, Macey Speight

**Your Trip Confirmation #:**

**MANAGE MY TRIP >**

| **Tue, 25JUL** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 1286 | ATLANTA | NYC-LAGUARDIA |
| First Class (A) | 10:30am | 12:49pm |
| **Wed, 26JUL** | **DEPART** | **ARRIVE** |
| DELTA 2057 | NYC-LAGUARDIA | ATLANTA |
| First Class (A) | 11:00am | 1:41pm |

ARRIVE ON TIME

**For passengers traveling domestically (within the U.S):**
Due to peak summer travel season, many airports are experiencing a high volume of passengers, resulting in long check-in, baggage drop and security checkpoint lines.
Please plan to **arrive at the airport at least 2 hours prior to your scheduled departure time.**

**For passengers traveling internationally:**
Due to recently-implemented U.S. Department of Homeland Security (DHS) enhanced security requirements for customers traveling from any non U.S. location, we strongly advise all customers to **arrive at the airport at least 3 hours prior to your scheduled departure time** and to proceed to your departure gate promptly to allow extra time to clear security.

We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid

delays.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

### TRAFFIC ADVISORY FOR ATL

Due to ongoing construction efforts as part of Hartsfield - Jackson International Airport's (ATL) Landside Modernization effort, we advise all customers departing ATL to arrive at least 2 hours before their scheduled departure time to accommodate for possible traffic delays.

Please visit ATLNEXT for the latest updates on Hartsfield-Jackson’s entire development effort.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| Macey Speight | DELTA AIR LINES INC 1286 | 01C |
|  | DELTA AIR LINES INC 2057 | 01D |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+â„¢ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: [REDACTED]

Place of Issue: Delta.com

Ticket Issue Date: 24JUL17

Ticket Expiration Date: 24JUL18

### METHOD OF PAYMENT

CA************9510                                                                                 **$1074.40 USD**

### CHARGES

**Air Transportation Charges**

Base Fare                                                                                            $973.02 USD

**Taxes, Fees and Charges**

| | |
|---|---:|
| United States - September 11th Security Fee (Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $72.98 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.20 USD |
| **TICKET AMOUNT** | **$1074.40 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL LGA486.51KA0NX0FB DL ATL486.51KA0NX0FB USD973.02END ZP ATLLGA XF ATL4.5LGA4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Tue 25 Jul 2017                    DELTA AIR LINES INC: ATL ▸ LGA

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

Wed 26 Jul 2017                    DELTA AIR LINES INC: LGA ▸ ATL

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    JP_0000445

**EARN MILES WITH AIRBNB. â€°**

Book your Airbnb via <u>deltaairbnb.com</u> and earn miles on all stays. Plus, new guests also get $25 toward first qualifying booking. Terms Apply.



...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          JP_0000446