# Exhibit 56

**TRANSCRIPT OF VOICEMAIL FROM** ███████████ **A/K/A MACEY SPEIGHT**
**TO JENNIFER POWERS**
**DATE: FEBRUARY 22, 2018**


Hey Jennifer it's ██████. Yeah, I just wanted to touch base with you.  I know it's been so long and all this crazy stuff is going on but I finally got my WhatsApp working again and I just sent you a text and a WhatsApp message.  I hope to hear from you soon.  Bye.