Brian L. Grossman
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (646) 912-8462
Facsimile:      (212) 208-2613
brian.grossman@balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON,** and **LAUREN FULLER,**<br><br>                              Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN, JENNIFER POWERS,** and the **DOE COMPANY.**<br><br>                              Defendants. | Case No.: 1:17-cv-06404<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Motion for Partial Summary Judgment as to Defendants' Affirmative Defenses and Counterclaims, the February 13, 2019, Declaration of Brian L. Grossman with attached exhibits, Rule 56.1 Statement, and upon all pleadings and proceedings heretofore had herein, Plaintiffs will move this court in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on such a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 56 granting Plaintiffs' motion for summary judgment on certain of Defendants' affirmative defenses and counterclaims.

Dated: New York, New York
       February 13, 2019

By: _____
     Brian L. Grossman
     **BALESTRIERE FARIELLO**
     225 Broadway, 29th Floor
     New York, New York 10007
     Telephone:    (646) 912-8462
     Facsimile:    (212) 208-2613
     brian.grossman@balestrierefariello.com
     *Attorneys for Plaintiffs*