# Exhibit B

HOWARD RUBIN - 10/25/2018

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------------x
     HILLARY LAWSON, KRISTINA HALLMAN,
 3   STEPHANIE CALDWELL, MOIRA HATHAWAY,
     MACEY SPEIGHT, ROSEMARIE PETERSON, and
 4   LAUREN FULLER,

 5             Plaintiffs,              Case No.:
                                        1:17-cv-06404 (BMC)
 6             - against -

 7
     HOWARD RUBIN, JENNIFER POWERS,
 8   and the DOE COMPANY,

 9
               Defendants.
10
     ------------------------------------------x
11                                      225 Broadway
                                        New York, NY 10007
12                                      October 25, 2018
                                        10:11 a.m.
13

14

15        VIDEOTAPED DEPOSITION of HOWARD RUBIN, in

16   the above-entitled action, held at the above time

17   and place, pursuant to order, taken before ESTAMARIE

18   CASTELLI-VELEZ, a shorthand reporter and Notary

19   Public within and for the State of New York.

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2
     BALESTRIERI FARIELLO
 3   Attorneys for Plaintiffs
              225 Broadway
 4            New York, NY 10007
     BY:      JOHN BALESTRIERE, ESQ.
 5            john.balestriere@balestrierefariello.com
              BRIAN L. GROSSMAN, ESQ.
 6            brian.grossman@balestrierefariello.com

 7

 8   DECHERT LLP
     Attorneys  for Howard Rubin
 9            1095 Avenue of the Americas
              New York, NY 10036-6797
10   BY:      EDWARD A. MCDONALD, ESQ.
              edward.mcdonald@dechert.com
11            MICHAEL GILBERT, ESQ.
              michael.gilbert@dechert.com
12            BENJAMIN E. ROSENBERG, ESQ.
              benjamin.rosenberg@dechert.com
13

14

15   SCHLAM STONE & DOLAN LLP
     Attorneys  for Jennifer Powers
16            26 Broadway
              New York, NY 10004
17   BY:      JOLENE F. LaVIGNE-ALBERT, ESQ.
              jlavignealbert@schlamstone.com
18            DOUGLAS E. GROVER, ESQ.
              dgrover@schlamstone.com
19            NIALL O'MURCHADHA, ESQ.
              niallomurchadha@schlamstone.com
20

21   ALSO PRESENT: Phil Glauberson, Videographer
                   Epiq Global
22
                   YIFAT V. SCHNUR, ESQ.
23

24

25
```

```
 1                  S T I P U L A T I O N S
 2
 3              IT IS HEREBY STIPULATED AND AGREED, by and
 4    among counsel for the respective parties hereto,
 5    that the filing, sealing and certification of the
 6    within deposition shall be and the same are hereby
 7    waived;
 8              IT IS FURTHER STIPULATED AND AGREED that
 9    all objections, except as to form of the question,
10    shall be reserved to the time of the trial;
11              IT IS FURTHER STIPULATED AND AGREED that
12    the within deposition may be signed before any
13    Notary Public with the same force and effect as if
14    signed and sworn to before the Court.
15                      *         *         *
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | can tell the dominant person to stop. | 12:10:28 |
| 2 | Q   Did you have a standard safe word? | 12:10:35 |
| 3 | A   I did. | 12:10:38 |
| 4 | Q   What was it? | 12:10:38 |
| 5 | A   I had two safe words.  First, was yellow | 12:10:39 |
| 6 | light which meant it's okay, but please slow down. | 12:10:44 |
| 7 | And the second was red light, which meant stop | 12:10:48 |
| 8 | immediately. | 12:10:53 |
| 9 | Q   Do you remember using any other safe words | 12:10:56 |
| 10 | other than those two? | 12:10:58 |
| 11 | A   Never. | 12:10:59 |
| 12 | Q   Did you come up with those safe words | 12:11:01 |
| 13 | yourself? | 12:11:05 |
| 14 | A   I don't recall when I ended up deciding on | 12:11:09 |
| 15 | the safe words.  I believe it was my decision. | 12:11:14 |
| 16 | Q   Besides through use of a safe word, was | 12:11:17 |
| 17 | there any other means by which a submissive could | 12:11:23 |
| 18 | indicate to you discomfort or a choice to stop with | 12:11:27 |
| 19 | the play? | 12:11:33 |
| 20 | A   I'm not sure what I -- can you -- can you | 12:11:39 |
| 21 | restate the question? | 12:11:41 |
| 22 | Q   You know how in wrestling you can tap out? | 12:11:43 |
| 23 | Do you know what I mean by that? | 12:11:47 |
| 24 | A   I do. | 12:11:47 |
| 25 | Q   Okay, so I mean, besides the use of safe | 12:11:48 |

