# Exhibit C

JENNIFER POWERS - 10/16/2018

```
 2   UNITED STATES DISTRICT COURT

 3   EASTERN DISTRICT OF NEW YORK

 4   -------------------------------------x

 5   HILLARY LAWSON, KRISTINA HALLMAN,
     STEPHANIE CALDWELL, MOIRA HATHAWAY,
 6   MACEY SPEIGHT, ROSEMARIE PETERSON,
     and LAUREN FULLER,
 7
                              Plaintiffs,
 8
     -against-         Case No. 1:17-cv-06404
 9
     HOWARD RUBIN, JENNIFER POWERS,
10   and the DOE COMPANY,

11                            Defendants.

12   -------------------------------------x

13                     October 16, 2018
                       10:07 a.m.
14

15       Videotaped Deposition of JENNIFER

16   POWERS, taken by Plaintiffs, pursuant to

17   Notice, at the offices of Balestriere

18   Fariello, 225 Broadway, New York, New

19   York, before ERIC J. FINZ, a Shorthand

20   Reporter and Notary Public within and for

21   the State of New York.
```

```
 1

 2   A P P E A R A N C E S:

 3   BALESTRIERE FARIELLO
     Attorneys for Plaintiffs
 4        225 Broadway
          New York, New York 10007
 5
     BY:  JOHN G. BALESTRIERE, ESQ.
 6    john.balestriere@balestrierefariello.com
          BRIAN L. GROSSMAN, ESQ.
 7    brian.grossman@balestrierefariello.com

 8

 9   SCHLAM STONE & DOLAN LLP
     Attorneys for Jennifer Powers
10        26 Broadway
          New York, New York 10004
11
     BY:  DOUGLAS E. GROVER, ESQ.
12        dgrover@schlamstone.com
          JOLENE F. LaVIGNE-ALBERT, ESQ.
13        jlavignealbert@schlamstone.com

14

15   DECHERT LLP
     Attorneys for Howard Rubin
16        1095 Avenue of the Americas
          New York, New York 10036
17
     BY:  EDWARD McDONALD, ESQ.
18        (edward.mcdonald@dechert.com)

19

20   YIFAT V. SCHNUR ESQUIRE LLC
     Attorneys for Howard Rubin and Jennifer
21   Powers
          22 Prescott Street
22        Edison, New Jersey 08817

23   BY:  YIFAT V. SCHNUR, ESQ.
          (yifatschnur@gmail.com)
24

25
```

```
 1
 2    ALSO PRESENT:
 3         HOWARD RUBIN
 4         RUDOLFO DURAN, Videographer
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

 1

 2              IT IS HEREBY STIPULATED AND
 3    AGREED by and between the attorneys for
 4    the respective parties herein that filing
 5    and sealing be and the same are hereby
 6    waived.
 7              IT IS FURTHER STIPULATED AND
 8    AGREED that all objections, except as to
 9    the form of the question, shall be
10    reserved to the time of the trial.
11              IT IS FURTHER STIPULATED AND
12    AGREED that the within deposition may be
13    signed and sworn to before any officer
14    authorized to administer an oath with the
15    same force and effect as if signed and
16    sworn to before the Court.
17
18
19
20
21
22
23
24
25

