# Exhibit D

STEPHANIE D. SHON - 10/10/2018

```
 1   --

 2   UNITED STATES DISTRICT COURT

 3   EASTERN DISTRICT OF NEW YORK

 4   -------------------------------------x

 5   HILLARY LAWSON, KRISTINA HALLMAN,
     STEPHANIE CALDWELL, MOIRA HATHAWAY,
 6   MACEY SPEIGHT, ROSEMARIE PETERSON, and
     LAUREN FULLER,
 7
                                    Plaintiffs,
 8                                     Case No.
                                  1:17-cv-06404 (BMC)
 9              -against-

10   HOWARD RUBIN, JENNIFER POWERS,
     and the DOE COMPANY.
11
                                    Defendants.
12
     -------------------------------------x
13
                             October 10, 2018
14                           10:22 a.m.

15

16

17

18

19       Deposition of STEPHANIE D. SHON, taken by
     Plaintiffs, pursuant to Notice, at the offices
20   of Balestriere Fariello, 225 Broadway, New
     York, New York, before William Visconti, a
21   Shorthand Reporter and Notary Public within and
     for the State of New York.
22

23

24

25
```

```
 1

 2     A P P E A R A N C E S:
       BALESTRIERE FARIELLO
 3     Attorneys for Plaintiffs
               225 Broadway
 4             New York, NY 10007

 5     BY:     BRIAN L. GROSSMAN, ESQ.
               brian.grossman@balestrierefariello.com
 6             MATTHEW W. SCHMIDT, ESQ.
               matthew.schmidt@balestrierefariello.com
 7
       DECHERT LLP
 8     Attorneys for Howard Rubin
               1095 Avenue of the Americas
 9             New York, NY 10036-6797

10     BY:     BENJAMIN E. ROSENBERG, ESQ.
               benjamin.rosenberg@dechert.com
11
       SCHLAM STONE & DOLAN LLP
12     Attorneys for Jennifer Powers
               26 Broadway
13             New York, NY 10004

14     BY:     JOLENE F. LaVIGNE-ALBERT, ESQ.
               jlavignealbert@schlamstone.com
15             DOUGLAS E. GROVER, ESQ.
               dgrover@schlamstone.com
16
       GANFER SHORE LEEDS & ZAUDERER LLP
17     Attorneys for The Witness
               360 Lexington Avenue
18             New York, NY 10017

19     BY:     DAWN M. WILSON, ESQ.
               dwilson@ganfershore.com
20

21   ALSO PRESENT:
       JENNIFER LEE, Para Balestriere Fariello
22     HOWARD RUBIN
       JENNIFER POWERS
23     YIFAT V. SCHNUR, ESQ.
       DAVID FORREST
24

25
```

```
 1
 2            IT IS HEREBY STIPULATED AND AGREED
 3     by and between the attorneys for the
 4     respective parties herein that filing and
 5     sealing be and the same are hereby waived.
 6            IT IS FURTHER STIPULATED AND AGREED
 7     that all objections, except as to the form
 8     of the question, shall be reserved to the
 9     time of the trial.
10            IT IS FURTHER STIPULATED AND AGREED
11     that the within deposition may be signed
12     and sworn to before any officer authorized
13     to administer an oath with the same force and
14     effect as if signed and sworn to before the
15     Court.
16
17
18
19
20
21
22
23
24
25
```

STEPHANIE D. SHON - 10/10/2018                Page 56

| | | |
|---|---|---|
| 1 | STEPHANIE D. SHON | |
| 2 | Miss ▇ and Mr. Rubin? | 11:35:34 |
| 3 |    A.    I met ▇ when she flew in for | 11:35:36 |
| 4 | the first time, yes. | 11:35:40 |
| 5 |    Q.    Where did you meet ▇ when she | 11:35:40 |
| 6 | flew in for the first time? | 11:35:44 |
| 7 |    A.    I don't remember.  I think it | 11:35:45 |
| 8 | might have even been -- it could have been a | 11:35:46 |
| 9 | restaurant or a bar or something. | 11:35:49 |
| 10 |    Q.    Was it at Mr. Rubin's apartment? | 11:35:51 |
| 11 |    A.    No. | 11:35:52 |
| 12 |    Q.    Was there ever a time that you | 11:35:53 |
| 13 | were in Mr. Rubin's apartment with Miss ▇ ? | 11:35:56 |
| 14 |    A.    Yes. | 11:35:59 |
| 15 |    Q.    I guess taking a step back.  Have | 11:36:02 |
| 16 | you ever been in Mr. Rubin's apartment? | 11:36:04 |
| 17 |    A.    Yes. | 11:36:05 |
| 18 |    Q.    Do you know the address of that | 11:36:07 |
| 19 | apartment? | 11:36:08 |
| 20 |    A.    By apartment which one are you | 11:36:09 |
| 21 | referring to? | 11:36:12 |
| 22 |    Q.    I will take a step back. | 11:36:13 |
| 23 | Previously we mentioned through I believe it | 11:36:15 |
| 24 | was Exhibit B that there was a dungeon in one | 11:36:18 |
| 25 | of Mr. Rubin's apartments. | 11:36:22 |

