UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON and LAUREN FULLER,<br><br>*Plaintiffs*,<br><br>-against-<br><br>HOWARD RUBIN, JENNIFER POWERS, and the DOE COMPANY,<br><br>*Defendants*. | Case No.: 1:17-CV-06404 (BMC)(SMG) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANT HOWARD RUBIN

**PLEASE TAKE NOTICE** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon the accompanying Statement of Uncontested Facts Pursuant to Rule 56.1 by Defendant Howard Rubin, submitted pursuant to Local Civil Rule 56.1 and this Court's Individual Practice B.6., the Declaration of Benjamin M. Rose, and all attached exhibits, Defendant Howard Rubin moves before the Honorable Judge Brian M. Cogan of the Eastern District of New York for an Order granting summary judgment against all Plaintiffs and all causes of action alleged in this action.

Date:  February 13, 2019  　　　　　　　D<small>ECHERT</small> LLP
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　*/s/ <u>Edward A. McDonald</u>*
　　　　　　　　　　　　　　　　　　　　　　Edward A. McDonald
　　　　　　　　　　　　　　　　　　　　　　Benjamin E. Rosenberg
　　　　　　　　　　　　　　　　　　　　　　Michael J. Gilbert
　　　　　　　　　　　　　　　　　　　　　　Benjamin M. Rose
　　　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　(212) 698-3500

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Howard Rubin*