**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

HILLARY LAWSON, KRISTINA HALLMAN,
STEPHANIE CALDWELL, MOIRA
HATHAWAY, MACEY SPEIGHT, ROSEMARIE
PETERSON and LAUREN FULLER,

                                    *Plaintiffs,*

                    -*against*-

HOWARD RUBIN, JENNIFER POWERS, and
the DOE COMPANY,

                                    *Defendants.*

---

Case No.: 1:17-CV-06404
(BMC)(SMG)

---

## STATEMENT OF UNCONTESTED FACTS
## PURSUANT TO RULE 56.1 BY DEFENDANT HOWARD RUBIN

Pursuant to Local Civil Rule 56.1 and this Court's Individual Practice B.6., and in

support of his Motion for Summary Judgement, Defendant Howard Rubin submits this statement

of material facts as to which there is no genuine dispute to be tried.  Rubin incorporates by

reference the 56.1 statement filed by Defendant Powers.

### I.    HILLARY LAWSON AND KRISTINA HALLMAN

1.      Plaintiffs Hallman and Lawson are long-time friends who, during the relevant

period, earned a living by posting pictures and videos of themselves, typically in provocative

outfits and poses, on Instagram and Snapchat, or by modelling, also in provocative ways.[1]

---

[1]     Plaintiff Hillary Lawson's real name is ████████; Kristina Hallman's real name is ████████;
Stephanie Caldwell's real name is ████████; Moira Hathaway's real name is ████████;
Macey Speight's real name is ████████; Rosemarie Peterson's real name is ████████,
and Lauren Fuller's real name is ████████.  Ex. 111 at 1.

Declaration of Benjamin M. Rose ("Ex." or "Decl.") Exs. 1, Hallman Dep. at 32:9-33:14; 2, Lawson Dep. at 33:9-34:11; *see, e.g.*, Exs. 3-12.

A.     **Hallman and Lawson Are Introduced to Rubin**

2.      Hallman and Lawson were introduced to Rubin by ███████, a former BDSM partner of Rubin's and an acquaintance of Hallman and Lawson's.  Exs. 13, ███ Dep. at 32:23-34:2; 1, Hallman Dep. at 61:12-19.

3.      After speaking with ███, Hallman and Lawson agreed to travel to New York to meet Rubin.  Exs. 2, Lawson Dep. at 48:16-20; 1, Hallman Dep. at 70:24-72:16.

4.      On August 17, 2016, ███ started a group text chat among herself, Hallman, Lawson, and Rubin.  Exs. 13, ███ Dep. at 51:5-7; 14 at 203534.[2]

5.      In the chat, Rubin texted Hallman and Lawson: "Do u girls know what ur in for?? ☺," to which Hallman responded "███████ told us the basics but we are definitely excited about this."  Ex. 14 at 203534.

6.      In the chat, Rubin then texted Hallman, Lawson and ███:  "Its total BDSM. Most girls love it and come back for more, but I just like to be upfront about everything."  Ex. 14 at 203533.

---

[2]      The parties have entered a Joint Stipulation Regarding the Production of Electronic Communications in which they stipulated that certain documents were produced from the phone of specific parties and that these documents have been deemed authenticated in satisfaction of Rule 901 of the Federal Rules of Evidence. Ex. 112 ¶¶3-11.  Unless specified otherwise, all text messages referenced in this Rule 56.1 Statement and in the accompanying Memorandum of Law in Support of Defendant Howard Rubin's Motion for Summary Judgment were included within the Joint Stipulation Regarding the Production of Electronic Communications.  Hallman's telephone number used in her exhibit chats is ███████; Lawson's telephone number used in her exhibit chats is ███████; Speight's telephone number used in her exhibit chats is ███████; Hathaway's telephone number used in her exhibit chats is ███████; Peterson's telephone number used in her exhibit chats is ███████; Fuller's telephone number used in her exhibit chats is ███████.  *Id.* ¶¶3-8.

7.     Hallman and Lawson responded to Rubin by sending approving emoji's and engaging in flirtatious banter with Rubin over the next few days, including responding "Yes sir" to Rubin's request for "some sexy pics of urselves."  Ex. 14 at 203531-33.

8.     On August 21, 2016, the day before Hallman and Lawson were to fly to New York, ▮▮ messaged the group in a chat to provide logistical information.  Exs. 14 at 203531-33; 13, ▮▮ Dep. 120:2-24.

9.     Rubin then messaged to say "can't wait to ▮▮▮▮▮ you tomorrow"; Lawson responded, "sounds good to me 🍫"; and Hallman and Lawson both stated that they were "excited" for the encounter.  Ex. 14 at 203531-34.

10.     Hallman and Lawson understood they would be paid for their meeting and Rubin would pay all of their travel expenses.  Exs. 2, Lawson Dep. 51:11-52:18; 1, Hallman Dep. at 67:16-25; 15 (August 2016 texts between Rubin's assistant, Jennifer Powers, and Lawson).

**B.     Hallman and Lawson's August 22, 2016 Encounter with Rubin**

11.     Hallman and Lawson arrived on August 22, 2016, and met Jennifer Powers at the Manhattan apartment Rubin rented (the "Apartment").  Exs. 14 at 203531-32; 1, Hallman Dep. at 99:3-101:5, 105:4-12; 2, Lawson Dep. at 71:6-8.

12.     Powers gave Hallman and Lawson each a copy of the "Confidentiality Agreement and Release" ("Release") to sign.  Exs. 1, Hallman Dep. at 105:25-106:10, 108:14-109:21; 2, Lawson Dep. at 71:9-74:15; Exs. 16-17.

13.     The Release stated, among other things:  "In return for the payment of an agreed upon fee, I have voluntarily agreed to engage in sexual activity with (Rubin) including Sadomasochistic (SM) activity that can be hazardous and on occasion cause injury to my person"; and "My participation in the Activities is done knowingly.  I freely assume all

3

associated risks.  I acknowledge and agree that participation in these Activities carries with it certain inherent risks that cannot be eliminated completely."  Exs. 16-17, 40, 44, 98 107.

14.     Hallman and Lawson each signed the Release.  Ex. 16-17; 18 at 3; 1, Hallman Dep. at 108:14-109:21; 19, Powers Dep. at 120:21-122:7.

15.     Hallman and Lawson then met Rubin for drinks and dinner at the rooftop of the Viceroy Hotel.  Exs. 1, Hallman Dep. at 124:22-125:14; 2, Lawson Dep. at 76:6-8.

16.     Thereafter, the three returned to the Apartment.  Exs. 1, Hallman Dep. at 128:14-18; 2, Lawson Dep. at 79:4-12.

17.     Lawson does not recall anything about this encounter other than that she and Hallman changed into black leather outfits, then entered a room with red walls with Rubin, and once there, Rubin ███████████████████████████████████████████████████. Ex. 2, Lawson Dep. at 79:9-81:3, 85:21-89:5; 88:25-89:5.

