UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON and LAUREN FULLER,<br><br>*Plaintiffs*,<br><br>-against-<br><br>HOWARD RUBIN, JENNIFER POWERS, and the DOE COMPANY,<br><br>*Defendants*. | Case No.: 1:17-CV-06404 (BMC)(SMG) |

### DECLARATION OF BENJAMIN M. ROSE IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT HOWARD RUBIN'S MOTION FOR SUMMARY JUDGMENT

I, BENJAMIN M. ROSE, hereby declare that:

I am an attorney duly admitted to practice before this Court and am an associate of Dechert LLP, 1095 Avenue of the Americas, New York, New York, counsel to Defendant Howard Rubin in this case. I submit this declaration in support of the Memorandum of Law in Support of Defendant Howard Rubin's Motion for Summary Judgment.

### EXHIBITS

1. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from the Deposition of Kristina Hallman, dated September 12, 2018.

2. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the Deposition of Hillary Lawson, dated September 25, 2018.

3. Attached hereto as **Exhibit 3** is a true and correct copy of a social media post dated April 8, 2017, produced by Plaintiffs as LAWSON-0176514-17, and marked as Exhibit 4 to the September 12, 2018 Deposition of Kristina Hallman.

4. Attached hereto as **Exhibit 4** is a true and correct copy of a social media post dated September 7, 2017, produced by Plaintiffs as LAWSON-0091906-13, and marked as Exhibit 6 to the September 12, 2018 Deposition of Kristina Hallman.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a social media post dated September 21, 2017, produced by Plaintiffs as LAWSON-0174120-22, and marked as Exhibit 7 to the September 12, 2018 Deposition of Kristina Hallman.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a social media post dated March 1, marked as Exhibit 12 to the September 12, 2018 Deposition of Kristina Hallman.

7. Attached hereto as **Exhibit 7** is a true and correct copy of a social media post dated July 6, produced by Defendant Jennifer Powers as JP_0000742, and marked as Exhibit 30 to the September 12, 2018 Deposition of Kristina Hallman.

8. Attached hereto as **Exhibit 8** is a true and correct copy of a modeling photograph of Hillary Lawson, marked as Exhibit 3A to the September 25, 2018 Deposition of Hillary Lawson.

9. Attached hereto as **Exhibit 9** is a true and correct copy of a modeling photograph of Hillary Lawson, marked as Exhibit 3B to the September 25, 2018 Deposition of Hillary Lawson.

10. Attached hereto as **Exhibit 10** is a true and correct copy of a modeling photograph of Hillary Lawson, marked as Exhibit 3C to the September 25, 2018 Deposition of Hillary Lawson.

11. Attached hereto as **Exhibit 11** is a true and correct copy of a modeling photograph of Hillary Lawson, marked as Exhibit 3D to the September 25, 2018 Deposition of Hillary Lawson.

12. Attached hereto as **Exhibit 12** is a true and correct copy of a social media post dated July 22, 2017, produced by Plaintiffs as LAWSON-0175206-08, and marked as Exhibit 9 to the September 25, 2018 Deposition of Hillary Lawson.

13. Attached hereto as **Exhibit 13** is a true and correct copy of relevant excerpts from the Deposition of ▇▇▇▇▇▇▇▇, dated October 10, 2018.

14. Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiffs' written communications, produced by Plaintiffs as LAWSON-0203221-542.

15. Attached hereto as **Exhibit 15** is a true and correct copy of written communications between Jennifer Powers and Hillary Lawson, produced by Jennifer Powers as JP_0000250.

16. Attached hereto as **Exhibit 16** is a true and correct copy of a Confidentiality Agreement and Release signed by Kristina Hallman, dated August 22, 2016, produced by Howard Rubin as HR000047-48, and marked as Exhibit 15 to the September 12, 2018 Deposition of Kristina Hallman.

17. Attached hereto as **Exhibit 17** is a true and correct copy of a Confidentiality Agreement and Release signed by Hillary Lawson, dated August 22, 2016, produced by Howard Rubin as HR000049-50, and marked as Exhibit 1 to the September 25, 2018 Deposition of Hillary Lawson.

18. Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff Hillary Lawson's Response to Defendant Howard Rubin's Second Set of Requests for Admissions, dated September 17, 2018.

19. Attached hereto as **Exhibit 19** is a true and correct copy of relevant excerpts from the Deposition of Jennifer Powers, dated October 16, 2018.

