# EXHIBIT 1

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Case No. 1:17-CV-06404(BMC)

----------------------------------------

HILLARY LAWSON, KRISTINA HALLMAN,

STEPHANIE CALDWELL, MOIRA HATHAWAY,

MACEY SPEIGHT, ROSEMARIE PETERSON and

LAUREN FULLER,

                    Plaintiffs,

           -against-

HOWARD RUBIN and JENNIFER POWERS

and the DOE COMPANY,

                    Defendants.

----------------------------------------

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

           Videotaped Deposition of █████████

              proceeding pseudonymously as

                   KRISTINA HALLMAN

                 New York, New York

      Wednesday, September 12, 2018 - 10:16 a.m.


Reported by:

Robin LaFemina, RPR, CLR

Job no: 22858

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 30

```
 1            ███████Hallman
 2  started it.
 3       Q.   It looks like you've had it
 4  since at least 2015; correct?
 5       A.   Right.                    10:39
 6       Q.   And you maintain it today?
 7       A.   Yes.
 8       Q.   And you've it in the interim,
 9  from 2015 through today?
10       A.   Yes.                      10:39
11       Q.   And you've had the same
12  ████████ associated with your Instagram
13  account in that period?
14       A.   No.
15       Q.   You've had others?        10:40
16       A.   Yes.
17       Q.   What other hashtags did you have
18  associated with Instagram?
19       A.   Not hashtag.  I had a different
20  name.                               10:40
21       Q.   What other names?
22       A.   ███████.
23       Q.   ████████? Any others?
24       A.   No.
25       Q.   No?                       10:40
```

Page 31

```
 1            ███████Hallman
 2       A.   (Witness shakes head.)
 3       Q.   Do you have other social media
 4  accounts other than Instagram?
 5       A.   Yes.                      10:40
 6       Q.   Which other social media
 7  accounts do you have?
 8       A.   Facebook, Snapchat and my
 9  Instagram.
10       Q.   What's your account associated  10:40
11  with on Facebook?  What name?
12       A.   ███████.
13       Q.   And what about Snapchat?
14       A.   ███████.
15       Q.   ████████?                 10:40
16       A.   Yes.
17       Q.   Is it ████████████ or
18  just ████████████████.
19       A.   Just ████████████.
20       Q.   And how long have you had the  10:41
21  Facebook account?  You've had that in the
22  time period 2015 through the present?
23       A.   Yes.
24       Q.   And what about the Snapchat
25  account?  Same answer?            10:41
```

Page 32

```
 1            ███████Hallman
 2       A.   No.  I think I got that later.
 3  It was after 2015.
 4       Q.   And you have it today?
 5       A.   Yes.                      10:41
 6       Q.   Do you think you got it in 2016
 7  or you don't know?
 8       A.   I don't know.
 9       Q.   So as part of your work, your
10  modeling work, do you use social media?   10:41
11       A.   Yes.
12       Q.   In what way do you use social
13  media?
14       A.   Posting photos of modeling
15  shoots.                             10:41
16       Q.   You post them on Facebook,
17  Instagram and Snapchat?
18       A.   Facebook and Instagram.
19       Q.   It's a marketing tool?
20       A.   For Facebook and Instagram.   10:41
21       Q.   But how do you -- what do you do
22  to earn money from -- in connection with the
23  posting of those photographs on social
24  media, if anything?
25       A.   By posting on Facebook or   10:42
```

Page 33

```
 1            ███████Hallman
 2  Instagram a modeling picture, it's in hopes
 3  of advertising for another photographer to
 4  want to book you for a photo shoot.
 5       Q.   Is there any other way that you   10:42
 6  make money from your social media presence?
 7       A.   I make money off of Snapchat.
 8       Q.   How do you do that?
 9       A.   I have a private premium
10  Snapchat account.                    10:42
11       Q.   What does that involve?
12       A.   It's a private Snapchat.  You
13  can post what you want and people pay a
14  monthly fee to subscribe.
15       Q.   How much is the fee?         10:42
16       A.   From one of the companies that I
17  work for, I think it's 29.99 a month.
18       Q.   Do you have any records of money
19  that you've earned through your Snapchat
20  account?                             10:43
21       A.   It goes through my PayPal or the
22  company from the subscribed will send me a
23  wire transfer into my account.
24       Q.   Did you -- you understand that
25  there was a request that you provide   10:43
```

9 (Pages 30 to 33)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 58

```
1      /Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 59

```
1            Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 60

```
1        Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 61

