# EXHIBIT 2

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x
HILLARY LAWSON, KRISTINA HALLMAN,
STEPHANIE CALDWELL, MORA HATHAWAY,
MACEY SPEIGHT, ROSMARIE PETERSON,
AND LAUREN FULLER,

        Plaintiffs,

                     Case No.
      vs.             1:17-CV-06404

HOWARD RUBIN, JENNIFER POWERS
and the DOE COMPANY,

        Defendants.
----------------------------------x

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Videotaped Deposition of ████████

proceeding pseudonymously as

HILLARY LAWSON

New York, New York

Tuesday, September 25, 2018 - 10:31 a.m.

Reported by:

Jennifer Ocampo-Guzman, CRR, CLR

Job no: 22860

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 30

        █████/Lawson

Page 31

        █████/Lawson

Page 32

        █████/Lawson

Page 33

        █████/Lawson

```
 1
 2        There's many different form.
 3        Q.   What about a session that's not a
 4   model workshop session, how are you paid
 5   there?
 6        A.   Cash, typically.
 7        Q.   And is that an hourly fee?
 8        A.   Yes.
 9        Q.   Did you typically use social media
10   as a marketing tool?
11        A.   One of them.
12        Q.   When you say "One of them," you
13   mean one form of social media you used as a
14   marketing tool?
15        A.   There's many forms.
16        Q.   And did you use many forms of
17   social media to market yourself?
18        A.   Correct, yes.  My portfolio is
19   posted on --
20        Q.   I'm sorry, on?
21        A.   My portfolio is posted.
22        Q.   Is posted on what?
23        A.   Social media.
24        Q.   What platforms is it posted on?
25        A.   ███████
```

9 (Pages 30 to 33)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 34

/Lawson
1
2    Q.  Yes.
3    A.  Instagram is one that models use.
4    Q.  I'm sorry, Instagram is one?
5    A.  Instagram is one that models use.
6    Q.  Do you use it?
7    A.  I have.
8       Facebook.
9    Q.  Any others?
10   A.  I don't remember.  That's what I
11 remember.
12   Q.  That's what you remember.  Okay.
13      How did you first learn of Mr.
14 Rubin?
15   A.  I was contacted on Instagram.
16   Q.  I'm sorry?
17   A.  I was contacted on Instagram.
18   Q.  By whom?
19   A.  Jennifer Powers.
20   Q.  And did you know Ms. Powers?
21   A.  No.
22   Q.  Did you know Mr. Rubin?
23   A.  No.
24   Q.  And what did Ms. Powers say to you
25 on Instagram, and what did you say to her?

Page 36

/Lawson

Page 35

/Lawson

Page 37

/Lawson

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 42

```
1                    ▮▮▮▮/Lawson
2        Q.  You don't remember that?
3        A.  I don't remember that.
4        Q.  Paragraph 310, "Still not
5   completely convinced Lawson had phone calls
6   with both ▮▮▮ and Powers.  Because of her
7   initial skepticism, Lawson wanted as much
8   information as she could obtain."
9            Ms. ▮▮▮▮, you of course are Lawson
10  in that sentence.  Do you recall, is that
11  sentence accurate, did you have phone calls
12  with both ▮▮▮ and Powers?
13       A.  Yes.
14       Q.  And can you tell me what you recall
15  of those phone calls?
16       A.  I don't remember.
17       Q.  You don't remember any part of
18  them?
19       A.  It's been a long time.  I don't
20  remember.  I don't want to guess.
21       Q.  Paragraph 311, "Consistent with the
22  venture's goals and Rubin's directions, both
23  ▮▮▮ and Powers lied in all communications
24  with Lawson, claiming Rubin was not
25  threatening and noting that Rubin was a very
```

Page 43

```
1                    ▮▮▮▮/Lawson
2   wealthy man who enjoyed women and liked to
3   take care of them."
4            Do you recall, Ms. ▮▮▮▮, whether
5   that sentence or any part of it is true or
6   accurate?
7        A.  I can't, I don't recall if this
8   is -- this is not my document.
9        Q.  Understood.
10           The next paragraph, "Powers and
11  ▮▮▮ told Lawson that Rubin liked
12  large-breasted woman and that Rubin said he
13  liked the photos he had seen of Lawson."
14           Do you recall, Ms. ▮▮▮▮, whether
15  that statement is accurate?
16       A.  I don't recall if that was
17  accurate.
18       Q.  And again, you don't recall
19  anything about what Ms. Powers or Ms. ▮▮▮▮
20  told you; is that correct, in August of 2016?
21       A.  I would say the one thing I can
22  remember is that he had an ▮▮▮▮▮▮▮▮▮
23  ▮▮▮.  I remember that being said, I
24  can't tell you who said it.
25       Q.  Okay, so you remember that was
```

Page 44

```
1                    ▮▮▮▮/Lawson
2   being said.  Do you remember anything else
3   that was said?
4        A.  I don't want to speculate on -- I
5   don't want to speculate on that.
6        Q.  I don't want you to speculate, but
7   if there's anything else you remember, please
8   tell me.
9        A.  And I don't want to guess.
10       Q.  So you don't remember?
11       A.  No.
12       Q.  And even looking at this doesn't
13  help you, doesn't refresh your recollection?
14       A.  No, because I don't -- this isn't
15  my document.
16           MR. GROVER:  I'm sorry.  My name is
17       Douglas Grover, and I'm one of the
18       attorneys on the case and I'm sitting on
19       the side.  I'm unable to hear the
20       witness for the last sentence.  Could we
21       have that read back?
22           MR. ROSENBERG:  Do you want to read
23       that back?
24           (A portion of the record was read.)
25       Q.  Well, I'll ask you as best you can
```

Page 45

```
1                    ▮▮▮▮Lawson
2   to keep your voice up.
3            Paragraph 313, the next paragraph,
4   "Powers reassured Lawson that she did not
5   need to worry and that the trip would not be
6   about sex and at most would entail some
7   fetish play and potentially photos."
8            Is that sentence accurate?
9        A.  I would say yes.
10       Q.  And what -- do you remember what
11  was said in the call about, on this subject?
12       A.  I don't remember exactly what was
13  said.
14       Q.  Generally, what was said on this
15  subject?
16       A.  That there was photos and videos.
17       Q.  I'm sorry, when you say "That there
18  was photos and videos," could you explain
19  what was said?
20       A.  Photos and videos would be taken.
21       Q.  Okay.  So you were told that?
22       A.  Correct.
23       Q.  You remember that?
24       A.  Yes.
25       Q.  And what was it -- okay.
```

12  (Pages 42 to 45)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 46

1          ███████/Lawson
2          This refers to "some fetish play."
3     Do you recall that being said?
4          A.  Yes.
5          Q.  And what do you remember being said
6     about that?
7          A.  I do not -- I don't want to guess
8     on what was said.  I just knew it was a
9     fetish job.
10         Q.  What did you understand -- okay.
11    You said you "knew it was a fetish job."
12    What is a fetish job?
13         A.  Can you rephrase that differently?
14    Like?
15         Q.  Ma'am, you testified, "I just knew
16    it was a fetish." And my question is:
17    What did you under -- what is a fetish job?
18         A.  It depends.
19         Q.  Tell me what it depends on.
20         A.  There is many different fetishes.
21         Q.  Had you been on fetish jobs before?
22         A.  Yes.
23         Q.  And so tell me what a fetish job
24    is.
25         A.  Which one?

Page 47

1          ███████/Lawson
2          Q.  The one you understood would be an
3     issue with Mr. Rubin.
4          A.  Photos, videos.
5          Q.  Of what?
6          A.  Light Bondage, I suppose.  I don't
7     recall exactly what was said, so I don't want
8     to speculate on that.
9          Q.  When you said, "light bondage, I
10    suppose," what made you think there was a
11    discussion of bondage?
12         A.  Because that's what I was told.
13         Q.  Okay.  So you were told it would be
14    bondage?
15         A.  Correct.
16         Q.  And this says, "Entails some fetish
17    play and potentially photos."  So is it
18    correct that you were told there might be
19    photos, there might not be photos, correct?
20         A.  I don't recall exactly.
21         Q.  You understood it might just
22    involve bondage --
23         MR. GROSSMAN:  Objection --
24         Q.  -- but no photos; is that correct?
25         MR. GROSSMAN:  Sorry, counsel.

