# EXHIBIT 3



Posted: 4/8/2017 12:30 PM (UTC -04:00)

3945 users like this

CONFIDENTIAL



LAWSON-0176514



CONFIDENTIAL



CONFIDENTIAL

LAWSON-0176516