# EXHIBIT 19

```
 1

 2    UNITED STATES DISTRICT COURT

 3    EASTERN DISTRICT OF NEW YORK

 4    -----------------------------------x

 5    HILLARY LAWSON, KRISTINA HALLMAN,
      STEPHANIE CALDWELL, MOIRA HATHAWAY,
 6    MACEY SPEIGHT, ROSEMARIE PETERSON,
      and LAUREN FULLER,
 7
                            Plaintiffs,
 8
      -against-          Case No. 1:17-cv-06404
 9
      HOWARD RUBIN, JENNIFER POWERS,
10    and the DOE COMPANY,

11                        Defendants.

12    -----------------------------------x

13                       October 16, 2018
                         10:07 a.m.
14

15        Videotaped Deposition of JENNIFER

16    POWERS, taken by Plaintiffs, pursuant to

17    Notice, at the offices of Balestriere

18    Fariello, 225 Broadway, New York, New

19    York, before ERIC J. FINZ, a Shorthand

20    Reporter and Notary Public within and for

21    the State of New York.

22

23

24

25
```



**Page 114**

1          JENNIFER POWERS

**Page 115**

1          JENNIFER POWERS

**Page 116**

1                JENNIFER POWERS
2     A.   I believe so.
3     Q.   What about ████████████?
4     A.   Yes.
5     Q.   ██████████, do you know if
6  she did?
7     A.   Yes.
8     Q.   What about ██████████, do
9  you know if she did?
10     A.   I believe so.
11     Q.   ██████████, did she
12  signed a nondisclosure agreement?
13     A.   I believe so, yes.
14     Q.   What about ██████████?
15     A.   Yes.
16     Q.   And ██████████?
17     A.   Yes.
18     Q.   Were you ever present when any
19  of the women we just discussed signed
20  these nondisclosure agreements?
21     A.   Yes.
22     Q.   Where did they sign them?
23     A.   In the condo, in the
24  apartment.
25     Q.   Did everyone we just discussed

**Page 117**

1                JENNIFER POWERS
2  sign the nondisclosure agreement in the
3  apartment?
4     A.   I believe so.
5     Q.   Was there anywhere else that
6  they signed them, to your knowledge?
7     A.   Not to my knowledge.
8     Q.   But I guess I'm not sure, do
9  you think that they might have?  I'm not
10  sure if I understand what your
11  recollection is, forgive me.
12     A.   No, no, I'm sorry.
13     Q.   That's okay.
14     A.   I always signed the release
15  with them.  So being that it was me that
16  always was with them when they signed the
17  release, I usually met them at the
18  apartment.  And that's where we signed.
19     Q.   So you always signed the
20  nondisclosure agreements with the women
21  that we've been discussing.  Correct?
22     A.   I always discussed it with
23  them and made sure that they knew what
24  they were signing, yes.
25     Q.   Okay.  But I understand you're



Page 118

JENNIFER POWERS

1
2 ████████████████████████████████████

████████████████████████
████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████
████████████████████████████████
████████████
████████████████████████████████████████
████████████████████████████████
████████████
████████████████████████████████
████████
████████████████████████████████████████
████████████████████████████████

Page 119

JENNIFER POWERS

2        Q.   And you were always present
3  with them at the apartment when they
4  signed these releases.   Right?
5        A.   Yes, sir.
6        Q.   Who, if anyone else, was
7  present when they signed these releases?
8        A.   Well, in ██████ case, when she
9  brought a friend, that other person would
10 be there as well.
11       Q.   Who are we talking about a
12 friend?
13       A.   ██████████.   So then it would
14 be ██████ and I signing -- and going
15 over the same release, executing it.
16       Q.   And you were the only ones
17 there during at least when Ms. ██████
18 signed it.   Is that correct?
19       A.   Yes.
20       Q.   Okay.   Was Mr. Rubin ever
21 present when you were with the women
22 we've been discussing and they signed the
23 releases?
24       A.   No.
25       Q.   What about anyone else really,

Page 120

JENNIFER POWERS

1
2  besides you and the actual signers of the
3  release, was anyone else present?
4        A.   No.
5        Q.   Was anyone else present in the
6  apartment at all when you were signing
7  the release -- withdrawn.
8             I'll ask again.
9             When you were in the apartment
10 with the women we've been discussing
11 signing the releases, was anyone else
12 present anywhere else in the apartment?
13       A.   No, sir.
14            MR. BALESTRIERE:  Do you want
15 to take a break?
16            THE WITNESS:  Why, do I look
17 like I need a break?
18            MR. BALESTRIERE:  I'm ready to
19 keep going if you are.
20            THE WITNESS:  I'm good.
21       Q.   What kinds of questions, I'm
22 just going to go through the different
23 plaintiffs here, did Ms. ██████ ask you
24 about the release?
25       A.   ████ didn't have any questions.

