

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

March 1, 2019

**VIA ECF**
Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lawson, et al. v. Rubin, et al.*
               No.: 1:17-cv-06404-BMC

Judge Gold:

      My firm represents Plaintiffs in the above-referenced matter and I write to respond to Defendants' letter dated February 28, 2019, Dkt. No. 248. In order to avoid inundating the Court further regarding discovery disputes, we will address any concerns at the March 19, 2019, Conference unless the Court order otherwise.

                                          Respectfully Submitted,

                                          John G. Balestriere

cc:     Counsel of Record via ECF