# Exhibit M

```
 1    --

 2    UNITED STATES DISTRICT COURT

 3    EASTERN DISTRICT OF NEW YORK

 4    ------------------------------------x

 5    HILLARY LAWSON, KRISTINA HALLMAN,
      STEPHANIE CALDWELL, MOIRA HATHAWAY,
 6    MACEY SPEIGHT, ROSEMARIE PETERSON, and
      LAUREN FULLER,
 7
                                        Plaintiffs,
 8                                         Case No.
                                        1:17-cv-06404 (BMC)
 9              -against-

10    HOWARD RUBIN, JENNIFER POWERS,
      and the DOE COMPANY.
11
                                        Defendants.
12
      ------------------------------------x
13
                                     October 10, 2018
14                                   10:22 a.m.

15

16

17

18

19        Deposition of STEPHANIE D. SHON, taken by
      Plaintiffs, pursuant to Notice, at the offices
20    of Balestriere Fariello, 225 Broadway, New
      York, New York, before William Visconti, a
21    Shorthand Reporter and Notary Public within and
      for the State of New York.
22

23

24

25
```

```
 1

 2     A P P E A R A N C E S:
       BALESTRIERE FARIELLO
 3     Attorneys for Plaintiffs
               225 Broadway
 4             New York, NY 10007

 5     BY:     BRIAN L. GROSSMAN, ESQ.
                   brian.grossman@balestrierefariello.com
 6             MATTHEW W. SCHMIDT, ESQ.
                   matthew.schmidt@balestrierefariello.com
 7
       DECHERT LLP
 8     Attorneys for Howard Rubin
               1095 Avenue of the Americas
 9             New York, NY 10036-6797

10     BY:     BENJAMIN E. ROSENBERG, ESQ.
                 benjamin.rosenberg@dechert.com
11
       SCHLAM STONE & DOLAN LLP
12     Attorneys for Jennifer Powers
               26 Broadway
13             New York, NY 10004

14     BY:     JOLENE F. LaVIGNE-ALBERT, ESQ.
                   jlavignealbert@schlamstone.com
15             DOUGLAS E. GROVER, ESQ.
                   dgrover@schlamstone.com
16
       GANFER SHORE LEEDS & ZAUDERER LLP
17     Attorneys for The Witness
               360 Lexington Avenue
18             New York, NY 10017

19     BY:     DAWN M. WILSON, ESQ.
                   dwilson@ganfershore.com
20

21   ALSO PRESENT:
       JENNIFER LEE, Para Balestriere Fariello
22     HOWARD RUBIN
       JENNIFER POWERS
23     YIFAT V. SCHNUR, ESQ.
       DAVID FORREST
24

25
```

```
 1
 2            IT IS HEREBY STIPULATED AND AGREED
 3     by and between the attorneys for the
 4     respective parties herein that filing and
 5     sealing be and the same are hereby waived.
 6            IT IS FURTHER STIPULATED AND AGREED
 7     that all objections, except as to the form
 8     of the question, shall be reserved to the
 9     time of the trial.
10            IT IS FURTHER STIPULATED AND AGREED
11     that the within deposition may be signed
12     and sworn to before any officer authorized
13     to administer an oath with the same force and
14     effect as if signed and sworn to before the
15     Court.
16
17
18
19
20
21
22
23
24
25
```

```
 1                    STEPHANIE D. SHON
 2    freaking out.  I'm also pregnant, I'm hormonal
 3    and I think what I actually meant by that was I
 4    wish I'd never introduced you to any of my
 5    friends, to anyone because of this situation.
 6    So indirectly I had reached out ███, I think
 7    I'm venting here and my word choice was poor.
 8           Q.     You said you had reached out ███,
 9    how do you reach out to ███?
10           A.     Initially I sent a blast, a mass
11    message to a bunch of girls, a bunch of models,
12    promotional models, playmates for an event that
13    was coming up that I was hosting, co-hosting or
14    working on and she was one of the ones that
15    responded.
16           Q.     By the events that you were
17    co-hosting was that during your promotional
18    work that you discussed earlier?
19           A.     No.
20           Q.     What was this for?
21           A.     Initially this was for a poker
22    tournament.
23           Q.     What was that poker tournament
24    for?
25           A.     It was for MS Hope For A Cure.
```

```
 1                    STEPHANIE D. SHON
 2    ▮▮▮▮▮▮▮ and Mr. Rubin?
 3         A.    I met ▮▮▮ when she flew in for
 4    the first time, yes.
 5         Q.    Where did you meet ▮▮▮ when she
 6    flew in for the first time?
 7         A.    I don't remember.  I think it
 8    might have even been -- it could have been a
 9    restaurant or a bar or something.
10         Q.    Was it at Mr. Rubin's apartment?
11         A.    No.
12         Q.    Was there ever a time that you
13    were in Mr. Rubin's apartment with ▮▮▮▮▮▮
14         A.    Yes.
15         Q.    I guess taking a step back.  Have
16    you ever been in Mr. Rubin's apartment?
17         A.    Yes.
18         Q.    Do you know the address of that
19    apartment?
20         A.    By apartment which one are you
21    referring to?
