

**John G. Balestriere**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

March 15, 2019

**VIA ECF**
Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lawson, et al. v. Rubin, et al.*
                No.: 1:17-cv-06404-BMC-SMG

Judge Gold:

      My firm represents Plaintiffs in the above-referenced matter and I write in response to Defendants' letter from earlier today (Dkt. No. 264) regarding Plaintiffs' previously produced privilege log. Plaintiffs do not accept Defendants' views regarding Plaintiffs' privilege log and intend to address all of the issues raised in Defendants' letter at the currently scheduled March 19, 2019, conference before Your Honor, unless the Court otherwise orders.

                                                  Respectfully Submitted,

                                                  John G. Balestriere

cc:     Counsel of Record via ECF