John G. Balestriere
David A. Forrest
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (212) 374-5401
Facsimile:      (212) 208-2613
john.balestriere@balestrierefariello.com
david.forrest@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HILLARY LAWSON, KRISTINA HALLMAN, STEPHANIE CALDWELL, MOIRA HATHAWAY, MACEY SPEIGHT, ROSEMARIE PETERSON,** and **LAUREN FULLER,**<br><br>                    Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN, JENNIFER POWERS,** and the **DOE COMPANY,**<br><br>                    Defendants. | Case No.: 1:17-cv-06404 (BMC) (SLG)<br><br>**NOTICE AND PROPOSED ORDER OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, Brian L. Grossman is no longer associated with the firm of Balestriere Fariello and pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, Brian L. Grossman is hereby withdrawn as counsel for Plaintiffs Hillary Lawson, Kristina Hallman, Maria Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller in the above-captioned action. Balestriere Fariello, through

the undersigned counsel of record, continue to serve as counsel for Plaintiffs Hillary Lawson, Kristina Hallman, Maria Hathaway, Macey Speight, Rosemarie Peterson, and Lauren Fuller.

Dated: New York, New York
       April 8, 2019

By: _____
John G. Balestriere
David A. Forrest
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
david.forrest@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Date:_____, 2019           _____
                                    Hon. Brian M. Cogan
                                    United States District Judge