Jeffrey M. Eilender
Partner

212 612-1212
jeilender@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

August 2, 2019

BY ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Lawson, et al., v. Rubin, et al., Case No.:  17 CV 6404 (BMC)</u>

Dear Judge Cogan:

This law firm represents Jennifer Powers, and I write pursuant to the Court's order dated July 29, 2019 requesting the parties to "file a joint letter consenting to unsealing [the summary judgment] order in its entirety, or identifying portions of the order that one or more parties request remain under seal" within seven days.

All parties consent to unsealing the July 29, 2019 summary judgment order in its entirety. Defendant Powers respectfully submits that there appears to be a typo at page 3 of the order, namely that the word "Powers" below should read "Speight":

> Plaintiff Macey Speight was introduced to Rubin by a friend. Speight learned that Rubin wanted to meet her for rough sex in exchange for money. **Powers [should read "Speight"]** first met Rubin in October 2015, when Powers arranged for her to travel from Georgia to New York. Powers presented Speight with the Agreement, which Speight signed. Speight then met up with Rubin for approximately a dozen encounters.

Respectfully submitted,

*/s/ Jeffrey Eilender*

Copies To:
All counsel of record