

**Matthew W. Schmidt**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
www.balestrierefariello.com

October 29, 2019

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Lawson, et al. v. Rubin, et al.* Case No. 1:17-cv-06404 (BMC) (SMG)
            Joint Letter Motion to Amend Caption

Dear Judge Cogan:

Counsel for Plaintiffs Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, and Brittany Reyes ("Plaintiffs") and Defendants Jennifer Powers and Howard Rubin ("Defendants," jointly with Plaintiffs the "Parties") jointly move this Court to amend the caption in the above-referenced matter to remove parties that have since been dismissed and to reflect Plaintiffs' real names pursuant to the Court's October 18, 2019, Order (Dkt. No. 307).

The Parties agree to amend the caption as follows:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN,** and **BRITTANY REYES,**<br><br>                      Plaintiffs,<br><br>      – against –<br><br>**HOWARD RUBIN** and **JENNIFER POWERS,**<br><br>                      Defendants. | Case No. 1:17-cv-06404 (BMC) (SMG) |



Respectfully submitted,

| | |
|---|---|
| John G. Balestriere | /s/ Edward A. McDonald |
| David A. Forrest | Edward A. McDonald |
| Matthew W. Schmidt | Benjamin E. Rosenberg |
| **BALESTRIERE FARIELLO** | Michael J. Gilbert |
| 225 Broadway, 29th Floor | Benjamin M. Rose |
| New York, New York 10007 | **DECHERT LLP** |
| Telephone: (212) 374-5421 | 1095 Avenue of the Americas |
| Facsimile: (212) 208-2613 | New York, New York 10036 |
| john.balestriere@balestrierefariello.com | Telephone: (212) 698-3672 |
| david.forrest@balestrierefariello.com | Facsimile: (212) 698-3599 |
| matthew.schmidt@balestrierefariello.com | *Attorneys for Defendant Howard Rubin* |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| /s/ Douglas E. Grover | /s/ Yifat V. Schnur |
| Douglas E. Grover | Yifat V. Schnur |
| Jeffrey M. Eilender | **YIFAT V. SCHNUR ESQUIRE LLC** |
| Niall D. Ó Murchadha | 22 Prescott Street |
| Jolène F. LaVigne-Albert | Edison, New Jersey 08817 |
| **SCHLAM STONE & DOLAN LLP** | *Attorney for Defendant Jennifer Powers* |
| 26 Broadway, 19th Floor | |
| New York, New York 10004 | |
| Telephone: (212) 344-5400 | |
| Facsimile: (212) 344-7677 | |
| *Attorneys for Defendant Jennifer Powers* | |