John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:      (212) 374-5401
Facsimile:       (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN,** and **BRITTANY REYES,**<br><br>                                  Plaintiffs,<br><br>        – against –<br><br>**HOWARD RUBIN** and **JENNIFER POWERS,**<br><br>                                  Defendants. | Case No.: 1:17-cv-06404 (BMC) (SMG)<br><br>**NOTICE AND PROPOSED ORDER OF WITHDRAWAL OF APPEARANCE** |

   PLEASE TAKE NOTICE that David A. Forrest is no longer associated with the firm of Balestriere Fariello and pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, David A. Forrest is hereby withdrawn as counsel for Plaintiffs Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, and Brittany Reyes in the above-captioned action. Balestriere Fariello, through the undersigned counsel of record, continue to serve as counsel for Plaintiffs Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, and Brittany Reyes.

Dated:  New York, New York
         November 27, 2019

By: _____
    John G. Balestriere
    Matthew W. Schmidt
    **BALESTRIERE FARIELLO**
    225 Broadway, 29th Floor
    New York, New York 10007
    Telephone:  (212) 374-5401
    Facsimile:  (212) 208-2613
    john.balestriere@balestrierefariello.com
    matthew.schmidt@balestrierefariello.com
    *Attorneys for Plaintiffs*

IT IS SO ORDERED.

Date:_____, 2019        _____
                                                  Hon. Brian M. Cogan
                                                  United States District Judge