John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (212) 374-5421
Facsimile:      (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt @balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN,** and **BRITTANY REYES,**<br><br>Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN** and **JENNIFER POWERS,**<br><br>Defendants. | Case No.: 1:17-cv-06404 (BMC) (SMG)<br><br>**PLAINTIFFS' NOTICE OF MOTIONS IN LIMINE** |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Plaintiffs' Motions in Limine, the December 5, 2019, Declaration of John G. Balestriere with the attached exhibits, and upon all pleadings and proceedings heretofore had herein, Plaintiffs will move this Court in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on such a date and time to be determined by the Court for an order granting Plaintiffs' Motions in Limine.

Dated: New York, New York
December 5, 2019

By: _____
John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (212) 374-5421
Facsimile:     (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt @balestrierefariello.com
*Attorneys for Plaintiffs*

2