# Exhibit A

Case 1:17-cv-06404-BMC-CLP   Document 332-3   Filed 02/04/20   Page 2 of 2 PageID #: 14800
Case 1:17-cv-06404-BMC-SMG   Document 315-3   Filed 12/05/19   Page 2 of 2 PageID #: 14481
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1/27/16 8:24 PM: Howie: I hate feeling like this.

1/27/16 8:24 PM: Howie: Just kidding!

1/27/16 8:52 PM: Whatttt??!! Lmaooooo!!

1/27/16 8:53 PM: You beat a hot girl and got laid! What's there to be upset about!!

1/27/16 9:04 PM: Howie: Joke!

1/27/16 9:04 PM: You're funny!!!


1/28/16 5:05 PM: Should I PayPal Emma?

1/28/16 5:28 PM: Howie: Yup!


1/28/16 9:37 PM: GO HOME

1/28/16 9:37 PM: Fuck Bacarat!!!!!!!!! Brittany isn't worth it!!!!!!

1/28/16 9:43 PM: Howie: She left! I'm w ▮▮▮▮▮▮▮


1/29/16 6:46 PM: Howie: On a different subject, look what got posted on ▮▮▮▮▮▮ instagram. Poor girl. Betting it was ▮▮▮▮▮▮▮ (whom I'm not talkin to anymore as of a week ago).

1/29/16 6:47 PM: Howie: Image

1/29/16 6:47 PM: Howie: Image

1/29/16 6:49 PM: Wow

1/29/16 6:50 PM: Someone made a fake profile!!! It could have been Emma too...

1/29/16 6:50 PM: Any of those ATL girls are capable of doing something like that

1/29/16 6:57 PM: Howie: But emma was just here, so why would she be upset?

1/29/16 6:57 PM: They all hate ▮▮▮▮▮▮▮

1/29/16 6:58 PM: They're just being mean girls

1/29/16 6:58 PM: ...and the fact they all see you, they fight and get jealous.


1/29/16 8:12 PM: From what Emma's told me, everyone hates her in ATL

1/29/16 8:12 PM: Howie: But still, ▮▮▮▮▮▮ said the only people that knew were emma, ▮▮▮ and ▮▮▮▮▮▮▮ best friend.

JP_0000026