# Exhibit F

Case 1:17-cv-06404-BMC-CLP Document 332-8 Filed 02/04/20 Page 2 of 2 PageID #: 14823
Case 1:17-cv-06404-BMC-SMG Document 322 Filed 01/21/20 Page 2 of 2 PageID #: 14589
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9/24/16 11:52 PM: Howie: Just book a viceroy room pls.

9/24/16 11:54 PM: OK.

9/24/16 11:54 PM: Are they going to trash the condo?

9/24/16 11:58 PM: Howie: I'm heading back to walk them to viceroy

9/24/16 11:59 PM: OK, room is booked...

9/24/16 11:59 PM: Room is under ███

9/24/16 11:59 PM: Howie: Check!

9/25/16 12:00 AM: Hotels.com confirmation # 132 767 172 841

9/25/16 12:00 AM: Howie: Thanks!!

9/25/16 12:01 AM: Yes! I don't understand what's going on though


9/25/16 3:46 AM: Howie: Great nite, they r staying till tues!!

9/25/16 3:57 AM: Howie: I think they r leaving. 5k to mia tomorrow.

9/25/16 3:57 AM: Howie: I gave ██ cash

9/25/16 7:25 AM: Lmk the final word!

9/25/16 10:14 AM: Howie: Have u heard from them? It a late nitee, they may want to sleep..

9/25/16 10:27 AM: I heard from ███ that everything ended good

9/25/16 10:28 AM: The flights not till 2 so they have time

9/25/16 10:37 AM: Howie: Yay! Great!!!!!

9/25/16 10:37 AM: Howie: Got rough, fun rough, but rough!

9/25/16 10:37 AM: Good!! But I hope everyone is happy?

9/25/16 10:47 AM: Howie: I think so! ██ boobs were bruised.

9/25/16 10:48 AM: Oh noooo, Mia's been sick all night. ███ has been taking care of her...no sleep

9/25/16 10:49 AM: Every girl since ██ has puked this week.. ████████, now Mia. TOO MUCH DRINKING


9/25/16 11:09 AM: Howie: It got really rough jenn, we need to be VERY VERY VERY nice.....

9/25/16 11:10 AM: Howie: Very important. Trust me.

9/25/16 11:10 AM: Howie: Very important

JP_0000055