**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMY MOORE, et al. *Plaintiffs,* -against- HOWARD RUBIN, et al., *Defendants.* | Case No.: 1:17-CV-06404 (BMC)(CLP) |

## MOTION TO WITHDRAW BENJAMIN ROSE AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Defendant Howard Rubin respectfully moves for an order withdrawing Benjamin Rose as counsel of record in the above-captioned matter and request that Mr. Rose be removed from service of any further pleadings in connection with the above-captioned matter. Mr. Rose is no longer employed by or otherwise affiliated with Dechert LLP, counsel of record for Defendants, and therefore will no longer represent Defendant Rubin in this matter. Mr. Rose is not asserting a retaining or charging lien. The appearances by other Dechert LLP attorneys are unaffected by this request.

A proposed order is attached hereto.

Dated: New York, New York
March 17, 2020

Respectfully Submitted,

DECHERT LLP

By: */s/ Edward A. McDonald*
      Edward A. McDonald
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 649-8787
edward.mcdonald@dechert.com