

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

October 13, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Lawson et al. v. Rubin et al.* No. 1:17-cv-06404-BMC
            Letter: Request for Adjournment

Judge Cogan:

    I represent Plaintiffs in the above-referenced action. Pursuant to Your Honor's Individual Practice Rule I(E), and due to unavailability of trial counsel, I write to request an adjournment of the trial scheduled to begin on February 22, 2022 to March 1, 2022. This is our first request for an adjournment. Defendants have consented to the proposed adjournment.

                                                  Respectfully submitted,

                                                  John G. Balestriere

cc:    Counsel of record