UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWSON ET AL, | |
| *Plaintiffs,* | 1:17-cv-06404-BMC-CLP |
| -against- | **NOTICE OF WITHDRAWAL**<br>**OF APPEARANCE** |
| RUBIN ET AL, | |
| *Defendants.* | |

**PLEASE TAKE NOTICE THAT** I, Niall D. Ó Murchadha, am no longer associated

with the firm Schlam Stone & Dolan LLP, counsel for Defendant Jennifer Powers.  I respectfully

request that the Court withdraw my appearance as counsel in this matter.

Dated: New York, New York
October 25, 2021

**LUNDIN PLLC**

By: _____
Niall D. Ó Murchadha
405 Lexington Avenue
26th Floor
New York, NY 10174
Telephone: (212) 541-2402
E-mail: nomurchadha@lundinpllc.com

*Former Counsel for Defendant Jennifer*
*Powers*