

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

March 15, 2022

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Moore, et al. v. Rubin, et al.*
                 1:17-cv-06404-BMC

Judge Cogan:

I represent Plaintiffs in the above-referenced action against Defendants Howard Rubin ("Rubin") and Jennifer Powers ("Powers"). I write to request authorization for the following members of my team to bring the below described personal electronic devices to the trial in this matter. The dates for which such authorization is requested are from March 21, 2022, through the end of the trial, which is estimated to be April 8, 2022.

- John G. Balestriere: one iPad Pro, one iPad, one laptop, and one cellular phone
- Matthew W. Schmidt: one iPad and one cellular phone
- Mandeep S. Minhas: one laptop and one cellular phone
- Amy E. Khan: one laptop and one cellular phone

SO ORDERED: 3/15/22

Digitally signed by
Brian M. Cogan
_____
USDJ

Respectfully,

John G. Balestriere

cc:    Counsel of record (via ECF)