# EXHIBIT A1

N. Tagai - direct - Mr. Balestriere    115

1  Q   So you just stated Jennifer Powers.  That is the other
2  defendant here.
3      When you made your flight arrangements, did Mr.
4  Rubin or anyone else end up reimbursing you for those
5  flights?
6  A   I would be reimbursed with the payment I would get from
7  Mr. Rubin.
8  Q   Who would end up actually giving you the money?
9  A   Jennifer Powers.
10 Q   Prior to 2015 had you met Jennifer Powers?
11 A   No, I had not.  Just over WhatsApp we did messaging, but
12 nerve in person.
13 Q   Just to be clear, WhatsApp, is that like a message or
14 text communication platform?
15 A   Yes, it is.
16 Q   Each time you met with Mr. Rubin, did he pay you?
17 A   Yes, he did.
18 Q   How did he pay you?
19 A   In the beginning there were a few times where it was
20 cash and then it went from that to bank wires, to Jennifer
21 doing the PayPal transfers.
22 Q   Now, when you came to New York to meet with Mr. Rubin,
23 did you understand that there might be some sex involved?
24 A   Yes.
25 Q   Did you understand that you would be paid for the time

1    that you were here in New York?
2    A    Yes, I was.
3    Q    You talked about what you called the condo.
4         Can you describe that just broadly?  What are you
5    talking about there?
6    A    It's a condo downtown about a few minutes from Central
7    Park.  I am not familiar with New York, too much of the area.
8    By Central Park.  A very nice penthouse, two bedroom,
9    spacious, beautiful, upscale condominium.
10   Q    When you talk about the condominium, is it always this
11   one apartment?
12   A    Yes.
13        MR. BALESTRIERE:  I would like, Ms. Kahn, if you
14   could put up Plaintiffs' Exhibit 1.
15        THE COURT:  For the witness only?
16        MR. BALESTRIERE:  I believe there has been no
17   objection to this, your Honor.
18        THE COURT:  If you are moving its admission, go
19   ahead an move it.
20        MR. BALESTRIERE:  Your Honor, I move Plaintiffs'
21   Exhibit 1 in for admission.  It is going to be pages 1, 9,
22   10, and 20.  I don't believe there is any objection to those
23   pages.
24        THE COURT:  Any objection.
25        MR. GROVER:  No, your Honor.

Tagai - cross - Gilbert 188

1  Q    For years you traveled to New York and you had
2  consensual BDSM sex with Mr. Rubin, correct?
3  A    That is correct, on certain occasions.
4  Q    You traveled from Las Vegas to New York for the purpose
5  of having consensual BDSM sex with Mr. Rubin; is that
6  correct?
7  A    That is correct.
8  Q    You traveled from Chicago to New York for the purpose
9  of having consensual BDSM sexual encounters with Mr. Ruben
10 on numerous occasions, correct?
11 A    That is correct.
12 Q    And you traveled from Seattle to New York; and while in
13 New York, you had consensual BDSM sexual encounters with
14 Mr. Rubin, correct?
15 A    On some occasions, yes.
16 Q    Okay.
17 A    Correct.
18 Q    You made your own travel arrangements to do that,
19 correct?
20 A    Yes, I did.
21 Q    You booked your own flights, correct?
22 A    Yes, I did.
23 Q    You boarded airplanes to come to New York; is that
24 correct?
25 A    Yes, that is correct.