# EXHIBIT A3

Moore - direct - Balestriere                                          410

1  A    Right, yes.
2  Q    So besides Ms. Shon, Ms. Powers and Mr. Rubin, did you
3  speak to anyone else with regards to meeting Mr. Rubin before
4  you met him?
5  A    No.
6  Q    So you said that Ms. Powers arranged your flight.  You
7  flew -- where did you fly into?  Do you remember which
8  airport?
9  A    I flew into JFK.
10 Q    ==Now, when you were coming to New York, did you understand==
11 ==that you might be paid for sexual activity?==
12 A    ==Yes.==
13 Q    Did Ms. Powers assist you at all with any travel issues?
14 A    Yes.
15 Q    In what way?
16 A    She provided the flight for me.  Got me information.
17 Q    When you landed at the airport, how -- you ended up going
18 to the apartment; is that correct?
19 A    Yes.  There was a driver there to pick me up at the
20 airport.
21 Q    Do you know who arranged that driver for you?
22 A    Jennifer Powers.
23 Q    So now let's talk about after you landed at the airport.
24      So you land at the airport.  Did you go right to you
25 apartment after that?