# EXHIBIT A4

Lytell - cross - Gilbert                          753

1         MR. BALESTRIERE:  No objection.
2         THE COURT:  Received.
3         (Defendant's Exhibit H3 rows 44 through 47 received
4    in evidence.)
5    Q    Mr. Rubin responds, "I'll figure the day tomorrow."
6         MR. GILBERT:  We can publish this to the jury.
7         (Exhibit published.)
8    Q    Do you see that message?
9    A    Yes, I do see that.
10   Q    And then you sent him back a kiss emoji, a smiley face,
11   you write Yayi, Y-A-Y-I.  What is that word?
12        MR. BALESTRIERE:  That's not actually in, but no
13   objection to 48 as well.
14        MR. GILBERT:  Okay.
15   A    Yeah.
16   Q    That's what you wrote; correct?
17   A    (No verbal response.)
18   Q    ==You're telling him -- in this exchange, Ms. Lytell,==
19   ==you're telling him you want to come have another visit with==
20   ==him; right?==
21   A    ==Yes.==  ==I needed money.==  ==That's why I went.==
22   Q    Your testimony is that Mr. Rubin brutally attacked you
23   and you're saying you were going to come back to New York
24   because you needed money?  That's your testimony to this jury?
25   A    Yes.

*Michele Lucchese, RPR, CRR*
*Official Court Reporter*

Lytell - cross - Gilbert                755

1  At 9:32 p.m., you write "Hi, Jennifer. Yes, I
2 received the e-mail flight info. Thanks doll face," with a
3 heart emoji there; right?
4 A   Yes.
5 Q   So you accomplished what you said in your text message,
6 what you wanted to, which was arrange come back to see Mr.
7 Rubin again in September of 2016; correct?
8 A   The text message looks like I'm going back to New York,
9 yes.
10 Q   But, Ms. Lytell, you wanted to go back to New York?
11 A   I wanted to make money.  I needed to make money to
12 survive.  Did I go back to New York?  Yes.
13 Q   You arranged to go back to New York; correct?
14 A   It looks like Jennifer Powers arranged it, not me.  I
15 didn't pay for a flight.
16 Q   You initiated?
17 A   No.  He asked me to come back to New York and I responded
18 yes.
19          (Continued on next page.)

Michele Lucchese, RPR, CRR
Official Court Reporter

```
                    Lytell - cross - Gilbert                    786
```

1  Q    You also introduced or attempted to introduce Mr. Rubin
2  to someone named Kenzi Viatore, correct?
3  A    Yes.
4  Q    And is it Viatore?
5  A    Yes.
6  Q    And Ms. Viatore was also a friend of yours, right?
7  A    Yes.
8  Q    At some point she was a roommate, correct?
9  A    Yes.
10 Q    You were very, very close with her, correct?
11 A    Yes.
12 Q    You considered her to be like a sister?
13 A    She was a friend, yes.
14 Q    She was a close friend, right?
15 A    Yes.
16 Q    You sent photographs of her to Mr. Rubin, correct?
17 A    Yes.
18 Q    And you did that because you were trying to introduce her
19 to him to meet with Mr. Rubin in New York, correct?
20 A    So I can get money, yes.
21 Q    And the way you were going to get money was if she came
22 to New York and had an encounter with Mr. Rubin; that's how
23 you were going to get money, correct?
24 A    He offered me to send him women and paid me for it, yes.
25 Q    Now, Ms. Santi who was asking you about, she traveled

```
           SAM      OCR      RMR      CRR      RPR
```

```
 1   with you to New York in October, correct?
 2   A     Yes.
 3   Q     You came back to New York and you testified about that
 4   visit where you got sick, right?
 5   A     Yes.
 6   Q     And she was with you?
 7   A     Yes.
 8   Q     And this is the third time in less than two months that
 9   you got on a plane to come to New York to meet with Mr. Rubin,
10   correct?
11   A     No, it was the third time in three months.
12   Q     You came in August, September and October, correct?
13   A     Correct.
14   Q     And you were expecting to get a fee or you were
15   supposed to -- you were expecting to be paid for bringing
16   Ms. Santi with you, correct?
17   A     Correct.
18   Q     And you got sick on that trip, right?
19   A     Yes.
20   Q     And you got -- you started feeling sick at the airport in
21   Florida, right?
22   A     Yes.
23   Q     You started vomiting at the airport in Florida?
24   A     Yes.
25   Q     And despite being so sick that you were vomiting, you
```