# EXHIBIT A5

1  Mr. Rubin?
2  A     Yes.
3  Q     What did she say?
4  A     She told me that he was a very wealthy man that wanted to
5  meet young models or dancers, and to have a relationship,
6  sexual relationship with them.
7        She told me she had been with him before.  And it
8  was like a BDSM-style relationship.
9  Q     What did you understand that to mean at the time a
10 "BDSM-style relationship"?
11 A     To me I thought like blindfold, handcuffs, spanking.
12 Rough, playful sex.
13 Q     After Ms. -- you spoke to Ms. Cay about Mr. Rubin, did
14 you talk to anyone else about Mr. Rubin?
15 A     Yes.
16 Q     Who is that?
17 A     Stephanie Shon.
18 Q     Do you know Stephanie Shon at the time?
19 A     No.
20 Q     So Ms. Cay was the connection between you and Ms. Shon?
21 A     Yes.
22 Q     What did you discuss with Ms. Shon about Mr. Rubin?
23 A     She told me that he was looking to have like a
24 relationship, like a BDSM style with like models.  Younger
25 girls.

1   And she asked me if I had done anything like that
2   before. And she told me she had done it and it wasn't
3   anything scary. And she said it was fun. And that I would be
4   paid $5,000.
5            I would have to sign an NDA before I can meet him,
6   and if were to tell anybody about what happened, I could be
7   sued.
8   Q    Did Ms. Shon introduce you to anyone else also related to
9   Mr. Rubin?
10  A    Yes.
11  Q    Who's that?
12  A    Jennifer Powers.
13  Q    So did you have a text or phone call or something like
14  that with Ms. Powers?
15  A    Yes, Stephanie Shon told me to download this app called
16  WhatsApp.
17  Q    And did you do so?
18  A    Yes.
19  Q    Did you use that to communicate with Ms. Powers?
20  A    Yes.
21  Q    Did you have any conversation or if you want to call it
22  that, by WhatsApp with Ms. Powers?
23  A    Yes.
24  Q    Do you remember what you discussed?
25  A    Yes. She told me she would be the one booking my flight