# EXHIBIT B

# Excerpts of DX-C2, Group Chat Between Stephanie Shon, Howard Rubin, Mia Lytell and Amy Moore

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Category | Direction | Remote party | Remote party name | Time stamp (Device time +00:00) | **CONVERTED EDT - Time stamp (Device time +00:00)** | Content | Type | Caption | File size | Duration |
| 2 | | | | | | | | | | | |
| 3 | 126. NYC | Incoming message | 19176925042 | 😺Howie🫰🩷 | 8/17/2016 6:45:16 PM | 8/17/16 2:45:16 PM | Do u girls know what ur in for?? 😼 | Text | | N/A | N/A |
| 4 | 126. NYC | Outgoing message | 19545156403, 19179464623, 13864538530, 19176925042 | Mia 🩶♡🩷, Stephanie NYC🫰🍃, Amy Nicole Moore🦋, 😺Howie🫰🩷 | 8/17/2016 6:52:49 PM | 8/17/16 2:52:49 PM | Stephanie told us the basics but we are definitely excited about this | Text | | N/A | N/A |
| 5 | 126. NYC | Outgoing message | 19545156403, 19179464623, 13864538530, 19176925042 | Mia 🩶♡🩷, Stephanie NYC🫰🍃, Amy Nicole Moore🦋, 😺Howie🫰🩷 | 8/17/2016 6:52:53 PM | 8/17/16 2:52:53 PM | 🎯 | Text | | N/A | N/A |
| 6 | 126. NYC | Outgoing message | 19545156403, 19179464623, 13864538530, 19176925042 | Mia 🩶♡🩷, Stephanie NYC🫰🍃, Amy Nicole Moore🦋, 😺Howie🫰🩷 | 8/17/2016 6:53:00 PM | 8/17/16 2:53:00 PM | 😼 | Text | | N/A | N/A |
| 7 | 126. NYC | Outgoing message | 19545156403, 19179464623, 13864538530, 19176925042 | Mia 🩶♡🩷, Stephanie NYC🫰🍃, Amy Nicole Moore🦋, 😺Howie🫰🩷 | 8/17/2016 6:53:04 PM | 8/17/16 2:53:04 PM | 👌🎀 | Text | | N/A | N/A |
| 8 | 126. NYC | Incoming message | 19176925042 | 😺Howie🫰🩷 | 8/17/2016 7:01:28 PM | 8/17/16 3:01:28 PM | Its total BDSM. Most girls love it and come back for more, but I just like to be upfront about everything. | Text | | N/A | N/A |
| 9 | | | | | | | | | | | |
| 10 | 126. NYC | Incoming message | 19176925042 | 😺Howie🫰🩷 | 8/21/2016 10:25:40 PM | 8/21/16 6:25:40 PM | Ladies, can't wait to meet/greet/beat you tomorrow. 😼 | Text | | N/A | N/A |
| 11 | 126. NYC | Incoming message | 19176925042 | 😺Howie🫰🩷 | 8/21/2016 10:26:50 PM | 8/21/16 6:26:50 PM | But the viceroy rooftop bar first so we can all get intoxicated. 😵 | Text | | N/A | N/A |