# EXHIBIT C1

Reyes - cross - Grover                                            386

1        THE COURT: Okay, well, you don't have a mic.
2   CROSS EXAMINATION
3   BY MR. GROVER:
4   Q    Good afternoon. My name is Doug Grover. I represent
5   Jennifer Powers. I just have a few questions for you,
6   Ms. Reyes.
7        Isn't it true that the first time you ever met my
8   client Jennifer Powers was at the deposition?
9   A    Yes.
10  Q    And during the time that this case is involving, back
11  prior to the filing the complaint, you never communicated with
12  my client in any way?
13  A    No.
14  Q    And you never met my client back in those days, of
15  course; am I correct?
16  A    No.
17  Q    And Ms. Powers didn't purchase any plane tickets for you,
18  did she?
19  A    I don't know.
20  Q    Well, someone else did purchase plane tickets, correct?
21  A    Yes.
22  Q    And who was that?
23  A    I don't really recall exactly who did it. It was a mix
24  between Taren, Howie's assistant and Howie.
25  Q    Well, when you say Howie's assistant, who do you mean?