# EXHIBIT C2

Moore - Cross - Lavigne-Albert            587

1    quite an experience.  LOL.

2          My question is:  There were no communications with

3    Jennifer Powers between this text message and the one we

4    looked at a moment earlier when you said, "Hey, just

5    finished from Howie," from December 2016, correct?

6    A    Correct, no communications from me.

7    Q    Thank you.

8          MS. LAVIGNE-ALBERT:  Okay.  Can we take a little

9    -- oh, actually, DXD is what I want.  So let's --

10   December 21st, 2016, the text messages.

11   Q    Okay.  So you were asked about these earlier.  You

12   highlighted the fact that -- I mean, in your testimony

13   earlier you highlighted the fact that you read here, "Howie

14   gave it to me.  He got mad when I asked."

15         You remember that, correct?

16   A    Uh-huh.

17   Q    You did not hesitate to tell Jennifer Powers that he

18   got mad about the fact that you asked for money, correct?

19   A    No, I did not.

20         I can explain.

21   Q    You never told Jennifer Powers that you had been abused

22   or mistreated by Howard Rubin, correct?

23   A    Absolutely not, and I can explain.

24   Q    You testified yesterday that you suffered emotional

25   injuries as a result of your meetings with Howard Rubin,