# EXHIBIT C3

```
                    Lytell - direct - Balestriere                614
```

1  that $2,000 besides coming to New York, if anything?
2  A     He said dinner and drinks.
3  Q     Did you discuss this with Amy?
4  A     Yes.
5  Q     Did you have any phone conversations with anyone before
6  you came to New York?
7  A     I did not, no.
8  Q     Do you know if Ms. Powers did -- excuse me, if Ms. Moore
9  did, Amy did?
10 A     Yes, she did.
11 Q     With who?
12 A     With Ms. Powers.
13 Q     Do you remember if you had any text communications with
14 Mr. Rubin before you came to New York?
15 A     Yes.
16 Q     Do you remember -- I may show you at some point but right
17 now I'm just asking questions.
18        Do you remember what it was that you discussed by
19 text?
20 A     I remember the group message that was made for all of us
21 to speak.
22 Q     Do you remember if there was a discussion of a text that
23 the jury has now seen a few times, I will just ask you about
24 the phrase total BDSM?
25 A     Yes.