# EXHIBIT D

# WhatsApp Chats Between Jennifer Powers and Amy Moore

Corresponding Cell Phone Numbers:

Jennifer Powers: (281) 687 - 2731

Amy Moore: (386) 453 - 8530



JP_0000250.txt
8/17/16 4:20 PM: Messages you send to this chat and calls are now secured with end-to-end encryption.
8/17/16 4:20 PM: Hey Amy! This is Jennifer Powers, Howie's assistant in NY...I'll be overseeing your trip to the city next week. Will you please send me your full legal booking name, DOB, and email? I'll also need to know what city you would like to depart from.
8/17/16 4:20 PM: Thanks in advance
8/17/16 4:20 PM: Amy Nicole: Hello
8/17/16 4:20 PM: Amy Nicole: Amy Nicole Moore
8/17/16 4:21 PM: Amy Nicole: 7/2/82
8/17/16 4:21 PM: Amy Nicole: Daytona beach Florida
8/17/16 4:21 PM: Amy Nicole: Leaving Monday morning
8/17/16 4:21 PM: Amy Nicole: And returning Tuesday
8/17/16 4:21 PM: Amy Nicole: Correct ?
8/17/16 4:22 PM: I believe so! Just waiting on the final confirmation on flight scheduling.
8/17/16 4:22 PM: What's your email?
8/17/16 4:22 PM: Amy Nicole: Amy2mo@gmail.com
8/17/16 4:23 PM: Great! I'll be back in touch with you shortly.
8/17/16 4:25 PM: Amy Nicole: Can you let me know flight options for Tuesday ☺
8/17/16 4:27 PM: Sure, is there a time you're looking for? I usually book departing flights for late morning
8/17/16 4:27 PM: Amy Nicole: That is perfect
8/18/16 8:29 PM: Hey!
8/18/16 8:32 PM: The only non stop flight returning to DAB on Tuesday departs NY at 8am...is this flight OK, or would you rather a flight with a stop?
8/18/16 9:20 PM: OR...if you would rather fly into Orlando...you could have a later non stop flight, but seems like Orlando is an hour drive from Daytona...
8/18/16 9:20 PM: Please advise
8/18/16 9:32 PM: Amy Nicole: Yes that flight is fine ☺
8/18/16 9:40 PM: OK! You got it.
8/18/16 10:38 PM: I just emailed your flight itinerary and directions for Monday. Please confirm it's receipt with me after you have a chance to review. Thanks!
8/18/16 10:43 PM: Amy Nicole: Hi! Got it thank you ☺☺
8/21/16 8:13 PM: Have a safe flight to the city tomorrow, lmk when you land. Xx
8/22/16 8:29 AM: Good morning! I guess you're a little delayed today...
8/22/16 8:29 AM: Image
8/22/16 8:29 AM: Amy Nicole: Ok thank you
8/22/16 10:50 AM: Will you please let me know what time they're saying your flight is now landing?
8/22/16 10:55 AM: Amy Nicole: Yes almost to airport
8/22/16 10:55 AM: Amy Nicole: Leaves at 1209?
8/22/16 10:55 AM: Thanks so much!
8/22/16 10:55 AM: Amy Nicole: Daytona airport is small so only need to be there an hour before ☺
8/22/16 10:57 AM: Nice!! Yes mam, new departure is 12:09, but I'm hoping earlier!
8/22/16 11:00 AM: Amy Nicole: 😀
8/22/16 11:03 AM: Amy Nicole: Here

```
                              JP_0000250.txt
8/22/16 11:03 AM: Amy Nicole: Jet blu said
8/22/16 11:03 AM: Amy Nicole: That the flight won't be here until 1209
8/22/16 11:13 AM: Sheesh. OK, keep me posted on the new arrival in NY time
8/22/16 11:13 AM: I'm trying to gauge my timing on when I'll meet you gals.
8/22/16 11:49 AM: Amy Nicole: So the new flight departure time is 1259
8/22/16 11:50 AM: And when would it arrive?
8/22/16 12:04 PM: Amy Nicole: I'll ask now
8/22/16 12:13 PM: Amy Nicole: Arrival is now 3:17
8/22/16 12:14 PM: OK, I'm so sorry for the delay!
8/22/16 12:15 PM: Are you basically ready?
8/22/16 12:14 PM: Amy Nicole: It's ok happens ☺
8/22/16 12:14 PM: Amy Nicole: I need to do my hair just touch it up really
8/22/16 12:15 PM: Amy Nicole: But otherwise yes
8/22/16 12:15 PM: OK sounds good!
8/22/16 12:15 PM: Amy Nicole: So may need like 20 min to freshen up ☺
8/22/16 12:23 PM: Is the plane even there yet?
8/22/16 12:23 PM: Amy Nicole: Yes
8/22/16 12:23 PM: Amy Nicole: About to board soon
8/22/16 12:25 PM: That's good news! Great! I'll meet you gals around 5 at the
condo...H will be there around that time too. You three will head to a fun rooftop
for drinks around 5:30/45
8/22/16 12:25 PM: Amy Nicole: Ok perfect thanks !
8/22/16 12:25 PM: I'll send you a driver since your delayed, will be quicker than
hopping a cab.
8/22/16 12:32 PM: Amy Nicole: Ok just noticed Mia and I are at different airports
8/22/16 12:32 PM: Amy Nicole: She said she's gonna wait for me
8/22/16 12:32 PM: Amy Nicole: But I'm flying into jfk
8/22/16 12:33 PM: Yes, I'll make sure she knows to hop in a cab.
8/22/16 12:34 PM: Since you're delayed, your driver is set for you...will be at
baggage for you waiting when you land.
8/22/16 12:35 PM: He has your cell
8/22/16 12:34 PM: Amy Nicole: Ok thank you
8/22/16 12:35 PM: NP 💐  these things happen...we'll make it work X
8/22/16 2:56 PM: Amy Nicole: Landed !
8/22/16 2:57 PM: Awesome!! Welcome to the Big Apple!! Xx
8/22/16 2:57 PM: Amy Nicole: ☺☺☺
8/22/16 3:12 PM: Amy Nicole: Hi at baggage claim
8/22/16 3:12 PM: Call me on regular phone! Can't hear on whatsapp
8/22/16 3:16 PM: (917) 775-3342 Julio is your driver
8/22/16 3:16 PM: He's definitely there, maybe call him and see if yall can connect
8/22/16 3:18 PM: Amy Nicole: Just talked to him thank you ☕
8/23/16 8:05 AM: Good morning! Did you make it to the airport?
8/23/16 8:05 AM: Amy Nicole: Morning !
8/23/16 8:05 AM: Amy Nicole: Yes I'm on my flight now about to take off
8/23/16 8:06 AM: Amy Nicole: Thank you so much for having me
8/23/16 9:24 AM: Awesome!!! I'm so happy you made that flight, was worried.
8/23/16 9:25 AM: H said he had a terrific time, see you again soon! XO
8/23/16 11:32 AM: Amy Nicole: ,awesome ! Can't wait  😺 I was hoping he liked me
```

