# EXHIBIT E

# Text Message Sent from Amy Moore to Jennifer Powers

Corresponding Cell Phone Numbers:

Jennifer Powers: (281) 687 - 2731

Amy Moore: (386) 453 - 8530



Lawson v. Rubin

DX-E2

1:17-cv-06404 (BMC)

Page 1 of 2



**Amy Nicole Moore (Mobile)**

- Hey just finished w howie 😊
- He said you would PayPal me

Dec 21, 2016


Page 2 of 2
JP_0000690