# EXHIBIT F

# WhatsApp Chats Between Jennifer Powers and Mia Lytell

Corresponding Cell Phone Numbers:

Jennifer Powers: (281) 687 - 2731

Mia Lytell: (954) 515 - 6403



**Lawson v. Rubin**

DX-M2-1

**1:17-cv-06404 (BMC)**

Updated 3/9/2022

JP_0000163.txt

8/17/16 4:21 PM: Messages you send to this chat and calls are now secured with end-to-end encryption.
8/17/16 4:21 PM: Hey Mia! This is Jennifer Powers, Howie's assistant in NY...I'll be overseeing your trip to the city next week. Will you please send me your full legal booking name, DOB, and email? I'll also need to know what city you would like to depart from.
8/17/16 4:21 PM: Thanks in advance
8/17/16 6:20 PM: Mia Raquel: Hi there hunn
8/17/16 6:22 PM: Mia Raquel: Mia Raquel Lytell ♥11/27/87♥ mialytell@hotmail.com ☺ Airport: Fort Lauderdale , FL.
8/17/16 6:23 PM: Mia Raquel: 💌
8/17/16 7:06 PM: Gotcha! Thanks
8/17/16 7:07 PM: Just waiting on the final booking details from the boss man, but I'll be back in touch shortly
8/18/16 10:39 PM: I just emailed your flight itinerary and directions for Monday. Please confirm it's receipt with me after you have a chance to review. Thanks!
8/18/16 10:58 PM: Mia Raquel: Yes I received my email and understand. Thank you so much! Appreciate it. 💕🤞
8/18/16 11:02 PM: You rock! X
8/19/16 12:33 AM: Mia Raquel: 😊😊✖
8/21/16 8:12 PM: Have a safe flight to the city tomorrow, lmk when you land. Xx
8/22/16 9:44 AM: Mia Raquel: Thanks babes! At the airport now 💕✈
8/22/16 12:12 PM: Lmk when you land please, Amy is delayed!
8/22/16 12:37 PM: ...and I want to make sure you know to hop in your own cab since yall are flying into different airports.
8/22/16 12:40 PM: I'll meet you gals around 5 at the condo...H will be there around that time too. You three will head to a fun rooftop for drinks around 5:30/45
8/22/16 1:45 PM: Mia Raquel: Yayi Oki I just landed
8/22/16 1:46 PM: Mia Raquel: Going to take a cab to condo now
8/22/16 1:46 PM: Welcome to the Big apple
8/22/16 1:46 PM: Make yourself at home.
8/22/16 1:46 PM: Mia Raquel: Yayi love it
8/22/16 1:46 PM: Mia Raquel: 🍎
8/22/16 1:46 PM: Mia Raquel: 🗽
8/22/16 1:46 PM: Mia Raquel: ☕
8/22/16 1:48 PM: ☕☕ see you around 5
8/22/16 1:57 PM: Mia Raquel: Of course yes u will
8/23/16 9:25 AM: Good morning!
8/23/16 9:25 AM: How are you!
8/23/16 9:28 AM: Mia Raquel: Hey babes
8/23/16 9:28 AM: Mia Raquel: I'm great
8/23/16 9:28 AM: Mia Raquel: Packing up now
8/23/16 9:28 AM: Mia Raquel: About to go
Walk around NYC for like 30 mins before I gotta get a cab
8/23/16 9:29 AM: Mia Raquel: But last night was unreal crazy wild fun stuff
8/23/16 9:29 AM: Mia Raquel: Oh wow
8/23/16 9:29 AM: Mia Raquel: 💧💧💧💧💧💧💧💧💧💧💧💧💧💧💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀💀♥♥♥♥♥♥♥♥♥💋♥

Page 1

Page 2 of 5

JP_0000163.txt

8/23/16 9:29 AM: Mia Raquel: Thank You for everything and for having me come have fun!!!
8/23/16 9:29 AM: Mia Raquel: 🖤
8/23/16 9:29 AM: Mia Raquel: Would do that anytime again lol
8/23/16 9:29 AM: Mia Raquel: 🎯
8/23/16 9:33 AM: Amazing!! That's great!!! H said he had a terrific time, I'm so glad you guys had fun!!
8/23/16 10:23 AM: Mia Raquel: Yayi
8/23/16 10:23 AM: Mia Raquel: Soooo much fun

Page 2

JP_0000163.txt

10/3/16 2:31 PM: Mia Raquel: Congrats on ur baby boy
10/3/16 2:31 PM: Mia Raquel: ♥
10/3/16 2:31 PM: Mia Raquel: 👶
10/3/16 2:31 PM: Mia Raquel: ⚓
10/3/16 2:35 PM: Thank YOU! XO

Page 3

**Page 4 of 5**