UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
AMY MOORE, MIA LYTELL, NATASHA :
TAGAI, EMMA HOPPER, BRITTANY : 17-cv-6404 (BMC)
HASSEN, and BRITTANY REYES, :
: **VERDICT SHEET**
Plaintiff, :
:
- against - :
:
HOWARD RUBIN, and JENNIFER :
POWERS, :
:
Defendant. :
:
:
----------------------------------------------------------- X

### PLAINTIFF NATASHA TAGAI

1. Plaintiff Tagai's total punitive damages:

   TOTAL PUNITIVE DAMAGES FOR MR. RUBIN = $ 120,000

Move on to the Claim for the next Plaintiff.

### PLAINTIFF BRITTANY REYES

1. Plaintiff Reyes's total punitive damages:

   TOTAL PUNITIVE DAMAGES FOR MR. RUBIN = $ 120,000

Move on to the Claim for the next Plaintiff.

### PLAINTIFF BRITTANY HASSEN

1. Plaintiff Hassen's total punitive damages:

   TOTAL PUNITIVE DAMAGES FOR MR. RUBIN = $ 120,000

Move on to the Claim for the next Plaintiff.

### PLAINTIFF EMMA HOPPER

1. Plaintiff Hopper's total punitive damages:

   TOTAL PUNITIVE DAMAGES FOR MR. RUBIN = $ 120,000

Move on to the Claim for the next Plaintiff.

### PLAINTIFF MIA LYTELL

1. Plaintiff Lytell's total punitive damages:

   TOTAL PUNITIVE DAMAGES FOR MR. RUBIN = $ 120,000

Move on to the Claim for the next Plaintiff.

### PLAINTIFF AMY MOORE

1. Plaintiff Moore's total punitive damages:

   TOTAL PUNITIVE DAMAGES FOR MR. RUBIN = $ 250,000