UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
AMY MOORE, MIA LYTELL, NATASHA :
TAGAI, EMMA HOPPER, BRITTANY : **JUDGMENT**
HASSEN, and BRITTANY REYES, :
: 17-cv-6404 (BMC)
Plaintiffs, :
- against - :
:
HOWARD RUBIN, and JENNIFER :
POWERS, :
:
Defendants. :
:
------------------------------------------------------------- X

**COGAN**, District Judge.

This case having come before the Court for trial by jury, and the jury having rendered its verdict on April 6, 2022, and April 7, 2022, it is hereby

**ORDERED AND ADJUDGED**, that plaintiffs shall take nothing of defendant Jennifer Powers, and the claims against Jennifer Powers are dismissed; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Amy Moore shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $250,000 in punitive damages, for a total of $750,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Mia Lytell shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Natasha Tagai shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Emma Hopper shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Brittany Hassen shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Brittany Reyes shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000.

**SO ORDERED.**

Dated: Brooklyn, NY
       April 12, 2022

Digitally signed by Brian M. Cogan
_____
U.S.D.J.