**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN and BRITTANY REYES,

          *Plaintiffs,*

  -*against*-

HOWARD RUBIN and JENNIFER POWERS,

          *Defendants.*

Case No.: 1:17-CV-06404 (BMC)

---

**NOTICE OF DEFENDANT HOWARD RUBIN'S MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50(b) AND 59 FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

**PLEASE TAKE NOTICE** that, that Defendant Howard Rubin, will move this Court pursuant to Federal Rule of Civil Procedure 50(b) and 59, before the Honorable Judge Brian M. Cogan, United States District Court for the Eastern District of New York, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, as soon thereafter as the matter may be heard, for an Order granting Rubin's motion for judgment as a matter of law on each of the title 18, United States Code, § 1591, et seq. (the Trafficking Victims Protection Act ("TVPA")) claims against him or, in the alternative, for a new trial, or, in the alternative, for a remittitur, and for other and further relief as the Court deems just and proper. In support, Rubin submits Rubin's Memorandum of Law and Exhibit A, dated May 11, 2022, which is being filed contemporaneously with this notice.

Date: May 11, 2022
New York, NY

**DECHERT LLP**

*/s/ Edward A. McDonald*
Edward A. McDonald
Benjamin E. Rosenberg
May Chiang
Christine Isaacs
1095 Avenue of the Americas
New York, NY 10036
Phone: 212-698-3672
Fax: 212-698-3599

SHEPPARD MULLIN
*/s/ Michael J. Gilbert*
Michael J. Gilbert
Katherine Anne Boy Skipsey
30 Rockefeller Plaza
New York, NY 10112
Phone: 212-653-8700
Fax: 212-653-8701

*Attorneys for Howard Rubin*