

**UNITED CASUALTY AND SURETY INSURANCE COMPANY**
US Casualty and Surety Insurance Company
United Surety Insurance Company

233 Needham Street, Suite 440, Newton, Massachusetts 02464

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN, and BRITTANY REYES

          Plaintiffs,

-against-

Howard Rubin, and Jennifer Powers,

          Defendants.
-----------------------------------------------------------------X

**BOND NO. UCSX2X4121**

**SUPERSEDEAS BOND**

**17-cv-6404 (BMC)**

WHEREAS, Howard Rubin, Defendant has filed a motion for judgment as a matter of law and motion for a new trial dated the 11th of May, 2022 and if such motions are denied, will file and prosecute an appeal to the United States Court of Appeals for the Second Circuit from the Judgment dated the 12th day of April, 2022 and filed on the 13th day of April 2022 awarding damages in favor of the Plaintiff, Amy Moore, and against Howard Rubin, in the total sum of **SEVEN HUNDRED FIFTY THOUSAND AND 00/100 ($750,000.00) DOLLARS** and in favor of the Plaintiff, Mia Lytell, and against Howard Rubin, in the total sum of **SIX HUNDRED TWENTY THOUSAND AND 00/100 ($620,000.00) DOLLARS** and in favor of the Plaintiff, Natasha Tagai, and against Howard Rubin, in the total sum of **SIX HUNDRED TWENTY THOUSAND AND 00/100 ($620,000.00) DOLLARS** and in favor of the Plaintiff, Emma Hopper, and against Howard Rubin, in the total sum of **SIX HUNDRED TWENTY THOUSAND AND 00/100 ($620,000.00) DOLLARS** and in favor of the Plaintiff, Brittany Hassen, and against Howard Rubin, in the total sum of **SIX HUNDRED TWENTY THOUSAND AND 00/100 ($620,000.00) DOLLARS** and in favor of the Plaintiff, Brittany Reyes, and against Howard Rubin, in the total sum of **SIX HUNDRED TWENTY THOUSAND AND 00/100 ($620,000.00) DOLLARS.**

NOW, THEREFORE, the **UNITED CASUALTY AND SURETY INSURANCE COMPANY**, duly authorized to transact business in the State of New York and having an office and principal place of business at 233 Needham Street, Ste. 440, Newton, MA, 02464 and **GENERAL REINSURANCE COMPANY** with a principal place of business at 120 Long Ridge Rd, Stamford, CT 06902 as Co-Sureties, and Howard Rubin, as Principal, do hereby undertake in the sum of **FOUR MILLION TWO HUNDRED SEVENTY THREE THOUSAND FIVE HUNDRED AND 00/100 ($4,273,500.00) DOLLARS,** that if the above-named Appellant, Howard Rubin, shall satisfy the Judgment herein in full together with cost, interest, and damages for delay, if for any reason the appeal is dismissed or if the Judgment is affirmed, and shall satisfy in full such modification of the Judgment and such costs, interest, and damages as the Appellate Court may adjudge and award, then this obligation shall be void, otherwise the same shall be and remain in full force and virtue.

Provided however this bond is hereby fixed in the amount of **FOUR MILLION TWO HUNDRED SEVENTY THREE THOUSAND FIVE HUNDRED AND 00/100 ($4,273,500.00) DOLLARS.**

DATED, Newton, MA, May 17th, 2022

UNITED CASUALTY AND SURETY INSURANCE COMPANY

By: _____
ROBERT F. THOMAS, PRESIDENT

GENERAL REINSURANCE COMPANY

By: _____
ROBERT F. THOMAS, ATTORNEY-IN-FACT

## SURETY ACKNOWLEDGEMENT

COMMONWEALTH OF MASSACHUSETTS          SS:
COUNTY OF MIDDLESEX

On this 17th day of May in the year 2022, before me personally came **ROBERT F THOMAS**, to me known, who being by me duly sworn, did depose and say that he resides in Wellesley, MA; that he is President of United Casualty and Surety Insurance Company and Attorney-in-Fact of **GENERAL REINSURANCE COMPANY**, the corporations described in and which executed the above instrument; that he knows the seal affixed to said instrument is such corporate seal; that it was affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order

