906

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2
    ------------------------------x
3                                      17-CV-6404(BMC)
    AMY MOORE, MIA LYTELL,
4   NATASHA TAGAI, EMMA HOPPER,
    BRITTANY HASSEN and BRITTANY
5   REYES,
                                       United States Courthouse
6           Plaintiffs,                Brooklyn, New York

7           – versus –                 March 28, 2022
                                       9:30 a.m.
8   HOWARD RUBIN and JENNIFER
    POWERS,
9
            Defendants.
10
    ------------------------------x
11
                TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
12              BEFORE THE HONORABLE BRIAN M. COGAN
              UNITED STATES SENIOR DISTRICT JUDGE
13                      BEFORE A JURY

14  APPEARANCES

15  Attorney for Plaintiffs: BALESTRIERE FARIELLO
                             225 Broadway
16                           29th Floor
                             New York, New York 10007
17                           BY:  JOHN G. BALESTRIERE, ESQ.
                                  MANDEEP S. MINHAS, ESQ.
18

19  Attorney for Defendant:  DECHERT LLP
    Howard Rubin            1095 Avenue of the Americas
20                          New York, New York 10036-6797
                            BY:  EDWARD A. McDONALD, ESQ.
21                               BENJAMIN E. ROSENBERG, ESQ.
                                 MAY K. CHIANG, ESQ.
22                               CHRISTINE ISAACS, ESQ.

23

24

25

1   APPEARANCES (CONTINUED)

2   Attorney for Defendant:   SHEPPARD MULLIN RICHTER
    Howard Rubin              & HAMPTON, LLP
3                             30 Rockefeller Plaza
                              New York, NY 10112
4                             BY:  MICHAEL J. GILBERT, ESQ.
                                   KATHERINE BOY-SKIPSEY, ESQ.
5

6   Attorney for Defendant:   SCHLAM STONE & DOLAN LLP
    Jennifer Powers           26 Broadway
7                             New York, New York
                              BY:  DOUGLAS E. GROVER, ESQ.
8                                  JOLENE LAVIGNE-ALBERT, ESQ.
                                   ANGELA LI, ESQ.
9

10

11  Court Reporter:           LINDA D. DANELCZYK, RPR, CSR, CCR
                              Phone:  718-613-2330
12                            Fax:    718-804-2712
                              Email:  LindaDan226@gmail.com
13

14  Proceedings recorded by mechanical stenography.  Transcript
    produced by computer-aided transcription.
15

16

17

18

19

20

21

22

23

24

25

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                          908

1              In open court; Jury not present.)

2              THE COURTROOM DEPUTY:  All rise.  Judge Cogan is

3    presiding.

4              THE COURT:  Good morning.

5              Thank you for resolving the discovery dispute

6    without my attention.

7              If you need to put something on the record in the

8    presence of the jury, you can do it; if you need to put

9    something on the record out of the presence of the jury, we'll

10   do it at the first break.

11             (The witness resumes the stand.)

12             (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Witness takes the witness stand.)

2     **MIA LYTELL,** called as a witness, having been previously first

3     duly sworn/affirmed, was examined and testified further as

4     follows:

5          (Jury enters the courtroom.)

6          THE COURT:  All right, everyone be seated.

7          Good morning, ladies and gentlemen.

8          I hope you had a good weekend.

9          We'll finish up cross-examination.

10         Please proceed.

11    CROSS-EXAMINATION (Continued)

12    BY MS. LAVIGNE-ALBERT:

13    Q    Good morning, Ms. Lytell.

14    A    Good morning.

15    Q    I just have a few questions for you this morning.

16         So when you closed on Thursday, we were discussing

17    text messages that you had exchanged with Jennifer Powers on

18    August 11th of 2017.

19         Do you remember that?

20    A    Yes.

21    Q    Okay.  So I would like to ask you about the different

22    text message that you sent on that same day.

23         MS. LAVIGNE-ALBERT:  Can we please show the witness

24    DXJP-235.

25    Q    The witness.

LYTELL - CROSS - LAVIGNE-ALBERT                910

1              You don't see it?

2    A    No.

3    Q    Okay, now we have it.

4              Ms. Lytell, do you recognize these to be text

5    messages between you and Amy Moore from August 11th, 2017?

6    A    Yes, I see them.

7              MS. LAVIGNE-ALBERT:  I move to admit DXJP-235.

8              MR. BALESTRIERE:  No objection.

9              THE COURT:  Received.

10             (Defendants' Exhibit DXJP-235, was received in

11   evidence.)

12             MS. LAVIGNE-ALBERT:  If we can publish it for the

13   jury.

14             (Exhibit published.)

15   Q    Okay, Ms. Lytell, so on August 11th -- on August 11th of

16   2017, Ms. Moore writes to you:  This shit could actually work

17   out well for us.  LOL.  I'm sure H will pay nice.

18             And then that's like a money bag emoji.

19             Does that sound right?

20   A    That does look like an emoji, yes.

21   Q    And she continues:  H will the pay a nice bag of money.

22   Emoji.  To have everything go smooth.

23             Do you remember she said that to you?

24   A    I see it right here in front of me.  I don't remember the

25   text messages, but I see it.

LYTELL – REDIRECT – BALESTRIERE                911

1   Q    I'm sorry, I didn't hear your answer.

2   A    I see the text messages.  I don't remember the text

3   messages, but I see it right here.

4   Q    Got it.  Thank you.

5        And then you replied:  No shit, right?

6   A    Yes.

7        MS. LAVIGNE-ALBERT:  No further questions, Your

8   Honor.

9        THE COURT:  Also.  Any redirect?

10       MR. BALESTRIERE:  Yes, Your Honor, thank you.

11  REDIRECT EXAMINATION

12  BY MR. BALESTRIERE:

13  Q    Good morning.

14  A    Good morning.

15  Q    So we just saw a text message, and I think you said you

16  saw it in front of you.

17       MR. BALESTRIERE:  Sorry if the microphone is a

18  little loud, Your Honor.

19  Q    What was that about?

20       THE COURT:  It's okay.

21       MR. BALESTRIERE:  Okay.

22  Q    What was that about?

23  A    It was a text message from Amy.

24  Q    But what -- do you remember what that was about, about H

25  will pay.  No shit.

1    What was that exchange about?  We can get it up

2  again, if need be.

3  A    I don't even remember what it was about.

4  Q    I don't want to get too much into it, but it's been a few

5  days since we spoke.

6           There was some discussion about an individual by the

7  name of Bob Aloi, correct?

8           MR. GILBERT:  Objection.

9           THE COURT:  Overruled.

10  Q    And there was also discussion about you telling your

11  lawyer everything that happened.

12           Do you remember that?

13  A    Yes.

14  Q    So I think things got a little bit muddled.

15           Let me put it this way.  What was your emotional

16  state when you were here in New York in August 2017 and spoke

17  to your lawyer?

18           MR. GILBERT:  Objection.

19           THE COURT:  I'll allow it.

20  A    I was nervous.  Scared.  And I felt overwhelmed.

21  Q    And then this may have gotten muddled.

22           Why did you, at that point, decide to tell

23  Mr. Saland the truth after you had actually been lying to him

24  for months about what had taken place?

25           MR. GROVER:  Your Honor, objection.  The date?

1      THE COURT:  Rephrase.

2  Q    Sure.  So you came -- this is August 2017, correct?

3  A    Yes.

4  Q    How many times did you meet Mr. Saland, if you recall, in

5  August 2017?

6  A    I don't recall.

7  Q    So it could have been more than once?

8  A    I'm guessing -- I'm guessing I just saw him that one time

9  when I met him.

10 Q    I'm sorry, one time.

11 A    Other than all the times in court.

12 Q    You had a meeting with Mr. Saland outside of court?

13 A    Yes.

14 Q    And this is in August 2017?

15 A    Yes.

16 Q    So we may have an exhibit regarding the exact date, but

17 that's the only thing I'm asking you questions about right

18 now.

19 A    Yes.

20 Q    Why on that date did you decide to tell Mr. Saland the

21 truth about what had been going on?

22 A    Because they flew me to New York and I felt like things

23 were getting too much for me and I didn't think they had my

24 best interests at heart any more.  And I just wanted to tell

25 Jeremy the truth, because I didn't know who else to tell.

LYTELL – REDIRECT – BALESTRIERE                914

1    Q    What do you mean, I didn't have no one else to tell?

2              MR. GILBERT:  Objection, Your Honor.

3              THE COURT:  Overruled.

4              You can answer.

5    A    I didn't -- just wanted to tell my lawyer the truth.

6    Q    And did you?  In August 2017?

7    A    Yes.

8              MR. BALESTRIERE:  I do have some other things that

9    came up on your cross I just wanted to touch base on quickly.

10             Ms. Saydah, can you please put up Defendants' M2.

11             This is in evidence.  Everything I'm going to be

12   talking about, Your Honor, is in evidence.

13             Can you highlight or just zoom in to the top portion

14   there.  A little bit more.

15             (Exhibit published.)

16   Q    So do you see on August, about eight lines down,

17   August 17th, 2016, at 6:22, you send Ms. Powers your full name

18   and your date of birth and email address.

19             Do you see that?

20   A    Yes.

21   Q    So at this point both she and Ms. Powers had that

22   information, correct?

23   A    Yes.

24   Q    I'm not going to show this, but do you remember seeing

25   some videos, it's been a while, on Thursday?

LYTELL – REDIRECT – BALESTRIERE                915

1   A    Yes.

2   Q    Those videos, were you intoxicated in those videos?

3   A    Yes, very much.

4   Q    Were those videos before the sexual assault incident that

5   you had testified to that took place that first time in

6   Mr. Rubin's apartment?

7   A    Yes.

8   Q    Again, there's some questions about this.  I think you

9   talked about this on direct.

10        But why were you sending these friendly and sexual

11  texts to Mr. Rubin after he sexually assaulted you that time?

12  A    I was scared to say anything else.  Just trying to be

13  nice.

14  Q    Did you want to work for him?

15  A    Yes.

16  Q    There was some --

17        MR. BALESTRIERE:  Can you please put up

18  defendants -- the stipulation, Exhibit A.

19  Q    Speaking of working for him, there was some discussion

20  about how much money you did end up making here.

21        So I'm showing you -- this is agreed to by the

22  parties.  These were the times that you were paid, and I want

23  to go over them briefly here.

24        So first of all, that is the total you were paid,

25  13,000, right?

```
 1   A     Yes.

 2   Q     Okay.  That first time, August 22nd, 2016, which incident

 3   did that regard?  Do you remember?

 4   A     Yes.  The first time with me and Amy.

 5   Q     With you and Amy, is that what you said?

 6   A     Yes.

 7   Q     Again in September 2016, there's another 5,000.

 8         What does that regard?

 9   A     When me and Katarina went.

10   Q     Then in October 2016, there's 1,000.

11         What does that regard?

12   A     When Nancy and I went and I got sick.

13   Q     Is that the time you went to the hospital?

14   A     Yes.

15   Q     And then there's a while after that, May 2017, $2,000.

16         What does that regard?

17   A     That's when I sent Heather Lynne.

18   Q     I'm sorry, can you say -- I think I heard you, but that's

19   when you sent Heather Lynne?

20   A     When I sent Heather Lynee to him.

21   Q     When you sent Heather Lynne Mr. Rubin?

22   A     Uh-huh, yes.

23   Q     Thank you.

24         MR. BALESTRIERE:  Ms. Saydah, can you put up

25   Defendants' Y7.
```

LYTELL - REDIRECT - BALESTRIERE                917

1              (Exhibit published.)

2              So this -- if you can just scroll just a little bit

3     for a moment.

4              Just go up a little bit more, and then go down

5     again.

6     Q    Do you see this?  This is the Instagram post you would

7     send that you were showed the other day?

8     A    Yes.

9     Q    You were asked some questions about things under caption.

10             Do you see that?

11    A    Yes.

12    Q    Where did you get the information to put under caption?

13    A    Google.

14    Q    What do you mean by that Google?

15    A    I Googled.

16             It was -- it showed you Instagram captions and

17    hashtags and things to say, things to write.

18    Q    Once you Googled, then you used what you found to put in

19    the captions; is that right?

20    A    Yes.

21    Q    Thank you.

22             And there was also some -- you can take that down.

23             There was some questions about your deposition.  You

24    talked a little bit about this, but was there anything that

25    you believe affected your deposition testimony?

1          MR. GILBERT:  Objection.

2    A    Yes.

3          THE COURT:  I'll allow it.

4    Q    What is it that you believe affected your deposition

5    testimony?

6    A    I was nervous.  I was scared.  And he was -- they were in

7    the room.

8    Q    I'm sorry, you said just -- I know it's hard.  If you can

9    pull the microphone closer to you maybe.

10          I heard you say you were nervous and scared and they

11   were there, or they were in the room.

12          Who is "they"?

13   A    Howard Rubin and Jennifer Powers.

14   Q    Is that the first time you had seen them since you spoke

15   to Jeremy Saland?

16   A    Yes.

17   Q    There was also -- I can show you the testimony, what you

18   said in your deposition, if need be, but there was a question

19   that was posed to you about the -- Amy being slapped and what

20   you testified at your deposition.  This is back on Thursday.

21          But do you remember being asked questions about

22   that?

23   A    Yes.

24          THE COURT:  Is that an objection?

25          MR. GILBERT:  Yes, objection.

LYTELL – REDIRECT – BALESTRIERE                    919

1          THE COURT:  Overruled.

2    Q    So I want to ask you.  Where was it, to the best of your

3    memory, that you and Amy were when Mr. Rubin first slapped

4    Amy?

5    A    In the living room.

6    Q    At that point were you bound?

7    A    No.

8    Q    At that point was Amy bound?

9    A    No.

10   Q    When did you and she become bound?

11   A    When I was in the room.

12   Q    Can you say that again?

13   A    When I was in the room.

14   Q    When you say "the room," is that the red room that we've

15   been call it sometimes?

16   A    Yes.

17   Q    Thank you.

18          So there was also some questions about your nerves

19   acting up and your diverticulitis.

20          Why were you sick on the plane?

21   A    I feel like my body was telling me not to go.  My nerves.

22   I was scared.

23          MR. BALESTRIERE:  Can I ask Ms. Saydah to put up

24   Defendants' H3.

25          You were asked some questions about this.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LYTELL - REDIRECT - BALESTRIERE                920

1                (Exhibit published.)

2  Q    Do you see the first line under redacted, that line, 419?

3  A    Yes.

4  Q    You see it has a date of December 21st, 2016?

5  A    Yes, I see that.

6  Q    Okay.  That says:  Amy can't wait to see you again.

7  She's excited and ready to get naughty.  H.

8                Do you see that?

9  A    Yes, I see that.

10 Q    Were you hoping to get paid from Ms. Moore coming to see

11 Mr. Rubin?

12 A    Yes.

13 Q    Asking you to tell the jury.  Now was Amy, in fact,

14 excited to see Mr. Rubin?

15              MR. GILBERT:  Objection.

16              THE COURT:  Overruled.

17              Do you see her?

18              THE WITNESS:  Did I see Amy?

19              THE COURT:  Did you see Amy.

20              THE WITNESS:  In December, no.

21              MR. BALESTRIERE:  Maybe I can ask it differently,

22 Your Honor?

23              THE COURT:  All right.

24 Q    Did she communicate to you any excitement about seeing

25 Mr. Rubin?

LYTELL – REDIRECT – BALESTRIERE                    921

1          THE COURT:  Sustained.

2    Q    And then if you can go down to --

3          Do you see 4:36, it's four lines up from the bottom:

4    Well, that went good I heard.  With a devil emoticon?

5    A    Yes.

6    Q    Did you, in fact, hear that from Amy?

7          MR. GILBERT:  Objection.

8          THE COURT:  Sustained.

9    Q    And then finally there was some questions about the

10   injuries that Zoe Cacciola sustained.

11         Do you remember that?

12   A    Yes.

13   Q    Did you cause those injuries?

14   A    No.

15   Q    Who did?

16   A    Howard Rubin.

17         MR. GILBERT:  Objection.

18         THE COURT:  Overruled.

19         MR. BALESTRIERE:  I have no further questions, Your

20   Honor.  Thank you.

21         Thank you, Mia.

22         THE COURT:  You may step down.

23         Plaintiffs may call their next witness.

24         (The witness steps down.)

25         MR. BALESTRIERE:  Plaintiffs call Emma Hopper, Your

LYTELL – REDIRECT – BALESTRIERE                922

1    Honor.

2              THE COURTROOM DEPUTY:  Please come forward, ma'am.

3              (Continued on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Witness takes the witness stand.)

2    **EMMA HOPPER,** called as a witness, having been first duly

3    sworn/affirmed, was examined and testified as follows:

4               THE COURTROOM DEPUTY:  Raise your right hand.

5               THE WITNESS:  Yes.

6               THE COURTROOM DEPUTY:  You may have a seat.

7               MR. GILBERT:  Your Honor, may I beg the Court's

8    indulgence.  Mr. McDonald stepped out and I'm not sure what's

9    happened.  I would like to have him here for the testimony.

10              Can I step out and find out what's going on?

11              THE COURT:  We're all sitting here.

12              MR. GILBERT:  I'm sorry?

13              THE COURT:  Wait.  Wait.

14              MR. GILBERT:  All right, I think we're ready to go,

15   Your Honor.

16              THE COURT:  Please proceed.

17              MR. BALESTRIERE:  May I, Your Honor?

18              THE COURT:  Please.

19   DIRECT EXAMINATION

20   BY MR. BALESTRIERE:

21   Q    Good morning.

22   A    Hello.

23   Q    So what is your full name?

24   A    Emma Joyce Hopper.

25   Q    I'm going to call you Emma.  Is that okay?

HOPPER – DIRECT – BALESTRIERE                924

1    A    Yes.

2    Q    How old are you, Emma?

3    A    Twenty-nine.

4    Q    Where are you from originally?

5    A    I was born in Gainsville, Georgia.

6    Q    Is that near Atlanta?

7    A    Yes, like about an hour north.

8    Q    Of Atlanta?

9    A    Yes.

10   Q    Where do you live now?

11   A    In Atlanta, Georgia.

12   Q    Did you go to school, high school in Georgia?

13   A    Yes.

14   Q    Did you graduate from high school?

15   A    Yes.

16   Q    Did you attend any college after high school?

17   A    Yes, some college.

18   Q    When you say "some college," how much?

19   A    Like two years.

20   Q    Besides high school and those two years of college, do

21   you have any other education?

22   A    Yes.

23   Q    What's that?

24   A    I have an esthetician's license.

25   Q    What is an esthetician?

1    A    Like a licensed skin therapist.

2    Q    Prior to this lawsuit, have you ever hired any lawyers?

3    A    No.

4    Q    Did you do anything to prepare for your testimony here

5    today?

6    A    Yes.

7    Q    What did you do?

8    A    I prepared by going over documents.  Records.  Text

9    messages.

10   Q    Did you meet with me and my colleagues?

11   A    Yes.

12   Q    Now I want to ask, what do you know about the other

13   parties in this case.  We'll get to Mr. Rubin and Ms. Powers

14   in a moment.

15        But the other plaintiffs in this case, had you ever

16   met them before this lawsuit began?

17   A    No.

18   Q    Have you at any time spoken with them about what you're

19   going to testify about today?

20   A    No.

21   Q    Do you remember being deposed in this case?

22   A    Yes.

23   Q    So you obviously know you were at your deposition.

24        Did you attend the deposition of anyone else?

25   A    No.

HOPPER - DIRECT - BALESTRIERE                    926

1   Q    Did you read the deposition testimony of anyone else?

2   A    No.

3   Q    When did you first hear about Howard Rubin?

4   A    I first heard about him through a girl named Courtney

5   Cay.

6   Q    Who is Courtney Cay?

7   A    She was a girl that had worked with me at the time.

8   Q    Okay, so worked with you at the time.

9        So what year is this?

10  A    This is 2022.

11  Q    I'm sorry.  What year was this that you --

12  A    I'm sorry.

13  Q    That's okay.  Let me just go back for a sec.

14       I was asking you when you first heard about

15  Mr. Rubin, what year was that?

16  A    2015.

17  Q    Were you working with Courtney Cay at the time?

18  A    Yes.

19  Q    Where were you and she working?

20  A    We worked at The Cheetah and also The Tavern.

21  Q    What's The Cheetah?

22  A    It's a strip club.

23  Q    What about The Tavern?

24  A    A restaurant.

25  Q    So Ms. Cay is the first person that talked to you about

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

1    Mr. Rubin?

2    A    Yes.

3    Q    What did she say?

4    A    She told me that he was a very wealthy man that wanted to

5    meet young models or dancers, and to have a relationship,

6    sexual relationship with them.

7             She told me she had been with him before.  And it

8    was like a BDSM-style relationship.

9    Q    What did you understand that to mean at the time a

10   "BDSM-style relationship"?

11   A    To me I thought like blindfold, handcuffs, spanking.

12   Rough, playful sex.

13   Q    After Ms. -- you spoke to Ms. Cay about Mr. Rubin, did

14   you talk to anyone else about Mr. Rubin?

15   A    Yes.

16   Q    Who is that?

17   A    Stephanie Shon.

18   Q    Do you know Stephanie Shon at the time?

19   A    No.

20   Q    So Ms. Cay was the connection between you and Ms. Shon?

21   A    Yes.

22   Q    What did you discuss with Ms. Shon about Mr. Rubin?

23   A    She told me that he was looking to have like a

24   relationship, like a BDSM style with like models.  Younger

25   girls.

HOPPER – DIRECT – BALESTRIERE                    928

1          And she asked me if I had done anything like that

2     before.  And she told me she had done it and it wasn't

3     anything scary.  And she said it was fun.  And that I would be

4     paid $5,000.

5          I would have to sign an NDA before I can meet him,

6     and if were to tell anybody about what happened, I could be

7     sued.

8     Q    Did Ms. Shon introduce you to anyone else also related to

9     Mr. Rubin?

10    A    Yes.

11    Q    Who's that?

12    A    Jennifer Powers.

13    Q    So did you have a text or phone call or something like

14    that with Ms. Powers?

15    A    Yes, Stephanie Shon told me to download this app called

16    WhatsApp.

17    Q    And did you do so?

18    A    Yes.

19    Q    Did you use that to communicate with Ms. Powers?

20    A    Yes.

21    Q    Did you have any conversation or if you want to call it

22    that, by WhatsApp with Ms. Powers?

23    A    Yes.

24    Q    Do you remember what you discussed?

25    A    Yes.  She told me she would be the one booking my flight

HOPPER - DIRECT - BALESTRIERE                929

1    and also sending me payments.

2                MR. BALESTRIERE:  I'd like to ask Ms. Saydah to put

3    up --

4                Actually I move for the admission of Plaintiffs' 14,

5    Your Honor.  I don't believe it's in evidence, nor is there an

6    objection.

7                Just show it right now to the witness?

8                THE COURT:  Received.

9                (Plaintiffs' Exhibit 14, was received in evidence.)

10               MR. BALESTRIERE:  Thank you, Your Honor.

11               So I'm going to talk to you about some flight

12   records, okay?  This is Plaintiffs' 14.

13               If you could go to the top, Ms. Saydah.

14               Some of this is blacked out.  Zoom in just a bit

15   there.  And you see that there's this email sent on Sunday,

16   October 11th, 2015.

17               And it's to an email address at

18   hopper.emma@ymail.com.

19   Q    First I want you ask you some questions.

20               First of all, was that your email address at that

21   time?

22   A    Yes.

23   Q    Do you know who this email comes from?

24   A    Jennifer Powers.

25   Q    So if you go down, the email is being forwarded, Sunday,

1    October 11th, 2015, at 1:17.  There's an email address to

2    superjenpowers@gmail.com.

3            Do you know whose email address that is?

4    A    Yes.

5    Q    Whose email address is that?

6    A    Jennifer Powers.

7    Q    Thank you.

8            MR. BALESTRIERE:  So, Ms. Saydah, can you go down a

9    little bit more, please.

10   Q    And you see here there's a flight scheduled to depart on

11   Monday, October 12th, from Atlanta to go to New York.

12           Did you get that flight?

13   A    Yes.

14   Q    Was -- is this the flight for the first time that you saw

15   Mr. Rubin?

16   A    Yes.

17   Q    So after you arrived at, according to this, LaGuardia

18   where did you go?

19   A    I took a taxi to what they called "the penthouse".

20   Q    And you say they called it the penthouse.  Who do you

21   remember calling this location you went to as the penthouse?

22   A    Stephanie Shon, Jennifer Powers.

23   Q    When you arrived at the penthouse after landing at the

24   airport, was anyone there?

25   A    No.

HOPPER – DIRECT – BALESTRIERE                931

1    Q    How long were you alone in the apartment, if you recall?

2    A    Maybe 30, 40 minutes.

3    Q    Did you ever -- I know this is a morning flight, but did

4    you have any drinks on the plane?

5    A    Yes.

6    Q    When you were in the apartment alone for the 30 to 40

7    minutes, what, if anything, did you do?

8    A    I just put my suitcase in the bedroom and changed my

9    clothes.

10   Q    Now how did you get into the apartment if no one was

11   there?

12   A    Jennifer Powers told me to get a key from the front desk.

13   Q    Is that what you did then?

14   A    Yes.

15   Q    So after you were there for these 30 or 40 minutes,

16   sounds like someone arrived.  Who?

17   A    Jennifer Powers.

18   Q    When Ms. Powers arrived, were you intoxicated?

19   A    I was a little tipsy.

20   Q    What, if anything, did you discuss with Ms. Powers?

21   A    She showed me a piece of paper called the NDA, and she

22   told me I needed to sign this before I met Howie Rubin.

23           MR. BALESTRIERE:  Just stop there for a moment.

24           Can I ask, Ms. Saydah, please -- I move for the

25   admission of Plaintiffs' 117B, Your Honor.  There's no

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HOPPER – DIRECT – BALESTRIERE                    932

1    objection.

2              THE COURT:  Received.

3              MR. BALESTRIERE:  Thank you.

4              (Plaintiffs' Exhibit 117B, was received in

5    evidence.)

6              MR. BALESTRIERE:  Go to the top half of that,

7    Ms. Saydah.

8    Q    So you just made this reference to an NDA.

9              Is this the document that you were talking about?

10   A    Yes.

11   Q    And the jury's seen versions of this.  I don't want to

12   take too much time with this.

13             But is that your name there on the top of it?

14   A    Yes.

15             MR. BALESTRIERE:  Ms. Saydah, can you go all the way

16   to the bottom, please.

17   Q    You see there's a signature there.  Is that your

18   signature?

19   A    Yes.

20   Q    And there's a date, October 12th, 2015.  Is the date that

21   you signed this?

22   A    Yes.

23   Q    How closely did you read this before you signed it?

24   A    Not very close.  We just skimmed through it maybe a few

25   minutes.

1    Q    You signed it nonetheless?

2    A    Yes.

3    Q    What did you understand you were signing when you did

4    sign this?

5    A    They told me I couldn't tell anybody that I knew him or

6    anybody else.  And that if I told anybody, I could be sued.

7    Q    Thank you.

8         So had you ever signed a confidentiality agreement

9    like this before?  Do you remember?

10   A    Not like this.

11   Q    When you say "not like this," what do you mean?

12   A    I've signed like working contracts before.

13        MR. BALESTRIERE:  Ms. Saydah, can you go to the very

14   top.

15   Q    And do you see there after some of the paragraphs, we can

16   go down, if needed, there's an EH after mutual release, EH,

17   after confidentiality.

18        Do you see that?

19   A    Yes.

20   Q    Why did you initial each item?

21   A    Jennifer Powers told me to initial.

22   Q    Were you given a copy of this after you signed it?

23   A    No.

24   Q    When was the first time that you saw this after October

25   of 2015?

HOPPER - DIRECT - BALESTRIERE                934

1    A    With my attorneys.

2    Q    Was it after you had brought a lawsuit?

3    A    Yes.

4    Q    Now, you discussed it with Mr. Powers and Ms. Shon who

5    prepped you about this.

6         How long were you in the penthouse with Ms. Powers

7    alone, the two of you?

8    A    Maybe 30 minutes.

9    Q    Did anyone else arrive?

10   A    After she left, yes.

11   Q    Okay, "she," was that Ms. Powers?

12   A    Yes.

13   Q    So at some point Ms. Powers left and it sounds like

14   someone arrived.

15        Who arrived?

16   A    Stephanie Shon.

17   Q    Had you met her in person before?

18   A    No.

19   Q    How long were you and Ms. Shon in the apartment?

20   A    Maybe like an hour and a half.

21   Q    What, if anything, did you do during that time?

22   A    We drank some wine and got ready.

23   Q    Got ready for what?

24   A    To meet Howie Rubin.

25   Q    So after that hour and a half, did you leave the

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    apartment to meet Howie Rubin?

2    A    Yes.

3    Q    Where did you go?

4    A    We went to a restaurant called The Wayfarer.

5    Q    How do you know to go to The Wayfarer?

6    A    Stephanie Shon led me there.

7    Q    Was it within walking distance or did you need to take a

8    cab?

9    A    Walking distance.

10   Q    When you arrived at The Wayfarer, did you meet with

11   Mr. Rubin?

12   A    Yes.

13   Q    Was he there with anyone else?

14   A    No.

15   Q    How long were you Mr. Rubin and Ms. Shon at The Wayfarer?

16   A    Probably a couple of hours.

17   Q    What did you do while you were at The Wayfarer?

18   A    We had drinks and we ate some appetizers.

19   Q    After you were there for that couple of hours, where did

20   you go?

21   A    Howie and I walked to the penthouse.

22   Q    So you just said "Howie and I"?

23   A    Yes.

24   Q    To be very clear that's Mr. Rubin, right?

25   A    Yes.

HOPPER – DIRECT – BALESTRIERE                      936

1    Q     And you only mentioned you and Mr. Rubin.  What about

2    Ms. Shon?

3    A     She left.

4    Q     So you two went back to the penthouse, correct?

5    A     Yes.

6    Q     What happened when you arrived upstairs in the penthouse?

7    A     Howie opened more wine.  We drank wine.  Then he took me

8    in the dungeon room and it -- I got undressed or he undressed

9    me, and he put a sex toy.

10   Q     Let me say something.

11         How long were you in the apartment before you went

12   to what you just called the dungeon room?

13   A     Maybe 30, 40 minutes.

14         MR. BALESTRIERE:  Okay.  I asked Ms. Saydah, can you

15   please put up Plaintiffs' 3 in evidence.

16         (Exhibit published.)

17   Q     The jury's seen this, we're not going to spend too, too

18   long.

19         This fifth photo, was this in that dungeon room you

20   called it?

21   A     Yes.

22   Q     Go to the second page.

23         Was this in that dungeon room?

24   A     Yes.

25   Q     And the third page.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HOPPER - DIRECT - BALESTRIERE                    937

1          Was this in the dungeon room, to the best of your

2    recollection?

3    A    Yes.

4    Q    And then the fourth page.

5          Was this in the dungeon room?

6    A    Yes.

7    Q    So I think your testimony is you were in the apartment

8    but not in the dungeon room, as you called it, for more than

9    30 or 40 minutes.

10         How is it that you ended up in the dungeon room?

11   A    Howie led me to the dungeon room.

12   Q    So when you first went in there, what happened at that

13   point?  What's the first thing you remembered when you walked

14   into the dungeon room?

15   A    I -- Howie had me undress.  He bent me over something and

16   I put a dildo inside of my vagina.

17   Q    Did it hurt?

18   A    Yes.

19   Q    Did he ask your permission to do that?

20   A    No.

21   Q    Once he -- after he did that -- rather, how long did he

22   do that for?

23   A    Maybe ten minutes.

24   Q    Did there come -- so there came a time when he stopped.

25         Did he say why he stopped?

1  A    Yes.  He told me I was bleeding.

2  Q    Were you actually bleeding?

3  A    I'm not sure.  There was blood.

4  Q    There was blood where?

5  A    On that dildo.

6  Q    What, if anything, did Mr. Rubin say at that time?

7  A    He got angry with me because I was bleeding.

8  Q    What did he say to you?

9  A    He told me he couldn't be with me because I was bleeding.

10  Q    So you're still in the dungeon room at this point?

11  A    Yes.

12  Q    What happened after Mr. Rubin told you that he was angry

13  with you?

14  A    He left the penthouse.

15  Q    What did you do?

16  A    I stayed there.

17  Q    Did you spend the night there?

18  A    Yes.

19  Q    Were you paid for this?

20  A    Yes.

21  Q    Do you remember how much?

22  A    Yes.

23  Q    How much?

24  A    A thousand dollars.

25  Q    So after this first time that you met Mr. Rubin, did

HOPPER – DIRECT – BALESTRIERE                939

1   there come a second time that you chose to come back?

2   A    Yes.

3          MR. BALESTRIERE:  I ask you, Ms. Saydah, can you go

4   back to Plaintiffs' 14.  Go to page 3 now, please.

5          This is the same exhibit that I showed you before.

6          Can you go down just a little bit, please.  A little

7   more so we can see the flight record.  Thank you.

8   Q    So you see here this is a flight about, almost exactly a

9   month later, on November 13th, from Atlanta to LaGuardia.

10         Is this the flight regarding your second time that

11  you came to see Mr. Rubin?

12  A    Yes.

13  Q    So after you arrived at the airport, where, if anywhere,

14  did you go?

15  A    I took a taxi to the penthouse building.

16  Q    And so the penthouse building, you said.  Did you go into

17  the penthouse?

18  A    Yes.

19  Q    The second time was anyone there?

20  A    No.

21  Q    Not even Ms. Powers?

22  A    No.

23  Q    How long were you in the penthouse alone?

24  A    Maybe a couple of hours.

25  Q    What did you do during those couple of hours that you

HOPPER – DIRECT – BALESTRIERE                    940

1    were in the penthouse alone?

2    A    Drank some wine, got -- changed my clothes.

3    Q    At some point somebody came to the penthouse?

4    A    No.  Howie told me to meet him at the restaurant called

5    The Wayfarer.

6    Q    So this is the same restaurant as the first time; is that

7    right?

8    A    Yes.

9    Q    After those couple of hours when you were there, did you

10   have any drinks during that time?

11   A    Yes.

12   Q    Do you remember how much?

13   A    Several, more than three or four.

14   Q    So after these drinks in the apartment for a couple of

15   hours, you went to The Wayfarer.

16            Was it just you and Mr. Rubin this time?

17   A    Yes.

18   Q    How long were you at The Wayfarer?

19   A    About an hour and a half, two hours.

20   Q    What did you do at The Wayfarer with Mr. Rubin?

21   A    Drinking.  Talking.

22   Q    Do you remember what topics you discussed there?

23   A    Yes.

24   Q    What did you discuss?

25   A    He told me that he could tell I was sexually abused as a

HOPPER – DIRECT – BALESTRIERE            941

1    child.  I asked him how he knew.  He just told me he could

2    tell by the way I acted with him.

3    Q    Do you know, at that time when he brought this up to you,

4    did you think that you were sexually molested as a child?

5    A    Yeah, I thought so.

6    Q    You thought so.  Is that what you said?

7    A    Yeah.

8    Q    After you left the restaurant and had this conversation,

9    did you return to the penthouse?

10   A    Yes.

11   Q    When you went to the penthouse, what did you do?

12   A    Well, Howie opened a whole bottle of wine.  And the held

13   the wine up to my mouth and made my drink until he told me to

14   stop.

15        He took me in to the dungeon room.  He tied me up

16   and started hitting me.  Told me that sex was supposed to

17   hurt.  And now he wouldn't stop hitting me until I told him my

18   dad molested me when I was younger.

19   Q    Did he ask your permission to hit you?

20   A    No.

21   Q    How long did this take place, the second time?

22   A    It's hard to remember, but like an hour, couple of hours.

23   Q    At some point this ended.  How did it end?

24   A    It ended with him having sex with me.

25   Q    Would you say that you did consent to the sex,

1    notwithstanding the things you just testified to?

2    A    Yes.

3    Q    So that's the second time you met with Mr. Rubin.

4         Did there come a third time you met with Mr. Rubin?

5    A    Yes.

6         MR. BALESTRIERE:  Ms. Saydah, can you go just down a

7    little bit more.  It's the same exhibit we've been looking at.

8    To page 5, please.

9         So go down just a little bit more so I can see the

10   flight record here.

11   Q    So you see there's this is another flight record on

12   January 5th, that again shows a departure from Atlanta to New

13   York for Emma Joyce.

14        Was this the third time that you met with Mr. Rubin?

15   A    Yes.

16   Q    So, again, similar questions.

17        After you arrived this third time at the airport,

18   where did you go?

19   A    I went to the penthouse.

20   Q    Was Mr. Rubin there?

21   A    No.

22   Q    Did there come a time that he arrived?

23   A    Yes.

24   Q    Do you remember how long you were in the penthouse before

25   Mr. Rubin arrived?

1  A      Like a couple of hours.

2  Q      I'm sorry, say again?

3  A      A couple of hours.

4  Q      What did you do while you were in the penthouse alone for

5  those couple of hours?

6  A      Drank some wine.  Got ready.

7  Q      Do you know how much wine you drank?

8  A      A few glasses, maybe half a bottle.

9  Q      Mr. Rubin had arrived you said, right?

10  A      Yes.

11  Q      After Mr. Rubin -- withdrawn.

12         When Mr. Rubin arrived, what did the two of you do?

13  A      There was food had been ordered to be delivered and we

14  had dinner and wine inside the penthouse together.

15  Q      Was -- and was that -- that was in the penthouse.  You

16  did not go out for dinner; is that correct?

17  A      That's correct.

18  Q      What did you discuss during dinner?

19  A      He made me tell him things that happened to me as a kid.

20  He told me to tell him how my dad would sexually molest me.

21  Q      I'm sorry, I know this is hard, can you pull the

22  microphone a little closer?

23         Can you just say that again, please?

24  A      Yes.

25         He had me tell him how my dad sexually molested me

HOPPER – DIRECT – BALESTRIERE                    944

1    when I was a kid.

2    Q    How long did you discuss this with Mr. Rubin?  Do you

3    remember?

4    A    Like 40 minutes, an hour.

5    Q    After you had this discussion, what do you next remember

6    happening?

7    A    He took me in the dungeon room and he acted like he was

8    my father molesting me when I was a kid.

9    Q    How long did that last?

10   A    Like an hour or two hours.

11   Q    I understand you're getting a little upset, but is it

12   fair to say you did consent to that sex that took place this

13   third time?

14   A    Yes.

15   Q    After you had sex with Mr. Rubin on this third encounter,

16   how did it end?

17   A    It ended with him having sex with me.

18   Q    I'm sorry, after you had sex?

19   A    Oh.

20   Q    How did it end?

21   A    He --

22   Q    To the best of your memory.

23   A    He just left.

24   Q    Did you spend the night at the penthouse?

25   A    Yes.

HOPPER – DIRECT – BALESTRIERE                    945

1    Q    So now I'd like to draw your attention to the fourth

2    time -- withdrawn.

3         Did you end up visiting Mr. Rubin after that time?

4    A    Yes.

5         MR. BALESTRIERE:  I'd like to direct your attention

6    to that, that fourth time.

7         Ms. Saydah, can you go down the same exhibit to

8    page 8.  And again just go down a little bit so we can see the

9    flight reports.

10        So here you see in front of you this is a flight for

11   Emma Joyce.

12   Q    Again, that's you?

13   A    Yes.

14   Q    On the 27th of January, departing from Atlanta to go to

15   LaGuardia.  This is January 27, 2016.

16        Is that the fourth time that you came to visit

17   Mr. Rubin?

18   A    Yes.

19   Q    Similar questions.

20        After you arrived at the airport, where did you go?

21   A    I went straight to the penthouse building.

22   Q    Was anyone there?

23   A    No.

24   Q    Did there come a time when Mr. Rubin arrived?

25   A    Yes.

HOPPER – DIRECT – BALESTRIERE                    946

1   Q    Before he arrived, I want to ask just a couple of

2   questions.

3           How long were you there alone?

4   A    Several hours.  Two or three.

5           MR. BALESTRIERE:  Excuse me, just one second.  Okay.

6   Q    So I'll just ask the question again.

7           How long were you alone in the -- in the apartment

8   on this fourth time, this is January 27th, 2016?

9   A    Two or three hours.

10  Q    What did you do while you were alone in the apartment?

11  A    I drank wine.  Howie told me to open up wine and drink

12  it.

13  Q    When you say he told you, how did he tell you?

14  A    He texted me on WhatsApp.  Told me to drink wine.

15  Q    And did you do what he asked?

16  A    Yes.

17  Q    There did come a time Mr. Rubin arrived, correct?

18  A    Yes.

19  Q    So I'm going to ask you what's the first thing you

20  remember about Mr. Rubin arriving at the apartment, this

21  fourth time, January 27th, 2016?

22  A    He came inside the penthouse.  He slapped me.

23  Q    Let me just stop you.

24          So he came in and he came right up to you and

25  slapped you?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HOPPER – DIRECT – BALESTRIERE                947

1    A    Yes.

2    Q    Did he say anything to you?

3    A    No.

4    Q    After he slapped you, what's the next thing you remember

5    happening?

6    A    He drug to the dungeon room.

7    Q    Did he ask for your permission to slap you?

8    A    No.

9    Q    Did you give him your consent to slap you?

10   A    No.

11   Q    I think -- what was it -- how did you say he brought to

12   you the dungeon room?  What did you say?

13   A    He drug me by my arm.

14   Q    He dragged you by your arm?

15   A    Yeah.

16   Q    When you got into the dungeon room, what's the first

17   thing that you remember happening?

18   A    He put me on all fours.

19   Q    So let me ask you.  Were you still wearing clothes at

20   this time.

21   A    He had taken them off me.

22   Q    So he took the clothes off of you?

23   A    Yes.

24   Q    I'm sorry for some of the details here.

25             How did he do that?

HOPPER – DIRECT – BALESTRIERE                          948

1   A    He pulled them off me.

2   Q    He what off you?

3   A    He pulled them off me.

4   Q    He pulled off your clothes -- I'm sorry, you said that

5   he -- I'm sorry, the details here, he made you get on all

6   fours?

7   A    Yeah.

8   Q    How did you do?

9   A    He pushed me down.  He put his knee on my back and held

10  me down on the floor.

11  Q    Did he ask for permission to do this?

12  A    No.

13  Q    Did you consent to him doing this?

14  A    No.

15  Q    What, if anything, did Mr. Rubin say when he made you get

16  down on all fours like that?

17  A    I was crying.  He called me a whore.  A stupid slut.  And

18  told me that's what I liked.

19  Q    What is the next thing you remember happening?

20  A    He forced himself inside me.

21  Q    I'm sorry, you said where inside you?

22  A    In my vagina.

23  Q    Where was he physically in relation to you?  Were you

24  still on all fours?

25  A    Yes.

HOPPER - DIRECT - BALESTRIERE                    949

1   Q    What, if anything -- did Mr. Rubin ask for permission to

2   do that?

3   A    No.

4   Q    Did you consent to him doing that?

5   A    No.

6   Q    What, if anything, did Mr. Rubin say before he, to use

7   your language, forced himself inside you?

8   A    He called me names.

9   Q    Is it the same names you had testified to before?

10  A    Yes.

11  Q    How long did Mr. Rubin do this to you?

12  A    Like an hour.

13  Q    What were you saying during that hour?

14  A    I was crying.

15  Q    Did you ask him to stop?

16  A    Yes.

17  Q    Did you say no?

18  A    Yes.

19  Q    Did you consent to him doing that?

20  A    No.

21  Q    After about an hour of this, what is the next thing that

22  you remember taking place?

23  A    He had was finished with me.  He told me to get up and

24  take a shower.

25  Q    So where were you when you got up to take a shower?

1    A    On the floor.

2    Q    I want to ask you -- this is a term that the jury has

3    used -- has heard in other context.

4         Was there any discussion of a safe word with

5    Mr. Rubin?

6    A    No.

7    Q    Was there ever a discussion of a safe word at any time

8    with Mr. Rubin?

9    A    No.

10   Q    When Mr. Rubin left you there after this incident, what

11   is the first thing you remember doing?

12   A    Going in the bedroom.

13   Q    Do you remember if you experienced any physical injury

14   from this?

15   A    Yeah, I had bruises.

16   Q    Do you remember where those bruises were?

17   A    My breast and arms.  My face was also really swollen.

18   Q    How was your face -- forgive me.  Why do you believe your

19   face was swollen?

20   A    I was pushed down on the carpet and he slapped my face.

21   Q    I'm sorry, I think you just testified, slapped in the

22   face?

23   A    Yeah.

24   Q    So just to be clear, I'm not sure if we talked about

25   that.

HOPPER – DIRECT – BALESTRIERE                951

1              Are you saying you were slapped in the face when you

2    were on all fours?

3    A    Yes.

4    Q    Did you consent to that happening?

5    A    No.

6    Q    Did Mr. Rubin ask for permission to do that?

7    A    No.

8

9              (Continued on the following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOPPER – DIRECT – BALESTRIERE                    952

1    DIRECT EXAMINATION (Continued)

2    BY MR. BALESTRIERE:

3    Q     Did Mr. Rubin ask for permission to do that?

4    A     No.

5    Q     Did you spend the night at the penthouse?

6    A     Yes.

7    Q     So after this fourth time, where you say you did not

8    consent to the sex, did you end up scheduling a time to see

9    Mr. Rubin again?

10   A     Yes.

11   Q     Why?

12   A     There was like this emotional hold on me for him and I

13   think it was because he talked so much about my childhood

14   abuse.

15          MR. BALESTRIERE:  I would like to ask, Ms. Saydah,

16   for the same exhibit that we've been seeing.  This is

17   Plaintiff's Exhibit 14.

18          If you can go to page 13 now.

19   Q     And you see there that there is a flight information.  So

20   this is 2016.  It's March 24th, and there's a flight schedule

21   to leave from Atlanta to, again, La Guardia.

22          Do you see that?

23   A     Yeah.

24   Q     Did you get that flight?

25   A     No.

1    Q    So the flight was scheduled, but you didn't get it?

2    A    No.

3    Q    Why not?

4    A    I was a little afraid.

5    Q    Afraid of what?

6    A    To come back again.

7    Q    But did you, nonetheless, schedule another time to come

8    back again?

9    A    Yes.

10   Q    Forgive me if this is a repetitive question.  Why did you

11   schedule another time to come back after you just described

12   what happened in January of 2016?

13   A    I came back because I also was really financial

14   independent on this and I had this weird psychological

15   connection to him.

16   Q    Did you say you had a weird psychological connection to

17   him?

18   A    Yes.

19   Q    I'm sorry I had to ask.

20        MR. BALESTRIERE:  So, now, I would like to ask, Ms.

21   Saydah, if you can show Plaintiff's Exhibit 14 at page 15.

22   Q    There's several of the flight records.  I'm not going to

23   go in significant detail.

24        To the best of your recollection, how many more

25   times after that January 27, 2016, rape that you just

1    testified to did you see Mr. Rubin?

2              MR. GROVER:  Objection to form.

3              THE COURT:  Rephrase it, please.

4              MR. BALESTRIERE:  Sure.

5    Q    You testified that on January 27, 2016 you did not

6    consent to what took place; correct?

7    A    Yes.

8    Q    After that time, how many times do you remember coming to

9    visit Mr. Rubin?

10   A    Seven times.

11   Q    So I want to talk to you just a little bit about this

12   time in April 25th, and now in 2016.  Was this another time

13   that you came to visit is Mr. Rubin?

14   A    Yes.

15             MR. BALESTRIERE:  Can I ask –– Ms. Saydah, can I

16   ask you to put up Plaintiffs –– rather, I move for the

17   admission of Plaintiff's Exhibit 12, Your Honor.

18             I don't believe there is any objection.

19             You can put it up so counsel can see it and the

20   witness can see it, please.

21             MR. McDONALD:  No objection, Your Honor.

22             THE COURT:  Received.

23             (Plaintiffs' Exhibit 12, was received in evidence.)

24             MR. BALESTRIERE:  Thank you, Your Honor.

25   Q    This is a part of a longer text exchange between you and

1    Ms. Powers.  I'm not going to make you go through all of this

2    here.  But can you see the first yellow highlighted line?

3             It is April 26th, at 10:20 a.m.

4             Do you see that?

5    A    Yes.

6    Q    And if you look above it, it says Emma Joyce.  Do you see

7    that text?

8             Emma Joyce.  So this is coming from Ms. Powers.

9    This is right after that flight that we just saw.

10            Do you see Ms. Powers writes to you, You took

11   Vicodin and you were begging for more?

12            Do you see that?

13   A    Yes.

14   Q    Do you remember what took place the night before?

15   A    Yes.

16   Q    What do you remember?

17   A    Howie told me to meet him at this Wayfarer Restaurant.

18   He met me there.  He told me that he had these pills for me to

19   take, told me they would help me get through the evening.

20   Q    And did you take them?

21   A    Yes.

22   Q    How -- much  what do you remember happening with Mr.

23   Rubin after you took those pills that night?

24   A    I don't remember much.  I don't remember really leaving

25   the restaurant.

HOPPER – DIRECT – BALESTRIERE                  956

1    Q    You don't remember leaving the restaurant; is that what

2    you just said?

3    A    Yeah.

4    Q    I want to ask you a few more questions here about -- this

5    is, again, Plaintiff's Exhibit 12 at page 6.  If you go down

6    to 10:47 a.m., it's highlighted.  You write, It's my fault,

7    I'm so sorry.

8          What are you saying you're sorry for there?

9    A    Because they made it feel like it was my fault for -- I

10   don't know -- for taking them.

11   Q    For taking them?  For taking the pills?  Is that what you

12   mean?

13   A    Yeah.

14   Q    If you go down a little bit more, 10:54 a.m., you write,

15   You are right.  I need to be more responsible.  I had no idea

16   how strong Vicodin is.  I'm so sorry again.  I cannot belief I

17   did that to H.

18          Do you remember what you think you did to H that

19   you're saying you're sorry for there?

20   A    I don't remember.

21   Q    Thank you.

22          Now, you said that you came seven times, something

23   like that more, after this.

24          Did you consent -- first of all, you chose to come

25   there those times?  No one put a gun to your head as someone

1    said during the opening; right?

2    A    Correct.

3    Q    Did you have sex with Mr. Rubin on those subsequent

4    occasions?

5    A    Yes.

6    Q    And were you paid?

7    A    Yes.

8    Q    Did you consent to all the sexual activity that took

9    place on those occasions?

10   A    Most of it.

11   Q    When you say "most of it," to the best of your

12   recollection, what did you not consent to?

13   A    There was a time when he put clothes pins on my vagina.

14   He was laughing at me because I was crying, making fun of me

15   almost.

16   Q    Do you remember which of the times that was?

17   A    I don't remember.

18   Q    So did there come a time that you ended up seeing any

19   article in the newspaper about a lawsuit regarding Mr. Rubin?

20   A    Yes.

21         MR. BALESTRIERE:  I'd like to ask, Ms. Saydah, can

22   you put up defendant -- withdrawn.

23              I move for the admission of Defendant's Exhibit Q3.

24              I don't believe there is any objection, Your Honor.

25              Can you put up pages two to three for counsel and

1    the witness, please.

2                MR. McDONALD:  No objection, Your Honor.

3                THE COURT:  Received.

4                (Defendants' Exhibit Q3, was received in evidence.)

5                MR. BALESTRIERE:  Thank you, Your Honor.

6                MR.  McDONALD:  And so, can I ask you, Ms. Saydah,

7    to go up a little bit higher and blow that up just a little

8    bit.

9    Q    So you see that there's -- above the yellow highlight

10   there's a text on August 30, 2017.

11               Do you see that?

12   A    Yes.

13   Q    Then I'm going to talk you through some of these texts

14   with you.

15               You just said that you did see something in the

16   newspaper about a lawsuit against Mr. Rubin; right?

17   A    Yes.

18   Q    Do you remember what you saw?

19   A    There had been someone who spoke out about what happened.

20   Q    I'm sorry.  Can you say that again, please?

21   A    That there had been somebody who spoke out about what

22   happened to them.

23   Q    Do you know this someone who spoke out about what

24   happened?  Did you know who that was?

25   A    No.

HOPPER - DIRECT - BALESTRIERE                959

1  Q    I'm sorry.  I just want to ask you about some of -- about

2  these.

3           You write at 8:54 a.m. on November 11th, Jen, what

4  is going on?

5           That's to Jennifer Powers; right?

6  A    Yes.

7  Q    I'm so sorry worried about everyone.  If you all need me

8  to do anything to help like testify that we agreed to

9  everything happening, I will.

10          And we'll talk about Ms. Powers' response in a

11  minute?

12          Why did you write that?

13  A    Just afraid.

14  Q    What do you mean you were just afraid?

15  A    I was afraid of them.

16  Q    Who's them?

17  A    Jennifer Powers and Howie Rubin.

18  Q    Why were you afraid of them?

19  A    They had threatened to sue me.  I don't know what else

20  they were capable of.

21  Q    Now, you write here, If you all need me to do anything to

22  help like testify that we agreed to everything happening, I

23  will.

24          Just to be clear, did you agree to everything that

25  happened on January 27, 2016?

HOPPER – DIRECT – BALESTRIERE                    960

1   A    No.

2   Q    So why did you write that, that you would testify to

3   that?

4   A    I'm not sure, but there had been a lot of psychological

5   things that were going on.  I just sent her a text.

6          MR. BALESTRIERE:  Ms. Saydah, can you go down a

7   little bit more to see the yellow highlighting.  That's good.

8   That's good.

9   Q    Jennifer Powers writes Hi, my love.  You are the best.  I

10  feel so bad for H, but will be okay.  We all know that he

11  didn't do anything wrong.

12         And a little more:

13         It's just a mess right now.

14         Then you go to the next page.  This is you.

15         I can't believe this.  These girls are crazy.  They

16  should be the one getting -- and I think you mean  to write In

17  trouble, we all signed an NDA.

18         Do you see that?

19  A    Yes.

20  Q    These girls, who are you referring to there?

21  A    I'm not sure, but I just wanted to see what she would

22  say.

23  Q    No, no, no.  Let me ask you.  I think you maybe saying

24  why you sent this text.  Okay.

25         I will ask a new question.  I'm sorry.

HOPPER – DIRECT – BALESTRIERE                    961

1            Here's my specific question:

2            You wrote I can't believe this.  These girls are

3   crazy.

4            Who are these girls, to the best of your

5   recollection, that you were referring to in this text that

6   you sent at 9:03 in the morning on November 11, 2017?

7   A     The girls that had spoken out.

8   Q     When you say the girls that had spoken out, are those the

9   girls that brought the lawsuit?

10  A     Yes.

11  Q     Just to clarify, did you know them?

12  A     No.

13  Q     Had you met them?

14  A     No.

15  Q     I think you were just starting to say maybe why you sent

16  this text.   Why did you send this text?

17  A     I wanted to see what her reaction would be because she

18  had me sign the NDA.

19  Q     You see right after that Ms. Powers writes, How are you?

20  But then -- the response that writes They're going to get in

21  trouble.  Everything they said was false.

22           After this, did you end up contacting our law firm?

23  A     Yes.

24           MR. BALESTRIERE:  Ms. Saydah, can you go down a

25  little bit more.

HOPPER – DIRECT – BALESTRIERE                    962

1    Q    You write, though, All this going to stop Howie from

2    seeing us.

3              And Ms. Powers writes You won't ever be forgotten.

4    Things just need to quiet down for a second.  That's all.

5              Do you see that?

6    A    Yes.

7    Q    It looks like the next text is on January 4, 2018.

8              Do you remember any text between November 2017 and

9    January 4, 2018?

10             MR. GROVER:  Your Honor, correction.  If counsel

11   will take a closer look.

12             MR. BALESTRIERE:  I'm sorry?

13             MR. GROVER:  I'm reading February 4, unless I'm

14   misreading it.

15             MR. BALESTRIERE:  And did I say January?

16             MR. GROVER:  Yes.

17             MR. BALESTRIERE:  I misspoke, Your Honor, Mr. Grover

18   is correct.  Sorry.

19             THE COURT:  Start again.

20             MR. BALESTRIERE:  I will.  Sorry about that.

21             Thank you, Mr. Grover.

22   Q    So do you see the yellow highlight ends November on 11th

23   of 2017?

24   A    Yes.

25   Q    The next text in this exhibit is February 4, 2018.  Do

HOPPER - DIRECT - BALESTRIERE                963

1    you see that?

2    A    Yes.

3    Q    Do you remember if you had had any communications with

4    Ms. Powers between November 11, 2017 and February 4, 2018?

5    A    Yes.

6    Q    You did?

7    A    I --

8    Q    Do you remember if you did is my question?

9    A    No, I don't remember.

10           MR. BALESTRIERE:  So, then -- actually, Ms. Saydah,

11   can you now move down a little bit more so we can see -- stop

12   there.  Thank you.

13   Q    On January -- February 4th -- I'm sorry -- Ms. Powers

14   writes hey, Emma.  Then, I'm trying to accept your IG request,

15   but it's not allowing me to add you.

16           What do you understand IG to mean here?

17   A    Instagram.

18   Q    Had you sent an Instagram request to Ms. Powers?

19   A    Yes.

20   Q    Why?

21   A    I didn't want her to know that I hadn't made a lawsuit.

22   Q    Some more.  It says I'm so bad at this social media

23   thing.  Do you think it's a setting?

24           Then a few days later, Ms. Powers, Hey, where are

25   you little, Mama?  But you don't respond.

*Michele Lucchese, Official Court Reporter*

HOPPER – DIRECT – BALESTRIERE                964

1         But then note on February 21st, at 6:26 p.m., you

2    send three quick texts, Jen, how are you all?  Miss you, love.

3    How is Howie?

4         Had you had authorized the filing of the lawsuit by

5    this point?

6    A    Yes.

7    Q    Why did you reach out after you authorized the filing of

8    a lawsuit to Ms. Powers here?

9    A    I was afraid.  I didn't want them to know it was me.

10   Q    When you say "it," you mean that you were the one who had

11   joined that lawsuit you saw in the fall?

12   A    Yes.

13   Q    Did you file this lawsuit at this time under your actual

14   name?

15   A    No.

16        MR. BALESTRIERE:  Can I ask, Ms. Saydah, to show --

17   actually, I move for the admission of Defendant's Exhibit T3.

18        Just show it to counsel please.

19        There's no objection, I believe, Your Honor.

20        MR. McDONALD:  No objection, Your Honor.

21        THE COURT:  Received.

22        (Defendants' Exhibit T3, was received in evidence.)

23        MR. BALESTRIERE:  Thank you, Your Honor.

24        So can you Zoom just a little bit on that, Ms.

25   Saydah.  One more.

HOPPER - DIRECT - BALESTRIERE                965

1    Q    Do you see this was sent at 6:41 p.m.  I think that's

2    five minutes after that other text.

3             This is an iMessage.  Jennifer, I miss you guys.

4    How is everything?  Sorry for all the late response.  I've

5    been traveling and working on my modeling.

6             So you sent this right after you filed the lawsuit

7    as well; right?

8    A    Yes.

9             MR. BALESTRIERE:  Then, Your Honor, I move for the

10   admission of Defendant's Exhibit O3, at least a portion of it.

11            If you can put that up, Ms. Saydah, for counsel and

12   the witness and the Court.

13            MR. McDONALD:  No objection.

14            MR. GROVER:  No objection.

15            THE COURT:  Received.

16            (Defendants' Exhibit O3, was received in evidence.)

17            MR. BALESTRIERE:  Thank you.

18            So we'll be looking at these texts from February 21

19   st.  Can I ask you to focus in on the top part of that page.

20   The top part of page 1515, the top portion of page 15 of 15.

21   Thank you.

22   Q    So there's some texts in October of 2017 at the very top.

23   Do you see that?

24   A    Yes.

25   Q    I'm sorry, there is a photo here, but I do have to ask

HOPPER - DIRECT - BALESTRIERE                    966

1   some questions.

2              At the same time, 6:36 you write to Mr. Rubin, Howie

3   I'm yours.

4              And then there's an image.

5              MR. BALESTRIERE:  Ms. Saydah, can you go all the way

6   down.

7   Q    And you write I'm your little slut girl for life.

8              Why did you send this - -

9              MR. BALESTRIERE:  You can take that down, Ms.

10  Saydah.

11  Q    Why did you send this text to Mr. Rubin if you had

12  already authorized the filing of a lawsuit?

13  A    Because I didn't want him to know it was me.

14  Q    You say you believed that he would not know that it was

15  you who had filed the lawsuit?

16  A    Yes.

17  Q    Do you believe that you suffered any long-term emotional

18  or psychological trauma or injury from what Mr. Rubin did to

19  you?

20  A    Yes.

21  Q    What do you believe that to be?

22  A    Well, I don't even know my dad sexually abused me.  I

23  don't trust my family.  I'm not sure if that happened or if

24  that's something that he put in my head.

25              I have a lot of anxiety.  It's hard to trust

*Michele Lucchese, Official Court Reporter*

1    anybody.

2              I don't know if that's true or not.  I don't know.

3              MR. BALESTRIERE:   Thank you.  I have nothing

4    further, Your Honor.

5              THE COURT:  All right.  Cross-examination.

6    CROSS-EXAMINATION

7    BY MR. McDONALD:

8    Q    Good morning, Ms. Hopper.

9    A    Hello.

10             MR. McDONALD:  Excuse me, Your Honor.

11             Is this working?

12             MR. BALESTRIERE:  Yeah.

13   Q    So you said that you didn't want Mr. Rubin to know that

14   you were suing him; is that right?

15   A    Yes.

16   Q    And you said that you didn't file the lawsuit under your

17   actual name; is that correct?

18   A    Yes.

19   Q    But you understood that there were allegations in the

20   lawsuit that you discussed with your counsel; isn't that

21   right?

22   A    Yes.

23   Q    And you understood that Mr. Rubin would be receiving a

24   copy of the allegations, the Complaint that was filed against

25   him; isn't that right?

1   A    Yes.

2   Q    Wouldn't that make it clear that you were the person or

3   one of the people suing him?

4   A    Yes.

5   Q    Okay.

6           MR. McDONALD:  So why don't we go to -- we have it

7   as DXQ3.

8           Mr. Balestriere, I'm not sure how you introduced

9   this, whether it was your exhibit or ours.

10          MR. BALESTRIERE:  This was your exhibit.  I

11  introduced the portions beginning on November 11th.

12          MR. McDONALD:  Please go to November 11th.

13          Could you blow it up.

14  Q    Okay.  So you start your text message to Jennifer Powers

15  on that day.  Now -- excuse me.  Let me back up a second.

16          You had read about the lawsuit that some people had

17  filed against Mr. Rubin before this; right?

18  A    Yes.

19  Q    And these were people who have alleged that Mr. Rubin had

20  beaten them in the context of BDSM relationships; is that

21  right?

22  A    Yes.

23  Q    You felt that was similar to your situation?

24  A    Yes.

25  Q    Okay.  And, so, you reached out Jen Powers soon after you

1   read about it?

2   A    Yes.

3   Q    You started your text by saying I'm so worried about

4   everyone; isn't that right?

5   A    Yes.

6   Q    And by "everyone," you're talking, first of all, about

7   Howie Rubin; correct?

8   A    Yes.

9   Q    And these were terrible allegations that had been made

10  against him?

11  A    Yes.

12  Q    And you were worried about him?

13  A    It just a text.  I wasn't worried.

14  Q    I'm sorry.  I can't hear you.

15  A    I just sent her a text.  I wasn't worried about him.

16  Q    Well, you said in  the very next three words, four words,

17  I'm so worried about everyone.

18  A    Yes.  I see it.

19  Q    Okay.  So you were worried about Howie Rubin?

20  A    No.

21  Q    You weren't?  You just said that?

22  A    Right.

23  Q    Okay.  Were you worried Jen Powers?

24  A    No.

25  Q    No?

HOPPER – CROSS – McDONALD                    970

1   A    No.

2   Q    Because she was sued as well; correct?

3   A    Yes.

4   Q    So was Stephanie Shon?

5   A    Yes.

6   Q    And Stephanie Shon was your friend?

7   A    I wouldn't call her a friend.

8   Q    At that time she was your friend?

9   A    Something like that.

10  Q    So you didn't say, Hey, Jen, you all deserve to be sued,

11  did you?

12  A    No.

13  Q    You said I'm so worried about everyone.  And that's

14  because you knew the allegations were false?

15  A    No.

16  Q    And then you said, If you all need me to do anything to

17  help.

18          So you're offering to help Mr. Rubin and Jennifer

19  Powers; correct?

20  A    No.

21  Q    You weren't?

22  A    No.

23  Q    But don't the words say that?

24  A    I sent that text, yes.

25  Q    Okay.  So, the words say if you all need me to do

HOPPER - CROSS - McDONALD                    971

1    anything to help.

2              You're offering to help?

3    A    I was never going to help.

4    Q    You were just saying that, it wasn't true?

5    A    Correct.

6    Q    Like testify, we agreed to everything happening, I will.

7    Did you say that?

8    A    Yes.

9    Q    So you were saying that you would testify on their behalf

10   in a courtroom that was trying the lawsuit that we agreed to

11   everything happening; isn't that right?

12   A    I sent her that text.

13   Q    Were you lying to her?

14   A    Yes, I wanted to see what she would say.

15   Q    Why did you care what she was going to way?

16   A    Because I was afraid of them.

17   Q    Why were you afraid of them?

18   A    Because --

19   Q    Did you think they were going to sent people to Atlanta

20   to beat you up?

21   A    Yeah.  I thought a lot of things.

22   Q    What basis did you have to thinking that they were going

23   to send people to Atlanta  to beat you up?

24   A    Everything they've done to me, things he talked about.

25   Q    Did you think he was coming down to Atlanta to beat you

HOPPER - CROSS - McDONALD                    972

1    up?

2    A    I didn't know what was going to happen.

3    Q    So you don't know what was making you afraid supposedly?

4    A    I know what was making me afraid.

5    Q    And then you went on to say, at 9:03 a.m., I can't

6    believe this; isn't that right?

7    A    I did text that.

8    Q    You were shocked that based on your experience with Mr.

9    Rubin people would sue him?  Isn't that what you were telling

10   her?

11   A    No.

12   Q    That's not what the words say, that you can't believe it?

13   A    That's what the text says.

14   Q    You said these girls are crazy?

15   A    I did text that.

16   Q    You were talking about Amy Moore and Mia Lytell; correct?

17   A    Yeah.  I didn't know them at the time.

18   Q    And then you said they should be the ones getting in

19   trouble; correct?

20   A    I texted that, yes.

21   Q    We all signed the NDA?

22   A    Yes.  I wanted to see what her reaction was to me saying

23   that.

24   Q    There was a consent; correct?

25   A    There was a paper they made me sign.

HOPPER - CROSS - McDONALD                    973

1  Q    They made you sign it?

2  A    They had me sign it, yes.

3  Q    Jen Powers actually forced you to signed that agreement?

4  A    They made me sign it, yes.

5  Q    You mean that unless you signed it you weren't going to

6  get your $5,000 for having BDSM sex that day?

7  A    Yes.  They made me sign this paper.

8  Q    But nobody forced you --

9  A    Nobody held --

10 Q    -- to sign it?

11 A    -- a gun to my head.  But they had me sign that paper.

12 Q    But you could have walked out of the condo and not signed

13 it; correct?

14 A    Yeah.  Where was I supposed to go?

15 Q    Excuse me?

16 A    Where was I supposed to go?

17 Q    You could have gone home to Atlanta.

18 A    Everything was arranged by them, Jennifer, travel.

19 Q    Excuse me.  Did Jennifer Powers force you to sign the

20 consent agreement?

21 A    She made me sign it.

22 Q    How did she do that?

23 A    She told me to sign it.

24 Q    She told you?

25 A    Yes.

HOPPER - CROSS - McDONALD                              974

1    Q    And this is a free country, isn't it?

2              MR. BALESTRIERE:  Objection.

3    A    Yes.

4    Q    And you have free will, don't you?

5    A    I do have free will.

6    Q    And couldn't you have simply stood up and walked out of

7    the condo on 57th Street in Manhattan?

8    A    I guess I could have.

9    Q    So then at 9:07 a.m. on November 11th you get to the

10   point, don't you?

11             MR. BALESTRIERE:  Objection.  Form.

12             MR. McDONALD:  I will rephrase it, Your Honor.

13   Q    You say to Jennifer Powers, Is all this going to stop

14   Howie from seeing us?  Is that what you say?

15   A    I did text that.

16   Q    Okay.  And you were concerned that Howie Rubin might stop

17   seeing you correct, because the lawsuit?

18   A    I can't remember.

19   Q    Well, you're concerned, are you not, when you say is all

20   this going to stop Howie from seeing us?

21             You're concerned that he's not going to see you any

22   more; isn't that right?

23   A    I can't remember.

24   Q    Well, do you remember that you were concerned that you

25   wouldn't be making money by coming to New York and having BDSM

1   sex with Howie Rubin?

2           MR. BALESTRIERE:  Objection.

3   A    No.

4           THE COURT:  Overruled.

5   Q    I'm sorry.  What was the answer?

6           THE COURT:  She said no.

7           MR. McDONALD:  Thank you.

8   Q    So -- and Jen responds things just need to quiet down for

9   a second, that's all.

10          Isn't that what she said to you?

11  A    Yes.

12  Q    Okay.  And she's telling you that at least for a second

13  you're not going to be able to come up to New York to see Mr.

14  Rubin; correct?

15  A    That's what she said.

16  Q    So it occurred to you at that point that you wouldn't be

17  seeing Mr. Rubin at least for a while; correct?

18  A    I don't know.

19  Q    Well, soon after this, you called Mr. Balestriere's

20  office, didn't you?

21  A    I did.

22  Q    And you called him because you wanted to get some money;

23  right?

24  A    No.

25  Q    You weren't interested in filing a lawsuit to make money?

HOPPER – CROSS – McDONALD                    976

1    A    I was interested in filing a lawsuit.

2    Q    And you wanted to make money by filing a lawsuit?

3    A    That's not what I told them.

4    Q    Well, what did you tell them?

5    A    I told them what happened to me.

6    Q    Okay.  And you weren't concerned about making money?  It

7    wasn't your intention to make money?

8    A    That's never what I told them.

9    Q    But is that why you're up here in the courtroom sitting

10   on the witness stand?

11   A    No.

12   Q    -- to make money; correct?

13   A    No, I want justice for what happened.

14   Q    And you don't care about the money?

15   A    Not as important as to what happened.

16   Q    I'm sorry?

17   A    It's not as important as to what happened.

18   Q    But is it important that you make money in this lawsuit?

19   A    In America, people sue, and that's what happens.

20   Q    Excuse me.  Can you answer the question?

21   A    I mean, no.  I'm here to get justice.

22   Q    Okay.  You don't care about the money?

23            MR. BALESTRIERE:  Objection.

24            THE COURT:  Sustained.

25   Q    So you came up here to New York and you met with Mr.

*Michele Lucchese, Official Court Reporter*

1    Balestriere; isn't that right?

2    A    Yes, ma'am.

3    Q    You flew up to New York?

4    A    Yes.

5    Q    Okay.  You met him in his office?

6    A    Yes.

7    Q    And subsequently you actually joined into the lawsuit;

8    right?

9    A    Yes.

10   Q    And the day after the lawsuit was filed, you get in touch

11   with -- by text message -- with Jennifer Powers; right?

12   A    I think so.

13   Q    I'm sorry.  I didn't hear what you said.

14   A    I said I think so, yes.

15             MR. McDONALD:  Can we put up February 21, 2018.

16             MR. BALESTRIERE:  Which exhibit, counsel?

17             MR. McDONALD:  It's --

18             MR. BALESTRIERE:  Same one?

19             MR. McDONALD:  Same one.

20             MR. BALESTRIERE:  Thank you.

21             MR.  McDONALD:  DX-Q3, page 3.

22   Q    You say, Jennifer, how are you love?  I miss you all.

23   How's Howie?

24             Is that what you said?

25   A    Yes.

*Michele Lucchese, Official Court Reporter*

HOPPER – CROSS – McDONALD                    978

1    Q    And this is the day after you filed the lawsuit against

2    him?

3    A    Yes.

4    Q    And you said that you missed them?

5    A    Yes, I texted that.

6    Q    You missed Howie and Jen; right?

7    A    No.

8    Q    Well, isn't that what you said?

9    A    No.

10         I mean yes, that's what I said.

11   Q    And you called her love?

12   A    Yeah, I texted her that.

13   Q    You said how's Howie?

14   A    That's what I texted.

15   Q    And this is the woman that you just sued the day before;

16   right?

17   A    Yes.

18   Q    You called her love?

19   A    Yes, I texted.

20   Q    I'm sorry to interrupt you.  I didn't mean to interrupt.

21   A    Okay, I texted these people this because I was afraid of

22   them.  I didn't want them to know that it was me.

23   Q    Even though the lawsuit was going to contain the

24   allegations that made it perfectly clear that it was you?

25   A    Yes.

HOPPER – CROSS – McDONALD                    979

1    Q    So what did you do next?

2    A    What did I do next?

3    Q    At that minute, the very same minute, 8:36.  That same

4    minute you texted Howie Rubin; right?

5              MR. BALESTRIERE:  Counsel, I think it's 6:36.

6              MR.  McDONALD:  I'm sorry?

7              MR. BALESTRIERE:  Counsel, you said that same

8    minute.  It's 6:36 according to the exhibit?

9              MR. McDONALD:  Yes.

10   Q    You texted Howie Rubin; correct?

11   A    Yes.

12   Q    And you said I'm yours, laughing out loud.

13             Can we put that up, please.  Excuse me, it's O3,

14   DX-O3.

15             THE COURT:  In evidence?

16             MR. BALESTRIERE:  Yes, Your Honor.

17             MR. McDONALD:  Yes, Your Honor.

18   Q    And you said I'm yours, LOL.

19             What did you mean by that?

20   A    I was just texting him.

21   Q    It didn't have any meaning?

22   A    No.  I just didn't want him to know it was me.

23   Q    And then -- and then he -- then you put a photograph of

24   yourself; correct?

25   A    Yes.

HOPPER - CROSS - McDONALD                    980

1    Q    A rather provocative photograph, don't you think?

2    A    It's a photo of me.

3    Q    Is it provocative?

4    A    I guess you could say so.

5    Q    And then you say, I'm your little girl slut for life;

6    isn't that right?

7    A    Yes.

8    Q    Was that your way of telling him that you were having

9    second thoughts about the lawsuit?

10   A    No.  That's how I talked to him before and I didn't want

11   him to know that it was me, the lawsuit.

12   Q    Well, how could the lawsuit proceed without him knowing

13   that it was you who was making part of these new allegations

14   against him?

15   A    I was just afraid and that, in my mind, was me protecting

16   myself.

17   Q    But didn't you know that as the lawsuit proceeded in the

18   courtroom that you would be revealed as one of the people

19   suing him?

20   A    Yes.

21   Q    And didn't you know that he would get a copy of the

22   Complaint or the allegations that you were making against him?

23   A    Yes.

24   Q    And didn't you understand that he would read that

25   Complaint and see that the allegations that you were making

HOPPER - CROSS - McDONALD                    981

1    were being made by you?

2    A    Yes.

3    Q    So he would absolutely for sure know it was you who was

4    suing him; correct?

5    A    I know.  Yes.

6    Q    By the way, I want to make something clear.  You

7    testified, on your direct examination this morning, that --

8    and I don't -- I want to ask you what your words were, because

9    I don't want to put words in your mouth.

10            My understanding was that you said that most of the

11   encounters were consensual; correct?

12   A    Yes.

13   Q    How many were not?

14   A    At least two.

15   Q    At least two.  But you don't know the dates other than

16   the one in January of 2016?

17   A    Yes.

18   Q    Okay.  So....

19            MR. McDONALD:  Excuse me, Your Honor.

20            So I'd like to go to Exhibit DX-S1 -- excuse me,

21   S31.  I think that's in evidence.

22            MR. BALESTRIERE:  Is it just the one page, counsel?

23            MR. McDONALD:  It's page 2.

24            MR. GROVER:  Excuse me.  DX-S31 has not been

25   received in evidence yet.

HOPPER – CROSS – McDONALD                    982

1          MR. BALESTRIERE:  I don't believe there's  an

2    objection, but one moment, Your Honor.

3              (Pause.)

4          MR. BALESTRIERE:  No objection, Your Honor.

5          THE COURT:  Received.

6              (Defendants' Exhibit DX-S31, was received in

7    evidence.)

8    Q    Could you go -- could you take a look at 10/12/15 at

9    11:53.

10   A    Yes.

11   Q    And it says you just landed.  And this is a text of you

12   with Jen Powers; correct?

13   A    Yes.

14   Q    And this is the day that you came here to New York for

15   the first time to see Mr. Rubin?

16   A    Yes.

17   Q    And she says welcome, yes, ma'am.

18              Okay.  And then going down to 12 -- excuse me,

19   12:53,  Jen says to you -- asks you Are you close?

20              Do you see that?

21   A    Yes.

22   Q    And you say yes, at 12:54.

23   A    Yes.

24   Q    That meant you were close to the Metropolitan Towers, the

25   building in which you were going to be meeting Mr. Rubin, you

HOPPER - CROSS - McDONALD                    983

1    thought; correct?

2    A    Yes.

3    Q    And at 12:50 Jen Powers says Sweet, me, too.  See you in

4    a few.  Isn't that right?

5    A    Yes.

6    Q    And you saw -- so you arrived a short while after that,

7    within a few minutes?

8    A    Yes.

9    Q    Right around 1 o'clock?

10   A    Yes.

11   Q    Okay.  And that's when you met Jen Powers and she showed

12   you the NDA?

13   A    Yes.

14   Q    And look down, the next item says 1:57 p.m.  It says

15   Wayfarer located at 57th Street and Sixth Avenue.

16        Is that Jen Powers telling you where to meet Howie

17   and what time?

18   A    Yes.

19   Q    So you weren't going to be meeting him until 3:30 that

20   afternoon; right?

21   A    Yes.

22   Q    Okay.  And does this refresh your recollection when it

23   says 1:57 p.m. that Jen Powers had left the condo shortly

24   before 1:57?

25        MR. BALESTRIERE:  Objection to form.

*Michele Lucchese, Official Court Reporter*

1        THE COURT:  Sustained.

2    Q    Did she leave the condo shortly before she texted you the

3    name of the restaurant, and the time?

4    A    Yeah, it's hard to remember.

5    Q    I'm sorry?

6    A    It's hard to remember, but she did come to the penthouse,

7    yes.

8    Q    Okay.  Well, you said that you were alone in the

9    penthouse for 30 or 40 minutes before she arrived; didn't you?

10   A    Yes.

11   Q    But she was only a few minutes away and she said she

12   would see you in a few when you texted her just before 1

13   o'clock; correct?

14   A    Yes.

15   Q    So you weren't alone in the penthouse for 30 or 40

16   minutes when you first arrived?

17   A    It was hard to remember.

18   Q    And of course you said you were tipsy  when you first met

19   her?

20   A    Yes.

21   Q    Well, what were you doing, drinking on the plane that

22   morning?

23   A    Yes, I did.

24   Q    You were drinking on the plane?

25   A    Yes, I did.

HOPPER – CROSS – McDONALD                    985

1    Q    Were you drinking in the cab on the way over to the

2    penthouse?

3                MR. BALESTRIERE:  Objection.

4                THE COURT:  Overruled.

5    Q    Did you drink in the cab on the way over to the

6    penthouse?

7    A    No.

8    Q    And she showed you the, what we have been calling consent

9    agreement; what you have been calling an NDA; correct?

10   A    Yes.

11   Q    And it's actually -- on the top, it's entitled

12   confidentiality agreement and release; isn't that right?

13   A    Yes.

14   Q    Okay.  So she shows you the agreement.  And you said you

15   really didn't read it; correct?

16   A    No.

17   Q    Now, here you are in New York City with a woman you've

18   never met before; right?

19   A    Yes.

20   Q    You were referred to Howie Rubin by Stephanie Shon;

21   correct?

22   A    Yes.

23   Q    Who was somebody you had just met in Atlanta?

24   A    Yes.

25   Q    And somebody you knew very little about?

HOPPER – CROSS – McDONALD                    986

1   A    Yes.

2   Q    And you're about to have, what you've been told, is going

3   to be rough, playful sex with Howie Rubin; isn't that right?

4   A    Yes.

5   Q    And this strange woman, Jen Powers, shows you a two-page

6   document and asks you to sign it.  Is that what you're saying?

7   A    Yes.

8   Q    And is it your testimony that you did not read it?

9   A    I remember skimming through it.

10  Q    Well, did you start at the beginning?

11  A    I can't remember.

12  Q    Pardon me?

13  A    I can't remember.

14  Q    Well, people usually start to read documents at the

15  beginning documents, don't they?

16  A    Yeah.

17  Q    And did you read --

18           MR. McDONALD:  I believe it's in -- it came in

19  through as one of your exhibits, Mr. Balestriere.

20           MR. BALESTRIERE:  PX -- I don't object to your

21  exhibit as well.

22           MR. McDONALD:  Okay, we'll offer our exhibit, which

23  is DX-M3.

24           THE COURT:  Received.

25           (Defendants' Exhibit DX-M3, was received in

HOPPER – CROSS – McDONALD                987

1    evidence.)

2              MR. BALESTRIERE:  Thank you, Your Honor.

3    Q    And the first paragraph says -- well, that's your name at

4    the top; right?

5    A    Yes.

6    Q    Okay.  And if you look on the second page, you'll see

7    that you signed it; correct?

8    A    Yes.

9    Q    And it says that Emma Hopper, over the age of 21.  You

10   were over the age of 21 at the time?

11   A    Yes.

12   Q    And you were able to read and write English; correct?

13   A    Yes.

14   Q    Ad it says, I am not under the influence of alcohol,

15   drugs or alcohol; correct?

16   A    Yes.

17   Q    And this is some time right after 1 o'clock in the

18   afternoon; right?

19   A    Yes.

20   Q    And it says, I am signing this agreement of my own free

21   will because I want to engage in the activity described below

22   with Howard Rubin in return for a fee that I have agreed to;

23   isn't that right?

24   A    Yeah.

25   Q    It's very clear; isn't it?

HOPPER - CROSS - McDONALD                 988

1    A    Yes.

2    Q    And then it goes on to say, In return for the payment of

3    an agreed upon fee.  What was the agreed upon fee?

4    A    $5,000.

5    Q    You say that you have voluntarily agreed to engage in

6    sexual activity.

7         Voluntarily means that you were doing it of your own

8    free will; right?

9    A    Yes.

10   Q    And you were signing this agreement that committed or

11   represented that you were signing of your own free will?

12   A    Yes.

13   Q    And you said that the activity would include

14   sadomasochistic, SM, activity that can be hazardous and on

15   occasion cause injury to my person.  Isn't that right?

16   A    Yeah yes.

17   Q    Well, I will read it again.

18        You say you voluntarily agreed to engage in sexual

19   activity with Rubin, including sadomasochistic, SM activity

20   that can be hazardous and on occasion cause injury to my

21   person.

22        Isn't that what it says?

23   A    Yes.

24   Q    And you understand what the word "hazardous" means;

25   right?

HOPPER – CROSS – McDONALD                    989

1   A    Yes.

2   Q    What does it mean?

3   A    Like dangerous.

4   Q    I will skip the next two sentences and go to the third

5   paragraph.

6            You say, I understand that participation in the

7   activities described above is potentially hazardous.

8            Hazardous again.  You understand that to be

9   dangerous; right?

10  A    Yes.

11  Q    And no one was trying to deceive you with this agreement;

12  right?

13  A    I'm not sure.

14  Q    Well, Jen Powers handed you the agreement; correct?

15  A    Yes.

16  Q    And the first three paragraphs of the agreement are very

17  explicit about there being hazardous possibilities in the

18  encounter you're going to have with Mr. Rubin; correct?

19  A    Yes.

20  Q    So no one was trying to hide anything from you when they

21  gave you this agreement?

22            MR. BALESTRIERE:  Objection.

23            THE COURT:  Sustained.

24  Q    Did you think anyone was trying to hide anything from you

25  when they gave you this agreement?

*Michele Lucchese, Official Court Reporter*

1  A    I'm not sure.

2  Q    And then you say, in the third paragraph, second

3  sentence, My participation in the activities is done

4  knowingly.  I freely assume all associated risks.

5        That means the risks associated with the BDSM

6  activity you were going to have with Mr. Rubin; right?

7  A    Yes.

8  Q    I acknowledge and agree that participation in these

9  activities carries with it certain inherent risks that cannot

10 be eliminated completely."

11       Is that what it says?

12 A    That's what it says.

13 Q    And that was handed to you by Jen Powers; right?

14 A    Yes.

15 Q    And she asked you to initial -- well, every paragraph but

16 the first two; isn't that right?

17 A    Yes.

18 Q    And you did?

19 A    Yes.

20 Q    And she reviewed the agreement with you as she sat there

21 in the condo with you; right?

22 A    I can't remember.

23 Q    Well, you had plenty of time before you were going to

24 meet Mr. Rubin at the Wayfarer; right?

25 A    I think so.

1   Q    Well, she originally told she was going to meet you at

2   3:00; correct?

3   A    Yes.

4   Q    And then she got back to you and said 3:30; right?

5   A    Yes.

6   Q    So you weren't being rushed when you sat there with Jen

7   Powers looking at the agreement; right?

8   A    I don't think so.

9   Q    Okay.  So after Jen Powers leaves, you said that

10  Stephanie Shon came to the condo; right?

11  A    Yes.

12  Q    You didn't say that when you were deposed?

13  A    I know.

14  Q    Did you just remember that later on?

15  A    I did.

16  Q    Did that make you comfortable --

17  A    No.

18  Q    -- when she arrived?

19  A    No.

20  Q    No?

21       So around 3:30 you went over to the Wayfarer

22  restaurant?

23  A    Yes.

24  Q    And you met with Howard Rubin?

25  A    Yes.

HOPPER - CROSS - McDONALD                    992

1    Q    For the first time?

2    A    Yes.

3    Q    Okay.  And you sat down with him and you had a

4    conversation with him; right?

5    A    Yeah.

6    Q    You had a bite to eat?

7    A    Yes.

8    Q    And some cocktails?

9    A    Yes.

10   Q    And did he discuss with you the BDSM sex that you were

11   going to have?

12   A    It's hard to remember our conversation.

13   Q    You don't recall that he discussed the activities in

14   which you were about to engage?

15   A    I don't know if we actually talked about what we were

16   about to do.

17   Q    Well, didn't you have some curiosity yourself about what

18   you were about to do?

19   A    Yeah.

20   Q    And isn't it -- under those circumstances, wouldn't it be

21   likely that you would ask him what he was planning to do?

22   A    Yes, but I'm not sure if I did.

23   Q    So here you were with this strange man in New York City.

24        Had you ever been to New York City before?

25   A    One time.

HOPPER – CROSS – McDONALD                 993

1   Q      One time.

2           You're sitting in a restaurant in midtown Manhattan;

3   correct?

4   A      Yes.

5   Q      With a strange man?

6   A      Yes.

7   Q      You had just signed a document that you claim you looked

8   at; correct?

9   A      Yes.

10  Q      And you put your signature down at the bottom of it?

11  A      Yes.

12  Q      And you knew from Courtney Cay  and from Stephanie Shon

13  that Mr. Rubin wanted  to pay you for, as you called it,

14  rough, playful sex?

15  A      Yes.

16  Q      Rough sex?

17  A      Yes.

18  Q      And you didn't have any curiosity before you were about

19  to embark on this encounter with Mr. Rubin as to what he

20  planned to do to you?

21  A      I had a conversation with him, but Stephanie Shon told me

22  it was nothing scary and she had done it before.

23  Q      Okay.  But you talked to Mr. Rubin about it too?

24  A      I think we did.

25  Q      Then at some point you go back to the condo; right?

1    A    Yes.

2    Q    And he, as you said, leads you in the dungeon; correct?

3    A    Yes.

4    Q    And when you got into the dungeon, you saw the equipment

5    that was displayed in the exhibits that Mr. Balestriere showed

6    you; correct?

7    A    Yes.

8    Q    And what did you think when you looked up on the wall

9    when you saw all those devices?

10   A    I'm not sure what I thought in that moment.  I can't

11   remember.

12   Q    When you saw these -- this furniture, this other

13   equipment there, what did you think about that?

14   A    I just saw it.

15   Q    Well, you didn't say wait a minute, what am I getting

16   myself into?

17            Did you say that to yourself?

18   A    No.

19   Q    Did you say Mr. Rubin, I don't know whether I like this?

20   A    I didn't say that.

21   Q    Pardon me?

22   A    I didn't say that.

23   Q    And you were free to leave at that point; correct?

24   A    I could  have.

25   Q    Pardon me?

HOPPER - CROSS - McDONALD                    995

1    A    I could have.

2    Q    And just so that we are clear on this, when you came to

3    see him in New York for the first time, you weren't being

4    tricked into coming to New York to have BDSM with him were

5    you?

6    A    No.

7              (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   CROSS-EXAMINATION (Continued)

2   BY MR. McDONALD:

3   Q    You weren't being tricked to have -- to coming to

4   New York for any type of commercial sex at all, right?

5   A    No.

6   Q    You knew what you were coming for?

7   A    Yes.

8   Q    You weren't being forced by anybody to do that, right?

9   A    Nobody forced me.

10  Q    And you came of your own free will?

11  A    Yes.

12  Q    Okay.

13        And so you began to engage in a BDSM encounter with

14  Mr. Rubin in the dungeon, right?

15  A    Yes.

16  Q    Okay.  And you said that he placed a dildo in your

17  vagina?

18  A    Yes.

19  Q    You said it was after ten minutes?

20  A    Something like that.

21  Q    Did you protest in any way?

22  A    I don't think so.

23  Q    And you said that Mr. Rubin discovered that you were

24  bleeding when he saw blood on the dildo, right?

25  A    Yes.

HOPPER – CROSS – McDONALD                    997

1    Q     And he became very upset?

2    A     Yes.

3    Q     And you were offended by that, right?

4    A     Yes.

5    Q     And you argued with him?

6    A     I don't remember arguing with him, but he was upset with

7    me that I bled.

8    Q     And you told him that he was rude?

9    A     I remember texting somebody that he was rude.

10   Q     We'll get into that in a minute, but didn't you tell him

11   that he was rude?

12   A     I might have.

13   Q     Didn't you confront him and say:  How dare you insult me

14   the way you're insulting me?

15   A     I don't think I said that.

16   Q     But you stood up for yourself, right, when he was angry

17   with you?

18   A     I don't think so.

19   Q     And, in fact, you were at that point in your menstrual

20   cycle, so there was blood on the -- on the dildo, right?

21   A     I don't remember being on my period.

22   Q     Okay.

23         So, the session ends, right.

24   A     Yes.

25   Q     Were you afraid of Mr. Rubin at that point?

HOPPER — CROSS — McDONALD                 998

1    A    No.

2    Q    Of course, you spent the night at the condo, right?

3    A    Yes.

4              MR. McDONALD:  And could we go to DS-31 , page 2?

5              MR. BALESTRIERE:  What's on the screen, counsel?

6              MR. GROVER:  Your Honor, for the record it's DX

7    DS-3-1.

8              MR. BALESTRIERE:  And just to confirm, it's just

9    this one page, is that right?

10             MR. McDONALD:  I'm sorry, John?

11             MR. BALESTRIERE:  I'm sorry, it's just this one

12   page?

13             MR. McDONALD:  No, no, I'm going to go into the next

14   page, 2 and 3.

15             MR. BALESTRIERE:  I don't think there's an

16   objection, but can I just see 2 and 3, please?

17             MR. GROVER:  Okay.

18             MR. BALESTRIERE:  So, so I have a 17-page document,

19   is it the whole --

20             MR. McDONALD:  Yes, we are going do introduce the

21   whole 17-page document.

22             MR. BALESTRIERE:  I don't believe there's an

23   objection, but just one moment, Your Honor, please.

24             (Pause.)

25             MR. BALESTRIERE:  No objection, Your Honor.

1           THE COURT:  Received.

2           (Defendants' Exhibit DS-3-1, was received in

3    evidence.)

4           (Exhibit published.)

5    BY MR. McDONALD:

6    Q    Okay, looking at the bottom two lines, you said -- this

7    is a text between -- text conversation with you and Jenn

8    Powers, do you recall this?

9    A    Yes.

10   Q    And you say:  Jenn, he was mad because I bled on the

11   dildo.  And he was so upset, I had no idea.

12           Did you say that to Jenn Powers?

13   A    Yes.

14   Q    And you were reporting on what happened during your

15   encounter with Mr. Rubin, right?

16   A    Yes.

17   Q    And then you sent a screenshot of your text conversation

18   with Mr. Rubin , right?

19   A    Yes.

20   Q    And so what follows here is not something that was

21   between you and Jenn Powers, but what you said to Jenn Powers

22   reflecting what you had communicated to Mr. Rubin?

23   A    Yes.

24   Q    And you said at the very top to Mr. Rubin:  Before you

25   were awesome.  Correct?

1    A    Yes.

2    Q    You didn't complain at all about what had happened before

3    he got mad when you had blood on the dildo, right?

4                MR. BALESTRIERE:  Objection.

5                THE COURT:  Overruled.

6    A    I'm sorry.

7    Q    You didn't complain to him about anything before he got

8    upset when there was blood on the dildo?

9    A    That's correct.

10   Q    You said he was awesome, right?

11   A    Yes.

12   Q    And then he says to you:  Look at the vibrator in the

13   dungeon, it's covered in blood.  Correct?

14   A    Yes.

15   Q    And you said:  What can I do, I'm still into it.

16        What did you mean by that?

17   A    That I was still into what we were doing.

18   Q    You were sexually aroused still, is that what you're

19   saying?

20   A    I guess so.

21   Q    So, I'm still okay with some pay?

22        You were looking to get paid by Mr. Rubin, right?

23   A    Yes.

24   Q    And then what  do you say to him next?

25   A    I really liked you as a person.

HOPPER – CROSS – McDONALD                    1001

1    Q    So, he wasn't so scary at that point, right?

2    A    No, he wasn't.

3    Q    And then you said:  Can Steph  call me?

4             What were you meaning?  What do you mean by that.

5    A    Can Stephanie call me.

6    Q    I'm sorry?

7    A    Can Stephanie call me.

8    Q    Well, why didn't you just call Stephanie ?

9    A    I don't know.

10   Q    And then he says:  A thousand dollars for nothing.

11            Correct.

12   A    Yes.

13   Q    And then you say:  Can Steph call me?  I've been trying.

14            And then he says:  Jenn will pay you tomorrow.

15            And then you say:  I'm so sorry for that.

16            Correct?

17   A    Yes.

18   Q    You didn't say to him:  Oh, you stuck a sex toy in my

19   vagina and caused me to bleed; did you?

20   A    No.

21   Q    So, going on with the conversation that you had with

22   Jenn, you said:  It wasn't my fault.

23            Right.

24   A    Yes.

25   Q    And then you said:  I will never --

HOPPER - CROSS - McDONALD                    1002

1          MR. McDONALD:  Go down to three lines -- three lines

2    below.

3    BY MR. McDONALD:

4    Q    It says:  I will never see him again.  I am so insulted.

5    He is the rudest man I have ever met.  I would not have come

6    this for for a man like that.  Correct?

7    A    Yes.

8    Q    You weren't reluctant to express your feelings about

9    Mr. Rubin to Jenn Powers, right?

10   A    No.

11   Q    And you were critical of Mr. Rubin to Jenn Powers, right?

12   A    Yes.

13   Q    And then the last line you say:  By the way, will you

14   please send me -- I'm sorry, she says:  By the way, will you

15   please send me your PayPal  addy?

16          Right?

17   A    Yes.

18   Q    Do you understand what addy means?

19   A    Address.

20          MR. McDONALD:  And going over to the next page.

21   BY MR. McDONALD:

22   Q    The highlighted language says:  Even though I know him

23   and I will never meet again, I just wanted to tell you that I

24   had a great experience and I am so glad I met you.  Smiley

25   face.

HOPPER – CROSS – McDONALD                      1003

1   Q    Isn't that what you said?

2   A    Yes.

3   Q    Okay.  And you spent the night at the condo, in Howie

4   Rubin's condo; right?

5   A    Yes.

6   Q    And, by the way, you had a roundtrip ticket that Jenn

7   Powers had purchased for you the day before, didn't you?

8   A    Yes.

9   Q    So, there was nothing preventing you from going home to

10  Atlanta right away, right?

11  A    No.

12  Q    Were you injured in any way during that encounter?

13  A    No.

14  Q    I'm sorry?

15  A    No.

16  Q    And were you paid a thousand dollars?

17  A    Yes.

18  Q    Okay, so during the course of this litigation you are

19  aware that the parties exchanged discovery materials,

20  information; right?

21  A    Yes.

22  Q    Documents?

23  A    Yes.

24  Q    And in the course of that we received copies of your text

25  messages with Mr. Rubin, right?

HOPPER – CROSS – McDONALD                    1004

1    A    Yes.

2    Q    Okay.  And you're aware that we have a -- a document that

3    is a compilation of your text messages with Mr. Rubin for the

4    period October 2015 through the -- November of 2017, right?

5    A    Yes.

6    Q    And there were certain gaps in -- in those materials,

7    aren't there?

8    A    I think so.

9    Q    But you've looked at those, you've looked at those

10   materials?

11   A    Yes.

12   Q    Okay.  And this is Exhibit A-6.

13        Have you looked at that.

14   A    Can I see it?  But yeah.

15        MR. McDONALD:  Let me see if I can just show you.

16   Mr. Grover has a copy of the exhibit here and I'll just show

17   it to you to see if the document -- we have it on the

18   computer.

19        THE WITNESS:  Okay.

20        MR. McDONALD:  Oh, excuse me, Your Honor, can I

21   approach?

22        THE COURT:  Yes.

23        THE WITNESS:  Thanks.

24   BY MR. McDONALD:

25   Q    Do you recognize that?

HOPPER - CROSS - McDONALD                                    1005

1    A      Yes.

2    Q      And that is a compilation of your -- it's a compilation

3    of your text messages with Mr. Rubin during that period of

4    time, correct?

5    A      Yes.

6           MR. McDONALD:  Your Honor, we'd like to offer

7    Defendants' Exhibit A-6 into evidence.

8           MR. BALESTRIERE:  Your Honor, I object to the

9    admission of the entire document.  It is 360 pages.

10          THE COURT:  What's the objection?

11          MR. BALESTRIERE:  Relevance, cumulative, and it's

12   sometimes prejudicial.

13          I'm sure that there are certain text exchanges to

14   which I won't have such objection, but the entire document as

15   is I do have those objections.

16          THE COURT:  Okay.  Let me have a quick -- you know

17   what, let's take our morning break, ladies and gentlemen, so

18   we don't have to keep you sitting there with the horrible

19   noise.

20          Take fifteen minutes please, come back at 11:35.

21   Remember not to discuss the case amongst yourselves.

22          (Jury exits.)

23          (Witness steps down.)

24          THE COURT:  Okay, everyone be seated.  Wait until

25   the witness leaves.

PROCEEDINGS                                        1006

1          (Witness exits the courtroom.)

2          (In open court – jury not present.)

3          THE COURT:  Mr. McDonald, my concern is this is,

4   it's okay as a demonstrative for your closing argument, but to

5   take all the messages and put them together without the

6   context of the conversations in which they occurred seems, to

7   me, to unfairly present them for purposes of evidence.

8          MR. McDONALD:  Your Honor, I intend -- I don't

9   intend to ask her about all 900 messages.

10          THE COURT:  No, but they all go back to the jury,

11   right, and they go back to the jury in one package without the

12   give and take that led to each separate message?

13          MR. McDONALD:  But that's what I intend to do.  Not

14   to every message, but I intend to go through every encounter.

15          He's put every encounter, except for the next one,

16   in issue here.

17          THE COURT:  Let me make sure I understand what the

18   exhibit is.

19          Is this a curated exhibit of just her responses?

20          MR. McDONALD:  No, no, no, it's her conversations

21   with him.

22          THE COURT:  Back and forth?

23          MR. McDONALD:  On the right side -- on the right

24   side of the page are her -- her statements to him; on the left

25   side are hers to him -- his to her, excuse me.

PROCEEDINGS                              1007

1        THE COURT:  Okay.

2        MR. McDONALD:  It's the back and forth.

3        Your Honor, I'll just give you one thing, if you

4   want to take a look at it.

5        THE COURT:  Okay, so the contextual concern I had is

6   not really accurate because, in fact, the whole conversation

7   as to each one of these texts is presented in this exhibit, is

8   that right?

9        MR. McDONALD:  Absolutely; yes, Your Honor.

10       THE COURT:  Last chance, Mr. Balestriere.

11       MR. BALESTRIERE:  Yes, and may I make a suggestion?

12       Maybe it comes in provisionally now, Your Honor, but

13  before it goes back to the jury if there are any that I have

14  potential 412 concerns or things like that, we could try to

15  work it out with counsel.

16       Because I understand what Mr. McDonald is going to

17  do and that makes sense, but rather than do it page by page,

18  if we could put it in this way and then I think we'll work it

19  out.

20       THE COURT:  Haven't you had an opportunity to review

21  this exhibit before trial?

22       MR. BALESTRIERE:  Of course, of course.

23       But they haven't -- I did not seek to put it in.  We

24  have made our objections on some of those bases I just noted

25  to Your Honor;  prejudicial, 412 and cumulative , I think, as

PROCEEDINGS                          1008

1    well.

2            THE COURT:  Okay, so what I am giving you is a last

3    chance to tell me why it's those things.

4            MR. BALESTRIERE:  For one thing, there are many

5    naked photos in there that I think, at times, have nothing to

6    do with certain occurrences here that I don't think would,

7    say, go to state of mind.

8            I believe there is a conversation about Ms. Hopper

9    having sex with someone in an Uber for money that has nothing

10   to do with this case.

11           And there's just simply many irrelevant

12   communications in there as well.

13           MR. McDONALD:  Your Honor, if I could just with

14   respect to the photographs, I have no intention of blowing up

15   any of the photographs.  At the very end --

16           THE COURT:  No, but again, this will go to the jury

17   in its present form.

18           MR. McDONALD:  But you can't even see them, I mean

19   you can take a -- we can just peruse them.

20           THE COURT:  They're small.

21           MR. McDONALD:  Very small and, Your Honor, I think

22   that they're relevant because there are over 180 of them,

23   videos and -- and photographs.

24           THE COURT:  Right.

25           MR. McDONALD:  I think that they're relevant and

PROCEEDINGS                                                    1009

1   probative because --

2              THE COURT:  The volume is, itself, relevant.

3              MR. McDONALD:  Yes.

4              THE COURT:  All right, what I will do is this:  I am

5   going to admit the document.  If you have any specific

6   objections to pages that you don't want the jury to see, you

7   have to tell me tomorrow morning.

8              MR. BALESTRIERE:  Sounds good, Your Honor.

9              THE COURT:  All right, I am handing this back.

10             MR. McDONALD:  So, Your Honor, we'll be free to

11  question without --

12             THE COURT:  Yes.

13             MR. McDONALD:  -- showing it on the screen --

14             THE COURT:  Yes.

15             MR. McDONALD:  -- and to the witness first?

16             THE COURT:  Yes.  We've got ten minutes left.  See

17  you in ten minutes.

18             MR. BALESTRIERE:  Thank you, Your Honor.

19             (Judge BRIAN M. COGAN exited the courtroom.)

20             (Recess taken.)

21             (In open court – jury not present.)

22             (Judge BRIAN M. COGAN entered the courtroom.)

23             THE COURT:  Okay, I am going to revise slightly my

24  ruling on that document.

25             You can use it.  It's admitted for demonstrative

PROCEEDINGS                                      1010

1    purposes.  You can read any text from it that you want to

2    cross-examine the witness on.  You can also refer to its

3    volume and length.  I'm sure Mr. Balestriere will stipulate to

4    that, but I don't want it to go back to the jury.  I am just

5    concerned it's too much paper and too many things.

6              So, use it that way.

7              MR. McDONALD:  Okay.

8              MR. BALESTRIERE:  May I ask for  one thing, Your

9    Honor?

10             I don't think Mr.  McDonald is going to get into

11   that 412 concern I mentioned about some potential payment for

12   sex, right.

13             There's something in there that has nothing to with

14   Rubin.

15             THE COURT:  Well, if he does it, you'll object.

16             MR. BALESTRIERE:  Understood, Your Honor.  Thank

17   you.

18             (Jury enters.)

19             THE COURT:  Can we get the witness back, please?

20             THE COURT:  All right, everyone can be seated.

21             (Witness enters and resumes the stand.)

22             THE COURT:  All right, let's continue.

23             MR. McDONALD:  So, can we go to page 1 of DX A-6?

24             (Exhibit published.)

25   BY MR. McDONALD:

HOPPER – CROSS – McDONALD                    1011

1    Q    So, after --

2            MR. McDONALD:  Before we blow it up.

3    CROSS-EXAMINATION (Continued)

4    BY MR. McDONALD:

5    Q    After your encounter of October 12th, 2015, you returned

6    to Atlanta, right?

7    A    Yes.

8    Q    And you were upset with the encounter that you'd had with

9    Mr. Rubin while you were in New York?

10            THE COURT:  Mr. McDonald, your microphone.

11            MR. McDONALD:  I'm sorry, Judge.

12   Q    And you discussed what had happened in New York with

13   Mr. Rubin with Steph Shon and Courtney Cay, right?

14   A    Some stuff, yes.

15   Q    And they persuaded you that it makes sense for you to

16   seek Mr. Rubin out again, correct?

17   A    Yes.

18   Q    And you did?

19   A    Yes.

20   Q    Out of the blue you texted him, right?

21   A    I texted him.

22   Q    I'm sorry, I'm having trouble hearing you.

23   A    I texted him.

24   Q    You texted him?

25   A    Yes.

1          MR. McDONALD:  Okay, can we blow up the first

2    exhibit, the first message?

3          (Exhibit published.)

4          MR. McDONALD:  We don't have to blow it up beyond

5    that.

6    BY MR. McDONALD:

7    Q    But this is a photograph that you sent to him, right?

8    A    Yes.

9    Q    And is it fair to say that it's a provocative photograph?

10   A    Yes.

11   Q    You're scantily clad, if not naked, it's sort of covered

12   over?

13   A    Yes.

14   Q    And this was designed to entice him, right?

15   A    I think so, yeah.

16   Q    I'm sorry?

17   A    I think so, yes.

18   Q    You wanted to seduce him so that he would ask you to come

19   back to New York, agree to have you come back to New York;

20   right?

21   A    I sent him a photo of myself.

22   Q    Well, the purpose was to have you come back to New York

23   so you'd have BDSM sex for money, right?

24   A    Yes.

25   Q    So, you weren't being forced to do this, were you?

HOPPER - CROSS - McDONALD                1013

1    A    No.

2           MR. McDONALD:  Can we have the next -- next message

3    blown up?

4    BY MR. McDONALD:

5    Q    And it says:  Hi Howie, hope you are having an amazing

6    day.  Let's have playtime soon.

7           Is that what you wrote?

8    A    Yes.

9    Q    And when you say "playtime," you were referring to

10   playing with him, right?

11   A    Yes.

12   Q    Role play, correct?

13   A    Yes.

14   Q    Because you knew that was part of BDSM?

15   A    Yes.

16   Q    That the two participants in the encounter would play a

17   role?

18   A    Yes.

19   Q    And it's agreed between the two of you that you will

20   return to New York, right?

21   A    Yes.

22   Q    And we know from the previous examination by

23   Mr. Balestriere that you returned to New York on the 13th of

24   November, 2015, right?

25   A    Yes.

HOPPER – CROSS – McDONALD                    1014

1          MR. McDONALD:  And could you look at the third

2     message there and blow it up?

3               (Exhibit published.)

4     BY MR. McDONALD:

5     Q    It says:  Running late -- this is from Mr. Rubin to you

6     and it says:  Running late, closer to 2 p.m.

7               Isn't that Mr. Rubin  saying that he's going to be a

8     little bit late for the 2 p.m. encounter?

9     A    Yes.

10          MR. McDONALD:  Could you go to page 2?

11               (Exhibit published.)

12          MR. McDONALD:  Well, again, we don't have to go

13     through this.

14     Q    But I think you testified before that you met at The

15     Wayfarer on the second occasion that you saw him in New York,

16     right?

17     A    Yes.

18     Q    And after you met at the Wayfarer, you returned to the

19     condo, correct?

20     A    Yes.

21     Q    And the whole purpose of your coming to New York was to

22     have rough BDSM sex with him for $5,000, right?

23     A    Yes.

24          MR. McDONALD:  Okay, page 2, could you blow up

25     the -- well, blow up the first, the first message.

1       (Exhibit published.)

2   Q   It says --

3           MR. McDONALD:  I'm sorry, we have the wrong page

4   there.  I'm sorry, I said page 2, I meant page 3.  It's my

5   fault.  Okay.  Could you below that up?

6           (Exhibit published.)

7   BY MR. McDONALD:

8   Q   And it says, you say to him:  I'm sitting at the hightop

9   by the bar.

10          That was at the Wayfarer, right.

11  A   Yes.

12  Q   And that was at 3:02  p.m., correct?

13  A   Yes.

14  Q   A little after 3 o'clock in the afternoon, right?

15  A   (No response.)

16          MR. McDONALD:  And the next message, could you blow

17  that up?

18          (Exhibit published.)

19  Q   This is a message that you send to Mr. Rubin at 10:21 or

20  10:22 p.m., correct?

21  A   Yes.

22  Q   That was after your BDSM rough sex encounter with him,

23  right?

24  A   Yes.

25  Q   And you say to him:  I'm glad it stuck it out.  That was

1    amazing.

2            Isn't that right?

3    A    Yes.

4    Q    Are you saying you're glad you returned to see him?

5    A    Yes, I texted him that.

6    Q    And his response to you was:  I loved it too, but not

7    sure you did.

8            And you respond to that -- that's a message at

9    10:22, you respond to that at 10:25, a few, a few minutes

10   later, right?

11   A    Yes.

12   Q    And you say to Mr. Rubin:  I'm a whore.  You made me

13   realize that.  I love all of it.

14            Is that what you said?

15   A    Yes.

16   Q    Okay, you said you loved all of it, right?

17   A    Yes.

18   Q    And you wanted to communicate to Mr. Rubin that you

19   enjoyed yourself during the encounter, right?

20   A    Yes.

21   Q    You had no problems with the encounter?

22   A    No.

23   Q    Is this -- I believe you testified on direct examination

24   that he was sort of grilling you about you being sexually

25   abused by your father, right?

HOPPER - CROSS - McDONALD                 1017

1   A    Yeah.

2   Q    And you found this offensive?

3   A    It was very confusing.  I don't really remember how I

4   felt about that.

5   Q    Well, you didn't say to Mr. Rubin :  Please don't go into

6   that topic, it's something that I'm not comfortable with?

7   A    No, I didn't say that.

8              MR. McDONALD:  And can we go to the next page?

9              (Exhibit published.)

10             MR. McDONALD:  The third message.  The first one on

11  the left.

12  BY MR. McDONALD:

13  Q    Howie says to you:  I loved our day yesterday, Emma.

14  Hope you had a good flight and I'd love to see you again.

15             MR. McDONALD:  And then below that in the fourth

16  message on the page.  Below that one.  Go down one more,

17  please.

18             (Exhibit published.)

19  Q    He says:  You are an amazing, wonderful girl.  Last night

20  was just role play.

21             Do you see where he said that?

22  A    Yes.

23  Q    And when he said that, he was talking about the fact that

24  he used some abusive language to you, right?

25  A    Yes.

*SAM     OCR     RMR     CRR     RPR*

HOPPER – CROSS – McDONALD                    1018

1    Q    And what he was telling you here was that you were a

2    wonderful girl and the abusive language was just part of the

3    role play, right?

4    A    Yes.

5    Q    And then you respond to him in the next message and it

6    says:  Hi Howie, last night was great.  Yes, it was amazing

7    role play.  I loved that I experienced new things with you and

8    I want to experience more.  Glad we feel the same way.

9            So, you're telling Mr. Rubin that you want to see

10   him again, correct.

11   A    Yes.

12   Q    You want to experience more with him, right?

13   A    Yes.

14   Q    You want to explore new things in BDSM with him, right?

15   A    Yes, yes.

16   Q    And you had no complaints about that encounter at all,

17   did you?

18   A    No.

19   Q    You found it satisfactory, in fact?

20   A    Yes, it was fine.

21   Q    All right, you next see Mr.  Rubin on January  5th.

22           Do you recall testifying about that earlier?

23   A    Yes.

24   Q    I want to ask you about a few messages between the

25   November encounter and the January 5th encounter.

*SAM        OCR        RMR        CRR        RPR*

HOPPER – CROSS – McDONALD                1019

1        MR. McDONALD:  Please go to page 8.  Blow up the

2   bottom blue message.

3        (Exhibit published.)

4   BY MR. McDONALD:

5   Q    And Mr. Rubin  sends a message to you that says:  I liked

6   slapping you in the face.

7        Do you see that?

8   A    Yes.

9   Q    You didn't say to him:  Well, I didn't like that; right?

10  A    I don't think I texted him that.

11  Q    Pardon me?

12  A    I don't think I texted him that.

13  Q    Well, you testified earlier about your encounter on

14  January 27th, right?

15  A    Yes.

16  Q    And you started telling us about that encounter by saying

17  he walked into the condo and the first thing he did was he

18  slapped you in the face, right?

19  A    Yes.

20  Q    And you found that this was terribly offensive, correct?

21       MR. BALESTRIERE:  Objection, mischaracterizes

22  testimony.

23       THE COURT:  She can say no, that's not right, if

24  it's not right.

25       MR. McDONALD:  I'm asking her about -- I've gone to

HOPPER – CROSS – McDONALD                    1020

1    her testimony on the 27th, excuse me.

2             THE COURT:  The objection is overruled.  Let's have

3    an answer to the question.

4             MR. BALESTRIERE:  Thank you, Your Honor.

5    A    I think he -- I don't think I said that -- I think it was

6    the fourth time I said that he slapped me in the face.

7    Q    Well, there was an encounter that you described earlier

8    today in which you described how he came into the condo and

9    the first thing that he did was slap you in the face; isn't

10   that right?

11   A    Yes.

12   Q    And you found that to be very offensive, correct?

13   A    Yes.

14   Q    And here he says to you on November 17th, 2015:  I liked

15   slapping you in the face.  Correct?

16   A    Yes.

17   Q    And you had an opportunity to respond to that by saying:

18   I don't like that, Howie.  Right?

19   A    Yes.

20             MR. McDONALD:  And can we go to the next page?

21             (Exhibit published.)

22             MR. McDONALD:  Can you blow up the first message?

23   BY MR. McDONALD:

24   Q    Do you want to read what you said?

25   A    Yes.

SAM        OCR        RMR        CRR        RPR

HOPPER – CROSS – McDONALD                 1021

1    Q    What did you say?

2    A    I said:  I liked you slapping me.

3    Q    I liked you slapping me, is that what you said?

4    A    Yes.

5    Q    And then you go on and you say:  Heard from Steph, girl

6    was a waste last night -- excuse me, I think it's you.

7              Heard from Steph.  Girl was a waste last night and

8    I'm sorry, but I'm here for you to take your anger out and

9    ready for a real beating.  XOX.

10             You sent that to him on the 19th of November, isn't

11   that right?

12   A    Yes.

13   Q    And you were referring to something that you heard from

14   Steph Shon about Mr. Rubin being with another woman the night

15   before and not having a good time, right?

16   A    Yes.

17   Q    And you were offering your services, correct?

18   A    Right.

19   Q    And you said you were there for him to take his anger out

20   and give you a real beating, isn't that right?

21   A    Yes.

22   Q    Now, I showed you that photograph before.

23             You've had an opportunity during the course of this

24   lawsuit to look at the entire exhibit, haven't you?

25   A    Yes.

HOPPER – CROSS – McDONALD                    1022

1   Q    And all of the messages between you and Mr. Rubin,

2   correct --

3   A    Yes.

4   Q    -- during that period of time?

5   A    Yes.

6   Q    And isn't it a fact -- well, have you had the opportunity

7   or did you take advantage of the opportunity to count up the

8   number of photographs that you sent to him?

9   A    No.

10  Q    And what about films, movies, videos, have you sent many

11  of them to him, too?

12  A    Yes.

13  Q    And isn't it a fact that you sent over 180 movies and

14  photographs of yourself and other women to him during that

15  approximately two-year period that's covered by this exhibit?

16  A    Yes, I sent him lots of pictures of myself.

17  Q    Lots of pictures, almost 200 pictures and videos of

18  yourself, right?

19  A    Yes.

20  Q    And the purpose of that was to entice him to continue to

21  have rough BDSM sex with you, right?

22  A    Yes.

23          MR. McDONALD:  Can we go to page 12?  The fourth

24  message or the third message on the right; that one.  Can you

25  blow it up?

HOPPER – CROSS – McDONALD                    1023

1              (Exhibit published.)

2    BY MR. McDONALD:

3    Q    And you say on January -- excuse me, December the 3rd:  I

4    need you to beat me.

5              Is that what you said to him?

6    A    Yes, I did.

7    Q    So, you're offering your services once again to

8    Mr. Rubin, right?

9    A    Yes.

10   Q    He is not seeking you out asking you to come to New York,

11   right?

12   A    I don't think so.

13             MR. McDONALD:  And going over to the next page --

14   excuse me, we'll skip this one.

15             Okay, page 18.  And this is -- can you blow up the

16   message, the first message on the top on the right?

17             (Exhibit published.)

18   BY MR. McDONALD:

19   Q    You say:  Hey Howie --

20             MR. McDONALD:  Down to the next.

21             (Exhibit published.)

22   Q    -- I need to a beating.

23             What did you mean by that?

24   A    I can't remember if I'm texting him that I --  did he

25   intend to beat me, I think.

*SAM      OCR      RMR      CRR      RPR*

HOPPER – CROSS – McDONALD                    1024

1    Q    Is that like a typo or something?

2    A    Yeah.

3    Q    You need a beating, is that what you're saying?

4    A    Yeah.

5    Q    Okay.  And then you go on five days later on the third

6    message on the right:  I am craving you to beat me.  I need my

7    slut pussy to be slapped.

8            Is that what you said to him?

9    A    I did.

10   Q    Is that sort of your Christmas greeting to him?

11   A    No.

12   Q    It was on the 22nd of December, right?

13   A    Yes.

14   Q    Then on the 29th of December on page 23:  I need you to

15   beat me.  I cannot find anyone who does it right.  It makes me

16   cry like a little slut.

17           Is that what you said to him?

18   A    Yes.

19   Q    You were telling him that you didn't mind crying when you

20   were with him having BDSM sex, correct?

21   A    Yes, I texted him this.

22   Q    I'm sorry, I'm having trouble hearing you.

23   A    Yes, I texted him this.

24           MR. McDONALD:  So, if we go to page 25.

25           (Exhibit published.)

*SAM      OCR      RMR      CRR      RPR*

HOPPER – CROSS – McDONALD                    1025

1   BY MR. McDONALD:

2   Q    This is on January the 3rd, and this is an example of you

3   reaching out to Mr. Rubin, right, to initiate a discussion or

4   just to make a statement to him, correct?

5   A    I think so.

6   Q    And in that statement or in that message you say to him:

7   Can we play like you are my dad molesting me?  I was thinking

8   about that the other day.

9         Isn't that what you said to him?

10  A    Yes.

11  Q    So, you initiated this conversation with him, right?

12  A    I sent this to him, yes.

13  Q    This is not a text message of him saying to you:  I want

14  to have a discussion where we can talk about me sexually

15  abusing you as if I were your father, correct?

16  A    No.

17  Q    So, you volunteered to him that you're asking him to play

18  the role of your dad molesting you, right?

19  A    I texted him this.

20  Q    All right, but you're asking for it, not him, right?

21  A    He told me in the beginning.

22  Q    Yes, but this is an example of you agreeing to go along

23  with that, right?

24  A    Yes, I texted him this.

25  Q    Okay, so you get together on January  5th, Jenn Powers

HOPPER - CROSS - McDONALD                    1026

1    makes the arrangements for you to fly up to New York --

2    A    Yes.

3    Q    -- correct?

4         And you always flew up first class, right?

5    A    Yes.

6    Q    And you went back to Atlanta first class?

7    A    Yes.

8    Q    And did you stay at the condo every single time that you

9    came up to New York?

10   A    Yes.

11        MR. McDONALD:  Okay, page 27.  Bottom, the bottom

12   message.

13        (Exhibit published.)

14   BY MR. McDONALD:

15   Q    This is January 4th.  You say:  Excited for our playdate.

16   I have never actually been able to do this with someone.

17        Is that right, is that what you said.

18   A    Yes.

19   Q    And, again, you make reference to play, this is a role

20   play playdate, right?

21   A    Yes.

22   Q    BDSM?

23   A    Yes.

24   Q    Rough sex?

25   A    Yes.

HOPPER – CROSS – McDONALD                    1027

1   Q    And you say:  I've never actually been able to do this

2   with someone.  Right?

3   A    Yes.

4   Q    Had you tried it before?

5   A    No.

6   Q    Well, didn't you try it before and not enjoy it?

7   A    No.

8   Q    Isn't that what you're saying to Howie Rubin, that you're

9   enjoying with him?

10  A    Yes.

11  Q    Pardon me?

12  A    Yes.

13  Q    And just so it's clear, on January 5th, no one tricked

14  you, deceived you, or forced you into coming into -- to

15  New York for BDSM sex with Mr. Rubin?

16  A    Correct.

17  Q    For pay --

18  A    Yes.

19  Q    -- right?

20  A    Yes.

21  Q    Nobody tricked you to come to New York for commercial

22  sex?

23  A    No.

24            MR. McDONALD:  Okay, go to page 29.  The top

25  message.

HOPPER – CROSS – McDONALD                 1028

1              (Exhibit published.)

2    BY MR. McDONALD:

3    Q    This is on January 5th, Mr. Rubin says:  I'll be over

4    about 4.  Food's getting delivered around 3:30.  Too cold to

5    go out.

6              And you respond in the next message on the right:

7    Okay.

8              And then that's at -- the "okay" is at 2:57  p.m. --

9    oh, I'm sorry, it's read at 3:14 p.m.  So, 3 o'clock in the

10   afternoon.

11             So, you had a sexual encounter at the condo after

12   that, right, after that message?

13   A    Yes.

14   Q    And what does the next message say?

15   A    (No response.)

16   Q    Mr. Rubin says:  Amazing afternoon.  And your response is

17   you loved it, right?

18   A    Yes, I said that.

19   Q    No complaint?

20   A    No.

21   Q    And I think in this encounter you complained that he had

22   spent several minutes talking to you about being abused by

23   your father, right?

24   A    Yes.

25   Q    And you didn't say anything in your response to him about

HOPPER – CROSS – McDONALD                1029

1    your being offended by that, correct?

2    A    I don't think so.

3    Q    You never, ever complained in the entire course of your

4    relationship with Mr. Rubin about the fact that you were

5    displeased with his talking to you about being molested by

6    your father, right?

7    A    Correct.

8    Q    And you never, ever complained about any type of role

9    play in which he was playing the daddy and you were playing

10   the daughter, right?

11   A    I don't think I did.

12            MR. McDONALD:  Page 30, the three exhibits on the

13   right.  Could you blow them up?  One at a time.  Just go

14   through them quickly.

15            (Exhibit published.)

16   BY MR. McDONALD:

17   Q    You say to him the next morning:  Miss you already.

18            Is that right?

19   A    Yes.

20   Q    And then the next message:  Last night was so hot.

21   Correct?

22   A    Yes.

23   Q    And then the third message is:  See you next time, love

24   you.  Correct?

25   A    Yes.

HOPPER – CROSS – McDONALD                1030

1   Q    So, you're looking forward to your next visit to New York

2   with Mr. Rubin, right?

3   A    I think so.

4   Q    And by the way, you have text messages with Jenn Powers

5   after many or most of these encounters, don't you?

6   A    Yes.

7   Q    Because she's the one who pays you, arranges for you --

8   excuse me, withdrawn.

9          She's the one who arranges for you to be paid,

10  right?

11  A    Yes.

12          MR. McDONALD:  So, can we go to DX 3-1, page 6?

13          (Exhibit published.)

14          MR. McDONALD:  I'm sorry, page 6 and it's at 1/6/16

15  at 11:54.  I don't know if it's page 6.  That's page 2.  Can

16  we go -- yes.

17          (Exhibit published.)

18  BY MR. McDONALD:

19  Q    Okay, if we just look at the third, the third line.  We

20  won't go through the whole exhibit.

21          But on the third line that's highlighted, you say:

22  We had an awesome time.  Correct?

23  A    Yes.

24  Q    And then at the very bottom on 1/8, which is two days

25  later, you say:  We had the best time we ever had together.

1      Correct?

2  A    Yes.

3  Q    Now, this was your opportunity to say to Jenn Powers:

4  Could you tell Howie that I don't like to be talked to about

5  the sexual abuse stuff by my father?

6  A    No.

7  Q    Well, you had an opportunity to say that to Jenn Powers,

8  right?

9  A    I don't know.

10 Q    Well, I mean -- withdrawn.

11       Okay, but you weren't injured that day at all, were

12 you?

13 A    Yeah.

14 Q    I'm sorry?

15 A    I think so, yes.

16 Q    You think so?

17 A    Yeah.

18 Q    How were you injured?

19 A    I think this was the time he forced himself on me.

20       MR. McDONALD:  Excuse me, Your Honor, I can't hear

21 what she's saying.

22 A    I think this was the time he forced himself on me.

23 Q    I think you testified that that was on January 27th.

24 A    Oh, okay.

25       THE COURT:  She said okay.

HOPPER – CROSS – McDONALD                    1032

1              MR. McDONALD:  Okay.

2    BY MR. McDONALD:

3    Q    So, nothing happened --

4              THE COURT:  Excuse me, Mr. McDonald.

5              MR. McDONALD:  I'm sorry.

6              THE COURT:  Can you keep your voice up as much as

7    you can.

8              THE WITNESS:  I'm so sorry.

9              THE COURT:  It's okay.

10             Go ahead.

11   BY MR. McDONALD:

12   Q    Nothing happened that day to injure you physically in any

13   way at all?  This is on January 5th we're talking about.

14   A    No.

15   Q    Pardon me?

16   A    No.

17   Q    And you were paid $5,000 for that encounter?

18   A    Yes.

19   Q    Okay, so you testified on direct examination about the

20   encounter that -- in which you said that Mr. Rubin forced

21   himself upon you on January 27th, right?

22   A    Yes.

23   Q    All right, I'd like to ask you about some messages,

24   communications between the two of you in the days that led up

25   to that, after January -- January the 5th.

HOPPER – CROSS – McDONALD                    1033

1          MR. McDONALD:  Can we go to page 38?

2          (Exhibit published.)

3          MR. McDONALD:  The third exhibit –– the third

4    message, I'm sorry.

5    BY MR. McDONALD:

6    Q    You say to Mr. Rubin:  My boyfriend came over last night

7    and I had to think about you hitting my tits while I was in

8    bed with him.

9          So, you had a boyfriend during the period of time

10   you were with Mr. Rubin, right?

11   A    Yes.

12         MR. McDONALD:  Can we go to the next message?  On

13   the left-hand side, the blue one.  No, up higher.  That's it.

14         (Exhibit published.)

15         MR. McDONALD:  No, no, please go up, okay.

16   Q    Did you notice any –– did you notice anything?

17         MR. McDONALD:  Then go to the next message going

18   down the page.

19   Q    He notice?

20         He's referring to your boyfriend, right?

21   A    Yes.

22   Q    He's referring to whether your boyfriend noticed  any

23   bruising on your breast, correct?

24   A    I think so.

25         MR. McDONALD:  Okay, and what is her response to

HOPPER - CROSS - McDONALD                1034

1    that, the message up above?  That's it, okay.

2              (Exhibit published.)

3    BY MR. McDONALD:

4    Q    He asked what happened to my breast.  I said I'm starting

5    my period soon.  Ha, luckily.  Exclamation point.  Actually

6    am.  That's LDK, that's like to know if he bought it or not.

7              Now, you're talking about the bruises on your

8    breast, right?

9    A    Yes.

10   Q    And you're laughing about it with Mr. Rubin , aren't you?

11   A    I think so, yeah.

12   Q    You said "ha"?

13   A    Yes.

14   Q    All right.  So, the bruises on your breast, that didn't

15   trouble you at all, right?

16   A    Not -- not -- not now, no.

17   Q    That's part of the BDSM experience; isn't it?

18   A    Yeah, it can be.

19   Q    Well, but you're expecting to be bruised if you're having

20   BDSM rough sex with someone, right?

21   A    No.

22   Q    You're not?

23   A    Well, that doesn't mean you're expecting it.

24   Q    But you consent to it?

25   A    You can, yeah.

1    Q    And then on the next page you and Mr. Rubin continue the

2    discussion about you being with your boyfriend and him seeing

3    your bruised breasts.  And on the second item, the first one

4    on the right, you say:  Ha, ha, I think he doesn't.  I think

5    he doesn't know what to say about it anyways.  LOL.

6              What does LOL mean?

7    A    Laugh out loud.

8              MR. McDONALD:  So, going to page 41.  The first blue

9    message.

10             (Exhibit published.)

11   BY MR. McDONALD:

12   Q    Mr. Rubin says:  I want to bring you to New York City

13   and, basically, have you in bondage for a whole day.

14             And below that he says:  You are such a slut.

15             Do you see that?

16   A    Yes.

17   Q    Did he say that to you?

18   A    Yes.

19   Q    And you didn't say:  How could you speak to me that way;

20   did you?

21   A    No.

22   Q    You didn't say:  I don't want to be in bondage all day;

23   right?

24   A    I didn't say that.

25   Q    So, what did you say?

HOPPER – CROSS – McDONALD                1036

1        MR. McDONALD:  Let's go to the next page.

2        (Exhibit published.)

3   BY MR. McDONALD:

4   Q    You said:  When?

5        Right?

6   A    Yes.

7   Q    You were eager to get back to up to New York for BDSM sex

8   with Mr. Rubin, correct?

9   A    I think so, yeah.

10        MR. McDONALD:  Page 46, the top message on the

11   right.

12        (Exhibit published.)

13   BY MR. McDONALD:

14   Q    This is on January 20th, 2016.  You say:  I guy whipped

15   me with his belt in a private room today at Cheetah.

16        Cheetah is a club where you performed, correct?

17   A    Yes.

18   Q    You were an exotic dancer?

19   A    Yes.

20   Q    You would get naked?

21   A    Yes.

22   Q    And made me call him daddy, made me think of you.

23        You said that, correct?

24   A    I did.

25   Q    So, you had a rough sex encounter with a customer at the

HOPPER – CROSS – McDONALD                    1037

1   Cheetah club?

2   A    No, I was just texting Howie.

3   Q    Oh, you were just making that up?

4   A    Just texting him.

5   Q    Well, you were trying to get him excited, correct?

6   A    Yeah.

7          MR. McDONALD:  Page 47, the second message on the

8   right.

9          (Exhibit published.)

10  BY MR. McDONALD:

11  Q    He says:  Are we still playing on the 27th?

12         And, in fact, you get together on the 27th.  I'll go

13  through some of this fast.

14         Okay, so then you're in agreement that you met on

15  the 27th of January, 2016, right?

16  A    Yes.

17  Q    Okay.

18         MR. McDONALD:  And going to page 51, on the bottom,

19  the last message on the bottom.

20         (Exhibit published.)

21  Q    Mr. Rubin texts you at 4:08 in the afternoon and says:

22  I'll be there in about thirty minutes.  We're going to role

23  play as soon as I walk in.  Make sure you opened some wine.

24         He says that to you, right?

25  A    Yes.

HOPPER – CROSS – McDONALD                    1038

1  Q    And so, you understand that the moment he gets to the

2  condo that you're going to start role play, right?

3  A    Yeah, he texted me that.

4  Q    And at 4:09 you say:  Okay, doing it now.

5         Meaning you're opening a bottle of wine for him,

6  correct?

7  A    Yes.

8  Q    And this is the encounter you complained about on your

9  direct examination where you said that Mr. Rubin walked in the

10 door and slapped you in the face, right?

11 A    Yes.

12 Q    And you found that very offensive?

13 A    Yes.

14 Q    But he told you moments before that role play was going

15 to begin the moment he walked in the door, right?

16 A    Yes.

17 Q    And you had told him previously that you liked it when he

18 slapped you in the face, correct?

19 A    I had texted him, yes.

20         MR. McDONALD:  And the second message, blue, on the

21 left side.

22         (Exhibit published.)

23 BY MR. McDONALD:

24 Q    It's a message at 7:26 p.m., that's after the encounter

25 took place, right?

*SAM      OCR      RMR      CRR      RPR*

HOPPER - CROSS - McDONALD                    1039

1   A    Yes.

2   Q    And Mr. Rubin  says:  Amazing love.  Correct?

3   A    Yes.

4   Q    And then you respond to him, what do you say?

5   A    Yes... amazing.

6   Q    You described many of your encounters with him so far as

7   being amazing, right?

8   A    Yeah, I texted him that.

9   Q    I'm sorry?

10  A    I texted him that.

11  Q    And you used the word awesome with some frequency?

12  A    Yes, I think so.

13  Q    You never, ever in all your text messages with him ever

14  complained about one of your encounters, except for the very

15  first one having to do with blood on the dildo, isn't that

16  right?

17  A    I don't -- I'd have to look.  I can't remember right now.

18  Q    And after you say amazing, the next message you say:

19  Love you, with a lot of exclamation marks; right?

20  A    Yes.

21  Q    And then he -- he responds to you and he said:  You are

22  my dream girl.  Correct?

23  A    Yes.

24  Q    Did that make you feel pretty good?

25  A    I guess so.

HOPPER - CROSS - McDONALD                    1040

1   Q    I'm sorry?

2   A    I said I guess so.

3   Q    So, when Mr. Balestriere questioned you about this

4   encounter you said that you hadn't consented to being slapped,

5   right?

6   A    Right.

7   Q    But you told him in a previous text message that you

8   liked it when he slapped you in another encounter when he told

9   you he liked slapping you, right?

10  A    Yes.

11  Q    So, you felt that you had not consented to that when he

12  slapped you, when he walked in the door after saying he was

13  going to engage in role play with you when he got there?

14  A    Yes.

15  Q    By the way, you described BDSM on direct examination as

16  involving different types of physical activity, right?

17  A    Yes.

18  Q    And you said hitting and slapping were part of BDSM?

19  A    I said spanking.

20  Q    Spanking.

21       Well, is spanking slapping in a way?

22  A    I think there's a difference.

23  Q    Pardon me?

24  A    I think there's a difference.

25       MR. McDONALD:  Your Honor, I have --

*SAM      OCR      RMR      CRR      RPR*

1    A    I said there's a difference.

2           MR. McDONALD:  Okay.

3    BY MR. McDONALD:

4    Q    And you testified at this encounter that Mr. Rubin forced

5    himself inside of you, correct?

6    A    Yes.

7    Q    He was forcing sexual intercourse upon you?

8    A    Yes.

9    Q    Now, this was, I believe, the fourth encounter you had

10   with him or the fifth encounter?

11   A    No, the fourth.

12   Q    The fourth encounter.

13          And you had sexual intercourse with him every time,

14   right?

15   A    Yes, I think so.

16   Q    And this time you say that he was forcing himself on you?

17   A    Yes.

18   Q    Wasn't it reasonable for him to expect you would have

19   sexual intercourse with him on this the fourth encounter?

20          MR. BALESTRIERE:  Objection.

21          THE COURT:  Overruled.

22          You can answer.

23          THE WITNESS:  Oh, sorry.

24   A    I'm not sure.

25   Q    All right, well, in any case, whatever happened, your

1  response to him was that it was amazing and love you,

2  exclamation points; correct?

3  A    Yes, I texted him.

4         MR. McDONALD:  Can we go over to page 54?  The top

5  message on the right.

6         (Exhibit published.)

7  BY MR. McDONALD:

8  Q    You say -- this is on the 27th, 27th of January and you

9  say:  How?  It will be so hot.  Me being tortured and wanting

10  more.

11         Is that what you say to him?

12  A    I texted him that, yes.

13  Q    And then you go on, the third message on the right-hand

14  side, you say in all capital letters:  You are the best.

15  Right?

16  A    Yes.

17  Q    You don't voice any complaint at all about what happened

18  during that encounter, correct?

19  A    No.

20  Q    And your testimony here today that this was one of the

21  two encounters in which you did not -- to which you did not

22  consent to what Mr. Rubin did to you, correct?

23  A    Correct.

24  Q    And on that day,

25         MR. McDONALD:  Going to page 55, top right-hand

HOPPER – CROSS – McDONALD                          1043

1   side, green.

2              (Exhibit published.)

3   BY MR. McDONALD:

4   Q     You say:  MUAH.  That's the form of expressing a kiss,

5   right?

6   A     Yes.

7   Q     And then below that, you say:  Bye, babe, see you next

8   time --

9   A     Yes.

10  Q     -- correct?

11             So, you're expressing to him that you wanted to see

12  him, that everything was awesome, you had no problem with this

13  encounter, correct?

14  A     I texted him that.

15  Q     You were paid $5,000 for that encounter, correct?

16  A     Yes.

17  Q     Now, you were examined at your deposition about this

18  encounter.

19             Do you recall that?

20  A     Yes.

21  Q     And do you recall being asked the question:

22             So, you have no reason to believe that you were

23  injured in any way.

24             And you answered:  I just can't remember the

25  specific date.

1          Isn't that right?

2    A    Yes.

3    Q    Okay, when you testified at your deposition, you couldn't

4    remember being beaten or being injured by Mr. Rubin on the

5    27th of January?

6    A    Yes.

7    Q    And you couldn't remember an encounter in which you did

8    not consent to what happened with Mr. Rubin, isn't that right?

9    A    Yes.

10   Q    I think you were asked at your deposition:  Was there any

11   reason for this encounter to be part of the case?

12          Do you recall being asked that?

13   A    I can't remember, but yeah.

14   Q    Do you remember what you said in response to that

15   question?

16   A    I can't remember.

17   Q    And isn't it a fact that's what you said at your

18   deposition?

19   A    Yeah, I think so.

20   Q    Okay, so the -- there are messages that go on before the

21   next scheduled trip to New York in March.

22          MR. McDONALD:  Again, Your Honor, I'll try to get

23   through this as quickly as possible.  Page 56.

24   BY MR. McDONALD:

25   Q    I want to ask you here about some more banter between you

HOPPER - CROSS - McDONALD                    1045

1    and Mr. Rubin about your bruised breasts and your boyfriend.

2              MR. McDONALD:  Can we have the second message

3    enlarged?

4              (Exhibit published.)

5    BY MR. McDONALD:

6    Q    You say:  I have to hide my bruised tits from my -- BF

7    means boyfriend, right?

8    A    Yes.

9    Q    And Mr. Rubin says:  How did you possible -- presumably

10   that's possibly -- do that?  Correct?

11   A    Yes.

12   Q    And then you say:  Makeup, baby.

13             And then below that it says:  Actually, makeup isn't

14   working, ha, exclamation point -- two exclamation --  three

15   exclamation points.  Correct.

16   A    (No response.)

17   Q    So, you're joking about the fact that you're not able to

18   conceal your bruised breasts from your boyfriend, correct?

19   A    I think so, yeah.

20             MR. McDONALD:  Quickly, page 65.  You can just blow

21   up, blow up the top one.

22             (Exhibit published.)

23   Q    Mr. Rubin wishes you Happy Valentine's Day, and you

24   respond in the next message:  Happy Valentine's Day.

25             And then you sent him one of the almost 200 photos

1    of yourself, right.

2    A    Yes.

3    Q    When I say photos, I mean photos and videos.

4         And you're expressing your affection to him on

5    Valentine's Day, right?

6    A    Yes.

7    Q    This was after he had done things to you without your

8    consent to January 27th, a few weeks earlier, right?

9    A    Yes.

10         MR. McDONALD:  Go to the next page.

11         (Exhibit published.)

12    BY MR. McDONALD:

13    Q    So, he says on the top left:  Pretty Valentine.

14         He tells you you're pretty, compliments you; right?

15    A    Yes.

16    Q    And then you say:  I want you to give me a good strong

17    beaten.  I know you do not think I can handle it and you go

18    lighter on me, but I really want you to give me the strong

19    arm.  No matter how hard I cry.

20         Did you tell that to Mr. Rubin?

21    A    Yes, I texted him that.

22    Q    You weren't expressing any lack of consent for anything

23    he'd ever done to you, correct?

24    A    Not in this text.

25    Q    No, you said that you thought that he had gone lighter on

1    you than he could have, correct?

2    A    Yes.

3    Q    And you said you wanted the strong arm?

4    A    Yeah, I texted him this.

5    Q    No matter how hard you cry, correct?

6    A    Yes.

7    Q    You were asking him to hit you harder, correct?

8    A    I texted him this, yeah.

9    Q    So, you were complaining -- I'll try to correct what I

10   elicited from you before when I said you had never complained

11   to him about your encounters.

12            Here you were complaining about him going too light

13   on you, isn't that right?

14   A    Yes, I texted him this.

15   Q    And what were you trying to convey to Mr. Rubin when you

16   said these things to him?

17   A    These were, like, role play texting.

18   Q    But you were telling him that you wanted him to be -- you

19   wanted to be hit harder, isn't that right?

20   A    I texted him this, yes.

21   Q    And that what had happened to you in the past was

22   acceptable to you, correct?

23   A    I don't know.

24            MR. McDONALD:  So, please go to page 73.  The

25   message on the left from Mr. Rubin.

HOPPER - CROSS - McDONALD                              1048

 1              (Exhibit published.)

 2    BY MR. McDONALD:

 3    Q    He says to you on March 20th:  You look good enough to

 4    beat.  And you say:  I cannot wait.  Correct?

 5    A    Yes.

 6    Q    Now, you were planning with him to visit New York, visit

 7    Mr. Rubin in New York on March 24th, correct?

 8    A    Yes.

 9    Q    And you testified previously that you had not made that

10    engagement, that encounter, right?

11    A    Yes.

12    Q    You said that you were afraid because of what had

13    happened back in January, right?

14    A    Yes.

15    Q    But, of course, you had said all these other things to

16    him after that January encounter in which you made it clear

17    that you wanted to be beaten harder, right?

18    A    I did text him.

19              MR. McDONALD:  So, let's go to March 24th.

20              Can you go to page 75?  This is March 24th at 3:56

21    in the afternoon.

22              (Exhibit published.)

23    BY MR. McDONALD:

24    Q    Mr. Rubin texts you:  Traffic.  He's telling you he's

25    going to be late getting to the condo, right?

HOPPER – CROSS – McDONALD                    1049

1    A    Yes.

2    Q    But, of course, then he gets to the condo and finds that

3    you're not there, right?

4    A    Yes.

5    Q    And he says -- he asks you what happened.  He says:  What

6    the fuck happened?  Hope you're okay, obviously.

7         Isn't that right.

8    A    Yes.

9    Q    And you don't respond to him for more than twenty-four

10   hours, right?

11   A    Yes.

12   Q    And you said:  Howie, just got out of the hospital.  I

13   passed out my apartment.  Missed my flight.  And my sister

14   found me because she was coming over to take care of my pet

15   cat while I was gone.  She drove me to the hospital.  I have

16   meningitis and I had no idea, it is -- it is very serious and

17   I could have died.

18        You said that to Mr. Rubin, correct?

19   A    Yes.

20   Q    And his response is:  I figured it had to be something

21   serious.  Are you okay?

22        And you say that you're getting better now.  I had

23   to get two bags of fluids at the hospital.

24        You're telling him about what happened with this

25   meningitis attack, right.

HOPPER - CROSS - McDONALD                    1050

1    A    Yes.

2    Q    And you're now telling us that this is all a lie, right?

3    A    Yeah, I didn't have meningitis.

4    Q    You just made the whole thing up?

5    A    Yeah.

6    Q    They bought the tickets for you to come up to New York

7    and then you just blew him off, right?

8    A    Yes.

9    Q    You had something better to do?

10            MR. BALESTRIERE:  Objection.

11            THE COURT:  Overruled.

12            Did you have anything better to do?

13            THE WITNESS:  Probably, I don't know.

14            THE COURT:  Okay.

15   BY MR. McDONALD:

16   Q    And I'm not going to go through them, but isn't it a fact

17   that there were a series of messages in which Mr. Rubin

18   consoled you and comforted you because of the fact that you

19   had been ill?

20   A    Maybe, I can't remember.

21   Q    Now, when you were asked about this meningitis episode at

22   the deposition, do you remember being asked this question and

23   giving the following answer:

24            Did you ever really have meningitis or did you just

25   make it up?

HOPPER - CROSS - McDONALD                    1051

1          And your answer was:  I can't remember.

2          Is that right?

3    A    Yes.

4    Q    But, in fact, when you were at your deposition you

5    remembered that you didn't have meningitis, right?

6    A    I -- maybe.

7    Q    Well, you knew you never had meningitis --

8    A    Yeah.

9    Q    -- didn't you?

10   A    Yeah.

11   Q    Okay, so when you were asked did you really have

12   meningitis to get out of -- to give an explanation for not

13   making it in March of 2016, you were asked about that at the

14   deposition, right?

15   A    Yes.

16   Q    Okay.  And you were asked:  Did you ever really have

17   meningitis or did you just make it up as an excuse; correct?

18   A    Yes.

19   Q    And what you said is:  I can't remember.

20   A    Yes.

21   Q    But you did remember that you didn't have meningitis,

22   because you never had meningitis?

23   A    Right.

24   Q    So, you lied at the deposition, correct?

25         MR. BALESTRIERE:  Objection.

*SAM      OCR      RMR      CRR      RPR*

HOPPER - CROSS - McDONALD                    1052

1    A    No.

2              THE COURT:  Sustained.  Let's go on.

3              MR. McDONALD:  Okay, so let's go to April 25th.

4    First, let's go to page 95, April -- April 6th.

5              Could you blow up the first?  That's it, the first

6    one on the right.

7              (Exhibit published.)

8    BY MR. McDONALD:

9    Q    You say to Mr. Rubin:  Will you punch them hard?

10             Is that in response to a message from him that says:

11   I like those tits?

12   A    Yes, I think so.

13

14             (Continued on the following page.)

15

16

17

18

19

20

21

22

23

24

25

1   CROSS-EXAMINATION (Continued)

2   BY MR. McDONALD:

3   Q    So you traveled to New York and you arrived for an

4   encounter with Mr. Rubin on the 25th; right?

5   A    Yes.

6   Q    And before you arrive --

7             MR. McDONALD:  Page 104, this is the 23rd of April.

8             On the top right.  The... the first one on the

9   right, the first screen on the right.

10  Q    -- you ask Mr. Rubin Howard am I being beaten.

11            So you're looking forward to being beaten; correct?

12  A    I'm not sure what I...I'm sorry, yeah.  I texted him

13  this.

14  Q    At least you're conveying to Mr. Rubin that you are

15  looking forward to be beaten; correct?

16  A    Yeah, I texted him that.

17  Q    You wanted him to understand that that's what you wanted,

18  you wanted to be beaten; correct?

19  A    Yeah, I texted him this.

20  Q    All right.  And in your other messages you wanted him to

21  understand that you wanted to be beaten hard; correct?

22  A    Yes, I texted him this.

23  Q    And you also wanted him to believe or to understand that

24  you wanted to have intercourse with him; correct?

25  A    Yes.

1    Q    Okay.  So you met on the 25th at the Wayfarer Restaurant;

2    correct?

3    A    Yes, I think so, yes, I think so.

4    Q    And -- okay.  And you have an encounter with him after

5    you go to the restaurant; right?

6    A    Yes.

7         MR.  McDONALD:  And can you please go to page 106.

8    Q    This is the time that you testified that you had taken

9    Vicodin; correct?

10   A    Yes.

11   Q    All right.  Let's see what Mr. Rubin had to say about the

12   encounter.  This is after the encounter took place.

13        Excuse me.  The first one is earlier in the day when

14   he says five minutes, but then go to the second blue after the

15   encounter.

16        And he says, I thought you were fun.  I paid for to

17   trips and you were boring.

18        Do you see that?

19   A    Yes.

20   Q    When he says the two trips, he is referring to the

21   meningitis trip that you didn't come for and this trip on

22   April 25th; correct?

23   A    Yes.

24   Q    Okay.  And then he says in the next message, so you're

25   going to wonder why, and you took Vicodin.  It says Vidogin.

1    And you didn't want to have sex, so you can go back to your

2    what's my price guys.

3              What is he talking about there?

4    A    A dating website.

5    Q    What's my price guy is a dating website you're on?

6    A    Yes.

7    Q    He says, I tied you up and you said you hated it.  So go

8    back to your boyfriend; right?

9    A    Yes.

10   Q    So he tied you up, he said you hated it, and that was it;

11   right?

12   A    I don't know.  I can't remember.

13   Q    Well, you didn't have sex once you said you didn't want

14   to do it; right?

15   A    I don't know.

16   Q    Isn't that what he's saying to you?

17   A    I can't remember what happened.

18   Q    Pardon me?

19   A    I can't remember what happened.

20   Q    And then he says, in the next item, the next message, Not

21   seeing you ever again.

22             And the last -- the last message he says, I can tell

23   if girls really like submissive sex when they are drunk or

24   drugged and you were both and we stopped in five minutes;

25   correct?

HOPPER - CROSS - McDONALD                    1056

1   A     Yeah, he sent that text to me.

2   Q     So, once he tied you up, you said I don't want to

3   continue; correct?

4   A     I don't remember anything.

5   Q     You don't remember anything, but he said that you stopped

6   in five minutes; right?

7   A     That's what he texted me.

8   Q     And then he goes on on the next page, you wasted two days

9   of my life.  I'm so fucking pissed, you are a waste -- what a

10  waste you are; correct?

11  A     Yes.

12  Q     He was angry; right?

13  A     Yeah.

14  Q     Because he was expecting you to come up in March but the

15  meningitis, the meningitis encounter, we'll call it?

16  A     Yes.

17  Q     And he was expecting -- he was looking forward to having

18  you come up on April 25th; right?

19  A     Yes.

20  Q     So he was disappointed and angry, that nothing happened

21  that day?

22  A     Yeah, I think so.

23  Q     And you say to him we didn't fuck, question mark.  I'm so

24  confused.

25          And that's because you had taken a pill and you had

HOPPER - CROSS - McDONALD                    1057

1    passed out; right?

2    A     Yes.

3    Q     And then going down to the next message, you say, Why

4    didn't you just beat the fuck out of me?

5              Is that what you said?

6    A     Yes, I texted him that.

7    Q     So you were just sort of commiserating with him, weren't

8    you?

9    A     Maybe.

10   Q     Well, he was upset that you didn't have a sexual

11   encounter that night and you were saying why didn't you just

12   beat the fuck out of me while I was unconscious?

13             Isn't that what you were saying to him?

14   A     I guess so.

15             THE COURT:  Mr. McDonald, a good time in the next

16   five minutes or so for lunch.

17             MR. McDONALD:  Sure, Judge.

18             THE COURT:  Do you want it now or a few more

19   questions?

20             MR. McDONALD:  No, we can take it now.

21             THE COURT:  Okay.  Let's come back at 20 to 2:00,

22   ladies and gentlemen.

23             Remember not to talk about the case amongst

24   yourselves or to anyone else.

25             Have a good lunch.  See you in an hour.

HOPPER – CROSS – McDONALD                1058

1          (Jury exits the courtroom.)

2          THE COURT:  All right.  Recess for one hour.

3          (Lunch recess.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOPPER - CROSS - McDONALD                    1059

1          (All rise.)

2                  A F T E R N O O N   S E S S I O N

3          (Time noted:  3:10 p.m.)

4          (In open court; Jury not present.)

5          THE COURT:  Let's have the witness back and the jury

6     in, please.

7          (The witness resumes the stand.)

8          (Jury enters the courtroom.)

9          THE COURT:  All right, everyone be seated.

10          Welcome back, ladies and gentlemen.  Continue with

11     cross-examination.

12          Microphone.

13          MR. McDONALD:  I'm sorry, Judge.

14          Your Honor, I'm out of battery.

15          THE COURT:  We've got in our -- we've got a

16     limitless supply.

17     CROSS-EXAMINATION (Continued)

18     BY MR. McDONALD:

19     Q    Ms. Hopper, when we broke, we were discussing the

20     encounter you had with Mr. Rubin on April 25th, 2016.

21          Do you recall that?

22     A    Yes.

23     Q    In which you had taken some Vicodin.

24     A    Yes.

25     Q    And I think the last message that I asked you about was

1    the message in which you asked Mr. Rubin:  Why didn't you just

2    beat the fuck out of me.

3            Do you recall that?

4    A    I -- I don't remember.

5    Q    You don't remember saying that, or you don't remember

6    last the -- that's the last thing we discussed?

7    A    I don't remember saying that.

8            MR. McDONALD:  If we go to page 108.

9            Can we just go through the four messages, one at a

10    time.

11            (Exhibit published.)

12    Q    It says:  Maybe taking drugs from me is not a good idea.

13            Did you say that?

14    A    Yes.

15    Q    I assume you agreed with that?

16    A    Yes.

17    Q    Next message.

18            And then you say:  Come back, I want you to beat me.

19            Is that what you said?

20    A    Yes.

21    Q    You were at the condo, right?

22    A    Yeah.

23    Q    You spent the night at the condo?

24    A    Yes.

25    Q    And Mr. Rubin had left?

1    A    Yes.

2    Q    And you were requesting that he come back and beat you?

3    A    I can't remember.

4    Q    Is that what it says?

5    A    That's what it says.

6    Q    Okay.

7         And then the third message says:  Damn I cannot

8    believe I said I hated it.  WTF.  Question mark.  Exclamation

9    point.

10        Did you say that to him?

11   A    I think so.  I can't remember sending it.

12   Q    Okay.  And then the top of the next page, 109.  You say

13   this is at 5:30 in the morning:  Please come here now.  Let's

14   have some fun together.

15        Did you say that to him?

16   A    I think so.  It's hard to remember.

17   Q    So regardless of whatever happened the night before, you

18   were asking him to come back the next day to have fun with

19   you, right?

20   A    Yes, I think so.

21        MR. McDONALD:  Could you go to the next -- to the

22   two messages on the left, the blue ones.

23   Q    And Mr. Rubin -- Mr. Rubin was previously very upset with

24   you on the other -- in the other messages that I asked you

25   about earlier before lunch, right?

1    A    Yes, I think so.

2    Q    And here it is the next day at 10:00 in the morning,

3    right?

4    A    Yes.

5    Q    And he says:  Just rest baby.  You okay, question mark;

6    isn't that right?

7    A    Yes.

8    Q    It's fair to say that he changed his tune?

9    A    Yes.

10    Q    And you say:  I'm struggling, but I will be okay.

11          And then he says:  Sorry babe, if you were sick, you

12    could have stayed.  Is that right?

13    A    Yes.

14    Q    He was saying that you could have spent another day at

15    the condo?

16    A    I can't remember.

17          MR. McDONALD:  Turning over to the next page.

18          On April 29th, a few days later, you say to him in a

19    message -- I'm sorry, page 113.

20          I just want us to have -- again, we have the wrong

21    one up there.

22          This is page 113, and the message is on April 29th

23    at 4:03.

24          Yeah, I'll skip this one.  We don't have to wait for

25    this.

HOPPER - CROSS - McDONALD                1063

1          So let me now direct your attention to Plaintiffs'

2     Exhibit 12.  You were shown this earlier today.

3          We have ours at -- it's S33.  It's the same exhibit,

4     but it's in evidence as PX12.

5          (Exhibit published.)

6          MR. McDONALD:  And if you go to highlights, the

7     language that begins at 420 -- 42616 at 9:56.

8     Q    It says:  Sweetheart, what's going on?  This is with Jen

9     Powers; is it not?

10    A    Yes.

11    Q    Okay.  And Jen Powers says to you:  Sweetheart, what's

12    going on?

13         And you said:  I took a weird pill last night with H

14    and I am super messed up.  I'm not sure what happened.  I made

15    it to the airport.  I did not want to miss my flight.

16         And then Jen Powers says:  You're at the airport?

17         And you say:  Yes, I wanted to make sure I made it.

18         And Jen says then -- I'm sorry, you say -- I'm

19    sorry, Jen Powers says:  You took a Vicodin and you were

20    begging for more, exclamation point.

21         Do you remember speaking to me?

22         You say:  No, I do not.  I am sorry.  You say:  I

23    only remember The Wayfarer.

24         And then going down on that page.

25         THE COURT:  Mr. McDonald, I don't think the court

HOPPER – CROSS – McDONALD                    1064

1    reporter can keep up with you.

2              MR. McDONALD:  I'm sorry, Judge.

3    BY MR. McDONALD:

4    Q    And you say:  I wish I didn't take those pills, frown

5    face.  H and I didn't get to have fun.

6              You were disappointed in yourself; isn't that right?

7    Because you didn't have fun with Mr. Rubin that night?

8    A    I don't remember now.

9    Q    Well, isn't that what you said?  You said:  I wish I

10   didn't take those pills.  H and I didn't get to have fun.

11   A    Yes, I see that.  Yeah.

12   Q    And then you say:  I hate that.  Is that right?

13   A    Yes, I see it.

14   Q    So you were disappointed that you didn't have fun

15   yourself; isn't that correct?

16   A    I don't know.  I can't remember.

17   Q    And isn't it a fact you were disappointed that you

18   disappointed Mr. Rubin, correct?

19   A    I can't remember.

20   Q    And then you go on and then you go on to say:  It's my

21   fault.  I am so sorry.  Right?

22   A    Yes, I see that.

23   Q    So it was your fault that you took the Vicodin, right?

24   A    No, he gave it to me.

25   Q    That's what you said.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1  A      Yes, but they gave it to me.

2  Q      But you said:  It's my fault.

3  A      They made me feel like it was my fault.

4  Q      They made you feel?  What did Jen Powers and Howie Rubin

5  say to you that made you feel it was your fault?

6              We have the text messages there.

7  A      Telling me I was demanding more pills.  I don't think I

8  did.

9  Q      That were you what?

10  A      Demanding more pills.  She's telling me scarry, the side

11  effects --

12  Q      Excuse me.  You were demanding more pills.

13  A      No, I don't remember demanding more pills.

14  Q      Well, that's what she says.

15  A      That doesn't mean I was demanded more pills.

16  Q      You were saying that they said in these messages things

17  that made it look like they were forcing you to take pills?

18  A      I said they gave me the pills.

19  Q      They gave you the pills?

20  A      Yes, they did.

21  Q      And then it goes on to say:  Emma Joyce, you are right.

22  I need to be more responsible.  I had no idea how strong

23  Vicodin is.  I am so sorry again.

24              You're apologizing, correct?

25  A      Yes, I did apologize.

1    Q    For what you did?

2    A    They made me feel like it was my fault.  They gave me the

3    Vicodin.

4    Q    You didn't say:  Jen, why did you guys give me Vicodin;

5    did you?

6    A    No, I didn't say that.

7    Q    You said.  I'm sorry for what happened?

8    A    I did say I'm sorry.

9    Q    And then you say:  I cannot believe I did that to H.

10   Correct?

11   A    That's what the text says.

12   Q    You're saying that you disappointed H, right?

13   A    I guess so.  I'm not sure.

14   Q    And then Jen Powers says:  He's fine.  I'm worried about

15   you.  Isn't that right?

16   A    That's what she said.

17   Q    So in your deposition, do you recall being asked this

18   question:  Isn't it a fact that Howie Rubin did not force you

19   to take Vicodin pills or any other pills that day?

20          And you said:  I don't know.  I don't know if he did

21   or if he didn't.

22          Do you recall being asked that question and giving

23   that answer?

24   A    I remember being asked that.  I'm not sure what I

25   answered.

HOPPER - CROSS - McDONALD                    1067

1    Q    Okay, so I'm going to try to save some time.  But you

2    arranged another visit to New York for June 2nd, 2016.

3              Do you recall that?

4    A    Yes.

5    Q    And what do you recall about that -- that time?

6    A    It's hard to remember.

7    Q    Okay.  In fact, you missed your plane, right?

8    A    I think.

9    Q    You did you missed your plane?

10   A    I think.

11   Q    Jen Powers purchased the ticket for you for June 2nd.

12   And then when the time came to fly to New York, you blew it

13   off, correct?

14   A    Yes.  I can't remember why but, yes.

15   Q    Now you testified earlier that Mr. Rubin had you under

16   some type of emotional spell or something?  I -- whatever the

17   words were, I don't want to put words in your mouth whatever

18   your said.

19   A    He said he had like an emotional hold on me.

20   Q    And you were able to break free of that hold that day and

21   just not come to New York on the flight that had been purchase

22   for you, correct?

23   A    I didn't make the flight.  I can't remember why.

24   Q    You agreed to come to New York, correct?

25   A    I think so.  Yeah.

HOPPER - CROSS - McDONALD                    1068

1    Q    Jen Powers wouldn't purchase the tickets for a flight

2    from Atlanta, a round trip from Atlanta to New York, unless

3    you had agreed to come to New York to see Mr. Rubin, right?

4    Isn't that correct?

5    A    Yeah, I probably did agree.

6    Q    Okay.  So she did, she purchased the tickets and it was

7    arranged for you and Mr. Rubin that you were going to be

8    seeing him on June 2nd, 2016, right?

9    A    Yeah.

10   Q    And you didn't show?

11   A    No.

12   Q    And the emotional hold that he had was not so strong that

13   it compelled you to rush to the airport in Atlanta and get the

14   flight, correct?

15   A    I can't remember what happened.

16   Q    Okay, the next encounter takes place on June 28th.

17         Do you recall that?

18   A    I -- yes.

19   Q    And this is the night with Katie Nation, correct?

20   A    Yes.

21   Q    Who's Katie Nation?

22   A    She was a friend of mine.

23   Q    Now you met Mr. Rubin on the afternoon of June 27th.

24         Do you recall that?

25   A    Yes, I think so.

1    Q    Okay.  And you meet at The Wayfarer, correct?

2    A    I think so.  I can't remember.

3    Q    Okay.  Well, let's just take it to the -- to that

4    evening.  You had an encounter with Mr. Rubin that evening,

5    correct?

6    A    Yes.

7    Q    And you were joined by Katie Nation at the penthouse,

8    correct?

9    A    Yes.

10   Q    Okay.  And she's a friend of yours from Atlanta?

11   A    Yes.

12   Q    And you wouldn't expose her to anything that would create

13   a risk or danger to her health; would you?

14   A    No.

15   Q    You wouldn't give her -- get her involved in any risky

16   conduct, correct?

17   A    No, she didn't.

18   Q    Pardon me?

19   A    She didn't.

20   Q    Okay.  And -- but you asked her to come and join you in

21   and Mr. Rubin at the penthouse that evening, right?

22   A    No, she was hanging out with somebody else.

23   Q    Excuse me?

24   A    She was hanging out with somebody else.

25   Q    Where?

1    A    I think maybe in like the limited area.

2         I think somewhere in the penthouse, but it wasn't

3    like Howie.

4    Q    No, I'm sorry, but earlier that evening, okay, you're

5    with Mr. Rubin after you go to The Wayfarer, and you go to --

6    the condo.  And around 6:00 or so, you decide that you want to

7    have Katie Nation come up from Atlanta and join you at the

8    penthouse that night, correct?

9    A    Howie asked me, he said he had a friend named Cliff and

10   he asked me if I had a friend that would be interested in

11   hanging out with Cliff.

12   Q    Okay.  And so you reached out to Katie Nation who -- down

13   in the Atlanta, Georgia in a late afternoon or early evening,

14   and asked her if she would get up to a flight up to New York

15   that evening to join you at the condo, correct?

16   A    Yes.

17   Q    And she agreed to it?

18   A    Yes.

19   Q    And Jen Powers purchased the ticket around 6:00 that

20   night for Katie Nation to fly up here to New York, right?

21   A    Yes.

22   Q    And you had an encounter with -- she was here, she joined

23   you in the condominium?

24   A    Yes.

25   Q    Okay.  Now the next morning --

HOPPER - CROSS - McDONALD                    1071

1          If we can go to page 128.

2          -- Mr. Rubin says:  Sorry about your dress, but

3    sweet dreams.

4          So did you spill some wine on your dress or

5    something like that?

6    A    No, he ripped my dress.

7    Q    He ripped your dress?

8    A    Yeah.

9    Q    Okay.  And what do you say over on the right-hand side?

10   A    It's okay.

11   Q    It's okay.

12         And then what's the next thing you say?

13   A    Love you.

14   Q    So nothing had happened that night that caused you to say

15   any words of complaints to Mr. Rubin, correct?

16   A    I mean I didn't say anything complaining to him, no.

17   Q    You asked for the pass word for Seamless, correct?

18   A    Yes.

19   Q    And you worked up an appetite?

20   A    I just wanted to order food.

21   Q    And you actually, on the next page, page 129, you asked

22   to stay over in the condo for another night, correct?

23   A    Yes, I think I did.

24   Q    Did Katie Nation stay with you?

25   A    I think.  I can't remember.  It's hard to remember.

HOPPER - CROSS - McDONALD                    1072

1    Q    And so that -- the next day, on June 29th, did you --

2              Go to the third blue message and see what Mr. Rubin

3    had to say?

4              He said:  So amazing last night; is that correct?

5    A    I this so.

6    Q    And can you look at the message on the right-hand side

7    below it?

8              You certainly didn't disagree with him; did you?

9    A    I guess not.  I'm not sure.

10             MR. McDONALD:  Could you go to the next page.

11             THE COURT:  Mr. McDonald, are we going through every

12   page?

13             MR. McDONALD:  No, Your Honor, I'm certainly not.

14   I'm just going to try to hit the highlights.

15             THE COURT:  See if there's anything you can leave

16   out.

17             MR. McDONALD:  Yes, I'm attempting to, Judge.  And I

18   think you'll be satisfied.  I'll move quickly.

19             All right, well, why don't we just move on.

20             Well, I'm sorry, let's just have the third one

21   the -- that one right there, yeah.  If you can blow that up.

22   Q    And you said to him:  You were so amazing, Howie.  I love

23   you so much.  You show me more about myself than I know.

24             You said that, right?

25   A    I don't remember saying it, but I see it here.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    Q    Okay, but you actually told Mr. Rubin that you loved him,

2    right?

3    A    Yeah, I had said that before.

4    Q    Pardon me?

5    A    I had said that before.

6    Q    And just so it's clear that -- you weren't injured that

7    night in any way; were you?

8    A    I don't think so.

9    Q    Okay.  And Katie Nation wasn't injured?

10   A    Definitely not.

11   Q    And you called -- you texted with Jen Powers the next day

12   about PayPal information for Katie Nation, too, right?

13   A    I can't remember.

14   Q    Okay.  Well, the record will be in evidence and the jury

15   can look at it if they're interested.

16          But, again, you would not do anything to place

17   Ms. Nation at risk in inviting her to visit Mr. Rubin; would

18   you?

19   A    No, she wasn't visiting Mr. Rubin.

20   Q    Well, she came to his condominium; didn't she?

21   A    She was in the condominium.

22   Q    Okay, so the -- your next encounter with Mr. Rubin was on

23   August 2nd, 2016.  Is that correct?

24   A    Yes, I think so.

25   Q    Do you recall asking him --

HOPPER - CROSS - McDONALD                    1074

1         Your Honor, I'll just ask some questions, and I

2   won't have show the exhibit to the jurors, and to you, and to

3   the witness.

4         THE COURT:  Actually, if you're going to ask the

5   question, it doesn't matter whether you show them or not.

6         MR. McDONALD:  Okay, so go to page 131.

7         (Exhibit published.)

8         MR. McDONALD:  This is July 14th.  The third

9   message.

10        This is a -- can you blow that up?

11  Q    So this is a photograph of you?

12  A    Yes.

13  Q    Okay.  We really can't see it, but is it fair to say it's

14  a provocative?

15  A    Howie didn't think this one was provocative.

16  Q    Was it designed to entice Mr. Rubin to get you to come up

17  to New York?

18  A    Yeah, probably.

19  Q    Okay, and then you say to him:  Miss you.  When can we

20  play again?  Correct?

21  A    Yes.

22  Q    And then going over to page 132.  Could you start at the

23  right-hand side on the top.

24        You say:  I want to play.  Correct?

25  A    I see it, yes.

HOPPER - CROSS - McDONALD                    1075

1   Q    And Mr. Rubin responds:  I want to spank.

2            And you replied to that, seven minutes later at 4:06

3   in the afternoon.  And you say in response to his statement:

4   I want to spank.  You say:  I want hard core whip marks this

5   time.  No more little baby marks.

6            Is that what you said to him?

7   A    Yeah, I can see that I said it.

8   Q    So the baby marks -- the baby whip marks that he had

9   caused on your body, according to this, were not satisfactory

10  to you, you wanted something more than that, right?

11  A    I was just texting with him.  Role play texting.

12  Q    Page 137.  The top message.

13           Just let me know what you want me to do.  Can't wait

14  to be beaten.

15           Did you say that to him on August the 1st of 2016?

16  A    Yeah, I can't remember sending it, but I mean I see it

17  here.

18  Q    And do you remember that you were supposed see Mr. Rubin

19  on the 2nd of August.  You'd flown up for that occasion.

20           Do you remember that?

21           And -- well, me just ask the question.  I don't

22  think there will be an objection.

23           And you had to cancel that night and you stayed over

24  at the condo and met him the next day?

25  A    Yes, I remember that.

HOPPER - CROSS - McDONALD                    1076

1          MR. McDONALD:  Okay.  And so going to page 150.

2          The messages on the left-hand side, the blue

3    messages, can you blow those up.

4    Q    It says:  Traffic 25 minutes, five minutes.  That's at

5    4:28.

6          And does it refresh your recollection that you had

7    an encounter that day?

8    A    I -- I think.  I don't really remember.

9          MR. McDONALD:  Okay.  Can you go to the next

10   message?  Mr. Rubin's message on the left-hand side?

11   Q    And he says:  You're amazing.  Best day ever.

12         Do you recall that?

13   A    It's hard to remember.

14   Q    Well, this wasn't one of the encounters in which you

15   claim that you were not consenting to what happened, right?

16   A    Yeah, I don't really remember.

17   Q    Let's go to the September -- September 27th.

18         So on page 156.  And this is not concerning one of

19   your encounters, this is on something else, very briefly.

20         The green message.  You say to Mr. Rubin:  What are

21   you doing?  I am in Vegas.

22         What were you doing in Vegas?

23   A    I -- maybe --

24   Q    Pardon?

25   A    I don't know, maybe I think I was there for vacation or a

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    pageant or something.

2    Q    Weren't you there for some type of pageant?  Some type of

3    beauty pageant?

4    A    Yes.

5    Q    During the approximately two years that you were seeing

6    Mr. Rubin, you participated in numerous beauty pageants;

7    didn't you?

8    A    Like two.

9    Q    Two?  You were in Dallas?

10   A    Yes, that's two of them.

11   Q    Didn't you go to one in Vegas?

12   A    That's two.

13   Q    What about the Maldives?

14   A    That was a -- yeah, I went to the Maldives.

15   Q    So that's three beauty pageants.

16   A    Yeah, that wasn't a pageant.

17   Q    It wasn't?

18   A    No.

19   Q    I'll ask you about that when we get to it.

20            Now to your job also, but there was nothing that

21   happened between the two of you that prevented you from

22   appearing in beauty pageants in that period of time, correct?

23   A    No, I -- I went to -- I did three modeling things in the

24   course of two years.  Yes.

25   Q    And you would be wearing little, if any, clothing during

HOPPER - CROSS - McDONALD                    1078

1   these pageants, correct?

2   A    Swimsuits.

3   Q    Swimsuit pageants?

4   A    Yes.

5   Q    So any bruising or injuries that might have been caused

6   by Mr. Rubin would not -- would have been revealed if they

7   were -- had been applied to your body, correct?

8   A    Yes.

9   Q    And then you went to a -- on August 29th, you attended

10  something called the Imagine Festival; is that correct?

11  A    Yes.

12  Q    And that was a festival in Atlanta, Georgia?

13  A    Yes.

14  Q    And did you wear a revealing outfit during that festival?

15  A    I think I wore a crop top or something and shorts.

16  Q    But it was something that would reveal a significant

17  amount of your body, correct?

18  A    Right.

19  Q    And would reveal any injuries if they had -- if you had

20  injuries on your body?

21  A    Right.

22  Q    Page 182.  Let's do all four of these.

23        You say:  It is almost my birthday.

24        You were seeking a gift from him by saying that;

25  weren't you?

1    A    I was just telling him it's almost my birthday.

2    Q    I'm sorry?

3    A    I was just telling him it was almost my birthday.

4    Q    Weren't you expecting that he was going to give you a

5    present for your birthday?

6    A    I don't know what I was expecting.

7    Q    And he responds by saying:  I know, baby, what's your

8    home address?

9         Now you testified earlier that you were afraid of

10   Mr. Rubin, right?

11   A    Yes.

12   Q    And you were afraid of Jen Powers?

13   A    Yes.

14   Q    And how do you respond to his request for your home

15   address?

16   A    I sent him my address.

17   Q    So at that point in your relationship you weren't afraid

18   of him, correct?

19   A    That's correct.

20   Q    And this is after you have testified that he did things

21   to you without your consent in January of 2016, right?

22   A    Yes.

23   Q    But it didn't prevent you from giving you --

24        THE COURT:  Mr. McDonald, save it for closing.

25        MR. McDONALD:  Okay.

HOPPER - CROSS - McDONALD                    1080

1   Q    So you come up to New York on the 27th of September.  And

2   you had an encounter with him that day.

3           Do you recall that?

4   A    Yes.

5           MR. McDONALD:  Okay, can we go to page 190.  The

6   second blue message on the left.

7   Q    Mr. Rubin says:  That was unbelievable.  Happy birthday.

8           And you say in response:  It was amazing.  I am so

9   exhausted.  I loved everything.  You were so perfect.  Isn't

10  that right?

11  A    Yes, we had a good time that time.

12  Q    Now you complained earlier about a clip that had been

13  used on you by Mr. Rubin that you found to be offensive,

14  correct?

15  A    Yes.

16  Q    And that was something you say you didn't consent to?

17  A    What are you referring to?  Can you please tell me?

18  Q    You testified on direct examination that among the things

19  that you found that you had not consented to for Mr. Rubin was

20  the placing of a clip on your --

21  A    Oh, I'm sorry.  Yes.  I didn't understand what you were

22  asking me.

23  Q    Okay.  So on this -- on this encounter on the 27th, you

24  just testified that it was amazing.  I loved everything.  You

25  were so perfect.

HOPPER - CROSS - McDONALD                    1081

1          Remember you just testified to that?

2     A    Yes.

3     Q    Okay.  And then on the next page, page 191, the green

4     bubble, the green second one.  You said:  It was good.  I'm

5     sorry.  It was good.

6              And so after having said that to Mr. Rubin then, it

7     was, at the very least a satisfactory encounter, you say to

8     him on page 192, second bubble:  My clit hurts from the

9     clothespin, correct?

10    A    Yes.

11    Q    Now you had already told him that it was an amazing

12    encounter, right?

13    A    Yeah, I see that.

14    Q    And you loved everything in the encounter, right?

15    A    Yeah, I sent that text.

16    Q    And, in fact, you just said in your message that he was

17    perfect.

18    A    I see that, yeah.

19    Q    So even though your clit hurt, you weren't complaining

20    about it, correct?

21    A    Yes.

22    Q    You were paid for that encounter $5,000?

23    A    Yes.

24    Q    Now in November, you traveled to Atlanta, Georgia -- I'm

25    sorry.  Mr. Rubin traveled to Atlanta, Georgia, correct?

1    A    Yes.

2    Q    And that was to attend a basketball game?

3    A    Yes.

4    Q    An Atlanta Hawks basketball game?

5    A    Yes.

6    Q    I'm going to ask you a few questions about that.  I'm not

7    going to dwell on it.

8              Okay, and you had a number of conversations leading

9    up to his trip to Atlanta, correct?

10   A    Yes.

11   Q    And, in fact, you were planning him to come to Atlanta on

12   one occasion and then he had to cancel and he ended up coming

13   a few weeks later; is that right?

14   A    Yeah, I can't remember exactly, but something like that.

15   Q    Okay.

16             MR. McDONALD:  Can we go page 205.  The fourth

17   message.  Second green.  Right?

18   Q    You say to him:  Make sure you pack up your dungeon and

19   bring it to ATL.

20             I guess that short for Atlanta, correct?

21   A    Yes.

22   Q    Exclamation point.  We will turn your hotel room into a

23   sex slave hall.  Hard.

24             Isn't that you what wrote to him?

25   A    Yes.

1    Q    So you were asking him to pack up some of his implements,

2    the devices that you used for your BDSM rough sex encounters

3    in New York, right?

4    A    Yeah, I think so.

5    Q    So you could have BDSM rough sex in Atlanta, correct?

6    A    Yeah.

7    Q    In his hotel room?

8    A    Yes.

9            MR. McDONALD:  And then on page 207, fourth message

10   down.

11   Q    You say:  Are you going to bring toys and stuff?  You say

12   that?

13   A    I think I said that.

14

15            (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

1    CROSS-EXAMINATION (Continued)

2    BY MR. McDONALD:

3    Q    And it says, I have rope and gag ball; isn't that

4    correct?

5    A    Yeah, I see that I said that.

6    Q    So you already had a ball gag yourself, didn't you?

7    A    No, I don't have one.

8    Q    I'm sorry?

9    A    I don't have one.

10   Q    Isn't that what you told Mr. Rubin in that message?

11   A    Yeah.

12   Q    I'm having trouble hearing you.

13   A    Yes.

14   Q    I'm sorry.

15   A    Yes.  Yes.

16   Q    You say, I have rope and gag ball?

17   A    Yes.  I see that I sent that.

18   Q    You're telling him you don't have to bring the ball gag,

19   I already have it; right?

20   A    I don't know.

21   Q    Well, you knew -- did you -- from this, you could see

22   that you thought he was interested in you wearing or you

23   having a ball gag; right?

24   A    I guess so.

25   Q    Well, had you already done activities with him involving

HOPPER - CROSS - MR. MCDONALD                    1085

1    you wearing a ball gag?

2    A    Yeah.  There were times like that, yeah.

3    Q    And you consented to that, didn't you?

4    A    Yes, other -- yeah.

5    Q    I'm sorry?

6    A    Yes.

7    Q    And -- so you went to the Atlanta Hawks game with him;

8    correct?

9    A    Yes.

10   Q    And did you bring your friends with you?

11   A    Yeah, there were several girls there.

12   Q    So there was a number of people in your group; correct?

13   A    Yes.

14   Q    And you attended the game?

15   A    Yes.

16   Q    And you brought your friend Casey along; correct?

17   A    Yeah, my friend Casey came with me.

18   Q    Casey, sorry.

19        And you wouldn't suppose Casey to anything that

20   would put her life in danger, would you?

21   A    No.

22   Q    To expose her to any risk or hazardous behavior?

23   A    No.

24   Q    You were confident that being with Mr. Rubin down there

25   in Atlanta that that wouldn't expose her to any danger at all;

1    right?

2    A    Right.

3    Q    And you went out to dinner with Mr. Rubin and a group of

4    people?

5    A    Yes.

6    Q    And then you went to the ball game?

7    A    Yes.

8    Q    And did you go to a strip club after that?

9    A    Yeah, I think so.

10   Q    Was it a strip club where you worked?

11   A    I hadn't worked there.

12   Q    You hadn't worked at the club that you went to?

13   A    Not at that time.

14   Q    But you had worked at other strip clubs in Atlanta?

15   A    Yes.

16   Q    The Oasis?

17   A    Yes.

18   Q    What was the other one?

19   A    The Cheetah.

20   Q    Were there any others?

21   A    I ended up working at Tattletales  at one point.

22   Q    Tattletales?

23   A    Yes.

24   Q    And all of those clubs during that period you were with

25   Mr. Rubin, you would expose yourself to the patrons; right?

HOPPER - CROSS - MR. MCDONALD                1087

1          MR. BALESTRIERE:  Objection.

2          THE COURT:  Sustained.

3   Q    Well, you would -- it was -- these were striptease clubs;

4   correct?

5          THE COURT:  She said that.

6          MR. McDONALD:  Well, I guess I wasn't sure of the

7   basis for the objection.  Okay.

8          All right.  Can we go to page 232.

9   Q    Well, let me just ask you one final question on the

10  Atlanta trip.

11         There was nothing that happened down at Atlanta

12  about what you're complaining in this lawsuit; correct?

13  A    No.  We didn't even have a sexual encounter together.

14  Q    And everything was fine?  It was a social night with Mr.

15  Rubin; correct?

16  A    Correct.

17  Q    You had a nice time?

18  A    Yeah.  Everyone had fun, I think.

19         MR.  McDONALD:  All right.  Page 232.

20  Q    The last message, and you say to Mr. Rubin, I want to

21  give you this photo.  I'm so proud of myself.  I've really

22  gotten better at modeling.

23         Above that is a picture of you; correct?

24  A    Yes.

25  Q    You had been getting more modeling engagements at that

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD                    1088

1    point?

2    A    Yes.

3    Q    So there was nothing about your body which prevented you

4    from getting increased work as a model during this time;

5    right?

6    A    I had did a shoot, one shoot.

7    Q    One shoot?

8    A    Yes.  Or no, I think I did two.

9    Q    But you were continuing to have many photograph sessions

10   in which your body in -- with a skimpy amount of clothes was

11   being shot; correct?

12   A    Yes.

13         MR. McDONALD:  Your Honor, my delays are being

14   well-spent taken up with material.

15         THE COURT:  That's okay.

16   Q    Let's turn to November 21st.  I think the record will

17   reflect that you had an encounter with Mr. Rubin on that day?

18   A    Yes, I think so.

19   Q    Oh, and isn't it a fact that after Mr. Rubin's trip to

20   Atlanta you suggested that he purchase a condominium in

21   Atlanta?

22   A    Yeah, I think I texted him something like that.

23   Q    And you thought that would be a nice idea to have Mr.

24   Rubin down in Atlanta with you; correct?

25   A    I think.  I think so.

HOPPER – CROSS – MR. MCDONALD                1089

1    Q    But you weren't afraid of him at that point?

2    A    No.

3    Q    Nothing that he had done in the several encounters up

4    until November of 2016 gave you any concern about having him

5    come live near you in Atlanta; correct?

6    A    I don't think so.

7    Q    Okay.  So, going to page 267.  Excuse me, yeah, 267.

8         Look at the top message.

9    A    Yeah.

10   Q    You say I'm here, and then I'm down, and then love.  And

11   that is at 5:36 in the afternoon on November 21st; right?

12   A    Yes.

13   Q    Okay.  And then at two o'clock in the morning on November

14   22nd, you say I love you and then call me.

15        Do you recall in between those messages that you had

16   an encounter with Mr. Rubin?

17   A    I can't remember.

18   Q    And do you...

19        MR.  McDONALD:  Going to the next page, top.

20   Q    Do you love me, question mark, question mark, 2:24 a.m.

21   This is after the encounter.  This doesn't refresh your

22   recollection?

23   A    It's hard to remember, but I see the text.

24   Q    And you say, at 2:29 in the morning, Howie, tell me I was

25   great, I'm about to commit suicide.

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD                    1090

1   A    Yes, I see that.

2   Q    You weren't about to commit suicide; right?

3   A    I'm not sure.  I can't remember what was going on.

4   Q    Isn't it a fact that you were just inpatient that he

5   hadn't responded to your saying that you loved him?

6   A    No.

7   Q    Mr. Rubin responds four minutes later, 2:38 in the

8   morning.

9        MR.  McDONALD:  Can we look at that.

10  Q    He says, Babe, tonight was one of my best nights ever,

11  you have no idea how turned on I was.

12       Do you remember him saying that to you?

13  A    It's hard to remember, but I see the text.

14  Q    And then the next morning you say, the top of the next

15  page, I'm off to Atlanta until next time, love bug.

16       Do you recall that?

17  A    Yes.  It's hard to remember, but I see the text.

18  Q    And going to page 271.  Never mind.  I'll skip this.

19       MR. McDONALD:  Can we go to page 272.  And the

20  fourth message.

21  Q    This is Thanksgiving, around Thanksgiving, isn't it?

22  11/4/2016?

23  A    Yes.

24  Q    And you say to Mr. Rubin some memories are unforgettable,

25  remaining ever vivid and heartwarming.  You are definitely

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD                    1091

1    those to me.  I am thankful to have you in my life.  Happy

2    Thanksgiving, Howie.

3              Do you recall writing that to him?

4    A    Yes.

5    Q    And he responds by saying thanks, baby, Happy

6    Thanksgiving.

7              Do you recall that?

8    A    Yes.

9    Q    Now, I'm skipping over a lot of messages.  But during

10   this period of time, you continued to correspond with Mr.

11   Rubin by text message; right?

12   A    Yes.

13   Q    And you continued to say words, use words of the same

14   nature that we've been going through today, such as I want you

15   to beat me, I  want you to beat me hard; is that correct?

16   A    I think so.  We would text like that.

17   Q    Over and over and over again?

18   A    Yeah, we had lots of conversations.

19   Q    I'm talking about what you said to him, that you were

20   expressing your desire to be with him and to be beaten;

21   correct?

22   A    Yeah, I can't remember.  But, I mean, I did text him

23   things like that.

24   Q    We could go through every one of the messages, but we

25   don't want to do that.  We don't want to waste the jury's

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD            1092

1   time?

2   A    Of course.

3   Q    You can see that you repeatedly said to him you wanted

4   him to come have you come to New York where he could beat you?

5   A    Yeah.  We texted a lot about role-playing and stuff like

6   that.

7   Q    You consented to doing that, having rough BDSM with him;

8   correct?

9   A    Yes.  In our texts I told him things like that, yes.

10       MR. McDONALD:  Can we just go to page 288, the

11   message on the top right.

12   Q    And you say, I want to be hogtied with a gag ball in my

13   mouth; is that right?

14   A    Yes, I see that.

15   Q    So you used the term gag ball.  Is that the Atlanta way

16   of saying ball gag?

17       MR. BALESTRIERE:  Objection.

18       MR. McDONALD:  I will withdraw it, Your Honor.

19       THE COURT:  Please.

20   Q    Did you mean a ball gag?

21   A    Yeah.

22   Q    And that's something you enjoyed doing with Mr. Rubin?

23   A    Yeah, I mean, I sent him this text.

24   Q    I'm sorry.  I couldn't hear you.

25   A    I said yeah, I sent him this text.

*Michele Lucchese, Official Court Reporter*

1    Q    No. I know.

2              Is that something you actually enjoyed, that you

3    enjoyed having an encounter with him in which you had a ball

4    gag placed in your mouth?

5    A    Sometimes we did that, yeah.

6    Q    Was that something that you enjoyed?

7    A    Sometimes it was okay.

8    Q    Okay.  So on the 30th of January, you come to New York

9    and you see Mr. Rubin; is that right?

10   A    Yes.

11   Q    Okay.  And going to page 319, the -- this is on

12   January -- excuse me, the message, the green message, the

13   first green message on the right-hand side where you say, good

14   morning, and that's on the 31st at 7:24 in the morning.

15             This is the morning after the encounter?

16   A    I guess so, yeah.  I can't remember.

17   Q    You say to Mr. Rubin, I had fun last night; isn't that

18   right?

19   A    Yeah, I see that.

20   Q    So you weren't injured that night; right?

21   A    I don't think so.  I can't remember.

22   Q    And you certainly consented to it; correct?

23   A    Yeah, I think so.

24   Q    So this was not one of the occasions that you claim that

25   you were not consenting to what Mr. Rubin did; right?

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD          1094

1    A     Yeah, I don't think so.

2    Q     Let's go to May 4th, encounter of May 4th.

3          Before we get there, let me go to page 320.

4          And this is a message on the right-hand side, first

5    one, on top.  It's a message.  It's January 31, 2017, and you

6    say, Howie, I just got in care wreck.  I assume you meant car

7    wreck?

8    A     Yes.

9    Q     And you say, I'm so upset.  And then there is an

10   attachment.  Is that a photograph of a car?

11   A     Yes.

12   Q     Did you really get into a car wreck or were you just

13   saying this to Mr. Rubin to get some money out of him?

14   A     No, this was my car.

15   Q     And Mr. Rubin responds, Holy shit, oh, no.

16         Do you remember him saying that?

17   A     I think so.

18   Q     And then he asks if you're okay, and, you know, at this

19   point, you're a year and a half into your relationship with

20   Mr. Rubin; right?

21   A     Yeah.

22   Q     And this is a relationship in which you have testified

23   this morning he was victimizing you; correct?

24   A     Yes.

25   Q     And that he was doing things to you without your consent;

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD                    1095

1   correct?

2   A      Sometimes, yes.

3   Q      Okay.  And after you got into the car wreck, among all

4   the people you knew, you chose to reach out to Mr. Rubin to

5   tell him about this; right?

6   A      Yes.

7   Q      And you were seeking him to console you and help you;

8   correct?

9   A      I don't know.

10  Q      Pardon me?

11  A      I'm not sure.  I just told him I was in a car wreck.

12          MR. McDONALD:  All right.  Please go to page 322, on

13  the top on the right-hand side, and could you blow it up.

14  Q      It's a photograph, but it's a non-provocative photograph;

15  isn't that right?

16  A      Yes.

17  Q      But the message there is, or the title says, "Here for

18  Tropic  Beauty."

19  A      Yes.

20  Q      So this is one of the beauty pageants that you

21  participated in; correct?

22  A      Yes.

23  Q      So certainly nothing that happened in New York on January

24  30, three days earlier, in any way prevented you from

25  participating into beauty pageant  in Las Vegas; right?

HOPPER - CROSS - MR. MCDONALD                    1096

1     A     I don't think so.

2               THE COURT:  Mr. McDonald, are we getting there?

3               MR. McDONALD:  We are getting there, Judge.  There

4     is only I think one encounter after this and then I have some

5     other questions.

6               THE COURT:  Okay.

7               MR.  McDONALD:  Page 323, bottom one.

8     Q     It says, They just -- this is when you were in Las Vegas;

9     right?

10    A     Yes.

11    Q     This is on still February 3rd.  And it says, They just

12    told me I-N -- I guess it's I am -- getting my second

13    interview tomorrow, most girls don't get it?

14    A     Yes, I see that.

15    Q     You were interviewing for jobs at big-time clubs in Las

16    Vegas; right?

17    A     Yeah, I think so.

18    Q     Do you remember the names of those clubs?

19    A     No.

20    Q     But these were clubs where you would be a server or

21    waitress; right?

22    A     Yes.

23    Q     And you would be scantily clad?

24    A     I was wearing a bikini at the pool.

25    Q     And when you went to the interviews, they wanted to see

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD                1097

1    what you looked like; right?

2    A    Yes.

3    Q    Okay.  And you made it to the second round of the

4    interviews at two separate clubs; right?

5    A    Yes.

6             MR.  McDONALD:  Let's go to 5:24, May 24th of 2017.

7    Q    Now, there was a period of time in which you weren't

8    using your cell phone; correct?  Your own phone?

9    A    I don't know.  What do you --

10   Q    Okay.  So there's a -- let me go to the conversations

11   that you had with Jen Powers concerning your next encounter

12   with Mr. Rubin.

13            MR. McDONALD:  Our Exhibit is DX-S31.  I think we

14   initially introduced as a plaintiffs' exhibit, but I think we

15   also introduced our own.

16            Can we have S31, page 16.

17   Q    Okay.  And it says, in the part that's highlighted, hi,

18   Jen.  Hi.

19            And then you say, Howie asked if I could come up

20   Thursday.  I booked my return flight.  You have me going to

21   Orlando, Florida.  I am going to Disney with my family that

22   weekend.

23            Do you recall that?

24   A    Yeah, I think I do.

25   Q    Do you recall that you came up to see Mr. Rubin on the

*Michele Lucchese, Official Court Reporter*

HOPPER – CROSS – MR. MCDONALD                1098

1    24th of May, 2017; right?

2    A    Yes.

3    Q    Okay.  And then you were -- that was before the weekend,

4    but you were planning to travel to Disney Land or Disney World

5    with your family that weekend; right?

6    A    Yeah, I think so.

7    Q    Okay.  And what would your family consist of?

8    A    I have two parents and a sister.

9    Q    And a sister.  How old is your sister?  At the time, how

10   old was your sister?

11   A    Oh, gosh.  Well, she is two-and-a-half years younger than

12   me.  So I think maybe 20 or 21.

13   Q    And you expected that nothing was going to happen to you

14   in that encounter in New York with Mr. Rubin before you

15   traveled to Disney World with your family that weekend;

16   correct?

17   A    I'm not sure.  I can't remember.

18   Q    Well, if you expected that something might happen to you

19   that you didn't consent to with Mr. Rubin --

20           THE COURT:  Mr. McDonald, save it for argument.

21           MR. McDONALD:  Okay.  I'll move on.

22   Q    And, in fact, you did have that encounter with Mr. Rubin;

23   right?

24   A    Yes, I think so.

25   Q    And nothing happened in that encounter, something that

HOPPER - CROSS - MR. MCDONALD                1099

1   you didn't consent to?

2   A    I don't think so.

3   Q    I'm sorry?

4   A    I don't think so.

5   Q    Okay.  So the final time you saw Mr. Rubin was on July

6   25, 2017.

7            Do you agree to that?

8   A    Yes.

9   Q    Okay.  Before that encounter, on June 21st, on page 330,

10  the third bubble, you say, I'm going to the Maldives  Islands

11  to do a photo-shoot workshop.  I'm super excited.  It's in

12  July.  It's the Paradise Challenge.  I'm sure you have heard

13  of it.

14           Do you recall saying that?

15  A    Yes.

16  Q    So this was a some type of modeling event in the

17  Maldives?

18  A    Yes.

19  Q    And those of us who don't know, can you tell us what the

20  Maldives  is?

21  A    An island.

22  Q    And where is it located?  Is in the Indian Ocean

23  somewhere?

24  A    Yeah, I think under Asia.

25  Q    Pardon me?

HOPPER - CROSS - MR. MCDONALD                    1100

1    A     Under Asia.

2    Q     It's under Asia?

3    A     Yes.

4    Q     And what's with the Paradise Challenge?

5    A     It's like a photo shoot with lots of different

6    photographs.

7    Q     This is a significant event in the modeling world; isn't

8    it?

9    A     Yes.

10   Q     And the participants in the challenge wear skimpy

11   outfits; right?

12   A     Yes, swimwear, different things like that.

13         MR. McDONALD:  And you -- going to page 331.  331.

14   The fourth green message.

15   Q     You say, Can you help me buy for my flight?  I only need

16   1,000.  I could pay for  the rest.  It's just so expensive to

17   get there.  They don't pay for our flight, just our stay.  And

18   then you say love me, and he says I do.

19         I'm sorry.

20         And then going over to the next page, you, on the

21   top, again, inquire will you help me with my flight to

22   Paradise Challenge.

23         You say, Please, Howie.

24         And he says, Let me think, babe.

25         And then going over to the next page -- well, I

HOPPER - CROSS - MR. MCDONALD          1101

1    mean, I can save some time.  He agreed to give you money to

2    pay for your flight; right?

3    A    Yes.

4    Q    How much did he agree to give you?

5    A    I can't remember, but he sent me something for my flight.

6    Q    Well, you asked him for $1,000; right?

7    A    What?  1,000?

8    Q    Yes.

9    A    Yes, I did ask him for that.

10   Q    Did he give you more than that or was it just 1,000?

11   A    I can't remember.  Maybe it was -- I can't remember.

12   Q    Okay.  And then you say, on page 335, he agrees to give

13   you money; right?

14   A    Yes.

15   Q    Okay.  And then on page 335, the third bubble, you say,

16   Did you send the money to help me with my flight yet, love

17   bug?  I just want to go ahead and book it so I don't mess up

18   before it's too late.

19          Did you say that to him?

20   A    Yes, I think so.

21          MR.  McDONALD:  And then you go on to the next green

22   bubble, the one above that, the green one.  There.  That's it.

23   Okay.

24   Q    "I was going to book with the makeup artist going on the

25   trip so I do not have to travel alone.  There is not a direct

*Michele Lucchese, Official Court Reporter*

HOPPER - CROSS - MR. MCDONALD          1102

1  flight straight there.  I have to fly to Dubai first.  It's

2  about $2,000 roundtrip  and I have 1K already.  I just need

3  help with part of it."

4          And Mr. Rubin says, on the next bubble, Oh, okay,

5  Ems.  And then he says he texted Jen to get you the money.

6          What's the name -- who was your makeup artist?

7  A    Gosh, I can't remember her name.  I've only met her one.

8  Q    Your makeup artist?

9  A    The one for the Challenge, yeah.

10 Q    In fact, you didn't go with the makeup artist to

11 Maldives, did you?

12 A    No.

13 Q    You didn't?

14 A    No.

15 Q    And you went with our boyfriend; correct?

16 A    Yes.

17 Q    What's his name?

18 A    Khalid.

19 Q    Khalid Dweik?

20 A    Yes.

21 Q    You told Mr. Rubin that you needed help paying for the

22 flight with your makeup artist; right?

23 A    Yes.

24 Q    And that was a lie; right?

25 A    No.  I was going to go with her and then I ended up

HOPPER - CROSS - MR. MCDONALD                    1103

1    Khalid coming with me.

2    Q    Was he helping to pay for Khalid's trip too?

3    A    He might have been.  I can't remember.

4    Q    But you didn't tell him that you were going to the

5    Maldives with another man, did you?

6    A    No, I didn't tell him that.

7    Q    You didn't tell him anything about Khalid; right?

8    A    I don't think so.

9    Q    You told him -- withdrawn.

10          MR.  McDONALD:  Going to page 337.  The message

11   down, third on the right.

12   Q    It says, Christina and I have started hanging out.  She's

13   so cool.  I love her.

14          And then the next message says, I danced with her at

15   the Oasis Club.

16   A    Yes, I see that.

17   Q    So, in July of 2017, you were still working at the Oasis

18   Club?

19   A    Yeah.  I think I started dancing there at that time,

20   yeah.

21   Q    And then page 339, the second message, you say, Made it

22   to the Maldives.  Now the fun begins.

23          Is that what you said?

24   A    Yes.

25   Q    You didn't tell him you were having fun with Khalid?

1   A    I didn't say anything about Khalid.

2            MR.  McDONALD:  Okay.  So let's go to 725, page 343,

3   right at the very bottom, message on the left.

4   Q    It's Mr. Rubin saying, I'm on the way at 4:2 4 in the

5   afternoon.

6            And then going to the next page, on the top, you say

7   want me to do something as you walking in?  I have wine open.

8            Is that what you said to him?

9   A    I think -- I can't remember.

10  Q    Well, were you making reference to the role-play earlier

11  in your relationship with Mr. Rubin when you were having

12  role-play and he walked in and smacked you in the face?

13  A    I don't know.

14  Q    And what does Mr. Rubin say?  Do you want me to do -- in

15  response to your question "Do you want me to do something as

16  you walk in"?

17           He says, "Let's talk a bit.  Curious to hear about

18  Maldives"; is that right?

19  A    Yes, I see that.

20  Q    So your relationship with him was one in which he was

21  actually interested you in; right?

22  A    Yes.

23  Q    And you have an encounter, and you -- when it's over, you

24  say, the third bubble on the right, the third bubble, just the

25  third bubble, you say, you love me and then Mr. -- you go on

HOPPER - CROSS - MR. MCDONALD                    1105

1    and -- was there anything about this encounter that was in any

2    way offensive to you?

3    A    It's hard to remember.  It's hard to remember.

4         MR. McDONALD:  Can we go to 349, the last bubble on

5    the right bottom.

6    Q    You say to Mr. Rubin, Kandy Mag featured me.  How cute.

7         What's Kandy Mag?

8    A    It's like a digital magazine.

9    Q    So what do you mean when you say that you were featured

10   in that magazine?

11   A    I remember that they had taken a selfie that I had posted

12   on Instagram and posted it on their page or something.

13   Q    And did you have any clothes on in that picture?

14   A    Yes.  It was just selfie.

15   Q    Did it reveal how your body looked?

16   A    No.  I think it was just like from here up or something.

17   Q    Okay.  So you didn't see Mr. Rubin ever again after that,

18   right, until this litigation began?

19   A    Correct.

20   Q    But that didn't prevent you from seeking out his company;

21   correct?

22   A    I know I texted with him.

23   Q    Well, you continued to text with him through August and

24   September and October, asking to get together with him for

25   rough BDSM sex; right?

*Michele Lucchese, Official Court Reporter*

HOPPER – CROSS – MR. MCDONALD                    1106

1    A    Yeah, I think I texted him.

2    Q    Isn't it a fact that nothing that happened up to that

3    point, up to end of July of 2017 prevented you from seeking

4    out Mr. Rubin's companionship and company?

5    A    Yes, I definitely reached out to him.

6    Q    And you wanted to have BDSM sex with him; right?

7    A    Yeah.  I think I said some things like that.

8    Q    And you were consenting to BDSM sex with him; correct?

9    A    Yeah, I reached out to him.

10   Q    Well, I asked the question whether you consented to

11   having BDSM sex with him?

12   A    I mean, I texted him some things.  I don't remember what

13   I said, but I texted with him probably stuff like that.

14   Q    Well, when you were texting him throughout the entire

15   period of your relationship, asking to get together with him

16   for BDSM sex, weren't you consenting to what was going to

17   happen?

18   A    Maybe.  Yeah.  Probably.

19        MR. McDONALD:  Your Honor, if we took a break now, I

20   might be able to shorten this to just a few questions.

21        THE COURT:  I will insist.  Okay.  Let's take a

22   break.  We will come back at 3:10.  Please don't talk about

23   the case, ladies and gentlemen.

24        (Jury exits the courtroom.)

25        THE COURT:  Let's have the witness out of the

HOPPER – CROSS – MR. MCDONALD                1107

1    courtroom, please.

2              MR. BALESTRIERE:  May I just get one moment with

3    her, because I think we have our other witness in that room

4    please.

5              THE COURT:  Just ask her to wait there for a minute,

6    just in the hall.

7              MR. BALESTRIERE:  Just in the hall, okay.

8              Ms. Hopper, can you please wait in the hallway, not

9    in the room.  Thank you.

10             (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                    1108

1              (In open court – jury not present.)

2              THE COURT:  As I said at the beginning of the trial,

3    I really like to let lawyers try their own cases, but,

4    Mr. McDonald, non percuit equus mortuum.

5              MR. McDONALD:  I'm sorry?

6              THE COURT:  Don't beat a dead horse.

7              MR. McDONALD:  I'm glad you feel the horse is dead,

8    Judge, but you never know with the jury.

9              THE COURT:  If you haven't killed it now, you're not

10   going to.

11             So, really, it's just layer on layer of the same

12   thing at this point.  You've gotten your message as thoroughly

13   across as it could be gotten across.  So, I am going to give

14   you another ten minutes --

15             MR. McDONALD:  Okay.

16             THE COURT:  -- when we come back, but that's just

17   got to be it.

18             MR. McDONALD:  Judge, I just feel compelled to

19   explain very briefly.

20             She said that there were two encounters to which she

21   did not consent that which things happened.  She described one

22   of them in January of 2016.  That left open another encounter.

23   So, there were eleven other encounters that had to be

24   explained.

25             You know, I could have walked away from it and said,

PROCEEDINGS                                    1109

1    look, quit while you're ahead, but I wanted to make it clear

2    that there was not one encounter that he would be able to pick

3    up later on in summation and say:  Here hidden is encounter

4    number nine or encounter number five and explain that that was

5    somehow when she was injured or when she didn't consent.

6                THE COURT:  I don't mind you going over the other

7    encounters, and I understood exactly what you were doing, but

8    I think your points could have been made as to each encounter

9    much more succinctly as they were.

10               Please keep that in mind for the next witness, okay?

11               MR. McDONALD:  Judge, the evidence was so good.

12   Judge, I'm kidding.

13               THE COURT:  No, you're half kidding, but the fact is

14   that's when a trial lawyer has got to use his discretion a

15   little bit.

16               MR. McDONALD:  Right.

17               THE COURT:  Otherwise, the jury is like, more of

18   this, and they kind of get lost.  So, they've got your point

19   or they'll never get your point.  That's where we are now.

20               MR. McDONALD:  Okay.

21               THE COURT:  Okay, fifteen minutes.

22               (Judge BRIAN M. COGAN exited the courtroom.)

23               (Recess taken.)

24               (Witness enters and resumes the stand.)

25               (In open court – jury not present.)

```
 1              (Judge BRIAN M. COGAN entered the courtroom.)

 2              THE COURT:  Okay, let's have the jury, please.

 3              (Jury enters.)

 4              THE COURT:  All right, everyone be seated.

 5              Mr. McDonald will finish up.

 6              MR. McDONALD:  Judge, we have no further questions

 7    on cross-examination.

 8              THE COURT:  Okay, thank you.

 9              MR. GROVER:  Your Honor, I have no questions of this

10    witness.

11              THE COURT:  Okay.  Any redirect?

12              MR. BALESTRIERE:  Yes, please, Your Honor.

13    REDIRECT EXAMINATION

14    BY MR. BALESTRIERE:

15    Q    Good afternoon, Emma.

16    A    Hello.

17    Q    I want to ask just some questions.

18              First, how old are you now?

19    A    Twenty-nine.

20    Q    How old were you in 2015 when you first made contact with

21    Mr. Rubin?

22    A    Twenty-two or twenty-three.

23    Q    So, just to clarify, the first three times you met with

24    Mr. Rubin, even if you may have said that the -- that it was

25    unpleasant, you consented to the sex which took place, is that
```

1  correct?

2  A    Yes.

3  Q    Thank you.  The fourth time your testimony is you did

4  not, correct?

5  A    Correct.

6  Q    And after that, we went through a lot of encounters, you

7  think there was one time when you did not consent, but you

8  cannot remember exactly which time; is that correct?

9  A    Yes.

10 Q    Okay.

11        MR. BALESTRIERE:  Forgive how loud this is, Your

12 Honor.

13        So, I would ask, Ms. Saydah , can you please put up,

14 these are all in evidence, Plaintiffs' 14 at 3.

15 MR. BALESTRIERE:

16 Q    I am going to ask you some questions about an exchange

17 that came up on cross-examination.

18        Do you remember on direct how you talked about how

19 it was at the second meeting, I believe you testified -- no,

20 the third meeting, that you ended up having -- second and

21 third meetings, you had some discussions with Mr. Rubin about

22 whether or not you'd been molested as a child.

23        Do you remember that?

24 A    Yes.

25 Q    So, I'm showing here, this is a -- we saw this earlier.

1    This is a flight record from November 13th, 2015.

2              This was one of the times that you came to New York,

3    right?

4              (Exhibit published.)

5    A    Yes.

6    Q    This was one of those few times before the fourth time,

7    right?

8    A    Yes.

9              MR. BALESTRIERE:  May I ask, Ms. Saydah, can you

10   please put up Defendants' A-6?

11             It's that long exhibit that we were looking at

12   before.  And it's going to be –– actually, I'd like you to go

13   to November 14th, 2015, at 7:39 p.m.  I believe the page

14   number in the lower right-hand corner is 15, but it may be PDF

15   page 5.

16             (Exhibit published.)

17             MR. BALESTRIERE:  So, can I ask you to blow up what

18   you have in that bubble in the upper left corner.

19   BY MR. BALESTRIERE:

20   Q    So, you see this was a text that was sent on

21   November 14th, 2015, where Mr. Rubin writes to you:  Was that

22   stuff about your dad true?

23             Do you see that?

24   A    Yes.

25   Q    Was that a reference to Mr. Rubin bringing up whether or

HOPPER - REDIRECT - BALESTRIERE                    1113

1   not you were molested as a child?

2   A    Yes.

3            MR. BALESTRIERE:  Thank you.

4   MR. BALESTRIERE:

5   Q    Now, can I also ask just to confirm, you said that you

6   were raped on the fourth time?

7   A    Yes.

8   Q    The missed flight that you had a discussion about, was

9   that the next time that a flight arrangement was made for you?

10  A    Yes.

11  Q    You also talked a little bit, or maybe a lot, frankly, on

12  your cross about how you were engaged in role play texting.

13           Do you remember that?

14  A    Yes.

15  Q    What did you mean by that?

16  A    We had shared lots of text messages where we would do,

17  like, role play texting.  Like, I would say something and he

18  would respond back, like role playing sex.

19  Q    Does that mean that everything you wrote in those role

20  play texts you actually did or not?

21  A    No.

22  Q    And you also testified that you were, after you saw the

23  press about the lawsuit, that you were afraid of Mr. Rubin and

24  Ms. Powers.  Do you remember that?

25  A    Yes.

1    Q     Why were you afraid of them?

2    A     Because of things that happened to me, I just  -- and

3    they had threatened to sue me and -- if I spoke out or I could

4    get in trouble, and I just didn't know what else they were

5    capable of.

6               MR. BALESTRIERE:  Thank you.

7               No further questions, Your Honor.

8               THE COURT:  All right, you may step down.  Thank

9    you.

10              MR. BALESTRIERE:  You can get down now.  Thank you.

11              (Witness steps down and exits the courtroom.)

12              THE COURT:  Plaintiffs' next witness?

13              MR. BALESTRIERE:  The plaintiffs call Brittany

14   Hassen, Your Honor.

15              (Witness enters.)

16              THE COURTROOM DEPUTY:  Come forward, ma'am.  Take

17   your time, step up.  Raise your right and I'll swear you in.

18              Do you solemnly swear and affirm the testimony and

19   answers you are about to give to the Court will be the truth,

20   the whole truth and nothing but the truth?

21              THE WITNESS:  So help me God, I do.

22              (Continued on next page.)

23

24

25

HASSEN – DIRECT – BALESTRIERE                    1115

1              (Witness takes the witness stand.)

2    **BRITTANY HASSEN**, called as a witness, having been first duly

3    sworn/affirmed, was examined and testified as follows:

4              (Witness sworn.)

5              THE COURTROOM DEPUTY:  Speak directly into the

6    microphone.

7              THE WITNESS:  Hello.

8              THE COURT:  All right, you may proceed.

9              MR. BALESTRIERE:  Thank you, very much, Your Honor.

10   DIRECT EXAMINATION

11   BY MR. BALESTRIERE:

12   Q    Good afternoon.

13   A    Good afternoon.

14   Q    Was's your full name?

15   A    Brittany Hassen.

16   Q    Is it okay if I call you Brittany here in court?

17   A    Yes, it is.

18   Q    How old are you Brittany?

19   A    I'm 33.

20   Q    Where are you from?

21   A    Brooklyn, New York.

22   Q    How long have you -- withdrawn.

23              How long have you lived in New York City at this

24   time?

25   A    Thirty-three.

HASSEN – DIRECT – BALESTRIERE                    1116

1   Q    Did you go to high school here in Brooklyn?

2   A    I did, 2006 I graduated.

3   Q    Where did you graduate from?

4   A    City-As-A-School, Brooklyn.

5   Q    Did you attend any other high schools besides

6   City-As-School?

7   A    I did, Bishop Kearney High School.

8   Q    Did there come a time when you tried to make a living as

9   a model?

10  A    Yes.

11  Q    What year was that?

12  A    2011.

13  Q    How old were you at that time?

14  A    Twenty-one.

15  Q    Where were you living when you tried to make a living as

16  a model?

17  A    California.

18  Q    How long had you been in California -- withdrawn.

19       How long did you live in California?

20  A    Four years.

21  Q    Did you ever work as a Playboy model?

22  A    I did.

23  Q    What does that mean to you that you worked as a Playboy

24  model?

25  A    I was published in -- in special editions, and also I was

1    initially on Cyber Club.

2    Q    What is --

3    A    It's an -- it's an online magazine for Playboy.

4    Q    By 2011 had you ever hired any lawyers?

5    A    No.

6    Q    Did you do any preparation for your testimony before you

7    came to court today?

8    A    I did.  I met with my attorneys.

9    Q    Did you review any documents?

10   A    Yes, I did.

11   Q    What documents did you review?

12   A    The deposition and stuff like that.

13   Q    Okay, so let me just ask you a little bit.

14            When you say "stuff like that," I'm going to be

15   showing some exhibits.

16            Did you have a chance to look at those?

17   A    I did.

18   Q    When you say "deposition," was a deposition of you taken

19   in this case?

20   A    Yes, it was.

21   Q    And so, you reviewed the transcript of that deposition?

22   A    I did.

23   Q    Did you attend anyone else's deposition, besides your

24   own?

25   A    No.

HASSEN – DIRECT – BALESTRIERE                1118

1   Q    Did you review anyone else's deposition testimony?

2   A    No.

3   Q    There are five other plaintiffs in this case.

4        MR. BALESTRIERE:  And, jury, forgive me because

5   you've heard me ask this before.

6   Q    But did you know any of those plaintiffs before you

7   became involved in this lawsuit?

8   A    No.

9   Q    Have you discussed with any of those plaintiffs the

10  testimony that you're going to give today?

11  A    No.

12  Q    Have you discussed with any of those plaintiffs their

13  testimony?

14  A    No.

15  Q    Just to be clear, did you sit in on Mr. Rubin's or

16  Ms. Powers's deposition?

17  A    No, I did not.

18  Q    How did you first hear who Mr. Rubin was?  How did you

19  first hear about him?

20  A    I was contacted by a woman named Tracy.

21  Q    Do you know Tracy's last name?

22  A    Reed she told me, but it was through phone.

23  Q    So, what year was this?

24  A    2011.

25  Q    Do you know how it is that Tracy came to get your

HASSEN – DIRECT – BALESTRIERE                    1119

1    information and contact you?

2    A    I have no idea.

3    Q    I'm sorry, just one thing.  Just let me finish asking the

4    question, this way the stenographer can get it.

5             So, I'm sorry, so I'll ask again:

6             Do you know who it was that Tracy learned your phone

7    information so that she could contact you?

8    A    No, I don't.

9    Q    Had you appeared in Playboy by the time that Tracy had

10   contacted you?

11   A    Yes.

12   Q    When Tracy reached out to you, what did she say to you?

13   A    She asked me if -- if I was available.  She said that

14   there was a man that wanted to meet me and he was very

15   wealthy, that he was, like, over the top.  She said his name

16   was Howie, but that was it.

17   Q    Did she give you a last name?

18   A    No.

19   Q    You said that -- that Ms. Reed said that this Howie was

20   over the top.

21             What did you understand that to mean?

22   A    I just -- I assumed like she was saying, like, he was a

23   big personality, you know.  That's what I, basically, thought.

24   Q    So, you spoke to her on the phone.

25             What -- with regards to meeting Mr. Rubin, what was

HASSEN – DIRECT – BALESTRIERE                1120

1   the next thing that you remember happening?

2   A    A flight was booked.

3   Q    Actually, let me just stop you a sec.

4        You said a flight was booked.  By whom?

5   A    I don't know.  I just know that, like, I was e-mailing.

6   You know, she had e- mailed me and then eventually cc'd him,

7   and I was speaking, you know, corresponding.  Someone booked a

8   flight for me, I just don't know who it was.

9   Q    So just to be clear, so you had this e-mail exchange with

10  Tracy Reed.  Is the "him" and what you just testified, is that

11  Howard Rubin, the defendant, here?

12  A    Yes.

13  Q    At some point you said a flight was booked.  Just to

14  confirm, where were you living?

15  A    California.

16  Q    So, a flight was booked to bring you from California to

17  New York, is that true?

18  A    Yes.

19  Q    Over the course of those communications before you came

20  to New York, what else, if anything, did you learn about

21  Mr. Rubin and what he wanted to do?

22  A    She told me that, like, he was into like fetish-style

23  pictures, but that, you know, I might be restrained, but that

24  I wouldn't have any injury.  You know, that I would receive no

25  injury to my person.

1    Q    Do you remember if Mr. Rubin said anything to you?

2    A    No, not much, just, you know, he had e-mailed me and I

3    just remember saying -- you know, she add -- initially, she

4    had told me just  say yes to everything, that -- you know, he

5    was a big -- you know, had like  this personality or whatever.

6              And so, everything he was saying to me in that

7    e-mail, I took it as like fantasy.  You know, I really didn't

8    think it was, like, real, you know.

9    Q    Okay, so let me just stop you for a sec.

10             Before we look at that e-mail, I'll show an exhibit

11   to the jury soon, did Ms. Reed send you some e-mail or are you

12   just saying what Ms. Reed told you?

13   A    Well, she -- she actually initially called, like, on the

14   phone we spoke, and then she had him e-mail me or something

15   like that.

16   Q    Okay.

17             MR. BALESTRIERE:  So, actually, I'd move for the

18   admission, Your Honor, to Plaintiffs' 122.  I don't think

19   there's any objection.

20             Can you put it up, please, for the witness and for

21   counsel?

22             Thank you.

23             MR. McDONALD:  No objection, Your Honor.

24             THE COURT:  Received.

25             (Plaintiffs' Exhibit 122, was received in evidence.)

1          (Exhibit published.)

2          MR. BALESTRIERE:  Okay, so, I'm going to spend a

3   little bit of time with this e-mail.

4          Can I ask, Ms. Saydah, you are at the bottom there,

5   can you blow that up just a little bit?  And can you go to the

6   bottom there?

7   BY MR. BALESTRIERE:

8   Q    So, you see that there is an e-mail, it says from

9   Brittany Raye, but then it has a full e-mail address

10  BrittanyRayeHassen@gmail.com.

11         In September 2011  was that your e- mail address?

12  A    Yes, it was.

13  Q    And it says to Howie Rubin.  Is this the e-mail that you

14  started to talk about there?

15  A    Yes.

16  Q    And you write:  Tracy asked me to e-mail you regarding

17  Friday's appointment.  I'm very submissive.  Love being

18  dominated.  Looking forward.

19         Why did you write "I'm very submissive, love being

20  dominated, looking forward"?

21  A    During this time in my life I was very, like, sexually

22  active and even though, like I said, submissive, to me, like,

23  submissive, I was more like in my hair being pulled, and stuff

24  et cetera.

25         Like I really, like, to me like dominant sex was

HASSEN – DIRECT – BALESTRIERE                1123

1    like hair pulling and stuff like that.  So, I didn't really

2    even know what submissive meant.  Like, you know.  I don't

3    know how to, like, explain it.

4    Q    That's okay, I'm going to ask you now some more questions

5    about this e-mail.

6            MR. BALESTRIERE:  So, Ms. Saydah, can you go to the

7    top and see if we can fit the entire thing on the screen

8    there?  Just keep going.  That's good enough there.

9    BY MR. BALESTRIERE:

10   Q    So, I am going to go over this and what Mr. Rubin wrote

11   to you.

12           He writes:  So, with submissive activity -- this is

13   the fourth line that you can see there -- I love to be with

14   girls that love being dominated and enjoy both physical and

15   verbal humiliation.  It's a very intense experience.  Most

16   girls I've been with seem to love it, but I want you to

17   understand completely before we get together.

18           And then he writes:  There's bondage, spanking, your

19   ass, pussy, tits, use of whips and paddles, vibrators and

20   dildos, nipple and clit clamps.

21           To the best you can remember, this was September of

22   2011, what did you understand Mr. Rubin to be writing to you,

23   up to this point, at least, in this e-mail?

24   A    Well, initially Tracy had said that, like, I should say

25   yes to everything he says.  You know.  I -- I thought he was

1    just, like, trying to get off, really.

2    Q    And you see the next line is:  I can guarantee, though,

3    you will feel safe.  I always use a safe word and I will

4    always slow down/stop if it's too intense for you.

5              So, the jury's heard this term safe word.  I'm going

6    to ask you:

7              Do you remember if in September 2011 you knew what a

8    safe word was.

9    A    No, I did not.

10   Q    Do you know what -- do you have an understanding of what

11   a safe word is now?

12   A    Yes, I do.

13   Q    What do you now understand a safe word to be?

14   A    I understand a safe word now is something that you say

15   and all activity stops.

16   Q    All what kind of activity?

17   A    All sexual, you know, activity stops.

18   Q    Now, again, I know this was a while ago, so I'm asking to

19   the best of your memory.

20             You see that Mr. Rubin wrote:  I can guarantee,

21   though, you will always -- you will feel safe.  And then he

22   writes he will always slow down/stop if it's too intense for

23   you.

24             How did you respond to that, to the best of your

25   memory?

HASSEN - DIRECT - BALESTRIERE                    1125

1   A    I thought this was him just being a big personality.

2   Q    But what about him saying that he can guarantee that you

3   will always feel safe?

4   A    I thought, like, I would be safe, you  know.  This made

5   me feel comfortable.

6   Q    And then the next paragraph is:  As Tracy can tell you,

7   I've been with a lot of girls, including two Playmate

8   centerfolds, Penthouse pet, Playboy lingerie cover girl, Maxim

9   model of the year, Hustler cover girl, and Maxim and Playgirl

10  and FHM models.

11       Were you familiar with the magazines or the outlets

12  that Mr. Rubin was referencing there?

13  A    I was.

14  Q    How did that affect your interest level, if at all, to

15  see Mr. Rubin?

16  A    It made me very interested.

17  Q    Why?

18  A    Because I was -- I was a model at that point in my life.

19  You know, I thought he could help my career.

20  Q    Now, if you go down a little bit Mr. Rubin writes:  So, I

21  have one of my girls flying in tomorrow, Kim Kato.

22       I think he means to write you can Google her?

23       And so, if you're interested we would plan on doing

24  a threesome tomorrow.  We would get together around 1:00 p.m.

25  have a long session, and then go to the Yankees/Red Sox game.

SAM     OCR     RMR     CRR     RPR

HASSEN – DIRECT – BALESTRIERE          1126

1    Do you remember reading this e-mail now, like almost

2    eleven years ago?

3    A    I don't really remember it, but it definitely reflects

4    my -- my memory.

5    Q    Okay.  Now, if you can just look, this is just the way

6    the exhibits are.

7         MR. BALESTRIERE:  Ms. Saydah, can you go to the top

8    of this please?

9    BY MR. BALESTRIERE:

10   Q    And you see it starts with the "hey Brittany " there?

11   A    Uh-hum.

12   Q    Right, and you can see the time is September 22nd, 2011.

13        Do you see that?

14   A    Yes.

15   Q    Okay.

16        MR. BALESTRIERE:  Can I now -- I'm going to move for

17   the admission of Defendants' Y-4.  Again, I don't believe

18   there is an objection to this.

19        MR. McDONALD:  No objection, Your Honor.

20        THE COURT:  Received.

21        (Defendants' Exhibit Y-4, was received in evidence.)

22        MR. BALESTRIERE:  Thank you, Your Honor.

23        (Exhibit published.)

24        MR. BALESTRIERE:  So, Ms. Saydah, can you put this

25   up?  And I think you may already be on page 2.

HASSEN - DIRECT - BALESTRIERE                1127

1   BY MR. BALESTRIERE:

2   Q    So, do you see there at the bottom it has:  Hey Brittany,

3   September 22nd, 2011.  It's a continuation of the same e-mail

4   and you see the e-mail address there, Howie.Rubin@soros.com.

5        This is that same e-mail that we were just looking

6   at, right?

7   A    Yes.

8        THE COURT:  Mr. Balestriere, you've got to slow

9   down.

10       MR. BALESTRIERE:  I'm sorry, Your Honor.  I'm sorry.

11  BY MR. BALESTRIERE:

12  Q    Now, I'm going to talk -- I'm going to walk this through,

13  and I know I need to slow down.

14       Do you see above that on Thursday, the 22nd of

15  September, 2011, at what's time stamped here 1:19 p.m.

16       Do you see that?

17  A    Yes.

18  Q    You write:  I'm so game.  I love being dominated.  I'm a

19  scorpio at heart.  Call me when you can.

20       Do you see that?

21  A    Yes.

22  Q    What did you mean to communicate by saying "I love being

23  dominated"?

24  A    I meant that, like, I like aggressive sex.  You know,

25  passionate sex.  I didn't mean it in any other way.

HASSEN – DIRECT – BALESTRIERE                1128

1        MR. BALESTRIERE:   And the way this is scrolled,

2    actually can you move up just a little bit, Ms. Saydah?

3    BY MR. BALESTRIERE:

4    Q    So, you can see at the very bottom of that page 1,

5    Mr. Rubin writes:  Yay, great.  That he is so excited.

6            Then above that you write:  Me, too.

7            Then above --

8        MR. BALESTRIERE:  Can you continue to go up?

9    BY MR. BALESTRIERE:

10   Q    There are some exchanges that go back and forth here.

11   I'm not going to walk you through all of these.

12           MR. BALESTRIERE:  But if you can go all the way to

13   the top, please, Ms. Saydah.

14   Q    You see there that it says on Friday, September  23rd,

15   2011, Mr. Rubin writes you:  Mandarin Oriental, 60th and

16   B'way, room 4800.

17           Do you see that?

18   A    Yes.

19   Q    Where is it that you met Mr. Rubin when you did come to

20   New York?

21   A    Mandarin Oriental.

22   Q    And what is the Mandarin?

23           I think the jury can see here, but just to confirm,

24   what is the Mandarin Oriental?

25   A    It's a hotel.

HASSEN – DIRECT – BALESTRIERE                1129

1    Q    And in the very top e-mail is you writing to Mr. Rubin :

2    Hit traffic, see you soon at -- what's time stamped 4:01 p.m.

3         To the best of your memory, did you write this as

4    you were on your way to the hotel?

5    A    Yes, I did.

6    Q    Now, I'd like to - -

7         MR. BALESTRIERE:  Thank you.  You can take that

8    down, Ms. Saydah.  And we can just take that off right now.

9    BY MR. BALESTRIERE:

10   Q    So, I want to ask about what took place on that date,

11   September, forgive me here, September 23rd when you arrived in

12   New York.  Okay?

13        So you flew -- do you remember which airport you

14   flew into?

15   A    JFK.

16   Q    When you arrived at JFK, where did you go?

17   A    I went to a cab and I took a cab to Manhattan.

18   Q    To the Mandarin Oriental?

19   A    Yes.

20   Q    When you arrived at the hotel, where did you go?

21   A    I went upstairs to the room.

22   Q    When you arrived at the room, who, if anyone, was there?

23   A    There was two girls there.  One of them, her name was

24   Michelle Felicez, and the other one's name was Kimberly  Kato.

25   Q    So, Michelle and Kimberly, I'll maybe just use first

HASSEN - DIRECT - BALESTRIERE                    1130

1    names now.

2              Did you know them before you arrived that day?

3    A    No, I did not.

4    Q    So, there was the two women you just identified.

5    Mr. Rubin was there?

6    A    Yes, he was.

7    Q    And you?

8    A    Yes.

9    Q    Was there anyone else in the hotel room?

10   A    No.

11   Q    Do you remember the -- we saw a little bit of an e-mail

12   on this.  Do you remember approximately what time of day this

13   was?

14   A    I mean it was during the daytime I -- I know I landed,

15   but I can't really remember the exact, like, time.

16   Q    When you went into the hotel room, what is the first

17   thing that you remember happening?

18   A    Well, when I got into the room I noticed that the girl

19   Kim was like -- she kept closing her eyes and she was like

20   falling over like this.

21   Q    So, you can just stop.  You said "falling over like

22   this," and you leaned forward in your chair.

23              Please continue.

24   A    And he was, like, holding her up, you know.  Like --

25   Q    When you say -- forgive me if I'm going to just stop to

HASSEN – DIRECT – BALESTRIERE                    1131

1    break it down .

2             When you say "he," do you mean Mr. Rubin?

3    A    Yes, I do.

4    Q    Please continue.  What is the next thing that you

5    remember?

6    A    I remember we were all, like, sitting at the table.  We

7    started, like, eating and he was asking, like, very personal

8    questions.

9    Q    So, let me just stop you for a sec.  Just to confirm,

10   this is still in the hotel room?

11   A    Yes.

12   Q    So, there was some table in the hotel room?

13   A    Yes.

14   Q    Okay.  You testified that Mr. Rubin started asking what

15   you called personal questions.

16             What do you mean by that?

17   A    He wanted to know if I was ever molested as a child.  If

18   I was ever abused.

19   Q    What did you tell him?

20   A    I said yes.

21   Q    Did he ask those questions of the other women as well?

22   A    He did.

23   Q    What did they say?

24   A    They all said yes.

25             MR. McDONALD:  Objection, Your Honor.

1      THE COURT:  Hold on.  Hold on.

2          (Pause.)

3      THE COURT:  Sustained.  The jury will disregard that

4  answer.

5  BY MR. BALESTRIERE:

6  Q    So, let's not get into what the other women said.

7          So, you testified to what you said.  How long did

8  this conversation last?

9  A    About an hour.

10 Q    Were you drinking during this time?

11 A    Yes.

12 Q    Did you observe anyone else drinking?

13 A    Everybody was drinking.

14 Q    You're still at this table at this time, is that correct?

15 A    Yes.

16 Q    After this about an hour of drinking, what is the next

17 thing that you remember?

18 A    I just remember him saying that -- he said to Kimberly to

19 give me something to take the edge off.

20 Q    Did you observe Kimberly do anything after you heard

21 Mr. Rubin say that?

22 A    She took something like a round pill and started to,

23 like, crush it with a lighter.

24 Q    And just for the record, you used your right hand to kind

25 of press it down in a fist and rubbed it on the desk in front

HASSEN – DIRECT – BALESTRIERE                1133

1    of you.

2              Do you know what this pill was?

3    A     No.

4    Q     Do you have an understanding –– did you have an

5    understanding afterwards what this pill was?

6    A     I eventually did, yeah.

7    Q     What did you understand it to be?

8    A     Oxycodone.

9    Q     What do you understand Oxycodone to be?

10   A     It's a narcotic pain medicine.

11   Q     So, after you observed, I think you said it was Kim that

12   you saw do that?

13   A     Yes.

14   Q     After you saw Kim do that, what is the next thing you

15   remember seeing?

16   A     She put it in my drink and handed me a drink, and I drank

17   it.

18   Q     Why did you drink it if you saw her put this crushed pill

19   into your drink?

20   A     I don't know.  I guess 'cause, like, everybody was, you

21   know, high, I guess.

22   Q     Did you end up having that drink?

23   A     I did.

24   Q     What is the next thing that you remember after drinking

25   that drink with what you understand to be the Oxycodone

HASSEN – DIRECT – BALESTRIERE                    1134

1    crushed into it?

2    A    I got really itchy, and I had never felt like that

3    before.

4    Q    Have you taken Oxycodone since that time?

5    A    No.

6    Q    Since -- not before that time, since September 2011?

7    A    I'm sorry?

8    Q    Have you ever taken Oxycodone since September 2011 ?

9    A    What do you mean?

10   Q    Have you ever --

11              THE COURT:  Since that time, have you ever had any

12   other Oxycodone?

13              THE WITNESS:  No.

14              THE COURT:  Go ahead.

15   BY MR. BALESTRIERE:

16   Q    So, you said you felt itchy.

17              What is the next thing that you remember?

18   A    I was just, like, sitting there and I'm just scratching

19   really, really bad.  And I remember he came over to me and he

20   started to tie me up with tape.

21   Q    Okay, so let's just stop.  Were you still sitting near

22   the table?

23   A    Yeah, we were -- there was, like, a little couch in the

24   room and I just remember we were sitting there.  Like, we

25   moved and I just remember him tying me up with pink tape.

HASSEN – DIRECT – BALESTRIERE                1135

1    Q    Okay, so you just said the color, with tape.  What kind

2    of tape was this?

3    A    Like – – like tape, like masking tape.

4    Q    Okay, so like masking tape.  And you said that he tied

5    you up.  Forgive me, I'm going to ask for some details here.

6              What part of your body did he tie?

7    A    My hands behind my back.

8    Q    Did he ask for your permission to do that?

9    A    No.

10   Q    Did you consent to him doing that?

11   A    No, I did not.

12   Q    If you recall, what did you say when he was doing that?

13   A    I asked him, I said -- I said, is there a safe word?

14   Because I was getting, like, scared.  I was like, is there a

15   safe word?  And he said it's mercy.

16   Q    At that point when he was tying your wrists?

17   A    Yeah.

18   Q    Okay.  That word mercy, did he choose that word or did

19   you?

20   A    He did.

21   Q    You said he tied your wrists.  Again, was that behind

22   your back?

23   A    Yes.

24   Q    Where were you positioned at this point, because you

25   mentioned the couch and the table, just to be clear, where

HASSEN – DIRECT – BALESTRIERE                1136

1    exactly were you?

2    A    I was, like this (gesturing) with my hands behind my

3    back.

4    Q    Sorry, if I could just stop you.

5         You just put your hands behind your back with one

6    wrist over the other.  And where were you seated or

7    positioned?

8    A    By the couch.

9    Q    Were you actually sitting on a couch?

10   A    Yes.

11   Q    What is the next thing that you remember happening?

12   A    He walked me to the bedroom.

13   Q    So, did he stand you up from the couch?

14   A    Yes.

15   Q    And at this point the only part of your body that's tied

16   is your wrists, is that correct?

17   A    Yes.

18   Q    Do you remember what you said, if anything, as you walked

19   towards the bedroom?

20   A    I just -- I didn't say anything because I was just kind

21   of like scared and I was really fucked up because, like,

22   between the alcohol and the pill, it was bad.  Like I was,

23   like fucked up.

24   Q    So, then you went into the bedroom I think you said?

25   A    Yes.

1   Q    What is the next thing you remember happening after you

2   went in -- after Mr. Rubin walked you into the bedroom?

3   A    Well, I'm -- when we -- when he walked me into the

4   bedroom, I just remember he put tape over my mouth.

5   Q    And let me just stop you for a sec.

6            Is this the same tape that was on your wrists?

7   A    Yes.

8   Q    When did he do this, were you in the bedroom or -- or

9   outside the bedroom when he put the tape over your mouth?

10  A    In the bedroom.

11  Q    Beside the tape, did he put anything else over your

12  mouth?

13  A    No.

14  Q    How much tape did he put over your mouth?

15  A    One tape.

16  Q    Were you able -- so, you just --

17           MR. BALESTRIERE:  Let the record reflect the witness

18  took her right hand and put her hand over her lips.

19  BY MR. BALESTRIERE:

20  Q    Were you able to speak once the tape was over your mouth?

21  A    No.

22  Q    And, again, just to confirm, were your wrists tied at

23  this point?

24  A    Yes.

25  Q    Did Mr. Rubin ask for permission to do that?

HASSEN – DIRECT – BALESTRIERE                  1138

1   A    No.

2   Q    Did you consent to him doing that?

3   A    No.

4   Q    What is the next thing that you remember happening?

5   A    I just remember the two girls were on the bed, you know,

6   and I was on top.  Like, I was facing on my stomach down.

7   Q    Okay, so can I just stop you for a sec?

8        You said the two girls.  Is that the two women that

9   you mentioned were in the hotel room when you arrived?

10  A    Yes.

11  Q    So, they were already in his bedroom?

12  A    Yes.

13  Q    And I think you started to describe this.  They were on

14  the bed.

15       Where did you get positioned?

16  A    They had me, like, on my stomach because I -- he walked

17  me over to the -- to the bed.  And I just remember I was on

18  the bed facing down.

19  Q    Okay, so your face was down?

20  A    Yes.

21  Q    Where were your legs in relation to the bed?

22  A    They were like -- like, I was like bent over, like I had

23  my hands behind my back.

24  Q    So, just, if I may, it sounds like you're saying your

25  face -- you were face down on the bed?

HASSEN – DIRECT – BALESTRIERE                1139

1    A    Yes.

2    Q    Your wrists were behind you?

3    A    Yes.

4    Q    And your mouth was taped?

5    A    Yes.

6    Q    And your legs were kind of hanging off the side of the

7    bed, is that right?

8    A    Yes.

9    Q    Did Mr. Rubin ask for your permission to do this to you?

10   A    No.

11   Q    What, if anything, do you remember the two women were

12   doing or saying at this point?

13   A    I really don't remember what anyone was saying.  I

14   just -- I knew, like, I didn't want to be there anymore.

15   Q    You said you didn't remember what anyone was saying.  I'm

16   just asking if you remember.

17          Do you remember if -- can you recall anything

18   Mr. Rubin was saying?

19   A    Not really.

20   Q    So, as this -- what's the next thing that you remember

21   after you were face down on the bed in the way you just

22   described?

23   A    I -- I couldn't tell you what they were doing behind me

24   because I was face down.  So, I really -- you know, I couldn't

25   see.  But because I had my face down, I could see, like, there

1   was, like, sex toys on the bed.

2   Q    And you say --

3        MR. BALESTRIERE:  Just let the record reflect, the

4   witness just put her right hand in front of her and kind of

5   moved it up and down, like in little half circles.

6   BY MR. BALESTRIERE:

7   Q    Let me ask you, when you say sex toys, to the best of

8   your recollection, what do you remember seeing?

9   A    Like vibrators.

10  Q    Do you remember how many?

11  A    A few, quite a few.

12  Q    Now, you said you couldn't see what was happening behind

13  you.

14       What is the next thing that you can remember hearing

15  or feeling at that point?

16  A    I was penetrated with something.

17  Q    Do you know by whom?

18  A    By Howie.

19  Q    When you say something, do you remember what it was?

20  A    I don't know if it was his penis or if it was a toy, I

21  can't remember, I just know I was penetrated with something.

22  Q    Did Mr. Rubin ask for permission to do that?

23  A    No, he did not.

24  Q    Did you consent to him doing that?

25  A    No, I did not.

HASSEN – DIRECT – BALESTRIERE                    1141

1    Q    Were you able to speak at that point?

2    A    No.

3    Q    Were you free to leave?

4    A    I was crying hysterical.  I just remember, like, I wanted

5    everything to stop.  And I guess from, like, me crying and

6    stuff like that and whatever, you know, I just remember I was

7    penetrated and then it was over.  And then he untied me.

8    Q    The -- you said you were penetrated and then it was over.

9         To the best of your memory, how long did that last?

10   A    It felt like a long time, but it wasn't.

11   Q    To the best of your memory, I know you're saying it felt

12   like a long time.

13        Again, to the best of your memory, this is a while

14   ago, how long?

15   A    Probably fifteen minutes.

16   Q    Did you -- do you remember if you heard Mr. Rubin saying

17   anything while he was doing that?

18   A    No.

19   Q    You said that he then untied you, correct?

20   A    Yes.

21   Q    Do you remember what, if anything, he said when he untied

22   you?

23   A    I guess he said, like, he didn't -- he didn't -- he

24   wasn't happy with me.

25   Q    What do you mean he wasn't happy with you?

1    A    He just wasn't happy with me.

2    Q    How do you know?  Like, what do you remember him saying

3    or doing that you know he wasn't happy with you?

4    A    I remember him giving me the money and asking me to

5    leave.

6    Q    Do you remember how much money he gave you?

7    A    $5,000.

8    Q    Did you leave?

9    A    Yes, I did.

10   Q    Did you have any contact with Mr. Rubin immediately after

11   that time?

12   A    No.

13   Q    Thank you.

14        Did there come a time a couple years later, though,

15   where you did contact Mr. Rubin?

16   A    Yes.

17        MR. BALESTRIERE:  I'd like to move for the admission

18   of Defendants' Z-4, Your Honor.  I don't believe there's an

19   objection.

20        MR. McDONALD:  No objection, Your Honor.

21        THE COURT:  It's received.

22        (Defendants' Exhibit Z-4, was received in evidence.)

23        (Exhibit published.)

24        MR. BALESTRIERE:  So, Ms. Saydah, if I can ask you

25   to put this up.  This is a four-page document, to ask you to

HASSEN – DIRECT – BALESTRIERE          1143

1   go to, I think you may be there already, the top of page 3.

2          Can you just blow that up a little bit and just go

3   down a little?

4          (Exhibit published.)

5   BY MR. BALESTRIERE:

6   Q    So, you see here there's an e-mail from Mr. Rubin on

7   September 22 nd, 2011.  Again, his e-mail address writing:

8   Oh, my God, I love you already.

9          Do you see that?

10  A    Uh-hum.

11  Q    Then the next thing we see is an e-mail from you to him,

12  almost two years later, writing:  Hi, Howie, I know it's

13  been –- B –- a long time, I just wanted to say hello.  Hope

14  all is well.  XOXO, Brittany.

15         I'm going to ask you some questions now about this

16  e-mail.

17         Why did you send this e-mail, to the best of your

18  memory?

19  A    Because by this point I was already addicted to

20  Oxycodone.  And I just remember, like, I needed money really

21  bad.

22  Q    And forgive me, I think you may have testified.

23         Had you ever had Oxycodone before that time in

24  September of 2011?

25  A    No.

1    Q    So you chose to contact Mr. Rubin, correct?

2    A    Yes, I did.

3         MR. BALESTRIERE:  Ms. Saydah, can I ask you to

4    scroll up a little bit?

5    BY MR. BALESTRIERE:

6    Q    And we see a response from Mr. Rubin at 12:34 in the

7    morning where he writes:  How's life?

8         And then you respond to him, and I'm sorry, I'm

9    going to walk you through this:  It's okay, I guess.  Could be

10   better.  Anyhoo, I really just wanted to say hello.  I know

11   things didn't work out when we met last summer.

12        Let me just stop for a sec.

13        You wrote "last summer," but this was August 2013,

14   right?

15   A    Uh-hum.

16        MR. BALESTRIERE:  Can you move up just a little bit,

17   Ms. Saydah, so we see ea the full date there?  Thank you.

18   BY MR. BALESTRIERE:

19   Q    In fact, it wasn't last summer or the summer prior that

20   you had the last contact with Mr. Rubin, it was almost two

21   years before, correct?

22   A    Correct.

23   Q    Okay; so, I'm just going to continue.

24        However, I really just wanted to say hello and see

25   if you were having any other get-togethers like the one last

HASSEN – DIRECT – BALESTRIERE                    1145

1   summer.  If you are, I would really like to try it again.

2   That is, of course, if you would like to.  If not, I

3   understand.  I really just wanted to ask, figured it was worth

4   a shot.

5            Before we see what Mr. Rubin said, you somewhat

6   testified to this.

7            Why -- why were you asking to do what you called

8   another get-together with Mr. Rubin?

9   A    Because I was really like -- I was bad with the pills.  I

10  got really bad with the pills.

11

12            (Continued on the following page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM        OCR        RMR        CRR        RPR

1    DIRECT EXAMINATION (Continued)

2    BY MR. BALESTRIERE:

3    Q    But just to be a clear, you did not consent to the forced

4    sex back in September 2011, right?

5    A    Correct.

6          MR. BALESTRIERE:  Okay, can you go up a little bit,

7    Ms. Saydah.  Just a little bit more, so we see the time, so we

8    see the same day.

9    Q    Mr. Rubin responds:  Refresh my memory, when did we meet

10   and what happened?  I have, in caps, lots of get-togethers.

11         MR. BALESTRIERE:  I'd ask can you go up some more,

12   Ms. Saydah.  Go more to the top.  Thank you.

13   Q    So then you respond that same day:  Hey, Howie, we met

14   through Tracy.  I met you with Kim Kato and Michelle from

15   Florida.

16         I'm not going to go through the entire email here.

17         But the Kim and Michelle, are those the two women

18   that were at the Mandarin Oriental?

19   A    Yes.

20         MR. BALESTRIERE:  I'd like to ask you to go down,

21   it's going to be kind of the middle of the paragraph.

22         Ms. Saydah, can you highlight:  I have done some

23   domination.

24         So I think you were just over it there.  A little

25   bit down.  I've done some domination pussy and nipple clamps.

HASSEN – DIRECT – BALESTRIERE                    1147

1  Highlight that together.  Down together.  Go all the way down.

2  Q   So here you write:  I've done some domination.  Pussy and

3  nipple clamps.  You can make it yellow.

4         Humiliation, I think you mean to write, in the last

5  year.  And I did have fun.  I would love to do it again.  This

6  time with you.  Please let me know if you have anything coming

7  up.  I can take pics of my girlfriend, if you are interested

8  in meeting with her and I together.

9         Why did you write that to Mr. Rubin?

10 A   I don't really know why I wrote it, but I could tell you

11 that I was really desperate by this point.  And I was willing

12 to do whatever I had to do.

13        MR. BALESTRIERE:  Ms. Saydah, can you keep going up

14 now.  You can leave the highlight.

15        Can you go all the way up to the -- to the -- to

16 where Mr. Rubin writes his email on August 5th at 9:20 in the

17 morning.  We have that there.

18        And he notes:  Of course, I remember you.  And

19 beneath that:  Wasn't that two years ago, not one year.  And

20 talk some more.

21        But I want to go down.  Can you go down to where it

22 begins:  But would I say I've gotten more intense.

23        So forgive me, I'm going to read some of this.  But

24 I would say I've gotten more intense than when we were

25 together.  I bought a condo and I turned the second bedroom

1    into, in quotes, a dungeon.

2              I have about eight to ten steady girls now.  Four

3    Playboy centerfolds, Maxim model of the year.  Playboy

4    lingerie cover girl.  And Playboy plus FHM, plus Maxim models.

5              And he writes:  So all my girls love submissive

6    activity.  This is super turn on for them and say regular sex

7    is boring for them now.

8              And I'm going to just skip so that I don't spend too

9    much time with the jury here.

10   Q    You see where it says:  So if you want to try?

11   A    Yes, I see it.

12   Q    So then he writes:  So if you want to try it, it's far

13   more intense than I think you might be expecting.  In addition

14   to clamps on your nipples and pussy, I slap you hard all over

15   your body.  Choking and face slapping.  I use whips and

16   paddles and sometimes electric shock.

17             And then the next paragraph.  So you will end up

18   sore and bruised.  Probably for a week.  I'm guessing that's

19   probably too intense for you.

20             And, again, so we don't spend too much time on this,

21   the next paragraph is:  But I don't want to run into the same

22   problems as we did the last time.

23             So first my mic, Your Honor.  Just wait one moment.

24             Thank you.

25             So and, again, I'm going to ask you your response to

1    some of the things that are written here.

2              The last thing I read:  But I don't want to run into

3    the same problems as we did last time.

4              To the best of your memory, this is now 2013, did

5    you have an understanding of what Mr. Rubin meant by that?

6    A    No.

7    Q    What about the -- what response did you have to all those

8    finer details that Mr. Rubin wrote to you?

9    A    I just, when I responded, I probably was just like,

10   because I didn't want to feel stupid, but this scared me.  I

11   could tell you this, reading this, scared me.

12   Q    Did you end up seeing Mr. Rubin immediately after this

13   email?

14   A    No.

15             MR. BALESTRIERE:  Ms. Saydah, can you go to the very

16   top, please.

17             So the last email we have from Mr. Rubin,

18   August 5th, at 9:20 a.m.  And then there's an email from you,

19   same day, August 5th, 8:01 p.m., where you forward this email

20   to someone and you say:  Would you be able to do this?  This

21   is the guy I told you about.

22   Q    So what's that about?

23   A    I was asking her if this is something she would be

24   willing to do.  But I still hadn't decided if it was something

25   I would be willing do.

HASSEN – DIRECT – BALESTRIERE                    1150

1   Q    Who is "her"?

2   A    She was a friend of mine.

3   Q    Why do you say that you were not sure if you wanted to do

4   it?

5   A    Because it sounded fucking scary.

6          MR. BALESTRIERE:  I'd like to ask -- I'd like to

7   move for the admission of Defendants' A5.

8          I don't believe there's an objection to this, Your

9   Honor.

10          THE COURT:  Any objection?

11          MR. McDONALD:  No objection.

12          THE COURT:  Received.

13          (Defendants' Exhibit A5, was received in evidence.)

14          (Exhibit published.)

15          MR. BALESTRIERE:  Thank you for your patience with

16   this material.  I'm showing you a lot of communications,

17   here's another email.

18          Can you just increase the size of that, Ms. Saydah?

19   Thank you.

20          So here let's go again in the order that this was

21   sent.

22          You see -- scroll down a little bit please

23   Ms. Saydah.  No, no, I'm sorry.  Towards the original message

24   so the jury can see.

25   Q    So you see here there's an email you send to Howie Howard

1    Rubin where you write:  Happy birthday.  Hope all is well.

2              And then go a little bit higher, Ms. Saydah.

3              And four days later Mr. Rubin writes:  Hey,

4    Brittany, thanks.  How have you been?  Do you have same cell

5    number?  Can't believe you were at that restaurant.

6              And I'll ask you a questions about this in a moment,

7    but I want to see your final response.

8              Go up some more, please.

9              I know, so crazy, right?  I couldn't believe it.

10   What were the odds.  My cell is the same.  And you list a

11   phone number.

12             What is this about?

13   A    I bumped into him restaurant a Tribeca.

14   Q    You say bumped you into him.  How is it that you ended up

15   seeing him at this restaurant?

16             Were you dining at the restaurant?

17   A    Yes, I was.  But I went to use the restroom.  And when I

18   was in the restroom, I seen Michelle Felices.

19   Q    Michelle, is this the same -- one of the two women that

20   you testified to that was the September 2011 incident at the

21   Mandarin Oriental?

22   A    Yes.

23   Q    So when you saw her in the bathroom, what did you say?

24   A    I said hello.  She was, you know, I hadn't seen them

25   since 2011.

1    And literally I just was like:  What are you doing

2  here?  And she said:  Oh, it's Howie's birthday.

3    And she said:  Oh come say hi.  And she took my hand

4  and I walked over to the table.

5  Q    Who else was with Mr. Rubin at the table when you walked

6  over, if you remember?

7  A    There was a lot of Playboy models.

8  Q    And then there was Michelle as well?

9  A    Correct.

10  Q    Did you actually say hello to Mr. Rubin?

11  A    I did.

12  Q    What was the exchange like?

13  A    It was just:  Hey, nice see you.  It was like weird

14  random because he was the last person I expected to ever see

15  again.

16  Q    So then you chose to send an email to him afterwards,

17  right?

18  A    Yes.

19  Q    Why did you send an email to him afterwards?

20  A    Only because I was like -- I don't know, it was, I felt

21  like maybe I got something wrong, like I don't know.  I just

22  can't explain it.

23  Q    Well, let me ask you, though.  When you say you got

24  something wrong, you got something wrong about what?

25  A    Like I thought maybe he wasn't so bad.  I thought like he

HASSEN – DIRECT – BALESTRIERE                    1153

1    couldn't possibly be so bad.  You know, there's Playboy models

2    sitting at a table.  You know, they all looked happy.  Nobody

3    was like beat up, you know.  So I thought like can't being

4    possible that this man is that bad.

5    Q    To the best of your memory, were you thinking about that

6    August 2013 email at this time?

7    A    No.  I actually didn't even remember it.

8    Q    After you bumped into Mr. Rubin, this is in May,

9    May 19th, 2014, did you come to see him in person again?

10   A    I'm sorry?

11   Q    That was not a good question.  Sorry.

12         So this is May 19th.  Did you see Mr. Rubin after

13   this?  At some point?

14   A    Yes.

15         MR. BALESTRIERE:  Okay.  I'd like to move, Your

16   Honor, for the admission of Defendants' B, as in boy, 5.

17         MR. McDONALD:  No objection, Your Honor.

18         THE COURT:  Received.

19         (Defendants' Exhibit B5, was received in evidence.)

20         MR. BALESTRIERE:  Thank you.

21         So I'm going to not have everything read to the jury

22   here.  This is a bit of a longer exhibit, not as long as

23   others I've seen, but it's an exchange, text exchange between

24   you and Mr. Rubin.

25         So you see it begins at the top, June 3rd, 2014,

1    where it says:  Howie, that's Mr. Rubin:  Hey, Brittany, it's

2    Howie.

3              And within a half hour you write:  Hi.

4    Q    Do you see that?

5    A    Yes.

6    Q    Okay.  And so there's some of text that go back and forth

7    here again.  I'm not going to read all of these.  It is in

8    evidence.

9              I am going though a note with you again.

10             MR. BALESTRIERE:  Can you go down, Ms. Saydah, and

11   make it 2:35, the first of the 2:35 texts, the top text,

12   please.

13             And what you see is you send a series of texts to

14   Mr. Rubin in quick succession.  I'm not going to read every

15   one.  But you can see there's 2:35.  Go down to 2:39, you text

16   him a lot.

17             You say:  I really need to talk to you.  Then a

18   couple lines more.  Right now I can't talk, I'm at a shoot.

19             Do you remember if you were at a modeling shoot?

20   A    Yeah, I believe so.

21   Q    And then you say again, this is time stamped 2:35:  I'm

22   going to text you later.  Yes, I live in Brooklyn with my dad.

23   I'm going through some really tough FINs consoles strains.  I

24   think maybe you meant to write financial constraints?

25   A    Uh-huh.

HASSEN – DIRECT – BALESTRIERE                    1155

1   Q    And you write straints with a double asterisks, as if to

2   correct yourself.

3          You write:  I know we didn't hit it off last time,

4   but honestly I'm desperate right now.  I really need to get my

5   own apartment.  I'm willing to be submissive and whatever you

6   wish.  I'm very serious about this.  Please reconsider.  And

7   you have a smile.  And just a few minutes later you ask if you

8   with call him.

9          Do you remember how long after you saw him at that

10  restaurant in Tribeca did you send these text messages?

11  A    I believe it was like the next day or a couple months.

12  I'm not really sure.  I can't remember exactly.

13         MR. BALESTRIERE:  Ms. Saydah, can you go to the very

14  top a moment just to show -- no, no.  Right there.

15  Q    Do you remember whether it was you who reached out to

16  Mr. Rubin first?  Was he the first to text or you or did he

17  contact you?  Do you remember?

18  A    I don't remember, but it says he contacted me.

19  Q    Okay.  But right now you don't remember?

20  A    No.

21  Q    Nearly three years before, you had this incident you

22  described in detail to the jury where Mr. Rubin forced sex on

23  you.

24         Forgive me if this is becoming a redundant question,

25  but why were you sending him all these texts wanting to meet

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HASSEN – DIRECT – BALESTRIERE                    1156

1    with him then in June 2014?

2    A    So I had gone to rehab and I had just came home.  I was

3    off.  I was completely clean.  Clean and sober.  And I was

4    looking to come, you know, to get back into modeling again and

5    stuff.

6              And I even say, you know, I can't -- right now I

7    can't talk, I'm at a shoot.  I was literally trying to get

8    back, you know.  And I thought maybe he could help me.

9              Considering that there's so many Playmates there, it

10   made me comfortable.  I thought like he can't be that bad.

11             I wish -- I wish I would have listened to the voice

12   inside of me that told me not to go, because I remember

13   saying --

14             MR. McDONALD:  Objection, Your Honor.

15             THE COURT:  Sustained.

16             Ask another question, please.

17             MR. BALESTRIERE:  Sure.

18             You just testified to what you did.

19             See if you can go down, Ms. Saydah, can you go down

20   to 2:41 p.m.

21             Yeah, about that page.  And you wrote:  Listen,

22   Howie, I will take a Valium and I'll be fine.

23   Q    Why you write that to Mr. Rubin?

24   A    Because I was clean, and I thought, like I even said:

25   Listen, Howie, I'll take a Valium, I'll be fine.  I thought I

1  could handle it.

2  Q    Handle what?

3  A    I thought I could handle whatever, whatever was going to

4  be entailed.

5        MR. BALESTRIERE:  Again, I'm not going to read all

6  of these but, Ms. Saydah, can you continue to go down to where

7  it begins at 2:44 p.m.

8        Go up there, just -- thank you.

9        You see 2:43 p.m. at the very top image omitted.

10 Again you write:  I'll make sure I have plenty of Valium.

11       Then the next text:  I'm willing to do it, please, I

12 need the money, Howie.  My life is crazy right now, and I need

13 help.

14 Q    You see all that?

15 A    Yes.

16       MR. BALESTRIERE:  If you go down the first text in

17 response to all that is at 2:47 p.m.  Can you move up a little

18 bit, Ms. Saydah, just make it easier to find.  Thank you.

19       Mr. Rubin, Howie, writes:  It really hurts,

20 Brittany, like really hurts.  Last time I spanked you once and

21 you left.  Your boobs and ass will be bruised.  It's 5K.

22       And you write:  I'm telling you I need the money, I

23 need a lot of it.

24 Q    Do you see that?

25 A    Yes.

HASSEN - DIRECT - BALESTRIERE                1158

1          MR. BALESTRIERE:  Ms. Saydah, can I ask you to

2     continue to where the text at 2:52 p.m.

3          Again, I'm not going to read all of these, but you

4     write 11 texts from 2:52 p.m. to 2:53 p.m.

5          That's fine.  I'll do whatever it takes.  5K is more

6     than enough.  I need it badly.  And you kind of continue as

7     you go down.

8     Q     Do you see all that?

9     A     Yeah.

10          MR. BALESTRIERE:  And then, Ms. Saydah, can I ask

11    you for some white.  But then there's to be more text at

12    3:46 p.m. at the bottom of that page.

13          Stop there for a second.  You write at 3:46 p.m.:  I

14    really want to see you, Howie, even if it's for coffee.  And

15    you do a please with a not happy face.

16    Q     Why were you offering to meet with him for coffee?

17    A     Because I was really desperate by this point.

18    Q     Why did you think meeting him for coffee would help you?

19    A     I thought like, you know, I could -- I could get back --

20    somehow get back with him again, you know.

21          I thought like that I wanted to go back into

22    modeling and acting and all that stuff, and I thought like

23    this would be the way to go.

24          MR. BALESTRIERE:  More texts.  I'm not going to read

25    all of them.

HASSEN - DIRECT - BALESTRIERE                1159

1          Can I ask you, Ms. Saydah, can you go to page 7 of

2     13, please.

3          And just move down a little bit so that the white is

4     gone.  Thank you.

5     Q    You see Mr. Rubin writes:  I'm thinking of canceling?

6     A    Yes.

7          MR. BALESTRIERE:  And then you have a series of

8     text.  I'm sorry.

9          You have a series -- you write a series of texts to

10    him, and the 10:36 one, you write:  Please don't cancel.  I

11    really need the money, Howie.  You don't understand.  I really

12    need the money.

13    Q    Do you see that?

14    A    Uh-huh.

15    Q    And Mr. Rubin -- it's 10:58 p.m. at this point, he

16    writes:  Just don't waste R, the letter, R, time.

17         Do you see that?

18    A    Uh-huh.

19    Q    Did you end up seeing --

20    A    Yes.

21         I'm sorry, say that one more time?

22    Q    Too close to the exhibit.

23         So the last thing you see that Mr. Rubin writes at

24    10:58 p.m. I think it's supposed to be:  Just don't waste our

25    time.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    Do you see that?

2    A    Yes.

3    Q    Do you end up seeing Mr. Rubin at some point after that?

4    A    I did.

5         MR. BALESTRIERE:  So I'd like to ask, Ms. Saydah, if

6    we can go to page 8 to 4:04 p.m.  Right there at the top.

7         So you see you write Mr. Rubin:  You have an amazing

8    condo, Howie.

9    Q    Do you see that?

10   A    Yes.

11   Q    To the best of your memory, where were you when you wrote

12   that?

13   A    I have no idea.  I think I was in his lobby.

14   Q    Of the -- of -- when you say "his lobby," the lobby of

15   what?

16   A    Where the penthouse was.  I believe it was the penthouse,

17   the building.

18   Q    Do you know how you knew how to get to the penthouse?

19   A    I believe they -- I believe somebody, I'm assuming him,

20   told me how to get there, you know, gave me the address.

21   Q    Did you end up going into the actual apartment?

22   A    I did.

23   Q    So I'm going to ask you some questions about that now.

24        This text was sent at 4:04 p.m.

25        Do you see that?

1    A    Uh-huh.

2    Q    When you went to the apartment, to the best of your

3    memory, who else, if anyone, was there?

4    A    There was nobody there.

5    Q    How were you able to get into the apartment?

6    A    There was a key left at the desk.

7    Q    When you say "the desk," what do you mean by that?

8    A    Like when you walk in, I guess there's like a desk.

9    Q    The first floor of this apartment building?

10   A    Yes.

11   Q    Did you take the key?

12   A    I did.

13   Q    Where did you go?

14   A    I went upstairs in the elevator and I got off from -- I

15   opened the door.

16   Q    And, again, you testified was anyone there?

17   A    No.

18   Q    Did there come a time when anyone arrived?

19   A    Yes, Howie.

20   Q    How long were you there alone before Mr. Rubin arrived?

21   A    I think about an hour.

22   Q    Do you remember what you did during that hour, if

23   anything?

24   A    I was just kind of sitting there smoking a cigarette.

25   Q    When Mr. Rubin came, what is the first thing you remember

1   happening?

2   A    I just remember he came in.  He was waiting for Loredana.

3            MR. BALESTRIERE:  Ms. Saydah, can I ask you to put

4   that down just for now, the exhibit.  Thank you.

5   Q    So you just mentioned a name.  You said Mr. Rubin was

6   waiting for whom?

7   A    Loredana.

8   Q    Who -- who's Loredana?

9   A    It was his girlfriend.

10  Q    How do you know he was waiting for Loredana?

11  A    Because he said he was waiting for Loredana.

12  Q    Did Loredana ever arrive?

13  A    She did.

14  Q    How long after Mr. Rubin arrived did Loredana arrive?

15  A    I think about 20 minutes.

16  Q    What did you and Mr. Rubin do during those 20 minutes, to

17  the best of your memory?

18  A    We were just talking.

19  Q    So then Loredana came?

20  A    Yes.

21  Q    What is the first thing you remember happening when

22  Loredana came?

23  A    We just started drinking a lot of alcohol, like a wine.

24  Q    When you say "a lot of alcohol," how much alcohol?

25  A    We had a bottle of wine.

1    Q    The three of you did?

2    A    Yes.

3    Q    For how long?

4    A    Like an hour.

5    Q    After that hour, what is the first thing you remember

6    happening?

7    A    I just got very woozy.  Very woozy.  I remember I stood

8    up and I fell back down.

9    Q    Did you have alcohol commonly at this time in your life?

10   A    No.

11   Q    So you said you felt woozy.  You stood up.  What's the

12   next thing you remember happening?

13   A    I just remember I kept like closing my eyes.

14          You know, at this point I was drug free.  Completely

15   drug free.  I had gone to treatment, you know.  And because my

16   system was clean, I know this now, but because my system was

17   clean, whatever Valium or whatever it was that was put in my

18   drink --

19          MR. McDONALD:  Objection, Your Honor.

20          THE COURT:  Sustained.  Back up.

21          MR. BALESTRIERE:  Yes, sure.

22   Q    So let me just -- maybe my fault for not asking the right

23   questions.

24          You talked about something being put in your drink.

25   A    Uh-huh.

1    Q    Is that correct?  Okay.

2              Why did you have an understanding at that time that

3    something was put in your drink?

4              MR. McDONALD:  Objection, Your Honor.

5              THE COURT:  What made you think that something was

6    put in your drink?

7              THE WITNESS:  Because I drank it, and all of a

8    sudden I started falling asleep.

9              THE COURT:  Okay, go ahead.

10   Q    Did you see anyone put anything in your drink?  I'll just

11   clarify.

12   A    I didn't.  However, I do know that I started falling

13   asleep.

14   Q    So you said you started to fall asleep.

15             What is the next thing you remember happening?

16   A    I woke up and I was in an X with my arms like this

17   (indicating).

18   Q    Let me just stop for a moment.

19             So when you were in the apartment, what room do you

20   remember you were in when you started to fall asleep?

21   A    We were in the living room.

22             MR. BALESTRIERE:  Okay.  Ms. Saydah, actually can I

23   ask you to get Plaintiffs' 3?  This is in evidence.

24             Just bear with me one moment.  Until she has it.

25             While my colleague is getting that, you said you

1    were on an X, so I'm going to ask you some questions.

2              The photo's up, but let me ask you a question first.

3    Q    You were no longer in the living room; is that correct?

4    A    Yes.

5              MR. BALESTRIERE:  So I'm showing you -- can you go

6    to the -- actually, keep it on this one.

7              Right now you see in front of you a photo.

8    Q    Do you recognize this?

9    A    I do.

10   Q    What is this?

11   A    It's an X.

12   Q    Is this the X that you just testified you woke up on?

13   A    Yes.

14             MR. BALESTRIERE:  Okay.  You can put that down,

15   Ms. Saydah.

16   Q    Now I'm going to ask you some questions.

17             Just to be clear, you do not remember how you got

18   into this room with the X; is that right?

19   A    I have no idea.

20   Q    Do you know how much time there was between when you were

21   in the living room and when you woke up in that room?

22   A    No.

23   Q    Forgive me, I do need to ask you some questions.

24             You said you woke up on the X.

25             Were you face up or face down?

HASSEN – DIRECT – BALESTRIERE                1166

1    A    Face up.

2    Q    Were you restrained in any way?

3    A    My hands and my legs were both tied down.

4         MR. BALESTRIERE:  Okay.  Let the record reflect the

5    witness put her hands up and spread her hands a little bit.

6    Q    So you were laid down on the X face up?

7    A    Yeah.

8    Q    I'm sorry, I have to ask these questions.

9         When you said you were tied on the X, what do you

10   mean by that?

11   A    I was restrained.

12   Q    By what, do you remember?

13   A    No.

14   Q    Could you see what was actually restraining you?

15   A    No.

16   Q    You were free to leave?

17   A    No.

18   Q    Do you remember Mr. Rubin asking for your permission for

19   you to be in that position?

20   A    No.

21   Q    What about Loredana?

22   A    No.

23   Q    Do you know who restrained you to the X?

24   A    No.

25   Q    Did you consent to being restrained to the X?

1   A     I did not consent.

2   Q     You said you woke up this way.

3         Besides being restrained, I'm going to ask you some

4   other questions, and I'm sorry.

5         Were you wearing any clothes?

6   A     No.

7   Q     What about Mr. Rubin, was he wearing any clothes?

8   A     He had just his pants and his shirt.

9   Q     What about Loredana?

10  A     She was naked.

11  Q     Was there anything in your mouth?

12  A     Yes.

13  Q     What do you remember being in your mouth?

14  A     It was a ball gag.

15  Q     When you say "a ball gag," what do you mean by that?

16  A     It's like a ball.

17        MR. BALESTRIERE:  You just -- let the record reflect

18  the witness held her right hand up to her lips and touched it

19  and said "a ball."

20  Q     So there's a ball in your mouth?

21  A     Yes.

22  Q     Did that ball stay in your mouth?

23  A     Yes.

24  Q     How did it say there?

25  A     It was really tight around my mouth.

HASSEN – DIRECT – BALESTRIERE          1168

1   Q    When you woke up tied to the X like this, with the ball

2   gag in your mouth, were you able to speak?

3   A    No.

4   Q    What is the next thing that you remember after waking up

5   in the manner you just described?

6   A    I was being whipped.  He started whipping me all over my

7   body.

8   Q    Did he ask for your permission to do that?

9   A    No, he didn't.

10  Q    Did you consent to that?

11  A    I did not.

12  Q    I'm sorry to ask you the details here, but do you

13  remember what he was whipping you with?

14  A    Whatever it was, it was long and it hurt.

15  Q    Do you remember if he was saying anything while he was

16  doing this?

17  A    He kept calling me fat.  I had just came home from

18  treatment.  I was heavy, like I was a hundred twenty-five

19  pounds.  And he just kept calling me fat over and over.  I was

20  a stupid girl.  It was just my pussy.  It's just your pussy.

21          MR. BALESTRIERE:  I'm sorry.  I'm sorry to ask, and

22  maybe we can continue just a little bit more, if that's okay,

23  Your Honor.  If that's okay, Brittany.

24  Q    Do you remember how long he did that to you?

25  A    It felt like an hour.  Maybe more.  I -- something when

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HASSEN - DIRECT - BALESTRIERE                1169

1    that happened to me, I -- I got high over this.  You have no

2    idea.

3                THE COURT:  Sustained.

4                The jury will disregard that answer.

5                Put another question, please.

6                MR. BALESTRIERE:  Yes, Your Honor.  Sorry to ask

7    these details.

8                And, Your Honor, if it's okay, I may ask to end

9    soon.  If that's okay with the Court.

10               THE COURT:  Always okay to ask.

11               MR. BALESTRIERE:  Okay.  Yes.  Thank you, Your

12   Honor.  But I would like to just finish what we're talking

13   about right now, Brittany, I'm sorry.

14   Q    You said that Mr. Rubin was whipping you for the time

15   that you just testified to.

16               What else, if anything, do you remember happening at

17   that point?

18   A    I just remember waking up in a cab.

19   Q    Do you remember Loredana what, if anything, she said?

20   A    No.

21               MR. BALESTRIERE:  Your Honor, I could continue or I

22   could ask for...

23               THE COURT:  Your preference.

24               MR. BALESTRIERE:  Would it be okay if we stop for

25   the day, Your Honor?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                          1170

1          THE COURT:  Sure.

2          MR. BALESTRIERE:  Thank you, Your Honor.

3          THE COURT:  All right, ladies and gentlemen, we'll

4   see you tomorrow at 9:30.

5          Please remember not to discuss the case amongst

6   yourselves or with anybody else.  Stay away from any press

7   coverage of the case.  Put the case out of your mind until we

8   see you tomorrow morning at 9:30.

9          Thank you for working so hard on this and paying

10  attention.

11          (Jury exits the courtroom.)

12          THE COURT:  All right, step down and outside the

13  courtroom, please.

14          Go have a seat.

15          (The witness steps down.)

16          MR. BALESTRIERE:  Go right outside.

17          THE COURT:  Just give me an idea of what's coming

18  up?

19          MR. BALESTRIERE:  Obviously we'll finish with

20  Ms. Hassen, Your Honor.  And then -- we still have to work out

21  the exact terms, we and the defendants have discussed having

22  certain defendants texts being published to the jury.

23          I am not sure how long Ms. Hassen's cross will be,

24  but I still think we will be done with her tomorrow.  Then we

25  would have these texts.  And we may rest at that point.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1171

```
1              THE COURT:  All right, and what do the defendants
2     anticipate for a case, if anything?
3              MR. McDONALD:  Your Honor, we expect to call
4     Mr. Rubin; and our colleague will be calling Ms. Powers.
5              Your Honor, we have designations we are going to
6     want to play of the depositions.
7              THE COURT:  Of whom?
8              MR. McDONALD:  Of all six plaintiffs.
9              And we have other two witnesses, Your Honor.  You
10    probably remember the names, Stephanie Shon and Taren Cassidy.
11    So we have brief excerpts from those two witnesses.
12             THE COURT:  Okay.  Your deposition excerpts will not
13    be repetitive of your cross; will they?
14             MR. McDONALD:  We're striving for that not to be the
15    case.
16             THE COURT:  All right.  And succeed.
17             MR. McDONALD:  The problem is we can't describe the
18    cross.
19             THE COURT:  I understand this for this witness, but
20    you've done cross on the others.
21             MR. McDONALD:  Yes, Your Honor.
22             THE COURT:  All, right have a good night.
23             MS. LAVIGNE-ALBERT:  Your Honor, do you plan on
24    having the charge conference at some point?
25             THE COURT:  Well, the answer is certainly yes.
```

PROCEEDINGS                                    1172

1          I'll distribute the Court's proposed charge at least

2    half an hour before the conference, maybe even more.

3          And when the conference will be depends on what you

4    all do with the case.  It will certainly be before closings, I

5    can tell you that.

6          I also want to mention.  I've looked through each

7    sides' instructions, and I will say, with regard to the

8    proposed instructions I've gotten from the parties, they're

9    really too close to the facts and arguments of this case, and

10   I'm going to revise them so that they are much more general.

11         I'm not the going to marshal facts or even mention

12   arguments that you have.  I'm just going to identify the

13   elements of each claim, and you can argue those having been

14   satisfied or not to the jury.  That's not something I'm going

15   to key them off on.

16         I would ask you to consider, with regard to the

17   interstate commerce element in the sex trafficking count, you

18   ought to the work out a stipulation on that.  We ought to tell

19   the jury that is satisfied, the interstate commerce, because I

20   don't think there's any question about that.  If I'm wrong,

21   you'll tell me.

22         And also with regard to the verdict form, I am not

23   giving an element-by-element verdict form.  I may give a

24   claim-by-claim, but I'm much more inclined towards general

25   verdicts than special verdicts.  Because when we get into what

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    the question should like in a special verdict, people start

2    arguing again.

3              And, again, I'll let you take the verdict form and

4    use it in your closing with the instructions, so you can point

5    out to the jury, how and why they should answer each question

6    the way you want them to.  Okay?

7              Okay.

8              MR. BALESTRIERE:  May I have one more question, Your

9    Honor?

10             THE COURT:  Yes.

11             MR. BALESTRIERE:  I right now do not anticipate

12   calling any rebuttal but, of course, you have to see

13   defendants' case.

14             In October, I think when we were trying to get a

15   trial, you had mentioned that it would be possible for a

16   witness to appear by video.

17             If we are going to call any rebuttal witnesses, they

18   might be really short.  None of our witnesses, beyond

19   Ms. Hassen, actually live in New York.

20             Would that be possible?

21             THE COURT:  I need a stipulation for that under the

22   rules.

23             MR. BALESTRIERE:  Okay.

24             THE COURT:  I think the pandemic is not at the state

25   right now where I could say it's an emergency and we have to

PROCEEDINGS                                    1174

1    have them by video, especially if they've already been here

2    for direct, so see what you can work out.

3              MR. BALESTRIERE:  Thank you, Your Honor.

4              THE COURT:  Anything else?

5              MR. McDONALD:  Nothing.

6              MR. BALESTRIERE:  Okay.

7              THE COURT:  Okay.

8                        *    *    *    *    *

9              (Proceedings adjourned at 4:22 p.m. to resume on

10   March 29, 2022 at 9:30 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1175

1       I N D E X

2   WITNESS                                          PAGE

3   **MIA LYTELL**

4   CROSS-EXAMINATION       BY MS. LAVIGNE-ALBERT   909

5   REDIRECT EXAMINATION   BY MR. BALESTRIERE       911

6

7   **EMMA HOPPER**

    DIRECT EXAMINATION      BY MR. BALESTRIERE      923

8   CROSS-EXAMINATION       BY MR. McDONALD         967

9   CROSS-EXAMINATION       BY MR. McDONALD        1059

10  REDIRECT EXAMINATION   BY MR. BALESTRIERE      1110

11

12  **BRITTANY HASSEN**

13  DIRECT EXAMINATION      BY MR. BALESTRIERE     1115

14

15

16

17

18

19

20

21

22

23

24

25

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1176

```
 1                    E X H I B I T S

 2    PLAINTIFF                PAGE

 3    14                       929

 4    117B                     932

 5    12                       954

 6    122                      1121

 7
      DEFENDANT                PAGE
 8

 9    DXJP-235                 910

10    Q3                       958

11    T3                       964

12    O3                       965

13    DX-S31                   982

14    DX-M3                    986

15    DS-3-1                   999

16    Y-4                      1126

17    Z-4                      1142

18    A5                       1150

19    B5                       1153

20

21

22

23

24

25
```

MR. McDONALD: [15]  958/6
977/21 979/6 986/18 1053/7
1054/7 1087/19 1089/19
1090/9 1096/7 1097/6 1100/13
1101/21 1103/10 1104/2
MR. BALESTRIERE: [158]
MR. GILBERT: [11]  912/8
912/18 914/2 918/1 918/25
920/15 921/7 921/17 923/7
923/12 923/14
MR. GROVER: [10]  912/25
954/2 962/10 962/13 962/16
965/14 981/24 998/6 998/17
1110/9
MR. McDONALD: [147]
MS. LAVIGNE-ALBERT: [5]
909/23 910/7 910/12 911/7
1171/23
THE COURT: [152]
THE COURTROOM DEPUTY: [6]
908/2 922/2 923/4 923/6
1114/16 1115/5
THE WITNESS: [12]  920/18
920/20 923/5 1004/19 1004/23
1032/8 1041/23 1050/13
1114/21 1115/7 1134/13
1164/7

## $

$1,000 [1]  1101/6
$2,000 [2]  916/15 1102/2
$5,000 [8]  928/4 973/6 988/4
1014/22 1032/17 1043/15
1081/22 1142/7

## '

'cause [1]  1133/20

## —

------------------------------
-x [2]  906/2 906/10

## 1

1,000 [4]  916/10 1100/16
1101/7 1101/10
1/6/16 [1]  1030/14
1/8 [1]  1030/24
10/12/15 [1]  982/8
10007 [1]  906/16
10036-6797 [1]  906/20
10112 [1]  907/3
104 [1]  1053/7
106 [1]  1054/7
108 [1]  1060/8
109 [1]  1061/12
1095 [1]  906/19
10:00 [1]  1062/2
10:20 [1]  955/3
10:21 [1]  1015/19
10:22 [2]  1015/20 1016/9
10:25 [1]  1016/9
10:36 [1]  1159/10
10:47 [1]  956/6
10:54 [1]  956/14
10:58 p.m [2]  1159/15

1159/24
11 [3]  961/6 963/4 1158/4
11/4/2016 [1]  1090/22
113 [2]  1062/19 1062/22
117B [2]  931/25 932/4
11:35 [1]  1005/20
11:53 [1]  982/9
11:54 [1]  1030/15
11th [11]  909/18 910/5
910/15 910/15 929/16 930/1
959/3 962/22 968/11 968/12
974/9
12 [6]  954/17 954/23 956/5
982/18 1022/23 1063/2
122 [2]  1121/18 1121/25
128 [1]  1071/1
129 [1]  1071/21
12:34 [1]  1144/6
12:50 [1]  983/3
12:53 [1]  982/19
12:54 [1]  982/22
12th [3]  930/11 932/20
1011/5
13 [2]  952/18 1159/2
13,000 [1]  915/25
131 [1]  1074/6
132 [1]  1074/22
137 [1]  1075/12
13th [3]  939/9 1013/23
1112/1
14 [7]  929/4 929/9 929/12
939/4 952/17 953/21 1111/14
14th [3]  1074/8 1112/13
1112/21
15 [5]  953/21 965/20 965/20
982/8 1112/14
150 [1]  1076/1
1515 [1]  965/20
156 [1]  1076/18
16 [2]  1030/14 1097/16
17-CV-6404 [1]  906/3
17-page [2]  998/18 998/21
17th [2]  914/17 1020/14
18 [1]  1023/15
180 [2]  1008/22 1022/13
182 [1]  1078/22
190 [1]  1080/5
191 [1]  1081/3
192 [1]  1081/8
19th [3]  1021/10 1153/9
1153/12
1:00 p.m [1]  1125/24
1:17 [1]  930/1
1:19 [1]  1127/15
1:57 [3]  983/14 983/23
983/24
1K [1]  1102/2
1st [1]  1075/15

## 2

2 p.m [2]  1014/6 1014/8
20 [4]  1057/21 1098/12
1162/15 1162/16
200 [2]  1022/17 1045/25
2006 [1]  1116/2
2011 [17]  1116/14 1117/4

1118/24 1122/11 1123/22
1124/7 1126/12 1127/3
1127/15 1128/15 1134/6
1134/8 1143/7 1143/24 1146/4
1151/20 1151/25
2013 [3]  1144/13 1149/4
1153/6
2014 [3]  1153/9 1153/25
1156/1
2015 [13]  926/16 929/16
930/1 932/20 933/25 1004/4
1011/5 1013/24 1020/14
1110/20 1112/1 1112/13
1112/21
2016 [27]  914/17 916/2 916/7
916/10 920/4 945/15 946/8
946/21 952/20 953/12 953/25
954/5 954/12 959/25 981/16
1036/14 1037/15 1051/13
1059/20 1067/2 1068/8
1073/23 1075/15 1079/21
1089/4 1090/22 1108/22
2017 [22]  909/18 910/5
910/16 912/16 913/2 913/5
913/14 914/6 916/15 958/10
961/6 962/8 962/23 963/4
965/22 1004/4 1094/5 1097/6
1098/1 1099/6 1103/17 1106/3
2018 [5]  962/7 962/9 962/25
963/4 977/15
2022 [3]  906/7 926/10
1174/10
205 [1]  1082/16
207 [1]  1083/9
20th [2]  1036/14 1048/3
21 [5]  965/18 977/15 987/9
987/10 1098/12
21st [5]  920/4 964/1 1088/16
1089/11 1099/9
22 [1]  1143/7
225 [1]  906/15
22nd [6]  916/2 1024/12
1089/14 1126/12 1127/3
1127/14
23 [1]  1024/14
232 [2]  1087/8 1087/19
2330 [1]  907/11
235 [3]  909/24 910/7 910/10
23rd [2]  1053/7 1128/14
1129/11
24th [6]  952/20 1048/7
1048/19 1048/20 1097/6
1098/1
25 [3]  1024/24 1076/4 1099/6
25th [7]  954/12 1052/3
1053/4 1054/1 1054/22
1056/18 1059/20
26 [1]  907/6
267 [2]  1089/7 1089/7
26th [1]  955/3
27 [5]  945/15 953/25 954/5
959/25 1026/11
271 [1]  1090/18
2712 [1]  907/12
272 [1]  1090/19
27th [18]  945/14 946/8

**2**

**27th... [16]** 946/21 1019/14 1020/1 1031/23 1032/21 1037/11 1037/12 1037/15 1042/8 1042/8 1044/5 1046/8 1068/23 1076/17 1080/1 1080/23
**28 [1]** 906/7
**288 [1]** 1092/10
**28th [1]** 1068/16
**29 [2]** 1027/24 1174/10
**29th [6]** 906/16 1024/14 1062/18 1062/22 1072/1 1078/9
**2:00 [1]** 1057/21
**2:24 [1]** 1089/20
**2:29 [1]** 1089/24
**2:35 [4]** 1154/11 1154/11 1154/15 1154/21
**2:38 [1]** 1090/7
**2:39 [1]** 1154/15
**2:41 p.m [1]** 1156/20
**2:43 p.m [1]** 1157/9
**2:44 p.m [1]** 1157/7
**2:47 p.m [1]** 1157/17
**2:52 p.m [2]** 1158/2 1158/4
**2:53 p.m [1]** 1158/4
**2:57 [1]** 1028/8
**2nd [5]** 1067/2 1067/11 1068/8 1073/23 1075/19

**3**

**3 o'clock [2]** 1015/14 1028/9
**3-1 [1]** 1030/12
**30 [12]** 907/3 931/2 931/6 931/15 934/8 936/13 937/9 958/10 984/9 984/15 1029/12 1095/24
**30th [1]** 1093/8
**31 [2]** 998/4 1094/5
**319 [1]** 1093/11
**31st [1]** 1093/14
**320 [1]** 1094/3
**322 [1]** 1095/12
**323 [1]** 1096/7
**33 [1]** 1115/19
**330 [1]** 1099/9
**331 [2]** 1100/13 1100/13
**335 [2]** 1101/12 1101/15
**337 [1]** 1103/10
**339 [1]** 1103/21
**343 [1]** 1104/2
**349 [1]** 1105/4
**360 pages [1]** 1005/9
**38 [1]** 1033/1
**3:00 [1]** 991/2
**3:02 [1]** 1015/12
**3:10 [2]** 1059/3 1106/22
**3:14 [1]** 1028/9
**3:30 [4]** 983/19 991/4 991/21 1028/4
**3:46 p.m [2]** 1158/12 1158/13
**3:56 [1]** 1048/20
**3rd [4]** 1023/3 1025/2 1096/11 1153/25

**4**

**40 [8]** 931/2 931/6 931/15 936/13 937/9 944/4 984/9 984/15
**41 [1]** 1035/8
**412 [3]** 1007/14 1007/25 1010/11
**419 [1]** 920/2
**420 [1]** 1063/7
**42616 [1]** 1063/7
**46 [1]** 1036/10
**47 [1]** 1037/7
**4800 [1]** 1128/16
**4:01 [1]** 1129/2
**4:03 [1]** 1062/23
**4:04 p.m [2]** 1160/6 1160/24
**4:06 [1]** 1075/2
**4:08 [1]** 1037/21
**4:09 [1]** 1038/4
**4:2 [1]** 1104/4
**4:22 [1]** 1174/9
**4:28 [1]** 1076/5
**4:36 [1]** 921/3
**4th [4]** 963/13 1026/15 1094/2 1094/2

**5**

**5,000 [1]** 916/7
**51 [1]** 1037/18
**54 [1]** 1042/4
**55 [1]** 1042/25
**56 [1]** 1044/23
**57th [2]** 974/7 983/15
**524 [1]** 1097/6
**5:30 in [1]** 1061/13
**5:36 [1]** 1089/11
**5K [2]** 1157/21 1158/5
**5th [11]** 942/12 1018/21 1018/25 1025/25 1027/13 1028/3 1032/13 1032/25 1147/16 1149/18 1149/19

**6**

**60th [1]** 1128/15
**6404 [1]** 906/3
**65 [1]** 1045/20
**6797 [1]** 906/20
**6:00 [2]** 1070/6 1070/19
**6:22 [1]** 914/17
**6:26 [1]** 964/1
**6:36 [3]** 966/2 979/5 979/8
**6:41 [1]** 965/1
**6th [1]** 1052/4

**7**

**718-613-2330 [1]** 907/11
**718-804-2712 [1]** 907/12
**725 [1]** 1104/2
**73 [1]** 1047/24
**75 [1]** 1048/20
**7:24 [1]** 1093/14
**7:26 [1]** 1038/24
**7:39 [1]** 1112/13

**8**

**8:01 p.m [1]** 1149/19

**8:36 [1]** 979/3
**8:54 [1]** 959/3

**9**

**900 [1]** 1006/9
**95 [1]** 1052/4
**9:03 [2]** 961/6 972/5
**9:07 [1]** 974/9
**9:20 [1]** 1147/16
**9:20 a.m [1]** 1149/18
**9:30 [4]** 906/7 1170/4 1170/8 1174/10
**9:56 [1]** 1063/7

**A**

**a.m [10]** 906/7 955/3 956/6 956/14 959/3 972/5 974/9 1089/20 1149/18 1174/10
**A5 [2]** 1150/7 1150/13
**able [14]** 975/13 987/12 1026/16 1027/1 1045/17 1067/20 1106/20 1109/2 1137/16 1137/20 1141/1 1149/20 1161/5 1168/2
**absolutely [2]** 981/3 1007/9
**abuse [2]** 952/14 1031/5
**abused [5]** 940/25 966/22 1016/25 1028/22 1131/18
**abusing [1]** 1025/15
**abusive [2]** 1017/24 1018/2
**accept [1]** 963/14
**acceptable [1]** 1047/22
**according [3]** 930/17 979/8 1075/9
**accurate [1]** 1007/6
**acknowledge [1]** 990/8
**acted [2]** 941/2 944/7
**acting [2]** 919/19 1158/22
**active [1]** 1122/22
**activities [5]** 989/7 990/3 990/9 992/13 1084/25
**activity [14]** 957/8 987/21 988/6 988/13 988/14 988/19 988/19 990/6 1040/16 1123/12 1124/15 1124/16 1124/17 1148/6
**actual [3]** 964/13 967/17 1160/21
**Ad [1]** 987/14
**add [2]** 963/15 1121/3
**addicted [1]** 1143/19
**addition [1]** 1148/13
**address [15]** 914/18 929/17 929/20 930/1 930/3 930/5 1002/19 1079/8 1079/15 1079/16 1122/9 1122/11 1127/4 1143/7 1160/20
**addy [2]** 1002/15 1002/18
**adjourned [1]** 1174/9
**admission [12]** 929/4 931/25 954/17 957/23 964/17 965/10 1005/9 1121/18 1126/17 1142/17 1150/7 1153/16
**admit [2]** 910/7 1009/5
**admitted [1]** 1009/25
**advantage [1]** 1022/7

**A**

affect [1]  1125/14
affected [2]  917/25 918/4
affection [1]  1046/4
affirm [1]  1114/18
affirmed [3]  909/3 923/3
 1115/3
afraid [21]  953/4 953/5
 959/13 959/14 959/15 959/18
 964/9 971/16 971/17 972/3
 972/4 978/21 980/15 997/25
 1048/12 1079/9 1079/12
 1079/17 1089/1 1113/23
 1114/1
afternoon [15]  983/20 987/18
 1015/14 1028/10 1028/16
 1037/21 1048/21 1068/23
 1070/13 1075/3 1089/11
 1104/5 1110/15 1115/12
 1115/13
afterwards [3]  1133/5
 1152/16 1152/19
age [2]  987/9 987/10
aggressive [1]  1127/24
ago [4]  1124/18 1126/2
 1141/14 1147/19
agree [6]  959/24 990/8
 1012/19 1068/5 1099/7 1101/4
agreed [16]  915/21 959/8
 959/22 971/6 971/10 987/22
 988/3 988/3 988/5 988/18
 1013/19 1060/15 1067/24
 1068/3 1070/17 1101/1
agreeing [1]  1025/22
agreement [16]  933/8 973/3
 973/20 985/9 985/12 985/14
 987/20 988/10 989/11 989/14
 989/16 989/21 989/25 990/20
 991/7 1037/14
agrees [1]  1101/12
ahead [5]  1032/10 1101/17
 1109/1 1134/14 1164/9
aided [1]  907/14
airport [8]  930/24 939/13
 942/17 945/20 1063/15
 1063/16 1068/13 1129/13
ALBERT [2]  907/8 1175/4
alcohol [7]  987/14 987/15
 1136/22 1162/23 1162/24
 1162/24 1163/9
allegations [8]  967/19
 967/24 969/14 970/14 978/24
 980/13 980/22 980/25
alleged [1]  968/19
allow [2]  912/19 918/3
allowing [1]  963/15
almost [10]  939/8 957/15
 1022/17 1045/25 1078/23
 1079/1 1079/3 1126/1 1143/12
 1144/20
Aloi [1]  912/7
alone [13]  931/1 931/6 934/7
 939/23 940/1 943/4 946/3
 946/7 946/10 984/8 984/15
 1101/25 1161/20
amazing [17]  1013/5 1016/1

1017/19 1018/6 1028/16
 1039/2 1039/5 1039/7 1039/18
 1042/1 1072/4 1072/22
 1076/11 1080/8 1080/24
 1081/11 1160/7
America [1]  976/19
Americas [1]  906/19
amount [2]  1078/17 1088/10
AMY [15]  906/3 910/5 911/23
 916/4 916/5 918/19 919/3
 919/4 919/8 920/6 920/13
 920/18 920/19 921/6 972/16
ANGELA [1]  907/8
anger [2]  1021/8 1021/19
angry [5]  938/7 938/12
 997/16 1056/12 1056/20
answer [13]  911/1 914/4
 975/5 976/20 1020/3 1041/22
 1050/23 1051/1 1066/23
 1132/4 1169/4 1171/25 1173/5
answered [2]  1043/24 1066/25
answers [1]  1114/19
anticipate [2]  1171/2
 1173/11
anxiety [1]  966/25
Anyhoo [1]  1144/10
anyways [1]  1035/5
apartment [19]  915/6 931/1
 931/6 931/10 934/19 935/1
 936/11 937/7 940/14 946/7
 946/10 946/20 1049/13 1155/5
 1160/21 1161/2 1161/5 1161/9
 1164/19
apologize [1]  1065/25
apologizing [1]  1065/24
app [1]  928/15
appear [1]  1173/16
APPEARANCES [2]  906/14
 906/22
appeared [1]  1119/9
appearing [1]  1077/22
appetite [1]  1071/19
appetizers [1]  935/18
applied [1]  1078/7
appointment [1]  1122/17
approach [1]  1004/21
April [11]  954/12 955/3
 1052/3 1052/4 1052/4 1053/7
 1054/22 1056/18 1059/20
 1062/18 1062/22
April 25th [2]  1052/3
 1059/20
April 29th [2]  1062/18
 1062/22
April 6th [1]  1052/4
area [1]  1070/1
argue [1]  1172/13
argued [1]  997/5
arguing [2]  997/6 1173/2
argument [2]  1006/4 1098/20
arguments [2]  1172/9 1172/12
arm [4]  947/13 947/14
 1046/19 1047/3
arms [2]  950/17 1164/16
aroused [1]  1000/18
arranged [3]  973/18 1067/2

1068/7
arrangement [1]  1113/9
arrangements [1]  1026/1
arranges [2]  1030/7 1030/9
arrive [4]  934/9 1053/6
 1162/12 1162/14
arrived [32]  930/17 930/23
 931/16 931/18 934/14 934/15
 935/10 936/6 939/13 942/17
 942/22 942/25 943/9 943/12
 945/20 945/24 946/1 946/17
 983/6 984/9 984/16 991/18
 1053/3 1129/11 1129/16
 1129/20 1129/22 1130/2
 1138/9 1161/18 1161/20
 1162/14
arriving [1]  946/20
article [1]  957/19
artist [5]  1101/24 1102/6
 1102/8 1102/10 1102/22
Asia [3]  1099/24 1100/1
 1100/2
asleep [4]  1164/8 1164/13
 1164/14 1164/20
ass [2]  1123/19 1157/21
assault [1]  915/4
assaulted [1]  915/11
associated [2]  990/4 990/5
assume [3]  990/4 1060/15
 1094/6
assumed [1]  1119/22
assuming [1]  1160/19
asterisks [1]  1155/1
ate [1]  935/18
ATL [1]  1082/19
Atlanta [41]  924/6 924/8
 924/11 930/11 939/9 942/12
 945/14 952/21 971/19 971/23
 971/25 973/17 985/23 1003/10
 1011/6 1026/6 1068/2 1068/2
 1068/13 1069/10 1070/7
 1070/13 1078/12 1081/24
 1081/25 1082/4 1082/9
 1082/11 1082/20 1083/5
 1085/7 1085/25 1086/14
 1087/10 1087/11 1088/20
 1088/21 1088/24 1089/5
 1090/15 1092/15
attachment [1]  1094/10
attack [1]  1049/25
attempting [1]  1072/17
attend [5]  924/16 925/24
 1082/2 1116/5 1117/23
attended [2]  1078/9 1085/14
attention [5]  908/6 945/1
 945/5 1063/1 1170/10
August [23]  909/18 910/5
 910/15 910/15 912/16 913/2
 913/5 913/14 914/6 914/16
 914/17 916/2 958/10 1073/23
 1075/15 1075/19 1078/9
 1105/23 1144/13 1147/16
 1149/18 1149/19 1153/6
August 11th [4]  909/18 910/5
 910/15 910/15
August 17th [1]  914/17

4

**A**

**August 2013 [2]**  1144/13 1153/6
**August 2017 [5]**  912/16 913/2 913/5 913/14 914/6
**August 22nd [1]**  916/2
**August 29th [1]**  1078/9
**August 2nd [1]**  1073/23
**August 5th [3]**  1147/16 1149/18 1149/19
**authorized [3]**  964/4 964/7 966/12
**available [1]**  1119/13
**Avenue [2]**  906/19 983/15
**aware [2]**  1003/19 1004/2
**awesome [5]**  999/25 1000/10 1030/22 1039/11 1043/12

**B**

**B'way [1]**  1128/16
**B5 [1]**  1153/19
**babe [4]**  1043/7 1062/11 1090/10 1100/24
**baby [7]**  1045/12 1062/5 1075/5 1075/8 1075/8 1079/7 1091/5
**bad [11]**  960/10 963/22 1134/19 1136/22 1143/21 1145/9 1145/10 1152/25 1153/1 1153/4 1156/10
**badly [1]**  1158/6
**bag [2]**  910/18 910/21
**bags [1]**  1049/23
**BALESTRIERE [36]**  906/15 906/17 952/2 968/8 977/1 979/7 986/19 994/5 1007/10 1010/3 1013/23 1040/3 1111/15 1112/19 1113/4 1115/11 1122/7 1123/9 1126/9 1127/1 1127/8 1127/11 1128/3 1128/9 1129/9 1132/5 1134/15 1137/19 1140/6 1143/5 1144/5 1144/18 1175/5 1175/7 1175/10 1175/13
**Balestriere's [1]**  975/19
**ball [19]**  1084/3 1084/6 1084/16 1084/18 1084/23 1085/1 1086/6 1092/12 1092/15 1092/16 1092/20 1093/3 1167/14 1167/15 1167/16 1167/19 1167/20 1167/22 1168/1
**banter [1]**  1044/25
**bar [1]**  1015/9
**base [1]**  914/9
**based [1]**  972/8
**bases [1]**  1007/24
**basis [2]**  971/22 1087/7
**basketball [2]**  1082/2 1082/4
**bathroom [1]**  1151/23
**battery [1]**  1059/14
**BDSM [32]**  927/8 927/10 927/24 968/20 973/6 974/25 990/5 992/10 995/4 996/13 1012/23 1013/14 1014/22 1015/22 1018/14 1022/21

1024/20 1026/22 1027/15 1034/17 1034/20 1036/7 1040/15 1040/18 1083/2 1083/5 1092/7 1105/25 1106/6 1106/8 1106/11 1106/16
**BDSM-style [2]**  927/8 927/10
**bear [1]**  1164/24
**beat [18]**  971/20 971/23 971/25 1023/4 1023/25 1024/6 1024/15 1048/4 1057/4 1057/12 1060/2 1060/18 1061/2 1091/15 1091/15 1092/4 1108/6 1153/3
**beaten [11]**  968/20 1044/4 1046/17 1048/17 1053/10 1053/11 1053/15 1053/18 1053/21 1075/14 1091/20
**beating [4]**  1021/9 1021/20 1023/22 1024/3
**beauty [7]**  1077/3 1077/6 1077/15 1077/22 1095/18 1095/20 1095/25
**became [2]**  997/1 1118/7
**because [59]**  913/22 913/25 938/7 938/9 952/13 953/13 956/9 957/14 961/17 966/13 970/2 970/14 971/16 971/18 974/17 975/22 978/21 981/8 987/21 999/10 1007/6 1007/16 1008/22 1009/1 1013/14 1030/7 1048/12 1049/14 1050/18 1051/22 1056/14 1056/25 1064/7 1107/3 1114/2 1118/4 1125/18 1135/14 1135/24 1136/20 1136/21 1138/16 1139/24 1139/25 1143/19 1145/9 1149/10 1150/5 1152/14 1152/20 1156/12 1156/24 1158/17 1162/11 1163/15 1163/16 1172/19 1172/25
**becoming [1]**  1155/24
**bed [10]**  1033/8 1138/5 1138/14 1138/17 1138/18 1138/21 1138/25 1139/7 1139/21 1140/1
**bedroom [12]**  931/8 950/12 1136/12 1136/19 1136/24 1137/2 1137/4 1137/8 1137/9 1137/10 1138/11 1147/25
**beg [1]**  923/7
**began [3]**  925/16 996/13 1105/18
**begging [2]**  955/11 1063/20
**beginning [5]**  968/11 986/10 986/15 1025/21 1108/2
**begins [5]**  1063/7 1103/22 1147/22 1153/25 1157/7
**behalf [1]**  971/9
**behavior [1]**  1085/22
**belief [1]**  956/16
**below [9]**  987/21 1002/2 1015/5 1017/15 1017/16 1035/14 1043/7 1045/13 1072/7
**belt [1]**  1036/15

**beneath [1]**  1147/19
**BENJAMIN [1]**  906/21
**bent [2]**  937/15 1138/22
**Beside [1]**  1137/11
**best [26]**  913/24 919/2 937/1 944/22 953/24 957/11 960/9 961/4 1030/25 1042/14 1076/11 1090/10 1123/21 1124/19 1124/24 1129/3 1140/7 1141/9 1141/11 1141/13 1143/17 1149/4 1153/5 1160/11 1161/2 1162/17
**beyond [2]**  1012/4 1173/18
**BF [1]**  1045/6
**big [4]**  1096/15 1119/23 1121/5 1125/1
**big-time [1]**  1096/15
**bikini [1]**  1096/24
**birth [1]**  914/18
**birthday [7]**  1078/23 1079/1 1079/3 1079/5 1080/7 1151/1 1152/2
**Bishop [1]**  1116/7
**bit [42]**  912/14 914/14 917/2 917/4 917/24 929/14 930/9 939/6 942/7 942/9 945/8 954/11 956/14 958/7 958/8 960/7 961/25 963/11 964/24 1014/8 1104/17 1109/15 1113/11 1117/13 1122/3 1122/5 1125/20 1128/2 1130/11 1143/2 1144/4 1144/16 1146/6 1146/7 1146/25 1150/22 1151/2 1153/22 1157/18 1159/3 1166/5 1168/22
**bite [1]**  992/6
**blacked [1]**  929/14
**bled [2]**  997/7 999/10
**bleed [1]**  1001/19
**bleeding [5]**  938/1 938/2 938/7 938/9 996/24
**blew [2]**  1050/7 1067/12
**blindfold [1]**  927/11
**blood [8]**  938/3 938/4 996/24 997/20 1000/3 1000/8 1000/13 1039/15
**blow [24]**  958/7 968/13 1011/2 1012/1 1012/4 1014/2 1014/24 1014/25 1015/16 1019/1 1020/22 1022/25 1023/15 1029/13 1045/20 1045/21 1052/5 1072/21 1074/10 1076/3 1095/13 1112/17 1122/5 1143/2
**blowing [1]**  1008/14
**blown [1]**  1013/3
**blue [10]**  1011/20 1019/2 1033/13 1035/8 1038/20 1054/14 1061/22 1072/2 1076/2 1080/6
**BMC [1]**  906/3
**Bob [1]**  912/7
**body [12]**  919/21 1075/9 1078/7 1078/17 1078/20

**B**

**body... [7]** 1088/3 1088/10 1105/15 1135/6 1136/15 1148/15 1168/7
**bondage [3]** 1035/13 1035/22 1123/18
**boobs [1]** 1157/21
**book [2]** 1101/17 1101/24
**booked [6]** 1097/20 1120/2 1120/4 1120/7 1120/13 1120/16
**booking [1]** 928/25
**boring [2]** 1054/17 1148/7
**born [1]** 924/5
**bottle [4]** 941/12 943/8 1038/5 1162/25
**bottom [18]** 921/3 932/16 993/10 999/6 1019/2 1026/11 1026/11 1030/24 1037/18 1037/19 1096/7 1104/3 1105/5 1122/4 1122/6 1127/2 1128/4 1158/12
**bought [3]** 1034/6 1050/6 1147/25
**bound [3]** 919/6 919/8 919/10
**boy [2]** 907/4 1153/16
**BOY-SKIPSEY [1]** 907/4
**boyfriend [10]** 1033/6 1033/9 1033/20 1033/22 1035/2 1045/1 1045/7 1045/18 1055/8 1102/15
**break [6]** 908/10 1005/17 1067/20 1106/19 1106/22 1131/1
**breast [5]** 950/17 1033/23 1034/4 1034/8 1034/14
**breasts [3]** 1035/3 1045/1 1045/18
**BRIAN [5]** 906/12 1009/19 1009/22 1109/22 1110/1
**brief [1]** 1171/11
**briefly [3]** 915/23 1076/19 1108/19
**bringing [1]** 1112/25
**BRITTANY [16]** 906/4 906/4 1114/13 1115/2 1115/15 1115/16 1115/18 1122/9 1126/10 1127/2 1143/14 1151/4 1154/1 1157/20 1168/23 1169/13
**BrittanyRayeHassen [1]** 1122/10
**Broadway [2]** 906/15 907/6
**broke [1]** 1059/19
**Brooklyn [5]** 906/6 1115/21 1116/1 1116/4 1154/22
**brought [5]** 934/2 941/3 947/11 961/9 1085/16
**bruised [7]** 1034/19 1035/3 1045/1 1045/6 1045/18 1148/18 1157/21
**bruises [4]** 950/15 950/16 1034/7 1034/14
**bruising [2]** 1033/23 1078/5
**bubble [11]** 1081/4 1081/8 1099/10 1101/15 1101/22

**C**

1102/4 1104/24 1104/24 1104/25 1105/4 1112/18
**bug [2]** 1090/15 1101/17
**building [6]** 939/15 939/16 945/21 982/25 1160/17 1161/9
**bumped [3]** 1151/13 1151/14 1153/8
**buy [1]** 1100/15
**Bye [1]** 1043/7

**C**

**cab [6]** 935/8 985/1 985/5 1129/17 1129/17 1169/18
**Cacciola [1]** 921/10
**California [5]** 1116/17 1116/18 1116/19 1120/15 1120/16
**cancel [3]** 1075/23 1082/12 1159/10
**canceling [1]** 1159/5
**cannot [7]** 956/16 990/9 1024/15 1048/4 1061/7 1066/9 1111/8
**capable [2]** 959/20 1114/5
**capital [1]** 1042/14
**caps [1]** 1146/10
**caption [2]** 917/9 917/12
**captions [2]** 917/16 917/19
**car [6]** 1094/6 1094/10 1094/12 1094/14 1095/3 1095/11
**career [1]** 1125/19
**carpet [1]** 950/20
**carries [1]** 990/9
**case [19]** 925/13 925/15 925/21 1005/21 1008/10 1041/25 1044/11 1057/23 1106/23 1117/19 1118/3 1170/5 1170/7 1170/7 1171/2 1171/15 1172/4 1172/9 1173/13
**cases [1]** 1108/3
**Casey [4]** 1085/16 1085/17 1085/18 1085/19
**Cassidy [1]** 1171/10
**cat [1]** 1049/15
**caused [4]** 1001/19 1071/14 1075/9 1078/5
**Cay [8]** 926/5 926/6 926/17 926/25 927/13 927/20 993/12 1011/13
**cc'd [1]** 1120/6
**CCR [1]** 907/11
**cell [3]** 1097/8 1151/4 1151/10
**centerfolds [2]** 1125/8 1148/3
**certain [5]** 990/9 1004/6 1005/13 1008/6 1170/22
**certainly [6]** 1072/8 1072/13 1093/22 1095/23 1171/25 1172/4
**cetera [1]** 1122/24
**chair [1]** 1130/22
**challenge [5]** 1099/12 1100/4 1100/10 1100/22 1102/9

**chance [3]** 1007/10 1008/3 1117/16
**changed [3]** 931/8 940/2 1062/8
**charge [2]** 1171/24 1172/1
**Cheetah [6]** 926/20 926/21 1036/15 1036/16 1037/1 1086/19
**CHIANG [1]** 906/21
**child [5]** 941/1 941/4 1111/22 1113/1 1131/17
**childhood [1]** 952/13
**Choking [1]** 1148/15
**choose [1]** 1135/18
**chose [5]** 939/1 956/24 1095/4 1144/1 1152/16
**Christina [1]** 1103/12
**CHRISTINE [1]** 906/22
**Christmas [1]** 1024/10
**cigarette [1]** 1161/24
**circles [1]** 1140/5
**circumstances [1]** 992/20
**City [7]** 985/17 992/23 992/24 1035/12 1115/23 1116/4 1116/6
**City-As-School [1]** 1116/6
**CIVIL [1]** 906/11
**clad [2]** 1012/1 1096/23
**claim [6]** 993/7 1076/15 1093/24 1172/13 1172/24 1172/24
**clamps [4]** 1123/20 1146/25 1147/3 1148/14
**clarify [1]** 961/11 1110/23 1164/11
**class [2]** 1026/4 1026/6
**clean [5]** 1156/3 1156/3 1156/24 1163/16 1163/17
**clear [17]** 935/24 950/24 959/24 968/2 978/24 981/6 987/25 995/2 1027/13 1048/16 1073/6 1109/1 1118/15 1120/9 1135/25 1146/3 1165/17
**Cliff [2]** 1070/9 1070/11
**clip [2]** 1080/12 1080/20
**clit [3]** 1081/8 1081/19 1123/20
**close [2]** 932/24 982/19 982/24 1159/22 1172/9
**closed [1]** 909/16
**closely [1]** 932/23
**closer [4]** 918/9 943/22 962/11 1014/6
**closing [5]** 1006/4 1079/24 1130/19 1163/13 1173/4
**closings [1]** 1172/4
**clothes [10]** 931/9 940/2 947/19 947/22 948/4 957/13 1088/10 1105/13 1167/5 1167/7
**clothespin [1]** 1081/9
**clothing [1]** 1077/25
**club [9]** 926/22 1036/16 1037/1 1086/8 1086/10 1086/12 1103/15 1103/18 1117/1

**C**

**clubs [7]** 1086/14 1086/24 1087/3 1096/15 1096/18 1096/20 1097/4
**cocktails [1]** 992/8
**coffee [3]** 1158/14 1158/16 1158/18
**COGAN [6]** 906/12 908/2 1009/19 1009/22 1109/22 1110/1
**cold [1]** 1028/4
**colleague [2]** 1164/25 1171/4
**colleagues [1]** 925/10
**college [4]** 924/16 924/17 924/18 924/20
**color [1]** 1135/1
**comfortable [4]** 991/16 1017/6 1125/5 1156/10
**comforted [1]** 1050/18
**coming [15]** 920/10 954/8 955/8 971/25 974/25 995/4 996/3 996/6 1014/21 1027/14 1049/14 1082/12 1103/1 1147/6 1170/17
**commerce [2]** 1172/17 1172/19
**commercial [2]** 996/4 1027/21
**commiserating [1]** 1057/7
**commit [2]** 1089/25 1090/2
**committed [1]** 988/10
**commonly [1]** 1163/9
**communicate [4]** 920/24 928/19 1016/18 1127/22
**communicated [1]** 999/22
**communications [5]** 963/3 1008/12 1032/24 1120/19 1150/16
**companionship [1]** 1106/4
**company [2]** 1105/20 1106/4
**compelled [2]** 1068/13 1108/18
**compilation [3]** 1004/3 1005/2 1005/2
**complain [2]** 1000/2 1000/7
**complained [7]** 1028/21 1029/3 1029/8 1038/8 1039/14 1047/10 1080/12
**complaining [5]** 1047/9 1047/12 1071/16 1081/19 1087/12
**complaint [5]** 967/24 980/22 980/25 1028/19 1042/17
**complaints [2]** 1018/16 1071/15
**completely [4]** 990/10 1123/17 1156/3 1163/14
**compliments [1]** 1046/14
**computer [2]** 907/14 1004/18
**computer-aided [1]** 907/14
**conceal [1]** 1045/18
**concern [4]** 1006/3 1007/5 1010/11 1089/4
**concerned [6]** 974/16 974/19 974/21 974/24 976/6 1010/5
**concerning [2]** 1076/18 1097/11
**concerns [1]** 1007/14

**condo [27]** 973/12 974/7 983/23 984/2 990/21 991/10 993/25 998/2 1003/3 1003/4 1014/19 1019/17 1020/8 1026/8 1028/11 1038/2 1048/25 1049/2 1060/21 1060/23 1062/15 1070/6 1070/15 1071/22 1075/24 1147/25 1160/8
**condominium [4]** 1070/23 1073/20 1073/21 1088/20
**conduct [1]** 1069/16
**conference [3]** 1171/24 1172/2 1172/3
**confident [1]** 1085/24
**confidentiality [3]** 933/8 933/17 985/12
**confirm [6]** 998/8 1113/5 1120/14 1128/23 1131/9 1137/22
**confront [1]** 997/13
**confused [1]** 1056/24
**confusing [1]** 1017/3
**connection [3]** 927/20 953/15 953/16
**consensual [1]** 981/11
**consent [35]** 941/25 944/12 947/9 948/13 949/4 949/19 951/4 952/8 954/6 956/24 957/8 957/12 972/24 973/20 985/8 1034/24 1042/22 1044/8 1046/8 1046/22 1079/21 1080/16 1094/25 1098/19 1099/1 1108/21 1109/5 1111/7 1135/10 1138/2 1140/24 1146/3 1166/25 1167/1 1168/10
**consented [8]** 1040/4 1040/11 1080/19 1085/3 1092/7 1093/22 1106/10 1110/25
**consenting [4]** 1076/15 1093/25 1106/8 1106/16
**consider [1]** 1172/16
**Considering [1]** 1156/9
**consist [1]** 1098/7
**console [1]** 1095/7
**consoled [1]** 1050/18
**consoles [1]** 1154/23
**constraints [1]** 1154/24
**contact [8]** 1110/20 1119/1 1119/7 1142/10 1142/15 1144/1 1144/20 1155/17
**contacted [3]** 1118/20 1119/10 1155/18
**contacting [1]** 961/22
**contain [1]** 978/23
**context [3]** 950/3 968/20 1006/6
**contextual [1]** 1007/5
**continuation [1]** 1127/3
**continue [14]** 1010/22 1022/20 1035/1 1056/3 1059/10 1128/8 1130/23 1131/4 1144/23 1157/6 1158/2 1158/6 1168/22 1169/21
**continued [21]** 907/1 908/12

909/11 922/3 951/9 952/1 995/7 996/1 1011/3 1052/14 1053/1 1059/17 1083/15 1084/1 1091/10 1091/13 1105/23 1107/10 1114/22 1145/12 1146/1
**continues [1]** 910/21
**continuing [1]** 1088/9
**contracts [1]** 933/12
**conversation [12]** 928/21 941/8 992/4 992/12 993/21 999/7 999/17 1001/21 1007/6 1008/8 1025/11 1132/8
**conversations [5]** 1006/6 1006/20 1082/8 1091/18 1097/10
**convey [1]** 1047/15
**conveying [1]** 1053/14
**cool [1]** 1103/13
**copies [1]** 1003/24
**copy [4]** 933/22 967/24 980/21 1004/16
**core [1]** 1075/4
**corner [2]** 1112/14 1112/18
**correct [193]**
**correction [1]** 962/10
**correspond [1]** 1091/10
**corresponding [1]** 1120/7
**couch [5]** 1134/23 1135/25 1136/8 1136/9 1136/13
**counsel [13]** 954/19 957/25 962/10 964/18 965/11 967/20 977/16 979/5 979/7 981/22 998/5 1007/15 1121/21
**count [2]** 1022/7 1172/17
**country [1]** 974/1
**couple [14]** 935/16 935/19 939/24 939/25 940/9 940/14 941/22 943/1 943/3 943/5 946/1 1142/14 1154/18 1155/11
**course [16]** 984/18 998/2 1003/18 1003/24 1007/22 1007/22 1021/23 1029/3 1048/15 1049/2 1077/24 1092/2 1120/19 1145/2 1147/18 1173/12
**Court's [2]** 923/7 1172/1
**Courthouse [1]** 906/5
**Courtney [5]** 926/4 926/6 926/17 993/12 1011/13
**courtroom [16]** 909/5 971/10 976/9 980/18 1006/1 1009/19 1009/22 1058/1 1059/8 1106/24 1107/1 1109/22 1110/1 1114/11 1170/11 1170/13
**cover [3]** 1125/8 1125/9 1148/4
**coverage [1]** 1170/7
**covered [3]** 1000/13 1012/11 1022/15
**craving [1]** 1024/6
**crazy [5]** 960/15 961/3 972/14 1151/9 1157/12
**create [1]** 1069/12

**C**

critical [1] 1002/11
crop [1] 1078/15
cross [19] 909/9 909/11
 914/9 967/5 967/6 995/8
 1010/2 1011/3 1052/15
 1059/11 1059/17 1083/16
 1110/7 1111/17 1113/12
 1170/23 1171/13 1171/18
 1171/20
cross-examination [12] 909/9
 909/11 967/5 967/6 995/8
 1011/3 1052/15 1059/11
 1059/17 1083/16 1110/7
 1111/17
cross-examine [1] 1010/2
crush [1] 1132/23
crushed [2] 1133/18 1134/1
cry [3] 1024/16 1046/19
 1047/5
crying [6] 948/17 949/14
 957/14 1024/19 1141/4 1141/5
CSR [1] 907/11
cumulative [2] 1005/11
 1007/25
curated [1] 1006/19
curiosity [2] 992/17 993/18
Curious [1] 1104/17
customer [1] 1036/25
cute [1] 1105/6
CV [1] 906/3
Cyber [1] 1117/1
cycle [1] 997/20

**D**

dad [8] 941/18 943/20 943/25
 966/22 1025/7 1025/18
 1112/22 1154/22
daddy [2] 1029/9 1036/22
Dallas [1] 1077/9
Damn [1] 1061/7
danced [1] 1103/14
dancer [1] 1036/18
dancers [1] 927/5
dancing [1] 1103/19
DANELCZYK [1] 907/11
danger [3] 1069/13 1085/20
 1085/25
dangerous [2] 989/3 989/9
dare [1] 997/13
date [10] 912/25 913/16
 913/20 914/18 920/4 932/20
 932/20 1043/25 1129/10
 1144/17
dates [1] 981/15
dating [2] 1055/4 1055/5
daughter [1] 1029/10
daytime [1] 1130/14
dead [2] 1108/6 1108/7
deceive [1] 989/11
deceived [1] 1027/14
December [5] 920/4 920/20
 1023/3 1024/12 1024/14
December 21st [1] 920/4
DECHERT [1] 906/19
decide [3] 912/22 913/20

1070/6
decided [1] 1149/24
defendant [6] 906/19 907/2
 907/6 957/22 1120/11 1176/7
Defendant's [3] 957/23
 964/17 965/10
defendants [5] 906/9 915/18
 1170/21 1170/22 1171/1
defendants' [21] 910/10
 914/10 916/25 919/24 958/4
 964/22 965/16 982/6 986/25
 999/2 1005/7 1112/10 1126/17
 1126/21 1142/18 1142/22
 1150/7 1150/13 1153/16
 1153/19 1173/13
definitely [4] 1073/10
 1090/25 1106/5 1126/3
delays [1] 1088/13
delivered [2] 943/13 1028/4
demanded [1] 1065/15
demanding [4] 1065/7 1065/10
 1065/12 1065/13
demonstrative [2] 1006/4
 1009/25
depart [1] 930/10
departing [1] 945/14
departure [1] 942/12
deposed [2] 925/21 991/12
deposition [25] 917/23
 917/25 918/4 918/18 918/20
 925/23 925/24 926/1 1043/17
 1044/3 1044/10 1044/18
 1050/22 1051/4 1051/14
 1051/24 1066/17 1117/12
 1117/18 1117/18 1117/21
 1117/23 1118/1 1118/16
 1171/12
depositions [1] 1171/6
describe [2] 1138/13 1171/17
described [11] 953/11 987/21
 989/7 1020/7 1020/8 1039/6
 1040/15 1108/21 1139/22
 1155/22 1168/5
deserve [1] 970/10
designations [1] 1171/5
designed [2] 1012/14 1074/16
desire [1] 1091/20
desk [5] 931/12 1132/25
 1161/6 1161/7 1161/8
desperate [3] 1147/11 1155/4
 1158/17
detail [2] 953/23 1155/22
details [6] 947/24 948/5
 1135/5 1149/8 1168/12 1169/7
devices [2] 994/9 1083/2
devil [1] 921/4
died [1] 1049/17
difference [3] 1040/22
 1040/24 1041/1
different [4] 909/21 1040/16
 1100/5 1100/12
differently [1] 920/21
digital [1] 1105/8
dildo [9] 937/16 938/5
 996/16 996/24 997/20 999/11
 1000/3 1000/8 1039/15

dildos [1] 1123/20
dining [1] 1151/16
dinner [4] 943/14 943/16
 943/18 1086/3
direct [16] 915/9 923/19
 945/5 951/10 981/7 1016/23
 1032/19 1038/9 1040/15
 1063/1 1080/18 1101/25
 1111/18 1115/10 1145/13
 1174/2
directly [1] 1115/5
disagree [1] 1072/8
disappointed [6] 1056/20
 1064/6 1064/14 1064/17
 1064/18 1066/12
discovered [1] 996/23
discovery [2] 908/5 1003/19
discretion [1] 1109/14
discuss [8] 927/22 931/20
 940/24 943/18 944/2 992/10
 1005/21 1170/5
discussed [10] 928/24 934/4
 940/22 967/20 992/13 1011/12
 1060/6 1118/9 1118/12
 1170/21
discussing [2] 909/16
 1059/19
discussion [10] 912/6 912/10
 915/19 944/5 950/4 950/7
 1025/3 1025/14 1035/2 1113/8
discussions [1] 1111/21
Disney [4] 1097/21 1098/4
 1098/4 1098/15
displayed [1] 994/5
displeased [1] 1029/5
dispute [1] 908/5
disregard [2] 1132/3 1169/4
distance [2] 935/7 935/9
distribute [1] 1172/1
DISTRICT [3] 906/1 906/1
 906/12
diverticulitis [1] 919/19
document [12] 932/9 986/6
 993/7 998/18 998/21 1004/2
 1004/17 1005/9 1005/14
 1009/5 1009/24 1142/12
documents [6] 925/8 986/14
 986/15 1003/22 1117/9
 1117/11
DOLAN [1] 907/6
dollars [3] 938/24 1001/10
 1003/16
dominant [1] 1122/25
dominated [5] 1122/18
 1122/20 1123/14 1127/18
 1127/23
domination [3] 1146/23
 1146/25 1147/2
done [14] 928/1 928/2 971/24
 990/3 993/22 1046/7 1046/23
 1084/25 1089/3 1146/22
 1146/25 1147/2 1170/24
 1171/20
door [4] 1038/10 1038/15
 1040/12 1161/15
double [1] 1155/1

**D**

**DOUGLAS [1]**  907/7
**down [89]**  914/16 917/4
  917/22 921/2 921/22 921/24
  929/25 930/8 933/16 939/6
  942/6 942/9 945/7 945/8
  948/9 948/10 948/16 950/20
  956/5 956/14 960/6 961/24
  962/4 963/11 966/6 966/9
  971/25 975/8 982/18 983/14
  992/3 993/10 1002/1 1005/23
  1017/16 1023/20 1033/18
  1057/3 1063/24 1070/12
  1083/10 1085/24 1087/11
  1088/24 1089/10 1103/11
  1114/8 1114/10 1114/11
  1124/4 1124/22 1125/20
  1127/9 1127/13 1129/8 1131/1
  1132/25 1138/6 1138/18
  1138/19 1138/25 1139/21
  1139/24 1139/25 1140/5
  1143/3 1146/20 1146/25
  1147/1 1147/1 1147/21
  1147/21 1150/22 1154/10
  1154/15 1156/19 1156/19
  1157/6 1157/16 1158/7 1159/3
  1162/4 1163/8 1165/14
  1165/25 1166/3 1166/6
  1170/12 1170/15
**down/stop [2]**  1124/4 1124/22
**download [1]**  928/15
**dragged [1]**  947/14
**drank [8]**  934/22 936/7 940/2
  943/6 943/7 946/11 1133/16
  1164/7
**draw [1]**  945/1
**dream [1]**  1039/22
**dreams [1]**  1071/3
**dress [4]**  1071/2 1071/4
  1071/6 1071/7
**drink [15]**  941/13 946/11
  946/14 985/5 1133/16 1133/16
  1133/18 1133/19 1133/22
  1133/25 1163/18 1163/24
  1164/3 1164/6 1164/10
**drinking [10]**  940/21 984/21
  984/24 985/1 1132/10 1132/12
  1132/13 1132/16 1133/24
  1162/23
**drinks [4]**  931/4 935/18
  940/10 940/14
**drove [1]**  1049/15
**drug [4]**  947/6 947/13
  1163/14 1163/15
**drugged [1]**  1055/24
**drugs [2]**  987/15 1060/12
**drunk [1]**  1055/23
**DS [3]**  998/4 998/7 999/2
**DS-3-1 [2]**  998/7 999/2
**DS-31 [1]**  998/4
**Dubai [1]**  1102/1
**duly [3]**  909/3 923/2 1115/2
**dungeon [22]**  936/8 936/12
  936/19 936/23 937/1 937/5
  937/8 937/10 937/11 937/14
  938/10 941/15 944/7 947/6

947/12 947/16 994/2 994/4
  996/14 1000/13 1082/18
  1148/1
**Dweik [1]**  1102/19
**dwell [1]**  1082/7
**DX [11]**  977/21 979/14 981/20
  981/24 982/6 986/23 986/25
  998/6 1010/23 1030/12
  1097/13
**DX-M3 [2]**  986/23 986/25
**DX-O3 [1]**  979/14
**DX-Q3 [1]**  977/21
**DX-S1 [1]**  981/20
**DX-S31 [3]**  981/24 982/6
  1097/13
**DXJP [3]**  909/24 910/7 910/10
**DXJP-235 [3]**  909/24 910/7
  910/10
**DXQ3 [1]**  968/7

**E**

**e-mail [23]**  1120/9 1121/7
  1121/10 1121/11 1121/14
  1122/3 1122/8 1122/9 1122/13
  1122/16 1123/5 1123/23
  1126/1 1127/3 1127/4 1127/5
  1129/1 1130/11 1143/6 1143/7
  1143/11 1143/16 1143/17
**e-mailed [1]**  1121/2
**e-mailing [1]**  1120/5
**ea [1]**  1144/17
**eager [1]**  1036/7
**early [1]**  1070/13
**easier [1]**  1157/18
**EASTERN [1]**  906/1
**eat [1]**  992/6
**eating [1]**  1131/7
**edge [1]**  1132/19
**editions [1]**  1116/25
**education [1]**  924/21
**EDWARD [1]**  906/20
**effects [1]**  1065/11
**eight [2]**  914/16 1148/2
**electric [1]**  1148/16
**element [3]**  1172/17 1172/23
  1172/23
**elements [1]**  1172/13
**elevator [1]**  1161/14
**eleven [2]**  1108/23 1126/2
**elicited [1]**  1047/10
**eliminated [1]**  990/10
**email [21]**  907/12 914/18
  929/15 929/17 929/20 929/23
  929/25 930/1 930/3 930/5
  1146/16 1147/16 1149/13
  1149/17 1149/18 1149/19
  1150/17 1150/25 1152/16
  1152/19 1153/6
**embark [1]**  993/19
**emergency [1]**  1173/25
**EMMA [15]**  906/4 921/25 923/2
  923/24 923/25 924/2 942/13
  945/11 955/6 955/8 963/14
  987/9 1017/13 1065/21
  1110/15
**emoji [3]**  910/18 910/20

910/22
**emoticon [1]**  921/4
**emotional [6]**  912/15 952/12
  966/17 1067/16 1067/19
  1068/12
**Ems [1]**  1102/5
**encounter [82]**  944/15 989/18
  993/19 996/13 999/15 1003/12
  1006/14 1006/15 1011/5
  1011/8 1013/16 1014/8
  1015/22 1016/19 1016/21
  1018/16 1018/25 1018/25
  1019/13 1019/16 1020/7
  1028/11 1028/21 1032/17
  1032/20 1036/25 1038/8
  1038/24 1040/4 1040/8 1041/4
  1041/9 1041/10 1041/12
  1041/19 1042/18 1043/13
  1043/15 1043/18 1044/7
  1044/11 1048/10 1048/16
  1053/4 1054/4 1054/12
  1054/12 1054/15 1056/15
  1057/11 1059/20 1068/16
  1069/4 1070/22 1073/22
  1076/7 1080/2 1080/23 1081/7
  1081/12 1081/14 1081/22
  1087/13 1088/17 1089/16
  1089/21 1093/3 1093/15
  1094/2 1096/4 1097/11
  1098/14 1098/22 1098/25
  1099/9 1104/23 1105/1
  1108/22 1109/2 1109/3 1109/4
  1109/8
**encounters [14]**  981/11
  1030/5 1039/6 1039/14
  1042/21 1047/11 1076/14
  1076/19 1083/2 1089/3
  1108/20 1108/23 1109/7
  1111/6
**engage [6]**  987/21 988/5
  988/18 992/14 996/13 1040/13
**engaged [1]**  1113/12
**engagement [1]**  1048/10
**engagements [1]**  1087/25
**English [1]**  987/12
**enjoy [2]**  1027/6 1123/14
**enjoyed [5]**  1016/19 1092/22
  1093/2 1093/3 1093/6
**enjoying [1]**  1027/9
**enlarged [1]**  1045/3
**entailed [1]**  1157/4
**entered [2]**  1009/22 1110/1
**enters [7]**  909/5 1010/18
  1010/21 1059/8 1109/24
  1110/3 1114/15
**entice [3]**  1012/14 1022/20
  1074/16
**entire [7]**  1005/9 1005/14
  1021/24 1029/3 1106/14
  1123/7 1146/16
**entitled [1]**  985/11
**episode [1]**  1050/21
**equipment [2]**  994/4 994/13
**equus [1]**  1108/4
**especially [1]**  1174/1
**ESQ [11]**  906/17 906/17

**E**

**ESQ... [9]**  906/20 906/21 906/21 906/22 907/4 907/4 907/7 907/8 907/8
**esthetician [1]**  924/25
**esthetician's [1]**  924/24
**et [1]**  1122/24
**evening [7]**  955/19 1069/4 1069/4 1069/21 1070/4 1070/13 1070/15
**event [2]**  1099/16 1100/7
**eventually [2]**  1120/6 1133/6
**evidence [30]**  910/11 914/11 914/12 929/5 929/9 932/5 936/15 954/23 958/4 964/22 965/16 979/15 981/21 981/25 982/7 987/1 999/3 1005/7 1006/7 1063/4 1073/14 1109/11 1111/14 1121/25 1126/21 1142/22 1150/13 1153/19 1154/8 1164/23
**exact [3]**  913/16 1130/15 1170/21
**exactly [6]**  939/8 1082/14 1109/7 1111/8 1136/1 1155/12
**examination [25]**  909/9 909/11 911/11 923/19 952/1 967/5 967/6 981/7 995/8 1011/3 1013/22 1016/23 1032/19 1038/9 1040/15 1052/15 1059/11 1059/17 1080/18 1083/16 1110/7 1110/13 1111/17 1115/10 1146/1
**examine [1]**  1010/2
**examined [4]**  909/3 923/3 1043/17 1115/3
**example [2]**  1025/2 1025/22
**except [2]**  1006/15 1039/14
**excerpts [2]**  1171/11 1171/12
**exchange [7]**  912/1 954/25 1111/16 1120/9 1152/12 1153/23 1153/23
**exchanged [2]**  909/17 1003/19
**exchanges [2]**  1005/13 1128/10
**excited [6]**  920/7 920/14 1026/15 1037/5 1099/11 1128/5
**excitement [1]**  920/24
**exclamation [9]**  1034/5 1039/19 1042/2 1045/14 1045/14 1045/15 1061/8 1063/20 1082/22
**excuse [26]**  946/5 967/10 968/15 973/15 973/19 976/20 979/13 981/19 981/20 981/24 982/18 1004/20 1006/25 1020/1 1021/6 1023/3 1023/14 1030/8 1031/20 1032/4 1051/17 1054/13 1065/12 1069/23 1089/7 1093/12
**exhausted [1]**  1080/9
**exhibit [111]**  910/10 910/14 913/16 914/15 915/18 917/1 920/1 929/9 932/4 936/16

939/5 942/7 945/7 952/16 952/17 953/21 954/17 954/23 956/5 957/23 958/4 962/25 964/17 964/22 965/10 965/16 968/9 968/10 977/16 979/8 981/20 982/6 986/21 986/22 986/25 999/2 999/4 1004/12 1004/16 1005/7 1006/18 1006/19 1007/7 1007/21 1010/24 1012/2 1012/3 1014/3 1014/11 1015/1 1015/6 1015/18 1017/9 1017/18 1019/3 1020/21 1021/24 1022/15 1023/1 1023/17 1023/21 1024/25 1026/13 1028/1 1029/15 1030/13 1030/17 1030/20 1033/2 1033/3 1033/14 1034/2 1035/10 1036/2 1036/12 1037/9 1037/20 1038/22 1042/6 1043/2 1045/4 1045/2 1046/11 1048/1 1048/22 1052/7 1060/11 1063/2 1063/3 1063/5 1074/2 1074/7 1097/13 1097/14 1112/4 1112/11 1112/16 1121/10 1121/25 1122/1 1126/21 1126/23 1142/22 1142/23 1143/4 1150/13 1150/14 1153/19 1153/22 1159/22 1162/4
**Exhibit 12 [1]**  1063/2
**Exhibit A [1]**  915/18
**exhibits [5]**  986/19 994/5 1029/12 1117/15 1126/6
**exited [2]**  1009/19 1109/22
**exits [6]**  1005/22 1006/1 1058/1 1106/24 1114/11 1170/11
**exotic [1]**  1036/18
**expect [2]**  1041/18 1171/3
**expected [3]**  1098/13 1098/18 1152/14
**expecting [7]**  1034/19 1034/23 1056/14 1056/17 1079/4 1079/6 1148/13
**expensive [1]**  1100/16
**experience [6]**  972/8 1002/24 1018/8 1018/12 1034/17 1123/15
**experienced [2]**  950/13 1018/7
**explain [4]**  1108/19 1109/4 1123/3 1152/22
**explained [1]**  1108/24
**explanation [1]**  1051/12
**explicit [1]**  989/17
**explore [1]**  1018/14
**expose [4]**  1069/12 1085/22 1085/25 1086/25
**express [1]**  1002/8
**expressing [5]**  1043/4 1043/11 1046/4 1046/22 1091/20
**eyes [2]**  1130/19 1163/13

**F**

**face [28]**  950/17 950/18 950/19 950/20 950/22 951/1 1002/25 1019/6 1019/18 1020/6 1020/9 1020/15 1038/10 1038/18 1064/5 1104/12 1138/19 1138/25 1138/25 1139/21 1139/24 1139/25 1148/15 1158/15 1165/25 1165/25 1166/1 1166/6
**facing [2]**  1138/6 1138/18
**fact [27]**  920/13 921/6 997/19 1007/6 1017/23 1018/19 1022/6 1022/13 1029/4 1037/12 1044/17 1045/17 1050/16 1050/18 1051/4 1064/17 1066/18 1067/7 1081/16 1082/11 1088/19 1090/4 1098/22 1102/10 1106/2 1109/13 1144/19
**facts [2]**  1172/9 1172/11
**fair [4]**  944/12 1012/9 1062/8 1074/13
**fall [3]**  964/11 1164/14 1164/20
**falling [4]**  1130/20 1130/21 1164/8 1164/12
**false [2]**  961/21 970/14
**familiar [1]**  1125/11
**family [5]**  966/23 1097/21 1098/5 1098/7 1098/15
**fantasy [1]**  1121/7
**far [2]**  1039/6 1148/12
**FARIELLO [1]**  906/15
**fast [1]**  1037/13
**fat [2]**  1168/17 1168/19
**father [6]**  944/8 1016/25 1025/15 1028/23 1029/6 1031/5
**fault [11]**  956/6 956/9 1001/22 1015/5 1064/21 1064/23 1065/2 1065/3 1065/5 1066/2 1163/22
**Fax [1]**  907/12
**featured [2]**  1105/6 1105/9
**February [8]**  962/13 962/25 963/4 963/13 964/1 965/18 977/15 1096/11
**fee [3]**  987/22 988/3 988/3
**feelings [1]**  1002/8
**Felices [1]**  1151/18
**Felicez [1]**  1129/24
**fell [1]**  1163/8
**felt [12]**  912/20 913/22 968/23 1017/4 1040/11 1134/2 1134/16 1141/10 1141/11 1152/20 1163/11 1168/25
**festival [3]**  1078/10 1078/12 1078/14
**fetish [1]**  1120/22
**fetish-style [1]**  1120/22
**few [23]**  909/15 912/4 932/24 943/8 956/4 963/24 983/4 983/7 984/11 984/12 1016/9

**F**

few... **[12]**   1016/9 1018/24 1046/8 1057/18 1062/18 1082/6 1082/13 1106/20 1112/6 1140/11 1140/11 1155/7
FHM **[2]**   1125/10 1148/4
fifteen **[3]**   1005/20 1109/21 1141/15
fifth **[2]**   936/19 1041/10
figured **[2]**   1049/20 1145/3
file **[2]**   964/13 967/16
filed **[6]**   965/6 966/15 967/24 968/17 977/10 978/1
filing **[6]**   964/4 964/7 966/12 975/25 976/1 976/2
films **[1]**   1022/10
final **[3]**   1087/9 1099/5 1151/7
finally **[1]**   921/9
financial **[2]**   953/13 1154/24
fine **[6]**   1018/20 1066/14 1087/14 1156/22 1156/25 1158/5
finer **[1]**   1149/8
finish **[5]**   909/9 1110/5 1119/3 1169/12 1170/19
finished **[1]**   949/23
FINs **[1]**   1154/23
firm **[1]**   961/22
first **[78]**   908/10 909/2 915/5 915/24 916/2 916/4 918/14 919/3 920/2 923/2 926/3 926/4 926/14 926/25 929/19 929/20 930/14 933/24 937/12 937/13 938/25 940/6 946/19 947/16 950/11 955/2 956/24 969/6 982/15 984/16 984/18 987/3 989/16 990/16 992/1 995/3 1009/15 1012/1 1012/2 1014/25 1014/25 1017/10 1019/17 1020/9 1020/22 1023/16 1026/4 1026/6 1035/3 1035/8 1039/15 1052/4 1052/5 1052/5 1053/8 1053/9 1054/13 1093/13 1094/4 1102/1 1110/18 1110/20 1110/23 1115/2 1118/18 1118/19 1129/25 1130/16 1148/23 1154/11 1155/16 1155/16 1157/16 1161/9 1161/25 1162/21 1163/5 1165/2
fist **[1]**   1132/25
fit **[1]**   1123/7
five **[10]**   965/2 1024/5 1054/14 1055/24 1056/6 1057/16 1076/4 1109/4 1118/3 1168/18
flew **[5]**   913/22 977/3 1026/4 1129/13 1129/14
flight **[44]**   928/25 929/11 930/10 930/12 930/14 931/3 939/7 939/8 939/10 942/10 942/11 945/9 945/10 952/19 952/20 952/24 953/1 953/22

955/9 1017/14 1049/13 1063/15 1067/21 1067/23 1068/1 1068/14 1070/14 1097/20 1100/15 1100/17 1100/21 1101/2 1101/5 1101/16 1102/1 1102/22 1112/1 1113/8 1113/9 1120/2 1120/4 1120/8 1120/13 1120/16
floor **[4]**   906/16 948/10 950/1 1161/9
Florida **[2]**   1097/21 1146/15
flown **[1]**   1075/19
fluids **[1]**   1049/23
fly **[4]**   1026/1 1067/12 1070/20 1102/1
flying **[1]**   1125/21
focus **[1]**   965/19
following **[5]**   951/9 1050/23 1052/14 1083/15 1145/12
follows **[4]**   909/4 923/3 999/20 1115/3
food **[2]**   943/13 1071/20
Food's **[1]**   1028/4
force **[2]**   973/19 1066/18
forced **[14]**   948/20 949/7 973/3 973/8 996/8 996/9 1012/25 1027/14 1031/19 1031/22 1032/20 1041/4 1146/3 1155/22
forcing **[3]**   1041/7 1041/16 1065/17
forgive **[11]**   950/18 953/10 1111/11 1118/4 1129/11 1130/25 1135/5 1143/22 1147/23 1155/24 1165/23
forgotten **[1]**   962/3
form **[8]**   954/2 974/11 983/25 1008/17 1043/4 1172/22 1172/23 1173/3
forth **[4]**   1006/22 1007/2 1128/10 1154/6
forward **[10]**   922/2 1030/1 1053/11 1053/15 1056/17 1114/16 1122/18 1122/20 1130/22 1149/19
forwarded **[1]**   929/25
four **[11]**   921/3 940/13 969/16 1049/9 1060/9 1078/22 1090/7 1116/20 1142/25 1148/2 1151/3
four-page **[1]**   1142/25
fours **[5]**   947/18 948/6 948/16 948/24 951/2
fourth **[22]**   937/4 945/1 945/6 945/16 946/8 946/21 952/7 1017/15 1020/6 1022/23 1041/9 1041/11 1041/12 1041/19 1082/16 1083/9 1090/20 1100/14 1111/3 1112/6 1113/6 1123/13
frankly **[1]**   1113/11
free **[14]**   974/1 974/4 974/5 987/20 988/8 988/11 994/23 996/10 1009/10 1067/20 1141/3 1163/14 1163/15

1166/16
freely **[1]**   990/4
frequency **[1]**   1039/11
Friday **[1]**   1128/14
Friday's **[1]**   1122/17
friend **[10]**   970/6 970/7 970/8 1068/22 1069/10 1070/9 1070/10 1085/16 1085/17 1150/2
friendly **[1]**   915/10
friends **[1]**   1085/10
front **[7]**   910/24 911/16 931/12 945/10 1132/25 1140/4 1165/7
frown **[1]**   1064/4
fuck **[5]**   1049/6 1056/23 1057/4 1057/12 1060/2
fucked **[2]**   1136/21 1136/23
fucking **[2]**   1056/9 1150/5
full **[5]**   914/17 923/23 1115/14 1122/9 1144/17
fun **[14]**   928/3 957/14 1054/16 1061/14 1061/18 1064/5 1064/7 1064/10 1064/14 1087/18 1093/17 1103/22 1103/25 1147/5
furniture **[1]**   994/12

**G**

gag **[14]**   1084/3 1084/6 1084/16 1084/18 1084/23 1085/1 1092/12 1092/15 1092/16 1092/20 1093/4 1167/14 1167/15 1168/2
Gainsville **[1]**   924/5
game **[7]**   1082/2 1082/4 1085/7 1085/14 1086/6 1125/25 1127/18
gaps **[1]**   1004/6
general **[2]**   1172/10 1172/24
gentlemen **[6]**   909/7 1005/17 1057/22 1059/10 1106/23 1170/3
Georgia **[7]**   924/5 924/11 924/12 1070/13 1078/12 1081/24 1081/25
gesturing **[1]**   1136/2
get-together **[1]**   1145/8
get-togethers **[2]**   1144/25 1146/10
gift **[1]**   1078/24
GILBERT **[1]**   907/4
girl **[14]**   926/4 926/7 966/7 980/5 1017/19 1018/2 1021/5 1021/7 1039/22 1125/8 1125/9 1130/18 1148/4 1168/20
girlfriend **[2]**   1147/7 1162/9
girls **[21]**   927/25 960/15 960/20 961/2 961/4 961/7 961/8 961/9 972/14 1055/23 1085/11 1096/13 1123/14 1123/16 1125/7 1125/21 1129/23 1138/5 1138/8 1148/2 1148/5
given **[1]**   933/22
glad **[5]**   1002/24 1015/25

**G**

**glad... [3]** 1016/4 1018/8 1108/7
**glasses [1]** 943/8
**gmail.com [3]** 907/12 930/2 1122/10
**God [2]** 1114/21 1143/8
**Google [3]** 917/13 917/14 1125/22
**Googled [2]** 917/15 917/18
**gosh [2]** 1098/11 1102/7
**graduate [2]** 924/14 1116/3
**graduated [1]** 1116/2
**great [4]** 1002/24 1018/6 1089/25 1128/5
**green [10]** 1043/1 1076/20 1081/3 1081/4 1082/17 1093/12 1093/13 1100/14 1101/21 1101/22
**greeting [1]** 1024/10
**grilling [1]** 1016/24
**group [2]** 1085/12 1086/3
**GROVER [4]** 907/7 962/17 962/21 1004/16
**guarantee [3]** 1124/2 1124/20 1125/2
**Guardia [1]** 952/21
**guess [19]** 974/8 980/4 1000/20 1039/25 1040/2 1057/14 1066/13 1072/9 1082/20 1084/24 1087/6 1093/16 1096/12 1133/20 1133/21 1141/5 1141/23 1144/9 1161/8
**guessing [3]** 913/8 913/8 1148/18
**gun [2]** 956/25 973/11
**guy [3]** 1036/14 1055/5 1149/21
**guys [3]** 965/3 1055/2 1066/4

**H**

**H3 [1]** 919/24
**hair [2]** 1122/23 1123/1
**half [11]** 932/6 934/20 934/25 940/19 943/8 1094/19 1098/11 1109/13 1140/5 1154/3 1172/2
**hall [3]** 1082/23 1107/6 1107/7
**hallway [1]** 1107/8
**HAMPTON [1]** 907/2
**hand [19]** 923/4 1033/13 1042/13 1042/25 1071/9 1072/6 1074/23 1076/2 1076/10 1093/13 1094/4 1095/13 1112/14 1132/24 1137/18 1137/18 1140/4 1152/3 1167/18
**handcuffs [1]** 927/11
**handed [3]** 989/14 990/13 1133/16
**handing [1]** 1009/9
**handle [4]** 1046/17 1157/1 1157/2 1157/3
**hands [7]** 1135/7 1136/2

1136/5 1138/23 1166/3 1166/5 1166/5
**hanging [5]** 1069/22 1069/24 1070/11 1103/12 1139/6
**happy [12]** 1045/23 1045/24 1080/7 1091/1 1091/5 1141/24 1141/25 1142/1 1142/3 1151/1 1153/2 1158/15
**hard [26]** 918/8 941/22 943/21 966/25 984/4 984/6 984/17 992/12 1046/19 1047/5 1052/9 1053/21 1061/16 1067/6 1071/25 1075/4 1076/13 1082/23 1089/23 1090/13 1090/17 1091/15 1105/3 1105/3 1148/14 1170/9
**harder [3]** 1047/7 1047/19 1048/17
**hashtags [1]** 917/17
**HASSEN [6]** 906/4 1114/14 1115/2 1115/15 1170/20 1173/19
**Hassen's [1]** 1170/23
**hate [1]** 1064/12
**hated [3]** 1055/7 1055/10 1061/8
**Hawks [2]** 1082/4 1085/7
**hazardous [7]** 988/14 988/20 988/24 989/7 989/8 989/17 1085/22
**head [3]** 956/25 966/24 973/11
**health [1]** 1069/13
**heard [14]** 916/18 918/10 921/4 926/4 926/14 950/3 1021/5 1021/7 1021/13 1099/12 1118/5 1124/5 1132/20 1141/16
**heart [2]** 913/24 1127/19
**heartwarming [1]** 1090/25
**Heather [4]** 916/17 916/19 916/20 916/21
**heavy [1]** 1168/18
**held [4]** 941/12 948/9 973/9 1167/18
**hello [9]** 923/22 967/9 1110/16 1115/7 1143/13 1144/10 1144/24 1151/24 1152/10
**hi [8]** 960/9 1013/5 1018/6 1097/17 1097/18 1143/12 1152/3 1154/3
**hidden [1]** 1109/3
**hide [3]** 989/20 989/24 1045/6
**high [9]** 924/12 924/14 924/16 924/20 1116/1 1116/5 1116/7 1133/21 1169/1
**higher [3]** 958/7 1033/13 1151/2
**highlight [6]** 914/13 958/9 962/22 1146/22 1147/1 1147/14
**highlighted [5]** 955/2 956/6 1002/22 1030/21 1097/17
**highlighting [1]** 960/7

**highlights [2]** 1063/6 1072/14
**hightop [1]** 1015/8
**himself [7]** 948/20 949/7 1031/19 1031/22 1032/21 1041/5 1041/16
**hired [2]** 925/2 1117/4
**hit [6]** 941/19 1047/7 1047/19 1072/14 1129/2 1155/3
**hitting [4]** 941/16 941/17 1033/7 1040/18
**hogtied [1]** 1092/12
**hold [6]** 952/12 1067/19 1067/20 1068/12 1132/1 1132/1
**holding [1]** 1130/24
**Holy [1]** 1094/15
**home [6]** 973/17 1003/9 1079/8 1079/14 1156/2 1168/17
**honestly [1]** 1155/4
**Honor [100]** 911/8 911/10 911/18 912/25 914/2 914/12 920/22 921/20 922/1 923/7 923/15 923/17 929/5 929/10 931/25 954/17 954/21 954/24 957/24 958/2 958/5 962/10 962/17 964/19 964/20 964/23 965/9 967/4 967/10 974/12 979/16 979/17 981/19 982/2 982/4 987/2 998/6 998/23 998/25 1004/20 1005/6 1005/8 1006/8 1007/3 1007/9 1007/12 1007/25 1008/13 1008/21 1009/8 1009/10 1009/18 1010/9 1010/16 1020/4 1031/20 1040/25 1044/22 1059/14 1072/13 1074/1 1088/13 1092/18 1106/19 1110/9 1110/12 1111/12 1114/7 1114/14 1115/9 1121/18 1121/23 1126/19 1126/22 1127/10 1131/25 1142/18 1142/20 1148/23 1150/9 1153/16 1153/17 1156/14 1163/19 1164/4 1168/23 1169/6 1169/8 1169/12 1169/21 1169/25 1170/2 1170/20 1171/3 1171/5 1171/9 1171/21 1171/23 1173/9 1174/3
**HONORABLE [1]** 906/12
**hope [6]** 909/8 1013/5 1017/14 1049/6 1143/13 1151/1
**hoping [1]** 920/10
**HOPPER [9]** 906/4 921/25 923/2 923/24 967/8 987/9 1008/8 1059/19 1107/8
**hopper.emma [1]** 929/18
**horrible [1]** 1005/18
**horse [2]** 1108/6 1108/7
**hospital [4]** 916/13 1049/12 1049/15 1049/23
**hot [2]** 1029/20 1042/9

**H**

**hotel [10]** 1082/22 1083/7 1128/25 1129/4 1129/20 1130/9 1130/16 1131/10 1131/12 1138/9
**hour [21]** 924/7 934/20 934/25 940/19 941/22 944/4 944/10 949/12 949/13 949/21 1057/25 1058/2 1132/9 1132/16 1154/3 1161/21 1161/22 1163/4 1163/5 1168/25 1172/2
**hours [15]** 935/16 935/19 939/24 939/25 940/9 940/15 940/19 941/22 943/1 943/3 943/5 944/10 946/4 946/9 1049/10
**HOWARD [11]** 906/8 906/19 907/2 918/13 921/16 926/3 987/22 991/24 1053/10 1120/11 1150/25
**Howie [68]** 931/22 934/24 935/1 935/21 935/22 936/7 937/11 937/15 940/4 941/12 946/11 955/17 959/17 962/1 964/3 966/2 969/7 969/19 974/14 974/16 974/20 975/1 977/23 978/6 978/13 979/4 979/10 983/16 985/20 986/3 1003/3 1013/5 1017/13 1018/6 1020/18 1023/19 1027/8 1031/4 1037/2 1049/12 1065/4 1066/18 1070/3 1070/9 1072/22 1074/15 1089/24 1091/2 1094/6 1097/19 1100/23 1119/16 1119/19 1122/13 1140/18 1143/12 1146/13 1150/25 1154/1 1154/2 1156/22 1156/25 1157/12 1157/19 1158/14 1159/11 1160/8 1161/19
**Howie's [1]** 1152/2
**Howie.Rubin [1]** 1127/4
**hum [3]** 1126/11 1143/10 1144/15
**humiliation [2]** 1123/15 1147/4
**hundred [1]** 1168/18
**hurt [4]** 937/17 941/17 1081/19 1168/14
**hurts [3]** 1081/8 1157/19 1157/20
**Hustler [1]** 1125/9
**hysterical [1]** 1141/4

**I**

**I-N [1]** 1096/12
**I...I'm [1]** 1053/12
**idea [12]** 956/15 999/11 1049/16 1060/12 1065/22 1088/23 1090/11 1119/2 1160/13 1165/19 1169/2 1170/17
**identified [1]** 1130/4
**identify [1]** 1172/12
**IG [2]** 963/14 963/16

**ill [1]** 1050/19
**image [2]** 966/4 1157/9
**Imagine [1]** 1078/10
**iMessage [1]** 965/3
**immediately [2]** 1142/10 1149/12
**implements [1]** 1083/1
**important [3]** 976/15 976/17 976/18
**incident [5]** 915/4 916/2 950/10 1151/20 1155/21
**inclined [1]** 1172/24
**include [1]** 988/13
**including [2]** 988/19 1125/7
**increase [1]** 1150/18
**increased [1]** 1088/4
**independent [1]** 953/14
**Indian [1]** 1099/22
**indicating [1]** 1164/17
**individual [1]** 912/6
**indulgence [1]** 923/8
**influence [1]** 987/14
**information [7]** 914/22 917/12 952/19 1003/20 1073/12 1119/1 1119/7
**inherent [1]** 990/9
**initial [3]** 933/20 933/21 990/15
**initiate [1]** 1025/3
**initiated [1]** 1025/11
**injure [1]** 1032/12
**injured [9]** 1003/12 1031/11 1031/18 1043/23 1044/4 1073/6 1073/9 1093/20 1109/5
**injuries [5]** 921/10 921/13 1078/5 1078/19 1078/20
**injury [6]** 950/13 966/18 988/15 988/20 1120/24 1120/25
**inpatient [1]** 1090/4
**inquire [1]** 1100/21
**inside [8]** 937/16 943/14 946/22 948/20 948/21 949/7 1041/5 1156/12
**insist [1]** 1106/21
**Instagram [5]** 917/6 917/16 963/17 963/18 1105/12
**instructions [3]** 1172/7 1172/8 1173/4
**insult [1]** 997/13
**insulted [1]** 1002/4
**insulting [1]** 997/14
**intend [5]** 1006/8 1006/9 1006/13 1006/14 1023/25
**intense [7]** 1123/15 1124/4 1124/22 1147/22 1147/24 1148/13 1148/19
**intention [2]** 976/7 1008/14
**intercourse [4]** 1041/7 1041/13 1041/19 1053/24
**interest [1]** 1125/14
**interested [9]** 975/25 976/1 1070/10 1073/15 1084/22 1104/21 1125/16 1125/23 1147/7
**interests [1]** 913/24

**interrupt [2]** 978/20 978/20
**interstate [2]** 1172/17 1172/19
**interview [1]** 1096/13
**interviewing [1]** 1096/15
**interviews [2]** 1096/25 1097/4
**intoxicated [2]** 915/2 931/18
**introduce [2]** 928/8 998/20
**introduced [4]** 968/8 968/11 1097/14 1097/15
**inviting [1]** 1172/1
**involved [2]** 1069/15 1118/7
**involving [2]** 1040/16 1084/25
**irrelevant [1]** 1008/11
**is a [1]** 1111/25
**ISAACS [1]** 906/22
**island [1]** 1099/21
**Islands [1]** 1099/10
**issue [1]** 1006/16
**itchy [2]** 1134/2 1134/16
**item [4]** 933/20 983/14 1035/3 1055/20
**itself [1]** 1009/2

**J**

**January [41]** 942/12 945/14 945/15 946/8 946/21 953/12 953/25 954/5 959/25 962/7 962/9 962/15 963/13 981/16 1018/21 1018/25 1019/14 1023/3 1025/2 1025/25 1026/15 1027/13 1028/3 1031/23 1032/13 1032/21 1032/25 1032/25 1036/14 1037/15 1042/8 1044/5 1046/8 1048/13 1048/16 1079/21 1093/8 1093/12 1094/5 1095/23 1108/22
**January 20th [1]** 1036/14
**January 27 [1]** 945/15
**January 27th [6]** 946/8 946/21 1019/14 1031/23 1032/21 1046/8
**January 4th [1]** 1026/15
**January 5th [5]** 942/12 1018/25 1027/13 1028/3 1032/13
**Jen [35]** 959/3 964/2 968/25 969/23 970/10 973/3 975/8 978/6 982/12 982/19 983/3 983/11 983/16 983/23 986/5 989/14 990/13 991/6 991/9 1063/8 1063/11 1063/16 1063/18 1063/19 1065/4 1066/4 1066/14 1067/11 1068/1 1070/19 1073/11 1079/12 1097/11 1097/18 1102/5
**Jenn [14]** 999/7 999/10 999/12 999/21 999/21 1001/14 1001/22 1002/9 1002/11 1003/6 1025/25 1030/4 1031/3 1031/7
**JENNIFER [22]** 906/8 907/6

**J**

**JENNIFER... [20]**  909/17 918/13 928/12 929/24 930/6 930/22 931/12 931/17 933/21 959/5 959/17 960/9 965/3 968/14 970/18 973/18 973/19 974/13 977/11 977/22
**Jeremy [2]**  913/25 918/15
**JFK [2]**  1129/15 1129/16
**job [1]**  1077/20
**jobs [1]**  1096/15
**JOHN [2]**  906/17 998/10
**join [1]**  1069/20 1070/7 1070/15
**joined [4]**  964/11 977/7 1069/7 1070/22
**joking [1]**  1045/17
**JOLENE [1]**  907/8
**Joyce [6]**  923/24 942/13 945/11 955/6 955/8 1065/21
**JUDGE [17]**  906/12 908/2 1009/19 1009/22 1011/11 1057/17 1059/13 1064/2 1072/17 1096/3 1108/8 1108/18 1109/11 1109/12 1109/22 1110/1 1110/6
**Judge Cogan [1]**  908/2
**July [5]**  1074/8 1099/5 1099/12 1103/17 1106/3
**July 14th [1]**  1074/8
**June [9]**  1067/2 1067/11 1068/8 1068/16 1068/23 1072/1 1099/9 1153/25 1156/1
**June 2014 [1]**  1156/1
**June 27th [1]**  1068/23
**June 28th [1]**  1068/16
**June 29th [1]**  1072/1
**June 2nd [3]**  1067/2 1067/11 1068/8
**June 3rd [1]**  1153/25
**jurors [1]**  1074/2
**jury [44]**  906/13 908/1 908/8 908/9 909/5 910/13 920/13 950/2 1005/22 1006/2 1006/10 1006/11 1007/13 1008/16 1009/6 1009/21 1010/4 1010/18 1058/1 1059/4 1059/5 1059/8 1073/14 1106/24 1108/1 1108/8 1109/17 1109/25 1110/2 1110/3 1118/4 1121/11 1128/23 1132/3 1148/9 1150/24 1153/21 1155/22 1169/4 1170/11 1170/22 1172/14 1172/19 1173/5
**jury's [4]**  932/11 936/17 1091/25 1124/5
**justice [2]**  976/13 976/21

**K**

**Kandy [2]**  1105/6 1105/7
**Katarina [1]**  916/9
**KATHERINE [1]**  907/4
**Katie [9]**  1068/19 1068/21 1069/7 1070/7 1070/12 1070/20 1071/24 1073/9

**Kato [3]**  1125/21 1129/24 1146/14
**Kearney [1]**  1116/7
**keep [7]**  1005/18 1032/6 1064/1 1109/10 1123/8 1147/13 1165/6
**kept [4]**  1130/19 1163/13 1168/17 1168/19
**key [4]**  931/12 1161/6 1161/11 1172/15
**Khalid [6]**  1102/18 1102/19 1103/1 1103/7 1103/25 1104/1
**Khalid's [1]**  1103/2
**kid [3]**  943/19 944/1 944/8
**kidding [2]**  1109/12 1109/13
**killed [1]**  1108/9
**Kim [6]**  1125/21 1130/19 1133/11 1133/14 1146/14 1146/17
**Kimberly [4]**  1129/24 1129/25 1132/18 1132/20
**kiss [1]**  1043/4
**knee [1]**  948/9
**knowing [1]**  980/12
**knowingly [1]**  990/4

**L**

**La [1]**  952/21
**La Guardia [1]**  952/21
**lack [1]**  1046/22
**ladies [6]**  909/7 1005/17 1057/22 1059/10 1106/23 1170/3
**LaGuardia [3]**  930/17 939/9 945/15
**laid [1]**  1166/6
**Land [1]**  1098/4
**landed [2]**  982/11 1130/14
**landing [1]**  930/23
**language [5]**  949/7 1002/22 1017/24 1018/2 1063/7
**Las [3]**  1095/25 1096/8 1096/15
**late [7]**  965/4 1014/5 1014/6 1014/8 1048/25 1070/13 1101/18
**Laugh [1]**  1035/7
**laughing [3]**  957/14 979/12 1034/10
**LAVIGNE [2]**  907/8 1175/4
**LAVIGNE-ALBERT [2]**  907/8 1175/4
**law [1]**  961/22
**lawsuit [35]**  925/2 925/16 934/2 957/19 958/16 961/9 963/21 964/4 964/8 964/11 964/13 965/6 966/12 966/15 967/16 967/20 968/16 971/10 974/17 975/25 976/1 976/2 976/18 977/7 977/10 978/1 978/23 980/9 980/11 980/12 980/17 1021/24 1087/12 1113/23 1118/7
**lawyer [4]**  912/11 912/17 914/5 1109/14

**lawyers [3]**  925/2 1108/3 1117/4
**layer [2]**  1108/11 1108/11
**LDK [1]**  1034/6
**leading [1]**  1082/8
**leads [1]**  994/2
**leaned [1]**  1130/22
**learn [1]**  1120/20
**learned [1]**  1119/6
**least [9]**  965/10 975/12 975/17 981/14 981/15 1053/14 1081/7 1123/23 1172/1
**leave [10]**  934/25 952/21 984/2 994/23 1072/15 1141/3 1142/5 1142/8 1147/14 1166/16
**leaves [2]**  991/9 1005/25
**leaving [2]**  955/24 956/1
**led [4]**  935/6 937/11 1006/12 1032/24
**left [25]**  934/10 934/13 936/3 938/14 941/8 944/23 950/10 983/23 1006/24 1009/16 1017/11 1033/13 1038/21 1046/13 1047/25 1060/25 1061/22 1076/2 1076/10 1080/6 1104/3 1108/22 1112/18 1157/21 1161/6
**left-hand [3]**  1033/13 1076/2 1076/10
**legs [3]**  1138/21 1139/6 1166/3
**length [1]**  1010/3
**letter [1]**  1159/16
**letters [1]**  1042/14
**level [1]**  1125/14
**LI [1]**  907/8
**license [1]**  924/24
**licensed [1]**  925/1
**lie [2]**  1050/2 1102/24
**lied [1]**  1051/24
**life [10]**  966/7 980/5 1056/9 1085/20 1091/1 1122/21 1125/18 1144/7 1157/12 1163/9
**light [1]**  1047/12
**lighter [3]**  1046/18 1046/25 1132/23
**likely [1]**  992/21
**limited [1]**  1070/1
**limitless [1]**  1059/16
**LINDA [1]**  907/11
**LindaDan226 [1]**  907/12
**line [8]**  920/2 920/2 955/2 1002/13 1030/19 1030/21 1123/13 1124/2
**lines [6]**  914/16 921/3 999/6 1002/1 1002/13 1154/18
**lingerie [2]**  1125/8 1148/4
**lips [1]**  1137/18 1167/18
**list [1]**  1151/10
**Listen [2]**  1156/21 1156/25
**listened [1]**  1156/11
**literally [2]**  1152/1 1156/7
**litigation [2]**  1003/18

**L**

litigation... **[1]**  1105/18
**LLP [3]**  906/19 907/2 907/6
**lobby [3]**  1160/13 1160/14
 1160/14
located **[2]**  983/15 1099/22
location **[1]**  930/21
**LOL [4]**  910/17 979/18 1035/5
 1035/6
long-term **[1]**  966/17
looked **[9]**  993/7 994/8
 1004/9 1004/9 1004/13 1097/1
 1105/15 1153/2 1172/6
looks **[1]**  962/7
**Loredana [12]**  1162/2 1162/7
 1162/8 1162/10 1162/11
 1162/12 1162/14 1162/19
 1162/22 1166/21 1167/9
 1169/19
lost **[1]**  1109/18
loud **[4]**  911/18 979/12
 1035/7 1111/11
love **[31]**  960/9 964/2 977/22
 978/11 978/18 1016/13
 1017/14 1029/23 1039/2
 1039/19 1042/1 1071/13
 1072/22 1089/10 1089/14
 1089/20 1090/15 1100/18
 1101/16 1103/13 1104/25
 1122/17 1122/19 1123/13
 1123/14 1123/16 1127/18
 1127/22 1143/8 1147/5 1148/5
loved **[10]**  1016/6 1016/16
 1017/13 1018/7 1028/17
 1073/1 1080/9 1080/24
 1081/14 1090/5
lower **[1]**  1112/14
luckily **[1]**  1034/5
lunch **[4]**  1057/16 1057/25
 1058/3 1061/25
lying **[2]**  912/23 971/13
**Lynee [1]**  916/20
**Lynne [3]**  916/17 916/19
 916/21
**LYTELL [6]**  906/3 909/2
 909/13 910/4 910/15 972/16

**M**

**M2 [1]**  914/10
**M3 [2]**  986/23 986/25
ma'am **[4]**  922/2 977/2 982/17
 1114/16
mad **[2]**  999/10 1000/3
**Mag [2]**  1105/6 1105/7
magazine **[3]**  1105/8 1105/10
 1117/3
magazines **[1]**  1125/11
mail **[24]**  1120/9 1121/7
 1121/10 1121/11 1121/14
 1122/3 1122/8 1122/9 1122/11
 1122/13 1122/16 1123/5
 1123/23 1126/1 1127/3 1127/4
 1127/5 1129/1 1130/11 1143/6
 1143/7 1143/11 1143/16
 1143/17
mailed **[2]**  1120/6 1121/2

mailing **[1]**  1120/5
makeup **[7]**  1045/12 1045/13
 1101/24 1102/6 1102/8
 1102/10 1102/22
**Maldives [9]**  1077/13 1077/14
 1099/10 1099/17 1099/20
 1102/11 1103/5 1103/22
 1104/18
**Mama [1]**  963/25
man **[8]**  927/4 992/23 993/5
 1002/5 1002/6 1103/5 1119/14
 1153/4
**Mandarin [7]**  1128/15 1128/21
 1128/22 1128/24 1129/18
 1146/18 1151/21
**MANDEEP [1]**  906/17
**Manhattan [3]**  974/7 993/2
 1129/17
manner **[1]**  1168/5
**March [10]**  906/7 952/20
 1044/21 1048/3 1048/7
 1048/19 1048/20 1051/13
 1056/14 1174/10
**March 20th [1]**  1048/3
**March 24th [3]**  1048/7
 1048/19 1048/20
**March 29 [1]**  1174/10
mark **[5]**  1056/23 1061/8
 1062/5 1089/20 1089/20
marks **[5]**  1039/19 1075/4
 1075/5 1075/8 1075/8
marshal **[1]**  1172/11
masking **[2]**  1135/3 1135/4
material **[2]**  1088/14 1150/16
materials **[3]**  1003/19 1004/6
 1004/10
matter **[3]**  1046/19 1047/5
 1074/5
**Maxim [4]**  1125/8 1125/9
 1148/3 1148/4
**May 19th [2]**  1153/9 1153/12
**May 2017 [1]**  916/15
**McDONALD [60]**  906/20 923/8
 967/7 999/5 1002/3 1002/21
 1004/24 1006/3 1007/16
 1010/10 1010/25 1011/4
 1011/10 1012/6 1013/4 1014/4
 1015/7 1017/12 1019/4
 1020/23 1023/2 1023/18
 1025/1 1026/14 1028/2
 1029/16 1030/18 1032/2
 1032/4 1032/11 1033/5 1034/3
 1035/11 1036/3 1036/13
 1037/10 1038/23 1041/3
 1042/7 1043/3 1044/24 1045/5
 1046/12 1048/2 1048/23
 1050/15 1052/8 1053/2
 1057/15 1063/25 1072/11
 1079/24 1084/2 1090/19
 1096/2 1098/20 1108/4 1110/5
 1175/8 1175/9
mean **[47]**  914/1 917/14 927/9
 933/11 956/12 959/14 960/16
 963/16 964/10 973/5 976/21
 978/10 978/20 979/19 989/2
 1000/16 1001/4 1008/18

 1023/23 1031/10 1034/23
 1035/6 1046/3 1065/15
 1071/16 1075/16 1091/22
 1092/20 1092/23 1101/1
 1105/9 1106/12 1113/15
 1113/19 1116/23 1119/21
 1127/22 1127/25 1130/14
 1131/2 1131/16 1134/9
 1141/25 1147/4 1161/7
 1166/10 1167/15
meaning **[3]**  979/21 1001/4
 1038/5
means **[6]**  988/7 988/24 990/5
 1002/18 1045/7 1125/22
meant **[7]**  982/24 1015/4
 1094/6 1123/2 1127/24 1149/5
 1154/24
mechanical **[1]**  907/14
media **[1]**  963/22
medicine **[1]**  1133/10
meet **[18]**  913/4 925/10 927/5
 928/5 934/24 935/1 935/10
 940/4 955/17 983/16 990/24
 991/1 1002/23 1069/1 1119/14
 1146/9 1155/25 1158/16
meeting **[8]**  913/12 982/25
 983/19 1111/19 1111/20
 1119/25 1147/8 1158/18
meetings **[1]**  1111/21
memories **[1]**  1090/24
memory **[16]**  919/3 944/22
 1124/19 1124/25 1126/4
 1129/3 1141/9 1141/11
 1141/13 1143/18 1146/9
 1149/4 1153/5 1160/11 1161/3
 1162/17
meningitis **[14]**  1049/16
 1049/25 1050/3 1050/21
 1050/24 1051/5 1051/7
 1051/12 1051/17 1051/21
 1051/22 1054/21 1056/15
 1056/15
menstrual **[1]**  997/19
mention **[2]**  1172/6 1172/11
mentioned **[6]**  936/1 1010/11
 1135/25 1138/9 1162/5
 1173/15
mercy **[2]**  1135/15 1135/18
mess **[2]**  960/13 1101/17
message **[92]**  909/22 911/15
 911/23 968/14 977/11 1006/12
 1006/14 1012/2 1013/2 1014/2
 1014/25 1015/16 1015/19
 1016/8 1017/10 1017/16
 1018/5 1019/2 1019/5 1020/22
 1022/24 1022/24 1023/16
 1023/16 1024/6 1025/6
 1025/13 1026/12 1027/25
 1028/6 1028/12 1028/14
 1029/20 1029/23 1033/4
 1033/12 1033/17 1034/1
 1035/9 1036/10 1037/7
 1037/19 1038/20 1038/24
 1039/18 1040/7 1042/5
 1042/13 1045/2 1045/24
 1047/25 1052/10 1054/24

**M**

message... **[39]** 1055/20 1055/22 1057/3 1059/25 1060/1 1060/17 1061/7 1062/19 1062/22 1072/2 1072/6 1074/9 1075/12 1076/10 1076/10 1076/20 1080/6 1081/16 1082/17 1083/9 1084/10 1087/20 1089/8 1090/20 1091/11 1092/11 1093/12 1093/12 1093/13 1094/4 1094/5 1095/17 1100/14 1103/10 1103/14 1103/21 1104/3 1108/12 1150/23

messages **[31]** 909/17 910/5 910/25 911/2 911/3 925/9 1003/25 1004/3 1005/3 1006/5 1006/9 1018/24 1022/1 1030/4 1032/23 1039/13 1044/20 1050/17 1053/20 1060/9 1061/22 1061/24 1065/6 1065/16 1076/2 1076/3 1089/15 1091/9 1091/24 1113/16 1155/10

messed **[1]** 1063/14

met **[32]** 913/9 925/16 931/22 934/17 938/25 942/3 942/4 942/14 955/18 961/13 976/25 977/5 983/11 984/18 985/18 985/23 991/24 1002/5 1002/24 1014/14 1014/18 1037/14 1054/1 1068/23 1075/24 1102/7 1110/23 1117/8 1128/19 1144/11 1146/13 1146/14

Metropolitan **[1]** 982/24

MIA **[4]** 906/3 909/2 921/21 972/16

mic **[1]** 1148/23

MICHAEL **[1]** 907/4

Michelle **[7]** 1129/24 1129/25 1146/14 1146/17 1151/18 1151/19 1152/8

microphone **[6]** 911/17 918/9 943/22 1011/10 1059/12 1115/6

middle **[1]** 1146/21

midtown **[1]** 993/2

might **[9]** 974/16 997/12 1078/5 1098/18 1103/3 1106/20 1120/23 1148/13 1173/18

mind **[7]** 980/15 1008/7 1024/19 1090/18 1109/6 1109/10 1170/7

mine **[2]** 1068/22 1150/2

MINHAS **[1]** 906/17

minute **[8]** 959/11 979/3 979/3 979/4 979/8 994/15 997/10 1107/5

minutes **[35]** 931/2 931/7 931/15 932/25 934/8 936/13 937/9 937/23 944/4 965/2 983/7 984/9 984/11 984/16 996/19 1005/20 1009/16

1009/17 1016/9 1028/22 1037/22 1054/14 1055/24 1056/6 1057/16 1075/2 1076/4 1076/4 1090/7 1108/14 1109/21 1141/15 1155/7 1162/15 1162/16

mischaracterizes **[1]** 1019/21

misreading **[1]** 962/14

missed **[6]** 978/4 978/6 1049/13 1067/7 1067/9 1113/8

misspoke **[1]** 962/17

model **[8]** 1088/4 1116/9 1116/16 1116/21 1116/24 1125/9 1125/18 1148/3

modeling **[9]** 965/5 1077/23 1087/22 1087/25 1099/16 1100/7 1154/19 1156/4 1158/22

models **[6]** 927/5 927/24 1125/10 1148/4 1152/7 1153/1

molest **[1]** 943/20

molested **[7]** 941/4 941/18 943/25 1029/5 1111/22 1113/1 1131/17

molesting **[3]** 944/8 1025/7 1025/18

moment **[14]** 917/3 925/14 931/23 982/2 994/10 998/23 1038/1 1038/15 1107/2 1148/23 1151/6 1155/14 1164/18 1164/24

moments **[1]** 1038/14

Monday **[1]** 930/11

money **[27]** 910/18 910/21 915/20 974/25 975/22 975/25 976/2 976/6 976/7 976/12 976/14 976/18 976/22 1008/9 1012/23 1094/13 1101/1 1101/13 1101/16 1102/5 1142/4 1142/6 1143/20 1157/12 1157/22 1159/11 1159/12

month **[1]** 939/9

months **[2]** 912/24 1155/11

MOORE **[5]** 906/3 910/5 910/16 920/10 972/16

morning **[30]** 908/4 909/7 909/13 909/14 909/15 911/13 911/14 923/21 931/3 961/6 967/8 981/7 984/22 1005/17 1009/7 1029/17 1061/13 1062/2 1070/25 1089/13 1089/24 1090/8 1090/14 1093/14 1093/14 1093/15 1094/23 1144/7 1147/17 1170/8

mortuum **[1]** 1108/4

most **[6]** 957/10 957/11 981/10 1030/5 1096/13 1123/15

mouth **[17]** 941/13 981/9 1067/17 1092/13 1093/4 1137/4 1137/9 1137/12 1137/14 1137/20 1139/4 1167/11 1167/13 1167/20 1167/22 1167/25 1168/2

move **[20]** 910/7 929/4 931/24 954/16 957/23 963/11 964/17 965/9 1072/18 1072/19 1098/21 1121/17 1126/16 1128/2 1142/17 1144/16 1150/7 1153/15 1157/17 1159/3

moved **[2]** 1134/25 1140/5

movies **[2]** 1022/10 1022/13

Mr. Balestriere **[5]** 1007/10 1010/3 1013/23 1040/3 1127/8

Mr. Grover **[1]** 1004/16

Mr. McDonald **[10]** 923/8 1006/3 1007/16 1011/10 1032/4 1063/25 1072/11 1079/24 1108/4 1110/5

Mr. Powers **[1]** 934/4

Mr. Rubin **[209]**

Mr. Rubin's **[3]** 915/6 1076/10 1118/15

Mr. Saland **[4]** 912/23 913/4 913/12 913/20

Ms. Cay **[3]** 926/25 927/13 927/20

Ms. Hassen **[2]** 1170/20 1173/19

Ms. Hassen's **[1]** 1170/23

Ms. Hopper **[2]** 1008/8 1059/19

Ms. Lytell **[3]** 909/13 910/4 910/15

Ms. Moore **[2]** 910/16 920/10

Ms. Nation **[1]** 1073/17

Ms. Powers **[14]** 914/17 914/21 925/13 928/14 928/19 928/22 931/18 931/20 934/6 934/11 934/13 939/21 1113/24 1171/4

Ms. Powers's **[1]** 1118/16

Ms. Reed **[3]** 1119/19 1121/11 1121/12

Ms. Saydah **[45]** 914/10 916/24 919/23 929/2 929/13 930/8 931/24 932/7 932/15 933/13 936/14 939/3 942/6 945/7 1111/13 1112/9 1122/4 1123/6 1126/7 1126/24 1128/2 1128/13 1129/8 1144/3 1144/17 1146/7 1146/12 1146/22 1147/13 1149/15 1150/18 1150/23 1151/2 1154/10 1155/13 1156/19 1157/6 1157/18 1158/1 1158/10 1159/1 1160/5 1162/3 1164/22 1165/15

Ms. Shon **[7]** 927/20 927/22 928/8 934/4 934/19 935/15 936/2

MUAH **[1]** 1043/4

muddled **[2]** 912/14 912/21

MULLIN **[1]** 907/2

mutual **[1]** 933/16

**N**

naked **[4]** 1008/5 1012/11 1036/20 1167/10

**N**

**name [18]**   912/7 914/17 923/23 932/13 964/14 967/17 984/3 987/3 1102/6 1102/7 1102/17 1115/14 1118/21 1119/15 1119/17 1129/23 1129/24 1162/5
**named [3]**   926/4 1070/9 1118/20
**names [5]**   949/8 949/9 1096/18 1130/1 1171/10
**Nancy [1]**   916/12
**narcotic [1]**   1133/10
**NATASHA [1]**   906/4
**Nation [10]**   1068/19 1068/21 1069/7 1070/7 1070/12 1070/20 1071/24 1073/9 1073/12 1073/17
**nature [1]**   1091/14
**naughty [1]**   920/7
**nd [1]**   1143/7
**NDA [8]**   928/5 931/21 932/8 960/17 961/18 972/21 983/12 985/9
**near [3]**   924/6 1089/5 1134/21
**Nearly [1]**   1155/21
**need [32]**   908/7 908/8 912/2 918/18 935/7 956/15 959/7 959/21 962/4 970/16 970/25 975/8 1023/4 1023/22 1024/3 1024/6 1024/14 1065/22 1100/15 1102/2 1127/13 1154/17 1155/4 1157/12 1157/12 1157/22 1157/23 1158/6 1159/11 1159/12 1165/23 1173/21
**needed [4]**   931/22 933/16 1102/21 1143/20
**nerves [2]**   919/18 919/21
**nervous [3]**   912/20 918/6 918/10
**never [18]**   971/3 976/8 985/18 1001/25 1002/4 1002/23 1026/16 1027/1 1029/3 1029/8 1039/13 1047/10 1051/7 1051/22 1090/18 1108/8 1109/19 1134/2
**New York [27]**   996/4 1011/9 1011/12 1012/19 1012/19 1012/22 1013/20 1013/23 1014/15 1014/21 1023/10 1026/1 1026/9 1027/15 1027/21 1030/1 1036/7 1044/21 1048/6 1048/7 1050/6 1112/2 1115/21 1120/17 1120/20 1128/20 1129/12
**newspaper [2]**   957/19 958/16
**next [104]**   908/12 921/23 922/3 944/5 947/4 948/19 949/21 960/14 962/7 962/25 969/16 979/1 979/2 983/14 989/4 995/7 998/13 1000/24 1002/20 1006/15 1013/2 1013/2 1015/16 1017/8 1018/5

1018/21 1020/20 1023/13 1023/20 1028/6 1028/14 1029/17 1029/20 1029/23 1030/1 1033/12 1033/17 1035/1 1036/1 1039/18 1043/7 1044/21 1045/24 1046/10 1054/24 1055/20 1055/20 1056/8 1057/3 1057/15 1060/17 1061/12 1061/18 1061/21 1062/2 1062/17 1068/16 1070/25 1071/12 1071/21 1072/1 1072/10 1073/11 1073/22 1075/24 1076/9 1081/3 1089/19 1090/14 1090/14 1090/15 1097/11 1100/20 1100/25 1101/21 1102/4 1103/14 1104/6 1107/10 1109/10 1113/9 1114/12 1114/22 1120/1 1124/2 1125/6 1131/4 1132/16 1133/14 1133/24 1134/17 1136/11 1137/1 1138/4 1139/20 1140/14 1143/11 1148/17 1148/21 1155/11 1157/11 1163/12 1164/15 1168/4
**nice [6]**   910/17 910/21 915/13 1087/17 1088/23 1152/13
**night [31]**   938/17 944/24 952/5 955/14 955/23 998/2 1003/3 1017/19 1018/6 1021/6 1021/7 1021/14 1029/20 1033/6 1057/11 1060/23 1061/17 1063/13 1064/7 1068/19 1070/8 1070/20 1071/14 1071/22 1072/4 1073/7 1075/23 1087/14 1093/17 1093/20 1171/22
**nights [1]**   1090/10
**nine [3]**   924/3 1109/4 1110/19
**nipple [3]**   1123/20 1146/25 1147/3
**nipples [1]**   1148/14
**nobody [6]**   973/8 973/9 996/9 1027/21 1153/2 1161/4
**noise [1]**   1005/19
**non [2]**   1095/14 1108/4
**non-provocative [1]**   1095/14
**None [1]**   1173/18
**nonetheless [2]**   933/1 953/7
**north [1]**   924/7
**note [2]**   964/1 1154/9
**noted [2]**   1007/24 1059/3
**notes [1]**   1147/18
**nothing [21]**   967/3 993/22 1001/10 1003/9 1008/5 1008/9 1010/13 1032/3 1032/12 1056/20 1071/14 1077/20 1087/11 1088/3 1089/3 1095/23 1098/13 1098/25 1106/2 1114/20 1174/5
**notice [3]**   1033/16 1033/16 1033/19
**notice any [1]**   1033/16

**noticed [2]**   1033/22 1130/18
**notwithstanding [1]**   942/1
**November [22]**   939/9 959/3 961/6 962/8 962/22 963/4 968/11 968/12 974/9 1004/4 1013/24 1018/25 1020/14 1021/10 1081/24 1088/16 1089/4 1089/11 1089/13 1112/1 1112/13 1112/21
**November 13th [2]**   939/9 1112/1
**November 14th [2]**   1112/13 1112/21
**November 17th [1]**   1020/14
**number [8]**   1022/8 1082/8 1085/12 1109/4 1109/4 1112/14 1151/5 1151/11
**numerous [1]**   1077/6
**NY [1]**   907/3

**O**

**o'clock [6]**   983/9 984/13 987/17 1015/14 1028/9 1089/13
**O3 [4]**   965/10 965/16 979/13 979/14
**Oasis [3]**   1086/16 1103/15 1103/17
**object [3]**   986/20 1005/8 1010/15
**objection [60]**   910/8 912/8 912/18 912/25 914/2 918/1 918/24 918/25 920/15 921/7 921/17 929/6 932/1 954/2 954/18 954/21 957/24 958/2 964/19 964/20 965/13 965/14 974/2 974/11 975/2 976/23 982/2 982/4 983/25 985/3 989/22 998/16 998/23 998/25 1000/4 1005/10 1005/14 1019/21 1020/2 1041/20 1050/10 1051/25 1075/22 1087/1 1087/7 1092/17 1121/19 1121/23 1126/18 1126/19 1131/25 1142/19 1142/20 1150/8 1150/10 1150/11 1153/17 1156/14 1163/19 1164/4
**objections [3]**   1005/15 1007/24 1009/6
**observe [2]**   1132/12 1132/20
**observed [1]**   1133/11
**obviously [3]**   925/23 1049/6 1170/19
**occasion [5]**   988/15 988/20 1014/15 1075/19 1082/12
**occasions [3]**   957/4 957/9 1093/24
**occurred [2]**   975/16 1006/6
**occurrences [1]**   1008/6
**Ocean [1]**   1099/22
**October [11]**   916/10 929/16 930/1 930/11 932/20 933/24 965/22 1004/11 1011/5 1105/24 1173/14
**October 11th [2]**   929/16

**O**

October 11th... [1] 930/1
October 12th [2] 930/11 932/20
October 2015 [1] 1004/4
October 2016 [1] 916/10
odds [1] 1151/10
offended [2] 997/3 1029/1
offensive [6] 1017/2 1019/20 1020/12 1038/12 1080/13 1105/2
offer [2] 986/22 1005/6
offering [5] 970/18 971/2 1021/17 1023/7 1158/16
office [2] 975/20 977/5
old [7] 924/2 1098/9 1098/10 1110/18 1110/20 1115/18 1116/13
omitted [1] 1157/9
one's [1] 1129/24
online [1] 1117/3
open [9] 908/1 946/11 1006/2 1009/21 1059/4 1104/7 1108/1 1108/22 1109/25
opened [4] 936/7 941/12 1037/23 1161/15
opening [2] 957/1 1038/5
opportunity [7] 1007/20 1020/7 1021/23 1022/6 1022/7 1031/3 1031/7
order [2] 1071/20 1150/20
ordered [1] 943/13
Oriental [6] 1128/15 1128/21 1128/24 1129/18 1146/18 1151/21
original [1] 1150/23
originally [2] 924/4 991/1
Orlando [1] 1097/21
Otherwise [1] 1109/17
ought [2] 1172/18 1172/18
outfit [1] 1078/14
outfits [1] 1100/11
outlets [1] 1125/11
outside [4] 913/12 1137/9 1170/12 1170/16
overruled [11] 912/9 914/3 919/1 920/16 921/18 975/4 985/4 1000/5 1020/2 1041/21 1050/11
overwhelmed [1] 912/20
own [9] 987/20 988/7 988/11 996/10 1097/8 1097/15 1108/3 1117/24 1155/5
Oxycodone [8] 1133/8 1133/9 1133/25 1134/4 1134/8 1134/12 1143/20 1143/23

**P**

p.m [31] 964/1 965/1 983/14 983/23 1014/6 1014/8 1015/12 1015/20 1028/8 1028/9 1038/24 1059/3 1112/13 1125/24 1127/15 1129/2 1149/19 1156/20 1157/7 1157/9 1157/17 1158/2 1158/4 1158/4 1158/12 1158/13

1159/15 1159/24 1160/6 1160/24 1174/9
pack [2] 1082/18 1083/1
package [1] 1006/11
paddles [2] 1123/19 1148/16
page 1 [2] 1010/23 1128/4
page 108 [1] 1060/8
page 113 [2] 1062/19 1062/22
page 12 [1] 1022/23
page 128 [1] 1071/1
page 129 [1] 1071/21
page 131 [1] 1074/6
page 132 [1] 1074/22
Page 137 [1] 1075/12
page 150 [1] 1076/1
page 156 [1] 1076/18
page 18 [1] 1023/15
Page 182 [1] 1078/22
page 190 [1] 1080/5
page 191 [1] 1081/3
page 192 [1] 1081/8
page 2 [6] 998/4 1014/10 1014/24 1015/4 1030/15 1126/25
page 205 [1] 1082/16
page 207 [1] 1083/9
page 23 [1] 1024/14
page 25 [1] 1024/24
page 27 [1] 1026/11
page 29 [1] 1027/24
page 3 [2] 939/4 1015/4
Page 30 [1] 1029/12
page 38 [1] 1033/1
page 41 [1] 1035/8
page 46 [1] 1036/10
Page 47 [1] 1037/7
page 5 [2] 942/8 1112/15
page 51 [1] 1037/18
page 54 [1] 1042/4
page 55 [1] 1042/25
page 56 [1] 1044/23
page 6 [3] 1030/12 1030/14 1030/15
page 65 [1] 1045/20
page 73 [1] 1047/24
page 75 [1] 1048/20
page 8 [3] 945/8 1019/1 1160/6
page 95 [1] 1052/4
pageant [5] 1077/1 1077/2 1077/3 1077/16 1095/25
pageants [6] 1077/6 1077/15 1077/22 1078/1 1078/3 1095/20
pages [3] 957/25 1005/9 1009/6
paid [13] 915/22 915/24 920/10 928/4 938/19 957/6 1000/22 1003/16 1030/9 1032/17 1043/15 1054/16 1081/22
pain [1] 1133/10
pandemic [1] 1173/24
pants [1] 1167/8
paper [5] 931/21 972/25 973/7 973/11 1010/5

Paradise [3] 1099/12 1100/4 1100/22
paragraph [8] 987/3 989/5 990/2 990/15 1125/6 1146/21 1148/17 1148/21
paragraphs [2] 933/15 989/16
Pardon [13] 986/12 994/21 994/25 1019/11 1027/11 1032/15 1040/23 1055/18 1069/18 1073/4 1076/24 1095/10 1099/25
parents [1] 1098/8
part [13] 954/25 965/19 965/20 980/13 1013/14 1018/2 1034/17 1040/18 1044/11 1097/17 1102/3 1135/6 1136/15
participants [2] 1013/16 1100/10
participated [2] 1077/6 1095/21
participating [1] 1095/25
participation [3] 989/6 990/3 990/8
parties [4] 915/22 925/13 1003/19 1172/8
pass [1] 1071/17
passed [2] 1049/13 1057/1
passionate [1] 1127/25
past [1] 1047/21
patience [1] 1150/15
patrons [1] 1086/25
Pause [3] 982/3 998/24 1132/2
pay [11] 910/17 910/21 911/25 993/13 1000/21 1001/14 1027/17 1100/16 1100/17 1101/2 1103/2
paying [2] 1102/21 1170/9
payment [2] 988/2 1010/11
payments [1] 929/1
PayPal [2] 1002/15 1073/12
pays [1] 1030/7
PDF [1] 1112/14
penetrated [4] 1140/16 1140/21 1141/7 1141/8
penis [1] 1140/20
penthouse [39] 930/19 930/20 930/21 930/23 934/6 935/21 936/4 936/6 938/14 939/15 939/16 939/17 939/23 940/1 940/3 941/9 941/11 942/19 942/24 943/4 943/14 943/15 944/24 945/21 946/22 952/5 984/6 984/9 984/15 985/2 985/6 1069/7 1069/21 1070/2 1070/8 1125/8 1160/16 1160/16 1160/18
percuit [1] 1108/4
perfect [3] 1080/9 1080/25 1081/17
perfectly [1] 978/24
performed [1] 1036/16
period [12] 997/21 1004/4 1005/3 1022/4 1022/15 1033/9 1034/5 1077/22 1086/24

**P**

**period... [3]** 1091/10 1097/7 1106/15
**permission [13]** 937/19 941/19 947/7 948/11 949/1 951/6 952/3 1135/8 1137/25 1139/9 1140/22 1166/18 1168/8
**person [9]** 926/25 934/17 968/2 988/15 988/21 1000/25 1120/25 1152/14 1153/9
**personal [2]** 1131/7 1131/15
**personality [3]** 1119/23 1121/5 1125/1
**persuaded [1]** 1011/15
**peruse [1]** 1008/19
**pet [2]** 1049/14 1125/8
**phone [9]** 907/11 928/13 1097/8 1097/8 1118/22 1119/6 1119/24 1121/14 1151/11
**photo [8]** 936/19 965/25 980/2 1012/21 1087/21 1099/11 1100/5 1165/7
**photo's [1]** 1165/21
**photo-shoot [1]** 1099/11
**photograph [10]** 979/23 980/1 1012/7 1012/9 1021/22 1074/11 1088/9 1094/10 1095/14 1095/14
**photographs [6]** 1008/14 1008/15 1008/23 1022/8 1022/14 1100/6
**photos [4]** 1008/5 1045/25 1046/3 1046/3
**physical [3]** 950/13 1040/16 1123/14
**physically [2]** 948/23 1032/12
**pick [1]** 1109/2
**pics [1]** 1147/7
**picture [2]** 1087/23 1105/13
**pictures [4]** 1022/16 1022/17 1022/17 1120/23
**piece [1]** 931/21
**pill [7]** 1056/25 1063/13 1132/22 1133/2 1133/5 1133/18 1136/22
**pills [17]** 955/18 955/23 956/11 1064/4 1064/10 1065/7 1065/10 1065/12 1065/13 1065/15 1065/17 1065/18 1065/19 1066/19 1066/19 1145/9 1145/10
**pink [1]** 1134/25
**pins [1]** 957/13
**pissed [1]** 1056/9
**place [14]** 912/24 915/5 941/21 944/12 949/22 954/6 955/14 957/9 1038/25 1054/12 1068/16 1073/16 1110/25 1129/10
**placed [2]** 996/16 1093/4
**placing [1]** 1080/20
**PLAINTIFF [1]** 1176/2
**Plaintiff's [4]** 952/17 953/21 954/17 956/5

**plaintiffs [12]** 906/6 906/15 921/23 921/25 925/15 954/16 1114/13 1118/3 1118/6 1118/9 1118/12 1171/8
**plaintiffs' [15]** 929/4 929/9 929/12 931/25 932/4 936/15 939/4 954/23 1063/1 1097/14 1111/14 1114/12 1121/18 1121/25 1164/23
**Plaintiffs' 117B [1]** 931/25
**Plaintiffs' 14 [3]** 929/4 929/12 939/4
**Plaintiffs' 3 [2]** 936/15 1164/23
**plan [2]** 1125/23 1171/23
**plane [6]** 919/20 931/4 984/21 984/24 1067/7 1067/9
**planned [1]** 993/20
**planning [4]** 992/21 1048/6 1082/11 1098/4
**play [24]** 1013/12 1013/16 1017/20 1018/3 1018/7 1025/7 1025/17 1026/19 1026/20 1029/9 1037/23 1038/2 1038/14 1040/13 1047/17 1074/20 1074/24 1075/11 1104/10 1104/12 1113/12 1113/17 1113/20 1171/6
**Playboy [10]** 1116/21 1116/23 1117/3 1119/9 1125/8 1148/3 1148/3 1148/4 1152/7 1153/1
**playdate [2]** 1026/15 1026/20
**playful [3]** 927/12 986/3 993/14
**Playgirl [1]** 1125/9
**playing [6]** 1013/10 1029/9 1029/9 1037/11 1092/5 1113/18
**Playmate [1]** 1125/7
**Playmates [1]** 1156/9
**playtime [2]** 1013/6 1013/9
**Plaza [1]** 907/3
**plenty [2]** 990/23 1157/10
**plus [2]** 1148/4 1148/4
**point [52]** 912/22 914/21 919/6 919/8 934/13 937/13 938/10 940/3 941/23 964/5 974/10 975/16 993/25 994/23 997/19 997/25 1001/1 1034/5 1045/14 1061/9 1063/20 1079/17 1082/22 1086/21 1088/1 1089/1 1094/19 1106/3 1108/12 1109/18 1109/19 1120/13 1123/23 1125/18 1135/16 1135/24 1136/15 1137/23 1139/12 1140/15 1141/1 1143/19 1147/11 1153/13 1158/17 1159/15 1160/3 1163/14 1169/17 1170/25 1171/24 1173/4
**points [3]** 1042/2 1045/15 1109/8
**pool [1]** 1096/24
**portion [3]** 914/13 965/10 965/20
**portions [1]** 968/11

**posed [1]** 918/19
**position [1]** 1166/19
**positioned [3]** 1135/24 1136/7 1138/15
**possibilities [1]** 989/17
**possible [5]** 1044/23 1045/9 1153/4 1173/15 1173/20
**possibly [2]** 1045/10 1153/1
**post [1]** 917/6
**posted [2]** 1105/11 1105/12
**potential [2]** 1007/14 1010/11
**potentially [1]** 989/7
**pounds [1]** 1168/19
**POWERS [80]** 906/8 907/6 909/17 914/17 914/21 918/13 925/13 928/12 928/14 928/19 928/22 929/24 930/6 930/22 931/12 931/17 931/18 931/20 933/21 934/4 934/6 934/11 934/13 939/21 955/1 955/8 955/10 959/5 959/17 960/9 961/19 962/3 963/4 963/13 963/18 963/24 964/8 968/14 968/25 969/23 970/19 973/3 973/19 974/13 977/11 982/12 983/3 983/11 983/16 983/23 986/5 989/14 990/13 991/7 991/9 999/8 999/12 999/21 999/21 1002/9 1002/11 1003/7 1025/25 1030/4 1031/3 1031/7 1063/9 1063/11 1063/16 1063/19 1065/4 1066/14 1067/11 1068/1 1070/19 1073/11 1079/12 1097/11 1113/24 1171/4
**Powers' [1]** 959/10
**Powers's [1]** 1118/16
**preference [1]** 1169/23
**prejudicial [2]** 1005/12 1007/25
**preparation [1]** 1117/6
**prepare [1]** 925/4
**prepared [1]** 925/8
**prepped [1]** 934/5
**presence [2]** 908/8 908/9
**present [9]** 908/1 1006/2 1006/7 1008/17 1009/21 1059/4 1079/5 1108/1 1109/25
**presented [1]** 1007/7
**presiding [1]** 908/3
**press [3]** 1113/23 1132/25 1170/6
**presumably [1]** 1045/9
**pretty [3]** 1039/24 1046/13 1046/14
**prevent [2]** 1079/23 1105/20
**prevented [4]** 1077/21 1088/3 1095/24 1106/3
**preventing [1]** 1003/9
**previous [2]** 1013/22 1040/7
**previously [4]** 909/2 1038/17 1048/9 1061/23
**price [2]** 1055/2 1055/5
**private [1]** 1036/15
**probative [1]** 1009/1

**P**

**problem [2]** 1043/12 1171/17
**problems [3]** 1016/21 1148/22 1149/3
**proceed [4]** 909/10 923/16 980/12 1115/8
**proceeded [1]** 980/17
**Proceedings [2]** 907/14 1174/9
**produced [1]** 907/14
**proposed [2]** 1172/1 1172/8
**protecting [1]** 980/15
**protest [1]** 996/21
**proud [1]** 1087/21
**provisionally [1]** 1007/12
**provocative [6]** 980/1 980/3 1012/9 1074/14 1074/15 1095/14
**psychological [4]** 953/14 953/16 960/4 966/18
**publish [1]** 910/12
**published [55]** 910/14 914/15 917/1 920/1 936/16 999/4 1010/24 1012/3 1014/3 1014/11 1015/1 1015/6 1015/18 1017/9 1017/18 1019/3 1020/21 1023/1 1023/17 1023/21 1024/25 1026/13 1028/1 1029/15 1030/13 1030/17 1033/2 1033/14 1034/2 1035/10 1036/2 1036/12 1037/9 1037/20 1038/22 1042/6 1043/2 1045/4 1045/22 1046/11 1048/1 1048/22 1052/7 1060/11 1063/5 1074/7 1112/4 1112/16 1116/25 1122/1 1126/23 1142/23 1143/4 1150/14 1170/22
**pull [2]** 918/9 943/21
**pulled [4]** 948/1 948/3 948/4 1122/23
**pulling [1]** 1123/1
**punch [1]** 1052/9
**purchase [3]** 1067/21 1068/1 1088/20
**purchased [4]** 1003/7 1067/11 1068/6 1070/19
**purpose [3]** 1012/22 1014/21 1022/20
**purposes [2]** 1006/7 1010/1
**pushed [2]** 948/9 950/20
**pussy [7]** 1024/7 1123/19 1146/25 1147/2 1148/14 1168/20 1168/20
**put [59]** 908/7 908/8 912/15 914/10 915/17 916/24 917/12 917/18 919/23 929/2 931/8 936/9 936/15 937/16 947/18 948/9 954/16 954/19 956/25 957/13 957/22 957/25 965/11 966/24 977/15 979/13 979/23 981/9 993/10 1006/5 1006/15 1007/18 1007/23 1067/17 1085/20 1111/13 1112/10 1121/20 1126/24 1133/16

1133/18 1136/5 1137/4 1137/9 1137/11 1137/14 1137/18 1140/4 1142/25 1162/3 1163/17 1163/24 1164/3 1164/6 1164/10 1165/14 1166/5 1169/5 1170/7
**PX [1]** 986/20
**PX12 [1]** 1063/4

**Q**

**Q3 [3]** 957/23 958/4 977/21
**questioned [1]** 1040/3
**questions [40]** 909/15 911/7 913/17 915/8 917/9 917/23 918/21 919/18 919/25 921/9 921/19 929/19 942/16 945/19 946/2 956/4 966/1 1057/19 1074/1 1082/6 1096/5 1106/20 1110/6 1110/9 1110/17 1111/16 1114/7 1123/4 1131/8 1131/15 1131/21 1143/15 1151/6 1160/23 1163/23 1165/1 1165/16 1165/23 1166/8 1167/4
**quick [3]** 964/2 1005/16 1154/14
**quickly [5]** 914/9 1029/14 1044/23 1045/20 1072/18
**quiet [2]** 962/4 975/8
**quit [1]** 1109/1
**quite [1]** 1140/11
**quotes [1]** 1148/1

**R**

**Raise [2]** 923/4 1114/17
**random [1]** 1152/14
**rape [1]** 953/25
**raped [1]** 1113/6
**rather [4]** 937/21 954/16 980/1 1007/17
**Raye [1]** 1122/9
**reach [2]** 964/7 1095/4
**reached [6]** 968/25 1070/12 1106/5 1106/9 1119/12 1155/15
**reaching [1]** 1025/3
**reaction [2]** 961/17 972/22
**read [22]** 926/1 932/23 968/16 969/1 980/24 985/15 986/8 986/14 986/17 987/12 988/17 1010/1 1020/24 1028/9 1147/23 1149/2 1153/21 1154/7 1154/14 1157/5 1158/3 1158/24
**reading [3]** 962/13 1126/1 1149/11
**ready [6]** 920/7 923/14 934/22 934/23 943/6 1021/9
**real [3]** 1021/9 1021/20 1121/8
**realize [1]** 1016/13
**really [54]** 950/17 953/13 955/24 985/15 1000/25 1007/6 1017/3 1046/18 1050/24 1051/11 1051/16 1055/23 1074/13 1076/8 1076/16

1087/21 1094/12 1108/3 1108/11 1121/7 1122/25 1123/1 1124/1 1126/3 1130/15 1134/2 1134/19 1134/19 1136/21 1139/13 1139/19 1139/24 1143/20 1144/10 1144/24 1145/1 1145/3 1145/9 1145/10 1147/10 1147/11 1154/17 1154/23 1155/4 1155/12 1157/19 1157/20 1158/14 1158/17 1159/11 1159/11 1167/25 1172/9 1173/18
**reason [2]** 1043/22 1044/11
**reasonable [1]** 1041/18
**rebuttal [2]** 1173/12 1173/17
**receive [1]** 1120/24
**received [32]** 910/9 910/10 929/8 929/9 932/2 932/4 954/22 954/23 958/3 958/4 964/21 964/22 965/15 965/16 981/25 982/5 982/6 986/24 986/25 999/1 999/2 1003/24 1121/24 1121/25 1126/20 1126/21 1142/21 1142/22 1150/12 1150/13 1153/18 1153/19
**receiving [1]** 967/23
**recess [4]** 1009/20 1058/2 1058/3 1109/23
**recognize [3]** 910/4 1004/25 1165/8
**recollection [8]** 937/2 953/24 957/12 961/5 983/22 1076/6 1089/22 1140/8
**reconsider [1]** 1155/6
**record [14]** 908/7 908/9 939/7 942/10 942/11 998/6 1073/14 1088/16 1112/1 1132/24 1137/17 1140/3 1166/4 1167/17
**recorded [1]** 907/14
**records [3]** 925/8 929/12 953/22
**red [2]** 919/14 1125/25
**redacted [1]** 920/2
**redirect [4]** 911/9 911/11 1110/11 1110/13
**redundant [1]** 1155/24
**Reed [5]** 1118/22 1119/19 1120/10 1121/11 1121/12
**refer [1]** 1010/2
**reference [4]** 932/8 1026/19 1104/10 1112/25
**referencing [1]** 1125/12
**referred [1]** 985/20
**referring [8]** 960/20 961/5 1013/9 1021/13 1033/20 1033/22 1054/20 1080/17
**reflect [5]** 1088/17 1137/17 1140/3 1166/4 1167/17
**reflecting [1]** 999/22
**reflects [1]** 1126/3
**refresh [4]** 983/22 1076/6 1089/21 1146/9
**regard [7]** 916/3 916/8

**R**

**regard... [5]** 916/11 916/16 1172/7 1172/16 1172/22
**regarding [4]** 913/16 939/10 957/19 1122/16
**regardless [1]** 1061/17
**regards [1]** 1119/25
**regular [1]** 1148/6
**rehab [1]** 1156/2
**related [1]** 928/8
**relation [2]** 948/23 1138/21
**relationship [12]** 927/5 927/6 927/8 927/10 927/24 1029/4 1079/17 1094/19 1094/22 1104/11 1104/20 1106/15
**relationships [1]** 968/20
**release [2]** 933/16 985/12
**Relevance [1]** 1005/11
**relevant [3]** 1008/22 1008/25 1009/2
**reluctant [1]** 1002/8
**remaining [1]** 1090/25
**remember [225]**
**remembered [2]** 937/13 1051/5
**repeatedly [1]** 1092/3
**repetitive [2]** 953/10 1171/13
**rephrase [3]** 913/1 954/3 974/12
**replied [2]** 911/5 1075/2
**reporter [2]** 907/11 1064/1
**reporting [1]** 999/14
**reports [1]** 945/9
**represented [1]** 988/11
**request [3]** 963/14 963/18 1079/14
**requesting [1]** 1061/2
**resolving [1]** 908/5
**respect [1]** 1008/14
**respond [14]** 963/25 1016/8 1016/9 1018/5 1020/17 1028/6 1039/4 1045/24 1049/9 1079/14 1113/18 1124/24 1144/8 1146/13
**responded [2]** 1090/5 1149/9
**responds [8]** 975/8 1039/21 1075/1 1079/7 1090/7 1091/5 1094/15 1146/9
**response [22]** 959/10 961/20 965/4 1015/15 1016/6 1028/15 1028/16 1028/25 1033/25 1042/1 1044/14 1045/16 1049/20 1052/10 1075/3 1080/8 1104/15 1144/6 1148/25 1149/7 1151/7 1157/17
**responses [1]** 1006/19
**responsible [2]** 956/15 1065/22
**rest [3]** 1062/5 1100/16 1170/25
**restaurant [18]** 926/24 935/4 940/4 940/6 941/8 955/17 955/25 956/1 984/3 991/22 993/2 1054/1 1054/5 1151/5

1151/13 1151/15 1151/16 1155/10
**restrained [6]** 1120/23 1166/2 1166/11 1166/23 1166/25 1167/3
**restraining [1]** 1166/14
**restroom [2]** 1151/17 1151/18
**resume [1]** 1174/9
**resumes [4]** 908/11 1010/21 1059/7 1109/24
**return [5]** 941/9 987/22 988/2 1013/20 1097/20
**returned [4]** 1011/5 1013/23 1014/18 1016/4
**reveal [3]** 1078/16 1078/19 1105/15
**revealed [2]** 980/18 1078/6
**revealing [1]** 1078/14
**review [4]** 1007/20 1117/9 1117/11 1118/1
**reviewed [2]** 990/20 1117/21
**revise [2]** 1009/23 1172/10
**REYES [1]** 906/5
**RICHTER [1]** 907/2
**right-hand [9]** 1042/13 1042/25 1071/9 1072/6 1074/23 1093/13 1094/4 1095/13 1112/14
**ripped [2]** 1071/6 1071/7
**rise [2]** 908/2 1059/1
**risk [3]** 1069/13 1073/17 1085/22
**risks [3]** 990/4 990/5 990/9
**risky [1]** 1069/15
**Rockefeller [1]** 907/3
**role [21]** 1013/12 1013/17 1017/20 1018/3 1018/7 1025/18 1026/19 1029/8 1037/22 1038/2 1038/14 1040/13 1047/17 1075/11 1092/5 1104/10 1104/12 1113/12 1113/17 1113/18 1113/19
**role-play [2]** 1104/10 1104/12
**role-playing [1]** 1092/5
**room [44]** 918/7 918/11 919/5 919/11 919/13 919/14 919/14 936/8 936/12 936/19 936/23 937/1 937/5 937/8 937/10 937/11 937/14 938/10 941/15 944/7 947/6 947/12 947/16 1036/15 1082/22 1083/7 1107/3 1107/9 1128/16 1129/21 1129/22 1130/9 1130/16 1130/18 1131/10 1131/12 1134/24 1138/9 1164/19 1164/21 1165/3 1165/18 1165/21 1165/21
**rope [2]** 1084/3 1084/16
**ROSENBERG [1]** 906/21
**rough [14]** 927/12 986/3 993/14 993/16 1014/22 1015/22 1022/21 1026/24 1034/20 1036/25 1083/2 1083/5 1092/7 1105/25

**round [3]** 1068/2 1097/3 1132/22
**roundtrip [2]** 1003/6 1102/2
**RPR [1]** 907/11
**rubbed [1]** 1132/25
**RUBIN [304]**
**Rubin's [6]** 915/6 1003/4 1076/10 1088/19 1106/4 1118/15
**rude [3]** 997/8 997/9 997/11
**rudest [1]** 1002/5
**rules [1]** 1173/22
**ruling [1]** 1009/24
**run [2]** 1148/21 1149/2
**Running [2]** 1014/5 1014/6
**rush [1]** 1068/13
**rushed [1]** 991/6

**S**

**S1 [1]** 981/20
**S31 [5]** 981/21 981/24 982/6 1097/13 1097/16
**S33 [1]** 1063/3
**sadomasochistic [2]** 988/14 988/19
**safe [14]** 950/4 950/7 1124/3 1124/3 1124/5 1124/8 1124/11 1124/13 1124/14 1124/21 1125/3 1125/4 1135/13 1135/15
**said that [1]** 1020/5
**Saland [5]** 912/23 913/4 913/12 913/20 918/15
**sat [3]** 990/20 991/6 992/3
**satisfactory [3]** 1018/19 1075/9 1081/7
**satisfied [3]** 1072/18 1172/14 1172/19
**save [4]** 1067/1 1079/24 1098/20 1101/1
**saw [24]** 911/15 911/16 913/8 930/14 933/24 955/9 958/18 964/11 983/6 994/4 994/9 994/12 994/14 996/24 1014/15 1099/5 1111/25 1113/22 1130/11 1133/12 1133/14 1133/18 1151/23 1155/9
**Saydah [59]** 914/10 916/24 919/23 929/2 929/13 930/8 931/24 932/7 932/15 933/13 936/14 939/3 942/6 945/7 952/15 953/21 954/15 957/21 958/6 960/6 961/24 963/10 964/16 964/25 965/11 966/5 966/10 1111/13 1112/9 1122/4 1123/6 1126/7 1126/24 1128/2 1128/13 1129/8 1142/24 1144/3 1144/17 1146/7 1146/12 1146/22 1147/13 1149/15 1150/18 1150/23 1151/2 1154/10 1155/13 1156/19 1157/6 1157/18 1158/1 1158/10 1159/1 1160/5 1162/3 1164/22 1165/15
**scantily [2]** 1012/11 1096/23
**scared [9]** 912/20 915/12

**S**

**scared... [7]** 918/6 918/10 919/22 1135/14 1136/21 1149/10 1149/11
**scarry [1]** 1065/10
**scary [4]** 928/3 993/22 1001/1 1150/5
**schedule [3]** 952/20 953/7 953/11
**scheduled [3]** 930/10 953/1 1044/21
**scheduling [1]** 952/8
**SCHLAM [1]** 907/6
**school [9]** 924/12 924/12 924/14 924/16 924/20 1116/1 1116/4 1116/6 1116/7
**schools [1]** 1116/5
**scorpio [1]** 1127/19
**scratching [1]** 1134/18
**screen [4]** 998/5 1009/13 1053/9 1123/7
**screenshot [1]** 999/17
**scroll [3]** 917/2 1144/4 1150/22
**scrolled [1]** 1128/1
**Seamless [1]** 1071/17
**seat [2]** 923/6 1170/14
**seated [6]** 909/6 1005/24 1010/20 1059/9 1110/4 1136/6
**sec [7]** 926/13 1120/3 1121/9 1131/9 1137/5 1138/7 1144/12
**second [31]** 936/22 939/1 939/10 939/19 941/21 942/3 946/5 962/4 968/15 975/9 975/12 980/9 987/6 990/2 1014/15 1035/3 1037/7 1038/20 1045/2 1054/14 1080/6 1081/4 1081/8 1082/17 1096/12 1097/3 1103/21 1111/19 1111/20 1147/25 1158/13
**seduce [1]** 1012/18
**seek [2]** 1007/23 1011/16
**seeking [5]** 1023/10 1078/24 1095/7 1105/20 1106/3
**seem [1]** 1123/16
**selfie [2]** 1105/11 1105/14
**sending [5]** 915/10 929/1 1061/11 1075/16 1155/25
**sends [1]** 1019/5
**SENIOR [1]** 906/12
**sense [2]** 1007/17 1011/15
**sent [37]** 909/22 916/17 916/19 916/20 916/21 929/15 960/5 960/24 961/6 961/15 963/18 965/1 965/6 969/15 970/24 971/12 971/19 999/17 1012/7 1012/21 1021/10 1022/8 1022/10 1022/13 1022/16 1025/12 1045/25 1056/1 1079/16 1081/15 1084/17 1092/23 1092/25 1101/5 1112/20 1150/21 1160/24
**sentence [1]** 990/3
**sentences [1]** 989/4

**separate [2]** 1006/12 1097/4
**September [20]** 916/7 1076/17 1076/17 1080/1 1105/24 1122/11 1123/21 1124/7 1126/12 1127/3 1127/15 1128/14 1129/11 1129/11 1134/6 1134/8 1143/7 1143/24 1146/4 1151/20
**September 2011 [6]** 1122/11 1124/7 1134/6 1134/8 1146/4 1151/20
**September 22 [1]** 1143/7
**September 22nd [2]** 1126/12 1127/3
**September 23rd [1]** 1129/11
**September 27th [1]** 1076/17
**series [5]** 1050/17 1154/13 1159/7 1159/9 1159/9
**serious [3]** 1049/16 1049/21 1155/6
**server [1]** 1096/20
**services [2]** 1021/17 1023/7
**session [2]** 997/23 1125/25
**sessions [1]** 1088/9
**setting [1]** 963/23
**seven [3]** 954/10 956/22 1075/2
**several [6]** 940/13 946/4 953/22 1028/22 1085/11 1089/3
**sex [54]** 927/12 936/9 941/16 941/24 941/25 944/12 944/15 944/17 944/18 952/8 957/3 973/6 975/1 986/3 992/10 993/14 993/16 996/4 1001/18 1008/9 1010/12 1012/23 1014/22 1015/22 1022/21 1024/20 1026/24 1027/15 1027/22 1034/20 1036/7 1036/25 1055/1 1055/13 1055/23 1082/23 1083/2 1083/5 1105/25 1106/6 1106/8 1106/11 1106/16 1110/25 1113/18 1122/25 1127/24 1127/25 1140/1 1140/7 1146/4 1148/6 1155/22 1172/17
**sexual [14]** 915/4 915/10 927/6 957/8 988/6 988/18 1028/11 1031/5 1041/7 1041/13 1041/19 1057/10 1087/13 1124/17
**sexually [10]** 915/11 940/25 941/4 943/20 943/25 966/22 1000/18 1016/24 1025/14 1122/21
**shared [1]** 1113/16
**SHEPPARD [1]** 907/2
**shirt [1]** 1167/8
**shit [4]** 910/16 911/5 911/25 1094/15
**shock [1]** 1148/16
**shocked [1]** 972/8
**Shon [22]** 927/17 927/18 927/20 927/22 928/8 928/15 930/22 934/4 934/16 934/19 935/6 935/15 936/2 970/4

970/6 985/20 991/10 993/12 993/21 1011/13 1021/14 1171/10
**shoot [8]** 1088/6 1088/6 1088/7 1099/11 1100/5 1154/18 1154/19 1156/7
**short [3]** 983/6 1082/20 1173/18
**shorten [1]** 1106/20
**shortly [2]** 983/23 984/2
**shorts [1]** 1078/15
**shot [2]** 1088/11 1145/4
**shower [2]** 949/24 949/25
**shown [1]** 1063/2
**sick [3]** 916/12 919/20 1062/11
**side [17]** 1006/23 1006/24 1006/25 1033/13 1038/21 1042/14 1043/1 1065/10 1071/9 1072/6 1074/23 1076/2 1076/10 1093/13 1094/4 1095/13 1139/6
**sides' [1]** 1172/7
**sign [15]** 928/5 931/22 933/4 961/18 972/25 973/1 973/2 973/4 973/7 973/10 973/11 973/19 973/21 973/23 986/6
**signature [3]** 932/17 932/18 993/10
**signed [13]** 932/21 932/23 933/1 933/8 933/12 933/22 960/17 972/21 973/3 973/5 973/12 987/7 993/7
**significant [3]** 953/23 1078/16 1100/7
**signing [4]** 933/3 987/20 988/10 988/11
**similar [3]** 942/16 945/19 968/23
**simply [2]** 974/6 1008/11
**single [1]** 1026/8
**sister [5]** 1049/13 1098/8 1098/9 1098/9 1098/10
**sit [1]** 1118/15
**sitting [12]** 923/11 976/9 993/2 1005/18 1015/8 1131/6 1134/18 1134/21 1134/24 1136/9 1153/2 1161/24
**situation [1]** 968/23
**six [1]** 1171/8
**Sixth [1]** 983/15
**size [1]** 1150/18
**skimmed [1]** 932/24
**skimming [1]** 986/9
**skimpy [2]** 1088/10 1100/10
**skin [1]** 925/1
**skip [5]** 989/4 1023/14 1062/24 1090/18 1148/8
**skipping [1]** 1091/9
**SKIPSEY [1]** 907/4
**slap [4]** 947/7 947/9 1020/9 1148/14
**slapped [16]** 918/19 919/3 946/22 946/25 947/4 950/20 950/21 951/1 1019/18 1020/6 1024/7 1038/10 1038/18

**S**

**slapped... [3]**  1040/4 1040/8 1040/12
**slapping [8]**  1019/6 1020/15 1021/2 1021/3 1040/9 1040/18 1040/21 1148/15
**slave [1]**  1082/23
**slightly [1]**  1009/23
**slow [4]**  1124/4 1124/22 1127/8 1127/13
**slut [6]**  948/17 966/7 980/5 1024/7 1024/16 1035/14
**SM [2]**  988/14 988/19
**smacked [1]**  1104/12
**small [2]**  1008/20 1008/21
**smile [1]**  1155/7
**Smiley [1]**  1002/24
**smoking [1]**  1161/24
**smooth [1]**  910/22
**sober [1]**  1156/3
**social [2]**  963/22 1087/14
**solemnly [1]**  1114/18
**somewhat [1]**  1145/5
**somewhere [2]**  1070/2 1099/23
**soon [8]**  968/25 975/19 1013/6 1034/5 1037/23 1121/11 1129/2 1169/9
**sore [1]**  1148/18
**soros.com [1]**  1127/4
**sort [4]**  1012/11 1016/24 1024/10 1057/7
**sound [1]**  910/19
**sounded [1]**  1150/5
**sounds [4]**  931/16 934/13 1009/8 1138/24
**Sox [1]**  1125/25
**spank [2]**  1075/1 1075/4
**spanked [1]**  1157/20
**spanking [5]**  927/11 1040/19 1040/20 1040/21 1123/18
**speaking [3]**  915/19 1063/21 1120/7
**special [3]**  1116/25 1172/25 1173/1
**specific [3]**  961/1 1009/5 1043/25
**spell [1]**  1067/16
**spend [7]**  936/17 938/17 944/24 952/5 1122/2 1148/8 1148/20
**spent [6]**  998/2 1003/3 1028/22 1060/23 1062/14 1088/14
**spill [1]**  1071/4
**spoken [3]**  925/18 961/7 961/8
**spread [1]**  1166/5
**st [1]**  965/19
**stamped [3]**  1127/15 1129/2 1154/21
**stand [9]**  908/11 909/1 923/1 976/10 1010/21 1059/7 1109/24 1115/1 1136/13
**start [7]**  962/19 968/14 986/10 986/14 1038/2 1074/22 1173/1

**started [17]**  941/16 969/3 1019/16 1103/12 1103/19 1122/14 1131/7 1131/14 1132/22 1134/20 1138/13 1162/23 1164/8 1164/12 1164/14 1164/20 1168/6
**starting [2]**  961/15 1034/4
**starts [1]**  1126/10
**state [3]**  912/16 1008/7 1173/24
**statement [3]**  1025/4 1025/6 1075/3
**statements [1]**  1006/24
**STATES [3]**  906/1 906/5 906/12
**stay [6]**  1026/8 1071/22 1071/24 1100/17 1167/22 1170/6
**stayed [3]**  938/16 1062/12 1075/23
**steady [1]**  1148/2
**stenographer [1]**  1119/4
**stenography [1]**  907/14
**step [5]**  921/22 923/10 1114/8 1114/17 1170/12
**Steph [6]**  1001/3 1001/13 1011/13 1021/5 1021/7 1021/14
**Stephanie [16]**  927/17 927/18 928/15 930/22 934/16 935/6 970/4 970/6 985/20 991/10 993/12 993/21 1001/5 1001/7 1001/8 1171/10
**stepped [1]**  923/8
**steps [4]**  921/24 1005/23 1114/11 1170/15
**stipulate [1]**  1010/3
**stipulation [3]**  915/18 1172/18 1173/21
**stomach [2]**  1138/6 1138/16
**STONE [1]**  907/6
**stood [4]**  974/6 997/16 1163/7 1163/11
**stop [26]**  931/23 941/14 941/17 946/23 949/15 962/1 963/11 974/13 974/16 974/20 1120/3 1121/9 1124/4 1124/22 1130/21 1130/25 1131/9 1134/21 1136/4 1137/5 1138/7 1141/5 1144/12 1158/13 1164/18 1169/24
**stopped [4]**  937/24 937/25 1055/24 1056/5
**stops [2]**  1124/15 1124/17
**straight [2]**  945/21 1102/1
**strains [1]**  1154/23
**straints [1]**  1155/1
**strange [3]**  986/5 992/23 993/5
**Street [2]**  974/7 983/15
**strip [4]**  926/22 1086/8 1086/10 1086/14
**striptease [1]**  1087/3
**striving [1]**  1171/14
**strong [6]**  956/16 1046/16 1046/18 1047/3 1065/22

1068/12
**struggling [1]**  1062/10
**stuck [2]**  1001/18 1015/25
**stuff [13]**  1011/14 1031/5 1083/11 1092/5 1106/13 1112/22 1117/12 1117/14 1122/23 1123/1 1141/6 1156/5 1158/22
**stupid [3]**  948/17 1149/10 1168/20
**style [4]**  927/8 927/10 927/24 1120/22
**submissive [9]**  1055/23 1122/17 1122/19 1122/22 1122/23 1123/2 1123/12 1148/5 1155/5
**subsequent [1]**  957/3
**subsequently [1]**  977/7
**succeed [1]**  1171/16
**succession [1]**  1154/14
**succinctly [1]**  1109/9
**sudden [1]**  1164/8
**sue [4]**  959/19 972/9 976/19 1114/3
**sued [5]**  928/7 933/6 970/2 970/10 978/15
**suffered [1]**  966/17
**suggested [1]**  1088/20
**suggestion [1]**  1007/11
**suicide [2]**  1089/25 1090/2
**suing [4]**  967/14 968/3 980/19 981/4
**suitcase [1]**  931/8
**summation [1]**  1109/3
**summer [5]**  1144/11 1144/13 1144/19 1144/19 1145/1
**Sunday [2]**  929/15 929/25
**super [3]**  1063/14 1099/11 1148/6
**superjenpowers [1]**  930/2
**supply [1]**  1059/16
**suppose [1]**  1085/19
**supposed [5]**  941/16 973/14 973/16 1075/18 1159/24
**supposedly [1]**  972/3
**sustained [12]**  921/1 921/8 921/10 976/24 984/1 989/23 1052/2 1087/2 1132/3 1156/15 1163/20 1169/3
**swear [2]**  1114/17 1114/18
**sweet [2]**  983/3 1071/3
**Sweetheart [2]**  1063/8 1063/11
**Swimsuit [1]**  1078/3
**Swimsuits [1]**  1078/2
**swimwear [1]**  1100/12
**swollen [2]**  950/17 950/19
**sworn [4]**  909/3 923/3 1115/3 1115/4
**sworn/affirmed [3]**  909/3 923/3 1115/3
**system [2]**  1163/16 1163/16

**T**

**T3 [2]**  964/17 964/22
**table [8]**  1131/6 1131/12

**T**

**table... [6]**  1132/14 1134/22
1135/25 1152/4 1152/5 1153/2
**TAGAI [1]**  906/4
**tape [14]**  1134/20 1134/25
1135/1 1135/2 1135/3 1135/3
1135/4 1137/4 1137/6 1137/9
1137/11 1137/14 1137/15
1137/20
**taped [1]**  1139/4
**Taren [1]**  1171/10
**Tattletales [2]**  1086/21
1086/22
**Tavern [2]**  926/20 926/23
**taxi [2]**  930/19 939/15
**ten [6]**  937/23 996/19
1009/16 1009/17 1108/14
1148/2
**term [4]**  950/2 966/17
1092/15 1124/5
**terms [1]**  1170/21
**terrible [1]**  969/9
**terribly [1]**  1019/20
**testified [39]**  909/3 915/5
918/20 923/3 942/1 949/9
950/21 954/1 954/5 981/7
1014/14 1016/23 1019/13
1031/23 1032/19 1041/4
1044/3 1048/9 1054/8 1067/15
1079/9 1079/20 1080/18
1080/24 1081/1 1094/22
1111/19 1113/22 1115/3
1120/10 1131/14 1132/7
1143/22 1145/6 1151/20
1156/18 1161/16 1165/12
1169/15
**testify [6]**  925/19 959/8
959/22 960/2 971/6 971/9
**testifying [1]**  1018/22
**testimony [17]**  917/25 918/5
918/17 923/9 925/4 926/1
937/7 986/8 1019/22 1020/1
1042/20 1111/3 1114/18
1117/6 1118/1 1118/10
1118/13
**text [77]**  909/17 909/22
910/4 910/25 911/2 911/2
911/15 911/23 925/8 928/13
954/25 955/7 958/10 960/5
960/24 961/5 961/16 961/16
962/7 962/8 962/25 965/2
966/11 968/14 969/3 969/13
969/15 970/24 971/12 972/7
972/13 972/15 974/15 977/11
982/11 999/7 999/7 999/17
1003/24 1004/3 1005/3
1005/13 1010/1 1025/13
1030/4 1039/13 1040/7
1046/24 1048/18 1056/1
1065/6 1066/11 1081/15
1089/23 1090/13 1090/17
1091/11 1091/16 1091/22
1092/23 1092/25 1105/23
1112/20 1113/16 1153/23
1154/6 1154/11 1154/15
1154/22 1155/10 1155/16

1157/11 1157/16 1158/2
1158/11 1159/8 1160/24
**texted [48]**  946/14 972/20
978/5 978/12 978/14 978/19
978/21 979/4 979/10 984/2
984/12 1011/20 1011/21
1011/23 1011/24 1016/5
1019/10 1019/12 1024/21
1024/23 1025/19 1025/24
1038/3 1038/19 1039/8
1039/10 1042/3 1042/12
1043/14 1046/21 1047/4
1047/8 1047/14 1047/20
1053/12 1053/16 1053/19
1053/22 1056/7 1057/6
1073/11 1088/22 1092/5
1102/5 1105/22 1106/1
1106/12 1106/13
**texting [11]**  979/20 997/9
1023/24 1037/2 1037/4
1047/17 1075/11 1075/11
1106/14 1113/12 1113/17
**texts [18]**  915/11 958/13
964/2 965/18 965/22 1007/7
1037/21 1048/24 1092/9
1113/20 1154/11 1154/13
1155/25 1158/4 1158/24
1159/9 1170/22 1170/25
**thankful [1]**  1091/1
**Thanksgiving [4]**  1090/21
1090/21 1091/2 1091/6
**therapist [1]**  925/1
**They made [1]**  1066/2
**they've [3]**  971/24 1109/18
1174/1
**thinking [4]**  971/22 1025/7
1153/5 1159/5
**third [31]**  936/25 942/4
942/14 942/17 944/13 944/15
989/4 990/2 1014/1 1017/10
1022/24 1024/5 1029/23
1030/19 1030/19 1030/21
1033/3 1033/3 1042/13 1061/7
1072/2 1072/20 1074/8
1099/10 1101/15 1103/11
1104/24 1104/24 1104/25
1111/20 1111/21
**thirty [2]**  1037/22 1115/25
**Thirty-three [1]**  1115/25
**thoroughly [1]**  1108/12
**thoughts [1]**  980/9
**thousand [3]**  938/24 1001/10
1003/16
**threatened [2]**  959/19 1114/3
**three [19]**  940/13 946/4
946/9 957/25 964/2 969/16
989/16 1002/1 1002/1 1029/12
1045/14 1077/15 1077/23
1095/24 1110/22 1110/23
1115/25 1155/21 1163/1
**three lines [1]**  1002/1
**threesome [1]**  1125/24
**throughout [1]**  1106/14
**Thursday [5]**  909/16 914/25
918/20 1097/20 1127/14
**ticket [3]**  1003/6 1067/11

1070/19
**tickets [3]**  1050/6 1068/1
1068/6
**tie [2]**  1134/20 1135/6
**tied [11]**  941/15 1055/7
1055/10 1056/2 1135/4
1135/21 1136/15 1137/22
1166/3 1166/9 1168/1
**tight [1]**  1167/25
**tipsy [2]**  931/19 984/18
**title [1]**  1095/17
**tits [4]**  1033/7 1045/6
1052/11 1123/19
**today [9]**  925/5 925/19
1020/8 1036/15 1042/20
1063/2 1091/14 1117/7
1118/10
**together [16]**  943/14 1006/5
1025/25 1030/25 1037/12
1061/14 1087/13 1105/24
1106/15 1123/17 1125/24
1145/8 1147/1 1147/1 1147/8
1147/25
**togethers [2]**  1144/25
1146/10
**tomorrow [8]**  1001/14 1009/7
1096/13 1125/21 1125/24
1170/4 1170/8 1170/24
**tonight [1]**  1090/10
**top [47]**  914/13 929/13 932/6
932/13 933/14 965/19 965/20
965/20 965/22 985/11 987/4
999/24 1023/16 1027/24
1036/10 1042/4 1042/25
1045/21 1046/13 1053/8
1061/12 1074/23 1075/12
1078/15 1089/8 1089/19
1090/14 1092/11 1094/5
1095/13 1100/21 1104/6
1119/15 1119/20 1123/7
1126/7 1128/13 1129/1 1138/6
1143/1 1146/12 1149/16
1153/25 1154/11 1155/14
1157/9 1160/6
**topic [1]**  1017/6
**topics [1]**  940/22
**tortured [1]**  1042/9
**total [1]**  915/24
**touch [2]**  914/9 977/10
**touched [1]**  1167/18
**tough [1]**  1154/23
**towards [3]**  1136/19 1150/23
1172/24
**Towers [1]**  982/24
**toy [3]**  936/9 1001/18
1140/20
**toys [3]**  1083/11 1140/1
1140/7
**Tracy [10]**  1118/20 1118/25
1119/6 1119/9 1119/12
1120/10 1122/16 1123/24
1125/6 1146/14
**Tracy's [1]**  1118/21
**traffic [3]**  1048/24 1076/4
1129/2
**trafficking [1]**  1172/17

**T**

**trauma [1]**  966/18
**travel [3]**  973/18 1098/4
1101/25
**traveled [4]**  1053/3 1081/24
1081/25 1098/15
**traveling [1]**  965/5
**treatment [2]**  1163/15
1168/18
**trial [5]**  906/11 1007/21
1108/2 1109/14 1173/15
**Tribeca [2]**  1151/13 1155/10
**tricked [4]**  995/4 996/3
1027/13 1027/21
**trip [9]**  1044/21 1054/21
1054/21 1068/2 1082/9
1087/10 1088/19 1101/25
1103/2
**trips [2]**  1054/17 1054/20
**Tropic [1]**  1095/18
**trouble [8]**  960/17 961/21
972/19 1011/22 1024/22
1034/15 1084/12 1114/4
**true [4]**  967/2 971/4 1112/22
1120/17
**trust [2]**  966/23 966/25
**truth [7]**  912/23 913/21
913/25 914/5 1114/19 1114/20
1114/20
**tune [1]**  1062/8
**turn [3]**  1082/22 1088/16
1148/6
**turned [2]**  1090/11 1147/25
**Turning [1]**  1062/17
**twenty [7]**  924/3 1049/9
1110/19 1110/22 1110/22
1116/14 1168/18
**twenty-five [1]**  1168/18
**twenty-four [1]**  1049/9
**Twenty-nine [2]**  924/3
1110/19
**Twenty-one [1]**  1116/14
**twenty-three [1]**  1110/22
**Twenty-two [1]**  1110/22
**two [55]**  924/19 924/20 934/7
936/4 940/19 943/12 944/10
946/4 946/9 957/25 981/14
981/15 986/5 989/4 990/16
999/6 1013/16 1013/19
1022/15 1030/24 1032/24
1042/21 1045/14 1049/23
1054/20 1056/8 1061/22
1077/5 1077/8 1077/9 1077/10
1077/12 1077/21 1077/24
1088/8 1089/13 1097/4 1098/8
1098/11 1108/20 1110/22
1125/7 1129/23 1130/4 1138/5
1138/8 1138/8 1139/11
1143/12 1144/20 1146/17
1147/19 1151/19 1171/9
1171/11
**two-page [1]**  986/5
**two-year [1]**  1022/15
**tying [2]**  1134/25 1135/16
**type [6]**  996/4 1029/8
1067/16 1077/2 1077/2

1099/16
**types [1]**  1040/16
**typo [1]**  1024/1

**U**

**Uber [1]**  1008/9
**Uh-hum [3]**  1126/11 1143/10
1144/15
**unbelievable [1]**  1080/7
**unconscious [1]**  1057/12
**understood [4]**  967/19 967/23
1010/16 1109/7
**undress [1]**  937/15
**undressed [2]**  936/8 936/8
**unfairly [1]**  1006/7
**unforgettable [1]**  1090/24
**UNITED [3]**  906/1 906/5
906/12
**unless [3]**  962/13 973/5
1068/2
**unpleasant [1]**  1110/25
**untied [3]**  1141/7 1141/19
1141/21
**upper [1]**  1112/18
**upset [9]**  944/11 997/1 997/6
999/11 1000/8 1011/8 1057/10
1061/23 1094/9
**upstairs [3]**  936/6 1129/21
1161/14

**V**

**vacation [1]**  1076/25
**vagina [5]**  937/16 948/22
957/13 996/17 1001/19
**Valentine [1]**  1046/13
**Valentine's [3]**  1045/23
1045/24 1046/5
**Valium [4]**  1156/22 1156/25
1157/10 1163/17
**Vegas [6]**  1076/21 1076/22
1077/11 1095/25 1096/8
1096/16
**verbal [1]**  1123/15
**verdict [4]**  1172/22 1172/23
1173/1 1173/3
**verdicts [2]**  1172/25 1172/25
**versions [1]**  932/11
**versus [1]**  906/7
**vibrator [1]**  1000/12
**vibrators [2]**  1123/19 1140/9
**Vicodin [11]**  955/11 956/16
1054/9 1054/25 1059/23
1063/19 1064/23 1065/23
1066/3 1066/4 1066/19
**victimizing [1]**  1094/23
**video [2]**  1173/16 1174/1
**videos [8]**  914/25 915/2
915/2 915/4 1008/23 1022/10
1022/17 1046/3
**Vidogin [1]**  1054/25
**visit [8]**  945/16 954/9
954/13 1030/1 1048/6 1048/6
1067/2 1073/17
**visiting [2]**  945/3 1073/19
**vivid [1]**  1090/25
**voice [3]**  1032/6 1042/17

1156/11
**volume [2]**  1009/2 1010/3
**voluntarily [3]**  988/5 988/7
988/18
**volunteered [1]**  1025/17

**W**

**wait [11]**  920/6 923/13
923/13 994/15 1005/24 1048/4
1062/24 1075/13 1107/5
1107/8 1148/23
**waiting [4]**  1162/2 1162/6
1162/10 1162/11
**waitress [1]**  1096/21
**waking [2]**  1168/4 1169/18
**walk [6]**  1037/23 1104/16
1127/12 1128/11 1144/9
1161/8
**walked [17]**  935/21 937/13
973/12 974/6 1019/17 1038/9
1038/15 1040/12 1104/12
1108/25 1136/12 1136/18
1137/2 1137/3 1138/16 1152/4
1152/5
**walking [3]**  935/7 935/9
1104/7
**wall [1]**  994/8
**Was's [1]**  1115/14
**waste [7]**  1021/6 1021/7
1056/9 1056/10 1091/25
1159/16 1159/24
**wasted [1]**  1056/8
**Wayfarer [20]**  935/4 935/5
935/10 935/15 935/17 940/5
940/15 940/18 940/20 955/17
983/15 990/24 991/21 1014/15
1014/18 1015/10 1054/1
1063/23 1069/1 1070/5
**wealthy [2]**  927/4 1119/15
**wear [2]**  1078/14 1100/10
**wearing [7]**  947/19 1077/25
1084/22 1085/1 1096/24
1167/5 1167/7
**website [2]**  1055/4 1055/5
**week [1]**  1148/18
**weekend [5]**  909/8 1097/22
1098/3 1098/5 1098/15
**weeks [2]**  1046/8 1082/13
**weird [4]**  953/14 953/16
1063/13 1152/13
**welcome [2]**  982/17 1059/10
**well-spent [1]**  1088/14
**went in [1]**  1137/2
**WhatsApp [3]**  928/16 928/22
946/14
**whip [2]**  1075/4 1075/8
**whipped [2]**  1036/14 1168/6
**whipping [3]**  1168/6 1168/13
1169/14
**whips [2]**  1123/19 1148/15
**white [2]**  1158/11 1159/3
**whole [9]**  941/12 998/19
998/21 1007/6 1014/21
1030/20 1035/13 1050/4
1114/20
**whore [2]**  948/17 1016/12

**W**

**why you [1]**   960/24
**willing [5]**   1147/11 1149/24
 1149/25 1155/5 1157/11
**wine [18]**   934/22 936/7 936/7
 940/2 941/12 941/13 943/6
 943/7 943/14 946/11 946/11
 946/14 1037/23 1038/5 1071/4
 1104/7 1162/23 1162/25
**wish [5]**   1064/4 1064/9
 1155/6 1156/11 1156/11
**wishes [1]**   1045/23
**withdraw [1]**   1092/18
**withdrawn [8]**   943/11 945/2
 957/22 1030/8 1031/10 1103/9
 1115/22 1116/18
**witness [47]**   908/11 909/1
 909/1 909/2 909/23 909/25
 921/23 921/24 923/1 923/1
 923/2 929/7 954/20 958/1
 965/12 976/10 1005/23
 1005/25 1006/1 1009/15
 1010/2 1010/19 1010/21
 1059/5 1059/7 1074/3 1106/25
 1107/3 1109/10 1109/24
 1110/10 1114/11 1114/12
 1114/15 1115/1 1115/1 1115/2
 1115/4 1121/20 1137/17
 1140/4 1166/5 1167/18
 1170/15 1171/19 1173/16
 1175/2
**witnesses [4]**   1171/9 1171/11
 1173/17 1173/18
**woke [6]**   1164/16 1165/12
 1165/21 1165/24 1167/2
 1168/1
**woman [5]**   978/15 985/17
 986/5 1021/14 1118/20
**women [8]**   1022/14 1130/4
 1131/21 1132/6 1138/8
 1139/11 1146/17 1151/19
**wonder [1]**   1054/25
**wonderful [2]**   1017/19 1018/2
**woozy [3]**   1163/7 1163/7
 1163/11
**word [15]**   950/4 950/7 988/24
 1039/11 1071/17 1124/3
 1124/5 1124/8 1124/11
 1124/13 1124/14 1135/13
 1135/15 1135/18 1135/18
**words [12]**   969/16 969/16
 970/23 970/25 972/12 981/8
 981/9 1067/11 1067/17
 1071/19 1091/13 1091/13
**wore [1]**   1078/15
**workshop [1]**   1099/11
**world [3]**   1098/4 1098/15
 1100/7
**worried [10]**   959/7 969/3
 969/12 969/13 969/15 969/17
 969/19 969/23 970/13 1066/14
**worth [1]**   1145/3
**wreck [5]**   1094/6 1094/7
 1094/12 1095/3 1095/11
**wrist [1]**   1136/6
**wrists [6]**   1135/16 1135/21

1136/16 1137/6 1137/22
 1139/2
**write [34]**   917/17 956/6
 956/14 959/3 959/12 959/21
 960/2 960/16 962/1 966/2
 966/7 987/12 1122/16 1122/19
 1125/22 1127/18 1128/6
 1129/3 1147/2 1147/4 1147/9
 1151/1 1154/3 1154/24 1155/1
 1155/3 1156/23 1157/10
 1157/22 1158/4 1158/13
 1159/9 1159/10 1160/7
**writes [23]**   910/16 955/10
 960/9 961/19 961/20 962/3
 963/14 1112/21 1123/12
 1123/18 1124/22 1125/20
 1128/5 1128/15 1144/7
 1147/16 1148/5 1148/12
 1151/3 1157/19 1159/5
 1159/16 1159/23
**writing [5]**   1091/3 1123/22
 1129/1 1143/7 1143/12
**written [1]**   1149/1
**wrote [11]**   961/2 1013/7
 1082/24 1113/19 1123/10
 1124/20 1144/13 1147/10
 1149/8 1156/21 1160/11
**WTF [1]**   1061/8

**X**

**XOX [1]**   1021/9
**XOXO [1]**   1143/14

**Y**

**Y-4 [2]**   1126/17 1126/21
**Y7 [1]**   916/25
**Yankees [1]**   1125/25
**Yankees/Red [1]**   1125/25
**year [11]**   926/9 926/11
 926/15 1022/15 1094/19
 1116/11 1118/23 1125/9
 1147/5 1147/19 1148/3
**years [12]**   924/19 924/20
 1077/5 1077/24 1098/11
 1116/20 1126/2 1142/14
 1143/12 1144/21 1147/19
 1155/21
**yellow [5]**   955/2 958/9 960/7
 962/22 1147/3
**yesterday [1]**   1017/13
**ymail.com [1]**   929/18
**YORK [69]**   906/1 906/6 906/16
 906/16 906/20 906/20 907/3
 907/7 907/7 912/16 913/22
 930/11 942/13 974/25 975/13
 976/25 977/3 982/14 985/17
 992/23 992/24 995/3 995/4
 996/4 1011/9 1011/12 1012/19
 1012/19 1012/22 1013/20
 1013/23 1014/15 1014/21
 1023/10 1026/1 1026/9
 1027/15 1027/21 1030/1
 1035/12 1036/7 1044/21
 1048/6 1048/7 1050/6 1053/3
 1067/2 1067/12 1067/21
 1067/24 1068/2 1068/3

1070/14 1070/20 1074/17
 1080/1 1083/3 1092/4 1093/8
 1095/23 1098/14 1112/2
 1115/21 1115/23 1120/17
 1120/20 1128/20 1129/12
 1173/19
**young [1]**   927/5
**younger [3]**   927/24 941/18
 1098/11
**yourself [13]**   979/24 992/17
 994/17 997/16 1016/19
 1022/14 1022/18 1046/1
 1064/6 1064/15 1084/6
 1086/25 1155/2
**yourselves [3]**   1005/21
 1057/24 1170/6

**Z**

**Z-4 [2]**   1142/18 1142/22
**Zoe [1]**   921/10
**zoom [3]**   914/13 929/14
 964/24