1178

1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2
     ------------------------------x
3                                        17-CV-6404(BMC)
     AMY MOORE, MIA LYTELL,
4    NATASHA TAGAI, EMMA HOPPER,
     BRITTANY HASSEN and BRITTANY
5    REYES,
                                         United States Courthouse
6           Plaintiffs,                  Brooklyn, New York

7           – versus –                   March 29, 2022
                                         9:30 a.m.
8    HOWARD RUBIN and JENNIFER
     POWERS,
9
            Defendants.
10
     ------------------------------x
11
                 TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
12               BEFORE THE HONORABLE BRIAN M. COGAN
                 UNITED STATES SENIOR DISTRICT JUDGE
13                         BEFORE A JURY

14   APPEARANCES

15   Attorney for Plaintiffs: BALESTRIERE FARIELLO
                              225 Broadway
16                            29th Floor
                              New York, New York 10007
17                            BY:  JOHN G. BALESTRIERE, ESQ.
                                   MANDEEP S. MINHAS, ESQ.
18

19   Attorney for Defendant:  DECHERT LLP
     Howard Rubin            1095 Avenue of the Americas
20                            New York, New York 10036-6797
                              BY:  EDWARD A. McDONALD, ESQ.
21                                 BENJAMIN E. ROSENBERG, ESQ.
                                   MAY K. CHIANG, ESQ.
22                                 CHRISTINE ISAACS, ESQ.

23

24

25

                      *LINDA D. DANELCZYK, RPR, CSR, CCR*
                          *Official Court Reporter*

1179

```
 1   APPEARANCES (CONTINUED)

 2   Attorney for Defendant:    SHEPPARD MULLIN RICHTER
     Howard Rubin                & HAMPTON, LLP
 3                               30 Rockefeller Plaza
                                 New York, NY 10112
 4                               BY:  MICHAEL J. GILBERT, ESQ.
                                      KATHERINE BOY-SKIPSEY, ESQ.
 5

 6   Attorney for Defendant:    SCHLAM STONE & DOLAN LLP
     Jennifer Powers            26 Broadway
 7                              New York, New York
                                BY:  DOUGLAS E. GROVER, ESQ.
 8                                   JOLENE LAVIGNE-ALBERT, ESQ.
                                     RICHARD HENRY DOLAN, ESQ.
 9                                   ANGELA LI, ESQ.

10

11
     Court Reporter:           LINDA D. DANELCZYK, RPR, CSR, CCR
12                             Phone:  718-613-2330
                               Fax:    718-804-2712
13                             Email:  LindaDan226@gmail.com

14
     Proceedings recorded by mechanical stenography.  Transcript
15   produced by computer-aided transcription.

16

17

18

19

20

21

22

23

24

25
```

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HASSEN – DIRECT – BALESTRIERE                1180

1              In open court; Jury not present.)

2              THE COURTROOM DEPUTY:  All rise.  Judge Cogan

3    presiding.

4              THE COURT:  Good morning.

5              MR. BALESTRIERE:  Good morning.

6              THE COURT:  Let's have the witness back and the jury

7    in.

8              (The witness resumes the stand.)

9              (Jury enters the courtroom.)

10             THE COURT:  All right.  Everyone be seated.

11             Good morning, ladies and gentlemen, welcome back to

12   our nice warm courtroom.

13             Let's continue with direct examination.

14             MR. BALESTRIERE:  Thank you, Your Honor.

15             (Witness takes the witness stand.)

16   **BRITTANY HASSEN**, called as a witness, having been previously

17   first duly sworn/affirmed, was examined and testified further

18   as follows:

19   DIRECT EXAMINATION (Continued)

20   BY MR. BALESTRIERE:

21   Q    Good morning, Brittany.

22   A    Good morning.

23   Q    So I'd like to take off where we were, where we ended

24   yesterday.

25             So just ask you a question or two about where we

1  were.

2          I hope this is not too loud, Your Honor?

3          THE COURT:  It's fine.

4          MR. BALESTRIERE:  Thank you.

5  Q    You were testifying about events which took place on

6  June 5th, 2014.  And I think you may have been nearly done,

7  but I want to ask you.  You testified to being whipped.

8          What is your recollection about how long that took?

9  A    It was about an hour.

10 Q    During the time that you were whipped, was anything else

11 done to your body?

12 A    Yes, there was a machine that was handheld with these

13 like a shot-glass size cup.  There was multiple of them.  And

14 it pumped air, and it suction cupped.  Like he suctioned

15 cupped my nipples, in between my legs, and my vagina.

16 Q    So let me just stop you for a second.  So you called this

17 a machine.

18          These shot-glass like cups, where were they

19 applied -- were they applied to your body?  Is that what

20 you're saying?

21 A    Yes.

22 Q    Where?

23 A    Both of my nipples.  My clit.  And my stomach.

24 Q    So to the best of your recollection, how many cups were

25 applied to your body?

HASSEN - DIRECT - BALESTRIERE                1182

1    A    About six.

2    Q    Did Mr. Rubin ask for permission do this to you?

3    A    He did not.

4    Q    Did you consent to this?

5    A    I did not.

6    Q    And you described this as a machine.  So there's these

7    cups.

8         What is the other part of this machine?

9    A    There was -- it's like a -- it pumps.  So it pulls the

10   air, like it pulls your skin.  And it like -- it -- this

11   attaches.

12   Q    Thank you.

13        Besides the suction cup machine, was anything else

14   done to your body?

15   A    Yes.

16        There was -- it was like electric and like zaps you,

17   like really hard.

18   Q    You said it was like electric.

19        So was some other device used, which was electric?

20   A    Yes.

21   Q    What part of your body was zapped, as you just testified?

22   A    All over.

23   Q    Did this hurt?

24   A    Yes.

25   Q    Did Mr. Rubin ask for permission to do this to you?

HASSEN – DIRECT – BALESTRIERE                1183

1    A    He did not.

2    Q    Did you consent to this?

3    A    I did not.

4    Q    If I can show you something.  This is Defendants'

5    Demonstrative DDXE.

6              I'm not going to get that close.  I'm just going to

7    holding this up.

8              Does this look like the electric machine you just

9    testified to?  I'm sorry.

10   A    Yes.  Yes.

11   Q    I'm sorry.  Thank you.

12             So you testified about the electric machine and the

13   suction cups.

14             Was there anything else that was done to your body,

15   to the best of your recollection?

16   A    There was a lot of him hitting me in my face.  The ball

17   gag that was in my mouth, I was screaming, because I was in

18   physical pain in my mouth.  There was like a burning

19   sensation.

20             I had asked afterwards what it was.  And he said

21   that it was cleaned with pool cleaner.  And that's why my tip

22   of my tongue, I can't taste and sing any more.

23   Q    Let me stop you and ask you.

24             You testified yesterday that there was a ball gag in

25   your mouth.  I'm just holding up –– and I'm not going to get

HASSEN - DIRECT - BALESTRIERE                1184

1   my closer than this because the jury's already seen this.

2   This is Defendants' Demonstrative DDXE.

3           This is not the actual ball gag, of course.  But

4   does this look like the ball gag that you testified to was in

5   your mouth?

6   A    It does.

7   Q    Just to go back a little bit.  It sounded like you tasted

8   something when it was in your mouth?

9   A    Yes.

10  Q    Can you describe the taste?

11  A    The only thing I could really compare it to is if like

12  salt on the ground when they put down for snow removal.  But

13  if you get it in your mouth, it like burns.  That's the only

14  thing I could compare it to.

15  Q    You said you actually asked Mr. Rubin about this after

16  the ball gag was out your mouth; is that right?

17  A    Yes.

18  Q    So that same evening?

19  A    Correct.

20  Q    And is it your testimony that you can't taste the same

21  since that evening because of that?

22  A    Correct.

23  Q    So at some point -- withdrawn.

24          You were tied up for and whipped for about an hour

25  and these other things were done.

1          At some point Mr. Rubin stopped whipping you,

2   correct?

3   A    Correct.

4   Q    I'm not sure this was clear from the testimony yesterday.

5   You testified about a woman Loredana is the name you've given.

6          Do you have a last name?

7   A    Ferriollo.

8   Q    Ferriollo.

9          Did the Loredana do anything to you while you were

10  tied up -- withdrawn.

11         -- while you were restrained during that hour?

12  A    Correct.  She whipped me as well.  They took turns.

13  Q    In terms of the restraint --

14         So again actually, Ms. Saydah, can I ask you put up

15  PX3.  This is in evidence, Your Honor.

16         (Exhibit published.)

17         MR. BALESTRIERE:  Just to verify, I may have lost

18  mic, Your Honor.  I'll be speaking loudly.

19  Q    I'm sorry, to show this to you again.

20         This PX3, this is a photo you saw yesterday.  This

21  was the machine you were on?

22  A    Yes.

23         MR. BALESTRIERE:  You can put it down, Ms. Saydah.

24         THE COURT:  Did you hit the switch, Mr. Balestriere?

25         (Pause in the proceedings.)

HASSEN - DIRECT - BALESTRIERE                    1186

1    MR. BALESTRIERE:  So you were on that -- actually I

2  am going to ask to put it up back.  I'm sorry, I just need to

3  ask you some questions about it.  Can you go back to that

4  again?

5          And I'm going to ask you, Ms. Saydah, if you can

6  kind of blow up the lower right-hand corner of that, and go to

7  the very bottom.  And go all the way down.

8  Q    We haven't actually looked at this that closely before.

9  But can you describe to the jury what that is kind of along

10  the side of the cross there?

11  A    They're circles and there's one right here(indicating).

12  Q    Right -- and that circle right there, how did that work,

13  is really my question?

14  A    I know that they were connected by something.  And it

15  hooked to that.

16  Q    Okay.  Okay, so when I ask what the "they," is, what was

17  hooked to that?

18          You testified to being on this with your ankles and

19  your wrists.

20          Was it your ankles and wrists that were connected to

21  the hooks?

22  A    Yes.

23  Q    By what means?

24  A    Like a strap.

25          MR. BALESTRIERE:  So I'd like to show what you is --

HASSEN - DIRECT - BALESTRIERE                    1187

1    the jury's seen this already, this is Defendants'

2    Demonstrative BDXA.

3    Q    Again, I don't need to come all the way up there, but do

4    you see this?

5    A    Yes.

6    Q    Does this look like the straps you testified to?

7    A    Yes.

8    Q    Could you pull your hands through these straps when they

9    were in them?

10   A    No.

11            MR. BALESTRIERE:  Thank you.  You can put that down.

12   Q    You testified to what took place during this hour.

13            At some point, Mr. Rubin and Loredana Ferriollo

14   stopped whipping you, correct?

15   A    Yes.

16   Q    What is the next thing you remember happening after that?

17   A    I remember liked the louder I cried, his penis got erect

18   and they had sex.

19   Q    So is this after you were beaten?

20   A    Yes.

21   Q    How long -- how long did they have sex for?

22   A    About 15 minutes.

23   Q    Were you still tied up?

24   A    Yes.

25   Q    Was -- do you recall if Mr. Rubin was saying anything to

HASSEN – DIRECT – BALESTRIERE                1188

1  you during this time?

2  A    Yeah.  He just kept saying I was a stupid girl.  You

3  know, that I was fat and nobody loves me over and over and

4  over.  And it was like everything he knew about me, he like

5  used against me.  Like he like was really bad.

6  Q    At some point you said that they had sex for about 15

7  minutes?

8  A    Yes.

9  Q    What is the next thing you remember after they stopped

10  having sex?

11  A    I was -- I was taken off the cross.  And she helped me

12  get dressed.

13  Q    Let me just stop you for a second.

14        You still had the ball gag in your mouth.  Do you

15  remember how that was removed?

16  A    He took it off.

17  Q    And who took you off the cross?

18  A    He did.

19  Q    What, if anything, did he say when he was removing the

20  ball gag and the restraints?

21  A    Well, I had asked, I said, what is -- I said:  Why is my

22  mouth -- because my mouth was like really fucked up like numb,

23  sort of.  And I said:  What is that?

24        And he took it and put it in mouth, and he spit it

25  out and he said that it was cleaned.

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

1    Q    And that's what he testified to before, right?

2    A    Yes.

3    Q    What else, if anything, do you remember Mr. Rubin saying

4    to you?

5    A    Nothing.  I don't really remember.

6    Q    I think you testified that Loredana then assisted you?

7    A    She did.

8    Q    In what way?

9    A    She helped me get dressed.  And she put me a cab.

10   Q    Just to be clear, you said she put you in a cab.  That's

11   downstairs at the apartment?

12   A    Correct.

13   Q    What physical injuries did you experience from that

14   evening, to the best of your recollection?

15   A    I had welts all over my body.  I was really bruised bad.

16        My vagina, I couldn't sit, I couldn't stand for like

17   long periods of time.  Like when I would walk, my legs would

18   rub together, it was just really, really bad.  I was very like

19   bruised up.

20   Q    If you remember, how long were you bruised?

21   A    I don't remember how long.  I'd say about a month.

22        MR. BALESTRIERE:  So I can ask, Ms. Saydah, to put

23   up -- I want to talk about -- and I'll go slowly -- some of

24   the texts we discussed yesterday, or rather a continuation of

25   them.

1          So can you put up these -- this is Defendants' B5 in

2     evidence.  Page 8, where we left off yet.

3          So I think this is, yeah, everyone can see this.

4          (Exhibit published.)

5     Q    So do you see the top two ones there, Brittany?

6     A    Uh-huh.

7     Q    Actually the top -- the top two that are the screen there

8     at 4:06 p.m.  You are -- this is between you and Mr. Rubin.

9          LOL.  I have --

10    A    I don't see what you're reading because I'm not there.

11    Q    I'm sorry.  Do you see the very, very top one?  I think

12    it's on the screen in front of you.

13         I think you just touched it there.  But if you see

14    the very, very top, 652014?

15    A    Okay.

16    Q    4:06 p.m.  Do you see it?

17    A    Yes.

18         MR. BALESTRIERE:  Ms. Saydah, can you just blow it

19    up a little more?

20    A    Sorry.

21    Q    Don't be sorry.

22         Now do you see it?

23    A    Yes.

24    Q    I'm going to ask you some questions about some of these

25    texts.

HASSEN – DIRECT – BALESTRIERE                    1191

1    So the top two you see is there between you and

2    Mr. Rubin at 4:06.

3    Do you see?

4    A    Uh-huh.

5    Q    Then the next text is five-and-a-half hours later at 9:38

6    where your Mr. Rubin's thanking.

7    To the best of your memory, is that after the

8    encounter that you just testified to and testified to

9    yesterday?

10   A    Yes.

11   Q    Then almost two hours after that, where you say:  Thank

12   you, Howie, I had a good time.  Thank you for the cab money.

13   That was so nice of you.  I love LD.  Pieces.  We must do it

14   again.

15   So you just -- I won't characterize it, but you just

16   described events yesterday and this morning about what took

17   place.

18   Why did you send this text after those events?

19   A    Because I hadn't been paid yet.

20   Q    And then the next text we see the next day is June 6th,

21   2014, Mr. Rubin's asking you:  How are you feeling?

22   And if you go down just a few more lines, do you see

23   it says 2:19 p.m., this text, where you say:  I'm heading to

24   the City to have lunch with friends.

25   A    Yes.

HASSEN – DIRECT – BALESTRIERE                    1192

1          MR. BALESTRIERE:  Ms. Saydah, can I ask you just to

2    go up a little more so you can see a few more lines of text.

3    Little more.

4          And then you see at June 6th, 2014, at 2:36 p.m.

5    Mr. Rubin writes:  OMG, aren't you bruised?

6          And you respond a minute later:  Yeah, badly.  But

7    it's okay.  I put some Dermablend on, it should be okay.

8          And Mr. Rubin responds:  Jesus, let me know how it

9    goes.

10   Q    Did you consent to being bruised the way you were?

11   A    No, I did not.

12   Q    Did you go to the police after this took place?

13   A    No, I did not.

14   Q    Did you eventually receive payment for this?

15   A    I did.

16         MR. BALESTRIERE:  Now I'd like to ask you to about

17   other exchanges you had with Mr. Rubin and another event in

18   June of -- excuse me, 2014, sorry, Your Honor.

19         So we are on page 8 right now.  Let me ask you to

20   start this way.

21   Q    Did you end up seeing Mr. Rubin again that month?

22   A    I did.  To get paid.

23         MR. BALESTRIERE:  Can I ask you, Ms. Saydah, to go

24   to the same exhibit at 9 at 10:09 p.m. on June 13th text.

25         So if you can just stop right there.

HASSEN – DIRECT – BALESTRIERE                    1193

1    Q    Do you see that in front of you Brittany?

2    A    I'm sorry, you said June 13th?

3    Q    Sure.

4    A    At 10:09 p.m.?

5    Q    Yes, so we started at the top of the page.  You can see a

6    text on June 6th?

7    A    Uh-huh.

8    Q    See that, Brittany, with an N.

9             It's a week later.  You say:  Hi.  How are you?

10            Mr. Rubin responds:  Good.  How are you?

11            And again I'm not going to have the jury go through

12    all of these but you asked through these texts to meet again

13    with Mr. Rubin; isn't that correct?

14    A    Yeah.

15    Q    Why did you ask to meet again with Mr. Rubin?

16    A    Because at this point I was in a lot of pain and I needed

17    money for like the pain medication.  Because it was

18    desperately in bed.  I was in a lot of pain.

19    Q    But why go back to Mr. Rubin who was the reason why you

20    had all that pain in the first place?

21    A    Because I had gotten clean and I didn't have anyone else

22    I could get them from, and I knew he had them.

23    Q    I'm sorry, you said "them," forgive me, I think the jury

24    may be missing something.

25            So you said you had "gotten clean."  Let me ask you

HASSEN – DIRECT – BALESTRIERE                1194

1  first.  What do you mean by that?

2  A    I went to rehab.

3  Q    Prior to 2014?

4  A    Yes.

5  Q    What do you mean by -- so the jury understands, what do

6  you mean by "clean"?

7  A    I was drug free.

8          THE COURT:  You're talking really fast.

9          MR. BALESTRIERE:  I'm sorry, Your Honor.

10          Let me ask the question again because I'm definitely

11  talking too fast.

12  Q    You mentioned being in rehab, right?

13  A    Yes.

14  Q    Was that prior to 2014?

15  A    Yes.

16  Q    So then you used this term "clean."  I just want to make

17  sure the jury understands.

18          What do you mean by that, "clean"?

19  A    Drug free.

20  Q    Okay.  So now I'm asking you, it's June 13th, it's about

21  a little more than a week after the encounter you just

22  described, and you're reaching out to Mr. Rubin, right?

23  A    Uh-huh.

24          MR. BALESTRIERE:  Maybe just, Ms. Saydah -- maybe it

25  does make sense to read a little bit there.

1        You see at 12:29 it says:  I'm doing good.  Sorry

2   for the late response.  I had a long weekend.  I just wanted

3   to say hi, and see if you want to get together again.  I would

4   love to see you.  I could really use the work right now.  So

5   please if you are looking to get together, let me know.  I'll

6   take the bigger beating this time I promise.

7        Let me ask you one question.  You wrote:  I could

8   really use the work right now.

9   Q    To the extent that you remember what you were thinking

10  when you sent this text eight years ago, why did you send that

11  text?

12  A    Because I was going through some stuff.  I needed money.

13  I just enrolled in school.  I didn't know how I was going to

14  pay for it.

15       And between that and also me eventually getting back

16  on to pain medication, you know, which began here, but when I

17  look back, I wish I never did.  I wish I never would have even

18  gone back there.

19  Q    And I'm not going to walk you through all the texts, but

20  you did end up going back?

21  A    I did.

22  Q    Right now we're looking at texts between you and

23  Mr. Rubin, right?

24  A    Yes.

25  Q    And we see June -- your first reach out there is

1    June 13th at 7:16 p.m.

2              You see that at the top?

3    A    Uh-huh.

4              MR. BALESTRIERE:  Ms. Saydah, can I ask to you go to

5    Defendants -- I believe this is in evidence, if not, I move

6    for its admission, and I don't believe there's an objection,

7    Defendants' C5.

8              Just show right now.

9              MR. McDONALD:  No objection.

10             THE COURT:  Received.

11             (Defendants' Exhibit C5, was received in evidence.)

12             (Exhibit published.)

13             MR. BALESTRIERE:  So we were just looking at texts

14   between you and Mr. Rubin.  We are now looking at a separate

15   exhibit, Defendants' C5.

16             It doesn't -- on the big screen it doesn't look too

17   good, but I think you can see it better here.

18   Q    Can you see that, Brittany?

19   A    Yeah, I see it.

20   Q    So the yellow texts are those from you.  The orange texts

21   are those from Loredana.

22             And do you see the third line down, it's June 13th,

23   1902, that's 7:02p.m., Loredana says:  I want you to beg Howie

24   again, like you're desperate for money, blah, blah, blah.

25             Do you remember Loredana giving you this direction?

HASSEN – DIRECT – BALESTRIERE                1197

1  A    I don't remember.  But she did obviously.

2         MR. BALESTRIERE:  Again, can you go back,

3  Ms. Saydah, to Defendants' B5.

4  Q    So, again, you see that it looks like 14 minutes later is

5  when you reach out to Mr. Rubin.

6  A    Yes.

7         MR. BALESTRIERE:  I'm going to ask you, Ms. Saydah,

8  can you go -- it's the same exhibit now that you're in, B5,

9  page 9.

10         (Exhibit published.)

11         This is just a continuation of texts.  I'm not going

12  to have us go through all these to 12:29 p.m. on June 16th.

13  Right there.  So we just talked about this.

14  Q    Did you end up seeing Mr. Rubin later that month?

15  A    I did.

16         MR. BALESTRIERE:  Okay.  So, Ms. Saydah, can you put

17  up P3, please.  Go to the first page of that.

18         That's the fourth page, I believe.

19         (Exhibit published.)

20         MR. BALESTRIERE:  Thank you.

21  Q    So I'm going to ask you what you remember about seeing

22  Mr. Rubin later at that month.

23         But did you see him --

24         I'm sorry, you know what, why don't you just put

25  that down for a minute, Ms. Saydah?

HASSEN – DIRECT – BALESTRIERE                    1198

1        THE COURT:  You are just running on.  You got to

2   slow down.

3        MR. BALESTRIERE:  Sorry.

4        So just look over here, let's not look at the photo

5   for now.

6        Did you end up seeing Mr. Rubin later that month?

7   A    I did.

8   Q    Please describe the circumstances leading -- withdrawn.

9        Did you visit him at the penthouse?

10  A    I did.

11  Q    Please tell the jury how it is you came to meet him at

12  the penthouse?

13  A    When I went back, I just remember that we were drinking

14  and like he put me in this like contraption where like my

15  wrists and my ankles got like locked in, closed, and I was

16  blindfolded.

17       MR. BALESTRIERE:  So let me just stop for a moment.

18  God bless you.

19       Can you actually now put up, Ms. Saydah, can you put

20  up P3 at one.

21       (Exhibit published.)

22  Q    You used the term "contraption".

23       Was this the contraption?

24  A    Yes.

25       MR. BALESTRIERE:  You can take it down again,

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    Ms. Saydah.  Thank you.

2    Q    So let me just, if I can, take you back.

3              When you were arrived, if you remember, at the

4    penthouse, was anyone there?

5    A    No.

6    Q    Did Mr. Rubin join you at some point?

7    A    He did.

8    Q    Did anyone else join you?

9    A    No.

10   Q    Do you remember how long you were at the penthouse alone

11   before he joined you?

12   A    About like an hour.

13   Q    When he came, what is the first thing you remember?

14   A    I just remember drinking a lot.  A lot of alcohol.

15             And then like a blindfold was put on me.  I was led

16   obviously up to the dungeon, and put me in.  I just know from

17   like the anticipation of what was going to happen to me, I got

18   so like I guess like nervous that I fainted.

19   Q    Let me ask you, do you remember -- actually you said, I

20   must have gone into the dungeon room, the record will show.

21             Do you remember going into the dungeon room?

22   A    I remember -- up until that moment, there was like we

23   were drinking.  He blindfolded me.  He walked me.  I assume

24   that I was in the dungeon because what other room was there?

25   And literally I fainted in the -- while I was in there.

1          So I don't remember what happened after that.

2   Q    Prior to that, do you remember, did -- was there any

3   physical violence on you prior to that when you fainted?

4   A    Yeah.  He was hitting me.

5   Q    In what way?

6   A    Just in my face.

7   Q    Do you remember if he was saying anything?

8   A    No.

9   Q    Was -- did anything sexual happen in terms of penetration

10  or anything like that prior to you fainting?

11  A    No.

12  Q    You said you fainted.

13         What is the next thing you remember?

14  A    I was in a cab and I was home.

15  Q    So you don't remember what else occurred or anything?

16  A    No.

17  Q    Did you ever go into that dungeon room again after

18  June 30th?

19  A    No.

20         MR. BALESTRIERE:  Ms. Saydah, can you --

21         I move the admission, Your Honor, of -- this is

22  Plaintiffs' 117C.  I don't believe there's an objection.

23         MR. McDONALD:  No objection, Your Honor.

24         THE COURT:  Thank you.

25         (Plaintiffs' Exhibit 117C, was received in

1   evidence.)

2           MR. BALESTRIERE:  I'll do it at the same time to

3   make it easier.  I also move for the admission of Defendants'

4   B5.  Again, I believe there's no objection?

5           MR. McDONALD:  No objection.

6           THE COURT:  Received.

7           (Defendants' Exhibit B5, was received in evidence.)

8           MR. BALESTRIERE:  Thank you, Your Honor.

9           So I'd like to show you this Plaintiffs' 117C.

10          Can you please blow up the top half of this,

11  Ms. Saydah.

12          So this is a document that the jury has seen

13  versions of this a lot.  I'm not going to spend too much time

14  on this.

15  Q    Is that your handwriting there on the top?

16  A    It is.

17          MR. BALESTRIERE:  Ms. Saydah, can you go all the way

18  to the bottom, please.

19  Q    And is that, again, your handwriting on the lower right

20  where it says "print name"?

21  A    Yes.

22  Q    Did you sign that?

23  A    I did.

24  Q    And what's the date on this?

25  A    9/25/14.

HASSEN – DIRECT – BALESTRIERE                1202

1          MR. BALESTRIERE:  So now I just want to ask you.

2    Can you go to the very top, please.

3          I'm going to ask you some questions about the

4    circumstances of this.

5          You can take it down please, Ms. Saydah, at least

6    for now.

7    Q    So you just testified that you signed the document that

8    the jury saw.

9          Were you able to keep a copy of that document?

10   A    I was not.

11   Q    Where did you sign that document?

12   A    In the living room in the penthouse.

13   Q    When you were there signing that document, who else was

14   present, if anyone?

15   A    Loredana.

16   Q    Just Loredana?

17   A    Loredana and Howie.

18   Q    That's Mr. Rubin?

19   A    Yes.

20   Q    So you were at the penthouse.

21         Did you go into the dungeon room that night?

22   A    No.

23   Q    How is it that you came to sign this document?

24   A    He invited me back there.

25   Q    So you go back to the apartment.  Was he there when you

HASSEN – DIRECT – BALESTRIERE                    1203

1    arrived?

2    A    Yes.

3    Q    Did he discuss this document with you?

4    A    No, other than -- nothing like -- he didn't say like what

5    I was signing.  All he said was:  You have to sign this.  If

6    you don't, you're going to lose everything.  You can't talk

7    about this with anybody.  He was like threatening me.

8    Q    Did you sign it?

9    A    I did.  I was scared.

10   Q    Scared of what?

11   A    Of him.

12   Q    You said that he told you you would lose everything.

13        Did he give any further details?

14   A    No.

15   Q    What did you understand that to mean, if anything?

16   A    I thought like it just meant like I could get in trouble.

17        MR. BALESTRIERE:  I ask you, Ms. Saydah, to put up

18   B5, which just was put into evidence, defendants' B5.

19        (Exhibit published.)

20        MR. BALESTRIERE:  So this is a slightly different

21   version.

22        Can you blow up the top portion there, please?  Just

23   even more?

24        And you see the second paragraph there, it says:  In

25   return for the payment of an agreed-upon fee, I had

1    voluntarily agreed to engage in sexual activity with Ferriollo

2    and it continues.

3    Q    Is that Loredana Ferriollo?

4    A    Yes.

5         MR. BALESTRIERE:  And now may I ask you to go back,

6    Ms. Saydah, to 117C, and blow that up just a little bit.

7         And the second paragraph here reads:  In return for

8    the payment of an agreed-upon fee, I voluntarily agree to

9    engage in sexual activity with Rubin.

10         Just clarifying, there's two for -- one for

11    Mr. Rubin, one for Ms. Ferriollo.

12    Q    How closely did you read this, if at all, before you

13    signed it?

14    A    I didn't.

15    Q    Why not?

16    A    Because I was scared.

17    Q    But why would you being scared mean that you would just

18    sign a document without reading it?

19    A    I don't know.  I just -- I was scared.

20    Q    Did there come a time that you, Mr. Rubin, and

21    Ms. Ferriollo left the penthouse on September 25th, 2014?

22    A    Yes.  He suggested after I signed it, he suggested that

23    we go to Rick's Cabaret.

24    Q    What is that?

25    A    It's a strip club.

1    Q    Do you know where it is?

2    A    I don't know exactly.  It's in Manhattan.

3    Q    Did you end up going to Rick's Cabaret?

4    A    I did.

5    Q    Did Mr. Rubin, it sounds like, went with you.

6         Did Ms. Ferriollo accompany you?

7    A    She did.

8    Q    So you arrived at Rick's Cabaret.

9         Please describe the first thing you remember

10   happening once you got there?

11   A    There was other women there.  I didn't know who they

12   were.  I believe he invited them.  And we got a room -- he got

13   a room and -- like the champagne room.

14   Q    Let me just stop for a second.  I think you testified

15   this is a strip club?

16   A    Yes.

17   Q    You just used the term "the champagne room."

18        What's that?

19   A    It's a private room.

20   Q    So you, Mr. Rubin and Ms. Ferriollo went into that

21   champagne room?

22   A    We did.

23   Q    And you also just talked about a couple other women who

24   were there.

25        I'm sorry, I don't know if it was a couple.  Was it

1  two?

2  A    It was a few.

3  Q    Did they go into the champagne room with you?

4  A    They did.

5  Q    Once you got into the champagne room, what is the first

6  thing you remember happening?

7  A    Well, I was the only brunette.  I was with a lot of

8  blonds.  And I remember these dancers came in the room and

9  like they brought bottles of champagne.  And everyone just

10  started drinking right away.  Right away.

11         And I remember like the dancers eventually like, you

12  know, Loredana was like talking to them and like trying to

13  convince them to go back to the penthouse with us.

14         And from that point, I just remember Howie moving

15  from side.  He was sitting -- he was sitting next to Loredana

16  and suddenly -- I was in the corner of the room.  And

17  literally I remember when he came over to my side, like he

18  like aggressively got up.  He sat down next to me.  And he

19  just started taking off my shirt.

20  Q    Can I just stop you for a moment.

21         So how long had you been in the champagne room

22  before this activity you just testified took place?

23  A    I would say about 45 minutes.

24  Q    This champagne room, how big is it?

25  A    It's not very big.

1    Q    How many people were there, to the best of your memory,

2    at this point when Mr. Rubin came over to you like that?

3    A    It was about, say, about ten people.

4    Q    And there's ten people there, the ones you testified to

5    before you, Mr. Rubin, Ms. Ferriollo, sounds like 10.

6            There's other women who were with you, included

7    those; is that right?

8    A    Yes.

9    Q    And what about the dancers you were talking about, did it

10   include those dancers as well?

11   A    It does.

12   Q    Okay.  And you said the room wasn't that big.

13           It's a lot smaller than this courtroom; is that fair

14   to say?

15   A    Very.

16   Q    Maybe this is a bad example.  The dungeon room, is there

17   any comparison you would make between the red room, the

18   dungeon room, and the champagne room?

19   A    It was like double the size of the dungeon.

20   Q    So you're in the champagne room, you testified that

21   Mr. Rubin came over to you.  Please continue.

22   A    When he came over to me, it was like he like immediately

23   zoomed on me, you know.  And like I just remember him taking

24   my shirt off.  Eventually my clothes completely came off, I

25   was naked.  And I remember he had handcuffs and he handcuffed

HASSEN – DIRECT – BALESTRIERE          1208

1   me behind my back.

2   Q    Okay, so just let me stop you for a moment.

3        You just put your left and right hands behind you.

4        These handcuffs, what kind of handcuffs were they?

5   How can you describe them?

6   A    They were metal.

7   Q    Do you know where they came from?

8   A    No.  He had them, I guess.

9   Q    What, if anything, was Mr. Rubin saying to you when he

10  did this?

11  A    He was just calling me a stupid girl.  Saying that, look

12  at you, look at your breasts.  They're so much smaller.  Look

13  at all these hot girls, you're so ugly, you know.

14       I wasn't blond, so when I look back, it is my

15  opinion --

16  Q    Can I just stop you.  I'm sorry.  I'm sorry.  I do just

17  want to ask you questions about what you observed.

18  A    Okay.

19  Q    It's okay.

20       So you did testify you were brunette, the others

21  were blond.

22       Did Mr. Rubin ask for your permission to put these

23  handcuffs on you?

24  A    No.

25  Q    He put the handcuffs on you, said the things that you

1    just said.  What, if anything, did you notice the others in

2    the room doing?

3    A    They were all just like looking, looking at us and was

4    talking amongst themselves.

5    Q    What is the next thing you remember happening after

6    Mr. Rubin put the handcuffs on you behind your back?

7    A    He had sex with me.  He raped me.

8    Q    Forgive me, I have to ask some of details here.

9         First, did he ask for permission to have sex with

10   you?

11   A    No, he did not.

12   Q    Did you consent to the handcuffs being on you?

13   A    No, I did not.

14   Q    When you say that he had sex with you, I'm sorry to ask

15   more some details.

16        In what way?

17   A    He started to beat me.  Literally beat me with his hands.

18   With his hands.

19   Q    Okay.  You just held up your hands like fists, but I want

20   to be clear on what your testimony is.

21        Was he using anything besides his hands?

22   A    No, just his hands.

23   Q    Was he using open hand, like a slap, or closed hand, like

24   a fist?

25   A    Both.

HASSEN - DIRECT - BALESTRIERE                1210

1    Q    Where was he hitting you?

2    A    My face.  And all over my body.

3    Q    What, if anything, were the others in the room doing at

4    this point?

5    A    A lot of them weren't really looking.  And like some of

6    them even I think were laughing.  But I don't know, you know,

7    what they were laughing it.  It wasn't a fun matter.

8    Q    How long did Mr. Rubin beat you in the manner you just

9    described?

10   A    For me, I think it was about a half hour.

11        Because what happened was one of the waitresses

12   came -- she kept coming back in the room and asking if I was

13   okay.  And it was like as soon as she would walk in,

14   everything stopped.

15        And eventually we were asked to leave because of his

16   behavior.

17   Q    So I'm going to get back to you're being asked to leave

18   in a just a moment.

19        You said that Mr. Rubin raped you.  Again, I'm sorry

20   to ask.  How?

21   A    With which his penis.

22   Q    Your vagina?

23   A    Yes.

24   Q    Where exactly were you in relation to him when he did

25   this?

1    A    I was on like face down.

2    Q    On what?

3    A    It was like a couch type of thing.

4    Q    And so Mr. Rubin was behind you?

5    A    Yes.

6    Q    Do you remember if he was saying anything at that time?

7    A    A lot of over and over.  You're fucking ugly.  Stupid

8    girl.  Just stupid girl.  Over and over and over.

9    Q    But at some point he did stop.

10   A    Yeah, when the waitress came in.

11   Q    You said the waitress came in more than once; is that

12   right?

13   A    She did.

14   Q    To the best of your memory, during this time when

15   Mr. Rubin was raping you, how many times did she come in.

16   A    I'd say about three times.

17   Q    Your testimony is that Mr. Rubin would stop?

18   A    Yes.

19   Q    But at some point, this isn't clear, did Mr. Rubin stop

20   because you were asked to leave, or did he stop because he

21   chose to stop?

22   A    He chose to stop.

23   Q    So at some point he chose to stop.

24        How long after that were you asked to leave?

25   A    Like right after.

1    Q    Who is it that asked you to leave?

2    A    Security.

3    Q    Were you -- were the handcuffs taken off?

4    A    Yes, they were.

5    Q    By whom?

6    A    By Mr. Rubin.

7    Q    Did you dress yourself, or did someone else dress you?

8    A    I addressed myself.

9    Q    And then you all left that evening; is that correct?

10   A    Yes.

11   Q    Do you remember where you went?

12   A    I went home.

13   Q    Did you receive any physical injuries because of what

14   took place that night?

15   A    I did.

16        My butt, I had gotten injections, you know, to make

17   my butt bigger.  And when I tell you he beat me so bad, the

18   damage done to my butt, to this very day, is lopsided.

19        Because it, like from impact over and over him

20   hitting me on my butt, it like fucked up my butt basically.

21   Q    At any time after that September 2014 incident, did you

22   ever see any medical professional about these injuries to your

23   butt?

24   A    I did.  I was scared to go to like a regular hospital and

25   stuff like that because --

HASSEN – DIRECT – BALESTRIERE                    1213

1   Q    Why?  If I can ask why?

2   A    Because I thought who's going to believe me?  You know,

3   I'm a hooker.  To me I felt like if I would have gone to like

4   let's say a hospital, they were going to ask me questions, and

5   I felt like I couldn't say anything.

6         I thought like I if I could say something, that

7   nobody, A, would believe me; and, B, they would just going to

8   ask me too many questions, and I thought because I signed

9   this, that I couldn't say anything.

10  Q    So it sounds like you did not go to a hospital for this,

11  but you did go to someone?

12  A    I did.  I went to a place called Casa De Muñecas.

13  Q    And it M-U-N, with a tilde, E-C-A.

14        Where, if you remember, where is Casa De Muñecas?

15  A    Sunset Park, Brooklyn.

16  Q    What kind of place is it?

17  A    It's like for people who like, you know, get plastic

18  surgery and stuff like that that fly to Colombia.  It's like a

19  very, you know, under the table, so to speak.

20        I knew they wouldn't ask me any questions.  And I

21  knew that I could get the right treatment that I needed.

22  Because at this point the swelling was so severe, it was

23  horrible.

24  Q    You say "at this point."  To the best of your

25  recollection, how long after the September 2014 incident was

1    it that you went to Casa De Muñecas?

2    A    Six months.

3    Q    Besides the physical injuries that you testified to, do

4    you believe that you have any emotional or psychological

5    trauma because of the things that Mr. Rubin did to you?

6    A    I have nightmares.  Really bad nightmares.

7         I walk around, like, because of who he is, I'm

8    scared that one day, even back then, that this man could have

9    the potential of fucking having, you know, me wiped out.

10   Q    I'm going to ask some more questions.

11        So you're saying that right now you still have

12   nightmares?

13   A    True.

14   Q    Besides the nightmares, is there any other emotional or

15   psychological trauma that you have experienced in the eight

16   years since September 2014?

17   A    I didn't want to think about what happened to me any

18   more.  I eventually relapsed.  I eventually started using to

19   forget what happened to me.

20   Q    When you say you "started using," I'm sorry just to be

21   clear, started using what?

22   A    I started to use heroin.  Because I couldn't get the

23   pills any more.

24   Q    I'm sorry to ask, but when you say "the pills," what do

25   you mean?

HASSEN – DIRECT – BALESTRIERE                    1215

1    A    I'm referring to oxycodone.

2    Q    Did you see Mr. Rubin at all after September 2014?

3    A    No, I did not.

4    Q    I'm sorry, maybe let me -- not did you have sex with him,

5    but did you see him or have any -- withdrawn.

6            Do you have any interactions with Mr. Rubin after

7    September 2014?

8    A    I did.  But I, you know, we didn't have sex or anything

9    like that.

10            I was still, you know -- I look back and it was like

11   very foolish of me.  Because deep down I knew I was wrong, but

12   I felt I couldn't do anything.  And I didn't want to give me

13   the slightest clue that I was like a problem for him.

14            So I figured the more nicer I was to him on his good

15   side, I wasn't too the worried about anything happening to me.

16   Q    You maybe kind of testified about this, but why did you

17   not want to give him, as you put it, slightest clue?

18            MR. McDONALD:  Objection, Your Honor.

19            THE COURT:  Sustained.

20            MR. BALESTRIERE:  I will move on, Your Honor.

21   Q    At some point, though, you authorized the filing of a

22   lawsuit against Mr. Rubin, right?

23   A    I did.

24   Q    I'd like to ask a little bit about the circumstances of

25   that.

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

HASSEN - DIRECT - BALESTRIERE                    1216

1      How is it that you, after not speaking out for so

2  long, chose to file a lawsuit?

3           MR. McDONALD:  Objection, Your Honor.

4           THE COURT:  Overruled.

5           MR. BALESTRIERE:  I'm sorry, the question you can

6  answer, which is:  How is it that you chose to file a lawsuit

7  against Mr. Rubin?

8  A     Somebody called me.  It was actually Loredana.  And she

9  said that Howie had gotten arrested.

10 Q     Do you remember when that was?

11 A     No.

12 Q     After you received this phone call, what was the next

13 step that you took with regards to you potentially filing a

14 lawsuit?

15 A     Well, I called your office.

16 Q     When you say "your office," you mean my office?

17 A     Yes.

18 Q     And at some point after that, you thought of filing a

19 lawsuit?

20 A     I did.

21 Q     Just to confirm, anyone that -- withdrawn.

22           The other five plaintiffs, did you know them before

23 the time that you had contacted my office?

24 A     No.

25           MR. BALESTRIERE:  I think I'm done, Your Honor, just

HASSEN - CROSS - McDONALD                1217

1    one moment, please.

2              Actually if I can.  Ms. Saydah, can you put up

3    Defendants' Exhibit A.

4              And can you blow up just a little bit from the top.

5    And then, I'm sorry, to the side please.  Thank you.

6    Q    So, Brittany, you've seen this document before, right?

7    A    Uh-huh.

8    Q    I'm just going to ask you a little bit about the

9    questions that involve you.

10             We talked about September 2011.  There's an unknown

11   amount there.  But then you can see in 2014, there's the two

12   wires, July 1st, July 25th.  But then there's October 27th,

13   2014, that wire.

14             Was that after that Rick's Cabaret incident?

15   A    Yes.

16   Q    And then there's one more payment in June of 2017 for

17   $2,000.

18             Do you remember what the circumstances are of that?

19   A    No, I don't.

20             MR. BALESTRIERE:  I have no further questions, Your

21   Honor.

22             THE COURT:  All right, cross-examination.

23   CROSS-EXAMINATION

24   BY MR. McDONALD:

25   Q    You said Howie was arrested?

HASSEN – CROSS – McDONALD                    1218

1    A     Yes, I did.

2    Q     Did you say that?

3    A     Yes, I did.

4    Q     It's a lie; isn't it?

5    A     It's not.

6             THE COURT:  You need a mic.

7             MR. McDONALD:  I don't need a mic.

8             THE COURT:  You need a mic.

9             MR. McDONALD:  I don't need a mic, Judge.

10            THE COURT:  You need a mic.

11            MR. McDONALD:  I don't think it's working.

12   BY MR. McDONALD:

13   Q     You know as you sit there that Howie Rubin has never been

14   arrested; isn't that a fact?

15   A     I don't know.  That's what I was told.

16   Q     You just made that up in this courtroom today; didn't

17   you?

18   A     No, I did not.

19   Q     All right, let's go back to the beginning.

20            Tracy Reed.  She's the woman who arranged for you to

21   meet Howie Rubin?

22   A     Yes.

23   Q     And you said yesterday that she told you that you were

24   going to meet him for fetish-style photos, right?

25   A     Yes.

HASSEN – CROSS – McDONALD                    1219

1    Q    And that's a lie also; isn't it?

2    A    It is not.

3              MR. BALESTRIERE:  I'm sorry, I need to object.  I

4    think this misstates the testimony.

5              THE COURT:  There's a question and answer.

6              Go to the next question.

7              MR. McDONALD:  She said that was the --

8              THE COURT:  Let's not argue, just ask questions.

9    BY MR. McDONALD:

10   Q    So in 2011, you were familiar with the terms "submissive"

11   and "dominate"; weren't you?

12   A    I was.

13             MR. McDONALD:  And the first time that you contacted

14   Mr. Rubin was in -- by way of an email, that is in evidence as

15   Defendants' Exhibit U4.

16             Can we have at that up, please?

17             (Exhibit published.)

18   Q    And it's an email from you, dated September 21st, 2011.

19   And the subject is:  Hey, it's Tiffany.

20             And you say to Mr. Rubin:  Tracy asked me to email

21   you regarding Friday's appointment.  Smiley face.

22             Do you see that?

23   A    Yes, I do.

24   Q    So Tracy had tentatively arranged for you to have an

25   appointment with Mr. Rubin on Friday?

1    A    She did.

2    Q    And then you say to Mr. Rubin:  I'm very submissive.

3    Love being dominated; isn't that right?

4    A    I did say that.

5    Q    Okay.  And so you knew what submissive meant.

6    A    I could only tell you that I liked passionate sex at that

7    point in my life.

8              Like I testified before, I was very sexually active.

9    I truly didn't know the definition of what submissive meant.

10   Q    Well, yesterday you said that you thought it meant

11   something like hair pulling; isn't that right?

12   A    That's what I thought.

13   Q    But it's more than hair pulling, didn't you think that?

14   A    I know that now.

15   Q    Well, didn't you know that at the time?

16   A    No, I didn't.

17   Q    And you said you love being dominated.

18              What do you mean by that?

19   A    I liked to have sex passionately.

20   Q    Well, that doesn't necessarily mean the other part, that

21   your partner was going to dominate you; does it?

22   A    No.

23   Q    Aren't these terms of art in the BDSM world?

24   A    I know that now.  Yes.

25   Q    But you were telling Mr. Rubin, when you sent this email

1   to him, that you wanted him to dominate you, correct?

2   A    I did.

3   Q    And you were going to New York for an encounter with him

4   so that he could dominate you on Friday, right?

5   A    Well, I was told by Tracy to say yes to everything he

6   said.

7   Q    What does that mean?

8   A    Exactly what I just said.

9   Q    So you're just going to say yes to anything?

10  A    That's what I was told to say, yes.

11  Q    And you were going to agree with that?

12  A    I didn't say I would agree, I just said she told me what

13  to say.

14  Q    Well, why would you telling him, yes, if you weren't

15  going to agree with it?

16  A    I didn't know.  I didn't know what was going to happen

17  that day.

18  Q    But you were going to say yes to everything.  That's what

19  Tracy told you.

20  A    Yeah.

21  Q    So you were agreeing to everything.

22  A    Yeah, I guess in a way.  But not -- not consenting.

23  Q    Agreeing is not consenting?

24  A    No.  It's not.

25           This was strictly through email.

1    Q    What's the difference between agreeing and consenting?

2    A    Well, I would say that if I'm physically in a room with

3    somebody and I verbally say, yes, or someone asks me, Can I

4    have sex with you?  That to me is consenting.  That's not what

5    this was.  This was an email.

6    Q    But in the email you say you're agreeable.

7    A    In the email, yes, I said it.

8    Q    And you know -- you knew that Mr. Rubin was interested in

9    rough sex when you were going to meet him, correct?

10   A    What he was describing, is not what rough sex is.

11   Q    Okay.  But in any case, in your first communication with

12   him, you told him that you were very submissive and you love

13   being dominated and you were looking forward to meeting him,

14   correct?

15   A    Correct.

16   Q    And you didn't say anything in that email about fetish

17   photos.

18   A    No, because it was just told to me over the phone.

19   Q    What was told to you over the phone?

20   A    That I would take fetish-style pictures.

21   Q    Right.  So when you corresponded with Mr. Rubin, you

22   didn't say I'm looking forward to meeting with you on Friday

23   if we can take fetish-style photos, right?

24   A    No, I did not write that, but that's what I was told.

25   Q    But I'm asking that you wrote.

HASSEN - CROSS - McDONALD                    1223

1    A    I'm looking at what I wrote.

2              I did not write that.

3    Q    Well, it speaks for itself.

4              So Mr. Rubin responds to you, correct?

5    A    Yes.

6              MR. McDONALD:  Okay.  And can we put up DXV4.

7              (Exhibit published.)

8    Q    This is his response to you the next day, correct?

9    A    Correct.

10   Q    And I'm not going through every line of this, but on the

11   third line it says:  I'd love to get together with you

12   tomorrow.

13             Does it say that?

14   A    Uh-huh.

15   Q    And then he lays out for you what you should expect when

16   you meet with him, correct?

17   A    This is what he wrote.

18   Q    He wrote:  So with submissive activity, I love to be with

19   girls that love being dominated, right?

20   A    That's what says.

21   Q    And that's what you told him the day before, that you

22   love being dominated?

23   A    I did.

24   Q    And you said that you enjoy both physical and verbal

25   humiliation.

HASSEN – CROSS – McDONALD                    1224

1              Let's look at verbal humiliation.  What does that

2    mean?

3    A    I really didn't know what that meant.

4    Q    Well, doesn't it mean he's going to call you names?

5    A    At this time, I didn't really even know or understand

6    what that was.

7    Q    You don't know what verbal humiliation means?

8    A    This was the first time I had ever had this type of

9    encounter.

10              MR. McDONALD:  Excuse me, could you just answer the

11    question.

12              MR. BALESTRIERE:  Objection.

13              THE COURT:  Overruled.

14

15              (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  You have to answer the question he's

2    asking you.

3          THE WITNESS:  Okay.  Sorry.

4          THE COURT:  It's okay.

5    CROSS-EXAMINATION (Continued)

6    Q    Let me turn to physical humiliation.  You know what

7    physical humiliation is right?

8    A    I did not.

9    Q    You didn't.  When did you learn what physical

10   humiliation --

11         MR. MCDONALD:  Excuse me, withdrawn.

12   Q    When you testified at your deposition, you testified when

13   I asked you the question, What does physical humiliation mean?

14   You said, You get beat up.

15         Is that right?

16   A    I did say that.

17   Q    So you knew that when he said that he enjoyed physical

18   humiliation that he liked being beating up girls, right?

19   A    I didn't know that to be a fact.

20   Q    But he wasn't hiding that from you, he was telling you

21   that; right?

22   A    Honestly, I thought that this was all fantasy.

23   Q    Excuse me.  I'm asking, can you answer the question yes

24   or no?

25         He was telling you that he enjoyed physically

HASSEN – CROSS – McDONALD                    1226

1    humiliating girls, isn't that a fact?

2    A    That's what it says.

3    Q    Okay.  And then he goes on.  Is it fair to say that he's

4    candid in the next words that he writes to you?

5    A    That's your opinion.

6    Q    Well, let's see what the jury's opinion is.

7          He says, It's a very intense experience; is that

8    correct?

9    A    Yes.

10    Q    And he's telling you that it's going to be rough and he's

11    going to use force.

12          Didn't you understand that?

13    A    I did not.

14    Q    Didn't you understand that it meant painful?

15    A    I did not.

16    Q    He goes on and says, Most girls I've been with seem to

17    love it.

18          Do you see that?

19    A    Yeah.

20    Q    And isn't he conceding there that some girls don't?

21    A    I don't know.

22    Q    And then he says, But I want you to understand completely

23    before we get together.

24          Wasn't he trying to be up front with you there?

25    A    I'm sorry, where are you look at this because what I'm

1   looking at and what you're saying is not the same thing.

2   Q    Why don't you just keep looking until you find what I'm

3   reading.

4   A    So I'm going to read up to you what I'm looking at.

5   Q    Okay.  Go ahead.

6   A    So with submissive activity, I love to be with girls that

7   love being dominated and enjoy both physical and verbal

8   humiliation.  It is a very intense experience.  Most girls

9   I've been with seem to love it, but I want you to understand

10  completely before we get together there is bondage.

11  Q    Okay.  Excuse me.  I just wanted to ask you about that

12  last set of words that you just read where he says, I want to

13  be up front.  Excuse me.  I want you to completely understand

14  before we get together.

15       Wasn't he being up front with you at that point?

16  A    If that's your opinion.

17  Q    I'm asking you for your opinion, your understanding.

18  A    Yes; however, I thought this was --

19  Q    No.  Just answer the question yes or no.  If there is

20  anything that has to be cleared up, your lawyer will have the

21  opportunity to do that on redirect examination.

22  A    Okay.

23  Q    He goes on and he says, There's bondage.  That's very

24  specific, isn't it?

25  A    Yes.

HASSEN - CROSS - McDONALD                    1228

1   Q     Okay.  So you're being told that you're going to be tied

2   up, right?

3   A     No, it's not what I thought.

4   Q     What did you understand bondage to mean?

5   A     I didn't know what bondage was.

6   Q     You didn't know what bondage was at that point?

7   A     No.

8   Q     There's spanking.  You know what spanking was, right?

9   A     I know what spanking is, yes.

10  Q     And then he says what's going to be spanked.  What does

11  he say?

12  A     Use of whips and paddles.

13  Q     No, before that.  He says spanking, and then there's

14  there are parenthesis.

15        What does he say is going to be spanked?

16  A     Your ass, pussy, and tits.

17  Q     It's very explicit, isn't it?

18  A     The statement is explicit.

19  Q     Okay.  So he's telling you that he is expecting you to

20  have your ass, pussy, and tits spanked; correct?

21  A     That's what it says.

22  Q     Okay.  And then he goes on to say, Use of whips and

23  paddles; right?

24  A     Yes.

25  Q     You complained yesterday about your first encounter with

1  him at that time Mandarin Oriental and said that you were

2  upset that you were whipped, correct?

3  A    I did not say that.

4  Q    Well, the record will reflect what you said.

5         But you complained about being whipped during the

6  encounters you had with Mr. Rubin, isn't that right?

7  A    I did.

8  Q    Okay.  So here we have proof, evidence, that the first

9  time he ever uttered any words to you in writing or by

10 speaking, he was telling you that he was going to use whips

11 and paddles, isn't that right?

12 A    That's what it says.

13 Q    Okay.  And you still came to see him, right?

14 A    I did.

15 Q    Then he goes on to say, There will be vibrators and

16 dildos.  And then he says, nipple and clip clamps.

17        Isn't that right?

18 A    That's what it says.

19 Q    That sounds pretty heavy, right?  Nipple and clip clamps?

20 A    As I said before, I didn't really -- this was the first

21 time I had ever --

22 Q    Please, just answer the questions.  If anything has to be

23 cleared up, your lawyer can do that on redirect examination.

24 A    That's what it says.

25 Q    And that you understood that that's what he was saying,

HASSEN - CROSS - McDONALD                    1230

1    that if you came to see him he would use  nipple and clip

2    clamps on you.

3              Right?

4    A    That's what it says.

5    Q    Well, did you understand that?

6    A    I don't know if I understood it.

7    Q    Aren't the words clear?

8    A    The words are clear.

9    Q    Pardon me?

10   A    The words are clear.

11   Q    And then he says, I can guarantee, though, you will be

12   safe.

13             Right?

14   A    It says, I can guarantee, though, you will feel safe.

15   Q    Okay.  I always use a safe word and will always slow

16   down, stop, if it's too intense for you.

17             Isn't that right?

18   A    That's what it says.

19   Q    And by intense, you understand that to mean painful?

20   A    No, I don't know what I understood that to mean.

21   Q    But he's telling you that you might need a safe word,

22   right?

23   A    That's what it says.

24   Q    Because it would be something that you weren't enjoying?

25   A    I don't know.

HASSEN - CROSS - McDONALD                    1231

1  Q    Then he goes on to say -- you can skip the next

2  paragraph -- the next one says, Aside from being a devil in

3  the bedroom, I'm a real nice guy in life.

4            Do you see that?

5  A    Yes.

6  Q    Did you understand him to be telling you that when he was

7  not engaging in BDSM sex that he would be a nice guy in the

8  rest of his life with you?

9  A    Well, no, that's not what I understood that to mean.

10 Q    What did you understand that to mean?

11 A    That he was a nice guy.

12 Q    Well, what about the part about being a devil in the

13 bedroom?

14 A    I don't know; I don't really recall.

15 Q    He goes on to say that, so I have one of my girls flying

16 in tomorrow.  Kim Cato, you can Google her.  And so, if you're

17 interested -- he's giving you the option of backing out,

18 right?

19 A    It says, If you're interested.

20 Q    Mr. Balestriere, in his opening statement, used the word

21 targeting,  that you were being targeted by Mr. Rubin.

22            Do you know that?

23 A    Yes.

24 Q    Okay.  And he wasn't targeting you here, was he?

25 A    Not here.

HASSEN - CROSS - McDONALD                    1232

1   Q    No.  He said, If you're interested.  Right?

2   A    Yes.

3   Q    He didn't know you from a hole in the wall, right?

4   A    No, he did not.

5   Q    He was referring to you by this woman named Tracy?

6   A    Tracy called me.

7   Q    Right.  But he wasn't out there on the internet somewhere

8   targeting you as somebody he wanted to abuse and hurt?

9   A    I have no idea who was behind what.  All I know is

10  somebody reached out to me in his regard.

11  Q    But, in this instance here, he says, If you're

12  interested, we'll go ahead with it.

13       Right?

14  A    That's what it says.

15  Q    Okay.  So he's not forcing you to come and see him?

16  A    He's -- we have an appointment booked.

17  Q    Was he forcing you to come and see him?

18  A    No.

19  Q    And then he said, We would plan on doing a threesome

20  tomorrow.  We would get together around 1:00 p.m., have a long

21  session, and then go to a Yankees-Red Sox game tomorrow night.

22       Did he say that to you?

23  A    That's what it says.

24  Q    Were you surprised by that?

25  A    I have no idea that that surprised me.  I don't remember.

HASSEN - CROSS - McDONALD                    1233

1    Q    Well, didn't you think that it was odd in any way that

2    you would be having BDSM sex and then the group of you would

3    go off and go to the Yankees-Red Sox game?

4    A    I didn't know that that's what was going to happen to me.

5    This is the first time I was meeting him.

6    Q    Didn't he tell you very clearly what was going to happen

7    to you?

8    A    He did not because, to me, I thought this was all for the

9    sake of fantasy.

10   Q    You thought it was a fantasy?

11   A    I was told to say yes to everything.

12   Q    Okay.  Then, at the bottom, he says, It would be 5K and

13   I'll take care of Tracy's commission, correct?

14   A    Correct.

15   Q    $5,000 is an a lot of money, wasn't it?

16   A    I guess.

17   Q    Well, to you, it wasn't a lot of money?

18   A    At that moment in my life, I don't know.

19   Q    Pardon me.

20   A    At that moment in my life, I guess, yeah.

21   Q    By the way, yesterday you said that somebody booked the

22   tickets for you to come to New York from Los Angeles, right?

23   A    Yes.

24   Q    You were actually in Brooklyn during this period of time,

25   weren't you?

HASSEN - CROSS - McDONALD                          1234

1    A    No, I was not.

2    Q    You weren't.  You flew the red eye that night?

3    A    I did.  I used to fly Virgin.

4    Q    Do you have any records of the tickets of that?

5    A    I'm sure they're there.

6    Q    Where?

7    A    I don't know.

8    Q    We asked for all of the records that are relevant to this

9    case, you didn't produce them?

10   A    I did.  I'm sure I did.  But, you know, this is such a

11   long time ago, I don't remember.  I don't have access to this

12   e-mail  address anymore.

13   Q    It says, I'll take care of Tracy's commission, isn't that

14   right?

15   A    That's what it says.

16   Q    Didn't he say thinking about buying the tickets, the

17   airline tickets?

18   A    It's not listed here.

19   Q    No, it's not.  He didn't say anything about that, did he?

20   A    He did not.

21   Q    But if he was going to pick up the commission, why

22   wouldn't he pick up the tickets to fly from you Los Angeles to

23   New York?

24   A    Somebody booked a ticket for me.

25   Q    And you don't know who that was?

HASSEN - CROSS - McDONALD                    1235

1    A    I do not.

2    Q    So when you got this e-mail from Mr. Rubin, you didn't

3    say, Hold on, Mr. Rubin, I thought this was about fetish

4    photo shoots?

5    A    I did not say that.

6    Q    And you didn't say bondage, whips, clip clamps.  That's

7    not what I'm interested in, that's not my cup of tea.

8    A    I did not say that.

9    Q    You got back to him right away, didn't you?

10   A    I think so.

11   Q    And you said, this is on DX-X4, I'm sorry.  The bottom.

12         You said, I'm so game.  What does, I'm so game,

13   mean?

14   A    It meant that I was down.

15   Q    You were eager, right?

16   A    I guess.

17   Q    Well, you wrote the words?

18   A    I did but I don't really remember.

19   Q    I love being dominated.  You said it again, right?

20   A    Yeah, I wrote that.

21   Q    This is after he told you all the things that he wanted

22   to do that he was very explicit about, right?

23   A    Again, I was told to say yes to everything.

24   Q    Okay.  You were told yes to say everything by a woman you

25   had never met before, right?

1    A    Yeah.

2    Q    You didn't even know who she was?

3    A    Didn't.

4    Q    And you didn't know who Mr. Rubin was either?

5    A    I did not.

6    Q    Okay.  And you were just going to come to New York and

7    say yes to everything?

8    A    Yeah.

9    Q    But you were just going to say yes to everything or go

10   along and do everything?

11   A    I was told to say yes to everything.

12   Q    All you had to do was say yes and not do it?

13   A    I was just told to say yes.

14   Q    Okay.  You say, I'm a Scorpio at heart.   What does that

15   mean?

16   A    That's my astrological sign.

17   Q    Was there any significance of Scorpio in this context?

18   A    I have no idea why I wrote that.

19   Q    It says, Call me when you can.

20          And then Mr. Rubin responds to you and says in the

21   next e-mail up, I'm tied up at work, I'll call you in an hour

22   or two.  He says, So excited .

23   A    Mm-hmm.

24   Q    And then you say, going up the line there, Me, too?

25   A    I did.

HASSEN - CROSS - McDONALD                    1237

1   Q    And then the next e-mail up towards the top of the page,

2   Mr. Rubin corresponds to you, or writes to you, and says, I

3   have a huge Texas Hold'em charity poker event I'm hosting

4   tomorrow tight with over hundred players; correct?

5   A    Yes.

6   Q    You later went to one of these Texas  Hold'em charity

7   events with Mr. Rubin?

8   A    A long time after, way long after.

9   Q    But you were a guest of his at that event.  Not this one

10  in 2011 but one a few years later, right?

11  A    Yes.

12  Q    You had a relationship in which you were a guest of his

13  at a charity event in New York City, right?

14  A    Yes.

15  Q    And he said, So you don't get a chance to talk I'll be at

16  the Mandarin Oriental.  And he tells you where to go the next

17  day right?

18  A    Yes.

19  Q    He says, Bring some sexy lingerie and some Valium, right?

20  A    Yes.

21  Q    Valium is not a painkiller, is it?

22  A    No.

23  Q    It's a relaxant?

24  A    I know that now.

25  Q    And then he says, Do you like girls, by the way?  And you

HASSEN - CROSS - McDONALD                    1238

1    respond and say at the top e-mail, top line, I love girls,

2    especially hot ones like me.  And you say, Was tied up

3    earlier, he-he.

4              You're referring to his e-mail sort of in the middle

5    of the page in which he says, I'm tied up at work now, right?

6    A    I have no idea why I wrote it.  I can tell you I must

7    have thought it was funny.

8    Q    Right.  You said, He-He?

9    A    Yeah, because he had said something about, you know, me

10   being restrained and he said, I'm tied up at work so I just

11   made a joke out of it.

12   Q    Right.  So it's another indication that you knew he was

13   referring to you being tied up the next day?

14   A    I was told that I would be restrained.

15   Q    Well, then you're acknowledging here that you knew you

16   were going to be restrained?

17   A    I'm not acknowledging that.  I just thought it was funny

18   that he said it.

19   Q    So you thought that being tied up was funny?

20   A    I thought him writing that he was tied up, I thought it

21   was funny.

22   Q    That was a reference to the fact that he had told you he

23   was going to restrain you?

24   A    No, not necessarily.

25   Q    Okay.  Then you said, I'm super excited for tomorrow,

1    right?

2    A    I did write that.

3    Q    Now, in this correspondence with Mr. Rubin leading up to

4    the meeting at the Mandarin Oriental Hotel, you weren't being

5    forced to do anything, right?

6    A    No.

7    Q    And you were coming to see him voluntarily, right, at the

8    Mandarin Oriental Hotel?

9    A    I was.

10   Q    You weren't being tricked in any way?

11   A    I never said that.

12   Q    Pardon me?

13   A    I never said he was tricking me.  I was just saying I

14   contacted, an appointment was made, and I flew in.

15   Q    In your complaint, you said you were tricked into seeing

16   him.

17   A    Obviously this man --

18   Q    Excuse me, you have to answer the questions that I ask.

19   You just can't volunteer and start talking to the jury.

20   A    Okay.

21   Q    In your complaint, do you know what a complaint is?

22   A    Yes I know what a complaint is.

23   Q    That's the document that initiated this lawsuit.

24   A    Yes.

25   Q    It has your allegations in it?

HASSEN – CROSS – McDONALD                    1240

1    A    It does.

2    Q    Okay.  And it says, it alleges, that Mr. Rubin tricked

3    and deceived you and forced you to come to  meet him?

4    A    It does say that.

5    Q    At the Mandarin Oriental Hotel?

6    A    It does say that.

7    Q    That's not true because you just said he didn't do that?

8    A    I'm telling you that when I filed this lawsuit --

9    Q    Excuse me.  You just have to answer the questions, you

10   can't volunteer.  Your lawyer can ask you questions to get

11   that information from you, it's important.  But you just can't

12   volunteer, you have to answer the questions, that's the rule.

13   A    Okay.

14   Q    So the next day, you see him at the Mandarin Oriental

15   Hotel, right?

16   A    I do.

17   Q    And can we go to DX-Y4.

18            MR. MCDONALD:  If it isn't in evidence, your Honor,

19   I offer it.  This is an e-mail from Ms. Hassen to Mr. Rubin.

20            MR. BALESTRIERE:  No objection.

21            THE COURT:  Received.

22            (Defendants' Exhibit DX-Y4, was received in

23   evidence.)

24   Q    It says at 4:01 p.m. on September 23rd, Hit traffic.  See

25   you soon.

1          Right?

2    A    Yes.

3    Q    Where were you in traffic?

4    A    Manhattan, I believe.

5    Q    You were coming from your father's house  in Brooklyn,

6    right?

7    A    I was on the Belt Parkway from JFK.

8    Q    Okay.  So you get to the Mandarin Oriental and Mr. Rubin

9    is there?

10   A    Yes.

11   Q    And Kim Cato is there?

12   A    Yes.

13   Q    And Michelle Felices is there?

14   A    Yes.

15   Q    Now, you never met them before, right?

16   A    No.

17   Q    And how were they introduced to you?

18   A    I believe they all introduced themselves.

19   Q    Okay.  They were friends of Mr. Rubin's?

20   A    I guess.

21   Q    And you said yesterday that you sat around for about an

22   hour or so and you had some conversation?

23   A    Yes.

24   Q    And you told us that Mr. Rubin  asked you whether you

25   were sexually abused as a child?

1    A    Yes.

2    Q    And didn't you tell them about that happening to you?

3    A    I did.

4    Q    So here is Mr. Rubin, who you've known for whenever the

5    conversation took place, somewhere less than an hour, when you

6    began to talk to him about being sexually abused as a child,

7    right?

8    A    It was about an hour.

9    Q    Okay.  He's a complete stranger to you, right?

10   A    Yes.

11   Q    And Michelle Felices was there?

12   A    Yes.

13   Q    She is a complete stranger to you?

14   A    Yes.

15   Q    And Kim Cato is there as well, right?

16   A    Yes.

17   Q    And she's a complete stranger?

18   A    Yes.

19   Q    And a complete stranger asks you in the presence of two

20   other complete strangers to start revealing the most personal

21   details of your life?

22   A    Yeah, correct.

23   Q    And you did that.  Is that what you're telling us?

24   A    I am.

25   Q    You didn't testify about that in your deposition when you

HASSEN - CROSS - McDONALD                    1243

1    were asked about the Mandarin Oriental  Hotel encounter, did

2    you?

3    A    When I gave my deposition --

4    Q    Yes or no?

5    A    No, I did not.

6    Q    Now, in your complaint, you said that you didn't like the

7    way Mr. Rubin  was touching you, isn't that right?

8    A    Yes.

9    Q    And because of that, you asked to, and did leave, the

10   hotel room; right?

11   A    Yes.

12   Q    You didn't say anything in your complaint about the

13   beating that you described yesterday in your testimony.  Just

14   answer the question yes or no?

15   A    No.

16   Q    And you didn't testify at all about the events that you

17   described yesterday when I asked you questions about what

18   happened at the Mandarin Oriental in your deposition, right?

19   A    No.

20   Q    And you said that when you looked at the sex toys on the

21   bed that you became nervous, right?

22   A    Yes.

23   Q    Okay.  But he had already told you in the e-mail two days

24   earlier that the there were going whips and paddles and dildos

25   and clip clamps and a whole variety of different things,

1    right?

2    A    He did.

3    Q    You knew what expect to when you went to the Mandarin

4     Oriental?

5    A    I did not know what to expect.

6    Q    You didn't expect to see sex toys?

7    A    Honestly, I can't tell you from back then because I

8    really don't remember.  But I can tell you that this was all a

9    first for me.

10   Q    Now, isn't it a fact that what you testified to yesterday

11   didn't happen?

12   A    That is not a fact.

13   Q    Okay.  And isn't it a fact that once Mr. Rubin touched

14   you, you decided you wanted to leave, isn't that right?

15   A    No.

16   Q    Okay.  So didn't you testify differently when you

17   testified at your deposition?

18   A    I'm sorry, I wasn't sworn in at my deposition.

19   Q    You weren't sworn in at your deposition?

20   A    No.

21   Q    Are you sure about that?

22   A    I'm positive.

23   Q    Does it matter?

24   A    I don't know why it was my first time ever giving a

25   deposition.

HASSEN - CROSS - McDONALD                    1245

1    Q    You were asked with your lawyers present about the facts

2    of the case that you had filed against Mr. Rubin, right?

3    A    You were asking me questions and were yelling at me.

4    Q    I was yelling at you?

5    A    Yes, you were.

6    Q    It was videotaped --

7    A    Can I watch it?  I would love to show them.

8    Q    Why don't we look at clip BH-38 in which --

9              MR. MCDONALD:  I'm sorry.

10             MR. BALESTRIERE:  Can I ask counsel can we get a

11   cite?

12             MR. MCDONALD:  Yes.  It's Pages 111 and 112 of the

13   deposition.

14             MR. GILBERT:  Thank you.

15             MR. MCDONALD:  Lines, 11 through 16.

16             MR. BALESTRIERE:  112/16.

17             MR. MCDONALD:  Yes.

18             (Video file played in open court.)

19             (Video file concludes.)

20             MR. MCDONALD:  Can you stop that for one second?

21   Q    So we're talking about Petersen.  When initiated this

22   lawsuit, you initiated with a pseudonym, right?

23   A    Yes.

24   Q    Okay.  It's a false name.  I don't say false in a bad

25   way, it was -- legally you were permitted to start the lawsuit

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

HASSEN - CROSS - McDONALD                    1246

1  with a name that was not your own?

2  A    Yes.

3  Q    So Petersen was the name that your lawyer selected for

4  you, correct?

5  A    Yes.

6         MR. MCDONALD:  I'm sorry.  Can you resume?

7         (Video file played in open court.)

8         (Video file concludes.)

9         THE WITNESS:  Go ahead.

10  Q    Was that true when you testified to that?

11  A    I didn't testify, first of all.  I wasn't sworn in.  This

12  was my first time giving a deposition.  That man was present

13  in the room.  It is not like how it is now.  I'm telling you

14  right now when I was there, you were very nasty.  And if we

15  play this thoroughly, if we play this thoroughly, it will show

16  that.

17  Q    Did I sound nasty when I was asking you those questions?

18  A    Right now, in that clip, no.

19  Q    So, yesterday, you testified about being penetrated while

20  you were at the Mandarin Oriental Hotel, right?

21  A    I did.

22  Q    And you weren't sure whether it was Mr. Rubin's penis or

23  some device that penetrated you, right?

24  A    Correct.

25  Q    And you testified differently when you testified at your

1  deposition, correct?

2  A    I have no idea I don't really...

3           MR. MCDONALD:  Can we have BH-39.  It's Page 114,

4  Line 17  through Page 115 Line 14.

5              (Video file played in open court.)

6              (Video file concludes.)

7  EXAMINATION BY

8  MR. MCDONALD:

9  (Continuing.)

10  Q    So you testified at your deposition that you didn't have

11  any sex with him; correct, yes or no?

12  A    Yes, I did.

13  Q    Okay.  And you were asked a question:  Certainly, you

14  didn't have any rough sex with him?  And you said, no, you

15  didn't?

16  A    I did say no.

17  Q    Okay.  And you didn't have any injuries.  That's what you

18  testified to at your deposition?

19  A    I did say that, yes.

20  Q    All right.  So, in your complaint, you said you didn't

21  see him for another three to five  years, right?

22  A    That's what I wrote.

23  Q    But you actually reached out to him two years later,

24  correct?

25  A    I did.

HASSEN – CROSS – McDONALD                    1248

1    Q    And this was after all of these horrible things had

2    happened that you testified that happened to you at the

3    Mandarin Oriental?

4    A    Correct.

5    Q    All right.  After looking or hearing what you said at

6    your deposition, do you want to change your testimony about

7    what happened yesterday?

8    A    Not at all.

9    Q    You testified at your deposition, your lawyers were

10   sitting there with you, right?

11   A    Again.

12   Q    Excuse me.  Just answer the question yes or no.

13   A    Yes.

14   Q    Okay.  And they had an opportunity to question you if you

15   made any mistakes because you testified incorrectly, correct?

16   A    I guess.  Again, this was my first time ever giving one

17   of these.

18   Q    Okay.  But your lawyers had the opportunity to question

19   you if you testified in a way that was incorrect, correct?

20   A    I don't know.  I have no idea.  This was my first time

21   ever doing this.

22   Q    They were sitting there, right?

23   A    They were sitting there.

24   Q    And if you said something that was completely

25   inconsistent with what the facts were, and made no mention of

HASSEN – CROSS – McDONALD                    1249

1    the fact that you were violated by Mr. Rubin, they had the

2    opportunity to get up after we questioned you and correct the

3    record; correct?

4              MR. BALESTRIERE:  Objection.

5    A    I don't know.

6              MR. MCDONALD:  Your Honor, I'll withdraw the

7    question and move on.

8              THE COURT:  Oh, I wasn't going to rule on the

9    objection because it was a little too late.

10             MR. MCDONALD:  I was standing here waiting for you

11   to rule.

12             THE COURT:  Sorry.

13   Q    So, on August 3, 2013, almost two years after the

14   Mandarin Oriental encounter, you e-mailed Mr. Rubin, right?

15   A    Yes, I did.

16   Q    And you say, Howie, it's been a long time.  I just wanted

17   to say hello, hope all is well, right.

18             I'm sorry, this is Z4.  It's on Page 3, okay?

19             And on page -- by the way, if this has not been

20   introduced, your Honor, I offer -- I think it's already in.

21             MR. BALESTRIERE:  I think I introduced this morning,

22   your Honor.  No objection in any event.

23             THE COURT:  Received.

24             (Defendants' Exhibit Z4, was received in evidence.)

25   Q    Going over to Page 2 of 4 at the bottom.  Mr. Rubin

HASSEN - CROSS - McDONALD                    1250

1    responds to you, How's life?

2            Correct?

3    A    Yes.

4    Q    He doesn't know who you are, right?

5    A    I don't know.  I don't remember.

6    Q    Well, you go on and say above it, It's okay, I guess.

7    Could be better.  Anyhoo.  And you say, I really just wanted

8    to say hello.  I know things didn't work out when we met last

9    summer.

10           You're referring to the Mandarin Oriental, right?

11   A    Yes.

12   Q    And it was two summers going, ago, right?

13   A    Yes.

14   Q    However, I really just wanted to say hello and see if you

15   were having any other get-togethers like the one last summer.

16   And if you are, I would really like to try it again.

17           And then you go on and say at the end, I really just

18   wanted to ask, figured it was worth a shot.

19           You wanted to see if he would see you again and give

20   you money, right?

21   A    Yes.

22   Q    Okay.  Even though he had done these horrible things that

23   you described yesterday, right?

24   A    Yes.

25   Q    By the way, you said that you believed you were targeted

HASSEN – CROSS – McDONALD                1251

1    by Mr. Rubin?

2    A    I do.

3    Q    Okay.  Was he targeting you or were you reaching out to

4    him?

5    A    I was reaching out to him.

6    Q    Okay.  But what you were saying to him at this point is

7    that you wanted to try BDSM sex with him?

8    A    No.  What I was saying was that I wanted to get together

9    with him.

10   Q    You said, I would really like to try it again.

11        Correct?

12   A    I did say that.

13   Q    Okay.  And you were talking about BDSM sex?

14   A    No.  I have no idea what I was talking about.  This was a

15   long time ago.

16   Q    Well, were you talking about fetish photo shoots?

17   A    I have no idea what I was thinking about.

18   Q    And going up the page, Mr. Rubin says, Refresh my memory.

19   When did we meet and what happened.

20        Correct?

21   A    Yes.

22   Q    And then you say in a longer e-mail to him, Hey, Howie,

23   we met through Tracy.  I met you with Kim Cato and Michelle

24   from Florida.  I ended up not staying for the rest of the

25   night because I ran out of painkillers?

HASSEN – CROSS – McDONALD                    1252

1    A    Mm-hmm.

2    Q    Yesterday, you said that your drink was spiked by

3    Michelle or Kim, isn't that right?

4    A    Yes.

5    Q    And now, you're saying that you ran out of painkillers?

6    A    I had --

7    Q    Excuse me, isn't that right?

8    A    Yes.

9    Q    Okay.  But, in fact, you didn't have any painkillers.

10   Isn't it a fact you didn't have any painkillers, did  you, on

11   that occasion?

12   A    On that occasion, no.

13   Q    So you said you, I ran out of painkillers, but that was

14   not true?

15   A    That was not true.

16   Q    You said, I was afraid I wouldn't be able to go through

17   the evening --

18   A    I did say that.

19   Q    -- right.

20        So you didn't go through with the evening, correct?

21   A    He told me to leave.

22   Q    He told you to leave?

23   A    Yeah.

24   Q    Didn't we just play the clip of you testifying at the

25   deposition where you said you left of your own accord?

HASSEN – CROSS – McDONALD                1253

1    A    I did leave of my own accord but he asked me to  leave.

2    Q    And then you go on to say, I wanted to know if you would

3    want to give it another shot with me.

4              Right?

5    A    I did write that.

6    Q    And you say, My best friend is in town from Montreal.

7    She's busty, blond, and beautiful.  She's very submissive and

8    loves being dominated.

9              Right?

10   A    I did write that.

11   Q    So the whole point of this trying to get together with

12   him was for a BDSM encounter with your friend and Mr. Rubin,

13   right?

14   A    I have no idea.

15   Q    You wrote it .

16   A    I did write it but I don't know what I was thinking when

17   I wrote it .

18   Q    What's remember friend's name, your friend from Montreal?

19   A    Yasmine.

20   Q    Pardon me?

21   A    Her name was Yasmine.

22   Q    Wen you were asked about that in your deposition, you

23   didn't remember her name; right?

24   A    You didn't ask me any questions.

25   Q    You were asked -- okay?

1    A      You didn't ask me questions about this.

2    Q      We can go over the record if you want to.

3    A      I mean, I don't recall you asking me did I ever mention a

4    girl or anything like that.  Like, you asked me about maybe

5    other things but I don't recall that.

6    Q      You don't recall saying you didn't remember the name of

7    your best friend are from Montreal?

8    A      She wasn't my best friend.  I did write that?

9    Q      You did write that she was your best friend?

10   A      Yeah and I also made up a lie saying that I ran out of

11   pain callers that wasn't true.

12   Q      You made up a lot of lies, right?

13   A      Yes, I did.  In this, yes.

14   Q      In this litigation, too?

15   A      No, not in this litigation.  This was a whole different

16   scenario.

17   Q      How much are you looking for here?

18   A      I have no idea.

19   Q      You're here for the money, right?

20   A      No.

21   Q      What are you here for?

22   A      I feel like I'm owed something.

23   Q      Money, right?

24   A      I feel like I'm owed some type of justice.

25   Q      You're here for the justice and not the money?

1    A    Absolutely.

2    Q    Okay.  I would feel comfy if I we did meet, if possible,

3    could my girlfriend join us?

4              Then you go on to say, I have done some domination,

5    pussy and nipple clamps, humiliation in the last year and I

6    did have fun.

7              Didn't you write at that to Mr. Rubin?

8    A    It says I wrote it but I don't really remember writing

9    this.

10   Q    Was that true that you had done that type of activity in

11   the past year or so?

12   A    No.

13   Q    You just said that to Mr. Rubin because you wanted to get

14   together with him and have that kind of activity, right?

15   A    I have no idea why I sent it but it's there.

16   Q    You sent it because you wanted money from him, correct?

17   A    I don't know.

18   Q    Well, didn't you tell us yesterday that you were so

19   desperate at the time that you were willing to do anything?

20   A    I did.

21   Q    Okay.  You were desperate for money, right?

22   A    Yes.

23   Q    Okay.  And then Mr. Rubin goes over on the next page Z4

24   and I'll try to go through it quickly.

25              And he says, Ha.  The part that's highlighted.  Ha,

1    of course, I remember you now.  Wasn't that two years ago not

2    one year?

3              And then he goes on to say, Cool to hear you're

4    getting into submissive action.

5              And then he says to you, But I would say I've gotten

6    more intense.

7              That means he's getting heavier into what he was

8    doing, correct, than what he had done at the

9    Mandarin Oriental?

10   A    I don't know.

11   Q    He says I've gotten more intense then when we were

12   together.  I bought a condo and turned the second bedroom into

13   a dungeon.

14             Did he say that to you?

15   A    It says it there.

16   Q    And you understood when he was referring to dungeon that

17   that was a term that was used in the BDSM world, right?

18   A    I don't know if that's what I understood it to be.

19   Q    Then he goes down, next highlighted part, and says, So if

20   you want to try it.

21             Again, he's giving you the option to you of not

22   going forward with you, isn't that right?

23   A    It just says that.

24   Q    He says, So if you want to try it.

25             He's not forcing you to see him, right?

HASSEN – CROSS – McDONALD                1257

1   A    I was not forced to not go there, no.

2   Q    Okay.  But he wasn't tricking you?

3   A    No.  He just sent me this e-mail.

4   Q    Then he says, It's far more intense than I think you

5   might be expecting.

6         And then he goes on to say, and he is very explicit.

7   He says, In addition to clamps on your nipples and pussy, I

8   slap you hard all over your body.  Choking and face slapping.

9   I use whips and paddles and sometimes electric shock.  Lots of

10  girls just love that for some reason.

11        So you've complained here in the three encounters

12  about which you have accused Mr. Rubin of abusing you, you've

13  complained about being slapped, right?

14  A    Yes.

15  Q    You didn't like the Mr. Rubin slapped you?

16  A    I did not.

17  Q    He told you in this e-mail that you would be slapped if

18  you got together with him, yes or no?

19  A    Yes.

20  Q    Okay.  And he said, I use whips again.

21        Right?

22  A    He says it there, yes.

23  Q    Okay.  And then he says, Sometimes I use electric shock.

24        Correct?

25  A    He says it there.

HASSEN - CROSS - McDONALD                    1258

1   Q    Okay.  And you complained earlier today about the

2   electric shock that he used on you in one of your encounters;

3   is that right?

4   A    I do.

5   Q    Okay.  But he told you up front that he would be using

6   electric shock, correct?

7   A    He said it in this e-mail.

8              (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CROSS-EXAMINATION (Continued)

2    BY MR. McDONALD:

3    Q    And he says, so you will end up sore and bruised for

4    probably a week?

5    A    He says that.

6    Q    So he's advising you explicitly up front that you could

7    expect to be sore and bruised for a week; right?

8    A    That's what it says.

9    Q    He wasn't hiding anything?

10   A    That's what it says.

11   Q    And then he says, I'm guessing it's probably too intense

12   for you; right?

13   A    That's what it says.

14   Q    But if you want to consider it, you can send me pictures

15   of your friend also; right?

16   A    That's what it says.

17   Q    What did you understand?

18   A    I don't know how I understood this to be.

19        To be honest, when I seen this, I was very scared.

20   Q    And then he also says, But I don't want to run into the

21   same problems as we did last time; right?

22   A    Yes, it says that.

23   Q    He doesn't want to be wasting his time and your time?

24   A    That's what it says.

25   Q    And then, finally, he says -- he says you will experience

HASSEN – CROSS – McDONALD                    1260

1    a lot of pain and you will be crying during the session;

2    right?

3    A    He actually says I'm guessing it's still not your thing,

4    you will experience a lot of pain and you will be crying

5    during the session.

6    Q    So he is warning you you will be crying during the

7    session?

8    A    I don't know if that's what he was doing;  however,

9    that's what it says.

10   Q    But he's letting you know that that's what happens if you

11   have a BDSM encounter with him; right?

12   A    I still at this point did not know what BDSM meant.  And

13   this e-mail was sent, I believe, in 2013.  I'm not really

14   sure.  But I just know that after this e-mail was sent I was

15   scared and I did not see him.

16          I actually --

17   Q    You --

18   A    Go ahead.

19   Q    He told you the same things in the 2011 e-mail about what

20   was going to happen; right?

21          MR. BALESTRIERE:  Objection.

22          THE COURT:  Overruled.

23          MR. McDONALD:  Withdrawn.

24   Q    He told you many of the same things would happen in the

25   earlier e-mail in 2011; correct?

HASSEN – CROSS – McDONALD                1261

1    A    He said them, but these things didn't happen to me in

2    2011.

3    Q    Oh, thank you.

4    A    Some of these things didn't happen.

5    Q    Thank you.

6         Now, he was being up front with you; right?

7    A    That's your opinion.

8    Q    Well, maybe it was your opinion when you testified at the

9    deposition.

10        MR. McDONALD:  Can we get video clip BH54, page 144,

11   line 17 to 145, line 2.

12        (Video playing.)  (Video stopped.)

13   Q    He was trying to talk you out of it; right?

14   A    That's what I said.

15   Q    And do you recall testifying at page 140 when I asked you

16   what you understood the same words to mean?

17   A    Again, I was --

18   Q    I'm sorry.  Meaning, do you recall testifying at page 40,

19   I would say he was being pretty up front?

20   A    I don't recall.

21   Q    You don't recall.

22        Okay.  Will you take my word for it that you did?

23   A    If you're saying so.  Again, I don't recall.

24   Q    So after you got that e-mail from Mr. Rubin, you reached

25   out to your friend, right?  Your friend from Montreal ?

HASSEN – CROSS – McDONALD                    1262

1    A    I did.

2            MR. McDONALD:  Again, this is at the top -- this is

3    E4.

4    Q    And you told us yesterday that you had made up your mind

5    after getting this e-mail from Mr. Rubin that you didn't want

6    to go forward with it; right?

7    A    Yes.

8    Q    And you didn't reach out to femme fatale, as she's called

9    in the e-mail ?

10   A    Yes, that's what she is called.

11   Q    You didn't reach out to her and say I don't think we

12   should do this?

13   A    No.

14   Q    You gave her an option; right?

15   A    I asked if she would be able to do this because I still

16   hadn't decided if I would be able to do something like that.

17   Q    Right.  But you didn't tell her I'm not able to do this

18   after seeing what he had to say; you wanted to think it over;

19   right?

20   A    I was asking her if she would be willing to do something

21   like this because I hadn't decided if I wanted to do something

22   like that.

23   Q    You wanted to think it over?

24   A    I got scared when I seen that e-mail.

25   Q    But you didn't say that to her?

1   A    No, I didn't.

2   Q    You said yesterday that you decided you didn't want to do

3   it, but you wrote to her and said would you be able to do

4   this?

5   A    I did.  I asked her about it.

6   Q    This is the guy that I told you about?

7   A    Yes.  Yep.  That's what I wrote.

8   Q    In any case, you don't go forward on 2013?

9   A    Nope.

10  Q    But you think about it over the next year?

11  A    I have no idea what I was thinking about over the next

12  year.

13  Q    Well, in May of 2014, you encounter Mr. Rubin, you say?

14  A    Uh-hum.

15  Q    And it was at a restaurant in Manhattan?

16  A    Yes.

17  Q    In fact, you didn't see Mr. Rubin that night?

18  A    I have no idea like what, you know, exact like dates and

19  stuff like that.  I don't remember.

20  Q    Well, you were in a restaurant in Manhattan and Mr.

21  Rubin, and it was a birthday party  for Mr. Rubin; correct?

22  A    Yes.

23  Q    And Michelle Felices was there?

24  A    Yes.

25  Q    Was Kim Kato there?

HASSEN – CROSS – McDONALD                    1264

1   A    No.

2   Q    But Michelle Felices was there and you ran into Michelle

3   Felices; right?

4   A    I did.

5   Q    And you didn't see Mr. Rubin that night?

6   A    I did.

7   Q    You did.  Okay.

8           Well, whether you did or you didn't, reach out to

9   Mr. Rubin; right?

10  A    We exchanged contact information.

11  Q    Okay.  But you reach out to him on May 15, you sent him

12  an e-mail?

13  A    I guess.  I don't really know.

14  Q    If you look at A5, DX-A5.

15          MR.  McDONALD:  I believe it's in evidence.

16  Q    And you say, Happy birthday, Howie, I hope all is well;

17  right?

18          And so this begins a series of e-mail communications

19  or text message communications between you and Mr. Rubin in

20  June of 2014; correct?

21  A    Yes.

22          MR.  McDONALD:  Can we go to DX-D5 in evidence.

23  Q    Okay.  On June the 3rd, 2014, you say, I really need to

24  talk to you; correct?

25  A    Yes.

HASSEN – CROSS – McDONALD                    1265

1    Q    What do you really need to talk to him about?

2    A    I was having like a lot of problems at home.

3    Q    You wanted to see him; right?

4    A    Yeah.

5    Q    Because you wanted to have sex with him and get money

6    from him?

7    A    I could tell you that I was going through a very

8    difficult time in my life financially, that I was having like

9    a lot of issues and I...

10   Q    Hadn't you just been released from a rehab center?

11   A    Yeah.

12   Q    You were in a rehab program, right?

13   A    Yes.

14   Q    For drug addiction?

15   A    Yes.

16   Q    So but you had cleaned up at this point?

17   A    I had.

18   Q    So your life had taken a turn for the better?

19   A    It did.  I enrolled in school.

20   Q    And Mr. Rubin responds to you, Do you live in New York

21   city?

22          And you say -- moving down three lines -- Yes, I

23   live in Brooklyn with my dad.

24          And then you say, I'm going through some really

25   tough times.

*Michele Lucchese, Official Court Reporter*

HASSEN - CROSS - McDONALD                    1266

1          Financial -- you had financial issues; right?

2    A    Yes.

3          THE COURT:  Mr. McDonald, not necessarily now, but

4    some time in the next ten minutes for a morning break.

5          MR. McDONALD:  Okay.

6          THE COURT:  Whenever you want.

7    Q    And you say you know I know we didn't hit it off last

8    time; correct?

9    A    Yes.

10   Q    And that was three years earlier at the Mandarin

11   Oriental?

12   A    Yes.

13   Q    And you say, But honestly I'm desperate right now?

14   A    I do.

15   Q    And I really need to get my own apartment.  I'm willing

16   to be submissive and whatever you wish.  I'm very serious

17   about this.  Please reconsider me.  You have a happy face.

18   Can I call you?

19          So you said that you were desperate; right?

20   A    Yes.

21   Q    Desperate for money; correct?

22   A    Yes.

23   Q    And you said you're willing to be submissive.  You know

24   now in 2014 what submissive means; right?

25   A    Not by 2014, I still really didn't understand it.

HASSEN – CROSS – McDONALD                    1267

1  Q     Still didn't know.

2           And then you say, And whatever you wish; right?

3  A     Yeah.

4  Q     Doesn't that mean anything?

5  A     I don't know what it means.

6  Q     Ms. Hassen, you wrote the words.

7  A     I know I wrote the words.

8  Q     And it's --they're simple words in English and they say,

9  Whatever you wish; correct?

10 A     They do say that.

11 Q     And you're willing to give Mr. Rubin the opportunity to

12 do whatever he wanted to you; isn't that what you're saying to

13 him?

14 A     That's not what I am saying there.

15 Q     You said, I'm very serious about this, please reconsider;

16 correct?

17 A     Yes, I wrote that.

18 Q     And Mr. Rubin's response is can't talk right now, send me

19 a pic, I've gotten very rough and had some beautiful girls

20 that just love it; right?

21 A     Yes, he wrote that.

22 Q     And you respond by what?  By sending him a picture?

23 A     I think so.

24 Q     Okay.  And then right at the time you send the picture,

25 you say, Listen, Howie, I will take Valium and I will be fine,

HASSEN – CROSS – McDONALD                1268

1   I'll be able to handle it; correct?

2   A    That's what I wrote.

3   Q    Okay.  And then you sent another picture on the next

4   page.  I'm sorry.

5            You sent another photograph to him?

6   A    I did.

7   Q    Was this a provocative photo?

8   A    I guess, yeah.

9   Q    You were trying to entice him, seduce him; correct?

10  A    I don't know if I was trying to entice him and seduce,

11  but I could tell you I did send a picture because he asked me

12  to.

13  Q    And then you go on and say at this point, I need money

14  badly and will do whatever it takes.

15           What did you mean by I'll do whatever it takes?

16  A    I don't know.

17  Q    Well, what did you think Mr. Rubin would understand by

18  those words?

19  A    I don't know what he would understand those words to be.

20  I'm not him.

21  Q    Well, what were you trying to convey to him with those

22  words?

23  A    If you read the sentence, I say at this point, I need

24  money badly and will do whatever it takes.  I don't want to be

25  an escort.  I would rather see one person and I would like

HASSEN - CROSS - McDONALD                    1269

1    that to be you.

2    Q    So you're looking for a sugar daddy; right?

3    A    Yes.

4    Q    And you were hoping that Howie Rubin would be that sugar

5    daddy?

6    A    I was.

7    Q    This is the man who beat you the way you described

8    yesterday.  You described what happened at the Mandarin

9    Oriental Hotel; right?

10   A    Yes.

11   Q    And despite what he had done to you in 2011, you still

12   wanted him to be your one man, your sugar daddy; right?

13   A    Yes.

14   Q    And then you go on and say, I'll make sure I have plenty

15   of Valium.  I'm willing to do it.  Please, I need the money

16   Howie; right?

17   A    Yes, I did write that.

18   Q    You were in desperate need of money; right?

19   A    Yeah.  I was in school.

20   Q    That's the reason why you were in desperate need of

21   money?

22   A    Yeah.  I was paying -- I was trying to get my own place.

23   There was a lot of stuff going on financially.  I was trying

24   to pay for college.  It was a lot.

25   Q    And you say, If you give me this chance, I will not

*Michele Lucchese, Official Court Reporter*

HASSEN – CROSS – McDONALD                    1270

1    disappoint you -- to disappoint you, I give you my word, on my

2    mom's life; correct?

3    A    Yes.

4    Q    That's pretty sincere, isn't it?

5    A    That's what it says.

6    Q    But isn't that sincere?

7    A    That's your opinion, sincere.

8    Q    I'm asking you.  I'm asking you what it means --

9    A    I don't know.

10         Like I said, I don't even really remember writing

11   this, but that's what it says.

12   Q    Now, Mr. Rubin then doesn't go out of his way to try to

13   say,  Great, please come over right away?

14         He doesn't try to persuade you any more to come

15   over, does he?

16   A    No.

17   Q    He says, It really hurts, Brittany, like really hurts.

18   Last time I spanked you once and you left; right?

19   A    That's what it says.

20   Q    Okay.  And then you didn't say, oh, no, you didn't spank

21   me once, Howie; correct?

22   A    I didn't say anything.

23   Q    You didn't say at the Mandarin Oriental Hotel you did all

24   of these horrible things to me?

25   A    I did not.

*Michele Lucchese, Official Court Reporter*

HASSEN - CROSS - McDONALD                1271

1  Q     No.

2        And then he says, Your boobs and ass will be

3  bruised.

4        That was very explicit, wasn't it?

5  A     He said it.

6  Q     Then going over to the next page.

7        You say, I'll do whatever it takes.  5k is more than

8  enough.  I need it badly, to be taught some discipline.

9        Discipline is part of BDSM; isn't it?

10 A     I don't know what I meant by that, but I could tell you

11 that when I wrote this, I think I was just like talking.

12 Q     Well, what were you trying to get him to understand?

13 A     I don't know.

14 Q     Then you say LOL after you say I need to be taught some

15 discipline.  Laughing out loud?

16 A     I did.

17 Q     I'm about to shoot -- text you after.  What's shoot?

18 What do you mean by that, shoot?

19 A     Photo shoot.

20 Q     Were you a model?

21 A     Yes.

22 Q     I thought you only modeled from 2011 to 2013.

23 A     No.  You -- if you Google my first and middle name,

24 you'll see my pictures.

25 Q     So you have been a model?

HASSEN - CROSS - McDONALD                    1272

1    A    Yes.

2    Q    How much money would you say you earned in your career as

3    a model?

4    A    Not a lot because I became drug addicted.

5    Q    Isn't it a fact that your entire -- you testified at your

6    deposition that your entire modeling career you earned less

7    than $5,000?

8    A    I did not testify to that.

9    Q    You didn't?

10   A    No.

11   Q    Did you say it?

12   A    Not that I can recall.

13   Q    And you say again, I'm def game.

14        Is that an expression that you used frequently?

15   A    Yes.

16   Q    But you said it to him previously to him, I'm def game?

17   A    I did.

18   Q    And that means that you're eager, you're interested,

19   you're enthusiastic ?

20   A    It doesn't mean that.

21   Q    And then you say -- well, you say, I really want do this.

22        Isn't that what def game means?

23   A    That's not what def game means.

24   Q    You say, I really want to do this.  What does that mean?

25   A    That's what it says.

HASSEN – CROSS – McDONALD                    1273

1    Q    And then you say, Please, I'm begging you; right?

2    A    I did say that.

3    Q    And Mr. Rubin is resisting what you're saying; correct?

4    A    I don't know what he was doing.

5    Q    He says, It's really painful; right?

6    A    That what he says.

7    Q    And he then goes on to say, But lots of girls enjoy it.

8         And you say, I'm down.

9         And what do you say next?

10   A    Pain could be fun.

11        I did say that.

12   Q    "Let's do it seriously"?

13   A    Yeah.

14   Q    So, by saying pain could be fun, you were encouraging

15   him; right?

16   A    I wasn't trying to encourage anybody.  I just said that.

17   Q    You just said that.

18        What was the point of you saying that?

19   A    I have no idea why I said what.

20   Q    Then going over to the next page.  This is at 5:22 p.m.

21        He says Thursday, 4:00 to 8:00 a.m., 2k guaranteed,

22   5k if you act like my other girls.

23        And you say deal.  You have a deal.  100 percent.

24   Thank you so much, Howie.  Seriously.  Thank you.

25        And -- so you think at 5:25 that you have an

*Michele Lucchese, Official Court Reporter*

1    appointment; right?

2    A    Well, it says p.m., not a.m.  That's what it says.

3          And also, he agreed to meet me.  That's what that

4    says.

5    Q    That's right.

6          And then he says to you, on the next page, By the

7    way, one of my girlfriends and I will be beating you.

8          And you don't go, wait a minute, that's not what I

9    want to do; I'm looking for a sugar daddy.

10          Did you say that  to him?

11    A    No, that's not what I said.

12    Q    You say LOL?

13    A    I wrote LOL okay.

14    Q    Okay.  That you are willing to have him beat you with

15    another woman?

16    A    No, because this did not happen to me in 2011.

17    Q    Excuse me.  The line says, By the way, one of my

18    girlfriends  and I will be beating you.  And you respond LOL.

19    Okay.

20    A    Yes.

21    Q    Is that correct?

22    A    Yes.

23    Q    Doesn't okay mean yes, I'm agreeable to that?

24    A    I said LOL okay, moving on to the next, like, you

25    know....

HASSEN - CROSS - McDONALD                    1275

1    Q    Well, the next thing is Howie says, Brittany, this is a

2    real beating you are going to get.  It's what we like doing.

3           And then you say, I was saying it as my way of

4    saying thank you, okay.

5           And then you say I'm ready.  Isn't that right?

6    A    That's what I wrote.

7    Q    And then going down to the bottom of the page, Mr. Rubin

8    says -- this is at 6/4.  This is the next day at 10:00 clock

9    in the evening, at 10:06.  He says, Listen, Brittany, if you

10   are not ready for this, don't come.  Seriously.  I have plenty

11   of girls that love being beaten; correct?

12   A    Yeah.

13   Q    He didn't want to be wasting his time; right?

14   A    I guess.

15   Q    He could have somebody else for $5,000 instead of you?

16   A    I guess.

17   Q    And you say, It's fine, Howie.  I will see you tomorrow.

18   It will be okay.

19           And you say, I wouldn't waste your time or my time.

20   A    That's what I wrote.

21   Q    Correct?

22           And then later that night, Mr. Rubin says, I'm

23   thinking of canceling.  And you say, Why?  I said I'm down for

24   the cause.  We will have fun.  I already prepped myself.  I

25   know what I'm getting into.

HASSEN - CROSS - McDONALD                    1276

1          So you knew what you were getting into; right?

2    A    I have no idea.

3    Q    Yes or no?

4          You knew what you were getting into?

5    A    No, I did not.

6    Q    You didn't?

7    A    No.

8    Q    You don't think that his explicit text messages and

9    e-mails had already informed you of what you would be getting

10   into?

11   A    No, because things --

12   Q    No, no.  Just answer the question, yes or no?

13   A    No.

14   Q    You can say the because part of it when  Mr. Balestriere

15   questions you.

16   A    Okay.

17   Q    And you say, You show me pictures.  I already know what's

18   up, and please don't cancel, I really need the money, Howie.

19   You don't understand.  I really need the money.

20          And he says, Just don't waste our time.

21          And you say, I will not waste your time.  I will see

22   you at 4:00, X's and Os.  Right?

23          You were desperate?

24   A    I was.

25          MR. McDONALD:  Okay.  Maybe it would be a good time

*Michele Lucchese, Official Court Reporter*

HASSEN – CROSS – McDONALD                    1277

1   to take a break, Your Honor.

2              THE COURT:  Okay.  We will take our morning break,

3   ladies and gentlemen, 15 minutes.

4              Please don't talk about the case amongst yourselves

5   or with anyone else.  See you at 20 to 12:00.

6              (Jury exits the courtroom.)

7              THE COURT:  Okay.  Recess 15 minutes.

8              (Recess taken.)

9              (In open court – jury not present.)

10             THE COURT:  Okay, let's have the witness back and

11  the jury, please.

12             (Jury enters the courtroom.)

13             THE COURT:  All right.  Everyone be seated.

14             Please continue, Mr. McDonald.

15             MR. McDONALD:  Your Honor, just as a housekeeping

16  matter.  I believe I've been informed by my colleague that I

17  made reference to Exhibits U4, B4, and X4.

18             Mr. Balestriere did not object, and I neglected to

19  offer them into evidence.  So I would like to offer them now.

20             MR. BALESTRIERE:  No objection.

21             These are copies, in essence, of some of the

22  exhibits that I had used this morning, Your Honor.

23             THE COURT:  Received.

24             (Defendants' Exhibit U4, B4, and X4, were received

25  in evidence.)

HASSEN – CROSS – McDONALD                    1278

1    Q    Ms. Hassen, you've testified earlier today that you were

2    not sworn during your deposition?

3    A    Yes.

4              MR. McDONALD:  Can we have clip BH-00 play.  This is

5    pages -- page 6, line 1 to line 23.

6              (Video playing.)  (Video stopped.)

7    Q    Does that refresh your recollection that you were sworn?

8    A    It actually says the court reporter.  What is that?

9    Q    The court reporter.

10   A    Again, like I said, I've never done this before, and to

11   me, to the best of my recollection, I didn't believe I was

12   sworn in.

13   Q    The court reporter said you were sworn in?

14   A    It says that.

15   Q    Okay.

16             Now, you also said that I yelled at you or I was

17   abusive to you?

18   A    I didn't say you were abusive.  I said you -- like to me,

19   you were nasty.

20             MR. McDONALD:  Could you play clip BH- 200, page 79,

21   line 11 to line 21.

22             (Video playing.) (Video stopped.)

23   Q    So I guess I wasn't so -- what was your word?

24   A    Nasty.

25             When I said that, I was being sarcastic.

*Michele Lucchese, Official Court Reporter*

1    Q    Oh, you were smiling at me?

2    A    I was, but I was being sarcastic.

3    Q    Okay.  Brooklyn sarcasm?

4    A    Oh, yeah.  I'm sure you know a lot about it.

5    Q    All my life.

6    A    I'm sure the jury can see that, too.

7    Q    I don't know what that means.

8         THE COURT:  All right.  Let's go on.

9    Q    So, getting to your use of the phrase that you're really

10   desperate, so desperate that you would do anything.  Isn't

11   that what you said to us, to the jury during your testimony?

12   A    You said that I said that.  If it's there in black and

13   white, then I said it.

14   Q    But you're saying that you told Mr. Rubin that you were

15   so desperate that would you do anything; right?

16   A    I did say that.

17   Q    And the -- I'll withdraw this.  I'll go on to something

18   else.

19        So let's go to the day or the night, or the late

20   afternoon of June 5, 2014.

21        MR.  McDONALD:  And this is B5, page 813.

22   Q    And you told the jury earlier today that during the

23   encounter -- actually, I think it began yesterday evening,

24   that you were  describing an encounter incident, one of the

25   first things that happened was you took a drink and you fell

HASSEN - CROSS - McDONALD                    1280

1    asleep; right?

2    A    I was -- yeah.

3    Q    Were you suggesting that you were doped or given some

4    type of drug in that drink?

5    A    I was suggesting that something -- some kind of drug was

6    in my drink.

7    Q    But you don't know it was -- you just fell asleep?

8    A    I don't often just fall asleep randomly.

9    Q    Okay.  But then you said you woke up in the dungeon and

10   there was some sort of X device that you were tied to?

11   A    Correct.

12   Q    And you described how you had a ball gag placed in your

13   mouth?

14   A    Correct.

15   Q    And there was cleaner on that ball gag which prevented

16   you from being able to taste the way you had previously been

17   able to taste?

18   A    Correct.

19   Q    And you were whipped savagely?

20   A    Yes.

21   Q    And Loredana did as well; correct?

22   A    No.

23   Q    You haven't sued Loredana ?

24   A    No, I have not.

25   Q    Do you know whether she has a lot of money?

```
1    A    I don't know anything about her.

2    Q    But you thought Mr. Rubin had a lot of money; right?

3    A    No.

4    Q    And you said Mr. Rubin used everything that he knew about

5    you to abuse you verbally; right?

6    A    He did.

7    Q    Now, this is the second time you met him?

8    A    Yeah.

9    Q    You met him three years earlier at the Mandarin Oriental

10   Hotel; correct?

11   A    I did.

12   Q    And on the basis of the text message that you had and

13   that brief encounter at the Mandarin Oriental he was able to

14   say abusive things about you to you?

15   A    Not in the text messages or the e-mails.

16   Q    No, I mean, at this encounter.

17   A    This one.   The one happening in June?

18   Q    Yes.

19   A    Yes, he did.

20   Q    And you said that -- there was a machine  that was used

21   on your nipples and your clit; right?

22   A    Yes.

23   Q    And that there was some sort of electric device; right?

24   A    There was.

25   Q    And he had previously told you that there would be an
```

HASSEN – CROSS – McDONALD                    1282

1    electric device that would be used at the encounter; right?

2    A    He said that in 2013 and I did not see him.  So those

3    things did not happen to me in 2011.

4    Q    Oh, you had forgotten about that in 2014?

5    A    Electrocution and those suction cups were never used on

6    me in 2011.

7    Q    And you said that, as a result of the encounter that you

8    had, you couldn't sit or stand; right?

9    A    Correct.

10   Q    And that you were very bruised for about a month?

11   A    Yes.

12   Q    So let's take a look at 65, June 5th, 9:38, Howie says to

13   you in a text message, Thanks, Brittany, amazing.

14           Do you see that?

15   A    Yep.

16   Q    And you don't respond Howie, I can't sit, I can't stand,

17   do you?

18   A    No, I did not.

19   Q    You say, Thank you, Howie, two exclamation points, I had

20   a good time.  Thank you.  Thank you for the cab money.  That's

21   so nice of you.  I loved LD to pieces.  We must do it again,

22   smiley face.

23   A    I did write that.

24   Q    And this is the same LD who was whipping you and injuring

25   you during the encounter?

HASSEN - CROSS - McDONALD                    1283

1    A     Correct.

2    Q     And you loved her to pieces?

3    A     I wrote that.

4    Q     And you said, We must do it again; right?

5    A     I did.  I wrote that.

6    Q     You're seeking out Mr. Rubin for further encounters;

7    right?

8    A     In this statement, I had not been paid yet.

9    Q     I understand.

10   A     I said that because --

11   Q     You could answer the question with a yes or no.

12   A     Go ahead.

13   Q     Okay.  You side that you loved LD to pieces; right?

14   A     I did.  I wrote that.

15   Q     And you said, We must do it again, with a smiley face?

16   A     I did.  I wrote that.

17   Q     And you wanted to meet him again?

18   A     I did.  Yes.

19   Q     And the next morning he inquires about you, and he says,

20   How are you feeling, Brittany?  Good morning.

21         And you respond, in the afternoon, you say good

22   afternoon.  And you say, I feel great.  Are you?  And you have

23   a smiley face.

24         And you say, I'm heading to the city to have lunch

25   with friends.

HASSEN – CROSS – McDONALD                    1284

1          Now, in fact, you were paid by Mr. Rubin; right?

2    A    No, not yet.

3    Q    You were paid cash the night of the event, the night of

4    the encounter, weren't you?

5    A    I was given money for a cab.

6    Q    You weren't paid cash for the encounter?

7    A    No.

8    Q    And after you said you were going to the city to have

9    lunch with a friend, you say what you up to?  You say, well,

10   actually, I'm going to see a client, not really lunch with

11   friends, LOL.

12         So you decided to correct the lie and tell the truth

13   to Mr. Rubin; correct?

14   A    Yeah, because at this point --

15   Q    No.  Just answer yes or no.

16   A    Yes.

17   Q    And he says OMG, meaning oh, my God?

18   A    Yes.

19   Q    It says, Are you bruised?  And you say, Yeah, badly;

20   correct?

21   A    Yes, with a sad face.

22   Q    Okay.  And what do you say right after that?

23   A    But it's okay.

24   Q    It's okay, right?

25   A    Wait.  Let me finish my sentence.

HASSEN – CROSS – McDONALD                    1285

1      But it's okay.  I put tons of Dermablend on.  It

2  should be okay.

3  Q    Does Dermablend stop you from having pain?

4  A    No.  Dermablend covers bruises and tattoos.

5  Q    Right.  It doesn't have anything to do with pain; right?

6  A    Dermablend.

7  Q    It doesn't have anything to do with pain; right?

8  A    No.

9  Q    Okay.

10      And then he says, Jesus, let me know how it goes.

11  And you say, I will.  And then you say, I hope it goes okay.

12  I'm on the grind, LOL, hustle, hustle.  If he sees my bruises,

13  then whatever, I'll leave, but I'm hoping he doesn't, crossing

14  my finger.  I really need to move out of my house.

15      Your desperate for money; right?

16  A    Yes.

17  Q    And then Howie says, Maybe you'll get turned on and you

18  say maybe, LOL?

19  A    Yeah, I wrote that.

20  Q    So you claim that you were seriously assaulted in that

21  encounter; right?

22  A    Yes.

23  Q    And that you were seriously injured; correct?

24  A    Correct.

25  Q    You testified differently at the deposition, didn't you?

HASSEN – CROSS – McDONALD                    1286

1    A    Yes, I did.

2    Q    Now, do you recall that I was questioning you about text

3    messages that followed the June 5th encounter in the

4    deposition?

5    A    I really don't remember, but if you say so.

6    Q    Excuse me?

7    A    I don't really remember, but if you say so.

8    Q    Okay.  And do you remember that I was asking you about

9    text messages between the two of you around the time of June

10   17th?

11   A    I guess.

12   Q    Okay.  And do you recall that in that exchange I asked

13   you about whether you had been injured in the June 5th

14   encounter and you said that you had not?

15   A    Yes, I did.  I said that.

16   Q    You did say that.  Okay.

17              MR. McDONALD:  Could we play that video clip,

18   DH-121.

19              MR. BALESTRIERE:  Can I have a cite, please.

20              MR. McDONALD:  Page 211, line 10 to 212, line 18.

21              (Video playing.)  (Video stopped.)

22   Q    So you testified at your deposition that you were not

23   injured on the encounter, in the encounter that we just spoke

24   about; correct?

25   A    Yes, I did.  I said that.

1    Q    Okay.  And you swore it, as we have just seen?

2    A    I guess, yeah.

3    Q    Okay.  All right.  So the next encounter that you

4    described took place on June 30th; correct?

5    A    I'm sorry?

6    Q    The next encounter took place on June 30th.

7    A    Yes.

8    Q    And after June 5th, you got friendly with Loredana?

9    A    I did.

10   Q    Despite the fact that she had beaten you during the

11   encounter?

12   A    Yes.

13   Q    She had beaten you brutally, as you've testified?

14   A    She did.

15   Q    Nonetheless, you became friendly with her?

16   A    Yeah.

17   Q    Did you consider her sort of as a mentor?

18   A    No, just a friend.

19         MR. McDONALD:  Could we look at DX-C5, which I

20   believe is already in evidence.

21         MR. BALESTRIERE:  It's in evidence, Your Honor.

22         THE COURT:  All right.

23         MR. McDONALD:  Can we have page 2.  Can you blow it

24   up a little more.  I guess the jurors can see it.

25   Q    So, Lore -- this is a text message exchange between you

HASSEN - CROSS - McDONALD                1288

1    and Loredana Ferriollo; right?

2    A    Yes.

3    Q    She says to you, on June 6th -- this is the day after the

4    encounter, I will try booking you.  And then, Did you tell

5    Howie about meeting a client?  I told Howie you text me last

6    night asking me if I can set up you with clients.  I told him

7    I would help you cuz -- it says N, but I assume it means you,

8    need money, but don't tell him is this client.  In the future

9    I'll help you.

10         Isn't it a fact that you asked her to help you out?

11   A    I did.

12   Q    To get other clients?

13   A    I did.

14   Q    Okay.  Did she set you up with the guy you were seeing

15   the next day?

16   A    I have no idea.  I don't remember.

17   Q    And you say, in response to her message, at 6:51, I won't

18   say anything to Howie.  And then you say, Because I don't need

19   the money right this second.  I have the money irons, Howie.

20         What does irons mean?

21   A    I have no idea.  And I don't remember this.

22   Q    Well, couldn't irons be from Howie, this is just a typo?

23   A    I don't remember.  This is a long time ago.  I don't

24   remember.

25   Q    Well, you remember  --

*Michele Lucchese, Official Court Reporter*

HASSEN - CROSS - McDONALD                1289

1    A    I don't remember every single text message that I sent

2    out, do you?

3    Q    Well, you remembered that you didn't get paid on the

4    night of the encounter; correct?

5    A    Yeah.

6    Q    Okay.  Well, doesn't this say the day after, the 6/5

7    encounter, this is on June 6th, you say, Because I don't need

8    the money right this second, I have the money from Howie?

9    A    I was talking in regards to the car service.

10   Q    You were saying I don't need car service money?

11   A    Again, I was referring to the money for the car service.

12   Q    You weren't referring to the cash that Howie paid you the

13   night before for the sexual encounter you had with him?

14   A    No, I was referring probably to the money he gave me for

15   the car.

16   Q    You said I don't need the money right now, right?  What

17   did the car service money amount to?

18   A    I don't remember.

19   Q    But you gave the money to the car service guy when you

20   got home?

21   A    I don't know if I gave all of it to him.  I just know I

22   was obviously in a cab.

23   Q    Okay.  But the fact of the matter is you had money from

24   Howie; correct?

25   A    Yes.

HASSEN – CROSS – McDONALD                    1290

1   Q    And you're denying that's the money that you were paid in

2   full for what happened the previous day?

3   A    I was not paid in full.

4   Q    What were you on, the installment plan?

5          MR. BALESTRIERE:  Objection.

6          THE COURT:  Sustained.

7          MR. McDONALD:  Sorry.

8   Q    And then you say, If you get -- if you can get him the

9   way you have Howie, that would sick.

10         What does that mean?

11  A    I don't remember.  That was a long time ago.

12  Q    And if you can handle Howie.

13         Aren't you suggesting here that you want her to

14  handle Howie for you?

15  A    No, I have no idea.

16  Q    You're not asking her to try to set up additional

17  encounters --

18  A    No.

19  Q    -- with Howie and me?

20  A    Not that I can remember.

21  Q    This is the day after you were brutally beaten by him;

22  correct?

23  A    Yes, and also drugged.

24  Q    Okay.  And you're asking if you can handle; correct?

25  A    I have no idea.

HASSEN - CROSS - McDONALD                    1291

1   Q    And then she says, I want you to beg Howie again like

2   your desperate for money, blah, blah; right?

3   A    She wrote that, yeah.

4   Q    Yeah?

5   A    That's what it says.

6   Q    But you don't say I'm not going to do that; right?

7   A    I didn't say that, no.

8   Q    But she is advising you, correct, on what you should do

9   to see Howie again?

10  A    She's saying it.

11  Q    She's --

12  A    She's saying it.  She's saying it.

13       MR. McDONALD:  Okay.  Now to DX-B5, on page 913.

14  Q    This is additional text messages between you and Howie

15  Rubin.

16  A    Uh-hum.

17  Q    On 6/13, at 7:16, you say hi, how are you?  And Howie

18  says, Good, are you?

19       And you say I'm doing good.

20       You don't say I can't stand, do you?

21  A    No.

22  Q    You don't say I can't sit?

23  A    Nope.

24  Q    I'm bruised all over, I'm in pain?

25  A    No, but he did know that I was bruised obviously.

*Michele Lucchese, Official Court Reporter*

HASSEN - CROSS - McDONALD                    1292

1  Q    Okay.  And you say, I'm sorry for the late response.  I

2  had a long weekend.

3           And you say -- this is you reaching out to him;

4  right?

5  A    Yes.

6  Q    I just wanted to say hi and see if you wanted to get

7  together again.  I would love to see you.

8           Isn't that what you said ?

9  A    I wrote that.

10 Q    That you would love to see him?

11 A    That's what I wrote.

12 Q    I could really use the work right now, so, please, if you

13 are looking to get together, let me know.

14          Is that what you told him?

15 A    Yes.

16 Q    Then you say, I'll take a bigger beating this time, I

17 promise; right?

18 A    Yeah.

19 Q    You wanted to do something more than what you were

20 complaining about in your testimony earlier today?

21 A    No.  I meant when I said that.

22 Q    Don't the words speak for themselves, I'll take a bigger

23 beating this time?

24 A    I can't tell you what my state of mind was when I wrote

25 that, and I can't tell you exactly what I was thinking because

HASSEN - CROSS - McDONALD                    1293

1    this is a long time ago.

2    Q    But --

3    A    I can only tell you what happened to me.

4    Q    The words that you wrote, I'll take a bigger beating this

5    time, I promise.

6              What do you think Mr. Rubin thought when he read

7    those words?

8    A    I don't know.  I'm not him.

9    Q    What would be reasonable for anybody to understand when

10   they read those words?

11             MR. BALESTRIERE:  Objection.

12             THE COURT:  Sustained.

13   Q    Then you say -- Howie says, Hey, the problem I feel is

14   that of all the girls I see, you tolerate it the least and

15   really don't enjoy it at all.  The other girls actually love

16   humiliation and have bigger tits .

17             And you say, I had a really good time.  It was our

18   first time doing it, so I'm getting used to it.  I really need

19   the money and I want bigger tits, so please reconsider.

20             He's saying that he's not all that interested in you

21   because you didn't seem to enjoy it enough; correct?

22   A    That's what he says.

23   Q    But you're saying you still want to do it; right?

24   A    I did.  I said that.

25   Q    And then you go on to, at 11:18 -- I will skip to the

HASSEN - CROSS - McDONALD                    1294

1    last two lines.

2              It says, I promise to take a bigger beating and have

3    fun with it.  I had a good time with you and your girlfriend.

4    She seemed really nice.

5              So, again, you're saying you'll take a bigger

6    beating; correct?

7    A    I wrote that.

8    Q    You said Loredana is really nice.

9              You didn't tell him you were communicating with

10   Loredana; right?

11   A    I didn't tell him that.

12             I was saying what she told me to say.

13   Q    Right.  She was nice?  She was fixing you up with other

14   clients; correct?

15   A    Is that a good friend to you?  Would that be a good

16   friend to your daughter?

17             If that was your daughter's friend, if she said that

18   to her, would you feel the same way?

19   Q    Excuse me.  I don't know what you're talking about.

20   A    Okay.  I'm sure.

21             That sounds like a good friend to you, though?

22   Q    Excuse me.  Can you just answer the questions that I ask?

23   A    I'm just -- go ahead.

24   Q    Then you say to him, Howie -- please, Howie -- this is at

25   9:54 on the following day.   You're back at it.

HASSEN - CROSS - McDONALD                    1295

1          Please, Howie.   I would do anything, please,
2    please.
3          And then you say -- you go on to say, I promise you
4    we'll have an amazing time.   I will even re-enact the porno
5    that you like.   I'll do whatever.   Please consider me.
6          You'll do whatever?   Isn't that what you said?
7    A    That is what I said.
8    Q    I really need this, Howie.
9          Then Howie says, Let me think.
10         Does he sound enthusiastic here to you?
11   A    I don't know what he thinks.
12   Q    And you say okay.
13         And, I mean, at this point, you were consenting to
14   another BDSM sex encounter with him, weren't you?
15   A    No.
16         MR. BALESTRIERE:  Objection.
17         THE COURT:  Overruled.
18   Q    Weren't you consenting to another BDSM sex encounter with
19   him?
20   A    No, I was not.
21   Q    Well, what were you asking for?
22   A    I was asking to see him again, but that didn't mean
23   having another BDSM encounter.   I still --
24   Q    I'll take a bigger beating next time?
25   A    That's the what I wrote.   I was told to wrote that.

HASSEN - CROSS - McDONALD                1296

1    Q    Who told you to write that?

2    A    Loredonna.

3    Q    She did?  Were you a machine acting at her direction?

4    A    She was telling me that, yeah.

5    Q    You had no freewill?

6    A    I was drug addicted.  You have to understand.

7    Q    You just got out of rehab, remember?

8    A    I did.  And that same -- yes, I did.  And after this

9    happened to me, I was in so much pain, I relapsed.

10   Q    You did?

11   A    And I started getting high again.

12   Q    So when you wrote this, you were high?

13   A    Probably.

14   Q    So this is the product of your dementia while you were

15   high?

16   A    My dementia?

17            MR. BALESTRIERE:  Objection.

18            THE COURT:  Sustained.

19   Q    Then at the last two lines here, it says, yeah, really.

20   I will do whatever make you happy.  I'll scream, kick, yell,

21   whatever.  It doesn't matter.  I know it's really intense, but

22   I can handle it.

23            You're talking about BDSM sex; right?

24   A    I don't know what I was talking about.

25            (Continued on next page.)

*Michele Lucchese, Official Court Reporter*

1    CROSS-EXAMINATION (Continued)

2    BY MR. McDONALD:

3    Q    Okay, so then going over to the next page, page 10, the

4    second part, I'll skip some of the stuff at the top and go

5    down to the half a page.

6         You say:  Howie says it would be just me.  I think

7    we shouldn't do this.  I'll reschedule when I can have LD

8    there.  And you say:  Okay.

9         So is that what happens, you reschedule for another

10   encounter on June 30th with Loredana?

11   A    I said okay.

12   Q    Okay.  And, in fact, you did meet with him on the 30th,

13   correct?

14   A    Yes.

15        MR. McDONALD:  Could we go to D5, page 11.

16        You say at 9:20:  Please see me, Howie, I really

17   need to see you.  You don't understand, things -- my things

18   are really bad, you know.  And then you say:  See you by

19   myself.  I'll do whatever.  Please, Howie.  You have to help

20   me.

21        And he says:  Life's so busy, I had a free day for

22   you.

23        And then you say:  I know, I can imagine you're

24   probably very busy.  You don't understand.  Like I started

25   working at this cigar shop.

HASSEN - CROSS - McDONALD                    1298

1    Q    When were you working at the cigar shop?

2    A    I had gotten a job at a cigar bar working as like a

3    cocktail waitress, but the hours were really long and...  And

4    I didn't work there too long.

5    Q    How long did you work there?

6    A    Not very long.  I'd say like less than a month.

7    Q    You said:  I ended up quitting.  I couldn't deal with the

8    standing and long hours.

9    A    Yes.

10   Q    How old are you now?

11   A    I'm sorry?

12   Q    How old are you now?

13   A    Thirty-three.

14   Q    How many jobs have you ever had in your life?

15   A    Not many.

16   Q    Since you're 18 -- since you're 21 years old, how many

17   months have you worked?

18            MR. BALESTRIERE:  Objection.

19            THE COURT:  Sustained.

20   Q    Okay, so during this time you quit your job at the cigar

21   shop, what you called the cigar shop, right?

22   A    Yes.

23   Q    And you say:  I'm in a jam.  I'll see you whenever.  Just

24   let me know the day.  Correct?

25   A    I did, I wrote that.

1          MR. McDONALD:  Okay.  And that's on the 26th.

2          Going on now to C5, page 3, at 2018, or 10:18.

3   Q    You say -- looking right there on the top:  Did you talk

4   to Howie at all?

5          That's you getting in touch with Loredana, right?

6   A    Yes.

7   Q    You're trying to move things along, right?

8   A    I don't know what I was doing.

9   Q    Well, you're desperate, you want to get together with

10  Howie as quickly as possible, right?

11  A    I don't know.

12  Q    Well, you're asking her did she speak to Howie, correct?

13  A    That's what it says.

14  Q    And shortly after that, you get a text from Howie Rubin

15  on -- going back to the exhibit with Howie, D5.

16          Well, D5 Howie says to you:  Well, LD and I can see

17  you tomorrow evening at 7:30.

18          And so you set a time for June 30th to meet with

19  them, right?

20  A    Yes.

21  Q    And then do you recall saying to Loredana -- I'm not

22  going to put it up there -- but do you recall saying to

23  Loredana:  Also I'm going to give you a cut for booking me

24  with Howie.  Seriously, I owe you big time.

25  A    I don't remember.

HASSEN - CROSS - McDONALD                    1300

1    Q    You don't remember offering to give her --

2    A    No.

3    Q    -- a piece of your fee with Howie for helping to set it

4    up?

5    A    No, I don't.

6    Q    So I think you testified yesterday about how the event

7    began, and at 6:30, at 8:50 p.m., there's text messaging

8    between you and Howie, and he says:  How do I let you?  Is

9    there a buzzer?  I found it.

10            Do you remember that?

11   A    I -- I've seen it, the paper where this is written.

12   Q    But you have this -- you have the encounter with Howie

13   and Loredana, right?

14            Oh, I'm sorry, you said that Loredana was not there

15   when you testified today.

16   A    Yeah.

17   Q    Okay.  And you testified that there was -- you were put

18   on some sort of contraption and your wrists and ankles were --

19   were tied to this contraption or tied together?

20   A    What day?  What day?  I'm sorry, you're confusing me.

21   Q    June 30th.

22   A    I knew June 30th.

23   Q    2014.

24   A    Yes.

25   Q    Okay, you said you had an encounter alone with Howie at

1    the condo.

2    A    I didn't.  I said she was present.

3              Like, are you kidding me?

4    Q    I'm sorry?

5    A    You heard what I said.

6    Q    Am I kidding you?

7    A    Are you kidding me?

8    Q    Well, you testified here this morning that you were alone

9    with Howard Rubin during that encounter, not with Loredana.

10   A    That's not true.

11   Q    I know it's not true.

12   A    What happened to me --

13             THE COURT:  Stop.

14             Ask another question, please.

15             MR. McDONALD:  Okay.

16   Q    So you testified earlier today that your wrists and

17   ankles were locked, correct?

18             MR. BALESTRIERE:  What's the date?

19             MR. McDONALD:  June 30th, 2014.

20             MR. BALESTRIERE:  Thank you.

21   Q    June 30th, 2014.

22   A    Yeah.

23   Q    And you remember this as well; don't you?

24   A    I remember getting beaten really bad.

25   Q    But you didn't remember this morning that Loredana was

HASSEN - CROSS - McDONALD                    1302

1    there but now you remember this afternoon that she was?

2    A    Loredana was present in the room with me.

3         You have to understand, I did not see Howie by

4    myself.

5    Q    Okay.  And you were injured during this encounter, you

6    said, right?

7    A    Yes.

8    Q    You also fainted during the encounter?

9    A    I did.

10   Q    But it was a terrible, terrible experience for you,

11   right?

12   A    Yeah.

13        MR. McDONALD:  And could you go to C5.

14        Oh, excuse me.  B5.  On page 12.  Very last line.

15        Howie says:  Amazing night sleep well.

16        (Exhibit published.)

17        MR. McDONALD:  And you respond on the next page:

18   Aww, thanks, I'm glad you liked it.  I wasn't sure if you

19   didn't like me the last time, but I gave it my all.  I'm happy

20   you enjoyed it.  I had fun, too.

21   Q    Did you say that?

22   A    I did.

23   Q    And then you get to the point, right?

24   A    I'm sorry?

25   Q    You get -- you say:  I'll send you my bank info tomorrow

1    a.m.

2    A    I did.  I wrote that.

3    Q    And then Howie gets back to you and says, responds a few

4    minutes later:  You were amazing.  So different.  So fun.

5          And you respond:  Yay.

6          Is it fair to say that that's a big smiley face?

7    A    I guess.  I don't remember.

8    Q    All right.  But you say after it:  I'm so happy, right?

9    A    I did.  I wrote that.

10   Q    You say:  I love you guys.  You guys are a lot of fun.

11   A    I did.  I wrote that.

12   Q    Well, the experiences you described earlier today, it was

13   not a lot of fun; was it?

14   A    No, it wasn't.

15   Q    But you told them right after it happened that it was a

16   lot of fun.

17   A    Yes, I did.

18   Q    You say:  Seriously, really appreciate you guys seeing me

19   tonight.  Means so much.  Love -- Xs and Os.

20         And Howie says:  Xs and Os.

21         Right?  Did you write that?

22   A    Yes, I wrote that.

23   Q    And do you recall that after the encounter you also

24   texted Loredana?

25   A    I'm sorry?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HASSEN - CROSS - McDONALD                1304

1    Q    Do you recall that after the encounter that evening you

2    also texted Loredana?

3    A    I really don't remember.  But I was -- you know, she was

4    my friend.

5              MR. McDONALD:  Okay, can you go to C5, page 3.

6              I'm sorry, C5.  This is a Loredana text.

7              And this is at 6:30, 2221.

8              (Exhibit published.)

9              "QUESTION:  This is you to Loredana.  How can

10   I express to Howie not to pull my hair really hard,

11   because I have a brand new set of hair extensions and

12   it just dawned on me that he likes to pull, so what

13   should I say?"

14   Q    What happened?  I'll just ask you that, the first box

15   there, pulling your hair.

16             That's what you're asking Loredana about, right?

17   A    Yeah.

18   Q    So the only thing that -- the only complaint that you

19   have to Loredana is that he was pulling your hair, right?

20   A    That's what I asked her about.

21   Q    Okay.  You didn't say anything about being whipped,

22   right?

23   A    I didn't have to.  She was there.

24   Q    Okay.  But you didn't -- well, she was there when your

25   hair was pulled, too, right?

HASSEN - CROSS - McDONALD                     1305

1    A    Let me tell you something.

2    Q    Pardon me?

3              THE COURT:  Just answer the question.

4              THE WITNESS:  Yes.

5    Q    So your only complaint to her about the night that

6    included your ankles being locked and being blindfolded and

7    being beaten and being whipped, all the other things you

8    talked about, the only thing you expressed to her was your

9    concern about your hair being pulled because of your new

10   extensions.

11   A    Yes.

12   Q    Now you weren't injured.

13   A    I was.

14             MR. McDONALD:  Can you play from the deposition clip

15   BH61, page 224, line 2 to line 18, going down towards the

16   bottom.

17             (Video recording played.)

18             (Video recording stopped.)

19   Q    That's when you testified in 2018, right?

20   A    I did.

21   Q    And is it fair to say that your memory is better four

22   years ago than it is today about those events that took place

23   in 2014?

24   A    I -- after reviewing exhibits, there was a lot of clarity

25   brought to the situation.

HASSEN - CROSS - McDONALD                    1306

1          You have to understand something.

2          THE COURT:  No, no, just answer the question that

3   you're asked.

4          MR. BALESTRIERE:  She can answer that, too.

5          THE COURT:  No, she's not answering the question.

6          Just stick to the question.  You can bring out more

7   when you do redirect.

8          MR. BALESTRIERE:  Thank you, Your Honor.

9   BY MR. McDONALD:

10  Q    And you were paid for this encounter, correct?

11  A    Yes.

12  Q    You were paid $4,000?

13  A    I don't remember the amount.

14  Q    And you were never in the dungeon again.

15  A    He called me back to the penthouse --

16  Q    Excuse me.  Were you ever in the dungeon again?

17  A    No.

18  Q    You testified to that earlier, right?

19  A    Yes.

20  Q    But in July, you attempted to go back to the dungeon to

21  meet Howie, correct?

22  A    No, I attempted to go back to the penthouse.

23  Q    Okay.  But isn't it a fact that you asked for Loredana to

24  get Howie to see you again?

25  A    I don't know if it's a fact.  I don't remember.

HASSEN - CROSS - McDONALD                    1307

1            MR. McDONALD:  Okay, can we go to C5.

2            (Exhibit published.)

3   Q    July 28th, 2014.  The very last item, it says -- you say

4   to Loredana:  Did Howie say if he would see me again, right?

5   A    That's what it says.

6   Q    This is an example of you seeking to have Loredana make

7   arrangements with you and Howie, right?

8   A    I have no idea.  I just remember she was like talking to

9   him for me at one point.

10  Q    I'm sorry, I missed that.

11  A    I said --

12  Q    She was talking to him -- to Howie about what?

13  A    She was talking to Howie like on my regard.  Like she was

14  doing it for me.  She was acting like she was doing it as a

15  friend.

16  Q    She wasn't working for Howie?

17  A    I don't know.

18  Q    She was helping you out?

19  A    That's what I thought.

20  Q    She wasn't part of Howie's venture?

21  A    I don't know that.  All I know is that she was in my

22  life.  I thought she was more my friend at the time.

23            But looking back, absolutely not, she was not my

24  friend.

25            MR. McDONALD:  So go to September.  This is C5.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

Page 4 of 27.

2          (Exhibit published.)

3   Q    And you say to Loredana:  I wish I could see you with

4   Howie.

5              That means that you're sort of upset or frustrated?

6   Is that what it means?

7   A    I guess.

8   Q    So you're asking Loredana if she could arrange for her --

9   if she can arrange for you to see Howie, right?

10  A    I guess.

11  Q    And then you say on the fourth item, or excuse me, the

12  fifth item:  Do you think Howie will see me on Thursday?  I

13  haven't heard from him at all.

14             Is that right?

15  A    I don't know.  I don't really remember.

16  Q    But the words say what they mean, it's --

17  A    They say that.

18  Q    Okay, so you're saying to Loredana at the time, in 2014,

19  it's like almost eight years ago:  Do you think Howie will see

20  me on Thursday?

21  A    Yes.

22  Q    I haven't heard from him at all?

23  A    Yes.

24  Q    So you're asking her to try to get Howie to see you on

25  Thursday?

HASSEN - CROSS - McDONALD                    1309

1    A    I'm not trying to get her to have Howie see me.  I was

2    just saying -- I was asking her did she think Howie would see

3    me on Thursday.

4    Q    Now, in September, you go back to the condo, but not to

5    the dungeon, right?

6    A    Yeah.

7    Q    And you sign the, what your lawyer -- what you referred

8    to as the NDA.

9    A    Uh-huh.

10   Q    Right?  And you were asked about your signing the --

11   excuse me.  I'll withdraw the question.

12             You actually signed two NDAs, right?

13   A    Yes.

14   Q    You signed one NDA with Howie, with Howie's name on it,

15   saying that you were agreeing to have BDSM encounters that

16   were written here with you with Howard Rubin, right?

17   A    No.

18   Q    You didn't sign the document?

19   A    I did sign it.

20   Q    Okay.

21   A    But I didn't understand what -- I wasn't even allowed to

22   keep a copy of it.

23   Q    And you signed another one with Loredana the next day?

24   A    No.

25   Q    Or did you do it all at one time?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HASSEN - CROSS - McDONALD                          1310

1    A    At one time.

2    Q    Okay.  And you remember going up there and being handed

3    these two documents, right?

4    A    Yes.

5    Q    And what do you remember about that event?

6    A    Well, there was a lot of wine drinking.  A lot of it.

7    Prior to me signing it, the way he brought it up, you know, I

8    was -- I was definitely under the influence, and I just

9    remember him handing it to me and saying that I had to sign

10   this.  That if I didn't sign this, I -- that he was -- I would

11   lose everything.  He basically threatened me saying I couldn't

12   say a word to anybody.

13   Q    Okay.  What do you mean everything?

14   A    I felt, because he threatened me, he said that if I said

15   anything to anyone, that I thought I would be liable.  He kept

16   like threatening me.

17   Q    Now you were asked about this document, the

18   confidentiality release agreement at the deposition.

19            You remember that?

20   A    I don't really remember it but, yeah.

21   Q    You were shown the document and you were asked if you

22   recognize this?

23   A    I guess.

24   Q    Okay, and do you recall saying:  No, I don't remember.

25   A    Yeah.

PROCEEDINGS                                         1311

1    Q    You don't remember the document?

2    A    I wasn't even allowed to keep a copy of it.  I didn't --

3    I couldn't remember what it looked like.  But I knew I signed

4    a paper.  I just didn't know if that was it.

5    Q    Did you say you don't remember signing this agreement?

6    Did you say that in your deposition?

7    A    I don't remember.

8    Q    So you don't remember whether you remember saying that

9    you signed the agreement?

10   A    I don't recall exactly what I said in my deposition.  But

11   I am telling you that I do know I signed the document.  I

12   don't know what the document looked like, because I hadn't

13   seen it since I signed it.  I wasn't allowed to keep a copy of

14   it.

15          MR. McDONALD:  Your Honor, is this a good time to

16   take a break?

17          THE COURT:  Okay, we'll take our lunch hours, ladies

18   and gentlemen.

19          Please come back at 1:30.

20          Remember not to talk about the case amongst

21   yourselves or with anyone else.

22          (Jury enters the courtroom.)

23          THE COURT:  Take a recess, one hour.

24          MR. MINHAS:  Your Honor, if I may.

25          Plaintiffs have agreed with defendants to read in

PROCEEDINGS                                    1312

1  certain exhibits to the jury for publication.  Of the 14

2  exhibits, we have a disagreement about three exhibits.  We can

3  resolve those before lunch or after lunch, it's up to you,

4  Your Honor.

5           THE COURT:  I prefer to be familiar with them before

6  we have arguments on them.

7           MR. MINHAS:  Sure.

8           THE COURT:  Why don't we come back at 1:20, identify

9  them to my law clerk, and I will become familiar with them

10  during lunch.

11           MR. MINHAS:  Thank you, Your Honor.

12           (A recess was taken at 12:29 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A F T E R N O O N   S E S S I O N

 2              (Time noted:  1:22 p.m.)

 3              (In open court; Jury not present.)

 4              THE COURTROOM DEPUTY:  All rise.

 5              THE COURT:  Okay, let's proceed.  Let's start with

 6    PX120.

 7              What is this being offered to prove?

 8              MR. MINHAS:  Your Honor, PX120 is being offered as

 9    the communication between Mr. Rubin and former defendant

10    Ms. Shon.

11              It goes straight to how the venture was operating

12    and, quite frankly, I believe the communication show that it

13    was a sophisticated venture.

14              There's a discussion about payment for cooperation.

15    There's discussions about how the NDA was not enforceable, and

16    we believe that, you know, this exhibit highlights the

17    testimony that you've heard the last several days that this

18    was a sophisticated venture.

19              THE COURT:  Okay.  Let me hear from the plaintiffs.

20              MS. CHIANG:  Your Honor, we believe that there's

21    already been testimony that Ms. Shon introduced certain

22    plaintiffs to Mr. Rubin, and so to the extent there's anything

23    else in this exhibit it's irrelevant, because it contains

24    Ms. Shon's communications with Mr. Rubin in August 2017 and

25    later.
```

PROCEEDINGS                              1314

1    They're discussing the filing of a lawsuit and it

2    has no bearing on plaintiffs' claims in this case.

3         THE COURT:  What are the -- let me ask plaintiff:

4    What are the admissions in here that go to show what happened

5    during the relevant period as opposed to the panic of a

6    lawsuit having been brought?

7         MR. MINHAS:  For example, on Bates page HR000551,

8    there is a text between Mr. Rubin and Ms. Shon where Ms. Shon

9    writes at 7:43 p.m.:  I'm loyal to you.  Know that.

10        And she continues that she has no case.  The NDA is

11   not enforceable but it's a mutually-consensual relationship.

12        And we believe because of the underlying testimony

13   regarding the NDAs, that this is relevant to everything Your

14   Honor has heard the last few days.

15        THE COURT:  Okay.  I'm going to sustain the

16   objections.  It seems to me that this kind of post-litigation

17   circling the wagons doesn't say very much, and it would

18   require the jury to understand why I let Ms. Shon out of the

19   case, which I don't really want to get the jury into, I think

20   that would confuse them.

21        I also think that when you look at it, NDA is not

22   enforceable for this mutually-consensual relationship.  That's

23   got to confuse the jury.  It's a complicated concept that I

24   don't think that they would understand.

25        Okay.  Next.  Defendants' Exhibit T-4-6.

PROCEEDINGS                               1315

1          MR. MINHAS:  If I may, Your Honor?

2          THE COURT:  Yes, please.

3          MR. MINHAS:  And so this is an observation that

4   Mr. Rubin makes of Ms. Rico's injuries.  And we don't believe

5   they concern Ms. Rico's injuries because they are not her

6   allegations.  And so the testimony that we are seeking to

7   include is on page 37 of 65.  That's Bates 000055.

8          And at -- I believe what Defendants object to is the

9   text messages sent on and around September 25th, 2016 at 10:47

10  where Mr. Rubin says:  I think so.  Cat boobs were bruised.

11         MS. CHIANG:  Your Honor, if I may.  That was not an

12  accurate representation of our objection.

13         THE COURT:  Okay, go ahead.

14         MS. CHIANG:  As you know, Judge, you issued an order

15  precluding testimony and precluding Ms. Rico from testifying

16  at this case about the injuries that she suffered during the

17  encounter in September 2016, which is Lytell, because she had

18  ended her claims.  And so we would object to everything on

19  this exhibit that's highlighted starting at 9/25/16 from

20  10:14 a.m. on.

21         As plaintiffs' counsel just conceded, these are

22  about Mr. Rubin's observations as to Ms. Rico's injuries,

23  which are not in the case, and so they have no relevance to

24  plaintiffs' claims.

25         MR. MINHAS:  That is correct, Your Honor, they are

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1316

1    Mr. Rubin's observations of Ms. Rico's injuries.

2            THE COURT:  You got plenty of evidence in here on

3    injury without introducing injury, hearsay injury to a witness

4    who you didn't disclose until the last moment.  I think it has

5    very limited probative value.  But I think it could have

6    substantial prejudice to introduce this idea of another

7    person, who the jury hasn't seen, doesn't know from.

8            So I'm going to sustain that objection as to that

9    portion.

10           Okay, next, plaintiffs' 129.

11           I will go without hearing from the plaintiff.  I'm

12   inclined to allow this.  I'll hear from the defendant why I

13   shouldn't.

14           MS. CHIANG:  Your Honor, this exhibit, in this text

15   exchange, Mr. Rubin and Ms. Powers talking about Adderall.

16   And Ms. Hopper's testimony yesterday did not concern anything

17   about Adderall, it had nothing to do with the case, and so we

18   think this exchange is irrelevant.

19           THE COURT:  What does it have to do with?  It seems

20   to me that it has to do with the fact that they were at least

21   aware that she was taking some kind of drug.

22           Isn't that relevant?

23           MS. CHIANG:  Your Honor, if I may, there is other

24   text exchanges in DXA6 where Ms. Hopper later says:  Oh, I

25   didn't give you the Adderall.  And there would be other

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

PROCEEDINGS                                    1317

1    testimony, if this comes in, that the Adderall was not for

2    Ms. Hopper.

3              THE COURT:  Yes, I think the plaintiff is glad to

4    stipulate that -- oh, the Adderall was not for Ms. Hopper?

5              MS. CHIANG:  Correct.

6              THE COURT:  Who was it for?

7              MS. CHIANG:  It was for Mr. Rubin's daughter.

8              THE COURT:  Oh.  Emma is his daughter?

9              MS. CHIANG:  No, Emma Hopper is the witness that

10   spoke yesterday.

11             But she was willing to bring some Adderall for

12   Mr. Rubin's daughter.  And then there's letter text exchange

13   in DXA6, where Emma later says:  I forgot to give you the

14   Adderall.

15             THE COURT:  Do I have that in front of me?  What

16   time is that?

17             MS. CHIANG:  The text exchange where she says -- it

18   would not be in this exhibit, Your Honor.

19             THE COURT:  Okay.  Let me hear from plaintiff.

20             MR. MINHAS:  Your Honor, if I may.  The

21   communication, November 20, 2016, at 4:15 p.m., Mr. Rubin

22   says:  Can we split them?  Get 40 and we'll split in half.

23             So it's not fair to us whether the Adderall was for

24   Mr. Rubin's daughter, or they were planning on splitting them

25   and they were also for Ms. Hopper.

PROCEEDINGS                           1318

1          Ms. Hopper testified yesterday regarding drug use,

2   and so we believe this exhibit is relevant.

3          THE COURT:  She didn't talk about Adderall.

4          MR. MINHAS:  She didn't talk about Adderall.  She

5   talked about Vicodin.  But they are both controlled

6   substances.

7          MS. CHIANG:  They are for different purposes, Your

8   Honor.

9          THE COURT:  They are for different purposes, very

10  different purposes.

11         All right, I'm persuaded that it should be excluded

12  on 403.

13         Next I have this chart of encounters.  I don't

14  understand if the plaintiff is offering this as an exhibit or

15  just a demonstrative to use during closing?

16         MR. MINHAS:  It is a demonstrative that we will use

17  during Mr. Rubin's cross.

18         THE COURT:  During Mr. Rubin's cross.

19         And the problem that the defendants have with this

20  is that while it shows when the testimony of the witness began

21  in this trial, it doesn't show when the cross began, and the

22  redirect began?

23         MS. CHIANG:  Correct, Your Honor.

24         THE COURT:  So...

25         MS. CHIANG:  It's misleading in that it suggests to

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                           1319

1    the jury that the only testimony that the jury should be

2    considering is during the plaintiffs' direct exam.

3              THE COURT:  I'll tell the jury, and then plaintiffs'

4    counsel will tell the jury, it's just the start of the

5    testimony.

6              That is accurate, right?

7              MR. MINHAS:  That's correct.  And let me correct

8    myself that the demonstrative will be used to read along with

9    the exhibits.

10             THE COURT:  Say that again?

11             MR. MINHAS:  We will use the demonstratives to read

12   and publish to the jury while we are reading the other 12

13   exhibits.

14             THE COURT:  When you're crossing Mr. Rubin.

15             MR. MINHAS:  No, the demonstrative may be used for

16   Mr. Rubin's cross, but it will be used to publish to the jury,

17   along with the other exhibits that we intend to read.

18             THE COURT:  You're not making yourself clear.  Try

19   it again.

20             MR. MINHAS:  Sure.  So as we had agreed with

21   defendants --

22             THE COURT:  When are you going to use this?  During

23   the cross?

24             MR. MINHAS:  We may use it during the cross.

25             THE COURT:  Don't give me may.  I have to rule on

PROCEEDINGS                                    1320

1    what's going to happen.

2                Are you going to use it during the cross?

3                MR. MINHAS:  Yes.

4                THE COURT:  Okay.  And what are you going to say

5    about it?

6                MR. MINHAS:  We will have it on the screen for the

7    jury to, you know, to have in front of them, and it will have

8    a description, which will be updated later today, with further

9    Ms. Hassen's encounters.

10               And it will also be used, while we read it to the

11   jury when we are publishing the other exhibits, that we had

12   stipulated with defendants.

13               THE COURT:  Say that last part, again, please?

14               MR. MINHAS:  Sure.  We will also be reading the

15   demonstratives to the jury along with the exhibits that we

16   have stipulated with the -- with the defendants to publish to

17   the jury.

18               THE COURT:  In other words, when you put in the

19   stipulations, you're going to refer to this?

20               MR. MINHAS:  Correct.

21               THE COURT:  Just say that.

22               Okay, and the defendants only problem is it shows

23   the start of the testimony -- well, let me ask this:

24               For the 2011 encounter, the last column is entitled

25   "testimony".  For the next one, it's entitled "evidence".

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

1            Is the testimony date when Brittany H started to

2   testify?

3            MR. MINHAS:  I believe that was an error, which we

4   have corrected, and so all of it will reflect testimony.

5            THE COURT:  But then you'll only have one column,

6   one row, for each of the witnesses, right?

7            You'll have one for Brittany H, one for Natasha, and

8   one for each the other plaintiffs, right?

9            MR. MINHAS:  No, Your Honor, because the testimony

10  was on different dates, and so we have it arranged

11  chronologically.

12           THE COURT:  What is the -- how does the amount tie

13  into the testimony date?

14           MR. MINHAS:  That was the amount that we have

15  already stipulated to, and so we felt that was relevant to

16  include in the demonstrative.

17           THE COURT:  What do the stipulations say, that

18  you're going to read along with this?

19           What are they about, generally?

20           MR. MINHAS:  The exhibits, Your Honor?

21           THE COURT:  Well, you told me you're going to read

22  this along with the stipulations, right?

23           MR. MINHAS:  Correct.

24           THE COURT:  I'm asking you what are the stipulations

25  about?

PROCEEDINGS                                    1322

1          MR. MINHAS:  Various communications between

2     Mr. Rubin and Ms. Powers.

3          THE COURT:  And so you're tying that stipulation in

4     to the encounter and the payments?

5          MR. MINHAS:  Correct.

6          THE COURT:  Okay.

7          And why can't the defendant simply add in -- the

8     implication here is not that all the evidence was taken on one

9     date, all the testimony was taken on one date, just that it's

10    a start date.  It doesn't stop you from referring to anything

11    in the examination.

12         MS. CHIANG:  Your Honor, if -- we would be fine with

13    the exhibit if the column that was titled "testimony" is

14    revised to read "start date of testimony".

15         THE COURT:  How about that?

16         MR. MINHAS:  Okay.  Sure.

17         THE COURT:  Okay.  All right.

18         MS. CHIANG:  Your Honor, if I may raise one more

19    issue?

20         Defendants are following your trial management order

21    as to the exchange of deposition designations with respect to

22    transcripts.

23         We would request that we have until noon tomorrow to

24    look over our designations on Ms. Hassen's transcripts, since

25    we believe the testimony transcripts we will be the ones to --

HASSEN – CROSS – McDONALD                    1323

1          THE COURT:  That's fine.

2          MS. CHIANG:  Thank you.

3          THE COURT:  Also I have your letter from last night

4   about the two depositions that you want to get in, right?

5          MS. CHIANG:  Yes.

6          THE COURT:  I'll issue a ruling on that some time

7   today or this evening.

8          MS. CHIANG:  Thank you, Your Honor.

9          THE COURT:  Okay.  Let's have the jury, please.

10         You can go get the witness.  It will take a couple

11  of minutes.

12         Everyone should sit down until they get here.

13         (Pause in the proceedings.)

14         MR. BALESTRIERE:  Your Honor, should I have the

15  witness stake the stand?

16         THE COURT:  Sure.

17         (The witness resumes the stand.)

18         (Jury enters the courtroom.)

19         THE COURT:  All right, everyone, be seated.

20         Hope you had a nice lunch, ladies and gentlemen.

21         Let's continue with cross-examination.

22  CROSS-EXAMINATION (Continued)

23  BY MR. McDONALD:

24  Q    Ms. Hassen, I'd like to ask you about the incident at

25  Rick's Cabaret.

1    A    Okay.

2    Q    You testified this morning that Mr. Rubin raped you at

3    Rick's Cabaret; is that right?

4    A    Yes.

5    Q    That was on the evening of the day or the day you signed

6    the NDA confidentiality release agreement at the condo?

7    A    Yes.

8    Q    That was in September, 25th or 26th, 2014?

9    A    Uh-huh.

10   Q    Now Rick's Cabaret, where is it located?

11   A    Manhattan.

12   Q    Where in Manhattan?

13   A    I don't really remember.

14   Q    And it's a public place, right?

15   A    It's a strip club.

16   Q    Right.  But it's open the public?

17   A    I assume so, yes.

18   Q    And you were there with -- you were accompanied by

19   Mr. Rubin and Ms. Ferriollo when you went to the club?

20   A    Yes.

21   Q    And when you got there, there were other people with

22   Mr. Rubin, correct?

23   A    Yes.

24   Q    Other people he invited to this night out or day out.

25        Was it daytime or nighttime?

1    A    Nighttime.

2    Q    And there were other people.

3         Michelle Felices was there?

4    A    Yes.

5         I think she was there.  I really don't remember her

6    being there, but I do know there are other people in the room.

7    Q    When you testified at your deposition, she was there.

8         Do you recall that?

9    A    No, I don't.

10   Q    All right, she could have been there?

11        MR. BALESTRIERE:  Objection.

12        THE COURT:  What's your best recollection as to

13   whether she was there, or are you simply not remembering?

14        THE WITNESS:  I simply really don't remember.

15        THE COURT:  If you want to play her her deposition,

16   you can.

17        MR. McDONALD:  Okay.  Yes, can we play page 252

18   line 16 through 253, line 7.

19        (Pause in the proceedings.)

20        MR. McDONALD:  What happened?

21        THE COURTROOM DEPUTY:  It's not showing up.

22        MR. McDONALD:  Oh, okay.

23        Your Honor, we're not planning to play that excerpt,

24   as we don't have a clip for it.

25        So I will ask the witness:

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1  Q    Were you asked these questions, and did you give these

2  answers?

3           Michelle Felices was there in the room with you,

4  right?

5           And did you say "uh-huh".

6  A    I don't really remember, but if it says that, then yes.

7  Q    Okay.  And she's a friend of yours?

8  A    I met her through Howie, yes.

9  Q    But you consider her to be a friend of yours in 2014,

10  correct?

11  A    Yes, I did.

12  Q    You had known her since 2011, when you met her at the

13  Mandarin Oriental?

14  A    Yes.

15  Q    And Ms. Ferriollo was there, she was present as well?

16  A    Yes.

17  Q    And she was a friend of yours?

18  A    I considered her a friend at that time, yes.

19  Q    You met her in June, and this is some time in September.

20  And you had corresponded with her frequently and been together

21  with her and Mr. Rubin on a number of occasions, correct?

22  A    Okay.

23           Yes, go ahead.

24  Q    And there were strippers in the room?

25  A    Yes.

1   Q    And were there other people who were friends with

2   Mr. Rubin's who had met you at the club?

3   A    Yes.

4   Q    And you said you thought there were about ten people

5   there?

6   A    Yes.

7   Q    In your party?

8   A    Yes.

9   Q    And you had a private room called the champagne room?

10  A    Yes.

11  Q    And you thought the room you said -- how would you

12  describe the room?  Was it a large room or a small room?

13  A    I thought it was rather small for a strip club.

14  Q    And there were ten of you in the room.

15  A    Yeah.

16  Q    And the waitresses or a waitress coming in and out

17  serving drinks?

18  A    Yes.

19  Q    I assumed there was a manager of the club?

20  A    I believe so, yeah.

21  Q    Was there security personnel?

22  A    Yes.

23  Q    And you said that at some point Mr. Rubin began to rape

24  you, right?

25  A    Yes.

HASSEN - CROSS - McDONALD                    1328

1    Q    Had sexual intercourse with you?

2    A    Yes.

3    Q    In front of all these other people?

4    A    Yes.

5    Q    In the small room?

6    A    Yes.

7    Q    And you're -- did you cry out?  Did you say anything to

8    your friend Loredana Ferriollo?

9    A    Yeah, I did actually.

10        And the whole time, she kept looking down or not

11   looking at me.  It was like they couldn't even hear me.

12   Q    And did you ask for help from Michelle Felices as well?

13   A    I was just saying like I wanted it to stop.

14   Q    And nobody came to your assistance?

15   A    No.

16   Q    There were ten people in this small room when you were

17   being raped?

18   A    Yes.

19   Q    And nobody assisted you?

20   A    No.

21   Q    Including at least two people who were your friends?

22   A    No.  The only person that assisted me honestly was the

23   waitress.

24        When she finally, I guess she told security, because

25   it was getting out of hand, and they asked us to leave.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HASSEN – CROSS – McDONALD                    1329

1   Q    And you also said Mr. Rubin was hitting you at the time,

2   right?

3   A    He did.  My butt.

4   Q    And they just sat there, the other people, the other ten

5   people just sat there?

6   A    Yes.

7   Q    They laughed at you earlier, you said earlier today?

8   A    Yes.

9   Q    And by the way, you said Mr. Rubin had handcuffs, he put

10  handcuffs on you?

11  A    Yes.

12  Q    He just happened to bring the handcuffs along to Rick's

13  Cabaret?

14  A    Yeah.

15  Q    Do you know that it was his practice to carry handcuffs

16  with around with him when he went out on to the street of New

17  York?

18  A    I have no idea.

19  Q    And you say he had intercourse with you?

20  A    He did.

21  Q    That's different from what you testified to in your

22  deposition.  Remember that?

23  A    If it says that, I probably did.

24       MR. McDONALD:  Okay, can we play clip 72, BH72,

25  lines 4 through 25.

1          THE COURTROOM DEPUTY:  Is it connected, counsel?

2          THE COURT:  It doesn't look like you're connected to

3  the same port you were before.

4          Who's in charge of doing this stuff?

5          THE COURTROOM DEPUTY:  You're not.  It's not showing

6  up.  It's not coming up, counsel.

7

8          (Continued on the following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    COURTROOM DEPUTY:  Position one.

2    THE COURT:  All right.  There you go.

3    MR. MCDONALD:  It's coming up.

4    (Video file played in open court.)

5    (Video file concludes.)

6  CROSS-EXAMINATION (Continued)

7  BY MR. MCDONALD:

8  Q    So you testified under oath at your deposition that he

9  did not have intercourse with you, right?

10    You said, No, I do not recall that.

11  A    Yeah.

12  Q    Okay.  And when I asked you to explain the reasons why

13  you did not like the encounter, you said that it was not to

14  your liking; it was rather aggressive?

15  A    I did say that.

16  Q    You didn't say anything about rape, did you?

17  A    No, I did not.

18  Q    You didn't say anything about being beaten, did you?

19  A    I said he put his hands on me in a way that was-- he put

20  his hands on me, correct, in a way that was not to my liking

21  and it was rather aggressive.

22  Q    What about the rape?

23  A    To me --

24  Q    What about the rape?

25  A    I didn't say he raped me.

HASSEN - CROSS - McDONALD                    1332

1    Q    Pardon me?

2    A    I didn't says that in my deposition.

3    Q    You testified this morning that he raped you.

4    A    I didn't say --

5              THE COURT:  Stop.  Stop.

6              Each you have has to wait for the other one to

7    finish before you start talking.

8              Put another question, please.

9    Q    You testified this morning that you were raped at

10   Rick's Cabaret by Mr. Rubin, correct?

11   A    Correct.

12   Q    When you were asked that question whether you had

13   intercourse with him at the cabaret you said, No, I do not

14   remember?

15   A    Yes, I did.  I said that.

16   Q    Thank you.  Now, you sent him an e-mail that made

17   reference to this encounter shortly thereafter, isn't that a

18   fact?

19   A    What do you mean?  After what?

20   Q    After the encounter at Rick's Cabaret?

21   A    Yeah.

22             MR. MCDONALD:  Could we have DX-B6 put up and I

23   would like to offer that into evidence.

24             MR. BALESTRIERE:  Is it just the one page, Counsel?

25             MR. MCDONALD:  Just the one page.

HASSEN - CROSS - McDONALD                    1333

1    MR. BALESTRIERE:  No objection, your Honor.

2    THE COURT:  Received.

3    (Defendants' Exhibit DX-B6, was received in

4  evidence.)

5  Q    So this is on November 5th.  You sent an e-mail to Mr.

6  Rubin.

7    Hi, Howie.  Today is my birthday, I'm sorry I did

8  not text you to thank you again for the other day.

9    You were referring to Rick's Cabaret, correct?

10  A    Mm-hmm, yes.

11  Q    You were thanking him for what had happened --

12  A    Yes.

13  Q    -- at that at Rick's Cabaret that day, right?

14  A    I was saying thank you to him for a reason, but continue.

15  Q    Okay.  And he gets back to you and says, That day at the

16  strip club was actually the most wild time I think I've ever

17  had.  Really bizarre and crazy.  Happy birthday he says to

18  you, right?

19  A    Yes.

20  Q    You don't complain to him about what happened, correct?

21  A    No.

22  Q    You reach out to him and tell him it's your birthday,

23  correct?

24  A    I did.  He actually --

25  Q    I just said correct.  Just answer the question yes or no,

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

HASSEN - CROSS - McDONALD                    1334

1    please.

2              Now, you said that you were injured, your butt was

3    injured, as a result of this encounter; right?

4    A    Yes.

5    Q    And you said you didn't go to the hospital because of it?

6    A    No.

7    Q    And you said that you, at one point, you went to a place

8    in Sunset Park?

9    A    Yes.

10   Q    What was that case?

11   A    Casa De Muñecas.

12   Q    When was that?  When did you go there?

13   A    It was like, I would say, within six months.

14   Q    Six months?

15   A    Yeah.

16   Q    And isn't it a fact that you subsequently in the next

17   couple of days after you went to the place in Sunset Park you

18   went to Maimonides Hospital?

19   A    Yes, I did.

20   Q    Previously, you said didn't go to the hospital because

21   you didn't want to tell them what had happened with Mr. Rubin

22   , right?

23   A    Correct.

24   Q    But in fact, you did go to Maimonidies Hospital?

25   A    Yeah.

HASSEN – CROSS – McDONALD                    1335

1    MR. MCDONALD:  Your Honor, we have hospital records

2    from Maimonidies for which we have a certification and I would

3    like to offer that into evidence?

4    MR. BALESTRIERE:  No objection.

5    THE COURT:  Received.

6    (Defendants' Exhibit DX-J5, was received in

7    evidence.)

8    MR. MCDONALD:  DX- J5.

9    And could you put up Page 15?  We'll start at

10   Page 15 of 33.

11   MR. MCDONALD:  This will be very brief, your Honor.

12   The bottom line.  Could you blow it up a little more?  It

13   says, Subject:  As per PT and then quotes, I got butt

14   injections three years ago and I had, like, red swelling right

15   after that but it was fined, which I assume means fine.

16   Then going over to the next page, Page 16, on the

17   top.  It was fine for three years, and yesterday, it got

18   really bad and I went to the Colombia lady cosmetologist and

19   she injected oxygen there so it didn't get better.  I

20   contacted a Colombian plastic surgeon who suggested I get an

21   ABX 10 mg.

22   Is that antibiotics, 10 milligrams?

23   A    Yes.

24   Q    And it will be better.

25   So this is the date of your treatment at

Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR
Official Court Reporter

1    Maimonidies Hospital is April 21, 2015, correct?

2    A    Correct.

3    Q    That's almost seven months after the encounter at

4    Rick's Cabaret, correct?

5    A    Correct.

6    Q    And you said that, at least you're quoted by the

7    personnel at the hospital, the professionals at the hospital,

8    that you got butt injections three years ago and I had, like,

9    swelling right after but it was fined for three years and

10   yesterday to got bad; right?

11   A    Yes.

12   Q    And it was so bad that you went to the -- someone you

13   described as at Colombia lady cosmetologist in Sunset Park,

14   right?

15   A    Mm-hmm.

16   Q    And, in fact, you didn't stay overnight at Maimonides,

17   right?

18   A    No, I left.

19   Q    You took some antibiotics, right?

20   A    Correct.

21   Q    And within a couple of hours, the pain subsided?

22   A    Yeah, from the antibiotics but I was still in pain.  You

23   have to understand, up to my hip I had completely -- I was

24   completely swollen.  If you read this --

25   Q    It's in evidence, the jury can read it if they want.

HASSEN – CROSS – McDONALD                    1337

1    A    Patient is -- I can read it out loud, would you like me

2    to read it to them?

3    Q    No.  Just answer the questions, okay?  They can read it.

4    It's going to be in evidence, if they have any questions

5    about --

6    A    Okay.  I look forward to it.

7    Q    Okay.  Now, in October of 2014 --

8            MR. MCDONALD:  Withdrawn.

9    Q    We made reference earlier to an event called the MS Hope

10   For a Cure event that Mr. Rubin told you about in your

11   correspondence before the Mandarin Oriental meeting in 2011.

12           Do you remember that?

13   A    Yes, I remember.

14   Q    And you said you had gone to a charity event, right?

15   A    Not in 2011.

16   Q    No, no.  In 2014, you went to a charity event?

17   A    Yes.

18   Q    That was in October of 2014?

19   A    Yes.

20   Q    And this was shortly after the time that you said you

21   were raped by Mr. Rubin at Rick's Cabaret, right?

22   A    Yes.

23   Q    You said that the -- you were raped on the 25th or the

24   26th of September, 2014?

25   A    Yes.

HASSEN – CROSS – McDONALD                1338

1    Q     And the very next month, you were going to a charity

2    event that he invited you to?

3    A     Yes.

4    Q     That was in Manhattan?

5    A     Yes.

6    Q     And the MS stands for multiple sclerosis, isn't that

7    right?

8    A     Yes.

9    Q     And this was something that you were happy to go to,

10   right?

11   A     Yeah, I guess.

12   Q     You were a guest of his?

13   A     I was invited by Loredana.  She invited me and I went.

14   Q     Loredana was the person who could invite you to this?

15   A     She invited me  and I went out.

16   Q     He was the host of the event, right?

17   A     Yes, he was.

18   Q     This was an event; it was a fundraiser?

19   A     I guess.

20   Q     For a charity that existed on behalf of people who have

21   multiple sclerosis, correct?

22   A     Yes.

23   Q     Okay.  And he was the sponsor of this event with over 300

24   people, correct?

25   A     Okay, yes, he was.

HASSEN – CROSS – McDONALD                    1339

1   Q     And you were invited?

2   A     I was invited by Loredana.

3   Q     And so, Mr. Rubin wasn't responsible for your being

4   invited to this event?

5   A     No.

6   Q     But you saw him at the event correct?

7   A     Yes.

8   Q     Did you go up to any of the people at the event and say,

9   Hey, this guy who was the chairman of this event, he's a

10  rapist?

11  A     No, but I wanted to.

12  Q     Why did you go to the event in the first place if you

13  wanted to go and inform on him?

14  A     Let me tell you something.

15  Q     No, no, no just answer the question.  The question --

16  A     Yeah, repeat it.  I want you to repeat it one more time.

17        MR. MCDONALD:  Withdrawn.

18  Q     You went there as a friend  of Mr. Rubin's, right?

19  A     I went there as friend of Loredana's.

20  Q     Okay.  You didn't see -- when is the next time you saw

21  Mr. Rubin after that event?

22  A     2017, I believe, but I couldn't recall off the top of my

23  head.  Kim Cato had died.

24  Q     But you tried to see him, isn't that right?

25  A     I mean, there were times that, like, you know, Loredana

HASSEN – CROSS – McDONALD          1340

1   was my friend.  I did go over there, but I never put myself in

2   the type of situations, like, to end up in a dungeon.  You

3   have to understand, what happened to me I kind of got very

4   turned off by the whole thing.  I didn't want to be her friend

5   anymore at a certain point.

6   Q    She was pregnant for nine months of 2015, wasn't she?

7   A    I believe so.  I really don't remember.

8   Q    So she wasn't in circulation?

9        MR. BALESTRIERE:  Objection.

10       THE COURT:  Sustained.

11       MR. MCDONALD:  All right.  Could we have DX-F5 put

12   up on the screen.

13   Q    This is Blackberry text communications between you and

14   Mr. Rubin.

15   A    Yeah.

16       MR. MCDONALD:  I would like to offer to into

17   evidence.

18       MR. BALESTRIERE:  I don't believe there's an

19   objection, your Honor.

20       No objection.

21       THE COURT:  Received.

22       (Defendants' Exhibit DX-F5, was received in

23   evidence.)

24   Q    And this reflects communications between you and

25   Mr. Rubin, right?

HASSEN - CROSS - McDONALD                1341

1    A    Yes.

2    Q    And this is -- on the top, it says May 19, 2005, but then

3    on the bottom --

4    A    2015 it says.

5    Q    I'm sorry, 2015.  On the bottom, it says July 27, 2015.

6            Do you recall that -- if you go over to the next

7    pages, you see that the date is July 17, 2015; is that fair?

8    A    Mm-hmm, yes.

9    Q    So, on July 17, 2015, you say, Hey, Howie, good morning.

10   I just got the shit kicked out me by my now ex-boyfriend and

11   anyway I have bruises all over me and I've been sober for

12   three months.  Please let me know if you can possibly see me.

13   It's an emergency situation.

14           That's what you say, don't you?

15   A    Yes.

16   Q    You're reaching out again to see him again?

17   A    Yes.

18   Q    Because it was an emergency situation?

19   A    Yes.

20   Q    You wanted to have BDSM sex with him?

21   A    No, not at all.  Not at all.

22   Q    And your boyfriend beat you up, right?

23   A    He did.

24   Q    Okay.  And you had, in this period of time, you had three

25   boyfriends who beat you up; right?

HASSEN - CROSS - McDONALD                    1342

1    A     No.

2    Q     Okay.  And you testified -- didn't you testify about that

3    in your deposition?

4    A     You had asked me.  If I recall correctly, I really don't

5    remember the exact question you asked but I think you had

6    asked me if I was a victim of domestic violence.

7    Q     All right.  But, in any case, you were reaching out to

8    him and you mentioned to him that you had bruises all over

9    your body and your now ex-boyfriend had beat you up.

10   A     Yes.

11   Q     And you were seeking help from him as a result of this

12   event, right?

13   A     Yes.

14   Q     You were reaching out for help from another man who had

15   beaten you?

16   A     Yes.

17   Q     And you're seeking to get together with Mr. Rubin?

18   A     I don't know if I was seeking to get together with him,

19   or if I was just asking him to help me financially.  I was

20   trying to get out of the place I was in.  Where I was living

21   was not a good place.

22   Q     You say, Please let me know if you can possibly see me.

23   A     Yeah, but that doesn't mean, like, that could have been

24   at dinner, that could have meant at a coffee shop.  That could

25   have meant a million different places not necessarily in his

HASSEN - CROSS - McDONALD                    1343

1   dungeon.

2   Q    And he says, Jesus Christ.

3        And you say, this is on Page 6, Yeah, I know.  It's

4   bad.  He beat the shit out of me.  Really, really bad.  Sorry.

5        By the way, in the previous pages, you showed

6   photographs of yourself displaying what you -- were supposed

7   to be injuries, correct?

8   A    Yeah.

9   Q    Okay.  And going over to Page 7, it says, Anyway, I don't

10  know if you would want to see me but I would like to see you.

11  I'm not on drugs anymore.  I've been clean for a long time

12  now.  But I do drink.  I'll even see you for less.

13       Does that mean than less than the normal amount of

14  money that you would expect?

15  A    Yeah.

16  Q    I really just need money desperately.  I'm trying to get

17  out of this house.  It's bad.

18  A    I was drug addicted by this point.  I was insanely drug

19  addicted.

20  Q    Okay.  And you're reaching out to Mr. Rubin?

21  A    I was.  Yes, I was.

22  Q    And what is his response to you on the -- and you say,

23  It's bad.

24       And what is his response to you on the next page on

25  Page 8?

HASSEN - CROSS - McDONALD                    1344

1    A     That he couldn't see me.

2    Q     And you say Why?  Frown.  Please, H, I am desperate.  I

3    have nowhere to go.  I really need your help.  Please, I'm

4    begging you.

5    A     Yeah, I said that.

6    Q     Please, H, see me.  I'm begging you, please.

7    A     I did.  I did.

8    Q     And you were in a desperate situation?

9    A     I was.

10   Q     Were you actually in desperate situation, or were you

11   just following the advice that you got from Loredana the year

12   before?

13            MR. BALESTRIERE:  Objection.

14   A     Are you kidding me?

15            THE COURT:  Overruled.

16            Just answer the question.

17   A     I was answering for myself.  I was speaking for myself.

18   Q     So you were indeed desperate.  You weren't just saying

19   you were desperate.

20   A     Yes, I was.

21   Q     And you say, Please, H, I really need to see you, please.

22   What happened last time won't happen again.

23            You're referring to the fact that last time your

24   encounter went nowhere, right?

25   A     Yes.

HASSEN - CROSS - McDONALD                    1345

1    Q    You weren't injured the last encounter?

2    A    No.

3    Q    You say, I've been clean for over six months.

4         Correct?

5    A    Mm-hmm.

6    Q    Just before that, you said you were clean for three

7    months.

8         Was it three months or six months?

9    A    I was really bad on drugs and I was just, like, I don't

10   think anyone will ever understand what it's like being an

11   addict.

12        MR. MCDONALD:  Your Honor, move to strike.

13        THE COURT:  Sustained.

14   Q    And Mr. Rubin says, Babes, the last two times we

15   literally didn't do anything.  Ask Loredana.

16        Now, every time you've ever been with Mr. Rubin,

17   except for the Mandarin Oriental encounter that you described,

18   the times you've been with Mr. Rubin on June 5th, June 30th,

19   and at Rick's Cabaret, Loredana was always with you; right?

20   A    Yeah.

21   Q    And he says, Babe, the last two times we literally didn't

22   do anything.  Ask Loredana.  And I give you full amount each

23   time and now you're all bruised up.  You just cried

24   hysterically each time I gave you two chances.

25        Did he say that to you?

1   A     Yeah, he did.

2   Q     And did you understand him to mean that the last two

3   encounters that you had nothing happened?

4   A     That's not how I understood them to be.

5   Q     Well, did you understand him to be saying that to you?

6   A     I think he was referring to -- you have to understand

7   that after, after Rick's Cabaret, I did continue to hang out

8   with Loredana.  And I did hang out with him numerous occasions

9   with Loredana.

10  Q     When was that?

11  A     I'm sorry.

12  Q     When was that?

13  A     I can't tell you exact dates, I don't remember.

14  Q     Years?

15  A     No.  I'm talking about after the event at Rick's Cabaret,

16  I was still Loredana's friend.  She was hanging around him

17  quite a bit.

18  Q     So you're saying that between the event at

19  Rick's Cabaret, and this is in July of 2015, you had seen

20  Mr. Rubin during that period of time?

21  A     Yes.

22  Q     Okay.  And you say, when Mr. Rubin says, You just cried

23  hysterically each time.  I gave you two chances.

24        You say, I was really fucked up, H.  I'm sober now.

25  I won't be like that, I swear to God.  Three strikes and I'm

HASSEN - CROSS - McDONALD                    1347

1   out.  You won't ever hear from me again.

2             That's what it says.  Going to the next page.

3   A    Okay.

4   Q    And he gives you some advice, doesn't he?

5   A    He says you need to heal first.  I don't really remember

6   him saying that, but if it says that.

7   Q    And then you say, I'm pretty healed up, I'll be okay.

8   Please, Howie, I really need to see you.  Please, I'm begging

9   you?

10  A    I did, I wrote that.

11  Q    This is after you had been raped and you had been

12  beaten --

13  A    Yes.

14  Q    -- and all of the things you described in front of this

15  jury.

16  A    Yes.

17  Q    And then he says, Can't babes.  We tried a couple of

18  times.

19            And that's the end of this correspondence, right?

20  A    Yes.

21  Q    There's something else on this page but that goes over to

22  something we'll cover in a moment.  It's a month later or a

23  few weeks later.

24            So isn't it a fact that you continued to reach out

25  to him asking him to have rough sex with you?

HASSEN - CROSS - McDONALD                    1348

1    A    I was reaching out to him because I was still

2    trying -- you have to understand Loredana was my friend.  I

3    was hanging out with my friend and my friend was hanging out

4    with him.  Do you understand?

5    Q    Do I understand?  Loredana was pregnant in 2015 you said.

6    A    Yes.  By a certain point  she was leaving her husband to

7    go and hang out with him.

8    Q    While she was pregnant with her husband's child?

9    A    Yes.

10   Q    Okay.  Let's go over to your text message with Howie in

11   August of --

12            MR. MCDONALD:  This is C5.

13            MR. BALESTRIERE:  You said C5?

14            MR. MCDONALD:  Yes.

15            MR. BALESTRIERE:  C5.

16            MR. MCDONALD:  Page 7 of 27.

17            THE COURT:  In evidence?

18            MR. BALESTRIERE:  It's in evidence, your Honor.

19   Q    So it says here, It was very hush hush, not a lot of

20   people were told about the memorial.

21            I don't want to go through the whole text messages,

22   but you're talking here about the death of Kim Cato, right?

23   A    Yes, I was.

24   Q    She died.  There was a memorial service for her in

25   California?

HASSEN - CROSS - McDONALD                    1349

1    A    Yes.

2    Q    She died from a drug overdose?

3    A    They don't really know.  She died in Dubai.

4    Q    And this was in August of 2015, right?

5    A    Yes.

6    Q    And then, on the next page, on Page 8, you say, If you

7    want to come, let me know.  We can go together if you want.  I

8    would love to do that.

9              Mr. Rubin says, I would love to do that.

10             So you're asking Mr. Rubin to go to California with

11   you to the service for Kim Cato, correct?

12   A    Yes.

13   Q    You're asking your rapist to travel across the

14   United States to attend a memorial service for a mutual

15   friend; is that right?

16   A    Yes.

17   Q    You didn't have any trouble with spending all the time

18   that you had to spend with him traveling across the country to

19   go to this service?

20             THE COURT:  Mr. McDonald, move on.

21   Q    So isn't it a fact that between the time you saw

22   Mr. Rubin at Rick's Cabaret in 2014  you would -- you had not

23   seen Mr. Rubin at all until the correspondence you had with --

24   about Kim Cato in August of 2013?

25   A    I don't recall exactly.

HASSEN – CROSS – McDONALD                1350

1    Q    I'm sorry, 2015.  All right.  Can we play --

2              MR. BALESTRIERE:  Can he ask the question again?  He

3    may have misstated testimony, I'm not sure.

4              MR. MCDONALD:  No, I'm asking a question.  I'm not

5    trying to misstate testimony.  I'm actually quoting.

6              THE COURT:  Stop.  Please read the question back.

7              (The requested portion of the record was read back

8    by the Official Court Reporter.)

9              MR. BALESTRIERE:  2015.

10              MR. MCDONALD:  I would like to withdraw the

11    question, your Honor, and rephrase it.

12              THE COURT:  Thank you.

13    Q    Isn't it a fact that between the time you spent with

14    Mr. Rubin at the strip club in 2014, you had not seen

15    Mr. Rubin throughout all of 2005 until the 3rd of August of

16    that year?

17    A    Yes.

18    Q    Okay.  And isn't it a fact that you didn't see him at all

19    in 2015?

20    A    Yes.

21    Q    Now, do you recall that you actually had dinner with

22    Mr. Rubin in January of 2016?

23    A    Yes.

24              MR. MCDONALD:  Okay.  Can we go to C5, Page 14.

25    Okay.  Down at the bottom.

HASSEN - CROSS - McDONALD                    1351

1          I'm sorry, make it Page 15.  We can save a little

2    bit of time.

3    Q    Up at the top, the first line it says, Tomorrow might be

4    a good day for me for lunch or drinks.  Howie Rubin says to

5    you.

6          And you respond and say, Hey.

7          And this is January 28, 2016; correct?

8    A    Yeah.

9    Q    And you say, what time?  I'm most def be there.  I would

10   love to see you.

11         Now, this is going to be the first time that you've

12   seen him since Rick's Cabaret back in --

13   A    Yes.

14   Q    -- back in the fall of 2014 --

15   A    Yes.

16   Q    -- right?

17         And he says, Let me get back to you in an hour or

18   so.  Sometime around 2:30ish.  Then you go down to the bottom

19   and -- can we just go down to the bottom -- and he says, Later

20   in the day.  He says, Come to the condo first, I'm going

21   through my closets, 146th and Seventh.  Thanks.

22         And you say, Okay.

23   A    Mm-hmm.

24   Q    You don't have sex that night, right?

25   A    No.

HASSEN - CROSS - McDONALD                    1352

1    Q    You just go out to dinner?

2    A    No, we just met up to talk about my friend Kim and his

3    friend Kim.

4    Q    All right.  And going over to the next page.

5          On the next day, Howie writes to you on

6    January 29th.

7          Howie writes to you and he says, Hey, it was

8    wonderful seeing you yesterday, Brittany.  You look great.  We

9    had so much fun.

10          And you respond, Hey, I did, too.  I would have

11   loved to  come out with you.  I'm sure you had a great time.

12   Please let me know the next time you go out and I'd love to

13   join you.

14          So you had dinner with him and then you went home

15   and he went out with some other friends, isn't that right?

16   A    Yes.

17   Q    Okay.

18   A    I left.

19   Q    But you had a very nice time at that dinner.  Do you

20   remember where you went?

21   A    No, I don't.  It was down the block.  I don't know the

22   exact name but I know it was down the block from the condo and

23   I can tell you that --

24   Q    No, there's no question pending.

25   A    Okay, fine.  Go ahead.

HASSEN – CROSS – McDONALD                    1353

1    Q    Can we go to Page 17.

2              And the second item is Howie writing to you saying,

3    Happy Valentine's Day.  And you respond, Happy Valentine's

4    Day, Howie.

5              Do you recall exchanging Valentine's Day greetings

6    with him?

7    A    No, I don't.

8    Q    In 2016?

9    A    No, I don't.

10   Q    And he says -- you say to him, what are you doing for

11   Valentine's Day.

12             Do you see that?

13   A    Yes.

14   Q    And he responds and says, Babes, I hope you had a good

15   day.  I feel you and I are really just close friends now.  And

16   sex never really worked all that great for us anyway.  And you

17   really seem in a good place right now.

18             Did he say that to you?

19   A    He did.

20   Q    Okay.  And you say, I had an okay day.  Spent it alone.

21             Correct?

22   A    Correct.

23   Q    And then you say to him, I agree we are good friends.

24   But honestly, Howie, I would like to see you again if your

25   schedule allows, okay?

HASSEN - CROSS - McDONALD                    1354

1   A      I did.  I wrote that.

2   Q      You said that, though?

3   A      I wrote that, yes.

4   Q      Correct, okay.

5          You're asking to see him again when his schedule

6   allows, right?

7   A      Yes.

8   Q      And then he says, I just feel it's not our thing anymore

9   baby, right?

10  A      Yes.

11  Q      In other words, he's not interested in you in any sexual

12  way?

13  A      Yes.

14  Q      And then you say, The next time I see you, if you can

15  make time, I really would like to see you again.  I had not

16  had so much fun like that in so long.

17         You're talking about the time you had dinner with

18  him in January, right?

19  A      I was actually referencing to going out because he was

20  going out to a club when I seen him.  When I had dinner with

21  him, we were talking about my friend Kim, he went out that

22  night.  Out to, like, a club and actually invited me and I

23  said no because I didn't want to go.

24         But, like, when I sent this text, I remember I was

25  home and I was just like --  because you have to understand

HASSEN - CROSS - McDONALD                    1355

1    that, like, I haven't -- I've been an addict, haven't gone

2    anywhere, haven't gone out to a club, a bar, none of that and

3    I was reminiscing my days before I, you know, before I picked

4    up.

5    Q    Okay.  But when he says to you on Page 18 talking about

6    the night that you had dinner.

7              He said, I had so much fun that night.

8              And you say, Yes, I never get out much.  I had a lot

9    of fun.

10             So you were talking about having a lot of fun with

11   him at dinner that night, right?

12   A    I was referring to -- yeah.

13   Q    Two friends having a meal together?

14   A    Yes.

15   Q    And he says, Ha, okay.

16             And then you say, I wish I went out with you.

17             And he responds, That's sweet.

18             And you say, You know, I would really love that even

19   as friends because, Howie, I don't have many.

20             Isn't that right?

21   A    Yeah.

22   Q    And then you go on to say, at the very bottom of the

23   page, you're talking to him as a trend, aren't you?

24   A    I was.

25   Q    Okay.  And you said, Like, I don't have many people I can

HASSEN - CROSS - McDONALD                    1356

1   talk to about, like, I don't know where I want to go in life

2   and I just feel very comfy speaking to you in that regard.

3   A    Yeah.

4   Q    And that's how you felt about Howie?

5   A    At that moment, yes.  But that he was a liar.

6   Q    Right.  You claim that he had raped you?

7   A    Yes.

8   Q    In 2014?

9   A    This was a very -- yes.

10  Q    And that he had beaten and abused you in June of 2014,

11  twice?

12  A    Yeah.

13  Q    2014, excuse me.

14       And then going to the last two items on Page 19.

15  I'm sorry, the last two items before the break on 19.

16       You say, Okay, cool.  Thank you so much for being

17  you.  I wish it were different but I understand.

18       This is when he's telling you he doesn't want to

19  have BDSM sex with you, right?

20  A    I have no idea.

21  Q    And you then say to him at 1:25 on February 15 , 2016, I

22  don't want to use ever again.  I want to start living.  And

23  that one night with you, I mean, you have no idea how much it

24  meant to me.

25       You're talking about the dinner you had the previous

1    month in January of 2016?

2    A    Yes.

3    Q    You were living like a normal person going to a dinner at

4    a nice restaurant in Midtown Manhattan with Howie Rubin?

5    A    For the first time in a very, very, very long time.

6    Q    And he says to you -- And then he says, going on, It's

7    all good, Brittany.  We're good friends now however we got

8    there.

9              And you say, Thank you.  That means so much to me.

10             And then you say, Hey, Howie, are you free any time

11   coming up?  I could use a really fun time again.  Like,

12   seriously, I could use some laughs and a lot of alcohol.

13             And he says, We all need alcohol.  Not sure but I'll

14   try.

15             And then you give a smiley face and say, Please let

16   me know.

17             So whether you're seeking him out for BDSM sex or

18   seeking him out to go to dinner or a club, you're seeking him

19   out as your friend, isn't that right?

20   A    No.

21   Q    On Page 20 --

22             MR. MCDONALD:  I don't have much more, Judge.

23   Q    On Page 20, five or six lines from the bottom, you say to

24   Howie Rubin, I hope you are well.  Want to see you!  Really

25   wish you wanted to see me.

HASSEN - CROSS - McDONALD                   1358

1              Is that a frowny face?

2    A    Yes.

3    Q    Really desperate to.  But that doesn't matter, I know.

4    But even if you change your mind, let me know.

5              And then what does he say?

6    A    I'm sorry.

7    Q    He's not changing his mind, right?

8    A    No.

9    Q    And then you respond with a frown.

10   A    Yes.  This was the game he plays.

11   Q    He's playing a game?

12   A    He always plays games with everybody.

13   Q    You say, Please.  Question mark.

14             And you say, am I not attractive enough?  Howie, I'm

15   a really good girl.  I can be even more than a good girl if

16   you give me a chance.  I'm not the same person you knew

17   before.  Please, I beg of you.

18             Now, is this is this another example of you being

19   desperate and agreeing to do anything?

20   A    No.

21             (Continued on the next page.)

22

23

24

25

1    CROSS-EXAMINATION (Continued)

2    BY MR. McDONALD:

3    Q    Well, you were reaching out to Howie to see him; right?

4    A    I am.

5    Q    And then Howie responds to you and says, Brittany, you're

6    very attractive obviously.  Sex just don't work, but that's

7    fine, I just want to be good friends.

8            Isn't that what he said to you?

9    A    Yes.

10   Q    He was rejecting your advances; right?

11   A    I was speaking with him.

12   Q    Can you answer the question yes or no?

13   A    No, he wasn't.

14   Q    Well, he didn't see you, did he?

15   A    No, he didn't see me.  He did not see me.

16   Q    And then, on the 22nd, you say, Hi, and then you gone on

17   to say, Anyway, I hope you're doing well, my friend, smiley

18   face.  I would love to see you soon.  I could use a few drinks

19   and some laughs.  I consider you a friend and I hope you

20   consider me a friend too.  We know each other long enough.  I

21   would hope that we can be friends.

22   A    Yes.

23   Q    Is that what you said?

24   A    I did.  I wrote that.

25   Q    And continuing on the next month, in March, anyway, hope

HASSEN - CROSS - McDONALD                     1360

1   you are doing well.  Hopefully we can make some lunch plans

2   and he says -- you send him a photograph?

3   A    I don't remember.

4   Q    He says, Oh, amazing.  Of course we'll be out together

5   fun.

6           And you said yes.  Def.  Let me know when you are

7   free.

8           So there are no other text messages here after

9   March, but on that page, you could see in January, January 6,

10  2017, you reach out to Howie; isn't that right?

11  A    Yeah.

12  Q    And you're saying, the fourth item, do you have some open

13  time, I would love to get together, question mark?

14  A    Yeah.

15  Q    You asked for a response?

16  A    I guess, yeah.

17  Q    And going over to page 23, you say in January, on January

18  26, 2017, I really need to see you.  I'm so desperate too.  I

19  don't care how bad I am, that desperate.  And I've been

20  hitting the gym juicing.  I've literally lost 15 pounds, which

21  is exactly what I needed to lose.  I was bloated the last time

22  I saw you and rather intoxicated.

23          You're talking about January 2016; right.

24  A    Yes.

25  Q    And it says, But I would really like to see you, and I

*Michele Lucchese, Official Court Reporter*

HASSEN – CROSS – McDONALD          1361

1    want to take a severe beating, as I know I absolutely can,

2    both my previous relationship and in general.

3              Please, Howie, I am desperate and could really use a

4    nice time.  I really think you enjoy yourself a lot.  I need

5    a –– what is that word.

6    A    Ohie.  I think it was a typo.

7    Q    Okay.  And he doesn't respond to you?

8    A    No, he doesn't.

9    Q    Now, in June of 2017, you reach out to Mr. Rubin, and you

10   tell him about your desperate plight at that point; right?

11   A    I'm sure I did.  I was drug-addicted by this point.

12   Q    Okay.  So, going to page 25 of the exhibit, you tell him

13   that your father died; right?

14   A    Yeah.

15   Q    And you tell him that you're really in desperate shape;

16   correct?

17   A    Yeah.

18   Q    And you tell him that you would like to see him?

19   A    I did.

20   Q    And he's upset when he hears you're father died?

21   A    Yes, I guess.

22   Q    You said he died six months earlier; right?

23   A    Yes.

24   Q    And that you were having trouble coping with his passing?

25   A    I actually lied, because I was drug addicted.  I was drug

*Michele Lucchese, Official Court Reporter*

HASSEN – CROSS – McDONALD                    1362

1    addicted.

2    Q    Because you wanted to go see Howie?

3    A    I needed money.  I was drug addicted.

4    Q    Okay.  And, in fact, you went to see Howie at the condo

5    in the summer of -- excuse me, 2017; right?

6    A    Yes.

7    Q    And you were wearing shorts and a tank top?

8    A    Yes.

9    Q    Your body was covered with, what you told him, was heroin

10   sores?

11   A    I didn't tell him that.  He assumed them.

12   Q    Well, were they heroin sores?

13   A    They were.

14   Q    And you didn't have sex with him on that occasion?

15   A    No.

16   Q    Did you tell him your father had died?

17   A    Yes.

18   Q    You told Mr. Rubin that day your father had died?

19   A    Yes, I did.  I was drug addicted.

20   Q    You didn't correct yourself, and say, Howie, I lied?

21   A    No.  I was drug addicted.

22        MR. McDONALD:  I have no further questions.

23        THE COURT:  No cross, right.

24        MR. GROVER:  No, Your Honor.  Sorry.

25        THE COURT:  Okay, redirect.

HASSEN – REDIRECT – BALESTRIERE                    1363

1     MR. BALESTRIERE:  Thank you, Your Honor.

2          I'm going to ask, Ms. Saydah, can you put up the

3     last exhibit we were looking at.  This is C5.  Go to page 18.

4     REDIRECT EXAMINATION

5     BY MR. BALESTRIERE:

6     Q     Good afternoon.

7     A     Good afternoon.

8     Q     So, Mr. McDonald asked you lots of questions about these

9     exchanges here?

10    A     Uh-hum.

11    Q     Starting in -- actually, it goes before this, to 2015 and

12    then through 2017.  I'm not going to ask you that many

13    questions about it.

14          But let me ask this, since you testified that you

15    have been sexually assaulted a few times, albeit years before

16    this, but nonetheless, you had been sexually assaulted, why

17    were you trying to have these friendly communications and

18    friendly relationship with Mr. Rubin.

19    A     I did not want to give him the slightest inkling that

20    like -- I was scared of him.

21          You have to understand,  this man has a lot of

22    money.  I was deathly afraid for my life.  I wanted to have a

23    good relationship.  I didn't want to get on his bad side.

24    Q     And if you look on the lower left-hand corner, this is a

25    text that you sent at 1:20.  Was that 1:20 in the morning?

HASSEN – REDIRECT – BALESTRIERE                1364

1    A    Yeah.

2         MR. BALESTRIERE:  Ms. Saydah, can you go down some

3    more.  Keep going a little more.

4    Q    These texts that you're sending of being friendly, these

5    were all sent very early in the morning; correct?

6    A    Yes.

7    Q    Or late at night.

8         Kind of similar question.  There were some questions

9    about you wanting a sugar daddy in 2014.

10        MR. BALESTRIERE:  And, Ms. Saydah, could I ask you

11   to put up Defendant's Exhibit F5.

12   Q    We also went over these screen shots in this time period,

13   in July of 2015.   Do you remember that?

14   A    Yeah.

15   Q    Similar question:  Why were you reaching out to him in

16   2014, in 2015 to maintain some kind of relationship with him?

17   A    I was also very drug addicted by this point in my life.

18        You have to understand I sustained an injury from

19   this man.  I ended up using drugs following -- shortly after.

20   I was traumatized about this event, and I literally relapsed

21   and start smoking crack and eventually sniffing heroin.  I

22   went from pills to ... and it's very hard for me.

23        You have to understand to something.  I had all that

24   clean time.  I was clean.  I just came home from rehab.  I

25   spent too long in that program and I should have never -- I

HASSEN - REDIRECT - BALESTRIERE                    1365

1    wish I never ever -- I wish this never would have happened to

2    me.

3             But my injury that I sustained, I needed pain meds

4    and I relapsed  and I eventually starting shooting heroin and

5    smoking crack.

6             THE COURT:  Next question, please.

7    Q   I'm sorry.  I wanted to ask when you are able to, you

8    said the injury you sustained.

9             Just to clarify, what injury are you talking about.

10   A   To my butt.

11   Q   That was at Rick's Cabaret in 2014, September?

12   A   Yes.

13   Q   There were some questions --

14            MR. BALESTRIERE:  Ms. Saydah, can you put up

15   Defendant's Exhibit A.

16   Q   There were some questions about when you received payment

17   after those June 2014 encounters, as you have been using that

18   term.  So I would ask you to look here.  This was something

19   that was agreed to with the defendants.

20            In September 2011, you were paid cash.  That was at

21   the Mandarin Oriental; correct?

22   A   Yes.

23   Q   But the next time that there was a payment by Mr. Rubin

24   to you, it was July 1st of 2014; is that right?

25   A   Yes.

HASSEN - REDIRECT - BALESTRIERE                    1366

1       MR. BALESTRIERE:  I want to go back a little bit, if

2   I may, to the September 2011 e-mail.  This is Defendant's

3   Exhibit Z4.

4       Can you please put this up, Ms. Saydah.

5   Q   We are not going to go into extreme detail here.  The

6   jury has already seen this a lot?

7       Do you remember talking about this on both direct

8   and cross-examination .

9   A   Yes.

10  Q   You said something about you considered some of what Mr.

11  Rubin was writing -- this was before you met him -- as

12  role-playing.  What do you mean by that?

13  A   I thought he was just getting off.

14      You have to understand that in 2011 -- 2011, I

15  wasn't electrocuted.  In 2011, I was not --

16      MR. McDONALD:  Objection, Your Honor.  It's not

17  responsive to the question.

18      MR. BALESTRIERE:  May I ask another one, Your Honor.

19      THE COURT:  Go ahead.

20  Q   So, I'm sorry.  Maybe I didn't ask the best question.

21      So, let's just talk about this e-mail right now.

22  Okay.

23  A   Okay.

24  Q   And maybe just to clarify.  This e-mail that we're

25  looking at, or the portion that we see in Defendant's

HASSEN – REDIRECT – BALESTRIERE          1367

1    Exhibit – – I'm sorry, my glasses, Z4 here.  This portion that

2    we're seeing, you had not yet met Mr. Rubin; right?

3    A    No.

4    Q    Okay.  So forgive me if you just testified about this,

5    but you said that you thought he was engaged in role-playing

6    here; correct?

7    A    Yes.

8    Q    So before talking about it, I think you may have been

9    talking about 2014 there for a moment.  I just want to ask

10   about your understanding, to the best you can recall, of what

11   this e-mail was about in 2011 before you met Mr. Rubin.

12        What do you mean that you thought it was

13   role-playing.

14   A    I thought this was him just trying to get off.  You know,

15   I thought he was fantasizing as he was typing.  That's what I

16   thought.

17        MR. BALESTRIERE:  And then, can I you ask, Ms.

18   Saydah, can you raise it up a little bit to the "I can

19   guarantee, though."  I'm sorry.  I think I lost it.  Yeah,

20   just zoom in a little bit there, please, and go down.

21   Q    Do you see that paragraph that begins "I can guarantee"?

22   A    Yeah.

23   Q    So Mr. Rubin did write -- this is before you met him – –

24   I can guarantee, though, you will feel safe.  I always use a

25   safe word and will always slow down or stop if it's too

HASSEN – REDIRECT – BALESTRIERE                1368

1    intense for you.

2            If I can ask you, this is the same exhibit but at

3    page 1.  So it's the e-mail chain that continues.

4            MR. BALESTRIERE:  You can go all the way to the top,

5    please, Ms. Saydah.

6    Q    This is that -- the same exhibit, because you had the

7    e-mails and then you add on to those e-mails .

8            MR. BALESTRIERE:  So just go down just a little bit,

9    please.  Keep going to where – – so -- let me see.  Go about

10   two more small paragraphs there.

11   Q    So right here we have certain details that Mr. Rubin is

12   talking about being more intense.

13           MR. BALESTRIERE:  Can you go to the top, please, Ms.

14   Saydah.

15   Q    You testified you did not see him, but you sent this

16   along to a friend.  So I wanted to ask, first, why were you

17   scared when you write this e-mail?

18   A    Because in 2011, the things that he wrote in this e-mail

19   had not happened to me yet, you understand?  So, like, when I

20   read that, I just got scared automatically, you know.  I was

21   like oh, my God.  And I asked my friend, I said, would you be

22   willing to do something like this?  Because I still didn't

23   know if I wanted to do something like this.  I wanted to

24   understand from her perspective.

25   Q    We don 't see anything more in the chain.  Do you know if

*Michele Lucchese, Official Court Reporter*

HASSEN - REDIRECT - BALESTRIERE                1369

1    she e-mailed you back?

2    A    No.

3    Q    I'm sorry, does that mean she did not or --

4    A    She did not.

5    Q    Thank you.

6              Now, I want to talk a little bit about your

7    deposition.  So, we'll talk about it generally.  But there's

8    two sections of your deposition you were asked questions

9    about.  I'm going to ask you about your testimony in that.

10             So, the first was when you were asked about - - the

11   first clip that was shown how in -- this is in regards to

12   September 2011, how -- that you said he was being very

13   aggressive and hitting.

14             Do you remember this.

15   A    Yeah.

16   Q    I just want to be clear here.

17             Do you remember that you continued to testify that

18   he become aggressive and what he did was not to your liking?

19   Do you remember that you testified to that in your deposition.

20   A    No.

21             MR. BALESTRIERE:  May I just show just to the

22   witness only, Your Honor?  This is a continuation of what we

23   saw before.  So, this is deposition page 112 and it starts at

24   line 17.

25             And what we'll do, Brittany, is it will be in front

*Michele Lucchese, Official Court Reporter*

HASSEN - REDIRECT - BALESTRIERE          1370

1    of you.  Just tell us when you can see, though, page 112, line

2    17.

3    A    Okay.

4    Q    Okay.  So you see 112, line 17?

5    A    Yes, and that's why --

6    Q    I don't want you to read right now.  I want to ask you if

7    reading something refreshes your recollection?

8    A    Okay.

9    Q    Please read from line 17 to the end of the page.

10   A    "And that's why you left."

11   Q    No, no.  Don't read it out loud.  Read it just to

12   yourself.

13        THE COURT:  Read it to yourself.

14   A    Oh, to myself?

15   Q    I'm sorry.

16   A    Okay.

17        MR. BALESTRIERE:  And then, now, can you, Ms.

18   Saydah, show to the next page, at least to line 9.

19   Q    And when you've looked at that, please, look up.

20   A    Okay.

21   Q    So, you're looking up now.

22        So does that refresh your recollection that you did

23   testify about Mr. Rubin being aggressive and talking about hit

24   and beating.

25   A    Yes.

*Michele Lucchese, Official Court Reporter*

HASSEN - REDIRECT - BALESTRIERE        1371

1    Q    We don't need to talk more about that then.  Thank you.

2              This afternoon, meaning I think after the break,

3    there was some discussion about how you did not say that you

4    had intercourse at the September 2011 encounter.

5              Do you remember that.

6    A    Yes.

7              MR. McDONALD:  Objection, Your Honor.  Misstates the

8    testimony.

9              THE COURT:  That's okay.  The jury will recall what

10   the testimony is.  Counsel's questions are not evidence.  He

11   is just directing her to a place.

12             MR. BALESTRIERE:  Just bear with me one moment, Your

13   Honor, so I can see and make sure that I am stating everything

14   right.

15             I'm sorry, Mr. McDonald's right about the time.

16   Q    We are talking Rick's Cabaret?

17   A    Okay.

18   Q    Do you remember that there was discussion this afternoon

19   about whether or not you had -- the question that was asked

20   was intercourse with Mr. Rubin.

21             Do you remember being asked questions about that.

22   A    Yes.

23   Q    And you were shown that in your deposition.  And you said

24   you did not have intercourse?

25   A    Yes.

HASSEN – REDIRECT – BALESTRIERE          1372

1    Q    Why did you say that in your deposition -- let me finish

2    my question.  I'm sorry.

3          Why did you say that in your deposition but testify

4    here that, in fact, you were raped in the champagne room.

5    A    Because at the deposition, Howard Rubin, who I'm deathly

6    afraid of, was only a few feet away from me.  He was present

7    in the room.  He kept staring at me and he scares me.

8          I was very uncomfortable during this deposition.

9          MR. BALESTRIERE:  Thank you.

10          I don't have any further questions, Your Honor.

11          THE COURT:  All right.  You may step down.

12          Thank you very much.

13          (Witness steps down.)

14          THE COURT:  How do the plaintiffs want to proceed?

15          MR. BALESTRIERE:  We do have --  can we just maybe

16    take a break, Your Honor?  It could be the most efficient way

17    to address this.

18          THE COURT:  Let's take our mid-afternoon break,

19    ladies and gentlemen.  Please come back at five after 3:00.

20          Remember, do not talk about the case.

21          (Jury exits the courtroom.)

22          THE COURT:  So you're going to do some reading now?

23          MR. BALESTRIERE:  May I ask Mr. Minhas to talk about

24    that?

25          THE COURT:  Yes.  You're going to use this break to

PROCEEDINGS                                    1373

1    get everything together, so that you can be --

2               MR. BALESTRIERE:  Exactly, Your Honor.  I just

3    wasn't sure you knew the mechanics.

4               May I ask, can we come back five minutes before the

5    end of the break?  There was something that came up that I

6    need to try to resolve.  But if not, I may need to ask Your

7    Honor to comment on something.

8               THE COURT:  That's fine.

9               MR. BALESTRIERE:  Thank you.

10              (Recess taken.)

11              THE COURT:  Have a seat, please.

12              What's up.

13              MR. BALESTRIERE:  Good morning, Your Honor.  So I'm

14   going to come here, if that's okay.  I'm just going to come

15   here.  My colleagues are using the lapel mics.

16              So, I want to have an exhibit, which was admitted

17   yesterday morning, which the Court has a copy of this in front

18   of you.  It is the two-pager, Defendant's Exhibit JP-235 .  I

19   want to have it supplemented with more text messages and call

20   Mia Lytell for a very limited rebuttal.  And if I can give the

21   Court the reasons as to why.

22              So this three-liner went in on cross.  So it was not

23   an exhibit in the JPTO.  I did not object to the reading of

24   three lines.  I thought it was appropriate cross.  But I

25   hadn't quite remembered what this was about.  Again, this was

PROCEEDINGS                                    1374

1    in our production but not an exhibit.

2              So then I went back last night to look through the

3    production and saw what appeared in isolation to be a text

4    about Amy Moore and Mia Lytell shaking down Mr. Rubin or

5    trying to get money from him instead was about Bob Aloi.  I

6    think you called him a troublemaker, if your Your Honor

7    remembers.  There was a little bit about this Friday.

8              And we didn't get into it yesterday.

9              Then he said this was about Bob Aloi, at least that

10   was my reading of it.

11             I've since confirmed that with Mia Lytell.

12             I was not able to speak with Amy Moore until this

13   morning.  My partner was.  She confirmed that independent

14   reading of that, meaning we didn't have her and Mia speak.

15             And even contacted Jeremy Saland last night to ask

16   him about some of the chronology here.  This August 11 text

17   exchange predates any disclosure by Mia Lytell regarding

18   Jennifer Powers and Mr. Rubin.

19             So as its in now, I think it could mislead the jury.

20   They can make their argument; we can make our own.  But I

21   think the jury at least should get to see these other texts.

22             And I gave the Court and defendants a lot, but

23   really what I'm looking for is just the page before, Your

24   Honor, starting with 4:38 p.m. on the same day, August 11th.

25   So it's maybe another 10 texts before and one text.

PROCEEDINGS                                    1375

1          THE COURT:  Well, the document that has been handed

2     to me is a multipage document.

3          MR. BALESTRIERE:  Right.  I'm sorry.  I did go --

4          THE COURT:  So it's only that page.  The second to

5     the last page.

6          MR. BALESTRIERE:  Second to the last page, starting

7     at what is the fourth text, where the -- it's the seventh

8     column that has timestamp -- I didn't want to mark this on

9     yours, Your Honor -- August 11, 2017, 4:38 p.m.  I'm so scared

10    now.

11         And just to confirm, there is both Mia Lytell, or I

12    should say both.  There's Mia Lytell, Amy Moore, and another

13    person by the name of Chelsea, who I've forgotten about.  Mia

14    Lytell reminded me was another friend of theirs who knew

15    something was going on.  And at the very end, Cali, we heard

16    of a Cali as well.

17         But I think a clear reading shows it's about Bob

18    Aloi, and I would want Mia Lytell to testify to be able to

19    confirm that.

20         THE COURT:  Well, let me hear from the defense.

21         MS. LAVIGNE-ALBERT:  Your Honor, Mr. Balestriere

22    re-directed Ms. Lytell on this very text.

23         He asked her what do you remember what that was

24    about, about H will pay no shit.  What was the exchange about.

25         And she said I don't even remember what it was

*Michele Lucchese, Official Court Reporter*

PROCEEDINGS                                    1376

1   about, she had her chance.

2           THE COURT:  Her recollection has been refreshed.

3           MS. LAVIGNE-ALBERT:  Well, Your Honor, on that

4   argument, I don't know how relevant this testimony is going to

5   be.  Mr. Balestriere argued himself when we had that long voir

6   dire the other day that Mr. Aloi  is not, you know, relevant

7   to this.  Whether she --

8           THE COURT:  Well, you made him relevant if you put

9   in and out of text -- out of context conversation without the

10  rest of the conversation that would have shown that, right?

11  At that point it becomes relevant.

12          MS. LAVIGNE-ALBERT:  Our opinion is that she's not

13  going to be able to explain this text in a way that is not

14  helpful to defendants and it doesn't change anything.

15          THE COURT:  Then she will fall on her face.  But

16  it's rebuttal; it doesn't come in as part of your case.

17          MR. BALESTRIERE:  I'm sorry.  I was not clear.

18          Of course, Your Honor.

19          THE COURT:  Meaning after the defendant's case for a

20  very-limited purpose.

21          MR. BALESTRIERE:  I think we've all taken your trial

22  management order very seriously, tried to keep things moving.

23          I raised it with the Court really as soon as I,

24  frankly, had confirmation from my partner about his

25  conversation with Amy.

1            I raised it with the defendants in the break.  I

2    wanted to speak to them before we got to this.

3            THE COURT:  I'm going to allow the rebuttal at the

4    right time.

5            MR. BALESTRIERE:  Thank you, Your Honor.

6            THE COURT:  Let's have the jury, please.

7            (Jury enters the courtroom.)

8            THE COURT:  Be seated.

9            How would plaintiffs like to proceed?

10           MR. MINHAS:  Your Honor, as we have discussed,

11   plaintiffs have stipulated to sixteen exhibits with

12   defendants, seven of which are flight exhibits, which we will

13   not read into the record, but we will offer for evidence .

14           Those are PX-54, PX-55, PX-56, PX-57, PX-58, PX-59,

15   and PX-60.

16           And we will be reading at lines -- a portion of

17   Exhibits DX-T4-1, DX-T4-2, DX-T4-3, DX-T-44, PX-81, PX-92, PX-

18   119, PX-126, and PX-130.

19           THE COURT:  All right.  Those are received.

20           (Plaintiffs' Exhibit PX-54, PX-55, PX-56, PX-57,

21   PX-59, and PX-60, were received in evidence.)

22           (Defendants' Exhibit DX-T4-1, DX-T4-2, DX-T4-3,

23   DX-T- 44, were received in evidence.)

24           (Defendants' Exhibit PX-81, PX-92, PX-119, PX-126,

25   and PX-130, were received in evidence.)

RUBIN/J. POWERS TEXT EXCHANGE READING       1378

1          MR. MINHAS:  Thank you, Your Honor.  And if I may,

2     my colleague, Ms. Saydah, will be just standing over there to

3     read in the lines.

4          THE COURT:  Go ahead.

5          MR. MINHAS:  Thank you.

6          DX-T4-1.

7          MR. BALESTRIERE:  I'm sorry.  Just one thing, the

8     demonstrative.

9          MR. MINHAS:  Your Honor, if we may have the

10     demonstrative on the screen with your permission.

11          THE COURT:  Yes.

12          (Reading of text exchanges of Howard Rubin by Mr.

13     Minhas and Jennifer Powers by Ms. Saydah.)

14          MR. MINHAS:  This is, again, Exhibit DX-T4-1.

15          MS. SAYDAH:  Reading as Powers:

16          J. Powers:  How are you?  Are you okay.

17          H. Rubin:  Howie.  Drunk, no sex as usual.

18          J. Powers:  Why.

19          H. Rubin:  Question mark.

20          She was supposed to meet me with for drinks and she

21     fell asleep.  I should have just blown off and gone over

22     there.  She didn't wake up until around 10:00 p.m.  I should

23     have just gone back to the condo.

24          MR. GROVER:  Your Honor, may we have a sidebar?

25          THE COURT:  Yes.

RUBIN/J. POWERS TEXT EXCHANGE READING          1379

1          (Sidebar held; continues on next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1380

1       THE COURT:  Talk quietly because we don't have white

2  noise.

3       MR. GROVER:  Your Honor, I apologize.  I didn't

4  realize.  I thought this would be reading with the dates that

5  the conversations are from because the dates are critical

6  because they relate to different events and different

7  plaintiffs.

8       MR. BALESTRIERE:  He is absolutely right.

9       THE COURT:  So you are going to fix that.

10      MR. BALESTRIERE:  Yes, Your Honor.

11      THE COURT:  Okay.

12      (Sidebar concluded.)

13      (Continued on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

1    THE COURT:  Why don't you get organized while the

2    juror who has an emergency -- one of the jurors need a break

3    on an emergency basis.  There you are.

4    MR. BALESTRIERE:  Thank you.

5    THE COURT:  I do think it is harder for the jury to

6    hear you unless you both have mics.  You both have mics.

7    MS. SAYDAH:  Yes.

8    THE COURT:  Let's stick with that.  Okay.  Proceed.

9    MR. MINHAS:  This is Exhibit DX-T4-1.

10    MS. SAYDAH:  This is September 30, 2015.

11    J. Powers:  How are you.

12    MS. SAYDAH:  October 1, 2015.

13    J. Powers:  Are you okay.

14    MR. MINHAS:  Howie.

15    H. Rubin:  Drunk.  No sex as usual.

16    J. Powers:  Why.

17    H. Rubin:  Question mark.

18    J. Powers:  Where's Natasha?  So what happened last

19    night with Natasha.

20    H. Rubin:  She was supposed to meet with me for

21    drinks and she fell asleep.  I should have just blown off and

22    gone over there.

23    She didn't wake up until around 10:00 p.m.  I should

24    have just gone back to the condo.  Let's send her 2,500

25    anyway.

*Michele Lucchese, Official Court Reporter*

RUBIN/J. POWERS TEXT EXCHANGE READING          1382

1        J. Powers:  Check RE 2,500.  Why didn't you go back

2   over.

3        Drunk?

4        H. Rubin:  I was having fun with -- was there with

5   her boyfriend.

6        J. Powers:  Ahhhh.  Gotcha.  As long as you had a

7   good time.  I get worried of course.

8        H. Rubin:  It was fine, but I should have gone over.

9        MR. MINHAS:  October 18th, 2015, 9:50 p.m., Howie.

10        H. Rubin:  What's Natasha's last name.

11        J. Powers:  Tagai.  Tagai.

12        H. Rubin:  Thanks.

13        MR. MINHAS:  August 17, 2016, 12 :52 p.m., Howie.

14        H. Rubin:  I'm seeing these two girls Monday.

15        MR. MINHAS:  Image.

16        J. Powers:  Who are they coming from.

17        H. Rubin:  Freako.  I will send you their info.

18        Amy Nicole Moore (386) 453-8530.  Mia Raquel Lytell

19   (954) 515-6403.  Fruit and cheese at 4:30, please.

20        J. Powers:  Will I be booking the girls' flights.

21        H. Rubin:  Yes, you will book their flights and have

22   them sign NDAs, please.  But don't book flights yet.  I'm

23   texting with them now.

24        J. Powers:  I will introduce myself via WhatsApp and

25   wait for you to tell me to book.

*Michele Lucchese, Official Court Reporter*

RUBIN/J. POWERS TEXT EXCHANGE READING    1383

1          H. Rubin:  Sounds good.

2          J. Powers:  I've spoken to bot Mia and Amy.  Both

3     are very sweet.  Just waiting to go ahead from you to book.

4          MS. SAYDAH:  December 9, 2016, 8:00 p.m.

5          J. Powers:  I'm looking back.  You did see Amy

6     Moore.  From my records, you said you had a good time, but I

7     don't have much else on her.

8          MR. MINHAS:  Howie.

9          H. Rubin:  OMG, I don't even remember, laughing

10    emoji.

11         J. Powers:  Nope, me either.

12         MR. MINHAS:  December 21, 2016, 4:15 p.m.  Howie.

13         H. Rubin:  I'm about to leave.  Can someone come

14    clean?  It's not that bad.

15         J. Powers:  Michael is going at 6:30.

16         MR. MINHAS:  Howie.

17         H. Rubin:  Amy's texting you now for PayPal.  Fun

18    afternoon.  Amy2mo@gmail.com.

19         J. Powers:  5k.

20         H. Rubin:  Yup.

21         MR. MINHAS:  March 1, 2017, 10:41 p.m., Howie.

22         H. Rubin:  Natasha, she's been contacting me.

23         MS. SAYDAH:  Jennifer Powers.

24         J. Powers:  Oh, I forgot about her.

25         MR. MINHAS:  Howie.

RUBIN/J. POWERS TEXT EXCHANGE READING      1384

1          H. Rubin:  So had I.

2          MR. MINHAS:  June 12, 2017, 11:23 p.m.

3          J. Powers:  Is Natasha going to stay at the condo?

4    Should I reach out to her to be nice.

5          How are you?  Are you alive.

6          MR. MINHAS:  Howie.

7          H. Rubin:  Yes.

8          J. Powers:  Well, thank God.  I've been writing you.

9          H. Rubin:  These girls suck, smiley face.  We should

10   Natasha 1k to cover her flights, et cetera.

11         MS. SAYDAH:  June 13, 2017, 11:16 a.m.

12         J. Powers:  Okay, headed over soon.  Check re

13   Natasha .  What happened last night.

14         MR. MINHAS:  Howie.

15         H. Rubin:  We went upstairs after RTR.  Natasha was

16   passed out in bedroom.  Opened some wine.  Then I was like

17   pushing for a threesome or a twosome or a onesome.  It was

18   weird.  Anyway, I wasn't interested and went home, which was

19   good.

20         MS. SAYDAH:  July 25, 2017, 10:41 p.m., Jen Powers.

21         J. Powers:  How's your night.

22         MR. MINHAS:  Howie.

23         H. Rubin:  Good.

24         J. Powers:  Okay.  Good.  Goodnight slick bff, xox,

25   JRP, heart emoji.

*Michele Lucchese, Official Court Reporter*

S. SHON/J. POWERS TEXT EXCHANGE READING   1385

1          MS. LAVIGNE-ALBERT:  Objection.  That was not part

2     of the stipulation.

3          THE COURT:  Confer.  Straighten it out.  Put your

4     mics off.  Talk to each other.  Figure out who's right.

5          (Pause.)

6          MS. LAVIGNE-ALBERT:  Your Honor, we move for it to

7     be stricken and we believe we are in agreement on it.

8          THE COURT:  All right.  Ladies and gentlemen, the

9     last two lines are stricken.

10         (Reading of text exchanges of Stephanie Shon by Mr.

11    Minhas and Jennifer Powers by Ms. Saydah.)

12         MR. MINHAS:  PX-92.  October 12, 2015, 1:54 p.m.

13    Stephanie.

14         S. Shon:  What'd you think of Emma.

15         MS. SAYDAH:  Jennifer Powers.

16         J. Powers:  Just met Emma.  She's sweet.  She can't

17    wait to meet you.

18         S. Shon:  LOL.  Yes.  She's very nice and normal.

19    She says you're amazing.

20         J. Powers:  Weird.  H and I thought you knew her.

21         S. Shon:  We have similar friends and have talked to

22    her for a while but have actually never talked to her in

23    person, LOL.

24         J. Powers:  Ahahaha.  She's a really sweet girl.

25         S. Shon:  LOL.  Good.  No drama.

H. RUBIN/J. POWERS TEXT EXCHANGE READING    1386

1    J. Powers:  Well, thank the God Lord.

2    S. Shon:  LOL.  That's never the case, bahahaha.

3    J. Powers:  I know, with three exclamation points.

4    This girl seems fragile, exclamation point.

5    S. Shon:  Mentally or physically, LOL, bahahaha.

6    J. Powers:  Mentally, with three exclamation points,

7    and physically with two exclamation points, but mentally for

8    sure.  She's very, very sweet, but she'll be a good

9    submissive.

10    (Reading of text exchanges of Howard Rubin by Mr.

11    Minhas and Jennifer Powers by Ms. Saydah.)

12    MR. MINHAS:  Exhibit DX-T-42.  January 27, 2016,

13    Howie.

14    H. Rubin:  I'm on the way home.  Wonderful time.

15    She just wanted to take a bath.

16    MS. SAYDAH:  Jennifer Powers.

17    J. Powers:  Awesome, with four exclamation points.

18    I love that you're home so early, with four exclamation

19    points.  Get in the habit of this, with three exclamation

20    points.

21    MR. MINHAS:  Howie.

22    H. Rubin:  Yes, and not plastered.

23    J. Powers:  Such a good feeling.  I feel so proud of

24    you.  Everyone is so happy.

25    MR. MINHAS:  January 27, 2017, 8:24, Howie.

H. RUBIN/J. POWERS TEXT EXCHANGE READING    1387

1          H. Rubin:  I hate feeling like this, just kidding.

2          MS. SAYDAH:  Jennifer Powers.

3          J. Powers:  What?  LMAO.  You beat a hot girl and

4     got laid, what's there to be upset about.

5          MR. MINHAS:  Howie.

6          H. Rubin:  Joke.

7          J. Powers:  You're funny, with three exclamation

8     points.

9          MR. MINHAS:  Exhibit DX-T4-3.

10         MS. SAYDAH:  March 9, 2016 at 4:49 p.m., Jennifer

11    Powers.

12         J. Powers:  Am I PayPaling Taren and Brittany.

13         MR. MINHAS:  Howie.

14         H. Rubin:  Brittany was a waste.  I haven't decided

15    what I'm paying her yet.

16         J. Powers:  Okay.  What about Taren.

17         H. Rubin:  Let me decide tomorrow.  I'm about to

18    shower and head down to the Lafayette thing at TAO.

19         March 10, 2017, 8:28 p.m., Howie.

20         H. Rubin:  Yeah, you can send Taren 5k.  I'm giving

21    her friend 2,500.

22         MS. SAYDAH:  Jennifer Powers.

23         J. Powers:  Okay cool.  So you want me to PayPal 5k

24    to Taren and 2,500 to Brittany.

25         H. Rubin:  Yes.  Brittany looked terrible.

H. RUBIN/J. POWERS TEXT EXCHANGE READING     1388

1      J. Powers:  Taren actually told me how bad she

2  looks.

3      MR. MINHAS:  Exhibit DX-T4-4, April 25, 2016, 9:46

4  p.m.  Howie.

5      H. Rubin:  Boring, no sex.

6      MS. SAYDAH:  Jennifer Powers.

7      J. Powers:  Did you leave?

8      H. Rubin:  On the way home.

9      MS. SAYDAH:  April 26, 2016, 10:23 a.m., Jennifer

10  Powers.

11      J. Powers:  Emma left.  She's at the airport.

12      MR. MINHAS:  Howie.

13      H. Rubin:  LOL.  Okay.

14      MR. MINHAS:  9:42.  She said she was having trouble

15  getting out of bed.  Is she okay.

16      J. Powers:  She's claiming.  She took a

17  quote/unquote weird pill last night with you.  I'm puking in

18  the bathroom at the airport.  I'm sure I will be fine

19  eventually.  I wish I didn't take those pills, sad emoji.

20      H and I didn't get to have fun.  I hate that, from

21  Emma.

22      MR. MINHAS:  Howie:  Uggh.

23      J. Powers:  When I booked her flight, she was

24  adamant about being back in ATL by 12 today.  My guess is

25  there was something she couldn't miss.

H. RUBIN/J. POWERS TEXT EXCHANGE READING    1389

1          MR. MINHAS:  Howie.

2          H. Rubin:  Hair appointment.

3          J. Powers:  Okay.

4          H. Rubin:  Lord.

5          J. Powers:  I'm very disappointed.  Nothing is fun

6     or, quote/unquote, funny anymore.  No one can drink for six

7     hours straight then take Vicodins.  You were egging her on.

8          MR. MINHAS:  Exhibit No. PX-81, August 1, 2016,

9     11:41 p.m., Howie.

10         H. Rubin:  You've got to cancel Emma tomorrow for

11    me.  Mary's going nuts.

12         MS. SAYDAH:  Jennifer Powers.

13         J. Powers:  Oh, no, I will.  I hope things are okay,

14    with monkey emoji.

15         H. Rubin:  Never mind, I'll see her for a few hours.

16         J. Powers:  Okay.  I'll leave it.  If anything

17    changes, we can sort it out in the morning.  Emma is capable

18    of missing her flight anyways.

19         MR. MINHAS:  August 2, 2016, 10:40 a.m., Howie.

20         H. Rubin:  I'm going to see Emma tonight.  I have a

21    tennis excuse all set up.  Not sure what time yet.

22         J. Powers:  Okay.  Cool.  She made her flight.

23    Lands at 3:00 p.m.

24         H. Rubin:  Probably around 7.

25         J. Powers:  Roger that.

*Michele Lucchese, Official Court Reporter*

H. RUBIN/J. POWERS TEXT EXCHANGE READING     1390

1          MR. MINHAS:  Exhibit No. PX-130.  January 27, 2017

2   at 8:56 p.m., Howie.

3          H. Rubin:  Don't book Emma yet.

4          MS. SAYDAH:  Jennifer Powers.

5          J. Powers:  Okay.  What did you decide?  Emma is

6   asking me about her flights?

7          H. Rubin:  Just say Howie hasn't confirmed with me

8   yet.

9          J. Powers:  Check.

10          H. Rubin:  Check.

11          MS. SAYDAH:  January 28, 2017, 7:02 p.m.

12          J. Powers:  So Emma  for Monday.

13          H. Rubin:  Yes.

14          J. Powers:  Emma is booked.  All is  ready to go.

15          H. Rubin:  Check.

16          MR. MINHAS:  January 30, 2017, 8:26 p.m., Howie.

17          H. Rubin:  Yes, at condo.  Two hours of sex and I

18   may leave soon.

19          J. Powers:  Wow, nice, yes.  Go sleep.

20          H. Rubin:  She was asleep when I got there.  She's

21   asleep an hour again.

22          J. Powers:  Crack-head.  At least you got the sex

23   in.

24          H. Rubin:  She can't talk anyway.

25          J. Powers:  Why?  Did you stick your dick down her

*Michele Lucchese, Official Court Reporter*

1    throat?  Cat emoji.

2              H. Rubin:  Bahahaha.  Yes.  Had her in dungeon for

3    while.  She crawled back into bed.  I laided down with her for

4    a bit, woke her up and had her blow me while I watched porn.

5    Now I'm heading to writing room.

6              Very efficient.

7              J. Powers:  Hahaha.  Why can't it always be like

8    that.

9              H. Rubin:  I said are you hungry?  She said I'm just

10   going to sleep.

11             J. Powers:  Hahaha.  So funny.  Love it.  She'll

12   sleep til  tomorrow, which you should be doing.

13             MS. SAYDAH:  January 31, 2017, 1:26 p.m.

14             J. Powers:  Are we sending Emma a PayPal.

15             MR. MINHAS:  Howie.

16             H. Rubin:  Yup.  Mia text me a lot and I try to be

17   really nice to her.

18             MS. SAYDAH:  February 2, 2017, 12:15 p.m.  Oh, yes,

19   I'm the same.  Quote/unquote supportive.

20             MR. MINHAS:  Howie.

21             H. Rubin:  Just say it was a waste, postpone until

22   March 13th.

23             MR. MINHAS:  Exhibit PX-126.

24             (Reading of text exchanges of Loredana Feriollo by

25   Mr. Minhas and Jennifer Powers by Ms. Saydah.)

H. RUBIN/J. POWERS TEXT EXCHANGE READING    1392

1    MS. SAYDAH:  June 13, 2017, 10:18 a.m.  Jennifer

2    Powers.

3        J. Powers:  Was Natasha Tagai still there?  Who was

4    there?  He wrote me at 12:00 that everyone there sucked.

5        MR. MINHAS:  Loredana Feriollo .

6        L. Feriollo:  I don't know.  I think they texted

7    that day and planned to.  I'm not really sure, but I took a

8    friend, blonde, big boobs, def was a little of a cock block

9    for her, monkey emoji.

10        Listen, you and I know him when he gets drunk it's

11    so funny but other girls don't know so what's funny to see how

12    nuts he can get and the girls ps Natasha was sleeping in the

13    other room LOL.

14        J. Powers:  I'm friendly with all the girls.

15    Natasha isn't too  happy.

16        L. Feriollo:  I know.  Feel bad for Natasha, monkey

17    emoji covering eyes.

18        (Reading of text exchanges of Howard Rubin by Mr.

19    Minhas and Jennifer Powers by Ms. Saydah.)

20        MR. MINHAS:  Exhibit PX-119.

21        MS. SAYDAH:  July 19, 2017, 6:27 p.m., Jennifer

22    Powers.

23        J. Powers:  I don't think it's smart to be involved

24    with Mia.

25        MR. MINHAS:  Howie.

*Michele Lucchese, Official Court Reporter*

PROCEEDINGS                                    1393

1          H. Rubin:  Check.  You really think not good to see

2    Mia and her friend.

3          J. Powers:  Mia is too close for comfort.  She was a

4    basket case and the root of all of your problems.

5          MS. SAYDAH:  August 20, 2017, 1:13 p.m., Jennifer

6    Powers.

7          J. Powers:  I think you need to be gentle if you see

8    Heather.  What if it's a setup?  She is a good friend of Mia.

9    I think you need to be extremely careful with anyone Mia sets

10   you up with, now she's gone MIA, looks more like a setup.

11         MR. MINHAS:  Howie.

12         H. Rubin:  Okay.  Let me think.

13         J. Powers:  Yeah, that whole group knows what's

14   going on.  NDA means nothing, I'm afraid.

15         MR. MINHAS:  No further exhibits, Your Honor.

16         THE COURT:  All right.  Plaintiffs rests?

17         MR. BALESTRIERE:  Yes, Your Honor.

18         THE COURT:  All right.  Ladies and gentlemen, I

19   think what we are going to do is send you home an hour early

20   today.

21         We will start the defendant's case first thing in

22   the morning.

23         Please get a good night's sleep.

24         Remember what you can and cannot do and we will see

25   you at 9:30 tomorrow morning.

*Michele Lucchese, Official Court Reporter*

PROCEEDINGS                                    1394

1      Thank you.  Have a good night.

2           (Jury exits the courtroom.)

3           THE COURT:  All right.  Be seated.

4           Motions, please.

5           MR. GROVER:  One moment, Your Honor.

6           MR. BALESTRIERE:  May we move up there, Your Honor.

7           MR. GILBERT:  Your Honor, on behalf of defendant

8      Rubin, we move for judgment as a matter of law under Rule 50

9      at this time.

10          THE COURT:  I will tell you I have read the Powers'

11     letter, so I'm familiar with those arguments.  If you want to

12     emphasize them or make others, it's fine.

13          MR. GILBERT:  So the record is clear, we adopt all

14     the arguments made, set forth in that letter, Your Honor.

15          I will address first the TVPA claims, which are the

16     focus of that letter.

17          So all of the plaintiffs have testified in one form

18     or another, save one, which I will address in a moment, that

19     they agreed voluntarily to travel to New York repeatedly for

20     the purpose of engaging in commercial sex.  And, so, there has

21     been no evidence educed by the plaintiffs that establishes

22     that the defendants did anything to force or coerce them into

23     taking those trips coming to New York.  They did that all, as

24     I said, voluntarily.

25          There's one plaintiff, Mia Lytell, whose testimony

PROCEEDINGS                                    1395

1   was that she traveled to New York believing that she was

2   coming here for dinner and drinks and, therefore, I assume,

3   Mr. Balestriere will argue that she -- her claim is that she

4   was in some way defrauded under that prong of the TVPA.

5   However, there has been no evidence educed  at all to show

6   that Defendant Rubin or Defendant Powers -- and I'm sure her

7   counsel will amplify this point as well -- did anything to

8   defraud or trick her in any way.

9           In fact, with regard to the evidence about what Mr.

10  Rubin said to her, it's quite clear that it was exactly the

11  opposite of that.  He told her before she traveled that it

12  was -- the purpose of the trip was entirely for a BDSM

13  encounter and he told her in a text message that he intended

14  to beat her upon her arrival to New York.

15          THE COURT:  Could I have at least have a credibility

16  issue at least as to Ms. Lytell.

17          MR. GILBERT:  Respectfully, I don't believe so, Your

18  Honor, because there's simply no evidence.

19          THE COURT:  Except her testimony.

20          MR. GILBERT:  No, her -- I'm sorry.  Certainly she

21  testified that she was deceived.  There's no question about

22  that.  But the issue is there is no evidence that Mr. Rubin

23  did anything to deceive her.

24          In fact, it's the exact opposite.  It's very clear

25  and it's, I think, beyond debate that he clearly told her what

PROCEEDINGS                                    1396

1   the purpose of the trip was, on multiple occasions.  So it's

2   not a credibility issue.  It's not he said/she said.

3          There is a dearth, or there's a complete lack of

4   evidence that the plaintiffs have an obligation to come

5   forward with that Rubin did anything to deceive her.

6

7          (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                    1397

1          MR. GILBERT:  So...

2          THE COURT:  What about coercion?

3          MR. GILBERT:  Well, there's been no evidence that

4   there was any effort to coerce any plaintiff into engaging

5   commercial sex.

6          The evidence I think is clear, and to a plaintiff,

7   they've all conceded that they came here for the purpose of

8   engaging in commercial sex, they weren't forced to do it.

9          I think on -- a fair view of the plaintiffs' case at

10  most, I think what they've shown is that there's some evidence

11  that they can point to that once they got here, the activities

12  went beyond the scope of what they had intended.

13         But they certainly have not come forward with any

14  evidence that they were forced into the sex trade, which is a

15  whole gravamen of 1591.  There's not a sliver of evidence to

16  support that.

17         And so for those reasons, Your Honor, in addition to

18  the reasons set forth in plaintiffs -- in Ms. Powers' letter

19  that was filed last night, there's -- as a matter of law, the

20  TVPA claim is not supported and must dismissed as to each of

21  the plaintiffs and as to both defendants.

22         THE COURT:  Okay.  Are you only moving against the

23  TVPA claim?

24         MR. GILBERT:  Yes, Your Honor.

25         THE COURT:  All right.  I'll hear from

PROCEEDINGS                                        1398

1    Defendant Powers.

2              MR. DOLAN:  Yes, Your Honor.  I'll try to be brief,

3    because like I set out the basic arguments in the letter, I

4    wanted to get it to you in time.

5              (Court reporter interrupts.)

6              MR. DOLAN:  I haven't been here before, I apologize

7    if I'm not following all the right protocols.

8              Is this working better?

9              THE COURT:  Yes.

10             MR. DOLAN:  Okay.  I'm happy to elaborate on the

11   arguments about the statutory construction.

12             I think at base, what's going on is an attempt to --

13   to change the definition of commercial sex act into

14   nonconsensual sex act.  The two obviously don't mean the same

15   thing.

16             And in addition to all the other arguments set forth

17   in the letter, I think it just -- it just doesn't work as a

18   trafficking claim where you have consent to engage in

19   prostitution, which I don't think is seriously disputed.  And

20   the basic complaint is that in particular encounters, the

21   customers, the "john" as it's called in the trade, went a

22   little too far.  That's essentially what I understand the

23   evidence to show.

24             In terms of Your Honor's question about Lytell, and

25   was there fraud involved?  There's no claim that Ms. Powers

1    had anything to do with that.  I think the evidence is pretty

2    clear, and Ms. Lavigne-Albert can correct me if I'm wrong,

3    that there was no communication between Ms. Powers and Lytell

4    that could possibly be characterized as any kind of attempt to

5    defraud her into coming to New York for any purpose

6    whatsoever.

7              THE COURT:  I get your theory as to Defendant Rubin.

8    Then couldn't the jury draw an inference that Powers knew what

9    Rubin was doing?

10             MR. DOLAN:  No.  You need evidence to show that,

11   Judge.

12             This statute --

13             THE COURT:  Well, I mean that's what inference is,

14   right, Mr. Dolan?

15             I mean, you have a close relationship between the

16   two of them.  We have evidence on that.  We just heard a

17   reading that suggests she was involved in some of the more

18   graphic details, that she was aware of that.

19             From those facts, could the jury draw the inference

20   that she knew exactly what was going on an aided it?

21             MR. DOLAN:  No, I think they could draw the

22   inference that she knows what BDSM sex is all about.  That she

23   knew that the people who coming were coming for money.  That's

24   the definition of prostitution.  She knew all of that.  That's

25   for sure.

PROCEEDINGS                                    1400

1          What she didn't know, and I frankly don't know she
2   could possibly know, is that after they came for BDSM sex, for
3   money, that there would be an encounter in the apartment that
4   went beyond the scope of whatever the agreement was.  That
5   someone didn't -- didn't abide by a safe word, or however one
6   wants to phrase that.  That would be impossible for her to
7   know in advance.
8          And the definition -- and then you need someone to
9   tell her it happened after it happened.  And where is that?
10         The text messages and all the rest of that are
11  repeat with:  Loved it.  I had a great time.  Blah, blah,
12  blah.  Over and over again.
13         Even today where she said there are these mysterious
14  two text messages.  She complains that he hit me and I didn't
15  like it.  But there's no sense, no indication whatsoever that
16  this was beyond anything.  That she didn't consent to it.  She
17  told him to stop.  And what happens next?  She comes back for
18  another episode.
19         You cannot -- you cannot look at a record where
20  these plaintiffs are coming back over and over and over again
21  and say it's a reasonable inference that there was no consent.
22  It just doesn't make sense.
23         And the inference, by the way, must be reasonable in
24  the context of the actual evidence.  It's not make believe.
25         THE COURT:  Okay.

PROCEEDINGS                    1401

1          Mr. Balestriere, I will tell you, the language of

2    the statute, tell me where the force or threats of force or

3    the fraud or coercion was in the decision of these plaintiffs

4    to engage in a commercial sex act?

5          Where is the -- what's the force?  What's the

6    threat?  What's the coercion?  You know, I think other than

7    laying out exactly what -- I'm going to try not to use

8    adjectives here -- what practices he was going to do on them

9    specifically, and he even did in some cases say specifically,

10   maybe not everything, maybe not the electricity, or in some --

11   in one case he did, who's forcing who?  Where is the force

12   here?

13         MR. BALESTRIERE:  Well, the force, Your Honor, is

14   once they arrive.  The commercial sex act is under the statute

15   is 18 U.S.C., Section 1591(e)(3), it says:  Any sex act on

16   account of which anything of value --

17         THE COURT:  On account of which.  Okay?

18         You're not complaining about the sexual encounter.

19   Other than Lytell, all these women knew what they were getting

20   into, except as Mr. Dolan put it, arguably viewing the facts

21   in the light most favorable to plaintiffs, it went further

22   than they anticipated.  But in terms of the commercial sex

23   act, they all knew what was happening.

24         So it's not on account of, you know.  If it had gone

25   the way they planned, you wouldn't even have an argument here.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                              1402

1          MR. BALESTRIERE:  I'm not sure if you mean it had

2    gone the way they planned.

3          THE COURT:  If it had gone the way the women

4    plaintiffs had expected it to go, rather than the excess.

5          MR. BALESTRIERE:  I agree.  Then there would be not

6    be the claim.

7          But that is the point Your Honor wrote in your

8    summary judgment order.  Reasonable jurors that conclude that

9    Rubin transported plaintiffs across borders in New York, where

10   he knew he would coerce them into having commercial sex with

11   him.

12         Meaning there was no question at the discovery

13   stage, but that the -- pretty much everyone knew, as Your

14   Honor said, that they would be coming for something sexual,

15   and they would be paid for that.

16         THE COURT:  Commercial sex, BDSM style, and they get

17   paid.

18         MR. BALESTRIERE:  Right.  But then they would be

19   coerced to continue in the sex acts.  That is the point.

20         THE COURT:  No, it's coerced to cause the sex act.

21   To cause.  It's like, by reason of, it has to -- it has to be

22   that the excess was -- they were tricked somehow into getting

23   into the excess, but they weren't.

24         MR. BALESTRIERE:  Not tricked, coerced.  That is

25   force.  Force, threat of force, or coercion.

PROCEEDINGS                                          1403

1         We are not relying on the fraud element, on the TVPA

2    here.  Instead we're relying, reading from I guess the

3    relevant portion, that the defendant knew or acted in reckless

4    disregard of the facts that prohibited methods.

5         What are the prohibited methods?  Force, threat of

6    force, or coercion, or any combination thereof.  We're not

7    relying on the clause, would be used to cause or intend to

8    cause the plaintiff to engage in commercial sex acts.

9         Meaning the sex acts continued because of the threat

10   of force.  There was only coercion -- all of the plaintiffs

11   acknowledged that no one put them on a plane by force.  This

12   is -- I think I said in my opening, this is not the case of

13   taken, let's say.  We're not saying that that's the case.

14        But I'm unaware of any authority that -- that's

15   actually needs to be.

16        THE COURT:  There is not much authority on this at

17   all.

18        But what do you say to the defendants' argument

19   that -- how can I phrase it -- the commercial sex act, which

20   is prohibited, if achieved by force or coercion, ends with the

21   consent to a commercial sex act, and what comes after it might

22   be rape, as some of these plaintiffs said?  It might be

23   assault and battery.

24        But it's not a commercial sex act at that point,

25   because it's something that they think they're doing that's --

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

PROCEEDINGS                                          1404

1    I don't want to say worth more, but not included in the

2    financial arrangement that they made.

3            So then if the financial arrangement they made

4    consisted of the commercial sex act, which is a consensual

5    act, and it went further than that, how can the further than

6    that also be a commercial sex act?

7            MR. BALESTRIERE:  Because actually there's testimony

8    how even different amounts were paid sometimes depending on

9    what took place, right?

10           THE COURT:  Well, as I recall, and I'm not sure

11   about this, but as I recall, it's whether the session actually

12   became a BDSM session or not.  If it was done prematurely or

13   something like that.

14           But it's still, I don't know, I -- I see the

15   argument that it's not -- it's a rape, and it's terrible, and

16   there's a lot of things in this case that are terrible.  But

17   I'm not sure that's the commercial sex act that the statute is

18   talking about.

19           MR. BALESTRIERE:  But, Your Honor, thinking about

20   how -- I think this was part of the -- that was in the GOLDEN

21   VENTURE, that ship that was found with the Chinese young men

22   and young women that were being forced, right, to the

23   prosecution case of the women.

24           As I understand it, that was one of the events that

25   the Congress wanted to address.  And there may not have been

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    actually force or threat of force every time there was sex

2    there, right, but --

3              THE COURT:  No, I've had these cases, and I can't

4    speak to that one particularly, but in every one of these

5    cases, there was an objectively reasonable factual basis why

6    those women did not feel free to leave.  Okay?

7              It was like --

8              MR. BALESTRIERE:  May I address at that, Your Honor?

9              THE COURT:  There were direct threats, if you leave,

10   I'm going to kill you.

11             MR. BALESTRIERE:  Right.  Understood.  But that is

12   almost exactly the point.

13             Once they were here, they were not free to leave.

14   Meaning they may have agreed to come here, and they may have

15   even known there would be prostitution, but then there came a

16   point that every single plaintiff testified that at least one

17   time she was not free to leave.  She was coerced and unable

18   even necessarily to express her desire to leave.

19             THE COURT:  But none of them could articulate

20   anything that Mr. Rubin did to give them a basis for feeling

21   that way.

22             And the fact that he was so expressive in warning

23   them in advance what was going to happen, suggests that they

24   were free to leave, if they wanted to.

25             MR. BALESTRIERE:  They were free to leave, but say

1    until they got to what we'll call the red room, perhaps, or

2    they were restrained.

3            I agree that there was a lot of freedom to leave up

4    to that point.  But then there comes a point where they are

5    not free to leave.  And there was testimony from each

6    plaintiff that they got to a point during the sexual

7    encounters, or at least during the violent encounters.

8            When Ms. Hassen testified, I think this still

9    qualifies as a commercial sex act, that there was not even

10   penetration, I think in the June 4th, 2014 incident, but

11   nonetheless, her vagina was whipped, she testified to.  So my

12   point is she was not free to leave at that point.

13           So you may have consented to beginning the sex act,

14   but the only reason the sex act continues is because they were

15   not free to leave.

16           THE COURT:  All right.  Let me hear any reply from

17   the defendants on the narrow question of whether a factual

18   issue and as to whether they were free to leave could mean

19   that they were coerced into not leaving, or that force was

20   used and they're not leaving at that point?

21           MR. GILBERT:  Well, at that point, and I think it's

22   helpful to look at the GOLDEN VENTURE, but at that point,

23   they've already agreed, and they've already participated in

24   the commercial sex act.  So I think we're right back to what

25   Your Honor was pointing out before then.

PROCEEDINGS                                          1407

1              At that point, at most what you have is the state

2    tort claim, that something happened that was beyond what they

3    had anticipated, what they had agreed to do.

4              But it's not at that point that they're being

5    coerced into engaging in commercial sex.

6              THE COURT:  What if they had done all the things

7    that were done to them, and then Mr. Rubin had decided it's

8    time to cut off an arm.

9              There must be a limit, right?  There's got to be a

10   limit?

11             MR. GILBERT:  Oh, undoubtedly there's a limit and

12   there's a tort claim.  I don't know that cutting off an arm

13   will engage in any, frankly, some of what they testified to,

14   if the jury credits what they said.

15             THE COURT:  I'm just giving you a hypothetical.  I'm

16   just saying the consent to the commercial sex act does not

17   mean a consent to every kind of physical contact that there

18   could be, right?  And the question becomes:  Where is the line

19   drawn?

20             MR. GILBERT:  The line is drawn, I think, Your

21   Honor, at the point where they've gone beyond a commercial sex

22   act, there's no longer a trafficking claim, but there's very

23   much a tort claim.  There's assault and battery, and any

24   other -- all of the other tort claims that lie.

25             But I don't think whatever happens after the point

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

PROCEEDINGS                                              1408

1    where they've gotten into the red room with the agreement that

2    this is going to be a BDSM commercial sex act for which

3    they're going to get paid, that what happens beyond that turns

4    it into trafficking.  It's just not trafficking at that point,

5    it's, as Your Honor says, all sorts of other terrible things,

6    but it's not trafficking.  It's not a TVPA violation.

7                MR. DOLAN:  Let me have --

8                THE COURT:  Mr. Dolan first.

9                MR. DOLAN:  If I understand what -- sorry.

10               As I understand the argument by the plaintiffs, the

11   fact that some of the women were tied up suggests that they

12   are not free to leave.

13               I would remind everybody that the first word in BDSM

14   is bondage.  It's part of the whole game.

15               If that's -- so if that doesn't remotely get to:

16   Are they free to leave?  If you look at the cases where that

17   issue is addressed, and we cite you four of them, it's the

18   typical scenario you see in trafficking.  They are threatened.

19   They are locked up.  There's somebody watching them as they

20   service the johns, et cetera, et cetera.  It's terrible, but

21   that's how that business works.

22               That's what this statute is aimed at.  It's not at

23   not whether during the performance of some BDSM sex act

24   someone is tied up for ten minutes, or however long it lasted,

25   I have no idea.  I've actually never done any of this, so I'm

PROCEEDINGS                                                 1409

1    speaking like an ingénue.

2              THE COURT:  I hope not.

3              MR. DOLAN:  Okay.  You were asked the question about

4    where's the line?  Is there a line?  The law draws many lines.

5    The issue is where does this statute draw a line?

6              And this statute draws a line as to whether or not a

7    person knows the fact that force, fraud, et cetera, will be

8    used to cause someone to engage in prostitution.

9              That's what commercial sex act is.  That's what

10   trafficking is.  It's not some general federal statute that is

11   trying to regulate what happens between the customer and a

12   prostitute.

13             THE COURT:  So your view of the law is that looking

14   at the evidence as it came in, most favorably to plaintiffs,

15   if indeed part of the BDSM ended up cutting off one digit on

16   the little finger, that's not covered by the statute, that's

17   something else.

18             MR. DOLAN:  That is not a trafficking -- it's many

19   things.  And Lord knows there are lots of statutes that will

20   punish that severely.  That's not this one.

21             It's also not mail fraud.  It's not securities

22   fraud.  It's not an antitrust violation.  There are lots of

23   things it isn't.  The question is, what is it?  And it's not

24   this.

25             THE COURT:  Okay.

PROCEEDINGS                          1410

1    MR. BALESTRIERE:  May I, Your Honor?

2    THE COURT:  Briefly.

3    MR. BALESTRIERE:  I'm reading really from your

4    summary judgment order --

5    THE COURT:  When lawyers do that, I will say to

6    them:  That was then, this is now.

7    MR. BALESTRIERE:  But --

8    THE COURT:  I really, I'm not --

9    MR. BALESTRIERE:  Laws are changed, Your Honor, and

10   the inferences are the same.

11   THE COURT:  No, but I may have changed.

12   Look, not every decision I ever rendered is right.

13   The only ones I know are right are the ones I get reversed on

14   in the Circuit.

15   MR. BALESTRIERE:  But the logic is right.  What you

16   say is:  A reasonable jury can conclude that Rubin trans --

17   I'm not going to read everything -- that Rubin transported

18   plaintiffs across the state borders where he knew he would

19   coerce them into having commercial sex with him.

20   And then you note that:  To grant summary judgment

21   would involve funding plaintiffs' accounts for lack of

22   credibility, which, again, the same standard at Rule 50.

23   And where you say that the need for a trial is the

24   most significant issue plaintiffs' consent relates to state of

25   mind is something that the jury should make a determination

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1411

1    to.

2           Meaning, the plaintiffs have all testified that

3    while they knew that something was going on, and to be very

4    clear -- this they all came back, I can go through this, it's

5    not accurate.  Brittany Reyes was one time.  Mia Lytell maybe

6    worked for the venture but she was only one time, only one

7    time.  Miss Moore said she came back a second time in the

8    hopes of getting payment.  So at least with those three

9    plaintiffs, you don't have this multiple times coming back.

10          But even then, in the event, they could withdraw

11   consent.  But why did -- why they didn't, in fact, is what

12   they said, it was only the force, threat of force and coercion

13   that made the sex act continue.

14          I agree this is not a rape statute, the Second

15   Circuit has said it's not.  But once you are in the business

16   of trafficking people for commercial sex, then you're at your

17   peril that you might be liable under this statute.

18          I mean, in the same way that the word consent, I

19   don't believe is any where in the statute, it's this reckless

20   disregard or know that force would be used, which Your Honor

21   yourself wrote, and this is another decision, goes to the

22   state of mind of the plaintiffs.

23          Here it is the same thing.  They -- these

24   plaintiffs -- rather the defendants could be liable if they

25   recklessly disregard that force, threat of force or coercion

PROCEEDINGS                                    1412

1    would be used to, at least in these cases, continue the sex

2    act.

3              THE COURT:  I have a real doubts, Mr. Balestriere,

4    that Congress wanted to reach this far.  But I'm going to let

5    it go.

6              The reason, and this is not a good point in the case

7    for me to determine this issue as a matter of law.

8              But I don't know what I'll do.  I'm not going to

9    predict, but I don't know what I'll do if the jury adopts your

10   theory.  I'm not even sure how or if we're going to charge on

11   that theory.

12             I will say this:  I want the parties, when you look

13   at the Court's proposed verdict form, I want it to clearly

14   differentiate between this federal claim and the state claims,

15   so that if it becomes necessary to excise the federal claim at

16   some point, whether posttrial or on appeal, we'll be able to

17   do that without requiring a whole other trial.  I think that

18   can be done.  But I think the question is too complex for me

19   to right now decide it as a matter of law.

20             So the motions are denied.  We'll start again with

21   defendants' case tomorrow morning.

22             MR. BALESTRIERE:  Thank you, Your Honor.

23             May I just ask a little bit about, you mentioned the

24   jury -- do you have a schedule jury charge time?  Are we going

25   to close on Thursday?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1413

1          THE COURT:  I really had anticipated, based on the

2    way the cross-examinations were going, that we would be go

3    into next week.  Now I'm not so sure.

4          So I will say, I'll get you the charge some time

5    tomorrow.

6          MR. BALESTRIERE:  Okay.  Thank you, Your Honor.

7          MR. GROVER:  Your Honor, if I may?

8          THE COURT:  Yes.

9          MR. GROVER:  We've been trying to anticipates how we

10   plan to present our case.  My understanding, unless we change

11   at the last hour, is that Mr. Rubin will be testifying,

12   Ms. Powers will be testifying.  I don't anticipate those will

13   be 15-minute testimonies.

14         In addition, we have sections that we'd like to read

15   of two witnesses, we've all heard, as well as the testimony of

16   six of the plaintiffs that were done in depositions.

17         We honestly don't believe we can possibly finish

18   before Thursday and, frankly, from the perspective of the

19   trial courts that we worked very hard the last month, we would

20   prefer to sum up on Monday.

21         THE COURT:  Yes, I think that's okay.  We're

22   certainly not going to -- we don't sit on Fridays.  And we're

23   certainly not going to finish, you know, before 2 or 3

24   tomorrow or Thursday, at the earliest, I think.  And I don't

25   want to break up the closings and the charge, if I don't have

PROCEEDINGS                                    1414

1    to.

2            I also assume that these are not going to be

3    15-minute closings.  So all in all, I think it's fine to say

4    we'll close and charge on Monday.

5            MR. DOLAN:  Thank you, Your Honor.

6            THE COURT:  All right, have a good evening.  See you

7    come morning.

8                    *    *    *    *    *

9            (Proceedings adjourned at 4:00 p.m. to resume on

10   March 30, 2022 at 9:30 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1415

1    I N D E X

2  WITNESS                                      PAGE

3  **BRITTANY HASSEN**

4  DIRECT EXAMINATION      BY MR. BALESTRIERE  1180

5  CROSS-EXAMINATION       BY MR. McDONALD     1217

6  CROSS-EXAMINATION       BY MR. McDONALD     1225

7  REDIRECT EXAMINATION    BY MR. BALESTRIERE  1363

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1416

E X H I B I T S

| PLAINTIFF | PAGE |
|---|---|
| 117C | 1200 |
| PX-54, PX-55, PX-56, PX-57, PX-59, and PX-60 | 1377 |

| DEFENDANT | PAGE |
|---|---|
| C5 | 1196 |
| B5 | 1201 |
| DX-Y4 | 1240 |
| Z4 | 1249 |
| U4, B4, and X4 | 1277 |
| DX-B6 | 1333 |
| DX-J5 | 1335 |
| DX-F5 | 1340 |
| DX-T4-1, DX-T4-2, DX-T4-3, DX-T- 44 | 1377 |
| PX-81, PX-92, PX-119, PX-126, and PX-130 | 1377 |

```
"QUESTION: [1]   1304/9
COURTROOM DEPUTY: [1]
1330/9
H. Rubin: [54]   1378/17
1378/19 1381/15 1381/17
1381/20 1382/4 1382/8
1382/10 1382/12 1382/14
1382/17 1382/21 1383/1
1383/9 1383/13 1383/17
1383/20 1383/22 1384/1
1384/7 1384/9 1384/15
1384/23 1386/14 1386/22
1387/1 1387/6 1387/14
1387/17 1387/20 1387/25
1388/5 1388/8 1388/13 1389/2
1389/4 1389/10 1389/15
1389/20 1389/24 1390/3
1390/7 1390/10 1390/13
1390/15 1390/17 1390/20
1390/24 1391/2 1391/9
1391/16 1391/21 1393/1
1393/12
J. Powers: [61]   1378/18
1381/13 1381/16 1381/18
1382/1 1382/6 1382/11
1382/16 1382/20 1382/24
1383/2 1383/5 1383/11
1383/15 1383/19 1383/24
1384/3 1384/8 1384/12
1384/21 1384/24 1385/16
1385/20 1385/24 1386/1
1386/3 1386/6 1386/17
1386/23 1387/3 1387/7
1387/12 1387/16 1387/23
1388/1 1388/7 1388/11
1388/16 1388/23 1389/3
1389/5 1389/13 1389/16
1389/22 1389/25 1390/5
1390/9 1390/12 1390/14
1390/19 1390/22 1390/25
1391/7 1391/11 1391/14
1392/3 1392/14 1392/23
1393/3 1393/7 1393/13
L. Feriollo: [2]   1392/6
1392/16
MR.  McDONALD: [3]   1264/15
1264/22 1279/21
MR. BALESTRIERE: [116]
1180/5 1180/14 1181/4
1185/17 1185/23 1186/1
1186/25 1187/11 1189/22
1190/18 1192/1 1192/16
1192/23 1194/9 1194/24
1196/4 1196/13 1197/2 1197/7
1197/16 1197/20 1198/3
1198/17 1198/25 1200/20
1201/2 1201/8 1201/17 1202/1
1203/17 1203/20 1204/5
1215/20 1216/5 1216/25
1217/20 1219/3 1224/12
1240/20 1245/10 1245/16
1249/4 1249/21 1260/21
1277/20 1286/19 1287/21
1290/5 1293/11 1295/16
1296/17 1298/18 1301/18
```

```
1301/20 1306/4 1306/8
1323/14 1325/11 1332/24
1333/1 1335/4 1340/9 1340/18
1344/13 1348/13 1348/15
1348/18 1350/2 1350/9 1363/1
1364/2 1364/10 1365/14
1366/1 1366/18 1367/17
1368/4 1368/8 1368/13
1369/21 1370/17 1371/12
1372/9 1372/15 1372/23
1373/2 1373/9 1373/13 1375/3
1375/6 1376/17 1376/21
1377/5 1378/7 1380/8 1380/10
1381/4 1393/17 1394/6
1401/13 1402/1 1402/5
1402/18 1402/24 1404/7
1404/19 1405/8 1405/11
1405/25 1410/1 1410/3 1410/7
1410/9 1410/15 1412/22
1413/6
MR. DOLAN: [10]   1398/2
1398/6 1398/10 1399/10
1399/21 1408/7 1408/9 1409/3
1409/18 1414/5
MR. GILBERT: [11]   1245/14
1394/7 1394/13 1395/17
1395/20 1396/8 1397/3
1397/24 1406/21 1407/11
1407/20
MR. GROVER: [6]   1362/24
1378/24 1380/3 1394/5 1413/7
1413/9
MR. McDONALD: [73]   1196/9
1200/23 1201/5 1215/18
1216/1 1218/7 1218/9 1218/11
1219/7 1219/13 1223/6
1224/10 1225/11 1240/18
1245/9 1245/12 1245/15
1245/17 1245/20 1246/6
1247/3 1249/6 1249/10
1260/23 1261/10 1262/2
1266/5 1276/25 1277/15
1278/4 1278/20 1286/17
1286/20 1287/19 1287/23
1290/7 1291/13 1297/15
1299/1 1301/15 1301/19
1302/13 1302/17 1304/5
1305/14 1307/1 1307/25
1311/15 1317/5 1325/20
1325/22 1329/24 1331/3
1332/22 1332/25 1335/1
1335/8 1335/11 1337/8
1339/17 1340/11 1340/16
1345/12 1348/12 1348/14
1348/16 1350/4 1350/10
1350/24 1357/22 1362/22
1366/16 1371/7
MR. MINHAS: [65]   1311/24
1312/7 1312/11 1313/8 1314/7
1315/1 1315/3 1315/25
1317/20 1318/4 1318/16
1319/7 1319/11 1319/15
1319/20 1319/24 1320/3
1320/6 1320/14 1320/20
1321/3 1321/9 1321/14
1321/20 1321/23 1322/1
```

```
1322/5 1322/16 1378/9 1381/9
1381/14 1382/13 1382/15
1383/8 1383/12 1383/16
1383/21 1383/25 1384/2
1384/6 1384/14 1384/22
1385/12 1386/12 1386/21
1386/25 1387/5 1387/9
1387/13 1388/3 1388/12
1388/14 1388/22 1389/1
1389/8 1389/19 1390/1
1390/16 1391/15 1391/20
1391/23 1392/5 1392/25
1393/11 1393/15
MS. CHIANG: [17]   1313/20
1315/11 1315/14 1316/14
1316/23 1317/5 1317/7 1317/9
1317/17 1318/7 1318/23
1318/25 1322/12 1322/18
1323/2 1323/5 1323/8
MS. LAVIGNE-ALBERT: [5]
1375/21 1376/3 1376/12
1385/1 1385/6
MS. SAYDAH: [21]   1378/15
1381/12 1383/4 1383/23
1384/11 1384/20 1385/15
1386/16 1387/2 1387/10
1387/22 1388/6 1388/9
1389/12 1390/4 1390/11
1391/13 1391/18 1392/1
1392/21 1393/5
S. Shon: [6]   1385/14
1385/18 1385/21 1385/25
1386/2 1386/5
THE COURT: [176]
THE COURTROOM DEPUTY: [5]
1180/2 1313/4 1325/21 1330/1
1330/5
THE WITNESS: [4]   1225/3
1264/9 1305/4 1325/14

$
$2,000 [1]   1217/17
$4,000 [1]   1306/12
$5,000 [3]   1233/15 1272/7
1275/15

'
't [1]   1368/25

-
-- and [1]   1347/14
-- at [1]   1333/13
-- back [1]   1351/14
-- didn't [1]   1342/2
-- right [2]   1252/19 1351/16
-------------------------
-x [2]   1178/2 1178/10
--they're [1]   1267/8

0
00 [1]   1278/4
000055 [1]   1315/7

1
10 [7]   1207/5 1286/20 1297/3
1335/21 1335/22 1374/25
```

**1**

**10... [1]** 1387/19
**100 percent [1]** 1273/23
**10007 [1]** 1178/16
**10036-6797 [1]** 1178/20
**10112 [1]** 1179/3
**1095 [1]** 1178/19
**10:00 [3]** 1275/8 1378/22 1381/23
**10:06 [1]** 1275/9
**10:09 p.m [2]** 1192/24 1193/4
**10:14 a.m [1]** 1315/20
**10:18 [2]** 1299/2 1392/1
**10:23 [1]** 1388/9
**10:40 [1]** 1389/19
**10:41 [2]** 1383/21 1384/20
**10:47 [1]** 1315/9
**11 [5]** 1245/15 1278/21 1297/15 1374/16 1375/9
**111 [1]** 1245/12
**112 [4]** 1245/16 1369/23 1370/1 1370/4
**112/16 [1]** 1245/16
**114 [1]** 1247/3
**115 [1]** 1247/4
**117C [4]** 1200/22 1200/25 1201/9 1204/6
**119 [3]** 1377/18 1377/24 1392/20
**11:16 [1]** 1384/11
**11:18 [1]** 1293/25
**11:23 [1]** 1384/2
**11:41 [1]** 1389/9
**11th [1]** 1374/24
**12 [6]** 1302/14 1319/12 1382/13 1384/2 1385/12 1388/24
**121 [1]** 1286/18
**126 [3]** 1377/18 1377/24 1391/23
**129 [1]** 1316/10
**12:00 [2]** 1277/5 1392/4
**12:15 [1]** 1391/18
**12:29 [2]** 1195/1 1312/12
**12:29 p.m [1]** 1197/12
**13 [3]** 1291/17 1384/11 1392/1
**130 [3]** 1377/18 1377/25 1390/1
**13th [6]** 1192/24 1193/2 1194/20 1196/1 1196/22 1391/22
**14 [5]** 1197/4 1201/25 1247/4 1312/1 1350/24
**140 [1]** 1261/15
**144 [1]** 1261/10
**145 [1]** 1261/11
**146th [1]** 1351/21
**15 [10]** 1187/22 1188/6 1264/11 1277/3 1277/7 1335/9 1335/10 1351/1 1356/21 1360/20
**15-minute [2]** 1413/13 1414/3
**1591 [2]** 1397/15 1401/15
**16 [5]** 1245/15 1245/16 1315/19 1325/18 1335/16

**16th [1]** 1197/12
**17 [10]** 1247/4 1261/11 1341/7 1341/9 1353/1 1369/24 1370/2 1370/4 1370/9 1382/13
**17-CV-6404 [1]** 1178/3
**17th [1]** 1286/10
**18 [6]** 1286/20 1298/16 1305/15 1355/5 1363/3 1401/15
**18th [1]** 1382/9
**19 [4]** 1341/2 1356/14 1356/15 1392/21
**1902 [1]** 1196/23
**1:00 p.m [1]** 1232/20
**1:13 [1]** 1393/5
**1:20 [3]** 1312/8 1363/25 1363/25
**1:22 [1]** 1313/2
**1:25 [1]** 1356/21
**1:26 [1]** 1391/13
**1:30 [1]** 1311/19
**1:54 [1]** 1385/12
**1k [1]** 1384/10
**1st [2]** 1217/12 1365/24

**2**

**2,500 [4]** 1381/24 1382/1 1387/21 1387/24
**20 [5]** 1277/5 1317/21 1357/21 1357/23 1393/5
**200 [1]** 1278/20
**2005 [2]** 1341/2 1350/15
**2011 [25]** 1217/10 1219/10 1219/18 1237/10 1260/19 1260/25 1261/2 1269/11 1271/22 1274/16 1282/3 1282/6 1320/24 1326/12 1337/11 1337/15 1365/20 1366/2 1366/14 1366/14 1366/15 1367/11 1368/18 1369/12 1371/4
**2013 [6]** 1249/13 1260/13 1263/8 1271/22 1282/2 1349/24
**2014 [46]** 1181/6 1191/21 1192/4 1192/18 1194/3 1194/14 1204/21 1212/21 1213/25 1214/16 1215/2 1215/7 1217/11 1217/13 1263/13 1264/20 1264/23 1266/24 1266/25 1279/20 1282/4 1300/23 1301/19 1301/21 1305/23 1307/3 1308/18 1324/8 1326/9 1337/7 1337/16 1337/18 1337/24 1349/22 1350/14 1351/14 1356/8 1356/10 1356/13 1364/9 1364/16 1365/11 1365/17 1365/24 1367/9 1406/10
**2015 [20]** 1336/1 1340/6 1341/4 1341/5 1341/5 1341/7 1341/9 1346/19 1348/5 1349/4 1350/1 1350/9 1350/19 1363/11 1364/13 1364/16 1381/10 1381/12 1382/9

1385/12
**2016 [18]** 1315/9 1315/17 1317/21 1350/22 1351/7 1353/8 1356/21 1357/1 1360/23 1382/13 1383/4 1383/12 1386/12 1387/10 1388/3 1388/9 1389/8 1389/19
**2017 [23]** 1217/16 1313/24 1339/22 1360/10 1360/18 1361/9 1362/5 1363/12 1375/9 1383/21 1384/2 1384/11 1384/20 1386/25 1387/19 1390/1 1390/11 1390/16 1391/13 1391/18 1392/1 1392/21 1393/5
**2018 [2]** 1299/2 1305/19
**2022 [2]** 1178/7 1414/10
**21 [4]** 1278/21 1298/16 1336/1 1383/12
**211 [1]** 1286/20
**212 [1]** 1286/20
**21st [1]** 1219/18
**2221 [1]** 1304/7
**224 [1]** 1305/15
**225 [1]** 1178/15
**22nd [1]** 1359/16
**23 [2]** 1278/5 1360/17
**2330 [1]** 1179/12
**235 [1]** 1373/18
**23rd [1]** 1240/24
**25 [4]** 1329/25 1361/12 1384/20 1388/3
**252 [1]** 1325/17
**253 [1]** 1325/18
**25th [5]** 1204/18 1217/12 1315/9 1324/8 1337/23
**26 [3]** 1179/6 1360/18 1388/9
**26th [3]** 1299/1 1324/8 1337/24
**27 [6]** 1308/1 1341/5 1348/16 1386/12 1386/25 1390/1
**2712 [1]** 1179/12
**27th [1]** 1217/12
**28 [2]** 1351/7 1390/11
**28th [1]** 1307/3
**29 [1]** 1178/7
**29th [2]** 1178/16 1352/6
**2:19 p.m [1]** 1191/23
**2:30ish [1]** 1351/18
**2:36 p.m [1]** 1192/4
**2k [1]** 1273/21

**3**

**30 [4]** 1179/3 1381/10 1390/16 1414/10
**300 [1]** 1338/23
**30th [11]** 1200/18 1287/4 1287/6 1297/10 1297/12 1299/18 1300/21 1300/22 1301/19 1301/21 1345/18
**31 [1]** 1391/13
**33 [1]** 1335/10
**37 [1]** 1315/7
**38 [1]** 1245/8
**386 [1]** 1382/18
**39 [1]** 1247/3

**3**

**3:00 [2]** 1372/19 1389/23
**3rd [2]** 1264/23 1350/15

**4**

**40 [2]** 1261/18 1317/22
**403 [1]** 1318/12
**42 [1]** 1386/12
**44 [2]** 1377/17 1377/23
**45 [1]** 1206/23
**453-8530 [1]** 1382/18
**4:00 [3]** 1273/21 1276/22 1414/9
**4:01 p.m [1]** 1240/24
**4:06 [1]** 1191/2
**4:06 p.m [2]** 1190/8 1190/16
**4:15 [1]** 1383/12
**4:15 p.m [1]** 1317/21
**4:30 [1]** 1382/19
**4:38 [2]** 1374/24 1375/9
**4:49 [1]** 1387/10
**4th [1]** 1406/10

**5**

**50 [2]** 1394/8 1410/22
**515-6403 [1]** 1382/19
**54 [2]** 1377/14 1377/20
**55 [2]** 1377/14 1377/20
**56 [2]** 1377/14 1377/20
**57 [2]** 1377/14 1377/20
**58 [1]** 1377/14
**59 [2]** 1377/14 1377/21
**5:22 [1]** 1273/20
**5:25 [1]** 1273/25
**5K [6]** 1233/12 1271/7 1273/22 1383/19 1387/20 1387/23
**5th [7]** 1181/6 1282/12 1286/3 1286/13 1287/8 1333/5 1345/18

**6**

**6/13 [1]** 1291/17
**6/4 [1]** 1275/8
**6/5 [1]** 1289/6
**60 [2]** 1377/15 1377/21
**6403 [1]** 1382/19
**6404 [1]** 1178/3
**65 [2]** 1282/12 1315/7
**652014 [1]** 1190/14
**6797 [1]** 1178/20
**6:27 [1]** 1392/21
**6:30 [3]** 1300/7 1304/7 1383/15
**6:51 [1]** 1288/17
**6th [5]** 1191/20 1192/4 1193/6 1288/3 1289/7

**7**

**718-613-2330 [1]** 1179/12
**718-804-2712 [1]** 1179/12
**72 [1]** 1329/24
**79 [1]** 1278/20
**7:02 [1]** 1390/11
**7:02p.m [1]** 1196/23
**7:16 [1]** 1291/17
**7:16 p.m [1]** 1196/1
**7:30 [1]** 1299/17
**7:43 p.m [1]** 1314/9

**8**

**81 [3]** 1377/17 1377/24 1389/8
**813 [1]** 1279/21
**8530 [1]** 1382/18
**8:00 [2]** 1273/21 1383/4
**8:24 [1]** 1386/25
**8:26 [1]** 1390/16
**8:28 [1]** 1387/19
**8:50 p.m [1]** 1300/7
**8:56 [1]** 1390/2

**9**

**9/25/14 [1]** 1201/25
**9/25/16 [1]** 1315/19
**913 [1]** 1291/13
**92 [3]** 1377/17 1377/24 1385/12
**954 [1]** 1382/19
**9:20 [1]** 1297/16
**9:30 [3]** 1178/7 1393/25 1414/10
**9:38 [2]** 1191/5 1282/12
**9:42 [1]** 1388/14
**9:46 [1]** 1388/3
**9:50 [1]** 1382/9
**9:54 [1]** 1294/25

**:**

**:52 [1]** 1382/13

**A**

**a.m [10]** 1178/7 1273/21 1274/2 1303/1 1315/20 1384/11 1388/9 1389/19 1392/1 1414/10
**A5 [2]** 1264/14 1264/14
**abide [1]** 1400/5
**able [15]** 1202/9 1252/16 1262/15 1262/16 1262/17 1263/3 1268/1 1280/16 1280/17 1281/13 1365/7 1374/12 1375/18 1376/13 1412/16
**absolutely [4]** 1255/1 1307/23 1361/1 1380/9
**abuse [2]** 1232/8 1281/5
**abused [3]** 1241/25 1242/6 1356/10
**abusing [1]** 1257/12
**abusive [3]** 1278/17 1278/18 1281/14
**ABX [1]** 1335/21
**access [1]** 1234/11
**accompanied [1]** 1324/18
**accompany [1]** 1205/6
**accord [2]** 1252/25 1253/1
**account [3]** 1401/16 1401/17 1401/24
**accounts [1]** 1410/21
**accurate [3]** 1315/12 1319/6 1411/5

**accused [1]** 1257/12
**achieved [1]** 1403/20
**acknowledged [1]** 1403/11
**acknowledging [2]** 1238/15 1238/17
**act [26]** 1273/22 1398/13 1398/14 1401/4 1401/14 1401/15 1401/23 1402/20 1403/19 1403/21 1403/24 1404/4 1404/5 1404/6 1404/17 1406/9 1406/13 1406/14 1406/24 1407/16 1407/22 1408/2 1408/23 1409/9 1411/13 1412/2
**acted [1]** 1403/3
**acting [2]** 1296/3 1307/14
**action [1]** 1256/4
**active [1]** 1220/8
**activities [1]** 1397/11
**activity [7]** 1204/1 1204/9 1206/22 1223/18 1227/6 1255/10 1255/14
**acts [3]** 1402/19 1403/8 1403/9
**actual [2]** 1184/3 1400/24
**adamant [1]** 1388/24
**add [2]** 1322/7 1368/7
**Adderall [10]** 1316/15 1316/17 1316/25 1317/1 1317/4 1317/11 1317/14 1317/23 1318/3 1318/4
**addict [2]** 1345/11 1355/1
**addicted [11]** 1272/4 1296/6 1343/18 1343/19 1361/11 1361/25 1362/1 1362/3 1362/19 1362/21 1364/17
**addiction [1]** 1265/14
**addition [4]** 1257/7 1397/17 1398/16 1413/14
**additional [2]** 1290/16 1291/14
**address [6]** 1234/12 1372/17 1394/15 1394/18 1404/25 1405/8
**addressed [2]** 1212/8 1408/17
**adjectives [1]** 1401/8
**adjourned [1]** 1414/9
**admission [3]** 1196/6 1200/21 1201/3
**admissions [1]** 1314/4
**admitted [1]** 1373/16
**adopt [1]** 1394/13
**adopts [1]** 1412/9
**advance [2]** 1400/7 1405/23
**advances [1]** 1359/10
**advice [2]** 1344/11 1347/4
**advising [2]** 1259/6 1291/8
**affirmed [1]** 1180/17
**afraid [4]** 1252/16 1363/22 1372/6 1393/14
**afternoon [10]** 1279/20 1283/21 1283/22 1302/1 1363/6 1363/7 1371/2 1371/18 1372/18 1383/18
**afterwards [1]** 1183/20
**aggressive [5]** 1331/14

**A**

aggressive... **[4]** 1331/21 1369/13 1369/18 1370/23
aggressively **[1]** 1206/18
ago **[12]** 1195/10 1234/11 1250/12 1251/15 1256/1 1288/23 1290/11 1293/1 1305/22 1308/19 1335/14 1336/8
agree **[8]** 1204/8 1221/11 1221/12 1221/15 1353/23 1402/5 1406/3 1411/14
agreeable **[2]** 1222/6 1274/23
agreed **[11]** 1203/25 1204/1 1204/8 1274/3 1311/25 1319/20 1365/19 1394/19 1405/14 1406/23 1407/3
agreed-upon **[2]** 1203/25 1204/8
agreeing **[5]** 1221/21 1221/23 1222/1 1309/15 1358/19
agreement **[7]** 1310/18 1311/5 1311/9 1324/6 1385/7 1400/4 1408/1
Ahahaha **[1]** 1385/24
ahead **[12]** 1227/5 1232/12 1246/9 1260/18 1283/12 1294/23 1315/13 1326/23 1352/25 1366/19 1378/4 1383/3
Ahhhh **[1]** 1382/6
aided **[2]** 1179/15 1399/20
aimed **[1]** 1408/22
air **[2]** 1181/14 1182/10
airline **[1]** 1234/17
airport **[2]** 1388/11 1388/18
albeit **[1]** 1363/15
ALBERT **[2]** 1179/8 1399/2
alcohol **[3]** 1199/14 1357/12 1357/13
alive **[1]** 1384/5
allegations **[2]** 1239/25 1315/6
alleges **[1]** 1240/2
allow **[2]** 1316/12 1377/3
allowed **[3]** 1309/21 1311/2 1311/13
allows **[2]** 1353/25 1354/6
almost **[5]** 1191/11 1249/13 1308/19 1336/3 1405/12
Aloi **[4]** 1374/5 1374/9 1375/18 1376/6
alone **[4]** 1199/10 1300/25 1301/8 1353/20
amazing **[6]** 1282/13 1295/4 1302/15 1303/4 1360/4 1385/19
Americas **[1]** 1178/19
amount **[7]** 1217/11 1289/17 1306/13 1321/12 1321/14 1343/13 1345/22
amounts **[1]** 1404/8
amplify **[1]** 1395/7
AMY **[8]** 1178/3 1374/4 1374/12 1375/12 1376/25 1382/18 1383/2 1383/5

Amy's **[1]** 1383/17
Amy2mo **[1]** 1383/18
ANGELA **[1]** 1179/9
Angeles **[2]** 1233/22 1234/22
ankles **[6]** 1186/18 1186/20 1198/15 1300/18 1301/17 1305/6
answer **[24]** 1216/6 1219/5 1224/10 1225/1 1225/23 1227/19 1229/22 1239/18 1240/9 1240/12 1243/14 1248/12 1276/12 1283/11 1284/15 1294/22 1305/3 1306/2 1306/4 1333/25 1337/3 1339/15 1344/16 1359/12
answering **[2]** 1306/5 1344/17
answers **[1]** 1326/2
antibiotics **[3]** 1335/22 1336/19 1336/22
anticipate **[1]** 1413/12
anticipated **[3]** 1401/22 1407/3 1413/1
anticipates **[1]** 1413/9
anticipation **[1]** 1199/17
antitrust **[1]** 1409/22
Anyhoo **[1]** 1250/7
anyway **[8]** 1341/11 1343/9 1353/16 1359/17 1359/25 1381/25 1384/18 1390/24
anyways **[1]** 1389/18
apartment **[4]** 1189/11 1202/25 1266/15 1400/3
apologize **[2]** 1380/3 1398/6
appeal **[1]** 1412/16
APPEARANCES **[2]** 1178/14 1178/22
appeared **[1]** 1374/3
applied **[3]** 1181/19 1181/19 1181/25
appointment **[6]** 1219/21 1219/25 1232/16 1239/14 1274/1 1389/2
appreciate **[1]** 1303/18
appropriate **[1]** 1373/24
April **[3]** 1336/1 1388/3 1388/9
April 21 **[1]** 1336/1
arguably **[1]** 1401/20
argue **[2]** 1219/8 1395/3
argued **[1]** 1376/5
argument **[6]** 1374/20 1376/4 1401/25 1403/18 1404/15 1408/10
arguments **[6]** 1312/6 1394/11 1394/14 1398/3 1398/11 1398/16
arm **[2]** 1407/8 1407/12
arrange **[2]** 1308/8 1308/9
arranged **[3]** 1218/20 1219/24 1321/10
arrangement **[2]** 1404/2 1404/3
arrangements **[1]** 1307/7
arrested **[3]** 1216/9 1217/25 1218/14
arrival **[1]** 1395/14

arrive **[1]** 1401/14
arrived **[3]** 1199/3 1203/1 1205/8
art **[1]** 1220/23
articulate **[1]** 1405/19
Aside **[1]** 1231/2
asked -- okay **[1]** 1253/25
asleep **[7]** 1280/1 1280/7 1280/8 1378/21 1381/21 1390/20 1390/21
ass **[3]** 1228/16 1228/20 1271/2
assault **[2]** 1403/23 1407/23
assaulted **[2]** 1285/20 1363/15 1363/16
assistance **[1]** 1328/14
assisted **[3]** 1189/6 1328/19 1328/22
assume **[6]** 1199/23 1288/7 1324/17 1335/15 1395/2 1414/2
assumed **[2]** 1327/19 1362/11
astrological **[1]** 1236/16
ATL **[1]** 1388/24
attaches **[1]** 1182/11
attempt **[2]** 1398/12 1399/4
attempted **[2]** 1306/20 1306/22
attend **[1]** 1349/14
attractive **[2]** 1358/14 1359/6
August **[13]** 1249/13 1313/24 1348/11 1349/4 1349/24 1350/15 1374/16 1374/24 1375/9 1382/13 1389/8 1389/19 1393/5
August 3 **[1]** 1249/13
authority **[2]** 1403/14 1403/16
authorized **[1]** 1215/21
automatically **[1]** 1368/20
Avenue **[1]** 1178/19
aware **[2]** 1316/21 1399/18
Awesome **[1]** 1386/17
Aww **[1]** 1302/18

**B**

B4 **[2]** 1277/17 1277/24
B5 **[10]** 1190/1 1197/3 1197/8 1201/4 1201/7 1203/18 1203/18 1279/21 1291/13 1302/14
B6 **[2]** 1332/22 1333/3
Babe **[1]** 1345/21
babes **[3]** 1345/14 1347/17 1353/14
baby **[1]** 1354/9
backing **[1]** 1231/17
bad **[22]** 1188/5 1189/15 1189/18 1207/16 1212/17 1214/6 1245/24 1297/18 1301/24 1335/18 1336/10 1336/12 1343/4 1343/4 1343/17 1343/23 1345/9 1360/19 1363/23 1383/14 1388/1 1392/16

**B**

badly **[5]**  1192/6 1268/14
1268/24 1271/8 1284/19
bahahaha **[3]**  1386/2 1386/5
1391/2
BALESTRIERE **[14]**  1178/15
1178/17 1185/24 1231/20
1276/14 1277/18 1363/5
1375/21 1376/5 1395/3 1401/1
1412/3 1415/4 1415/7
ball **[9]**  1183/16 1183/24
1184/3 1184/4 1184/16
1188/14 1188/20 1280/12
1280/15
bank **[1]**  1302/25
bar **[2]**  1298/2 1355/2
base **[1]**  1398/12
based **[1]**  1413/1
basic **[2]**  1398/3 1398/20
basis **[4]**  1281/12 1381/3
1405/5 1405/20
basket **[1]**  1393/4
Bates **[2]**  1314/7 1315/7
bath **[1]**  1386/15
bathroom **[1]**  1388/18
battery **[2]**  1403/23 1407/23
BDSM **[27]**  1220/23 1231/7
1233/2 1251/7 1251/13
1253/12 1256/17 1260/11
1260/12 1271/9 1295/14
1295/18 1295/23 1296/23
1309/15 1341/20 1356/19
1357/17 1395/12 1399/22
1400/2 1402/16 1404/12
1408/2 1408/13 1408/23
1409/15
BDXA **[1]**  1187/2
bear **[1]**  1371/12
bearing **[1]**  1314/2
beat **[13]**  1209/17 1209/17
1210/8 1212/17 1225/14
1269/7 1274/14 1341/22
1341/25 1342/9 1343/4 1387/3
1395/14
beaten **[11]**  1187/19 1275/11
1287/10 1287/13 1290/21
1301/24 1305/7 1331/18
1342/15 1347/12 1356/10
beating **[14]**  1195/6 1225/18
1243/13 1274/7 1274/18
1275/2 1292/16 1292/23
1293/4 1294/2 1294/6 1295/24
1361/1 1370/24
beautiful **[2]**  1253/7 1267/19
became **[4]**  1243/21 1272/4
1287/15 1404/12
because **[87]**  1183/17 1184/1
1184/21 1188/22 1190/10
1191/19 1193/16 1193/17
1193/21 1194/10 1195/12
1199/24 1204/16 1210/11
1210/15 1211/20 1211/20
1212/13 1212/19 1212/25
1213/2 1213/8 1213/22 1214/5
1214/7 1214/22 1215/11
1222/18 1226/25 1230/24

1233/8 1238/9 1240/7 1243/9
1244/7 1248/15 1249/9
1251/25 1255/13 1255/16
1262/15 1262/21 1265/5
1268/11 1272/4 1274/16
1276/11 1276/14 1283/10
1284/14 1288/18 1289/7
1292/25 1293/21 1304/11
1305/9 1310/14 1311/12
1313/23 1314/12 1315/5
1315/17 1321/9 1328/24
1334/5 1334/20 1341/18
1348/1 1354/19 1354/23
1354/25 1355/19 1361/25
1362/2 1368/6 1368/18
1368/22 1372/5 1380/1 1380/5
1380/6 1395/18 1398/3 1403/9
1403/25 1404/7 1406/14
Because it **[1]**  1341/18
becomes **[3]**  1376/11 1407/18
1412/15
bed **[4]**  1193/18 1243/21
1388/15 1391/3
bedroom **[4]**  1231/3 1231/13
1256/12 1384/16
beg **[3]**  1196/23 1291/1
1358/17
began **[8]**  1195/16 1242/6
1279/23 1300/7 1318/20
1318/21 1318/22 1327/23
begging **[4]**  1273/1 1344/4
1344/6 1347/8
beginning **[2]**  1218/19
1406/13
begins **[2]**  1264/18 1367/21
behalf **[2]**  1338/20 1394/7
behavior **[1]**  1210/16
Belt **[1]**  1241/7
BENJAMIN **[1]**  1178/21
best **[15]**  1181/24 1183/15
1189/14 1191/7 1207/1
1211/14 1213/24 1253/6
1254/7 1254/8 1254/9 1278/11
1325/12 1366/20 1367/10
beyond **[7]**  1395/25 1397/12
1400/4 1400/16 1407/2
1407/21 1408/3
bff **[1]**  1384/24
BH **[4]**  1245/8 1247/3 1278/4
1278/20
BH-00 **[1]**  1278/4
BH-38 **[1]**  1245/8
BH-39 **[1]**  1247/3
BH54 **[1]**  1261/10
BH61 **[1]**  1305/15
BH72 **[1]**  1329/24
big **[7]**  1196/16 1206/24
1206/25 1207/12 1299/24
1303/6 1392/8
bigger **[10]**  1195/6 1212/17
1292/16 1292/22 1293/4
1293/16 1293/19 1294/2
1294/5 1295/24
birthday **[5]**  1263/21 1264/16
1333/7 1333/17 1333/22
bit **[16]**  1184/7 1194/25

1204/6 1215/24 1217/4 1217/8
1346/17 1351/2 1366/1
1367/18 1367/20 1368/8
1369/6 1374/7 1391/4 1412/23
bizarre **[1]**  1333/17
black **[1]**  1279/12
Blackberry **[1]**  1340/13
blah **[8]**  1196/24 1196/24
1196/24 1291/2 1291/2
1400/11 1400/11 1400/12
bless **[1]**  1198/18
blindfold **[1]**  1199/15
blindfolded **[3]**  1198/16
1199/23 1305/6
bloated **[1]**  1360/21
block **[3]**  1352/21 1352/22
1392/8
blond **[3]**  1208/14 1208/21
1253/7
blonde **[1]**  1392/8
blonds **[1]**  1206/8
blow **[9]**  1186/6 1190/18
1201/10 1203/22 1204/6
1217/4 1287/23 1335/12
1391/4
blown **[2]**  1378/21 1381/21
BMC **[1]**  1178/3
Bob **[3]**  1374/5 1374/9
1375/17
body **[11]**  1181/11 1181/19
1181/25 1182/14 1182/21
1183/14 1189/15 1210/2
1257/8 1342/9 1362/9
bondage **[7]**  1227/10 1227/23
1228/4 1228/5 1228/6 1235/6
1408/14
boobs **[3]**  1271/2 1315/10
1392/8
book **[5]**  1382/21 1382/22
1382/25 1383/3 1390/3
booked **[5]**  1232/16 1233/21
1234/24 1388/23 1390/14
booking **[3]**  1288/4 1299/23
1382/20
borders **[2]**  1402/9 1410/18
Boring **[1]**  1388/5
bot **[1]**  1383/2
bottles **[1]**  1206/9
bottom **[15]**  1186/7 1201/18
1233/12 1235/11 1249/25
1275/7 1305/16 1335/12
1341/3 1341/5 1350/25
1351/18 1351/19 1355/22
1357/23
bought **[1]**  1256/12
box **[1]**  1304/14
BOY **[1]**  1179/4
BOY-SKIPSEY **[1]**  1179/4
boyfriend **[4]**  1341/10
1341/22 1342/9 1382/5
boyfriends **[1]**  1341/25
brand **[1]**  1304/11
break **[13]**  1266/4 1277/1
1277/2 1311/16 1356/15
1371/2 1372/16 1372/18
1372/25 1373/5 1377/1 1381/2

**B**

break... **[1]**  1413/25
breasts **[1]**  1208/12
BRIAN **[1]**  1178/12
brief **[3]**  1281/13 1335/11
 1398/2
Briefly **[1]**  1410/2
BRITTANY **[25]**  1178/4 1178/4
 1180/16 1180/21 1190/5
 1193/1 1193/8 1196/18 1217/6
 1270/17 1275/1 1275/9
 1282/13 1283/20 1321/1
 1321/7 1352/8 1357/7 1359/5
 1369/25 1387/12 1387/14
 1387/24 1387/25 1411/5
Broadway **[2]**  1178/15 1179/6
Brooklyn **[6]**  1178/6 1213/15
 1233/24 1241/5 1265/23
 1279/3
brought **[4]**  1206/9 1305/25
 1310/7 1314/6
bruised **[14]**  1189/15 1189/19
 1189/20 1192/5 1192/10
 1259/3 1259/7 1271/3 1282/10
 1284/19 1291/24 1291/25
 1315/10 1345/23
bruises **[4]**  1285/4 1285/12
 1341/11 1342/8
brunette **[2]**  1206/7 1208/20
brutally **[2]**  1287/13 1290/21
burning **[1]**  1183/18
burns **[1]**  1184/13
business **[2]**  1408/21 1411/15
busty **[1]**  1253/7
busy **[2]**  1297/21 1297/24
butt **[11]**  1212/16 1212/17
 1212/18 1212/20 1212/20
 1212/23 1329/3 1334/2
 1335/13 1336/8 1365/10
buying **[1]**  1234/16
buzzer **[1]**  1300/9

**C**

C5 **[15]**  1196/7 1196/11
 1196/15 1287/19 1299/2
 1302/13 1304/5 1304/6 1307/1
 1307/25 1348/12 1348/13
 1348/15 1350/24 1363/3
cab **[7]**  1189/9 1189/10
 1191/12 1200/14 1282/20
 1284/5 1289/22
cabaret **[23]**  1204/23 1205/3
 1205/8 1217/14 1323/25
 1324/3 1324/10 1329/13
 1332/10 1332/13 1332/20
 1333/9 1333/13 1336/4
 1337/21 1345/19 1346/7
 1346/15 1346/19 1349/22
 1351/12 1365/11 1371/16
Cali **[2]**  1375/15 1375/16
California **[2]**  1348/25
 1349/10
callers **[1]**  1254/11
cancel **[2]**  1276/18 1389/10
canceling **[1]**  1275/23
candid **[1]**  1226/4

cannot **[3]**  1393/24 1400/19
 1400/19
capable **[1]**  1389/17
car **[6]**  1289/9 1289/10
 1289/11 1289/15 1289/17
 1289/19
career **[2]**  1272/2 1272/6
careful **[1]**  1393/9
carry **[1]**  1329/15
Casa **[4]**  1213/12 1213/14
 1214/1 1334/11
case **[29]**  1222/11 1234/9
 1245/2 1263/8 1277/4 1311/20
 1314/2 1314/10 1314/19
 1315/16 1315/23 1316/17
 1334/10 1342/7 1372/20
 1376/16 1376/19 1386/2
 1393/4 1393/21 1397/9
 1401/11 1403/12 1403/13
 1404/16 1404/23 1412/6
 1412/21 1413/10
cases **[5]**  1401/9 1405/3
 1405/5 1408/16 1412/1
cash **[4]**  1284/3 1284/6
 1289/12 1365/20
Cat **[2]**  1315/10 1391/1
Cato **[8]**  1231/16 1241/11
 1242/15 1251/23 1339/23
 1348/22 1349/11 1349/24
CCR **[1]**  1179/11
center **[1]**  1265/10
certain **[5]**  1312/1 1313/21
 1340/5 1348/6 1368/11
certainly **[5]**  1247/13
 1395/20 1397/13 1413/22
 1413/23
certification **[1]**  1335/2
cetera **[4]**  1384/10 1408/20
 1408/20 1409/7
chain **[2]**  1368/3 1368/25
chairman **[1]**  1339/9
champagne **[12]**  1205/13
 1205/17 1205/21 1206/3
 1206/5 1206/9 1206/21
 1206/24 1207/18 1207/20
 1327/9 1372/4
chance **[4]**  1237/15 1269/25
 1358/16 1376/1
chances **[2]**  1345/24 1346/23
change **[5]**  1248/6 1358/4
 1376/14 1398/13 1413/10
changed **[2]**  1410/9 1410/11
changes **[1]**  1389/17
changing **[1]**  1358/7
characterize **[1]**  1191/15
characterized **[1]**  1399/4
charge **[6]**  1330/4 1412/10
 1412/24 1413/4 1413/25
 1414/4
charity **[7]**  1237/3 1237/6
 1237/13 1337/14 1337/16
 1338/1 1338/20
chart **[1]**  1318/13
Check **[6]**  1382/1 1384/12
 1390/9 1390/10 1390/15
 1393/1

cheese **[1]**  1382/19
Chelsea **[1]**  1375/13
CHIANG **[1]**  1178/21
child **[3]**  1241/25 1242/6
 1348/8
Chinese **[1]**  1404/21
Choking **[1]**  1257/8
chose **[5]**  1211/21 1211/22
 1211/23 1216/2 1216/6
Christ **[1]**  1343/2
CHRISTINE **[1]**  1178/22
chronologically **[1]**  1321/11
chronology **[1]**  1374/16
cigar **[5]**  1297/25 1298/1
 1298/2 1298/20 1298/21
circle **[1]**  1186/12
circles **[1]**  1186/11
circling **[1]**  1314/17
Circuit **[2]**  1410/14 1411/15
circulation **[1]**  1340/8
circumstances **[4]**  1198/8
 1202/4 1215/24 1217/18
cite **[3]**  1245/11 1286/19
 1408/17
city **[5]**  1191/24 1237/13
 1265/21 1283/24 1284/8
CIVIL **[1]**  1178/11
claim **[14]**  1285/20 1356/6
 1395/3 1397/20 1397/23
 1398/18 1398/25 1402/6
 1407/2 1407/12 1407/22
 1407/23 1412/14 1412/15
claiming **[1]**  1388/16
claims **[6]**  1314/2 1315/18
 1315/24 1394/15 1407/24
 1412/14
clamps **[7]**  1229/16 1229/19
 1230/2 1235/6 1243/25 1255/5
 1257/7
clarify **[2]**  1365/9 1366/24
clarifying **[1]**  1204/10
clarity **[1]**  1305/24
clause **[1]**  1403/7
clean **[11]**  1193/21 1193/25
 1194/6 1194/16 1194/18
 1343/11 1345/3 1345/6
 1364/24 1364/24 1383/14
cleaned **[2]**  1183/21 1188/25
 1265/16
cleaner **[2]**  1183/21 1280/15
clear **[18]**  1185/4 1189/10
 1209/20 1211/19 1214/21
 1230/7 1230/8 1230/10
 1319/18 1369/16 1375/17
 1376/17 1394/13 1395/10
 1395/24 1397/6 1399/2 1411/4
cleared **[2]**  1227/20 1229/23
clearly **[3]**  1233/6 1395/25
 1412/13
clerk **[1]**  1312/9
client **[3]**  1284/10 1288/5
 1288/8
clients **[3]**  1288/6 1288/12
 1294/14
clip **[16]**  1229/16 1229/19
 1230/1 1235/6 1243/25 1245/8

## C

**clip... [10]** 1246/18 1252/24 1261/10 1278/4 1278/20 1286/17 1305/14 1325/24 1329/24 1369/11
**clit [2]** 1181/23 1281/21
**clock [1]** 1275/8
**close [6]** 1183/6 1353/15 1393/3 1399/15 1412/25 1414/4
**closed [2]** 1198/15 1209/23
**closely [2]** 1186/8 1204/12
**closer [1]** 1184/1
**closets [1]** 1351/21
**closing [1]** 1318/15
**closings [2]** 1413/25 1414/3
**clothes [1]** 1207/24
**club [13]** 1204/25 1205/15 1324/15 1324/19 1327/2 1327/13 1327/19 1333/16 1350/14 1354/20 1354/22 1355/2 1357/18
**clue [2]** 1215/13 1215/17
**cock [1]** 1392/8
**cocktail [1]** 1298/3
**coerce [4]** 1394/22 1397/4 1402/10 1410/19
**coerced [6]** 1402/19 1402/20 1402/24 1405/17 1406/19 1407/5
**coercion [9]** 1397/2 1401/3 1401/6 1402/25 1403/6 1403/10 1403/20 1411/12 1411/25
**coffee [1]** 1342/24
**COGAN [2]** 1178/12 1180/2
**colleague [2]** 1277/16 1378/2
**colleagues [1]** 1373/15
**college [1]** 1269/24
**Colombia [3]** 1213/18 1335/18 1336/13
**Colombian [1]** 1335/20
**column [4]** 1320/24 1321/5 1322/13 1375/8
**combination [1]** 1403/6
**comfort [1]** 1399/3
**comfy [2]** 1255/2 1356/2
**coming [16]** 1210/12 1239/7 1241/5 1327/16 1330/6 1331/3 1357/11 1382/16 1394/23 1395/2 1399/5 1399/23 1399/23 1400/20 1402/14 1411/9
**comment [1]** 1373/7
**commercial [25]** 1394/20 1397/5 1397/8 1398/13 1401/4 1401/14 1401/22 1402/10 1402/16 1403/8 1403/19 1403/21 1403/24 1404/4 1404/6 1404/17 1406/9 1406/24 1407/5 1407/16 1407/21 1408/2 1409/9 1410/19 1411/16
**commission [3]** 1233/13 1234/13 1234/21
**communicating [1]** 1294/9

**communication [5]** 1222/11 1313/9 1313/12 1317/21 1399/3
**communications [7]** 1264/18 1264/19 1313/24 1322/1 1340/13 1340/24 1363/17
**compare [2]** 1184/11 1184/14
**comparison [1]** 1207/17
**complain [1]** 1333/20
**complained [5]** 1228/25 1229/5 1257/11 1257/13 1258/1
**complaining [2]** 1292/20 1401/18
**complains [1]** 1400/14
**complaint [10]** 1239/15 1239/21 1239/21 1239/22 1243/6 1243/12 1247/20 1304/18 1305/5 1398/20
**complete [6]** 1242/9 1242/13 1242/17 1242/19 1242/20 1396/3
**completely [7]** 1207/24 1226/22 1227/10 1227/13 1248/24 1336/23 1336/24
**complex [1]** 1412/18
**complicated [1]** 1314/23
**computer [1]** 1179/15
**computer-aided [1]** 1179/15
**conceded [2]** 1315/21 1397/7
**conceding [1]** 1226/20
**concept [1]** 1314/23
**concern [3]** 1305/9 1315/5 1316/16
**conclude [2]** 1402/8 1410/16
**concluded [1]** 1380/12
**concludes [4]** 1245/19 1246/8 1247/6 1331/5
**condo [11]** 1256/12 1301/1 1309/4 1324/6 1351/20 1352/22 1362/4 1378/23 1381/24 1384/3 1390/17
**Confer [1]** 1385/3
**confidentiality [2]** 1310/18 1324/6
**confirm [3]** 1216/21 1375/11 1375/19
**confirmation [1]** 1376/24
**confirmed [3]** 1374/11 1374/13 1390/7
**confuse [2]** 1314/20 1314/23
**confusing [1]** 1300/20
**Congress [2]** 1404/25 1412/4
**connected [4]** 1186/14 1186/20 1330/1 1330/2
**consensual [3]** 1314/11 1314/22 1404/4
**consent [13]** 1182/4 1183/2 1192/10 1209/12 1398/18 1400/16 1400/21 1407/14 1407/16 1407/17 1410/24 1411/11 1411/18
**consented [1]** 1406/13
**consenting [6]** 1221/22 1221/23 1222/1 1222/4 1295/13 1295/18

**consider [6]** 1259/14 1287/17 1295/5 1326/9 1359/19 1359/20
**considered [2]** 1326/18 1366/10
**considering [1]** 1319/2
**consisted [1]** 1404/4
**construction [1]** 1398/11
**contact [2]** 1264/10 1407/17
**contacted [5]** 1216/23 1219/13 1239/14 1335/20 1374/15
**contacting [1]** 1383/22
**contains [1]** 1313/23
**context [3]** 1236/17 1376/9 1400/24
**continuation [3]** 1189/24 1197/11 1369/22
**continue [9]** 1180/13 1207/21 1277/14 1323/21 1333/14 1346/7 1402/19 1411/13 1412/1
**continued [18]** 1179/1 1180/19 1224/15 1225/5 1258/8 1259/1 1296/25 1297/1 1323/22 1330/8 1331/6 1347/24 1358/21 1359/1 1369/17 1380/13 1396/7 1403/9
**continues [5]** 1204/2 1314/10 1368/3 1379/1 1406/14
**continuing [2]** 1247/9 1359/25
**contraption [5]** 1198/14 1198/22 1198/23 1300/18 1300/19
**controlled [1]** 1318/5
**conversation [5]** 1241/22 1242/5 1376/9 1376/10 1376/25
**conversations [1]** 1380/5
**convey [1]** 1268/21
**convince [1]** 1206/13
**cool [4]** 1256/3 1356/16 1387/23 1389/22
**cooperation [1]** 1313/14
**copies [1]** 1277/21
**coping [1]** 1361/24
**copy [5]** 1202/9 1309/22 1311/2 1311/13 1373/17
**corner [3]** 1186/6 1206/16 1363/24
**correct [126]**
**corrected [1]** 1321/4
**correctly [1]** 1342/4
**corresponded [2]** 1222/21 1326/20
**correspondence [4]** 1239/3 1337/11 1347/19 1349/23
**corresponds [1]** 1237/2
**cosmetologist [2]** 1335/18 1336/13
**couch [1]** 1211/3
**counsel [7]** 1245/10 1315/21 1319/4 1330/1 1330/6 1332/24 1395/7

**C**

**Counsel's [1]**  1371/10
**country [1]**  1349/18
**couple [6]**  1205/23 1205/25
 1323/10 1334/17 1336/21
 1347/17
**course [5]**  1184/3 1256/1
 1360/4 1376/18 1382/7
**Court's [1]**  1412/13
**Courthouse [1]**  1178/5
**courtroom [11]**  1180/9
 1180/12 1207/13 1218/16
 1277/6 1277/12 1311/22
 1323/18 1372/21 1377/7
 1394/2
**courts [1]**  1413/19
**cover [2]**  1347/22 1384/10
**covered [2]**  1362/9 1409/16
**covering [1]**  1392/17
**covers [1]**  1285/4
**crack [3]**  1364/21 1365/5
 1390/22
**Crack-head [1]**  1390/22
**crawled [1]**  1391/3
**crazy [1]**  1333/17
**credibility [3]**  1395/15
 1396/2 1410/22
**credits [1]**  1407/14
**cried [3]**  1187/17 1345/23
 1346/22
**critical [1]**  1380/5
**cross [24]**  1186/10 1188/11
 1188/17 1217/22 1217/23
 1225/5 1258/10 1297/1
 1318/17 1318/18 1318/21
 1319/16 1319/23 1319/24
 1320/2 1323/21 1323/22
 1331/6 1358/22 1362/23
 1366/8 1373/22 1373/24
 1413/2
**cross-examination [10]**
 1217/22 1217/23 1225/5
 1258/10 1297/1 1323/21
 1323/22 1331/6 1358/22
 1366/8
**cross-examinations [1]**
 1413/2
**crossing [2]**  1285/13 1319/14
**cry [1]**  1328/7
**crying [3]**  1260/1 1260/4
 1260/6
**CSR [1]**  1179/11
**cup [3]**  1181/13 1182/13
 1235/7
**cupped [2]**  1181/14 1181/15
**cups [5]**  1181/18 1181/24
 1182/7 1183/13 1282/5
**Cure [1]**  1337/10
**customer [1]**  1409/11
**customers [1]**  1398/21
**cut [2]**  1299/23 1407/8
**cutting [2]**  1407/12 1409/15
**cuz [1]**  1288/7
**CV [1]**  1178/3

**D**

**D5 [4]**  1264/22 1297/15
 1299/15 1299/16
**dad [1]**  1265/23
**daddy [5]**  1269/2 1269/5
 1269/12 1274/9 1364/9
**damage [1]**  1212/18
**dancers [4]**  1206/8 1206/11
 1207/9 1207/10
**DANELCZYK [1]**  1179/11
**date [10]**  1201/24 1301/18
 1321/1 1321/13 1322/9 1322/9
 1322/10 1322/14 1335/25
 1341/7
**dated [1]**  1219/18
**dates [5]**  1263/18 1321/10
 1346/13 1380/4 1380/5
**daughter [5]**  1294/16 1317/7
 1317/8 1317/12 1317/24
**daughter's [1]**  1294/17
**dawned [1]**  1304/12
**daytime [1]**  1324/25
**DDXE [2]**  1183/5 1184/2
**De [4]**  1213/12 1213/14
 1214/1 1334/11
**deal [3]**  1273/23 1273/23
 1298/7
**dearth [1]**  1396/3
**death [1]**  1348/22
**deathly [2]**  1363/22 1372/5
**debate [1]**  1395/25
**deceive [2]**  1395/23 1396/5
**deceived [2]**  1240/3 1395/21
**December [2]**  1383/4 1383/12
**DECHERT [1]**  1178/19
**decide [3]**  1387/17 1390/5
 1412/19
**decided [7]**  1244/14 1262/16
 1262/21 1263/2 1284/12
 1387/14 1407/7
**decision [3]**  1401/3 1410/12
 1411/21
**deep [1]**  1215/11
**def [7]**  1272/13 1272/16
 1272/22 1272/23 1351/9
 1360/6 1392/8
**defendant [13]**  1178/19
 1179/2 1179/6 1313/9 1316/12
 1322/7 1394/7 1395/6 1395/6
 1398/1 1399/7 1403/3 1416/6
**Defendant Powers [1]**  1398/1
**Defendant Rubin [1]**  1399/7
**defendant's [7]**  1364/11
 1365/15 1366/2 1366/25
 1373/18 1376/19 1393/21
**defendants [19]**  1178/9
 1196/5 1311/25 1315/8
 1318/19 1319/21 1320/12
 1320/16 1320/22 1322/20
 1365/19 1374/22 1376/14
 1377/1 1377/12 1394/22
 1397/21 1406/17 1411/24
**defendants' [24]**  1183/4
 1184/2 1187/1 1190/1 1196/7
 1196/11 1196/15 1197/3
 1201/3 1201/7 1203/18 1217/3

1219/15 1240/22 1249/24
 1277/24 1314/25 1333/3
 1335/6 1340/22 1377/22
 1377/24 1403/18 1412/21
**defense [1]**  1375/20
**definitely [2]**  1194/10
 1310/8
**definition [4]**  1220/9
 1398/13 1399/24 1400/8
**defraud [2]**  1395/8 1399/5
**defrauded [1]**  1395/4
**dementia [2]**  1296/14 1296/16
**demonstrative [10]**  1183/5
 1184/2 1187/2 1318/15
 1318/16 1319/8 1319/15
 1321/16 1378/8 1378/10
**demonstratives [2]**  1319/11
 1320/15
**denied [1]**  1412/20
**denying [1]**  1290/1
**deposition [43]**  1225/12
 1242/25 1243/3 1243/18
 1244/17 1244/18 1244/19
 1244/25 1245/13 1246/12
 1247/1 1247/10 1247/18
 1248/6 1248/9 1252/25
 1253/22 1261/9 1272/6 1278/2
 1285/25 1286/4 1286/22
 1305/14 1310/18 1311/6
 1311/10 1322/21 1325/7
 1325/15 1329/22 1331/8
 1332/2 1342/3 1369/7 1369/8
 1369/19 1369/23 1371/23
 1372/1 1372/3 1372/5 1372/8
**depositions [2]**  1323/4
 1413/16
**Dermablend [5]**  1192/7 1285/1
 1285/3 1285/4 1285/6
**describe [6]**  1184/10 1186/9
 1198/8 1205/9 1208/5 1327/12
**described [15]**  1182/6
 1191/16 1194/22 1210/9
 1243/13 1243/17 1250/23
 1269/7 1269/8 1280/12 1287/4
 1303/12 1336/13 1345/17
 1347/14
**describing [2]**  1222/10
 1279/24
**description [1]**  1320/8
**designations [2]**  1322/21
 1322/24
**desire [1]**  1405/18
**desperate [27]**  1196/24
 1255/19 1255/21 1266/13
 1266/19 1266/21 1269/18
 1269/20 1276/23 1279/10
 1279/10 1279/15 1285/15
 1291/2 1299/9 1344/2 1344/8
 1344/10 1344/18 1344/19
 1358/3 1358/19 1360/18
 1360/19 1361/3 1361/10
 1361/15
**desperately [2]**  1193/18
 1343/16
**despite [2]**  1269/11 1287/10
**detail [1]**  1366/5

**D**

details **[6]**  1203/13 1209/8 1209/15 1242/21 1368/11 1399/18
determination **[1]**  1410/25
determine **[1]**  1412/7
device **[5]**  1182/19 1246/23 1280/10 1281/23 1282/1
devil **[2]**  1231/2 1231/12
DH **[1]**  1286/18
DH-121 **[1]**  1286/18
dick **[1]**  1390/25
died **[9]**  1339/23 1348/24 1349/2 1349/3 1361/13 1361/20 1361/22 1362/16 1362/18
difference **[1]**  1222/1
different **[14]**  1203/20 1243/25 1254/15 1303/4 1318/7 1318/9 1318/10 1321/10 1329/21 1342/25 1356/17 1380/6 1380/6 1404/8
differentiate **[1]**  1412/14
differently **[3]**  1244/16 1246/25 1285/25
difficult **[1]**  1265/8
digit **[1]**  1409/15
dildos **[2]**  1229/16 1243/24
dinner **[13]**  1342/24 1350/21 1352/1 1352/14 1352/19 1354/17 1354/20 1355/6 1355/11 1356/25 1357/3 1357/18 1395/2
dire **[1]**  1376/6
direct **[5]**  1180/13 1180/19 1319/2 1366/7 1405/9
directed **[1]**  1375/22
directing **[1]**  1371/11
direction **[2]**  1196/25 1296/3
disagreement **[1]**  1312/2
disappoint **[2]**  1270/1 1270/1
disappointed **[1]**  1389/5
discipline **[3]**  1271/8 1271/9 1271/15
disclose **[1]**  1316/4
disclosure **[1]**  1374/17
discovery **[1]**  1402/12
discuss **[1]**  1203/3
discussed **[2]**  1189/24 1377/10
discussing **[1]**  1314/1
discussion **[3]**  1313/14 1371/3 1371/18
discussions **[1]**  1313/15
dismissed **[1]**  1397/20
displaying **[1]**  1343/6
disputed **[1]**  1398/19
disregard **[3]**  1403/4 1411/20 1411/25
DISTRICT **[3]**  1178/1 1178/1 1178/12
document **[18]**  1201/12 1202/7 1202/9 1202/11 1202/13 1202/23 1203/3 1204/18 1217/6 1239/23 1309/18 1310/17 1310/21 1311/1

1311/11 1311/12 1375/1 1375/2
documents **[1]**  1310/3
DOLAN **[5]**  1179/6 1179/8 1399/14 1401/20 1408/8
domestic **[1]**  1342/6
dominate **[4]**  1219/11 1220/21 1221/1 1221/4
dominated **[8]**  1220/3 1220/17 1222/13 1223/19 1223/22 1227/7 1235/19 1253/8
domination **[1]**  1255/4
don **[1]**  1368/25
done **[19]**  1181/6 1181/11 1182/14 1183/14 1184/25 1212/18 1216/25 1250/22 1255/4 1255/10 1256/8 1269/11 1278/10 1404/12 1407/6 1407/7 1408/25 1412/18 1413/16
doped **[1]**  1280/3
double **[1]**  1207/19
doubts **[1]**  1412/3
DOUGLAS **[1]**  1179/7
down **[39]**  1184/12 1185/23 1186/7 1187/11 1191/22 1196/22 1197/25 1198/2 1198/25 1202/5 1206/18 1211/1 1215/11 1230/16 1235/14 1256/19 1265/22 1273/8 1275/7 1275/23 1297/5 1305/15 1323/12 1328/10 1350/25 1351/18 1351/19 1352/21 1352/22 1364/2 1367/20 1367/25 1368/8 1372/11 1372/13 1374/4 1387/18 1390/25 1391/3
downstairs **[1]**  1189/11
drama **[1]**  1385/25
draw **[4]**  1399/8 1399/19 1399/21 1409/5
drawn **[2]**  1407/19 1407/20
draws **[2]**  1409/4 1409/6
dress **[2]**  1212/7 1212/7
dressed **[2]**  1188/12 1189/9
drink **[6]**  1252/2 1279/25 1280/4 1280/6 1343/12 1389/6
drinking **[5]**  1198/13 1199/14 1199/23 1206/10 1310/6
drinks **[6]**  1327/17 1351/4 1359/18 1378/20 1381/21 1395/2
drug **[19]**  1194/7 1194/9 1265/14 1272/4 1280/4 1280/5 1296/6 1316/21 1318/1 1343/18 1343/18 1349/2 1361/11 1361/25 1361/25 1362/3 1362/19 1362/21 1364/17
drug-addicted **[1]**  1361/11
drugged **[1]**  1290/23
drugs **[3]**  1343/11 1345/9 1364/19
drunk **[4]**  1378/17 1381/15 1382/3 1392/10
Dubai **[1]**  1349/3

duly **[1]**  1180/17
dungeon **[19]**  1199/16 1199/20 1199/21 1199/24 1200/17 1202/21 1207/16 1207/18 1207/19 1256/13 1256/16 1280/9 1306/14 1306/16 1306/20 1309/5 1340/2 1343/1 1391/2
DX **[27]**  1235/11 1240/17 1240/22 1264/14 1264/22 1287/19 1291/13 1332/22 1333/3 1335/6 1335/8 1340/11 1340/22 1377/17 1377/17 1377/17 1377/17 1377/22 1377/22 1377/22 1377/23 1378/6 1378/14 1381/9 1386/12 1387/9 1388/3
DX-A5 **[1]**  1264/14
DX-B5 **[1]**  1291/13
DX-B6 **[2]**  1332/22 1333/3
DX-C5 **[1]**  1287/19
DX-D5 **[1]**  1264/22
DX-F5 **[2]**  1340/11 1340/22
DX-J5 **[1]**  1335/6
DX-T **[1]**  1377/23
DX-T-42 **[1]**  1386/12
DX-T-44 **[1]**  1377/17
DX-T4-1 **[5]**  1377/17 1377/22 1378/6 1378/14 1381/9
DX-T4-2 **[2]**  1377/17 1377/22
DX-T4-3 **[3]**  1377/17 1377/22 1387/9
DX-T4-4 **[1]**  1388/3
DX-X4 **[1]**  1235/11
DX-Y4 **[2]**  1240/17 1240/22
DXA6 **[2]**  1316/24 1317/13
DXV4 **[1]**  1223/6

**E**

E-C-A **[1]**  1213/13
e-mail **[31]**  1234/12 1235/2 1236/21 1237/1 1238/1 1238/4 1240/19 1243/23 1251/22 1257/3 1257/17 1258/7 1260/13 1260/14 1260/19 1260/25 1261/24 1262/5 1262/9 1262/24 1264/12 1264/18 1332/16 1333/5 1366/2 1366/21 1366/24 1367/11 1368/3 1368/17 1368/18
e-mailed **[2]**  1249/14 1369/1
e-mails **[4]**  1276/9 1281/15 1368/7 1368/7
E4 **[1]**  1262/3
eager **[2]**  1235/15 1272/18
earliest **[1]**  1413/24
early **[3]**  1364/5 1386/18 1393/19
earned **[2]**  1272/2 1272/6
easier **[1]**  1201/3
EASTERN **[1]**  1178/1
educed **[2]**  1394/21 1395/5
EDWARD **[1]**  1178/20
efficient **[2]**  1372/16 1391/6
effort **[1]**  1397/4

**E**

**egging [1]** 1389/7
**eight [3]** 1195/10 1214/15
  1308/19
**either [2]** 1236/4 1383/11
**elaborate [1]** 1398/10
**electric [11]** 1182/16
  1182/18 1182/19 1183/8
  1183/12 1257/9 1257/23
  1258/2 1258/6 1281/23 1282/1
**electricity [1]** 1401/10
**electrocuted [1]** 1366/15
**Electrocution [1]** 1282/5
**element [1]** 1403/1
**email [10]** 1179/13 1219/14
  1219/18 1219/20 1220/25
  1221/25 1222/5 1222/6 1222/7
  1222/16
**emergency [4]** 1341/13
  1341/18 1381/2 1381/3
**EMMA [16]** 1178/4 1317/8
  1317/9 1317/13 1385/14
  1385/16 1388/11 1388/21
  1389/10 1389/17 1389/20
  1390/3 1390/5 1390/12
  1390/14 1391/14
**emoji [7]** 1383/10 1384/25
  1388/19 1389/14 1391/1
  1392/9 1392/17
**emotional [2]** 1214/4 1214/14
**emphasize [1]** 1394/12
**enact [1]** 1295/4
**encounter [58]** 1191/8
  1194/21 1221/3 1224/9
  1228/25 1243/1 1249/14
  1253/12 1260/11 1263/13
  1279/23 1279/24 1281/13
  1281/16 1282/1 1282/7
  1282/25 1284/4 1284/6
  1285/21 1286/3 1286/14
  1286/23 1286/23 1287/3
  1287/6 1287/11 1288/4 1289/4
  1289/7 1289/13 1295/14
  1295/18 1295/23 1297/10
  1300/12 1300/25 1301/9
  1302/5 1302/8 1303/23 1304/1
  1306/10 1315/17 1320/24
  1322/4 1331/13 1332/17
  1332/20 1334/3 1336/3
  1344/24 1345/1 1345/17
  1371/4 1395/13 1400/3
  1401/18
**encounters [13]** 1229/6
  1257/11 1258/2 1283/6
  1290/17 1309/15 1318/13
  1320/9 1346/3 1365/17
  1398/20 1406/7 1406/7
**encourage [1]** 1273/16
**encouraging [1]** 1273/14
**enforceable [3]** 1313/15
  1314/11 1314/22
**engage [7]** 1204/1 1204/9
  1398/18 1401/4 1403/8
  1407/13 1409/8
**engaged [1]** 1367/5
**engaging [5]** 1231/7 1394/20

1397/4 1397/8 1407/5
**English [1]** 1267/8
**enjoy [6]** 1223/24 1227/7
  1273/7 1293/15 1293/21
  1361/4
**enjoyed [3]** 1225/17 1225/25
  1302/20
**enjoying [1]** 1230/24
**enrolled [2]** 1195/13 1265/19
**enters [5]** 1180/9 1277/12
  1311/22 1323/18 1377/7
**enthusiastic [2]** 1272/19
  1295/10
**entice [2]** 1268/9 1268/10
**entire [2]** 1272/5 1272/6
**entirely [1]** 1395/12
**entitled [2]** 1320/24 1320/25
**episode [1]** 1400/18
**erect [1]** 1187/17
**error [1]** 1321/3
**escort [1]** 1268/25
**especially [1]** 1238/2
**ESQ [12]** 1178/11 1178/17
  1178/20 1178/21 1178/22
  1178/22 1179/4 1179/4 1179/7
  1179/8 1179/8 1179/9
**essence [1]** 1277/21
**essentially [1]** 1398/22
**establishes [1]** 1394/21
**et [4]** 1384/10 1408/20
  1408/20 1409/7
**evening [13]** 1184/18 1184/21
  1189/14 1212/9 1252/17
  1252/20 1275/9 1279/23
  1299/17 1304/1 1323/7 1324/5
  1414/6
**event [27]** 1192/17 1237/3
  1237/9 1237/13 1249/22
  1284/3 1300/6 1310/5 1337/9
  1337/10 1337/14 1337/16
  1338/2 1338/16 1338/18
  1338/23 1339/4 1339/6 1339/8
  1339/9 1339/12 1339/21
  1342/12 1346/15 1346/18
  1364/20 1411/10
**events [8]** 1181/5 1191/16
  1191/18 1237/7 1243/16
  1305/22 1380/6 1404/24
**eventually [10]** 1192/14
  1195/15 1206/11 1207/24
  1210/15 1214/18 1214/18
  1364/21 1365/4 1388/19
**evidence [53]** 1185/15 1190/2
  1196/5 1196/11 1201/1 1201/7
  1203/18 1219/14 1229/18
  1240/18 1240/23 1249/24
  1264/15 1264/22 1277/19
  1277/25 1287/20 1287/21
  1316/2 1320/25 1322/8
  1332/23 1333/4 1335/3 1335/7
  1336/25 1337/4 1340/17
  1340/23 1348/17 1348/18
  1371/10 1377/13 1377/21
  1377/23 1377/25 1394/21
  1395/5 1395/9 1395/18
  1395/22 1396/4 1397/3 1397/6

1397/10 1397/14 1397/15
  1398/23 1399/1 1399/10
  1399/16 1400/24 1409/14
**ex [2]** 1341/10 1342/9
**ex-boyfriend [2]** 1341/10
  1342/9
**exact [5]** 1263/18 1342/5
  1346/13 1352/22 1395/24
**exactly [12]** 1205/2 1210/24
  1221/8 1292/25 1311/10
  1349/25 1360/21 1373/2
  1395/10 1399/20 1401/7
  1405/12
**exam [1]** 1319/2
**examination [17]** 1180/13
  1180/19 1217/22 1217/23
  1225/5 1227/21 1229/23
  1247/7 1258/10 1297/1
  1322/11 1323/21 1323/22
  1331/6 1358/22 1363/4 1366/8
**examinations [1]** 1413/2
**examined [1]** 1180/17
**example [4]** 1207/16 1307/6
  1314/7 1358/18
**except [3]** 1345/17 1395/19
  1401/20
**excerpt [1]** 1325/23
**excess [3]** 1402/4 1402/22
  1402/23
**exchange [9]** 1286/12 1287/25
  1316/15 1316/18 1317/12
  1317/17 1322/21 1374/17
  1375/24
**exchanged [1]** 1264/10
**exchanges [8]** 1192/17
  1316/24 1363/9 1378/12
  1385/10 1386/10 1391/24
  1392/18
**exchanging [1]** 1353/5
**excise [1]** 1412/15
**excited [2]** 1236/22 1238/25
**exclamation [9]** 1282/19
  1386/3 1386/4 1386/6 1386/7
  1386/17 1386/18 1386/19
  1387/7
**excluded [1]** 1318/11
**excuse [21]** 1192/18 1224/10
  1225/11 1225/23 1227/11
  1227/13 1239/18 1240/9
  1248/12 1252/7 1274/17
  1286/6 1294/19 1294/22
  1302/14 1306/16 1308/11
  1309/11 1356/13 1362/5
  1389/21
**exhibit [61]** 1185/16 1190/4
  1192/24 1196/11 1196/12
  1196/15 1197/8 1197/10
  1197/19 1198/21 1200/25
  1201/7 1203/19 1217/3
  1219/15 1219/17 1223/7
  1240/22 1249/24 1277/24
  1299/15 1302/16 1304/8
  1307/2 1308/2 1313/16
  1313/23 1314/25 1315/19
  1316/14 1317/18 1318/2
  1318/14 1322/13 1333/3

**E**

**exhibit... [26]** 1335/6
1340/22 1361/12 1363/3
1364/11 1365/15 1366/3
1367/1 1368/2 1368/6 1373/16
1373/18 1373/23 1374/1
1377/20 1377/22 1377/24
1378/14 1381/9 1386/12
1387/9 1388/3 1389/8 1390/1
1391/23 1392/20
**Exhibit A [1]** 1217/3
**exhibits [16]** 1277/17
1277/22 1305/24 1312/1
1312/2 1312/2 1319/9 1319/13
1319/17 1320/11 1320/15
1321/20 1377/11 1377/12
1377/17 1393/15
**existed [1]** 1338/20
**exits [3]** 1277/6 1372/21
1394/2
**expect [6]** 1223/15 1244/3
1244/5 1244/6 1259/7 1343/14
**expected [1]** 1402/4
**expecting [2]** 1228/19 1257/5
**experience [6]** 1189/13
1226/7 1227/8 1259/25 1260/4
1302/10
**experienced [1]** 1214/15
**experiences [1]** 1303/12
**explain [2]** 1331/12 1376/13
**explicit [6]** 1228/17 1228/18
1235/22 1257/6 1271/4 1276/8
**explicitly [1]** 1259/6
**express [2]** 1304/10 1405/18
**expressed [1]** 1305/8
**expression [1]** 1272/14
**expressive [1]** 1405/22
**extensions [2]** 1304/11
1305/10
**extent [2]** 1195/9 1313/23
**extreme [1]** 1366/5
**extremely [1]** 1393/9
**eye [1]** 1234/2
**eyes [1]** 1392/17

**F**

**F5 [3]** 1340/11 1340/22
1364/11
**face [17]** 1183/16 1200/6
1210/2 1211/1 1219/21 1257/8
1266/17 1282/22 1283/15
1283/23 1284/21 1303/6
1357/15 1358/1 1359/18
1376/15 1384/9
**fact [37]** 1218/14 1225/19
1226/1 1238/22 1244/10
1244/12 1244/13 1249/1
1252/9 1252/10 1263/17
1272/5 1284/1 1287/10
1288/10 1289/23 1297/12
1306/23 1306/25 1316/20
1332/18 1334/16 1334/24
1336/16 1344/23 1347/24
1349/21 1350/13 1350/18
1362/4 1372/4 1395/9 1395/24
1405/22 1408/11 1409/7

**facts [5]** 1245/1 1248/25
1399/19 1401/20 1403/4
**factual [2]** 1405/5 1406/17
**fainted [5]** 1199/18 1199/25
1200/3 1200/12 1302/8
**fainting [1]** 1200/10
**fair [7]** 1207/13 1226/3
1303/6 1305/21 1317/23
1341/7 1397/19
**fall [3]** 1280/8 1351/14
1376/15
**false [2]** 1245/24 1245/24
**familiar [4]** 1219/10 1312/5
1312/9 1394/11
**fantasizing [1]** 1367/15
**fantasy [3]** 1225/22 1233/9
1233/10
**far [3]** 1257/4 1398/22
1412/4
**FARIELLO [1]** 1178/15
**fast [2]** 1194/8 1194/11
**fat [1]** 1188/3
**fatale [1]** 1262/8
**father [4]** 1361/13 1361/20
1362/16 1362/18
**father's [1]** 1241/5
**favorable [1]** 1401/21
**favorably [1]** 1409/14
**Fax [1]** 1179/12
**February [2]** 1356/21 1391/18
**February 15 [1]** 1356/21
**federal [3]** 1409/10 1412/14
1412/15
**fee [3]** 1203/25 1204/8
1300/3
**feet [1]** 1372/6
**Felices [8]** 1241/13 1242/11
1263/23 1264/2 1264/3 1325/3
1326/3 1328/12
**fell [4]** 1277/25 1280/7
1378/21 1381/21
**felt [6]** 1213/3 1213/5
1215/12 1310/14 1321/15
1356/4
**femme [1]** 1262/8
**Feriollo [2]** 1391/24 1392/5
**Ferriollo [14]** 1185/7 1185/8
1187/13 1204/1 1204/3
1204/11 1204/21 1205/6
1205/20 1207/5 1288/1
1324/19 1326/15 1328/8
**fetish [6]** 1218/24 1222/16
1222/20 1222/23 1235/3
1251/16
**fetish-style [3]** 1218/24
1222/20 1222/23
**few [11]** 1191/22 1192/2
1206/2 1237/10 1303/3
1314/14 1347/23 1359/18
1363/15 1372/6 1389/15
**fifth [1]** 1308/12
**Figure [1]** 1385/4
**figured [2]** 1215/14 1250/18
**file [10]** 1216/2 1216/6
1245/18 1245/19 1246/7

1246/8 1247/5 1247/6 1331/4
1331/5
**filed [3]** 1240/8 1245/2
1397/19
**filing [4]** 1215/21 1216/13
1216/18 1314/1
**finally [2]** 1259/25 1328/24
**financial [4]** 1266/1 1266/1
1404/2 1404/3
**financially [3]** 1265/8
1269/23 1342/19
**fine [14]** 1181/3 1267/25
1275/17 1322/12 1323/1
1335/15 1335/17 1352/25
1359/7 1373/8 1382/8 1388/18
1394/12 1414/3
**fined [2]** 1335/15 1336/9
**finger [2]** 1285/14 1409/16
**finish [5]** 1284/25 1332/7
1372/1 1413/17 1413/23
**first [39]** 1180/17 1193/20
1194/1 1195/25 1197/17
1199/13 1205/9 1206/5 1209/9
1219/13 1222/11 1224/8
1228/25 1229/8 1229/20
1233/5 1244/9 1244/24
1246/11 1246/12 1248/16
1248/20 1271/23 1279/25
1293/18 1304/14 1339/12
1347/5 1351/3 1351/11
1351/20 1357/5 1368/16
1369/10 1369/11 1393/21
1394/15 1408/8 1408/13
**fist [1]** 1209/24
**fists [1]** 1209/19
**five [6]** 1191/5 1216/22
1247/21 1357/23 1372/19
1373/4
**fix [1]** 1380/9
**fixing [1]** 1294/13
**flew [2]** 1234/2 1239/14
**flight [4]** 1377/12 1388/23
1389/18 1389/22
**flights [5]** 1382/20 1382/21
1382/22 1384/10 1390/6
**Floor [1]** 1178/16
**Florida [1]** 1251/24
**fly [3]** 1213/18 1234/3
1234/22
**flying [1]** 1231/15
**focus [1]** 1394/16
**followed [1]** 1286/3
**following [8]** 1224/15
1294/25 1322/20 1330/8
1344/11 1364/19 1380/13
1398/7
**follows [1]** 1180/11
**foolish [1]** 1215/11
**force [24]** 1226/11 1394/22
1401/2 1401/2 1401/5 1401/11
1401/13 1402/25 1402/25
1402/25 1403/5 1403/6
1403/10 1403/11 1403/20
1405/1 1405/1 1406/19 1409/7
1411/12 1411/12 1411/20
1411/25 1411/25

**F**

**forced [6]** 1239/5 1240/3 1257/1 1397/8 1397/14 1404/22
**forcing [4]** 1232/15 1232/17 1256/25 1401/11
**forget [1]** 1214/19
**forgive [3]** 1193/23 1209/8 1367/4
**forgot [2]** 1317/13 1383/24
**forgotten [2]** 1282/4 1375/13
**form [2]** 1394/17 1412/13
**former [1]** 1313/9
**forth [3]** 1394/14 1397/18 1398/16
**forward [8]** 1222/13 1222/22 1256/22 1262/6 1263/8 1337/6 1396/5 1397/13
**four [4]** 1305/21 1386/17 1386/18 1408/17
**fourth [4]** 1197/18 1308/11 1360/12 1375/7
**fragile [1]** 1386/4
**frankly [5]** 1313/12 1376/24 1400/1 1407/13 1413/18
**fraud [6]** 1398/25 1401/3 1403/1 1409/7 1409/21 1409/22
**Freako [1]** 1382/17
**free [16]** 1194/7 1194/19 1297/21 1357/10 1360/7 1405/6 1405/13 1405/17 1405/24 1405/25 1406/5 1406/12 1406/15 1406/18 1408/12 1408/16
**freedom [1]** 1406/3
**freewill [1]** 1296/5
**frequently [2]** 1272/14 1326/20
**Friday [4]** 1219/25 1221/4 1222/22 1374/7
**Friday's [1]** 1219/21
**Fridays [1]** 1413/22
**friend [47]** 1253/6 1253/12 1253/18 1254/7 1254/8 1254/9 1259/15 1261/25 1261/25 1284/9 1287/18 1294/15 1294/16 1294/17 1294/21 1304/4 1307/15 1307/22 1307/24 1326/7 1326/9 1326/17 1326/18 1328/8 1339/18 1339/19 1340/1 1340/4 1346/16 1348/2 1348/3 1348/3 1349/15 1352/2 1352/3 1354/21 1357/19 1359/17 1359/19 1359/20 1368/16 1368/21 1375/14 1387/21 1392/8 1393/2 1393/8
**friend's [1]** 1253/18
**friendly [6]** 1287/8 1287/15 1363/17 1363/18 1364/4 1392/14
**friends [15]** 1191/24 1241/19 1283/25 1284/11 1327/1 1328/21 1352/15 1353/15 1353/23 1355/13 1355/19

1357/7 1359/7 1359/21 1385/21
**front [15]** 1190/12 1193/1 1226/24 1227/13 1227/15 1258/5 1259/6 1261/6 1261/19 1317/15 1320/7 1328/3 1347/14 1369/25 1373/17
**frown [2]** 1344/2 1358/9
**frowny [1]** 1358/1
**Fruit [1]** 1382/19
**frustrated [1]** 1308/5
**fucked [3]** 1188/22 1212/20 1346/24
**fucking [2]** 1211/7 1214/9
**full [3]** 1290/2 1290/3 1345/22
**fun [22]** 1210/7 1255/6 1273/10 1273/14 1275/24 1294/3 1302/20 1303/4 1303/10 1303/13 1303/16 1352/9 1354/16 1355/7 1355/9 1355/10 1357/11 1360/5 1382/4 1383/17 1388/20 1389/5
**funding [1]** 1410/21
**fundraiser [1]** 1338/18
**funny [9]** 1238/7 1238/17 1238/19 1238/21 1387/7 1389/6 1391/11 1392/11 1392/11
**future [1]** 1288/8

**G**

**gag [9]** 1183/17 1183/24 1184/3 1184/4 1184/16 1188/14 1188/20 1280/12 1280/15
**game [11]** 1232/21 1233/3 1235/12 1235/12 1272/13 1272/16 1272/22 1272/23 1358/10 1358/11 1408/14
**games [1]** 1358/12
**general [2]** 1361/2 1409/10
**generally [2]** 1321/19 1369/7
**gentle [1]** 1393/7
**gentlemen [7]** 1180/11 1277/3 1311/18 1323/20 1372/19 1385/8 1393/18
**get-togethers [1]** 1250/15
**GILBERT [1]** 1179/4
**girl [10]** 1188/2 1208/11 1211/8 1211/8 1254/4 1358/15 1358/15 1385/24 1386/4 1387/3
**girlfriend [2]** 1255/3 1294/3
**girlfriends [2]** 1274/7 1274/18
**girls [23]** 1208/13 1223/19 1225/18 1226/1 1226/16 1226/20 1227/6 1227/8 1231/15 1237/25 1238/1 1257/10 1267/19 1273/7 1273/22 1275/11 1293/14 1293/15 1382/14 1384/9 1392/11 1392/12 1392/14
**girls' [1]** 1382/20

**given [3]** 1185/5 1280/3 1284/5
**glad [2]** 1302/18 1317/3
**glass [2]** 1181/13 1181/18
**glasses [1]** 1367/1
**gmail.com [2]** 1179/13 1383/18
**God [6]** 1198/18 1284/17 1346/25 1368/21 1384/8 1386/1
**GOLDEN [2]** 1404/20 1406/22
**Goodnight [1]** 1384/24
**Google [2]** 1231/16 1271/23
**Gotcha [1]** 1382/6
**grant [1]** 1410/20
**graphic [1]** 1399/18
**gravamen [1]** 1397/15
**great [6]** 1270/13 1283/22 1352/8 1352/11 1353/16 1400/11
**greetings [1]** 1353/5
**grind [1]** 1285/12
**ground [1]** 1184/12
**group [2]** 1233/2 1393/13
**GROVER [1]** 1179/7
**guarantee [5]** 1230/11 1230/14 1367/19 1367/21 1367/24
**guaranteed [1]** 1273/21
**guess [28]** 1199/18 1208/8 1221/22 1233/16 1233/20 1235/16 1241/20 1248/16 1250/6 1264/13 1268/8 1275/14 1275/16 1278/23 1286/11 1287/2 1287/24 1303/7 1308/7 1308/10 1310/23 1328/24 1338/11 1338/19 1360/16 1361/21 1388/24 1403/2
**guessing [2]** 1259/11 1260/3
**guest [3]** 1237/9 1237/12 1338/12
**guy [7]** 1231/3 1231/7 1231/11 1263/6 1288/14 1289/19 1339/9
**guys [3]** 1303/10 1303/10 1303/18
**gym [1]** 1360/20

**H**

**habit [1]** 1386/19
**Hahaha [2]** 1391/7 1391/11
**hair [9]** 1220/11 1220/13 1304/10 1304/11 1304/15 1304/19 1304/25 1305/9 1389/2
**half [5]** 1191/5 1201/10 1210/10 1297/5 1317/22
**HAMPTON [1]** 1179/2
**hand [5]** 1186/6 1209/23 1209/23 1328/25 1363/24
**handcuffed [1]** 1207/25
**handcuffs [12]** 1207/25 1208/4 1208/4 1208/23 1208/25 1209/6 1209/12 1212/3 1329/9 1329/10

**H**

handcuffs... **[2]** 1329/12 1329/15
handed **[2]** 1310/2 1375/1
handheld **[1]** 1181/12
handing **[1]** 1310/9
handle **[5]** 1268/1 1290/12 1290/14 1290/24 1296/22
hands **[9]** 1187/8 1208/3 1209/17 1209/18 1209/19 1209/21 1209/22 1331/19 1331/20
handwriting **[2]** 1201/15 1201/19
hang **[3]** 1346/7 1346/8 1348/7
hanging **[3]** 1346/16 1348/3 1348/3
happy **[12]** 1264/16 1266/17 1296/20 1302/19 1303/8 1333/17 1338/9 1353/3 1353/3 1386/24 1392/15 1398/10
hard **[5]** 1182/17 1257/8 1304/10 1364/22 1413/19
harder **[1]** 1381/5
HASSEN **[7]** 1178/4 1180/16 1240/19 1267/6 1278/1 1323/24 1406/8
Hassen's **[2]** 1320/9 1322/24
hate **[2]** 1387/1 1388/20
haven't -- I've **[1]** 1355/1
he-he **[2]** 1238/3 1238/8
head **[3]** 1339/23 1387/18 1390/22
headed **[1]** 1384/12
heading **[3]** 1191/23 1283/24 1391/5
heal **[1]** 1347/5
healed **[1]** 1347/7
heard **[8]** 1301/5 1308/13 1308/22 1313/17 1314/14 1375/15 1399/16 1413/15
hearsay **[1]** 1316/3
heart **[2]** 1236/14 1384/25
Heather **[1]** 1393/8
heavier **[1]** 1256/7
heavy **[1]** 1229/19
held **[2]** 1209/19 1379/1
hello **[3]** 1249/17 1250/8 1250/14
helpful **[2]** 1376/14 1406/22
HENRY **[1]** 1179/8
heroin **[5]** 1214/22 1362/9 1362/12 1364/21 1365/4
hi **[6]** 1193/9 1195/3 1291/17 1292/6 1333/7 1359/16
hiding **[2]** 1225/20 1259/9
high **[3]** 1296/11 1296/12 1296/15
highlighted **[3]** 1255/25 1256/19 1315/19
highlights **[1]** 1313/16
himself **[1]** 1376/5
hip **[1]** 1336/23
hit **[5]** 1185/24 1240/24 1266/7 1370/23 1400/14

hitting **[7]** 1183/16 1200/4 1210/1 1212/20 1329/1 1360/20 1369/13
hmm **[7]** 1236/23 1252/1 1333/10 1336/15 1341/8 1345/5 1351/23
Hold **[1]** 1235/3
Hold'em **[2]** 1237/3 1237/6
holding **[2]** 1183/7 1183/25
hole **[1]** 1232/3
home **[12]** 1200/14 1212/12 1265/2 1289/20 1352/14 1354/25 1364/24 1384/18 1386/14 1386/18 1388/8 1393/19
honest **[1]** 1259/19
honestly **[6]** 1225/22 1244/7 1266/13 1328/22 1353/24 1413/17
Honor **[104]** 1180/14 1181/2 1185/15 1185/18 1192/18 1194/9 1200/21 1200/23 1201/8 1215/18 1215/20 1216/3 1216/25 1217/21 1240/18 1249/6 1249/20 1249/22 1277/1 1277/15 1277/22 1287/21 1306/8 1311/15 1311/24 1312/4 1312/11 1313/8 1313/20 1314/14 1315/1 1315/11 1315/25 1316/14 1316/23 1317/18 1317/20 1318/8 1318/23 1321/9 1321/20 1322/12 1322/18 1323/8 1323/14 1325/23 1333/1 1335/1 1335/11 1340/19 1345/12 1348/18 1350/11 1362/24 1363/1 1366/16 1366/18 1369/22 1371/7 1371/13 1372/10 1372/16 1373/2 1373/7 1373/13 1374/6 1374/24 1375/9 1375/21 1376/3 1376/18 1377/5 1377/10 1378/1 1378/9 1378/24 1380/3 1380/10 1385/6 1393/15 1393/17 1394/5 1394/6 1394/7 1394/14 1395/18 1397/17 1397/24 1398/2 1401/13 1402/7 1402/14 1404/19 1405/9 1406/25 1407/21 1408/5 1410/1 1410/9 1411/20 1412/22 1413/6 1413/7 1414/5
Honor's **[1]** 1398/24
HONORABLE **[1]** 1178/12
hooked **[2]** 1186/15 1186/17
hooker **[1]** 1213/3
hooks **[1]** 1186/21
hope **[14]** 1181/2 1249/17 1264/16 1285/11 1323/20 1337/9 1353/14 1357/24 1359/17 1359/19 1359/21 1359/25 1389/13 1409/2
Hopefully **[1]** 1360/1
hopes **[1]** 1411/8
hoping **[2]** 1269/4 1285/13

HOPPER **[7]** 1178/4 1316/24 1317/2 1317/4 1317/9 1317/25 1318/1
Hopper's **[1]** 1316/16
horrible **[4]** 1213/23 1248/1 1250/22 1270/24
hospital **[11]** 1212/24 1213/4 1213/10 1334/5 1334/18 1334/20 1334/24 1335/1 1336/1 1336/7 1336/7
host **[1]** 1338/16
hosting **[1]** 1237/3
hot **[3]** 1208/13 1238/2 1387/3
hotel **[10]** 1239/4 1239/8 1240/5 1240/15 1243/1 1243/10 1246/20 1269/9 1270/23 1281/10
hour **[15]** 1181/9 1184/24 1185/11 1187/12 1199/12 1210/10 1236/21 1241/22 1242/5 1242/8 1311/23 1351/17 1390/21 1393/19 1413/11
hours **[9]** 1191/5 1191/11 1298/3 1298/8 1311/17 1336/21 1389/7 1389/15 1390/17
house **[3]** 1241/5 1285/14 1343/17
housekeeping **[1]** 1277/15
HOWARD **[9]** 1178/8 1178/19 1179/2 1301/9 1309/16 1372/5 1378/12 1386/10 1392/18
Howie **[134]**
Howie's **[2]** 1307/20 1309/14
HR000551 **[1]** 1314/7
huge **[1]** 1237/3
hum **[3]** 1263/14 1291/16 1363/10
humiliating **[1]** 1226/1
humiliation **[11]** 1223/25 1224/1 1224/7 1225/6 1225/7 1225/10 1225/13 1225/18 1227/8 1255/5 1293/16
hundred **[1]** 1237/4
hungry **[1]** 1391/9
hurt **[2]** 1182/23 1232/8
hurts **[2]** 1270/17 1270/17
husband **[1]** 1348/6
husband's **[1]** 1348/8
hush **[2]** 1348/19 1348/19
hustle **[2]** 1285/12 1285/12
hypothetical **[1]** 1407/15
hysterically **[2]** 1345/24 1346/23

**I**

idea **[25]** 1232/9 1232/25 1236/18 1238/6 1247/2 1248/20 1251/14 1251/17 1253/14 1254/18 1255/15 1263/11 1263/18 1273/19 1276/2 1288/16 1288/21 1290/15 1290/25 1307/8 1316/6 1329/18 1356/20

**I**

idea... **[2]** 1356/23 1408/25
identify **[1]** 1312/8
Image **[1]** 1382/15
imagine **[1]** 1297/23
immediately **[1]** 1207/22
impact **[1]** 1212/19
implication **[1]** 1322/8
important **[1]** 1240/11
impossible **[1]** 1400/6
incident **[6]** 1212/21 1213/25
1217/14 1279/24 1323/24
1406/10
inclined **[1]** 1316/12
include **[3]** 1207/10 1315/7
1321/16
included **[3]** 1207/6 1305/6
1404/1
Including **[1]** 1328/21
inconsistent **[1]** 1248/25
incorrect **[1]** 1248/19
incorrectly **[1]** 1248/15
indeed **[2]** 1344/18 1409/16
independent **[1]** 1374/13
indicating **[1]** 1186/11
indication **[2]** 1238/12
1400/15
inference **[6]** 1399/8 1399/13
1399/19 1399/22 1400/21
1400/23
inferences **[1]** 1410/10
influence **[1]** 1310/8
info **[2]** 1302/25 1382/17
inform **[1]** 1339/13
information **[2]** 1240/11
1264/10
informed **[2]** 1276/9 1277/16
ingénue **[1]** 1409/1
initiated **[3]** 1239/23
1245/21 1245/22
injected **[1]** 1335/19
injections **[3]** 1212/16
1335/14 1336/8
injured **[8]** 1285/23 1286/13
1286/23 1302/5 1305/12
1334/2 1334/3 1345/1
injuries **[11]** 1189/13
1212/13 1212/22 1214/3
1247/17 1315/4 1315/5
1315/16 1315/22 1316/1
1343/7
injuring **[1]** 1282/24
injury **[7]** 1316/3 1316/3
1316/3 1364/18 1365/3 1365/8
1365/9
inkling **[1]** 1363/19
inquires **[1]** 1283/19
insanely **[1]** 1343/18
installment **[1]** 1290/4
instance **[1]** 1232/11
instead **[3]** 1275/15 1374/5
1403/2
intend **[2]** 1319/17 1403/7
intended **[2]** 1395/13 1397/12
intense **[11]** 1226/7 1227/8
1230/16 1230/19 1256/6

1256/11 1257/4 1259/11
1296/21 1368/1 1368/12
interactions **[1]** 1215/6
intercourse **[7]** 1328/1
1329/19 1331/9 1332/13
1371/4 1371/20 1371/24
interested **[10]** 1222/8
1231/17 1231/19 1232/1
1232/12 1235/7 1272/18
1293/20 1354/11 1384/18
internet **[1]** 1232/7
interrupts **[1]** 1398/5
intoxicated **[1]** 1360/22
introduce **[2]** 1316/6 1382/24
introduced **[5]** 1241/17
1241/18 1249/20 1249/21
1313/21
introducing **[1]** 1316/3
invite **[1]** 1338/14
invited **[11]** 1202/24 1205/12
1324/24 1338/2 1338/13
1338/13 1338/15 1339/1
1339/2 1339/4 1354/22
involve **[2]** 1217/9 1410/21
involved **[3]** 1392/23 1398/25
1399/17
irons **[3]** 1288/19 1288/20
1288/22
irrelevant **[2]** 1313/23
1316/18
ISAACS **[1]** 1178/22
isolation **[1]** 1374/3
issue **[10]** 1322/19 1323/6
1395/16 1395/22 1396/2
1406/18 1408/17 1409/5
1410/24 1412/7
issued **[1]** 1315/14
issues **[2]** 1265/9 1266/1
item **[5]** 1307/3 1308/11
1308/12 1353/2 1360/12
items **[2]** 1356/14 1356/15
itself **[1]** 1223/3

**J**

J5 **[2]** 1335/6 1335/8
jam **[1]** 1298/23
January **[16]** 1350/22 1351/7
1352/6 1354/18 1357/1 1360/9
1360/9 1360/17 1360/17
1360/23 1386/12 1386/25
1390/1 1390/11 1390/16
1391/13
January 28 **[1]** 1351/7
January 29th **[1]** 1352/6
Jen **[1]** 1384/20
JENNIFER **[21]** 1178/8 1179/6
1374/18 1378/13 1383/23
1385/11 1385/15 1386/11
1386/16 1387/2 1387/10
1387/22 1388/6 1388/9
1389/12 1390/4 1391/25
1392/1 1392/19 1392/21
1393/5
Jeremy **[1]** 1374/15
Jesus **[3]** 1192/8 1285/10
1343/2

JFK **[1]** 1241/7
job **[2]** 1298/2 1298/20
jobs **[1]** 1298/14
john **[2]** 1178/17 1398/21
johns **[1]** 1408/20
join **[4]** 1199/6 1199/8
1255/3 1352/13
joined **[1]** 1199/11
joke **[2]** 1238/11 1387/6
JOLENE **[1]** 1179/8
JP **[1]** 1373/18
JP-235 **[1]** 1373/18
JPTO **[1]** 1373/23
JRP **[1]** 1384/25
JUDGE **[6]** 1178/12 1180/2
1218/9 1315/14 1357/22
1399/11
Judge Cogan **[1]** 1180/2
judgment **[4]** 1394/8 1402/8
1410/4 1410/20
juicing **[1]** 1360/20
July **[12]** 1217/12 1217/12
1306/20 1307/3 1341/5 1341/7
1341/9 1346/19 1364/13
1365/24 1384/20 1392/21
July 17 **[2]** 1341/7 1341/9
July 1st **[1]** 1217/12
July 25th **[1]** 1217/12
July 27 **[1]** 1341/5
July 28th **[1]** 1307/3
June **[43]** 1181/6 1191/20
1192/4 1192/18 1192/24
1193/2 1193/6 1194/20
1195/25 1196/1 1196/22
1197/12 1200/18 1217/16
1264/20 1264/23 1279/20
1281/17 1282/12 1286/3
1286/9 1286/13 1287/4 1287/6
1287/8 1288/3 1289/7 1297/10
1299/18 1300/21 1300/22
1301/19 1301/21 1326/19
1345/18 1345/18 1356/10
1361/9 1365/17 1384/2
1384/11 1392/1 1406/10
June 13th **[5]** 1192/24 1193/2
1194/20 1196/1 1196/22
June 16th **[1]** 1197/12
June 30th **[8]** 1200/18
1297/10 1299/18 1300/21
1300/22 1301/19 1301/21
1345/18
June 4th **[1]** 1406/10
June 5th **[2]** 1181/6 1345/18
June 6th **[3]** 1191/20 1192/4
1193/6
juror **[1]** 1381/2
jurors **[3]** 1287/24 1381/2
1402/8
jury **[58]** 1178/13 1180/1
1180/6 1180/9 1186/9 1193/11
1193/23 1194/5 1194/17
1198/11 1201/12 1202/8
1239/19 1277/6 1277/9
1277/11 1277/12 1279/6
1279/11 1279/22 1311/22
1312/1 1313/3 1314/18

**J**

jury... **[34]**  1314/19 1314/23
1316/7 1319/1 1319/1 1319/3
1319/4 1319/12 1319/16
1320/7 1320/11 1320/15
1320/17 1323/9 1323/18
1336/25 1347/15 1366/6
1371/9 1372/21 1374/19
1374/21 1377/6 1377/7 1381/5
1394/2 1399/8 1399/19
1407/14 1410/16 1410/25
1412/9 1412/24 1412/24
jury's **[3]**  1184/1 1187/1
1226/6
justice **[2]**  1254/24 1254/25

**K**

KATHERINE **[1]**  1179/4
Kato **[1]**  1263/25
keep **[8]**  1202/9 1227/2
1309/22 1311/2 1311/13
1364/3 1368/9 1376/22
kept **[5]**  1188/2 1210/12
1310/15 1328/10 1372/7
kick **[1]**  1296/20
kicked **[1]**  1341/10
kidding **[5]**  1301/3 1301/6
1301/7 1344/14 1387/1
kill **[1]**  1405/10
Kim **[13]**  1231/16 1241/11
1242/15 1251/23 1252/3
1263/25 1339/23 1348/22
1349/11 1349/24 1352/2
1352/3 1354/21
known **[3]**  1242/4 1326/12
1405/15
knows **[4]**  1393/13 1399/22
1409/7 1409/19

**L**

lack **[2]**  1396/3 1410/21
ladies **[7]**  1180/11 1277/3
1311/17 1323/20 1372/19
1385/8 1393/18
lady **[2]**  1335/18 1336/13
Lafayette **[1]**  1387/18
laid **[1]**  1387/4
laided **[1]**  1391/3
Lands **[1]**  1389/23
language **[1]**  1401/1
lapel **[1]**  1373/15
large **[1]**  1327/12
lasted **[1]**  1408/24
late **[5]**  1195/2 1249/9
1279/19 1292/1 1364/7
laughed **[1]**  1329/7
laughing **[4]**  1210/6 1210/7
1271/15 1383/9
laughs **[2]**  1357/12 1359/19
LAVIGNE **[2]**  1179/8 1399/2
LAVIGNE-ALBERT **[1]**  1179/8
law **[7]**  1312/9 1394/8
1397/19 1409/4 1409/13
1412/7 1412/19
Laws **[1]**  1410/9
lawsuit **[11]**  1215/22 1216/2

1216/6 1216/14 1216/19
1239/23 1240/8 1245/22
1245/25 1314/1 1314/6
lawyer **[5]**  1227/20 1229/23
1240/10 1246/3 1309/7
lawyers **[4]**  1245/1 1248/9
1248/18 1410/5
laying **[1]**  1401/7
lays **[1]**  1223/15
LD **[6]**  1191/13 1282/21
1282/24 1283/13 1297/7
1299/16
leading **[2]**  1198/8 1239/3
learn **[1]**  1225/9
least **[15]**  1202/5 1293/14
1316/20 1328/21 1336/6
1370/18 1374/9 1374/21
1390/22 1395/15 1395/16
1405/16 1406/7 1411/8 1412/1
leave **[31]**  1210/15 1210/17
1211/20 1211/24 1212/1
1243/9 1244/14 1252/21
1252/22 1253/1 1253/1
1285/13 1328/25 1383/13
1388/7 1389/16 1390/18
1405/6 1405/9 1405/13
1405/17 1405/18 1405/24
1405/25 1406/3 1406/5
1406/12 1406/15 1406/18
1408/12 1408/16
leaving **[3]**  1348/6 1406/19
1406/20
led **[1]**  1199/15
left **[11]**  1190/2 1204/21
1208/3 1212/9 1252/25
1270/18 1336/18 1352/18
1363/24 1370/10 1388/11
left-hand **[1]**  1363/24
legally **[1]**  1245/25
legs **[2]**  1181/15 1189/17
less **[5]**  1242/5 1272/6
1298/6 1343/12 1343/13
letter **[8]**  1317/12 1323/3
1394/11 1394/14 1394/16
1397/18 1398/3 1398/17
letting **[1]**  1260/10
LI **[1]**  1179/9
liable **[3]**  1310/15 1411/17
1411/24
liar **[1]**  1356/5
lie **[5]**  1218/4 1219/1
1254/10 1284/12 1407/24
lied **[2]**  1361/25 1362/20
lies **[1]**  1254/12
life **[16]**  1220/7 1231/3
1231/8 1233/18 1233/20
1242/21 1250/1 1265/8
1265/18 1270/2 1279/5
1298/14 1307/22 1356/1
1363/22 1364/17
Life's **[1]**  1297/21
light **[1]**  1401/21
limit **[3]**  1407/9 1407/10
1407/11
limited **[3]**  1316/5 1373/20
1376/20

LINDA **[1]**  1179/11
LindaDan226 **[1]**  1179/13
line **[34]**  1196/22 1223/10
1223/11 1236/24 1238/1
1247/4 1247/4 1261/11
1261/11 1274/17 1278/5
1278/5 1278/21 1278/21
1286/20 1286/20 1302/14
1305/15 1305/15 1325/18
1325/18 1335/12 1351/3
1369/24 1370/1 1370/4 1370/9
1370/18 1407/18 1407/20
1409/4 1409/4 1409/5 1409/6
Line 14 **[1]**  1247/4
line 16 **[1]**  1325/18
Line 17 **[1]**  1247/4
line 18 **[1]**  1305/15
line 7 **[1]**  1325/18
liner **[1]**  1373/22
lines **[13]**  1191/22 1192/2
1245/15 1265/22 1294/1
1296/19 1329/25 1357/23
1373/24 1377/16 1378/3
1385/9 1409/4
lines 4 **[1]**  1329/25
lingerie **[1]**  1237/19
listed **[1]**  1234/18
Listen **[3]**  1267/25 1275/9
1392/10
literally **[7]**  1199/25
1206/17 1209/17 1345/15
1345/21 1360/20 1364/20
litigation **[3]**  1254/14
1254/15 1314/16
LLP **[3]**  1178/19 1179/2
1179/6
LMAO **[1]**  1387/3
located **[1]**  1324/10
locked **[4]**  1198/15 1301/17
1305/6 1408/19
logic **[1]**  1410/15
LOL **[16]**  1190/9 1271/14
1274/12 1274/13 1274/18
1274/24 1284/11 1285/12
1285/18 1385/18 1385/23
1385/25 1386/2 1386/5
1388/13 1392/13
looked **[6]**  1186/8 1243/20
1311/3 1311/12 1370/19
1387/25
looks **[3]**  1197/4 1388/2
1393/10
lopsided **[1]**  1212/18
Lord **[3]**  1386/1 1389/4
1409/19
Lore **[1]**  1287/25
Loredana **[57]**  1185/5 1185/9
1187/13 1189/6 1196/21
1196/23 1196/25 1202/15
1202/16 1202/17 1204/3
1206/12 1206/15 1216/8
1280/21 1280/23 1287/8
1288/1 1294/8 1294/10
1297/10 1299/5 1299/21
1299/23 1300/13 1300/14
1301/9 1301/25 1302/2

**L**

**Loredana... [28]**  1303/24 1304/2 1304/6 1304/9 1304/16 1304/19 1306/23 1307/4 1307/6 1308/3 1308/8 1308/18 1309/23 1328/8 1338/13 1338/14 1339/2 1339/25 1344/11 1345/15 1345/19 1345/22 1346/8 1346/9 1348/2 1348/5 1391/24 1392/5
**Loredana's [2]**  1339/19 1346/16
**Loredonna [1]**  1296/2
**Los [2]**  1233/22 1234/22
**Los Angeles [2]**  1233/22 1234/22
**lose [4]**  1203/6 1203/12 1310/11 1360/21
**lost [3]**  1185/17 1360/20 1367/19
**loud [4]**  1181/2 1271/15 1337/1 1370/11
**louder [1]**  1187/17
**loudly [1]**  1185/18
**love [33]**  1191/13 1195/4 1220/3 1220/17 1222/12 1223/11 1223/18 1223/19 1223/22 1226/17 1227/6 1227/7 1227/9 1235/19 1238/1 1245/7 1257/10 1267/20 1275/11 1292/7 1292/10 1293/15 1303/10 1303/19 1349/8 1349/9 1351/10 1352/12 1355/18 1359/18 1360/13 1386/18 1391/11
**loved [5]**  1282/21 1283/2 1283/13 1352/11 1400/11
**loves [2]**  1188/3 1253/8
**lower [3]**  1186/6 1201/19 1363/24
**loyal [1]**  1314/9
**lunch [11]**  1191/24 1283/24 1284/9 1284/10 1311/17 1312/3 1312/3 1312/10 1323/20 1351/4 1360/1
**LYTELL [18]**  1178/3 1315/17 1373/20 1374/4 1374/11 1374/17 1375/11 1375/12 1375/14 1375/18 1375/22 1382/18 1394/25 1395/16 1398/24 1399/3 1401/19 1411/5

**M**

**M-U-N [1]**  1213/13
**machine [10]**  1181/12 1181/17 1182/6 1182/8 1182/13 1183/8 1183/12 1185/21 1281/20 1296/3
**mail [32]**  1234/12 1235/2 1236/21 1237/1 1238/1 1238/4 1240/19 1243/23 1251/22 1257/3 1257/17 1258/7 1260/13 1260/14 1260/19 1260/25 1261/24 1262/5 1262/9 1262/24 1264/12 1264/18 1332/16 1333/5 1366/2 1366/21 1366/24 1367/11 1368/3 1368/17 1368/18 1409/21
**mailed [2]**  1249/14 1369/1
**mails [4]**  1276/9 1281/15 1368/7 1368/7
**Maimonides [2]**  1334/18 1336/16
**Maimonides Hospital [1]**  1334/18
**Maimonidies [3]**  1334/24 1335/2 1336/1
**Maimonidies Hospital [2]**  1334/24 1336/1
**maintain [1]**  1364/16
**man [8]**  1214/8 1239/17 1246/12 1269/7 1269/12 1342/14 1363/21 1364/19
**management [2]**  1322/20 1376/22
**manager [1]**  1327/19
**Mandarin [24]**  1229/1 1237/16 1239/4 1239/8 1240/5 1240/14 1241/8 1243/1 1243/18 1244/3 1246/20 1248/3 1249/14 1250/10 1256/9 1266/10 1269/8 1270/23 1281/9 1281/13 1326/13 1337/11 1345/17 1365/21
**Mandarin Oriental [16]**  1229/1 1237/16 1239/4 1239/8 1240/5 1240/14 1241/8 1243/1 1243/18 1246/20 1248/3 1249/14 1250/10 1256/9 1337/11 1345/17
**MANDEEP [1]**  1178/17
**Manhattan [8]**  1205/2 1241/4 1263/15 1263/20 1324/11 1324/12 1338/4 1357/4
**manner [1]**  1210/8
**March [8]**  1178/7 1359/25 1360/9 1383/21 1387/10 1387/19 1391/22 1414/10
**March 30 [1]**  1414/10
**mark [5]**  1358/13 1360/13 1375/8 1378/19 1381/17
**Mary's [1]**  1389/11
**matter [10]**  1210/7 1244/23 1277/16 1289/23 1296/21 1358/3 1394/8 1397/19 1412/7 1412/19
**May 19 [1]**  1341/2
**McDONALD [10]**  1178/20 1247/8 1259/2 1266/3 1277/14 1349/20 1359/2 1363/8 1415/5 1415/6
**McDonald's [1]**  1371/15
**meal [1]**  1355/13
**mean [52]**  1194/1 1194/5 1194/6 1194/18 1203/15 1204/17 1214/25 1216/16 1220/18 1220/20 1221/7 1224/2 1224/4 1225/13 1228/4 1230/19 1230/20 1231/9 1231/10 1235/13 1236/15

**meaning [9]**  1261/19 1284/17 1371/2 1374/14 1376/19 1402/12 1403/9 1405/14 1411/2
**means [17]**  1186/23 1224/7 1256/7 1266/24 1267/5 1270/8 1272/18 1272/22 1272/23 1279/7 1288/7 1303/19 1308/5 1308/6 1335/15 1357/9 1393/14
**meant [13]**  1203/16 1220/5 1220/9 1220/10 1224/3 1226/14 1235/14 1260/12 1271/10 1292/21 1342/24 1342/25 1356/24
**mechanical [1]**  1179/14
**mechanics [1]**  1373/3
**medical [1]**  1212/22
**medication [2]**  1193/17 1195/16
**meds [1]**  1365/3
**meet [18]**  1193/12 1193/15 1198/11 1218/21 1218/24 1222/9 1223/16 1240/3 1251/19 1255/2 1274/3 1283/17 1297/12 1299/18 1306/21 1378/20 1381/20 1385/17
**meeting [6]**  1222/13 1222/22 1233/5 1239/4 1288/5 1337/11
**memorial [3]**  1348/20 1348/24 1349/14
**memory [5]**  1191/7 1207/1 1211/14 1251/18 1305/21
**men [1]**  1404/21
**mentally [3]**  1386/5 1386/6 1386/7
**mention [2]**  1248/25 1254/3
**mentioned [3]**  1194/12 1342/8 1412/23
**mentor [1]**  1287/17
**message [8]**  1264/19 1281/12 1282/13 1287/25 1288/17 1289/1 1348/10 1395/13
**messages [11]**  1276/8 1281/15 1286/3 1286/9 1291/14 1315/9 1348/21 1360/8 1373/19 1400/10 1400/14
**messaging [1]**  1300/7
**met [17]**  1235/25 1241/15 1250/8 1251/23 1251/23 1281/7 1281/9 1326/8 1326/12 1326/19 1327/2 1352/2 1366/11 1367/2 1367/11 1367/23 1385/16

**M**

**metal [1]**  1208/6
**methods [2]**  1403/4 1403/5
**mg [1]**  1335/21
**MIA [21]**  1178/3 1373/20
1374/4 1374/11 1374/14
1374/17 1375/11 1375/12
1375/13 1375/18 1382/18
1383/2 1391/16 1392/24
1393/2 1393/3 1393/8 1393/9
1393/10 1394/25 1411/5
**mic [6]**  1185/18 1218/6
1218/7 1218/8 1218/9 1218/10
**MICHAEL [2]**  1179/4 1383/15
**Michelle [10]**  1241/13
1242/11 1251/23 1252/3
1263/23 1264/2 1264/2 1325/3
1326/3 1328/12
**mics [4]**  1373/15 1381/6
1381/6 1385/4
**mid [1]**  1372/18
**mid-afternoon [1]**  1372/18
**middle [2]**  1238/4 1271/23
**Midtown [1]**  1357/4
**might [6]**  1230/21 1257/5
1351/23 1403/21 1403/22
1411/17
**milligrams [1]**  1335/22
**million [1]**  1342/25
**mind [7]**  1262/4 1292/24
1358/4 1358/7 1389/15
1410/25 1411/22
**MINHAS [13]**  1178/17 1372/23
1377/10 1378/1 1378/5
1378/13 1378/14 1382/9
1385/11 1386/11 1391/25
1392/19 1392/20
**minute [5]**  1192/6 1197/25
1274/8 1413/13 1414/3
**minutes [11]**  1187/22 1188/7
1197/4 1206/23 1266/4 1277/3
1277/7 1303/4 1323/11 1373/4
1408/24
**mislead [1]**  1374/19
**misleading [1]**  1318/25
**Miss Moore [1]**  1411/7
**missed [1]**  1307/10
**missing [2]**  1193/24 1389/18
**misstate [1]**  1350/5
**misstated [1]**  1350/3
**misstates [2]**  1219/4 1371/7
**mistakes [1]**  1248/15
**model [3]**  1271/20 1271/25
1272/3
**modeled [1]**  1271/22
**modeling [1]**  1272/6
**mom's [1]**  1270/2
**moment [15]**  1198/17 1199/22
1206/20 1208/2 1210/18
1217/1 1233/18 1233/20
1316/4 1347/22 1356/5 1367/9
1371/12 1394/5 1394/18
**Monday [4]**  1382/14 1390/12
1413/20 1414/4
**money [49]**  1191/12 1193/17
1195/12 1196/24 1233/15

1233/17 1250/20 1254/19
1254/23 1254/25 1255/16
1255/21 1265/5 1266/21
1268/13 1268/24 1269/15
1269/18 1269/21 1272/2
1276/18 1276/19 1280/25
1281/2 1282/20 1284/5
1285/15 1288/8 1288/19
1288/19 1289/8 1289/8
1289/10 1289/11 1289/14
1289/16 1289/17 1289/19
1289/23 1290/1 1291/2
1293/19 1343/14 1343/16
1362/3 1363/22 1374/5
1399/23 1400/3
**monkey [3]**  1389/14 1392/9
1392/16
**month [12]**  1189/21 1192/21
1197/14 1197/22 1198/6
1282/10 1298/6 1338/1
1347/22 1357/1 1359/25
1413/19
**months [12]**  1214/2 1298/17
1334/13 1334/14 1336/3
1340/6 1341/12 1345/3 1345/7
1345/8 1345/8 1361/22
**Montreal [4]**  1253/6 1253/18
1254/7 1261/25
**MOORE [7]**  1178/3 1374/4
1374/12 1375/12 1382/18
1383/6 1411/7
**morning [28]**  1180/4 1180/5
1180/11 1180/21 1180/22
1191/16 1249/21 1266/4
1277/2 1277/22 1283/19
1283/20 1301/8 1301/25
1324/2 1332/3 1332/9 1341/9
1363/25 1364/5 1373/13
1373/17 1374/13 1389/17
1393/22 1393/25 1412/21
1414/7
**most [11]**  1226/16 1227/8
1242/20 1333/16 1351/9
1372/16 1397/10 1401/21
1407/1 1409/14 1410/24
**motions [2]**  1394/4 1412/20
**mouth [12]**  1183/17 1183/18
1183/25 1184/5 1184/8
1184/13 1184/16 1188/14
1188/22 1188/22 1188/24
1280/13
**move [12]**  1196/5 1200/21
1201/3 1215/20 1249/7
1285/14 1299/7 1345/12
1349/20 1385/6 1394/6 1394/8
**moving [5]**  1206/14 1265/22
1274/24 1376/22 1397/22
**Mr. Balestriere [4]**  1185/24
1231/20 1401/1 1412/3
**Mr. Dolan [3]**  1399/14
1401/20 1408/8
**Mr. McDonald [1]**  1349/20
**Mr. Rubin [125]**
**Mr. Rubin's [14]**  1191/6
1191/21 1241/19 1246/22
1315/22 1316/1 1317/7

1317/12 1317/24 1318/17
1318/18 1319/16 1327/2
1339/18
**Ms. Ferriollo [7]**  1204/11
1204/21 1205/6 1205/20
1207/5 1324/19 1326/15
**Ms. Hassen [3]**  1240/19
1323/24 1406/8
**Ms. Hassen's [2]**  1320/9
1322/24
**Ms. Hopper [5]**  1316/24
1317/2 1317/4 1317/25 1318/1
**Ms. Hopper's [1]**  1316/16
**Ms. Lavigne-Albert [1]**
1399/2
**Ms. Powers [5]**  1316/15
1322/2 1398/25 1399/3
1413/12
**Ms. Powers' [1]**  1397/18
**Ms. Rico [1]**  1315/15
**Ms. Rico's [4]**  1315/4 1315/5
1315/22 1316/1
**Ms. Saydah [22]**  1185/14
1185/23 1186/5 1189/22
1190/18 1192/1 1192/23
1194/24 1196/4 1197/3 1197/7
1197/16 1197/25 1198/19
1199/1 1200/20 1201/11
1201/17 1202/5 1203/17
1204/6 1217/2
**Ms. Shon [5]**  1313/10 1313/21
1314/8 1314/8 1314/18
**Ms. Shon's [1]**  1313/24
**MULLIN [1]**  1179/2
**multipage [1]**  1375/2
**multiple [5]**  1181/13 1338/6
1338/21 1396/1 1411/9
**must [9]**  1191/13 1199/20
1238/6 1282/21 1283/4
1283/15 1397/20 1400/23
1407/9
**mutual [1]**  1349/14
**mutually [2]**  1314/11 1314/22
**mutually-consensual [2]**
1314/11 1314/22
**Muñecas [4]**  1213/12 1213/14
1214/1 1334/11
**mysterious [1]**  1400/13

**N**

**naked [1]**  1207/25
**name [15]**  1185/5 1185/6
1201/20 1245/24 1246/1
1246/3 1253/18 1253/21
1253/23 1254/6 1271/23
1309/14 1352/22 1375/13
1382/10
**named [1]**  1232/5
**names [1]**  1224/4
**narrow [1]**  1406/17
**nasty [4]**  1246/14 1246/17
1278/19 1278/24
**NATASHA [13]**  1178/4 1321/7
1381/18 1381/19 1383/22
1384/3 1384/10 1384/13
1384/15 1392/3 1392/12

**N**

**NATASHA... [2]**   1392/15
1392/16
**Natasha's [1]**   1382/10
**NDA [7]**   1309/8 1309/14
1313/15 1314/10 1314/21
1324/6 1393/14
**NDAs [3]**   1309/12 1314/13
1382/22
**nearly [1]**   1181/6
**necessarily [5]**   1220/20
1238/24 1266/3 1342/25
1405/18
**necessary [1]**   1412/15
**need [47]**   1186/2 1187/3
1218/6 1218/7 1218/8 1218/9
1218/10 1219/3 1230/21
1264/23 1265/1 1266/15
1268/13 1268/23 1269/15
1269/18 1269/20 1271/8
1271/14 1276/18 1276/19
1285/14 1288/8 1288/18
1289/7 1289/10 1289/16
1293/18 1295/8 1297/17
1343/16 1344/3 1344/21
1347/5 1347/8 1357/13
1360/18 1361/4 1371/1 1373/6
1373/6 1381/2 1393/7 1393/9
1399/10 1400/8 1410/23
**needed [6]**   1193/16 1195/12
1213/21 1360/21 1362/3
1365/3
**needs [1]**   1403/15
**neglected [1]**   1277/18
**nervous [2]**   1199/18 1243/21
**never [20]**   1195/17 1195/17
1218/13 1235/25 1239/11
1239/13 1241/15 1278/10
1282/5 1306/14 1340/1
1353/16 1355/8 1364/25
1365/1 1365/1 1385/22 1386/2
1389/15 1408/25
**New York [3]**   1233/22 1234/23
1236/6
**next [68]**   1187/16 1188/9
1191/5 1192/10 1191/20
1200/13 1206/15 1206/18
1209/5 1216/12 1219/6 1223/8
1226/4 1231/1 1231/2 1236/21
1237/1 1237/16 1238/13
1240/14 1255/23 1256/19
1258/8 1263/10 1263/11
1266/4 1268/3 1271/6 1273/9
1273/20 1274/6 1274/24
1275/1 1275/8 1283/19 1287/3
1287/6 1288/15 1295/24
1296/25 1297/3 1302/17
1309/23 1314/25 1316/10
1318/13 1320/25 1334/16
1335/16 1338/1 1339/20
1341/6 1343/24 1347/2 1349/6
1352/4 1352/5 1352/12
1354/14 1358/21 1359/25
1365/6 1365/23 1370/18
1379/1 1396/7 1400/17 1413/3
**nice [17]**   1180/12 1191/13

1231/3 1231/7 1231/11
1282/21 1294/4 1294/8
1294/13 1323/20 1352/19
1357/4 1361/4 1384/4 1385/18
1390/19 1391/17
**nicer [1]**   1215/14
**Nicole [1]**   1382/18
**night [33]**   1202/21 1212/14
1232/21 1234/2 1251/25
1263/17 1264/5 1275/22
1279/19 1284/3 1284/3 1288/6
1289/4 1289/13 1302/15
1305/5 1323/3 1324/24
1351/24 1354/22 1355/6
1355/7 1355/11 1356/23
1364/7 1374/2 1374/15
1381/19 1384/13 1384/21
1388/17 1394/1 1397/19
**night's [1]**   1393/23
**nightmares [4]**   1214/6 1214/6
1214/12 1214/14
**nighttime [2]**   1324/25 1325/1
**nine [1]**   1340/6
**nipple [4]**   1229/16 1229/19
1230/1 1255/5
**nipples [4]**   1181/15 1181/23
1257/7 1281/21
**nobody [4]**   1188/3 1213/7
1328/14 1328/19
**noise [1]**   1380/2
**nonconsensual [1]**   1398/14
**none [2]**   1355/2 1405/19
**nonetheless [3]**   1287/15
1363/16 1406/11
**noon [1]**   1322/23
**normal [3]**   1343/13 1357/3
1385/18
**note [1]**   1410/20
**noted [1]**   1313/2
**nothing [6]**   1189/5 1203/4
1316/17 1346/3 1389/5
1393/14
**notice [1]**   1209/1
**November [2]**   1317/21 1333/5
**November 20 [1]**   1317/21
**November 5th [1]**   1333/5
**nowhere [2]**   1344/3 1344/24
**numb [1]**   1188/22
**number [1]**   1326/21
**numerous [1]**   1346/8
**nuts [2]**   1389/11 1392/12
**NY [1]**   1179/3

**O**

**oath [1]**   1331/8
**object [5]**   1219/3 1277/18
1315/8 1315/18 1373/23
**objection [32]**   1196/6 1196/9
1200/22 1200/23 1201/4
1201/5 1215/18 1216/3
1224/12 1240/20 1249/4
1249/9 1249/22 1260/21
1277/20 1290/5 1293/11
1295/16 1296/17 1298/18
1315/12 1316/8 1325/11
1333/1 1335/4 1340/9 1340/19

1340/20 1344/13 1366/16
1371/7 1385/1
**objections [1]**   1314/16
**objectively [1]**   1405/5
**obligation [1]**   1396/4
**observation [1]**   1315/3
**observations [2]**   1315/22
1316/1
**observed [1]**   1208/17
**obviously [7]**   1197/1 1199/16
1239/17 1289/22 1291/25
1359/6 1398/14
**occasion [3]**   1252/11 1252/12
1362/14
**occasions [3]**   1326/21 1346/8
1396/1
**occurred [1]**   1200/15
**October [6]**   1217/12 1337/7
1337/18 1381/12 1382/9
1385/12
**October 27th [1]**   1217/12
**odd [1]**   1233/1
**offer [8]**   1240/19 1249/20
1277/19 1277/19 1332/23
1335/3 1340/16 1377/13
**offered [2]**   1313/7 1313/8
**offering [2]**   1300/1 1318/14
**office [4]**   1216/15 1216/16
1216/16 1216/23
**Official [1]**   1350/8
**often [1]**   1280/8
**Ohie [1]**   1361/6
**old [3]**   1298/10 1298/12
1298/16
**OMG [3]**   1192/5 1284/17
1383/9
**onesome [1]**   1384/17
**open [10]**   1180/1 1209/23
1245/18 1246/7 1247/5 1277/9
1313/3 1324/16 1331/4
1360/12
**Opened [1]**   1384/16
**opening [2]**   1231/20 1403/12
**operating [1]**   1313/11
**opinion [9]**   1208/15 1226/5
1226/6 1227/16 1227/17
1261/7 1261/8 1270/7 1376/12
**opportunity [5]**   1227/21
1248/14 1248/18 1249/2
1267/11
**opposed [1]**   1314/5
**opposite [2]**   1395/11 1395/24
**option [3]**   1231/17 1256/21
1262/14
**orange [1]**   1196/20
**order [5]**   1315/14 1322/20
1376/22 1402/8 1410/4
**organized [1]**   1381/1
**Oriental [24]**   1229/1 1237/16
1239/4 1239/8 1240/5 1240/14
1241/8 1243/1 1243/18 1244/4
1246/20 1248/3 1249/14
1250/10 1256/9 1266/11
1269/9 1270/23 1281/9
1281/13 1326/13 1337/11
1345/17 1365/21

**O**

**Os [3]**   1276/22 1303/19 1303/20
**overdose [1]**   1349/2
**overnight [1]**   1336/16
**Overruled [5]**   1216/4 1224/13 1260/22 1295/17 1344/15
**owe [1]**   1299/24
**owed [2]**   1254/22 1254/24
**own [6]**   1246/1 1252/25 1253/1 1266/15 1269/22 1374/20
**oxycodone [1]**   1215/1
**oxygen [1]**   1335/19

**P**

**p.m [42]**   1190/8 1190/16 1191/23 1192/4 1192/24 1193/4 1196/1 1197/12 1232/20 1240/24 1273/20 1274/2 1300/7 1312/12 1313/2 1314/9 1317/21 1374/24 1375/9 1378/22 1381/23 1382/9 1382/13 1383/4 1383/12 1383/21 1384/2 1384/20 1385/12 1387/10 1387/19 1388/4 1389/9 1389/23 1390/2 1390/11 1390/16 1391/13 1391/18 1392/21 1393/5 1414/9
**P3 [2]**   1197/17 1198/20
**paddles [5]**   1228/12 1228/23 1229/11 1243/24 1257/9
**page -- by [1]**   1249/19
**page 10 [1]**   1297/3
**Page 114 [1]**   1247/3
**Page 115 [1]**   1247/4
**page 12 [1]**   1302/14
**Page 14 [1]**   1350/24
**Page 15 [3]**   1335/9 1335/10 1351/1
**Page 16 [1]**   1335/16
**Page 17 [1]**   1353/1
**Page 18 [1]**   1355/5
**Page 19 [1]**   1356/14
**Page 2 [1]**   1249/25
**Page 20 [2]**   1357/21 1357/23
**page 224 [1]**   1305/15
**page 252 [1]**   1325/17
**page 3 [3]**   1249/18 1299/2 1304/5
**page 37 [1]**   1315/7
**Page 4 [1]**   1308/1
**Page 6 [1]**   1343/3
**Page 7 [2]**   1343/9 1348/16
**page 8 [3]**   1192/19 1343/25 1349/6
**page 9 [1]**   1197/9
**pager [1]**   1373/18
**pages [4]**   1245/12 1278/5 1341/7 1343/5
**paid [17]**   1191/19 1192/22 1283/8 1284/1 1284/3 1284/6 1289/3 1289/12 1290/1 1290/3 1306/10 1306/12 1365/20 1402/15 1402/17 1404/8

**1408/3
pain [19]**   1183/18 1193/16 1193/17 1193/18 1193/20 1195/16 1254/11 1260/1 1260/4 1273/10 1273/14 1285/3 1285/5 1285/7 1291/24 1296/9 1336/21 1336/22 1365/3
**painful [3]**   1226/14 1230/19 1273/5
**painkiller [1]**   1237/21
**painkillers [5]**   1251/25 1252/5 1252/9 1252/10 1252/13
**panic [1]**   1314/5
**paper [2]**   1300/11 1311/4
**paragraph [4]**   1203/24 1204/7 1231/2 1367/21
**paragraphs [1]**   1368/10
**Pardon [6]**   1230/9 1233/19 1239/12 1253/20 1305/2 1332/1
**parenthesis [1]**   1228/14
**Park [4]**   1213/15 1334/8 1334/17 1336/13
**Parkway [1]**   1241/7
**part [16]**   1182/8 1182/21 1220/20 1231/12 1255/25 1256/19 1271/9 1276/14 1297/4 1307/20 1320/13 1376/16 1385/1 1404/20 1408/14 1409/15
**participated [1]**   1406/23
**particular [1]**   1398/20
**particularly [1]**   1405/4
**parties [1]**   1412/12
**partner [3]**   1220/21 1374/13 1376/24
**party [2]**   1263/21 1327/7
**passed [1]**   1384/16
**passing [1]**   1361/24
**passionate [1]**   1220/6
**passionately [1]**   1220/19
**past [1]**   1255/11
**Patient [1]**   1337/1
**Pause [4]**   1185/25 1323/13 1325/19 1385/5
**pay [3]**   1195/14 1269/24 1375/24
**paying [2]**   1269/22 1387/15
**payment [8]**   1192/14 1203/25 1204/8 1217/16 1313/14 1365/16 1365/23 1411/8
**payments [1]**   1322/4
**PayPal [3]**   1383/17 1387/23 1391/14
**PayPaling [1]**   1387/12
**pending [1]**   1352/24
**penetrated [2]**   1246/19 1246/23
**penetration [2]**   1200/9 1406/10
**penis [3]**   1187/17 1210/21 1246/22
**penthouse [10]**   1198/9 1198/12 1199/4 1199/10

**1202/12 1202/20 1204/21 1206/13 1306/15 1306/22
per [1]**   1335/13
**percent [1]**   1273/23
**performance [1]**   1408/23
**perhaps [1]**   1406/1
**peril [1]**   1411/17
**period [5]**   1233/24 1314/5 1341/24 1346/20 1364/12
**periods [1]**   1189/17
**permission [5]**   1182/2 1182/25 1208/22 1209/9 1378/10
**permitted [1]**   1245/25
**person [9]**   1268/25 1316/7 1328/22 1338/14 1357/3 1358/16 1375/13 1385/23 1409/7
**personal [1]**   1242/20
**personnel [2]**   1327/21 1336/7
**perspective [2]**   1368/24 1413/18
**persuade [1]**   1270/14
**persuaded [1]**   1318/11
**Petersen [2]**   1245/21 1246/3
**phone [4]**   1179/12 1216/12 1222/18 1222/19
**photo [6]**   1185/20 1198/4 1235/4 1251/16 1268/7 1271/19
**photograph [2]**   1268/5 1360/2
**photographs [1]**   1343/6
**photos [3]**   1218/24 1222/17 1222/23
**phrase [3]**   1279/9 1400/6 1403/19
**physical [13]**   1183/18 1189/13 1200/3 1212/13 1214/3 1223/24 1225/6 1225/7 1225/9 1225/13 1225/17 1227/7 1407/17
**physically [4]**   1222/2 1225/25 1386/5 1386/7
**pic [1]**   1267/19
**pick [2]**   1234/21 1234/22
**picked [1]**   1355/3
**picture [4]**   1267/22 1267/24 1268/3 1268/11
**pictures [4]**   1222/20 1259/14 1271/24 1276/17
**piece [1]**   1300/3
**pieces [4]**   1191/13 1282/21 1283/2 1283/13
**pill [1]**   1388/17
**pills [4]**   1214/23 1214/24 1364/22 1388/19
**place [23]**   1181/5 1187/12 1191/17 1192/12 1193/20 1206/22 1212/14 1213/12 1213/16 1242/5 1269/22 1287/4 1287/6 1305/22 1324/14 1334/7 1334/17 1339/12 1342/20 1342/21 1353/17 1371/11 1404/9
**placed [1]**   1280/12
**places [1]**   1342/25

**P**

**plaintiff [12]** 1314/3
1316/11 1317/3 1317/19
1318/14 1394/25 1397/4
1397/6 1403/8 1405/16 1406/6
1416/3
**plaintiffs [32]** 1178/6
1178/15 1216/22 1311/25
1313/19 1313/22 1321/8
1372/14 1377/9 1377/11
1380/7 1393/16 1394/17
1394/21 1396/4 1397/18
1397/21 1400/20 1401/3
1401/21 1402/4 1402/9
1403/10 1403/22 1408/10
1409/14 1410/18 1411/2
1411/9 1411/22 1411/24
1413/16
**plaintiffs' [13]** 1200/22
1200/25 1201/9 1314/2
1315/1 1315/24 1316/10
1319/2 1319/3 1377/20 1397/9
1410/21 1410/24
**Plaintiffs' 117C [2]** 1200/22
1201/9
**plaintiffs' 129 [1]** 1316/10
**plan [3]** 1232/19 1290/4
1413/10
**plane [1]** 1403/11
**planned [2]** 1392/7 1401/25
1402/2
**planning [2]** 1317/24 1325/23
**plans [1]** 1360/1
**plastered [1]** 1386/22
**plastic [2]** 1213/17 1335/20
**play [12]** 1246/15 1246/15
1252/24 1278/4 1278/20
1286/17 1305/14 1325/15
1325/17 1325/23 1329/24
1350/1
**played [5]** 1245/18 1246/7
1247/5 1305/17 1331/4
**players [1]** 1237/4
**playing [8]** 1261/12 1278/6
1278/22 1286/21 1358/11
1366/12 1367/5 1367/13
**plays [2]** 1358/10 1358/12
**Plaza [1]** 1179/3
**plenty [3]** 1269/14 1275/10
1316/2
**plight [1]** 1361/10
**point [62]** 1184/23 1185/1
1187/13 1188/6 1193/16
1199/6 1206/14 1207/2 1210/4
1211/9 1211/19 1211/23
1213/22 1213/24 1215/21
1216/18 1220/7 1227/15
1228/6 1251/6 1253/11
1260/12 1265/16 1268/13
1268/23 1273/18 1284/14
1295/13 1302/23 1307/9
1327/23 1334/7 1340/5
1343/18 1348/6 1361/10
1361/11 1364/17 1376/11
1386/4 1395/7 1397/11 1402/7
1402/19 1403/24 1405/12

1405/16 1406/4 1406/4 1406/6
1406/12 1406/12 1406/20
1406/21 1406/22 1407/1
1407/4 1407/21 1407/25
1408/4 1412/6 1412/16
**pointing [1]** 1406/25
**points [8]** 1282/19 1386/3
1386/6 1386/7 1386/17
1386/19 1386/20 1387/8
**poker [1]** 1237/3
**police [1]** 1192/12
**pool [1]** 1183/21
**porn [1]** 1391/4
**porno [1]** 1295/4
**port [1]** 1330/3
**portion [7]** 1203/22 1316/9
1350/7 1366/25 1367/1
1377/16 1403/3
**Position [1]** 1330/9
**positive [1]** 1244/22
**possible [2]** 1255/2 1299/10
**possibly [5]** 1341/12 1342/22
1399/4 1400/2 1413/17
**post [1]** 1314/16
**post-litigation [1]** 1314/16
**postpone [1]** 1391/21
**posttrial [1]** 1412/16
**potential [1]** 1214/9
**potentially [1]** 1216/13
**pounds [1]** 1360/20
**POWERS [33]** 1178/8 1179/6
1316/15 1322/2 1374/18
1378/13 1378/15 1378/16
1381/11 1383/23 1384/20
1385/11 1385/15 1386/11
1386/16 1387/2 1387/11
1387/22 1388/6 1388/10
1389/12 1390/4 1391/25
1392/2 1392/19 1392/22
1393/6 1395/6 1398/1 1398/25
1399/3 1399/8 1413/12
**Powers' [2]** 1394/10 1397/18
**practice [1]** 1329/15
**practices [1]** 1401/8
**precluding [2]** 1315/15
1315/15
**predates [1]** 1374/17
**predict [1]** 1412/9
**prefer [2]** 1312/5 1413/20
**pregnant [3]** 1340/6 1348/5
1348/8
**prejudice [1]** 1316/6
**prematurely [1]** 1404/12
**prepped [1]** 1275/24
**presence [1]** 1242/19
**present [11]** 1180/1 1202/14
1245/1 1246/12 1277/9 1301/2
1302/2 1313/3 1326/15 1372/6
1413/10
**presiding [1]** 1180/3
**pretty [6]** 1229/19 1261/19
1270/4 1347/7 1399/1 1402/13
**prevented [1]** 1280/15
**previous [4]** 1290/2 1343/5
1356/25 1361/2
**previously [5]** 1180/16

1272/16 1280/16 1281/25
1334/20
**print [1]** 1201/20
**private [2]** 1205/19 1327/9
**probative [1]** 1316/5
**problem [4]** 1215/13 1293/13
1318/19 1320/22
**problems [3]** 1259/21 1265/2
1393/4
**proceed [4]** 1313/5 1372/14
1377/9 1381/8
**proceedings [5]** 1179/14
1185/25 1323/13 1325/19
1414/9
**produce [1]** 1234/9
**produced [1]** 1179/15
**product [1]** 1296/14
**production [2]** 1374/1 1374/3
**professional [1]** 1212/22
**professionals [1]** 1336/7
**program [2]** 1265/12 1364/25
**prohibited [3]** 1403/4 1403/5
1403/20
**promise [5]** 1195/6 1292/17
1293/5 1294/2 1295/3
**prong [1]** 1395/4
**proof [1]** 1229/8
**proposed [1]** 1412/13
**prosecution [1]** 1404/23
**prostitute [1]** 1409/12
**prostitution [4]** 1398/19
1399/24 1405/15 1409/8
**protocols [1]** 1398/7
**proud [1]** 1386/23
**prove [1]** 1313/7
**provocative [1]** 1268/7
**ps [1]** 1392/12
**pseudonym [1]** 1245/22
**psychological [2]** 1214/4
1214/15
**PT [1]** 1335/13
**public [2]** 1324/14 1324/16
**publication [1]** 1312/1
**publish [3]** 1319/12 1319/16
1320/16
**published [13]** 1185/16
1190/4 1196/12 1197/10
1197/19 1198/21 1203/19
1219/17 1223/7 1302/16
1304/8 1307/2 1308/2
**publishing [1]** 1320/11
**puking [1]** 1388/17
**pull [3]** 1187/8 1304/10
1304/12
**pulled [2]** 1304/25 1305/9
**pulling [4]** 1220/11 1220/13
1304/15 1304/19
**pulls [2]** 1182/9 1182/10
**pumped [1]** 1181/14
**pumps [1]** 1182/9
**punish [1]** 1409/20
**purpose [6]** 1376/20 1394/20
1395/12 1396/1 1397/7 1399/5
**purposes [3]** 1318/7 1318/9
1318/10
**pushing [1]** 1384/17

**P**

**pussy [4]**  1228/16 1228/20 1255/5 1257/7
**put [47]**  1184/12 1185/14 1185/23 1186/2 1187/11 1188/24 1189/9 1189/10 1189/22 1190/1 1192/7 1197/16 1197/24 1198/14 1198/19 1198/19 1199/15 1199/16 1203/17 1203/18 1208/3 1208/22 1208/25 1209/6 1215/17 1217/2 1223/6 1285/1 1299/22 1300/17 1320/18 1329/9 1331/19 1331/19 1332/8 1332/22 1335/9 1340/1 1340/11 1363/2 1364/11 1365/14 1366/4 1376/8 1385/3 1401/20 1403/11
**PX [28]**  1377/14 1377/14 1377/14 1377/14 1377/14 1377/14 1377/15 1377/17 1377/17 1377/17 1377/18 1377/18 1377/20 1377/20 1377/20 1377/20 1377/21 1377/21 1377/24 1377/24 1377/24 1377/24 1377/25 1385/12 1389/8 1390/1 1391/23 1392/20
**PX-119 [2]**  1377/24 1392/20
**PX-126 [3]**  1377/18 1377/24 1391/23
**PX-130 [3]**  1377/18 1377/25 1390/1
**PX-54 [2]**  1377/14 1377/20
**PX-55 [2]**  1377/14 1377/20
**PX-56 [2]**  1377/14 1377/20
**PX-57 [2]**  1377/14 1377/20
**PX-58 [1]**  1377/14
**PX-59 [2]**  1377/14 1377/21
**PX-60 [2]**  1377/15 1377/21
**PX-81 [3]**  1377/17 1377/24 1389/8
**PX-92 [3]**  1377/17 1377/24 1385/12
**PX120 [2]**  1313/6 1313/8
**PX3 [2]**  1185/15 1185/20

**Q**

**qualifies [1]**  1406/9
**questioned [1]**  1249/2
**questioning [1]**  1286/2
**questions [36]**  1186/3 1190/24 1202/3 1208/17 1213/4 1213/8 1213/20 1214/10 1217/9 1217/20 1219/8 1229/22 1239/18 1240/9 1240/10 1240/12 1243/17 1245/3 1246/17 1253/24 1254/1 1276/15 1294/22 1326/1 1337/3 1337/4 1362/22 1363/8 1363/13 1364/8 1365/13 1365/16 1369/8 1371/10 1371/21 1372/10
**quickly [2]**  1255/24 1299/10

**quietly [1]**  1380/1
**quit [1]**  1298/20
**quite [4]**  1313/12 1346/17 1373/25 1395/10
**quitting [1]**  1298/7
**quote [3]**  1388/17 1389/6 1391/19
**quote/unquote [3]**  1388/17 1389/6 1391/19
**quoted [1]**  1336/6
**quotes [1]**  1335/13
**quoting [1]**  1350/5

**R**

**raise [2]**  1322/18 1367/18
**raised [2]**  1376/23 1377/1
**ran [5]**  1251/25 1252/5 1252/13 1254/10 1264/2
**randomly [1]**  1280/8
**rape [7]**  1327/23 1331/16 1331/22 1331/24 1403/22 1404/15 1411/14
**raped [12]**  1209/7 1210/19 1324/2 1328/17 1331/25 1332/3 1332/9 1331/21 1337/23 1347/11 1356/6 1372/4
**raping [1]**  1211/15
**rapist [2]**  1339/10 1349/13
**Raquel [1]**  1382/18
**rather [8]**  1189/24 1268/25 1327/13 1331/14 1331/21 1360/22 1402/4 1411/24
**re [4]**  1295/4 1375/22 1382/1 1384/12
**re-directed [1]**  1375/22
**re-enact [1]**  1295/4
**reach [12]**  1195/25 1197/5 1262/8 1262/11 1264/8 1264/11 1333/22 1347/24 1360/10 1361/9 1384/4 1412/4
**reached [3]**  1232/10 1247/23 1261/24
**reaching [11]**  1194/22 1251/3 1251/5 1292/3 1341/16 1342/7 1342/14 1343/20 1348/1 1359/3 1364/15
**read [33]**  1194/25 1204/12 1227/4 1227/12 1268/23 1293/6 1293/10 1311/25 1319/8 1319/11 1319/17 1320/10 1321/18 1321/21 1322/14 1336/24 1336/25 1337/1 1337/2 1337/3 1350/6 1350/7 1368/20 1370/6 1370/9 1370/11 1370/11 1370/13 1377/13 1378/3 1394/10 1410/17 1413/14
**reading [22]**  1190/10 1204/18 1227/3 1319/12 1320/14 1370/7 1372/22 1373/23 1374/10 1374/14 1375/17 1377/16 1378/12 1378/15 1380/4 1385/10 1386/10 1391/24 1392/18 1399/17 1403/2 1410/3

**reads [1]**  1204/7
**ready [3]**  1275/5 1275/10 1390/14
**real [3]**  1231/3 1275/2 1412/3
**realize [1]**  1380/4
**really [107]**  1182/17 1184/11 1186/13 1188/5 1188/22 1189/5 1189/15 1189/18 1189/18 1194/8 1195/4 1195/8 1210/5 1214/6 1224/3 1224/5 1229/20 1231/14 1235/18 1244/8 1247/2 1250/7 1250/14 1250/16 1250/17 1251/10 1255/8 1260/13 1264/13 1264/23 1265/1 1265/24 1266/15 1266/25 1270/10 1270/17 1270/17 1272/21 1272/24 1273/5 1276/18 1276/19 1279/9 1284/10 1285/14 1286/5 1286/7 1292/12 1293/15 1293/17 1293/18 1294/4 1294/8 1295/8 1296/19 1296/21 1297/16 1297/18 1298/3 1301/24 1303/18 1304/3 1304/10 1308/15 1310/20 1314/19 1324/13 1325/5 1325/14 1326/6 1333/17 1335/18 1340/7 1342/4 1343/4 1343/4 1343/16 1344/3 1344/21 1345/9 1346/24 1347/5 1347/8 1349/3 1353/15 1353/16 1353/17 1354/15 1355/18 1357/11 1357/24 1358/3 1358/15 1360/18 1360/25 1361/3 1361/4 1361/15 1374/23 1376/23 1385/24 1391/17 1392/7 1393/1 1410/3 1410/8 1413/1
**reason [7]**  1193/19 1257/10 1269/20 1333/14 1402/21 1406/14 1412/6
**reasonable [6]**  1293/9 1400/21 1400/23 1402/8 1405/5 1410/16
**reasons [4]**  1331/12 1373/21 1397/17 1397/18
**rebuttal [3]**  1373/20 1376/16 1377/3
**receive [2]**  1192/14 1212/13
**received [23]**  1196/10 1196/11 1200/25 1201/6 1201/7 1216/12 1240/21 1240/22 1249/23 1249/24 1277/23 1277/24 1333/2 1333/3 1335/5 1335/6 1340/21 1340/22 1365/16 1377/19 1377/21 1377/23 1377/25
**recess [5]**  1277/7 1277/8 1311/23 1312/12 1373/10
**reckless [2]**  1403/3 1411/19
**recklessly [1]**  1411/25
**recognize [1]**  1310/22
**recollection [11]**  1181/8 1181/24 1183/15 1189/14

**R**

**recollection... [7]** 1213/25 1278/7 1278/11 1325/12 1370/7 1370/22 1376/2
**reconsider [3]** 1266/17 1267/15 1293/19
**record [8]** 1199/20 1229/4 1249/3 1254/2 1350/7 1377/13 1394/13 1400/19
**recorded [1]** 1179/14
**recording [2]** 1305/17 1305/18
**records [4]** 1234/4 1234/8 1335/1 1383/6
**red [7]** 1207/17 1232/21 1233/3 1234/2 1335/14 1406/1 1408/1
**redirect [6]** 1227/21 1229/23 1306/7 1318/22 1362/25 1363/4
**Reed [1]** 1218/20
**refer [1]** 1320/19
**reference [4]** 1238/22 1277/17 1332/17 1337/9
**referencing [1]** 1354/19
**referred [1]** 1309/7
**referring [14]** 1215/1 1232/5 1238/4 1238/13 1250/10 1256/16 1289/11 1289/12 1289/14 1322/10 1333/9 1344/23 1346/6 1355/12
**reflect [2]** 1229/4 1321/4
**reflects [1]** 1340/24
**refresh [3]** 1251/18 1278/7 1370/22
**refreshed [1]** 1376/2
**refreshes [1]** 1370/7
**regard [4]** 1232/10 1307/13 1356/2 1395/9
**regarding [4]** 1219/21 1314/13 1318/1 1374/17
**regards [3]** 1216/13 1289/9 1369/11
**regular [1]** 1212/24
**regulate [1]** 1409/11
**rehab [6]** 1194/2 1194/12 1265/10 1265/12 1296/7 1364/24
**rejecting [1]** 1359/10
**relapsed [4]** 1214/18 1296/9 1364/20 1365/4
**relate [1]** 1380/6
**relates [1]** 1410/24
**relation [1]** 1210/24
**relationship [8]** 1237/12 1314/11 1314/22 1361/2 1363/18 1363/23 1364/16 1399/15
**relaxant [1]** 1237/23
**release [2]** 1310/18 1324/6
**released [1]** 1265/10
**relevance [1]** 1315/23
**relevant [11]** 1234/8 1314/5 1314/13 1316/22 1318/2 1321/15 1376/4 1376/6 1376/8 1376/11 1403/3

**relying [3]** 1403/1 1403/2 1403/7
**remember [118]** 1187/16 1187/17 1188/9 1188/15 1189/3 1189/5 1189/20 1189/21 1195/9 1196/25 1197/1 1197/21 1198/13 1199/3 1199/10 1199/13 1199/14 1199/19 1199/21 1199/22 1200/1 1200/2 1200/7 1200/13 1200/15 1205/9 1206/6 1206/8 1206/11 1206/14 1206/17 1207/23 1207/25 1209/5 1211/6 1212/11 1213/14 1216/10 1217/18 1232/25 1234/11 1235/18 1244/8 1250/5 1253/18 1253/23 1254/6 1255/8 1256/1 1263/19 1270/10 1286/5 1286/7 1286/8 1288/16 1288/21 1288/23 1288/24 1288/25 1289/1 1289/18 1290/11 1290/20 1296/7 1299/25 1300/1 1300/10 1301/23 1301/24 1301/25 1302/1 1303/7 1304/3 1306/13 1306/25 1307/8 1308/15 1310/2 1310/5 1310/9 1310/19 1310/20 1310/24 1311/1 1311/3 1311/5 1311/7 1311/8 1311/8 1311/20 1324/13 1325/5 1325/14 1326/6 1329/22 1332/14 1337/12 1337/13 1340/7 1342/5 1346/13 1347/5 1352/20 1354/24 1360/3 1364/13 1366/7 1369/14 1369/17 1369/19 1371/5 1371/18 1371/21 1372/20 1375/23 1375/25 1383/9 1393/24
**remembered [2]** 1289/3 1373/25
**remembering [1]** 1325/13
**remembers [1]** 1374/7
**remind [1]** 1408/13
**reminded [1]** 1375/14
**reminiscing [1]** 1355/3
**remotely [1]** 1408/15
**removal [1]** 1184/12
**removed [1]** 1188/15
**removing [1]** 1188/19
**rendered [1]** 1410/12
**repeat [3]** 1339/16 1339/16 1400/11
**repeatedly [1]** 1394/19
**rephrase [1]** 1350/11
**reply [1]** 1406/16
**reporter [6]** 1179/11 1278/8 1278/9 1278/13 1350/8 1398/5
**representation [1]** 1315/12
**request [1]** 1322/23
**requested [1]** 1350/7
**require [1]** 1314/18
**requiring [1]** 1412/17
**reschedule [2]** 1297/7 1297/9

**resisting [1]** 1273/3
**resolve [2]** 1312/3 1373/6
**respect [1]** 1322/21
**Respectfully [1]** 1395/17
**respond [13]** 1192/6 1238/1 1267/22 1274/18 1282/16 1283/21 1302/17 1303/5 1351/6 1352/10 1353/3 1358/9 1361/7
**responds [10]** 1192/8 1193/10 1223/4 1236/20 1250/1 1265/20 1303/3 1353/14 1355/17 1359/5
**response [8]** 1195/2 1223/8 1267/18 1288/17 1292/1 1343/22 1343/24 1360/15
**responsible [1]** 1339/3
**responsive [1]** 1366/17
**rest [4]** 1231/8 1251/24 1376/10 1400/10
**restaurant [3]** 1263/15 1263/20 1357/4
**restrain [1]** 1238/23
**restrained [5]** 1185/11 1238/10 1238/14 1238/16 1406/2
**restraint [1]** 1185/13
**restraints [1]** 1188/20
**rests [1]** 1393/16
**result [3]** 1282/7 1334/3 1342/11
**resume [2]** 1246/6 1414/9
**resumes [2]** 1180/8 1323/17
**return [2]** 1203/25 1204/7
**revealing [1]** 1242/20
**reversed [1]** 1410/13
**reviewing [1]** 1305/24
**revised [1]** 1322/14
**REYES [2]** 1178/5 1411/5
**RICHARD [1]** 1179/8
**RICHTER [1]** 1179/2
**Rick's [22]** 1204/23 1205/3 1205/8 1217/14 1323/25 1324/3 1324/10 1329/12 1332/10 1332/20 1333/9 1333/13 1336/4 1337/21 1345/19 1346/7 1346/15 1346/19 1349/22 1351/12 1365/11 1371/16
**Rick's Cabaret [11]** 1332/10 1332/20 1333/9 1333/13 1336/4 1337/21 1345/19 1346/7 1346/19 1349/22 1351/12
**Rico [1]** 1315/15
**Rico's [4]** 1315/4 1315/5 1315/22 1316/1
**right-hand [1]** 1186/6
**rise [2]** 1180/2 1313/4
**Rockefeller [1]** 1179/3
**Roger [1]** 1389/25
**role [3]** 1366/12 1367/5 1367/13
**role-playing [3]** 1366/12 1367/5 1367/13
**room [49]** 1199/20 1199/21

**R**

**room... [47]**   1199/24 1200/17
1202/12 1202/21 1205/12
1205/13 1205/13 1205/17
1205/19 1205/21 1206/3
1206/5 1206/8 1206/16
1206/21 1206/24 1207/12
1207/16 1207/17 1207/18
1207/18 1207/20 1209/2
1210/3 1210/12 1222/2
1243/10 1246/13 1302/2
1325/6 1326/3 1326/24 1327/9
1327/9 1327/11 1327/12
1327/12 1327/12 1327/14
1328/5 1328/16 1372/4 1372/7
1391/5 1392/13 1406/1 1408/1
**root [1]**   1393/4
**ROSENBERG [1]**   1178/21
**rough [6]**   1222/9 1222/10
1226/10 1247/14 1267/19
1347/25
**row [1]**   1321/6
**RPR [1]**   1179/11
**RTR [1]**   1384/15
**rub [1]**   1189/18
**RUBIN [191]**
**Rubin's [15]**   1191/6 1191/21
1241/19 1246/22 1267/18
1315/22 1316/1 1317/7
1317/12 1317/24 1318/17
1318/18 1319/16 1327/2
1339/18
**rule [6]**   1240/12 1249/8
1249/11 1319/25 1394/8
1410/22
**Rule 50 [1]**   1410/22
**ruling [1]**   1323/6
**run [1]**   1259/20
**running [1]**   1198/1

**S**

**sad [2]**   1284/21 1388/19
**safe [7]**   1230/12 1230/14
1230/15 1230/21 1367/24
1367/25 1400/5
**said/she [1]**   1396/2
**sake [1]**   1233/9
**Saland [1]**   1374/15
**salt [1]**   1184/12
**sarcasm [1]**   1279/3
**sarcastic [2]**   1278/25 1279/2
**sat [4]**   1206/18 1241/21
1329/4 1329/5
**savagely [1]**   1280/19
**save [2]**   1351/1 1394/18
**saw [8]**   1185/20 1202/8
1339/6 1339/20 1349/21
1360/22 1369/23 1374/3
**Saydah [39]**   1185/14 1185/23
1186/5 1189/22 1190/18
1192/1 1192/23 1194/24
1196/4 1197/3 1197/7 1197/16
1197/25 1198/19 1199/1
1200/20 1201/11 1201/17
1202/5 1203/17 1204/6 1217/2
1363/2 1364/2 1364/10

1365/14 1366/4 1367/18
1368/5 1368/14 1370/18
1378/2 1378/13 1381/7
1381/10 1385/11 1386/11
1391/25 1392/19
**scared [14]**   1203/9 1203/10
1204/16 1204/17 1204/19
1212/24 1214/8 1259/19
1260/15 1262/24 1363/20
1368/17 1368/20 1375/9
**scares [1]**   1372/7
**scenario [2]**   1254/16 1408/18
**schedule [3]**   1353/25 1354/5
1412/24
**SCHLAM [1]**   1179/6
**school [3]**   1195/13 1265/19
1269/19
**sclerosis [2]**   1338/6 1338/21
**scope [2]**   1397/12 1400/4
**Scorpio [2]**   1236/14 1236/17
**scream [1]**   1296/20
**screaming [1]**   1183/17
**screen [7]**   1190/7 1190/12
1196/16 1320/6 1340/12
1364/12 1378/10
**seat [1]**   1373/11
**seated [5]**   1180/14 1277/13
1323/19 1377/8 1394/3
**second [16]**   1181/16 1188/13
1203/24 1204/7 1205/14
1245/20 1256/12 1281/7
1288/19 1289/8 1297/4 1353/2
1375/4 1375/6 1411/7 1411/14
**Section [1]**   1401/15
**sections [2]**   1369/8 1413/14
**securities [1]**   1409/21
**security [3]**   1212/2 1327/21
1328/24
**seduce [2]**   1268/9 1268/10
**seeking [9]**   1283/6 1307/6
1315/6 1342/11 1342/17
1342/18 1357/17 1357/18
1357/18
**seem [4]**   1226/16 1227/9
1293/21 1353/17
**selected [1]**   1246/3
**sending [3]**   1267/22 1364/4
1391/14
**SENIOR [1]**   1178/12
**sensation [1]**   1183/19
**sense [3]**   1194/25 1400/15
1400/22
**sent [18]**   1195/10 1220/25
1255/15 1255/16 1257/3
1260/13 1260/14 1264/11
1268/3 1268/5 1289/1 1315/9
1332/16 1333/5 1354/24
1363/25 1364/5 1368/15
**sentence [2]**   1268/23 1284/25
**separate [1]**   1196/14
**September [22]**   1204/21
1212/21 1213/25 1214/16
1215/2 1215/7 1217/10
1219/18 1240/24 1307/25
1309/4 1315/9 1315/17 1324/8
1326/19 1337/24 1365/11

1365/20 1366/2 1369/12
1371/4 1381/10
**September 2011 [1]**   1217/10
**September 2014 [5]**   1212/21
1213/25 1214/16 1215/2
1215/7
**September 2016 [1]**   1315/17
**September 21st [1]**   1219/18
**September 23rd [1]**   1240/24
**September 25th [2]**   1204/21
1315/9
**series [1]**   1264/18
**serious [2]**   1266/16 1267/15
**seriously [10]**   1273/12
1273/24 1275/10 1285/20
1285/23 1299/24 1303/18
1357/12 1376/22 1398/19
**service [10]**   1289/9 1289/10
1289/11 1289/17 1289/19
1348/24 1349/11 1349/14
1349/19 1408/20
**serving [1]**   1327/17
**session [6]**   1232/21 1260/1
1260/5 1260/7 1404/11
1404/12
**set [12]**   1227/12 1288/6
1288/14 1290/16 1299/18
1300/3 1304/11 1389/21
1394/14 1397/18 1398/3
1398/16
**sets [1]**   1393/9
**setup [2]**   1393/8 1393/10
**seven [2]**   1336/3 1377/12
**seventh [2]**   1351/21 1375/7
**several [1]**   1313/17
**severe [2]**   1213/22 1361/1
**severely [1]**   1409/20
**sex [78]**   1187/18 1187/21
1188/6 1188/10 1209/7 1209/9
1209/14 1215/4 1215/8 1220/6
1220/19 1222/4 1222/9
1222/10 1231/7 1233/2
1243/20 1244/6 1247/11
1247/14 1251/7 1251/13
1265/5 1295/14 1295/18
1296/23 1341/20 1347/25
1351/24 1353/16 1356/19
1357/17 1359/6 1362/14
1378/17 1381/15 1388/5
1390/17 1390/22 1394/20
1397/5 1397/8 1397/14
1398/13 1398/14 1399/22
1400/2 1401/4 1401/14
1401/15 1401/22 1402/10
1402/16 1402/19 1402/20
1403/8 1403/9 1403/19
1403/21 1403/24 1404/4
1404/6 1404/17 1405/1 1406/9
1406/13 1406/14 1406/24
1407/5 1407/16 1407/21
1408/2 1408/23 1409/9
1410/19 1411/13 1411/16
1412/1
**sexual [9]**   1200/9 1204/1
1204/9 1289/13 1328/1
1354/11 1401/18 1402/14

**S**

**sexual... [1]**  1406/6
**sexually [5]**  1220/8 1241/25
 1242/6 1363/15 1363/16
**sexy [1]**  1237/19
**shaking [1]**  1374/4
**shape [1]**  1361/15
**SHEPPARD [1]**  1179/2
**ship [1]**  1404/21
**shirt [2]**  1206/19 1207/24
**shit [3]**  1341/10 1343/4
 1375/24
**shock [4]**  1257/9 1257/23
 1258/2 1258/6
**Shon [6]**  1313/10 1313/21
 1314/8 1314/8 1314/18
 1385/10
**Shon's [1]**  1313/24
**shoot [4]**  1271/17 1271/17
 1271/18 1271/19
**shooting [1]**  1365/4
**shoots [2]**  1235/4 1251/16
**shop [5]**  1297/25 1298/1
 1298/21 1298/21 1342/24
**shortly [4]**  1299/14 1332/17
 1337/20 1364/19
**shorts [1]**  1362/7
**shot [4]**  1181/13 1181/18
 1250/18 1253/3
**shot-glass [2]**  1181/13
 1181/18
**shots [1]**  1364/12
**shower [1]**  1387/18
**shown [5]**  1310/21 1369/11
 1371/23 1376/10 1397/10
**sick [1]**  1290/9
**side [7]**  1186/10 1206/15
 1206/17 1215/15 1217/5
 1283/13 1363/23
**sidebar [3]**  1378/24 1379/1
 1380/12
**sign [13]**  1201/22 1202/11
 1202/23 1203/5 1203/8
 1204/18 1236/16 1309/7
 1309/18 1309/19 1310/9
 1310/10 1382/22
**signed [12]**  1202/7 1204/13
 1204/22 1213/8 1309/12
 1309/14 1309/23 1311/3
 1311/9 1311/11 1311/13
 1324/5
**significance [1]**  1236/17
**significant [1]**  1410/24
**signing [5]**  1202/13 1203/5
 1309/10 1310/7 1311/5
**similar [3]**  1364/8 1364/15
 1385/21
**simple [1]**  1267/8
**simply [4]**  1322/7 1325/13
 1325/14 1395/18
**sincere [3]**  1270/4 1270/6
 1270/7
**sing [1]**  1183/22
**single [2]**  1289/1 1405/16
**sit [7]**  1189/16 1218/13
 1282/8 1282/16 1291/22

 1323/12 1413/22
**sitting [5]**  1206/15 1206/15
 1248/10 1248/22 1248/23
**situation [5]**  1305/25
 1341/13 1341/18 1344/8
 1344/10
**situations [1]**  1340/2
**six [10]**  1182/1 1214/2
 1334/13 1334/14 1345/3
 1345/8 1357/23 1361/22
 1389/6 1413/16
**six months [1]**  1345/8
**sixteen [1]**  1377/11
**size [2]**  1181/13 1207/19
**skin [1]**  1182/10
**skip [3]**  1231/1 1293/25
 1297/4
**SKIPSEY [1]**  1179/4
**slap [2]**  1209/23 1257/8
**slapped [3]**  1257/13 1257/15
 1257/17
**slapping [1]**  1257/8
**sleep [5]**  1302/15 1390/19
 1391/10 1391/12 1393/23
**sleeping [1]**  1392/12
**slick [1]**  1384/24
**slightest [3]**  1215/13
 1215/17 1363/19
**slightly [1]**  1203/20
**sliver [1]**  1397/15
**slow [3]**  1198/2 1230/15
 1367/25
**slowly [1]**  1189/23
**small [5]**  1327/12 1327/13
 1328/5 1328/16 1368/10
**smaller [2]**  1207/13 1208/12
**smart [1]**  1392/23
**smiley [8]**  1219/21 1282/22
 1283/15 1283/23 1303/6
 1357/15 1359/17 1384/9
**smiling [1]**  1279/1
**smoking [2]**  1364/21 1365/5
**sniffing [1]**  1364/21
**snow [1]**  1184/12
**sober [2]**  1341/11 1346/24
**somewhere [2]**  1232/7 1242/5
**soon [6]**  1210/13 1240/25
 1359/18 1376/23 1384/12
 1390/18
**sophisticated [2]**  1313/13
 1313/18
**sore [2]**  1259/3 1259/7
**sores [2]**  1362/10 1362/12
**sort [8]**  1188/23 1238/4
 1280/10 1281/23 1287/17
 1300/18 1308/5 1389/17
**sorts [1]**  1408/5
**sound [2]**  1246/17 1295/10
**sounded [1]**  1184/7
**sounds [6]**  1205/5 1207/5
 1213/10 1229/19 1294/21
 1383/1
**Sox [2]**  1232/21 1233/3
**spank [1]**  1270/20
**spanked [4]**  1228/10 1228/15
 1228/20 1270/18

**spanking [4]**  1228/8 1228/8
 1228/9 1228/13
**speaking [7]**  1185/18 1216/1
 1229/10 1344/17 1356/2
 1359/11 1409/1
**speaks [1]**  1223/3
**specific [1]**  1227/24
**specifically [2]**  1401/9
 1401/9
**spend [2]**  1201/13 1349/18
**spending [1]**  1349/17
**spent [3]**  1350/13 1353/20
 1364/25
**spiked [1]**  1252/2
**spit [1]**  1188/24
**split [2]**  1317/22 1317/22
**splitting [1]**  1317/24
**spoken [1]**  1383/2
**sponsor [1]**  1338/23
**stage [1]**  1402/13
**stake [1]**  1323/15
**stand [8]**  1180/8 1180/15
 1189/16 1282/8 1282/16
 1291/20 1323/15 1323/17
**standard [1]**  1410/22
**standing [3]**  1249/10 1298/8
 1378/2
**stands [1]**  1338/6
**staring [1]**  1372/7
**start [15]**  1192/20 1239/19
 1242/20 1245/25 1313/5
 1319/4 1320/23 1322/10
 1322/14 1332/7 1335/9
 1356/22 1364/21 1393/21
 1412/20
**started [11]**  1193/5 1206/10
 1206/19 1209/17 1214/18
 1214/20 1214/21 1222/20
 1296/11 1297/24 1321/1
**starting [5]**  1315/19 1363/11
 1365/4 1374/24 1375/6
**starts [1]**  1369/23
**state [6]**  1292/24 1407/1
 1410/18 1410/24 1411/22
 1412/14
**statement [3]**  1228/18
 1231/20 1283/8
**STATES [4]**  1178/1 1178/5
 1178/12 1349/14
**stating [1]**  1371/13
**statute [12]**  1399/12 1401/2
 1401/14 1404/17 1408/22
 1409/5 1409/6 1409/10
 1409/16 1411/14 1411/17
 1411/19
**statutes [1]**  1409/19
**statutory [1]**  1398/11
**stay [2]**  1336/16 1384/3
**staying [1]**  1251/24
**stenography [1]**  1179/14
**step [2]**  1216/13 1372/11
**Stephanie [2]**  1385/10
 1385/13
**steps [1]**  1372/13
**stick [3]**  1306/6 1381/8
 1390/25

**S**

stipulate [1]  1317/4
stipulated [4]  1320/12
 1320/16 1321/15 1377/11
stipulation [2]  1322/3
 1385/2
stipulations [4]  1320/19
 1321/17 1321/22 1321/24
stomach [1]  1181/23
STONE [1]  1179/6
stop [27]  1181/16 1183/23
 1188/13 1192/25 1198/17
 1205/14 1206/20 1208/2
 1208/16 1211/9 1211/17
 1211/19 1211/20 1211/21
 1211/22 1211/23 1230/16
 1245/20 1285/3 1301/13
 1322/10 1328/13 1332/5
 1332/5 1350/6 1367/25
 1400/17
stopped [9]  1185/1 1187/14
 1188/9 1210/14 1261/12
 1278/6 1278/22 1286/21
 1305/18
straight [2]  1313/11 1389/7
Straighten [1]  1385/3
stranger [4]  1242/9 1242/13
 1242/17 1242/19
strangers [1]  1242/20
strap [1]  1186/24
straps [2]  1187/6 1187/8
street [1]  1329/16
stricken [2]  1385/7 1385/9
strictly [1]  1221/25
strike [1]  1345/12
strikes [1]  1346/25
strip [6]  1204/25 1205/15
 1324/15 1327/13 1333/16
 1350/14
strippers [1]  1326/24
stuff [7]  1195/12 1212/25
 1213/18 1263/19 1269/23
 1297/4 1330/4
stupid [4]  1188/2 1208/11
 1211/7 1211/8
style [4]  1218/24 1222/20
 1222/23 1402/16
subject [2]  1219/19 1335/13
submissive [13]  1219/10
 1220/2 1220/5 1220/9 1222/12
 1223/18 1227/6 1253/7 1256/4
 1266/16 1266/23 1266/24
 1386/9
subsequently [1]  1334/16
subsided [1]  1336/21
substances [1]  1318/6
substantial [1]  1316/6
suck [1]  1384/9
sucked [1]  1392/4
suction [4]  1181/14 1182/13
 1183/13 1282/5
suctioned [1]  1181/14
suddenly [1]  1206/16
sued [1]  1280/23
suffered [1]  1315/16
sugar [5]  1269/2 1269/4

 1269/12 1274/9 1364/9
suggested [3]  1204/22
 1204/22 1335/20
suggesting [3]  1280/3 1280/5
 1290/13
suggests [4]  1318/25 1399/17
 1405/23 1408/11
sum [1]  1413/20
summary [3]  1402/8 1410/4
 1410/20
summer [3]  1250/9 1250/15
 1362/5
summers [1]  1250/12
Sunset [4]  1213/15 1334/8
 1334/17 1336/13
Sunset Park [3]  1334/8
 1334/17 1336/13
super [1]  1238/25
supplemented [1]  1373/19
support [1]  1397/16
supported [1]  1397/20
supportive [1]  1391/19
supposed [3]  1343/6 1378/20
 1381/20
surgeon [1]  1335/20
surgery [1]  1213/18
surprised [2]  1232/24
 1232/25
sustain [2]  1314/15 1316/8
sustained [10]  1215/19
 1290/6 1293/12 1296/18
 1298/19 1340/10 1345/13
 1364/18 1365/3 1365/8
swear [1]  1346/25
sweet [5]  1355/17 1383/3
 1385/16 1385/24 1386/8
swelling [3]  1213/22 1335/14
 1336/9
switch [1]  1185/24
swollen [1]  1336/24
swore [1]  1287/1
sworn [8]  1180/17 1244/18
 1244/19 1246/11 1278/2
 1278/7 1278/12 1278/13
sworn/affirmed [1]  1180/17

**T**

T-4-6 [1]  1314/25
T4 [11]  1377/17 1377/17
 1377/17 1377/22 1377/22
 1377/22 1378/6 1378/14
 1381/9 1387/9 1388/3
table [1]  1213/19
TAGAI [4]  1178/4 1382/11
 1382/11 1392/3
tank [1]  1362/7
TAO [1]  1387/18
Taren [5]  1387/12 1387/16
 1387/20 1387/24 1388/1
targeted [2]  1221/21 1250/25
targeting [4]  1231/21
 1231/24 1232/8 1251/3
taste [5]  1183/22 1184/10
 1184/20 1280/16 1280/17
tasted [1]  1184/7
tattoos [1]  1285/4

taught [2]  1271/8 1271/14
tea [1]  1235/7
ten [8]  1207/3 1207/4 1266/4
 1327/4 1327/14 1328/16
 1329/4 1408/24
tennis [1]  1389/21
tentatively [1]  1219/24
term [5]  1194/16 1198/22
 1205/17 1256/17 1365/18
terms [6]  1185/13 1200/9
 1219/10 1220/23 1398/24
 1401/22
terrible [7]  1302/10 1302/10
 1387/25 1404/15 1404/16
 1408/5 1408/20
testified [69]  1180/17
 1181/7 1182/21 1183/9
 1183/12 1183/24 1184/4
 1185/5 1186/18 1187/6
 1187/12 1189/1 1189/6 1191/8
 1191/8 1202/7 1205/14
 1206/22 1207/4 1207/20
 1214/3 1215/16 1220/8
 1225/12 1225/12 1244/10
 1244/17 1246/10 1246/19
 1246/25 1246/25 1247/10
 1247/18 1248/2 1248/9
 1248/15 1248/19 1261/8
 1272/5 1278/1 1285/25
 1286/22 1287/13 1300/6
 1300/15 1300/17 1301/8
 1301/16 1305/19 1306/18
 1318/1 1324/2 1325/7 1329/21
 1331/8 1332/3 1332/9 1342/2
 1363/14 1367/4 1368/15
 1369/19 1394/17 1395/21
 1405/16 1406/8 1406/11
 1407/13 1411/2
testify [12]  1208/20 1242/25
 1243/16 1244/16 1246/11
 1272/8 1321/2 1342/2 1369/17
 1370/23 1372/3 1375/18
testifying [7]  1181/5
 1252/24 1261/15 1261/18
 1315/15 1413/11 1413/12
testimonies [1]  1413/13
testimony [40]  1184/20
 1185/4 1209/20 1211/17
 1219/4 1243/13 1248/6
 1279/11 1292/20 1313/17
 1313/21 1314/12 1315/6
 1315/15 1316/16 1317/1
 1318/20 1319/1 1319/5
 1320/23 1320/25 1321/1
 1321/4 1321/9 1321/13 1322/9
 1322/13 1322/14 1322/25
 1350/3 1350/5 1369/9 1371/8
 1371/10 1376/4 1394/25
 1395/19 1404/7 1406/5
 1413/15
Texas [2]  1237/3 1237/6
text [54]  1191/5 1191/18
 1191/20 1191/23 1192/2
 1192/24 1193/6 1195/10
 1195/11 1264/19 1271/17
 1276/8 1281/12 1281/15

**T**

**text... [40]**  1282/13 1286/2 1286/9 1287/25 1288/5 1289/1 1291/14 1299/14 1300/7 1304/6 1314/8 1315/9 1316/14 1316/24 1317/12 1317/17 1333/8 1340/13 1348/10 1348/21 1354/24 1360/8 1363/25 1373/19 1374/3 1374/16 1374/25 1375/7 1375/22 1376/9 1377/13 1378/12 1385/10 1386/10 1391/16 1391/24 1392/18 1395/13 1400/10 1400/14
**texted [3]**  1303/24 1304/2 1392/6
**texting [2]**  1382/23 1383/17
**texts [12]**  1189/24 1190/25 1193/12 1195/19 1195/22 1196/13 1196/20 1196/20 1197/11 1364/4 1374/21 1374/25
**thanking [2]**  1191/6 1333/11
**theirs [1]**  1375/14
**themselves [3]**  1209/4 1241/18 1292/22
**theory [3]**  1399/7 1412/10 1412/11
**thereafter [1]**  1332/17
**therefore [1]**  1395/2
**thereof [1]**  1403/6
**they've [6]**  1397/7 1397/10 1406/23 1406/23 1407/21 1408/1
**thinking [8]**  1195/9 1234/16 1251/17 1253/16 1263/11 1275/23 1292/25 1404/19
**thinks [1]**  1295/11
**third [2]**  1196/22 1223/11
**Thirty [1]**  1298/13
**Thirty-three [1]**  1298/13
**thoroughly [2]**  1246/15 1246/15
**threat [7]**  1401/6 1402/25 1403/5 1403/9 1405/1 1411/12 1411/25
**threatened [3]**  1310/11 1310/14 1408/18
**threatening [2]**  1203/7 1310/16
**threats [2]**  1401/2 1405/9
**three [24]**  1211/16 1247/21 1257/11 1265/22 1266/10 1281/9 1298/13 1312/2 1335/14 1335/17 1336/8 1336/9 1341/12 1341/24 1345/6 1345/8 1346/25 1373/22 1373/24 1386/3 1386/6 1386/19 1387/7 1411/8
**three-liner [1]**  1373/22
**threesome [2]**  1232/19 1384/17
**throat [1]**  1391/1
**throughout [1]**  1350/15
**Thursday [8]**  1273/21 1308/12 1308/20 1308/25 1309/3

1412/25 1413/18 1413/24
**ticket [1]**  1234/24
**tickets [5]**  1233/22 1234/4 1234/16 1234/17 1234/22
**tie [1]**  1321/12
**tied [16]**  1184/24 1185/10 1187/23 1228/1 1236/21 1238/2 1238/5 1238/10 1238/13 1238/19 1238/20 1280/10 1300/19 1300/19 1408/11 1408/24
**Tiffany [1]**  1219/19
**tight [1]**  1237/4
**til [1]**  1391/12
**tilde [1]**  1213/13
**timestamp [1]**  1375/8
**tip [1]**  1183/21
**titled [1]**  1322/13
**tits [4]**  1228/16 1228/20 1293/16 1293/19
**today [16]**  1218/16 1258/1 1278/1 1279/22 1292/20 1300/15 1301/16 1303/12 1305/22 1320/8 1323/7 1329/7 1333/7 1388/24 1393/20 1400/13
**together [25]**  1189/18 1195/3 1195/5 1223/11 1226/23 1227/10 1227/14 1232/20 1251/8 1253/11 1255/14 1256/12 1257/18 1292/7 1292/13 1299/9 1300/19 1326/20 1342/17 1342/18 1349/7 1355/13 1360/4 1360/13 1373/1
**togethers [1]**  1250/15
**tolerate [1]**  1293/14
**tomorrow [18]**  1223/12 1231/16 1232/20 1232/21 1237/4 1238/25 1275/17 1299/17 1302/20 1322/23 1351/3 1387/17 1389/10 1391/12 1393/25 1412/21 1413/5 1413/24
**tongue [1]**  1183/22
**tonight [2]**  1303/19 1389/20
**tons [1]**  1285/1
**top [26]**  1190/5 1190/7 1190/7 1190/11 1190/14 1191/1 1193/5 1196/2 1201/10 1201/15 1202/2 1203/22 1217/4 1237/1 1238/1 1238/1 1262/2 1297/4 1299/3 1335/17 1339/22 1341/2 1351/3 1362/7 1368/4 1368/13
**tort [4]**  1407/2 1407/12 1407/23 1407/24
**touch [1]**  1299/5
**touched [2]**  1190/13 1244/13
**touching [1]**  1243/7
**tough [1]**  1265/25
**towards [2]**  1237/1 1305/15
**town [1]**  1253/6
**toys [2]**  1243/20 1244/6
**Tracy [8]**  1218/20 1219/20 1219/24 1221/5 1221/19

1232/5 1232/6 1251/23
**Tracy's [2]**  1233/13 1234/13
**trade [2]**  1397/14 1398/21
**traffic [2]**  1240/24 1241/3
**trafficking [9]**  1398/18 1407/22 1408/4 1408/4 1408/6 1408/18 1409/10 1409/18 1411/16
**trans [1]**  1410/16
**transcripts [3]**  1322/22 1322/24 1322/25
**transported [2]**  1402/9 1410/17
**trauma [2]**  1214/5 1214/15
**traumatized [1]**  1364/20
**travel [2]**  1349/13 1394/19
**traveled [2]**  1395/1 1395/11
**traveling [1]**  1349/18
**treatment [2]**  1213/21 1335/25
**trend [1]**  1355/23
**trial [7]**  1178/11 1318/21 1322/20 1376/21 1410/23 1412/17 1413/19
**trick [1]**  1395/8
**tricked [5]**  1239/10 1239/15 1240/2 1402/22 1402/24
**tricking [2]**  1239/13 1257/2
**trip [2]**  1395/12 1396/1
**trips [1]**  1394/23
**trouble [4]**  1203/16 1349/17 1361/24 1388/14
**troublemaker [1]**  1374/6
**true [9]**  1214/13 1240/7 1246/10 1252/14 1252/15 1254/11 1255/10 1301/10 1301/11
**truly [1]**  1220/9
**truth [1]**  1284/12
**trying -- you [1]**  1348/2
**turn [2]**  1225/6 1265/18
**turned [3]**  1256/12 1285/17 1340/4
**turns [2]**  1185/12 1408/3
**TVPA [6]**  1394/15 1395/4 1397/20 1397/23 1403/1 1408/6
**twice [1]**  1356/11
**two [42]**  1180/25 1190/5 1190/7 1191/1 1191/11 1204/10 1206/1 1217/11 1236/22 1242/19 1243/23 1247/23 1249/13 1250/12 1256/1 1282/19 1286/9 1294/1 1296/19 1309/12 1310/3 1323/4 1328/21 1345/14 1345/21 1345/24 1346/2 1346/23 1355/13 1356/14 1356/15 1368/10 1369/8 1373/18 1382/14 1385/9 1386/7 1390/17 1398/14 1399/16 1400/14 1413/15
**two-pager [1]**  1373/18
**twosome [1]**  1384/17
**tying [1]**  1322/3
**type [6]**  1211/3 1224/8

**T**

**type... [4]** 1254/24 1255/10 1280/4 1340/2
**typical [1]** 1408/18
**typing [1]** 1367/15
**typo [2]** 1288/22 1361/6

**U**

**U.S.C [1]** 1401/15
**U4 [3]** 1219/15 1277/17 1277/24
**Uggh [1]** 1388/22
**ugly [2]** 1208/13 1211/7
**Uh-hum [3]** 1263/14 1291/16 1363/10
**unable [1]** 1405/17
**unaware [1]** 1403/14
**uncomfortable [1]** 1372/8
**underlying [1]** 1314/12
**understood [10]** 1229/25 1230/6 1230/20 1231/9 1256/16 1256/18 1259/18 1261/16 1346/4 1405/11
**undoubtedly [1]** 1407/11
**UNITED [4]** 1178/1 1178/5 1178/12 1349/14
**United States [1]** 1349/14
**unknown [1]** 1217/10
**unless [2]** 1381/6 1413/10
**unquote [3]** 1388/17 1389/6 1391/19
**updated [1]** 1320/8
**upset [4]** 1229/2 1308/5 1361/20 1387/4
**upstairs [1]** 1384/15
**usual [2]** 1378/17 1381/15
**uttered [1]** 1229/9

**V**

**vagina [4]** 1181/15 1189/16 1210/22 1406/11
**Valentine's [4]** 1353/3 1353/3 1353/5 1353/11
**Valium [4]** 1237/19 1237/21 1267/25 1269/15
**value [2]** 1316/5 1401/16
**variety [1]** 1243/25
**Various [1]** 1322/1
**venture [7]** 1307/20 1313/11 1313/13 1313/18 1404/21 1406/22 1411/6
**verbal [4]** 1223/24 1224/1 1224/7 1227/7
**verbally [2]** 1222/3 1281/5
**verdict [1]** 1412/13
**verify [1]** 1185/17
**version [1]** 1203/21
**versions [1]** 1201/13
**versus [1]** 1178/7
**very -- yes [1]** 1356/9
**very-limited [1]** 1376/20
**via [1]** 1382/24
**vibrators [1]** 1229/15
**Vicodin [1]** 1318/5
**Vicodins [1]** 1389/7
**victim [1]** 1342/6

**video [20]** 1245/18 1245/19 1246/7 1246/8 1247/5 1247/6 1261/10 1261/12 1261/12 1278/6 1278/6 1278/22 1278/22 1286/17 1286/21 1286/21 1305/17 1305/18 1331/4 1331/5
**videotaped [1]** 1245/6
**view [2]** 1397/9 1409/13
**viewing [1]** 1401/20
**violated [1]** 1249/1
**violation [2]** 1408/6 1409/22
**violence [2]** 1200/3 1342/6
**violent [1]** 1406/7
**Virgin [1]** 1234/3
**visit [1]** 1198/9
**voir [1]** 1376/5
**voluntarily [5]** 1204/1 1204/8 1239/7 1394/19 1394/24
**volunteer [3]** 1239/19 1240/10 1240/12

**W**

**wagons [1]** 1314/17
**wait [5]** 1274/8 1284/25 1332/6 1382/25 1385/17
**waiting [2]** 1249/10 1383/3
**waitress [5]** 1211/10 1211/11 1298/3 1327/16 1328/23
**waitresses [2]** 1210/11 1327/16
**wake [2]** 1378/22 1381/23
**walk [4]** 1189/17 1195/19 1210/13 1214/7
**walked [1]** 1199/23
**wall [1]** 1232/3
**wants [1]** 1400/6
**warm [1]** 1180/12
**warning [2]** 1260/6 1405/22
**was-- he [1]** 1331/19
**waste [5]** 1275/19 1276/20 1276/21 1387/14 1391/21
**wasting [2]** 1259/23 1275/13
**watch [1]** 1245/7
**watched [1]** 1391/4
**watching [1]** 1408/19
**way that [1]** 1331/19
**wearing [1]** 1362/7
**week [5]** 1193/9 1194/21 1259/4 1259/7 1413/3
**weekend [2]** 1195/2 1292/2
**weeks [1]** 1347/23
**weird [3]** 1384/18 1385/20 1388/17
**welcome [1]** 1180/11
**welts [1]** 1189/15
**Wen [1]** 1253/22
**What'd [1]** 1385/14
**WhatsApp [1]** 1382/24
**whatsoever [2]** 1399/6 1400/15
**whipped [10]** 1181/7 1181/10 1184/24 1185/12 1229/2 1229/5 1280/19 1304/21 1305/7 1406/11

**whipping [3]** 1185/1 1187/14 1282/24
**whips [7]** 1228/12 1228/22 1229/10 1235/6 1243/24 1257/9 1257/20
**white [2]** 1279/13 1380/1
**whole [10]** 1243/25 1253/11 1254/15 1328/10 1340/4 1348/21 1393/13 1397/15 1408/14 1412/17
**wild [1]** 1333/16
**willing [9]** 1255/19 1262/20 1266/15 1266/23 1267/11 1269/15 1274/14 1317/11 1368/22
**wine [2]** 1310/6 1384/16
**wiped [1]** 1214/9
**wire [1]** 1217/13
**wires [1]** 1217/12
**wish [12]** 1195/17 1195/17 1266/16 1267/2 1267/9 1308/3 1355/16 1356/17 1357/25 1365/1 1365/1 1388/19
**withdraw [5]** 1249/6 1279/17 1309/11 1350/10 1411/10
**withdrawn [9]** 1184/23 1185/10 1198/8 1215/5 1216/21 1225/11 1260/23 1337/8 1339/17
**witness [16]** 1180/6 1180/8 1180/15 1180/15 1180/16 1277/10 1316/3 1317/9 1318/20 1323/10 1323/15 1323/17 1325/25 1369/22 1372/13 1415/2
**witnesses [2]** 1321/6 1413/15
**woke [2]** 1280/9 1391/4
**woman [5]** 1185/5 1218/20 1232/5 1235/24 1274/15
**women [9]** 1205/11 1205/23 1207/6 1401/19 1402/3 1404/22 1404/23 1405/6 1408/11
**wonderful [2]** 1352/8 1386/14
**word [12]** 1230/15 1230/21 1231/20 1261/22 1270/1 1278/23 1310/12 1361/5 1367/25 1400/5 1408/13 1411/18
**words [21]** 1226/4 1227/12 1229/9 1230/7 1230/8 1230/10 1235/17 1261/16 1267/6 1267/7 1267/8 1268/18 1268/19 1268/22 1292/22 1293/4 1293/7 1293/10 1308/16 1320/18 1354/11
**works [1]** 1408/21
**world [2]** 1220/23 1256/17
**worried [2]** 1215/15 1382/7
**worth [2]** 1250/18 1404/1
**Wow [1]** 1390/19
**wrists [5]** 1186/19 1186/20 1198/15 1300/18 1301/16
**write [15]** 1222/24 1223/2 1239/2 1253/5 1253/10 1253/16 1254/8 1254/9 1255/7

**W**

**write... [6]**  1269/17 1282/23
 1296/1 1303/21 1367/23
 1368/17
**writes [6]**  1192/5 1226/4
 1237/2 1314/9 1352/5 1352/7
**writing [8]**  1229/9 1238/20
 1255/8 1270/10 1353/2
 1366/11 1384/8 1391/5
**written [2]**  1300/11 1309/16
**wrote [51]**  1195/7 1222/25
 1223/1 1223/17 1223/18
 1235/17 1235/20 1236/18
 1238/6 1247/22 1253/15
 1253/17 1255/8 1263/3 1263/7
 1267/6 1267/7 1267/17
 1267/21 1268/2 1271/11
 1274/13 1275/6 1275/20
 1283/3 1283/5 1283/14
 1283/16 1285/19 1291/3
 1292/9 1292/11 1292/24
 1293/4 1294/7 1295/25
 1295/25 1296/12 1298/25
 1303/2 1303/9 1303/11
 1303/22 1347/10 1354/1
 1354/3 1359/24 1368/18
 1392/4 1402/7 1411/21

**X**

**X's [1]**  1276/22
**X4 [3]**  1235/11 1277/17
 1277/24
**xox [1]**  1384/24
**Xs [2]**  1303/19 1303/20

**Y**

**Y4 [2]**  1240/17 1240/22
**Yankees [2]**  1232/21 1233/3
**Yankees-Red Sox [2]**  1232/21
 1233/3
**Yasmine [2]**  1253/19 1253/21
**year [7]**  1255/5 1255/11
 1256/2 1263/10 1263/12
 1344/11 1350/16
**years [18]**  1195/10 1214/16
 1237/10 1247/21 1247/23
 1249/13 1256/1 1266/10
 1281/9 1298/16 1305/22
 1308/19 1335/14 1335/17
 1336/8 1336/9 1346/14
 1363/15
**yell [1]**  1296/20
**yelled [1]**  1278/16
**yelling [2]**  1245/3 1245/4
**yellow [1]**  1196/20
**yesterday [33]**  1180/24
 1183/24 1185/4 1185/20
 1189/24 1191/9 1191/16
 1218/23 1220/10 1228/25
 1233/21 1241/21 1243/13
 1243/17 1244/10 1246/19
 1248/7 1250/23 1252/2
 1255/18 1262/4 1263/2 1269/8
 1279/23 1300/6 1316/16
 1317/10 1318/1 1335/17
 1336/10 1352/8 1373/17

 1374/8
**YORK [22]**  1178/1 1178/6
 1178/16 1178/16 1178/20
 1178/20 1179/3 1179/7 1179/7
 1221/3 1233/22 1234/23
 1236/6 1237/13 1265/20
 1329/17 1394/19 1394/23
 1395/1 1395/14 1399/5 1402/9
**young [2]**  1404/21 1404/22
**yourself [8]**  1212/7 1319/18
 1343/6 1361/4 1362/20
 1370/12 1370/13 1411/21
**yourselves [2]**  1277/4
 1311/21
**Yup [2]**  1383/20 1391/16

**Z**

**Z4 [5]**  1249/18 1249/24
 1255/23 1366/3 1367/1
**zapped [1]**  1182/21
**zaps [1]**  1182/16
**zoom [1]**  1367/20
**zoomed [1]**  1207/23