1417

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2
    ------------------------------x
3                                    17-CV-6404(BMC)
    AMY MOORE, MIA LYTELL,
4   NATASHA TAGAI, EMMA HOPPER,
    BRITTANY HASSEN and BRITTANY
5   REYES,
                                     United States Courthouse
6           Plaintiffs,             Brooklyn, New York

7           – versus –              March 30, 2022
                                     9:30 a.m.
8   HOWARD RUBIN and JENNIFER
    POWERS,
9
            Defendants.
10
    ------------------------------x
11
                TRANSCRIPT OF CIVIL CAUSE FOR TRIAL
12              BEFORE THE HONORABLE BRIAN M. COGAN
                UNITED STATES SENIOR DISTRICT JUDGE
13                       BEFORE A JURY

14  APPEARANCES

15  Attorney for Plaintiffs: BALESTRIERE FARIELLO
                             225 Broadway
16                           29th Floor
                             New York, New York 10007
17                           BY:  JOHN G. BALESTRIERE, ESQ.
                                  MANDEEP S. MINHAS, ESQ.
18

19  Attorney for Defendant:  DECHERT LLP
    Howard Rubin              1095 Avenue of the Americas
20                           New York, New York 10036-6797
                             BY:  EDWARD A. McDONALD, ESQ.
21                                BENJAMIN E. ROSENBERG, ESQ.
                                  MAY K. CHIANG, ESQ.
22                                CHRISTINE ISAACS, ESQ.

23

24

25

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1418

```
 1   APPEARANCES (CONTINUED)

 2   Attorney for Defendant:   SHEPPARD MULLIN RICHTER
     Howard Rubin              & HAMPTON, LLP
 3                             30 Rockefeller Plaza
                               New York, NY 10112
 4                             BY:  MICHAEL J. GILBERT, ESQ.
                                    KATHERINE BOY-SKIPSEY, ESQ.
 5

 6   Attorney for Defendant:   SCHLAM STONE & DOLAN LLP
     Jennifer Powers           26 Broadway
 7                             New York, New York
                               BY:  DOUGLAS E. GROVER, ESQ.
 8                                  JOLENE LAVIGNE-ALBERT, ESQ.
                                    ANGELA LI, ESQ.
 9

10

11   Court Reporter:           LINDA D. DANELCZYK, RPR, CSR, CCR
                               Phone:  718-613-2330
12                             Fax:    718-804-2712
                               Email:  LindaDan226@gmail.com
13

14   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
15

16

17

18

19

20

21

22

23

24

25
```

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1419

1              In open court; Jury not present.)

2              THE COURTROOM DEPUTY:  All rise.  Judge Cogan

3     presiding.

4              THE COURT:  Good morning.  Have a seat, please.

5              A few things we need to address this morning.

6              First, this morning the motion for judgment as a

7     matter of law was filed by Mr. Rubin.

8              I assume that's just to make a record because we

9     talked about that yesterday, so that's denied for the same

10    reasons we stated yesterday.

11             At 11:52 p.m. last night, I received the plaintiffs'

12    proposed motion to amend the complaint.

13             I'll hear from defendants if they have any

14    opposition to that.

15             MR. ROSENBERG:  Your Honor, defendants do oppose.

16    It is not warranted under Rule 15B.

17             The parties have not tried the issues raised here by

18    express or complied consent.  To the contrary claims raised

19    new issues, we would have conducted different discovery or

20    additional discovery and cross-examined on the additional

21    issues.

22             And for that reason, at this late hour after

23    plaintiffs have closed, we submit there's prejudice to the

24    defendants and the motion should be denied.

25             THE COURT:  Okay.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

PROCEEDINGS                                    1420

1          Anything from Ms. Powers?

2          MR. GROVER:  Your Honor, Mr. Dolan of my firm was

3   drafting a letter for a written opposition, if it's necessary,

4   Your Honor.

5          Other position is that it's inappropriate at this

6   time, and if the Court wishes to further discussion about it,

7   we'd like a few hours to get that letter in before lunchtime.

8          THE COURT:  Okay.

9          I'll hear from Mr. Balestriere.

10          MR. BALESTRIERE:  Good morning, Your Honor.  Our

11   position is laid out, of course, in the letter and, of course,

12   Your Honor, this is more of the discussion that we had

13   yesterday in court.

14          Up to this point, plaintiffs have relied on the

15   orders with regards to the motion to dismiss and the motion

16   for summary judgment.

17          With regard to, just to be clear, in both of those

18   motions, the issue of the plaintiffs coming -- not being

19   thrown in the back of the van to come to New York, meaning

20   consented to at least come to New York, was in the record

21   before the Court.  But based on the discussions yesterday, we

22   believe that under -- it would be appropriate now to amend.

23          And applying the Rule 15 standards, the first three

24   elements are met.  I don't believe the fourth would apply,

25   that there's no need for additional evidence.  As the Court is

PROCEEDINGS                                      1421

1    well aware, every factual assertion has been litigated to a

2    significant degree here.

3            There have been full-day depositions of everyone

4    about the events in question.  And I don't believe that any

5    further evidence needs be developed, nor have the plaintiffs

6    been -- excuse me, the defendants been prejudiced because

7    their defense has been the plaintiffs are lying.  And it would

8    be the same thing with regards to the forced labor claim or

9    the rape tort, let's say, in the CPLR 213-C.

10           So while it's certainly late, there's no two ways

11   about it, the reason why we are making the application now is

12   due to the discussion we had yesterday, so that when the

13   claims come to the jury, they can hear all the claims for

14   which there has been evidence.  And, again, going to really

15   the key question here of prejudice, I don't believe there's

16   any prejudice the defense.

17           MR. GROVER:  Your Honor, may I be heard?

18           THE COURT:  Yes.

19           MR. GROVER:  Your Honor, with respect to Ms. Powers,

20   that is not our defense.  Ms. Powers is in a very different

21   position from Mr. Rubin.

22           Our defense is focused on what Ms. Powers did and

23   knew at every stage of the events.

24           (Court reporter interrupts.)

25           MR. GROVER:  Your Honor, the fact is that for all of

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

PROCEEDINGS                                    1422

1    these witnesses, we would have included cross-examination

2    about their freedom to come and go.  Testimony about their

3    cell phones, testimony -- that they had all the time, of

4    course.  Testimony about where and when they were able to text

5    when they communicated with Ms. Powers afterwards.

6           We would also have addressed specifically and more

7    carefully, testimony about the plane records that showed that

8    they always had a first-class round -- excuse me, a round-trip

9    ticket in their possession, usually first class.

10          There were many areas of cross-examination that

11   would deal with the issue of whether or not they had the

12   freedom to come and go in a very expanded sense.  And, again,

13   from the position of someone that's not in the apartment at

14   the time any of the events occurred.

15          And so we would be prejudiced.  We would need to

16   examine each and every one of these witnesses and, of course,

17   we didn't do anything pretrial on this.

18          MR. BALESTRIERE:  May I respond to that point, Your

19   Honor?

20          THE COURT:  Yes.

21          MR. ROSENBERG:  Of course, the same points about the

22   cross-examination, the phone -- all the testimony that the

23   plaintiffs left the apartment, went shopping on various

24   occasions, we would have -- we also question that we have

25   obvious -- we have not had the opportunity to explore the

PROCEEDINGS                                    1423

1    relation back and whether how Section 213-C applies.

2              There are a tremendous number of issues of prejudice

3    that are raised.

4              THE COURT:  Mr. Balestriere?

5              MR. BALESTRIERE:  So with regard to 213-C --

6              THE COURT:  C?

7              MR. BALESTRIERE:  213-C, yes.

8              I don't believe that any communication with counsel

9    would matter, because it's really in the event.

10             With regards to this further cross-examination that

11   counsel says they would have engaged in, respectfully I think

12   that they did ask plenty of questions about freedoms and

13   common freedoms to leave.  But I didn't hear anything that I

14   wouldn't consider stipulating to.  Meaning I don't think

15   there's a dispute that the plaintiffs had these tickets, or

16   that they had their cell phones before and after the

17   encounters or things like that.

18             So to the extent that that would be needed, there

19   could perhaps be a stipulation with regards to the facts which

20   were just raised by counsel that they would say they would

21   want to cross-examine the plaintiffs on.

22             Obviously, the worse case we can bring them back,

23   but I think we can address that by stip.

24             THE COURT:  Okay.  First of all, the 213-C claim is

25   simple.  The plaintiffs have misconstrued that statute.  That

PROCEEDINGS                                          1424

1    does not create a private cause of action for violations of

2    various provisions of the penal law.

3              What it says is that if you have a tort claim, and

4    the tort claim encompasses the conduct described in those

5    provision of the penal law, then your statute of limitations

6    for that tort claim is established.

7              The statute was enacted to revive and allow longer

8    period of time for certain tort claims, which because they

9    generally have a short statute in the area of sexual abuse,

10   the statute was lengthened.

11             The provision is not -- it's in Article 2 of the

12   CPLR.  That's the statute of limitations.  It is does not

13   create a cause of action.  So that's my ruling on that.

14             As far as adding a 1589 claim, I think it's much too

15   late for that.  I think there is no doubt in my mind that

16   these defendant -- these plaintiffs would have been

17   cross-examined specifically on the elements of those claims.

18             I will note that with regard to the allegations in

19   the present complaints, several of them were confronted with

20   those allegations as measure against the evidence that they

21   were giving in testimony.  And to say, okay, now there's a

22   1589 claim, the defendants would have been deprived of that

23   cross-examination.

24             The suggestion of a stipulation, aside from being

25   mechanically difficult at this stage of the case, would not

PROCEEDINGS                                    1425

1   solve the problem.  If I were defense counsel, I wouldn't

2   enter into a stipulation, because I would want to

3   cross-examine each of the plaintiffs and say, hey, you raised

4   this claim but, in fact, you had this and you had that.  And

5   it would go to their credibility by having raised the claim.

6   So I wouldn't even take the stipulation.

7            And I'm certainly not going to start the trial over

8   by bringing each plaintiff back so we can do that.

9            Finally, I will note, I'm not even at all sure that

10  1589 applies to this situation.  That's the nanny statute.

11  That's the forced domestic services statute.  It's

12  emphatically not a sexual abuse statute.

13           You had the two statutes passed in tandem; one, to

14  prevent the abuse of domestic workers, and the other to

15  prevent sex trafficking.  They are quite different.  And I'm

16  not sure that the facts of this case even would fall under

17  1589.

18           So for those reasons, the motion is denied.  We'll

19  see if the jury's here, and we'll bring them in and continue

20  with defendants' case.

21           MR. ROSENBERG:  May I briefly, Your Honor?

22           I have something unrelated.

23           THE COURT:  Go ahead.

24           MR. ROSENBERG:  Our first witness is Mr. Rubin.  If

25  it's okay, I left a binder of documents for him to -- on the

PROCEEDINGS                    1426

1    witness stand.  And I showed it to the plaintiffs.  We just

2    wanted to make sure that was okay with the Court.

3              THE COURT:  That's fine.

4              MR. BALESTRIERE:  I have no objection to that, Your

5    Honor.

6              If I may, just two comments?  At least with regards

7    to the forced labor claim, there is a First Circuit case,

8    *Ricchio against McLean*, it's 853 F.3d 553, which notes that

9    labor or services under 1589 is not limited to work in an

10   economic sense and extends to forced sexual acts.  That's

11   citing to a Tenth Circuit case, *U.S. against Kaufman*, 546

12   F.3d.

13             THE COURT:  I gave you several reasons why --

14             MR. BALESTRIERE:  Understood.

15             THE COURT:  So you've got that on the record.  I

16   don't know if that's right or wrong because of the lateness of

17   the motion.

18             MR. BALESTRIERE:  Understood.

19             Would the Court entertain then that we would amend

20   to add the assault and battery claims applying to 213-C?

21             THE COURT:  You have assault and battery claims.

22             MR. BALESTRIERE:  But they -- but the assault and

23   battery claims right now, Your Honor, are only for two of the

24   plaintiffs, because they are only under the one year that we

25   have.  Meaning, this should then extend it.

PROCEEDINGS                                1427

1      We would not encompass Ms. Hassen's 2011 claim.  But

2  the other claims, applying 213-C, would allow assault and

3  battery for any other encounters.

4      THE COURT:  So now you're making a second motion to

5  amend the complaint after the close of your case, right before

6  the defendants present there's.  No.  The answer is, no, I do

7  not think the defendants should be ambushed at trial by new

8  claims after the plaintiff has closed.

9      MR. BALESTRIERE:  I only raise this because of the

10 discussion yesterday, Your Honor.

11     THE COURT:  Okay.

12     MR. BALESTRIERE:  Thank you.

13     THE COURT:  Okay.  See you in a few minutes, as soon

14 as the jury's ready.

15     (Pause in the proceedings.)

16     THE COURTROOM DEPUTY:  All rise.

17     THE COURT:  All right, let's have the jury, please.

18     (Jury enters the courtroom.)

19     THE COURT:  Everyone can be seated.

20     Good morning, ladies and gentlemen, welcome back.

21     Plaintiffs having rested, how would the defendant,

22 Mr. Rubin, like to proceed?

23     MR. ROSENBERG:  Your Honor, we proceed by calling

24 Mr. Howard Rubin to the stand.

25     THE COURT:  All right.

PROCEEDINGS                                              1428

1          (Continued on next page.)

RUBIN - DIRECT - ROSENBERG                    1429

1        (Witness takes the witness stand.)

2   **HOWARD RUBIN**, called as a witness, having been first duly

3   sworn/affirmed, was examined and testified first duly

4   sworn/affirmed:

5        THE WITNESS:  I do.

6        THE COURTROOM DEPUTY:  Have a seat.  Please use the

7   microphone.

8        THE COURT:  All right, you may inquire.

9        MR. ROSENBERG:  Thank you, Your Honor.

10  DIRECT EXAMINATION

11  BY MR. ROSENBERG:

12  Q    Good morning, Mr. Rubin.

13       The jury's heard a lot about you.  Why don't we

14  start at the beginning.

15       How old are you, sir?

16  A    I am 66 years old.

17  Q    And where were you born?

18  A    I was born in Boston, Massachusetts.  I grew up outside

19  of the City.  I grew up in Wayland, Massachusetts, small town

20  outside of Boston.

21  Q    And can you please tell the jury about your education

22  starting with high school.

23  A    High school.  Sure.

24       I graduated, grew up, childhood, in this town

25  Wayland.  Graduated from the local public school, Wayland

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

RUBIN - DIRECT - ROSENBERG                    1430

1    High.  And that was in 1973.

2              Then I went to college in Pennsylvania, small school

3    called Lafayette College.  I got a degree in chemical

4    engineering.  Graduated from there, 1977.

5              And then I went to the Harvard business school few

6    years later.  1980 to 1982.

7    Q    Okay.  And can you tell us a little bit about your

8    professional career.

9              What did you do after you graduated from college and

10   before you went to business school?

11   A    Well, I had gotten a degree in chemical engineering.  I

12   needed to make some money.  I went to work for Exxon.  They

13   had a refinery in New Jersey at the time.  And I worked

14   there -- well, I started -- I worked there for a little while.

15   Q    Okay.  And what did you do after that?

16   A    Well, I worked for Exxon for 18 months, and then I went

17   to Las Vegas and I tried my hand as being a blackjack card

18   counter for another 18 months before I went to Harvard.

19   Q    And so when did you go to business school?

20   A    So started -- you know, business school was two-year

21   program.  Started in 1980, graduated 1982.

22   Q    And tell the jury, please, what you did since then.

23   A    Sure.

24   Q    Professionally.

25   A    Yeah, yeah.

RUBIN - DIRECT - ROSENBERG                    1431

1    I went to Wall Street after business school and my

2    first job was for Salomon Brothers.  I ended up on the

3    mortgage bond trading desk and became a mortgage bond trader.

4         And worked -- you know, all the years I -- I stayed

5    on Wall Street for my whole career and stayed in that same

6    job -- worked for few different firms, but stayed in that same

7    job as a bond trader.

8    Q    Okay.  Are you married, sir?

9    A    I am married.  But in the process of getting divorced.

10   Q    And do you have children?

11   A    Yeah, three kids.  They're all grown, all in their 25 to

12   29 years old right now.

13   Q    Now, sir, we heard a lot of talk in this case about BDSM

14   sex?

15   A    Sure.

16   Q    Could you please explain to the jury what BDSM sex is, as

17   you have experienced it?

18   A    Sure.  I mean, I know people talked about it a lot over

19   the, you know, past week and a half.

20        So, you know, whether it's bondage or sadomasochism

21   and it's when, you know, one partner is the dominant person

22   and one partner, you know, is the submissive person.  And it's

23   during a sexual relationship, for me it's, you know, just

24   during the sex part, it's role playing.  I'm a dominant in the

25   relationship.  And for me a woman is the submissive in a

RUBIN – DIRECT – ROSENBERG                1432

1    relationship.

2              And I dominate, as I'm sure the jury's read,

3    physical, you know, abuse humiliation, and verbal abuse

4    humiliation.

5    Q    And just briefly, because the jury has heard, tell us

6    about some of the forms of physical domination.

7    A    Sure.  I mean I think people have heard about it a lot

8    this week.  But for me, it would be delivering pain on a

9    physical basis.  So that would be slapping with my hand, for

10   instance, on various parts of a woman's body.

11             I could use sex toys to inflict pain.  As has been

12   mentioned, whips, possible paddles, possible electric, you

13   know, zapping.  Various other sex objects that might inflict

14   pain.  You know, clothespins, for instance, that may inflict

15   pain.

16   Q    And we also saw there's some furniture involved that's

17   been much discussed here?

18   A    Yeah, the furniture itself is, is for restraint, you

19   know, the bondage part of BDSM.

20             And, again, it's been talked a lot this week.  It

21   could be plastic bondage tape to restrain a woman.  It could

22   be this furniture we've seen pictures of that have cuffs and

23   straps.  There's specialty non-chafing bondage rope that I

24   might restrain a woman with.

25             So that's the bondage part.

RUBIN - DIRECT - ROSENBERG                1433

1      But, you know, to me the furniture is bond -- you

2  know, it's bondage.  It's -- I mean it's been talked about a

3  lot.  But that's how to restrain a person.

4  Q    And last on this, you mentioned, I believe, that the BDSM

5  involves both physical and verbal domination.

6      You've described the physical.  Can you tell the

7  jury a little bit about the verbal.

8  A    Yeah.  I like calling -- you know, for me there -- as

9  part of BDSM, it's a sexual -- you know, it's a sexual

10  encounter, and I get -- you know, as part of the S & M, I

11  guess of the sadomasochism, I personally derive sexual

12  pleasure from inflicting -- you know, getting off, but

13  inflicting physical pain and verbal abuse.  And so I used, you

14  know, mean words to women during our encounters.

15  Q    Now, so when did you begin to practice BDSM?

16  A    It -- mid-2000, in the 2000s, I'd say.

17  Q    And briefly, sir, can you explain to the jury how you

18  became involved or how you learned about it?

19  A    Yeah.  So around that period of time, you know, there

20  seemed to be more publicity about it.  I found some of books,

21  the internet.  There was stuff on the internet.  And

22  magazines.  And I read about it and I was excited about it.

23  And I wanted to explore.

24  Q    And did you explore it through advertisements on the

25  internet?

RUBIN - DIRECT - ROSENBERG                    1434

1  A     Yeah, what, you know, it was kind of the age of the

2  internet really kicking up.

3           And there were websites, and one specific one I

4  found where women, men also, but were advertising for, say, I

5  mean were escorting, prostitution websites disguised.

6           Women were advertising sex for money.  And some

7  might be, I guess what you'd call more classical sex, but

8  there were women that advertised that they were willing or

9  wanted to participate in a BDSM encounter in exchange for

10 money.

11 Q     Is that how you began your exploration of BDSM?

12 A     Yes.  The first person I was with, I contacted through an

13 internet site.

14 Q     Did you eventually changed how you found BDSM partners?

15 A     Well, yeah.  It progressed over time.  You know, I don't

16 know if I call it change, but progressed.

17           I started meeting women on the internet.  And

18 everybody's heard this woman Tracy Reed.  I'm not quite sure

19 actually how I met her.

20           But this was a woman who put -- you know, connected

21 sexual partners.  And she was a, call it the classer, classic

22 madam booker person that hooked up -- I mean, in my case it

23 was a man with a woman.  I'm sure she did women with men.  Men

24 with men.  Women with women.  But for me it was finding me a

25 woman that was going to engage in S & M and BDSM in exchange

RUBIN - DIRECT - ROSENBERG                    1435

1    FOR money.

2    Q    And did you find either or any of the plaintiffs in this

3    case -- were you connected to any of the plaintiffs in this

4    case through Ms. Reed?

5    A    Yeah.

6         And there's been testimony of it, but Natasha Tagai

7    and Brittany Hassen.

8    Q    Okay.  And how, if at all, did your -- the way that you

9    found BDSM partners evolve or progress?

10   A    So, you know, it started on the internet, you know,

11   meeting woman on the internet.  Then I made contact with Tracy

12   Reed, and then what began to happen is that women that I had

13   relationship with or an encounter with began to introduce me

14   to friends of their's.

15        So now I was being introduced to other women through

16   women I had already been with.  And then I stopped using the

17   internet and I stopped using Tracy Reed.

18   Q    And did you meet any of the plaintiffs through this

19   referral network or method, as you've described?

20   A    Yeah, I'd say.  So my friend -- let me see if I get it --

21   my friend Taren Cassidy introduced me to Brittany Reyes.  My

22   friend Stephanie Shon introduced me to Mia Lytell and Amy

23   Moore.  And, oh, Steph Shon also introduced me to Emma Hopper.

24   Q    Okay.  Mr. Rubin, did you always pay for BDSM sex?

25   A    Yeah, sure.

1   Q    And how much did you pay?

2   A    I paid -- well, it was a range.  But, you know, the full

3   fee -- full amount was $5,000.

4   Q    And could you explain what the range was and what

5   influenced how much you paid within the range?

6   A    Sure.  It was between 1,000 and 5,000.  And my -- I guess

7   I mean I didn't have a -- how do I phrase it.  I didn't have a

8   checklist system of trying to determine what those numbers

9   were.

10        But, you know, my view was if I was introduced to a

11  woman and, you know, there was some discussion, a lot of

12  discussion beforehand of what was going to happen if she

13  showed up at either the hotel room I rented earlier on or the

14  condo which everybody's heard about, my minimum was a thousand

15  dollars.

16        She walks in, kind of says, you know, at the last

17  minute I talked more about what's going to happen and she says

18  uh-huh, or she meets me and, you know, like, oooh I don't like

19  this guy, so I would be, Well, you made the effort to come, a

20  thousand dollars.

21        And then between those two numbers, as I mentioned,

22  there's really no checklist, but, you know, let's say we

23  started and we were in the midst of, you know, things

24  happening and then a woman says, you know, in some fashion,

25  I've had enough, you know, it might be 3,000 or 3500.

1    So it was really just all in my head.  I can't say

2    why between the numbers 1 and 5,000 how I came up with an

3    exact number in the middle.

4    Q    But it is correct, just so we're clear, if the woman came

5    after your discussion and showed up, you would pay $1,000 even

6    if nothing took place?

7    A    Yeah.  I felt she -- she tried.  You know, she tried.

8         We talked.  You know -- you know, she may meet me

9    and say I don't like this guy or, you know, explain it, you

10   know, once again, going into more detail and she's like, you

11   know, I'm here, don't want to do this.

12        So 1,000 -- I'm going on.  1,000 was the minimum.

13   Q    You mentioned that it was discussions before a woman, you

14   met a woman.

15        So could you tell the jury what practices you

16   followed or -- with respect to a prospective BDSM partner,

17   before you met her, or engaged in the activities with her?

18   A    Sure.  You know, there were some, for instance,

19   everybody's seen maybe the text to, you know, Brittany Hassen.

20   There may be email conversation, text conversation.  When the

21   time came that I was being introduced to women more through

22   women I had already been sexual partners with, they would have

23   an explanation, a description, for instance, with their -- the

24   girlfriend they were introducing me to about what our

25   encounters had been.

RUBIN - DIRECT - ROSENBERG                    1438

1          And, you know, I try to be very -- you know, I tried

2   to make sure that when a woman was introducing me to another

3   woman, that she had been very explicit about what happen --

4   what was going to go on.

5          And then the woman would come, you know, meet me

6   face-to-face and, you know, would sit there and have another

7   discussion and about what was happening and, you know, then

8   once I had the dungeon -- sorry, the condo that I turned the

9   second bedroom into a dungeon, you know, it kind of opened

10  that room and it's -- you know, I thought it was somewhat

11  apparent if all the other things hadn't, you know, rung a bell

12  that the woman would understand something unusual was about to

13  happen.

14  Q    Okay.

15         And did you try to be as upfront as you could be

16  when you were in your initial conversations with women?

17  A    Of course.

18  Q    And explain, why.

19  A    Well, you know, several reasons.  I guess, you know, most

20  importantly, one, this is a, you know, this is a very in--

21  intense -- this is a very intense sexual encounter.

22         It was intense for the woman.  It was intense for me

23  also.  And so, one, you want -- I wanted to make sure the

24  woman understand -- understood what was gonna occur, and then

25  the other thing was, you know, I don't want to waste any --

1    you know, waste the time of, you know, my time or the woman's

2    time.

3              Some woman that I knew lived in New York, but most

4    of the women that I was with were flying in from, you know,

5    somewhere.  And, you know, they're -- they're not just taking

6    a cab 20 minutes to my apartment and I'm paying for their

7    flight.  You know, flights weren't a ton of money, but still.

8    And, you know, the woman is taking a day out of her life to

9    come see me.

10             So any way, you know, I don't want to waste

11   anybody's time.

12   Q    Were there occasions when you had discussions with women

13   before you met them and they decided based on the discussions

14   not to come?

15   A    Yeah.  That happened a lot.

16   Q    Okay.  Now we've heard testimony here about a safe word.

17   A    Uh-huh.

18   Q    Can you explain what role the safe word plays in BDSM?

19   A    Safe words are really a tip I found out about them just

20   reading about them on the internet.  And safe words are really

21   typical in -- you know, if you read anything about BDSM,

22   S & M, sexual play for -- you know, a safe word for safety,

23   and it's one method, kind of a sure-fire method for if

24   whoever's playing the submissive and, you know, a submissive

25   person could be a woman or a man.

RUBIN - DIRECT - ROSENBERG                1440

1        It's a way that the activity can -- can end and, you

2   know, immediately to make safe.  You know, the submissive is,

3   you know, in a physical/verbal abuse environment but, you

4   know, makes the submissive safe -- safe.

5        Look, there were certainly a zillion other ways

6   activity could, end but safe words are very typical, and I

7   used safe words.

8   Q    Okay.  And did you have typ -- do you have standard safe

9   words that you used with everyone?

10  A    Yeah.

11  Q    What were they?

12  A    I forgot.

13       So I used two, and very typical on -- very typical

14  on BDSM play is I had yellow light, which meant for the

15  submissive, and as I mentioned in my case it was always a

16  woman, that she was indicating to me that I'm okay, but you

17  need to slow down on either kind of whatever you're doing or

18  switch to another activity.

19       And then red light, obviously from a traffic light,

20  red light is dead stop.  Stop now.

21       So those were the two safe words.

22

23            (Continued on the following page.)

24

25

1    DIRECT EXAMINATION (Continued)

2    BY MR. ROSENBERG:

3    Q    And you heard the testimony of Ms. Hassen yesterday that

4    when you met her, you gave her the safe word mercy.

5              Do you recall that testimony.

6    A    Well, I recall the testimony, yes.

7    Q    Was that accurate?

8    A    I don't know where she came -- I mean, I used the same

9    safe words every time, so, you know, I wouldn't -- I didn't

10   want to...I'm babbling.

11             No, it is not -- it is not correct.

12   Q    You always used the same safe words?

13   A    Yellow and red light.

14   Q    Were there ways- I think you alluded to this, but I just

15   want to be clear.  Were there ways beside the safe word that

16   women used to express that they didn't want to engage in a

17   particular practice?

18   A    Yeah.  It's...you know, they could talk.  They could yell

19   no.  They could say Howie, you know, stop.

20             They could -- you  know, if their in a position

21   they'd start -- you know, if they're restrained- you know, no

22   one was restrained so much they couldn't move.  I don't know

23   if they'd start flashing their hands, or something, I'd go

24   hey, you know, are you okay?

25             So the safe words in BDSM play are- so, let's say,

RUBIN - DIRECT - ROSENBERG                    1442

1    you're playing, you know, some role-playing scenario where

2    you're pretending your two different people, safe words are a

3    way -- so the mood -- you know, the submissive could use a

4    safe word so the mood doesn't break -- you don't get out of

5    your roles of whatever role you're playing.

6              So, that's, I think, safety and to keep the mood

7    going was the use of why people use safe words in dominance,

8    submissive play.

9    Q    Now, we've heard about a document also called a consent

10   agreement or an NDA.

11   A    Uh-hum.

12   Q    Do you recall that?

13   A    Yeah, of course.

14   Q    How did you come to use the NDA?

15   A    I started using the consent, NDA form in the Fall of

16   2014, and what happened was I saw there were -- you know,

17   S & M seemed to be becoming more popular as, you know, or more

18   mainstream, I guess, as a- well, known form of sexual play,

19   you know.  Obviously, 50 Shades of Gray movies.

20             So I read about people using NDAs, I mean, for

21   various things, but certainly people using NDAs for, you

22   know -- well, you know, stuff like -- you know, I was married,

23   so -- anyways, I read about it and thought it would be a nice

24   thing for me to have.

25   Q    Well, explain why -- if you could be more specific, why

RUBIN - DIRECT - ROSENBERG                    1443

1    you thought -- what were you trying to accomplish by starting

2    to use an NDA?

3    A    Well, I decided- you know, I worked with a lawyer to get

4    it drafted and I had told him that like two things I was

5    trying --

6    Q    Without saying what you told your lawyer, just could you

7    tell the jury what you --

8    A    Okay.  Yeah.  Okay.  My thought --

9    Q    -- your goal was?

10   A    So my goal was one, you know, I'm a married person.  I

11   work on Wall Street, and so, I'm trying to keep my private

12   life private.

13        And, look, it says in the NDA you can't mention my

14   name.  But, you know, as you've heard a lot of the women

15   talked to other -- their friends about me, that didn't bother

16   me, but I just didn't want -- you know, sometimes I would take

17   a picture with a woman when we were out for dinner and there

18   's pictures of the dungeon, I just didn't want those, like,

19   blasted on the internet with my name or, you know, something

20   along those lines.

21        So one was privacy.

22        And the second was bang, right at the top, you know,

23   it says -- well, as explicitly as I thought it could say,

24   you're about to engage in BDSM, hazardous injury.  So, even

25   after all the, you know, hopefully understanding a woman would

RUBIN - DIRECT - ROSENBERG                    1444

1   have about what was going to occur during our sex play, that

2   the last second she's in my hotel room -- well, or my condo

3   now and she sees this piece of paper with big writing, she

4   would say -- it was just a last, you know, 110 percent check

5   that a woman knew what was about to happen.

6   Q    Now, we've heard testimony here in court that you did not

7   give a copy of the document to any of the plaintiffs; is that

8   right?

9   A    Yeah.  They'd sign it and there -- at the time there was

10  just one copy and I didn't have a photocopier in the

11  apartment.

12  Q    Did any of the plaintiffs ever ask for a copy?

13  A    No.  No one -- well, some women did, but none of the

14  plaintiffs ever asked for a copy.

15  Q    Where did you engage in BDSM?

16  A    Well, at first, like I said, I, you know, started seeing

17  women in the mid 2000s and I would rent hotel rooms in the

18  city, various hotel rooms.  I would bring a duffle bag full of

19  sex toys and we would have -- we would have our encounter in

20  the hotel room.  I think you heard Natasha testify about that

21  and Brittany Hassen the first time we me.

22  Q    And did that change?

23  A    Yes.  Everybody's heard about the condo, the apartment I

24  rented, and then my encounters with MB at my apartment.

25  Q    When did you meet Ms. Powers?

*Michele Lucchese, Official Court Reporter*

RUBIN - DIRECT - ROSENBERG                    1445

1    A    I met Jen in winter of -- early 2007.

2    Q    And how did you come to meet her?

3    A    I met her at a nightclub.

4    Q    Can you describe your -- did there come a time, sir, that

5    you became romantically involved with her?

6    A    Yeah.  Jen and I had a relationship for a couple of years

7    and we were friends and sexual partners.

8    Q    And when were you involved in your romantic relationship

9    with her?

10   A    So, as I said, I met her in early 2007 and I think we

11   ended around late 2009.  So, two-and-a-half years, something

12   like that.

13   Q    How did it come that you and Ms. Powers ended the

14   romantic relationship?

15   A    Jen wanted -- she wanted to -- you know, she wanted kids,

16   so she wanted to start dating to, you know, end up with a

17   husband and kids and, you know, it wasn't going to be me, so

18   -- so we ended our romantic portion of our relationship.

19   Q    Ms. Moore stated in her testimony that Ms. Powers was

20   married to your brother; is that correct?

21   A    No.  Jen's married to a person her age.

22   Q    Not your brother?

23   A    No.  My brother is my age -- well, my brother is close to

24   my age, yes.

25   Q    Did your relationship with Ms. Powers include BDSM

*Michele Lucchese, Official Court Reporter*

RUBIN – DIRECT – ROSENBERG                    1446

1    activities?

2    A    Yeah.

3    Q    After you broke up with -- ended the romantic

4    relationship with Ms. Powers, did you two remain friendly?

5    A    Yes, we did.

6    Q    And do you remain friendly to this day?

7    A    Yeah, we have been best friends ever since we met.

8    Q    And after the relationship ended, and did there come a

9    time that you had a -- you worked with her?

10   A    Yeah, I asked -- I asked Jen to work for me, you know, I

11   was working at the time and the logistics took up- meeting

12   women took up a lot of time and I asked Jen if she wanted to

13   work as basically my, you know, personal assistant for this

14   secondary life I was leading.

15   Q    And in connection with that, generally, can you tell us

16   what she did?

17   A    Logistics.

18        So, you know, in 2011, I had rented the condo,

19   apartment, everybody's heard about and, you know, that needed

20   maintenance -- that needed just maintenance and she -- like I

21   said, I turned the second bedroom, the den into this sex

22   dungeon and she helped maintain that.

23        She booked the flights for many of the women and

24   some of the plaintiffs to come see me.  She'd make dinner

25   reservations for me, go on vacation just like with my buddies

RUBIN – DIRECT – ROSENBERG                    1447

1   for golf trips or something, find a hotel for us and make

2   dinner reservations.  My friends didn't know this.  But

3   logistics of this secondary life that I was having.

4   Q    Did Ms. Powers ever solicit women on your behalf?

5   A    No.  I mean, that -- no.

6   Q    Okay.  And now I'd like to ask you some questions about

7   each of the plaintiffs in the case.

8   A    Sure.

9   Q    We will do that in the order in which they testified.

10  A    Okay.

11  Q    Okay.  So let's first talk about Ms. Tagai.

12          I believe you testified that you came to meet her

13  through Tracy Reed; is that right.

14  A    Yes, that's correct.

15  Q    And when did you meet her?

16  A    You know, the same thing Natasha testified.  I think it

17  was end of 2009, beginning 2010, somewhere in that vicinity.

18  Q    How long did you see Ms. Tagai?

19  A    Well, we had this basically off-and-on relationship that

20  lasted until the end of 2017.  I mean, it wasn't continual

21  but, you know -- so it was nine years, something like that.

22  Q    And can you approximate how many times you saw her?

23  A    Yeah.  Let's say 20, maybe, 20 times.

24  Q    Let me show you what has been marked and admitted as

25  Defense Exhibit A.  I think it is a document that you've seen

RUBIN – DIRECT – ROSENBERG                    1448

1   several times.

2                Does this indicate the dates on which you paid Ms.

3   Tagai from 2015 on.

4   A     It indicates some of the dates.  I think it's missing

5   one, when I've looked at this.  I think -- Natasha and I saw

6   each other in January 2015.  That's the date that's on her

7   consent, NDA agreement.  And there's no payment listed on this

8   stip, but I did see her in January of.

9   Q     And for the dates prior to what's shown here -- well,

10  February 2015 and before, did you, which that doesn't show,

11  did you typically pay Ms. Tagai in cash?

12  A     I did.

13                Natasha and I saw each other a bunch, you know,

14  2009, 2011, 2012.

15                I'm not even sure I saw her in 2013 or '14.  There's

16  no records of it, but I may have seen her and paid her cash,

17  but I really don't remember.

18  Q     Did you see her on or immediately -- shortly before the

19  dates listed here, the dates of payment?

20  A     Yeah, so -- I mean, the answer is yes.

21                For all these payment dates I would -- you know, for

22  all the plaintiffs or really any woman I was seeing, you know,

23  I would see them and then send a wire or couple days later

24  send PayPal.

25                So these would not be the dates that I actually saw

RUBIN - DIRECT - ROSENBERG                          1449

1     the person.  It would be, you know, one day to seven days

2     later, something in that neighborhood.

3     Q    Okay.  You'll recall that Ms. Tagai testified the

4     encounters with you through the 2015 were consensually and

5     agreeable.

6             Do you recall.

7     A    Well, yeah, I recall.  Yes.

8     Q    Okay.  And let me show you --

9             MR. ROSENBERG:  Just to the witness, please.

10    Q    -- what has been marked as PX-128?

11            Do you recognize PX-128, sir?

12    A    Yes, I do.

13    Q    Okay.  And do you recognize it as photos that Ms. Tagai

14    sent you on various dates in 2015?

15    A    Yes.

16    Q    Okay.  And photos of herself?

17    A    Yes.

18            MR. ROSENBERG:  Your Honor, we move for the

19    admission of PX-128.

20            MR. BALESTRIERE:  No objection.

21            THE COURT:  Received.

22            (Defendants' Exhibit PX-128, was received in

23    evidence.)

24    Q    Now, focusing on the bottom picture -- and I believe we

25    have blown it up on the next page just to make it easier.

RUBIN – DIRECT – ROSENBERG                    1450

1    MR. ROSENBERG:  Thank you.  There we go.

2    Q    Do you understand this to be a picture of Ms. Tagai taken

3    of herself that she sent to you?

4    A    Yes.  I think this was March 2015, but, yes, she did.

5    Q    Okay.  And do you see the bruising on her breasts?

6    A    Yes, I do.

7    Q    Was that bruising typical of the bruising that occurred

8    or could occur in a sexual BDSM session?

9    A    Yes.  Definitely.

10   Q    That photo is dated.

11         MR. ROSENBERG:  If you could please turn to the

12   prior slide.  There you go.

13   Q    That's dated I believe --

14         MR. ROSENBERG:  Thank you.

15   Q    -- March 20, 2015?

16   A    Yes, I see the date.

17   Q    If we could go back to Defendant's Exhibit A, you'll see

18   that there was a payment on March 19, 2015?

19   A    Correct.  I see the payment.

20   Q    And for $5,000?

21   A    Right.

22   Q    Is it -- do you understand that the bruises that we saw

23   on 128 occurred during the session on or about March 19, 2015?

24   A    Yeah, I was sort of explaining.  I don't have the date in

25   front of me, but, you know, she sends me the picture.  She's

*Michele Lucchese, Official Court Reporter*

RUBIN - DIRECT - ROSENBERG                1451

1    back in -- I think she lives in Chicago at the time.  She

2    sends me the picture on the 15th.  You know, and I don't

3    actually wire the money until the 19th, but,  she would have-

4    you know, we would have seen each other some  time prior to

5    the 15th of March, but, again, I don't have that exact date in

6    front of me.

7    Q    Did you and Ms. Tagai have relations on all of the

8    occasions on which you were together?

9    A    No, we did not.

10   Q    And why was it that on some occasions you did not have

11   relations?

12   A    Well, the -- there were...it could either have been, we

13   just  -- a couple times Natasha and I got together and we just

14   didn't -- you know, I had this long relationship with her, but

15   there were sometimes we just -- she flew in and we just

16   didn't -- you know, we weren't hitting it off and nothing

17   happened.  And then there were a couple times that were like

18   different circumstances.

19          But to answer your question, Natasha and I did not

20   -- sometimes we didn't even start a sexual encounter.

21   Q    When you say different circumstances, do you mean

22   practical circumstances that made it impossible to engage in

23   relations?

24   A    Well, sometimes I didn't even show up -- a couple time I

25   didn't even show up at the condo when she was there.

RUBIN - DIRECT - ROSENBERG                1452

1   Q    And on the occasions that you did not have relations with

2   her, you still paid her; isn't that right?

3   A    Yeah.

4   Q    About how much did you pay her?

5   A    You know, couple grand probably.  I can't -- I don't

6   know, 1 to 3,000, let's say.

7   Q    How were your visits with Ms. Tagai typically arranged?

8   A    Most of the time it would be -- almost all the time it

9   would be Natasha reaching out to me.  Several times she seemed

10  to be in New York for various reasons and she might say

11  something like I'm going to be in town, are you free?

12          And, you know, I think she was raising -- she was

13  raising a kid, a child at the time by herself, and so her

14  schedule was not always that flexible.

15          Anyways, most of the time it was Natasha reaching

16  out to me to try to arrange -- she was free on -- telling me

17  she was free on certain dates.

18  Q    You were in the courtroom when Ms. Tagai testified about

19  her visit with you on October 1, 2015, weren't you?

20  A    Uh-hum.

21  Q    You have to answer.

22  A    Oh, yes.

23  Q    And you recall that Ms. Tagai testified that you did

24  certain things to her against her will on that occasion.

25          Do you remember that.

*Michele Lucchese, Official Court Reporter*

1   A    Do I remember that testimony?  Yes.

2   Q    And that included that you inserted a pool cue in her

3   vagina a dildo in her vagina and caused her great pain and

4   bleeding; correct?

5        Do you recall that testimony.

6   A    Yes, I recall that testimony.

7   Q    Now, did you do those things to Ms. Tagai?

8   A    No.

9   Q    Okay.  And how do you know you did not do them to Ms.

10  Tagai?

11  A    Well, if you go through -- first of all, the pool cue

12  never happened.

13       Did we do things like use vibrators and dildos at

14  other times in our relationship?  But on October -- September

15  30, October 1st, no.

16  Q    And how do you know that?

17  A    Because I didn't even see Natasha on September -- she was

18  in the condo.  I never went over there.

19  Q    Can you please tell the jury your recollection of what

20  happened on that encounter, September 30th or October 1st of

21  2015?

22  A    Yeah.  So Natasha had come into town, and, you know, the

23  original plan, you know, I was going to go to the condo, do

24  the fruit and do the cheese, you know, everyone has heard of

25  fruit, wine and cheese, and then we were going to have a

1   sexual encounter.

2          There were a couple of friends in town that I wanted

3   to grab a drink or, you know, some food with first, and I

4   asked Natasha to join, and she didn't want to join.  She said

5   she was tired anyways, and I said fine, I'll go have some

6   drinks and, you know, go take a nap and give me a call when

7   you wake up.

8          I was just having a good time.  Some other friends

9   joined.  I hadn't heard from Natasha and -- I don't know, I

10  was having a really fun night with a bunch of people.

11         And Natasha finally called me later and -- you know,

12  it was like around 10:00.  And, you know, she said I'm awake,

13  you know, come on back, and I blew her off.  I was having a

14  good time and I decided not to go back to the condo.

15  Q    Okay.  I would like to show you what has been admitted

16  into evidence and read to the jury yesterday text messages

17  between you and Ms. Powers and that's DX-T4-1, at page three

18  to four.

19         These start at 9:30, 9:30 to 11:50 p.m.

20  A    Okay, gotcha.

21  Q    Okay.  Now, this is the evening, 9:30, September 30th.

22  That's the day that you were -- that Ms. Tagai was in your

23  condominium, correct, that you would see her?

24  A    Yes, she flew in on the 30th.

25  Q    And this is your conversation with Ms. Powers; is that

1    right?

2    A    It is me and Jen talking or texting.

3    Q    And it begins late that night and continues to the next

4    day?

5    A    Yeah, that's midnight.

6    Q    So let take a look at what that says.  It begins how are

7    you?  Are you okay?

8              Is that Ms. Powers texting to you.

9    A    That's correct.

10    Q    Okay.  And that's very late at night or just before

11    midnight and a half hour afterwards; correct?

12    A    That's right.

13    Q    And then you respond shortly thereafter, also past

14    midnight, drunk, no sex as usual; correct?

15    A    Yeah, that's correct.

16    Q    And then Ms. Powers says why,  question mark, Howie,

17    question mark, and where's Natasha?

18    A    Right.

19    Q    Do you see that?

20    A    Yeah.

21    Q    Okay.  And then the conversation ends at 12:38 and

22    resumes at 12:47 in the afternoon of the next day, the 1st?

23    A    Yeah.

24    Q    Okay.  And Ms. Powers begins --

25              MR. ROSENBERG:  If you could please highlight the

1    next conversation, Ms. Palmore.  Thank you.

2    Q    Okay.  And that's Ms. Powers.  So what happened last

3    night with Natasha?  Do you see that?

4    A    Yep.

5    Q    And you answer she was supposed to meet me with, and

6    there's a blank there and that name is redacted --

7    A    Yeah --

8    Q    -- for drinks?

9    A    -- there were a couple --

10   Q    -- she fell asleep.  I should have just blown blank off

11   and gone over there.

12            Do you see that.

13   A    Yes.

14   Q    Okay.  So you're saying that -- withdrawn.

15            And those were the drinks that you testified about

16   just a moment ago that you went with friends for drinks.

17   A    Yeah.  But these blank spots, it's more than one name.

18   You know, I wasn't just with one person; I was with a group of

19   people.

20   Q    Okay.  And then you continue.  She didn't wake up until

21   around 10:00 p.m.

22            And who is the "she" in that sentence.

23   A    Well, that would be Natasha.

24   Q    And you say, I should have just gone back to the condo,

25   let's send her 2,500 anyway.

1   A    Right.  That's what I texted, yes.

2   Q    And then Ms. Powers responds, Check, re 2,500.  Why

3   didn't you go back over.

4            Do you see that.

5   A    Yes, I do.

6   Q    And then she continues, if you go to the next page,

7   drunk.

8            So she's asking you were you drunk, is that why you

9   didn't go back?  Is that what she's asking.

10  A    Yeah.  I guess so.  Yeah.

11  Q    And then you say, I was having fun with blank, blank was

12  there and her BF --

13           Boyfriend.

14  A    Correct.

15  Q    -- blank.

16           And then Ms. Powers says, Ahhh, gotcha.  As long as

17  you had a good time.  I get worried of course.

18           And you say it was fine, but I should have gone

19  over.

20  A    Right.

21  Q    When you say it was fine, but I should have gone over,

22  what does that mean?

23  A    Well, I was having a really fun social time and, you

24  know, again these blanks, there's more than one person, you

25  know.  There was a group of us there.  But, you know, I was

RUBIN – DIRECT – ROSENBERG                    1458

1    out with them.  And then the next day I was thinking oh, gosh,

2    , you know, Natasha was there, it was 10 o'clock.  I obviously

3    stayed up late anyways.  You know, I should have gone and had

4    a nice sexual time with Natasha.  I was just having a fun

5    social time with my friends and, you know --

6    Q    But, in fact, you did not go back?

7    A    No, you could tell.

8    Q    In fact, Exhibit A shows -- we don't have to turn to it

9    just to keep things moving -- that you paid Ms. Tagai -- you

10   wired $3, 000 that day?

11   A    Yeah.  I know it says 2,500 here, but I did end up

12   sending her three grand.

13   Q    And why did you do that?

14   A    Well, you know, like I was mentioning before, there's no

15   perfect scale on the numbers between 1 and 5,000, but if it

16   was -- you know, I decided and -- you know, kind of in my mind

17   I decided, a phrase, to blow Natasha off.  I could have gone

18   over earlier in the evening and could have had sex with her.

19   I could have gone at 10:00 clock, and I said -- you know, in

20   my scale of payments, I said - - you know, it was my decision

21   not to have sex with her, so I thought 3,000 was a reasonable

22   number.

23   Q    I'd now like to show you a document that has already been

24   put into evidence, Defendant's Exhibit L, as in lady, 4.

25         Mr. Rubin, do you recognize this document.

1   A    Yeah, I think we've seen this a couple times, yes.

2   Q    Okay.  And is this a note that Ms. Tagai sent you shortly

3   after the encounter or non-encounter that you have just

4   testified about?

5   A    Yeah.  You know, I think I already saw it.  She sent back

6   my sunglasses with this note.

7   Q    Okay.  Thank you.

8        Now, Mr. Rubin, the next session that Ms. Tagai

9   complains about in her testimony occurs in May of 2016.

10       Do you recall that.

11  A    Sure.

12  Q    And do you recall that her testimony was that she was

13  gagged with a ball gag, she was placed on an X machine, she

14  was whipped on her vagina, and she had clothespins applied to

15  her body.

16       Do you recall.

17  A    Yes, I do.

18  Q    Okay.  Did you do those things?

19  A    The --  like all the things that she describes, we had

20  done, you know -- we -- we had done, did at some point over

21  our relationship.

22       You know, that picture that everybody's seen, I took

23  that picture at some point.  I don't know -- it's not dated.

24  I don't know if it was actually in May 2016.  All those events

25  she describes, we did at some point.  I don't know if we did

RUBIN – DIRECT – ROSENBERG                    1460

1    them in May 2016, but there were certainly some points over

2    our seven years of a relationship we did those type of

3    activities during our playtime .

4    Q    And when you did those activities, whenever you did them

5    with Ms. Tagai, were they consensual?

6    A    Everything with Natasha was always consensual, all the

7    plaintiffs.

8    Q    Now, you refer to a picture, and that was a picture of

9    Ms. Tagai lying on the ground with clothespins on her nipples;

10   correct?

11   A    That's correct.

12   Q    Okay.  And now, can you explain how did you come to take

13   that picture?

14   A    Natasha wanted me to take the photo.  She wanted to see

15   what she looked like.

16   Q    And did you then send it to her?

17   A    Yes.

18   Q    Were the clothespins -- were they clothespins that you

19   got like when you used to put clothing on the clothesline?

20   A    Of course not.

21        They weren't clothespins you'd buy the a hardware

22   store, that are really strong.

23        They're specialty clothespins that are sold in,  you

24   know, online and specialty sex shops around the city and, you

25   know, they're made with padding.  They don't squeeze as hard,

RUBIN - DIRECT - ROSENBERG                    1461

1    you know.  I'm sure they're painful, but they're not

2    excruciating pain.  They're made for BDSM play.

3    Q    Okay.  Now, Ms. Tagai testified that she took a photo of

4    the bruising on her breasts from this encounter.

5              MR. ROSENBERG:  And that's Plaintiff's Exhibit 36.

6    It's been admitted, so I would ask that it be shown on the

7    screen and before the witness.  Okay.

8    Q    And do you have any reason to doubt that those were the

9    bruises from your encounter with her in May of 2016?

10   A    These kind of bruises -- you know, we saw that picture

11   before.  These are the kind of bruises Natasha would have many

12   times and other women would have many times after our sexual

13   encounters.

14             You know, again in this photo, there's no -- there's

15   no date.  So when you ask me was it from -- you know, Natasha

16   testified it was May 2016.  You know, this is Natasha.  I'm

17   sure it's from me.  There's no date on it, so I don't know if-

18   you know, it happened sometime during our -- one of our sexual

19   encounters, but I can't say it was from the one she -- she

20   ends up testifying about.

21   Q    Okay.  Now, in this sexual encounter, defense A shows

22   that you paid 3,500, not the full $5,000.

23   A    Right.

24   Q    Can you explain why that happened?

25   A    Sure.  You know, once again, I don't -- I don't have, as

RUBIN – DIRECT – ROSENBERG                    1462

1    I mentioned before, you know, the numbers between 1 and

2    5,000 -- I don't have a perfect, you know, scale, a checklist

3    I went through.

4            But typically with Natasha, with anyone -- let's

5    say, a woman starts the encounter, strong sexual activity and

6    then, you know, the -- let's say after some period of time --

7    you know, shorter period of time that a woman or Natasha would

8    go, you know, I'm done, you know, it's not working for me

9    anymore.  Well, she started -- we did, you know, do some

10   strong sexual activity and then, you know, for whatever - - as

11   I mentioned, it's intense.  So maybe she wants to stop in 30

12   minutes or whatever, you know, some shorter period of time,

13   and I, in my mind, would say is a full encounter.  So $3,500.

14           You know, she did some stuff.  She wanted to stop.

15   Okay, you know, somewhere -- not the $1,000.  You know, we did

16   some things together.

17   Q    Now, Ms. Tagai testified with respect to this encounter

18   that she was -- she had a gag in her mouth, a ball bag.

19           Do you recall that.

20   A    I recall her testimony.

21   Q    Now, I take it from your earlier testimony you don't

22   specifically recall whether she had a gag in her mouth on this

23   occasion, but there were occasions in which she did?

24   A    Yeah.  I'm sure we used them at some point in time.

25   Q    Were ball gags something that you used on multiple

RUBIN – DIRECT – ROSENBERG                1463

1  occasions?

2  A    Well, I used them sometimes.

3        They were a pain in the neck and I didn't use them.

4  I like \the look, but they were a pain in the neck to attach

5  and get caught in women's hair, long hair extensions.  But I

6  like the look.  I like to use them -- I did like to use them

7  sometimes.

8  Q    And was a woman able to make sound when she had the ball

9  gag in her mouth?

10  A    Yeah.  Sure.

11  Q    Was a woman able to make the -- say the safe word when

12  she had a ball gag in her mouth?

13  A    You know, it's like marbles in your mouth maybe, but you

14  can talk.  You can make words.

15  Q    Now, the next session about which Ms. Tagai complains

16  occurs in June of 2017.

17        Do you recall her testimony.

18  A    I sure do.

19  Q    And you were, of course, here when Ms. Tagai testified

20  about that.  And do you recall that she testified that

21  although she initially consented, you tied up her hands, you

22  tied her up with her hands behind her?

23        Do you recall that.

24  A    I don't recall that specific thing, but I recall.

25  Q    Do you recall that she testified you used a ball gag and

RUBIN - DIRECT - ROSENBERG                    1464

1   an electric vibrator or dildo and you called her a stupid girl

2   and you put her on an X machine?

3            Do you recall.

4   A    Well, I recall her testimony, yes.

5   Q    Was that testimony accurate?

6   A    No.  It was completely inaccurate.

7   Q    Could you tell the jury, please, what you recall about

8   that visit, the third visit about which Ms. Tagai complains?

9   A    Well, first, I'd like to say all those things she talks

10  about, we may have done at some point.  We sure didn't do it

11  on June 12, 2017.

12  Q    And when you did them, you did them -- whatever occasion,

13  did you do them consensually?

14  A    Yes.

15  Q    How do you know that you didn't do them on the date -- on

16  June 17th, which Ms. Tagai claims is the date that you did

17  them?

18  A    We didn't have sex in June of 2017.  We didn't even

19  start.

20  Q    Why don't you tell the jury what you recall about what

21  happened?

22  A    Sure.

23           So I think everybody's seen that picture a couple of

24  times of me holding the glass of -- you know, Natasha took a

25  picture of me on that date, me holding a glass of wine.

RUBIN - DIRECT - ROSENBERG                1465

1    There's fruit and cheese.

2              MR. ROSENBERG:  Let me stop you there and ask, Ms.

3    Palmore, if you could please put up Defense Exhibit I-4 at

4    page 10.

5              There we go.  If you can just blow up the picture.

6    Q    So this is a series of text messages between Ms. Powers

7    and Ms. Tagai; correct?

8    A    Yes.  That's correct.

9    Q    Okay.  And does this show that at -- on June 12, 2017, at

10   3:05 p.m., Ms. Tagai is sending this photo of you to Ms.

11   Powers; correct?

12   A    Yes.  That's correct.

13   Q    And can you tell me how it was -- and was that taken

14   shortly before 3:05?

15   A    Well, yeah.  Yeah.

16   Q    Or --

17   A    Maybe a couple minutes, but whatever it takes to send a

18   photo.

19   Q    Okay.  So why don't you tell the jury what it was -- how

20   that picture came to be taken and what happened after that?

21   A    Yeah.  I don't know if we showed them.  I think there's

22   some conversation between Jen and I where I'd say where's the

23   food?  Where's the food?  Finally arrives, open a bottle of

24   wine.  So, you know, we start having some wine, cheese,

25   crackers, fruit, whatever is there, and Natasha sends the

RUBIN – DIRECT – ROSENBERG                    1466

1    picture to Jen.

2    Q    Did you continue with Ms. Tagai for some period?

3    A    Yeah.  We, you know -- I can't remember when the last

4    time before that, but Natasha and I, and actually with a lot

5    of the plaintiffs and women, you know, we'd sit and talk

6    first.  So we started chitchatting.

7    Q    What did you talk about?

8    A    Well, you know, just kind of catching up on life and, you

9    know, kind of what was going on in each of our lives and we

10   started having -- I had mentioned we had dinner reservations

11   that night and I started talking about the specifics of

12   dinner.

13   Q    And tell us what -- when you say the specifics of dinner,

14   can you explain a little bit?

15   A    Yeah.  We were going out for dinner.  I had planned that

16   I'd go for dinner.  There were three other women that I was

17   meeting for dinner.  One of them, it was their birthday or had

18   been around their birthday.  I wanted Natasha to join me with

19   three other women for dinner.

20   Q    And how did Ms. Tagai react to being  invited to join you

21   and three other women?

22   A    She wasn't really happy.

23   Q    Okay.  And what happened next in connection with you're

24   -- what happened next?

25   A    The mood really changed.  You know, we were kind of

1   having a nice conversation and then we weren't.

2   Q    What did you do?

3   A    I got up and left in a huff.

4   Q    Okay.

5           MR. ROSENBERG:  Can you please introduce here --

6   hang on.

7           Can you please show the witness Exhibit B-7, B, as

8   in boy, 7.

9           THE COURT:  This is in evidence?

10          MR. ROSENBERG:  I believe it is not.  I ask that it

11  only be shown to the witness.

12  A    Yes, I see it.

13          MR. ROSENBERG:  Let me just double-check, Your

14  Honor.

15          MR. BALESTRIERE:  I think it is in evidence.

16          MR. ROSENBERG:  It is in evidence.  So, please.

17  Okay.

18  Q    Do you recognize what B-7 is?

19  A    Yes, I do.

20  Q    Okay.  And is this a copy of your -- a text between you

21  and Ms. Tagai?

22  A    Yes.

23  Q    And is it on the date of your meeting her?

24  A    Yeah, it's -- it's kind of weird.  I'm not quite sure.

25  It says June 13th, 1:08 a.m.  You know, I don't know how it

RUBIN – DIRECT – ROSENBERG                    1468

1  was retrieved off our phones, but this was from June 12th when

2  she visited New York and it's around that time with the

3  picture of me and the wine.

4  Q    So, when you say yep, I'm  on -- is that you saying, Yep,

5  I'm on the way, open white wine --

6           MR. ROSENBERG:  And perhaps, Ms. Palmore, if you can

7  make that a little bigger so people can see it or highlight

8  it.

9  Q    When you say, Yep, I'm on the way, open white wine,

10 smiley face at 2:17 p.m., is that you?

11 A    That's correct.

12 Q    You're telling her I'm on my way to the condo, open some

13 wine?

14 A    Yeah.  I got there about half hour later, I think.

15 Q    And she respond K, and then you say dinner's at 6:30,

16 smiley face?

17 A    Right.

18 Q    And then you say -- she responds, Perfect, I brought a

19 cute outfit for dinner?

20 A    Right.

21 Q    Okay.  And then her next text is at 4:23 p.m.  And that's

22 Ms. Tagai saying why did you leave, love?

23 A    Right.

24 Q    And you respond I just felt it was a weird chemistry

25 today?

RUBIN - DIRECT - ROSENBERG                    1469

1    A      Right.

2    Q      So is it correct that you -- after she told you perfect,

3    I bought a cute outfit for dinner, you showed up at the

4    condominium, you had wine and cheese and your picture was

5    taken, the one we saw, and you talk and then in the

6    conversation things fell apart?

7    A      Yeah.

8    Q      And then you left?

9    A      Yeah.

10   Q      Had you had any relations with her, any sexual activity

11   with her during that period?

12   A      I didn't.  We had -- you know, we had plan to.  Like, I

13   was going to get there.  We were going to have sex encounter

14   and then go for dinner, but, you know, we started having fruit

15   and cheese and it just -- we just weren't getting along and I

16   left.  I mean -- yeah, I just left.

17   Q      And what did you do?

18   A      You know, I've seen -- I don't know what I did for two --

19   I had two hours until dinner started.  I'm not sure what I

20   did.

21   Q      Did you go to dinner with the three women?

22   A      Yeah.  Like it says at 6:30.  I met the other three women

23   for dinner.

24             (Continued on next page.)

25

*Michele Lucchese, Official Court Reporter*

1    DIRECT EXAMINATION (Continued)

2    MR. ROSENBERG:

3    (Continuing.)

4    Q    Did you eventually return to the condo that night with

5    the three women?

6    A    We had dinner at the Russian Tea Room as I mentioned a

7    couple of times during testimony which, basically, is right

8    next door to my apartment and had dinner with these three

9    women and we -- two of which I had -- were sexual partners of

10   mine at other times.

11   Q    I'm just asking you, sir, did you eventually return to

12   the apartment?

13   A    Yes, we went upstairs to the condo.

14   Q    And did you see Ms. Tagai there?

15   A    No, I didn't see her.  The door to the master bedroom was

16   closed and I didn't go in and I never saw her again that day.

17   That night.

18   Q    Can we please turn, Ms. Palmore, to Defense Exhibit T4-1,

19   Pages 57 to 58 and this was admitted yesterday.

20           Okay.  And I direct your attention, if you could, to

21   6/12/17 at 6:37 p.m. this was a text between you and Ms.

22   Powers, correct?

23   A    Yeah, that's correct.

24   Q    And this is at 6:37,  Ms. Powers is saying, Is Natasha

25   going to stay at the condo?  Should you reach out to her to be

RUBIN - DIRECT - ROSENBERG                    1471

1   nice?  And then at 8:34 she says, How are you?  And then at

2   11:19, Are you alive?  And then you respond 11:23, Yes, you

3   are alive responding to her; correct?

4   A    Yes, that's correct.

5   Q    And she says, Well, thank God.  I've been writing you.

6   And you respond, These girls suck.  Smiley face.

7            Do you see that?

8   A    Yes.

9   Q    And you are referring to your evening out with these

10  three  other women?

11  A    For more to -- once we -- we had a nice dinner, but we

12  didn't have -- anyways, yes, I was referring to those three

13  women.

14  Q    And then, the next day, you continue your conversation

15  with Ms. Powers.  And you say, We should send Natasha 1,000 to

16  cover her flights, et cetera.  And Ms. Powers says, Okay.

17  Headed over soon.  Check Re:  Natasha, meaning, got it, I'll

18  send her the money?

19  A    Yes.

20  Q    And then she says, What happened last night?

21            Do you see that?

22  A    Yes.

23  Q    And then, on the next page, you give your response.  You

24  say, We went upstairs after RTR.

25            What is RTR?

1    A     That's Russian Tea Room.

2    Q     When you say, We went upstairs.

3          Do you mean you went to the condominium?

4    A     Yeah, me and the three other women.

5    Q     And you and the three women went to the condominium

6    after having dinner at the Russian Tea Room.  You say, Natasha

7    was passed out in bedroom.  Opened some wine.   Then LD.

8          Is that one of the women who you were with?

9    A     Yes.

10   Q     Was that your friend Loredana, who was referred to

11   yesterday?

12   A     Yes, it was her birthday.

13   Q     Then LD was like pushing for a threesome or twosome or

14   onesome.  It was weird.  Anyway, I wasn't interested and went

15   home, which was good.

16         Is that correct?

17   A     That's what I said, yes.

18   Q     So you're reporting to Ms. Powers that when you returned

19   to the condominium, Natasha was passed out in the bedroom;

20   correct?

21   A     That's correct.

22   Q     And you hadn't had any sexual relations with her,

23   correct?

24   A     Yeah, I left earlier in the afternoon and she never

25   opened the door and came out.

RUBIN - DIRECT - ROSENBERG                    1473

1    Q    Did you ever see Ms. Tagai again?

2    A    This was the last time.  Well, until her deposition this

3    was the last time I saw her.

4    Q    Did Ms. Tagai contact you after that visit?

5    A    Yes, several times.

6    Q    Okay.  Let's take a look at -- and did she do that by

7    text typically?

8    A    Yeah, yes, text.  WhatsApp.

9    Q    Digitally?

10   A    Digital texting.

11   Q    Okay.  Take a look, if you would, at Exhibit B4 which has

12   been admitted.  I think it was seen briefly during Ms. Tagai's

13   cross-examination but we'll just do this very quickly.

14         And is Exhibit B4 texts that Ms. Tagai sent you

15   starting in, I think, September of 2014?

16   A    That's correct.

17   Q    Okay.  And it's correct, is it not, Ms. Tagai solicits

18   you repeatedly to see her again?

19   A    That's correct.

20   Q    Okay.  Could you please take a look, as an example of

21   that, on the second page, Page 2 of 4, a text, or digital

22   communication, dated September 26, 2017, at 5:23 p.m.?

23   A    Yes.

24   Q    And if you can blow that up, Ms. Palmore, please.

25         It says, Hey, sexy, I'm in town tomorrow, a.m. to

RUBIN - DIRECT - ROSENBERG                    1474

1    Saturday a.m. If you're around, would a love to see, with you

2    an emoji.  I'm just coming for my girlfriend's birthday and

3    birthday dress  shopping.  Another emoji.  My birthday is in

4    two weeks.  Ha-ha.  I love BDA, heart emoji.  These big tits

5    are dying to be smacked.

6            That was after your last encounter with her,

7    correct?

8    A    That's correct.

9    Q    And then, on the next page, a week later, on October  4,

10   2017.  Do we have that?  Thank you.  If you could make that

11   larger.  There we go.

12           This is Ms.  Tagai saying, If you're around later

13   this afternoon after 4:00, or any time tomorrow or Friday a.m.

14   before I leave, let me know.  Would love to have a BDay

15   whipping from you on these big tits.  It's been too long.  And

16   with some emoticons.  And my big tits want it bad with emojis.

17           Do you see that?

18   A    Yes.

19   Q    You respond, Hey, baby I'm out of town.

20   A    Right.

21   Q    Finally, Exhibit C4 was a video -- we can put that up --

22   that Ms. Tagai sent you on October 30, 2017.  So a full month

23   after what we had just seen.  Please play the video.

24           (Video file played in open court.)

25           (Video file concludes.)

RUBIN − DIRECT − ROSENBERG                1475

1    Q    Was that the last you heard from Ms. Tagai?

2    A    Yes, that was the last communication.  Yeah.

3    Q    Thank you.  I'd like to turn your attention now to the

4    second plaintiff who testified here, Ms. Brittany Reyes?

5    A    Okay.

6    Q    Okay.  How did you come to meet Ms. Reyes?

7    A    I was introduced to Brittany Reyes through my friend

8    Taren Cassidy.

9    Q    Can you please describe your relationship with

10   Ms. Cassidy in or about March 2016?

11   A    Yeah, we were close.  I had met her a few years before

12   and we did a lot of social stuff together and we were sexual

13   BDSM partners.

14   Q    Okay.  Did you plan to have a BDSM encounter with

15   Ms. Cassidy on or about March  8, 2016?

16   A    Yeah.  It was supposed to be Taren and myself.

17   Q    How did you learn Ms. Reyes would be joining you and

18   Ms. Cassidy for the encounter?

19   A    A couple days before we were ready, you know, Taren lived

20   in Miami and Taren reached out to me and said, I have a hot,

21   sexy friend.  Do you want to do a threesome or words to that

22   effect.

23   Q    And how did you respond?

24   A    I said send me some pictures.

25   Q    And what happened next?

RUBIN - DIRECT - ROSENBERG                    1476

1    A    She sent me some pictures of Brittany.

2    Q    And did you say -- indicate your willingness to go

3    forward with this?

4    A    Yes, I did.

5    Q    Did you pay Ms. Reyes to travel to New York?

6    A    I didn't, Jen did.

7    Q    Did you pay Ms. Cassidy for contacting Ms. Reyes and

8    getting her to join you and her for the BDSM encounter?

9    A    No.

10   Q    Okay.  Where and when did you meet Ms. Reyes?

11   A    I met her at the apartment condo.

12   Q    And was that on or about March 8, 2016?

13   A    Yeah, that's correct.

14   Q    Okay.  You recall that Ms. Reyes testified that you did

15   things to her against her will on that night, do you recall?

16   A    Of course I recall.

17   Q    Was her testimony accurate?

18   A    No.

19   Q    Okay.  Why don't you please tell the jury what happened

20   the night that you met Ms. Reyes?

21   A    Sure.  I went over to the condo.  I think it was early

22   evening, I don't recall the exact time.  And Brittany and

23   Taren were sitting on the touch.  There was some wine open and

24   I sat down with them, poured myself a glass of wine, and we

25   chitchatted for a while.

RUBIN - DIRECT - ROSENBERG                   1477

1   Q    Okay.  Did there come a time that you discussed with

2   Ms. Reyes the nondisclosure agreement, the confidentiality

3   agreement?

4   A    Yeah.  I, you know -- first of all, I talked to her

5   about -- I was kind of asking her, like, have you ever done

6   BDSM before?  Did Taren talk to you, kind of making sure she

7   kind of knew what was going on.  And she had answered like she

8   understood.  And then I got the consent agreement out and went

9   over it with her and she signed it.

10  Q    Okay.  Was the conversation you had with her typical that

11  you would have with someone for the first time you were

12  meeting them for a BDSM encounter?

13  A    Yeah, of course.

14  Q    And did Ms. Reyes appear comfortable with what you were

15  discussing?

16  A    Yeah.  I mean, to me, she was perfectly comfortable with

17  everything.

18  Q    What happened next after your discussion?

19  A    Yeah.  So we were on the couch drinking an hour plus or

20  an hourish.  And then the three of us got up.  I think we took

21  our wine.  We each took a wine glass into the dungeon and we

22  started an encounter.

23  Q    What happened?

24  A    I, you know, I actually don't recall -- it's not the only

25  thing I recall about what occurred.  Like, I don't remember,

1    like, I tied Brittany up first.  I don't remember if I tied

2    Taren up first.  I know I started, at some point, I started

3    hitting Brittany.  And soon into the encounter, she asked to

4    stop.  I think she did use "red light" and she left the room.

5    Q    Okay.  When you say, She left the room.  How did she

6    manage to leave the room, if you recall?

7              In other words, did you untie her?  Was she tied?

8    Did she just walk out?  How did that happen?

9    A    As I was saying, I don't have this specific, you know, it

10   sticks in my head that Taren brought a woman who said was into

11   S & M.  Brittany Reyes told me she was into S & M.  And I

12   remember we go in and soon thereafter she's, you know, "red

13   light."

14             I don't have a recollection, you know, did I tie

15   Brittany?  I know it's been talked about.  Did I tie Brittany?

16   Were we naked?  Were we -- I don't recall that.  I recall this

17   woman saying stop soon into our encounter.  And, you know, I

18   mean, I didn't pick her up and carry her, she walked out of

19   the room and Taren and I stayed in.

20   Q    You and Ms. Cassidy remained in the room and encountered

21   with the encounter, correct?

22   A    With had a sexual, S & M, encounter that evening.

23   Q    What happened at the conclusion of your encounter with

24   Ms. Cassidy?

25   A    I, you know, Taren and I came out.  And, you know, I just

RUBIN - DIRECT - ROSENBERG                    1479

1   remember us all three kind of on the couch for a little bit of

2   time after.  I think we were all finishing or having some wine

3   and I left, I don't know, maybe a half hour later.

4   Q    Okay.  Mr. Rubin, I would like to now move to the two

5   next plaintiffs who testified with your encounters them Ms.

6   Mia Lytell and Ms. Amy Moore.

7   A    This is probably going to be a little long.  I could

8   probably use a bathroom break.

9             THE COURT:  We'll take our morning break, ladies and

10  gentlemen, we'll come back here at 11:35 please remember not

11  to talk about the case amongst yourselves.

12            (Jury exits courtroom.)

13            THE COURT:  Okay.  Recess 15 minutes.

14            (Witness leaves the witness stand.)

15            (A recess in the proceedings was taken.)

16            (Witness takes the witness stand.)

17            THE COURT:  Bring in the jury, please.

18            (Jury enters courtroom.)

19            THE COURT:  Everyone be seated.  Please continue.

20            MR. ROSENBERG:  Thank you, your Honor.

21  EXAMINATION BY

22  MR. ROSENBERG:

23  (Continuing.)

24  Q    Mr. Rubin, before we begin with my questions about

25  Ms. Lytell and Ms. Moore, I have one quick question to finish

RUBIN - DIRECT - ROSENBERG                    1480

1   up on Ms. Reyes something may not have been clear.

2   A    Okay.

3   Q    You testified that -- well, is it correct that you did

4   not pay for Ms. Reyes to come to New York?

5   A    I did not pay for Brittany Reyes to come to New York.

6   Q    And when you say you did not pay, that's neither you nor

7   Ms. Powers paid; is that correct?

8   A    Yeah, you know, it's always -- when Jen booked flights,

9   it's always my money.  But, sorry, yes, neither of us paid.

10  Q    Did either of you book the flight?

11  A    No.

12  Q    Okay.  Ms. Reyes did that herself?

13  A    Yes.

14  Q    As far as you know?

15  A    Yes.

16  Q    Okay.  Now, let's turn to Ms. Lytell and Ms. Moore.

17       Can you tell the jury, please, how you came to meet

18  them?

19  A    Sure.  It was through my friend Stephanie Shon.

20  Q    And Ms. Shon someone who you had a BDSM relationship?

21  A    Social and BDSM relationship, correct.

22  Q    Okay.  And what, if anything, had Ms. Shon told you about

23  Ms. Lytell and Ms. Moore before you met them?

24  A    She said she got on a conference call with the two of

25  them, went over what was going to happen when, you know, we

RUBIN – DIRECT – ROSENBERG                    1481

1   got together, and she sent me some pictures of both Mia and

2   Amy.

3   Q    Did she tell you what, if anything, they indicated when

4   she told them --

5            MR. ROSENBERG:  Withdrawn.

6   Q    When you say she said told them what was going to happen?

7   A    Well, she explained the BDSM experience with me.  That

8   she told Stephanie Shon, told me, she had gotten on a

9   conference call with Mia and Amy and discussed, you know, all

10  this stuff we've been hearing about the past week.

11  Q    And did she tell you what the women how they responded?

12           MR. BALESTRIERE:  Objection.

13           THE COURT:  Sustained.

14           MR. ROSENBERG:  It's sustained.

15           THE WITNESS:  Excuse me.

16           MR. GROVER:  Your Honor, may we have a sidebar on

17  last ruling?

18           THE COURT:  Okay.

19           (Continued on the next page.)

20

21

22

23

24

25

SIDEBAR                                              1482

1        (Sidebar conference held on the record in the

2   presence of the Court and counsel, out of the hearing of the

3   jury.)

4        MR. GROVER:  Your Honor, I appreciate the Court's

5   sustaining the objection.

6        THE COURT:  Just tell me why it wasn't hearsay?

7        MR. GROVER:  Because it goes to the state of mind of

8   Mr. Rubin that the people who are coming understand what

9   they're getting into.  And that's what he's been told by Shon

10  and for that reason it's admissible.

11        THE COURT:  Tell me why because of state of mind?

12  What's the answer?

13        MR. BALESTRIERE:  I don't think his state of mind at

14  this stage matters.  I think it's more a state of mind when he

15  actually ends up meeting with them.  I understand the

16  argument, it is hearsay, but I think they're trying to say

17  that it is nonetheless so probative that it should come in,

18  that I disagree.

19        MR. GROVER:  Yes.

20        THE COURT:  They're saying that if they didn't want

21  to do anything that they didn't want to do, then that would be

22  probative of consent and that depends on what he was thinking,

23  right?  That's what they're saying.  If you want a limiting

24  instruction that it's not being offered for the truth, it's

25  just being offered to show what information he had to

SIDEBAR                                                      1483

1    consider, I'll give that you instruction.

2              MR. BALESTRIERE:  I haven't been objecting on

3    hearsay grounds because I could see some of this argument.

4    That instruction would be fine, your Honor.

5              MR. GROVER:  Your Honor, I don't think this is an

6    appropriate time for that and I'll tell you why.  We

7    anticipate hearing the testimony of Stephanie Shon herself and

8    this may get repeated.

9              THE COURT:  If it does, I will then withdraw the

10   instruction for to you.  It's only for the state of mind.

11             (Sidebar discussion concludes.)

12             (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

RUBIN – DIRECT – ROSENBERG                    1484

1          (In open court.)

2          THE COURT:  All right.  Put the question again,

3    please.

4    EXAMINATION BY

5    MR. ROSENBERG:

6    (Continuing.)

7    Q    What did Ms. Shon tell you about what Ms. Moore and

8    Ms. Lytell -- how they responded when she described the

9    practices that you engaged in?

10   A    Words that -- I can't remember exactly what she said.

11   But words to the effect that they were excited and interested

12   in coming to meet me.

13         THE COURT:  Ladies and gentlemen, that testimony has

14   not been offered to show that the women were, in fact, excited

15   about what was going to happen but merely to show that that's

16   what Ms. Shon told the witness so that's what he was thinking

17   if you accept that testimony.

18         All right.  Please continue.

19         MR. ROSENBERG:  Thank you, your Honor.

20   Q    Did there come a time then that you communicated in a

21   chat with, or a digital chat, with Ms. Shon, Ms. Lytell, and

22   Ms. Moore?

23   A    Correct.

24   Q    I ask Ms. Palmore if you could please put up Defense

25   Exhibit C, as in Charlie, 2 which has been admitted.  And I'd

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

RUBIN - DIRECT - ROSENBERG                1485

1    ask you, please, specifically to go to Line 25.

2              This is your first encounter with Ms. Lytell and

3    Ms. Moore, correct?

4    A     First communication, correct.

5    Q     Okay.  And in Line 25, it says, Do you girls know what

6    you're in for?

7              Do you see that?

8    A     Yeah, of course.

9    Q     Okay.  And then going down to Line 30, you continue, It's

10   total BDSM.  Most girls love it and come back for more but I

11   just like to be up front about everything.

12             And then, at Line 46, which is from days later, and

13   just before your meeting with Ms. Lytell and Ms. Moore, you

14   say, Ladies, can't wait to meet, greet, beat you tomorrow.

15             Do you see that?

16   A     Yes.

17   Q     Can you explain why it is you said these things in these

18   texts?

19   A     Yeah.  You know, it's kind of what I mentioned previously

20   when we were talking more in general.  So Stephanie talked to

21   them.  Stephanie told me she explained to them what was going

22   to occur and, you know, here I am trying to make sure they're

23   not flying to New York and they're going to get there and say,

24   Geez, no, and waste their time, waste my time.  So I sent them

25   some texts, like, do you know what you're in for?

RUBIN – DIRECT – ROSENBERG                1486

1      And so, just trying to make sure, again, even after

2   Stephanie talking to them, that they understand what's going

3   to happen when they meet me.

4   Q    Now, you've heard testimony of Ms. Lytell and Ms. Moore

5   describing their visit to you on August 22nd.  And you will

6   recall that they testified that you caused them to do certain

7   things, against their will.

8            Is that true?

9   A    No.

10  Q    Did you engage in role play in which Ms. Moore was the

11  mother and Ms. Lytell the daughter, and Ms. Moore had to beat

12  her daughter Ms. Lytell?

13  A    No.

14  Q    Did you punch Ms. Lytell in the back of the head or

15  anywhere else?

16  A    No.

17  Q    Did you punch Ms. Moore in the breast?

18  A    I did not punch.  I probably slapped her on the breast.

19  I did not punch her breast.

20  Q    Okay.  Did you state that you were going to rape

21  Ms. Lytell like you raped your daughter?

22  A    No.

23  Q    Mr. Rubin, can you please describe what you recall of the

24  visit?

25  A    Sure.  It was a nice time all around.  They had gone over

RUBIN – DIRECT – ROSENBERG                 1487

1    to the condo to sign a consent agreement as it's been

2    testified.  Signed a consent agreement and changed clothes, I

3    think.  And I met them at -- it's the Viceroy Rooftop,

4    Viceroy Hotel.  It's right down the street from the condo.

5              And it was early evening; I was there already.  They

6    came upstairs; I had a table, and we sat had drinks,

7    appetizers for, you know, some period of time, I don't know

8    hour and a halfish maybe two hours.  And, you know, we had a

9    nice time and then --

10   Q    Do you recall what you talked about?

11   A    Well, we talked some just kind of, you know, who are you?

12   I don't know if we said this but, you know, where did you grow

13   up or, you know, something about learning about each others'

14   backgrounds.  And we did talk about the sex that was going to

15   occur, you know?  We're in a public, you know, somewhat

16   crowded rooftop bar, so I wasn't there, like, going into

17   explicit details like you've all read in some of the e-mails.

18   But, you know, general stuff.  Have you ever done this kind of

19   activity before?  Like, you know, those sort of general kind

20   of like the texts, you know.  General stuff of S & M.

21   Q    Did there come a time when  you left the hotel and went

22   back to the apartment?

23   A    Yeah, couple of hours later.

24   Q    And describe what happened?

25   A    We went upstairs.  I opened some -- a bottle of wine up

RUBIN - DIRECT - ROSENBERG                    1488

1    there.  We maybe kind of hung out on the couch for a short

2    period of time.  And then Amy and Mia went into the master

3    bedroom and put on these sexy lingerie , S & M-looking type

4    outfits.

5                MR. ROSENBERG:  Ms. Palmore, I ask you to please

6    play Defense Exhibit Q7.  Which is in evidence.

7                (Video file played in open court.)

8                (Video file concludes.)

9    Q    And is that Ms. Lytell in the back and Ms. Moore in the

10   front?

11   A    That's correct.

12   Q    And is that what you were referring to when you said they

13   put on their sexy outfits before your encounter with them on

14   that evening?

15   A    Yeah.  I mean, obviously I wasn't in the bathroom with

16   them but they from seeing the, you know, they ended up going

17   to the bathroom and then walking out in their outfits.

18   Q    Okay.  And then, after they came out, what happened next?

19   A    Then we headed in the dungeon room.

20   Q    Did you engage in a BDSM encounter with the two of them?

21   A    Yes.

22   Q    Okay.  And was that --

23               MR. ROSENBERG:  Withdrawn.

24   Q    When you were finished with the encounter, what happened?

25   A    We then went back to -- we sat down on the couch again

RUBIN - DIRECT - ROSENBERG                    1489

1    and kind of probably still had some wine open and kind of

2    chitchatted for a little bit.  And I'm guessing, you know,

3    it's 30 minutes or so and I left to go home.

4    Q    And did you -- you paid both women, correct?

5    A    Yeah.  So I gave them each 5,000  in cash.

6    Q    And why was it that you paid cash on this occasion.

7    We've seen from Defense Exhibit A that there were often wire

8    or PayPal or other such things?

9    A    Yeah.  My typical practice was the first time that I met

10   a woman, she didn't really -- she's meeting me for the first

11   time, and how do I phrase it, you know, if I sort of say, hey,

12   thanks had a great time, you know, I'll send you some money

13   later.  You know, I wasn't sure whether they felt, oh, my God

14   this guy's going to stiff me.

15            So the first time I met a woman, I would typically

16   pay them cash.  And then, if they came a second, third, tenth

17   time, you know, they would now know me and kind of hope I'm

18   trustworthy.  And, you know, it's tough going to a bank and

19   getting tons of cash out because it's hard, so the wires or

20   the PayPals were easier.

21   Q    Did either woman express displeasure to you or ask you to

22   stop during the encounter?

23   A    Not at all.

24   Q    And had you provided the woman with your standard safe

25   words?

RUBIN – DIRECT – ROSENBERG                    1490

1    A    Yes, of course.

2    Q    Did either woman use a safe word?

3    A    No one, neither Amy or Mia, used "red light."  Did they

4    use yellow light at some point, I'm not sure.  I don't have a

5    specific enough recollection, but I do recall they didn't ask

6    me to stop at any point.

7    Q    Now, while you were hanging out with Ms. Moore  and

8    Ms. Lytell after you engaged in the BDSM encounter, what did

9    you talk about?

10   A    You know, a little of, you know, what did they think?

11   And, you know, how were they feeling?   And then that's also

12   when Amy showed me the pictures of her girlfriend and asked

13   if, you know, I was interested in seeing her.

14   Q    And was that Ms. Pashence Marie?

15   A    Yes, I think that's the name.

16   Q    And what, if anything, did she tell you about Pashence

17   Marie?

18   A    I don't think she went into a lot of detail.  I mean,

19   kind of what I recall just seeing Pashence Marie's pictures

20   and thinking she looked quite attractive.

21   Q    Would you be interesting if she were in having a BDSM

22   encounter?

23   A    Yes, I would be.

24   Q    Now, did you have any communications with Ms. Lytell and

25   Ms. Moore after the encounter?

RUBIN - DIRECT - ROSENBERG                    1491

1    A    Yeah.  I mean, a lot more with Mia but, yes, with both.

2    Q    In the days immediately following, you had

3    communications; correct?

4    A    That's correct.

5    Q    Let's take a look at -- Ms. Palmore, if you could please

6    show what has been admitted into evidence as Defense Exhibit

7    R, as in Richard, 2.  And if you could blow that up.

8              This says, Howie, babes, you are absolutely insane,

9    sexy, hot, wild, and fun.  Definitely would love to see you

10   again soon.  Love always, or heart always, Playmate Mia Raquel

11   XOXO.

12             Was that the note that Ms. Lytell left the next day

13   when she left the condominium?

14   A    Yes, that's correct.

15   Q    Okay.  And you had further text messages in the aftermath

16   of your encounter, correct?

17   A    Yeah, both with Amy and Mia.

18   Q    Okay.  Let's go to the next Exhibit C, as in Charlie, 2,

19   please.  I believe they were covered in cross-examination so

20   we'll do this very quickly.  Line 125.

21             Blow that up, please.

22             And that's a smiling cat face from Ms. Lytell,

23   correct?

24   A    Let me figure out where I am.  Oh, yes.  Yes, it is.

25   Q    Okay.  And then, three lines down, Line 128.

1    This is Ms. Moore writing, Yes.  So much pain LOL.

2    But fun, fun, fun and had a great time hanging out with you as

3    well although my boobs feel otherwise today.  Emoji.

4    Did either one indicate to you in any way that they

5    were unsatisfied, or if they had been coerced in any way in

6    their experience with you?

7    A    No.

8    Q    Did there come a time, sir, that you met with Ms. Lytell

9    again?

10   A    That's correct.

11   Q    Okay.  Was that the next month of September 24th, 25th?

12   A    Yeah.

13   Q    Evening of the 24th into the morning of the 25th?

14   A    Yeah, late September.

15   Q    Okay.  How did it come about that you got together?

16   A    Mia had texted me and, you know, I think these are just

17   group chats.  And then, you know, Mia started texting me a lot

18   just one on one and she said she wanted to come up and bring

19   another girlfriend of her's with her.

20   Q    Was that Ms. Katrina Rico?

21   A    That's correct.

22   Q    And did there come a time at the end of September that

23   you agreed to meet with Ms.  Lytell and Ms. Rico?

24   A    Yeah, I met them at the end of September but agreed

25   before that.  Yes.

RUBIN - DIRECT - ROSENBERG                    1493

1    Q    We've heard Ms. Lytell's account of the events of that

2    evening, but can you please tell the jury what you recall

3    happening that night?

4    A    Sure.  So our plans were to go out to dinner, kind of

5    this really fun restaurant in Midtown, really lively.  And we

6    were going to have dinner, you know, kind of a fun dinner, go

7    back to the condo, and have our sexual encounter.

8         And so, it's close to the condo but not walking

9    distance.  So we took a cab there and we were having a nice

10   time.  And Mia said she went out to have a smoke and Katrina

11   and I, you know, were at the table still, like, chitchatting.

12   And Mia comes back in after some period of time, I can't

13   remember.  And then, all of a sudden, this guy, like, walks

14   in, comes up to our table and he's, to me, he's obnoxious and

15   sits right down at our table.  Sorry.

16   Q    That's quite all right.  No worries.  But let me see if I

17   can summarize.

18        Did you end up having a tiff with Ms. Lytell, a

19   disagreement with her and Ms. Rico at the restaurant?

20   A    Yeah, over this guy.

21   Q    Fine.  And did you, therefore, leave the restaurant?

22   A    Yes.  At some point, I left the restaurant.

23   Q    And did you engage that night in a lot of texting back

24   and forth with Ms. Lytell and -- well with Ms.  Lytell?

25   A    Yeah, with Mia I did.  Yes.

RUBIN - DIRECT - ROSENBERG                    1494

1    Q    Did you eventually go back to the condominium?

2    A    Yes, I did.

3    Q    And they were there as well, correct?

4    A    Both Amy and Katrina.  Sorry, Mia and Katrina were there.

5    Q    And did you, at that time, engage -- resolve your

6    differences to engage in the BDSM encounter?

7    A    Yes, we did.

8    Q    Okay.  Did Ms. Lytell, other than being angry with you

9    for leaving the restaurant, did she express any displeasure

10   with the BDSM encounter itself?

11   A    No.  Nothing with that.

12   Q    Okay.  I'd like to show you Exhibit -- Defense Exhibit

13   V2.  Victor 2.

14           It is in evidence, of course.

15           And this says, h, you are one sexy, crazy, lover.

16   Ha-ha.  And I can't get enough.  Heart.  Mia XOXO.

17           Is that the note that Ms. Lytell left in the

18   condominium the next day before she left?

19   A    That's correct.

20   Q    Okay.  I'd also like to direct your attention to Defense

21   Exhibit H3 at Lines 63 to 67.

22           This is in evidence.  If you can blow up those

23   lines.

24           And Ms. Lytell, also the day after the encounter,

25   and she writes, It was an emotional roller coaster of fun.  I

RUBIN - DIRECT - ROSENBERG                    1495

1   loved getting wild and crazy with you.  I'm wild, I know.  And

2   then an emoji.  And then she says, yes, I know a lot of girls,

3   the types of girls you like, too, baby.

4           Is that what she told you the next day?

5   A    Yes, that's what she texted me.

6   Q    Now, did you see Ms. Lytell again?

7   A    Yeah, she flew up the next month.

8   Q    That was in October, correct?

9   A    That's right.

10  Q    And is that when she testified about where fell ill and

11  ended up having an altercation of some kind with another

12  woman?

13  A    Yeah.  And she ended up going to the hospital because of

14  her stomach thing, I think.  And then the next morning, she

15  got into a fight with another woman.

16  Q    And did you have any sexual encounter with her on that

17  occasion?

18  A    No, not at all.

19  Q    Did you see her on that occasion?

20  A    Yeah.

21  Q    You did see her?

22  A    Yes.

23  Q    Okay.  Did you see her again after that October occasion

24  when she came to New York?

25  A    Well, I saw her, now it's a few months later, but the

RUBIN - DIRECT - ROSENBERG                    1496

1    next time, next and last time I saw her in person is when we

2    had dinner together in -- when I was down in Miami on

3    vacation.

4    Q    And how did that come about?

5    A    I was -- had gone to Miami to play some golf with a buddy

6    of mine and I texted Mia if she wanted to get together for

7    dinner or drinks.  If she and Katrina wanted to get together

8    for dinner and drinks.

9    Q    Did you, in fact, meet with them?

10   A    Yeah, we had dinner.

11   Q    Did you have any relations with them?

12   A    No.  No sexual encounter.

13   Q    I'd like to direct your attention now, to Ms. Moore.

14        Do you recall that she testified about an encounter

15   that you had with her on December 21, 2016?

16   A    Yes.

17   Q    Okay.  Did you, in fact, meet with Ms. Moore on that

18   date?

19   A    Yes.

20   Q    Did you fly her or pay for her flight to New York?

21   A    She was -- she had texted me that she was in town already

22   and, you know, did I want to get together at some time while

23   she was there.  So the answer is, no, I did not fly her to

24   New York.

25   Q    Okay.  And did Ms. Moore express -- tell you why she

RUBIN – DIRECT – ROSENBERG                    1497

1   wanted to meet with you?

2   A    No.  You know, I assume she wanted another sex-for-money

3   encounter.

4   Q    Did she tell you about anything else that she had to do

5   in New York?

6   A    Yes, she did.  So she said she had a couple of photo

7   shoots that she was doing.  And I mentioned to her that, you

8   know, don't schedule a photo shoot, like, we should see each

9   other at the end of her visit because she's going to be

10  bruised and, you know, it would be tough to do a photo shoot.

11  So anyways we went back and forth a little and she scheduled

12  to meet me, I think, the last day she was in New York.

13                  (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

1  A    (Cont'g.)  I -- I -- I think, I don't know for sure, but

2  that's what she told me.

3  DIRECT EXAMINATION (Continued)

4  Q    So can you tell the jury what you recall of the visit;

5  where did you meet her, and what happened?

6  A    Yeah.  So, you know, it was going to be another social,

7  you know, lunch, dinner, drinks first and sexual encounter

8  afterwards.

9         And so we met at one of the restaurants.  I mean Amy

10  said it was the Russian Tea Room, which is really possible but

11  I don't recall if it was the Russian Tea Room.

12  Q    Stop.  When you say "Amy said," you mean her testimony?

13  A    Her testimony.  During her testimony she said the Russian

14  Tea Room.  And it could well have been, but I don't have that

15  memory.  I don't have that memory.

16         But I knew -- I know we had lunch.

17  Q    You had lunch at a restaurant?

18  A    Close to -- close to the condo.

19         And so we had a nice lunch.  That was probably, you

20  know, couple hours, hour and a half, two hours.  I think we

21  met some time around noon early, early, you know, noon-ish

22  and --

23  Q    Ms. Moore testified that during the lunch, you were on

24  your phone for the entirety of the lunch.  Is that accurate?

25  A    No, that's not accurate.

1   Q     Okay.

2         Do you recall whether Ms. Moore spoke with you at

3   that lunch or thereafter about that she needed money to have

4   her breasts corrected or fixed in any way?

5   A     She did not mention anything like that.

6   Q     What happened after your lunch.

7   A     We went up to the condo.  I'm sure, you know, we opened a

8   bottle of wine and then we had our sexual encounter.

9   Q     Now Ms. Moore testified that there were -- withdrawn.

10        Did Ms. Moore express displeasure at any time or

11  unwillingness to proceed at any time during the encounter?

12  A     No, she did not.

13  Q     Did she use the safe word?

14  A     Again, I say it's like the first time when I was together

15  with Amy and Mia she -- no, she never said red light.

16        She may have said yellow light somewhere during or,

17  you know, some verbal thing of slowing down.  But she never

18  said stop at any point in any fashion.

19  Q     And if someone -- to go back just so we're clear, if

20  someone used the yellow light safe word, that version, what

21  would you do?

22  A     I talk to the woman and I'd say -- whatever we were doing

23  at the time, I would ask, you know, is it just, you know, do

24  easier of this thing we're doing, or you don't like this

25  thing, let's switch to another thing.

1      So, you know, if someone said yellow light, I'd have

2  red light you go stop, or whatever, and have a conversation

3  with them, okay, well, what, you know, what's going on, you

4  know, what do you want me to do?

5  Q   Ms. Moore testified that you used a cattle prod on her.

6  Was that accurate?

7  A   No.

8  Q   Are you familiar with -- there's been testimony and

9  there's been some reference to an electronic device.

10         Are you familiar with that?

11  A   I am.

12  Q   Okay.  Let me show you -- well, can you describe that

13  device, what is it?  What's it called?

14  A   Well, you know, it's called a neon wand or violet wand,

15  and, you know, the jury's seen it a couple of times.  And that

16  was the exact instrument that I had and used from time to

17  time.  And --

18  Q   Where had you gotten it?

19  A   I had gotten it -- either online or, or maybe at one of

20  these specialty sex shops.

21         I mean you buy them on Walmart these days, but at

22  the time you couldn't get them yet, you had to go somewhere

23  sex specialty store.

24  Q   And how did it work?

25  A   Well, I think the jury's seen it.  We can show it, maybe.

1    Q    Well --

2    A    Anyway, all right.

3    Q    Like I'm showing exhibit -- demonstrative exhibit --

4    Defendants' Demonstrative Exhibit E, which has been shown

5    before.

6              MR. BALESTRIERE:  No objection.

7    Q    And I ask you, is this like the neon or violet wand that

8    you used on some occasions?

9    A    Exactly.

10   Q    Okay.  And what did it -- what did it do?

11   A    So you're holding the base and, you know, you obviously

12   there's a electric cord and you plug it into an electric

13   outlet.

14              There's -- I don't know if we have it.  There's a

15   glass little thing that goes in the top.

16   Q    I'm holding up a glass...

17   A    Yeah.  So it goes right in.

18              And, you know, you plug in the wall, you turn the

19   knob on and put it close to your skin and it shoots a little

20   electric zap at you.

21   Q    And did you use this on some occasions in your BDSM?

22   A    Yes.

23   Q    Okay.  Ms. Moore testified that you placed what she

24   termed the called cattle prod inside her vagina.

25              Did you do that?

RUBIN - DIRECT - ROSENBERG                1502

1   A     Well, two things.

2         One, there's no cattle prod.

3   Q     Referring to the violet wand.

4   A     Yeah, a violet wand.

5         So I always use that on the outside of a woman's

6   body and, you know, it can be sensitive areas, but never

7   inserted it inside of a woman.

8   Q     Okay.  When the encounter was complete and you were

9   outside the dungeon, did there come a time that you got angry

10  with Ms. Moore?

11  A     Yes, there was.

12  Q     And can you explain the circumstances of that.

13  A     We -- you know, we finished, and, you know, we kind of

14  having -- we're sitting at the dining room table where I think

15  we were both sort of having a glass of wine.  And Amy, she

16  asked me for like how she was going to get paid.  And I got

17  upset at that.

18  Q     Why?

19  A     It's, you know, I -- part of the fantasy was these women

20  were my girlfriend.  You know, so take them out to dinner,

21  have this sex encounter with them.  And it just -- it was a

22  buzz kill.  You know, she made it seem like, you know, I'm

23  only here for the money and I know a little egotistical, I

24  guess, on my part, but I wanted to kind of pretend it was a

25  date.

1  Q    Did you, in fact, give her the information of how she

2  could get paid?

3  A    Yeah, yeah.  I gave her -- she texted with Jen.  You

4  know, there's group chat still, whatever, but anyway she ended

5  up getting ahold of Jen Powers and Jen sent her the $5,000.

6  Q    Okay.  Did you ever see or communicate with Ms. Moore

7  again after that encounter?

8  A    Not directly with Amy, no.

9  Q    But when you say "not directly," did you communicate with

10  Ms. Lytell?

11  A    Yeah, I -- I communicated with Mia and she talked about

12  Amy.  But I didn't talk directly to Amy after that December

13  meeting.

14  Q    Can you please describe generally your communications

15  with Ms. -- the nature of your communications with Ms. Lytell?

16  A    Sexual.  And, you know, she was -- Mia was sort of

17  constantly -- I mean, we just talked somewhat anyway, but Mia

18  was constantly trying to get together with me or, you know,

19  she must have sent me dozens and dozens of photographs of

20  girlfriends of hers asking if I wanted to hook up with them.

21        MR. ROSENBERG:  I'd like to show the witness,

22  please, and only the witness, not yet publish exhibit, Defense

23  Exhibit H3-1.

24        (Exhibit published to the witness only.)

25  Q    Do you recognize this exhibit, sir?

1    A    Can you -- I see the first -- oh, okay, here we go.

2    Q    If it's more convenient for you, it's in the book next to

3    you.

4    A    The books of these.

5          Yes, I recognize this.

6    Q    And are these text messages between you and Ms. Lytell

7    between July 18th, 2017 -- July 18th and the 22nd, 2017?

8    A    Yes, they are.

9          MR. ROSENBERG:  Your Honor, we move the admission of

10   DXH3-1.

11         MR. BALESTRIERE:  No objection, Your Honor.

12         THE COURT:  Received.

13         (Defendants' Exhibit DXH3-1, was received in

14   evidence.)

15         (Exhibit published.)

16   Q    I refer you, sir, it's a little hard to read, but take a

17   look at page 2, please.

18         And this is where Ms. Lytell said:  I'm staying here

19   in New York City until Sunday now.  Amy is here.  So I'm

20   staying with her.

21         And you -- is that you asking:  Which Amy?

22   A    Yes, it is.

23   Q    You weren't sure who she was referring to?

24   A    At this point, no.

25   Q    Okay.  But then she says:  But if you want to see me or

RUBIN - DIRECT - ROSENBERG                    1505

1    see her, or me or both, we can always meet up if you're free,

2    or I can send Amy over to see you.  With a devilish emoji.

3              Do you see that?

4    A    Yes, I do.

5    Q    And then she answers, Which Amy by telling you:  Playmate

6    Amy Nicole Moore, correct?

7    A    That's correct.

8    Q    And directing your attention now to page 5 of the same

9    exhibit.

10             And you say:  Smokin.

11             Does that mean she sent you some pictures?

12   A    She did send me some pictures of Amy and herself, too

13   but, yeah.

14   Q    And then you say:  Let me think.

15             So she's trying to arrange an encounter between you

16   on the one hand and her or Amy or the both of them on the

17   other hand, correct?

18   A    That's correct.

19   Q    Okay.  And you say:  Let me think.  I'm supposed to be

20   home tonight and have these two young slut sisters lined for

21   Wednesday, Thursday.

22             And you say:  Does Amy live here?

23             And that's where you're asking about Ms. Moore,

24   correct.

25   A    That's correct.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

RUBIN - DIRECT - ROSENBERG                1506

1    Q    And then you say -- and then she responds:  No, Amy,

2    lives in Florida like me.  LOL.  Yummy sisters.  Why not

3    cancel home tonight and have some naughty fun with me and Amy

4    or just her.

5              Do you see that?

6    A    I do.

7    Q    And turning to the next page, page 6, you continue your

8    conversation with her and she says:  Amy and I both agree you

9    could do anything you want to us.  Anything.

10             And you say:  Wow really?

11             And she says:  Fucking anything you want, daddy.

12             You see that?

13   A    Yes, I do.

14   Q    Did you, in fact -- and in the remainder of this exhibit,

15   she continued to send you pictures of herself and Ms. Moore;

16   did she not?

17   A    She did.

18   Q    And including pictures and videos, correct?

19   A    Correct.

20   Q    Did you, in fact, see Ms. Lytell and Ms. Moore?

21   A    I did not.

22   Q    Now in addition to the solicitation we just saw, there

23   were other occasions in which Ms. Lytell tried to put you

24   together with other women, correct?

25   A    Yes, that's correct.

RUBIN – DIRECT – ROSENBERG                1507

1   Q    Okay.  And I think you testified that there were several;

2   is that right?

3   A    Yes.

4   Q    Okay.  How did she typically introduce these women to

5   you?

6   A    Through texts by sending me pictures.

7   Q    Okay.  And what, if any, discussions did you have with

8   Ms. Lytell of the women that she introduced you to?

9   A    Well, you know, she -- she sent me pictures of dozens of

10  women.  I think there were -- it ended up being two women that

11  I actually -- that she -- that I actually ended up seeing that

12  she had sent, you know, pictures of.

13  Q    Did you ask her to explain to the women what they were in

14  for?

15  A    Yeah.  Of course.  Yes.

16          MR. ROSENBERG:  Okay.  Let's take a look at

17  exhibit-- hold on, let's get my notes -- original Defense

18  Exhibit H3.

19          Your Honor, this is series of text messages between

20  Mr. Rubin and Ms. Lytell, and we move for its admission.

21          It is similar to Exhibit A6 between Ms. Hopper and

22  Mr. Rubin that Your Honor addressed yesterday.

23          MR. BALESTRIERE:  Your Honor, I don't have any

24  objection to the lines that I understand counsel is

25  introducing now.  And I believe what Mr. Rosenberg is saying

RUBIN - DIRECT - ROSENBERG                    1508

1    it would be treated in the way Your Honor said it needs to be

2    treated.

3              THE COURT:  Yes, okay.

4              MR. BALESTRIERE:  Thank you, Your Honor.  Okay.

5              MR. ROSENBERG:  So I'd like to first draw your

6    attention, Ms. Palmore, and ask you to go to pages 16 to 18,

7    rows 299 to 316.

8              (Exhibit published.)

9    Q    And you see in these -- take a moment, please, to look at

10   those texts from 299 to 316.

11             And if you can tell me what -- generally

12   characterize what they are.

13   A    These -- you know, these are the kind of things that Mia

14   would send to me a lot which, you know, sexy pictures of

15   girlfriend -- of -- I guess, you know, friends, girlfriends of

16   hers.

17             And she would be asking me, you know, me looking at

18   the pictures, you know, anyone -- so one that interested me

19   that I would want to have a sexual encounter with.

20   Q    Now, directing your attention more specifically to

21   line 313, here you ask:  Kali will let me beat her, question

22   mark, question mark.

23             Why did you ask that?

24   A    You know, it's again what I talked about previously

25   about, you know, certainly Mia's, you know, now been with me a

RUBIN - DIRECT - ROSENBERG                    1509

1    couple of times.  And, you know, she -- we've had sexual

2    encounters, so I would -- I felt she certainly knew what to

3    tell her girlfriends before they came to see me.

4             But just checking again, make sure Kali comes to New

5    York she, you know, we're not wasting her or my time, she

6    knows what's going to happen.

7    Q    Directing your attention now to rows 320 to 340.

8             Are these about a woman named Kenzi?

9    A    Yes.

10   Q    Okay.  And once again, someone she's trying to set you up

11   with?

12   A    Yeah.  I mean, I think it goes back and forth.  You know,

13   I mean maybe her stage name was Kenzi and her real name was

14   Kali.  But it's the same person.

15   Q    Okay.  And at line 340, you ask -- here we go.  So she

16   knows she's going to be whipped and spanked and slapped,

17   correct?

18   A    Correct.

19   Q    And finally there was testimony earlier, and I would

20   refer you to lines 831 to 843.

21            And this is about someone named Manhattan Doll?  Is

22   that right?

23   A    Yeah, sorry.  Yes.

24   Q    And here again you ask Ms. Lytell, and this is on

25   line 833:  She knows what's going to happen to her?

RUBIN - DIRECT - ROSENBERG                    1510

 1   A    Yes, that's correct.

 2   Q    Okay.  And then Ms. Lytell tells you:  Yes, she will tell

 3   her.  She'll explain it to her.

 4             And you say at line 842:  But let her know she's

 5   going to be beaten and bruised, correct?

 6   A    That's correct.

 7   Q    Okay.  And, again, is that always so that you would be

 8   upfront with any person you engage in BDSM sex with?

 9   A    Correct.

10   Q    Thank you.

11             Mr. Rubin, I'd like to move to Ms. Emma Hopper.

12   A    Okay.

13   Q    How did you come to meet Ms. Hopper?

14   A    Through Stephanie Shon.

15   Q    And when did you meet Ms. Hopper?

16   A    October 2015.

17   Q    You met her and you communicated with her before?

18   A    Yes.  I was introduced through Stephanie.  I believe we

19   started texting each other before she flew to New York.

20   Q    So another digital meeting?

21   A    Yeah.

22   Q    And on how many occasions did you have a sexual -- did

23   you meet with Ms. Hopper?

24   A    Yeah, we -- we met for the first time October 2015.

25   Q    And when, if you recall, when was the last time?

RUBIN - DIRECT - ROSENBERG                    1511

1   A      July of 2017.

2   Q      Okay.  Can you describe those encounters, generally?

3   A      Yeah.  Couple of -- you know, in general, they were

4   wonderful.  We had a really nice time together.

5   Q      Did you engage in role-playing with her?

6   A      Yeah.  Every time, I believe.

7   Q      Now there was some testimony that Ms. Hopper gave

8   concerning the father/daughter role-playing.

9          Do you recall that?

10  A      Yes.

11  Q      How did you come to engage in that role-playing with

12  Ms. Hopper?

13  A      Early on she expressed to me that was the type of

14  role-play that she was interested in.

15  Q      Was that something that you were interested in,

16  generally?

17  A      I'd say mine kind of went to, you know, the

18  boss/secretary, I know I did this capture thing.  You know,

19  that you broken into a woman's home.  Professor with a

20  student.

21         Typically I didn't, you know, like a principal with

22  a school girl.  Typically it wasn't as much of a turn-on for

23  me, this father thing, but she seemed very interested.

24         She got -- she seemed to get really turned on by it

25  and, you know, when the woman is excited it gets me excited.

RUBIN - DIRECT - ROSENBERG                    1512

1           So we played that, not always, but we played that

2    role-play most of the time.

3    Q    In addition to the 12 instances in which you had

4    encountered with Ms. Hopper, did you have communications --

5    you had extensive communications with her?

6    A    Yeah, lots of texts.

7    Q    And that's -- and can you describe -- characterize those,

8    please?

9    A    Very sexual.  A lot of them very graphic.  Both in the

10   words used and the types of pictures and videos that she sent

11   me.  And she was asking me a lot to when she could come up and

12   see me.

13   Q    Do you recall that Ms. Hopper testified that in the

14   approximately 12 times you were together, two of them were

15   nonconsensual?

16   A    I do remember that testimony.

17   Q    Mr. Rubin, were any of your BDSM encounters with

18   Ms. Hopper not consensual?

19   A    No, they were not.

20   Q    You recall that she testified as to one of them, the

21   encounter in January 2016 was nonconsensual.

22          Do you recall that?

23   A    Yes, I recall that.

24   Q    And you recall she testified that you walked in and

25   slapped her face and made her get on all fours and called her

1    names.

2    A    I remember the testimony.

3          MR. ROSENBERG:  Directing your attention, please,

4    and, Ms. Palmore, if you can please put up A, as in apple, 6,

5    at page 51.

6          (Exhibit published.)

7          MR. ROSENBERG:  And the bottom bubble.  Thank you.

8    Q    And is this the text that you sent Ms. Hopper immediately

9    preceding that visit that she testified about?

10   A    That's correct.

11   Q    And this says:  I'll be there in about 30 minutes.  We're

12   going to role-play as soon as I walk in.  Make sure you've

13   opened some wine.  Correct?

14   A    Yes, that's correct.

15   Q    Do you recall the circumstances of this encounter?

16   A    Yeah.  Definitely.

17         Emma and I at some point previously when she was in

18   New York discussed this idea of -- you know, usually as I

19   pointed out I would do something social with -- sit on the

20   couch or go to a restaurant or something.

21         But we both thought it would be fun, you know, not

22   to like just walk, you know, we were going to start

23   role-playing, you know, immediately to kind of make it seem,

24   you know, more realistic.

25         And she was the naughty school girl.  I was the

1  father.  She dressed up in a school girl outfit with heels.  I

2  was retired at the time, but I -- put a suit like this on.

3  You know, I unlocked the key and, you know, we immediately,

4  you know -- I don't recall what we -- you know, all the things

5  we did.

6         It's possible that that's right, that I just walked

7  in, you know, as part of our role-play, and maybe I slapped

8  her at moment I walked in.

9         So that part of her testimony can be true, not the

10 nonconsensual part.

11 Q    Okay.  Now did Ms -- after the episode, did Ms. Shon ever

12 express any displeasure with you?

13 A    Ms. Hopper?  No, no, she did not.

14         MR. ROSENBERG:  Let's take a look at the next page

15 and look at some of the texts that follow that episode.

16 Page 53.

17 Q    And it says -- and the ones on the right in green, those

18 are Ms. Hopper, correct?

19 A    Correct.

20 Q    And this is following your encounter with her that we

21 just talked about?

22 A    Correct.

23 Q    Love it.  You make me so naughty.  Let's do that --

24         To the left?

25 A    Yes.

1          MR. ROSENBERG:  Check one thing.

2          Forgive me, I believe we need the previous -- there

3   we go now.

4   Q    Okay, she responds.  And this is before your encounter.

5          She says:  Okay, doing it now.

6          So opening the bottle of wine, right?

7   A    Yeah.  That's right.

8   Q    And then you say, and this is now at 7:26 after the

9   encounter:  Amazing, love.

10          And she responds:  Yes, amazing.  Love you.

11          And you say:  You really are my dream girl.  Wish we

12   had someone videotaping it.  Smiley face.

13          You see that?

14   A    Yes.

15   Q    Let's continue the next page.

16          And she responds:  I love it.  You make me so

17   naughty.  Let's do that next time.  Can we?  It says:  Can we?

18   Stop.

19          And she's referring to videotaping it; is that

20   right?

21   A    Yeah, I made that sort of suggestion.

22          MR. ROSENBERG:  Continue, please.

23   Q    And then you say:  Oh my God, I'd be embarrassed.  But

24   later you just seconds later you say:  Maybe.

25   A    Right.

 1           MR. ROSENBERG:  And if you could continue.

 2    Q    How, question mark.  It will be so hot, me being tortured

 3    and wanting more.  We can watch it while you beat me.

 4           And you say:  Trust me, I know it's hot.

 5           And she says:  You are the best.

 6           You see that?

 7    A    I do.

 8           MR. ROSENBERG:  Continuing.

 9           Okay, I -- I think we've seen enough.  Thank you.

10    Q    That was your communication with her following the

11    episode, correct?

12    A    Following the encounter, correct.

13    Q    Do you also recall, Mr. Rubin, that there was testimony

14    from Ms. Hopper about your encounter with her in April 25th,

15    2016 that involved Vicodin?

16    A    I do.

17    Q    Can you explain what happened on that occasion?

18    A    Emma and I had discussed at some points when to --

19    previous to that encounter when she was in New York that she

20    wanted to try taking a pain medication in order to enhance our

21    sexual encounter.  And in April we tried that.

22           I had a prescription of Vicodin because of a back

23    problem, and so we tried that in April.

24    Q    And can you tell the jury what happened that day?

25    A    We -- in the afternoon, we had gone to The Wayfarer,

1    that's another restaurant that's close, you know, walking

2    distance right down the street from my condo.  And we had gone

3    for lunch and we had lunch and drinks and she -- you know, not

4    both in the same time, but she did end up taking Vicodin that

5    night.

6    Q    Okay.  And did you then engage in a sexual encounter?

7    A    Yeah, after some time we went back to the condo and

8    started to have sex.

9    Q    What happened?

10   A    She was not into it at all.  I tried bondage.  Tying her

11   up.  And she told me, no, and I untied her and she wanted to

12   lie down in the bedroom, and I went home.

13   Q    Were you angry with her?

14   A    You know, I was -- I was angry with her and I was angry

15   with myself actually also.

16   Q    Explain that a little bit.

17   A    Well, you know, we -- you know, the last few times

18   together we had just had, you know, wonderful times, social

19   and physical sexual encounters together, and we both come up

20   with this idea to try to make it even better and she was going

21   to take Vicodin.

22        And, you know, we do it and then, you know, the

23   session doesn't -- encounter ends, she doesn't want to go --

24   you know, we start and she doesn't want to do it.

25        And I really liked Emma we had, you know, great sex

RUBIN - DIRECT - ROSENBERG                    1518

1   with each other.  And so I just, you know, I was upset at

2   myself for agreeing to do it.  I was upset.  I didn't get to

3   have sex.

4   Q    Now you heard Ms. Hopper testify about her BDSM

5   encounters with you while she was under examination from

6   Mr. McDonald.

7            Do you remember that?

8   A    Yes, I do.

9   Q    Now, and as to all of those, each of those encounters,

10  Mr. Rubin, was each of those encounters consensual?

11  A    Yes, every encounter was consensual.

12  Q    Did you see Ms. Hopper outside of New York after your

13  encounter?

14  A    Yeah, I saw her one time when I was in Atlanta.  I think

15  like fall of 2000 -- winter of 2016.  I think is the date.  I

16  can't remember.

17           But I did go to Atlanta and take a few women and

18  went out to a basketball game and dinner and a strip club.

19  Q    And did you have sexual relations with her?

20  A    No, no sex with Emma.

21  Q    You testified that your last BDSM encounter with

22  Ms. Hopper was on July 28th, 2017.

23           Do you recall that?

24  A    Well, yes.  I mean, I recall --

25  Q    Let me reask the question.

RUBIN – DIRECT – ROSENBERG                    1519

1      Is it the correct that your last BDSM encounter with

2   her was on July 28th?

3   A    Yes.

4   Q    Did you hear from her after that?

5   A    Yes, several times.

6      MR. ROSENBERG:  Okay.  Let's take a look, if we can,

7   at DXA6 at page 351.

8      (Exhibit published.)

9   Q    Starting at 14822.  And she says -- is this Ms. Hopper

10  texting you?

11  A    That's correct.

12  Q    And you haven't seen her since going to the game with her

13  in Atlanta over the winter of 2016/2017?

14  A    No, this -- we'd seen each other in July, and this is --

15  Q    This is 2017.

16  A    Yeah, so we'd seen each other in July.

17  Q    Forgive me.  Forgive me.

18      So this is some weeks afterwards?

19  A    Yes, that's correct.

20  Q    And she says:  Hey there.  I want to play daddy/daughter.

21  I so love when we do that.  I want be to be beaten for having

22  big tits in class, correct?

23  A    That's correct.

24  Q    That was soliciting you to get together?

25  A    Yes.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1    Q    And then directing you to page 360.

2              And once again, two weeks, approximately a few weeks

3    later, she says:  Can I come in the morning?  Can you beat me

4    for lunch, Howie.

5              And, again, she's soliciting you, correct?

6    A    Correct.

7    Q    Did you see Ms. Hopper again?

8    A    This is July -- July was the last time.  July of 2017 was

9    the last time I saw her.

10   Q    Finally, I'd like to ask you about the six plaintiffs who

11   testified here.

12             Brittany Hassen, do you recall that?

13   A    Yeah.

14   Q    How did you come to meet Ms. Hassen?

15   A    That was through that booker madam, Tracy Reed.

16   Q    And you had told Ms. Reed your preference in women that

17   you liked BDSM, of course, and as the dominant?

18   A    Yes.  She knew that.

19   Q    I want to ask you about the four encounters that

20   Ms. Hassen testified about.

21             Before I do that, I'd like to ask one preliminary

22   question so it's clear.

23             She said -- made some reference to the fact or that

24   you had been arrested.

25             Have you ever been arrested, Mr. Rubin?

RUBIN – DIRECT – ROSENBERG                    1521

1    A     No, I have not.

2    Q     Okay.

3          Let's start with the encounter in June of 2011 in

4    the Mandarin Oriental Hotel.

5          Do you recall her testifying about that day?

6    A     Yes.  Generally I do.

7    Q     Okay.  And she testified that she was bent over a bed

8    with her stomach bound and her hands tied and she was

9    penetrated with something, and she was crying hysterically

10   while that was being done.

11         Do you recall?

12   A     Oh, I recall her saying that.

13   Q     Is that accurate?

14   A     No.

15   Q     Okay.  Can you explain, please, what happened on that

16   occasion?

17   A     Yeah.  I had -- this is just before I had gotten rid of

18   the condo, and we met -- as I said before, we'd meet at

19   hotels.

20         And I had rented a room at the Mandarin Oriental.

21   It's a hotel in Midtown Manhattan.  And those two women that

22   have been mentioned, Kim Kato and Michelle Felices, were

23   there.

24         The three of us, I believe, were drinking champagne,

25   and Brittany arrived at some point in the afternoon.

RUBIN - DIRECT - ROSENBERG                    1522

1   Q    And her arrival had been arranged by Ms. Kato, correct.

2         No, by Ms. Reed?

3   A    Yes, correct.

4   Q    And what happened when she came?

5   A    So we -- she joined us at drinking some champagne.  We,

6   you know, talked for a while.  I kind of -- you know, I had

7   sent her some pretty explicit emails but, you know, kind of

8   went over it again, what was gonna happen.

9         I pointed out I had a bunch of sex toys laid out on

10  the -- in the next room, in the bedroom.  And so kind of made

11  sure she knew was going to happen.

12        We all four of us sat around, you know, maybe

13  another half hour and, you know, kind of got to know each

14  other.

15  Q    Did there come a time you moved from getting to know each

16  other to engaging in this BDSM encounter?

17  A    Well, I wouldn't call it much of an encounter, but there

18  was a time the four of us moved into the bedroom.

19  Q    What happened?

20  A    She laid down face -- face down on the bed and, you know,

21  I don't recall who was -- the women were all in lingerie while

22  we were drinking.  And when we went in the bedroom, I don't

23  recall whether anyone took off their lingerie.

24        I don't believe whether -- I don't think I took off

25  my clothes, but I spanked her once and she hopped up off the

1   bed and she obviously had no interest and continuing.

2   Q    And did she leave at that time?

3   A    Yeah, I walked her to the door, I gave her a thousand

4   bucks, and she left.

5   Q    Ms. Hopper testified to her suspicion and belief that

6   oxycodone had been slipped into her drink at that Kim Kato had

7   prepared for her.

8        Were you aware of any such behavior?

9   A    No.  No.

10  Q    Have you ever given anyone oxycodone?

11  A    No.  Myself.

12  Q    How is it you came to see Ms. Hassen again?

13  A    She texted me once in 2013 -- emailed me.  We didn't see

14  each other then.  And then we saw each other again in 2014.

15  Q    Is it fair to say she pursued you to try to engage in a

16  BDSM encounter?

17  A    Yes, she did.

18  Q    And you eventually agreed to the encounter?

19  A    Yes.

20  Q    And did you agree to engage in that with another woman?

21  A    Yeah, Loredana Ferriollo, whose name's been mentioned.

22  Q    And was that in June of 2014?

23  A    Yes, that's correct.

24  Q    Directing your attention there to the first encounter --

25  the first encounter of June of 2014.

1    Can you please describe the encounter?  What you

2  recall of it?

3  A    So Brittany came over.  It was -- Loredana and I were the

4  dominants with Brittany being the submissive.  And, you know,

5  I don't -- I don't have any memory of what exactly we did.  We

6  just had an encounter, ended well, and that's all I recall.

7  Q    When you say "it ended well," can you explain that a

8  little bit.

9  A    Well, I would say that, you know, Brittany told me she --

10  afterwards she had a good time.  And I don't have like a

11  specific memory, as I was saying, but it just -- it was fine.

12  Q    Okay.  And did you pay her $5,000 in cash on that

13  occasion?

14  A    I gave her five grand in cash, yes.

15  Q    Okay.  Did she communicate with you afterwards?

16  A    Yes, I think that evening.

17    MR. ROSENBERG:  Can you we take a look, please, at

18  Defense Exhibit B5, B as in boy, 5, page 8 of 13.  June 5th at

19  11:36 p.m.

20    (Exhibit published.)

21  Q    And this is Brittany saying:  Thank you, Howie.  I had a

22  good time.  Thank you for the cab money.  That was so nice of

23  you.  I love LD to pieces.  We must do it again.  Smiley face.

24    Do you see that?

25  A    Yes.

RUBIN - DIRECT - ROSENBERG                1525

1    Q    Okay.  And LD is, of course, Loredana?

2    A    That's correct.

3    Q    Okay.  Thank you.

4         Did you have another encounter with -- Ms. Hassen

5    there said:  We must do it again.

6         Did you, in fact, do it again?

7    A    Yeah, at the end of the month.

8    Q    Okay.  And was that also with Ms. Ferriollo?

9    A    That's correct.

10   Q    Okay.  Do you have a recollection of that encounter?

11   A    Do it again.  No.  I couldn't tell you what we did or,

12   you know, what the specifics were.

13        But it was fun, nice.  Brittany seemed happy.

14   Loredana seemed happy.  I was happy.

15

16            (Continued on the following page.)

17

18

19

20

21

22

23

24

25

RUBIN - DIRECT - ROSENBERG                    1526

1    MR. ROSENBERG:  Okay.  Now if we can turn once again

2    to Defendant's Exhibit B, as in boy, five.  This is 1313, top

3    of the page, from 11:30 p.m.

4    DIRECT EXAMINATION (Continued)

5    BY MR. ROSENBERG:

6    Q    Was this the text following the encounter, immediately

7    following the encounter?

8    A    Yes, they are.

9    Q    And Brittany says, Ahhh, thanks.  I'm glad you liked it.

10   I wasn't sure.  You didn't like it the last time, but I gave

11   it my all.  I'm happy you enjoyed it and I had fun too.

12         And then she says, I will send you my bank info

13   tomorrow.  And she says, You were so amazing, so fun.

14         And she continues, I'm so happy, I love you guys.

15   You guys are a lot of fun.  I really appreciate you guys

16   seeing me tonight.  It means so much.

17         And then you send each other X's and Os; correct?

18   A    Correct.

19   Q    Now, the fourth and final session with Ms. Hassen says

20   took place at the Rick's Cabaret.

21         Do you recall her testimony?  Do you recall that?

22   A    Well, I recall Rick's Cabaret and I also recall her

23   testifying.

24   Q    Okay.  Could you please tell the jury your recollection

25   of what happened in connection with Rick's Cabaret?

*Michele Lucchese, Official Court Reporter*

RUBIN – DIRECT – ROSENBERG                    1527

1    A    Sure.

2          So Loredana and I had decided we wanted to go to a

3    strip club, a gentleman's club in New York, and it turns out

4    my friend, Michelle Felices, was in town also.  So, Rick's

5    Cabaret had this special Friday afternoon lunch half-price

6    dances thing, and so the three of us went to Rick's Cabaret,

7    had champagne, had a couple of the dancers actually sit with

8    us.

9          And, so, we were all having a good time and then

10   somebody –– it was either Loredana or Michelle said why don't

11   we text Brittany and see if she's around, because she lived in

12   New York, and see if she wants to join us.  So somebody texted

13   her.

14   Q    And did this –– and did –– when they texted her, did she

15   then appear?

16   A    A little while later.

17   Q    And what happened?

18   A    Well, like I said, I was with Loredana, Michelle and some

19   dancers and then we –– all of us went up and got, you know,

20   one of these things called the VIP room, which is a

21   semi-private room at Rick's.  It was actually on the second

22   floor and we all kind of moved our party, get-together up

23   there.

24   Q    To move this along, did the situation become erotically

25   charged?  Would that be fair to say?

*Michele Lucchese, Official Court Reporter*

RUBIN — DIRECT — ROSENBERG                1528

1    A      Yeah, the dancers and Michelle and Loredana were acting

2    very erotically.

3    Q      Okay.  And what you did you do?

4    A      So first -- Brittany didn't join us until after we were

5    upstairs, just to make that clear, and she joined us and, you

6    know, she was there for a while, but -- and, you know, we had

7    champagne, and it was a very, for me, exciting and erotic to

8    watch these women playing with each other, I guess is the best

9    way to phrase it, and I was very turned on, and I said anybody

10   got any condoms and Brittany said, Yes.

11          I said, Do you want to have sex?

12          And we had these benches like all around this room

13   and Brittany and I had, you know, sexual intercourse.

14   Q    Did Ms. Hassen ever tell you to stop or in any way

15   withdraw her consent?

16   A      No.

17   Q    Did you hit her in any way?

18   A      No.

19   Q    Was this a BDSM sex encounter?

20   A      No.

21   Q    Was this a conventional encounter, apart from the

22   setting?

23   A      Yeah.  She was lying on her stomach and -- this is too

24   graphic.  But, yes, it was --

25   Q    So it was none of the sex where there were other the

1    implements that we have heard about?

2    A    Yeah.  And no sex toys were there, no slapping or

3    hitting, no handcuffs, no anything.

4    Q    Ms. Hassen testified that she screamed out for you to

5    stop.  Is that accurate?

6    A    No.

7    Q    She also testified that you and your party were kicked

8    out by the security at Rick's Cabaret.  Is that accurate?

9    A    That is not accurate.

10   Q    After a final sexual encounter with Ms. Hassen, did you

11   continue to communicate with her?

12   A    Yes.  Yeah.

13   Q    And that encounter was in 2014, but you continued to not

14   for several years, to communicate with her?

15   A    Yeah, for a few years.

16   Q    We saw some of those communications yesterday and I won't

17   belabor them.

18            Can you describe them generally?

19   A    Some of them were just kind of talking, you know, what

20   was going on.

21            Brittany did continue to try to see me, solicit me

22   for a sexual encounter at -- you know, for several years,

23   twice in 2016.  We went out just socially for dinner.  And

24   that's kind of what our communications were about.

25   Q    And eventually you went out to dinner with her.  Did you

1    have any other meals with her?  Did you ever go to lunch with

2    her?

3    A    Well, one time it was a late lunch and I think one time

4    was -- in 2016, one was a late lunch, one was dinner.

5    Q    And you may recall Ms. Hassen's testimony that to this

6    day she can't not taste properly allegedly because of the ball

7    gag that was in her mouth.

8             Do you recall that?

9    A    I do recall that testimony.

10   Q    And in the meals that you had with Ms. Hassen and the

11   times that you saw her socially, did she ever tell you that

12   she couldn't taste her food or her drink?

13   A    No, she did not.

14            THE COURT:  Mr. Rosenberg, what do you think about

15   timing?  Should we break for lunch now or are you just about

16   done?

17            MR. ROSENBERG:  Your Honor, I'm very close to being

18   done, but I would appreciate a break so I can confer with my

19   colleagues to see if there is anything that I missed.

20            THE COURT:  Okay.  Ladies and gentlemen, we will

21   take lunch, one hour.  Just be back slightly after two

22   o'clock.

23            Have a good lunch.

24            (Jury exits the courtroom.)

25            THE COURT:  All right.  Recess for one hour.

RUBIN - DIRECT - ROSENBERG                    1531

1              (Lunch recess.)

2              (Continued on next page.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RUBIN - DIRECT - ROSENBERG                    1532

1              AFTERNOON SESSION

2              (In open court; jury not present.)

3              THE COURT:  Okay.  Let's have the jury back in,

4     please.

5              (Jury enters the courtroom.)

6              THE COURT:  Everyone, be seated.

7              Please continue your direct examination.

8              MR. ROSENBERG:  Thank you, Your Honor.

9     DIRECT EXAMINATION (Continued)

10    BY MR. ROSENBERG:

11    Q    Mr. Rubin.

12    A    Yes.

13    Q    Good afternoon.

14    A    Hi.

15    Q    There's been some testimony in this case about someone

16    named Bob Aloi.

17              Do you know who that is?

18    A    Mia told me it was her ex-boyfriend.

19    Q    And aside from what, who is he and what does he have to

20    do with you?

21    A    He tried to -- in August 2017, he tried to extort me for

22    a large sum of money saying.  He was going expose my private

23    life to the public and through my -- another lawyer that I had

24    originally had, a woman named Yifat Schnur.  We went to the

25    Middlesex County police in New Jersey and ultimately he was

*Michele Lucchese, Official Court Reporter*

RUBIN – CROSS – BALESTRIERE                    1533

1  arrested and convicted of extortion.

2  Q    Finally, Mr. Rubin, do you recall the testimony that

3  you -- about the depositions in this case; correct?

4  A    Correct.  I do.

5  Q    And each of the plaintiffs noted that you had attended

6  their deposition?

7  A    I attended the deposition.

8  Q    Can you explain to the jury why you attended the

9  depositions?

10  A    Yeah.  Well, I'm being accused of horrific, like

11  despicable acts and I sure planned to be there face-to-face to

12  hear what lies the women were going to say about me.

13            MR. ROSENBERG:  Nothing further.

14            Thank you, Your Honor.

15            THE COURT:  Okay.  Who's going next?  Do you have

16  any questions?

17            MR. GROVER:  I have no questions, Your Honor.

18            THE COURT:  Okay.  Go ahead.

19            MR. BALESTRIERE:  Thank you, Your Honor.

20            THE COURTROOM DEPUTY:  Counsel, just turn the mic

21  on, please.

22  CROSS-EXAMINATION

23  BY MR. BALESTRIERE:

24  Q    Good afternoon.

25            So you just testified that you attended the

RUBIN - CROSS - BALESTRIERE                    1534

1  depositions to see what lies the plaintiffs would say about

2  you; correct?

3  A     That's correct.

4  Q     That is your defense, that when each of the six

5  plaintiffs testified that you forced them to engage in sex

6  without their consent that all six of them were lying, is that

7  true?

8           MR. ROSENBERG:  Objection.

9           THE COURT:  Rephrase it.

10          MR. BALESTRIERE:  Sure.

11  Q     So your testimony here is that the plaintiffs have lied

12  when they said that you forced them to have sex beyond their

13  consent; is that correct?

14  A     Yeah.  It's 100 percent correct.

15  Q     Okay.  So let's talk about some truth and lies here, sir.

16  I'm going to not go through every incident that Mr. Rosenberg

17  discussed with you, but I will talk about a few.

18          Do you remember this morning you testified

19  regarding -- unfortunately, I will use this phrase.  I think

20  this is -- everyone will know what I'm talking about -- the

21  pool cue incident with Ms. Tagai?

22          Do you remember you testified about that?

23  A     Yes, I do.

24  Q     Okay.  So that Ms. Tagai says that took place on or about

25  September 30th, October 1, 2015; right?

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                     1535

1    A    Yeah, I believe that's correct.

2    Q    And your testimony, I believe -- it will be in the

3    record  -- but your testimony I believe was because I didn't

4    even see Natasha, she was in the condo, I never went over

5    there.  That's what you said; right?

6    A    That is what I said.

7    Q    Well, that's what you said this morning; right?

8    A    That's correct.

9    Q    Right.  But that's not what you said before about that

10   incident; right?

11   A    I don't remember specifically talking -- I mean, you're

12   obviously bringing up something that's going to be from my

13   deposition, but --

14   Q    Not that obviously, sir.

15         Here's my question:  Today you said you didn't see

16   Natasha at all on or around September 30 or October 1, 2015?

17   That was your testimony today here in court; right?

18   A    That is correct.  That's my testimony.

19   Q    But you, beside your deposition, you gave written answers

20   called responses to interrogatories; right?

21   A    That's correct.

22   Q    And the jury has heard a little of this.

23         MR. BALESTRIERE:  So, if I may, Your Honor.

24   Q    Would you agree with me, Mr. Rubin, that there was a time

25   in this case that the plaintiffs had their claims, but they

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                1536

1    were not proceeding under their real names but under

2    pseudonyms?

3    A    Yeah, that's right.

4    Q    And Natasha's pseudonym was Hathaway; correct?

5    A    Yes.

6    Q    And isn't it true that you ended up stating, in response

7    to an interrogatory, that you met with plaintiff Hathaway in

8    New York on or about September 30, 2015?  Isn't it true?

9    A    I don't -- I mean, I obviously know I filled out

10   interrogatories.  I don't recall that statement.

11   Q    When you say you filled out interrogatories, to be clear,

12   questions were posed to your lawyers; right?

13   A    Correct.

14   Q    And they had a chance to speak with you; right?

15   A    That's correct.

16   Q    And you gave them the answers; right?

17   A    That's correct.

18   Q    And we've heard a little bit about under oath.

19           Those answers were under oath; right?

20   A    Certainly.

21   Q    And, so, again, I'll ask you, isn't it true that under

22   oath before, with your lawyers, you admitted that you did, in

23   fact, meet with Natasha on September 30, 2015?  Isn't that

24   true?

25   A    I don't have the document right in front of me.  I'm

RUBIN - CROSS - BALESTRIERE                1537

1   assuming you're --

2   Q     Sure.  So maybe we will do that.

3   A     Yeah.

4          MR. BALESTRIERE:  Not for the jury right now, Your

5   Honor.  I would like to put up Plaintiffs' 205.  This is the

6   responses to plaintiffs' amended interrogatories.  I believe

7   it would be on page 7.  It's interrogatory number nine.

8   Q     Can you see that in front of you, sir?

9          MR. ROSENBERG:  We don't see it.

10         MR. BALESTRIERE:  I believe it's up now, Your Honor.

11         MR. ROSENBERG:  Okay.

12  Q     If you could read maybe the first four lines of your

13  response, sir.

14  A     Yes, I see it.

15  Q     So, on June 15, 2018, with your lawyers, you admitted

16  that, in fact, you did see Natasha on September 30, 2015;

17  isn't that correct?

18  A     At this point, yes.

19  Q     What do you mean at this point?

20         That's what you said then; correct, sir?

21  A     That is correct.

22  Q     It was under oath; right?

23  A     That is correct.

24  Q     And you had the chance to speak with your lawyers even

25  before you gave that response; right?

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                1538

1   A     That is correct.

2   Q     And that response is very different than the response you

3   gave this morning about the October 1 or September 30, 2015

4   incident with Natasha; correct?

5   A     That is correct.

6   Q     So let's maybe talk about another --

7          MR. BALESTRIERE:  Actually, Your Honor, I would move

8   for admission of Plaintiffs' 205, simply question nine or

9   response nine or interrogatory nine and response nine.

10         MR. ROSENBERG:  No objection.

11         THE COURT:  You need to mark it as an exhibit.

12         MR. BALESTRIERE:  I'm sorry.  I thought I said

13  Plaintiffs' 205.

14         THE COURT:  Oh, okay.

15         Received.

16         (Plaintiffs' Exhibit 205, was received in evidence.)

17         MR. BALESTRIERE:  Thank you, Your Honor.

18  Q     So that was one of the incidents you testified about.

19  Actually, the first one that you testified about.

20         Let's talk about the third one that you testified

21  about.

22         MR. BALESTRIERE:  You can take that down, please,

23  Ms. Saydah.  And instead I'm going to ask you to put up in

24  evidence Defendant's Exhibit B-7.

25  Q     So you know, sir, that Natasha said there were three

RUBIN - CROSS - BALESTRIERE                    1539

1    times that you forced sex with her:  September 30 or October

2    1, 2015, May 5, 2016, and June 12, 2017; correct?

3    A    Yes, that's correct.

4    Q    And we had a discussion about this.  Can you see this in

5    front of you, sir?

6    A    Yes.

7    Q    And you talked about this, saying, well this shows that,

8    you know, you didn't have the incident with Natasha that she

9    testified to because of that "why did leave, love" and "I just

10   felt it was a weird chemistry."

11              Do you see that?

12   A    Yes, I do see it.

13   Q    Okay.  So let's talk about this, though.

14              We have seen a lot of texts in here that are time

15   stamped and date stamped; right?

16   A    Correct.

17   Q    During this trial, I mean; right?

18   A    Correct.

19   Q    And Mr. Rosenberg even asked you about some of them this

20   morning; right?

21   A    Correct.

22   Q    And right here, this is a screen shot of a phone, to be

23   clear; right?

24   A    Correct.

25   Q    And on the phone is itself a screen shot; right?

*Michele Lucchese, Official Court Reporter*

1    A    I'm not sure I understand the question.

2    Q    Sure.  This is a photograph, right, sir?

3    A    Oh, I see -- yes, correct.

4    Q    It's a photograph of a phone that has 10:01 p.m. at the

5    top.  I'll do it that way.

6              Is that right?

7    A    Correct.

8    Q    And then we see underneath that June 13th, 1:08 a.m.

9              Do you see that?

10   A    I do.

11   Q    So that's a screen shot from June 13th of 1:08 a.m.;

12   correct?

13   A    I would say I don't -- like I'm not -- I don't know how

14   that works.

15   Q    Okay.  So you don't know how that works.  Do you see that

16   there's one, two, three, four, five -- there's six

17   communications there?

18             Do you see that?

19   A    Correct.

20   Q    None of them say the date of those communications, do

21   they?

22   A    Correct.

23   Q    So, instead, what we have here is a screen shot taken on

24   June 13th of some year we don't know, at 1:08 a.m.; right?

25   A    I'm thinking that's probably correct.

1541

1   Q    Do you have any reason to think what I'm saying is wrong,

2   that this is a screen shot of this phone on June 13th at 1:08

3   a.m.; correct?

4   A    I'd say I don't know like.

5   Q    You don't know.

6         Well, what we don't see are any dates that are

7   included in the times of those texts that were with you and

8   Natasha; right?

9   A    I agree with that.

10  Q    And you said, correct me if I am wrong, sir, but I think

11  you said that you saw Natasha around 20 times; correct?

12  A    Throughout the seven years, eight years.

13  Q    So there's nothing in that screen that actually shows the

14  date that those communications themselves were exchanged,

15  isn't it true, sir?

16         MR. ROSENBERG:  Objection.

17         THE COURT:  Overruled.

18         MR. ROSENBERG:  I request a sidebar.

19         THE COURT:  You want a sidebar?

20         MR. ROSENBERG:  Yes, Your Honor.

21         THE COURT:  Okay.

22         (Sidebar held; continues on next page.)

23

24

25

SIDEBAR                                    1542

1          (Sidebar.)

2          MR. ROSENBERG:  Your Honor, I will object on the

3    grounds that the entire line of questions is misleading.

4    Plaintiff DX-B-7 is a true and correct exchange between Ms.

5    Tagai and Rubin on June 13, 2017.

6          THE COURT:  What about that?

7          MR. BALESTRIERE:  Your Honor, I think that --

8    forgive me.  I don't remember that.  I think that may not be

9    accurate.

10          THE COURT:  Well, maybe his answer to the

11    interrogatory isn't accurate either.

12          The question is do I let you do it and then have him

13    read the stipulation or do you want to withdraw that question

14    and answer and move on?

15          MR. BALESTRIERE:  I can withdraw the question and

16    answer and move on.

17          MR. ROSENBERG:  Your Honor, will we be permitted,

18    given that there have been questions, to introduce the

19    stipulation?

20          THE COURT:  If you're going to do at that, then I'm

21    not going to strike what happened, because there will be no

22    context to it.

23          If you want to do that, move on to something else

24    and you can still do that.

25          MR. ROSENBERG:  I would like to have him move on to

SIDEBAR                                             1543

1    something else and we will read a stipulation.

2              THE COURT:  Okay.  That's fine.

3              (Sidebar concluded.)

4              (Continued on the following page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RUBIN - CROSS - BALESTRIERE                    1544

1          (In open court.)

2          MR. BALESTRIERE:  May I, Your Honor?

3          THE COURT:  Please.

4          MR. BALESTRIERE:  Can I ask that this be taken down

5    and I would like Defense I-4 at 11.

6          THE COURTROOM DEPUTY:  In evidence, sir?

7          MR. BALESTRIERE:  I'm sorry.

8          THE COURT:  In evidence?

9          MR. BALESTRIERE:  Yes, it's in evidence.  I'm sorry.

10          So, can you go actually, Ms. Saydah, just little bit

11    to the bottom of page 10 so we have timing.  Stop right there,

12    at --

13    Q   You've seen this -- actually, I believe you were shown

14    this exhibit this morning; correct, sir?

15    A   Yes, that's correct.

16    Q   And you see that on June 13th Ms. Powers writes to

17    Natasha, good morning, did you make it out alive?

18          Do you see that?

19    A   I do.

20    Q   Thank you.

21          With regards to --

22          MR. BALESTRIERE:  You can take that down, please,

23    Ms. Saydah.

24    Q   I'm not going to go through all of your testimony

25    regarding what you say took place, sir, but I do want to ask

RUBIN - CROSS - BALESTRIERE                1545

1    about Brittany Reyes, who's the next plaintiff that you

2    testified about.

3           Taren ended up telling -- did tell Brittany Reyes

4    that she was going to be meeting with you and your assistant

5    would help get her to New York; isn't that correct?

6           MR. ROSENBERG:  Objection.

7           THE COURT:  Sustained.

8           MR. BALESTRIERE:  All right.  This is already in

9    evidence.

10          Can I show the witness, please, and everyone,

11   Defendant's O-4.  And I believe it is pages -- I'm not sure

12   what page that is.

13          This is in evidence, Your Honor, and it's March 7,

14   2016 starting at 4:36 p.m.

15   Q    Can you see that on your screen, sir?

16   A    Yes.

17   Q    And do you see Taren writes to Brittany Reyes, K, let me

18   tell Howie's assistant?

19          Do you see that?

20   A    Yes.

21   Q    She is referring to Jennifer Powers; right?

22          MR. ROSENBERG:  Objection.

23          THE COURT:  If he knows, he can answer.

24   A    Yes.

25          MR. BALESTRIERE:  And then can you go down to 4:38

RUBIN - CROSS - BALESTRIERE                    1546

1    p.m. at 19 seconds, please.  It's the last text that's

2    highlighted.

3    Q    Do you see that, sir?

4    A    I do.

5    Q    And you see it says, "Okay, I'll let you know when she

6    books the flight and I'm sure she will e-mail it to you

7    because I sent her you info."

8         Do you see that?

9    A    Yes.

10   Q    Thank you.

11       MR. BALESTRIERE:  You can take that down, please,

12   Ms. Saydah.

13   Q    The next plaintiff that you talked about was Amy Moore

14   and you referred to the person that recruited Amy Moore or

15   found Amy Moore as Stef Shon.  Do you remember?

16   A    Yes.

17   Q    And she is a friend of yours; is that right?

18       I think you called her your friend.

19   A    She is a friend.

20   Q    She's not going to be testifying, though, in person in

21   this courtroom; correct?

22       MR. ROSENBERG:  Objection.

23       THE COURT:  Overruled.

24   A    I believe not.

25   Q    Okay.  Now, you also said that, with regards to what Ms.

1    Moore said was the money being thrown at her, that typically

2    the first time you were with a woman you paid them in cash.

3            Do you remember testifying to that?

4    A    Yes.

5    Q    But, actually, your own payment stipulation, this

6    agreement between the parties about who was paid when and in

7    what form shows that that's not true; isn't that correct, sir?

8    A    Can I rephrase your question?  Or can you rephrase?

9    Q    No, no.  I'll just show you the payment stipulation.

10   A    Okay.

11           MR. BALESTRIERE:  Can you please put up Defendant's

12   Exhibit A, please, in evidence, Your Honor.

13           I see it at counsel's, Your Honor, but I don't see

14   it on the big screen.

15           THE COURT:  All right.

16   Q    Okay.  So I think you see it, sir; right?

17   A    Yes, I do.

18   Q    Okay.  So some of these are yellow highlighted.

19           So you said that generally the first time you met

20   with a woman, because of potential trust issues, you had paid

21   them in cash.

22           Do you remember that being your testimony this

23   morning?

24   A    Yes.

25   Q    But, in fact, with Ms. Hopper, which, according to your

RUBIN - CROSS - BALESTRIERE                1548

1    own stipulation, the first time she was paid with PayPal?

2              MR. McDONALD:  Objection, Your Honor.  That's not

3    what the stipulation says about when the payments were made.

4              THE COURT:  No, no.  Stop.  Stop.

5              Can you just read him the stipulation.

6              MR. BALESTRIERE:  Sure.

7    Q    Do you agree, sir, that it says on October 13, 2015 there

8    was a payment to Emma Hopper by PayPal of $1,000?

9    A    Yes.

10   Q    And then Brittany Reyes -- you only met with Brittany

11   Reyes one time, correct, sir?

12   A    Correct.

13   Q    And, according to this stipulation, it says on March 11,

14   2016, it's a PayPal to Brittany Reyes of $2,500; correct?

15   A    Correct.

16   Q    Thank you.

17             MR. BALESTRIERE:  You can take that down.

18   Q    Again, I'm still talking about Amy Moore.

19             Do you remember being asked some questions about

20   how, in the summer of 2017, Mia Lytell, when she was still

21   trying to recruit women for you, talked about trying to bring

22   Amy Moore to you again?

23             Do you remember that?

24   A    Yes.

25   Q    But Amy did not meet with you; correct?

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                    1549

1    A    That's correct.

2    Q    Nor did she communicate with you about meeting with you

3    in the summer of 2017; correct?

4    A    That's correct.

5    Q    And she also didn't communicate with Ms. Powers about

6    meeting with you; correct?

7    A    Correct.

8    Q    So the next plaintiff that we talked about, that Mr.

9    Rosenberg asked you questions about was Mia Lytell; right?

10   A    Yeah.  Not Mia and Amy at the same time, but, yeah.

11   Q    That's fine.  And I'm not asking you to remember exactly

12   the order.  I'll ask you about some of the questions that were

13   asked of you, sir, regarding your interactions with Mia.

14        We saw several texts where Mia was trying to recruit

15   women for you.

16        Do you remember that?

17   A    Yes.

18   Q    And, in fact, that's what she told the jury, was that

19   after that first time that she met with you she was --

20   whatever her reasons -- she was working hard to try to bring

21   other women to you; correct?

22   A    Yeah, I believe that's her testimony.  Correct.

23   Q    And you agree with that, that she was trying to bring

24   women to you; correct?

25   A    I agree with that.  Correct.

RUBIN - CROSS - BALESTRIERE                    1550

1    Q    And we saw some texts.  I can show you, if need be.  But

2    we saw some texts where you asked Mia to say to the eventual

3    woman you would meet with, will Kali let me beat her?  Does

4    she know what she's in for?

5              Do you remember those texts?

6              I can bring them up, if need be.

7    A    I remember those texts.

8    Q    Again, she was trying to work for you at that time;

9    right?

10   A    Work for me, I -- I'm not sure I'd phrase it in that

11   wording.  She was trying to introduce me to women and make

12   money.

13   Q    She was trying to introduce you to women so she could get

14   paid by you; right?

15   A    Correct.

16   Q    And it was during that time that she sent you those

17   Post-it notes as well that you saw this morning; correct?

18   A    Incorrect.

19   Q    Incorrect?

20             So, wait a minute.  She sent you the Post-its after

21   she was trying to work with you; correct?

22   A    I believe the first Post-it note came out right after our

23   first encounter and at that point I don't think she is

24   recruiting for me yet.

25   Q    Well, you heard her testimony that you had discussed with

RUBIN - CROSS - BALESTRIERE                    1551

1  her the very first time about how you paid women essentially a

2  finders fee?  You heard that testimony; right?

3  A     Could you read back the question?  I'm not sure I

4  understand it.

5  Q     Sure.

6         You met with Mia Lytell for the first time on August

7  22, 2016; correct?

8  A     I think that date is correct.

9  Q     And the first note that was put into evidence by Ms.

10 Lytell to you, you say was left the next morning; right?

11 A     Correct.

12 Q     And then the second time you met with Mia Lytell was on

13 September 24, 2016; right?

14 A     Correct.

15 Q     She had already brought a woman to you by that point;

16 correct?

17 A     I guess my point is she meets with me on the 22nd --

18 Q     Sir, I'm just asking you to answer my question.  So you

19 --

20 A     Oh, okay.  Well, I don't understand it.

21        MR. BALESTRIERE:  I will ask the question again.

22        MR. ROSENBERG:  Objection.

23 Q     You met with Mia Lytell on August 22, 2016; right?

24 A     That is correct.

25 Q     And you heard her testimony that that very first night

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                1552

1    you had said to her that women bring other women to you and

2    you pay them for that?

3              Did you hear that testimony, sir?

4    A    I don't recall if we had that conversation the first

5    night.

6    Q    I'm asking about what she testified to here.

7              Do you remember hearing her say that?

8              I know you say they lied.  But I'm asking do you

9    remember hearing her say that?

10             MR. ROSENBERG:  Objection.

11             THE COURT:  Overruled.

12   A    I don't recall that exact sentence in their testimony.

13   Q    In fact, a month later, Mia came to New York again;

14   correct?

15   A    Correct.

16   Q    And she brought with her a friend; correct?

17   A    Correct.

18   Q    And you made a payment to Mia after that second time when

19   Mia came up with a friend on September 24, 2016; correct?

20   A    Correct.

21   Q    So Mia left a note for you after the very first time that

22   she seen you; correct?

23   A    Right.

24   Q    And then a few weeks later she did bring a woman to you

25   and you paid her; correct?

RUBIN - CROSS - BALESTRIERE                1553

1    A    Correct.

2    Q    In fact, her second, what I'll call friendly note, was

3    let the day after that occasion on September 24, 2016; right?

4    A    Correct.

5    Q    We talked a little bit about Emma Hopper.  I'll talk more

6    about her later on.

7              But do you remember with Brittany Hassen, with

8    regards to the June 5, 2014 occurrence or encounter, this

9    morning you testified you don't have any memory of exactly

10   what we did.

11             Do you remember testifying to that this morning?

12   A    I do remember that.

13   Q    Now, with regards to how things worked, Ms. Powers

14   referred to you multiple times as the boss man; isn't that

15   right?

16   A    I don't -- I don't recall her referring to me -- I

17   mean --

18             MR. BALESTRIERE:  Okay.  I'm going to ask that you

19   put up Plaintiff's Exhibit 47.  I believe this is in evidence,

20   Your Honor.  It's going to be page 2.  The text sent on August

21   17, 2016 at 7:07 p.m.

22   Q    Sir, this is a text exchange that I think we saw during

23   Ms. Lytell's testimony, right on the occasions that you and I

24   just talked about where Jennifer Powers and Mia Lytell are

25   going back and forth.  And you see, at 7:07 p.m., Ms. Powers

RUBIN - CROSS - BALESTRIERE                    1554

1    writes Just waiting on the final booking details from the boss

2    man, but I'll be back in touch shortly.

3              Do you see that, sir?

4    A    Yes.

5              MR. ROSENBERG:  Objection.  I do not believe the

6    document is in evidence.

7              MR. BALESTRIERE:  I have it as in evidence, but if

8    that's in error, Your Honor, I would move for the admission of

9    this.

10             MR. ROSENBERG:  I'm corrected by my colleagues.  I

11   apologize.

12             MR. BALESTRIERE:  It's okay.  It's okay.  A lot of

13   texts.

14   Q    You've answered my question, sir.  We can move on.

15             I was asking you some questions about how things

16   worked with you and Ms. Powers.  You just confirmed how she

17   called you the boss man.

18   A    Can I interrupt for a second.

19   Q    No, no, sir.

20             You made the decision about how much money each

21   plaintiff would receive; correct?

22   A    Correct.

23   Q    And while Ms. Powers did make the flight arrangements,

24   you decided who would come visit you; correct?

25   A    Correct.

RUBIN - CROSS - BALESTRIERE                    1555

1   Q    In fact, Ms. Powers ran all major decisions with regards

2   to seeing the women, how much to pay and so forth by you;

3   right?

4   A    Wrong the way you stated your question.

5   Q    Okay.  I'll ask it, Ms. Powers would not bring someone to

6   you unless you wanted that; right?

7   A    I would tell Jen, I would --

8   Q    Sir, may I just ask if you could answer my question,

9   please.  I'll ask the question more precisely.

10  A    Okay.

11  Q    Regardless of how it was that you had made contact with

12  some woman, because you've said that Ms. Powers never found a

13  woman for you, when it came time where you decided you would

14  see a woman, you would tell Jennifer Powers this is someone

15  for who you should make flight arrangements; correct?

16  A    That is correct.

17  Q    And after any encounter, you would decide whether and how

18  much any woman was paid; correct?

19  A    Correct.

20  Q    Ms. Powers, I think, at some points someone called her

21  your personal assistant.  She did not make what I will call

22  management decisions for you; is that correct?

23  A    I think it's a broad term.

24  Q    Did she make anything you would characterize to be a

25  management decision with regards to you seeing women that were

RUBIN - CROSS - BALESTRIERE                    1556

1  brought into New York?

2           MR. ROSENBERG:  Objection.

3           THE COURT:  Overruled.

4  A    Okay.  You stated it differently the second time, so

5  could you state it again.

6  Q    Did Ms. Powers make any management decisions for you with

7  regards to the women that you brought to New York and had

8  these encounters?

9  A    There were occasions that I might say to Jen, hey, have

10  Tuesday free and she might suggest, oh, you haven't seen, you

11  know, Mrs. Jones for a while, how about her?

12           So there might be, from time to time, a moment where

13  a woman I had already seen that Jennifer Powers may have --

14  when I've sort of said gosh, you know, who do you think I

15  should see this week?  It's possible Jen might have said

16  something like how about Mrs. Jones.

17  Q    Okay.  So even if she said how about Mrs. Jones, you

18  still decided whether or not to see Mrs. Jones?

19  A    Yeah, that decision was mine.

20  Q    And you decided whether and how much to pay Mrs. Jones;

21  correct?

22  A    Correct.

23  Q    You paid Ms. Powers upwards of $15,000 a month; correct?

24  A    I did.

25  Q    And you paid her for years; correct?

RUBIN - CROSS - BALESTRIERE          1557

1   A     Yes.

2   Q     But Mrs. Powers did have, if that's the right term, Mrs.

3   Powers -- you did characterize her as the psychologist for the

4   plaintiffs; correct?

5   A     I did not use that word, I believe.

6           MR. BALESTRIERE:  May I ask?  I believe that this

7   was put in evidence yesterday, Your Honor, Plaintiff's Exhibit

8   88 at 2.  Counsel, no objection.  I think this was stipulated

9   to yesterday.

10          MR. ROSENBERG:  I don't want to make the same

11  mistake that I made.

12          MR. BALESTRIERE:  Sure, sure, sure.

13          If I may help, counsel.  I think the section that

14  I'm planning to read was admitted yesterday.

15          MR. ROSENBERG:  I have no objection.

16          THE COURT:  Okay.

17          MR. BALESTRIERE:  Thank you, Your Honor.

18          So, Ms. Saydah if I can ask you to put up

19  Plaintiffs' 88 at two.

20  Q     There are a few lines highlighted there, but, first, I

21  will ask you to look at your words on March 31, 2017 at 9:55

22  p.m. where, in fact, you do say to Ms. Powers -- or Mrs.

23  Powers -- I'm sorry -- you're their psychologist.

24          So you did say that; correct?

25  A     That is correct.

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                    1558

1    Q    So I would like to go through a few of these.

2         If you look at, I'll say the third one that's

3    highlighted, you write, Mia said the other day how wonderful

4    you are.

5         Mrs. Powers writes ahhh, I love playing mother hen;

6    correct?

7    A    Are you asking me if she said that?

8    Q    That's what she says; right?

9    A    That is correct.

10   Q    And she continues, That means a lot to me.  And then she

11   has a long laugh on the next one and puts in parenthesis

12   Mother Jen; right?

13   A    Correct.

14   Q    And then we have the line, You're their psychologist,

15   that we just read from you.

16        To which Ms. Powers responds again with laughter,

17   yeah, because you drive them crazy, with more laughter, and

18   then says, Pretty funny; right?

19   A    Correct.

20   Q    You respond, Great team.

21        And she responds, Absofuckinglutely; right?

22   A    Correct.

23        MR. BALESTRIERE:  Thank you.

24        You can take that down, please.

25   Q    So, just to be clear, sir, you don't deny that you paid

RUBIN - CROSS - BALESTRIERE                1559

1    for some kind of sexual encounter with each of the plaintiffs;

2    correct?

3    A    Right.

4    Q    And your -- I think the jury has heard that the

5    plaintiffs were not -- they didn't have a gun put to their

6    head -- I think is the way somebody put it -- to come to New

7    York?

8    A    Say the question again.

9    Q    The plaintiffs were not forced or threatened with force

10   to get on a plane to come to New York and visit with you; do

11   you agree?

12   A    I certainly agree.

13   Q    So they agreed to come to New York; right?

14   A    Right.

15   Q    And they all agreed that there could be something kind of

16   sexual going on, is maybe the most general way that we could

17   describe it; do you agree with that?

18   A    Fair enough, yes.

19   Q    And you've just testified that you paid them, if not you

20   yourself, you effected payment with the assistance of Ms.

21   Powers; correct?

22   A    Correct.

23   Q    But you would agree that even if they agreed to some kind

24   of sex beginning, they could have said no at some point;

25   right?

RUBIN – CROSS – BALESTRIERE                1560

1   A      Correct.

2   Q      In fact, you said that you employed a safe word; right?

3   A      Two safe words, but, correct.

4   Q      Forgive me, you said that there were two specific safe

5   words that you used, which I believe you testified to were red

6   light and yellow light; correct, sir?

7   A      That's correct.

8   Q      So that that meant that some kind of sexual activity

9   could begin, but you would agree that it could end if they

10  wanted it to; correct?

11  A      Yes.

12  Q      In fact, I think you testified at their deposition that

13  they didn't even need to use a safe word, they could just say

14  no; right?

15  A      Correct.

16  Q      Now, you also say at your deposition that the only time

17  you can remember anyone being physically injured was when Mia

18  Lytell punched a woman in an incident that there was testimony

19  about in September 2016.

20         First of all, do you remember that incident in

21  September 2016?

22  A      I do.

23  Q      And do you remember at your deposition testifying that

24  you would say that the one time you can think that someone was

25  severely bruised during any of your BDSM encounters

RUBIN - CROSS - BALESTRIERE          1561

1    consensually with women, as you put it, was that one time by

2    Mia?

3              Do you remember saying that?

4    A    I remember saying that in my deposition.

5    Q    But, in fact, we've seen some testimony where you

6    acknowledged that there were bruising or you heard from the

7    other plaintiffs that they were hurt; correct?

8              MR. ROSENBERG:  Objection.

9              THE COURT:  Sustained as to form.

10   Q    So, I'll do it this way:  I just talked about what you

11   said at your deposition.  Let's talk about what you said in

12   texts.

13             MR. BALESTRIERE:  If I can ask, this is Defendant's

14   Exhibit C-2.  It's an Excel spreadsheet in evidence, at page

15   25.  I think it's line 128.  Ms. Saydah, if you can bring it

16   up.  These Excel are sometimes a little hard.

17   Q    Do you see there, sir, the green, the first green line?

18   A    I do.

19   Q    And that's Amy Moore writing in the chain that includes

20   you; correct?

21   A    Can you blow this up some more?  I'm having a hard time.

22   Q    Sure.

23             MR. BALESTRIERE:  Ms. Saydah, can you blow up -- I

24   guess over here, these -- no, this one.

25             Thanks, Mia, I had a wonderful time, I like that,

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                1562

1    and then just below that, Yes, so much pain, LOL.

2            Are you able to blow it up?

3    A    Hang on.  Okay.

4    Q    Okay.  So, I'll ask the question again, sir.

5            So we just talked about what you said at your

6    deposition, that the only time that you can think that someone

7    was severely bruised during any of my BDSM encounters

8    consensually with women was that one time with Mia, where Mia

9    was to blame.

10           You said you remembered that testimony; right?

11   A    I do.

12   Q    Okay.  So now I'm showing you a few texts.  Here's a text

13   that was sent a month before that by Amy Moore where she says,

14   Although my boobs feel otherwise today, after the encounter

15   with you; correct?

16   A    Correct.

17           MR. BALESTRIERE:  And you can take that down.

18           And Ms. Saydah can you put up -- this is also in

19   evidence, Your Honor -- Defendant's Exhibit B-5, at page 8.

20   Q    This is a text exchange between you and Brittany Hassen

21   that we saw.  I think we may have seen a little bit on Monday,

22   but we definitely saw this yesterday.

23           You saw this when you were sitting in court;

24   correct?

25   A    That's right.

RUBIN - CROSS - BALESTRIERE                1563

1    Q    Notwithstanding what you said at your deposition, here,

2    at the time, you say to Brittany Hassen, Oh, my God, aren't

3    you bruised; right?

4    A    That's correct.

5    Q    Now, we've heard a lot, maybe more than we normally do,

6    about depositions.

7            You were deposed in this case; correct, sir?

8    A    Yes.

9    Q    You've been deposed, though, before this case; correct?

10   A    One time.

11   Q    And you testified that you reviewed documents before your

12   deposition; right?

13   A    Which deposition are you talking about?

14   Q    The deposition that was taken in this case; correct?

15   A    Correct.

16   Q    And you also said that you prepared with your lawyers for

17   two days; correct?

18   A    Correct.

19   Q    But even you don't remember all the details of everything

20   that happened here; correct, sir?

21            MR. ROSENBERG:  Objection to form.

22            THE COURT:  It's overbroad.

23            MR. BALESTRIERE:  Okay.

24   Q    We talked about your responses to the interrogatories

25   yearly, right, where you admitted, contrary to what you said

*Michele Lucchese, Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                    1564

1    today, that you did meet with Natasha when she says that you

2    violated her with a pool cue.

3            I'm going to talk not about your deposition, but

4    about another document that you responded to.

5            Do you remember meeting with your lawyers to fill

6    out what I will call a request for admission?

7            MR. ROSENBERG:  Objection.

8            THE COURT:  Overruled.

9    A    I don't remember doing that.

10           MR. BALESTRIERE:  So maybe I'll show you --  and

11   this is just for the witness right now.

12           Can I ask you, Ms. Saydah, to put up Plaintiffs' 206

13   just for the witness, counsel, and the Court.  And I ask --

14   it's hard for me to see across there.

15           I think it's a request for admission number one.

16   Thank you.

17   Q    So I think you could see that in front of you, right,

18   sir?  Can you?

19   A    Hang on.

20   Q    Do you want us to blow it up a little?

21   A    No, I can get it.

22           Okay.  What's the --

23   Q    So, again, we discussed how the plaintiffs proceeded

24   under pseudonyms earlier on in the case with the permission of

25   the Court; correct?

RUBIN – CROSS – BALESTRIERE                1565

1   A    That's correct.

2   Q    So the plaintiff that's noted as Lawson, that's actually

3   Amy Moore; right?

4   A    Yeah.  It's been a while, but I believe that's correct.

5   Q    And, so, in response to a request for admission, you

6   stated that you are unable to recall specifically whether you

7   engaged in vaginal intercourse with plaintiff Hillary Lawson,

8   who's Amy Moore; is that correct?

9   A    That's correct.

10   Q    And that, again, Ms. Lytell, she went under the name

11   Kristina Hallman?

12   A    Right.

13   Q    Again, there, what you said at the time, years ago, was

14   that -- at the very bottom there of the response for request

15   for admission number two, Rubin is unable to recall

16   specifically whether he engaged in vaginal intercourse with

17   plaintiff Lytell.

18        You said that as well about her; right?

19   A    I did.

20        MR. BALESTRIERE:  Your Honor, I move for the

21   admission of 206, at least request for admissions line two and

22   their answers.

23        MR. ROSENBERG:  No objection.

24        THE COURT:  Received.

25        (Plaintiffs' Exhibit 206, was received in evidence.)

RUBIN - CROSS - BALESTRIERE                    1566

1    Q    Again, since we were talking about memory issues, you

2    testified -- withdrawn.

3            At your deposition, you said that you met with your

4    lawyers on two separate occasions; correct?

5            MR. ROSENBERG:  Objection, Your Honor, to the form

6    of the question.

7            THE COURT:  You can say if it's wrong.

8    A    Repeat the question, please.

9    Q    Sure.

10           Do you remember being asked this question and giving

11   this answer?

12           Question:  How did you prepare for today's

13   deposition?

14           Answer:  I went and met with my attorneys on two

15   separate occasions.

16           Do you remember that?

17   A    I don't remember.

18           MR. BALESTRIERE:  I ask just for the witness and

19   counsel and the Court, Mr. Rubin's deposition transcript at

20   page 8, start at line 18.

21           (Continued on next page.)

22

23

24

25

*Michele Lucchese, Official Court Reporter*

RUBIN – CROSS – BALESTRIERE                    1567

1    CROSS-EXAMINATION (Continued)

2    BY MR. BALESTRIERE:

3    Q    Start at line 18.

4         Tell me when you can see it in front of you, sir.

5    A    I can see it.

6    Q    Okay.  So, in fact, I took your deposition, right, sir?

7    A    You did.

8    Q    And so I asked you:  How did you prepare for today's

9    deposition?

10        And you answered:  I met with my attorneys on two

11   separate occasions, right?

12   A    I see that now, yes.

13   Q    But then when I asked you:  Who it was that you met with,

14   the only lawyer you said at the time you can remember was

15   Mr. Gilbert.

16        Do you remember saying that?

17   A    Yeah.

18   Q    Even though you had met with your lawyers only a few days

19   before the deposition.  Isn't that right, sir?

20   A    Do you want me to explain?

21        MR. BALESTRIERE:  Well, yeah, maybe we can

22   actually -- can I ask just for the witness and counsel, can

23   you go to the deposition page 9.

24        (Exhibit published to the witness.)

25   Q    And isn't it true that I asked you these two questions

RUBIN – CROSS – BALESTRIERE                1568

1    and you gave these two answers, sir.  This is at line 15, sir.

2          "QUESTION:  So none of your counsel were present at

3    the meeting that you had with Mr. Gilbert on Monday?

4          Your answer was:  I don't recall specifically.

5          I asked that question and you gave at that answer,

6    correct, sir?

7    A    Yes.

8    Q    And then I asked the question:  That was only three days

9    ago, but you don't recall who you met with, aside from

10   Mr. Gilbert, or if you met with anyone besides Mr. Gilbert; is

11   that your testimony?

12         And your answer was:  Yes, that is my testimony.

13         You remember that?

14   A    I read that now, yes.

15         MR. BALESTRIERE:  Thank you.  I don't need to admit

16   this, if you've acknowledged that.

17   Q    And speaking of lawyers, you hired a criminal defense

18   lawyer to draft for you what we've been calling the

19   nondisclosure agreement, correct?

20         THE COURT:  Sustained.

21   Q    Now at the time that you first rented what we've called

22   the penthouse, you were working a five-minute walk away at

23   Soros Fund Management at 250 West 55th Street, correct, sir?

24   A    That's correct.

25   Q    I think you testified to this, but you were, in fact,

1    present at all the depositions, right?

2    A    I was present at all the plaintiffs' depositions.

3    Q    So you're saying you weren't present at Ms. Powers?  Is

4    that what you're saying?

5    A    I missed one deposition.  I think it could have been

6    Loredana's.

7    Q    So let me ask you this.  You saw all six plaintiffs

8    testify in your deposition, right?  Withdrawn.

9         You saw all six plaintiffs testify in their

10   depositions, right?

11   A    That's correct.

12   Q    And then after that you saw Ms. Powers testify, right?

13   A    Yes, I did.

14   Q    And only after you saw those seven plaintiff -- those

15   seven witnesses testify, were you deposed, correct?

16   A    Yeah, I think that was the order.

17   Q    Now there was -- Ms. Moore testified here about a photo

18   that she said was shown at her deposition that she thought

19   embarrassed her.

20        Do you remember that?

21   A    Yes.

22   Q    When that photo was shown -- sent to you by Mia, you

23   characterized it as:  That's the hottest picture ever; isn't

24   that correct?

25   A    I don't have the text in front of me, but I'm assuming

RUBIN - CROSS - BALESTRIERE                1570

1    since you're saying it that that would be the case.

2              MR. BALESTRIERE:  Okay, so I ask to show to the

3    witness and to counsel -- most of this exhibit is in but right

4    now just I believe there's some lack of clarity here.

5              Can you see, it's Defendant H3, an Excel at page 30,

6    and the lines I'd like to you look at, sir, are 534 and 535.

7    Q    Can you see that in front of you?

8    A    Not yet.

9              (Exhibit published to the witness.)

10             MR. BALESTRIERE:  I think you have it there.

11             Make sure I have the right -- I'm sorry, it's 534

12   and 535.

13   Q    Do you see those, sir?

14   A    I do.

15   Q    And, in fact, when you were shown the photo that became

16   an exhibit at Ms. Moore's deposition you said:  Holy fuck,

17   that's the hottest picture ever, correct?

18   A    I did say that.

19             MR. BALESTRIERE:  We don't need to see that photo

20   right now.

21   Q    In fact, at Ms. Moore's deposition, which you attended,

22   when this was shown she said:  Wow, I don't want to look at

23   that garbage; isn't that correct?

24   A    Repeat the question, please?

25   Q    Sure.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1      You were at Amy Moore's deposition, right?

2    A    I was, yes.

3    Q    And when this photograph was, as Ms. Moore put it, blown

4    up, she testified:  Wow, I don't want to look at that garbage;

5    isn't that correct?

6    A    I -- I don't recall what she said when the photo was put

7    up.

8    Q    Now with regards to the -- the arrest of Mia Lytell, this

9    was something which concerned you, right?

10   A    Sure.

11   Q    And, in fact, Jennifer Powers was advising you maybe not

12   even to be involved with Mia any more in the summer of 2017,

13   right?

14   A    That's correct.

15   Q    And there came a time that you and Ms. Powers talked

16   about getting another lawyer for Mia Lytell, correct?

17   A    Incorrect.

18   Q    Well, let me ask it this way.

19        Ms. Lytell chose her first lawyer, right?

20   A    Correct.

21   Q    You paid for it, right?

22   A    I did.

23   Q    And you monitored her criminal case closely, meaning

24   every time that Ms. Lytell had to appear in court, there are

25   texts between you and Jennifer Powers about the followup and

RUBIN - CROSS - BALESTRIERE                1572

1    when the next court date will be, correct?

2    A    That's correct.

3    Q    By the summer of 2017, Ms. Lytell still had the same --

4    still had the same lawyer, we heard the name here, Jeremy

5    Saland, right?

6    A    Correct.

7    Q    And there came a time when Jennifer Powers wrote to Mia

8    certain language that Mia should send to her lawyer so that

9    her lawyer, Jeremy Saland, can speak to a lawyer that you and

10   Ms. Powers had been speaking to, correct?

11              MR. ROSENBERG:  Objection.

12              THE COURT:  Hold on one second.

13              That's a very ambiguous question.  Try to rephrase

14   it.

15              MR. BALESTRIERE:  Sure.

16   Q    So I'm locking you in the summer of 2017.  August of

17   2017.

18              You know the time period I'm talking about, right,

19   sir?

20   A    I do.

21   Q    In fact, you heard Ms. Lytell testify that it was on or

22   about August 16th, 2017, you said she told Mr. Saland about

23   you and Ms. Powers, right?

24   A    Say it again?

25   Q    Sure.

RUBIN – CROSS – BALESTRIERE                1573

1       I was talking about August of 2017.  And you heard

2  Ms. Lytell testify that she told Jeremy Saland about you and

3  Ms. Powers for the first time in August of 2017, correct?

4  A    Yes.

5  Q    After that time, she had no more communications by

6  herself with you or Ms. Powers, correct?

7  A    Yes, that's correct.

8  Q    You had a lawyer that you had hired around that time by

9  the name of Yifat Schnur.

10       You had already been paying Ms. Schnur, correct?

11  A    Correct.

12  Q    And Ms. Powers sent to Mia a text with language that she

13  wanted to go to Jeremy Saland, correct?

14  A    Yeah, under Mia's decision.

15  Q    I didn't ask what Mia's decision was.  And I'll show you

16  the text, if we need to.

17  A    Okay.

18  Q    Here's the question:  Jennifer Powers sent to Mia a text

19  that she asked Mia to send on to Jeremy Saland, right?

20  A    As stated, that is correct.

21  Q    And she, Jennifer Powers, asked Mia to get for Jeremy

22  Saland, in that text, for Jeremy Saland to be able to speak

23  freely with Yifat Schnur, right?

24       MR. ROSENBERG:  Objection.

25       THE COURT:  Overruled.

1   Q    Say again.

2          MR. BALESTRIERE:  That's okay.

3          Can you read back at that question please?

4          Thank you.

5          (Whereupon, the record was read.)

6          THE COURT:  Do you understand the question?

7          THE WITNESS:  Hold on, I'm trying to you go through

8   all the --

9          Can you repeat again?  I'm just trying to get the

10  wording so I understand the question you're asking.

11         MR. BALESTRIERE:  May I ask again, Your Honor?

12         THE COURT:  Yes, go ahead.

13         MR. BALESTRIERE:  Sure.  Thank you.

14  Q    So again, just taking a while to get through this.  Let's

15  focus on the time period.  It's August 2017, right?

16  A    Correct.

17  Q    Mia had been arrested at your penthouse in October 2016,

18  right?

19  A    That's correct.

20  Q    And you heard her testify that she was told by you and

21  Jennifer Powers not to give up your name, right?

22         You heard that testimony, right?

23  A    Testimony from?  Mia's testimony?

24  Q    You heard Mia testify under oath that she was told to lie

25  to the police and even her own lawyer about you and Jennifer

RUBIN - CROSS - BALESTRIERE                    1575

1    Powers, right?

2              That's not that hard of a question, sir.

3    A    You have to give me a sec to answer.

4    Q    Sure.  Sure.  I'll ask the question again.

5              You're taking a very long time here?

6              MR. ROSENBERG:  Objection.

7              THE COURT:  That's a bad question, okay.

8              MR. BALESTRIERE:  Yes, Your Honor.

9    Q    In October 2016, Mia was arrested at your penthouse,

10   right?

11   A    That's correct.

12   Q    And that involved an incident with a woman that's come up

13   in this case by the name of Zoe Cacciola, right?

14   A    Right.

15   Q    Mia testified about that at the end of last week,

16   correct?

17   A    Yes.

18   Q    And you were here while she testified about that.

19   A    Yes, I was.

20   Q    And so I'm asking:  You heard Mia say that she was told

21   to lie by you and Ms. Powers, right?

22   A    Mia testified she was told to lie.  I will agree with

23   that statement.

24   Q    So now I'm bringing you to months later.  Jeremy Saland

25   has been her lawyer for months by August 2017, right?

1   A    Correct.

2   Q    You and Jennifer Powers had been following Mia's court

3   case during this entire time, right?

4   A    Right.

5   Q    You had, by the summer of 2017 at least, already hired a

6   lawyer by the name of Yifat Schnur, right?

7   A    Correct.

8   Q    And Ms. Powers sent a text to Mia with proposed language

9   to send to Jeremy, right?

10  A    Correct.

11  Q    And that language -- and, again, we can see the text if

12  we need to -- that language said that Mia's lawyer, Jeremy,

13  should speak freely with your lawyer, Yifat Schnur, right?

14  A    Yes.  That text was asked --

15  Q    Sir, that's it.  You said, yes.

16          MR. ROSENBERG:  Your Honor.

17          THE COURT:  Overruled.

18  Q    And then after that time, Mia stopped communicating with

19  you, correct?

20  A    That's correct.

21  Q    And it was just about three months later that you were

22  sued, correct?

23  A    Yeah.  Two, three months.

24  Q    I want to talk a little bit about, again, some of things

25  you said in your deposition.

RUBIN - CROSS - BALESTRIERE                    1577

1          You used the term "bondage rope" at your deposition.

2     And you said that it doesn't chafe or scrape, right?

3     A    Yes.

4     Q    You also said bondage tape, that it doesn't stick,

5     correct?

6     A    That it's plastic tape.  It doesn't have a sticky side.

7     Q    Your testimony was it doesn't stick.  It's plastic, so

8     it's nonstick tape.

9          Do you remember saying that in your deposition?

10    A    Yes, I do.

11    Q    So the bondage rope and the tape doesn't show visible

12    marks, correct?

13    A    Incorrect.

14    Q    You're saying that even though -- so let me make sure I

15    understand your testimony here.

16         The rope, you're saying even though it doesn't

17    chafe, it does leave marks.  Is that your testimony?

18    A    Yes.

19    Q    And then the tape, which you said is nonstick, you're

20    also saying that that leave marks; is that correct?

21    A    It could.

22    Q    Okay.  And the cuffs that were used, they are fur-lined

23    as well, correct?

24    A    Yes.

25    Q    So they don't leave marks either, right?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

RUBIN – CROSS – BALESTRIERE                1578

1   A    They could.

2   Q    So fur-lined handcuffs could leave marks on the -- on

3   someone's wrist?  Is what you're saying, right?  Yes or no.

4           So the fur-lined handcuffs, a demonstrative of which

5   we've a seen a few times in this courtroom, they could leave

6   marks.  That's your testimony, right?

7   A    Yes.

8   Q    And they need to be pretty snugly connected to someone's

9   wrists for them to leave those marks, right?

10  A    Not necessarily.

11  Q    So your testimony is that these fur-lined cuffs could

12  leave marks, even if they're not necessarily tied that

13  tightly.  Is that what you're saying?

14  A    Yes.

15  Q    And in your deposition, you said that anyone who had

16  these cuffs on them could just slip their hands through,

17  correct?

18  A    That's incorrect.

19  Q    You're saying you didn't say that at your deposition.

20          Sir, I'm asking about your deposition testimony

21  right now.

22          THE COURT:  Let him read the deposition.

23          MR. BALESTRIERE:  Not right now.  If I may, Your

24  Honor, I will do it later on.

25          THE COURT:  I don't want you arguing with him.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                    1579

1          MR. BALESTRIERE:  Okay.

2     Q    So we have your testimony right here.  We can get to your

3     deposition in a little bit.

4               One thing we did not see a demonstrative of was that

5     cupping?

6               MR. McDONALD:  Your Honor, the speeches objection,

7     Your Honor.

8               THE COURT:  Who is objecting on this table, by the

9     way?  Let's have one person.

10              And the person who is going to object is the person

11    who did the direct and is going to do the redirect.

12              Now let's start again.  Ask another question.

13              MR. BALESTRIERE:  Sure.

14    Q    We've seen certain demonstratives that your counsel

15    brought you, correct, sir?

16    A    Yes.

17    Q    And most of those demonstratives is not a cupping set

18    like that which Ms. Hassen testified to, correct?

19    A    That's correct.

20              MR. BALESTRIERE:  So I'd like to show just counsel

21    and the Court and the witness Plaintiffs' Exhibit 203.

22              (Exhibit published to the witness.)

23    Q    The cupping set that Ms. Hassen testified to, does it

24    look like what you see here?

25    A    We had a --

RUBIN - CROSS - BALESTRIERE                1580

1    Q    If I could just -- does this look like the cupping set --

2    withdrawn for a sec.

3           So the demonstratives that we've seen, these are not

4    the actual items that were used on the plaintiffs, right?

5    A    That's correct.

6    Q    They look like them, correct?

7    A    Correct.

8    Q    So I'm asking you if this, what you see here on

9    plaintiffs' 203, looks like the cupping set that Ms. Hassen

10   testified to.

11   A    Similar.

12          MR. BALESTRIERE:  So, Your Honor, I move for the

13   admission of Plaintiffs' 203.

14          MR. GILBERT:  I object.

15          THE COURT:  It's demonstrative only.  You can show

16   it to the jury.

17          MR. BALESTRIERE:  I understand.

18          So may I ask that it be published to jury at this

19   time.  We'll renumber it as a demonstrative, Your Honor.

20   Right now it's Plaintiffs' 203.

21          (Exhibit published.)

22          MR. BALESTRIERE:  Thank you, Your Honor.

23          You can take that down.

24   Q    Now earlier today you testified how you tried to be

25   upfront before anyone came to meet you.

RUBIN – CROSS – BALESTRIERE                    1581

1       Do you remember testifying to that?

2   A    I do.

3   Q    And, in fact, we did see some emails from 2011 and 2013

4   between you and Brittany Hassen, right?

5   A    Yes.

6   Q    And we also saw some texts between you and Ms. Hassen

7   in -- in particular, July of 2014, correct?

8   A    Right.

9   Q    But with regards to Amy Moore and Mia Lytell, there's no

10  emails that are anywhere that detailed, correct?

11            MR. GILBERT:  Objection.

12            THE COURT:  Sustained.

13  Q    There are no emails between Mia from you, correct?

14  A    Correct.

15  Q    And as to the flight records, there's no emails from

16  Jennifer Powers to Amy and Mia, correct?

17  A    I believe that's correct.

18  Q    There are texts between you and Amy and Mia, which you've

19  seen a bunch of times, where you say:  Can't wait to meet,

20  slash, greet, slash, beat you, right?

21  A    Right.

22  Q    There's also a text where you characterized what's going

23  to happen as what you call "total BDSM," right?

24  A    That's right.

25  Q    But there's no text where you tell them they will be

1    restrained and unable to leave, correct?

2            MR. GILBERT:  Objection.

3            THE COURT:  Is there such a text that you recall or

4    not?

5            THE WITNESS:  No.

6    Q    Nor are there any texts where you say that ball gags

7    would be used on them, correct?

8    A    No.

9    Q    Now with regards to Natasha, you had a consensual

10   relationship with here for years, correct?

11   A    I had a consensual relationship with Natasha the whole

12   time.

13   Q    That's your testimony.  But I think this is maybe one

14   thing you and Natasha would agree.  That until 2015, the

15   relationship was consensual, right?

16           That's the question, sir, just through 2015.

17   A    Can you rephrase?

18           THE COURT:  Was it at least through 2015.  We know

19   your position is it was always consensual.

20           You and her agree that at least through 2015 it was

21   consensual, right?

22           THE WITNESS:  So, you asked --

23           MR. BALESTRIERE:  May I ask another question

24   perhaps, Your Honor?

25           THE COURT:  Go ahead.

1    Q    Forgive me for using this terminology, when I started my

2    cross-examination talking about what I call the "pool cue

3    incident".

4            Do you remember that?

5    A    Yes.

6    Q    There's no emails or texts from you to Natasha where you

7    say that you're going to use a pool cue on her, correct?

8    A    That's correct.

9    Q    There are no emails or texts from you to Natasha where

10   you say that you're going to use any kind of shocking device

11   on her, correct?

12   A    Correct.

13   Q    Prior to the January 2016 encounter with Emma where she

14   says that you raped her, you do say that you would engage in

15   some spanking and slapping, correct?

16           MR. GROVER:  Objection, Your Honor.  Object to the

17   form, and I'm confused.

18           THE COURT:  Sustained.

19           Rephrase the question, please.

20           MR. BALESTRIERE:  Thank you, Your Honor.

21   Q    So I talked about -- a little bit about Brittany Hassen.

22   I'll come back to her and your communications with her.  And

23   then I talked about Amy and Mia and Natasha.

24           So just to understand what counsel's saying, I'll be

25   very specific.  I'm now talking about your communications with

1    Emma Hopper, okay?

2    A    Sure.

3    Q    She testified that in January 2016 you raped her.  You

4    heard that, right?

5    A    Yes.

6    Q    Prior to that occasion where she said you raped her, you

7    did text her about how there could be spanking, right?

8    A    Yes.

9    Q    And you also texted her that there could be slapping,

10   right?

11   A    Yes.

12   Q    You did not text her that you would restrain her so that

13   she would not be free to leave, correct?

14   A    Right.

15   Q    With Brittany Reyes, you never directly communicated with

16   her, correct?

17   A    Correct.

18   Q    And with regards to this idea of the plaintiffs getting

19   communications about what's going to happen to them, Jennifer

20   Powers only would communicate, at least in your texts, about

21   flight records and money, but not what would actually happen

22   at the encounters, correct?

23   A    Correct.

24   Q    I believe your testimony this morning, sir, was that you

25   first started learning about BDSM in the mid-2000s?  I think

RUBIN - CROSS - BALESTRIERE          1585

1    that was a time period you gave; is that right?

2    A    First started practicing.

3    Q    In the mid-2000s?

4    A    Yes.

5    Q    So by 2017, for well over a decade, correct?

6    A    Correct.

7    Q    And there was some conversation between you and

8    Mr. Rosenberg about your education earlier today.

9         You remember that, right?

10   A    Yes.

11   Q    You were fortunate enough to go to a good business

12   school.  Also you're a very well-educated man, right?

13   A    Yes.

14   Q    And you read -- and you said that you read up on BDSM,

15   correct?

16   A    I read some articles on BDSM, yes.

17   Q    So you're aware that the supposed hallmark of BDSM is

18   that it always be safe, sane, and consensual, correct?

19         Are you aware of that, sir, that's my question.

20   A    Those three terms, safe, consensual, yes.

21   Q    So you're aware that that's supposed to be a hallmark of

22   BDSM; that it is safe, sane, and consensual?

23   A    I never heard had the word "sane" associated with it,

24   my --

25   Q    Let me ask you this:

RUBIN - CROSS - BALESTRIERE                    1586

1          MR. GROVER:  The witness isn't finished, Your Honor.

2          THE COURT:  He keeps going on beyond the narrow

3     question that was asked.

4          He said he never heard the word "sane".

5          That's fine.  Let's have another question.

6          MR. BALESTRIERE:  Thank you, Your Honor.

7     BY MR. BALESTRIERE:

8     Q    So you had heard with regard to BDSM safe, and in

9     particular, consensual, correct?

10    A    Yes.

11    Q    And you're aware that with regard to BDSM, and the

12    concept of it being consensual, that the consent can be

13    withdrawn or modified by any player at any time.  Correct?

14    A    Yes.

15    Q    Thank you, sir.

16         Now we saw in some of the earlier communications

17    with Ms. Hassen, that in 2011, that you actually were using

18    your work email address to set up the encounters with women,

19    correct?

20    A    That's correct.

21    Q    And with regards to the opinions that some of those you

22    worked with had about the plaintiffs, you heard --

23         I saw Mr. Rosenberg getting up, so maybe I'm just

24    ask.

25         You heard the plaintiffs testify how they felt that

RUBIN - CROSS - BALESTRIERE                1587

1    they were psychologically manipulated or emotionally

2    manipulated, at least some you heard that, right?

3    A    I did hear that testimony.

4    Q    And, in fact, Jennifer Powers, and what you called your

5    friend Steph Shon, specifically acknowledged that Emma Hopper

6    was mentally fragile; isn't that right?

7    A    I've read that text.

8    Q    Did say that at the time, correct?

9    A    To each other.

10   Q    You don't disagree with them; do you?

11   A    I do disagree with them.

12   Q    So you think that Emma Hopper in October 2015 was not

13   mentally fragile; is that your testimony?

14   A    She was totally not mentally fragile with me.

15   Q    Thank you.

16        During some of the encounters -- during many of the

17   encounters with the women, is it fair to say you ended up

18   getting quite drunk?

19   A    I -- yeah, quite drunk.

20   Q    I'll ask you this:  Did you get quite drunk during some

21   the encounters with the plaintiffs?

22   A    I tend to drink, yes.

23   Q    It's not baby drinks.  Here's my question, sir:

24        Didn't Ms. Powers say that you would get plastered

25   sometimes with the plaintiffs?

RUBIN - CROSS - BALESTRIERE            1588

1    A    She might have said that.

2            MR. BALESTRIERE:  In fact, I am not sure if this is

3    in evidence, I'll just show right now to Mr. Rubin and the

4    Court and counsel, Defendants T-4-2 at 2, January 27th, 2016

5    at 7:28 p.m.

6            (Exhibit published to the witness.)

7    Q    Do you see that in front of you, sir, the yellow

8    highlight?

9    A    Yes, I do.

10            MR. BALESTRIERE:  Your Honor, I move for the

11    admission of this text.

12            I know other parts are already in, I just want to

13    make sure this particular line is in.

14            MR. ROSENBERG:  Objection relevance.

15            THE COURT:  Overruled.  Received.

16            (Defendants' Exhibit T-4-2 at 2, January 27th, 2016

17    at 7:28 p.m., was received in evidence.)

18            MR. BALESTRIERE:  Can you please publish it then.

19            (Exhibit published.)

20    Q    So just to be clear, who is texting whom here, sir?

21            The Howie is, of course, you.  The other

22    correspondent, that is Ms. Powers, right?

23    A    That's correct.

24    Q    And at 7:28 p.m. she writes to you, and you tell her

25    you're on your way home:  Awesome.  I love that you're home so

1    early.  Get in the habit of this, right?

2    A    Yes, she writes that.

3    Q    And that's where you admit:  Yes, and not plastered,

4    right?

5    A    That's correct.

6              MR. BALESTRIERE:  And we can take that down.

7    Q    And with Ms. Hopper, you even acknowledge that you were

8    too drunk on at least one occasion, correct?

9    A    I may have.

10             MR. BALESTRIERE:  I ask that the Defendants' 03, I

11   believe this is in evidence, at three to be shown.

12             I don't think -- this is in evidence, Mr. Rosenberg,

13   right?  I want to make sure there's no objection.

14             MR. ROSENBERG:  It's in evidence.

15             MR. BALESTRIERE:  Can I ask it be shown.

16             (Exhibit published.)

17   Q    This is July 26th, 2017, at 7:04 p.m., where you

18   acknowledge to Emma Hopper that you were too drunk, right?

19   A    Yes.

20   Q    And we heard a good deal of testimony from Mia Lytell

21   about the --

22             You can take that down, Ms. Saydah.

23             -- about the encounter that went from

24   September 24th, 2016 to September 25th, 2016.

25             Do you remember that testimony?

RUBIN - CROSS - BALESTRIERE                1590

1    A     Yes.

2    Q     And there's lots of back and forth between you and Mia

3    that evening before you finally come back to the hotel --

4    withdrawn.

5            Before you finally come back to the penthouse,

6    right?

7    A     Right.

8    Q     Again, I don't -- we don't need to show you the text on

9    that.

10            THE COURT:  Mr. Balestriere, at a convenient point,

11   unless you're going to finish up in a few minutes, we should

12   take our afternoon break.

13            MR. BALESTRIERE:  Now is fine, Your Honor.

14            THE COURT:  Ladies and gentlemen, 15 minutes.

15            Please don't talk about the case.  See you at 20 to

16   4.

17            (Jury enters the courtroom.)

18            THE COURT:  Try to refrain from speaking objections.

19   I don't want to draw a hard and fast line.

20            If you think I've missed something and you think

21   it's important, you can ask for a sidebar, and I'll give it to

22   you, but generally, you know, I know what the objection is

23   you're saying, if you're accepting it or not.

24            MR. GROVER:  I appreciate that, Your Honor, and I

25   apologize.

RUBIN – CROSS – BALESTRIERE                    1591

1          THE COURT:  No problem.

2          Twenty to.

3          (A recess was taken at 3:24 p.m.)

PROCEEDINGS                                    1592

1          (In open court.)

2          THE COURT:  Have a seat, please.

3          MR. BALESTRIERE:  Good afternoon, your Honor.

4          We are going to put an agreement on the record.  The

5    witness is not in the room.

6          As the Court may be aware, there was an action, not

7    with our firm, Parker against Rubin.  That was a

8    pseudonymously named proceeding case in New York County

9    Supreme.  In that action, Mr. Rubin answered that he used the

10   safe word "pineapples" which is different than his testimony

11   here.  So I raised this with Mr. Rosenberg as something to

12   bring up.  I intend to ask him.  You said that you've only

13   used these safe words but, in fact, you said it in other

14   contexts that you used another -- show it to refresh his

15   recollection.  If he admits it to, then I don't need to move

16   to in and we have it in.  If he does, I'll ask for an sidebar.

17         THE COURT:  What's the problem?

18         MR. ROSENBERG:  There is none.  That's the agreement

19   we reached.

20         MR. BALESTRIERE:  We just wanted to let you know.

21         THE COURT:  I was all ready to resolve something.

22         MR. BALESTRIERE:  Thank you.

23         THE COURT:  Let's have the jury, please.  You can

24   sit down, they're not lined up yet.  And someone get the

25   witness back.

RUBIN – CROSS – BALESTRIERE                    1593

1          (Witness takes the witness stand.)

2          (Jury enters the courtroom at 3:45 p.m..)

3          THE COURT:  Everyone be seated.  Continue with

4  cross-examination.

5          MR. BALESTRIERE:  May I your Honor?

6          THE COURT:  Please.

7  CROSS-EXAMINATION (Continued)

8  BY MR. BALESTRIERE:

9  Q    Good afternoon, sir.

10 A    Mm-hmm.

11 Q    I'm sorry, there was a term you used on direct regarding

12 the women that would bring other women to you.

13         What term did you call them?  Recruiters, did you

14 say?

15 A    No, I don't think that's correct.

16 Q    What is the term?  I'm actually asking.  I don't

17 remember.

18 A    Well.

19 Q    I'm sorry, do you remember what term?  I thought you used

20 a term.  If you did not --

21 A    I didn't use a single term for everybody that's why it's

22 hard to answer.

23 Q    I'm going to us the term "recruiters" for those women who

24 brought other women to you, okay?

25 A    Fine.

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

RUBIN - CROSS - BALESTRIERE                1594

1    Q    All of your recruiters themselves were women, correct?

2    A    That is correct.

3    Q    And we've seen some testimony, or rather, we've seen some

4    communications where your recruiters encouraged the plaintiffs

5    to say certain things to you, correct?

6    A    I'm not sure that's correct.

7    Q    Okay.  We've heard testimony about Loredana Ferriollo.

8    You, of course, heard of her?

9    A    Of course.

10   Q    We seen texts where Ms.  Ferriollo told Brittany Hassen,

11   I want you to beg Howie again like you're desperate for money,

12   blah, blah, blah.

13            Right?

14   A    Yes, I remember hearing that.

15   Q    Ms. Hassen said that you spoke to her regarding her NDA

16   before it was signed, right?

17            MR. ROSENBERG:  Objection to the form.

18            MR. BALESTRIERE:  I can ask it a different way if

19   you prefer.

20            THE COURT:  Go ahead.

21   Q    You were present when Brittany Hassen signed your NDA

22   with you, correct?

23   A    Yes, that is correct.

24   Q    Outside of that, though, it was Ms. Powers that was

25   present when the plaintiff signed the NDA, correct?

RUBIN - CROSS - BALESTRIERE                 1595

1   A    Slightly incorrect.

2   Q    Please correct me then.

3   A    Brittany Reyes.

4   Q    Brittany Reyes and Brittany Hassen, forgive me.  You were

5   present there, the other four plaintiffs, though, it was

6   Ms. Powers that procured their signature on the NDA, correct?

7   A    Yes, that's right.

8   Q    Okay.  In almost all, not all, but in almost all

9   encounters we've heard about, you took the plaintiffs out to

10  fancy restaurants before you brought them back to the

11  penthouse, correct?

12  A    Yes, many times.

13  Q    You had lots of drinks with them, correct?

14  A    Correct.

15  Q    And by whatever standard we're going to apply, it was a

16  pretty nice penthouse in Midtown Manhattan, right?

17  A    Yes.

18  Q    Now, I just asked you a question about the NDA.  Your

19  lawyer's been calling it a Confidentiality and Release

20  Document.  But, in fact, there is a provision in that which

21  says that information will not be disclosed, correct?

22  A    That is correct.

23  Q    Okay.  Just to confirm, I asked if Plaintiff's 117-A

24  which is in evidence can be shown to the witness and the jury.

25  And the paragraph which begins, "Confidentiality."

RUBIN - CROSS - BALESTRIERE                1596

1    If you go down a little bit, they're all basically

2    the same.  If you can blow up just a little bit.  Can you make

3    it a bit smaller so we can all see it, please.  That's pretty

4    good.

5    So that is the one?  Is that confidentiality

6    paragraph you see that, right?

7    A    Yes, I do.

8    Q    And you signed off on this language before it was shown

9    to any of the plaintiffs, correct?

10    A    That's right.

11    Q    And it notes, after listing what information shall be

12    deemed confidential, it defines it and then that last full

13    fine, Collectively confidential information."

14    You see that, right?

15    A    Yes.

16    Q    And it says if they sign this, that it will not be

17    disclosed by me to anyone at any time in the future, right?

18    A    It does say that.

19    Q    And if you go down, please, Ms. Saydah a little bit more.

20    The penalties for the breach.  The penalty,

21    according to your document, is that anyone who signs this that

22    reveals or discloses the confidential information will have to

23    pay you an additional $500,000, correct?

24    A    Yes.

25    Q    And that's on top of returning to you any money that

RUBIN - CROSS - BALESTRIERE                1597

1    you've paid to them, right?

2    A    That's correct.

3    Q    You can take that down, thank you.

4             Now, sir, everyone that we've heard from here you

5    paid thousands of dollars -- at least a thousand dollars to

6    after each encounter, right?

7    A    Correct.

8    Q    Routinely, you paid them $5,000, correct?

9    A    Yes, 1 to 5,000.

10   Q    You also paid for their flights to New York, right?

11   A    Right.  Most, of the time, you know, not everybody.

12   Q    You either paid for their flights or reimbursed for the

13   flights for everyone, you would agree, except for Brittany

14   Reyes?

15   A    I'm going to say, no, you can ask me.

16   Q    So let me ask you this way.

17   A    Yeah.

18   Q    Without accepting your position on Brittany Reyes.

19            For Emma Hopper, you paid for her flights to come to

20   New York?

21   A    Yes.

22   Q    And, in fact, they were generally first class, correct?

23   A    That is right.

24   Q    You paid for Amy Moore's two flights to New York?

25   A    Incorrect.

RUBIN - CROSS - BALESTRIERE                1598

1    Q    Withdrawn.

2         You paid for Amy Moore's first flight to New York?

3    A    Yes, that's right.

4    Q    But you paid her after the second encounter, correct?

5    A    I paid her $5,000.

6    Q    You also paid for Mia Lytell's flight to New York for the

7    one time she's complaining of, correct?

8    A    That's correct.

9    Q    So you were spending many thousands of dollars for these

10   encounters, right?

11   A    Yes.

12   Q    But you could have gone to professional submissives

13   instead, right?

14        MR. ROSENBERG:  Objection.

15        THE COURT:  Sustained.

16   Q    You're aware of the website Eros, E-R-O-S, dot com,

17   right, sir?

18   A    I am, yes.

19        MR. ROSENBERG:  Objection.

20        THE COURT:  Overruled.

21   Q    That is a website where someone can get online to find

22   different kinds of providers of sexual services, correct?

23   A    Yes, that's correct.

24   Q    Amongst those sexual services that one can find, there

25   are submissives who hold themselves out as professional

RUBIN – CROSS – BALESTRIERE                1599

1   submissives, correct?

2   A     Yes.

3   Q     So that is a website you could have used during the time

4   period that the plaintiffs are complaining of, correct?

5               MR. GILBERT:  Objection.

6               THE COURT:  Overruled.

7               THE WITNESS:  Yes, that's correct.

8   Q     And those submissives generally cost a lot less than

9   $5,000 per night, correct?

10  A     Correct.

11  Q     Now, there was a little bit of back and forth with you

12  and me, sir, about Emma Hopper and whether or not you

13  considered her fragile, do you remember that?

14  A     Of course.

15  Q     Do you remember that after one time that you were with

16  Ms. Hopper, though, Ms. Powers wrote to you, No one can drink

17  for six hours straight then take two Vicodins.  You were

18  egging her on.

19               Do you remember Ms. Powers saying that to you?

20  A     She texted me that.  That's correct.

21  Q     And, in fact, you wrote back to her immediately, You're

22  right.

23               Correct?

24  A     I did.

25               MR. BALESTRIERE:  I don't believe this is in

RUBIN - CROSS - BALESTRIERE                    1600

1    evidence, your Honor.  I'd like to show to counsel and the

2    Court Plaintiff's 86 at Page 2.

3              I move for the admission of this, your Honor.  I

4    actually don't believe there is an objection.

5              MR. ROSENBERG:  No objection.

6              THE COURT:  Received.

7              MR. BALESTRIERE:  Thank you, your Honor.

8              (Plaintiffs' Exhibit 86, was received in evidence.)

9    Q    I brought up the issue of fragile.  With regards to

10   Brittany Hassen, after you had your encounter with her on

11   June 5, 2014, you wrote Ms. Powers to say that, Brittany is a

12   mess but it was fun.

13             Correct?

14   A    That is correct.

15   Q    And Ms. Powers laughed, right?

16   A    I don't have the text in front of me.

17   Q    Sure.  Why don't I put it in front of you.

18             Just for the witness right now.  Plaintiff's 132 at

19   Page 2.  I'll come over here so I can see it.

20             And may I make a note to the Court, and I think

21   counsel will agree, that there is a name of Tom there.  But I

22   think counsel would agree this is from Ms. Powers's phone but

23   it came up as Tom based on the ownership of the phone.

24             THE COURT:  Go ahead.

25             MR. BALESTRIERE:  I move for its admission.

RUBIN - CROSS - BALESTRIERE                1601

1          MR. ROSENBERG:  Objection.  I don't see where.

2          THE COURT:  Tom is in the third line.

3          MR. BALESTRIERE:  And the text I was going to ask

4     the witness about are June 5, 2014, 9:14 p.m.

5          MR. ROSENBERG:  I see.

6          THE COURT:  All right.  It's admitted.

7          MR. ROSENBERG:  No objection.

8          (Plaintiffs' Exhibit 132, was received in evidence.)

9          MR. BALESTRIERE:  Thank you, your Honor.

10    Q    Okay.  We can all see it now, sir.

11         So you see it says, Tom, but you agree with me

12    that's Jennifer Powers that's writing?

13    A    That's correct.

14    Q    You see right near where the cursor is, that's you,

15    saying, Brittany is a mess but it was fun.  We're about to

16    leave for dinner.

17         Right?

18    A    Correct.

19    Q    And then Ms. Powers laughs, right?

20    A    Yes.

21    Q    And then, at least in the next text that we see, is after

22    your later June incident with Brittany Hassen where you write,

23    LD and I are having dinner and then that girl Brittany is

24    coming over.

25         Do you see that?

*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

RUBIN – CROSS – BALESTRIERE                1602

1   A    Yes.

2   Q    And Ms. Powers says, Oh, fun.

3        Correct?

4   A    That's correct.

5        MR. BALESTRIERE:  Thank you.  You can take that

6   down, Ms. Saydah.

7   Q    So you lied to your wife for years regarding what you're

8   doing, what the plaintiffs testified to, correct?

9   A    That is correct.

10  Q    And you had a separate bank account, Wells Fargo Bank

11  account, that your wife did not know about for you to pay for

12  the services that we've been talking about here, correct?

13  A    That is correct.

14  Q    Do you remember your testimony earlier was that you had

15  those two safe words, or two safe phrases, I suppose, "red

16  light" and "yellow light"?

17  A    Sure.

18  Q    You said that those were the two safe words or safe

19  phrases you used and only those, correct?

20  A    That's correct.

21  Q    And you said the same thing in your deposition, right?

22  A    Sure I did.

23  Q    Do you remember there was an occasion where it was very

24  important you tell the truth and you instead said that someone

25  else used the safe word "pineapples"?

1      MR. ROSENBERG:  Objection.

2      THE COURT:  No, I think it's okay.

3   Q   Do you remember that, sir, or no?

4   A   I don't recall it.

5      MR. BALESTRIERE:  So, right now, this is just for

6   the plaintiff, excuse me, just for counsel and the Court and

7   the witness.

8      Can I ask you to put up Plaintiff's 209,

9   please, Ms. Saydah.

10      This was the subject of discussion, your Honor.

11      Can you go to 44, please.  Paragraph 44.  We'll blow

12   this up for you, sir.

13   Q   Ms. Saydah is highlighting the portion I asked you to

14   read.  When you had the opportunity to read it, please look up

15   and I'll ask you the question again.

16   A   I've read it.

17   Q   Isn't it true, sir, that notwithstanding what you said

18   today, there has been occasions where someone else has chosen

19   the safe word and "pineapples" was the safe word?

20      MR. ROSENBERG:  Objection.

21      THE COURT:  Overruled.

22   Q   Can you answer just that question, sir?

23   A   Repeat it, please.

24   Q   Sure.

25      So notwithstanding your testimony, isn't it true

RUBIN – CROSS – BALESTRIERE                1604

1    that there's been occasions where the victim --

2              MR. BALESTRIERE:  Withdrawn.

3    Q    There's been occasions where the woman has chosen a safe

4    word and that safe word was not " red light" or "yellow

5    light," isn't that true?

6    A    Yes.

7    Q    Thank you.

8              MR. BALESTRIERE:  I'm not going to move for its

9    admission, your Honor, based on the testimony.

10             THE COURT:  You're moving for its admission.

11             MR. BALESTRIERE:  I am not, your Honor.

12             THE COURT:  Right.

13             MR. BALESTRIERE:  Thank you.

14   Q    Do you remember testifying at your deposition that ball

15   gags were never tight enough to stop a person from talking or

16   making sounds or words?

17   A    Yes, I do remember that.

18   Q    You heard the testimony of plaintiffs here who said the

19   opposite, correct?

20   A    I have heard their testimony.

21   Q    And you've also seen what we've been calling the

22   demonstrative of that ball gag with the belts, correct?

23   A    I have.

24   Q    And you attended Ms. Powers's deposition, right?

25   A    Yeah.

RUBIN - CROSS - BALESTRIERE                    1605

1    Q    And I gave you the chance at your deposition to ask if

2    you wanted to correct anything she said.  Do you remember

3    that?

4    A    Yes.

5    Q    And you did not correct anything that Ms. Powers said.

6    Do you remember that?

7    A    No.

8    Q    Say that again?

9    A    I said, At the time, no, I didn't.

10   Q    You did not correct any of her testimony?

11   A    Correct.  Correct, I didn't correct it.

12   Q    And she testified that someone that used those handcuffs

13   could pull her hands through, right?  Those cuffs, those

14   leather cuffs that we saw.

15   A    I think there's a mischaracterization going on, and if

16   you want I can give you details.

17   Q    Let me ask you.  Do you remember being asked this

18   question and giving this answer.

19                  Question, this is me.

20                  "QUESTION:  Ms. Powers actually testified that a

21   user could pull her hands through those cuffs, correct."

22                  And your answer was:

23                  "ANSWER:  I don't ever recall that situation arising

24   where a woman tried to pull her hands through a cuff.  And the

25   reason for that is if a woman ever wanted to stop, all she had

1   to do was utter the safe words and/or safe word and I would

2   stop.  So I don't recall in any of the experiences a woman

3   trying to pull her hands through one of the cuffs."

4          Do you remember me asking you that question and you

5   giving that answer, sir?

6   A    Yes, I do.

7   Q    Thank you.

8          And, sir, do you remember my asking you at your

9   deposition --

10         MR. BALESTRIERE:  Withdrawn.  Let me ask a new

11  question.

12  Q    We've heard a lot about text messages in this case.

13  Correct, sir?

14  A    Sure.

15  Q    And both the plaintiffs and you and Ms. Powers produced,

16  using the legal word, your text messages for use in this case,

17  correct?

18  A    That's correct.

19  Q    And do you remember that you testified at your deposition

20  that it was you that decided which of your own text messages

21  were relevant to turn over to counsel.

22         Do you remember that?

23  A    Versions of that, yes.

24  Q    I'm sorry, can you say that again.

25  A    Kind of versions of what you're saying.  I mean,

RUBIN - CROSS - BALESTRIERE                1607

1    throughout the text if you want to --

2    Q    I can show you.  Do you remember me asking this question

3    and you giving this answer.

4              "QUESTION:  With regard to the text messages, which

5    you said you reviewed, did you decide which of those were

6    relevant to turn over to counsel, if any, with the text

7    messages?"

8              And you said, "I did."

9              Do you remember me asking you that question and you

10   giving that answer, sir?

11   A    I do.

12   Q    Do you remember, me asking shortly thereafter:

13             "QUESTION:  And you decided which e-mails were

14   relevant to turn over to your counsel, correct?"

15             And you answered, "That's correct."

16             Do you remember me asking you that question --

17   A    Correct.

18   Q    -- and you giving that answer, sir?

19   A    Correct.  I remember I said it was correct.

20   Q    I'm sorry, I don't understand that.  So I'll just ask it

21   again.

22             I just read for you two questions that I asked at

23   your deposition and two answers you gave.

24             You'd agree with me that I at least just did that

25   right now, correct?

1   A    Yes, I agree with you.

2   Q    Do you remember being asked those questions and giving

3   those answers, sir?

4   A    Yes.

5        MR. BALESTRIERE:  Can I ask you, Ms. Saydah, to put

6   up Plaintiff's 85.  This is in evidence.

7   Q    This was read to the jury yesterday, sir, but if you

8   could look on January 27, 2016, that you ended up, or rather,

9   Ms. Powers at 8:53 p.m. says, You beat a hot girl and got laid

10  what's there to be upset about?

11       Do you see that?

12  A    I do.

13  Q    Do you remember that text exchange?

14  A    I do.

15  Q    Thank you.  You can take that down.

16       So that was in January of 2016.  Do you remember in

17  September of 2016, in a text exchange with Ms. Powers, you

18  said, It got really rough, Jen.  We need to be very, very,

19  very nice.

20       MR. ROSENBERG:  Objection.

21       THE COURT:  Overruled.

22       MR. ROSENBERG:  Your Honor, can I ask for a sidebar.

23       THE COURT:  Sure.

24       (Continued on the next page.)

25

SIDEBAR                                    1609

1          (Sidebar conference held on the record in the

2     presence of the Court and counsel, out of the hearing of the

3     jury.)

4          MR. ROSENBERG:  Your Honor, the objection is I

5     believe that was precluded yesterday because it related to Kat

6     Rico and injuries sustained by Kat Rico which, of course, the

7     Court has ruled on.

8          MR. BALESTRIERE:  Your Honor, I'm not going to ask

9     about the injuries of Kat Rico.  I'm going to ask if you

10    remember saying those things.  Ms. Lytell was at that incident

11    the night that he's testifying about.

12         MR. ROSENBERG:  Your Honor.

13         MR. BALESTRIERE:  Where it got very rough.

14         MR. ROSENBERG:  But it got very rough very rough on

15    Ms. Katrina Rico and this would open the door to all of that.

16    And it would leave a misleading impression to the jury.

17         THE COURT:  Tell me what it shows about the side of

18    that he was involved with Katrina Rico.

19         MR. BALESTRIERE:  That night that Mia Lytell was

20    there, it got very, very rough.  And it got rough involving

21    Mia Lytell as well.  If your Honor may remember the testimony

22    it's not that she said she was raped but nonetheless she said

23    there was physical violence.

24         THE COURT:  I didn't preclude any mention of Katrina

25    Rico.  What I said was, we're not going to go into what

SIDEBAR                                          1610

1   happened to her.  But if what happened to her, there's also an

2   admission by the defendant that it happened be to somebody

3   else I don't know why that's problematic.

4            MR. ROSENBERG:  Judge, I don't think it is an

5   admission that it happened to somebody else.  It's a

6   reference, I would submit, to Ms. Rico.

7            MR. BALESTRIERE:  It got very rough on Ms. Rico.

8   Can't they bring that out on redirect?

9            THE COURT:  We're opening the door there.  But if it

10  is, as Mr. Rosenberg has just characterized it, then, no,

11  that's not what I intended to allow.  And I'm ruling in

12  abstract here because I don't have the specific quote.

13           MR. BALESTRIERE:  If I may, then let me see.  Just

14  bear with me one moment.

15           This is what I intend to ask about, your Honor.

16           MS. LAVIGNE-ALBERT:  Your Honor precluded that as

17  one of the exhibits yesterday that plaintiff intended to read

18  it into the record.

19           MR. BALESTRIERE:  I'm asking if you remember saying

20  this at the time Ms. Lytell was at the event.

21           This is cross for me to ask if he remembers saying

22  it, Judge.  They can address it on redirect if they wish but I

23  only intend to ask those three texts.

24           THE COURT:  I know you're going to ask the three

25  texts, but are you going to reference them to Katrina Rico?

SIDEBAR                                          1611

1              MR. BALESTRIERE:  That's exactly what I'm --

2    forgive, maybe I'm not bring clear -- absolutely not.

3              THE COURT:  Okay.

4              MR. BALESTRIERE:  But the reference to Mia Lytell

5    the night before.

6              MR. ROSENBERG:  Then it will be, we would submit,

7    the testimony would violate 403.  It's talking about somebody

8    else that's not in the case and it's about the damages that

9    she suffered.

10             MR. BALESTRIERE:  It's a fair characterization.

11             THE COURT:  Well, I have to agree with

12   Mr. Balestriere.  That's the issue, right?  Under his version,

13   this is about Mia Lytell, am I right?

14             MR. BALESTRIERE:  Yes, your Honor.

15             MS. LAVIGNE-ALBERT:  If we could have a moment to

16   find the full text, it mentions Katrina.  I don't know if

17   that's redacted out of here.

18             THE COURT:  I see it above.

19             MR. BALESTRIERE:  I'm not saying she wasn't part of

20   that night.

21             THE COURT:  It definitely applies to both of them.

22   Definitely applies to both of them.  I'm looking at 1047 and

23   then I'm looking at 1048.  There were two of them there.

24             No, I'm going to allow it.

25             MR. BALESTRIERE:  Thank you, your Honor.

RUBIN – CROSS – BALESTRIERE                    1612

1           (In open court.)

2                MR. BALESTRIERE:  May I, your Honor.

3                THE COURT:  Yes.

4    MR. BALESTRIERE:

5    CROSS-EXAMINATION (Continued)

6    Q    So, sir, here's my question.

7           Do you remember that in September 2016 you said by

8    way of text to Ms. Powers, It got really rough, Jen.  We need

9    to be very, very, very nice.  Very important, trust me.  Very

10   important.

11          Do you remember saying that to Ms. Powers?

12   A    Yes, I do.

13               MR. BALESTRIERE:  I have no further questions, your

14   Honor.

15               THE COURT:  All right.  Redirect.

16               MR. ROSENBERG:  Yes, Your Honor.

17   REDIRECT EXAMINATION

18   BY MR. ROSENBERG:

19   Q    Mr. Rubin, you recall you were asked certain questions

20   about Defense Exhibit B7.  And I'd ask that that be put up.

21          Do you remember those text messages?

22   A    Yes.

23   Q    And do you recall the questions, some of the questions

24   that Mr. Balestriere was asking you?

25   A    Yeah, sure.

RUBIN - CROSS - BALESTRIERE                    1613

1   Q    Do you recall he was asking you and stating and asking

2   you do you know when it's from.  And you don't know in stating

3   about what year it's from?

4   A    Correct.

5   Q    Okay.

6          MR. ROSENBERG:  Your Honor, I would like to read

7   into the record the stipulation  between the parties, Defense

8   Exhibit B, Paragraph 56.

9          THE COURT:  Okay.

10          MR. BALESTRIERE:  No objection.

11          MR. ROSENBERG:  The document marked --

12          THE COURT:  Before you do that.  I don't know if I

13   told the jury.

14          A stipulation, ladies and gentlemen of the jury, I

15   don't know if you recall, is an agreement between the

16   attorneys that something is true.

17          All right.  Go ahead.

18          MR. ROSENBERG:  Thank you, your Honor.

19          Paragraph 56.  The document marked DX-B7 is a true

20   and correct copy of text messages exchanged between Natasha

21   Tagai and Howard Rubin on June 13 , 2017, as captured in an

22   imagine of Natasha Tagai's phone produced by Natasha Tagai in

23   this litigation with a Bates Stamp and it lists the Bates

24   Stamp.

25   EXAMINATION BY

RUBIN – CROSS – BALESTRIERE                    1614

1    MR. ROSENBERG:

2    (Continuing.)

3    Q    Mr. Rubin, do you remember questions from Mr. Balestriere

4    about payments made to Ms. Lytell?

5    A    Yes.

6    Q    And do you recall that he asked you questions about

7    payments you made to her in September of 2016 when she visited

8    you with someone else?

9    A    Yes.

10   Q    Do you recall he asked you whether, in fact, you weren't

11   paying a finders fee at that time to Ms. Lytell?

12          MR. BALESTRIERE:  Objection.  I think it misstates

13   the question.

14          THE COURT:  Overruled.

15   A    Yes, I recall.

16   Q    Were you paying a finders fee to Ms. Lytell?

17   A    I hadn't paid her anything besides  just for her visits.

18   Q    Can you please, ma'am, please put up Defense  Exhibit A.

19          THE COURT:  Who is putting it up?

20   Q    And if you could zoom in on the payment to Ms. Lytell on

21   or about September 25th.

22          Is that a payment for $5,000?

23   A    That's correct.

24   Q    Is that the payment for your sexual encounter with her

25   and Ms. Rico on that night?

RUBIN - CROSS - BALESTRIERE                    1615

1   A    That's correct.

2   Q    Do you recall, Mr. Rubin, that you were asked questions

3   about her request for admission by Mr. Balestriere ?

4   A    Yes, I do.

5   Q    Do you remember he showed you a request for admission

6   where you did not admit or deny that you had sexual

7   intercourse with Ms. Moore on the first day you saw her, that

8   is, August 22, 2016?

9   A    Yes.

10  Q    Okay.  And do you recall that that request for admission

11  defines intercourse as vaginal intercourse, correct?

12  A    Right.

13  Q    And, in fact, do you recall did you have vaginal

14  intercourse with Ms. Moore on that night?

15  A    I'm sure I had intercourse with Mia or Amy, I can't

16  remember who.

17  Q    Okay.  You recall you were asked several questions about

18  Ms. Lytell's arrest and her case, do you recall?

19  A    Yes.

20  Q    Can you explain why it is that you followed and were

21  interested in that case?

22  A    Yeah, sure.  It's you know, she was arrested in my

23  apartment and we just -- we, I, just didn't want, you know, if

24  possible, my name mentioned because then my private life gets

25  exposed.

RUBIN - CROSS - BALESTRIERE                    1616

1    Q    Do you recall being asked questions by Mr. Balestriere

2    about bondage rope, bondage tape, and whether they leave

3    marks?

4    A    Yeah, sure.

5    Q    You testified that they could?

6    A    Yeah.

7    Q    Can you explain that?

8    A    Yeah.  Bondage rope is, you know, it's specially coated

9    to be much smoother than regular rope, but it's still rope.

10   If you put it around your wrist, it could leave a mark.  Same

11   way the plastic bondage tape, it's nonstick, but if you put it

12   around your wrist, it could leave a mark, like, a rubber band

13   could leave a mark around your wrist if you put it.  Both

14   those items could leave marks.

15   Q    Okay.  Do you recall you testified about your

16   January 20th encounter with Ms. Emma Hopper?

17   A    December, right -- no, sorry, excuse me, yes.  Sorry.

18   Q    Okay.  Do you recall there were questions from

19   Mr. Balestriere about the January 20th encounter?

20   A    Yes.

21   Q    And do you remember that he asked you whether, prior to

22   January 20th, had you told Ms. Hopper that he pointed out that

23   you told Ms. Hopper there could be slapping and spanking.

24        Do you recall that?

25   A    Yes.

RUBIN - CROSS - BALESTRIERE                    1617

1    Q    And do you recall he asked, and he said you haven't --

2    you didn't tell her there could be bondage, correct?

3    A    I didn't text her, but we talked about the fact prior to

4    our first get-together.

5    Q    Well, isn't January 2016  -- January 20, 2016, it wasn't

6    your first get-together?

7    A    Right.  Right.  That's correct.

8    Q    And you had several get-togethers by that time?

9    A    Yes.

10   Q    And did they involve bondage?

11   A    Yes.

12   Q    Okay.  I'd ask you, please, to --

13        MR. ROSENBERG:  Ms. Palmore, please go to --

14   Q    And isn't it a fact --

15        MR. ROSENBERG:  Withdrawn.

16   Q    Isn't it a fact you had several texts, not just

17   experience with her, but texts where you discussed bondage

18   prior to this date?

19   A    Yeah, we had a lot of texts prior to that where we talked

20   about bondage.

21        MR. ROSENBERG:  Can you, please, Ms. Palmore go to

22   Defendant's Exhibit A6 and to Page 39.

23   Q    And you see where you say here on January 9th that is

24   prior, of course, to the January 20th meeting encounter, Whip

25   marks next time?

RUBIN – CROSS – BALESTRIERE                    1618

1    A    Yes.

2    Q    And then I direct you down to Page 41.  Another text on

3    January 13th from you, a blue text, there you go.

4              I want to bring you to New York City and basically

5    have you in bondage for a whole day.

6              Is that the text you sent her before your

7    January 20th encounter?

8    A    Yes.

9    Q    Okay.  Why did you not -- you recall there were questions

10   from Mr. Balestriere about the website Eros?

11   A    Yes.

12   Q    Why did you prefer to find women as you described you

13   have to engage in BDSM encounters to Eros?

14   A    It was nice to, you know, I mentioned before, I'd like to

15   fantasize I was on a date.  And, you know, I like doing social

16   things,  I like doing the sexual stuff, and then I liked

17   getting to know a woman and having a long-term relationship.

18   So not just a different woman only for sex every time.

19   Q    Okay.  Do you recall there were questions that

20   Mr. Balestriere asked about pineapples?

21   A    Yes.

22   Q    And was there an occasion on which a woman with whom you

23   had a BDSM encounter insisted on using that word?

24   A    Yeah, she showed up and said that that was the safe word

25   that she always used and was comfortable with.  So if that, I

PROCEEDINGS                                          1619

1    believe, was the one time that we didn't use "yellow light"

2    and "red light."  And if that was a safe word that she wanted

3    to use and had in her mind I agreed to do that.

4    Q    Okay.

5              MR. ROSENBERG:  One moment, your Honor.

6              Your Honor, I have nothing further.

7              THE COURT:  All right you.  May step down.  Thank

8    you very much.

9              Ladies and gentlemen, I'm sending you home ten

10   minutes earlier.

11             You can step down, Mr. Rubin.

12             THE WITNESS:  Thank you.

13             (Witness leaves the witness stand.)

14             THE COURT:  Let me give you an idea of how the case

15   is likely to go with the understanding that this is an idea,

16   not a guarantee.

17             I think it's highly likely that we will finish the

18   evidence tomorrow.  Assuming that's the case, I'll then find

19   time to meet with the attorneys and we have you back Monday

20   for closing arguments and jury charge and to begin your

21   deliberations.

22             So I think that's likely what'll happen.  If we run

23   over on the evidence tomorrow a little, we'll fish that on

24   Monday morning.  But just for your own planning purposes, I

25   think we'll be able to get it all in tomorrow and we'll see.

PROCEEDINGS                              1620

1          I'll see you tomorrow morning at 9:30.  Please

2   remember the admonitions I gave you about Googling and things.

3   Do anything like that and have a restful evening.  Again,

4   thank you for your attention to the case.

5          (Jury exits courtroom.)

6          THE COURT:  Was I too aggressive on the timetable?

7          MR. BALESTRIERE:  I mean, my cross I anticipate

8   being hopefully equally short as it was for Mr. Rubin.

9          Just so that I understood, your Honor, are you

10  saying that if we somehow didn't finish tomorrow, we wouldn't

11  come back Thursday for them.

12         THE COURT:  Tomorrow is Thursday.

13         MR. BALESTRIERE:  I'm sorry, your Honor, I guess

14  I've been on trial all day.

15         THE COURT:  That's okay.  We'll try to get it done

16  tomorrow.  And if we don't, we'll finish it up on Monday.

17  But, I mean, are you still calling your rebuttal witness for

18  that little thing?

19         MR. BALESTRIERE:  Yes.  I prefer to do it by video.

20  If defendants would stipulate, I think she would be ten

21  minutes.

22         THE COURT:  I got to leave that to you.

23         MR. BALESTRIERE:  Sure.

24         THE COURT:  But if you don't want to do it that way,

25  or if you don't agree to do it that way, then have her ready

PROCEEDINGS                                     1621

1    tomorrow late afternoon.

2              MR. BALESTRIERE:  Yes, your Honor.

3              THE COURT:  And, if necessary, we'll tomorrow to

4    Monday.

5              MR. BALESTRIERE:  Yes, your Honor.

6              THE COURT:  I should say I hope to have enough time

7    left over for a charge conference.  If we don't, then what I

8    might do is tell the jury to come in, like, 10:30 on Monday

9    morning and we have the charge conference there.  Maybe I

10   could squeeze it on in Friday, I have to look at my calendar.

11   So we'll leave that loose for now.

12             I am sending you the charge momentarily.  You'll

13   have it within an hour so you can look it over before the

14   charge conference.

15             Okay.  Have a good night.

16             MR. BALESTRIERE:  Thank you.

17             MR. GILBERT:  Thank you.

18             MR. ROSENBERG:  Thank you.

19             (WHEREUPON, this matter was adjourned to March 31,

20   2022, at 9:30 a.m.)

21

22

23

24

25

1622

```
 1                      I N D E X

 2   WITNESS                            PAGE

 3   HOWARD RUBIN

 4   DIRECT EXAMINATION    BY MR. ROSENBERG    1429

 5
     CROSS-EXAMINATION     BY MR. BALESTRIERE  1533
 6

 7

 8                    E X H I B I T S

 9   PLAINTIFF                          PAGE

10   205                                1538

11   206                                1565

12   86                                 1600

13   132                                1601

14
     DEFENDANT              PAGE
15

16   PX-128                             1449

17   DXH3-1                             1504

18   T-4-2 at 2, January 27th, 2016 at 7:28 p.m. 1588

19

20

21

22

23

24

25
```

**"ANSWER: [1]** 1605/23
**"QUESTION: [3]** 1568/2
1605/20 1607/13
**MR. BALESTRIERE: [122]**
**MR. GILBERT: [5]** 1580/14
1581/11 1582/2 1599/5
1621/17
**MR. GROVER: [13]** 1420/2
1421/17 1421/19 1421/25
1481/16 1482/4 1482/7
1482/19 1483/5 1533/17
1583/16 1586/1 1590/24
**MR. McDONALD: [2]** 1548/2
1579/6
**MR. ROSENBERG: [98]** 1419/15
1422/21 1425/21 1425/24
1427/23 1429/9 1449/9
1449/18 1450/1 1450/11
1450/14 1455/25 1461/5
1465/2 1467/5 1467/10
1467/13 1467/16 1468/6
1479/20 1481/5 1481/14
1484/19 1488/5 1488/23
1503/21 1504/9 1507/16
1508/5 1513/3 1513/7 1514/14
1515/1 1515/22 1516/1 1516/8
1519/6 1524/17 1525/17
1530/17 1532/8 1533/13
1534/8 1537/9 1537/11
1538/10 1541/16 1541/18
1541/20 1542/2 1542/17
1542/25 1545/6 1545/22
1546/22 1551/22 1552/10
1554/5 1554/10 1556/2
1557/10 1557/15 1561/8
1563/21 1564/7 1565/23
1566/5 1572/11 1573/24
1575/6 1576/16 1588/14
1589/14 1592/18 1594/17
1598/14 1598/19 1600/5
1601/1 1601/5 1601/7 1603/1
1603/20 1608/20 1608/22
1609/12 1609/14 1610/4
1611/6 1612/16 1613/6
1613/11 1613/18 1617/13
1617/15 1617/21 1619/5
1621/18
**MS. LAVIGNE-ALBERT: [2]**
1610/16 1611/15
**THE COURT: [133]**
**THE COURTROOM DEPUTY: [5]**
1419/2 1427/16 1429/6
1533/20 1544/6
**THE WITNESS: [7]** 1429/5
1481/15 1574/7 1582/5
1582/22 1599/7 1619/12

**$**

**$1,000 [3]** 1437/5 1462/15
1548/8
**$15,000 [1]** 1556/23
**$2,500 [1]** 1548/14
**$3 [1]** 1458/10
**$3,500 [1]** 1462/13
**$5,000 [9]** 1436/3 1450/20

1461/22 1503/5 1524/12
1597/8 1598/5 1599/9 1614/22
**$500,000 [1]** 1596/23

**'**

**'14 [1]** 1448/15
**'s [1]** 1443/18

**—**

**-- January 20 [1]** 1617/5
**-------------------**
**-x [2]** 1417/2 1417/10

**0**

**000 [1]** 1458/10
**03 [1]** 1589/10

**1**

**1,000 [4]** 1436/6 1437/12
1437/12 1471/15
**10 [3]** 1458/2 1465/4 1544/11
**100 percent [1]** 1534/14
**10007 [1]** 1417/16
**10036-6797 [1]** 1417/20
**10112 [1]** 1418/3
**1047 [1]** 1611/22
**1048 [1]** 1611/23
**1095 [1]** 1417/19
**10:00 [3]** 1454/12 1456/21
1458/19
**10:01 [1]** 1540/4
**10:30 [1]** 1621/8
**11 [2]** 1544/5 1548/13
**110 [1]** 1444/4
**117-A [1]** 1595/23
**11:19 [1]** 1471/2
**11:23 [1]** 1471/2
**11:30 [1]** 1526/3
**11:35 [1]** 1479/10
**11:36 p.m [1]** 1524/19
**11:50 [1]** 1454/19
**11:52 p.m [1]** 1419/11
**12 [5]** 1464/11 1465/9 1512/3
1512/14 1539/2
**125 [1]** 1491/20
**128 [7]** 1449/10 1449/11
1449/19 1449/22 1450/23
1491/25 1561/15
**12:38 [1]** 1455/21
**12:47 [1]** 1455/22
**12th [1]** 1468/1
**13 [4]** 1524/18 1542/5 1548/7
1613/21
**1313 [1]** 1526/2
**132 [2]** 1600/18 1601/8
**13th [7]** 1467/25 1540/8
1540/11 1540/24 1541/2
1544/16 1618/3
**14822 [1]** 1519/9
**15 [4]** 1420/23 1537/15
1568/1 1590/14
**15 minutes [1]** 1479/13
**1589 [5]** 1424/14 1424/22
1425/10 1425/17 1426/9
**15B [1]** 1419/16
**15th [2]** 1451/2 1451/5

**16 [1]** 1508/6
**16th [1]** 1572/22
**17 [2]** 1470/21 1553/21
**17-CV-6404 [1]** 1417/3
**17th [1]** 1464/16
**18 [5]** 1430/16 1430/18
1508/6 1566/20 1567/3
**18th [2]** 1504/7 1504/7
**19 [3]** 1450/18 1450/23
1546/1
**1973 [1]** 1430/1
**1977 [1]** 1430/4
**1980 [2]** 1430/6 1430/21
**1982 [2]** 1430/6 1430/21
**19th [1]** 1451/3
**1:08 [5]** 1467/25 1540/8
1540/11 1540/24 1541/2
**1st [3]** 1453/15 1453/20
1455/22

**2**

**2,500 [3]** 1456/25 1457/2
1458/11
**20 [7]** 1439/6 1447/23
1447/23 1450/15 1541/11
1590/15 1617/5
**2000 [2]** 1433/16 1518/15
**2000s [4]** 1433/16 1444/17
1584/25 1585/3
**2007 [2]** 1445/1 1445/10
**2009 [3]** 1445/11 1447/17
1448/14
**2010 [1]** 1447/17
**2011 [6]** 1427/1 1446/18
1448/14 1521/3 1581/3
1586/17
**2012 [1]** 1448/14
**2013 [3]** 1448/15 1523/13
1581/3
**2014 [10]** 1442/16 1473/15
1523/14 1523/22 1523/25
1529/13 1553/8 1581/7
1600/11 1601/4
**2015 [26]** 1448/3 1448/6
1448/10 1449/4 1449/14
1450/4 1450/15 1450/18
1450/23 1452/19 1453/21
1510/16 1510/24 1534/25
1535/16 1536/8 1536/23
1537/16 1538/3 1539/2 1548/7
1582/14 1582/16 1582/18
1582/20 1587/12
**2016 [41]** 1459/9 1459/24
1460/1 1461/9 1461/16
1475/10 1475/15 1476/12
1496/15 1512/21 1516/15
1518/15 1529/23 1530/4
1539/2 1545/14 1548/14
1551/7 1551/13 1551/23
1552/19 1553/3 1553/21
1560/19 1560/21 1574/17
1575/9 1583/13 1584/3 1588/4
1588/16 1589/24 1589/24
1608/8 1608/16 1608/17
1612/7 1614/7 1615/8 1617/5
1617/5

**2**

**2016/2017 [1]** 1519/13
**2017 [34]** 1447/20 1463/16
1464/11 1464/18 1465/9
1473/22 1474/10 1474/22
1504/7 1504/7 1511/1 1518/22
1519/13 1519/15 1520/8
1532/21 1539/2 1542/5
1548/20 1549/3 1557/21
1571/12 1572/3 1572/16
1572/17 1572/22 1573/1
1573/3 1574/15 1575/25
1576/5 1585/5 1589/17
1613/21
**2018 [1]** 1537/15
**2022 [2]** 1417/7 1621/20
**203 [4]** 1579/21 1580/9
1580/13 1580/20
**205 [4]** 1537/5 1538/8
1538/13 1538/16
**206 [3]** 1564/12 1565/21
1565/25
**209 [1]** 1603/8
**20th [5]** 1616/16 1616/19
1616/22 1617/24 1618/7
**21 [1]** 1496/15
**213-C [7]** 1421/9 1423/1
1423/5 1423/7 1423/24
1426/20 1427/2
**22 [3]** 1551/7 1551/23 1615/8
**225 [1]** 1417/15
**22nd [3]** 1486/5 1504/7
1551/17
**2330 [1]** 1418/11
**24 [3]** 1551/13 1552/19
1553/3
**24th [3]** 1492/11 1492/13
1589/24
**25 [4]** 1431/11 1485/1 1485/5
1561/15
**250 [1]** 1568/23
**25th [5]** 1492/11 1492/13
1516/14 1589/24 1614/21
**26 [2]** 1418/6 1473/22
**26th [1]** 1589/17
**27 [1]** 1608/8
**2712 [1]** 1418/12
**27th [2]** 1588/4 1588/16
**28th [2]** 1518/22 1519/2
**29 [1]** 1431/12
**299 [2]** 1508/7 1508/10
**29th [1]** 1417/16
**2:17 [1]** 1468/10

**3**

**3,000 [3]** 1436/25 1452/6
1458/21
**3,500 [1]** 1461/22
**30 [14]** 1417/7 1418/3
1453/15 1462/11 1474/22
1485/9 1513/11 1535/16
1536/8 1536/23 1537/16
1538/3 1539/1 1570/5
**30 minutes [1]** 1489/3
**30th [4]** 1453/20 1454/21
1454/24 1534/25

**31 [2]** 1557/21 1621/19
**313 [1]** 1508/21
**316 [2]** 1508/7 1508/10
**320 [1]** 1509/7
**340 [2]** 1509/7 1509/15
**3500 [1]** 1436/25
**351 [1]** 1519/7
**36 [1]** 1461/5
**360 [1]** 1520/1
**39 [1]** 1617/22
**3:05 [2]** 1465/10 1465/14
**3:24 [1]** 1591/3
**3:45 [1]** 1593/2

**4**

**403 [1]** 1611/7
**41 [1]** 1618/2
**44 [2]** 1603/11 1603/11
**46 [1]** 1485/12
**47 [1]** 1553/19
**4:00 [1]** 1474/13
**4:23 [1]** 1468/21
**4:36 [1]** 1545/14
**4:38 [1]** 1545/25

**5**

**5,000 [6]** 1436/6 1437/2
1458/15 1462/2 1489/5 1597/9
**50 [1]** 1442/19
**51 [1]** 1513/5
**53 [1]** 1514/16
**534 [2]** 1570/6 1570/11
**535 [2]** 1570/6 1570/12
**546 [1]** 1426/11
**553 [1]** 1426/8
**55th [1]** 1568/23
**56 [2]** 1613/8 1613/19
**57 [1]** 1470/19
**58 [1]** 1470/19
**5:23 p.m [1]** 1473/22
**5th [1]** 1524/18

**6**

**6/12/17 [1]** 1470/21
**63 [1]** 1494/21
**6404 [1]** 1417/3
**66 [1]** 1429/16
**67 [1]** 1494/21
**6797 [1]** 1417/20
**6:30 [2]** 1468/15 1469/22
**6:37 [1]** 1470/24
**6:37 p.m [1]** 1470/21

**7**

**718-613-2330 [1]** 1418/11
**718-804-2712 [1]** 1418/12
**7:04 p.m [1]** 1589/17
**7:07 [2]** 1553/21 1553/25
**7:26 [1]** 1515/8
**7:28 [1]** 1588/17
**7:28 p.m [2]** 1588/5 1588/24

**8**

**831 [1]** 1509/20
**833 [1]** 1509/25
**842 [1]** 1510/4

**843 [1]** 1509/20
**85 [1]** 1608/6
**853 [1]** 1426/8
**86 [2]** 1600/2 1600/8
**88 [2]** 1557/8 1557/19
**8:34 [1]** 1471/1
**8:53 p.m [1]** 1608/9

**9**

**9:14 p.m [1]** 1601/4
**9:30 [6]** 1417/7 1454/19
1454/19 1454/21 1620/1
1621/20
**9:55 [1]** 1557/21
**9th [1]** 1617/23

**A**

**a.m [10]** 1417/7 1467/25
1473/25 1474/1 1474/13
1540/8 1540/11 1540/24
1541/3 1621/20
**A6 [2]** 1507/21 1617/22
**able [6]** 1422/4 1463/8
1463/11 1562/2 1573/22
1619/25
**Absofuckinglutely [1]**
1558/21
**absolutely [2]** 1491/8 1611/2
**abstract [1]** 1610/12
**abuse [7]** 1424/9 1425/12
1425/14 1432/3 1432/3
1433/13 1440/3
**accept [1]** 1484/17
**accepting [2]** 1590/23
1597/18
**accomplish [1]** 1443/1
**according [3]** 1547/25
1548/13 1596/21
**account [3]** 1493/1 1602/10
1602/11
**accurate [12]** 1441/7 1464/5
1476/17 1498/24 1498/25
1500/6 1521/13 1529/5 1529/8
1529/9 1542/9 1542/11
**accused [1]** 1533/10
**acknowledge [2]** 1589/7
1589/18
**acknowledged [3]** 1561/6
1568/16 1587/5
**acting [1]** 1528/1
**action [4]** 1424/1 1424/13
1592/6 1592/9
**activities [4]** 1437/17
1446/1 1460/3 1460/4
**activity [8]** 1440/1 1440/6
1440/18 1462/5 1462/10
1469/10 1487/19 1560/8
**acts [2]** 1426/10 1533/11
**actual [1]** 1580/4
**add [1]** 1426/20
**adding [1]** 1424/14
**addition [2]** 1506/22 1512/3
**additional [4]** 1419/20
1419/20 1420/25 1596/23
**address [4]** 1419/5 1423/23
1586/18 1610/22

**A**

addressed **[2]**   1422/6 1507/22
adjourned **[1]**   1621/19
admissible **[1]**   1482/10
admission **[21]**   1449/19
 1504/9 1507/20 1538/8 1554/8
 1564/6 1564/15 1565/5
 1565/15 1565/21 1580/13
 1588/11 1600/3 1600/25
 1604/9 1604/10 1610/2 1610/5
 1615/3 1615/5 1615/10
admissions **[1]**   1565/21
admit **[3]**   1568/15 1589/3
 1615/6
admits **[1]**   1592/15
admitted **[12]**   1447/24
 1454/15 1461/6 1470/19
 1473/12 1484/25 1491/6
 1536/22 1537/15 1557/14
 1563/25 1601/6
admonitions **[1]**   1620/2
advertised **[1]**   1434/8
advertisements **[1]**   1433/24
advertising **[2]**   1434/4
 1434/6
advising **[1]**   1571/11
affirmed **[2]**   1429/3 1429/4
aftermath **[1]**   1491/15
afternoon **[13]**   1455/22
 1472/24 1474/13 1516/25
 1521/25 1527/5 1531/3
 1532/13 1533/24 1590/12
 1592/3 1593/9 1621/1
afterwards **[6]**   1422/5
 1455/11 1498/8 1519/18
 1524/10 1524/15
age **[4]**   1434/1 1445/21
 1445/23 1445/24
aggressive **[1]**   1620/6
ago **[3]**   1456/16 1565/13
 1568/9
agree **[23]**   1506/8 1523/20
 1535/24 1541/9 1548/7
 1549/23 1549/25 1559/11
 1559/12 1559/17 1559/23
 1560/9 1575/22 1582/14
 1582/20 1597/13 1600/21
 1600/22 1601/11 1607/24
 1608/1 1611/11 1620/25
agreeable **[1]**   1449/5
agreed **[7]**   1492/23 1492/24
 1523/18 1559/13 1559/15
 1559/23 1619/3
agreeing **[1]**   1518/2
agreement **[12]**   1442/10
 1448/7 1477/2 1477/3 1477/8
 1487/1 1487/2 1547/6 1568/19
 1592/4 1592/18 1613/15
ahead **[7]**   1425/23 1533/18
 1574/12 1582/25 1594/20
 1600/24 1613/17
ahhh **[3]**   1457/16 1526/9
 1558/5
ahold **[1]**   1503/5
aided **[1]**   1418/14
ALBERT **[1]**   1418/8

alive **[3]**   1471/2 1471/3
 1544/17
allegations **[2]**   1424/18
 1424/20
allegedly **[1]**   1530/6
allow **[4]**   1424/7 1427/2
 1610/11 1611/24
alluded **[1]**   1441/14
almost **[3]**   1452/8 1595/8
 1595/8
Aloi **[1]**   1532/16
altercation **[1]**   1495/11
amazing **[3]**   1515/9 1515/10
 1526/13
ambiguous **[1]**   1572/13
ambushed **[1]**   1427/7
amend **[4]**   1419/12 1420/22
 1426/19 1427/5
amended **[1]**   1537/6
Americas **[1]**   1417/19
amount **[1]**   1436/3
AMY **[47]**   1417/3 1435/22
 1479/6 1481/2 1481/9 1488/2
 1490/3 1490/12 1491/17
 1494/4 1498/9 1498/12
 1499/15 1502/15 1503/8
 1503/12 1503/12 1504/19
 1504/21 1505/2 1505/5 1505/6
 1505/12 1505/16 1505/22
 1506/1 1506/3 1506/8 1546/13
 1546/14 1546/15 1548/18
 1548/22 1548/25 1549/10
 1561/19 1562/13 1565/3
 1565/8 1571/1 1581/9 1581/16
 1581/18 1583/23 1597/24
 1598/2 2615/15
ANGELA **[1]**   1418/8
angry **[5]**   1494/8 1502/9
 1517/13 1517/14 1517/14
answer **[27]**   1427/6 1448/20
 1451/19 1452/21 1456/5
 1482/12 1496/23 1542/10
 1542/14 1542/16 1545/23
 1551/18 1555/8 1566/11
 1566/14 1568/4 1568/5
 1568/12 1575/3 1593/22
 1603/22 1605/18 1605/22
 1606/5 1607/3 1607/10
 1607/18
answered **[5]**   1477/7 1554/14
 1567/10 1592/9 1607/15
answers **[8]**   1505/5 1535/19
 1536/16 1536/19 1565/22
 1568/1 1607/23 1608/3
anticipate **[2]**   1483/7 1620/7
anyway **[5]**   1456/25 1472/14
 1501/2 1503/4 1503/17
anyways **[6]**   1442/23 1452/15
 1454/5 1458/3 1471/12
 1497/11
apart **[2]**   1469/6 1528/21
apartment **[12]**   1422/13
 1422/23 1439/6 1444/11
 1444/23 1444/24 1446/19
 1470/8 1470/12 1476/11
 1487/22 1615/23

apologize **[2]**   1554/11
 1590/25
apparent **[1]**   1438/11
appear **[3]**   1477/14 1527/15
 1571/24
APPEARANCES **[2]**   1417/14
 1417/22
appetizers **[1]**   1487/7
apple **[1]**   1513/4
application **[1]**   1421/11
applied **[1]**   1459/14
applies **[4]**   1423/1 1425/10
 1611/21 1611/22
apply **[2]**   1420/24 1595/15
applying **[3]**   1420/23 1426/20
 1427/2
appreciate **[4]**   1482/4
 1526/15 1530/18 1590/24
appropriate **[2]**   1420/22
 1483/6
approximate **[1]**   1447/22
April **[3]**   1516/14 1516/21
 1516/23
April 25th **[1]**   1516/14
area **[1]**   1424/9
areas **[2]**   1422/10 1502/6
arguing **[1]**   1578/25
argument **[2]**   1482/16 1483/3
arguments **[1]**   1619/20
arising **[1]**   1605/23
arrange **[2]**   1452/16 1505/15
arranged **[2]**   1452/7 1522/1
arrangements **[2]**   1554/23
 1555/15
arrest **[2]**   1571/8 1615/18
arrested **[6]**   1520/24 1520/25
 1533/1 1574/17 1575/9
 1615/22
arrival **[1]**   1522/1
arrived **[1]**   1521/25
arrives **[1]**   1465/23
Article **[1]**   1424/11
Article 2 **[1]**   1424/11
articles **[1]**   1585/16
aside **[3]**   1424/24 1532/19
 1568/9
asleep **[1]**   1456/10
assault **[4]**   1426/20 1426/21
 1426/22 1427/2
assertion **[1]**   1421/1
assistance **[1]**   1559/20
assistant **[4]**   1446/13 1545/4
 1545/18 1555/21
associated **[1]**   1585/23
assume **[2]**   1419/8 1497/2
assuming **[3]**   1537/1 1569/25
 1619/18
Atlanta **[3]**   1518/14 1518/17
 1519/13
attach **[1]**   1463/4
attended **[6]**   1533/5 1533/7
 1533/8 1533/25 1570/21
 1604/24
attention **[11]**   1470/20
 1475/3 1494/20 1496/13
 1505/8 1508/6 1508/20 1509/7

**A**

attention... **[3]** 1513/3 1523/24 1620/4
attractive **[1]** 1490/20
August **[12]** 1486/5 1532/21 1551/6 1551/23 1553/20 1572/16 1572/22 1573/1 1573/3 1574/15 1575/25 1615/8
August 16th **[1]** 1572/22
August 2017 **[2]** 1574/15 1575/25
August 22 **[1]** 1615/8
August 22nd **[1]** 1486/5
Avenue **[1]** 1417/19
awake **[1]** 1454/12
aware **[8]** 1421/1 1523/8 1585/17 1585/19 1585/21 1586/11 1592/6 1598/16
Awesome **[1]** 1588/25

**B**

B-5 **[1]** 1562/19
B-7 **[3]** 1467/7 1467/18 1538/24
B4 **[2]** 1473/11 1473/14
B5 **[1]** 1524/18
B7 **[2]** 1612/20 1613/19
babbling **[1]** 1441/10
babes **[1]** 1491/8
baby **[3]** 1474/19 1495/3 1587/23
backgrounds **[1]** 1487/14
bad **[2]** 1474/16 1575/7
bag **[2]** 1444/18 1462/18
BALESTRIERE **[19]** 1417/15 1417/17 1420/9 1423/4 1533/23 1544/2 1551/21 1590/10 1593/8 1611/12 1612/4 1612/24 1614/3 1615/3 1616/1 1616/19 1618/10 1618/20 1622/5
ball **[10]** 1459/13 1462/18 1462/25 1463/8 1463/12 1463/25 1530/6 1582/6 1604/14 1604/22
band **[1]** 1616/12
bang **[1]** 1443/22
bank **[4]** 1489/18 1526/12 1602/10 1602/10
bar **[1]** 1487/16
base **[1]** 1501/11
based **[4]** 1420/21 1439/13 1600/23 1604/9
basis **[1]** 1432/9
basketball **[1]** 1518/18
Bates **[2]** 1613/23 1613/23
bathroom **[3]** 1479/8 1488/15 1488/17
battery **[4]** 1426/20 1426/21 1426/23 1427/3
BDA **[1]** 1474/4
BDay **[1]** 1474/14
BDSM **[58]** 1431/13 1431/16 1432/19 1433/4 1433/9 1433/15 1434/9 1434/11

1434/14 1434/25 1435/9 1435/24 1437/16 1439/18 1439/21 1440/14 1441/25 1443/24 1444/15 1445/25 1450/8 1461/2 1475/13 1475/14 1476/8 1477/6 1477/12 1480/20 1480/21 1481/7 1485/10 1488/20 1490/8 1490/21 1494/6 1494/10 1501/21 1510/8 1512/17 1518/4 1518/21 1519/1 1520/17 1522/16 1523/16 1528/19 1560/25 1562/7 1581/23 1584/25 1585/14 1585/16 1585/17 1585/22 1586/8 1586/11 1618/13 1618/23
bear **[1]** 1610/14
beat **[8]** 1485/14 1486/11 1508/21 1516/3 1520/3 1550/3 1581/20 1608/9
beaten **[2]** 1510/5 1519/21
became **[4]** 1431/3 1433/18 1445/5 1570/15
because **[29]** 1419/8 1421/6 1423/9 1424/8 1425/2 1426/16 1426/24 1427/9 1432/5 1453/17 1482/7 1482/11 1483/3 1489/19 1495/13 1497/9 1516/22 1527/11 1530/6 1535/3 1539/9 1542/21 1546/7 1547/20 1555/12 1558/17 1609/5 1610/12 1615/24
becoming **[1]** 1442/17
bed **[3]** 1521/7 1522/20 1523/1
bedroom **[10]** 1438/9 1446/21 1470/15 1472/7 1472/19 1488/3 1517/12 1522/10 1522/18 1522/22
beforehand **[1]** 1436/12
beg **[1]** 1594/11
began **[3]** 1434/11 1435/12 1435/13
beginning **[3]** 1429/14 1447/17 1559/24
begins **[4]** 1455/3 1455/6 1455/24 1595/25
behalf **[1]** 1447/4
behavior **[1]** 1523/8
belabor **[1]** 1529/17
belief **[1]** 1523/5
bell **[1]** 1438/11
below **[1]** 1562/1
belts **[1]** 1604/22
benches **[1]** 1528/12
BENJAMIN **[1]** 1417/21
bent **[1]** 1521/7
beside **[2]** 1441/15 1535/19
best **[3]** 1446/7 1516/5 1528/8
beyond **[2]** 1534/12 1586/2
BF **[1]** 1457/12
big **[6]** 1444/3 1474/4 1474/15 1474/16 1519/22

1547/14
bigger **[1]** 1468/7
binder **[1]** 1425/25
birthday **[6]** 1466/17 1466/18 1472/12 1474/2 1474/3 1474/3
bit **[19]** 1430/7 1433/7 1466/14 1479/1 1489/2 1517/16 1524/8 1536/18 1544/10 1553/5 1562/21 1576/24 1579/3 1583/21 1596/1 1596/2 1596/3 1596/19 1599/11
blackjack **[1]** 1430/17
blah **[3]** 1594/12 1594/12 1594/12
blame **[1]** 1562/9
blank **[6]** 1456/6 1456/10 1456/17 1457/11 1457/11 1457/15
blanks **[1]** 1457/24
blasted **[1]** 1443/19
bleeding **[1]** 1453/4
blew **[1]** 1454/13
blow **[12]** 1458/17 1465/5 1473/24 1491/7 1491/21 1494/22 1561/21 1561/23 1562/2 1564/20 1596/2 1603/11
blown **[3]** 1449/25 1456/10 1571/3
blue **[1]** 1618/23
BMC **[1]** 1417/3
Bob **[1]** 1532/16
body **[3]** 1432/10 1459/15 1502/6
bond **[4]** 1431/3 1431/3 1431/7 1433/1
bondage **[19]** 1431/20 1432/19 1432/21 1432/23 1432/25 1433/2 1517/10 1577/1 1577/4 1577/11 1616/2 1616/2 1616/8 1616/11 1617/2 1617/10 1617/17 1617/20 1618/5
boobs **[2]** 1492/3 1562/14
book **[2]** 1480/10 1504/2
booked **[2]** 1446/23 1480/8
booker **[2]** 1434/22 1520/15
booking **[1]** 1554/1
books **[3]** 1433/20 1504/4 1546/6
born **[2]** 1429/17 1429/18
boss **[4]** 1511/18 1553/14 1554/1 1554/17
boss/secretary **[1]** 1511/18
Boston **[2]** 1429/18 1429/20
bother **[1]** 1443/15
bottle **[4]** 1465/23 1487/25 1499/8 1515/6
bottom **[4]** 1449/24 1513/7 1544/11 1565/14
bought **[1]** 1469/3
bound **[1]** 1521/8
boy **[4]** 1418/4 1467/8 1524/18 1526/2
BOY-SKIPSEY **[1]** 1418/4
boyfriend **[2]** 1457/13

**B**

boyfriend... [1]   1532/18
breach [1]   1596/20
break [6]   1442/4 1479/8
 1479/9 1530/15 1530/18
 1590/12
breast [3]   1486/17 1486/18
 1486/19
breasts [3]   1450/5 1461/4
 1499/4
BRIAN [1]   1417/12
briefly [4]   1425/21 1432/5
 1433/17 1473/12
bringing [3]   1425/8 1535/12
 1575/24
BRITTANY [53]   1417/4 1417/4
 1435/7 1435/21 1437/19
 1444/21 1475/4 1475/7 1476/1
 1476/22 1478/1 1478/3
 1478/11 1478/15 1478/15
 1480/5 1520/12 1521/25
 1524/3 1524/4 1524/9 1524/21
 1525/13 1526/9 1527/11
 1528/4 1528/10 1528/13
 1529/21 1545/1 1545/3
 1545/17 1548/10 1548/10
 1548/14 1553/7 1562/20
 1563/2 1581/4 1583/21
 1584/15 1594/10 1594/21
 1595/3 1595/4 1595/4 1597/13
 1597/18 1600/10 1600/11
 1601/15 1601/22 1601/23
broad [1]   1555/23
Broadway [2]   1417/15 1418/6
broke [1]   1446/3
broken [1]   1511/19
Brooklyn [1]   1417/6
brother [4]   1445/20 1445/22
 1445/23 1445/23
Brothers [1]   1431/2
brought [10]   1468/18 1478/10
 1551/15 1552/16 1556/1
 1556/7 1579/15 1593/24
 1595/10 1600/9
bruised [5]   1497/10 1510/5
 1560/25 1562/7 1563/3
bruises [4]   1450/22 1461/9
 1461/10 1461/11
bruising [5]   1450/5 1450/7
 1450/7 1461/4 1561/6
bubble [1]   1513/7
bucks [1]   1523/4
buddies [1]   1446/25
buddy [1]   1496/5
bunch [4]   1448/13 1454/10
 1522/9 1581/19
business [6]   1430/5 1430/10
 1430/19 1430/20 1431/1
 1585/11
buy [2]   1460/21 1500/21
buzz [1]   1502/22

**C**

C-2 [1]   1561/14
C4 [1]   1474/21
cab [3]   1439/6 1493/9

1524/22
Cabaret [6]   1526/20 1526/22
 1526/25 1527/5 1527/6 1529/8
Cacciola [1]   1575/13
calendar [1]   1621/10
cancel [1]   1506/3
capture [1]   1511/18
captured [1]   1613/21
card [1]   1430/17
career [2]   1430/8 1431/5
carefully [1]   1422/7
carry [1]   1478/18
case [35]   1423/22 1424/25
 1425/16 1425/20 1426/7
 1426/11 1427/5 1431/13
 1434/22 1435/3 1435/4
 1440/15 1447/7 1479/11
 1532/15 1533/3 1535/25
 1563/7 1563/9 1563/14
 1564/24 1570/1 1571/23
 1575/13 1576/3 1590/15
 1592/8 1606/12 1606/16
 1611/8 1615/18 1615/21
 1619/14 1619/18 1620/4
cash [10]   1448/11 1448/16
 1489/5 1489/6 1489/16
 1489/19 1524/12 1524/14
 1547/2 1547/21
Cassidy [8]   1435/21 1475/8
 1475/10 1475/15 1475/18
 1476/7 1478/20 1478/24
cat [1]   1491/22
catching [1]   1466/8
cattle [3]   1500/5 1501/24
 1502/2
caught [1]   1463/5
caused [2]   1453/3 1486/6
CCR [1]   1418/11
cell [2]   1422/3 1423/16
certain [8]   1424/8 1452/17
 1452/24 1486/6 1572/8
 1579/14 1594/5 1612/19
certainly [9]   1421/10 1425/7
 1440/5 1442/21 1460/1
 1508/25 1509/2 1536/20
 1559/12
cetera [1]   1471/16
chafe [2]   1577/2 1577/17
chafing [1]   1432/23
chain [1]   1561/19
champagne [4]   1521/24 1522/5
 1527/7 1528/7
chance [3]   1536/14 1537/24
 1605/1
change [2]   1434/16 1444/22
changed [3]   1434/14 1466/25
 1487/2
characterization [1]   1611/10
characterize [4]   1508/12
 1512/7 1555/24 1557/3
characterized [3]   1569/23
 1581/22 1610/10
charge [5]   1619/20 1621/7
 1621/9 1621/12 1621/14
charged [1]   1527/25
Charlie [2]   1484/25 1491/18

chat [3]   1484/21 1484/21
 1503/4
chats [1]   1492/17
check [5]   1444/4 1457/2
 1467/13 1471/17 1515/1
checking [1]   1509/4
checklist [3]   1436/8 1436/22
 1462/2
cheese [6]   1453/24 1453/25
 1465/1 1465/24 1469/4
 1469/15
chemical [2]   1430/3 1430/11
chemistry [2]   1468/24
 1539/10
CHIANG [1]   1417/21
Chicago [1]   1451/1
child [1]   1452/13
childhood [1]   1429/24
children [1]   1431/10
chitchatted [2]   1476/25
 1489/2
chitchatting [2]   1466/6
 1493/11
chose [1]   1571/19
chosen [2]   1603/18 1604/3
CHRISTINE [1]   1417/22
Circuit [2]   1426/7 1426/11
circumstances [5]   1451/18
 1451/21 1451/22 1502/12
 1513/15
citing [1]   1426/11
city [5]   1429/19 1444/18
 1460/24 1504/19 1618/4
CIVIL [1]   1417/11
claim [11]   1421/8 1423/24
 1424/3 1424/4 1424/6 1424/14
 1424/22 1425/4 1425/5 1426/7
 1427/1
claims [12]   1419/18 1421/13
 1421/13 1424/8 1424/17
 1426/20 1426/21 1426/23
 1427/2 1427/8 1464/16
 1535/25
clarity [1]   1570/4
class [4]   1422/8 1422/9
 1519/22 1597/22
classer [1]   1434/21
classic [1]   1434/21
classical [1]   1434/7
clear [12]   1420/17 1437/4
 1441/15 1480/1 1499/19
 1520/22 1528/5 1536/11
 1539/23 1558/25 1588/20
 1611/2
clock [1]   1458/19
close [9]   1427/5 1445/23
 1475/11 1493/8 1498/18
 1498/18 1501/19 1517/1
 1530/17
closed [3]   1419/23 1427/8
 1470/16
closely [1]   1571/23
closing [1]   1619/20
clothes [2]   1487/2 1522/25
clothesline [1]   1460/19
clothespins [7]   1432/14

**C**

**clothespins... [6]** 1459/14 1460/9 1460/18 1460/18 1460/21 1460/23
**clothing [1]** 1460/19
**club [3]** 1518/18 1527/3 1527/3
**coaster [1]** 1494/25
**coated [1]** 1616/8
**coerced [1]** 1492/5
**COGAN [2]** 1417/12 1419/2
**colleagues [2]** 1530/19 1554/10
**Collectively [1]** 1596/13
**college [3]** 1430/2 1430/3 1430/9
**com [1]** 1598/16
**comfortable [3]** 1477/14 1477/16 1618/25
**coming [5]** 1420/18 1474/2 1482/8 1484/12 1601/24
**comments [1]** 1426/6
**common [1]** 1423/13
**communicate [8]** 1503/6 1503/9 1524/15 1529/11 1529/14 1549/2 1549/5 1584/20
**communicated [5]** 1422/5 1484/20 1503/11 1510/17 1584/15
**communicating [1]** 1576/18
**communication [5]** 1423/8 1473/22 1475/2 1485/4 1516/10
**communications [17]** 1490/24 1491/3 1503/14 1503/15 1512/4 1512/5 1529/16 1529/24 1540/17 1540/20 1541/14 1573/5 1583/22 1583/25 1584/19 1586/16 1594/4
**complaining [2]** 1598/7 1599/4
**complains [3]** 1459/9 1463/15 1464/8
**complaint [2]** 1419/12 1427/5
**complaints [1]** 1424/19
**complete [1]** 1502/8
**completely [1]** 1464/6
**complied [1]** 1419/18
**computer [1]** 1418/14
**computer-aided [1]** 1418/14
**concept [1]** 1586/12
**concerned [1]** 1571/9
**concerning [1]** 1511/8
**concluded [1]** 1543/3
**concludes [3]** 1474/25 1483/11 1488/8
**conclusion [1]** 1478/23
**condo [26]** 1436/14 1438/8 1444/2 1444/23 1446/18 1451/25 1453/18 1453/23 1454/14 1456/24 1468/12 1470/4 1470/13 1470/25 1476/11 1476/21 1487/1 1487/4 1493/7 1493/8 1498/18

1499/7 1517/2 1517/7 1521/18 1535/4
**condominium [8]** 1454/23 1469/4 1472/3 1472/5 1472/19 1491/13 1494/1 1494/18
**condoms [1]** 1528/10
**conduct [1]** 1424/4
**conducted [1]** 1419/19
**confer [1]** 1530/18
**conference [7]** 1480/24 1481/9 1482/1 1609/1 1621/7 1621/9 1621/14
**confidential [3]** 1596/12 1596/13 1596/22
**confidentiality [4]** 1477/2 1595/19 1595/25 1596/5
**confirm [1]** 1595/23
**confirmed [1]** 1554/16
**confronted [1]** 1424/19
**confused [1]** 1583/17
**connected [3]** 1434/20 1435/3 1578/8
**connection [3]** 1446/15 1466/23 1526/25
**consensual [15]** 1460/5 1460/6 1512/18 1518/10 1518/11 1582/9 1582/11 1582/15 1582/19 1582/21 1585/18 1585/20 1585/22 1586/9 1586/12
**consensually [4]** 1449/4 1464/13 1561/1 1562/8
**consent [12]** 1419/18 1442/9 1442/15 1448/7 1477/8 1482/22 1487/1 1487/2 1528/15 1534/6 1534/13 1586/12
**consented [2]** 1420/20 1463/21
**consider [2]** 1423/14 1483/1
**considered [1]** 1599/13
**constantly [2]** 1503/17 1503/18
**Cont'g [1]** 1498/1
**contact [3]** 1435/11 1473/4 1555/11
**contacted [1]** 1434/12
**contacting [1]** 1476/7
**context [1]** 1542/22
**contexts [1]** 1592/14
**continual [1]** 1447/20
**continue [15]** 1425/19 1456/20 1466/2 1471/14 1479/19 1484/18 1485/9 1506/7 1515/15 1515/22 1516/1 1529/11 1529/21 1532/7 1593/3
**continued [22]** 1418/1 1428/1 1440/23 1441/1 1469/24 1470/1 1481/19 1483/12 1497/13 1498/3 1506/15 1525/16 1526/4 1529/13 1531/2 1532/9 1543/4 1566/21 1567/1 1593/7 1608/24 1612/5
**continues [5]** 1455/3 1457/6 1526/14 1541/22 1558/10

**continuing [6]** 1470/3 1479/23 1484/6 1516/8 1523/1 1614/2
**contrary [2]** 1419/18 1563/25
**convenient [2]** 1504/2 1590/10
**conventional [1]** 1528/21
**conversation [14]** 1437/20 1437/20 1454/25 1455/21 1456/1 1465/22 1467/1 1469/6 1471/14 1477/10 1500/2 1506/8 1552/4 1585/7
**conversations [1]** 1438/16
**convicted [1]** 1533/1
**copy [6]** 1444/7 1444/10 1444/12 1444/14 1467/20 1613/20
**cord [1]** 1501/12
**correct [361]**
**corrected [2]** 1499/4 1554/10
**correspondent [1]** 1588/22
**cost [1]** 1599/8
**couch [5]** 1477/19 1479/1 1488/1 1488/25 1513/20
**counsel [25]** 1423/8 1423/11 1423/20 1425/1 1482/2 1507/24 1533/20 1557/8 1557/13 1564/13 1566/19 1567/22 1568/2 1570/3 1579/14 1579/20 1588/4 1600/1 1600/21 1600/22 1603/6 1606/21 1607/6 1607/14 1609/2
**counsel's [2]** 1547/13 1583/24
**counter [1]** 1430/18
**County [2]** 1532/25 1592/8
**couple [20]** 1445/6 1448/23 1451/13 1451/17 1451/24 1452/5 1454/2 1456/9 1459/1 1464/23 1465/17 1470/7 1475/19 1487/23 1497/6 1498/20 1500/15 1509/1 1511/3 1527/7
**course [24]** 1420/11 1420/11 1422/4 1422/16 1422/21 1438/17 1442/13 1457/17 1460/20 1463/19 1476/16 1477/13 1485/8 1490/1 1494/14 1507/15 1520/17 1525/1 1588/21 1594/8 1594/9 1599/14 1609/6 1617/24
**Court's [1]** 1482/4
**Courthouse [1]** 1417/5
**courtroom [11]** 1427/18 1452/18 1479/12 1479/18 1530/24 1532/5 1546/21 1578/5 1590/17 1593/2 1620/5
**cover [1]** 1471/16
**covered [1]** 1491/19
**CPLR [2]** 1421/9 1424/12
**crackers [1]** 1465/25
**crazy [3]** 1494/15 1495/1 1558/17
**create [2]** 1424/1 1424/13
**credibility [1]** 1425/5

**C**

**criminal [2]** 1568/17 1571/23
**cross [19]** 1419/20 1422/1
1422/10 1422/22 1423/10
1423/21 1424/17 1424/23
1425/3 1473/13 1491/19
1533/22 1566/22 1583/2
1593/4 1593/7 1610/21 1612/5
1620/7
**cross-examination [13]**
1422/1 1422/10 1422/22
1423/10 1424/23 1473/13
1491/19 1533/22 1566/22
1583/2 1593/4 1593/7 1612/5
**cross-examine [2]** 1423/21
1425/3
**cross-examined [2]** 1419/20
1424/17
**crowded [1]** 1487/16
**crying [1]** 1521/9
**CSR [1]** 1418/11
**cue [6]** 1453/2 1453/11
1534/21 1564/2 1583/2 1583/7
**cuff [1]** 1605/24
**cuffs [8]** 1432/22 1577/22
1578/11 1578/16 1605/13
1605/14 1605/21 1606/3
**cupping [5]** 1579/5 1579/17
1579/23 1580/1 1580/9
**cursor [1]** 1601/14
**cute [2]** 1468/19 1469/3
**CV [1]** 1417/3

**D**

**daddy [2]** 1506/11 1519/20
**daddy/daughter [1]** 1519/20
**damages [1]** 1611/8
**dancers [3]** 1527/7 1527/19
1528/1
**dances [1]** 1527/6
**DANELCZYK [1]** 1418/11
**date [20]** 1448/6 1450/16
1450/24 1451/5 1461/15
1461/17 1464/15 1464/16
1464/25 1467/23 1496/18
1502/25 1518/15 1539/15
1540/20 1541/14 1551/8
1572/1 1617/18 1618/15
**dated [4]** 1450/10 1450/13
1459/23 1473/22
**dates [10]** 1448/2 1448/4
1448/9 1448/19 1448/19
1448/21 1448/25 1449/14
1452/17 1541/6
**dating [1]** 1445/16
**daughter [5]** 1486/11 1486/12
1486/21 1511/8 1519/20
**dead [1]** 1440/20
**deal [2]** 1422/11 1589/20
**decade [1]** 1585/5
**December [3]** 1496/15 1503/12
1616/17
**December 21 [1]** 1496/15
**DECHERT [1]** 1417/19
**decide [2]** 1555/17 1607/5
**decided [12]** 1439/13 1443/3

1454/14 1458/16 1458/17
1527/2 1554/24 1555/13
1556/18 1556/20 1606/20
1607/13
**decision [6]** 1458/20 1554/20
1555/25 1556/19 1573/14
1573/15
**decisions [3]** 1555/1 1555/22
1556/6
**deemed [1]** 1596/12
**defendant [8]** 1417/19 1418/2
1418/6 1424/16 1427/21
1570/5 1610/2 1622/14
**Defendant's [9]** 1450/17
1458/24 1526/2 1538/24
1545/11 1547/11 1561/13
1562/19 1617/22
**defendants [10]** 1417/9
1419/13 1419/15 1419/24
1421/6 1424/22 1427/6 1427/7
1588/4 1620/20
**defendants' [6]** 1425/20
1449/22 1501/4 1504/13
1588/16 1589/10
**defense [24]** 1421/7 1421/16
1421/20 1421/22 1425/1
1447/25 1461/21 1465/3
1470/18 1484/24 1488/6
1489/7 1491/6 1494/12
1494/20 1503/22 1507/17
1524/18 1534/4 1544/5
1568/17 1612/20 1613/7
1614/18
**defines [2]** 1596/12 1615/11
**definitely [6]** 1450/9 1491/9
1513/16 1562/22 1611/21
1611/22
**degree [3]** 1421/2 1430/3
1430/11
**deliberations [1]** 1619/21
**delivering [1]** 1432/8
**demonstrative [7]** 1501/3
1501/4 1578/4 1579/4 1580/15
1580/19 1604/22
**demonstratives [3]** 1579/14
1579/17 1580/3
**den [1]** 1446/21
**denied [3]** 1419/9 1419/24
1425/18
**deny [2]** 1558/25 1615/6
**deposed [3]** 1563/7 1563/9
1569/15
**deposition [44]** 1473/2
1533/6 1533/7 1535/13
1535/19 1560/12 1560/16
1560/23 1561/4 1561/11
1562/6 1563/1 1563/12
1563/13 1563/14 1564/3
1566/3 1566/13 1566/19
1567/6 1567/9 1567/19
1567/23 1569/5 1569/8
1569/18 1570/16 1570/21
1571/1 1576/25 1577/1 1577/9
1578/15 1578/19 1578/20
1578/22 1579/3 1602/21
1604/14 1604/24 1605/1

1606/9 1606/19 1607/23
**depositions [8]** 1421/3
1533/3 1533/9 1534/1 1563/6
1569/1 1569/2 1569/10
**deprived [1]** 1424/22
**derive [1]** 1433/11
**describe [11]** 1445/4 1475/9
1486/23 1487/24 1500/12
1503/14 1511/2 1512/7 1524/1
1529/18 1559/17
**described [5]** 1424/4 1433/6
1435/19 1484/8 1618/12
**describes [2]** 1459/19
1459/25
**describing [1]** 1486/5
**description [1]** 1437/23
**desk [1]** 1431/3
**desperate [1]** 1594/11
**despicable [1]** 1533/11
**detail [2]** 1437/10 1490/18
**detailed [1]** 1581/10
**details [4]** 1487/17 1554/1
1563/19 1605/16
**determine [1]** 1436/8
**developed [1]** 1421/5
**device [3]** 1500/9 1500/13
1583/10
**devilish [1]** 1505/2
**differences [1]** 1494/6
**different [12]** 1419/19
1421/20 1425/15 1431/6
1442/2 1451/18 1451/21
1538/2 1592/10 1594/18
1598/22 1618/18
**differently [1]** 1556/4
**difficult [1]** 1424/25
**digital [4]** 1473/10 1473/21
1484/21 1510/20
**Digitally [1]** 1473/9
**dildo [2]** 1453/3 1464/1
**dildos [1]** 1453/13
**dining [1]** 1502/14
**dinner [35]** 1443/17 1446/24
1447/2 1466/10 1466/12
1466/13 1466/15 1466/16
1466/17 1466/19 1468/19
1469/3 1469/14 1469/19
1469/21 1469/23 1470/6
1470/8 1471/11 1472/6 1493/4
1493/6 1493/6 1496/2 1496/7
1496/8 1496/10 1498/7
1502/20 1518/18 1529/23
1529/25 1530/4 1601/16
1601/23
**dinner's [1]** 1468/15
**direct [13]** 1429/10 1440/24
1469/25 1470/20 1494/20
1496/13 1498/3 1526/4 1532/7
1532/9 1579/11 1593/11
1618/2
**directing [6]** 1505/8 1508/20
1509/7 1513/3 1520/1 1523/24
**directly [4]** 1503/8 1503/9
1503/12 1584/15
**disagree [3]** 1482/18 1587/10
1587/11

**D**

disagreement [1] 1493/19
disclosed [2] 1595/21
 1596/17
discloses [1] 1596/22
discovery [2] 1419/19
 1419/20
discussed [9] 1432/17 1477/1
 1481/9 1513/18 1516/18
 1534/17 1550/25 1564/23
 1617/17
discussing [1] 1477/15
discussion [12] 1420/6
 1420/12 1421/12 1427/10
 1436/11 1436/12 1437/5
 1438/7 1477/18 1483/11
 1539/4 1603/10
discussions [5] 1420/21
 1437/13 1439/12 1439/13
 1507/7
disguised [1] 1434/5
dismiss [1] 1420/15
displeasure [4] 1489/21
 1494/9 1499/10 1514/12
dispute [1] 1423/15
distance [2] 1493/9 1517/2
DISTRICT [3] 1417/1 1417/1
 1417/12
divorced [1] 1431/9
document [12] 1442/9 1444/7
 1447/25 1458/23 1458/25
 1536/25 1554/6 1564/4
 1595/20 1596/21 1613/11
 1613/19
documents [2] 1425/25
 1563/11
DOLAN [2] 1418/6 1420/2
Doll [1] 1509/21
dollars [5] 1436/15 1436/20
 1597/5 1597/5 1598/9
domestic [2] 1425/11 1425/14
dominance [1] 1442/7
dominant [3] 1431/21 1431/24
 1520/17
dominants [1] 1524/4
dominate [1] 1432/2
domination [2] 1432/6 1433/5
done [10] 1459/20 1459/20
 1462/8 1464/10 1477/5
 1487/18 1521/10 1530/16
 1530/18 1620/15
door [6] 1470/8 1470/15
 1472/25 1523/3 1609/15
 1610/9
dot [1] 1598/16
double [1] 1467/13
double-check [1] 1467/13
doubt [2] 1424/15 1461/8
DOUGLAS [1] 1418/7
down [33] 1440/17 1476/24
 1485/9 1487/4 1488/25
 1491/25 1493/15 1496/2
 1499/17 1517/2 1517/12
 1522/20 1522/20 1538/22
 1544/4 1544/22 1545/25
 1546/11 1548/17 1558/24

1562/17 1580/23 1589/6
1589/22 1592/24 1596/1
1596/19 1597/3 1602/6
1608/15 1618/2 1619/7
1619/11
dozens [3] 1503/19 1503/19
draft [1] 1568/18
drafted [1] 1443/4
drafting [1] 1420/3
draw [2] 1508/5 1590/19
dream [1] 1515/11
dress [1] 1474/3
dressed [1] 1514/1
drink [5] 1454/3 1523/6
 1530/12 1587/22 1599/16
drinking [4] 1477/19 1521/24
 1522/5 1522/22
drinks [11] 1454/6 1456/8
 1456/15 1456/16 1487/6
 1496/7 1496/8 1498/7 1517/3
 1587/23 1595/13
drive [1] 1558/17
drunk [8] 1455/14 1457/7
 1457/8 1587/18 1587/19
 1587/20 1589/8 1589/18
due [1] 1421/12
duffle [1] 1444/18
duly [2] 1429/2 1429/3
dungeon [7] 1438/8 1438/9
 1443/18 1446/22 1477/21
 1488/19 1502/9
DX [3] 1454/17 1542/4
 1613/19
DX-B-7 [1] 1542/4
DX-B7 [1] 1613/19
DX-T4-1 [1] 1454/17
DXA6 [1] 1519/7
DXH3 [2] 1504/10 1504/13
DXH3-1 [2] 1504/10 1504/13
dying [1] 1474/5

**E**

e-mail [1] 1546/6
e-mails [2] 1487/17 1607/13
E-R-O-S [1] 1598/16
early [8] 1445/1 1445/10
 1476/21 1487/5 1498/21
 1498/21 1511/13 1589/1
easier [3] 1449/25 1489/20
 1499/24
EASTERN [1] 1417/1
economic [1] 1426/10
educated [1] 1585/12
education [2] 1429/21 1585/8
EDWARD [1] 1417/20
effect [2] 1475/22 1484/11
effected [1] 1559/20
effort [1] 1436/19
egging [1] 1599/18
egotistical [1] 1502/23
eight [1] 1541/12
either [13] 1435/2 1436/13
 1440/17 1451/12 1480/10
 1489/21 1490/2 1492/4
 1500/19 1527/10 1542/11

1577/25 1597/12
electric [5] 1432/12 1464/1
 1501/12 1501/12 1501/20
electronic [1] 1500/9
elements [2] 1420/24 1424/17
email [3] 1418/12 1437/20
 1586/18
emailed [1] 1523/13
emails [7] 1522/7 1581/3
 1581/10 1581/13 1581/15
 1583/6 1583/9
embarrassed [2] 1515/23
 1569/19
EMMA [17] 1417/4 1435/23
 1510/11 1513/17 1516/18
 1517/25 1518/20 1548/8
 1553/5 1583/13 1584/1 1587/5
 1587/12 1589/18 1597/19
 1599/12 1616/16
emoji [6] 1474/2 1474/3
 1474/4 1492/3 1495/2 1505/2
emojis [1] 1474/16
emoticons [1] 1474/16
emotional [1] 1494/25
emotionally [1] 1587/1
emphatically [1] 1425/12
employed [1] 1560/2
enacted [1] 1424/7
encompass [1] 1427/1
encompasses [1] 1424/4
encounter [102] 1433/10
 1434/9 1435/13 1438/21
 1444/19 1451/20 1453/20
 1454/1 1459/3 1459/3 1461/4
 1461/9 1461/21 1462/5
 1462/13 1462/17 1469/13
 1474/6 1475/14 1475/18
 1476/8 1477/12 1477/22
 1478/3 1478/17 1478/21
 1478/22 1478/23 1485/2
 1488/13 1488/20 1488/24
 1489/22 1490/8 1490/22
 1490/25 1491/16 1493/7
 1494/6 1494/10 1494/24
 1495/16 1496/12 1496/14
 1497/3 1498/7 1499/8 1499/11
 1502/8 1502/21 1503/7
 1505/15 1508/19 1512/21
 1513/15 1514/20 1515/4
 1515/9 1516/12 1516/14
 1516/19 1516/21 1517/6
 1517/23 1518/11 1518/13
 1518/21 1519/1 1521/3
 1522/16 1522/17 1523/16
 1523/18 1523/24 1523/25
 1524/1 1524/6 1525/4 1525/10
 1526/6 1526/7 1528/19
 1528/21 1529/10 1529/13
 1529/22 1550/23 1553/8
 1555/17 1559/1 1562/14
 1583/13 1589/23 1597/6
 1598/4 1600/10 1614/24
 1616/16 1616/19 1617/24
 1618/7 1618/23
encountered [2] 1478/20
 1512/4

**E**

**encounters [28]**   1423/17
   1427/3 1433/14 1437/25
   1444/24 1449/4 1461/13
   1461/19 1479/5 1509/2 1511/2
   1512/17 1517/19 1518/5
   1518/9 1518/10 1520/19
   1556/8 1560/25 1562/7
   1584/22 1586/18 1587/16
   1587/17 1587/21 1595/9
   1598/10 1618/13
**encouraged [1]**   1594/4
**engage [19]**   1434/25 1441/16
   1443/24 1444/15 1451/22
   1486/10 1488/20 1493/23
   1494/5 1494/6 1510/8 1511/5
   1511/11 1517/6 1523/15
   1523/20 1529/5 1583/14
   1618/13
**engaged [6]**   1423/11 1437/17
   1484/9 1490/8 1565/7 1565/16
**engaging [1]**   1522/16
**engineering [2]**   1430/4
   1430/11
**enhance [1]**   1516/20
**enjoyed [1]**   1526/11
**enter [1]**   1425/2
**enters [5]**   1427/18 1479/18
   1532/5 1590/17 1593/2
**entertain [1]**   1426/19
**entire [2]**   1542/3 1576/3
**entirety [1]**   1498/24
**environment [1]**   1440/3
**episode [3]**   1514/11 1514/15
   1516/11
**equally [1]**   1620/8
**Eros [3]**   1598/16 1618/10
   1618/13
**erotic [1]**   1528/7
**erotically [2]**   1527/24
   1528/2
**error [1]**   1554/8
**escorting [1]**   1434/5
**ESQ [11]**   1417/17 1417/17
   1417/20 1417/21 1417/21
   1417/22 1418/4 1418/4 1418/7
   1418/8 1418/8
**essentially [1]**   1551/1
**established [1]**   1424/6
**et [1]**   1471/16
**evening [12]**   1454/21 1458/18
   1471/9 1476/22 1478/22
   1487/5 1488/14 1492/13
   1493/2 1524/16 1590/3 1620/3
**event [2]**   1423/9 1610/20
**events [5]**   1421/4 1421/23
   1422/14 1459/24 1493/1
**eventual [1]**   1550/2
**eventually [6]**   1434/14
   1470/4 1470/11 1494/1
   1523/18 1529/25
**evidence [43]**   1420/25 1421/5
   1421/14 1424/20 1449/23
   1454/16 1458/24 1467/9
   1467/15 1467/16 1488/6
   1491/6 1494/14 1494/22

1504/14 1538/16 1538/24
1544/6 1544/8 1544/9 1545/9
1545/13 1547/12 1551/9
1553/19 1554/6 1554/7 1557/7
1561/14 1562/19 1565/25
1588/3 1588/17 1589/11
1589/12 1589/14 1595/24
1600/1 1600/8 1601/8 1608/6
1619/18 1619/23
**evolve [1]**   1435/9
**ex [1]**   1532/18
**ex-boyfriend [1]**   1532/18
**exact [5]**   1437/3 1451/5
   1476/22 1500/16 1552/12
**exactly [6]**   1484/10 1501/9
   1524/5 1549/11 1553/9 1611/1
**examination [25]**   1422/1
   1422/10 1422/22 1423/10
   1424/23 1424/10 1441/1
   1470/1 1473/13 1479/21
   1484/4 1491/19 1498/3 1518/5
   1526/4 1532/7 1532/9 1533/22
   1566/22 1583/2 1593/4 1593/7
   1612/5 1612/17 1613/25
**examine [3]**   1422/16 1423/21
   1425/3
**examined [3]**   1419/20 1424/17
   1429/3
**example [1]**   1473/20
**Excel [3]**   1561/14 1561/16
   1570/5
**except [1]**   1597/13
**exchange [7]**   1434/9 1434/25
   1542/4 1553/22 1562/20
   1608/13 1608/17
**exchanged [2]**   1541/14
   1613/20
**excited [5]**   1433/22 1484/11
   1484/14 1511/25 1511/25
**exciting [1]**   1528/7
**excruciating [1]**   1461/2
**excuse [5]**   1421/6 1422/8
   1481/15 1603/6 1616/17
**exhibit [67]**   1447/25 1449/22
   1450/17 1458/8 1458/24
   1461/5 1465/3 1467/7 1470/18
   1473/11 1474/14 1474/21
   1484/25 1488/6 1489/7 1491/6
   1491/18 1494/10 1494/12
   1494/21 1501/3 1501/3 1501/4
   1503/22 1503/23 1503/24
   1503/25 1504/13 1504/15
   1505/9 1506/14 1507/17
   1507/18 1507/21 1508/8
   1513/6 1519/8 1524/18
   1524/20 1526/2 1538/11
   1538/16 1538/24 1544/14
   1547/12 1553/19 1557/7
   1561/14 1562/19 1565/25
   1567/24 1570/3 1570/9
   1570/16 1579/21 1579/22
   1580/21 1588/6 1588/16
   1588/19 1589/16 1600/8
   1601/8 1612/20 1613/8
   1614/18 1617/22
**Exhibit -- Defense [1]**

1494/12
**Exhibit 203 [1]**   1579/21
**Exhibit A6 [1]**   1507/21
**Exhibit E [1]**   1501/4
**Exhibit H3 [1]**   1507/18
**exhibits [1]**   1610/17
**exits [3]**   1479/12 1530/24
   1620/5
**expanded [1]**   1422/12
**experience [3]**   1481/7 1492/6
   1617/17
**experienced [1]**   1431/17
**experiences [1]**   1606/2
**explain [22]**   1431/16 1433/17
   1436/4 1437/9 1438/18
   1439/18 1442/25 1460/12
   1461/24 1466/14 1485/17
   1502/12 1507/13 1510/3
   1516/17 1517/16 1521/15
   1524/7 1533/8 1567/20
   1615/20 1616/7
**explained [2]**   1481/7 1485/21
**explaining [1]**   1450/24
**explanation [1]**   1437/23
**explicit [3]**   1438/3 1487/17
   1522/7
**explicitly [1]**   1443/23
**exploration [1]**   1434/11
**explore [3]**   1422/25 1433/23
   1433/24
**expose [1]**   1532/22
**exposed [1]**   1615/25
**express [7]**   1419/18 1441/16
   1489/21 1494/9 1496/25
   1499/10 1514/12
**expressed [1]**   1511/13
**extend [1]**   1426/25
**extends [1]**   1426/10
**extensions [1]**   1463/5
**extensive [1]**   1512/5
**extent [1]**   1423/18
**extort [1]**   1532/21
**extortion [1]**   1533/1
**Exxon [2]**   1430/12 1430/16

**F**

**F.3d [2]**   1426/8 1426/12
**face [13]**   1438/6 1438/6
   1468/10 1468/16 1471/6
   1491/22 1512/25 1515/12
   1522/20 1522/20 1524/23
   1533/11 1533/11
**fact [41]**   1421/25 1425/4
   1458/6 1458/8 1484/14 1496/9
   1496/17 1503/1 1506/14
   1506/20 1520/23 1525/6
   1536/23 1537/16 1547/25
   1549/18 1552/13 1553/2
   1555/1 1557/22 1560/2
   1560/12 1561/5 1567/6
   1568/25 1570/15 1570/21
   1571/11 1572/21 1581/3
   1587/4 1588/2 1592/13
   1595/20 1597/22 1599/21
   1614/10 1615/13 1617/3
   1617/14 1617/16

**F**

**facts [2]** 1423/19 1425/16
**factual [1]** 1421/1
**fair [5]** 1523/15 1527/25
 1559/18 1587/17 1611/10
**fall [3]** 1425/16 1442/15
 1518/15
**familiar [2]** 1500/8 1500/10
**fancy [1]** 1595/10
**fantasize [1]** 1618/15
**fantasy [1]** 1502/19
**far [2]** 1424/14 1480/14
**Fargo [1]** 1602/10
**FARIELLO [1]** 1417/15
**fashion [2]** 1436/24 1499/18
**fast [1]** 1590/19
**father [3]** 1511/8 1511/23
 1514/1
**father/daughter [1]** 1511/8
**Fax [1]** 1418/12
**February [1]** 1448/10
**fee [4]** 1436/3 1551/2
 1614/11 1614/16
**Felices [2]** 1521/22 1527/4
**fell [3]** 1456/10 1469/6
 1495/10
**felt [6]** 1437/7 1468/24
 1489/13 1509/2 1539/10
 1586/25
**Ferriollo [4]** 1523/21 1525/8
 1594/7 1594/10
**few [19]** 1419/5 1420/7
 1427/13 1430/5 1431/6
 1475/11 1495/25 1517/17
 1518/17 1520/2 1529/15
 1534/17 1552/24 1557/20
 1558/1 1562/12 1567/18
 1578/5 1590/11
**fight [1]** 1495/15
**figure [1]** 1491/24
**file [4]** 1474/24 1474/25
 1488/7 1488/8
**filed [1]** 1419/7
**fill [1]** 1564/5
**filled [2]** 1536/9 1536/11
**final [3]** 1526/19 1529/10
 1554/1
**finally [9]** 1425/9 1454/11
 1465/23 1474/21 1509/19
 1520/10 1533/2 1590/3 1590/5
**finders [3]** 1551/2 1614/11
 1614/16
**fine [13]** 1426/3 1454/5
 1457/18 1457/21 1483/4
 1493/21 1524/11 1543/2
 1549/11 1586/5 1590/13
 1593/25 1596/13
**finish [5]** 1479/25 1590/11
 1619/17 1620/10 1620/16
**finished [3]** 1488/24 1502/13
 1586/1
**finishing [1]** 1479/2
**fire [1]** 1439/23
**firm [2]** 1420/2 1592/7
**firms [1]** 1431/6
**first [62]** 1419/6 1420/23

1422/8 1422/9 1423/24
1425/24 1426/7 1429/2 1429/3
1431/2 1434/12 1444/16
1444/21 1447/11 1453/11
1454/3 1464/9 1466/6 1477/4
1477/11 1478/1 1478/2 1485/2
1485/4 1489/9 1489/10
1489/15 1498/7 1499/14
1504/1 1508/5 1510/24
1523/24 1523/25 1528/4
1537/12 1538/19 1547/2
1547/19 1548/1 1549/19
1550/22 1550/23 1551/1
1551/6 1551/9 1551/25 1552/4
1552/21 1557/20 1560/20
1561/17 1568/21 1571/19
1573/3 1584/25 1585/2
1597/22 1598/2 1615/7 1617/4
1617/6
**first-class [1]** 1422/8
**fish [1]** 1619/23
**five [4]** 1524/14 1526/2
 1540/16 1568/22
**five-minute [1]** 1568/22
**fixed [1]** 1499/4
**flashing [1]** 1441/23
**flew [4]** 1451/15 1454/24
 1495/7 1510/19
**flexible [1]** 1452/14
**flight [10]** 1439/7 1480/10
 1496/20 1546/6 1554/23
 1555/15 1581/15 1584/21
 1598/2 1598/6
**flights [9]** 1439/7 1446/23
 1471/16 1480/8 1597/10
 1597/12 1597/13 1597/19
 1597/24
**floor [2]** 1417/16 1527/22
**Florida [1]** 1506/2
**fly [2]** 1496/20 1496/23
**flying [2]** 1439/4 1485/23
**focus [1]** 1574/15
**focused [1]** 1421/22
**focusing [1]** 1449/24
**follow [1]** 1514/15
**followed [2]** 1437/16 1615/20
**following [10]** 1440/23
 1491/2 1514/20 1516/10
 1516/12 1525/16 1526/6
 1526/7 1543/4 1576/2
**followup [1]** 1571/25
**food [4]** 1454/3 1465/23
 1465/23 1530/12
**force [1]** 1559/9
**forced [8]** 1421/8 1425/11
 1426/7 1426/10 1534/5
 1534/12 1539/1 1559/9
**forgive [8]** 1515/2 1519/17
 1519/17 1542/8 1560/4 1583/1
 1595/4 1611/2
**forgot [1]** 1440/12
**form [8]** 1442/15 1442/18
 1547/7 1561/9 1563/21 1566/5
 1583/17 1594/17
**forms [1]** 1432/6
**forth [7]** 1493/24 1497/11

1509/12 1553/25 1555/2
1590/2 1599/11
**fortunate [1]** 1585/11
**forward [1]** 1476/3
**four [7]** 1454/18 1520/19
 1522/12 1522/18 1537/12
 1540/16 1595/5
**fours [1]** 1512/25
**fourth [2]** 1420/24 1526/19
**fragile [5]** 1587/6 1587/13
 1587/14 1599/13 1600/9
**free [6]** 1452/11 1452/16
 1452/17 1505/1 1556/10
 1584/13
**freedom [2]** 1422/2 1422/12
**freedoms [2]** 1423/12 1423/13
**freely [2]** 1573/23 1576/13
**Friday [3]** 1474/13 1527/5
 1621/10
**friend [14]** 1435/20 1435/21
 1435/22 1472/10 1475/7
 1475/21 1480/19 1527/4
 1546/17 1546/18 1546/19
 1552/16 1552/19 1587/5
**friendly [3]** 1446/4 1446/6
 1553/2
**friends [10]** 1435/14 1443/15
 1445/7 1446/7 1447/2 1454/2
 1454/8 1456/16 1458/5
 1508/15
**front [14]** 1450/25 1451/6
 1485/11 1488/10 1536/25
 1537/8 1539/5 1564/17 1567/4
 1569/25 1570/7 1588/7
 1600/16 1600/17
**fruit [5]** 1453/24 1453/25
 1465/1 1465/25 1469/14
**fuck [1]** 1570/16
**Fucking [1]** 1506/11
**full [9]** 1421/3 1436/2
 1436/3 1444/18 1461/22
 1462/13 1474/22 1596/12
 1611/16
**full-day [1]** 1421/3
**fun [20]** 1454/10 1457/11
 1457/23 1458/4 1491/9 1492/2
 1492/2 1492/2 1493/5 1493/6
 1494/25 1506/3 1513/21
 1525/13 1526/11 1526/13
 1526/15 1600/12 1601/15
 1602/2
**Fund [1]** 1568/23
**funny [1]** 1558/18
**fur [4]** 1577/22 1578/2
 1578/4 1578/11
**fur-lined [4]** 1577/22 1578/2
 1578/4 1578/11
**furniture [4]** 1432/16
 1432/18 1432/22 1433/1
**future [1]** 1596/17

**G**

**gag [8]** 1459/13 1462/18
 1462/22 1463/9 1463/12
 1463/25 1530/7 1604/22
**gagged [1]** 1459/13

**G**

gags [3]   1462/25 1582/6
1604/15
game [2]   1518/18 1519/12
garbage [2]   1570/23 1571/4
Geez [1]   1485/24
general [6]   1485/20 1487/18
1487/19 1487/20 1511/3
1559/16
generally [12]   1424/9
1446/15 1503/14 1508/11
1511/2 1511/16 1521/6
1529/18 1547/19 1590/22
1597/22 1599/8
gentleman's [1]   1527/3
gentlemen [7]   1427/20
1479/10 1484/13 1530/20
1590/14 1613/14 1619/9
get-together [3]   1527/22
1617/4 1617/6
get-togethers [1]   1617/8
GILBERT [5]   1418/4 1567/15
1568/3 1568/10 1568/10
girl [7]   1464/1 1511/22
1513/25 1514/1 1515/11
1601/23 1608/9
girlfriend [5]   1437/24
1490/12 1492/19 1502/20
1508/15
girlfriend's [1]   1474/2
girlfriends [3]   1503/20
1508/15 1509/3
girls [5]   1471/6 1485/5
1485/10 1495/2 1495/3
given [2]   1523/10 1542/18
glad [1]   1526/9
glass [7]   1464/24 1464/25
1476/24 1477/21 1501/15
1501/16 1502/15
gmail.com [1]   1418/12
goal [2]   1443/9 1443/10
God [4]   1471/5 1489/13
1515/23 1563/2
golf [2]   1447/1 1496/5
gonna [2]   1438/24 1522/8
Googling [1]   1620/2
gosh [2]   1458/1 1556/14
gotcha [2]   1454/20 1457/16
grab [1]   1454/3
graduated [5]   1429/24
1429/25 1430/4 1430/9
1430/21
grand [3]   1452/5 1458/12
1524/14
graphic [2]   1512/9 1528/24
Gray [1]   1442/19
great [5]   1453/3 1489/12
1492/2 1517/25 1558/20
green [3]   1514/17 1561/17
1561/17
greet [2]   1485/14 1581/20
grew [3]   1429/18 1429/19
1429/24
ground [1]   1460/9
grounds [2]   1483/3 1542/3
group [4]   1456/18 1457/25

1492/17 1503/4
GROVER [1]   1418/7
grow [1]   1487/12
grown [1]   1431/11
guarantee [1]   1619/16
guess [12]   1433/11 1434/7
1436/6 1438/19 1442/18
1457/10 1502/24 1508/15
1528/8 1551/17 1561/24
1620/13
guessing [1]   1489/2
gun [1]   1559/5
guy [4]   1436/19 1437/9
1493/13 1493/20
guys [3]   1526/14 1526/15
1526/15

**H**

H3 [4]   1494/21 1503/23
1507/18 1570/5
H3-1 [1]   1503/23
Ha-ha [2]   1474/4 1494/16
habit [1]   1589/1
had -- were [1]   1470/9
hair [2]   1463/5 1463/5
half [8]   1431/19 1445/11
1455/11 1468/14 1479/3
1498/20 1522/13 1527/5
half-price [1]   1527/5
halfish [1]   1487/8
Hallman [1]   1565/11
hallmark [2]   1585/17 1585/21
HAMPTON [1]   1418/2
hand [4]   1430/17 1432/9
1505/16 1505/17
handcuffs [4]   1529/3 1578/2
1578/4 1605/12
hands [4]   1441/23 1463/21
1463/22 1521/8 1578/16
1605/13 1605/21 1605/24
1606/3
hang [3]   1467/6 1562/3
1564/19
hanging [2]   1490/7 1492/2
happy [6]   1466/22 1525/13
1525/14 1525/14 1526/11
1526/14
hard [10]   1460/25 1489/19
1504/16 1549/20 1561/16
1561/21 1564/14 1575/2
1590/19 1593/22
hardware [1]   1460/21
Harvard [2]   1430/5 1430/18
HASSEN [31]   1417/4 1435/7
1437/19 1441/3 1444/21
1520/12 1520/14 1520/20
1523/12 1525/4 1526/19
1528/14 1529/4 1529/10
1530/10 1553/7 1562/20
1563/2 1579/18 1579/23
1580/9 1581/4 1581/6 1583/21
1586/17 1594/10 1594/15
1594/21 1595/4 1600/10
1601/22
Hassen's [2]   1427/1 1530/5
Hathaway [2]   1536/4 1536/7

hazardous [1]   1443/24
head [4]   1437/1 1478/10
1486/14 1559/6
headed [2]   1471/17 1488/19
heard [52]   1421/17 1429/13
1431/13 1432/5 1432/7
1434/18 1436/14 1439/16
1441/3 1442/9 1443/14 1444/6
1444/20 1444/23 1446/19
1453/24 1454/9 1475/11 1486/4
1493/1 1518/4 1529/1 1535/22
1536/18 1550/25 1551/2
1551/25 1559/4 1561/6 1563/5
1572/4 1572/21 1573/1
1574/20 1574/22 1574/24
1575/20 1584/4 1585/23
1586/4 1586/8 1586/22
1586/25 1587/2 1589/20
1594/7 1594/8 1595/9 1597/4
1604/18 1604/20 1606/12
hearsay [3]   1482/6 1482/16
1483/3
heart [3]   1474/4 1491/10
1494/16
heels [1]   1514/1
held [3]   1482/1 1541/22
1609/1
hen [1]   1558/5
her's [1]   1492/19
herself [8]   1449/16 1450/3
1452/13 1480/12 1483/7
1505/12 1506/15 1573/6
Hi [1]   1532/14
high [3]   1429/22 1429/23
1430/1
highlight [3]   1455/25 1468/7
1588/8
highlighted [4]   1546/2
1547/18 1557/20 1558/3
highlighting [1]   1603/13
highly [1]   1619/17
Hillary [1]   1565/7
hired [3]   1568/17 1573/8
1576/5
hit [1]   1528/17
hitting [3]   1451/16 1478/3
1529/3
hmm [1]   1593/10
hold [4]   1507/17 1572/12
1574/7 1598/25
holding [4]   1464/24 1464/25
1501/11 1501/16
Holy [1]   1570/16
home [9]   1472/15 1489/3
1505/20 1506/3 1511/19
1517/12 1588/25 1588/25
1619/9
Honor [102]   1419/15 1420/2
1420/4 1420/10 1420/12
1421/17 1421/19 1421/25
1422/19 1425/21 1426/5
1426/23 1427/10 1427/23
1429/9 1449/18 1467/14
1479/20 1481/16 1482/4
1483/4 1483/5 1484/19 1504/9
1504/11 1507/19 1507/22

**H**

**Honor... [75]**   1507/23 1508/1
 1508/4 1530/17 1532/8
 1533/14 1533/17 1533/19
 1535/23 1537/5 1537/10
 1538/7 1538/17 1541/20
 1542/2 1542/7 1542/17 1544/2
 1545/13 1547/12 1547/13
 1548/2 1553/20 1554/8 1557/7
 1557/17 1562/19 1565/20
 1566/5 1574/11 1575/8
 1576/16 1578/24 1579/6
 1579/7 1580/12 1580/19
 1580/22 1582/24 1583/16
 1583/20 1586/1 1586/6
 1588/10 1590/13 1590/24
 1592/3 1593/5 1600/1 1600/3
 1600/7 1601/9 1603/10 1604/9
 1604/11 1608/22 1609/4
 1609/8 1609/12 1609/21
 1610/15 1610/16 1611/14
 1611/25 1612/2 1612/14
 1612/16 1613/6 1613/18
 1619/5 1619/6 1620/9 1620/13
 1621/2 1621/5
**HONORABLE [1]**   1417/12
**hook [1]**   1503/20
**hooked [1]**   1434/22
**hope [2]**   1489/17 1621/6
**hopefully [2]**   1443/25 1620/8
**hopped [1]**   1522/25
**HOPPER [36]**   1417/4 1435/23
 1507/21 1510/11 1510/13
 1510/15 1510/23 1511/7
 1511/12 1512/4 1512/13
 1512/18 1513/8 1514/13
 1514/18 1516/14 1518/4
 1518/12 1518/22 1519/9
 1520/7 1523/5 1547/25 1548/8
 1553/5 1584/1 1587/5 1587/12
 1589/7 1589/18 1597/19
 1599/12 1599/16 1616/16
 1616/22 1616/23
**horrific [1]**   1533/10
**hospital [1]**   1495/13
**hot [5]**   1475/20 1491/9
 1516/2 1516/4 1608/9
**hotel [11]**   1436/13 1444/2
 1444/17 1444/18 1444/20
 1447/1 1487/4 1487/21 1521/4
 1521/21 1590/3
**hotels [1]**   1521/19
**hottest [2]**   1569/23 1570/17
**hour [11]**   1419/22 1455/11
 1468/14 1477/19 1479/3
 1487/8 1498/20 1522/13
 1530/21 1530/25 1621/13
**hourish [1]**   1477/20
**hours [7]**   1420/7 1469/19
 1487/8 1487/23 1498/20
 1498/20 1599/17
**HOWARD [6]**   1417/8 1417/19
 1418/2 1427/24 1429/2
 1613/21
**Howie [7]**   1441/19 1455/16
 1491/8 1520/4 1524/21

 1588/21 1594/11
**Howie's [1]**   1545/18
**huff [1]**   1467/3
**hum [2]**   1442/11 1452/20
**humiliation [2]**   1432/3
 1432/4
**hung [1]**   1488/1
**hurt [1]**   1561/7
**husband [1]**   1445/17
**hysterically [1]**   1521/9

**I**

**I-4 [2]**   1465/3 1544/5
**idea [5]**   1513/18 1517/20
 1584/18 1619/14 1619/15
**ill [1]**   1495/10
**imagine [1]**   1613/22
**immediately [8]**   1440/2
 1448/18 1491/2 1513/8
 1513/23 1514/3 1526/6
 1599/21
**implements [1]**   1529/1
**important [4]**   1590/21
 1602/24 1612/9 1612/10
**importantly [1]**   1438/20
**impossible [1]**   1451/22
**impression [1]**   1609/16
**inaccurate [1]**   1464/6
**inappropriate [1]**   1420/5
**incident [11]**   1534/16
 1534/21 1535/10 1538/4
 1539/8 1560/18 1560/20
 1575/12 1583/3 1601/22
 1609/10
**incidents [1]**   1538/18
**include [1]**   1445/25
**included [3]**   1422/1 1453/2
 1541/7
**includes [1]**   1561/19
**including [1]**   1506/18
**incorrect [7]**   1550/18
 1550/19 1571/17 1577/13
 1578/18 1595/1 1597/25
**indicate [3]**   1448/2 1476/2
 1492/4
**indicated [1]**   1481/3
**indicates [1]**   1448/4
**indicating [1]**   1440/16
**inflict [3]**   1432/11 1432/13
 1432/14
**inflicting [2]**   1433/12
 1433/13
**influenced [1]**   1436/5
**info [2]**   1526/12 1546/7
**information [6]**   1482/25
 1503/1 1595/21 1596/11
 1596/13 1596/22
**initial [1]**   1438/16
**injured [1]**   1560/17
**injuries [2]**   1609/6 1609/9
**injury [1]**   1443/24
**inquire [1]**   1429/8
**insane [1]**   1491/8
**inserted [2]**   1453/2 1502/7
**inside [2]**   1501/24 1502/7
**insisted [1]**   1618/23

**instance [4]**   1432/10 1432/14
 1437/18 1437/23
**instances [1]**   1512/3
**instead [4]**   1538/23 1540/23
 1598/13 1602/24
**instruction [4]**   1482/24
 1483/1 1483/4 1483/10
**instrument [1]**   1500/16
**intend [3]**   1592/12 1610/15
 1610/23
**intended [2]**   1610/11 1610/17
**intense [5]**   1438/21 1438/21
 1438/22 1438/22 1462/11
**interactions [1]**   1549/13
**intercourse [8]**   1528/13
 1565/7 1565/16 1615/7
 1615/11 1615/11 1615/14
 1615/15
**interest [1]**   1523/1
**interested [8]**   1472/14
 1484/11 1490/13 1508/18
 1511/14 1511/15 1511/23
 1615/21
**interesting [1]**   1490/21
**internet [11]**   1433/21
 1433/21 1433/25 1434/2
 1434/13 1434/17 1435/10
 1435/11 1435/17 1439/20
 1443/19
**interrogatories [5]**   1535/20
 1536/10 1536/11 1537/6
 1563/24
**interrogatory [4]**   1536/7
 1537/7 1538/9 1542/11
**interrupt [1]**   1554/18
**interrupts [1]**   1421/24
**introduce [6]**   1435/13 1467/5
 1507/4 1542/18 1550/11
 1550/13
**introduced [9]**   1435/15
 1435/21 1435/22 1435/23
 1436/10 1437/21 1475/7
 1507/8 1510/18
**introducing [3]**   1437/24
 1438/2 1507/25
**invited [1]**   1466/20
**involve [1]**   1617/10
**involved [8]**   1432/16 1433/18
 1445/5 1445/8 1516/15
 1571/12 1575/12 1609/18
**involves [1]**   1433/5
**involving [1]**   1609/20
**ISAACS [1]**   1417/22
**ish [1]**   1498/21
**issue [4]**   1420/18 1422/11
 1600/9 1611/12
**issues [6]**   1419/17 1419/19
 1419/21 1423/2 1547/20
 1566/1
**It's...you [1]**   1441/18
**items [2]**   1580/4 1616/14
**itself [3]**   1432/18 1494/10
 1539/25

**J**

**January [18]**   1448/6 1448/8

**J**

**January... [16]**   1512/21 1583/13 1584/3 1588/4 1588/16 1608/8 1608/16 1616/16 1616/19 1616/22 1617/5 1617/5 1617/23 1617/24 1618/3 1618/7
**January 13th [1]**   1618/3
**January 2016 [3]**   1583/13 1584/3 1617/5
**January 20th [5]**   1616/16 1616/19 1616/22 1617/24 1618/7
**January 27 [1]**   1608/8
**January 27th [2]**   1588/4 1588/16
**January 9th [1]**   1617/23
**Jen [19]**   1445/1 1445/6 1445/15 1446/10 1446/12 1455/2 1465/22 1466/1 1476/6 1480/8 1503/3 1503/5 1503/5 1555/7 1556/9 1556/15 1558/12 1608/18 1612/8
**Jen's [1]**   1445/21
**JENNIFER [18]**   1417/8 1418/6 1545/21 1553/24 1555/14 1556/13 1571/11 1571/25 1572/7 1573/18 1573/21 1574/21 1574/25 1576/2 1581/16 1584/19 1587/4 1601/12
**Jeremy [10]**   1572/4 1572/9 1573/12 1573/13 1573/19 1573/21 1573/22 1575/24 1576/9 1576/12
**Jersey [2]**   1430/13 1532/25
**job [3]**   1431/2 1431/6 1431/7
**JOHN [1]**   1417/17
**join [7]**   1454/4 1454/4 1466/18 1466/20 1476/8 1527/12 1528/4
**joined [3]**   1454/9 1522/5 1528/5
**joining [1]**   1475/17
**JOLENE [1]**   1418/8
**Jones [5]**   1556/11 1556/16 1556/17 1556/18 1556/20
**JUDGE [4]**   1417/12 1419/2 1610/4 1610/22
**Judge Cogan [1]**   1419/2
**judgment [2]**   1419/6 1420/16
**July [12]**   1504/7 1504/7 1511/1 1518/22 1519/2 1519/14 1519/16 1520/8 1520/8 1520/8 1581/7 1589/17
**July 18th [2]**   1504/7 1504/7
**July 26th [1]**   1589/17
**July 28th [2]**   1518/22 1519/2
**June [24]**   1463/16 1464/11 1464/16 1464/18 1465/9 1467/25 1468/1 1521/3 1523/22 1523/25 1524/18 1537/15 1539/2 1540/8 1540/11 1540/24 1541/2 1542/5 1544/16 1553/8 1600/11 1601/4 1601/22

1613/21
**June 13 [1]**   1613/21
**June 5 [1]**   1600/11
**June 5th [1]**   1524/18
**jury [51]**   1417/13 1419/1 1421/13 1427/17 1427/18 1429/21 1430/22 1431/16 1432/5 1433/7 1433/17 1437/15 1443/7 1453/19 1454/16 1464/7 1464/20 1465/19 1476/19 1479/12 1479/17 1479/18 1480/17 1482/3 1493/2 1498/4 1516/24 1526/24 1530/24 1532/2 1532/3 1532/5 1533/8 1535/22 1537/4 1549/18 1559/4 1580/16 1580/18 1590/17 1592/23 1593/2 1595/24 1608/7 1609/3 1609/16 1613/13 1613/14 1619/20 1620/5 1621/8
**jury's [6]**   1425/19 1427/14 1429/13 1432/2 1500/15 1500/25

**K**

**Kali [4]**   1508/21 1509/4 1509/14 1550/3
**Kat [3]**   1609/5 1609/6 1609/9
**KATHERINE [1]**   1418/4
**Kato [3]**   1521/22 1522/1 1523/6
**Katrina [10]**   1492/20 1493/10 1494/4 1494/4 1496/7 1609/15 1609/18 1609/24 1610/25 1611/16
**Kaufman [1]**   1426/11
**keep [3]**   1442/6 1443/11 1458/9
**keeps [1]**   1586/2
**Kenzi [2]**   1509/8 1509/13
**key [2]**   1421/15 1514/3
**kicked [1]**   1529/7
**kicking [1]**   1434/2
**kid [1]**   1452/13
**kids [3]**   1431/11 1445/15 1445/17
**kill [1]**   1502/22
**Kim [2]**   1521/22 1523/6
**kinds [1]**   1598/22
**knob [1]**   1501/19
**known [1]**   1442/18
**knows [4]**   1509/6 1509/16 1509/25 1545/23
**Kristina [1]**   1565/11

**L**

**labor [3]**   1421/8 1426/7 1426/9
**lack [1]**   1570/4
**ladies [8]**   1427/20 1479/9 1484/13 1485/14 1530/20 1590/14 1613/14 1619/9
**lady [1]**   1458/24
**Lafayette [1]**   1430/3
**laid [4]**   1420/11 1522/9

1522/20 1608/9
**language [6]**   1572/8 1573/12 1576/8 1576/11 1576/12 1596/8
**large [1]**   1532/22
**larger [1]**   1474/11
**Las [1]**   1430/17
**lasted [1]**   1447/20
**late [11]**   1419/22 1421/10 1424/15 1445/11 1455/3 1455/10 1458/3 1492/14 1530/3 1530/4 1621/1
**lateness [1]**   1426/16
**laugh [1]**   1558/11
**laughed [1]**   1600/15
**laughs [1]**   1601/19
**laughter [2]**   1558/16 1558/17
**LAVIGNE [1]**   1418/8
**LAVIGNE-ALBERT [1]**   1418/8
**law [3]**   1419/7 1424/2 1424/5
**Lawson [2]**   1565/2 1565/7
**lawyer [17]**   1443/3 1443/6 1532/23 1567/14 1568/18 1571/16 1571/19 1572/4 1572/8 1572/9 1572/9 1573/8 1574/25 1575/25 1576/6 1576/12 1576/13
**lawyer's [1]**   1595/19
**lawyers [9]**   1536/12 1536/22 1537/15 1537/24 1563/16 1564/5 1566/4 1567/18 1568/17
**LD [5]**   1472/7 1472/13 1524/23 1525/1 1601/23
**leading [1]**   1446/14
**learn [1]**   1475/17
**learned [1]**   1433/18
**learning [2]**   1487/13 1584/25
**least [12]**   1420/20 1426/6 1565/21 1576/5 1582/18 1582/20 1584/20 1587/2 1589/8 1597/5 1601/21 1607/24
**leather [1]**   1605/14
**leave [25]**   1423/13 1468/22 1474/14 1478/6 1493/21 1523/2 1539/9 1577/17 1577/20 1577/25 1578/2 1578/5 1578/9 1578/12 1582/1 1584/13 1601/16 1609/16 1616/2 1616/10 1616/12 1616/13 1616/14 1620/22 1621/11
**leaves [2]**   1479/14 1619/13
**leaving [1]**   1494/9
**left [22]**   1422/23 1425/25 1467/3 1469/8 1469/16 1469/16 1472/24 1478/4 1478/5 1479/3 1487/21 1489/3 1491/12 1491/13 1493/22 1494/17 1494/18 1514/24 1523/4 1551/10 1552/21 1621/7
**legal [1]**   1606/16
**lengthened [1]**   1424/10
**less [1]**   1599/8

**L**

**letter [3]**   1420/3 1420/7 1420/11
**LI [1]**   1418/8
**lie [4]**   1517/12 1574/24 1575/21 1575/22
**lied [3]**   1534/11 1552/8 1602/7
**lies [3]**   1533/12 1534/1 1534/15
**life [7]**   1439/8 1443/12 1446/14 1447/3 1466/8 1532/23 1615/24
**light [22]**   1440/14 1440/19 1440/19 1440/20 1441/13 1478/4 1478/13 1490/3 1490/4 1499/15 1499/16 1499/20 1500/1 1500/2 1560/6 1560/6 1602/16 1602/16 1604/4 1604/5 1619/1 1619/2
**likely [3]**   1619/15 1619/17 1619/22
**limitations [2]**   1424/5 1424/12
**limited [1]**   1426/9
**limiting [1]**   1482/23
**LINDA [1]**   1418/11
**LindaDan226 [1]**   1418/12
**line [21]**   1485/1 1485/5 1485/9 1485/12 1491/20 1491/25 1508/21 1509/15 1509/25 1510/4 1542/3 1558/14 1561/15 1561/17 1565/21 1566/20 1567/3 1568/1 1588/13 1590/19 1601/2
**Line 128 [1]**   1491/25
**line 15 [1]**   1568/1
**line 18 [1]**   1567/3
**Line 25 [2]**   1485/1 1485/5
**Line 30 [1]**   1485/9
**line 313 [1]**   1508/21
**line 340 [1]**   1509/15
**Line 46 [1]**   1485/12
**line 833 [1]**   1509/25
**line 842 [1]**   1510/4
**lined [6]**   1505/20 1577/22 1578/2 1578/4 1578/11 1592/24
**lines [9]**   1443/20 1491/25 1494/21 1494/23 1507/24 1509/20 1537/12 1557/20 1570/6
**lingerie [3]**   1488/3 1522/21 1522/23
**listed [2]**   1448/7 1448/19
**listing [1]**   1596/11
**lists [1]**   1613/23
**litigated [1]**   1421/1
**litigation [1]**   1613/23
**lively [1]**   1493/5
**LLP [3]**   1417/19 1418/2 1418/6
**local [1]**   1429/25
**locking [1]**   1572/16
**logistics [3]**   1446/11

1446/17 1447/3
**LOL [3]**   1492/1 1506/2 1562/1
**long-term [1]**   1618/17
**looked [3]**   1448/5 1460/15 1490/20
**looks [1]**   1580/9
**loose [1]**   1621/11
**Loredana [10]**   1472/10 1523/21 1524/3 1525/1 1525/14 1527/2 1527/10 1527/18 1528/1 1594/7
**Loredana's [1]**   1569/6
**love [17]**   1468/22 1474/1 1474/4 1474/14 1485/10 1491/9 1491/10 1514/23 1515/9 1515/10 1515/16 1519/21 1524/23 1526/14 1539/9 1558/5 1588/25
**loved [1]**   1495/1
**lover [1]**   1494/15
**lunch [19]**   1498/7 1498/16 1498/17 1498/19 1498/23 1498/24 1499/3 1499/6 1517/3 1517/3 1530/4 1527/5 1530/1 1530/3 1530/4 1530/15 1530/21 1530/23 1531/1
**lunchtime [1]**   1420/7
**lying [4]**   1421/7 1460/9 1528/23 1534/6
**LYTELL [68]**   1417/3 1435/22 1479/6 1479/25 1480/16 1480/23 1484/8 1484/21 1485/2 1485/13 1486/4 1486/11 1486/12 1486/14 1486/21 1488/9 1490/8 1490/24 1491/12 1491/22 1492/8 1492/23 1493/18 1493/24 1493/24 1494/8 1494/17 1494/24 1495/6 1503/10 1503/15 1504/6 1504/18 1506/20 1506/23 1507/8 1507/20 1509/24 1510/2 1548/20 1549/9 1551/6 1551/10 1551/12 1551/23 1553/24 1560/18 1565/10 1565/17 1571/8 1571/16 1571/19 1571/24 1572/3 1572/21 1573/2 1581/9 1589/20 1609/10 1609/19 1609/21 1610/20 1611/4 1611/13 1614/4 1614/11 1614/16 1614/20
**Lytell's [4]**   1493/1 1553/23 1598/6 1615/18

**M**

**M-looking [1]**   1488/3
**ma'am [1]**   1614/18
**machine [2]**   1459/13 1464/2
**madam [2]**   1434/22 1520/15
**magazines [1]**   1433/22
**mail [1]**   1546/6
**mails [2]**   1487/17 1607/13
**mainstream [1]**   1442/18
**maintain [1]**   1446/22
**maintenance [2]**   1446/20

1446/20
**major [1]**   1555/1
**man [6]**   1434/23 1439/25 1553/14 1554/2 1554/17 1585/12
**manage [1]**   1478/6
**management [4]**   1555/22 1555/25 1556/6 1568/23
**Mandarin [2]**   1521/4 1521/20
**MANDEEP [1]**   1417/17
**Manhattan [3]**   1509/21 1521/21 1595/16
**manipulated [2]**   1587/1 1587/2
**marbles [1]**   1463/13
**March [13]**   1417/7 1450/4 1450/15 1450/18 1450/23 1451/5 1475/10 1475/15 1476/12 1545/13 1548/13 1557/21 1621/19
**March 2016 [1]**   1475/10
**Marie [2]**   1490/14 1490/17
**Marie's [1]**   1490/19
**mark [9]**   1455/16 1455/17 1508/22 1508/22 1516/2 1538/11 1616/10 1616/12 1616/13
**marked [4]**   1447/24 1449/10 1613/11 1613/19
**marks [11]**   1577/12 1577/17 1577/20 1577/25 1578/2 1578/6 1578/9 1578/12 1616/3 1616/14 1617/25
**married [6]**   1431/8 1431/9 1442/22 1443/10 1445/20 1445/21
**Massachusetts [2]**   1429/18 1429/19
**master [2]**   1470/15 1488/2
**matter [3]**   1419/7 1423/9 1621/19
**matters [1]**   1482/14
**MB [1]**   1444/24
**McDONALD [2]**   1417/20 1518/6
**McLean [1]**   1426/8
**meals [2]**   1530/1 1530/10
**mean [37]**   1431/18 1432/7 1433/2 1433/14 1434/5 1434/22 1436/7 1441/8 1442/20 1447/5 1447/20 1448/20 1451/21 1457/22 1469/16 1472/3 1477/16 1478/18 1488/15 1490/18 1491/1 1498/9 1498/12 1500/21 1503/17 1505/11 1509/12 1509/13 1518/24 1535/11 1536/9 1537/19 1539/17 1553/17 1606/25 1620/7 1620/17
**meaning [5]**   1420/19 1423/14 1426/25 1471/17 1571/23
**means [2]**   1526/16 1558/10
**meant [2]**   1440/14 1560/8
**measure [1]**   1424/20
**mechanical [1]**   1418/14
**mechanically [1]**   1424/25

**M**

**medication [1]**  1516/20
**meet [33]**  1435/18 1437/8
1438/5 1444/25 1445/2
1447/12 1447/15 1456/5
1475/6 1476/10 1480/17
1484/12 1485/14 1486/3
1492/23 1496/9 1496/17
1497/1 1497/12 1498/5 1505/1
1510/13 1510/15 1510/23
1520/14 1521/18 1536/23
1548/25 1550/3 1564/1
1580/25 1581/19 1619/19
**meeting [17]**  1434/17 1435/11
1446/11 1466/17 1467/23
1477/12 1482/15 1485/13
1489/10 1503/13 1510/20
1545/4 1549/2 1549/6 1564/5
1568/3 1617/24
**meets [2]**  1436/18 1551/17
**memory [6]**  1498/15 1498/15
1524/5 1524/11 1553/9 1566/11
**men [4]**  1434/4 1434/23
1434/23 1434/24
**mentally [3]**  1587/6 1587/13
1587/14
**mention [3]**  1443/13 1499/5
1609/24
**mentioned [15]**  1432/12
1433/4 1436/21 1437/13
1440/15 1462/1 1462/11
1466/10 1470/6 1485/19
1497/7 1521/22 1523/21
1615/24 1618/14
**mentioning [1]**  1458/14
**mentions [1]**  1611/16
**mercy [1]**  1441/4
**merely [1]**  1484/15
**mess [2]**  1600/12 1601/15
**messages [12]**  1454/16 1465/6
1491/15 1504/6 1507/19
1606/12 1606/16 1606/20
1607/4 1607/7 1612/21
1613/20
**met [39]**  1420/24 1434/19
1437/14 1437/17 1439/13
1441/4 1445/1 1445/3 1445/10
1446/7 1469/22 1475/11
1476/11 1476/20 1480/23
1487/3 1489/9 1489/15 1492/8
1492/24 1498/9 1498/21
1510/17 1510/24 1521/18
1536/7 1547/19 1548/10
1549/19 1551/6 1551/12
1551/23 1566/3 1566/14
1567/10 1567/13 1567/18
1568/9 1568/10
**method [3]**  1435/19 1439/23
1439/23
**MIA [75]**  1417/3 1435/22
1479/6 1481/1 1481/9 1488/2
1490/3 1491/1 1491/10
1491/17 1492/16 1492/17
1493/10 1493/12 1493/25
1494/4 1494/16 1496/6
1499/15 1503/11 1503/16

1503/17 1508/13 1532/18
1548/20 1549/9 1549/10
1549/13 1549/14 1550/2
1551/6 1551/12 1551/23
1552/13 1552/18 1552/19
1552/21 1553/24 1558/3
1560/17 1561/2 1561/25
1562/8 1562/8 1569/22 1571/8
1571/12 1571/16 1572/7
1572/8 1573/12 1573/18
1573/19 1573/21 1574/17
1574/24 1575/9 1575/15
1575/20 1575/22 1576/8
1576/18 1581/9 1581/13
1581/16 1581/18 1583/23
1589/20 1590/2 1598/6
1609/19 1609/21 1611/4
1611/13 1615/15
**Mia's [6]**  1508/25 1573/14
1573/15 1574/23 1576/2
1576/12
**Miami [3]**  1475/20 1496/2
1496/5
**mic [1]**  1533/20
**MICHAEL [1]**  1418/4
**Michelle [5]**  1521/22 1527/4
1527/10 1527/18 1528/1
**microphone [1]**  1429/7
**mid [4]**  1433/16 1444/17
1584/25 1585/3
**mid-2000 [1]**  1433/16
**mid-2000s [2]**  1584/25 1585/3
**middle [1]**  1437/3
**Middlesex [1]**  1532/25
**midnight [3]**  1455/5 1455/11
1455/14
**midst [1]**  1436/23
**Midtown [3]**  1493/5 1521/21
1595/16
**might [11]**  1432/13 1432/24
1434/7 1436/25 1452/10
1556/9 1556/10 1556/12
1556/15 1588/1 1621/8
**mind [9]**  1424/15 1458/16
1462/13 1482/7 1482/11
1482/13 1482/14 1483/10
1619/3
**mine [4]**  1470/10 1496/6
1511/17 1556/19
**MINHAS [1]**  1417/17
**minimum [2]**  1436/14 1437/12
**minute [3]**  1436/17 1550/20
1568/22
**minutes [11]**  1427/13 1439/6
1462/12 1465/17 1479/13
1489/3 1513/11 1590/11
1590/14 1619/10 1620/21
**mischaracterization [1]**
1605/15
**misconstrued [1]**  1423/25
**misleading [2]**  1542/3
1609/16
**missed [3]**  1530/19 1569/5
1590/20
**missing [1]**  1448/4
**misstates [1]**  1614/12

**mistake [1]**  1557/11
**modified [1]**  1586/13
**moment [7]**  1456/16 1508/9
1514/8 1556/12 1610/14
1611/15 1619/5
**momentarily [1]**  1621/12
**Monday [7]**  1562/21 1568/3
1619/19 1619/24 1620/16
1621/4 1621/8
**money [20]**  1430/12 1434/6
1434/10 1435/1 1439/7 1451/3
1471/18 1480/9 1489/12
1497/2 1499/3 1502/23
1524/22 1532/22 1547/1
1550/12 1554/20 1584/21
1594/11 1596/25
**monitored [1]**  1571/23
**month [7]**  1474/22 1492/11
1495/7 1525/7 1552/13
1556/23 1562/13
**months [7]**  1430/16 1430/18
1495/25 1575/24 1575/25
1576/21 1576/23
**mood [4]**  1442/3 1442/4
1442/6 1466/25
**MOORE [49]**  1417/3 1435/23
1445/19 1479/6 1479/25
1480/16 1480/23 1484/7
1484/22 1485/3 1485/13
1486/4 1486/10 1486/11
1486/17 1488/9 1490/7
1490/25 1492/1 1496/13
1496/17 1496/25 1498/23
1499/2 1499/9 1499/10 1500/5
1501/23 1502/10 1503/6
1505/6 1505/23 1506/15
1506/20 1546/13 1546/14
1546/15 1547/1 1548/18
1548/22 1561/19 1562/13
1565/3 1565/8 1569/17 1571/3
1581/9 1615/7 1615/14
**Moore's [5]**  1570/16 1570/21
1571/1 1597/24 1598/2
**morning [25]**  1419/4 1419/5
1419/6 1420/10 1427/20
1429/12 1479/9 1492/13
1495/14 1520/3 1534/18
1535/7 1538/3 1539/20
1544/14 1544/17 1547/23
1550/17 1551/10 1553/9
1553/11 1584/24 1619/24
1620/1 1621/9
**mortgage [2]**  1431/3 1431/3
**most [10]**  1438/19 1439/3
1452/8 1452/15 1485/10
1512/2 1559/16 1570/3
1579/17 1597/11
**mother [3]**  1486/11 1558/5
1558/12
**motion [8]**  1419/6 1419/12
1419/24 1420/15 1420/15
1425/18 1426/17 1427/4
**motions [1]**  1420/18
**mouth [6]**  1462/18 1462/22
1463/9 1463/12 1463/13
1530/7

**M**

**move [21]** 1441/22 1449/18
1479/4 1504/9 1507/20
1510/11 1527/24 1538/7
1542/14 1542/16 1542/23
1542/25 1554/8 1554/14
1565/20 1580/12 1588/10
1592/15 1600/3 1600/25
1604/8
**moved [3]** 1522/15 1522/18
1527/22
**movies [1]** 1442/19
**moving [2]** 1458/9 1604/10
**Mr. Balestriere [11]** 1420/9
1423/4 1590/10 1611/12
1612/24 1614/3 1615/3 1616/1
1616/19 1618/10 1618/20
**Mr. Dolan [1]** 1420/2
**Mr. Gilbert [4]** 1567/15
1568/3 1568/10 1568/10
**Mr. Howard [1]** 1427/24
**Mr. McDonald [1]** 1518/6
**Mr. Rosenberg [6]** 1507/25
1585/8 1586/23 1589/12
1592/11 1610/10
**Mr. Rubin [24]** 1419/7
1421/21 1425/24 1427/22
1429/12 1435/24 1479/4
1479/24 1482/8 1486/23
1507/20 1507/22 1510/11
1512/17 1516/13 1518/10
1520/25 1588/3 1592/9
1612/19 1614/3 1615/2
1619/11 1620/8
**Mr. Saland [1]** 1572/22
**Ms. Amy [1]** 1479/6
**Ms. Brittany [1]** 1475/4
**Ms. Cassidy [6]** 1475/10
1475/15 1475/18 1476/7
1478/20 1478/24
**Ms. Emma [2]** 1510/11 1616/16
**Ms. Ferriollo [1]** 1525/8
**Ms. Hassen [10]** 1520/14
1520/20 1523/12 1525/4
1579/18 1579/23 1580/9
1581/6 1586/17 1594/15
**Ms. Hassen's [1]** 1427/1
**Ms. Hopper [23]** 1507/21
1510/13 1510/15 1510/23
1511/7 1511/12 1512/4
1512/13 1512/18 1513/8
1514/13 1514/18 1516/14
1518/4 1518/12 1518/22
1519/9 1520/7 1523/5 1589/7
1599/16 1616/22 1616/23
**Ms. Kato [1]** 1522/1
**Ms. Katrina [2]** 1492/20
1609/15
**Ms. Lytell [45]** 1479/25
1480/16 1480/23 1484/8
1484/21 1485/2 1485/13
1486/4 1486/11 1486/22
1486/14 1486/21 1488/9
1490/8 1490/24 1491/12
1491/22 1492/8 1493/18
1493/24 1494/8 1494/17

1494/24 1495/6 1503/10
1503/15 1504/6 1504/18
1506/20 1506/23 1507/8
1507/20 1509/24 1510/2
1571/19 1571/24 1572/3
1572/21 1573/2 1609/10
1610/20 1614/4 1614/11
1614/16 1614/20
**Ms. Lytell's [2]** 1493/1
1615/18
**Ms. Moore [33]** 1479/25
1480/16 1480/23 1484/7
1484/22 1485/3 1485/13
1486/4 1486/10 1486/11
1486/17 1488/9 1490/7
1490/25 1492/1 1496/13
1496/17 1496/25 1498/23
1499/2 1499/9 1499/10 1500/5
1501/23 1502/10 1503/6
1505/23 1506/15 1506/20
1569/17 1571/3 1615/7
1615/14
**Ms. Moore's [2]** 1570/16
1570/21
**Ms. Palmore [9]** 1470/18
1473/24 1484/24 1488/5
1491/5 1508/6 1513/4 1617/13
1617/21
**Ms. Pashence [1]** 1490/14
**Ms. Powers [37]** 1420/1
1421/19 1421/20 1421/22
1422/5 1470/24 1471/15
1471/16 1472/18 1480/7
1569/3 1569/12 1571/15
1572/10 1572/23 1573/3
1573/6 1573/12 1575/21
1576/8 1587/24 1588/22
1594/24 1595/6 1599/16
1599/19 1600/11 1600/15
1601/19 1602/2 1605/5
1605/20 1606/15 1608/9
1608/17 1612/8 1612/11
**Ms. Powers's [2]** 1600/22
1604/24
**Ms. Reed [3]** 1435/4 1520/16
1522/2
**Ms. Reyes [12]** 1475/6
1475/17 1476/5 1476/7
1476/10 1476/14 1476/20
1477/2 1477/14 1480/1 1480/4
1480/12
**Ms. Rico [4]** 1492/23 1493/19
1610/6 1614/25
**Ms. Saydah [5]** 1589/22
1596/19 1602/6 1603/13
1608/5
**Ms. Schnur [1]** 1573/10
**Ms. Shon [6]** 1480/20 1480/22
1484/7 1484/16 1484/21
1514/11
**Ms. Tagai [7]** 1470/14 1473/1
1473/4 1473/14 1473/17
1474/22 1475/1
**Ms. Tagai's [1]** 1473/12
**MULLIN [1]** 1418/2
**multiple [2]** 1462/25 1553/14

**must [3]** 1503/19 1524/23
1525/5

**N**

**naked [1]** 1478/16
**name [15]** 1443/14 1443/19
1456/6 1456/17 1490/15
1509/13 1509/13 1565/10
1572/4 1573/9 1574/21
1575/13 1576/6 1600/21
1615/24
**name's [1]** 1523/21
**named [5]** 1509/8 1509/21
1532/16 1532/24 1592/8
**names [2]** 1513/1 1536/1
**nanny [1]** 1425/10
**nap [1]** 1454/6
**narrow [1]** 1586/2
**NATASHA [57]** 1417/4 1435/6
1444/20 1447/16 1448/5
1448/13 1451/13 1451/19
1452/9 1452/15 1453/17
1453/22 1454/4 1454/9
1454/11 1455/17 1456/3
1456/23 1458/2 1458/4
1458/17 1460/6 1460/14
1461/11 1461/15 1461/16
1462/4 1462/7 1464/24
1465/25 1466/4 1466/18
1470/24 1471/15 1471/17
1472/6 1472/19 1535/4
1535/16 1536/23 1537/16
1538/4 1538/25 1539/8 1541/8
1541/11 1544/17 1564/1
1582/9 1582/11 1582/14
1583/6 1583/9 1583/23
1613/20 1613/22 1613/22
**Natasha's [1]** 1536/4
**nature [1]** 1503/15
**naughty [4]** 1506/3 1513/25
1514/23 1515/17
**NDA [11]** 1442/10 1442/14
1442/15 1443/2 1443/13
1448/7 1594/15 1594/21
1594/25 1595/6 1595/18
**NDAs [2]** 1442/20 1442/21
**near [1]** 1601/14
**necessarily [2]** 1578/10
1578/12
**necessary [2]** 1420/3 1621/3
**neck [2]** 1463/3 1463/4
**need [18]** 1419/5 1420/25
1422/15 1440/17 1515/2
1538/11 1550/1 1550/6
1560/13 1568/15 1570/19
1573/16 1576/12 1578/8
1590/8 1592/15 1608/18
1612/8
**needed [5]** 1423/18 1430/12
1446/19 1446/20 1499/3
**needs [2]** 1421/5 1508/1
**neighborhood [1]** 1449/2
**neon [2]** 1500/14 1501/7
**network [1]** 1435/19
**never [13]** 1453/12 1453/18
1470/16 1472/24 1499/15

**N**

**never... [8]** 1499/17 1502/6 1535/4 1555/12 1584/15 1585/23 1586/4 1604/15
**New York [15]** 1476/5 1480/4 1480/5 1485/23 1495/24 1496/20 1496/24 1497/5 1497/12 1592/8 1597/10 1597/20 1597/24 1598/2 1598/6
**next [52]** 1428/1 1449/25 1455/3 1455/22 1456/1 1457/6 1458/1 1459/8 1463/15 1466/23 1466/24 1468/21 1469/24 1470/8 1471/14 1471/23 1474/9 1475/25 1477/18 1479/5 1481/19 1483/12 1488/18 1491/12 1491/18 1492/11 1494/18 1495/4 1495/7 1495/14 1496/1 1496/1 1497/13 1504/2 1506/7 1514/14 1515/15 1515/17 1522/10 1531/2 1533/15 1541/22 1545/1 1546/13 1549/8 1551/10 1558/11 1566/21 1572/1 1601/21 1608/24 1617/25
**nice [16]** 1442/23 1458/4 1467/1 1471/1 1471/11 1486/25 1487/9 1493/9 1498/19 1511/4 1524/22 1525/13 1595/16 1608/19 1612/9 1618/14
**Nicole [1]** 1505/6
**night [24]** 1419/11 1454/10 1455/3 1455/10 1456/3 1466/11 1470/4 1470/17 1471/20 1476/15 1476/20 1493/3 1493/23 1517/5 1551/25 1552/5 1599/9 1609/11 1609/19 1611/5 1611/20 1614/25 1615/14 1621/15
**nightclub [1]** 1445/3
**nine [6]** 1447/21 1537/7 1538/8 1538/9 1538/9 1538/9
**nipples [1]** 1460/9
**non [2]** 1432/23 1459/3
**non-chafing [1]** 1432/23
**non-encounter [1]** 1459/3
**nonconsensual [3]** 1512/15 1512/21 1514/10
**nondisclosure [2]** 1477/2 1568/19
**none [5]** 1444/13 1528/25 1540/20 1568/2 1592/18
**nonetheless [2]** 1482/17 1609/22
**nonstick [3]** 1577/8 1577/19 1616/11
**noon [2]** 1498/21 1498/21
**noon-ish [1]** 1498/21
**normally [1]** 1563/5
**note [11]** 1424/18 1425/9 1459/2 1459/6 1491/12 1494/17 1550/22 1551/9

1552/21 1553/2 1600/20
**noted [2]** 1533/5 1565/2
**notes [4]** 1426/8 1507/17 1550/17 1596/11
**nothing [6]** 1437/6 1451/16 1494/11 1533/13 1541/13 1619/6
**notwithstanding [3]** 1563/1 1603/17 1603/25
**number [6]** 1423/2 1437/3 1458/22 1537/7 1564/15 1565/15
**numbers [5]** 1436/8 1436/21 1437/2 1458/15 1462/1
**NY [1]** 1418/3

**O**

**o'clock [2]** 1458/2 1530/22
**O-4 [1]** 1545/11
**oath [5]** 1536/18 1536/19 1536/22 1537/22 1574/24
**object [4]** 1542/2 1579/10 1580/14 1583/16
**objecting [2]** 1483/2 1579/8
**objection [49]** 1426/4 1449/20 1481/12 1482/5 1501/6 1504/11 1507/24 1534/8 1538/10 1541/16 1545/6 1545/22 1546/22 1548/2 1551/22 1552/10 1554/5 1556/2 1557/8 1557/15 1561/8 1563/21 1564/7 1565/23 1566/5 1572/11 1573/24 1575/6 1579/6 1581/11 1582/2 1583/16 1588/14 1589/13 1590/22 1594/17 1598/14 1598/19 1599/5 1600/4 1600/5 1601/1 1601/7 1603/1 1603/20 1608/20 1609/4 1613/10 1614/12
**objections [1]** 1590/18
**objects [1]** 1432/13
**obnoxious [1]** 1493/14
**obvious [1]** 1422/25
**obviously [10]** 1423/22 1440/19 1442/19 1458/2 1488/15 1501/11 1523/1 1535/12 1535/14 1536/9
**occasion [15]** 1452/24 1462/23 1464/12 1489/6 1495/17 1495/19 1495/23 1516/17 1521/16 1524/13 1553/3 1584/6 1589/8 1602/23 1618/22
**occasions [19]** 1422/24 1439/12 1451/8 1451/10 1452/1 1462/23 1463/1 1501/8 1501/21 1506/23 1510/22 1553/23 1556/9 1566/4 1566/15 1567/11 1603/18 1604/1 1604/3
**occur [5]** 1438/24 1444/1 1450/8 1485/22 1487/15
**occurred [4]** 1422/14 1450/7 1450/23 1477/25

**occurrence [1]** 1553/8
**occurs [2]** 1459/9 1463/16
**October [18]** 1452/19 1453/14 1453/15 1453/20 1474/9 1474/22 1495/8 1495/23 1510/16 1510/24 1534/25 1535/16 1538/3 1539/1 1548/7 1574/17 1575/9 1587/12
**October 2015 [3]** 1510/16 1510/24 1587/12
**October 2016 [2]** 1574/17 1575/9
**October 30 [1]** 1474/22
**offered [3]** 1482/24 1482/25 1484/14
**often [1]** 1489/7
**old [3]** 1429/15 1429/16 1431/12
**onesome [1]** 1472/14
**online [3]** 1460/24 1500/19 1598/21
**oooh [1]** 1436/18
**open [15]** 1419/1 1465/23 1468/5 1468/9 1468/12 1474/24 1476/23 1484/1 1488/7 1489/1 1532/2 1544/1 1592/1 1609/15 1612/1
**opened [6]** 1438/9 1472/7 1472/25 1487/25 1499/7 1513/13
**opening [2]** 1515/6 1610/9
**opinions [1]** 1586/21
**opportunity [2]** 1422/25 1603/14
**oppose [1]** 1419/15
**opposite [1]** 1604/19
**opposition [2]** 1419/14 1420/3
**order [4]** 1447/9 1516/20 1549/12 1569/16
**orders [1]** 1420/15
**Oriental [2]** 1521/4 1521/20
**original [2]** 1453/23 1507/17
**originally [1]** 1532/24
**Os [1]** 1526/17
**others' [1]** 1487/13
**otherwise [2]** 1492/3 1562/14
**outfit [3]** 1468/19 1469/3 1514/1
**outfits [3]** 1488/4 1488/13 1488/17
**outlet [1]** 1501/13
**outside [6]** 1429/18 1429/20 1502/5 1502/9 1518/12 1594/24
**overbroad [1]** 1563/22
**Overruled [13]** 1541/17 1546/23 1552/11 1556/3 1564/8 1573/25 1576/17 1588/15 1598/20 1599/6 1603/21 1608/21 1614/14
**own [5]** 1547/5 1548/1 1574/25 1606/20 1619/24
**ownership [1]** 1600/23
**oxycodone [2]** 1523/6 1523/10

**P**

**padding [1]**   1460/25
**paddles [1]**   1432/12
**page 2 [4]**   1473/21 1504/17
 1600/2 1600/19
**page 30 [1]**   1570/5
**page 351 [1]**   1519/7
**page 360 [1]**   1520/1
**Page 39 [1]**   1617/22
**Page 41 [1]**   1618/2
**page 5 [1]**   1505/8
**page 51 [1]**   1513/5
**Page 53 [1]**   1514/16
**page 6 [1]**   1506/7
**page 8 [1]**   1524/18
**page 9 [1]**   1567/23
**pages [3]**   1470/19 1508/6
 1545/11
**pages 16 [1]**   1508/6
**paid [38]**   1436/2 1436/5
 1448/2 1448/16 1452/2 1458/9
 1461/22 1480/7 1480/9 1489/4
 1489/6 1502/16 1503/2 1547/2
 1547/6 1547/20 1548/1
 1550/14 1551/1 1552/25
 1555/18 1556/23 1556/25
 1558/25 1559/19 1571/21
 1597/1 1597/5 1597/8 1597/10
 1597/12 1597/19 1597/24
 1598/2 1598/4 1598/5 1598/6
 1614/17
**pain [12]**   1432/8 1432/11
 1432/14 1432/15 1433/13
 1453/3 1461/2 1463/3 1463/4
 1492/1 1516/20 1562/1
**painful [1]**   1461/1
**Palmore [12]**   1456/1 1465/3
 1468/6 1470/18 1473/24
 1484/24 1488/5 1491/5 1508/6
 1513/4 1617/13 1617/21
**paper [1]**   1444/3
**paragraph [5]**   1595/25 1596/6
 1603/11 1613/8 1613/19
**Paragraph 44 [1]**   1603/11
**Paragraph 56 [2]**   1613/8
 1613/19
**parenthesis [1]**   1558/11
**Parker [1]**   1592/7
**part [11]**   1431/24 1432/19
 1432/25 1433/9 1433/10
 1502/19 1502/24 1514/7
 1514/9 1514/10 1611/19
**participate [1]**   1434/9
**particular [4]**   1441/17
 1581/7 1586/9 1588/13
**parties [3]**   1419/17 1547/6
 1613/7
**partner [3]**   1431/21 1431/22
 1437/16
**partners [7]**   1434/14 1434/21
 1435/9 1437/22 1445/7 1470/9
 1475/13
**parts [2]**   1432/10 1588/12
**party [2]**   1527/22 1529/7
**Pashence [3]**   1490/14 1490/16
 1490/19

**passed [3]**   1425/13 1472/7
 1472/19
**past [3]**   1431/19 1455/13
 1481/10
**Pause [1]**   1427/15
**pay [18]**   1435/24 1436/1
 1437/5 1448/11 1452/4 1476/5
 1476/7 1480/4 1480/5 1480/6
 1489/16 1496/20 1524/12
 1552/2 1555/2 1556/20
 1596/23 1602/11
**paying [4]**   1439/6 1573/10
 1614/11 1614/16
**payment [13]**   1448/7 1448/19
 1448/21 1450/18 1450/19
 1547/5 1547/9 1548/8 1552/18
 1559/20 1614/20 1614/22
 1614/24
**payments [4]**   1458/20 1548/3
 1614/4 1614/7
**PayPal [5]**   1448/24 1489/8
 1548/1 1548/8 1548/14
**PayPals [1]**   1489/20
**penal [2]**   1424/2 1424/5
**penalties [1]**   1596/20
**penalty [1]**   1596/20
**penetrated [1]**   1521/9
**Pennsylvania [1]**   1430/2
**penthouse [6]**   1568/22
 1574/17 1575/9 1590/5
 1595/11 1595/16
**per [1]**   1599/9
**percent [2]**   1444/4 1534/14
**perfect [4]**   1458/15 1462/2
 1468/18 1469/2
**perfectly [1]**   1477/16
**perhaps [3]**   1423/19 1468/6
 1582/24
**period [14]**   1424/8 1433/19
 1462/6 1462/7 1462/12 1466/2
 1469/11 1487/7 1488/2
 1493/12 1572/18 1574/15
 1585/1 1599/4
**permission [1]**   1564/24
**permitted [1]**   1542/17
**person [20]**   1431/21 1431/22
 1433/3 1434/12 1434/22
 1439/25 1443/10 1445/21
 1449/1 1456/18 1457/24
 1496/1 1509/14 1510/8
 1546/14 1546/20 1579/9
 1579/10 1579/10 1604/15
**personal [2]**   1446/13 1555/21
**personally [1]**   1433/11
**phone [10]**   1418/11 1422/22
 1498/24 1539/22 1539/25
 1540/4 1541/2 1600/22
 1600/23 1613/22
**phones [3]**   1422/3 1423/16
 1468/1
**photo [14]**   1450/10 1460/14
 1461/3 1461/14 1465/10
 1465/18 1497/6 1497/8
 1497/10 1569/17 1569/22
 1570/15 1570/19 1571/6
**photocopier [1]**   1444/10

**photograph [3]**   1540/2 1540/4
 1571/3
**photographs [1]**   1503/19
**photos [2]**   1449/13 1449/16
**phrase [6]**   1436/7 1458/17
 1489/11 1528/9 1534/19
 1550/10
**phrases [2]**   1602/15 1602/19
**physical [9]**   1432/3 1432/6
 1432/9 1433/5 1433/6 1433/13
 1440/3 1517/19 1609/23
**physical/verbal [1]**   1440/3
**physically [1]**   1560/17
**pick [1]**   1478/18
**picture [20]**   1443/17 1449/24
 1450/2 1450/25 1451/2
 1459/22 1459/23 1460/8
 1460/8 1460/13 1461/10
 1464/23 1464/25 1465/5
 1465/20 1466/1 1468/3 1469/4
 1569/23 1570/17
**pictures [17]**   1432/22
 1443/18 1475/24 1476/1
 1481/1 1490/12 1490/19
 1505/11 1505/12 1506/15
 1506/18 1507/6 1507/9
 1507/12 1508/14 1508/18
 1512/10
**piece [1]**   1444/3
**pieces [1]**   1524/23
**pineapples [4]**   1592/10
 1602/25 1603/19 1618/20
**place [4]**   1437/6 1526/20
 1534/24 1544/25
**placed [2]**   1459/13 1501/23
**plaintiff [17]**   1425/8 1427/8
 1475/4 1536/7 1542/4 1545/1
 1546/13 1549/8 1554/21
 1565/2 1565/7 1565/17
 1569/14 1594/25 1603/6
 1610/17 1622/9
**Plaintiff's [8]**   1461/5
 1553/19 1557/7 1595/23
 1600/2 1600/18 1603/8 1608/6
**Plaintiff's 132 [1]**   1600/18
**Plaintiff's 209 [1]**   1603/8
**Plaintiff's 85 [1]**   1608/6
**Plaintiff's 86 [1]**   1600/2
**plaintiffs [56]**   1417/6
 1417/15 1419/23 1420/14
 1420/18 1421/5 1421/7
 1422/23 1423/15 1423/21
 1423/25 1424/16 1425/3
 1426/1 1426/24 1427/21
 1435/2 1435/3 1435/18 1444/7
 1444/12 1444/14 1446/24
 1447/7 1448/22 1460/7 1466/5
 1479/5 1520/10 1533/5 1534/1
 1534/5 1534/11 1535/25
 1557/4 1559/1 1559/5 1559/9
 1561/7 1564/23 1569/7 1569/9
 1580/4 1584/18 1586/22
 1586/25 1587/21 1587/25
 1594/4 1595/5 1595/9 1596/9
 1599/4 1602/8 1604/18
 1606/15

**P**

plaintiffs' [16]   1419/11
1537/5 1537/6 1538/8 1538/13
1538/16 1557/19 1564/12
1565/25 1569/2 1579/21
1580/9 1580/13 1580/20
1600/8 1601/8
Plaintiffs' 203 [2]   1580/13
1580/20
plan [3]   1453/23 1469/12
1475/14
plane [2]   1422/7 1559/10
planned [2]   1466/15 1533/11
planning [2]   1557/14 1619/24
plans [1]   1493/4
plastered [2]   1587/24 1589/3
plastic [4]   1432/21 1577/6
1577/7 1616/11
play [16]   1439/22 1440/14
1441/25 1442/8 1442/18
1444/1 1461/2 1474/23
1486/10 1488/6 1496/5
1511/14 1512/2 1513/12
1514/7 1519/20
played [4]   1474/24 1488/7
1512/1 1512/1
player [1]   1586/13
playing [11]   1431/24 1439/24
1442/1 1442/1 1442/5 1511/5
1511/8 1511/11 1513/23
1528/8 1558/5
Playmate [2]   1491/10 1505/5
plays [1]   1439/18
playtime [1]   1460/3
Plaza [1]   1418/3
please, [1]   1603/9
please, Ms. Saydah [1]
1603/9
pleasure [1]   1433/12
plenty [1]   1423/12
plug [2]   1501/12 1501/18
plus [1]   1477/19
point [22]   1420/14 1422/18
1459/20 1459/23 1459/25
1462/24 1464/10 1478/2
1490/4 1490/6 1493/22
1499/18 1504/24 1513/17
1521/25 1537/18 1537/19
1550/23 1551/15 1551/17
1559/24 1590/10
pointed [3]   1513/19 1522/9
1616/22
points [4]   1422/21 1460/1
1516/18 1555/20
police [2]   1532/25 1574/25
pool [6]   1453/2 1453/11
1534/21 1564/2 1583/2 1583/7
popular [1]   1442/17
portion [2]   1445/18 1603/13
posed [1]   1536/12
position [7]   1420/5 1420/11
1421/21 1422/13 1441/20
1582/19 1597/18
possession [1]   1422/9
possible [6]   1432/12 1432/12
1498/10 1514/6 1556/15

1615/24
Post [3]   1550/17 1550/20
1550/22
Post-it [2]   1550/17 1550/22
Post-its [1]   1550/17
potential [1]   1547/20
poured [1]   1476/24
POWERS [92]   1417/8 1418/6
1420/1 1421/19 1421/20
1421/22 1422/5 1444/18
1445/13 1445/19 1445/25
1446/4 1447/4 1454/17
1454/25 1455/8 1455/16
1455/24 1456/2 1457/2
1457/16 1465/6 1465/11
1470/22 1470/24 1471/15
1471/16 1472/18 1480/7
1503/5 1544/16 1545/21
1549/5 1553/13 1553/24
1553/25 1554/16 1554/23
1555/1 1555/5 1555/12
1555/14 1555/20 1556/6
1556/13 1556/23 1557/2
1557/3 1557/22 1557/23
1558/5 1558/16 1559/21
1569/3 1569/12 1571/11
1571/15 1571/25 1572/7
1572/10 1572/23 1573/3
1573/6 1573/12 1573/18
1573/21 1574/21 1575/1
1575/21 1576/2 1576/8
1581/16 1584/20 1587/4
1587/24 1588/22 1594/24
1595/6 1599/16 1599/19
1600/11 1600/15 1601/12
1601/19 1602/2 1605/5
1605/20 1606/15 1608/9
1608/17 1612/8 1612/11
Powers's [2]   1600/22 1604/24
practical [1]   1451/22
practice [3]   1433/15 1441/17
1489/9
practices [2]   1437/15 1484/9
practicing [1]   1585/2
preceding [1]   1513/9
precisely [1]   1555/9
preclude [1]   1609/24
precluded [2]   1609/5 1610/16
prefer [3]   1594/19 1618/12
1620/19
preference [1]   1520/16
prejudice [4]   1419/23
1421/15 1421/16 1423/2
prejudiced [2]   1421/6
1422/15
preliminary [1]   1520/21
prepare [2]   1566/12 1567/8
prepared [2]   1523/7 1563/16
prescription [1]   1516/22
presence [2]   1482/2 1609/2
present [11]   1419/1 1424/19
1427/6 1532/2 1568/2 1569/1
1569/2 1569/3 1594/21
1594/25 1595/5
presiding [1]   1419/3
pretend [1]   1502/24

pretending [1]   1442/2
pretrial [1]   1422/17
pretty [5]   1522/7 1558/18
1578/8 1595/16 1596/3
prevent [2]   1425/14 1425/15
previous [2]   1515/2 1516/19
previously [3]   1485/19
1508/24 1513/17
price [1]   1527/5
principal [1]   1511/21
privacy [1]   1443/21
private [6]   1424/1 1443/11
1443/12 1527/21 1532/22
1615/24
probative [2]   1482/17
1482/22
problem [4]   1425/1 1516/23
1591/1 1592/17
problematic [1]   1610/3
proceed [3]   1427/22 1427/23
1499/11
proceeded [1]   1564/23
proceeding [2]   1536/1 1592/8
proceedings [3]   1418/14
1427/15 1479/15
process [1]   1431/9
procured [1]   1595/6
prod [3]   1500/5 1501/24
1502/2
produced [3]   1418/14 1606/15
1613/22
professional [3]   1430/8
1598/12 1598/25
Professionally [1]   1430/24
Professor [1]   1511/19
program [1]   1430/21
progress [1]   1435/9
progressed [2]   1434/15
1434/16
properly [1]   1530/6
proposed [2]   1419/12 1576/8
prospective [1]   1437/16
prostitution [1]   1434/5
provided [1]   1489/24
providers [1]   1598/22
provision [3]   1424/5 1424/11
1595/20
provisions [1]   1424/2
pseudonym [1]   1536/4
pseudonymously [1]   1592/8
pseudonyms [2]   1536/2
1564/24
psychologically [1]   1587/1
psychologist [3]   1557/3
1557/23 1558/14
public [3]   1429/25 1487/15
1532/23
publicity [1]   1433/20
publish [2]   1503/22 1588/18
published [14]   1503/24
1504/15 1508/8 1513/6 1519/8
1524/20 1567/24 1570/9
1579/22 1580/18 1580/21
1588/6 1588/19 1589/16
pull [4]   1605/13 1605/21
1605/24 1606/3

**P**

**punch [4]** 1486/14 1486/17 1486/18 1486/19
**punched [1]** 1560/18
**purposes [1]** 1619/24
**pursued [1]** 1523/15
**pushing [1]** 1472/13
**put [37]** 1434/20 1458/24 1460/19 1464/2 1465/3 1474/21 1484/2 1484/24 1488/3 1488/13 1501/19 1506/23 1513/4 1514/2 1537/5 1538/23 1547/11 1551/9 1553/19 1557/7 1557/18 1559/5 1559/6 1561/1 1562/18 1564/12 1571/3 1571/6 1592/4 1600/17 1603/8 1608/5 1612/20 1614/18 1616/10 1616/11 1616/13
**puts [1]** 1558/11
**putting [1]** 1614/19
**PX [4]** 1449/10 1449/11 1449/19 1449/22
**PX-128 [4]** 1449/10 1449/11 1449/19 1449/22

**Q**

**Q7 [1]** 1488/6
**questions [27]** 1423/12 1447/6 1479/24 1533/16 1533/17 1536/12 1542/3 1542/18 1548/19 1549/9 1549/12 1554/15 1567/25 1607/22 1608/2 1612/13 1612/19 1612/23 1612/23 1614/3 1614/6 1615/2 1615/17 1616/1 1616/18 1618/9 1618/19
**quick [1]** 1479/25
**quickly [2]** 1473/13 1491/20
**quite [8]** 1425/15 1434/18 1467/24 1490/20 1493/16 1587/18 1587/19 1587/20
**quote [1]** 1610/12

**R**

**raise [1]** 1427/9
**raised [7]** 1419/17 1419/18 1423/3 1423/20 1425/3 1425/5 1592/11
**raising [2]** 1452/12 1452/13
**ran [1]** 1555/1
**range [3]** 1436/2 1436/4 1436/5
**rape [2]** 1421/9 1486/20
**raped [5]** 1486/21 1583/14 1584/3 1584/6 1609/22
**Raquel [1]** 1491/10
**rather [2]** 1594/3 1608/8
**re [2]** 1457/2 1471/17
**reach [1]** 1470/25
**reached [2]** 1475/20 1592/19
**reaching [2]** 1452/9 1452/15
**react [1]** 1466/20
**read [30]** 1432/2 1433/22 1439/21 1442/20 1442/23

1454/16 1487/17 1504/16 1537/12 1542/13 1543/1 1548/5 1551/3 1557/14 1558/15 1568/14 1574/3 1574/5 1578/22 1585/14 1585/14 1585/16 1587/7 1603/14 1603/14 1603/16 1607/22 1608/7 1610/17 1613/6
**reading [1]** 1439/20
**ready [4]** 1427/14 1475/19 1592/21 1620/25
**real [2]** 1509/13 1536/1
**realistic [1]** 1513/24
**really [26]** 1421/14 1423/9 1434/2 1436/22 1437/1 1439/19 1439/20 1448/17 1448/22 1454/10 1457/23 1460/22 1466/22 1466/25 1489/10 1493/5 1493/5 1498/10 1506/10 1511/4 1511/24 1515/11 1517/25 1526/15 1608/18 1612/8
**really -- she's [1]** 1489/10
**reask [1]** 1518/25
**reason [6]** 1419/22 1421/11 1461/8 1482/10 1541/1 1605/25
**reasonable [1]** 1458/21
**reasons [6]** 1419/10 1425/18 1426/13 1438/19 1452/10 1549/20
**rebuttal [1]** 1620/17
**recall -- it's [1]** 1477/24
**receive [1]** 1554/21
**received [14]** 1419/11 1449/21 1449/22 1504/12 1504/13 1538/15 1538/16 1565/24 1565/25 1588/15 1588/17 1600/6 1600/8 1601/8
**recess [5]** 1479/13 1479/15 1530/25 1531/1 1591/3
**recognize [6]** 1449/11 1449/13 1458/25 1467/18 1503/25 1504/5
**recollection [6]** 1453/19 1478/14 1490/5 1525/10 1526/24 1592/15
**record [10]** 1419/8 1420/20 1426/15 1482/1 1535/3 1574/5 1592/4 1609/1 1610/18 1613/7
**recorded [1]** 1418/14
**records [4]** 1422/7 1448/16 1581/15 1584/21
**recruit [2]** 1548/21 1549/14
**recruited [1]** 1546/14
**recruiters [4]** 1593/13 1593/23 1594/1 1594/4
**recruiting [1]** 1550/24
**red [12]** 1440/19 1440/20 1441/13 1478/4 1478/12 1490/3 1499/15 1500/2 1560/5 1602/15 1604/4 1619/2
**redacted [2]** 1456/6 1611/17
**redirect [5]** 1579/11 1610/8 1610/22 1612/15 1612/17

**Reed [8]** 1434/18 1435/4 1435/12 1435/17 1447/13 1520/15 1520/16 1522/2
**refer [3]** 1460/8 1504/16 1509/20
**reference [5]** 1500/9 1520/23 1610/6 1610/25 1611/4
**referral [1]** 1435/19
**referred [3]** 1472/10 1546/14 1553/14
**referring [8]** 1471/9 1471/12 1488/12 1502/3 1504/23 1515/19 1545/21 1553/16
**refinery [1]** 1430/13
**refrain [1]** 1590/18
**refresh [1]** 1592/14
**regard [6]** 1420/17 1423/5 1424/18 1586/8 1586/11 1607/4
**regarding [6]** 1534/19 1544/25 1549/13 1593/11 1594/15 1602/7
**Regardless [1]** 1555/11
**regards [18]** 1420/15 1421/8 1423/10 1423/19 1426/6 1544/21 1546/25 1553/8 1553/13 1555/1 1555/25 1556/7 1571/8 1581/9 1582/9 1584/18 1586/21 1600/9
**regular [1]** 1616/9
**reimbursed [1]** 1597/12
**related [1]** 1609/5
**relation [1]** 1423/1
**relations [8]** 1451/7 1451/11 1451/23 1452/1 1469/10 1472/22 1496/11 1518/19
**relationship [23]** 1431/23 1431/25 1432/1 1435/13 1445/6 1445/8 1445/14 1445/18 1445/25 1446/4 1446/8 1447/19 1451/14 1453/14 1459/21 1460/2 1475/9 1480/20 1480/21 1582/10 1582/11 1582/15 1618/17
**Release [1]** 1595/19
**relevance [1]** 1588/14
**relevant [3]** 1606/21 1607/6 1607/14
**relied [1]** 1420/14
**remain [2]** 1446/4 1446/6
**remainder [1]** 1506/14
**remained [1]** 1478/20
**remember [90]** 1448/17 1452/25 1453/1 1466/3 1477/25 1478/1 1478/12 1479/1 1479/10 1484/10 1493/13 1512/16 1513/2 1518/7 1518/16 1534/18 1534/22 1535/11 1542/8 1546/15 1547/3 1547/22 1548/19 1548/23 1549/11 1549/16 1550/5 1550/7 1552/7 1552/9 1553/7 1553/11 1553/12 1560/17 1560/20 1560/23 1561/3 1561/4

**R**

remember... **[52]**  1563/19 1564/5 1564/9 1566/10 1566/16 1566/17 1567/14 1567/16 1568/13 1569/20 1577/9 1581/1 1583/4 1585/9 1589/25 1593/17 1593/19 1594/14 1599/13 1599/15 1599/19 1602/14 1602/23 1603/3 1604/14 1604/17 1605/2 1605/6 1605/17 1606/4 1606/8 1606/19 1606/22 1607/2 1607/9 1607/12 1607/16 1607/19 1608/2 1608/13 1608/16 1609/10 1609/21 1610/19 1612/7 1612/11 1612/21 1614/3 1615/5 1615/16 1616/21 1620/2
remembered **[1]**  1562/10
remembers **[1]**  1610/21
rent **[1]**  1444/17
rented **[5]**  1436/13 1444/24 1446/18 1521/20 1568/21
renumber **[1]**  1580/19
repeat **[4]**  1566/8 1570/24 1574/9 1603/23
repeated **[1]**  1483/8
repeatedly **[1]**  1473/18
rephrase **[6]**  1534/9 1547/8 1547/8 1572/13 1582/17 1583/19
reporter **[2]**  1418/11 1421/24
reporting **[1]**  1472/18
request **[9]**  1541/18 1564/6 1564/15 1565/5 1565/14 1565/21 1615/3 1615/5 1615/10
reservations **[3]**  1446/25 1447/2 1466/10
resolve **[2]**  1494/5 1592/21
respect **[3]**  1421/19 1437/16 1462/17
respectfully **[1]**  1423/11
respond **[9]**  1422/18 1455/13 1468/15 1468/24 1471/2 1471/6 1474/19 1475/23 1558/20
responded **[3]**  1481/11 1484/8 1564/4
responding **[1]**  1471/3
responds **[8]**  1457/2 1468/18 1506/1 1515/4 1515/10 1515/16 1558/16 1558/21
response **[10]**  1471/23 1536/6 1537/13 1537/25 1538/2 1538/2 1538/9 1538/9 1565/5 1565/14
responses **[3]**  1535/20 1537/6 1563/24
restaurant **[8]**  1493/5 1493/19 1493/21 1493/22 1494/9 1498/17 1513/20 1517/1
restaurants **[2]**  1498/9 1595/10

rested **[1]**  1427/21
restful **[1]**  1620/3
restrain **[4]**  1432/21 1432/24 1433/3 1584/12
restrained **[3]**  1441/21 1441/22 1582/1
restraint **[1]**  1432/18
resumes **[1]**  1455/22
retired **[1]**  1514/2
retrieved **[1]**  1468/1
return **[2]**  1470/4 1470/11
returned **[1]**  1472/18
returning **[1]**  1596/25
reveals **[1]**  1596/22
reviewed **[2]**  1563/11 1607/5
revive **[1]**  1424/7
REYES **[29]**  1417/5 1435/21 1475/4 1475/6 1475/7 1475/17 1476/5 1476/7 1476/10 1476/14 1476/20 1477/2 1477/14 1478/11 1480/1 1480/4 1480/5 1480/12 1545/1 1545/3 1545/17 1548/10 1548/11 1548/14 1584/15 1595/3 1595/4 1597/14 1597/18
Ricchio **[1]**  1426/8
Richard **[1]**  1491/7
RICHTER **[1]**  1418/2
Rick's **[7]**  1526/20 1526/22 1526/25 1527/4 1527/6 1527/21 1529/8
Rico **[13]**  1492/20 1492/23 1493/19 1609/6 1609/6 1609/9 1609/15 1609/18 1609/25 1610/6 1610/7 1610/25 1614/25
rid **[1]**  1521/17
right -- no **[1]**  1616/17
rise **[2]**  1419/2 1427/16
Rockefeller **[1]**  1418/3
role **[13]**  1431/24 1439/18 1442/1 1442/5 1486/10 1511/5 1511/8 1511/11 1511/14 1512/2 1513/12 1513/23 1514/7
role-play **[4]**  1511/14 1512/2 1513/12 1514/7
role-playing **[5]**  1442/1 1511/5 1511/8 1511/11 1513/23
roles **[1]**  1442/5
roller **[1]**  1494/25
romantic **[4]**  1445/8 1445/14 1445/18 1446/3
romantically **[1]**  1445/5
rooftop **[2]**  1487/3 1487/16
room **[23]**  1436/13 1438/10 1444/2 1444/20 1470/6 1472/1 1472/6 1478/4 1478/5 1478/6 1478/19 1478/20 1488/19 1498/10 1498/11 1498/14 1502/14 1521/20 1522/10 1527/20 1527/21 1528/12 1592/5
rooms **[2]**  1444/17 1444/18

rope **[8]**  1432/23 1577/1 1577/11 1577/16 1616/2 1616/8 1616/9 1616/9
ROSENBERG **[21]**  1417/21 1441/2 1470/2 1479/22 1484/5 1507/25 1526/5 1530/14 1532/10 1534/16 1539/19 1549/9 1585/8 1586/23 1589/12 1592/11 1609/4 1610/10 1612/18 1614/1 1622/4
rough **[8]**  1608/18 1609/13 1609/14 1609/14 1609/20 1609/20 1610/7 1612/8
round **[2]**  1422/8 1422/8
round-trip **[1]**  1422/8
Routinely **[1]**  1597/8
rows **[2]**  1508/7 1509/7
RPR **[1]**  1418/11
RTR **[2]**  1471/24 1471/25
rubber **[1]**  1616/12
RUBIN **[38]**  1417/8 1417/19 1418/2 1419/7 1421/21 1425/24 1427/22 1427/24 1429/2 1429/12 1435/24 1458/25 1459/8 1479/4 1479/24 1482/8 1486/23 1507/20 1507/22 1510/11 1512/17 1516/13 1518/10 1520/25 1532/11 1533/2 1535/24 1542/5 1565/15 1588/3 1592/7 1592/9 1612/19 1613/21 1614/3 1615/2 1619/11 1620/8
Rubin's **[1]**  1566/19
Rule **[2]**  1419/16 1420/23
Rule 15 **[1]**  1420/23
Rule 15B **[1]**  1419/16
ruled **[1]**  1609/7
ruling **[3]**  1424/13 1481/17 1610/11
run **[1]**  1619/22
rung **[1]**  1438/11
Russian **[6]**  1470/6 1472/1 1472/6 1498/10 1498/11 1498/13
Russian Tea Room **[1]**  1470/6

**S**

sadomasochism **[2]**  1431/20 1433/11
safe **[48]**  1439/16 1439/18 1439/19 1439/20 1439/22 1440/2 1440/4 1440/4 1440/6 1440/7 1440/8 1440/21 1441/4 1441/9 1441/12 1441/15 1441/25 1442/2 1442/4 1442/7 1463/11 1489/24 1490/2 1499/13 1499/20 1560/2 1560/3 1560/4 1560/13 1585/18 1585/20 1585/22 1586/8 1592/10 1592/13 1602/15 1602/15 1602/18 1602/18 1602/25 1603/19 1603/19 1604/3 1604/4 1606/1 1606/1 1618/24 1619/2

**S**

**safety [2]** 1439/22 1442/6
**Saland [9]** 1572/5 1572/9
 1572/22 1573/2 1573/13
 1573/19 1573/22 1573/22
 1575/24
**Salomon [1]** 1431/2
**sane [4]** 1585/18 1585/22
 1585/23 1586/4
**sat [4]** 1476/24 1487/6
 1488/25 1522/12
**Saturday [1]** 1474/1
**saw [39]** 1432/16 1442/16
 1447/22 1448/5 1448/13
 1448/15 1448/25 1450/22
 1459/5 1461/10 1469/5
 1470/16 1473/3 1495/25
 1496/1 1506/22 1518/14
 1520/9 1523/14 1529/16
 1530/11 1541/11 1549/14
 1550/1 1550/2 1550/17
 1553/22 1562/21 1562/22
 1562/23 1569/7 1569/9
 1569/12 1569/14 1581/6
 1586/16 1586/23 1605/14
 1615/7
**Saydah [15]** 1538/23 1544/10
 1544/23 1546/12 1557/18
 1561/15 1561/23 1562/18
 1564/12 1589/22 1596/19
 1602/6 1603/9 1603/13 1608/5
**scale [3]** 1458/15 1458/20
 1462/2
**scenario [1]** 1442/1
**schedule [2]** 1452/14 1497/8
**scheduled [1]** 1497/11
**SCHLAM [1]** 1418/6
**Schnur [6]** 1532/24 1573/9
 1573/10 1573/23 1576/6
 1576/13
**school [13]** 1429/22 1429/23
 1429/25 1430/2 1430/5
 1430/10 1430/19 1430/20
 1431/1 1511/22 1513/25
 1514/1 1585/12
**scrape [1]** 1577/2
**screamed [1]** 1529/4
**screen [9]** 1461/7 1539/22
 1539/25 1540/11 1540/23
 1541/2 1541/13 1545/15
 1547/14
**seat [3]** 1419/4 1429/6
 1592/2
**seated [4]** 1427/19 1479/19
 1532/6 1593/3
**sec [28]** 1575/3 1580/2
**second [16]** 1427/4 1438/9
 1443/22 1444/2 1446/21
 1473/21 1475/4 1489/16
 1527/21 1551/12 1552/18
 1553/2 1554/18 1556/4
 1572/12 1598/4
**secondary [2]** 1446/14 1447/3
**seconds [2]** 1515/24 1546/1
**secretary [1]** 1511/18
**section [2]** 1423/1 1557/13

**security [1]** 1529/8
**seem [2]** 1502/22 1513/23
**semi [1]** 1527/21
**semi-private [1]** 1527/21
**sending [5]** 1458/12 1465/10
 1507/6 1619/9 1621/12
**sends [3]** 1450/25 1451/2
 1465/25
**SENIOR [1]** 1417/12
**sense [2]** 1422/12 1426/10
**sensitive [1]** 1502/6
**sent [27]** 1449/14 1450/3
 1459/2 1459/5 1473/14
 1474/22 1476/1 1481/1
 1485/24 1503/5 1503/19
 1505/11 1507/9 1507/12
 1512/10 1513/8 1522/7 1546/7
 1550/16 1550/20 1553/20
 1562/13 1569/22 1573/12
 1573/18 1576/8 1618/6
**sentence [2]** 1456/22 1552/12
**separate [4]** 1566/4 1566/15
 1567/11 1602/10
**September [28]** 1453/14
 1453/17 1453/20 1454/21
 1473/15 1473/22 1492/11
 1492/14 1492/22 1492/24
 1534/25 1535/16 1536/8
 1536/23 1537/16 1538/3
 1539/1 1551/13 1552/19
 1553/3 1560/19 1560/21
 1589/24 1589/24 1608/17
 1612/7 1614/7 1614/21
**September 2016 [1]** 1612/7
**September 24th [1]** 1589/24
**September 25th [2]** 1589/24
 1614/21
**September 26 [1]** 1473/22
**series [2]** 1465/6 1507/19
**services [5]** 1425/11 1426/9
 1598/22 1598/24 1602/12
**session [7]** 1450/8 1450/23
 1459/8 1463/15 1517/23
 1526/19 1532/1
**set [6]** 1509/10 1579/17
 1579/23 1580/1 1580/9
 1586/18
**setting [1]** 1528/22
**seven [5]** 1449/1 1460/2
 1541/12 1569/14 1569/15
**several [14]** 1424/19 1426/13
 1438/19 1448/1 1452/9 1473/5
 1507/1 1519/5 1529/14
 1529/22 1549/14 1615/17
 1617/8 1617/16
**severely [2]** 1560/25 1562/7
**sex [38]** 1425/15 1431/14
 1431/16 1431/24 1432/11
 1432/13 1434/6 1434/7
 1435/24 1444/1 1444/19
 1446/21 1455/14 1458/18
 1458/21 1460/24 1464/18
 1469/13 1487/14 1497/2
 1500/20 1500/23 1502/21
 1510/8 1517/8 1517/25 1518/3
 1518/20 1522/9 1528/11

 1528/19 1528/25 1529/2
 1534/5 1534/12 1539/1
 1559/24 1618/18
**sexual [52]** 1424/9 1425/12
 1426/10 1431/23 1433/9
 1433/9 1433/11 1434/21
 1437/22 1438/21 1439/22
 1442/18 1445/7 1450/8
 1451/20 1454/1 1458/4
 1461/12 1461/18 1461/21
 1462/5 1462/10 1469/10
 1470/9 1472/22 1475/12
 1478/22 1493/7 1495/16
 1496/12 1498/7 1499/8
 1503/16 1508/19 1509/1
 1510/22 1512/9 1516/21
 1517/6 1517/19 1518/19
 1528/13 1529/10 1529/22
 1559/1 1559/16 1560/8
 1598/22 1598/24 1614/24
 1615/6 1618/16
**sexy [7]** 1473/25 1475/21
 1488/3 1488/13 1491/9
 1494/15 1508/14
**Shades [1]** 1442/19
**shall [1]** 1596/11
**SHEPPARD [1]** 1418/2
**shocking [1]** 1583/10
**Shon [15]** 1435/22 1435/23
 1480/19 1480/20 1480/22
 1481/8 1482/9 1483/7 1484/7
 1484/16 1484/21 1514/10
 1514/11 1546/15 1587/5
**shoot [2]** 1497/8 1497/10
**shoots [2]** 1497/7 1501/19
**shopping [2]** 1422/23 1474/3
**shops [2]** 1460/24 1500/20
**short [3]** 1424/9 1488/1
 1620/8
**shorter [2]** 1462/7 1462/12
**shortly [6]** 1448/18 1455/13
 1459/2 1465/14 1554/2
 1607/12
**shot [5]** 1539/22 1539/25
 1540/11 1540/23 1541/2
**show it [1]** 1592/14
**shown [13]** 1448/9 1461/6
 1467/11 1501/4 1544/13
 1569/18 1569/22 1570/15
 1570/22 1589/11 1589/15
 1595/24 1596/8
**side [2]** 1577/6 1609/17
**sidebar [12]** 1481/16 1482/1
 1483/11 1541/18 1541/19
 1541/22 1542/1 1543/3
 1590/21 1592/16 1608/22
 1609/1
**sign [3]** 1444/9 1487/1
 1596/16
**signature [1]** 1595/6
**signed [6]** 1477/9 1487/2
 1594/16 1594/21 1594/25
 1596/8
**significant [1]** 1421/2
**signs [1]** 1596/21
**similar [2]** 1507/21 1580/11

**S**

**simple [1]** 1423/25
**simply [1]** 1538/8
**single [1]** 1593/21
**sisters [2]** 1505/20 1506/2
**sit [5]** 1438/6 1466/5 1513/19 1527/17 1592/24
**site [1]** 1434/13
**sits [1]** 1493/15
**sitting [3]** 1476/23 1502/14 1562/23
**situation [3]** 1425/10 1527/24 1605/23
**six [7]** 1520/10 1534/4 1534/6 1540/16 1569/7 1569/9 1599/17
**skin [1]** 1501/19
**SKIPSEY [1]** 1418/4
**slapped [4]** 1486/18 1509/16 1512/25 1514/7
**slapping [5]** 1432/9 1529/2 1583/15 1584/9 1616/23
**slash [2]** 1581/20 1581/20
**slide [1]** 1450/12
**slightly [2]** 1530/21 1595/1
**slip [1]** 1578/16
**slipped [1]** 1523/6
**slow [1]** 1440/17
**slowing [1]** 1499/17
**slut [1]** 1505/20
**smacked [1]** 1474/5
**small [2]** 1429/19 1430/2
**smaller [1]** 1596/3
**smiley [5]** 1468/10 1468/16 1471/6 1515/12 1524/23
**smiling [1]** 1491/22
**smoke [1]** 1493/10
**Smokin [1]** 1505/10
**smoother [1]** 1616/9
**snugly [1]** 1578/8
**social [8]** 1457/23 1458/5 1475/12 1480/21 1498/6 1513/19 1517/18 1618/15
**socially [2]** 1529/23 1530/11
**sold [1]** 1460/23
**solicit [2]** 1447/4 1529/21
**solicitation [1]** 1506/22
**soliciting [2]** 1519/24 1520/5
**solicits [1]** 1473/17
**solve [1]** 1425/1
**some -- a [1]** 1487/25
**somewhat [3]** 1438/10 1487/15 1503/17
**somewhere [5]** 1439/5 1447/17 1462/15 1499/16 1500/22
**soon [7]** 1427/13 1471/17 1478/3 1478/12 1478/17 1491/10 1513/12
**Soros [1]** 1568/23
**sort [7]** 1450/24 1487/19 1489/11 1502/15 1503/16 1515/21 1556/14
**sound [1]** 1463/8
**sounds [1]** 1604/16
**spanked [2]** 1509/16 1522/25

**spanking [3]** 1583/15 1584/7 1616/23
**speaking [3]** 1568/17 1572/10 1590/18
**special [1]** 1527/5
**specially [1]** 1616/8
**specialty [5]** 1432/23 1460/23 1460/24 1500/20 1500/23
**specific [9]** 1434/3 1442/25 1463/24 1478/9 1490/5 1524/11 1560/4 1583/25 1610/12
**specifically [10]** 1422/6 1424/17 1462/22 1485/1 1508/20 1535/11 1565/6 1565/16 1568/4 1587/5
**specifics [3]** 1466/11 1466/13 1525/12
**speeches [1]** 1579/6
**spending [1]** 1598/9
**spots [1]** 1456/17
**spreadsheet [1]** 1561/14
**squeeze [2]** 1460/25 1621/10
**stage [4]** 1421/23 1424/25 1482/14 1509/13
**Stamp [2]** 1613/23 1613/24
**stamped [2]** 1539/15 1539/15
**stand [7]** 1426/1 1427/24 1429/1 1479/14 1479/16 1593/1 1619/13
**standard [3]** 1440/8 1489/24 1595/15
**standards [1]** 1420/23
**start [15]** 1425/7 1429/14 1441/21 1441/23 1445/16 1451/20 1454/19 1464/19 1465/24 1513/22 1517/24 1521/3 1566/20 1567/3 1579/12
**started [23]** 1430/14 1430/20 1430/21 1434/17 1435/10 1436/23 1442/15 1444/16 1462/9 1466/6 1466/10 1466/11 1469/14 1469/19 1477/22 1478/2 1478/2 1492/17 1510/19 1517/8 1583/1 1584/25 1585/2
**starting [5]** 1429/22 1443/1 1473/15 1519/9 1545/14
**starts [1]** 1462/5
**state [7]** 1482/7 1482/11 1482/13 1482/14 1483/10 1486/20 1556/5
**statement [2]** 1536/10 1575/23
**STATES [3]** 1417/1 1417/5 1417/12
**stating [3]** 1536/6 1613/1 1613/2
**statute [9]** 1423/25 1424/5 1424/7 1424/9 1424/10 1424/12 1425/10 1425/11 1425/12
**statutes [1]** 1425/13
**stay [1]** 1470/25

**stayed [5]** 1431/4 1431/5 1431/6 1458/3 1478/19
**staying [2]** 1504/18 1504/20
**Stef [1]** 1546/15
**stenography [1]** 1418/14
**step [2]** 1619/7 1619/11
**Steph [2]** 1435/23 1587/5
**Stephanie [9]** 1435/22 1480/19 1481/8 1483/7 1485/20 1485/21 1486/2 1510/14 1510/18
**stick [2]** 1577/4 1577/7
**sticks [1]** 1478/10
**sticky [1]** 1577/6
**stiff [1]** 1489/14
**stip [2]** 1423/23 1448/8
**stipulate [1]** 1620/20
**stipulated [1]** 1557/8
**stipulating [1]** 1423/14
**stipulation [15]** 1423/19 1424/24 1425/2 1425/6 1542/13 1542/19 1543/1 1547/5 1547/9 1548/1 1548/3 1548/5 1548/13 1613/7 1613/14
**stomach [3]** 1495/14 1521/8 1528/23
**STONE [1]** 1418/6
**stop [22]** 1440/20 1440/20 1441/19 1462/11 1462/14 1465/2 1478/4 1478/17 1489/22 1490/6 1498/12 1499/18 1500/2 1515/18 1528/14 1529/5 1544/11 1548/4 1548/4 1604/15 1605/25 1606/2
**stopped [3]** 1435/16 1435/17 1576/18
**store [2]** 1460/22 1500/23
**straight [1]** 1599/17
**straps [1]** 1432/23
**street [6]** 1431/1 1431/5 1443/11 1487/4 1517/2 1568/23
**strike [1]** 1542/21
**strip [2]** 1518/18 1527/3
**strong [3]** 1460/22 1462/5 1462/10
**student [1]** 1511/20
**stuff [8]** 1433/21 1442/22 1462/14 1475/12 1481/10 1487/18 1487/20 1618/16
**stupid [1]** 1464/1
**subject [1]** 1603/10
**submissive [10]** 1431/22 1431/25 1439/24 1439/24 1440/2 1440/4 1440/15 1442/3 1442/8 1524/4
**submissives [4]** 1598/12 1598/25 1599/1 1599/8
**submit [3]** 1419/23 1610/6 1611/6
**suck [1]** 1471/6
**sudden [1]** 1493/13
**sued [1]** 1576/22
**suffered [1]** 1611/9

**S**

**suggest [1]**  1556/10
**suggestion [2]**  1424/24
 1515/21
**suit [1]**  1514/2
**sum [1]**  1532/22
**summarize [1]**  1493/17
**summary [1]**  1420/16
**summer [6]**  1548/20 1549/3
 1571/12 1572/3 1572/16
 1576/5
**Sunday [1]**  1504/19
**sunglasses [1]**  1459/6
**suppose [1]**  1602/15
**supposed [5]**  1456/5 1475/16
 1505/19 1585/17 1585/21
**Supreme [1]**  1592/9
**sure-fire [1]**  1439/23
**suspicion [1]**  1523/5
**sustained [9]**  1481/13
 1481/14 1545/7 1561/9
 1568/20 1581/12 1583/18
 1598/15 1609/6
**sustaining [1]**  1482/5
**switch [2]**  1440/18 1499/25
**sworn [2]**  1429/3 1429/4
**sworn/affirmed [2]**  1429/3
 1429/4
**system [1]**  1436/8

**T**

**T-4-2 [2]**  1588/4 1588/16
**T4 [2]**  1454/17 1470/18
**T4-1 [1]**  1470/18
**table [6]**  1487/6 1493/11
 1493/14 1493/15 1502/14
 1579/8
**TAGAI [46]**  1417/4 1435/6
 1447/11 1447/18 1448/3
 1448/11 1449/3 1449/13
 1450/2 1451/7 1452/7 1452/18
 1452/23 1453/7 1453/10
 1454/22 1458/9 1459/2 1459/8
 1460/5 1460/9 1461/3 1462/17
 1463/15 1463/19 1464/8
 1464/16 1465/7 1465/10
 1466/2 1466/20 1467/21
 1468/22 1470/14 1473/1
 1473/4 1473/14 1473/17
 1474/12 1474/22 1475/1
 1534/21 1534/24 1542/5
 1613/21 1613/22
**Tagai's [2]**  1473/12 1613/22
**talks [1]**  1464/9
**tandem [1]**  1425/13
**tape [8]**  1432/21 1577/4
 1577/6 1577/8 1577/11
 1577/19 1616/2 1616/11
**Taren [13]**  1435/21 1475/8
 1475/16 1475/19 1475/20
 1476/23 1477/6 1478/2
 1478/10 1478/19 1478/25
 1545/3 1545/17
**taste [2]**  1530/6 1530/12
**Tea [6]**  1470/6 1472/1 1472/6
 1498/10 1498/11 1498/14

**team [1]**  1558/20
**ten [2]**  1619/9 1620/20
**tend [1]**  1587/22
**tenth [2]**  1426/11 1489/16
**term [11]**  1555/23 1557/2
 1577/1 1593/11 1593/13
 1593/16 1593/19 1593/20
 1593/21 1593/23 1618/17
**termed [1]**  1501/24
**terminology [1]**  1583/1
**terms [1]**  1585/20
**testified [72]**  1429/3 1447/9
 1447/12 1447/16 1449/3
 1452/18 1452/23 1456/15
 1459/4 1461/3 1461/16
 1462/17 1463/19 1463/20
 1463/25 1475/4 1476/14
 1479/5 1480/3 1486/6 1487/2
 1495/10 1496/14 1498/23
 1499/9 1500/5 1501/23 1507/1
 1512/13 1512/20 1512/24
 1513/9 1518/21 1520/11
 1520/20 1521/7 1523/5 1529/4
 1529/7 1533/25 1534/5
 1534/18 1534/22 1538/18
 1538/19 1538/20 1539/9
 1545/2 1552/6 1553/9 1559/19
 1560/5 1560/12 1563/11
 1566/2 1568/25 1569/17
 1571/4 1575/15 1575/18
 1575/22 1579/18 1579/23
 1580/10 1580/24 1584/3
 1602/8 1605/12 1605/20
 1606/19 1616/5 1616/15
**testify [11]**  1444/20 1518/4
 1569/8 1569/9 1569/12
 1569/15 1572/21 1573/2
 1574/20 1574/24 1586/25
**testifying [10]**  1461/20
 1521/5 1526/23 1546/20
 1547/3 1553/11 1560/23
 1581/1 1604/14 1609/11
**testimony [90]**  1422/2 1422/3
 1422/4 1422/7 1422/22
 1424/21 1435/6 1439/16
 1441/3 1441/5 1441/6 1444/6
 1445/19 1453/1 1453/5 1453/6
 1459/9 1459/12 1462/20
 1462/21 1463/17 1464/4
 1464/5 1470/7 1476/17 1483/7
 1484/13 1484/17 1486/4
 1498/12 1498/13 1498/13
 1500/8 1509/19 1511/7
 1512/16 1513/2 1514/9
 1516/13 1526/21 1530/5
 1530/9 1532/15 1533/2
 1534/11 1535/2 1535/3
 1535/17 1535/18 1544/24
 1547/22 1549/22 1550/25
 1551/2 1551/25 1552/3
 1552/12 1553/23 1560/18
 1561/5 1562/10 1568/11
 1568/12 1574/22 1574/23
 1574/23 1577/7 1577/15
 1577/17 1578/6 1578/11
 1578/20 1579/2 1582/13

 1584/24 1587/3 1587/13
 1589/20 1589/25 1592/10
 1594/3 1594/7 1602/14
 1603/25 1604/9 1604/18
 1604/20 1605/10 1609/21
 1611/7
**text [57]**  1422/4 1437/19
 1437/20 1454/16 1465/6
 1467/20 1468/21 1470/21
 1473/7 1473/8 1473/21
 1491/15 1504/6 1507/19
 1513/8 1526/6 1527/11 1546/1
 1553/20 1553/22 1562/12
 1562/20 1569/25 1573/12
 1573/16 1573/18 1573/22
 1576/8 1576/11 1576/14
 1581/22 1581/25 1582/3
 1584/7 1584/12 1587/7
 1588/11 1590/8 1600/16
 1601/3 1601/21 1606/12
 1606/16 1606/20 1607/1
 1607/4 1607/6 1608/13
 1608/17 1611/16 1612/8
 1612/21 1613/20 1617/3
 1618/2 1618/3 1618/6
**texted [11]**  1457/1 1492/16
 1495/5 1496/6 1496/21 1503/3
 1523/13 1527/12 1527/14
 1584/9 1599/20
**texting [8]**  1455/2 1455/8
 1473/10 1492/17 1493/23
 1510/19 1519/10 1588/20
**texts [31]**  1473/14 1485/18
 1485/25 1487/20 1507/6
 1508/10 1512/6 1514/15
 1539/14 1541/7 1549/14
 1550/1 1550/2 1550/5 1550/7
 1554/13 1561/12 1562/12
 1571/25 1581/6 1581/18
 1582/6 1583/6 1583/9 1584/20
 1594/10 1610/23 1610/25
 1617/16 1617/17 1617/19
**their's [1]**  1435/14
**themselves [3]**  1541/14
 1594/1 1598/25
**thereafter [4]**  1455/13
 1478/12 1499/3 1607/12
**therefore [1]**  1493/21
**thinking [5]**  1458/1 1482/22
 1484/16 1490/20 1540/25
**third [5]**  1464/8 1489/16
 1538/20 1558/2 1601/2
**thousand [4]**  1436/14 1436/20
 1523/3 1597/5
**thousands [2]**  1597/5 1598/9
**threatened [1]**  1559/9
**three [29]**  1420/23 1431/11
 1454/17 1458/12 1466/16
 1466/19 1466/21 1469/21
 1469/22 1470/5 1470/8
 1471/10 1471/12 1472/4
 1472/5 1477/20 1479/1
 1491/25 1521/24 1527/6
 1538/25 1540/16 1568/8
 1576/21 1576/23 1585/20
 1589/11 1610/23 1610/24

**T**

**threesome [2]** 1472/13 1475/21
**throughout [2]** 1541/12 1607/1
**thrown [2]** 1420/19 1547/1
**Thursday [3]** 1505/21 1620/11 1620/12
**ticket [1]** 1422/9
**tickets [1]** 1423/15
**tie [2]** 1478/14 1478/15
**tied [7]** 1463/21 1463/22 1478/1 1478/1 1478/7 1521/8 1578/12
**tiff [1]** 1493/18
**tight [1]** 1604/15
**tightly [1]** 1578/13
**timetable [1]** 1620/6
**timing [2]** 1530/15 1544/11
**tip [1]** 1439/19
**tired [1]** 1454/5
**tits [4]** 1474/4 1474/15 1474/16 1519/22
**to...I'm [1]** 1441/10
**today [9]** 1468/25 1492/3 1535/15 1535/17 1562/14 1564/1 1580/24 1585/8 1603/18
**today's [2]** 1566/12 1567/8
**together [21]** 1451/8 1451/13 1462/16 1475/12 1481/1 1492/15 1496/2 1496/6 1496/7 1496/22 1499/14 1503/18 1506/24 1511/4 1512/14 1517/18 1517/19 1519/24 1527/22 1617/4 1617/6
**togethers [1]** 1617/8
**Tom [4]** 1600/21 1600/23 1601/2 1601/11
**tomorrow [13]** 1473/25 1474/13 1485/14 1526/13 1619/18 1619/23 1619/25 1620/1 1620/10 1620/12 1620/16 1621/1 1621/3
**ton [1]** 1439/7
**tonight [3]** 1505/20 1506/3 1526/16
**tons [1]** 1489/19
**top [5]** 1443/22 1501/15 1526/2 1540/5 1596/25
**tort [5]** 1421/9 1424/3 1424/4 1424/6 1424/8
**tortured [1]** 1516/2
**total [2]** 1485/10 1581/23
**totally [1]** 1587/14
**touch [2]** 1476/23 1554/2
**tough [2]** 1489/18 1497/10
**town [9]** 1429/19 1429/24 1452/11 1453/22 1454/2 1473/25 1474/19 1496/21 1527/4
**toys [4]** 1432/11 1444/19 1522/9 1529/2
**Tracy [5]** 1434/18 1435/11 1435/17 1447/13 1520/15
**trader [2]** 1431/3 1431/7

**trading [1]** 1431/3
**traffic [1]** 1440/19
**trafficking [1]** 1425/15
**travel [1]** 1476/5
**treated [2]** 1508/1 1508/2
**tremendous [1]** 1423/2
**trial [5]** 1417/11 1425/7 1427/7 1539/17 1620/14
**trip [1]** 1422/8
**trips [1]** 1447/1
**true [16]** 1486/8 1514/9 1534/7 1536/6 1536/8 1536/21 1536/24 1541/15 1542/4 1547/7 1567/25 1603/17 1603/25 1604/5 1613/16 1613/19
**trust [3]** 1516/4 1547/20 1612/9
**trustworthy [1]** 1489/18
**truth [3]** 1482/24 1534/15 1602/24
**Tuesday [1]** 1556/10
**turn [12]** 1450/11 1458/8 1470/18 1475/3 1480/16 1501/18 1511/22 1526/1 1533/20 1606/21 1607/6 1607/14
**turn-on [1]** 1511/22
**turned [4]** 1438/8 1446/21 1511/24 1528/9
**turning [1]** 1506/7
**turns [1]** 1527/3
**Twenty [1]** 1591/2
**twice [1]** 1529/23
**two [49]** 1421/10 1425/13 1426/6 1426/23 1430/20 1436/21 1440/13 1440/21 1442/2 1443/4 1445/11 1446/4 1469/18 1469/19 1470/9 1474/4 1479/4 1480/24 1487/8 1488/20 1490/20 1502/1 1505/20 1507/10 1512/14 1520/2 1521/21 1530/21 1540/16 1557/19 1560/3 1560/4 1563/17 1565/15 1565/21 1566/4 1566/14 1567/10 1567/25 1568/1 1576/23 1597/24 1599/17 1602/15 1602/15 1602/18 1607/22 1607/23 1611/23
**two-year [1]** 1430/20
**twosome [1]** 1472/13
**Tying [1]** 1517/10
**typ [1]** 1440/8
**type [3]** 1460/2 1488/3 1511/13
**types [2]** 1495/3 1512/10
**typical [7]** 1439/21 1440/6 1440/13 1440/13 1450/7 1477/10 1489/9
**typically [9]** 1448/11 1452/7 1462/4 1473/7 1489/15 1507/4 1511/21 1511/22 1547/1

**U**

**U.S [1]** 1426/11

**Uh-hum [2]** 1442/11 1452/20
**ultimately [1]** 1532/25
**unable [3]** 1565/6 1565/15 1582/1
**underneath [1]** 1540/8
**understood [5]** 1426/14 1426/18 1438/24 1477/8 1620/9
**unfortunately [1]** 1534/19
**UNITED [3]** 1417/1 1417/5 1417/12
**unless [2]** 1555/6 1590/11
**unlocked [1]** 1514/3
**unrelated [1]** 1425/22
**unsatisfied [1]** 1492/5
**untie [1]** 1478/7
**untied [1]** 1517/11
**unusual [1]** 1438/12
**unwillingness [1]** 1499/11
**upfront [1]** 1438/15 1510/8 1580/25
**upset [4]** 1502/17 1518/1 1518/2 1608/10
**upstairs [6]** 1470/13 1471/24 1472/2 1487/6 1487/25 1528/5
**upwards [1]** 1556/23
**user [1]** 1605/21
**usual [1]** 1455/14
**utter [1]** 1606/1

**V**

**V2 [1]** 1494/13
**vacation [2]** 1446/25 1496/3
**vagina [4]** 1453/3 1453/3 1459/14 1501/24
**vaginal [4]** 1565/7 1565/16 1615/11 1615/13
**van [1]** 1420/19
**various [8]** 1422/23 1424/2 1432/10 1432/13 1442/21 1444/18 1449/14 1452/10
**Vegas [1]** 1430/17
**verbal [6]** 1432/3 1433/5 1433/7 1433/13 1440/3 1499/17
**version [2]** 1499/20 1611/12
**versions [2]** 1606/23 1606/25
**versus [1]** 1417/7
**vibrator [1]** 1464/1
**vibrators [1]** 1453/13
**Viceroy [2]** 1487/3 1487/4
**Viceroy Hotel [1]** 1487/4
**vicinity [1]** 1447/17
**Vicodin [4]** 1516/15 1516/22 1517/4 1517/21
**Vicodins [1]** 1599/17
**victim [1]** 1604/1
**Victor [1]** 1494/13
**video [7]** 1474/21 1474/23 1474/24 1474/25 1488/7 1488/8 1620/19
**videos [2]** 1506/18 1512/10
**videotaping [2]** 1515/12 1515/19
**view [1]** 1436/10
**violate [1]** 1611/7

**V**

violated [1]  1564/2
violations [1]  1424/1
violence [1]  1609/23
violet [4]  1500/14 1501/7 1502/3 1502/4
VIP [1]  1527/20
visible [1]  1577/11
visit [11]  1452/19 1464/8 1464/8 1473/4 1486/5 1486/24 1497/9 1498/4 1513/9 1554/24 1559/10
visited [2]  1468/2 1614/7
visits [2]  1452/7 1614/17

**W**

wait [3]  1485/14 1550/20 1581/19
waiting [1]  1554/1
wake [2]  1454/7 1456/20
walk [4]  1478/8 1513/12 1513/22 1568/22
walked [5]  1478/18 1512/24 1514/6 1514/8 1523/3
walking [3]  1488/17 1493/8 1517/1
walks [2]  1436/16 1493/13
wall [4]  1431/1 1431/5 1443/11 1501/18
Walmart [1]  1500/21
wand [5]  1500/14 1500/14 1501/7 1502/3 1502/4
wants [2]  1462/11 1527/12
warranted [1]  1419/16
waste [5]  1438/25 1439/1 1439/10 1485/24 1485/24
wasting [1]  1509/5
watch [2]  1516/3 1528/8
Wayfarer [1]  1516/25
Wayland [3]  1429/19 1429/25 1429/25
ways [4]  1421/10 1440/5 1441/14 1441/15
we -- two [1]  1470/9
we -- we [1]  1471/11
website [4]  1598/16 1598/21 1599/3 1618/10
websites [2]  1434/3 1434/5
Wednesday [1]  1505/21
week [7]  1431/19 1432/8 1432/20 1474/9 1481/10 1556/15 1575/15
weeks [5]  1474/4 1519/18 1520/2 1520/2 1552/24
weird [4]  1467/24 1468/24 1472/14 1539/10
welcome [1]  1427/20
well-educated [1]  1585/12
Wells [1]  1602/10
were...it [1]  1451/12
West [1]  1568/23
what'll [1]  1619/22
WhatsApp [1]  1473/8
Whip [1]  1617/24
whipped [2]  1459/14 1509/16
whipping [1]  1474/15

whips [1]  1432/12
white [2]  1468/5 1468/9
whoever's [1]  1439/24
whole [3]  1431/5 1582/11 1618/5
wife [2]  1602/7 1602/11
wild [3]  1491/9 1495/1 1495/1
willing [1]  1434/8
willingness [1]  1476/2
wine [21]  1453/25 1464/25 1465/24 1465/24 1468/3 1468/5 1468/9 1468/13 1469/4 1472/7 1476/23 1476/24 1477/21 1477/21 1479/2 1487/25 1489/1 1499/8 1502/15 1513/13 1515/6
winter [3]  1445/1 1518/15 1519/13
wire [3]  1448/23 1451/3 1489/7
wired [1]  1458/10
wires [1]  1489/19
wish [2]  1515/11 1610/22
wishes [1]  1420/6
withdraw [4]  1483/9 1528/15 1542/13 1542/15
withdrawn [13]  1456/14 1481/5 1488/23 1499/9 1566/2 1569/8 1580/2 1586/13 1590/4 1598/1 1604/2 1606/10 1617/15
witness [41]  1425/24 1426/1 1429/1 1429/1 1429/2 1449/9 1461/7 1467/7 1467/11 1479/14 1479/14 1479/16 1479/16 1484/16 1503/21 1503/22 1503/24 1545/10 1564/11 1564/13 1566/18 1567/22 1567/24 1570/3 1570/9 1579/21 1579/22 1586/1 1588/6 1592/5 1592/25 1593/1 1593/1 1595/24 1600/18 1601/4 1603/7 1619/13 1619/13 1620/17 1622/2
witnesses [3]  1422/1 1422/16 1569/15
woman [65]  1431/25 1432/21 1432/24 1434/18 1434/20 1434/23 1434/25 1435/11 1436/11 1436/24 1437/4 1437/13 1437/14 1438/2 1438/3 1438/5 1438/12 1438/22 1438/24 1439/3 1439/8 1439/25 1440/16 1443/17 1443/25 1444/5 1448/22 1462/5 1462/7 1463/8 1463/11 1478/10 1478/17 1489/10 1489/15 1489/21 1489/24 1490/2 1495/12 1495/15 1499/22 1502/7 1509/8 1511/25 1523/20 1532/24 1547/2 1547/20 1550/3 1551/15 1552/24 1555/12 1555/13 1555/14

1555/18 1556/13 1560/18 1575/12 1604/3 1605/24 1605/25 1606/2 1618/17 1618/18 1618/22
woman's [4]  1432/10 1439/1 1502/5 1511/19
women [75]  1433/14 1434/4 1434/6 1434/8 1434/17 1434/23 1434/24 1434/24 1435/12 1435/15 1435/16 1437/21 1437/22 1438/16 1439/4 1439/12 1441/16 1443/14 1444/13 1444/17 1446/12 1446/23 1447/4 1461/12 1466/5 1466/16 1466/19 1466/21 1469/21 1469/22 1470/5 1470/9 1471/10 1471/13 1472/4 1472/5 1472/8 1481/11 1484/14 1489/4 1502/19 1506/24 1507/4 1507/8 1507/10 1507/10 1507/13 1518/17 1520/16 1521/21 1522/21 1528/8 1533/12 1548/21 1549/15 1549/21 1549/24 1550/11 1550/13 1551/1 1552/1 1552/1 1555/2 1555/25 1556/7 1561/1 1562/8 1586/18 1587/17 1593/12 1593/12 1593/23 1593/24 1594/1 1618/12
women's [1]  1463/5
wonderful [4]  1511/4 1517/18 1558/3 1561/25
word [26]  1439/16 1439/18 1439/22 1441/4 1441/15 1442/4 1463/11 1490/2 1499/13 1499/20 1557/5 1560/2 1560/13 1585/23 1586/4 1592/10 1602/25 1603/19 1603/19 1604/4 1604/4 1606/1 1606/16 1618/23 1618/24 1619/2
wording [2]  1550/11 1574/10
words [27]  1433/14 1439/19 1439/20 1440/6 1440/7 1440/9 1440/21 1441/9 1441/12 1441/25 1442/2 1442/7 1463/14 1475/21 1478/7 1484/10 1484/11 1489/25 1512/10 1557/21 1560/3 1560/5 1592/13 1602/15 1602/18 1604/16 1606/1
workers [1]  1425/14
works [2]  1540/14 1540/15
worried [1]  1457/17
worries [1]  1493/16
worse [1]  1423/22
Wow [3]  1506/10 1570/22 1571/4
wrist [4]  1578/3 1616/10 1616/12 1616/13
wrists [1]  1578/9
write [2]  1558/3 1601/22
writes [7]  1494/25 1544/16 1545/17 1554/1 1558/5

**W**

**writes... [2]**   1588/24 1589/2
**writing [5]**   1444/3 1471/5
 1492/1 1561/19 1601/12
**written [2]**   1420/3 1535/19
**wrote [4]**   1572/7 1599/16
 1599/21 1600/11

**X**

**X's [1]**   1526/17
**XOXO [2]**   1491/11 1494/16

**Y**

**year [4]**   1426/24 1430/20
 1540/24 1613/3
**yearly [1]**   1563/25
**years [18]**   1429/16 1430/6
 1431/4 1431/12 1445/6
 1445/11 1447/21 1460/2
 1475/11 1529/14 1529/15
 1529/22 1541/12 1541/12
 1556/25 1565/13 1582/10
 1602/7
**yell [1]**   1441/18
**yellow [12]**   1440/14 1441/13
 1490/4 1499/16 1499/20
 1500/1 1547/18 1560/6 1588/7
 1602/16 1604/4 1619/1
**yesterday [19]**   1419/9
 1419/10 1420/13 1420/21
 1421/12 1427/10 1441/3
 1454/16 1470/19 1472/11
 1507/22 1529/16 1557/7
 1557/9 1557/14 1562/22
 1608/7 1609/5 1610/17
**Yifat [5]**   1532/24 1573/9
 1573/23 1576/6 1576/13
**YORK [46]**   1417/1 1417/6
 1417/16 1417/16 1417/20
 1417/20 1418/3 1418/7 1418/7
 1420/19 1420/20 1439/3
 1452/10 1468/2 1476/5 1480/4
 1480/5 1485/23 1495/24
 1496/20 1496/24 1497/5
 1497/12 1504/19 1509/5
 1510/19 1513/18 1516/19
 1518/12 1527/3 1527/12
 1536/8 1545/5 1552/13 1556/1
 1556/7 1559/7 1559/10
 1559/13 1592/8 1597/10
 1597/20 1597/24 1598/2
 1598/6 1618/4
**young [1]**   1505/20
**yourself [1]**   1559/20
**yourselves [1]**   1479/11
**Yummy [1]**   1506/2

**Z**

**zap [1]**   1501/20
**zapping [1]**   1432/13
**zillion [1]**   1440/5
**Zoe [1]**   1575/13
**zoom [1]**   1614/20

**\**

**\the [1]**   1463/4