| | | | |
|---|---|---|---|
| 1 | A | There was a cross in the room, and there | 12:28:42 |
| 2 | | were two different types of benches, and at some | 12:28:51 |
| 3 | | time in the past we had a canopy-type bed in that | 12:29:04 |
| 4 | | second room. | 12:29:17 |
| 5 | Q | Sir, you brought up the room.  What do you | 12:29:18 |
| 6 | | mean by that?  Withdrawn. | 12:29:18 |
| 7 | | You talk about the room and the | 12:29:19 |
| 8 | | second bedroom.  First of all, is that the same | 12:29:19 |
| 9 | | space? | 12:29:22 |
| 10 | A | It is. | 12:29:23 |
| 11 | Q | Okay, where was the second bedroom? | 12:29:24 |
| 12 | A | In the apartment. | 12:29:28 |
| 13 | Q | Which apartment? | 12:29:29 |
| 14 | A | It was in the apartment I rented on ▆ | 12:29:31 |
| 15 | | ▆. | 12:29:36 |
| 16 | Q | You said you read the complaint in this | 12:29:38 |
| 17 | | case, right? | 12:29:42 |
| 18 | A | Excuse me? | 12:29:42 |
| 19 | Q | You read the complaint you said? | 12:29:42 |
| 20 | A | I did. | 12:29:44 |
| 21 | Q | Do you remember a reference to the | 12:29:45 |
| 22 | | penthouse? | 12:29:48 |
| 23 | A | I remember a reference to the penthouse. | 12:29:49 |
| 24 | Q | Is that apartment where in the complaint | 12:29:49 |
| 25 | | is called the penthouse? | 12:29:53 |

```
 1     A     It wasn't a penthouse, but I assume that's        12:29:55
 2   what you were referring to.                               12:29:56
 3     Q     What was the address of this apartment?           12:29:57
 4     A     [REDACTED].                                       12:29:59
 5     Q     And was there a name for the building?            12:30:03
 6     A     [REDACTED].                                       12:30:06
 7     Q     I'm not sure if you may have just said            12:30:09
 8   this, but what floor is that?                             12:30:09
 9     A     It was on the [REDACTED] floor.                   12:30:12
10     Q     Ms. Powers talked about the second                12:30:15
11   bedroom.  Is that the same second bedroom that            12:30:17
12   you're referencing right now, sir?                        12:30:20
13     A     Correct.                                          12:30:20
14     Q     And it had a keypad to enter into; is that        12:30:21
15   correct?                                                  12:30:24
16     A     In order to get in to the second bedroom,         12:30:25
17   you had to enter a code to get in.  There were was        12:30:28
18   no lock to get out of the second bedroom even if the      12:30:33
19   door was closed.                                          12:30:39
20     Q     Who at any time has known the code for            12:30:40
21   that keypad?                                              12:30:43
22     A     I believe it was only myself and Jennifer         12:30:54
23   Powers, but it was -- I believe it was just myself        12:30:59
24   and Jennifer Powers.                                      12:31:08
25     Q     Did you provide the code to anyone other          12:31:10
```