```
 1                  JENNIFER POWERS
 2        A.    To my knowledge.                          11:17:51
 3        Q.    Do you know if Ms. Schnur                 11:17:52
 4   created any nondisclosure agreements?                11:17:54
 5        A.    No.                                       11:17:57
 6        Q.    I'm sorry, I don't understand             11:17:59
 7   your testimony.  She didn't or you don't             11:18:03
 8   know if she did?                                     11:18:05
 9        A.    Yifat did not.                            11:18:06
10        Q.    Who did?                                  11:18:07
11        A.    A guy named ███████.                      11:18:08
12        Q.    Do you know when Mr. ███████              11:18:11
13   did that?                                            11:18:13
14        A.    I'm sorry, when?                          11:18:13
15        Q.    Do you know when Mr. ███████              11:18:14
16   or someone at his direction drafted the              11:18:15
17   nondisclosure agreements?                            11:18:17
18        A.    I believe it was 2014.  I'm               11:18:18
19   not sure.  But sometime in 2014.                     11:18:23
20        Q.    At that time Ms. Schnur wasn't            11:18:26
21   engaged by you and Mr. Rubin.  Correct?              11:18:30
22        A.    I didn't know Yifat then.  Or             11:18:34
23   Howie didn't know her at that point.                 11:18:36
24        Q.    Was Mr. ███████ ever your                 11:18:37
25   counsel?                                             11:18:39
```

| | | |
|---|---|---|
| 1 | JENNIFER POWERS | |
| 2 | A. Yes. | 11:51:17 |
| 3 | Q. Besides paying for flights and | 11:51:18 |
| 4 | besides making those kind of direct | 11:51:23 |
| 5 | payments to the individuals, did you make | 11:51:25 |
| 6 | other payments to these individuals for | 11:51:29 |
| 7 | something else? | 11:51:30 |
| 8 | A. No. | 11:51:32 |
| 9 | Q. Did you ever make payments for | 11:51:33 |
| 10 | medical treatment or anything like that, | 11:51:34 |
| 11 | to the best of your recollection? | 11:51:37 |
| 12 | A. No. | 11:51:39 |
| 13 | Q. Did you ever meet -- | 11:51:40 |
| 14 | withdrawn. | 11:51:40 |
| 15 | Did all the women that you | 11:51:47 |
| 16 | booked to come to New York, did they | 11:51:48 |
| 17 | always meet Mr. Rubin at the apartment? | 11:51:50 |
| 18 | A. In the beginning, no. | 11:51:53 |
| 19 | Actually, the apartment came about to be | 11:51:56 |
| 20 | sometime summer of 2011. So before that, | 11:52:00 |
| 21 | the meetings could be outside the | 11:52:04 |
| 22 | apartment. | 11:52:07 |
| 23 | Q. Where? | 11:52:08 |
| 24 | A. A hotel. | 11:52:09 |
| 25 | Q. Was there a specific hotel? | 11:52:10 |

```
 1                JENNIFER POWERS
 2       A.   No.
 3       Q.   How many hotels, do you
 4   recall?
 5       A.   I don't remember.
 6       Q.   Where were the hotels located?
 7       A.   In Manhattan.
 8       Q.   In midtown Manhattan?
 9       A.   Yes, sir.
10       Q.   Were there any not in the
11   midtown area?
12       A.   I don't remember there being
13   any outside that area.
14       Q.   So besides the apartment and
15   besides the hotel, where else, if
16   anywhere, did Mr. Rubin meet with the
17   individuals who -- for whom you booked
18   these flights?
19       A.   They would go to a restaurant,
20   or perhaps a Broadway show or a movie.
21   Maybe a rooftop for drinks.
22       Q.   Do you remember which shows,
23   which Broadway shows?
24       A.   Hamilton.
25       Q.   Besides that, do you remember
```

```
 1                    JENNIFER POWERS
 2         Q.    What about any actual physical            12:06:51
 3   books, did he keep any records in any                 12:06:53
 4   physical books regarding the women he met             12:06:55
 5   with?                                                 12:06:57
 6         A.    Not that I'm aware of.                    12:06:57
 7         Q.    Now, the apartment that we                12:06:59
 8   were talking about, whose name was on the             12:07:07
 9   lease?                                                12:07:08
10         A.    Howie's.                                  12:07:09
11         Q.    Was it under his personal                 12:07:12
12   name, do you know?                                    12:07:14
13         A.    I believe so.                             12:07:14
14         Q.    We were discussing before                 12:07:23
15   nondisclosure agreements.  Do you know                12:07:26
16   which plaintiffs, so now I'm going to                 12:07:28
17   restrict it to that, signed nondisclosure             12:07:32
18   agreements?                                           12:07:34
19         A.    Yes.                                      12:07:35
20         Q.    Which?                                    12:07:35
21         A.    All of them.                              12:07:36
22         Q.    Now I'm going to talk                     12:07:36
23   nonplaintiffs and ask you if you know if              12:07:38
24   they signed any nondisclosure agreements.             12:07:40
25   Do you know if ▓▓▓▓▓▓▓ did?                           12:07:43
```