STEPHANIE D. SHON - 10/10/2018                Page 57

```
 1                STEPHANIE D. SHON
 2       A.    Yes.                                    11:36:24
 3       Q.    Have you ever been in the              11:36:25
 4   apartment with a dungeon?                         11:36:25
 5       A.    Yes.                                    11:36:27
 6       Q.    Have you ever been in any other        11:36:28
 7   apartment owned by Mr. Rubin?                     11:36:29
 8       A.    No.                                     11:36:30
 9       Q.    Have you ever been in any other        11:36:32
10   property owned by Mr. Rubin?                      11:36:33
11       A.    Not to my knowledge.                    11:36:35
12       Q.    Were you ever in the apartment         11:36:36
13   with the dungeon with Miss ▓▓▓▓▓▓?                11:36:40
14       A.    Yes.                                    11:36:43
15       Q.    Have you ever been in the dungeon     11:36:46
16   with Miss ▓▓▓▓▓▓?                                 11:36:47
17       A.    No.                                     11:36:48
18       Q.    Do you know if Miss ▓▓▓▓▓▓ has        11:36:49
19   ever been in the dungeon?                         11:36:51
20       A.    No.                                     11:36:57
21             MR. GROSSMAN:  I'm going to mark       11:37:52
22       this as Shon Exhibit C.                       11:37:54
23             (Shon Exhibit C for identification,     11:37:54
24       WhatsApp message chain between Miss Shon     11:37:54
25       and Miss Powers.)                             11:38:20
```

Case 1:17-cv-06404-BMC-SMG Document 244-7 Filed 02/21/19 Page 7 of 10 PageID #: 8142

```
 1                  STEPHANIE D. SHON
 2           MS. ALBERT:   That's it, I have           13:19:37
 3   nothing further.  Thank you.                      13:19:38
 4           MR. GROSSMAN:   Nothing from me.          13:19:40
 5           (TIME NOTED:  1:19 P.M.)                  13:19:42
 6
 7                          _____
 8                          STEPHANIE D. SHON
 9
10   Subscribed and sworn to before me
11   this _____ day of _____, 2018
12
13   _____
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF NEW YORK  )      Pg__ of__Pgs

 2  ss:

 3  COUNTY OF NEW YORK    )

 4

 5       I wish to make the following changes, for the

 6  following reasons:

 7  PAGE LINE

 8  ____ ____  CHANGE: _____

 9             REASON: _____
10  ____ ____  CHANGE: _____
11             REASON: _____
12  ____ ____  CHANGE: _____
13             REASON: _____
14  ____ ____  CHANGE: _____
15             REASON: _____
16  ____ ____  CHANGE: _____
17             REASON: _____
18  ____ ____  CHANGE: _____
19             REASON: _____
20  ____ ____  CHANGE: _____
21             REASON: _____
22  ____ ____  CHANGE: _____
23             REASON: _____
24
25
```

```
 1                 C E R T I F I C A T E

 2  STATE OF NEW YORK    )

 3                       : ss.

 4  COUNTY OF NEW YORK   )

 5       I, WILLIAM VISCONTI, a Shorthand Reporter and

 6  Notary Public within and for the State of New York,

 7  do hereby certify:

 8       That prior to being examined, the witness named in

 9  the foregoing deposition was duly sworn to testify the truth,
10  the whole truth, and nothing but the truth;
11       That said deposition was taken down by me in
12  shorthand at the time and place therein named and
13  thereafter reduced by me to typewritten form and that the
14  same is a true, correct, and complete transcript of said
15  proceedings.
16       Before completion of the deposition, review of the
17  transcript [   ] was [ X ] was not requested.  If requested,
18  any changes made by the deponent (and provided to the
19  reporter) during the period allowed are appended hereto.
20       I further certify that I am not interested in the
21  outcome of the action.
22       Witness my hand this 15th day of October 2018.
23
24                       _____
                         WILLIAM VISCONTI
25
```

```
 1

 2              E X H I B I T S

 3    DESCRIPTION                              PAGE

 4      (Shon Exhibit A for                    23

 5      identification, WhatsApp

 6      conversations between Miss Shon

 7      and Howard Rubin.)

 8      (Shon Exhibit B for                    35

 9      identification, WhatsApp
10      conversation between Miss Powers
11      and Mr. Rubin.)
12      (Shon Exhibit B1 for                   49
13      identification, WhatsApp
14      conversation between Miss Powers
15      and Mr. Rubin with fewer
16      redactions.)
17      (Shon Exhibit C for                    57
18      identification, WhatsApp message
19      chain between Miss Shon and Miss
20      Powers.)
21      (Shon Exhibit D for                    109
22      identification, e-mail from Miss
23      Shon to Mr. Rubin.)
24
25
```