18.     Hallman does not know if Rubin had sexual intercourse with Lawson, recalling only that Rubin ███████████████████████████████████████. Ex. 1, Hallman Dep. at 134:3-137:16, 140:17-143:11.

19.     After the encounter, Rubin paid each woman $5,000 and left the Apartment.  Ex. 1, Hallman Dep. at 135:6-9; 2, Lawson Dep. at 86:13-18, 89:9-90:10.

20.     Hallman and Lawson stayed the night at the Apartment, Exs. 1, Hallman Dep. at 145:24-147:20; 2, Lawson Dep. at 89:9-16, returning the next day to Florida, Exs. 1, Hallman Dep. at 172:16-19; 2, Lawson Dep. at 94:2-12.

21.     Before leaving the Apartment, Hallman left a note stating:  "Howie Babes, you are absolutely insanely Sexy, hot, wild, & Fun!  Definitely would love to see you again soon! [heart] always, Playmate [Hallman] xoxo."  Ex. 20.

22.     Later that morning, Lawson and Powers texted about the prior night's sexual

encounter:

> 9:25 AM: [Powers] H[owie] said he had a terrific time, see you again soon! XO
> 11:32 AM: [Lawson]: awesome ! Can't wait ☐😊 I was hoping he liked me lol
> 11:43 AM: [Powers] Who wouldn't!! ❤
> 2:45 PM: [Lawson]: ❤❤

Ex. 15 at 2-3.

23.     Lawson also texted Rubin that same day, stating "Yes so much pain lol but fun

fun fun and had a great time just hanging out w you as well!  Although ██████████████

████████." Ex. 14 at 203530.

24.     Hallman also texted Powers:  "I'm great," "last night was unreal crazy wild fun

stuff," "Oh wow," "Would do that anytime again lol," and "Soooo much fun."  Ex. 21 at 1-2.

**C.     Hallman's September 24, 2016 Encounter with Rubin (and Caldwell)**

**1.     The immediate recruitment of Caldwell and Caldwell's failed meeting with Rubin on August 24, 2016**

25.     Almost immediately after returning from their first encounter with Rubin,

Hallman and Lawson recruited Hallman's friend, Caldwell, to have consensual BDSM sex with

Rubin.  Ex. 1, Hallman Dep. at 181:11-22, 183:22-184:5; *see* Ex. 15 at 3.

26.     Caldwell met Rubin in New York on August 24, 2016; however, they did not

have sex.  *See* Ex. 14 at 203424.

27.     After Rubin and Caldwell's initial meeting, Hallman texted Rubin:  "[Caldwell]

knew what she was in for."  *See* Ex. 14 at 203424.

28.     After Rubin and Caldwell's initial meeting, Lawson texted Powers:  "I told her

[Caldwell] on speaker phone w [Hallman] what to expect lol so she knew."  Ex. 15 at 3.

29.     After Rubin and Caldwell's initial meeting, Lawson texted Powers: "[G]uess it's not for everyone," and "I would do it again it was quite the experience lol."  Ex. 15 at 3.

**2.     Hallman's recruitment of Caldwell in September 2016**

30.     On September 10, 2016, Hallman sent two unsolicited nude photos to Rubin, to which Rubin responded by saying, "████████████████████," and Hallman replied "yes sir."  Ex. 14 at 203423-24.

31.     On September 12, 2016, Rubin said, "████████████████████ ████"; Hallman responded, "████████████████████."  Ex. 14 at 203423-24.

32.     On September 19, 2016, Rubin texted Hallman to ask if she wanted to visit New York that week.  Ex. 14 at 203422.

33.     Hallman responded shortly thereafter with:  "Can u have jenn book the flight baby."  Ex. 14 at 203422.

34.     Hallman and Rubin then discussed in text whether Caldwell should come as well, with Hallman stating to Rubin that "[Caldwell] was just a little nervous" and "[Hallman] know[s] how to make her feel comfortable."  Ex. 14 at 203421.

35.     Rubin made clear that he wished to engage in BDSM sex, texting "████████████ ████████"  Ex. 14 at 203421.

36.     Hallman responded:  "So let's do just that H😽," "[Caldwell] & I say Puuuuuurrrrfect😽,"and "🍩 🍩."  Ex. 14 at 203421.

**3.     Hallman's second encounter with Rubin (and Caldwell) on September 24, 2016**

37.     On September 24, 2016, Hallman and Caldwell met Rubin in New York, meeting for dinner and then engaging in a BDSM sexual encounter in the Apartment.  *See* Ex. 14 at 203417-18.

38.     Before leaving the Apartment, Hallman left a note for Rubin in the Apartment, which stated: "H. you are one sexy, crazy lover! HaHa!  And i can't get enough.  [heart [Hallman] xoxo."  Ex. 23.

39.     Before leaving the Apartment, Caldwell left a note for Rubin in the Apartment, which stated:  "Thanks for everything.  We love you [heart] [Caldwell] [heart]."  Ex. 24.

40.     The next day, in response to a text from Rubin, Hallman wrote: "It was an emotional roller coaster of Fun!!!!  I love getting wild n crazy with u."  Ex. 14 at 203417-18.

41.     Hallman also offered to find additional women with whom she and Rubin could engage in further BDSM encounters, noting "Yes I know a lot of girls . . . The types of girls u like too baby ♥."  Ex. 14 at 203417-18.

## D.     Lawson's Second Encounter with Rubin on December 21, 2016

42.     Before Lawson met with Rubin again in December 2016, Lawson had already engaged in a BDSM sexual encounter with Rubin.  Exs. 17; 2, Lawson Dep. at 79:4-12, 86:13-18, 89:9-90:10; 14 at 203530.

43.     Before Lawson met with Rubin again in December 2016, Lawson had texted Rubin the same day as her first BDSM encounter with Rubin that she had a "great time" and "so much pain" was "fun fun fun."  Ex. 14 at 203530.

44.     Before Lawson met with Rubin again in December 2016, Lawson texted Powers that she "was hoping [Rubin] liked [her]" and "would do it again."  Ex. 15 at 2-3.

45.     Before Lawson met with Rubin again in December 2016, she attempted to set up her close friend, ███████████, with Rubin.  Ex. 15 at 3.

46.     Before Lawson met with Rubin again in December 2016, she texted Powers about Caldwell's and Hallman's positive BDSM experiences with Rubin.  Ex. 15 at 3.

47.     Before Lawson met with Rubin again in December 2016, she expected to receive $5,000 for her second visit.  Ex. 2, Lawson Dep. at 137:6-23.

48.     Before Lawson met with Rubin again in December 2016, Hallman sent Rubin a text message that stated:  "[Lawson] can't wait to see you again, she's excited & ready to get ▮▮▮▮▮ . . . [Lawson] is fun as u know babes."  Ex. 14 at 203391.