20. Attached hereto as **Exhibit 20** is a true and correct copy of a handwritten post-it note from Kristina Hallman to Howard Rubin, produced by Howard Rubin as HR000079, and marked as Exhibit 18 to the September 12, 2018 Deposition of Kristina Hallman.

21. Attached hereto as **Exhibit 21** is a true and correct copy of written communications between Jennifer Powers and Kristina Hallman, produced by Jennifer Powers as JP_0000163, and marked as Exhibit 10 to the September 12, 2018 Deposition of Kristina Hallman.

22. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts from the Deposition of Howard Rubin, dated October 25, 2018.

23. Attached hereto as **Exhibit 23** is a true and correct copy of a handwritten post-it note from Kristina Hallman to Howard Rubin, produced by Howard Rubin as HR000080, and marked as Exhibit 25 to the September 12, 2018 Deposition of Kristina Hallman.

24. Attached hereto as **Exhibit 24** is a true and correct copy of a handwritten post-it note from Stephanie Caldwell to Howard Rubin, produced by Howard Rubin as HR000081, and marked as Exhibit 26 to the September 12, 2018 Deposition of Kristina Hallman.

25. Attached hereto as **Exhibit 25** is a true and correct copy of written communications between Jennifer Powers and Hillary Lawson, produced by Jennifer Powers as JP_0000266, and marked as Exhibit 5 to the September 25, 2018 Deposition of Hillary Lawson.

4

26. Attached hereto as **Exhibit 26** is a true and correct copy of a Stipulation describing payments made by Howard Rubin or Jennifer Powers to Plaintiffs, dated December 13, 2018.

27. Attached hereto as **Exhibit 27** is a true and correct copy of the medical files provided by Dr. ▮▮▮▮▮▮▮▮, produced by Howard Rubin as ▮▮▮▮000001-4, and marked as Exhibit 31 to the September 12, 2018 Deposition of Kristina Hallman.

28. Attached hereto as **Exhibit 28** is a true and correct copy of the medical files provided by Dr. ▮▮▮▮▮▮▮▮▮▮, produced by Howard Rubin as ▮▮▮▮000001-4, and marked as Exhibit 32 to the September 12, 2018 Deposition of Kristina Hallman.

29. Attached hereto as **Exhibit 29** is a true and correct copy of Plaintiffs' written communications, produced by Plaintiffs as LAWSON-0198513-0200095.

30. Attached hereto as **Exhibit 30** is a true and correct copy of a social media post, produced by Plaintiffs as LAWSON-0133074-75, and marked as Exhibit 6 to the September 25, 2018 Deposition of Hillary Lawson.

31. Attached hereto as **Exhibit 31** is a true and correct copy of a social media post, dated January 8, 2017, and marked as Exhibit 7 to the September 25, 2018 Deposition of Hillary Lawson.

32. Attached hereto as **Exhibit 32** is a true and correct copy of the Declaration of Sarah Nasir in Support of Memorandum of Law in Support of Howard Rubin's Motion for Summary Judgment, dated February 12, 2019, and the attached exhibit A thereto.

33. Attached hereto as **Exhibit 33A** is a true and correct copy of the photo retrieved from Kristina Hallman's cellphone text messages with the file name: IMG_2104.JPG.

5

34. Attached hereto as **Exhibit 33B** is a true and correct copy of the photo retrieved from Kristina Hallman's cellphone WhatsApp messages with the file name: d9b885d9-c59d-495a-80c0-694682cd5191.jpg.

35. Attached hereto as **Exhibit 33C** is a true and correct copy of the video retrieved from Kristina Hallman's cellphone text messages with the file name: IMG_2138.mp4.mov.

36. Attached hereto as **Exhibit 33D** is a true and correct copy of the video retrieved from Kristina Hallman's cellphone WhatsApp messages with the file name: c88b5318-e4b8-4541-887d-e98fee43f459.mp4.

37. On November 27, 2018, Defendants received from their third-party vendor, Epiq Systems, Inc., a report of text and WhatsApp messages, including photos and videos, that were retrieved from Kristina Hallman's cellphone. Exhibits 33A-D were among the photos and videos that were retrieved from Kristina Hallman's cellphone and included in Epiq's report. These photos and videos were exchanged in the written communications reflected in Exhibit 37, below, produced by Plaintiffs as LAWSON-0201890-91.

38. Attached hereto as **Exhibit 34** is a true and correct copy of the medical files provided by Dr. ▮▮▮▮▮▮▮▮▮▮, produced by Howard Rubin as ▮▮▮▮▮▮00008-20.