```
1            Hallman
2      A.
3      Q.    And it's your testimony that you
4    have no role in connection with any escort
5    business at all, now or ever?           11:14
6      A.    No.
7      Q.    Ms.      , I want to turn your
8    attention to August of 2016.
9          Were you contacted at that time
10   with Howard Rubin, if you recall?          11:14
11     A.    I don't recall.
12     Q.    Do you recall at some point
13   somebody contacted you about Mr. Rubin?
14     A.    Yes.
15     Q.    What do you recall?            11:14
16     A.    I remember being contacted in
17   regards to Mr. Rubin.
18     Q.    By whom?
19     A.    By            .
20     Q.    How did         contact        11:14
21   you?
22     A.    Direct Message.
23     Q.    Was it a Direct Message via
24   Instagram, if you recall?
25     A.    I think so; yes.           11:15
```

16 (Pages 58 to 61)



CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 66

1 ████ Hallman

Page 68

1 ████ Hallman

Page 67

1 ████ Hallman
2 Q.   Did you search for it so that it
3 could be provided in discovery in this case?
4 A.   No.  I just handed my phone over.
5 Q.   And you don't know whether the        11:20
6 review of your phone led to identification
7 of the text of the Instagram message that's
8 described in these paragraphs on page 40 and
9 41 of the Complaint?
10 A.   Yes, I don't.                  11:21
11 Q.   You don't know.
12      According to the allegations in
13 the Complaint, it says here that there was a
14 discussion about money.
15 A.   Like in 294 we're talking about?   11:21
16 Q.   In 294, it says ████ told
17 Hallman and Rubin -- - told Hallman, meaning
18 you, that Rubin would pay for you to fly
19 from Florida to New York and pay $2,000 to
20 meet and spend time with you.          11:21
21      Do you see that?
22 A.   Yes.
23 Q.   Do you remember ████ saying that
24 to you?
25 A.   Yes.                          11:21

Page 69

1 ████ Hallman
2 A.   Yes.
3 Q.   And what did you discuss with
4 her?  What did you say pan what did she say?
5 A.   She said she got the same message.   11:22
6 Q.   What was your understanding of
7 the reason for the payments that's referred
8 to here?
9 A.   What --
10 Q.   What was your understanding of    11:23
11 why there was a discussion about your
12 receiving money?
13 A.   To meet her boss who she had
14 said liked or saw my photo somewhere.
15 Q.   And you'd never received a        11:23
16 request like that before?
17 A.   No.
18 Q.   This was the first time?
19 A.   Yeah.  Especially by a woman for
20 her boss.                          11:23
21 Q.   Had you received a request like
22 that before from a man?
23 A.   Yes.
24 Q.   What do you recall about that?
25 A.   If you model, direct messages in   11:23

18  (Pages 66 to 69)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 70

1       ▇▇▇ Hallman
2 your phone or in your Instagram are going to
3 say all types of crazy, outlandish things,
4 and you just ignore it.
5      Q.   Did you ever meet with anyone        11:23
6 who contacted you via Instagram before
7 August of 2016?
8      A.   No.
9      Q.   After you spoke with Ms. ▇▇▇
10 about Ms. ▇▇▇ message, what did you do?      11:24
11 Did you pursue the discussion with Ms. ▇▇▇?
12      A.   I believe ▇▇▇ had a phone
13 conversation with her.
14      Q.   Were you present?
15      A.   No.                              11:24
16      Q.   Did Ms. ▇▇▇ discuss with you
17 the contents of her discussion with Ms. ▇▇▇?
18      A.   Yes.
19      Q.   What did Ms. ▇▇▇ tell you?
20      A.   I don't remember.                 11:24
21      Q.   You decided to go and to accept
22 the offer to travel to New York; correct?
23      A.   Yes.
24      Q.   You don't recall any further
25 discussion with Ms. ▇▇▇, Ms. ▇▇▇ or          11:25

Page 71

1       ▇▇▇ Hallman
2 anyone else prior to doing that?
3      A.   We agreed that if ▇▇▇ came with
4 me, that I would feel comfortable going.
5      Q.   With whom did you reach that      11:25
6 agreement?
7      A.   ▇▇▇▇▇▇▇.
8      Q.   And why -- did you propose that
9 Ms. ▇▇▇ would come with you?
10      A.   Well, like I said, she had      11:25
11 gotten the same message, so we both decided
12 together that we would go.
13      Q.   And why did you decide to go?
14      A.   I don't know.
15      Q.   You don't know?                  11:25
16      A.   No.
17      Q.   Did you speak to anybody other
18 than Ms. ▇▇▇ and Ms. ▇▇▇ or communicate
19 with anyone else about potentially traveling
20 to New York in August of 2016?               11:25
21      A.   No.
22      Q.   Do you recall any discussion
23 either with Ms. ▇▇▇ or Ms. ▇▇▇ about what
24 would happen when you arrived in New York at
25 this time?                                   11:26

Page 72

1       ▇▇▇ Hallman
2      A.   She said we would just meet her
3 boss and at most be required to do a photo
4 shoot.
5      Q.   Who said that?                   11:26
6      A.   ▇▇▇▇▇▇▇.
7       (Hallman Exhibit 10, Lawson et
8 al. v. Rubin et al. Information Sheet
9 on Certain Documents Produced by
10 Defendant Powers, marked for               11:26
11 identification, as of this date.)
12      Q.   I'm going to place in front of
13 you an exhibit marked Hallman 10.
14       Your phone number as of August
15 2016 was ▇▇▇?                               11:27
16      A.   Yes.
17      Q.   In addition to the social media
18 accounts we've discussed, did you also use
19 the platform WhatsApp?
20      A.   Yes.                            11:27
21      Q.   You communicated via WhatsApp
22 using the phone number that ends ▇▇▇?
23      A.   Yes.
24      Q.   Were your WhatsApp communications
25 from the period August through the end of 2016   11:27

Page 73

1       ▇▇▇ Hallman

TransPerfect Legal Solutions
212-400-8845 – Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 98

1    ████ Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 99

1    ████ Hallman
2         MR. GROSSMAN:  Yes.
3         Q.    Looking at Exhibit -- Hallman
4    Exhibit 14, do you see this is a -- does
5    this appear to you to be an e-mail from     12:28
6    Jennifer Powers that starts hi, ████, and
7    relates to your travel to New York to meet
8    with Mr. Rubin?
9         A.    Yes.  It appears.
10        Q.    Does it appear that you had a     12:28
11   Delta flight leaving Fort Lauderdale on
12   Monday, August 22 at 11 a.m. arriving in New
13   York at 2:03 on August 22?
14        A.    It does appear so.
15        Q.    And August 22 is the date of the  12:28
16   communication we were just discussing in
17   which Ms. ████ talks about you being spanked?
18        A.    Okay.
19        Q.    Is that correct?
20        A.    Yes.                              12:28
21        Q.    You took the flight that's shown
22   in this exhibit?
23        A.    I don't --
24        Q.    If you recall?
25        A.    I don't recall.                   12:28

Page 100

1    ████ Hallman
2         Q.    Well, looking at it, does it
3    refresh your recollection that the date you
4    traveled to New York was in fact August 22
5    of 2016?                                     12:29
6         A.    I don't know.  I don't --
7         Q.    Does it appear to you that
8    that's the case?
9         A.    I don't know.  I don't remember
10   the date I took a flight, so I don't know.   12:29
11        Q.    Do you have any reason to think
12   that you took a flight on a day that's
13   different than the flight that is referenced
14   here on Delta?
15        A.    No.  I just don't know the exact  12:29
16   date, so. . .
17        Q.    Did you travel with Ms. ████ on
18   the same flight?
19        A.    No.
20        Q.    She traveled on the same day, if  12:29
21   you recall?
22        A.    Yes.
23        Q.    Did she also travel from Fort
24   Lauderdale?
25        A.    She traveled from Florida.        12:29

Page 101

1    ████ Hallman
2         Q.    Do you recall landing in New York
3    on August 22, 2016 or thereabouts?
4         A.    At the airport?
5         Q.    Yes.                              12:30
6         A.    Yeah.
7         Q.    Had you been to New York before?
8         A.    Yes.
9         Q.    How many times?
10        A.    I'm not sure.  I have family      12:30
11   here.  I came when I was a kid.
12        Q.    What did you do once you arrived
13   in New York?
14        A.    I think I took a cab.
15        Q.    To where?                         12:30
16        A.    To where I was told to go.
17        Q.    Who told you to go?
18        A.    I think -- I don't remember if
19   it was ████████ or Jennifer Powers.
20        Q.    And you were by yourself in the   12:31
21   cab?
22        A.    Yes.
23        Q.    Other than the cab driver?
24        A.    Yes.
25        Q.    What did you have with you?       12:31

26 (Pages 98 to 101)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 102

```
 1              ████Hallman
 2      A.   A suitcase.
 3      Q.   How long were you expecting to
 4  stay?
 5      A.   A short period of time.        12:31
 6      Q.   One night?
 7      A.   Maybe.  Yeah.
 8      Q.   Well, looking at the flight
 9  information that we were just shown in the
10  exhibit, it has you returning on August 23   12:31
11  leaving New York at 11:50 the next morning.
12           Do you see that?
13      A.   I do see that.
14      Q.   So the plan -- your intention
15  was to come to New York and stay from the    12:31
16  afternoon of August 22 and then get on a
17  flight before noon the next day?  Does that
18  sound about right?
19      A.   Yes.
20      Q.   Do you remember arriving at the   12:31
21  address that you referred to where you were
22  told to go?
23      A.   Yes.
24      Q.   Do you remember where that was?
25      A.   Do I remember the address?       12:32
```

Page 104

```
 1              ████Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 103

```
 1              ████Hallman
 2      Q.   Where it was.
 3      A.   Uh --
 4      Q.   It was in Manhattan?
 5      A.   Yes.                            12:32
 6           MR. GROSSMAN:  Counsel, I'd ask
 7      for you to just please wait for her to
 8      finish answering.
 9      Q.   My apologies.
10           Did you finish your answer?     12:32
11      A.   Yes.
12      Q.   What do you recall about the
13  address?  Where was it?  Where did you go?
14      A.   It was in Manhattan and it was
15  at the Metropolitan Tower.               12:32
16      Q.   That's an apartment building in
17  midtown?
18      A.   Yes.  It was a penthouse.
19      Q.   You'd never been there before?
20      A.   No.                             12:32
21      Q.   What happened once you got there?
22      A.   I met the concierge, they gave
23  me a little Hello Kitty key with a penthouse
24  number on the back, and I went upstairs.
25      Q.   What's a Hello Kitty key?       12:33
```