Page 48

1          ███████/Lawson
2          Objection, misstates testimony, but
3     you can answer.
4          A.  Can you say that question again,
5     please?
6          Q.  This says, "Entail -- light fetish
7     play and potentially photos."  So is it
8     correct that you were told there might be
9     photos or there might not be photos, correct?
10         A.  I don't remember exactly what was
11    said.
12         Q.  Other than that there would be
13    bondage involved?
14         A.  I don't remember exactly, I don't
15    remember exactly what was said.
16         Q.  Did there come a time after your
17    conversation with Ms., conversations with Ms.
18    Powers and Ms. ██████ that you agreed to go to
19    New York to meet with Mr. Rubin?
20         A.  Yes.
21         Q.  And how much time passed between
22    your first communications with Ms. Powers and
23    Ms. ██████ and your agreement to go to New
24    York?
25         A.  I don't recall.

Page 49

1          ███████/Lawson
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

13 (Pages 46 to 49)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 50

1          ███/Lawson
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 51

1          ███/Lawson
2       A.  I don't recall.
3       Q.  Do you recall having any
4   communications with her about what you
5   expected to happen in New York?
6       A.  I don't recall the conversation.
7       Q.  Do you recall that there were
8   financial arrangements made before you went
9   to New York?
10      A.  Can you rephrase that?
11      Q.  Did you understand that you would
12  be paid for your time in New York?
13      A.  Yes.
14      Q.  And how much did you understand you
15  would receive for being in New York?
16      A.  Initially, 2,000.
17      Q.  When you say "Initially, 2,000,"
18  can you explain what that means?
19      A.  That's what we were told was the
20  guarantee, 2,000.
21      Q.  And was there a possibility for
22  more?
23      A.  Yes.
24      Q.  And what was said about the
25  possibility for more?

Page 52

1          ███Lawson
2       A.  It depended on if he liked us.
3       Q.  Who said that?
4       A.  Ms. Powers.
5       Q.  And what did she say about that?
6       A.  If he liked us, then there could be
7   a potential for more.
8       Q.  Did she say how much more?
9       A.  3,000.
10      Q.  More?
11      A.  Correct.
12      Q.  And did you understand what you
13  would do or how you would be able to get
14  more, to get 5,000, rather than 2,000?
15      A.  For the job.
16      Q.  If he liked you on the job, you
17  would get 5,000?
18      A.  Correct.
19      Q.  What was the job?
20          What did you understand the job
21  would be?
22          MR. GROSSMAN:  Objection, vague.
23          Answer if you can.
24      A.  Can you rephrase that?
25      Q.  What did you understand the job

Page 53

1          ███/Lawson
2   would be?
3       A.  Fetish photos, videos.
4       Q.  So you would engage in fetish
5   behavior with Ms. ███; is that what you
6   understood?
7           MR. GROSSMAN:  Objection, misstates
8   testimony.
9           You can answer, if you know.
10      A.  Can you say that again, please?
11      Q.  Did you understand that you would
12  engage with fetish behavior with Ms. ███?
13      A.  I don't understand that.  I don't
14  understand that.
15      Q.  What don't you understand about the
16  question?
17      A.  With her?  I don't understand, no.
18  I don't recall that.
19      Q.  Did there come a time, Ms. ███
20  that you communicated with Mr. Rubin while
21  you were still in Florida, before you went to
22  New York and met him?
23      A.  I don't recall.
24      Q.  You don't recall that?
25      A.  I don't remember.

14  (Pages 50 to 53)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 54

1       ██████/Lawson
2       Q.  You don't recall -- if I were to
3   suggest to you that you shared text messages
4   with him and Ms. ████ and Ms. ████, does
5   that refresh your recollection at all?
6       A.  I don't remember.
7           MR. ROSENBERG:  Let's show what's
8   been marked as, previously marked as
9   Hallman Exhibit 11.
10      Q.  Take a moment to review this, and I
11  will represent to you that this was provided
12  by your counsel.  My question is, do you
13  recognize this?
14      A.  I haven't seen this.  I didn't go
15  over this.
16      Q.  I'm sorry?
17      A.  I don't know.  I haven't read over
18  this.
19      Q.  Okay.
20          Directing your attention to the
21  fourth page, that is the next-to-last page,
22  this appears to be an account of, a summary
23  of text messages among a group of people.
24  And you can see it goes in reverse
25  chronological order.  You can see by looking

Page 55

1       ██████/Lawson
2   at the time stamp and reading the time stamp
3   entries.
4           And you can see, under paragraph,
5   in paragraph, the line number 61, do you see
6   where it says "61" on the left-hand side?
7       A.  Yes.
8       Q.  And you see it says, "126 NYC"?
9       A.  I see that.
10      Q.  And then it says outgoing message;
11  do you see that?
12      A.  Yes.
13      Q.  And then it has several phone
14  numbers, do you see that?
15      A.  I see four.
16      Q.  Four phone numbers.
17          Do you recognize any of the phone
18  numbers?
19      A.  Just mine.
20      Q.  Which one is yours?
21      A.  ████████.
22      Q.  Okay.
23          Do you recognize Ms. ████ phone
24  number, among these three?
25      A.  I don't.

Page 56

1       ██████/Lawson
2       Q.  Do you see in the next column it
3   says, "Remote party name" --
4       A.  Yes.
5       Q.  -- that column.  And do you see it
6   says, "████████NYC, ████████
7   and Howie."
8           Do you see that?
9       A.  Yes.
10      Q.  Does this refresh your recollection
11  that you had a text message or text group
12  with ████████████, yourself and
13  Howie Rubin?
14      A.  No, not by looking at this.
15      Q.  And do you see where it says,
16  "8/17/2016 at 12:58:53 a.m.," and then it
17  says, "Nice to meet you, Howie"?
18      A.  That's what it reads on this paper.
19      Q.  Does that refresh your recollection
20  in any respect as to any communication you
21  had with Mr. Rubin?
22      A.  Not by reading this document, no.
23      Q.  I want to continue through what I
24  believe to be the text communications, so you
25  will go back one page.  That is the third

Page 57

1       ██████/Lawson
2   page in this document.
3           Do you see where it says, "Line
4   55"?
5       A.  Yes, I see line 55.
6       Q.  And do you see, reading over
7   "Remote party name," it says "Howie"?
8       A.  I see that.
9       Q.  And further to the right it says,
10  this is at 8:17.  At 4:52 p.m., it says,
11  "Nice to meet you, ladies."  Do you see that?
12      A.  That's what it reads here.
13      Q.  Yes.  Same question:  Does this
14  refresh your recollection at all as to any
15  communication you had with Mr. Rubin at this
16  time?
17      A.  No, not -- no.
18      Q.  Okay.  Going up five lines to line
19  number 50, do you see that?
20      A.  I see line 50.
21      Q.  And do you see where it says,
22  "Incoming message," and again, it says,
23  "Howie," 8/17/2016 at 6:45 p.m. and 16 seconds; do you
24  8/17/2016 at 6:45 p.m. and 16 seconds; do you
25  see that?

15 (Pages 54 to 57)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 58

```
1              ██████/Lawson
2       A.  That's what it says.
3       Q.  And do you see where it says, "Do
4  you girls know what you are in for"?
5       A.  "Do you girls know what you are in
6  for?"  Yes I see that.
7       Q.  Does this refresh your recollection
8  as to anything, as to any communication with
9  Mr. Rubin?
10      A.  I -- no.  I don't remember.
11      Q.  You don't remember this
12 communication at all?
13      A.  Not, not going off of this.
14      Q.  The line immediately above that,
15 49, line 49, which is immediately at 6:52:49
16 p.m., do you see that?
17      A.  Yes.
18      Q.  And it says, "██████ told us the
19 basics.  We are definitely excited about
20 this."  Do you see that?
21      A.  I see that, I see it.
22      Q.  Does this refresh your recollection
23 as to what ██████ had told you about what
24 would happen in New York?
25      A.  It does not.
```

Page 59

```
1              ██████/Lawson
2       Q.  Going up the next several lines,
3  you'll notice -- the next three lines, you
4  will notice that there are emojis in the
5  space that says "Content"?
6       A.  What line?
7       Q.  Lines 46, 47 and 48; do you see
8  that?
9       A.  I see 46.  I see 47.  I see 48.
10      Q.  And you see there are emojis in the
11 "Content" line?
12      A.  Yes.
13      Q.  Let's take them one at a time.  And
14 I wonder if you can tell me if you know what
15 the emojis are.
16          Do you know what the first emoji is
17 on line 48?
18          MR. GROSSMAN:  Objection, calls for
19      speculation.
20          Answer, if you can answer.
21      A.  I thought the first line was 46.
22      Q.  Okay, we'll start at 46.
23          Do you know what that emoji is?
24      A.  I do not.
25      Q.  Do you know who sent -- I'm sorry.
```