Page 121

JENNIFER POWERS

1
2  She actually was very knowledgeable about
3  the release.  She understood that she
4  would be signing a release, I didn't hit
5  her with a ton of bricks.  She wasn't
6  surprised.  And she had no questions for
7  me in regards to that release.
8        Q.   How did she know she'd be
9  signing the release?
10       A.   I assumed that ████████ told
11 her.
12       Q.   Was ████████ present when
13 Ms. ██████ signed the release?
14       A.   No.
15       Q.   What about Ms. ██████, when she
16 signed what we're calling the release,
17 did she have any questions for you?
18       A.   She did not have any
19 questions.  And in fact, both the women,
20 they initialled each little paragraph,
21 and that was my checks and balances to
22 know, to kind of follow along with how
23 they were reading and where they were in
24 the particular document.  Just for me to
25 follow along in case a question were to



Page 122

```
 1              JENNIFER POWERS
 2   arise I would know what were coming if
 3   they stopped.  But neither one of them
 4   had any questions.
 5        Q.    Neither Ms. █████ nor
 6   Ms. ███████?
 7        A.    No, sir.
 8        Q.    Okay.  What about Ms. █████,
 9   were you present when Ms. ████ signed the
10   release?
11        A.    Yes, I was.
12        Q.    What questions, if any, did
13   she have about the release?
14        A.    She did not have any as well.
15        Q.    Ms. █████, you were present
16   when she signed the release?
17        A.    You know, I can't remember
18   signing with Ms. █████.  But I'm sure
19   that I did.  I just can't remember.
20        Q.    Why do you think there is a
21   particular issue with recall about that,
22   because it just happened a while ago,
23   like much longer than the others?
24        A.    Yeah, the time.  The time is,
25   I don't remember.
```

Page 123

```
 1              JENNIFER POWERS
 2        Q.    So maybe you've answered this,
 3   but do you remember if Ms. █████ had any
 4   questions?
 5        A.    I don't remember.
 6        Q.    What about Ms. █████, do you
 7   remember if she had any questions
 8   regarding the release?
 9        A.    I actually did not sign the
10   release with her.
11        Q.    Okay.  How come?
12        A.    Because she -- I don't know,
13   actually why.  I wasn't there.
14        Q.    That's fine.
15        Ms. █████, were you there when
16   she signed the release?
17        A.    No.
18        Q.    How come?
19        A.    There again, I don't know why
20   I wasn't there.
21        Q.    What about Ms. █████, were
22   you there when she signed the release?
23        A.    Yes, I was.
24        Q.    Do you remember what
25   questions, if any, Ms. █████ had?
```

Page 124

```
 1              JENNIFER POWERS
 2        A.    She had no questions.
 3        Q.    Now I'm just going to go over
 4   some of the other names you mentioned.
 5   You were present when Ms. █████ signed
 6   the release, the nondisclosure agreement?
 7        A.    Yes.
 8        Q.    Did she have any questions
 9   that you recall?
10        A.    No.
11        Q.    Ms. █████, were you present
12   when she signed the release?
13        A.    I believe so.
14        Q.    Do you remember if she had
15   questions?
16        A.    No.
17        Q.    Ms. ████████████, do
18   you remember if she had any questions
19   when she signed the release with you?
20        A.    No.
21        Q.    Ms. █████, do
22   you remember if she had any questions
23   when she signed the release with you?
24        A.    No.
25        Q.    Just to clarify, she did sign
```

Page 125

```
 1              JENNIFER POWERS
```



Page 250

1   JENNIFER POWERS

Page 251

1   JENNIFER POWERS
2

Page 252

1   JENNIFER POWERS
2       Release," production numbers HR 473
3       through HR 474.)
4   BY MR. BALESTRIERE:
5       Q.   I'm showing you what I've just
6   marked Powers 5.  This is for Ms. ████.
7   Can you look at the second page of that,
8   Powers 5.
9           You secured Ms. ████
10  signature on Powers 5, this
11  confidentiality agreement and release, on
12  October 12, 2015.  Right?
13      A.   Yes.
14      Q.   How long did you take with her
15  when working on this?
16      A.   Same amount of time, ten,
17  fifteen minutes.
18      Q.   And you asked her to put her
19  signature -- excuse me.  You asked her to
20  put her initials by each paragraph on
21  Powers 5.  Correct?
22      A.   Yes, it was my way of
23  following along with her in my head as to
24  where she was in the document reading.
25      Q.   Thank you.  You can set that

Page 253

1   JENNIFER POWERS
2