22         Q.    I will take a step back.
23    Previously we mentioned through I believe it
24    was Exhibit B that there was a dungeon in one
25    of Mr. Rubin's apartments.
```

```
 1                    STEPHANIE D. SHON
 2         A.    Yes.
 3         Q.    Have you ever been in the
 4   apartment with a dungeon?
 5         A.    Yes.
 6         Q.    Have you ever been in any other
 7   apartment owned by Mr. Rubin?
 8         A.    No.
 9         Q.    Have you ever been in any other
10   property owned by Mr. Rubin?
11         A.    Not to my knowledge.
12         Q.    Were you ever in the apartment
13   with the dungeon with ▮▮▮▮▮▮▮▮▮▮
14         A.    Yes.
15         Q.    Have you ever been in the dungeon
16   with ▮▮▮▮▮▮▮▮▮▮
17         A.    No.
18         Q.    Do you know if ▮▮▮▮▮▮▮▮▮▮ has
19   ever been in the dungeon?
20         A.    No.
21              MR. GROSSMAN:  I'm going to mark
22         this as Shon Exhibit C.
23              (Shon Exhibit C for identification,
24         WhatsApp message chain between Miss Shon
25         and Miss Powers.)
```

```
 1                  STEPHANIE D. SHON
 2         A.    Okay.
 3         Q.    Is the ▮▮▮ you're referring to
 4   ▮▮▮▮▮▮▮▮, if you know?
 5         A.    Yes.
 6         Q.    And then at 11:39 p.m. you say,
 7   "I wouldn't say very well not, but have talked
 8   to her often and will be nothing like the last
 9   girl."  What do you mean by that?
10         A.    I don't remember.
11         Q.    Was there ever an incident with
12   another girl that you had introduced Mr. Rubin
13   to?
14         A.    I don't remember.
15         Q.    Then you say, "she does stuff like
16   this often and knows the expectations."  Do you
17   remember why you wrote that?
18         A.    Because ▮▮▮ and I spoke and she
19   told me that she had done BDSM things with
20   other people that she was in relationships with
21   often and was excited.  And when I say knows
22   the expectations, she knows exactly what she is
23   getting into.
24         Q.    And by knows exactly what she is
25   getting into, do you mean you specifically
```

```
 1                    STEPHANIE D. SHON
 2     spoke about what would occur between her and
 3     Mr. Rubin?
 4             A.      Yes, as well as ███████.
 5             Q.      Was that on a call, through texts
 6     or in person or something else?
 7             A.      On a call and ████████ talked to
 8     her in person.  They are both in Atlanta, so.
 9             Q.      Were you in Atlanta at this time?
10             A.      No, I was in New York.
11             Q.      You were in New York at this time?
12             A.      Yes.
13             Q.      To your recollection did ███
14     ████████ give you any specific instances of when
15     she experienced BDSM prior to this?
16             A.      Yes.  She sent pictures of her
17     tied up with Howie.
18             Q.      And are those the pictures further
19     back in Exhibit C on page 699, 700?
20             A.      No.
21             Q.      There are other pictures that she
22     sent?
23             A.      Yes.
24             Q.      Did you forward those pictures to
25     Mr. Rubin?
```

```
 1                    STEPHANIE D. SHON
 2     send you contracts for tonight and we could
 3     sign them tomorrow."  Do you remember having
 4     that conversation?
 5            A.    I don't remember having it, but
 6     seeing it, yes.
 7            Q.    Did you tell ███████████ about the
 8     NDA prior to her travel to New York?
 9            A.    Yes.
10            Q.    What did you tell her about the
11     NDA?
12            A.    I told her that there would be a
13     NDA that she needs to read and sign if she
14     wants to have a relationship with Howie.
15            Q.    Did you tell her anything else
16     about the NDA?
17            A.    No.
18            Q.    At 7:35 when you mentioned, "Oh
19     yea, I will send you contracts for tonight and
20     we could sign them tomorrow" what contracts
21     were you referring to?
22            A.    I don't know and I don't remember
23     because I never had any -- I never had any
24     contracts that I would send her or give to her.
25            Q.    You weren't referring to the NDA
```

```
 1                C E R T I F I C A T E

 2  STATE OF NEW YORK    )

 3                       : ss.

 4  COUNTY OF NEW YORK   )

 5      I, WILLIAM VISCONTI, a Shorthand Reporter and

 6  Notary Public within and for the State of New York,

 7  do hereby certify:

 8      That prior to being examined, the witness named in

 9  the foregoing deposition was duly sworn to testify the truth,
10  the whole truth, and nothing but the truth;
11      That said deposition was taken down by me in
12  shorthand at the time and place therein named and
13  thereafter reduced by me to typewritten form and that the
14  same is a true, correct, and complete transcript of said
15  proceedings.
16      Before completion of the deposition, review of the
17  transcript [   ] was [ X ] was not requested.  If requested,
18  any changes made by the deponent (and provided to the
19  reporter) during the period allowed are appended hereto.
20      I further certify that I am not interested in the
21  outcome of the action.
22      Witness my hand this 15th day of October 2018.
23
24                      _____
                            WILLIAM VISCONTI
25
```