JP_0000250.txt

lol
8/23/16 11:43 AM: Who wouldn't!!
8/23/16 2:45 PM: Amy Nicole: ❤❤
8/24/16 6:56 AM: Amy Nicole: So I'll send you the info on my gf I had told howie about ☺
8/24/16 6:56 AM: Amy Nicole: Her name is Pashence Marie
8/24/16 6:57 AM: Amy Nicole: Image



JP_0000250.txt

8/24/16 8:13 AM: Good morning! Do you think she would be cool with everything that goes down?
8/24/16 8:53 AM: Amy Nicole: He's for sure already spoke to her
8/24/16 8:53 AM: Amy Nicole: I meant yes
8/24/16 8:54 AM: Amy Nicole: Not he's lol
8/24/16 8:54 AM: Amy Nicole: She one of my best friends
8/24/16 8:54 AM: Amy Nicole: And super awesome personality
8/24/16 8:54 AM: Amy Nicole: ☺
8/24/16 8:54 AM: Amy Nicole: Huge boobs lol
8/24/16 8:59 AM: Oh great! As long as she's cool...I keep the psychos out!
8/24/16 8:59 AM: Is she in Miami? She looks gorgeous!
8/24/16 9:00 AM: Amy Nicole: She's actually near Jacksonville
8/24/16 9:00 AM: Amy Nicole: And def not psycho she one of the sweetest girls I know
8/24/16 9:00 AM: Amy Nicole: ☺☺☺
8/24/16 9:01 AM: Amy Nicole: Very positive and uplifting but has a wild side lol
8/25/16 11:24 AM: Amy Nicole: I heard about what happened w REDACTED :/
8/25/16 12:15 PM: Oh yes ☺ bad timing of conversations ☺
8/25/16 5:16 PM: Amy Nicole: 😁 I've only met her once through Mia but she seemed pretty open minded don't really know her that well I told her on speaker phone w Mia what to expect lol so she knew
8/25/16 5:38 PM: She is an amazing girl, sometimes it happens.
8/25/16 6:17 PM: Amy Nicole: Ya guess it's not for everyone
8/25/16 6:17 PM: Amy Nicole: I would do it again it was quite the experience lol
12/21/16 4:37 PM: Hey!
12/21/16 4:37 PM: I just saw your text! Sounds good and yes I will! Can you pls verify your PayPal Addy with me?
12/21/16 4:37 PM: Amy Nicole: It is amy2mo@gmail.com
12/21/16 4:38 PM: Amy Nicole: Thanks so much Jen !!
12/21/16 4:38 PM: ...what's Mia talking about??! LOLOLLLL
12/21/16 4:38 PM: Amy Nicole: Haha I told her earlier I didn't have your info
12/21/16 4:38 PM: Amy Nicole: But Howie gave it to me
12/21/16 4:38 PM: Amy Nicole: He got mad when I asked :/
12/21/16 4:39 PM: Amy Nicole: So Mia said she would contact you but then I got your info
12/21/16 4:39 PM: I'll get it to you soon. Oh ok! Ha!! You probably didn't realize you still had me...we have an entire convo up there!
12/21/16 4:39 PM: Amy Nicole: Oh ya I don't use what's ap often I'm clueless lol