**Colleen A. Cochrane**
*Notary Public, Commonwealth* of Massachusetts
**Commission Expires October 27th, 2028**                    |          NOTARY PUBLIC

**UNITED CASUALTY AND SURETY INSURANCE COMPANY**
US Casualty and Surety Insurance Company
United Surety Insurance Company

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That United Casualty and Surety Insurance Company, a corporation of the State of Nebraska, and US Casualty and Surety Insurance Company and United Surety Insurance Company, assumed names of United Casualty and Surety Insurance Company (collectively, the Companies), do by these presents make, constitute and appoint:

**Robert F. Thomas, Justin D. Casey, Colleen A. Cochrane, Deborah A. Holleran, Stephen M. Welsh, Casey R. Parker.**

its true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety.** This Power of Attorney shall expire without further action on December 31st, 2023.

This Power of Attorney is granted under and by authority of the following resolutions adopted by the Board of Directors of the Companies at a meeting duly called and held on the 1st day of July, 1993:

> Resolved that the President, Treasurer, or Secretary be and they are hereby authorized and empowered to appoint Attorneys-in-Fact of the Company, in its name and as its acts to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected Officers of the Company in their own proper persons.
>
> That the signature of any officer authorized by Resolutions of this Board and the Company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereunto affixed, this 19th day of August, 2021.

  

**UNITED CASUALTY AND SURETY INSURANCE COMPANY**
US Casualty and Surety Insurance Company
United Surety Insurance Company

Joel R. Chachkes, Treasurer

Corporate Seals

Commonwealth of Massachusetts
County of Middlesex ss:

On this 19th day of August, 2021, before me, Branda L. Peebles, a notary public, personally appeared, Joel R. Chachkes, Treasurer of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.
WITNESS my hand and seal.

_____ (Seal)
Branda L. Peebles, Notary Public   Commission Expires: 02/27/2026

Branda L. Peebles
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 27, 2026

I, Robert F. Thomas, President of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Newton, Massachusetts this
17th day of May, 2022

Corporate Seals  

Robert F. Thomas, President

TO CONFIRM AUTHENTICITY OF THIS BOND OR DOCUMENT EMAIL: CONFIRMBOND@UNITEDCASUALTY.COM

DUPLICATE ORIGINAL

Power # UC&S 2190MA-74246-__033__

# POWER OF ATTORNEY
## GENERAL REINSURANCE CORPORATION
### 120 LONG RIDGE ROAD, STAMFORD, CONNECTICUT 06902

**Know All Men By These Presents:** That the GENERAL REINSURANCE CORPORATION, a corporation organized and existing under the laws of the State of Delaware, with Executive Offices at 120 Long Ridge Road, Stamford, Connecticut 06902, does hereby nominate, constitute and appoint <u>Robert F. Thomas, Zachary R. Bradley, Colleen A. Cochrane, and Justin D. Casey</u> its true and lawful Attorney(s)-in-fact with full power and authority to make, execute and deliver, for and on its behalf as surety, and as its act and deed, for:

Bond Number: UCSX2X4121
Bond Description: Supersedeas Bond
Bond Amount: $4,273,500.00
Principal: Howard Rubin
Obligee: United States District Court, Eastern District of New York
Description: 17-CV-6404 (BMC)

including consents in connection therewith - which are written on a co-surety basis and duly executed by <u>United Casualty & Surety Insurance Company, 233 Needham St., Suite 440, Newton, MA  02464</u> as a co-surety; provided the co-surety share of General Reinsurance Corporation on any single bond shall not exceed <u>$5,000,000</u> and the execution of such bond(s), undertaking(s), or writing(s) obligatory, in pursuance of these presents, shall be as binding upon said Corporation, to all intents and purposes, as if duly executed by the President or Vice President of the Corporation, sealed with its corporate seal, and attested by its Secretary, Assistant Secretary or Vice President; and said Corporation hereby ratifies and confirms the acts of said Attorney(s)-in-fact done pursuant to the power and authority herein given.