| | | | |
|---|---|---|---|
| 1 | A | Have they ever been in that second | 12:32:16 |
| 2 | bedroom, yes. | | 12:32:16 |
| 3 | Q | Prior to 2011, did you keep sex toys or | 12:32:16 |
| 4 | exotic toys anywhere other than the second bedroom? | | 12:32:20 |
| 5 | A | Yes. | 12:32:27 |
| 6 | Q | Where? | 12:32:27 |
| 7 | A | Jennifer Powers kept some sex toys, but | 12:32:29 |
| 8 | not everything I'm talking about at her apartment, | | 12:32:38 |
| 9 | and I would use them when I met women at hotels. | | 12:32:42 |
| 10 | Q | How did you get them -- withdrawn. | 12:32:49 |
| 11 | | How did you get the toys to the | 12:32:53 |
| 12 | hotels from Mr. Powers' apartment? | | 12:32:55 |
| 13 | A | She transported them. | 12:32:57 |
| 14 | Q | So, Ms. Powers would meet you at the | 12:32:58 |
| 15 | hotel; is that correct? | | 12:33:01 |
| 16 | A | Sometimes, yes. | 12:33:02 |
| 17 | Q | Or sometimes, if not meet you at the | 12:33:02 |
| 18 | hotel, how would she transport them there for you to | | 12:33:04 |
| 19 | be able to get them? | | 12:33:07 |
| 20 | A | I'm not sure. | 12:33:08 |
| 21 | Q | But they would simple be in the hotel | 12:33:08 |
| 22 | room, is that what you mean? | | 12:33:11 |
| 23 | A | Yes. | 12:33:13 |
| 24 | Q | Or maybe left with like a concierge or | 12:33:14 |
| 25 | something like that for you to pick up, or no? | | 12:33:18 |

| | | | |
|---|---|---|---|
| 1 | Q | Did Ms. Powers get that for you? | 12:48:28 |
| 2 | A | I don't recall. | 12:48:31 |
| 3 | Q | Did you ever have the sybian before you | 12:48:32 |
| 4 | | had the second apartment? | 12:48:34 |
| 5 | A | No. | 12:48:35 |
| 6 | Q | When did you get the second apartment? | 12:48:37 |
| 7 | A | 2011, I believe. | 12:48:41 |
| 8 | Q | Is there a reason why you got it in 2011 | 12:48:46 |
| 9 | | as opposed to going to the hotels as you discussed | 12:48:51 |
| 10 | | you had been doing at one time? | 12:48:55 |
| 11 | A | I don't understand your question. | 12:48:58 |
| 12 | Q | At one time you were meeting women with | 12:49:00 |
| 13 | | whom you had BDSM play in hotels; is that correct? | 12:49:02 |
| 14 | A | That is correct. | 12:49:04 |
| 15 | Q | Is that how you started your BDSM play at | 12:49:05 |
| 16 | | hotels? | 12:49:11 |
| 17 | A | Repeat your question. | 12:49:16 |
| 18 | Q | Sure. | 12:49:17 |
| 19 | | Well, you engaged in BDSM play with | 12:49:19 |
| 20 | | ▬▬▬▬, right? | 12:49:20 |
| 21 | A | I did. | 12:49:21 |
| 22 | Q | Was that only in hotels or in another | 12:49:22 |
| 23 | | location? | 12:49:25 |
| 24 | A | That was in other locations. | 12:49:27 |
| 25 | Q | Where? | 12:49:31 |