```
 1                    JENNIFER POWERS
 2         A.    I believe so.
 3         Q.    What about ▓▓▓▓▓▓▓▓▓▓▓▓?
 4         A.    Yes.
 5         Q.    ▓▓▓▓▓▓▓▓, do you know if
 6   she did?
 7         A.    Yes.
 8         Q.    What about ▓▓▓▓▓▓▓▓, do
 9   you know if she did?
10         A.    I believe so.
11         Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, did she
12   signed a nondisclosure agreement?
13         A.    I believe so, yes.
14         Q.    What about ▓▓▓▓▓▓▓▓▓?
15         A.    Yes.
16         Q.    And ▓▓▓▓▓▓▓?
17         A.    Yes.
18         Q.    Were you ever present when any
19   of the women we just discussed signed
20   these nondisclosure agreements?
21         A.    Yes.
22         Q.    Where did they sign them?
23         A.    In the condo, in the
24   apartment.
25         Q.    Did everyone we just discussed
```

Timestamps: 12:07:44, 12:07:45, 12:07:47, 12:07:47, 12:07:50, 12:07:51, 12:07:53, 12:07:57, 12:07:58, 12:07:59, 12:08:01, 12:08:03, 12:08:04, 12:08:07, 12:08:07, 12:08:09, 12:08:11, 12:08:14, 12:08:15, 12:08:17, 12:08:17, 12:08:19, 12:08:23, 12:08:24

| | | |
|---|---|---|
| 1 | JENNIFER POWERS | |
| 2 | sign the nondisclosure agreement in the | 12:08:27 |
| 3 | apartment? | 12:08:29 |
| 4 | A.   I believe so. | 12:08:31 |
| 5 | Q.   Was there anywhere else that | 12:08:37 |
| 6 | they signed them, to your knowledge? | 12:08:39 |
| 7 | A.   Not to my knowledge. | 12:08:41 |
| 8 | Q.   But I guess I'm not sure, do | 12:08:43 |
| 9 | you think that they might have?  I'm not | 12:08:46 |
| 10 | sure if I understand what your | 12:08:48 |
| 11 | recollection is, forgive me. | 12:08:49 |
| 12 | A.   No, no, I'm sorry. | 12:08:51 |
| 13 | Q.   That's okay. | 12:08:52 |
| 14 | A.   I always signed the release | 12:08:53 |
| 15 | with them.  So being that it was me that | 12:08:55 |
| 16 | always was with them when they signed the | 12:08:59 |
| 17 | release, I usually met them at the | 12:09:01 |
| 18 | apartment.  And that's where we signed. | 12:09:03 |
| 19 | Q.   So you always signed the | 12:09:05 |
| 20 | nondisclosure agreements with the women | 12:09:09 |
| 21 | that we've been discussing.  Correct? | 12:09:10 |
| 22 | A.   I always discussed it with | 12:09:12 |
| 23 | them and made sure that they knew what | 12:09:14 |
| 24 | they were signing, yes. | 12:09:16 |
| 25 | Q.   Okay.  But I understand you're | 12:09:17 |

| | | |
|---|---|---|
| 1 | JENNIFER POWERS | |
| 2 | saying what you discussed with them.  I | 12:09:19 |
| 3 | just want to be clear, you were always | 12:09:21 |
| 4 | there when they signed these | 12:09:23 |
| 5 | nondisclosure agreements.  Correct? | 12:09:24 |
| 6 | A.   Yes, correct. | 12:09:25 |
| 7 | Q.   And just to clarify because | 12:09:26 |
| 8 | we've used the term "release" at certain | 12:09:28 |
| 9 | point.  When you use the term "release," | 12:09:30 |
| 10 | you're referring to the same document, | 12:09:32 |
| 11 | the nondisclosure agreement? | 12:09:33 |
| 12 | A.   It's actually a nondisclosure | 12:09:34 |
| 13 | agreement and release. | 12:09:36 |
| 14 | Q.   Do you prefer another name for | 12:09:37 |
| 15 | it, I don't want to be confusing? | 12:09:38 |
| 16 | A.   You can call it whatever you | 12:09:40 |
| 17 | want. | 12:09:41 |
| 18 | Q.   What do you call it? | 12:09:41 |
| 19 | A.   I call it the release. | 12:09:42 |
| 20 | Q.   So then I'll call it the | 12:09:43 |
| 21 | release. | 12:09:45 |
| 22 | You were always present with | 12:09:45 |
| 23 | each of the women we've discussed when | 12:09:47 |
| 24 | they signed the releases.  Correct? | 12:09:48 |
| 25 | A.   Yes. | 12:09:50 |

| | | |
|---|---|---|
| 1 | JENNIFER POWERS | |
| 2 | Q. And you were always present | 12:09:50 |
| 3 | with them at the apartment when they | 12:09:54 |
| 4 | signed these releases. Right? | 12:09:55 |
| 5 | A. Yes, sir. | 12:09:57 |
| 6 | Q. Who, if anyone else, was | 12:09:57 |
| 7 | present when they signed these releases? | 12:09:59 |
| 8 | A. Well, in ▮▮▮ case, when she | 12:10:01 |
| 9 | brought a friend, that other person would | 12:10:05 |
| 10 | be there as well. | 12:10:07 |
| 11 | Q. Who are we talking about a | 12:10:08 |
| 12 | friend? | 12:10:10 |
| 13 | A. ▮▮▮▮. So then it would | 12:10:10 |
| 14 | be ▮, ▮ and I signing -- and going | 12:10:13 |
| 15 | over the same release, executing it. | 12:10:17 |
| 16 | Q. And you were the only ones | 12:10:20 |
| 17 | there during at least when Ms. ▮▮ | 12:10:22 |
| 18 | signed it. Is that correct? | 12:10:24 |
| 19 | A. Yes. | 12:10:25 |
| 20 | Q. Okay. Was Mr. Rubin ever | 12:10:25 |
| 21 | present when you were with the women | 12:10:27 |
| 22 | we've been discussing and they signed the | 12:10:30 |
| 23 | releases? | 12:10:32 |
| 24 | A. No. | 12:10:33 |
| 25 | Q. What about anyone else really, | 12:10:33 |