49.     Lawson does not recall ever asking Rubin to stop what he was doing during the December encounter.  *See* Ex. 2, Lawson Dep. at 142:4-9, 166:17-169:23.

50.     Immediately after the December encounter, Lawson texted Powers, "Hey, just finished with Howie ☐ []  He said you would PayPal me," Ex. 15, and Powers sent $5,000 to Lawson, Exs. 26 at 3; 2, Lawson Dep. at 339:6-12.[3]

51.     Later the same day, Hallman texted Rubin to say, "Well that went good I heard ☺."  Ex. 14 at 203391.

**E.     Neither Hallman Nor Lawson Suffered Harm from Their Encounters with Rubin**

**1.     Hallman**

52.     Hallman's doctor, Dr. ▮▮▮▮▮, maintains medical records listing when Hallman had an in-person or telephonic consultation with him, and they show that the first communication that Hallman had with Dr. ▮▮▮▮▮ following her August 22, 2016, encounter with Rubin was a phone call on November 12, 2016.  *See* Ex. 27 at 6, 12.

---

[3]     The parties have entered a Stipulation regarding certain payments that were made by Defendants to Plaintiffs ("Payment Stipulation").  The dates of the payments, the amounts, and the form of the payments (wire, PayPal, cash or Venmo) are listed in the Stipulation.  Ex. 26 ¶5.  Unless specified otherwise, all payments from defendants to plaintiffs referenced in this Rule 56.1 Statement and in the accompanying Memorandum of Law in Support of Defendant Howard Rubin's Motion for Summary Judgment were included within the Payment Stipulation.

53.     Hallman did not have an in-person visit with ██ ██████ until February 8, 2017, and the visit was not for any physical injuries.  Ex. 27 at 6.

54.     Hallman discussed her anxiety with ██ ██████ on November 12, 2016 and February 8, 2017, and he diagnosed Hallman with ███████████████ "██████████████ ████████" at least six months before her first encounter with Rubin.  Exs. 27 at 6, 14; 1, Hallman Dep. at 309:11-311:21.

55.     ██ ███████ records concerning Hallman do not refer to depression.  *See generally* Ex. 27.

56.     Hallman began seeing a psychologist, ██ ████████, in December 2017, pursuant to a New York City Criminal Court order, which was issued in the case arising out of the fight alleged in Paragraphs 436 and 437 of the SAC.  *See* Ex. 1, Hallman Dep. at 313:6-12.  ██ ████████ diagnosed Hallman as having ████████████████████████████████████████ ████████  *See generally* Ex. 28.

57.     ██ ████████ diagnoses were not based on any issues related to Rubin, but instead related to "personal things," specifically a pending criminal case against her, family problems, and the death of her father.  Ex. 1, Hallman Dep. at 314:3-315:3.

58.     Hallman attributes her depression, low self-esteem, and trust issues to her family problems and long history of bad relationships.  *See, e.g.*, Ex. 29 at 198809, 198827-28, 199049-52.

   **2.     Lawson**

59.     Lawson did not see a doctor for any of her alleged physical injuries resulting from her encounters with Rubin.  Ex. 2, Lawson Dep. at 187:3-5, 189:6-22.

60.     The only opinion Lawson obtained relating to her purported "capsulated" breast was from a beautician who gave Lawson a facial.  Ex. 2, Lawson Dep. at 187:3-24.

61.     Photographs of Lawson following her encounters with Rubin show no bruising. Exs. 8-11, 30.

62.     Lawson's texts following her encounters with Rubin do not discuss or reflect that she suffered any trauma from her encounters with Rubin.  *See* Exs. 15, 25, 14 at 203530.

63.     Lawson posted on social media about an important modeling event in which she took part only a few weeks after her second encounter with Rubin.  Exs. 31-32.

64.     Lawson took a vacation with her boyfriend a few weeks after her second encounter with Rubin.  Ex. 2, Lawson Dep. at 197:5-12.

65.     Lawson's Doctor, ████ ██████████, maintains medical records that show Lawson did not see ██ ██████ until June 2017.  *See* Ex. 34 at 20.

66.     ██ ██████ did not diagnose Lawson for insomnia, anxiety or PTSD.  *See* Ex. 34 at 20.

67.     Lawson complained to ██ ██████ in June 2017, of ████████████████ ████████, which she attributed to family problems, relationship problems, the death of her mother and other family members, and various obligations and responsibilities.  Ex. 34 at 9-20.

68.     Lawson also communicated to Hallman that her anxiety and difficulty sleeping were attributable to these personal issues.  *See, e.g.*, Exs. 35, 29 at 198778, 199087-88.

69.     Lawson took ██████ (a medication for depression and anxiety) when she was 15 years old (Lawson was 34 when she met Rubin) and ████████████████████.  Exs. 34 at 20; 15 at 1.  (Lawson's birthday is ██████1982).

70.     Lawson first complained to ██ ██████ about stress related to her "case in NY," and "re-living issues at times from '16," in March 2018 – a month after Defendants' discovery requests for medical records.  *See* Exs. 36 at 9-10; 34 at 8-9.

**F.**    **Hallman and Lawson Recruit Others to Meet with Rubin**

    **1.**    **Lawson recruits her friend, ██████████**

71.    On August 24, 2016, two days after her first BDSM encounter with Rubin, Lawson texted Powers to arrange for one of Lawson's "best friends," ██████████, to engage in a BDSM encounter with Rubin.  Ex. 15 at 3.

72.    Lawson sent Powers a screenshot of ██████ Instagram page, and described ██████ as the girlfriend she "had told howie about."  Ex. 15 at 3.

73.    Powers asked Lawson, "Do you think she would be cool with everything that goes down," and Lawson responded, "[yes] for sure already spoke to her," adding that ██████ "has a wild side lol."  Ex. 15 at 3.

    **2.**    **Hallman recruits numerous women**

74.    From September 2016 through August 2017, Hallman sought to introduce at least 16 women to Rubin, several of whom he met.  *See* Ex. 14 at 203366-425.

75.    Hallman received a $2,000 "finder's fee" when Rubin had an encounter with one woman.  Ex. 14 at 203396.

76.    On August 7, 2017, when Hallman described a woman whom she recommended to Rubin, Rubin asked "She knows what's going to happen to her??" and said "But let her know she's going to be beaten and bruised!"  Ex. 14 at 203363-64.

77.    Hallman told Rubin "she's kinda nervous" and "she's been in an abusive relationship before and she's scared to do it alone lol."  Ex. 14 at 203363-64.

78.    Rubin responded "I like to be physically, verbally, and mentally abusive, so I don't think this is the right thing for her!" and refused to meet with the woman.  Ex. 14 at 203363-64.