39. Attached hereto as **Exhibit 35** is a true and correct copy of written communications primarily between Hillary Lawson and Kristina Hallman, as well as with Stephanie Caldwell, produced by Plaintiffs as LAWSON-0200672-73.

40. Attached hereto as **Exhibit 36** is a true and correct copy of Howard Rubin's First Set of Requests to Plaintiffs for Production of Documents and Tangible Things for Inspection, dated February 6, 2018.

6

41. Attached hereto as **Exhibit 37** is a true and correct copy of written communications primarily between Kristina Hallman and Howard Rubin, as well as between Hillary Lawson, Kristina Hallman and others, produced by Plaintiffs as LAWSON-0201890-91.

42. Attached hereto as **Exhibit 38** is a true and correct copy of written communications between Hillary Lawson and Kristina Hallman, produced by Plaintiffs as LAWSON-0220225.

43. Attached hereto as **Exhibit 39** is a true and correct copy of relevant excerpts from the Deposition of Moira Hathaway, dated September 20, 2018.

44. Attached hereto as **Exhibit 40** is a true and correct copy of a Confidentiality Agreement and Release signed by Moira Hathaway, dated January 21, 2015, produced by Howard Rubin as HR000469-70, and marked as Exhibit 6 to the September 20, 2018 Deposition of Moira Hathaway.

45. Attached hereto as **Exhibit 41** is a true and correct copy of written communications between Moira Hathaway and Howard Rubin, produced by Howard Rubin as HR000463.

46. Attached hereto as **Exhibit 42** is a true and correct copy of the Declaration of Dr. ████████████, dated January 20, 2019.

47. Attached hereto as **Exhibit 43** is a true and correct copy of relevant excerpts from the Deposition of Macey Speight, dated October 23, 2018.

48. Attached hereto as **Exhibit 44** is a true and correct copy of a Confidentiality Agreement and Release signed by Macey Speight, dated October 12, 2015, produced by Howard Rubin as HR000473-74, and marked as Exhibit 2 to the October 23, 2018 Deposition of Macey Speight.

49. Attached hereto as **Exhibit 45** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 3 to the October 23, 2018 Deposition of Macey Speight.

50. Attached hereto as **Exhibit 46** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 6 to the October 23, 2018 Deposition of Macey Speight.

51. Attached hereto as **Exhibit 47** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 9 to the October 23, 2018 Deposition of Macey Speight.

52. Attached hereto as **Exhibit 48** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated January 26, 2016, produced by Jennifer Powers as JP_0000349-56, and marked as Exhibit 11 to the October 23, 2018 Deposition of Macey Speight.

53. Attached hereto as **Exhibit 49** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated January 27, 2016, produced by Jennifer Powers as JP_0000291, and marked as Exhibit 12 to the October 23, 2018 Deposition of Macey Speight.

54. Attached hereto as **Exhibit 50** is a true and correct copy of a PayPal confirmation notification, dated January 29, 2016, produced by Jennifer Powers as JP_0000291, and marked as Exhibit 13 to the October 23, 2018 Deposition of Macey Speight.

55. Attached hereto as **Exhibit 51** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated June 23, 2016, produced by Jennifer Powers

as JP_0000436-39, and marked as Exhibit 25 to the October 23, 2018 Deposition of Macey Speight.

56. Attached hereto as **Exhibit 52** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated June 27, 2016, produced by Jennifer Powers as JP_0000294, and marked as Exhibit 26 to the October 23, 2018 Deposition of Macey Speight.

57. Attached hereto as **Exhibit 53** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 26 to the October 23, 2018 Deposition of Macey Speight.

58. Attached hereto as **Exhibit 54** is a true and correct copy of a PayPal confirmation notification, dated June 30, 2016, produced by Jennifer Powers as JP_0000357-58, and marked as Exhibit 28 to the October 23, 2018 Deposition of Macey Speight.

59. Attached hereto as **Exhibit 55** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated August 1, 2016, produced by Jennifer Powers as JP_0000378-87, and marked as Exhibit 29 to the October 23, 2018 Deposition of Macey Speight.

60. Attached hereto as **Exhibit 56** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated August 2, 2016, produced by Jennifer Powers as JP_0000295, and marked as Exhibit 30 to the October 23, 2018 Deposition of Macey Speight.

61. Attached hereto as **Exhibit 57** is a true and correct copy of a PayPal confirmation notification, dated August 6, 2016, produced by Jennifer Powers as JP_0000388-89, and marked as Exhibit 31 to the October 23, 2018 Deposition of Macey Speight.