Page 105

```
 1              ████Hallman
 2  arrived?
 3      A.   I don't recall.
 4      Q.   Do you recall if there was some
 5  period where you were in the apartment with   12:33
 6  Ms. Powers alone?
 7      A.   Yes.
 8      Q.   Do you recall any discussion
 9  with Ms. Powers during that time period?
10      A.   I remember we spoke briefly and   12:34
11  I think she was just like get settled in and
12  we'll talk when ████gets here.
13      Q.   Did she stay with you in the
14  apartment?
15      A.   I don't recall.                 12:34
16      Q.   Do you know how long you waited
17  until ████arrived?
18      A.   I don't remember.
19      Q.   What did you do while you were
20  waiting for Ms. ████to arrive, if you   12:34
21  remember?
22      A.   I don't remember.  I might have
23  went to the bathroom or unpacked or had some
24  water.  I don't -- I don't remember.
25      Q.   At some point Ms. ████did    12:34
```

27 (Pages 102 to 105)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 106

1    ████Hallman
2    arrive?
3        A.    Yes.
4        Q.    What happened at that time?
5        A.    Jen sat us both down in the        12:34
6    living room and told us we would be meeting
7    her boss, Howard Rubin, at the ████of
8    the ████ and she gave us an NDA to sign
9    and told us we had to sign that before
10   meeting him.                              12:35
11       Q.    And what was your understanding
12   of an NDA?
13       A.    Well, I had never seen or signed
14   an NDA before that and I really don't
15   remember what it all said, so. . .       12:35
16       Q.    You were not familiar with a
17   nondisclosure agreement?
18   A.    No.
19       Q.    Were you surprised that you had
20   been requested to sign a document while you  12:35
21   were in the apartment?
22       A.    Yes.
23       Q.    Why?
24       A.    Because I never heard of that
25   before.                                  12:35

Page 107

1        ████Hallman
2    ████████████████████████████████████
[redacted]

Page 108

1    ████Hallman
2    additional time to sign the document before
3    you signed it?
4        A.    No.
5        Q.    Did you consider -- withdrawn.   12:36
6        Did you initial each paragraph
7    in the document that you were shown?
8        A.    I remember signing it, so I
9    don't know.
10       Q.    And your testimony is you had no   12:36
11   idea what the document said, you just signed
12   it?
13       A.    Yes.
14       (Hallman Exhibit 15,
15       Confidentiality Agreement and Release   12:37
16       bearing Bates Nos. HR000047-48, marked
17       for identification, as of this date.)
18       Q.    I'm going to show you Hallman
19   Exhibit 15.
20       Looking at Hallman Exhibit 15,         12:37
21   is this a copy of the document that you
22   signed in the penthouse -- in the apartment,
23   rather, on August 22, 2016?
24       A.    I don't know.
25       Q.    If you look at the back, the     12:37

Page 109

1        ████Hallman
2    second page that ends 48 in the bottom
3    right, it says date August 22, 2016, and
4    there's a signature there.
5        Is that your signature?               12:37
6        A.    I don't know.  What --
7        Q.    You don't know if --
8        A.    It looks like it is.  I don't
9    know.
10       Q.    Above the I there appears to be   12:38
11   like a little heart shape.  Do you see that?
12       A.    I do see that.
13       Q.    Is that typically how you sign
14   your name?
15       A.    Not typically.                   12:38
16       Q.    Have you ever signed it like
17   that?
18       A.    Yes.
19       Q.    You have no reason to think you
20   didn't sign this document; correct?        12:38
21       A.    I remember signing it, so. . .
22       Q.    Do you see on the first page
23   next to all of the paragraphs except the
24   first two there are the initials ████  Do
25   you see that?                             12:38

28  (Pages 106 to 109)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 122

1 ███ Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 123

1 ███ Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 124

1 ███ Hallman
2    A.    Yes.
3    Q.    Who is that, if you know?
4    A.    It looks like ███
5    Q.    Did you send a picture of ███    12:53
6 ███ to whoever it was you were
7 corresponding with in this exchange?
8    A.    Yes, I did.
9    Q.    Why did you do that?
10   A.    I don't know.    12:53
11   Q.    You don't know?
12   A.    (Witness shakes head.)
13   Q.    Did you discuss with Ms. ███
14 the possibility of meeting with a man in
15 London in or about June of 2016?    12:53
16   A.    No.
17   Q.    Did you tell Ms. ███ that you
18 had provided her photograph in this exchange?
19   A.    No.
20   Q.    She didn't know that?    12:53
21   A.    No.
22   Q.    After you signed and initialed
23 the document that was Hallman Exhibit 15,
24 what happened after that?
25   A.    After I received it?    12:54

Page 125

1 ███ Hallman
2    Q.    After you signed it and
3 initialed it, what happened next?
4    A.    She took the paper and she left.
5    Q.    So you were in the apartment    12:54
6 alone with Ms. ███ at that point?
7    A.    Yes.
8    Q.    For how long?
9    A.    I don't recall exactly how long.
10   Q.    At some point you left the    12:54
11 apartment with Ms. ███?
12   A.    Yes.
13   Q.    Where did you go?
14   A.    We were told to go to the ███.
15   Q.    Told by whom?    12:54
16   A.    Jennifer Powers.
17   Q.    What was your understanding of
18 the purpose of going to the ███?
19   A.    To meet for drinks and appetizers.
20   Q.    To meet with whom?    12:55
21   A.    Howard Rubin.
22   Q.    And you did that, you went to
23 the ███ and you met with Mr. Rubin?
24   A.    We did go to the rooftop bar at
25 the ███ and met Mr. Rubin; yes.    12:55

32  (Pages 122 to 125)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 126

```
 1                      ███Hallman
 2  ███████████████████████████████████
 3  ███████████████████████████████████
 4  ███████████████████████████████████
 5  ███████████████████████████████████
 6  ███████████████████████████████████
 7  ███████████████████████████████████
 8  ███████████████████████████████████
 9  ███████████████████████████████████
10  ███████████████████████████████████
11  ███████████████████████████████████
12  ███████████████████████████████████
13  ███████████████████████████████████
14  ███████████████████████████████████
15  ███████████████████████████████████
16  ███████████████████████████████████
17  ███████████████████████████████████
18  ███████████████████████████████████
19  ███████████████████████████████████
20  ███████████████████████████████████
21  ███████████████████████████████████
22  ███████████████████████████████████
23  ███████████████████████████████████
24  ███████████████████████████████████
25  ███████████████████████████████████
```

Page 128

```
 1                      ███Hallman
 2  ███████████████████████████████████
 3  ███████████████████████████████████
 4  ███████████████████████████████████
 5  ███████████████████████████████████
 6  ███████████████████████████████████
 7  ███████████████████████████████████
 8  ███████████████████████████████████
 9  ███████████████████████████████████
10  ███████████████████████████████████
11  ███████████████████████████████████
12  ███████████████████████████████████
13  ███████████████████████████████████
14  ███████████████████████████████████
15  ███████████████████████████████████
16  ███████████████████████████████████
17  ███████████████████████████████████
18  ███████████████████████████████████
19  ███████████████████████████████████
20  ███████████████████████████████████
21  ███████████████████████████████████
22  ███████████████████████████████████
23  ███████████████████████████████████
24  ███████████████████████████████████
25  ███████████████████████████████████
```