Page 60

```
1              ██████ Lawson
2       A.  It looks like a carrot.  I don't
3  know.  But I don't think it is.  I don't
4  know.
5       Q.  Do you know what the next emoji is,
6  on 47?
7       A.  That appears to be a double face.
8       Q.  Do you know what that means?
9          MR. GROSSMAN:  Objection, calls for
10      speculation.
11          But answer if you can.
12      A.  I mean the double face.
13      Q.  What does it mean?
14      A.  I don't know.
15      Q.  Did you send these emojis?
16      A.  I don't know.  I don't remember.  I
17 don't know if that's my -- if this is mine.
18      Q.  And what is the last -- on line 48,
19 do you know what that is?
20      A.  I don't know.  It's tiny.
21      Q.  On line 45, do you see line 45?
22      A.  I do.
23      Q.  And you see there appears to be a
24 message from Mr. Rubin, in that line?
25      A.  Yes.
```

Page 61

```
1              ██████ Lawson
2       Q.  Now do you see it says, "It's total
3  BDSM.  Most girls love it and come back for
4  more, but I just like to be upfront about
5  everything."
6          Do you see that?
7       A.  That's what it reads.
8       Q.  Do you know what BDSM is?
9       A.  I do not know what that stands for.
10      Q.  Do you have any idea what that
11 stands for?
12      A.  I do not.
13      Q.  Did you, in 2016, have any idea
14 what that stood for?
15          No?
16      A.  No.
17      Q.  Do you recall Mr. Rubin telling you
18 that your meeting with him would be total
19 BDSM?
20      A.  I don't -- by looking at this
21 document, I don't recall.
22      Q.  My question is, do you remember
23 that?
24      A.  No.
25      Q.  But you don't deny that he told you
```

16 (Pages 58 to 61)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 62

█████/Lawson

1  that, do you?
2
3        MR. GROSSMAN:  Objection, misstates
4  testimony.
5        MR. ROSENBERG:  I didn't misstate
6  any testimony.
7     Q.  Do you deny that he told you that?
8     A.  I don't remember this.
9     Q.  I didn't ask you that.  I think we
10 have the answer.
11       Let's continue up, continue here to
12 line 37.
13       Are you on 37?
14    A.  I am.
15    Q.  Great.
16       And you'll see that that indicates
17 an incoming message, and the remote party
18 name was Howie, do you see that?
19    A.  I see it.
20    Q.  And you see it's on August 21st in
21 2016?
22    A.  I see that.
23    Q.  And do you see it says, it's at ten
24 25 and 40 seconds in the evening?
25    A.  I see that.

Page 63

█████/Lawson

1
2     Q.  And do you see where it says,
3  "Ladies, can't wait to █████████you
4  tomorrow [double face]"?
5     A.  I see that.
6     Q.  Do you recall that message?
7     A.  I do not recall the messages.
8     Q.  Do you have an understanding of
9  what it means to say that he would ████ you
10 tomorrow?
11       MR. GROSSMAN:  Objection, calls for
12 speculation.
13       You can answer, if you can.
14    A.  No.
15    Q.  No understanding?
16    A.  I don't -- I don't recall this.
17 I'm sorry.
18    Q.  Let me ask you this:  In the line
19 immediately above the one I just directed
20 your attention to, so now turning to line 37
21 -- excuse me, directing your attention to
22 line 36, indicates a message, "But the
23 █████████ bar first, so we can all get
24 intoxicated," and then with an emoji.
25       Do you see that?

Page 64

█████/Lawson

1
2     A.  Yes, I see that.
3     Q.  Does that refresh your recollection
4  about any conversation you had with Mr.
5  Rubin?
6     A.  I don't remember.
7     Q.  You don't remember?
8     A.  Uh-uh.
9     Q.  Now, if you go to the very, the
10 second page of the exhibit, and this will be
11 line 32, which indicates -- are you on line
12 32?  The bottom of the page, I think the
13 second page of the exhibit.
14       Yes, the bottom of that page.
15    A.  This first one?
16    Q.  Yes, ma'am.  Do you see line 32?
17    A.  I'm on line 32.
18    Q.  Great.  And do you see that that is
19 a message that appears to be August 21st,
20 2016, at 10:49:38 seconds in the evening?
21    A.  That's what it says on this
22 document.
23    Q.  And you see it's, and the content
24 is "Going to be super fun.  We are excited."
25 Do you see that?

Page 65

█████/Lawson

1
2     A.  I see it.
3     Q.  Do you recall stating in the text
4  to Howie, to Mr. Rubin that you were
5  anticipating this would be super fun, and you
6  were excited?
7     A.  I don't recall any of this.
8     Q.  Do you recall ████ saying that at
9  any time?
10    A.  I don't recall.
11    Q.  How did you get to New York in
12 August of 2016?
13    A.  Flight.
14    Q.  How was the flight arranged?
15    A.  Jennifer Powers.
16    Q.  Ms. Powers arranged for you to come
17 to New York.  Did she pay for the flight?
18       MR. GROSSMAN:  Objection, calls for
19 speculation.
20       But answer if you can.
21    A.  Did she pay for it?
22    Q.  Yes, did you pay --
23       MR. ROSENBERG:  Withdrawn.
24    Q.  Did you pay for the flight?
25    A.  I did not.

17 (Pages 62 to 65)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 66

1 ████/Lawson
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 67

1 ████/Lawson
2 August 22nd your flight was delayed somewhat?
3    A.  I don't remember.
4    Q.  Do you recall that she gave you
5 instructions about where to go, when you
6 arrived?
7    A.  I don't remember.
8    Q.  Do you recall that you went to --
9 she asked you to come to New York, and you
10 agreed to come to New York, correct?
11    A.  She asked me to come to New York,
12 and I agreed.
13    Q.  And you agreed to, correct?
14    A.  Yes.
15    Q.  And no one forced you to come to
16 New York, correct?
17    A.  No.
18    Q.  You came of your own free will?
19    A.  Yes.
20    Q.  You came because you wanted to get
21 paid, correct?
22    A.  Yeah.
23    Q.  And when you went to the airport
24 from your home, you went alone, correct?
25    A.  Yes.

Page 68

1 ████/Lawson
2    Q.  You got on the airplane and you
3 flew alone to New York, didn't you?
4    A.  Yes.
5    Q.  And you flew, and you knew that you
6 would meet Ms. ████ in New York, correct?
7    A.  I knew that she was going to be
8 there, yes.
9    Q.  And you knew that you and she would
10 meet with Mr. Rubin, correct?
11    A.  Yes.
12    Q.  And do you recall where you went
13 first, when you arrived in New York?
14    A.  The -- I want to say the penthouse.
15    Q.  I'm sorry?
16    A.  The penthouse.
17    Q.  Okay.  What is the penthouse?
18    A.  What is the penthouse?
19    Q.  You say, "I want to say the
20 penthouse."
21       When you refer to "the penthouse,"
22 what are you referring to?
23    A.  The penthouse where we met.
24    Q.  Where you met with Mr. Rubin?
25    A.  With Jen.

Page 69

1 ████/Lawson
2    Q.  Well, let's take it step by step.
3       How did you get from the airport to
4 the penthouse?
5    A.  Probably an Uber.
6    Q.  And were you traveling alone at
7 that time?
8    A.  Yes.
9    Q.  You got to the penthouse, and you
10 went up to the penthouse.  Where was the
11 penthouse, if you recall?
12    A.  I don't recall.
13    Q.  Was it in midtown Manhattan?
14    A.  I don't recall.
15    Q.  Had you been to New York before?
16    A.  Yes.
17    Q.  Had you been, had you been there on
18 a few occasions, on many occasions?
19    A.  Maybe once.
20    Q.  Just once before?
21    A.  I don't remember.
22    Q.  You don't remember.
23    A.  I don't remember exactly.
24    Q.  When you arrived in the penthouse
25 --

18  (Pages 66 to 69)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 70

1         ████/Lawson
2         MR. ROSENBERG:  Just one second.
3         Q.  When you arrived at the penthouse,
4    what did you do?
5         A.  I took the elevator up to the top
6    floor.
7         Q.  And was anybody there?
8         A.  Was anybody on the top floor?
9         Q.  Yes.
10        A.  No.
11        Q.  Was Ms. Lawson -- forgive me.  Was
12   Ms. ████ already there?
13        A.  I knocked on the door.
14        Q.  Okay.  And you went in, or did
15   someone answer the door?
16        A.  Yes.
17        Q.  Who answered the door?
18        A.  Jennifer Powers.
19        Q.  So you hadn't met her before?
20        A.  No.
21        Q.  This is the first time?
22        A.  Correct.
23        Q.  Was anyone else present?
24        A.  ████.
25        Q.  Ms. ████.  Anybody else present?