This Power of Attorney is made and executed by authority of the By-laws of said Corporation of which the following excerpt is a true and exact copy.

"ARTICLE VI, SECTION 6.01 Execution of Instruments Generally.  The Chairman of the Board, the President, any Vice President, the Secretary or the Treasurer may enter into any contract or execute and deliver any instrument in the name and on behalf of the Corporation.  The Board of Directors may authorize any officer or officers, or agent or agents, to enter into any contract or execute and deliver any instrument in the name and on behalf of the Corporation, and such authorization may be general or confined to specific instances."

All power and authority hereby conferred shall hereby expire and terminate without notice at midnight of the <u>31st</u> day of <u>March, 2023</u> as respects executions subsequent thereto.

**In Witness Whereof:** The GENERAL REINSURANCE CORPORATION has caused these presents to be signed by its ___Vice President___ and its corporate seal to be affixed this ___5th___ day of January, 2022.

Attest:

_José A. González_
Second Vice President

GENERAL REINSURANCE CORPORATION

By _John Campbell_
John Campbell
Vice President

STATE OF CONNECTICUT  ) ss.:
COUNTY OF FAIRFIELD

The foregoing instrument was acknowledged before me this ___5th___ day of ___January, 2022___, by ___John Campbell and José A. González___ of the General Reinsurance Corporation, a Delaware Corporation, on behalf of the Corporation.

_Anne Maxson_
Notary Public

**United Casualty and Surety Insurance Company**
**Newton, Massachusetts**
**Statement of Assets, Liabilities, and Surplus**
**Year Ended December 31**

|  | Year Ended 2021 | Year Ended 2020 |
|---|---|---|
| **Admitted Assets** | | |
| Cash and Short Term Investments | $ 20,377,739 | $ 24,989,901 |
| Stocks | 17,168,177 | 11,373,310 |
| Bonds | 956,164 | 2,844,907 |
| Uncollected Premiums & Agents' Balances | 1,203,732 | 1,028,456 |
| Other Assets | 257,589 | 388,984 |
| *Total Net Admitted Assets* | $ 39,963,401 | $ 40,625,558 |
| **Liabilities** | | |
| Funds Held as Collateral | $  9,185,872 | $ 10,006,075 |
| Unearned Premium | 4,579,947 | 3,657,963 |
| Losses | 1,070,642 | 2,383,868 |
| Other Expenses | 318,732 | 287,722 |
| Taxes, Licenses, and Fees | 121,675 | 117,377 |
| Loss Adjustment Expenses | 310,884 | 108,466 |
| Payable to Parent or Affiliates | 370,027 | 82,147 |
| Ceded Reinsurance Payable | 103,004 | 84,651 |
| Other Liabilities | 47,507 | 0 |
| *Total Liabilities* | $ 16,108,290 | $ 16,728,269 |
| **Capital and Surplus** | | |
| Paid In Surplus | $ 16,615,161 | $ 17,040,161 |
| Unassigned Surplus | 4,744,205 | 4,361,383 |
| Common Stock | 2,600,000 | 2,600,000 |
| Less Treasury Stock | 104,255 | 104,255 |
| *Total Capital and Surplus* | $ 23,855,111 | $ 23,897,289 |

I, Joel Chachkes, Chief Financial Officer and Treasurer of United Casualty and Surety Insurance Company, hereby certify that the above is an exact copy of the financial statement of the Company dated December 31, 2021, and is a true and correct statement of the condition of United Casualty and Surety Insurance Company as of that date.

IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of the Company this 25th day of March 2022.

By _Joel Chachkes_
Joel Chachkes, Chief Financial Officer and Treasurer