| | | | |
|---|---|---|---|
| 1 | | question. | 15:03:50 |
| 2 | A | I'm not sure what they thought. | 15:03:51 |
| 3 | Q | We discussed earlier how there were blank | 15:03:53 |
| 4 | copies of the NDAs in the safe? | | 15:03:57 |
| 5 | A | Consent and release form, yes. | 15:04:00 |
| 6 | Q | You also called them NDAs. | 15:04:00 |
| 7 | | MR. MCDONALD: Objection. Objection. Is | 15:04:06 |
| 8 | there a question or a statement? | | 15:04:06 |
| 9 | | MR. BALESTRIERE: That's a statement. | 15:04:07 |
| 10 | | MR. MCDONALD: I just ask counsel refrain | 15:04:08 |
| 11 | from making statements. | | 15:04:08 |
| 12 | Q | The -- | 15:04:09 |
| 13 | | MR. MCDONALD: Did you get that on the | 15:04:09 |
| 14 | record? Thanks. | | 15:04:10 |
| 15 | Q | The -- did you show those forms to the -- | 15:04:12 |
| 16 | to any of the women that came to the apartment? | | 15:04:16 |
| 17 | A | Yes. | 15:04:20 |
| 18 | Q | When in relation to your meeting with the | 15:04:22 |
| 19 | women? | | 15:04:31 |
| 20 | A | Prior to any physical sexual interaction. | 15:04:31 |
| 21 | Q | Did you have a discussion with the women | 15:04:45 |
| 22 | about the form? | | 15:04:47 |
| 23 | A | Yes. | 15:04:51 |
| 24 | Q | Did you ask them to sign the forms? | 15:04:52 |
| 25 | A | For the most part, Jennifer Powers was | 15:04:57 |

```
 1   present when women were signing the forms and I         15:05:08
 2   wasn't.  There were occasions when I was the one        15:05:11
 3   present.  For instance, for ████████, it was            15:05:15
 4   myself, ████████, and ████████ there when               15:05:19
 5   ████████ signed the release form.                       15:05:23
 6        Q    How come it was you -- how come you were      15:05:27
 7   present when Ms. ██ signed the form and not             15:05:30
 8   Ms. Powers that -- on that occasion?                    15:05:37
 9        A    I assume she was busy for some reason, but    15:05:39
10   I don't have any specific recollection of why it was    15:05:42
11   just myself and ████████ in that assistance.            15:05:45
12        Q    When did you first have a form written up?    15:05:50
13        A    In fall of 2014.                              15:05:55
14        Q    What prompted you to seek to get a form at    15:05:59
15   that time?                                              15:06:05
16        A    A couple of things; one, is I had been        15:06:06
17   ████████████████████████████████████████████            15:06:14
18   ████████████████████████████████████████████            15:06:19
19   ██████████████████████████████, and I had also seen     15:06:22
20   online a NDA form that Justin Bieber had used for       15:06:29
21   women that visited him, and that gave me the idea       15:06:39
22   that I needed or wanted an NDA release form to use      15:06:44
23   for myself.                                             15:06:52
24        Q    The ████████████████████████████████████,    15:06:54
25   ████████████████████████████████████████████?           15:07:00
```

| | | | |
|---|---|---|---|
| 1 | A | ███████. | 15:08:08 |
| 2 | Q | ████████████████████████████████ | 15:08:08 |
| 3 | ██████████████████████████████? | | 15:08:14 |
| 4 | A | ███. | 15:08:22 |
| 5 | Q | How did you end up getting the forms? | 15:08:23 |
| 6 | Like, who did you go to?  We're going back to the | | 15:08:25 |
| 7 | NDA forms.  You discussed how it was the fall of | | 15:08:30 |
| 8 | 2014, you had these experiences, you saw a form that | | 15:08:33 |
| 9 | Justin Bieber used.  Who did you hire to draft the | | 15:08:37 |
| 10 | form for you? | | 15:08:41 |
| 11 | A | The same attorney that I used to help me | 15:08:43 |
| 12 | with the settlement agreements with the women and | | 15:08:47 |
| 13 | that's ████████████. | | 15:08:49 |
| 14 | Q | How did you get connected to Mr. ██████ | 15:08:54 |
| 15 | in the first place? | | 15:08:57 |
| 16 | MR. MCDONALD:  Objection.  Grounds of | | 15:08:58 |
| 17 | relevance. | | 15:09:00 |
| 18 | A | You know, I don't recall how I got his | 15:09:00 |
| 19 | name. | | 15:09:03 |
| 20 | Q | Did you have any kind of relationship with | 15:09:03 |
| 21 | him, personal, professional before you hired him | | 15:09:04 |
| 22 | with regards to those women? | | 15:09:08 |
| 23 | A | I did not. | 15:09:09 |
| 24 | Q | And you know he is a criminal defense | 15:09:10 |
| 25 | lawyer, right? | | 15:09:18 |