```
 1                  JENNIFER POWERS                          
 2        A.    No.                                          12:26:08
 3        Q.    How come?                                    12:26:09
 4        A.    ██████████ duty was to clean                 12:26:10
 5   the sheets of the bedroom, wash the                     12:26:14
 6   dishes, vacuum the floors.  I did the                   12:26:18
 7   second bedroom.                                         12:26:20
 8        Q.    Was there something special                  12:26:21
 9   about what you're calling the second                    12:26:22
10   bedroom?                                                12:26:24
11        A.    Well, the second bedroom was                 12:26:24
12   where we kept all of Howie's toys and                   12:26:27
13   things of that nature.                                  12:26:30
14        Q.    The sex toys and things for                  12:26:32
15   BDSM?                                                   12:26:34
16        A.    Yes, sir.                                    12:26:35
17        Q.    Was access to what you're                    12:26:35
18   calling the second bedroom restricted?                  12:26:37
19        A.    Yes.                                         12:26:39
20        Q.    How do you get into the second               12:26:39
21   bedroom from the rest of the apartment?                 12:26:40
22        A.    There was a lock on the door                 12:26:43
23   that I installed.  It was a keyed lock                  12:26:44
24   with a code on it.                                      12:26:47
25        Q.    So you knew the code.  Right?                12:26:48
```