79.     On May 29, 2017, Hallman sent Rubin photographs of ██████████, another friend of hers.  Ex. 14 at 203371.

80.     Rubin was interested in meeting her, and asked Hallman if "████████ ████████" Ex. 14 at 203371.

81.     Rubin instructed Hallman to "Explain everything in detail!!!"  Ex. 14 at 203370.

82.     Hallman responded, "I will explain it all 500%."  Ex. 14 at 203370.

83.     Hallman also texted ██████ to describe what the encounter would entail, explaining that "It's kinda crazy stuff, very much ████████," "████████," "u have to sign an nda," "I've done it a bunch of times," and "so has [Lawson]."  Ex. 29 at 199489-90.

84.     When ██████ expressed nervousness, Hallman stated, "You got nothing to worry about lol he's a little nothing size guy lol," "to be honest I think it's hot af [as fuck] and sexy," "it gives me ideas for ██████ lol." Ex. 29 at 199485.

85.     Rubin and ██████ engaged in consensual BDSM encounters, and Hallman was paid $2,000 for recruiting ██████.  *See* Ex. 14 at 203370.

**G.     Hallman's and Lawson's Continued Efforts to See Rubin Again**

86.      On December 27, 2016, Hallman sent Rubin photos of her wearing ██████ ████████████████████. Ex. 14 at 203387.

87.     On December 30, 2016, Hallman sent Rubin a nude photo of herself with Caldwell.  Ex. 14 at 203386.

88.     On January 18, 2017, Hallman sent Rubin a series of photos of four nude women on a staircase, including both herself and Lawson, with Hallman displaying ██████ ██████.  Ex. 14 at 203384-85.

89.     On January 18, 2016, Hallman sent a further series of scantily clad photos of herself to Rubin.  Ex. 14 at 203382-84.

90.     Hallman sent nude and nearly-nude photos of herself to Rubin on January 12, 2017, January 24, 2017, and January 29, 2017.  Ex. 14 at 203381-82.

91.     Near the end of March 2017, Hallman sought to see Rubin while he was in Miami.  Ex. 14 at 203379.

92.     Rubin told Hallman that he was with friends, and asked if Hallman would like to "at least have drinks," and if she could bring friends.  Ex. 14 at 203379.

93.     Hallman agreed and sent Rubin numerous scantily clad photos of the friends she intended to bring.  Ex. 14 at 203377-78.

94.     The group then met, had drinks, and parted without any sexual activity occurring. Ex. 1, Hallman Dep. at 285:12-21, 287:5-288:2.

95.     Hallman texted Rubin the following day "Thank you for having us H."  Ex. 14 at 203376.

96.     On April 12, 2017, Rubin sent Hallman a photograph of a woman ████████ ████████.  Ex. 14 at 203374.

97.     Hallman responded, "Is that we are are gonna do to [Caldwell].?"  Ex. 14 at 203374.

98.     On April 21, 2017, Hallman sent additional nude photos of herself to Rubin.  Ex. 14 at 203373.

99.     On May 27, 2017, Hallman texted Rubin, asking if he would co-sign a lease for an apartment.  Ex. 14 at 203371-72.

100.     When Rubin responded "Babe, I can't really co-sign," Hallman asked if he could "at least put the place in [Rubin's] name or [Powers's] name." Ex. 14 at 203371.

101.     On July 18, 2017, Hallman texted Rubin to tell him that she and Lawson were in New York, and over the next few days, the two tried to arrange another BDSM encounter with Rubin. Ex. 14 at 203368-69, 201890-91.

102.     Rubin noted that "████████████████████████████," and asked "████████████████" Ex. 14 at 203368-69, 201890-91.

103.     Hallman responded, "████████████" and ████████████ ████████████. Exs. 14 at 203368-69, 201890-91.

104.     When Rubin asked Hallman to send him photos of Lawson, Lawson immediately texted Hallman sexually explicit photos and videos of herself to send to Rubin to encourage him to meet with them. Ex. 37.

105.     Rubin asked Hallman to send him photos of Lawson on July 21, 2017, at 6:36:47 p.m. Ex. 37.

106.     At 6:37:57 p.m., Lawson texted a photo to Hallman, and at 6:39:17 p.m., Lawson texted a video to Hallman, and Hallman sent the picture and video to Rubin at 6:40:51 p.m. and 6:40:15 p.m., respectively. Exs. 37, 33-A–D; Decl. ¶37.

107.     On August 3, 2017, Lawson texted Hallman to schedule "████" for their upcoming trip to New York, saying: "Well I gotta see my one ████ on the 10[th] early I could always[s] fly to NYC if that ████ wanted to ████████ [] Or if howie wants to ████ lol," to which Hallman responded: Yes yes do that [] Yesssssiii please." Ex. 38.

## II.   MOIRA HATHAWAY

### A.   Hathaway's Introduction to Rubin

108.   Hathaway was introduced to Rubin in 2009 or 2010 by ███████████ whom Rubin paid to introduce him to women for consensual BDSM sex.  Exs. 22, Rubin Dep. at 137:4-21, 198:16-199:8; *see* 39, Hathaway Dep. at 61:16-62:22, 64:14-19.

109.   ██████ contacted Hathaway through a message on the website ███████████, and Hathaway agreed to meet with Rubin "because [she] wanted to."  Ex. 39, Hathaway Dep. at 61:16-62:22, 65:25-66:1.

110.   Hathaway traveled from Chicago and met Rubin at a New York restaurant, where they "had a great time."  Ex. 39, Hathaway Dep. at 71:24-72:3.

111.   After the restaurant, Rubin and Hathaway went to a hotel where they had a bottle of wine and consensual sex.  Ex. 39, Hathaway Dep. at 2:9-13, 76:16-77:3, 77:23-78:2.

112.   Hathaway and Rubin "had a great time and [] agreed [they] wanted to see each other again."  Ex. 39, Hathaway Dep. at 76:22-77:3.

113.   The next morning, Rubin came back to the hotel to engage in a sexual "role-play type scene" in which he pretended to break in to Hathaway's room and tie her up while she was sleeping.  Ex. 39, Hathaway Dep. at 78:6-79:10.

114.   Hathaway consented to Rubin binding her, and again engaged in consensual sexual intercourse during their role play.  Ex. 39, Hathaway Dep. at 79:9-20.

115.   Prior to Hathaway's flight home, Rubin paid her $5,000 in cash.  Ex. 39, Hathaway Dep. at 79:21-80:21.

### B.   Hathaway's Ongoing Relationship with Rubin

116.   After returning to Chicago, Hathaway remained in communication with Rubin, and they carried on a seven-year consensual sexual relationship that involved bondage and rough

sex, for which Hathaway was generally paid.  Ex. 39, Hathaway Dep. at 81:9-19, 85:8-87:18, 89:20-90:20.

117.    Hathaway signed the Release on January 21, 2015.  Exs. 39, Hathaway Dep. at 101:5-12; 40.

118.    Hathaway associated the document with a similar document from the movie *Fifty Shades of Grey*, and her signing indicated her agreement to continue participating in sadomasochistic sex with Rubin, which she understood involved such things as restraints, whipping, and rough sex.  Ex. 39, Hathaway Dep. at 92:14-100:15, 94:9-24, 99:9-100:3.