62. Attached hereto as **Exhibit 58** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 32 to the October 23, 2018 Deposition of Macey Speight.

63. Attached hereto as **Exhibit 59** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated September 26, 2016, produced by Jennifer Powers as JP_0000390-94, and marked as Exhibit 33 to the October 23, 2018 Deposition of Macey Speight.

64. Attached hereto as **Exhibit 60** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated October 4, 2016, produced by Jennifer Powers as JP_0000296, and marked as Exhibit 34 to the October 23, 2018 Deposition of Macey Speight.

65. Attached hereto as **Exhibit 61** is a true and correct copy of a PayPal confirmation notification, dated September 28, 2016, produced by Jennifer Powers as JP_0000396-99, and marked as Exhibit 35 to the October 23, 2018 Deposition of Macey Speight.

66. Attached hereto as **Exhibit 62** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 36 to the October 23, 2018 Deposition of Macey Speight.

67. Attached hereto as **Exhibit 63** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated November 20, 2016, produced by Jennifer Powers as JP_0000399-403, and marked as Exhibit 37 to the October 23, 2018 Deposition of Macey Speight.

68. Attached hereto as **Exhibit 64** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated November 21, 2016, produced by

Jennifer Powers as JP_0000297, and marked as Exhibit 38 to the October 23, 2018 Deposition of Macey Speight.

69. Attached hereto as **Exhibit 65** is a true and correct copy of a PayPal confirmation notification, dated November 24, 2016, produced by Jennifer Powers as JP_0000404-07, and marked as Exhibit 39 to the October 23, 2018 Deposition of Macey Speight.

70. Attached hereto as **Exhibit 66** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 40 to the October 23, 2018 Deposition of Macey Speight.

71. Attached hereto as **Exhibit 67** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated January 28, 2017, produced by Jennifer Powers as JP_0000408-12, and marked as Exhibit 41 to the October 23, 2018 Deposition of Macey Speight.

72. Attached hereto as **Exhibit 68** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated January 29, 2017, produced by Jennifer Powers as JP_0000298, and marked as Exhibit 42 to the October 23, 2018 Deposition of Macey Speight.

73. Attached hereto as **Exhibit 69** is a true and correct copy of a PayPal confirmation notification, dated January 31, 2017, produced by Jennifer Powers as JP_0000415-18, and marked as Exhibit 43 to the October 23, 2018 Deposition of Macey Speight.

74. Attached hereto as **Exhibit 70** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 44 to the October 23, 2018 Deposition of Macey Speight.

75. Attached hereto as **Exhibit 71** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated May 20, 2017, produced by Jennifer Powers as JP_0000422-28, and marked as Exhibit 45 to the October 23, 2018 Deposition of Macey Speight.

76. Attached hereto as **Exhibit 72** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated May 24, 2017, produced by Jennifer Powers as JP_0000300, and marked as Exhibit 46 to the October 23, 2018 Deposition of Macey Speight.

77. Attached hereto as **Exhibit 73** is a true and correct copy of a PayPal confirmation notification, dated May 26, 2017, produced by Jennifer Powers as JP_0000429-32, and marked as Exhibit 47 to the October 23, 2018 Deposition of Macey Speight.

78. Attached hereto as **Exhibit 74** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 48 to the October 23, 2018 Deposition of Macey Speight.

79. Attached hereto as **Exhibit 75** is a true and correct copy of correspondence between Macey Speight and Jennifer Powers, dated July 24, 2017, produced by Jennifer Powers as JP_0000443, and marked as Exhibit 49 to the October 23, 2018 Deposition of Macey Speight.

80. Attached hereto as **Exhibit 76** is a true and correct copy of correspondence between Jennifer Powers and Metropolitan Towers, dated July 24, 2017, produced by Jennifer Powers as JP_0000299, and marked as Exhibit 50 to the October 23, 2018 Deposition of Macey Speight.

81. Attached hereto as **Exhibit 77** is a true and correct copy of a PayPal confirmation notification, dated July 26, 2017, produced by Jennifer Powers as JP_0000447-50, and marked as Exhibit 51 to the October 23, 2018 Deposition of Macey Speight.

82. Attached hereto as **Exhibit 78** is a true and correct copy of written communications between Macey Speight and Howard Rubin, produced by Howard Rubin as HR000435-38, and marked as Exhibit 52 to the October 23, 2018 Deposition of Macey Speight.