Page 127

```
 1                   ███Hallman
 2          Do you see that?
 3      A.   Yes, I do.
 4      Q.   Did you post that or did
 5  Ms. ██████?                    12:56
 6      A.   It says ██████did.
 7      Q.   Do you remember posting that?
 8      A.   Yes.
 9      Q.   Did you have anything to drink
10  while you were at the ████ of the ████?   12:56
11      A.   Yes.
12      Q.   What did you drink?
13      A.   I don't remember what I had to
14  drink.
15      Q.   Do you remember any drinks you    12:56
16  had?
17      A.   No.
18      Q.   Did Ms. ████ drink anything?
19      A.   Yes.
20      Q.   Do you remember what she drank?   12:56
21      A.   No.
22      Q.   Do you remember how many drinks
23  she had?
24      A.   No.
25      Q.   How long did you stay at the      12:56
```

Page 129

```
 1                      ███Hallman
 2  ███████████████████████████████████
 3  ███████████████████████████████████
 4  ███████████████████████████████████
 5  ███████████████████████████████████
 6  ███████████████████████████████████
 7  ███████████████████████████████████
 8  ███████████████████████████████████
 9  ███████████████████████████████████
10  ███████████████████████████████████
11  ███████████████████████████████████
12  ███████████████████████████████████
13  ███████████████████████████████████
14  ███████████████████████████████████
15  ███████████████████████████████████
16  ███████████████████████████████████
17  ███████████████████████████████████
18  ███████████████████████████████████
19  ███████████████████████████████████
20  ███████████████████████████████████
21  ███████████████████████████████████
22  ███████████████████████████████████
23  ███████████████████████████████████
24  ███████████████████████████████████
25  ███████████████████████████████████
```

33 (Pages 126 to 129)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 134

1    ███████Hallman
2        A.   I don't know exactly how long.
3        Q.   Do you have any other
4    recollection of what occurred while you were
5    in the apartment with Ms. ████ and Mr. Rubin    01:03
6    after you returned from the Viceroy room to
7    have?
8        A.   The next thing I know, me and
9    ████ and Howard Rubin were in the room with
10   the red walls.  He called it the dungeon.        01:03
11       Q.   When did he say that?
12       A.   Once the door was open.  I think
13   ████ asked what that -- what that room was.
14       Q.   What do you recall Mr. Rubin
15   said exactly?                                    01:03
16       A.   I don't recall what he said
17   exactly.  I just remember him saying that
18   word, the dungeon.
19           MR. GROVER:  Please speak up.
20       Q.   Was there any discussion of       01:03
21   money that you recall?
22       A.   Not at that time.
23       Q.   Did you receive any money while
24   you were in the apartment?
25       A.   Yes.                                    01:04

Page 135

1    ███████Hallman
2        Q.   When did that happen?
3        A.   I don't remember.
4        Q.   Do you remember receiving cash?
5        A.   Yes.                                    01:04
6        Q.   You've alleged in the Complaint
7    that you were paid $5,000, both you and
8    Ms. ████.  Is that correct?
9        A.   Yes.
10       Q.   When did that happen?             01:04
11       A.   I don't remember.
12       Q.   Did you engage in any sexual
13   activity with Mr. Rubin while you were in
14   the apartment?
15       A.   He did with us; yes.             01:04
16       Q.   What do you recall happened?
17       A.   I remember being ████.
18       Q.   Who ██████?
19       A.   Howard Rubin.
20       Q.   Do you recall what he ████    01:05
21   with?
22       A.   With black ████████.  I
23   don't remember.
24       Q.   Did you ask him not to do that?
25       A.   Yes.                                    01:05

Page 136

1    ███████Hallman
2        Q.   What did you say?
3        A.   I don't remember exactly what I
4    said.
5        Q.   Did he respond to you?           01:05
6        A.   I think he ████████████
7
8           MR. McDONALD:  Could you keep
9    your voice up, please?
10       A.   I think he ████████████    01:05
11   ██.  I believe he did.  I remember.
12       Q.   Was Ms. ████ also ██ or
13   ████ in any way?
14       A.   No.
15       Q.   She was present while Mr. Rubin    01:05
16   put a ██████████; is that your
17   testimony?
18       A.   Yes.
19       Q.   And she heard -- she would have
20   been present while you asked him to stop    01:06
21   doing that?
22       A.   Yes.
23       Q.   She didn't leave the apartment?
24       A.   No, she did not leave me.
25       Q.   She -- did you have your       01:06

Page 137

1    ███████Hallman
2    telephone with you?
3        A.   In my purse in the living room.
4        Q.   And Ms. ████ as well?
5        A.   Her --                          01:06
6           MR. GROSSMAN:  Objection.  Calls
7    for speculation.
8        Q.   If you know.
9        A.   I don't know.
10       Q.   Do you recall whether Ms. ████    01:06
11   did anything to attempt to stop Mr. Rubin
12   from ████████?
13       A.   Yes.
14       Q.   What did she do?
15       A.   I don't remember exactly.  She    01:06
16   might have pushed him.  I don't remember.
17       Q.   She -- you said she --
18           MR. SCHMIDT:  Counsel, you have
19   LiveNote, you can see what she's saying.
20           MR. McDONALD:  Excuse me?      01:07
21           MR. SCHMIDT:  I said you have
22   LiveNote, you can see what she's
23   saying.
24           MR. McDONALD:  I want to hear
25   what she's saying.

35 (Pages 134 to 137)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 138

```
1              [REDACTED] Hallman
2         MR. SCHMIDT:  You can hear what
3  she's saying.  You don't need to harass
4  her by keep saying --
5         MR. McDONALD:  I'm not harassing    01:07
6  her.
7         MR. GROVER:  I am having great
8  difficulty hearing what she's saying.
9         MR. GROSSMAN:  Well, I can hear
10 her fine.                              01:07
11        MR. McDONALD:  You're sitting
12 closer.
13        THE VIDEOGRAPHER:  Do you want
14 to go off the record if we're going to
15 do this so we don't waste time?        01:07
16        MR. GILBERT:  Okay.
17        THE VIDEOGRAPHER:  We are off
18 the record at 1:08 p.m.
19        (Whereupon, a discussion was
20 held off the record.)                  01:08
21        THE VIDEOGRAPHER:  We are back
22 on the record at 1:09 p.m.
23    Q.   Ms. [REDACTED], Ms. [REDACTED] alleges on
24 the record that she believes something was
25 added to her drink to increase intoxication.  01:09
```

Page 139

```
1              [REDACTED] Hallman
2         Are you aware of that allegation
3  she's made?
4     A.   Am I aware of it?  Yes.
5     Q.   Do you have any information    01:09
6  about whether she complained to you -- well,
7  withdrawn.
8         Did she say anything to you
9  about whether she thought something had been
10 added to her drink?                    01:09
11    A.   She said she felt dizzy and she
12 didn't feel well.
13    Q.   She said that to you when?
14    A.   When we were dancing in the
15 living room.                           01:09
16    Q.   In the apartment?
17    A.   Yes.
18    Q.   You didn't have that sensation
19 yourself?
20    A.   I did.  I felt a little dizzy.   01:09
21    Q.   You don't --
22    A.   But we were drinking.
23    Q.   I'm sorry.  Withdrawn.
24        You said you felt a little dizzy?
25    A.   Yes; but we were drinking.     01:09
```

Page 140

```
1              [REDACTED] Hallman
2     Q.   But you don't make any
3  allegation in the Complaint that you believe
4  there was something added to your drink to
5  increase intoxication?                 01:09
6     A.   I don't know.
7     Q.   You don't know.
8     A.   I didn't watch him fix the drink
9  for me.
10    Q.   Do you remember anything that    01:09
11 Mr. Rubin said while you were in the apartment?
12    A.   In regards to what?  I remember --
13    Q.   Anything at all --
14    A.   Not --
15    Q.   -- as you sit here now.        01:10
16    A.   Not in particular.
17    Q.   What else do you recall about
18 what happened in the apartment?
19    A.   I remember he [REDACTED]
20 [REDACTED] and she told him don't do that    01:10
21 because she just [REDACTED]
22 [REDACTED].
23    Q.   Did he say anything to [REDACTED] about
24 her statement about the fillers?
25    A.   Did I?                         01:11
```