Page 71

1         ████/Lawson
2         A.  Not that I can remember.
3         Q.  Approximately what time was it that
4    you arrived?
5         A.  I don't know.
6         Q.  And what happened after you arrived
7    at the penthouse?
8         A.  We were greeted by Jennifer Powers.
9         Q.  And what happened next?  What did
10   she say at that time and what did you say?
11        A.  We were given forms.
12        Q.  And what did you do with them?
13        A.  Signed them.
14        Q.  Did you have any discussion about
15   them?
16        A.  I believe there was.  I can't
17   recall.
18        Q.  You don't remember what was said
19   about them?
20        A.  Uh-uh.
21        Q.  She gave it to you and you signed
22   the form.
23        Do you read it before signing it?
24        A.  No.
25        Q.  Was anyone else present other than

Page 72

1         ████/Lawson
2    the three of you when you signed the form?
3         A.  I don't remember.  I want to say
4    no.
5         Q.  When you say, "I want to say no,"
6    it's your belief there was no one else
7    present, just the three of you?
8         A.  My belief, that is my belief.
9         Q.  And you don't recall anything
10   about, anything that was said in connection
11   with the signing of this document, correct?
12        A.  I don't want to speculate on what
13   was said.  I don't remember exactly.
14        Q.  So you don't remember.
15        Let me show you what I will ask to
16   you to mark as ████ Exhibit 1.
17        (Lawson Exhibit 1, Confidentiality
18   Agreement and Release, Bates Nos.
19   HR000049 and HR000050, marked for
20   identification, this date.)
21        MR. GROSSMAN:  I would just ask you
22   to mark this Lawson Exhibit 1, just to
23   keep it consistent.
24        MR. ROSENBERG:  Fair enough.
25   Lawson Exhibit 1.

Page 73

1         ████/Lawson
2         Q.  Please take a moment to look at
3    Lawson Exhibit 1 and tell me if you recognize
4    it.
5         Do you recognize it?
6         A.  I don't remember.
7         Q.  Do you -- I'm not quite sure if I
8    understand, "I don't remember."
9         Do you recognize this or not?
10        A.  I don't, I don't recognize it.
11   Obviously just all the way down, but --
12        Q.  When you say, "Obviously just all
13   the way down," just so the record is clear,
14   there are initials running down the left-hand
15   side of the page.  Are those, did you write
16   those initials, does that appear to be your
17   handwriting?
18        A.  I scribbled those, yes.
19        Q.  You think you did, okay, fine.
20        And on the back page it's signed
21   "████"
22        Does that appear to be your
23   signature?
24        A.  It appears to be.
25        Q.  Okay.  And what about the date

19 (Pages 70 to 73)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 74

1          ███/Lawson
2    that's written in, do you think you wrote
3    that date?
4          A.  Yeah.
5          Q.  Does that look like your
6    handwriting there?
7          A.  Yeah.
8          Q.  And does that say, 8/22/16?
9          A.  Yeah, I would think.
10         Q.  Does that appear to be 8/22/16?
11         A.  Yeah, it looks like a 2 or an 8.
12         Q.  But you recall you wrote the date
13   that you were in New York and the date that
14   you signed it, correct?
15         A.  If that was the date.
16         Q.  Now, before you signed it, did you
17   have any conversation with Ms. ███ about
18   it?
19         A.  No.
20         Q.  She signed it.  Did she sign hers
21   at the same time you signed yours?
22         A.  I don't recall.
23         Q.  Did you say, wait, I want more time
24   to review this?
25         A.  No.

Page 75

1          ███Lawson
2          Q.  You just received it and you signed
3    it?
4          A.  Yeah.
5          Q.  And after you signed this document,
6    or at any time when you signed the document,
7    did you note that it stated in the second
8    paragraph, "I have voluntarily agreed to
9    engage in sexual activity with (Rubin),
10   including Sadomasochistic (SM) activity that
11   can be hazardous and on occasion cause injury
12   to my person."
13         Do you see that?
14         A.  I see that's what's written here.
15         Q.  Did you read that at the time?
16         A.  I did not.
17         Q.  Okay.
18         MR. ROSENBERG:  We have two minutes
19   to the end.  Why don't we just end this.
20         THE VIDEOGRAPHER:  We're going off
21   the record at 12:10 p.m.  This concludes
22   tape 1 of the videotape deposition of
23   Ms. Hillary Lawson.
24         (A brief recess was taken.)
25         THE VIDEOGRAPHER:  We are on the

Page 76

1          ███/Lawson
2    record at 12:27 p.m.  This begins disk 2
3    of the deposition of Hillary Lawson.
4          Q.  Ms. Lawson, we just discussed your
5    signing of the NDA in the penthouse.
6          After you signed the NDA, what
7    happened next?
8          A.  We went to the ███.
9          Q.  Did you have anything to drink?
10   Before you went to the ███ did you have
11   a drink at the penthouse?
12         A.  I don't remember.
13         Q.  Do you recall any discussion with
14   Ms. Powers or Ms. ███ in the penthouse?
15         A.  I don't want to speculate.  I don't
16   remember exactly.
17         Q.  And you testified then that you, so
18   at some point you left the penthouse and went
19   to the ███?
20         A.  Yes.
21         Q.  Approximately how long were you in
22   the penthouse before, before you went to the
23   ███?
24         A.  I don't remember.
25         Q.  Can you approximate?

Page 77

1          ███/Lawson
2          A.  I can't.
3          Q.  How did you get to the ███?
4          A.  I believe we walked.
5          Q.  Did Ms. Powers walk with you, or
6    was it just you and Ms. ███?
7          A.  I don't remember.
8          Q.  Had you ever been to the ███
9    before?
10         A.  No.
11         Q.  And what did you do when you got
12   there?
13         A.  We went to the ███.
14         Q.  What happened when you got to
15   the -- when you say "we," it's you and Ms.
16   ███?
17         A.  Yes.
18         Q.  And what happened when you got to
19   the ███?
20         A.  We were seated.
21         Q.  And what happened next?
22         A.  We met Howard.
23         Q.  So you met him at the ███
24   ███?
25         A.  Correct.

20  (Pages 74 to 77)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 78

1        ████/Lawson
2        Q.  And what happened when you met Mr.
3    Rubin?
4        A.  We sat down at a table.
5        Q.  Did you have a discussion, did you
6    have dinner, did you have drinks?  Can you
7    please describe what happened next?
8        A.  Drinks were ordered.
9        Q.  Did anyone force you to drink?
10       A.  No.
11       Q.  You chose to drink, correct?
12       A.  We had drinks ordered for us.
13       Q.  And you had the drinks, correct?
14       A.  Correct.
15       Q.  And then you ate dinner?
16       A.  I don't, I don't recall.
17       Q.  What did you discuss with Mr.
18   Rubin?
19       A.  I don't remember what exactly was
20   discussed.
21       Q.  Do you remember anything about what
22   you discussed with him at that time?
23       A.  I don't want to guess.
24       Q.  I take it that means, without
25   guessing, do you have any recollection of

Page 79

1    ████/Lawson
2    what was discussed at that dinner?
3        A.  I don't know.
4        Q.  How long was the dinner?
5        A.  I don't know.
6        Q.  Did there come a time that you went
7    back to the penthouse?
8        A.  Yes.
9        Q.  And when did -- did you and Ms.
10   ████ and Mr. Rubin go together to the
11   penthouse?
12       A.  Yes.
13       Q.  And can you tell me what happened
14   when you arrived at the penthouse?
15       A.  We went up to the penthouse.  We
16   went up to the penthouse.
17       Q.  And what did you do there?
18       A.  We went inside.
19           MR. MCDONALD:  Keep your voice up,
20   please.
21       Q.  And what did you do after you went
22   inside?
23       A.  We went inside.
24       Q.  And then what happened?
25       A.  We were told to go change.

Page 80

1        ████/Lawson
2        Q.  And did you do that?
3        A.  Yes.
4        Q.  And what did you change into?
5        A.  Black outfits.
6        Q.  Had you brought those black outfits
7    with you?
8        A.  We were told to.
9        Q.  When were you told to?
10       A.  I don't remember.
11       Q.  You don't remember when you were
12   told to bring black outfits?
13       A.  I can't give a date.
14       Q.  But your recollection now is you
15   were told to bring black outfits, and so you
16   did so, correct?
17       A.  ████ brought the outfits, correct.
18       Q.  So you didn't bring an outfit, ████
19   did?
20       A.  ████ brought them.
21       Q.  She brought them for both of you?
22       A.  Yes.
23       Q.  And when you say black outfits,
24   were these lingerie?
25       A.  No.