| | | |
|---|---|---|
| 1 | as I sit here, I can't recall under what | 15:19:59 |
| 2 | circumstances. | 15:20:03 |
| 3 |     Q   Prior to the summer of 2017, so prior to | 15:20:04 |
| 4 | about 15 months or so ago, what other legal | 15:20:09 |
| 5 | services, if any, did Ms. Schnur provide to you? | 15:20:12 |
| 6 |     A   Restate the question. | 15:20:19 |
| 7 |     Q   Sure, I can ask it a different way.  That | 15:20:20 |
| 8 | was about two years ago when you hired her for that | 15:20:20 |
| 9 | immigration issue; is that correct? | 15:20:25 |
| 10 |     A   Estimating. | 15:20:26 |
| 11 |     Q   You had not met Ms. Schnur before the time | 15:20:27 |
| 12 | that you had hired for that immigration issue; is | 15:20:30 |
| 13 | that correct. | 15:20:32 |
| 14 |     A   That's correct. | 15:20:33 |
| 15 |     Q   After the that immigration issue, when was | 15:20:33 |
| 16 | the next time that you hired Ms. Schnur or sought | 15:20:35 |
| 17 | legal services from her? | 15:20:41 |
| 18 |     A   A few months after that. | 15:20:44 |
| 19 |     Q   For what did you seek her services? | 15:20:47 |
| 20 |     A   I -- | 15:20:49 |
| 21 |         MR. GILBERT:  I'm going to caution the | 15:20:50 |
| 22 | witness not to reveal any substantive | 15:20:50 |
| 23 | discussions you had with counsel. | 15:20:52 |
| 24 |         You can answer this question. | 15:20:53 |
| 25 |         MR. BALESTRIERE:  I'm not -- I'm not | 15:20:56 |

| | | |
|---|---|---|
| 1 | asking what you talked to her about, sir. | 15:20:56 |
| 2 | THE WITNESS:  Okay. | 15:21:00 |
| 3 | MR. BALESTRIERE:  I'm asking you what you | 15:21:00 |
| 4 | hired her for. | 15:21:00 |
| 5 | A   I wanted her to look over the consent | 15:21:02 |
| 6 | agreement and see if there was any updates she | 15:21:09 |
| 7 | thought would be worthwhile to make in the consent | 15:21:14 |
| 8 | agreement. | 15:21:18 |
| 9 | Q   So, around what time was this? | 15:21:19 |
| 10 | A   You're -- meaning -- 2017 sometime. | 15:21:24 |
| 11 | Q   So, it was actually last year sometime | 15:21:29 |
| 12 | when you asked her to do this; is that correct? | 15:21:31 |
| 13 | A   That's my best estimate. | 15:21:32 |
| 14 | Q   By that time I believe your testimony then | 15:21:34 |
| 15 | is that you had been using the other forms for | 15:21:35 |
| 16 | something like two years or a little more; is that | 15:21:37 |
| 17 | correct? | 15:21:40 |
| 18 | A   That's correct. | 15:21:40 |
| 19 | Q   What prompted your desire to get anyone to | 15:21:41 |
| 20 | update the forms? | 15:21:45 |
| 21 | A   Always thought a second set of eyes, legal | 15:21:48 |
| 22 | eyes, on the form would've been worthwhile to have | 15:21:53 |
| 23 | someone look at. | 15:21:59 |
| 24 | Q   How come you didn't get that second set of | 15:22:01 |
| 25 | legal eyes prior to that time if you had been using | 15:22:03 |