```
 1                    JENNIFER POWERS
 2      Jennifer McGuffin.                                    15:51:37
 3          Q.    Can you spell McGuffin?                     15:51:38
 4          A.    M-c-G-u-f-f-i-n.                            15:51:40
 5          Q.    Thank you.                                  15:51:43
 6          A.    You're welcome.                             15:51:44
 7                MR. BALESTRIERE:  No further                15:51:45
 8      questions.                                            15:51:45
 9                MR. McDONALD:  We don't have                15:51:47
10      any questions.                                        15:51:50
11                THE VIDEOGRAPHER:  The time is              15:51:51
12      3:51 p.m., and we're going off the                    15:51:53
13      record.                                               15:51:55
14                (Time noted:  3:51 p.m.)                    15:51:56
15
16
17      _____
18          JENNIFER POWERS
19
20      Subscribed and sworn to before me
21      this _____ day of _____, 2018.
22
23      _____
24
25
```

```
 1                    JENNIFER POWERS

 2    STATE OF NEW YORK     )
                            ss:
 3    COUNTY OF NEW YORK    )

 4        I wish to make the following
      changes, for the following reasons:
 5
      PAGE LINE
 6    ____ ____   CHANGE _____
                  REASON:_____
 7
                  CHANGE _____
 8    ____ ____   REASON:_____

 9    ____ ____   CHANGE _____
                  REASON:_____
10
                  CHANGE _____
11    ____ ____   REASON:_____

12    ____ ____   CHANGE _____
                  REASON:_____
13
                  CHANGE _____
14    ____ ____   REASON:_____

15    ____ ____   CHANGE _____
                  REASON:_____
16
                  CHANGE _____
17    ____ ____   REASON:_____

18    ____ ____   CHANGE _____
                  REASON:_____
19
                  CHANGE _____
20    ____ ____   REASON:_____

21
      _____
22          JENNIFER POWERS
      Subscribed and sworn to before me
23    this _____ day of _____, 2018.

24

25    _____
```

```
 1                    JENNIFER POWERS

 2            C E R T I F I C A T E

 3    STATE OF NEW YORK    )
                           : ss.
 4    COUNTY OF NEW YORK   )

 5

 6         I, ERIC J. FINZ, a Shorthand

 7    Reporter and Notary Public within and for

 8    the State of New York, do hereby certify:

 9         That JENNIFER POWERS, the witness

10    whose deposition is hereinbefore set

11    forth, was duly sworn by me and that such

12    deposition is a true record of the

13    testimony given by the witness.

14         I further certify that I am not

15    related to any of the parties to this

16    action by blood or marriage, and that I

17    am in no way interested in the outcome of

18    this matter.

19         IN WITNESS WHEREOF, I have hereunto

20    set my hand this 19th day of October,

21    2018.

22

23                    _____

24                    ERIC J. FINZ

25
```

```
 1                    JENNIFER POWERS
 2                     E X H I B I T S
 3     DESCRIPTION                              PAGE
 4        (Powers Exhibit 1 for                 245
 5        identification, document headed
 6        "Confidentiality Agreement and
 7        Release," production numbers HR
 8        47 through HR 48.)
 9        (Powers Exhibit 2 for                 247
10        identification, document headed
11        "Confidentiality Agreement and
12        Release," production numbers HR
13        49 through HR 50.)
14        (Powers Exhibit 3 for                 249
15        identification, document headed
16        "Confidentiality Agreement and
17        Release," production numbers HR
18        51 through HR 52.)
19        (Powers Exhibit 4 for                 250
20        identification, document headed
21        "Confidentiality Agreement and
22        Release," production numbers HR
23        469 through HR 470.)
24
25
```

JENNIFER POWERS - 10/16/2018                         Page 265

```
 1                    JENNIFER POWERS
 2              E X H I B I T S (Continued)
 3    DESCRIPTION                                PAGE
 4       (Powers Exhibit 5 for                    251
 5       identification, document headed
 6       "Confidentiality Agreement and
 7       Release," production numbers HR
 8       473 through HR 474.)
 9       (Powers Exhibit 6 for                    253
10       identification, document headed
11       "Confidentiality Agreement and
12       Release," production numbers HR
13       471 through HR 472.)
14       (Powers Exhibit 7 for                    256
15       identification, document headed
16       "Confidentiality Agreement and
17       Release," production numbers HR
18       693 through HR 694.)
19
20
21
22
23
24
25
```