119.    Hathaway "had agreed to get paid by Mr. Rubin to engage in sadomasochistic activity with him," and did so voluntarily.  Ex. 39, Hathaway Dep. at 100:16-24, 129:3-130:19, 138:21-139:13.

120.    Hathaway last saw Rubin in 2017, but she does not recall the encounter other than she and Rubin "didn't end like on a good term," and "just did not get along," although she does not recall why they did not get along.  Ex. 39, Hathaway Dep. at 148:6-12, 148:13-23.

121.    From the day Hathaway signed the Release in 2015 to the last time she saw Rubin in the summer of 2017, Hathaway traveled to New York to engage in BDSM sex with Rubin for money at least eleven times.  Ex. 26 at 2-3.

122.    On September 26, 2017, Hathaway texted Rubin: "Hey sexy! Im in town tomorrow am to sat am if your around, would love to see you ☺ I'm coming for my gfs bday . . . ███████████████████████." Ex. 41.

123.    On October 4, 2017, Hathaway texted Rubin again, saying that she would "███ █████████████████████████. It's been too long.  ( . )  ( . ) ████████████ ███████☺☺." Ex. 41.

C.     **Hathaway Suffered No Harm from Her Encounters with Rubin**

124.    Hathaway produced no medical records in discovery.  Decl. ¶118.

125.    Although, through counsel, Hathaway indicated that she had been treated by a ██ ████████████.  In response to a subpoena, ██ ██████ averred that he has no medical records related to Hathaway.  Ex. 42 ¶¶4-5.

126.    Hathaway never sought medical treatment related to her encounters with Mr. Rubin, except that she claims that, "for like a month period of time, [her] doctor prescribed [her] ████ because [she] couldn't sleep, but that was it."  Ex. 39, Hathaway Dep. at 149:19-25.

127.    Hathaway does not remember when this claimed ████ prescription occurred. Ex. 39, Hathaway Dep. at 150:2-11, 151:14-19.

128.    Neither Hathaway nor her lawyers produced any photograph of a ████ prescription that Hathaway claims she sent her lawyers.  Decl. ¶119; Ex. 39, Hathaway Dep. at 150:2-8.

III.    **MACEY SPEIGHT**

A.     **Speight's Introduction to Rubin**

129.    Speight was introduced to Rubin by a friend, ████, who said Rubin was interested in flying beautiful women to New York in order to engage in rough sex in exchange for money. Ex. 43, Speight Dep. at 37:2-13, 37:14-40:23.

130.    Speight told ████ that she was familiar with BDSM sex, knew what to expect, and was excited to meet Rubin.  Ex. 13, ████ Dep. at 83:15-84:4.

131.    ████ told Speight that she would have to sign the Release if she wanted a relationship with Rubin.  Ex. 13, ████ Dep. at 87:7-14.

132.    Speight knew that she would be paid $5,000 for engaging in rough sex with Rubin.  Ex. 43, Speight Dep. at 40:24-41:20.

B.     **Speight's Relationship with Rubin**

133.    Speight first traveled to New York to visit Rubin on October 12, 2015.  Ex. 43, Speight Dep. at 49:3-16.

134.    Speight traveled to see Rubin voluntarily and was not forced or tricked into doing so.  Ex. 43, Speight Dep. at 74:24-75:7.

135.    Speight met with Powers at the Apartment and signed the Release; Rubin was not present.  Exs. 19, Powers Dep. at 116:22-117:4, 119:20-24; *see* 44.

136.    Speight spent approximately ten to fifteen minutes going through the Release, signed it, and asked no questions about it.   Ex. 19, Powers Dep. at 123:21-124:2, 252:5-24.

137.    Speight was not forced to sign the Release.  Ex. 43, Speight Dep. at 287:10-11.

138.    Speight would have been provided additional time to review the Release if she had asked.  Ex. 43, Speight Dep. at 287:19-288:7.

139.    By signing the Release, Speight attested that she was signing it of her own free will, she wanted to engage in the described activities in exchange for a fee, she had voluntarily agreed to participate in sexual activity with Rubin, and the sexual activity in question could be "dangerous" and "could hurt me."  Ex. 43, Speight Dep. at 58:16-63:23.

140.    After signing the Release, Speight had sex with Rubin, and was paid $1,000.  *Id.* at 73:2-22; Ex. 22, Rubin Dep. at 220:12-17.

141.    Speight later texted Powers that "[Speight] had a great experience."  Ex. 45.

C.     **Speight's Continuing Encounters with Rubin**

142.    On November 10, 2015, Speight texted Powers, "I just confirmed that I am seeing Howie Friday."  Ex. 45.  The Friday following November 10, 2015, was November 13, 2015.

143.     Speight knew that she was going to engage in rough sex with Rubin in exchange for money.  She was not forced or tricked into coming, but came because she wanted to be paid. Ex. 43, Speight Dep. at 81:9-82:17.

144.     Speight and Rubin engaged in BDSM sex on November 13, 2015, for which Speight was paid $5,000.  Ex. 43, Speight Dep. at 85:11-15, 86:4-18.

145.     Speight had no complaints about the encounter.  Ex. 43, Speight Dep. at 86:19-22.

146.     After the encounter, Speight texted Powers to say "everything was amazing" and "I'm so glad [Rubin] had a great time! I did too!  He is awesome."  Ex. 46.

147.     Speight visited Rubin again on January 5, 2016, with the intention of having sex with Rubin for money, she was not forced or deceived into doing so, and she received $5,000. Ex. 43, Speight Dep. at 88:15-22, 89:25-90:10, 91:4-16.

148.     After this encounter, Speight texted Powers: "we had an awesome time!! ☺" and "it was amazing!"  Ex. 47.

149.     Speight continued to visit Rubin to engage in consensual BDSM sex in exchange for money on January 27, 2016, April 25, 2016, June 28, 2016, August 4, 2016, September 27, 2016, November 21, 2016, January 30, 2017, May 24, 2017, and July 25, 2017 – for a total of 12 encounters over a 22-month period – and was paid for each encounter.  *See* Ex. 26 at 2-3; 48-79.

150.     Speight has no recollection of any of these encounters.  Ex. 43, Speight Dep. at 97:8-100:15, 103:11-21, 131:25-13, 131:25-136:17, 141:2-146:25, 148:25-154:18, 156:6-161:13, 166:6-174:4, 174:18-180:8, 181:25-186:21, 196:19-15, 200:20-209:21.

151.     Speight made plans to see Rubin on two other occasions, but either missed her flight or otherwise did not make the trip.  *See* Exs. 80-81.

152.    Occasionally, Speight saw Rubin without engaging in sex acts.  *See, e.g.*, Exs. 43, Speight Dep. at 143:17-22; 78.