83. Attached hereto as **Exhibit 79** is a true and correct copy of written communications between Howard Rubin and Jennifer Powers, produced by Jennifer Powers as JP_0000042.

84. Attached hereto as **Exhibit 80** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 17 to the October 23, 2018 Deposition of Macey Speight.

85. Attached hereto as **Exhibit 81** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000153, and marked as Exhibit 24 to the October 23, 2018 Deposition of Macey Speight.

86. Attached hereto as **Exhibit 82** is a true and correct copy of written communications between Macey Speight and Howard Rubin, produced by Howard Rubin as HR000437-44, and marked as Exhibit 54 to the October 23, 2018 Deposition of Macey Speight.

87. Attached hereto as **Exhibit 83** is a true and correct copy of a PayPal confirmation notification, dated July 26, 2017, produced by Jennifer Powers as JP_0000451-53, and marked as Exhibit 55 to the October 23, 2018 Deposition of Macey Speight.

88. Attached hereto as **Exhibit 84** is a true and correct copy of written communications between Macey Speight and Howard Rubin, produced by Howard Rubin as HR000444-50, and marked as Exhibit 56 to the October 23, 2018 Deposition of Macey Speight.

89. Attached hereto as **Exhibit 84-A** is a true and correct copy of the video received by Howard Rubin from Macey Speight, produced by Howard Rubin as HR000459, with the file name: VID-20171013-WA0014.mp4, that was exchanged in the written communications reflected in Exhibit 84, above.

90. Attached hereto as **Exhibit 85** is a true and correct copy of written communications between Macey Speight and Jennifer Powers, produced by Jennifer Powers as JP_0000152, and marked as Exhibit 58 to the October 23, 2018 Deposition of Macey Speight.

91. Attached hereto as **Exhibit 86** is a true and correct copy of written communications between Macey Speight and Howard Rubin, produced by Howard Rubin as HR000450-51, and marked as Exhibit 57 to the October 23, 2018 Deposition of Macey Speight.

92. Attached hereto as **Exhibit 87** is a true and correct copy of the medical files provided by Dr. ▮▮▮▮▮▮▮▮, produced by Howard Rubin as ▮▮00006-57.

93. Attached hereto as **Exhibit 88** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated September 21, 2011, produced by Plaintiffs as LAWSON-0054938, and marked as Exhibit 2 to the September 27, 2018 Deposition of Rosemarie Peterson.

94. Attached hereto as **Exhibit 89** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated September 22, 2011, produced by Plaintiffs as LAWSON-0054888-89, and marked as Exhibit 3 to the September 27, 2018 Deposition of Rosemarie Peterson.

95. Attached hereto as **Exhibit 90** is a true and correct copy of relevant excerpts from the Deposition of Rosemarie Peterson, dated September 27, 2018.

96. Attached hereto as **Exhibit 91** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated September 22, 2011, produced by Plaintiffs as LAWSON-0054909-10, and marked as Exhibit 4 to the September 27, 2018 Deposition of Rosemarie Peterson.

97. Attached hereto as **Exhibit 92** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated September 22, 2011, produced by Plaintiffs as LAWSON-0054886-87, and marked as Exhibit 5 to the September 27, 2018 Deposition of Rosemarie Peterson.

98. Attached hereto as **Exhibit 93** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated August 5, 2013, produced by Plaintiffs as LAWSON-0056058-61, and marked as Exhibit 7 to the September 27, 2018 Deposition of Rosemarie Peterson.

99. Attached hereto as **Exhibit 94** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated May 19, 2014, produced by Plaintiffs as LAWSON-000051563, and marked as Exhibit 8 to the September 27, 2018 Deposition of Rosemarie Peterson.

100. Attached hereto as **Exhibit 95** is a true and correct copy of written communications between Rosemarie Peterson and Howard Rubin, produced by Howard Rubin as HR000423A-34, and marked as Exhibit 9 to the September 27, 2018 Deposition of Rosemarie Peterson.

101. Attached hereto as **Exhibit 96** is a true and correct copy of written communications between Rosemarie Peterson and ███████████, as well as between Rosemarie Peterson and Howard Rubin, produced by Plaintiffs, and marked as Exhibit 10 to the September 27, 2018 Deposition of Rosemarie Peterson.

102. Attached hereto as **Exhibit 97** is a true and correct copy of relevant excerpts from the Deposition of ███████████, dated October 24, 2018.