Page 141

```
1              [REDACTED] Hallman
2     Q.   No -- well, did Mr. Rubin, if
3  you recall?
4     A.   He said he didn't care.
5     Q.   He said he didn't care.       01:11
6     A.   And he did it again.
7     Q.   Did you say anything to
8  Mr. Rubin about her concern about the fillers?
9     A.   I was just shocked.
10    Q.   Did you think about leaving the  01:11
11 apartment at any time while Mr. Rubin was
12 present that night?
13    A.   Yeah.  At that point, I wanted
14 to leave.
15    Q.   But you did not?              01:11
16    A.   As I stated, I was already
17 [REDACTED] at that point with the [REDACTED]
18 and [REDACTED] with my
19 [REDACTED], so. . .
20    Q.   You were [REDACTED]?          01:11
21    A.   No.
22    Q.   And Ms. [REDACTED] was?
23        MR. GROSSMAN:  Objection.  Calls
24 for speculation.
25    Q.   Do you know if Ms. [REDACTED] was  01:12
```

36  (Pages 138 to 141)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 142

```
 1                    ███Hallman
 2   able to walk?
 3       A.   I don't know.
 4       Q.   Was she ██████████in
 5   any way?                        01:12
 6       A.   I don't remember.  She was to --
 7   to the side, more so behind me, as Mr. Rubin
 8   was.
 9       Q.   Did you hit Ms. █████?
10       A.   No.                    01:12
11       Q.   How long was Mr. Rubin in the
12   apartment with you and Ms. █████ that
13   evening before --
14       A.   I don't know.
15       Q.   -- he left?            01:12
16       A.   I don't know.
17       Q.   At some point he left?
18       A.   Yes.
19       Q.   What happened after he left?
20       A.   I don't remember.      01:12
21       Q.   I'm sorry?
22       A.   I don't -- I don't remember.  We
23   were crying.
24       Q.   Did Mr. Rubin engage in any
25   sexual relations with you while he was in   01:13
```

Page 144

```
 1                    ███Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 143

```
 1                    ███Hallman
 2   the apartment?
 3       A.   Yes.
 4       Q.   Did you watch -- did you witness
 5   him engage in sexual relations with Ms. █████?   01:13
 6       A.   I don't remember.
 7       Q.   And you --
 8       A.   I was █████.
 9       Q.   I'm sorry.  Your answer was you
10   don't remember?                  01:13
11       A.   Yes.
12       Q.   In the Complaint, you allege
13   that Rubin penetrated you causing tears to
14   your vagina.
15            Is that accurate?       01:13
16       A.   Yes.
17       Q.   You also allege that you were in
18   and out of consciousness during this time.
19            Is that accurate?
20       A.   Yes.                    01:14
21       Q.   Do you know what caused you to
22   go in and out of consciousness?
23       A.   When he started punching me in
24   the back of my head.
25       Q.   Were you bleeding?      01:14
```

Page 145

```
 1                    ███Hallman
 2   was some injury to your right breast.  In
 3   paragraph 352 of the Complaint that you
 4   filed says that your left breast became
 5   swollen and later developed scar tissue and   01:16
 6   hardening.  It's Exhibit 10, I believe.
 7            MR. ROSE:  8.
 8       Q.   8.  I'm sorry.
 9       A.   Page 8?
10       Q.   No.  It's Exhibit 8 which is now   01:16
11   in front of you, it's page 49.  Paragraph
12   352 refers to your left breast; is that
13   correct?
14       A.   It does say left breast.
15       Q.   Is the Complaint mistaken?   01:16
16       A.   It's my right breast.
17       Q.   You read this Complaint before
18   you authorized your lawyers to file it on
19   your behalf; correct?
20       A.   Yes.                    01:16
21       Q.   You were asked to confirm that
22   it was accurate; correct?
23       A.   Yes.
24       Q.   At some point Mr. Rubin left the
25   apartment?                       01:17
```

37 (Pages 142 to 145)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 146

1        █████ Hallman
2        A.   Yes.
3        Q.   And just you and Ms. ████ were
4    present?
5        A.   Yes.                    01:17
6        Q.   And I think you were beginning
7    to describe what happened after Mr. Rubin
8    left?
9        A.   I don't remember anything but
10   crying.                          01:17
11       Q.   You don't remember anything
12   other than crying?
13       A.   Correct.
14       Q.   And Ms. ████ was crying as well?
15       A.   Yes.                    01:17
16       Q.   Did you contact the police?
17       A.   No.
18       Q.   Why not?
19       A.   I don't know.
20       Q.   You don't know?         01:17
21       A.   I was embarrassed.
22       Q.   Did you discuss with Ms. ████
23   whether you should contact the police?
24       A.   No.
25       Q.   Do you know if Ms. ████   01:17

Page 147

1        █████ Hallman
2    contacted the police?
3        A.   I don't know.
4        Q.   You have no reason to think that
5    she did, I take it?               01:18
6        A.   Right.
7        Q.   Did you think about leaving the
8    apartment at that point?
9        A.   Yes.  I thought about leaving
10   before that point, too.          01:18
11       Q.   Did you leave?
12       A.   I couldn't.
13       Q.   After Mr. Rubin left, you
14   couldn't leave the apartment?
15       A.   After he left, I could.   01:18
16       Q.   After he left, did you leave the
17   apartment?
18       A.   No.
19       Q.   You remained there that night?
20       A.   Yes.                    01:18
21       Q.   Why didn't you leave?
22       A.   He wasn't there anymore.  It was
23   just her and I.
24       Q.   Was --
25       A.   We didn't want to tell anybody.   01:18

Page 148

1        ████ Hallman
2

Page 149

1        ████ Hallman
2

38 (Pages 146 to 149)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 150

1      ████Hallman
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 151

1      ████Hallman
2      home to Florida.  It hurt when I stretched,
3      when I breathed, and I didn't even say
4      anything to anyone but ████ about it, and ████
5      mentioned it to Jen and Jen and Howie texted     01:21
6      me about it and asked if I was okay and
7      heard I was having trouble breathing and
8      they were concerned and they wanted me to go
9      to a doctor.
10         Q.    When did ████ mention to Jen that     01:21
11     she was concerned about your having trouble
12     breathing?
13         A.    I don't know.
14         Q.    Was that something that you
15     think happened that night?                        01:21
16         A.    I don't know.
17         Q.    You don't recall?
18         A.    No.
19         Q.    And Jen was concerned about your
20     health and suggested that you go to a doctor?     01:21
21         A.    Yes.
22         Q.    Did you do that?
23         A.    Yes.
24         Q.    When was that?
25         A.    I don't remember.                       01:22

Page 152

1      ████Hallman
2         Q.    Was it after your return from
3      New York to Florida?
4         A.    Yes.
5         Q.    Which doctor did you see?        01:22
6         A.    He's a family all around
7      physician, he's my doctor, he's ████
8      ████
9         Q.    Is that your regular doctor?
10        A.    Yes.                            01:22
11        Q.    When did you consult with
12     Dr. ████ about any injuries that you had
13     sustained while you were in New York
14     visiting Mr. Rubin?
15        A.    Just a few days after I came     01:22
16     back from New York, I went and saw him and
17     told him and he said there was nothing much
18     you could do about a bruised or broken rib,
19     just to let it heal.
20        Q.    And you think you went to see     01:22
21     the doctor in August of 2016?
22        A.    Yes.
23        Q.    Did the doctor prescribe any
24     medication for you?
25        A.    At that time, no.               01:23

Page 153

1      ████Hallman
2         Q.    Did he suggest any medical
3      treatment at that time?
4         A.    I told him ████████████████████
5      ████████████████████████████████████████████
6      ████████████
7         Q.    You didn't tell the doctor about
8      your experiences with Mr. Rubin?
9         A.    No.
10        Q.    How did you explain how you'd     01:23
11     been injured?
12        A.    I said I fell.
13        Q.    Did you consult with the doctor
14     about the injury to your breast?
15        A.    No.                             01:23
16        Q.    Why not?
17        A.    He's not a plastic surgeon and I
18     have implants.
19        Q.    Did you discuss with a plastic
20     surgeon about the claimed injury to your     01:23
21     breast at any time?
22        A.    No.
23        Q.    Why not?
24        A.    I don't know.  I don't know.
25        Q.    You don't know.                  01:24

39  (Pages 150 to 153)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 154

1          ███████Hallman
2          You also allege that you had
3    facial bruising and head trauma.
4          A.   Yes.  I was punched in the back
5    of the head.  And I was █████████████     01:24
6    and my face was shoved into the carpet, so I
7    had like █████████████.
8          Q.   Was your face visibly damaged?
9    If someone looked at you after you left the
10   apartment, were they able to see some injury    01:24
11   to your face, do you know?
12          MR. GROSSMAN:  Objection,
13   vague.  And objection, calls for
14   speculation.
15          Q.   Okay.  Would you --         01:24
16          MR. GILBERT:  I'm sorry.
17          Q.   Looking in the mirror, could you
18   see that there was injury?
19          A.   Yes.
20          Q.   What did you see?          01:24
21          A.   Just red marks from rug burn or
22   something.  I put makeup on it, covered it
23   up, didn't think anything about it.
24          Q.   You were able to cover it up
25   with some makeup?                    01:25

Page 155

1          ███████Hallman
2          A.   Yes.
3          Q.   You weren't bleeding from the
4    face?
5          A.   No.                01:25
6          Q.   And you didn't have swelling
7    that couldn't be covered with a small amount
8    of makeup?
9          A.   I did not.
10          Q.   Did you fall asleep in the      01:25
11   apartment?
12          A.   Yes, I went to sleep in that
13   apartment.
14          Q.   And it was just you and
15   Ms. ███████?                01:25
16          A.   Yes.
17          Q.   Mr. Rubin did not return to the
18   apartment that night?
19          A.   No.
20          MR. GROSSMAN: Objection. Calls    01:25
21   for speculation.  Just wait for --
22          Q.   Do you recall if Mr. Rubin
23   returned to the apartment?
24          A.   He didn't.
25          Q.   I'm sorry.  You said he didn't?   01:26

Page 156

1          ███████Hallman

Page 157

1          ███████Hallman

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 170