Page 81

1        ████/Lawson
2        Q.  Describe, please, the outfits.
3        A.  Black leather.
4        Q.  I'm sorry?
5        A.  Black leather.
6        Q.  Black leather.  And black leather,
7    could you please give more description?  Was
8    it a black leather dress, a black leather
9    brassiere, black leather boots?  What was it?
10       A.  It was not any of those.
11       Q.  Okay, so what was it, ma'am?
12       A.  Just describe it to you?
13       Q.  Please.
14       A.  A black leather here, black leather
15   here, black leather here.  One piece, I would
16   say.
17       Q.  One piece?
18       A.  Sure.
19       Q.  And it just covered your breasts
20   and your midsection?
21       A.  It covered us like a one-piece.
22       Q.  A one-piece.
23       A.  With holes.
24       Q.  And was that something that you'd,
25   had you worn similar outfits before?

21  (Pages 78 to 81)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 82

1     ████/Lawson
2        A.  I don't remember.
3        Q.  In any of the fetish sessions that
4     you've had before, had you ever worn that
5     outfit?
6        A.  No.
7        Q.  No?
8        A.  No.
9        Q.  Had you ever worn, in any of the
10    sessions you had before, had you ever worn an
11    outfit similar to that one?
12       A.  I don't remember.
13       Q.  So you got into black leather
14    outfits.  And I take it, was that the only
15    thing you were wearing, just the black
16    leather outfit, nothing else?
17       A.  I don't remember.
18       Q.  You weren't wearing anything on top
19    of it, or you weren't wearing -- do you
20    recall your shoes or any other aspect of
21    clothing you were wearing?
22       A.  I don't remember that.
23       Q.  And did you and Ms. ████ have
24    identical outfits?
25       A.  I don't remember if they were

Page 83

1     ████/Lawson
2     identical.
3        Q.  Were they similar?
4        A.  Sure.
5        Q.  What happened after you changed
6     into this clothing?
7        A.  We were given a drink.
8        Q.  And did you have the drink?
9        A.  Yes.
10       Q.  And what happened after you had the
11    drink?
12       A.  ████ wanted to smoke.
13       Q.  And what happened?
14       A.  She smoked.
15       Q.  What did you do while she was
16    smoking?
17       A.  I smoked with her.
18       Q.  Okay.  Where did you smoke?
19       A.  By a window.
20       Q.  And was that -- were you both
21    smoking cigarettes?
22       A.  Correct.
23       Q.  And what was Mr. Rubin doing while
24    you were smoking cigarettes?
25       A.  Sitting on the couch.

Page 84

1     ████Lawson
2        Q.  Did you and he and Ms. ████
3     discuss anything while you were smoking?
4        A.  I don't recall what was discussed.
5        Q.  How long did you and Ms. ████
6     smoke for?
7        A.  Don't know an approximate time.
8           MR. MCDONALD:  Can you please keep
9     your voice up?
10          MR. ROSENBERG:  Counsel, there's
11    two seats at the table, and you're
12    sitting by the door on the outside of
13    the room.  If you'd like, you can sit at
14    the table, and you can maybe hear
15    better.
16          MR. MCDONALD:  Where are the seats?
17          THE WITNESS:  You can sit right
18    here, I don't mind.  If you want to.
19          MR. MCDONALD:  Just keep your voice
20    up, please.
21          THE WITNESS:  Well, if you can't
22    hear, you're welcome to sit next to me.
23          MR. MCDONALD:  Why don't you keep
24    your voice up.
25       Q.  Ms. ████ [sic] -- Ms. ████,

Page 85

1     ████Lawson
2     after you and Ms. ████ finished your
3     cigarettes, what happened next?
4        A.  Everything -- it's kind of blurry,
5     to be honest.
6        Q.  Everything is blurry.  So you don't
7     remember what happened next?
8        A.  Parts.
9        Q.  Okay.  One question about the black
10    leather outfit:  Did it cover your buttocks?
11       A.  I don't know.
12       Q.  You don't know?  You were wearing
13    it.
14       A.  I don't remember.
15       Q.  You don't remember.  I wasn't clear
16    from the way you were describing it.  Did it
17    cover your vagina as well?
18       A.  Yes.
19       Q.  It did?
20       A.  Yes, it did.
21       Q.  Okay.  So -- I'm sorry, you said
22    that after you finished the, your cigarette,
23    things became blurry, you don't remember
24    things.  Tell me what you do remember.
25       A.  I was asked to sit on the couch.

22  (Pages 82 to 85)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 86

1          ▮▮▮/Lawson
2      Q.  And then what happened?
3      A.  ▮▮▮▮▮▮▮▮▮
4      Q.  Were you paid money at some point,
5  Ms. ▮▮▮▮?
6      A.  At that point?
7      Q.  Yes.
8      A.  Not at that point.
9      Q.  Not at that point.
10         There came a time when you were
11  paid, correct?
12     A.  There came a time.
13     Q.  In that night that you were paid,
14  correct?
15     A.  Yes.
16     Q.  And when were you paid the cash,
17  the money?
18     A.  At the end.
19     Q.  Why don't you tell me what happened
20  after you were ▮▮▮▮▮▮▮▮▮▮▮▮▮.
21     A.  I remember saying that, not to,
22  ▮▮▮▮▮▮▮▮▮.
23     Q.  And what happened next?
24     A.  ▮▮▮▮▮▮▮.
25     Q.  And then did there come a time

Page 87

1          ▮▮▮/Lawson
2  that -- describe everything that happened
3  that night and all of your interaction with,
4  that you recall with Mr. Rubin and
5  Ms. ▮▮▮.
6      A.  Can you ask that different, can you
7  just step by step, please.
8      Q.  No, ma'am, I just want you to tell
9  me what happened that night, after Mr. Rubin
10  hit you in the face.
11     A.  We were brought into a room.
12     Q.  Continue.
13         MR. GROSSMAN:  Objection.  That's
14  not a question.
15     Q.  Can you please continue?
16         Do you remember anything else that
17  happened?
18     A.  After we were brought into the
19  room?
20     Q.  Yes.
21     A.  I remember seeing red walls.
22     Q.  Do you remember anything else?
23     A.  I remember my feet were tied.
24     Q.  Your feet were tied?
25     A.  Uh-huh.

Page 88

1          ▮▮▮/Lawson
2      Q.  Okay.  Do you remember anything
3  else?
4      A.  I remember ▮▮▮ head being
5  punched, back of her head.
6      Q.  Do you remember anything else
7  happening to you?
8      A.  I was told to hit her.  And that
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10  ▮▮▮▮▮▮▮▮▮.
11     Q.  And what else do you remember
12  happening?
13     A.  I hit my, I hit my leg, so it would
14  sound like I hit her.
15     Q.  So you didn't actually hit her; is
16  that correct?
17     A.  Uh-huh.
18     Q.  And what else happened that night?
19  Do you remember anything else that happened
20  that night?
21     A.  He noticed that I didn't hit her,
22  so I got ▮▮▮▮ for that.
23     Q.  Where did you get ▮▮▮▮?
24     A.  My ▮▮.
25     Q.  Do you remember anything else that

Page 89

1          ▮▮▮Lawson
2  happened that night?
3      A.  No.
4      Q.  Nothing else?
5      A.  I don't know.  I don't remember.
6      Q.  Now, how long did this episode with
7  Mr. Rubin and Ms. ▮▮▮ last?
8      A.  I don't remember.
9      Q.  You recall that there came a time
10  that you were paid $5,000, correct?
11     A.  I recall money being thrown at us.
12     Q.  Do you remember how much it was?
13     A.  I don't know.
14     Q.  Isn't it a fact, ma'am, that it was
15  $5,000?
16     A.  Yes.
17     Q.  Yes, it was.  Okay.
18         And do you remember -- did there
19  come a time that Mr. Rubin left?
20     A.  Yes.
21     Q.  How long -- and do you remember
22  what time he left?
23     A.  No.
24     Q.  Your complaint alleges that the
25  episode between, among you, Ms. ▮▮▮ and

23  (Pages 86 to 89)



Page 90

1 ████████/Lawson
2 Mr. Rubin lasted approximately one hour.
3 Does that sound about right?
4     A.  I don't remember.
5     Q.  Okay.  He paid you before he left,
6 did he not?
7     A.  The money was thrown at us, yes.
8     Q.  You were able to collect the money
9 and he left, correct?
10    A.  Obviously.
11    Q.  And then you and Ms. ████were
12 present in the, in the hotel room -- excuse
13 me, in the penthouse; is that correct, after
14 the money was paid to you?
15    A.  Yes.
16    Q.  And you were alone in the
17 penthouse, just you and she, correct?
18        MR. GROSSMAN:  Objection, calls for
19 speculation.
20        But answer, if you know.
21    A.  I don't know.  I don't know.
22    Q.  You don't know?
23    A.  I don't know.
24    Q.  So there might have been --
25    A.  Who knows?