| | | |
|---|---|---|
| 1 | the form a couple years? | 15:22:09 |
| 2 | A    It's because I had just gotten introduced | 15:22:12 |
| 3 | to Yifat Schnur on this different matter.  So, in -- | 15:22:14 |
| 4 | it was just easy to ask her to take a look at this | 15:22:20 |
| 5 | form as opposed to trying to go out, find a new | 15:22:26 |
| 6 | lawyer, kind of have them all come up to speed on | 15:22:35 |
| 7 | what the form was, or something like that.  I had | 15:22:39 |
| 8 | gotten an introduction to her, so I asked her to | 15:22:45 |
| 9 | take a look at it. | 15:22:49 |
| 10 | Q    So, how long after she handled the | 15:22:50 |
| 11 | immigration issue for you did you ask her to look at | 15:22:52 |
| 12 | the forms? | 15:22:55 |
| 13 | A    Few months maybe, I can't remember. | 15:22:57 |
| 14 | Q    Did she -- | 15:22:59 |
| 15 | A    They were never changed by the way.  All | 15:22:59 |
| 16 | the original forms were the same than the ones I had | 15:23:01 |
| 17 | gotten from ███████. | 15:23:08 |
| 18 | Q    You're paying for Ms. Schnur's fees in | 15:23:11 |
| 19 | this case, correct? | 15:23:13 |
| 20 | A    In the case that you sued her from -- | 15:23:17 |
| 21 | Q    Yes. | 15:23:19 |
| 22 | A    -- for and being sanctioned for? | 15:23:19 |
| 23 | Q    Yes. | 15:23:21 |
| 24 | A    Yes, I am. | 15:23:21 |
| 25 | Q    And you're always paying for her to | 15:23:22 |

| | | |
|---|---|---|
| 1 | Ms. Powers with regards to the payment of her legal | 15:24:09 |
| 2 | fees? | 15:24:12 |
| 3 |     A   No. | 15:24:14 |
| 4 |     Q   Do you have an oral agreement with Ms. | 15:24:15 |
| 5 | Powers with regard to the payment of her legal fees? | 15:24:17 |
| 6 |     A   No. | 15:24:21 |
| 7 |     Q   If there was a judgment entered against | 15:24:22 |
| 8 | Ms. Powers, have you agreed to pay for that? | 15:24:25 |
| 9 |     A   I think she's going to ███████████ | 15:24:26 |
| 10 | ████████ | 15:24:28 |
| 11 |     Q   That wasn't my question. | 15:24:30 |
| 12 |        My question is, if there is a | 15:24:31 |
| 13 | judgment entered against her, have you agreed to pay | 15:24:32 |
| 14 | for that judgment? | 15:24:36 |
| 15 |     A   No. | 15:24:37 |
| 16 |     Q   So, when was the first time that you had | 15:24:50 |
| 17 | any contact at all with ████████████? | 15:24:52 |
| 18 |     A   2009, 2010ish. | 15:25:00 |
| 19 |     Q   And you may have testified to this | 15:25:04 |
| 20 | already, but how did you first learn about Ms. | 15:25:05 |
| 21 | ████████? | 15:25:07 |
| 22 |     A   Through ████████████. | 15:25:09 |
| 23 |     Q   Did you go to Ms. ██████ and ask to meet | 15:25:13 |
| 24 | with a particular kind of person and she made the | 15:25:16 |
| 25 | introduction? | 15:25:22 |

1                       D E C L A R A T I O N

2

3              I hereby certify that having been first

4    duly sworn to testify to the truth, I gave the above

5    testimony.

6              I FURTHER CERTIFY that the foregoing

7    transcript is a true and correct transcript of the

8    testimony given by me at the time and place

9    specified hereinbefore.

10

11                           _____
                                      HOWARD RUBIN
12

13

14   Subscribed and sworn to before me

15   this _____ day of _____, 20____.

16

17   _____
              NOTARY PUBLIC
18

19

20

21

22

23

24

25

```
 1                        I N D E X

 2   EXAMINATION BY                                   PAGE

 3   MR. BALESTRIERE                                     5

 4

 5                       E X H I B I T S

 6   EXHIBITS              DESCRIPTION                 PAGE

 7            * * * NO EXHIBITS INTRODUCED * * *

 8              *         *          *         *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    C E R T I F I C A T E

 2

 3              I, ESTAMARIE CASTELLI-VELEZ, a Shorthand

 4     Reporter and Notary Public within and for the State

 5     of New York, do hereby certify:

 6              THAT HOWARD RUBIN, the witness whose

 7     deposition is hereinbefore set forth, was duly sworn

 8     by me, and that such deposition is a true record of

 9     the testimony given by such witness.

10              I further certify that I am not related to

11     any of the parties to this action by blood or by

12     marriage and that I am in no way interested in the

13     outcome of this matter.

14

15
                           _____
16
                             ESTAMARIE CASTELLI-VELEZ
17

18

19

20

21

22

23

24

25
```