**D.    Speight's Conduct after Her Last Physical Encounter with Rubin**

153.    After Rubin and Speight's final encounter on July 25, 2017, the next morning, Speight again texted Rubin to say "On plane see you next time," and Rubin asked "How ru feeling?," to which Speight replied "I'm feeling good  : )."  Ex. 78 at 436-37.

154.    On August 12, 2017, Speight texted Rubin:  "I want to play ███████████… I so love when we do that… I want to be ███████████████████."  Ex. 78 at 437.

155.    Speight then proceeded to describe an explicit pornographic fantasy to Rubin:

"███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████"  Ex. 78 at 437.

156.    On August 21, 2017, Speight texted:  "Howie you want to ███████████," and reassured Rubin that she could be bruised despite upcoming plastic surgery to enhance her buttocks.  Ex. 82 at 438.

157.    On August 29, 2017, Speight texted Rubin:  "███████████████████████████

███████████████████████"  Ex. 82 at 443.

158.    That same day, Speight booked a plane ticket to visit Rubin.  Ex. 83 at 443.

159.    Rubin was ultimately unable to see Speight and reimbursed her for the cost of the ticket.  Exs. 82 at 444, 83.

160.   On September 21, 2017, Speight texted Rubin, asking him to buy her a car for her birthday and saying "Howie I know your full of suprises ☺ your like a gaurdian angel/genie ☺ hehe."  Ex. 84 at 444.

161.   The next day, Speight asked Rubin to pay for her to travel to Los Angeles for her birthday.  Ex. 84 at 444.

162.   Rubin stated that he would not buy her a car or pay for her trip.  Ex. 84 at 444.

163.   On October 13, 2017, Speight texted Rubin an extremely explicit video of her ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Exs. 84 at 450; 84-A.

164.   On November 11, 2017, Speight texted Powers to say:  "Jenn what is going on? I'm so worried about everyone" and offered to testify on Rubin's behalf that all of her encounters with Rubin were consensual ("If y'all need me to do anything to help like testify that we agreed to everything happening I will.")  Ex. 85 at 1-2.

165.   Speight also asked, "Is all this going to stop Howie from seeing us?"  Ex. 85 at 2.

166.   On February 21, 2018, the day after Speight filed suit, she texted Rubin a photo of herself ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and said "Howie!!!," "I'm yours lol," and "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"  Ex. 86 at 451; Dkt. 66.

**E.   Speight Suffered No Harm from Her Encounters with Rubin**

167.   Speight has not produced any medical records of hospitalization, nor has she identified any hospital where Rubin could seek such records.  Decl. ¶120.

168.   Speight cannot recall any encounter with Rubin in which any injuries occurred. Ex. 43, Speight Dep. at 72:19-21, 73:21-24, 88:3-5, 94:9-11, 104:14-21, 105:5-8, 126:10-18, 143:23-144:7, 148:18-22, 154:4-7, 161:6-8. 174:11-14, 179:22-25, 186:14-21.

169.    Speight produced no medical records from the two doctors she claims treated her, ████████████ and ████████████. Ex. 43, Speight Dep. at 190:2-5; Decl. ¶121.

170.    Medical records Rubin received from ██████, Speight's plastic surgeon, show that Speight received ████████████ in 2011 and January 2015 – before she ever met Rubin, and contain no treatment to her breasts during or after her relationship with Rubin.  Ex. 87 at 33-39, 49-57.

171.    The only facial injury of Speight's noted in ██████████ records show that in February 2018 – many months after her final encounter with Rubin – Speight had a "spider bite" that was diagnosed as a staph infection and cleared up with an antibiotic prescription.  Ex. 87 at 6, 22; 43, Speight Dep. at 191:3-15.

172.    Speight produced no medical records reflecting any psychological or psychiatric treatment.  Decl. ¶122.

173.    The only psychological or psychiatric care Speight claims she received consists of a single phone call with a woman named ██████; Speight does not know ██████ last name or if ██████ is a psychologist or psychiatrist.  Ex. 43, Speight Dep. at 191:25-192:11.

## IV.    ROSEMARIE PETERSON

### A.    Peterson's Introduction to Rubin

174.    Peterson was introduced to Rubin by ████████████ in 2011.  Exs. 22, Rubin Dep. at 146:16-18, 203:20-21; 88.

175.    On September 21, 2011, Peterson emailed Rubin to say "██████ asked me to email you regarding fridays appt ;) ████████████████████ . . looking forward to meeting you xoxoxo."  Ex. 88.

176.    Rubin emailed in response, stating what their appointment would entail:  ██████ ████████████████████████████████████████████



Ex. 89.

177.    Rubin told Peterson that "it would be 5k and i'll take care of ███ commission." Ex. 89.

178.    In response, Peterson wrote "im so game!!  Ilove being dominated im a scorpio at heart ;) call me when you can xoxoox."  Ex. 90, Peterson Dep. at 89:8-18; 91.

179.    Further email exchanges included Peterson saying that she was "super excited." Ex. 92.

180.    On September 23, 2011, Peterson met Rubin in a hotel room, with other women present.  Ex. 90, Peterson Dep. at 102:8-103:11.

181.    Peterson and Rubin engaged in preliminary sexual acts, including spanking, but Peterson left before having intercourse.  Exs. 90, Peterson Dep. at 111:12-112:9; 22, Rubin Dep. at 211:24-212:2.

182.    Peterson did not have sex with Rubin, she was not injured, and she was free to – and did – leave when she chose to do so.  Ex. 90, Peterson Dep. at 114:17-115:11.

**B.      Peterson Solicits Further Encounters with Rubin**

183.    Peterson and Rubin had no further communication until an August 4, 2013, email from Peterson in which she asked to see Rubin because she "would really like to try it again." Ex. 93 at 56059.

184.    Peterson also asked if she could bring her "best friend" who she said was "███ ███████████████████████."  Ex. 93 at 56059.

185.    Peterson had left early on her prior visit "because [she] ran out of pain killers and was afraid [she] wouldn't be able to go through with the evening," but stated, "███████████ ████████████████████████████████████████████████████ I would love to do It again this time with you."  Ex. 93 at 56059.

186.    In response, Rubin again explained what the encounter would entail:  ███████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████ Ex. 93 at 56058.

187.    Rubin expressed skepticism that Peterson would be interested, explaining that while some women love and are sexually aroused by BDSM sex, "I'm guessing its probably too intense for you" and "I'm just guessing its still not ur thing."  Ex. 93 at 56058.

188.    Rubin and Peterson's correspondence concluded without Rubin and Peterson agreeing to meet.  Ex. 90, Peterson Dep. at 145:11-24.

189.    Ten months later, on May 15, 2014, Peterson emailed Rubin wishing him happy birthday, signing the email with "hugs and kisses," and they exchanged email pleasantries.  Ex. 90, Peterson Dep. at 153:18-154:2; 94.