103. Attached hereto as **Exhibit 98** is a true and correct copy of a Confidentiality Agreement and Release signed by Rosemarie Peterson, dated September 24, 2014, produced by Howard Rubin as HR000471-72, and marked as Exhibit 11 to the September 27, 2018 Deposition of Rosemarie Peterson.

104. Attached hereto as **Exhibit 99** is a true and correct copy of correspondence between Rosemarie Peterson and Howard Rubin, dated November 5, 2014, produced by Plaintiffs as LAWSON-0054273, and marked as Exhibit 14 to the September 27, 2018 Deposition of Rosemarie Peterson.

105. Attached hereto as **Exhibit 100** is a true and correct copy of written communications between Rosemarie Peterson and Howard Rubin, produced by Howard Rubin as HR000512.

106. Attached hereto as **Exhibit 101** is a true and correct copy of written communications between Rosemarie Peterson and Howard Rubin, produced by Howard Rubin as HR000521-33, and marked as Exhibit 15 to the September 27, 2018 Deposition of Rosemarie Peterson.

107. Attached hereto as **Exhibit 102** is a true and correct copy of the medical files provided by █████████, produced by Howard Rubin as █████000001-89, and marked as Exhibit 18-A to the September 27, 2018 Deposition of Rosemarie Peterson.

108. Attached hereto as **Exhibit 103** is a true and correct copy of the medical files provided by ███████████████, produced by Howard Rubin as █████000001-33, and marked as Exhibit 22 to the September 27, 2018 Deposition of Rosemarie Peterson.

109. Attached hereto as **Exhibit 104** is a true and correct copy of relevant excerpts from the Deposition of Lauren Fuller, dated October 18, 2018.

110. Attached hereto as **Exhibit 105** is a true and correct copy of relevant excerpts from the Deposition of █████████, dated November 12, 2018.

111. Attached hereto as **Exhibit 106** is a true and correct copy of written communications between Lauren Fuller and Howard Rubin, produced by Howard Rubin as HR000560-87, and marked as Exhibit 3 to the October 18, 2018 Deposition of Lauren Fuller.

112. Attached hereto as **Exhibit 107** is a true and correct copy of a Confidentiality Agreement and Release signed by Lauren Fuller, dated March 7, 2015, produced by Howard Rubin as HR000693-94, and marked as Exhibit 4 to the October 18, 2018 Deposition of Lauren Fuller.

113. Attached hereto as **Exhibit 108** is a true and correct copy of a PayPal confirmation notification, produced by Plaintiffs as LAWSON-0197401.

114. Attached hereto as **Exhibit 109** is a true and correct copy of correspondence between Brian L. Grossman, Esq. and Benjamin M. Rose, Esq. and Jolene F. LaVigne-Albert, Esq., dated September 6, 2018.

115. Attached hereto as **Exhibit 110** is a true and correct copy of written communications of Lauren Fuller, produced by Plaintiffs as LAWSON-0198458-512, and marked as Exhibit 5 to the October 18, 2018 Deposition of Lauren Fuller.

116. Attached hereto as **Exhibit 111** is a true and correct copy of correspondence from Plaintiffs' counsel, John G. Balestriere, Esq., to the Court identifying Plaintiffs' true names, dated February 23, 2018.

117. Attached hereto as **Exhibit 112** is a true and correct copy of a Joint Stipulation Regarding the Production of Electronic Communications, dated December 13, 2018.

## MEDICAL AND PSYCHOLOGICAL RECORDS

118. Neither Moira Hathaway nor her counsel produced any medical records.

119. Neither Moira Hathaway nor her counsel produced any photograph of a ▮ prescription that Hathaway claimed to have taken and sent to her counsel.

120. Neither Macey Speight nor her counsel produced any medical records of hospitalization or identified any hospital where Howard Rubin could seek such records.

121. Neither Macey Speight nor her counsel produced any medical records related to treatment by Dr. ▮ or Dr. ▮, whom Speight claimed to have treated her.

122. Neither Macey Speight nor her counsel produced any medical records reflecting any psychological or psychiatric treatment.

123. Neither Lauren Fuller nor her counsel produced any medical records or other evidence documenting the injuries or treatments Lauren Fuller alleges in the Second Amended Complaint. Additionally, counsel refused to provide a HIPAA consent form to permit Howard Rubin to seek medical records for Lauren Fuller because counsel stated that Lauren Fuller saw no doctor in relation to this case or the acts complained of against Rubin.

18

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: New York, New York
February 13, 2019

                                                         */s/ Benjamin M. Rose*
                                                         BENJAMIN M. ROSE