```
 1                    Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 172

```
 1                    Hallman
 2   that you wrote Exhibit 18?
 3      A.   No.
 4      Q.   It doesn't?
 5      A.   No.                    02:55
 6      Q.   Do you think someone else wrote
 7   those words on that paper?
 8      A.   I don't know.
 9      Q.   You don't know?
10      A.   No.                    02:55
11      Q.   Do you have any recollection of
12   the days following your visit to New York
13   when you returned to Florida?
14      A.   When?  I don't understand the
15   question.                      02:55
16      Q.   Well, we looked at your airline
17   information, it looked like you flew back to
18   Florida on August 23; correct?
19      A.   Yes.
20      Q.   Do you remember flying back?    02:56
21      A.   Honestly, no.  I mean, I know I
22   flew back, I just don't remember.
23      Q.   Do you know if you traveled with
24   Ms.        ?
25      A.   Well, we live in two different   02:56
```

Page 171

```
 1                    Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 173

```
 1                    Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

44 (Pages 170 to 173)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 178

| | |
|---|---|
| 1 | ████ Hallman |

Page 179

| | |
|---|---|
| 1 | ████ Hallman |

Page 180

| | |
|---|---|
| 1 | ████ Hallman |

Page 181

| | |
|---|---|
| 1 | ████ Hallman |
| 2 | Q.   Topless performer? |
| 3 | A.   Only a topless club. |
| 4 | Q.   You never worked at ████? |
| 5 | A.   No.                                    03:04 |
| 6 | Q.   Did you speak to Ms. ████ about |
| 7 | your travel to New York in August of 2016 at |
| 8 | this time? |
| 9 | A.   At what time? |
| 10 |      MR. GROSSMAN:  Objection.  Vague.    03:04 |
| 11 | Q.   Do you recall whether in August |
| 12 | of 2016 you had any discussion with Ms. ████ |
| 13 | about your trip to New York in August of 2016? |
| 14 | A.   I don't remember. |
| 15 | Q.   You don't recall whether you had    03:04 |
| 16 | any conversation with her about Mr. Rubin in |
| 17 | August of 2016? |
| 18 | A.   I don't remember if I did in |
| 19 | August. |
| 20 | Q.   September of 2016?                03:05 |
| 21 | A.   At some point I did.  I just |
| 22 | don't remember when. |
| 23 | Q.   And whatever point it was, what |
| 24 | conversation do you recall? |
| 25 | A.   I don't really recall the        03:05 |

46  (Pages 178 to 181)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 182

1                     ███Hallman
2   ████████████████████████████████████
3   ████████████████████████████████████
4   ████████████████████████████████████
5   ████████████████████████████████████
6   ████████████████████████████████████
7   ████████████████████████████████████
8   ████████████████████████████████████
9   ████████████████████████████████████
10  ████████████████████████████████████
11  ████████████████████████████████████
12  ████████████████████████████████████
13  ████████████████████████████████████
14  ████████████████████████████████████
15  ████████████████████████████████████
16  ████████████████████████████████████
17  ████████████████████████████████████
18  ████████████████████████████████████
19  ████████████████████████████████████
20  ████████████████████████████████████
21  ████████████████████████████████████
22  ████████████████████████████████████
23  ████████████████████████████████████
24  ████████████████████████████████████
25  ████████████████████████████████████

Page 183

1                     ███Hallman
2   Does this reflect that you were with
3   Ms. ███ on that day or is it not clear?
4        A.   Yes.
5        Q.   I'm sorry.  If I said 2018, I      03:07
6   meant 2016.
7        A.   Yes, that is the date, 2016, and
8   even though I am not tagged in it, she writes
9   ███████████
10       Q.   So you think you were with her   03:07
11  on that day?
12       A.   Yes.  We have eaten together at
13  Sea Watch before.
14       Q.   Do you remember any discussion
15  with her that day about Mr. Rubin?       03:07
16       A.   No.
17       Q.   Do you remember any discussion
18  about the trip that you had just returned
19  from to New York?
20       A.   On that day, I don't remember      03:07
21  discussing that with her.
22       Q.   At some point did you introduce
23  Ms. ███ to either Ms. Powers or Mr. Rubin?
24       A.   Yes.
25       Q.   And when was that?            03:08