Page 92

1 ████████Lawson
2 remained in the apartment; is that correct?
3     A.  We stayed at the apartment.
4     Q.  You stayed there for the night, did
5 you not?
6     A.  Yes.  Yes.
7     Q.  You understood that Mr. Rubin could
8 come back at any time, didn't you?
9        MR. GROSSMAN:  Objection, calls for
10 speculation.
11        But answer if you can.
12        MR. ROSENBERG:  No, it was about
13 her understanding.
14    A.  I don't know.
15    Q.  You don't know?
16        The complaint alleges that Lawson
17 and Hallman, who had nowhere else to go,
18 stayed in the penthouse for the night.
19        Does that sound accurate to you,
20 you had nowhere else to go at that point?
21    A.  Does what you're reading sound
22 accurate, is that what you're asking me?
23    Q.  Yes.
24    A.  If that's what it's saying on that
25 paper.  I don't know if that's accurate.

Page 91

1 ████████/Lawson
2     Q.  But Mr. Rubin was gone, correct?
3     A.  Yeah.  Yes.
4     Q.  And what did you do after Mr. Rubin
5 left?
6     A.  I don't know.
7     Q.  I'm sorry?
8     A.  I don't know.
9     Q.  Did you call anyone at that point?
10    A.  I don't know.
11    Q.  You don't know?
12    A.  No, I don't know.
13    Q.  Did you call the police?
14    A.  No.
15    Q.  Did you call anyone that you knew,
16 to say what had happened to you?
17    A.  I don't recall.
18    Q.  Did you send any text messages to
19 anyone to say what had happened to you?
20    A.  I don't, I don't remember.  I, I
21 was out of my mind.
22    Q.  Did you call any friend of yours to
23 tell you what had happened to you?
24    A.  I don't remember.
25    Q.  And what did you -- and you

Page 93

1 ████████/Lawson

24  (Pages 90 to 93)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 94

1                    █████/Lawson
2          Do you recall leaving the next day,
3    Ms. █████?
4          A.  Yes.
5          Q.  And what time did you leave the
6    next day?
7          A.  I don't remember.
8          Q.  How did you -- where did you go the
9    next day?
10         A.  To the airport.
11         Q.  And then did you fly home?
12         A.  Yes.
13         Q.  Let me show you what's been marked
14   as Hallman Exhibit 17.  Do you recognize
15   Hallman Exhibit 17?  Do you recognize this?
16         A.  Yes, I recognize this photo.
17         Q.  And what do you recognize it as?
18         A.  It's a photo of █████
19         Q.  And where is the photo?
20         A.  New York.
21         Q.  Where in New York?
22         A.  It says █████████ on
23   this document.
24         Q.  Do you recognize this is a picture
25   that was taken of you at the █████ on the

Page 95

1                    █████/Lawson

Page 96

1                    █████/Lawson

Page 97

1                    █████/Lawson

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 126

      /Lawson

Page 127

      /Lawson

Page 128

      /Lawson

Page 129

      /Lawson

```
 2  bruised or not bruised; is that correct?
 3      A.  Can you rephrase that?
 4      Q.  The fact that you were wearing
 5  spray paint would not tell us whether you
 6  were bruised or not bruised; is that correct?
 7      A.  I don't understand.
 8      Q.  Were you able to wear spray paint
 9  even though this was in a pool?  Can you wear
10  spray paint even in the water?
11      A.  Yeah.
12      Q.  It stays on?
13      A.  Sure.
14      Q.  Did there come a time that you met
15  Mr. Rubin again?
16      A.  Yes.
17      Q.  And how did you come to meet him?
18  To see him again?
19      A.  In New York.
20      Q.  And how did it come about that you
21  met him then?
22          Did you contact him?
23      A.  I don't remember how.  I don't
24  remember.
25      Q.  But in some fashion, you and he
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 130

1          ██████/Lawson
2     were connected again?
3          A.  Correct.
4          Q.  And was that -- did you connect
5     through text message, through e-mail, through
6     phone; how?
7          A.  I don't remember.
8          Q.  Your complaint alleges that you and
9     he met again in December of 2016.
10          Does that sound like the right time
11    that you met?
12          A.  I don't know.  I don't remember the
13    exact date.
14          Q.  Your complaint alleges that you
15    found yourself in a tough financial situation
16    at about that time.  Is that correct, were
17    you in a tough financial situation when you
18    were meeting him the second time?
19          A.  I could have been.  I don't
20    remember.
21          Q.  You don't remember.
22          Did you keep in touch, after your
23    first meeting with Mr. Rubin, did you keep in
24    touch with Mr. Rubin and Ms. Powers via
25    WhatsApp?

Page 131

1          ██████/Lawson
2          A.  I don't remember.
3          Q.  Referring to the complaint, the
4     second amended complaint, paragraph 445.  I
5     believe you have that.
6          Paragraph 445 states, "In late
7     December, Lawson found herself in a tough
8     financial situation.  Because Rubin and
9     Powers had kept in touch via WhatsApp, they
10    were aware of this and again convinced Lawson
11    to travel to New York on her own, offering
12    her $5,000 compensation for her time and
13    assuring her that her safety would not be
14    threatened."
15          Does this refresh your recollection
16    about the circumstances under which you met
17    Mr. Rubin a second time?
18          A.  I can't remember.
19          Q.  So you can't say whether this is
20    accurate or inaccurate; is that correct?
21          A.  I cannot remember.
22          Q.  The next paragraph states that
23    "Powers again purchased Lawson's plane
24    tickets and transmitted the flight records to
25    Lawson via e-mail."

Page 132

1          ██████/Lawson
2          A.  I don't remember.
3          Q.  You don't remember if that's the
4     case?
5          A.  I don't remember.
6          Q.  I think you testified earlier --
7          THE WITNESS:  Oh, I'm sorry.
8          Q.  I think you testified earlier that
9     any e-mails you would have had with Mr.
10    Powers would be on your phone; is that right?
11          A.  I would think so, yes.
12          Q.  And any WhatsApp messages you would
13    have had with her or Mr. Rubin would have
14    been on your phone, correct?
15          A.  Yes.
16          MR. ROSENBERG:  Counsel, once
17    again, there are no WhatsApp
18    communications reflecting this and no
19    e-mails reflecting this in your
20    production.  Can you explain how that's
21    so?
22          MR. GROSSMAN:  This isn't my
23    deposition, counsel.  You can continue,
24    or if you want to end it, end it.
25          MR. ROSENBERG:  Counsel, there have

Page 133

1          ██████Lawson
2     been so many deficiencies in your
3     document production.  This will
4     obviously impact the deposition and will
5     require us to keep it open.
6          MR. SCHMIDT:  Your position is
7     noted, counsel.
8          Q.  Do you recall that you agreed to
9     come and see Mr. Rubin again, in exchange for
10    $5,000, in December of 2016?
11          A.  I did go to see him again.
12          Q.  Isn't it a fact, Ms. ████, that
13    you did not fly to see him from Florida, that
14    you were already in New York when you went to
15    see him the second time?
16          A.  I don't, I don't remember.
17          Q.  Isn't it correct that you were in
18    New York, and you contacted him to see if you
19    could come and see him again?
20          A.  I don't remember.
21          Q.  Is it correct that you arranged to
22    meet with Mr. Rubin at the ████ for lunch
23    and drinks?
24          A.  I don't remember.
25          Q.  You don't remember that.

34  (Pages 130 to 133)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 134

1           ████████/Lawson
2       A.  The ████████ doesn't sound familiar
3  to me for that, so I don't remember.
4       Q.  When you say it doesn't sound
5  familiar to you for that, you see, of course,
6  that paragraph 447, it states, "This time
7  Rubin requested to meet Lawson at the ████████
8  for lunch and drinks."
9       A.  I don't remember.
10      Q.  You don't remember if that
11  happened?
12      A.  I don't remember.
13          We did meet for lunch.  I don't
14  remember where.  I don't remember.  I don't
15  remember.
16      Q.  And you say that "Lawson's worries
17  were initially assuaged due to the time of
18  day and because of how kind both Powers and
19  Rubin appeared to treat her."
20          Do you see that?
21      A.  Yes.
22      Q.  How were your worries assuaged on
23  account of the time of day?
24      A.  I don't remember.
25      Q.  Did you ever indicate to anyone

Page 135

1           ████████/Lawson
2  that you had no worries about seeing Mr.
3  Rubin, because of the time of day that he was
4  seeing you?
5       A.  I don't remember what I said.
6       Q.  And when you say, you also say here
7  that your "worries were assuaged because of
8  how kind both Powers and Rubin appeared to
9  treat her."
10          Can you explain what you're
11  referring to there?
12      A.  I don't.
13      Q.  You don't know what's being
14  referred to there?
15      A.  Say that again?
16      Q.  What's being referred to in that
17  paragraph?
18      A.  Which paragraph?
19      Q.  Paragraph 447, which I just read.
20  Let me read it again, so we're clear.
21      A.  Okay.
22      Q.  "This time, Rubin requested to meet
23  Lawson at the ████████ for lunch and drinks.
24  Lawson's worries were initially assuaged due
25  to the time of day and because of how kind

Page 136

1           ████████/Lawson
2  both Powers and Rubin appeared to treat her."
3          Can you please describe how Powers
4  and Rubin had treated you kindly?
5       A.  I don't remember.
6       Q.  You don't remember.
7       A.  Uh-uh.
8       Q.  Do you recall anything about your
9  lunch with Mr. Rubin on the second occasion
10  you met with him?
11      A.  He was nice.
12      Q.  Do you remember anything else?
13      A.  We ordered drinks.
14      Q.  Do you remember anything else about
15  your meeting with him?
16      A.  Meeting where?
17      Q.  On this second occasion, your lunch
18  with him.
19      A.  We had drinks.
20      Q.  And just -- Mr. Rubin had been nice
21  at the ████████, too, hadn't he, the
22  first time you met him?
23      A.  The ████████?
24      Q.  When you had him at the ████████
25  restaurant or hotel, he had been perfectly

Page 137

1           ████████/Lawson
2  nice the first time, correct?
3       A.  The ████████, it was fine.
4       Q.  Okay.
5       A.  It was --
6       Q.  When you came back to, when you met
7  with Mr. Rubin, there came a time, then, that
8  you went back to the penthouse with him,
9  correct?
10      A.  Which time?
11      Q.  The second time.
12      A.  Yeah.
13      Q.  And you knew at that time that you
14  would be paid $5,000 for your session with
15  him, correct?
16      A.  I was -- I don't remember exactly
17  the amount that we said at first.
18      Q.  You don't remember that it was
19  $5,000?
20      A.  It could be.
21      Q.  But you don't remember?
22      A.  It could be.  It was the same as
23  before.
24      Q.  Okay.  And when you were on your
25  way, when you agreed to meet with Mr. Rubin

                          35 (Pages 134 to 137)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 138

1                    ▮▮▮▮/Lawson
2     and to go to the penthouse with him, did you
3     have an expectation of what would happen?
4          A.  I don't know.
5          Q.  Well, you'd had an occasion with
6     him earlier, correct, that you testified
7     about, correct?
8          A.  Right.
9          Q.  And did you have a discussion about
10    that with him?
11         A.  I don't remember.
12         Q.  Did you say, in words or substance,
13    I don't want to do this or I don't want to do
14    that, or let's do this or let's do that?
15         A.  I don't remember what I said.
16         Q.  Did you understand that you would
17    end up having sex with him on the second
18    occasion?
19         A.  No.
20         Q.  You didn't understand that?
21         A.  No.
22         Q.  Did you understand that you would
23    be tied up on the second occasion?
24         A.  No.
25         Q.  Did he indicate to you that you

Page 139

1                    ▮▮▮▮/Lawson
2     would not be?
3          A.  I don't remember what we said, what
4     we discussed.
5          Q.  And do you recall what you
6     expected?
7          A.  No.  I don't recall.
8          Q.  Would it be fair to say, Ms. ▮▮▮▮,
9     that you expected much of the same behavior
10    that had happened the first time?
11         A.  No.  That would not be fair to say.
12         Q.  What basis did you have to expect
13    anything different, Ms. ▮▮▮▮?
14         A.  I don't remember why.
15         Q.  You don't remember why you had a
16    different expectation?
17         A.  I don't remember why.
18         Q.  Okay.  But you don't remember --
19         MR. ROSENBERG:  Well, withdrawn.
20         Q.  Can you describe, please, your
21    encounter with Mr. Rubin in December of 2016?
22         A.  We met for lunch.
23         Q.  What happened next?
24         A.  We ordered drinks.
25         Q.  How many drinks did you have?

Page 140

1                    ▮▮▮▮/Lawson
2          A.  I don't remember.
3          Q.  Then what happened?
4          A.  Then we went back to the penthouse.
5          Q.  Then what happened?
6          MR. ROSENBERG:  Withdrawn.
7          Q.  Was anyone else present?
8          A.  No.
9          Q.  What time was it when you went back
10    to the penthouse?
11         A.  I don't know.
12         Q.  What happened next?
13         A.  He mixed drinks for us.
14         Q.  And what happened next?
15         A.  He pulled out his laptop.
16         Q.  And then what happened?  He pulled
17    out his laptop, and what did you do?
18         A.  Watched him.
19         Q.  Do what?
20         A.  Pull out his laptop.
21         Q.  Okay.  What did he do on his
22    laptop?
23         A.  Went to an ▮▮▮▮▮▮▮▮.
24         Q.  And what happened next?
25         A.  He played a ▮▮▮▮▮▮▮▮▮

Page 141

1                    ▮▮▮▮▮Lawson
2     ▮▮, that I recall.
3          Q.  And did you watch the ▮▮▮▮▮▮
4     ▮▮▮▮▮▮▮ with him?
5          A.  I had seen some of it, yes.
6          Q.  Was it anyone you knew in it, or
7     was it you in it, or it was not you?
8          A.  I don't do ▮▮▮▮▮.
9          Q.  And was it anybody you knew in it?
10         A.  No.
11         Q.  And how long did you and he watch
12    the ▮▮▮▮▮▮▮▮▮▮▮▮▮?
13         A.  I don't remember how long he had it
14    on for.
15         Q.  And after you, when were watching
16    it, what happened after you watched it?
17         A.  I was dragged into the red room.
18         Q.  You were dragged in, how?
19         A.  Dragged into the red room, pulled
20    into the red room.
21         Q.  How were you pulled in, by your
22    hair, by your arm, do you remember?
23         A.  I don't remember exactly how.
24         Q.  And you went into the red room, and
25    what did you do there?

36 (Pages 138 to 141)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 142