190.    On June 3, 2014, Rubin initiated a text conversation with Peterson.  Ex. 95 at 423.

191.    Peterson responded by asking about Rubin's birthday and immediately soliciting Rubin to engage in BDSM sex.  Ex. 95 at 423.

192.    Peterson said, "I'm willing to be submissive," and asked that Rubin "please re consider [her] ☺."  Ex. 95 at 423.

193.    Rubin expressed reluctance about meeting Peterson, explaining that his encounters with others had "gotten very rough" since they last met, and sending Peterson photos illustrating what an encounter with him would entail.  Ex. 95 at 423-24.

194.    Rubin also said:  "███████████████████████████████████ ███████████," Ex. 95 at 424, and "It's really painful, but lots of girls enjoy that," Ex. 95 at 425.

195.    Peterson repeatedly reassured Rubin that she was willing and able to engage in the BDSM that Rubin described, noting that "Pain can be fun."  Ex. 95 at 423-25.

196.    Peterson texted Rubin:  "Ill do whatever it takes," "I need it badly,"  "I really wanna do this," "Please I'm begging u," and "Lets do it seriously."  Ex. 95 at 424-25.

197.    Rubin agreed to meet Peterson.  Ex. 95 at 426-27.

**C.    Peterson's Encounters with Rubin in 2014**

198.    On June 5, 2014, Peterson engaged in a sexual encounter with Rubin and another woman, ████████████.  Ex. 90, Peterson Dep. at 192:13-193:15.

199.    Peterson has no particular recollection of this encounter, but was not injured during it.  Ex. 90, Peterson Dep. at 190:25-193:4, 211:18-212:18.

200.    The same day as the encounter, Peterson texted Rubin, "Thank you Howie !!  I had a good time . . . I love [██████] to pieces we must do it again :)."  Ex. 95 at 429.

201.    The next afternoon, Peterson texted Rubin, "I feel great."  Ex. 95 at 429.

202.    Peterson became friends with ██████ after this encounter, and corresponded with her to enlist her help in convincing Rubin to engage in BDSM sex with her more frequently. Exs. 90, Peterson Dep. at 193:13-15; 96.

203.     Peterson, Rubin, and ███████ had a conversation before their encounter in which Rubin explained that "It was going to be … like Fifty Shades of Grey.  It was like, like hitting, paddling and stuff like that," and Peterson consented.  Ex. 97, ███████ Dep. at 41:24-44:5.

204.     On June 16, 2014, Peterson texted Rubin "please if u are looking to get together let me know ██████████████████████" Ex. 95 at 430.

205.     Rubin expressed reservations because he did not believe Peterson enjoyed BDSM sex.  Ex. 95 at 430.

206.     Peterson begged to see Rubin, texting "please reconsider me," "I would do anything," "████████████████████████," and "Ill scream kick yell whatever it doesn't matter I know it's really intense but I can handle it."  Ex. 95 at 430.

207.     On June 25, 2014, Peterson texted Rubin again asking Rubin to see her, saying "ill do whatever."  Ex. 95 at 432.

208.     On June 30, 2014, Rubin, Peterson, and ███████, engaged in a consensual BDSM sexual encounter.  Ex. 90, Peterson Dep. at 224:2-15, 225:8-226:10; 95 at 433-34.

209.     After leaving, Peterson texted Rubin, "I'm happy you enjoyed it n I had fun too!!," "I'm so happy !" and "I love u guys u guys are a lot of fun."  Ex. 95 at 434.

210.     Peterson was not injured during this encounter.  Ex. 90, Peterson Dep. at 224:10-18.

211.     On September 25, 2014, Peterson signed the Release.  Exs. 90, Peterson Dep. at 234:20-236:17; 98.

212.     During October 2014, Rubin visited a strip club with Peterson, ███████, and other women.  Ex. 22, Rubin Dep. at 209:5-15.

213.    █████ and at least one of the other women were Peterson's friends.  Ex. 90, Peterson Dep. at 252:16-253:5.

214.    Peterson does not recall having sex with Rubin during this encounter, but recalls "[Rubin] put his hands on [her] . . . in a way that was not to [her] liking, and it was rather aggressive."  Ex. 90, Peterson Dep. at 255:7-9, 23-25.

215.    Even though Peterson's two friends were only "several feet" away, Ex. 90, Peterson Dep. at 256:15-20, she did not ask them for help or to have Rubin stop at any time during the encounter, Ex. 90, Peterson Dep. at 258:19-21.

216.    On November 5, 2014, Peterson emailed Rubin to tell him it was █████████, to "thank [Rubin] again for the other day," and to apologize for not being in touch because she was in the hospital for "a procedure."  Ex. 99.

217.    Rubin responded by █████████████████, wishing her well on her procedure, and telling her that the "day at the strip club was actually the most wild time I think I've ever had!"  Ex. 99.

**D.    Peterson's Ongoing Relationship with Rubin after Her Last Encounter**

218.    In May 2015, Peterson texted Rubin, asking to discuss an unspecified issue, saying "I adore you I think very highly of you."  Ex. 100.

219.    In July 2015, Peterson texted Rubin to say █████████████████████ █████████, and sent him photos of the injuries she had suffered.  Ex. 101 at 521-25.

220.    In July 2015, Peterson pleaded for another sexual encounter with Rubin:  "Please I'm begging u," "Please h please see me [] Im begging you please," "Please h I really need to see you please," and "████████████████████████████████████."  Ex. 101 at 526-32.

221.    Rubin did not agree to engage in a sexual encounter.  Exs. 101 at 526-32; *see* 90, Peterson Dep. at 269:21-270:2.

222.    In January 2016 and again in December of 2016, Rubin and Peterson had dinner, but did not engage in any sexual activity.  Ex. 22, Rubin Dep. at 207:12-209:4.

223.    On January 6, 2017, Peterson stated, "I really would like to see you ███████ ███████████ as I know I absolutely can both from my previous relationship and in general," "And could really use a nice time and I really think u would enjoy yourself a lot."  Ex. 96 at 79994, 79996.

224.    On June 8, 2017, Peterson texted Rubin, asking to see him because her father had recently "passed away" of a massive heart attack.  Ex. 96 at 80036.

225.    As of September 27, 2018, Peterson's father was alive and Peterson was living with him.  Ex. 90, Peterson Dep. at 23:6-13, 344:22-24.

226.    On June 13, 2017, Peterson visited Rubin at the Apartment, the last time the two met.  Exs. 90, Peterson Dep. at 281:25-282:9; 22, Rubin Dep. at 206:7-207:7.

227.    Peterson was suffering from heroin addiction and no sexual activity occurred.  Exs. 90, Peterson Dep. at 281:25-282:13 (at 282:  no sexual activity occurred); 22, Rubin Dep. at 206:7-25.

**E.    Peterson Suffered No Harm from Her Encounters with Rubin**

228.    Rubin never forced Peterson to take any drugs, nor did he supply Peterson with any drugs.  Ex. 90, Peterson Dep. at 306:7-307:13.