Page 184

1                     ███Hallman
2        A.   I don't remember a date.
3        Q.   It was after your first trip to
4   New York in August of 2016?
5        A.   Yes.                          03:08
6        Q.   And why did you introduce
7   Ms. ███ to Mr. Rubin and Ms. Powers?
8        A.   I don't know.
9        Q.   You don't know?
10       A.   I don't know why I introduced    03:08
11  them.
12       Q.   Did you try to arrange for
13  Ms. ███ to travel to New York to meet with
14  Mr. Rubin?
15       A.   I did not arrange that travel;    03:08
16  no.  Or try to; no.
17       Q.   Did you suggest to Ms. ███ that
18  she should travel to New York to meet with
19  Mr. Rubin?
20       A.   I don't think I suggested it to   03:08
21  her.
22       Q.   Did you discuss it with her at
23  all?
24       A.   Yes.
25       Q.   What did you discuss?           03:09

Page 185

1                     ███Hallman
2   ████████████████████████████████████
3   ████████████████████████████████████
4   ████████████████████████████████████
5   ████████████████████████████████████
6   ████████████████████████████████████
7   ████████████████████████████████████
8   ████████████████████████████████████
9   ████████████████████████████████████
10  ████████████████████████████████████
11  ████████████████████████████████████
12  ████████████████████████████████████
13  ████████████████████████████████████
14  ████████████████████████████████████
15  ████████████████████████████████████
16  ████████████████████████████████████
17  ████████████████████████████████████
18  ████████████████████████████████████
19  ████████████████████████████████████
20  ████████████████████████████████████
21  ████████████████████████████████████
22  ████████████████████████████████████
23  ████████████████████████████████████
24  ████████████████████████████████████
25  ████████████████████████████████████

47 (Pages 182 to 185)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 198

1  ▌Hallman

Page 200

```
 1              ▌Hallman
 2    A.   Yes.
 3    Q.   Facial bruising?
 4    A.   Yes.
 5    Q.   Among other injuries?          03:25
 6    A.   Yes.
 7    Q.   Why did you choose to visit
 8  Mr. Rubin again in September of 2016 if you
 9  had suffered those injuries in August 2016?
10    A.   I don't know why.            03:25
11    Q.   You understood that in September
12  of 2016 when you were traveling to New York
13  with Ms. ▌, the purpose of the trip was
14  to engage in rough sex with Mr. Rubin in
15  exchange for money; correct?          03:25
16    A.   No.
17    Q.   What was the purpose of the trip?
18    A.   We were supposed to have dinner
19  and drinks this time, which we did.
20    Q.   Did anyone ever force you to     03:25
21  travel to New York in September of 2016?
22    A.   No.
23    Q.   You chose to do that on your
24  own; right?
25    A.   Yes.                    03:26
```

Page 199

1  ▌Hallman

Page 201

1  ▌Hallman

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 210

```
 1              Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 211

```
 1              Hallman
 2      A.    We left.
 3      Q.    And you went back to the
 4   apartment --
 5      A.    Yes.                    03:36
 6      Q.    -- Mr. Rubin's apartment?
 7      A.    Yes.
 8      Q.    And why did you go there?
 9      A.    Because our luggage was there.
10      Q.    Were you intending to spend the   03:36
11   night?
12      A.    Yes.
13      Q.    You didn't know at that point
14   whether Mr. Rubin was going to return to the
15   apartment?                        03:36
16      A.    Correct.
17      Q.    Did you consider getting a hotel
18   room at some point instead of staying in the
19   apartment?
20      A.    Yes.                    03:36
21      Q.    Why did you do that?
22      A.    I don't remember.
23      Q.    You don't remember?
24      A.    No.
25      Q.    But you didn't in fact get a     03:36
```

Page 212

```
 1              Hallman
 2   hotel room?
 3      A.    No.
 4      Q.    At some point did Mr. Rubin
 5   return to the apartment?            03:37
 6      A.    Yes.
 7      Q.    When was that?
 8      A.    I don't know.
 9      Q.    How long were you there after
10   you left the restaurant and went to the   03:37
11   apartment before Mr. Rubin arrived
12   approximately?
13      A.    I can't say.  I don't know.  I
14   don't remember time.
15      Q.    What happened when Mr. Rubin     03:37
16   arrived?
17      A.    We were arguing.
18      Q.    Who was arguing?
19      A.    All three of us.
20      Q.    What were you arguing about?     03:37
21      A.    About the man who approached me
22   outside and hit on me.
23      Q.    What do you remember saying?
24      A.    That it wasn't my fault that
25   some random guy hit on me.           03:37
```

Page 213

```
 1              Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

54 (Pages 210 to 213)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 214

1           ██████Hallman
2     Q.   At the restaurant?
3     A.   Yes.
4     Q.   Did you also drink in the
5  apartment?                    03:38
6     A.   Later.
7     Q.   When you say a lot, do you know
8  how many drinks approximately you had?
9     A.   I don't recall exactly.
10    Q.   And then Mr. Rubin came back to    03:39
11  the apartment, you said?
12    A.   Yes.
13    Q.   What happened then?
14    A.   More arguing.
15    Q.   What was the argument about?    03:39
16    A.   Still the same topic of the guy.
17    Q.   And then what happened?  Do you
18  recall anything else in that evening?
19    A.   I just remember a lot of
20  arguing, bickering back and forth, and at    03:39
21  one point we settled the argument or we all
22  stopped arguing.
23    Q.   What happened after you stopped
24  arguing?
25    A.   He made us a drink.          03:40

Page 215

1           ██████Hallman
2     Q.   You had another drink?
3     A.   Yes.
4     Q.   Did Ms. ██ have a drink?
5     A.   Yes.                        03:40
6     Q.   And then what happened?  If you
7  recall.
8     A.   I don't really remember.
9     Q.   You don't remember anything else
10  happening at the apartment?        03:40
11    MR. GROVER:  Could both of you
12  speak up?  I couldn't hear you either.
13    Q.   My question was:  You don't
14  remember anything else happening at the
15  apartment that night?              03:40
16    A.   No, I don't.  No.
17    Q.   Do you remember leaving the
18  apartment?
19    A.   No.
20    Q.   Do you remember leaving the next    03:41
21  day?
22    A.   I know we left the next day.  I
23  just don't remember it.
24    Q.   Did you return to Florida the
25  next day?                        03:41

Page 216

1           ██████Hallman

Page 217

1           ██████Hallman

55 (Pages 214 to 217)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 282

1   ████/Hallman

(lines 2–25 redacted)

Page 283

1
2   ████Hallman

(lines 3–25 redacted)

Page 284

1   ████/Hallman

(lines 2–25 redacted)

Page 285

1   ████Hallman
2      Q.   Do you remember communicating to
3   Ms. Powers that she should express to
4   Mr. Rubin that you loved him in February of
5   2017?                              05:24
6      A.   No.
7      Q.   And seeing these words on the
8   paper does not refresh your memory about
9   expressing that sentiment to Ms. Powers in
10  February of 2017?                  05:25
11     A.   No.
12     Q.   Did you see Mr. Rubin in Florida
13  in March of 2017?
14     A.   Yes.
15     Q.   What do you recall about that    05:25
16  meeting?
17     A.   It was in Miami and we went to
18  dinner.
19     Q.   Who was present?
20     A.   Me, ████ my friend ████,        05:25
21  Howard Rubin and ████.
22     Q.   Who is ████?
23     A.   ████, she is my friend
24  from back in Fort Lauderdale.
25     Q.   I'm sorry.  Your friend from    05:26

72 (Pages 282 to 285)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 286

```
 1                    Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 288