```
 1              ██████/Lawson
 2         A.  I was ██████████████
 3  ██████
 4         Q.  And at this point did you say --
 5  what did you say?
 6         A.  I don't remember what exactly I
 7  said.
 8         Q.  Tell me anything you recall.
 9         A.  I don't recall what I said.
10         Q.  Okay.  And what happened next?
11         A.  I was really out of it and I was
12  hit.  I don't know what I was doing.
13         Q.  Did there come a time that Mr.
14  Rubin had used a ██████████████████
15  that caused, that -- with you?
16         A.  Yes.
17         Q.  Okay.  And describe what that was.
18         A.  It was ██████████████.
19         Q.  And how did you know it was a
20  ██████████?
21         A.  I don't know.  I just knew.
22         Q.  You don't know, you just knew.
23         A.  I don't know.  It was a ██████
24  ██████████.
25         Q.  Well, let me refer you, Ms. ██████,
```

Page 143

```
 1              ██████/Lawson
 2  to paragraph 450 of your complaint.
 3         Are you on paragraph 450?
 4         A.  No, I'm not.
 5         Q.  Please turn there.
 6         And it says, "Rubin then came
 7  towards Lawson with a large instrument,
 8  causing Lawson to fear imminent harm.  Lawson
 9  was at first not certain what the device was,
10  but quickly realized that Rubin was holding
11  what appeared to be a cattle prod, which
12  Lawson knew was supposed to be used to shock
13  livestock."
14         My question is, how did you know
15  what this instrument, how did you come to the
16  belief that this instrument was supposed to
17  be used to ██████████?
18         A.  Because I've seen them before.
19         Q.  Where had you seen them?
20         A.  ██████████████████████████████
21  ██████████.
22         Q.  So you had seen these in the fetish
23  industry, you were familiar with them?
24         A.  Conventions.
25         Q.  I see.
```

Page 144

```
 1              ██████/Lawson
 2         We'll come back to that.
 3         And describe, please, what
 4  happened, when Mr. Rubin used this device on
 5  you and what happened for the rest of the
 6  encounter between you and him.
 7         A.  What happened next?
 8         Q.  Yes.
 9         A.  Can you repeat the one before?
10         Q.  Well, after he came at you with
11  what you contend was a ██████████ of the
12  kind you had seen in ██████████, what
13  happened next?
14         A.  It was used on my ██████.
15         Q.  Okay.  And it was ██████████████
16  ██████, as alleged in the complaint?
17         A.  Yes.
18         Q.  By the way, you said you'd seen it
19  in fetish conventions before, this device or
20  similar devices.  Had you ever used it in any
21  of your fetish work?
22         A.  Fuck, no.
23         I'm sorry.  I've got to stop for a
24  second.
25         THE WITNESS:  I need a break.
```

Page 145