229.    Peterson's ███████████████ records indicate that Peterson's addiction to drugs began well after Rubin's 2011 encounter with Peterson and before their June 2014 BDSM encounter.  *See* Exs. 102; *see also* 90, Peterson Dep. at 290:5-16, 308:25-309:18, 310:4-7.

230.    ████████████████████ records indicate that Peterson's drug addiction began in 2013.  Exs. 102; *see* 90, Peterson Dep. at 290:5-16, 308:25-309:18, 310:4-7.

231.    Peterson's ████████████████ records indicate that, in April 2015, nearly six months after her last encounter with Rubin, Peterson received treatment for cellulitis, a bacterial skin infection, attributed to prior buttocks injections.  Ex. 103 at 6.

232.    Peterson's ████████████████ records indicate that her sole visit to a hospital for alleged damage to her Bio Gel implants was on April 21-22, 2015, for cellulitis attributed to prior buttocks injections, nearly six months after her last encounter with Rubin.  Exs. 90, Peterson Dep. at 316:12-317:12; 103 at 6.

233.    Regarding this visit, Peterson, experiencing pain for the prior five days, entered the hospital, was treated with anti-biotics, and left the hospital the same day experiencing no pain.  Ex. 103 at 6, 15-16, 20.

## V.    LAUREN FULLER

### A.    Fuller's Friend, ███████████, Tells Her about Rubin

234.    Fuller was introduced to Rubin by ████████████, a mutual friend.  Ex. 104, Fuller Dep. at 73:15-75:22, 96:5-8.

235.    ████████ had a preexisting BDSM sexual relationship with Rubin.  Ex. 105, ████████ Dep. at 23:5-12, 26:2-13.

236.    ████████ had previously referred Fuller to ████████████████████ ████████████████.  *See* Exs. 105, ████████ Dep. 74:4-19; 106 at 560-564, 570-77.

237.    ████████ had told Fuller about the "dungeon" in Rubin's Apartment (the "dungeon" was the room in which he kept sex toys and had sexual encounters), and about ████████ and Rubin engaging in BDSM sex together.  Ex. 105, ████████ Dep. at 75:16-76:19.

238.    Fuller spoke with █████ about Rubin, but has no recollection of the conversations other than that █████ told her that Rubin could be "a little rough with people." Ex. 104, Fuller Dep. at 73:15-75:22, 97:2-11.

239.    Fuller understood █████y to mean Rubin might have been verbally or physically "rough." Ex. 104, Fuller Dep. at 98:5-10.

**B.       █████ Solicits Fuller to Have an Encounter with Rubin**

240.    On March 6, 2016, █████ texted Fuller to ask if she was "free Tuesday in NYC," Fuller responded she was in Las Vegas, and █████ said, "Darn I had a big █: Kinda. For 5." Ex. 106 at 577.

241.    Fuller offered to return to New York, where she lived, for the "█:" Ex. 104, Fuller Dep. at 22:2-5; 106 at 577.

242.    █████ said that she would "confirm" and arrange the flights "if he says yes. And it will be 5k.  It's a little different.  This is the guy that has a dungeon." Ex. 106 at 578.

243.    That night, Fuller, who booked her own flight, flew to New York and went to the Apartment, where she met █████. Ex. 104, Fuller Dep. at 106:8-14.

244.    The two women remained in the Apartment without anyone else present for a period during which they ate, drank alcohol, and used marijuana and cocaine.  Ex. 104, Fuller Dep. at 107:10-110:4, 111:9-17, 115:12-16.

245.    Rubin arrived later, and Fuller signed the Release.  Exs. 104, Fuller Dep. at 113:12-22; 107.

246.    Rubin provided Fuller with safe words.  Ex. 104, Fuller Dep. at 145:7-22.

**C.**     **Fuller Uses the Safe Word, and Rubin Stops Having Sex with Her**

247.     At some point, Rubin, Fuller, and ███████ began to engage in BDSM sexual activity, during the course of which Fuller ████████████████. Ex. 104, Fuller Dep. at 134:14-137:21.

248.     Fuller did not object to being bound or hit.  Ex. 104, Fuller Dep. at 138:3-140:5.

249.     Although Fuller was gagged at some point, she was able to make sounds even when gagged.  Ex. 104, Fuller Dep. at 148:20-150:12.

250.     When Fuller used the safe word Rubin stopped all sexual activity:  "after using the safe word, [she] was unbound and [] was able to freely walk out."  Ex. 104, Fuller Dep. at 150:17-151:10.

251.     Fuller spent the night in the Apartment, even though she lived in New York City and could have gone home.  Ex. 104, Fuller Dep. at 151:11-153:25, 156:12-21.

252.     Fuller was upset with Rubin because she was "looking maybe to be consoled a little bit," and Rubin did not "effectively" console her before he left.  Ex. 104, Fuller Dep. at 154:16-155:8.

253.     Fuller did not seek police or medical attention after the encounter.  Ex. 104, Fuller Dep. at 158:18-160:25, 162:9-16.

254.     Rubin paid Fuller and ███████ for their encounter, with Fuller receiving $2,500.  Exs. 26 at 2; 108.

255.     Fuller later texted ███████ that she "felt bad" and "had bruises everywhere," but when ███████ apologized about Fuller only getting paid $2,500, Fuller responded "I mean it happens ███████ don't worry about it."  Ex. 106 at 579-80.

**D.**     **Fuller Suffered No Harm from Her Encounter with Rubin**

256.     Fuller does not recall whether she was injured at all in her encounter with Rubin. Ex. 104, Fuller Dep. at 157:18-20, 159:12-162:12.

257.     Fuller never sought or received treatment for any of the alleged physical or emotional injuries purportedly caused by Rubin.  Ex. 104, Fuller Dep. at 158:18-21, 159:5-7, 166:17167:8.

258.     Fuller did not produce any medical records or other evidence documenting the injuries or treatments alleged in the SAC.  Decl. ¶123.

259.     Fuller did not receive any medical treatment for the injuries she claims in the SAC.  Decl. ¶123; Ex. 109 ("Fuller saw no doctor in relation to this case or the acts complained of against Defendant Rubin").

260.     Fuller texted at least eight different people, including her landlord, to talk about her claims in this case and the millions of dollars she expected to receive from it.  *See* Ex. 110 at 198465, 198471-76, 198488, 198501.

Date:   February 13, 2019                    DECHERT LLP
        New York, NY


                                             */s/ Edward A. McDonald*
                                             Edward A. McDonald
                                             Benjamin E. Rosenberg
                                             Michael J. Gilbert
                                             Benjamin M. Rose
                                             Dechert LLP
                                             1095 Avenue of the Americas
                                             New York, NY 10036
                                             Phone: (212) 698-3500
                                             Fax: (212) 698-3599

                                             *Attorneys for Howard Rubin*