```
 1                    Hallman
 2       A.    Correct.
 3       Q.    And, in fact, that's what
 4 happened, you had dinner and drinks?
 5       A.    Yes.                    05:28
 6       Q.    And you got paid $500?
 7       A.    I don't remember the number.
 8       Q.    Is there anything else that you
 9 remember about this dinner other than what
10 you've described?                    05:28
11       A.    I remember       and Howie
12 getting into an argument.
13       Q.    And what was the argument about?
14       A.    She wanted to leave.
15       Q.    Leave the dinner?        05:29
16       A.    Yes.
17       Q.    Was there some reason she
18 couldn't leave the dinner?
19       A.    Not with -- I think I drove.  We
20 all had to go.                      05:29
21       Q.    She wanted you to take her home?
22       A.    She wanted us to all to leave.
23       Q.    And you wanted to stay?
24       A.    No.  We -- we left.
25       Q.    You left?                05:29
```

Page 287

```
 1                    Hallman
 2       Q.    Ms.        ?
 3       A.    Yes.  And      .
 4       Q.    And        .
 5             And what happened at the dinner?   05:27
 6       A.    We had dinner and drinks.
 7       Q.    Do you remember anything else
 8 about it?
 9       A.    We were on a rooftop terrace,
10 which was part of their room, so we ate      05:27
11 outside on the couches overlooking the hot
12 tub and the pool.
13       Q.    You hadn't seen Mr. Rubin since
14 October of 2016 before this evening?
15       A.    Correct.                 05:27
16       Q.    Did you get paid by Mr. Rubin
17 that evening?
18       A.    Yes.
19       Q.    What was your understanding of
20 how much you were going to get paid?      05:28
21       A.    I don't remember the number.
22       Q.    And what was the reason for the
23 payment?
24       A.    To have dinner and drinks.
25       Q.    And nothing more?        05:28
```

Page 289

```
 1                    Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

73 (Pages 286 to 289)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 306

1      ████ Hallman

Page 307

1      ████ Hallman

Page 308

1      ████ Hallman

Page 309

1      ████ Hallman
2      Q.   Did you suffer from any of those
3 symptoms prior to meeting Mr. Rubin?
4      A.   No. I slept great before I met
5 Mr. Rubin, I had confidence, I didn't have    05:53
6 anxiety.
7      Q.   You never had any emotional or
8 mental-related illnesses?
9      A.   No. Not that I was ever
10 diagnosed.      05:53
11      (Hallman Exhibit 31, medical
12 record of ████ from
13 ████ M.D., bearing
14 Bates Nos. ████ 000001-14,
15 marked for identification, as of this
16 date.)
17      Q.   I show you Exhibit 31, and if
18 you turn to the very last page of this
19 exhibit, it's marked ████ 000014. ████
20 ████ is the --      05:54
21      A.   What?
22      Q.   -- doctor that you referred to
23 earlier.
24      MR. ROSE: It's the next page.
25      A.   Sorry. So sorry. What did you    05:54

78 (Pages 306 to 309)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 310

```
 1              ████████Hallman
 2  say?  I'm sorry.
 3       Q.    ████████ is the doctor that
 4  you referred to earlier?
 5       A.    Yes.                      05:54
 6       Q.    That's your regular doctor in
 7  Fort Lauderdale?
 8       A.    Yes.
 9       Q.    And in looking at this document
10  marked 0014, it says:  To Whom It May   05:54
11  Concern Regarding ████████.
12       Do you see that at the top?
13       A.    Yes.
14       Q.    It says: ████████ is my
15  patient.  I am intimately familiar with her  05:54
16  history and with ████████████
17  ████████████████████.
18
19       Do you see that?
20       A.    Yes.                      05:55
21       Q.    This letter is dated February 26
22  of 2016.  Do you see that up at the top?
23       A.    I see 2018.
24       Q.    You read that as an 8?
25       A.    Yes.  I don't see a 6 at the top  05:55
```

Page 311

```
 1              ████████Hallman
 2  of the page anywhere.  I see 2018 in two
 3  different places.
 4       Q.    Where do you see that?
 5       A.    2018, 2018.               05:55
 6       Q.    The fax line?
 7       A.    Yes.  Oh, I'm looking right
 8  here.  2016.  Yes.  I see that.
 9       Q.    You see 2016 there?
10       A.    Yes.                      05:55
11       Q.    This appears to be a letter that
12  was written in February of 2016?
13       A.    Yes.
14       Q.    And the letter is from your
15  doctor and it says that you have functional  05:55
16  limitations imposed by your ████████
17  ████████?
18       A.    Yes.  That's what it says.
19       Q.    And this was six months before
20  you ever met Mr. Rubin; correct?   05:56
21       A.    Yes.
22       Q.    Did you ever see ████████
23  ████████?  I may be mispronouncing
24  the last name.
25       A.    Yes.                      05:56
```

Page 312

```
 1              ████████Hallman
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 313

```
 1              ████████Hallman
 2       A.    I'm not --
 3       Q.    Would that be right?
 4       A.    I'm not going to speculate or
 5  guess.  I don't know exactly when.   05:57
 6       Q.    Why did you go see her?
 7       A.    Because there are things I
 8  wanted to talk to her about and I ████████
 9  ████ to.
10       Q.    Which ████████████     05:57
11  ████████?
12       A.    Yes.
13       Q.    When I referred earlier to
14  ████████████████████████
15  ████████████████████     05:58
16       A. ████  There was no
17  ████████ required.
18       (Hallman Exhibit 32, session
19  notes bearing Bates Nos. SMP000001-4,
20  marked for identification, as of this   05:58
21  date.)
22       Q.    I'm going to show you Exhibit 32.
23  If you look at the first page, ████████████
24  ████████
25  on December 11, 2017?              05:58
```

79  (Pages 310 to 313)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 314

1        ██████Hallman
2        A.   Yes.
3        Q.   And do you see in the first
4   paragraph in the last sentence it says:
5   ████████████████████████        05:59
6   ██████████████████
7   ██████████████████████
8   ██████████?
9        A.   Yes.  I see that.
10       Q.   So when you started to see this      05:59
11  therapist, your ████████was still ongoing
12  and you were referring to an ██████████
13  ████████; correct?
14       A.   Yes.  To my ████████████.
15       Q.   And ██████████████        05:59
16  ████████████████████████
17  ████████████████████?
18       A.   I told her that that was one of
19  the things; yes.
20       Q.   Did you ever mention Mr. Rubin       05:59
21  to her?
22       A.   No, ████████████████
23  ██
24       Q.   ██████████████ but not
25  Mr. Rubin?        05:59

Page 315

1        ██████Hallman
2        A.   No.  I mentioned ████████████
3   ████, things like that.
4        MR. GILBERT:  Why don't we go
5   off the record for a few minutes and      06:00
6   then we can figure out what we have
7   remaining.
8        THE VIDEOGRAPHER:  We need to
9   change disk anyway.
10       MR. GILBERT:  Okay.  Good enough.      06:00
11       THE VIDEOGRAPHER:  We are going
12  off the record at 6:01 p.m.  This
13  completes disk number 4 of the
14  deposition of ████████
15       (Whereupon, a recess was taken.)      06:00
16       THE VIDEOGRAPHER:  We are on the
17  record at 6:21 p.m.  This begins disk 5
18  of the deposition of Kristina Hallman.
19  EXAMINATION BY
20  MR. GROVER:        06:20
21       Q.   Ms. ████, my name is Douglas
22  Grover.  I represent Jennifer Powers.  You
23  know Ms. Powers; right?
24       A.   Yes.
25       Q.   She's here in this room today?      06:20

Page 316

1        ██████Hallman

Page 317

1        ██████Hallman

TransPerfect Legal Solutions
212-400-8845 – Depo@TransPerfect.com