```
 1              ██████/Lawson
 2         THE VIDEOGRAPHER:  We're going off
 3  the record at 1:48 p.m.  This completes
 4  disk 2 of the videotape deposition of
 5  Hillary Lawson.
 6         (Lunch recess taken at 1:48 p.m.)
```

37 (Pages 142 to 145)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 166

1          ██████/Lawson
2          Do you recall whether your
3    encounter with him was in the early
4    afternoon, middle afternoon or the evening?
5          A.  That statement you just said was
6    false.  I'm not going to answer that
7    question.  I read what you had on that paper.
8    I never said that, so.
9          Q.  Okay.
10         A.  I don't remember what I had said,
11   and I told you that.
12         Q.  Leaving that aside, do you remember
13   approximately in the morning, afternoon,
14   evening, when you were in the penthouse with
15   Mr. Rubin on this second occasion?
16         A.  I do not remember.
17         Q.  Tell me everything you remember
18   after Mr. Rubin inserted the cattle prod in
19   your vagina.
20         A.  I was crying.  I remember crying.
21   I remember where my legs were hurting really
22   bad, my arming were hanging.
23         Q.  Do you remember anything else?
24         A.  After that?
25         Q.  Yes.

Page 167

1          ██████/Lawson
2          A.  I was being called names.  The word
3    I hate the most, over and over.
4          Q.  What word was that?
5          A.  Cunt whore.
6          Q.  Do you remember anything else?
7          A.  It's all just a blur.  Just it hurt
8    so fucking -- it hurt so bad.  I'm sorry,
9    it's hard to remember everything.
10         Q.  Is there anything you could look at
11   or refer to that would help you recall better
12   what happened that day?
13         A.  Are you kidding me right now,
14   really?  What kind of question is that?
15         No, no, I don't remember.  I don't
16   want -- no.
17         THE WITNESS:  Can I have a tissue,
18   please.
19         Q.  Did you ever --
20         MR. ROSENBERG:  Well, withdrawn.
21         Q.  Let's take a look at the second
22   amended complaint.
23         MR. ROSENBERG:  If you could please
24   put it before the witness.
25         Q.  I would ask you, please, to read

Page 168

1          ██████/Lawson
2    page 62 and the top of page 63 to yourself,
3    and ask if that refreshes your recollection.
4    I want to get the fullest recollection
5    possible.
6          A.  62?
7          Q.  Page 62, yes.  Paragraph 449
8    through to paragraph 458.
9          Ma'am, my question to you is,
10   again, does that refresh your recollection as
11   to anything that happened that day?
12         A.  It's really hard to talk about.
13         Unfortunately, some of it, I don't
14   know.
15         Q.  Ma'am, please tell me what you
16   recall now.
17         A.  Just being hit.
18         Q.  I'm sorry, just being --
19         A.  The beating in general.
20         Q.  Do you remember anything else, any
21   of the specifics mentioned in this complaint?
22         A.  I don't remember right now.  I
23   don't remember right now.
24         Q.  So you cannot tell me whether any
25   of the allegations, or which of the

Page 169

1          ██████/Lawson
2    allegations in paragraphs 449 through 457 --
3          A.  Yes, they're all true.
4          Q.  And you just told me -- so you do
5    remember them or you don't remember them?
6          A.  I don't want to remember this.  I
7    don't want to think about this.  This is
8    torture.
9          Q.  Ma'am, you brought this lawsuit,
10   and I'm asking you.  Ma'am, you brought this
11   lawsuit and I must ask, what do you remember
12   and what don't you remember.
13         What do you remember of that
14   encounter?
15         A.  Which one?  Pick one.
16         Q.  No, ma'am, please tell me, what do
17   you remember in your own words of that
18   encounter?
19         A.  I was ██████.  I was ██████ and I was
20   ██████.  I had a cattle prod used on my, inside
21   of my vagina.  I would pay someone $5,000 not
22   to do that to my vagina, okay?  Do you know
23   what that feels like?
24         I've got to take a break.  Go ahead
25   ask what you want to ask, but I need a break.

43 (Pages 166 to 169)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 186

/Lawson

Page 188

Lawson

Page 187

/Lawson

```
 1        capsulated.
 2        Q.  Did you go to a doctor for the
 3   capsulated left breast?
 4        A.  I did not.
 5        Q.  How did you know that your left
 6   breast is capsulated?
 7        A.  I was getting a facial, and the
 8   girl that does my facials used to work for a
 9   plastic surgeon, and she noticed that there
10   was -- she noticed some things and asked me
11   some questions and told me that that's what
12   it was.
13        Q.  I see, okay.  And when was that?
14        A.  She used to work for a plastic
15   surgeon.
16        I don't know exactly when.
17        Q.  Approximately when was that?
18        A.  But I started noticing things, and
19   she noticed it.
20        Q.  How long after your encounter with
21   Mr. Rubin did you have this facial?
22        A.  I don't know.  I don't want to
23   speculate.  I don't know.
24        Q.  And did you, have you treated the
```

Page 189

/Lawson

```
 1        Q.  Were there jobs you lost?
 2        A.  Mentally, it's had a really hard
 3   toll on me for that.  I'm not as confident as
 4   I used to be, and like I just --
 5        Q.  After the woman giving you the
 6   facial told you you had a capsulated left
 7   breast, did you go to see a doctor?
 8        A.  No.  I already felt something was
 9   wrong.
10        Q.  Did you go to see a doctor for any
11   harm to your vagina or vaginal area?
12        A.  No.
13        Q.  Did you go to see a doctor for the
14   bruise under your right eye?
15        A.  No.
16        Q.  Do you have any photographs of the
17   bruise under your right eye?
18        A.  I had filler, I get filler under my
19   eye and when I was hit, it caused like an
20   indentation, obviously, so.  I don't need to
21   go to a doctor, I can see it.
22        Q.  And did the bruise heal under your
23   right eye?
24        A.  Yes.
```

48  (Pages 186 to 189)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 194

```
                      /Lawson
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 195

```
                      /Lawson
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 196

```
                      /Lawson
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 197

```
                          /Lawson
 1
 2    Q.  Do you recall any photo sheets you
 3  did in January 2017?
 4    A.  No.
 5    Q.  Do you recall that on or about
 6  January 16th, 2017 you took a trip to, for a
 7  week, to ████?
 8    A.  What days?
 9    Q.  On or about January 16, 2017, you
10  took a trip to ████.
11    A.  I don't know the dates that I went
12  there, but we did go to ████.
13    Q.  And when you said "we," it was you
14  and Mr. ████?
15    A.  And others.
16    Q.  And others?
17    A.  Yes.
18    Q.  So is it fair to say that if you
19  went in January, you were not injured, and
20  that didn't incapacitate you in any way in
21  going on a trip, correct?
22    A.  I don't -- I don't know.
23    Q.  You don't know?
24        How were you incapacitated?
25    A.  I didn't say I was incapacitated.
```

50  (Pages 194 to 197)

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER



Page 198

1 ████/Lawson

Page 200

```
1            ████Lawson
2      A.  I had issues sleeping.
3      Q.  Anything else?
4      A.  ████.  I was diagnosed with
5  ████.
6      Q.  You were diagnosed with ████?
7      A.  Uh-huh.
8      Q.  Okay.  Anything else?
9      A.  That's what I can remember at the
10 moment.  That's --
11     Q.  That's it.  Okay.
12         Who diagnosed you with ████?
13     A.  Dr. ████.
14     Q.  And when did you see Dr. ████?
15     A.  I don't remember the date.
16     Q.  When did he diagnose you with ████?
17     A.  It was ████████████.  I
18 don't remember the date.
19     Q.  Isn't it a fact that you did not --
20         (Discussion off the record.)
21     Q.  Isn't it correct that you first saw
22 Dr. ████ in June of 2017?
23     A.  I don't know.  I don't know when I
24 saw him.
25     Q.  Is it correct that you have had
```

Page 199

1 ████/Lawson

Page 201

1 ████/Lawson

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER

Page 338

1   Lawson
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 340

1   /Lawson
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 339

1   Lawson
2   communications with Ms. Powers in that time
3   period?
4       A.  I don't remember any
5   communications.
6       Q.  Now, do you remember Ms. Powers
7   sending you money via PayPal?
8       A.  I don't remember her sending me
9   money via PayPal, but I know that she did.
10      Q.  And the money she sent you was
11  $5,000, right?
12      A.  Correct.
13      Q.  And you understand that this was
14  Mr. Rubin's money that she was sending on his
15  behalf, correct?
16      MR. GROSSMAN:  Objection, calls for
17  speculation.
18      But answer, if you can.
19      A.  I don't know.  It came from her
20  PayPal.
21      Q.  But you knew it was Mr. Rubin's
22  money and that she was doing it on his
23  behalf, at his instruction, correct?
24      MR. GROSSMAN:  Same objection, same
25  instruction.

Page 341

1   awson
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com