1

UNITED STATES DISTRICT COURT.
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
AMY MOORE, MIA LYTELL,               :   17 CV 6404(BMC)
NATASHA TAGAI, EMMA HOPPER,          :
BRITTANY HASSEN AND BRITTANY         :
REYES,                               :
                                     :   United States Courthouse
            Plaintiffs,              :   Brooklyn, New York
                                     :
                                     :
        -against-                    :
                                     :   Monday, March 21, 2022
                                     :   10:10 a.m.
                                     :
                                     :
HOWARD RUBIN AND JENNIFER            :
POWERS,                              :
                                     :
            Defendants.
- - - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
DISTRICT JUDGE

A P P E A R A N C E S:

For the Plaintiffs:        BALESTRIERE FARIELLO
                           Attorneys for the Plaintiffs -
                           AMY MOORE, MIA LYTELL, NATASHA TAGAI,
                           EMMA HOPPER, BRITTANY HASSEN and
                           BRITTANY REYES
                                225 Broadway
                                29th Floor
                                New York, NY 10007
                           BY: JOHN G. BALESTRIERE, ESQ.
                                MATTHEW W. SCHMIDT, ESQ.

For the Defendants:        DECHERT, LLP
                           Attorneys for the Defendant -
                           Howard Rubin
                                1095 6th Avenue
                                New York, NY 100036
                           BY: EDWARD A. MCDONALD, ESQ.
                                BENJAMIN E. ROSENBERG, ESQ.
                                MAY K. CHIANG, ESQ.
                                CHRISTINE ISAACS, ESQ.

2

KATHERINE BOY SKIPSEY, ESQ.

SCHLAM STONE & DOLAN, LLP
Attorneys for the Defendant -
Jennifer Powers
        26 Broadway
        New York, New York 10004
BY: DOUGLAS E. GROVER, ESQ.
        JOLENE LAVIGNE-ALBERT, ESQ
        ANGELA LI, ESQ.


SHEPPARD MULIN RICHTER & HAMPTON, LLP
Attorneys for the Defendant -
Howard Rubin
By:  MICHAEL J. GILBERT, ESQ.


Court Reporter:  Jennifer Thun, CSR,
                 Official Court Reporter
                 Telephone: (718) 613-2567
                 E-mail: JenniferThun.CSR@Gmail.com


Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

3

1           (In open court; ceremonial courtroom.)

2           COURTROOM DEPUTY:  All rise.

3           The United States District Court for the Eastern

4  District of New York is now in session.  The Honorable Brian

5  M. Cogan is now presiding.

6           (Honorable Brian M. Cogan takes the bench.)

7           COURTROOM DEPUTY:  Calling Civil Cause for Jury

8  Trial in Docket No. 17 CV 6404, Moore, et al. v. Rubin, et

9  al.

10           Counsel, please note your appearances for the

11  record.

12           MR. BALESTRIERE:  Good morning, your Honor.  John

13  Balestriere for the plaintiffs; a nonattorney, Amy Kahn, with

14  the Court's permission, is sitting with me and my colleague,

15  who will introduce himself.

16           MR. MINHAS:  Good morning, your Honor Mandeep

17  Minhas.

18           MR. MCDONALD:  Edward McDonald, Dechert, LLP.  I

19  represent Howard Rubin.  Seated with me at counsel table are

20  Michael Gilbert from the firm of Sheppard Mullin; my partner,

21  Ben Rosenberg, from Dechert; and Mr. Rubin is here.  Helen

22  Palmore will be working with us.  She is a technical adviser

23  to us, helping us put exhibits on the screen; Christine

24  Isaacs, who is an associate at Dechert, and May Chiang, who

25  is a new partner at Dechert, LLP, I am proud to say.

4

1          THE COURT:  Congratulations.

2          MR. GROVER:  Good morning, your Honor.  My name is

3    Douglas Grover.  I am from Schlam Stone & Dolan, and my

4    colleagues and I represent Jennifer Powers.

5          Seated with me at the end of the table is Jennifer

6    Powers.  Seated next to Ms. Powers is Susanna Dolan, who is a

7    paralegal with our firm.  Seated next to her is Jolene

8    LaVigne-Albert, who will be opening for us, and Angela Li is

9    with me.  I might point out that Susanna Dolan's father,

10   Richard Dolan, is sitting in the back as well.

11         MR. MCDONALD:  Your Honor, I negected to mention

12   that at the table in the rear, because we didn't have enough

13   room here, is an associate at the Sheppard Mullin firm,

14   Katherine Boy-Skipsey.

15         THE COURT:  So last night -- this morning at 1:00

16   a.m. I received a revised joint pretrial order.  There is

17   very little joint about it.  It added some-40 exhibits, many

18   of which were objected to.  It added deposition designations

19   that I haven't seen.  I thought it was necessary to emphasize

20   to everyone that this is not amateur hour.  This is a federal

21   court.  I am not sure how to deal with this garbage-dump of

22   material that was sprung on me at the last minute.

23         I attribute plaintiffs' contribution to that to be

24   the result of pretrial panic and sloppy preparation.  I

25   attribute the defendants' contribution to that to be the

5

1    result of an effort to try to muck up the trial as much as

2    possible so that we can have endless side bars, looking at

3    things that I never had an opportunity to see.

4           We had the joint pretrial order done quite awhile

5    ago.  And while we did not resolve everything proposed in it,

6    we certainly didn't anticipate having a brand new pretrial

7    order at 1:00 a.m. with opening statements scheduled for

8    9:30.

9           The question is:  What do we do about that?

10          Now, I have got a couple of ideas.  Number one, I

11   can simply discharge this jury, have another pretrial

12   conference, reset the trial for some later date six months or

13   so out and then we can do it again.  The problem with that

14   solution is I think the defendants would love that solution.

15          The alternative that I thought of is simply to

16   strike the revised order and say we are going off the one we

17   all went over some many months ago.  Those are the two things

18   I can think of.

19          I will hear from the parties as to what they think

20   I ought to do with this monstrosity.

21          I will hear from the plaintiffs first.

22          MR. BALESTRIERE:  Good morning, your Honor.

23          If I may address one thing, there is no panic.  I

24   think on our side at least.  Actually, I think Mr. Rosenberg

25   may confirm this.  It appears that the initial joint pretrial

6

1  order did not include all of plaintiffs' or defendants'

2  exhibits in the list.  Meaning, even though we exchanged

3  them, they were not there.

4          THE COURT:  I will say, I don't mind to the extent

5  that you have stipulated to the addition of exhibits.  That's

6  fine.  I just don't want the jury sitting here while I read

7  lengthy exhibits trying to figure out what they say and what

8  the evidentiary objections are, and there are many of them.

9  So, if you all want to stipulate to additional exhibits, and

10  some of them are, no problem; but there are many to which

11  objections have been made.

12          MR. BALESTRIERE:  Understood, your Honor.

13          So, if the only alternative were those which you

14  just put forth or that we could stipulate to the exhibits, I

15  am fine striking this JPTO.  We did not add any deposition

16  designations, I believe.  Frankly, I don't anticipate at this

17  point putting in any deposition designations but reserve the

18  right depending on defendants testimony.  I plan not to put

19  in any on case of chief through the plaintiffs at least.

20          We frankly have been quite cordial and collegial in

21  going back and forth trying to stipulate to things and

22  minimize the issues and --

23          THE COURT:  Collegial to each other, but not too

24  much to me.

25          MR. BALESTRIERE:  I am sorry, your Honor.  On

7

1    behalf of plaintiffs' counsel -- because obviously it was us,

2    not our clients -- for that, your Honor.

3            I will say, like I said, I think this was born of

4    an initial conversation a few weeks ago between me and Mr.

5    Rosenberg where I am not quite sure what happened.  This goes

6    back almost two and a half years.  For some reason their

7    exhibit list in the JPTO just ended, but we had exchanged

8    other defense exhibits, and there was about maybe ten or so

9    that applied to us as well.  So, that was my initial

10   suggestion that we can at least stipulate to those new

11   exhibits.

12           Defendants did produce some further exhibits, which

13   are in the JPTO, in the last several months where we are

14   maintaining objections in some cases.  To be clear, your

15   Honor, we of course complied with the trial management order

16   with regards to disclosure of exhibits and meet and confers

17   up to this point as well.  I hope that we don't have side

18   bars.  My point is we exchanged, let's call it, 20 or so

19   exhibits that I think I will be getting into today with the

20   two plaintiffs who are prepared to testify.  I don't know if

21   we will get through them, but they are here.  One is in the

22   courtroom, your Honor, Natasha Tagai.  The other will be here

23   by lunch.

24           We have exchanged the exhibits yesterday.  There

25   was a meet and confer regarding defendants' objections.  I

8

1  think some are outstanding, which they intend to raise with

2  the Court.  My hope is that we can resolve them this morning.

3  Meaning, I don't want side bars either, your Honor.  I would

4  like to move this along.

5             THE COURT:  Okay.

6             MR. MCDONALD:  Your Honor, I think I am going back

7  to my early days as a lawyer.  The first rule is never to

8  tell a federal judge he is wrong.

9             THE COURT:  I am not one of those judges.  If I am,

10 do not hesitate to tell me.

11            MR. MCDONALD:  Your Honor, you are wrong about the

12 fact that we don't want to go forward.  We are ready to go

13 today.  Mr. Rubin wants to get this over with.  So we are

14 prepared to go forward.  If it is between just abandoning the

15 new joint pretrial order and getting an adjournment, we are

16 prepared to go.  We don't care about who is added to the

17 pretrial order.  We will go on the old pretrial order.

18            THE COURT:  Okay.  How do you feel about the

19 plaintiffs' suggestion that we allow the additional

20 stipulated exhibits but not any to which objection has been

21 made?

22            MR. MCDONALD:  That's fine as long as we are both

23 agreeing to it.  There is no problem with that.

24            THE COURT:  Let me hear from the other defendant.

25            MR. GROVER:  Your Honor, we agree with Mr.

9

1    McDonald's position.

2         THE COURT:  Good.  We will go forward.  If the

3    parties would like to discuss some of the further objected to

4    exhibits and see if you can come to an agreement, that's

5    fine.  As to those that have not been objected to, those can

6    be admitted.  You will let me know which ones those are.  I

7    think we can get started unless there are more housekeeping

8    details that we need to go over.

9         MR. BALESTRIERE:  I think there may be, your Honor.

10   I do think defendants have some objections they want to raise

11   with regards to our opening.  So there is that.  I don't know

12   if your Honor wants to deal with defendants' objections

13   regarding the exhibits we intend to call of the plaintiffs or

14   if that would be after the opening.  I at least wanted to

15   raise that.

16        May I ask a couple of questions about how your

17   Honor handles trials that I think will be good for both

18   parties to know.

19        THE COURT:  Better than this.

20        Go ahead.

21        MR. BALESTRIERE:  One, I wanted to confirm that

22   your Honor's rule when a witness is on the stand is that no

23   one may speak to that witness during any breaks in their

24   testimony.

25        THE COURT:  It really depends on the attorneys to

1  work that out.  Generally until the witness has been turned

2  over -- most attorneys agree among themselves -- they are not

3  going to call that witness.  Once the witness is turned over,

4  then most attorneys say, I can speak to the witness.  If you

5  would rather have no communication with the witness until the

6  testimony is completed, that is okay with me too.  Whatever

7  the parties want to do.

8           MR. BALESTRIERE:  We haven't discussed.

9           THE COURT:  Then you will decide.

10          MR. BALESTRIERE:  Also, we are calling the

11  defendants on our case, your Honor.  I wanted to know some

12  judges have particular rules with regards to that.  I would

13  of course call Mr. Rubin as a hostile witness.  I just want

14  to know if there are any rules.  I have seen different judges

15  handle it differently.

16          THE COURT:  Where possible I would like attorneys

17  to try their own cases.  I have no problem with your calling

18  Mr. Rubin.  It seems to me by definition he is hostile.

19  Although, I am sure he is not hostile generally.

20          Go ahead.

21          MR. BALESTRIERE:  To put on the record something I

22  disclosed to defense counsel, while walking into the

23  courtroom, one of the jurors -- I think, Mr. Kamal, but I am

24  not certain, your Honor -- approached me and said, I think

25  they told us the wrong courtroom.  Which courtroom is this?

1  I did say, I am sorry, Sir.  I really cannot talk to you.

2          I told Mr. Rosenberg and Ms. LaVigne-Albert as soon

3  as I came in.

4          THE COURT:  Okay.  I don't have a problem with

5  that.  Does anyone have a problem with that?

6          MR. MCDONALD:  No, your Honor.

7          MR. BALESTRIERE:  Nothing further from plaintiffs,

8  your Honor.

9          THE COURT:  So we have got one objection to the

10  opening statement that I need to determine.

11          Any other housekeeping before we get to that?

12          MR. GROVER:  Yes, your Honor, the parties exchanged

13  the order of witnesses.  Counsel has not indicated to us

14  whether they intend to call Mr. Rubin before Ms. Powers or

15  after.  We haven't gotten any response on that as of this

16  morning.

17          MR. BALESTRIERE:  That is incorrect.  I did --

18          THE COURT:  It does not matter.  What do you want

19  to do?

20          MR. BALESTRIERE:  Rubin first, as I told him last

21  week.

22          MR. GROVER:  The second thing, your Honor, and this

23  is how your Honor wishes to conduct trial.  If they are

24  calling the witness as a direct witness, should we assume

25  that our cross-examination would be limited to that direct,

12

1    complete that motions made and then call my client in our own

2    case as a direct witness, or do you have some other blended

3    method of dealing with that problem?

4        THE COURT:  I have a preference to using the

5    witness's testimony the first time they are called so they

6    don't have to be called back and waiving restricted scope of

7    cross-examination so we can do that.  If the parties agree

8    differently, then we will call the witnesses back.

9        MR. ROSENBERG:  Thank you, your Honor.

10       THE COURT:  Let's hear the objection to the opening

11   statement.

12       MR. ROSENBERG:  The objection is to certain items

13   that plaintiffs want to show during the opening statements.

14   We have worked out many, but the ones that remains are as

15   follows:

16       First, your Honor, there is a text string between

17   one of the plaintiffs, Ms. Reyes, and a nonparty here.  Our

18   contention is that is hearsay.  It is offered for the

19   substance of the matter asserted.  It's hearsay and should

20   not be presented by --

21       THE COURT:  Can I rule on that without seeing it?

22       MR. BALESTRIERE:  We do have it up, 26.

23       THE COURT:  Why don't we get it on the screen,

24   please, and I will look at it.

25       MR. BALESTRIERE:  Should I wait on my response in

13

1    the meantime, your Honor?

2         THE COURT:  Yes.  I want to read it before you

3    respond.

4         (Pause.)

5         THE COURT:  I have looked through plaintiffs'

6    Exhibits 1 through 71.  Is it in there?

7         MR. ROSENBERG:  Plaintiffs' Exhibit 104.

8         MR. BALESTRIERE:  Can we put this up on the screen,

9    the PowerPoint?

10        THE COURT:  Yes, go ahead.

11        MR. BALESTRIERE:  Right now on the screen, your

12   Honor, is Defendant's Exhibit 4.  Right now presently slide

13   26 of our opening.

14        THE COURT:  Explain to me first who is Taren and

15   who is Brittany.

16        MR. BALESTRIERE:  Brittany Reyes is a plaintiff.  I

17   anticipate her testimony this morning.  Taren is Taren

18   Cassidy.  I anticipate the testimony to be that Taren Cassidy

19   made the connection between Brittany Reyes and Mr. Rubin

20   because they were friends, and that this text message took

21   place days after the encounter that Ms. Reyes will testify

22   regarding.  And I seek to put it in, your Honor, not for the

23   truth asserted.  Ms. Reyes will be here to say, I have

24   bruises everywhere, and so forth.  Because all of the

25   plaintiffs' credibility has been challenged as if they have

14

1    made this up and sought payday later on and so forth.

2          So I believe that this is relevant to show that in

3    fact there was a communication very short in time after the

4    March 7th, 2016, encounter that Ms. Reyes will -- where Ms.

5    Reyes will say she was forced to have sex.

6          THE COURT:  Why does the communication matter if in

7    fact the statements made in it are not true?

8          MR. BALESTRIERE:  Well, she will say those

9    statements are true, your Honor.

10          THE COURT:  I understand, but then it is hearsay.

11          MR. BALESTRIERE:  But I am saying that it is the

12    fact that there was a communication.  Because they are

13    challenging that they saw payday later on.  Without trying

14    the whole case now, your Honor, there is a narrative here

15    that one came forward and others jumped on the bandwagon.

16    This shows that at least between a plaintiff and not a

17    defendant there was -- there was concern raised almost

18    immediately.

19          THE COURT:  Do not use it in your opening.  If

20    anything, it is appropriate for redirect examination of your

21    witness if her credibility is asserted.

22          MR. BALESTRIERE:  So that is slide 26.  We will

23    take that one out.

24          MR. ROSENBERG:  On behalf of Mr. Rubin and that is

25    Plaintiffs' Exhibit 126.

1          MR. BALESTRIERE:  This is the opening now Mr.
2     Rosenberg.

3          MR. ROSENBERG:  Yes, it is.

4          MR. BALESTRIERE:  Which slide are we talking about?
5     I will go to slide 21 and show Judge Cogan.

6          MR. ROSENBERG:  This is a communication between a
7     nonparty referred to as L here -- I believe the name is
8     Loredana -- and one communication from Defendant Powers.  I
9     believe plaintiffs agree it does not come in against Mr.
10    Rubin.  It goes to Ms. Powers' state of mind.  Therefore, we
11    would ask that when the jury is shown this, the jury is
12    instructed that this only goes as against Ms. Powers and not
13    as to Mr. Rubin.

14         MR. BALESTRIERE:  Again, that is a limiting
15    instruction --

16         THE COURT:  The problem is to give that limiting
17    instruction during an opening statement will just spin jury's
18    head.  We need context for that.  Wait until you get into
19    evidence, if do you.

20         MR. BALESTRIERE:  We will take, to be clear, your
21    Honor, you want us to take out what is present slide nine and
22    present slide 21.

23         THE COURT:  Right.  That's it.

24         MS. LAVIGNE-ALBERT:  Your Honor, one objection is
25    to slide nine in the plaintiffs' opening deck.  It is a

16

1   PX-162.  I don't know if your Honor can see it.

2           THE COURT:  I see it.

3           MS. LAVIGNE-ALBERT:  The reason for the objection

4   as we discussed with opposing counsel in, I believe, 2019

5   when we were first getting ready to try the case, we had

6   agreed to a stipulation to avoid documents to show each

7   payment that was made to the plaintiffs.  We had agreed to

8   the stipulation in order to save 15 or 20 documents.

9           Three days ago opposing counsel decided to re-add

10  these documents on their exhibit list.  So, we are objecting

11  to their objection as cumulative and therefore prejudicial.

12          THE COURT:  How would you feel if the $5,000 was

13  redacted?

14          MS. LAVIGNE-ALBERT:  The number is not a problem,

15  your Honor.  We have a stipulation that has been marked as

16  DX-A that lists the amount, the dates, the payments that were

17  made.  We have all of that information.

18          THE COURT:  Can you more specifically summarize

19  that stipulation for me?

20          MS. LAVIGNE-ALBERT:  It's a two-page stipulation.

21  It states that payments were made to the plaintiffs using Mr.

22  Rubin's money.  Some were made by Jennifer Powers and some

23  were made by Howard Rubin.  Each of the following payments

24  were made and then there is the chart that has the date,

25  amounts of the payment, the way it was made -- PayPal or cash

1   or wire -- and the name of the plaintiff who received the

2   payment.  Again, we negotiated the stipulation with opposing

3   counsel for the very purpose of just saving time and without

4   introducing 20-something documents.

5          The last thing I will say is that these documents,

6   going back to the issue that your Honor raised this morning,

7   were added to JPTO two days ago.  I agree with Mr.

8   Balestriere.  For most of it, we have been talking and there

9   was no issue that these 15 or so exhibits were very resent

10  addition that we object to.

11         THE COURT:  Are you objecting to this one or to all

12  15?

13         MS. LAVIGNE-ALBERT:  All 15.

14         THE COURT:  You only intend to use one during

15  opening?

16         MR. BALESTRIERE:  During the opening.  That is

17  correct, your Honor.  If I may comment.

18         It is accurate that there is a stipulation that has

19  been in place for a while with regards to payments.  There

20  was some discussion about amending that, but particular

21  plaintiffs could not agree to the amendments that defendants

22  sought.  Essentially, the old one is in place.  I agree that

23  it is there.  We have some cash payments that are part of

24  this stipulation, but we never waived the right when we did

25  have relatively few documents.  These are generally

18

1   one-pagers.  We didn't waive the right to use these as

2   appropriate.

3           THE COURT:  I am not going to rule on the 15 yet.

4   I will allow you to use the one during opening statement.  It

5   does not undermine the stipulation.  It illustrates what the

6   stipulation is talking about.  We will do that.

7           MS. LAVIGNE-ALBERT:  Thank you, your Honor.

8           THE COURT:  Anything else?

9           MR. BALESTRIERE:  No.  Just practically speaking,

10  your Honor, do you want us to take these slides out of the

11  deck, or bluntly go through them?

12          THE COURT:  Take a few minutes.  I have a technical

13  problem, too.  So we will recess and reconvene in five

14  minutes.

15          MR. BALESTRIERE:  Thank you.

16          (Pause.)

17          THE COURT:  I am ready.

18          How about all of you?

19          MR. BALESTRIERE:  Yes, your Honor.

20          THE COURT:  Andrew, please get the jury.

21          In terms of the COVID protocols, I am not going to

22  insist that the witness or an attorney questioning a witness

23  wear a mask.  You and or the witness may dispense with your

24  mask if you are so inclined.  That is also the case with

25  opening statements, but stay behind the screen, please.

19

1         One hour each, remember, with five minutes grace.

2         MR. GROVER:  Your Honor, so we are clear on our

3    side, we divvied it up between Mr. Rubin and Ms. Powers'

4    counsel.  Ms. LaVigne-Albert is going to be opening for

5    approximately 12 minutes.  She may spill over for a minute or

6    so, but that is our segment.

7         THE COURT:  Okay.  We will rise when the jury

8    enters and exits.

9         MR. GROVER:  This is all new for all of us, but I

10   don't know if your Honor wishes to say to the jury if one of

11   us does decide to take off our masks that you could advise

12   that all the parties have vaccinated.

13        THE COURT:  I will do that.  All of you are

14   vaccinated is that what you are saying?

15        MR. GROVER:  On this side.

16        MR. BALESTRIERE:  At least plaintiffs' counsel.

17   Your Honor, I am not sure with all of my plaintiffs.  I think

18   at least one is not.

19        THE COURT:  Okay.

20        (Continued on next page.)

21

22

23

24

25

```
                          Proceedings                      20
```

1   (continuing)

2            THE COURTROOM DEPUTY:  All rise.

3            (Jury enters courtroom.)

4            THE COURT:  All right.  Everyone except the jury,

5   please be seated.

6            And we need to swear the jury.

7            THE COURTROOM DEPUTY:  Yes, Judge.

8            THE COURT:  Did everybody say I do?

9            THE JURORS:  I do.

10            (Jury sworn.)

11            THE COURT:  Okay.  Have a seat, please.  All right.

12            Good morning, ladies and gentlemen.  I'm Judge

13   Cogan.

14            I'm fully vaccinated.  I only take off my mask when

15   I need to talk to you so you can hear me better.  I should

16   tell you all the lawyers are vaccinated as well.

17            First of all, let me apologize for the late start

18   today.  It was a combination of subway problems.  Someone was

19   hit at the 42nd Street station and then there were a lot of

20   details I had to go over with the lawyers.  I assure you we

21   are not to do our best not to deep you waiting in the morning

22   because your time is very important to us.

23            Now, you may wonder why you are getting to see two

24   judges in the case.  You got to see and hear the nice Judge

25   Bloom last this week and now you're stuck with me, Judge

Proceedings                                          21

1    Cogan.  The answer is that we have two kinds of judges in this

2    courthouse:  We have magistrate judges who assist with

3    pretrial matters, like jury selection; and we have district

4    court judges who actually preside over the cases, and that's

5    why there are two of us.

6              I know Judge Bloom told you generally what the case

7    is about.  The parties will tell you more in their opening

8    statements, so I'm not going to repeat any of that.

9              Let me start by telling you briefly what your duties

10   are going to be in case and to give you some preliminary

11   instructions.

12             When the case is over, at the end of the evidence

13   and my final instructions to you, it's going to be your job to

14   decide from the evidence in this case who should win and to

15   reach a decision specifically on whether plaintiff has proven

16   by a -- plaintiffs have proven by a preponderance of the

17   evidence that the defendants are liable for the wrongs that

18   have been alleged.

19             Now, you and you alone are going to be the judges of

20   the fact, you're going to hear the evidence, decide the facts,

21   and then apply those facts to the law that I will give you at

22   the end of the case.  That's how you reach your verdict.

23             In doing that, keep in mind that you have to follow

24   the law whether you agree with it or not.  Once this trial is

25   over, as I've just suggested, I'm going to give you much more

Proceedings                                                22

1   detailed instructions on the law and those instructions will

2   govern your deliberations.

3          Now, let me just go over with you the COVID-19

4   protocols that we're following.  I know you observed certain

5   entry protocols when you came into the courthouse this morning

6   and you will do that every day when you come into the

7   courthouse.  We have done our best to arrange this courtroom

8   for social distancing, to the extent that we can.  And you'll

9   see if the attorneys appear in front of you, they will be

10  behind a Plexiglass divider, as am I, as an additional level

11  of protection.  You need to wear your masks, unfortunately,

12  throughout this trial.

13         That's going to apply to everyone except the lawyers

14  asking questions and the witnesses answering questions.  I

15  find it too hard to hear what people are saying through a

16  mask.

17         Now, let me talk to you about the evidence.  The

18  evidence in this case is going to consist of several things:

19  The testimony of witnesses, documents and others things that

20  are received into evidence as exhibits, any facts upon which

21  the lawyers agree, and sometimes they actually do agree, and

22  the inferences that you may reasonably draw from that

23  evidence.

24         Now, evidence can be direct or circumstantial.  You

25  probably heard that before.  Direct evidence is evidence about

Proceedings                                                              23

1   what a witness personally saw, heard, or did, or something

2   recorded in a document about what happened.

3           Circumstantial evidence is evidence that you can

4   reasonably infer from the direct evidence.  One isn't any

5   better than the other.  You can consider both direct and

6   circumstantial evidence in deciding the case.  It's going to

7   be up to you to decide how much weight to give any particular

8   piece of evidence.  You're going to determine which of the

9   witnesses you believe and to what extent and what may

10  reasonably be inferred from what they saw, heard or did and

11  what weight you want to attach to each aspect of the evidence

12  and to the evidence as a whole.

13          Now, it is equally important for you to understand

14  what is not evidence.  The questions and objections of the

15  attorneys are not evidence and neither is any testimony that I

16  instruct you to disregard.  The statements and arguments of

17  the attorneys are also not evidence.

18          You know, I was watching Law and Order last night

19  and there was this frequently used device where one of the

20  attorneys asks the question that they know is not a proper

21  question, right, but they want it to have an impact on the

22  jury.  And as soon as there is an objection, they go

23  withdrawn.  Right?  TV.  That's not going to happen here.  The

24  lawyers are not going to do that.  If I disallow a question,

25  it's like the question never happened.

Proceedings                                                      24

1          The same thing, I may sustain objections to

2    questions at trial.  And when that happens, I won't permit the

3    witness to answer.  Or if the witness is a little too fast for

4    me and gets out the answer, I will order that to be stricken

5    or that you disregard it.  Again, if that happens, you have to

6    disregard the question and any answer to that question as if

7    it never happened at all.

8          Now, I'm going to have certain discussions with the

9    attorneys about pieces of evidence.  We're going to try to

10   keep those out of your presence but to a minimum.  When we

11   have those discussions, if it's necessary to do it at sidebar,

12   you're going to find, and I want to prepare you for this, an

13   annoying white noise that comes on in the jury box to block

14   out what we're saying.  But like I said, we're going to try to

15   keep those sidebars to an absolute minimum because they slow

16   down the trial.

17         When we have those discussions, it's not that we are

18   trying to keep any important information from you.  The

19   conferences are necessary for me to fulfill my job, which is

20   to ensure that the evidence is presented correctly and in

21   compliance with legal rules.

22         The law requires you to make a decision based solely

23   on the evidence before you.  You have to let commonsense be

24   your guide, subject to and aided by the instructions that I'm

25   going to give you at the end of the case.

Proceedings                                                25

1          There is, unfortunately, no magical formula by which

2     you should evaluate testimony or exhibits.  You got to bring

3     with you to this role all your experience and background and,

4     most importantly, your commonsense.  That's why we want you

5     here.  Use the same reasoning and tests that you use in your

6     everyday dealings to determine who's telling the truth and to

7     what degree, who to believe and who not to believe, and how to

8     reason, understand and weigh the documents and exhibits, watch

9     the witnesses very carefully and listen to everything that

10    they say.

11         Now, this is a civil case.  That means that the

12    plaintiffs have the burden of proving their case by what is

13    called a preponderance of the evidence.  That means that the

14    plaintiffs must produce evidence which, when considered in

15    light of all of the facts, leads you to believe that what the

16    plaintiffs claim happened is more likely true than not true.

17         I'll give you more instructions on the preponderance

18    of the evidence standard, but I think that will suffice for

19    now.

20         Please remember that this is just a brief summary of

21    the instructions.  I'm going to tell you much more at the end

22    of the case.

23         Let me go over with you some principles that will

24    govern your conduct during this case.

25         First of all, it's very important -- and this is the

Proceedings                                                26

1    hardest part -- that you not talk to each other about this

2    case until all the evidence has been presented and you go back

3    to the jury room to decide your verdict.  So when we take

4    breaks, for example, or when we adjourn for the evening, you

5    can't talk about the case amongst yourselves.

6           It's also important that you don't talk to anybody

7    else about this case or anything having to do with this case

8    until the trial is over and the verdict has been read and you

9    have been discharged.  That includes members of your family

10   and your friends.  All you can tell them is that you're

11   sitting on a civil case in federal court, it's expected to go

12   a couple of weeks, maybe a little longer, and that's all you

13   can say.

14          In addition, don't let anyone talk to you about this

15   case or anything that has any -- or anyone that has anything

16   to do with it.  I don't expect that to happen, but if anyone

17   starts asking you questions, don't answer the questions.

18          If someone should try to talk to you about this

19   case, immediately report that to my courtroom deputy, Mr.

20   Jackson.  Please don't tell anybody else, not even your fellow

21   jurors if you are contacted by somebody trying to talk about

22   the case.  Just tell Mr. Jackson.

23          Third, don't speak with any of the lawyers or the

24   parties or the witnesses, whether inside or outside the

25   courtroom.  Don't even pass the time of day or say hello or

Proceedings                                                           27

1    goodbye to them.

2          One of the lawyers mentioned to me that there was a

3    brief exchange between you.  You know, nobody knew the rules

4    at that point.  It's not a problem, so don't feel obligated to

5    tell me about that, but try not to let it happen again.

6          I've instructed the lawyers and the parties and the

7    witnesses not to speak to you and not to even acknowledge or

8    greet you.  So if you are walking through the hall and a

9    lawyer passes you and gives you that thousand-mile stare like

10   you're not even there, it's not that they are a rude person.

11   None of these lawyers are rude people.  It's that you have a

12   very important job to do and we don't want anyone to influence

13   you or to try to influence you or even to make it seem like

14   they might be influencing you.  Cancel out any misimpression

15   about that.

16         Fourth, I really don't know if there is going to be

17   any press coverage about this case, but there may be.  If

18   there is, you have to say completely away from it.  If you,

19   for example, are on the internet and you see something that

20   looks like this case, click your mouse and get out of there.

21   If you are watching TV and you see a news report that looks

22   like this case, hit your remote control and change to another

23   channel.  That goes for all media, television, radio,

24   newspapers, the internet, social media, online chat forums,

25   anything that you can think of that I haven't just said.

Proceedings                                                    28

1          Even if you hear people talking about the case like

2   on the subway -- I don't think it will happen, but even if it

3   did, you got to tune it out.  That's because your verdict has

4   to be based only on the evidence as presented to you here in

5   court.  You can't be influenced or exposed to anything else.

6          For the same reason, do not do research about the

7   case on your own or having anything to do with any part of it

8   or anything that you may hear.  That means don't Google places

9   or people or things that you hear about during the trial to

10  find out more.

11         Equally, do not post anything on your Facebook page

12  or social media.  Don't send any texts or e-mails to people

13  saying, you know, I think this about what I'm hearing or I

14  think that about what I'm hearing.  You have to be

15  incommunicado until you are discharged as jurors and the case

16  is over.  Again, that's because the only permission that you

17  are permitted to have and that any member of the public is

18  permitted to have is what goes on in this courtroom.

19         I know this is hard for you to do it.  A lot of us

20  are used to going on the internet when we don't know something

21  and looking it up, but you have a special role as jurors, you

22  took an oath just now to observe those rules and it would

23  violate the oath if you did not observe those rules.

24         Now, let me tell you about how the trial is going to

25  proceed.  First, each party is going to make an opening

1  statement.  An opening statement is not evidence.  It's just

2  an outline of what that party intends to prove or show that's

3  offered to help you follow the evidence that's going to come

4  in.

5           After the opening statements, the plaintiffs will

6  call witnesses and the defendants may cross-examine those

7  witnesses.  Then, if the defendants want, they will present

8  witnesses and the plaintiffs may cross-examine those

9  witnesses.  I may change that order a little bit during the

10 trial.  And if I do, I'll let you know.  But that's generally

11 the way it works.

12          At the close of the evidence, the attorneys will

13 make their closing arguments to summarize and give you their

14 interpretation of the evidence.  Like opening statements, the

15 closing arguments are not evidence.  They are, again, offered

16 just as guides to help your understanding of the issues by

17 letting you know what each side thinks of those issues and how

18 they should be resolved.  That's their view, but it's

19 argument.  It's not factual for you to accept.

20          Then after those closing arguments, I will give you

21 more detailed instructions on the law and you will retire to

22 deliberate your verdict.

23          Please do not make up your mind about what the

24 verdict should be until after you've heard all of the

25 evidence, after I've instructed you on the law at the end of

Proceedings                                        30

1    the case and after you have exchanged views and deliberated

2    with your fellow jurors.  Please keep an open mind until then.

3    All parties deserve, and the law requires, that you give them

4    an opportunity to be fully heard and that you not make up your

5    mind until you and your fellow jurors have heard all of the

6    evidence and have had a chance to discuss it thoroughly during

7    deliberations.

8            Finally, let me give you the schedule and some

9    details of the trial.  On a normal day -- and I hope to have

10   mostly normal days -- we will start at 9:30 a.m. in the

11   morning and we will go until a lunch break somewhere between

12   noon and one, with a morning break of 10 or 15 minutes.  We

13   will take an hour for lunch.  Mr. Jackson will give you a list

14   of restaurants that you can go to.  There is also a very good

15   cafeteria on the third floor, and then we will continue until

16   4:30.  We will not go on after 4:30 both as a courtesy to you

17   and because I've got a nighttime calendar after I do this

18   trial.  There will be a mid-afternoon break during that

19   afternoon session as well.

20           Now, the times that I have just given you are

21   approximate and I need you to please be flexible over the

22   course of trial.  Normally, we sit Monday through Thursdays.

23   We do not sit on Fridays and, again, so you can catch up with

24   your lives and I can catch up with my other cases.  We're

25   thinking that the trial will go about 11 days, 11 trial days,

1    give or take.  Now, the thing is a trial is not like a

2    choreographed Broadway play.  You never know exactly how it's

3    going to go.  That's why they call it a trial.

4              Now, notwithstanding that we were late with you this

5    morning, it's very important that you all be here on time if

6    you possibly can.  That's because we can't start until all of

7    you are here.

8              When you go into the jury room after opening

9    statements today, Mr. Jackson, if he hasn't already done it,

10   will give you his telephone number so if you have an

11   emergency, you can contact chambers.

12             With you arrive each day, go into the room you just

13   came from, the one down the hall behind me over there.  You

14   don't have to go downstairs to the jury pool.  You just go

15   right into that other courtroom.

16             You might have already noticed this, but when you

17   enter the courtroom, and it will also happen when you leave

18   the courtroom, everyone here is going to rise in deference to

19   the solemn and important duty that you have undertaken to

20   judge this case fairly and honestly under the law.

21             Now, when you file into the jury box, you don't have

22   to stay standing until we sit.  You can go to your seats and

23   sit down.  We are standing for you.  You're not standing for

24   us.

25             The only other thing I want to mention is taking

Proceedings                                                              32

1   notes.  Mr. Jackson will give you notepads and pens.

2            As you will see, however, there is a court reporter

3   present.  The court reporter is writing down every word that

4   anyone says.  And that's called a verbatim transcript.  And

5   that transcript, along with the exhibits that are introduced

6   into evidence, becomes the official record of the case.

7            Sometimes you'll see me looking at my computer

8   following along with the transcript because I can see that and

9   I may make some notes.  If I make a note, please do not think

10  that aha, the judge is noting something, it must be important.

11  That is not the case at all.  I'm probably noting a legal

12  issue.  I might even be noting a legal issue that reminds me

13  of some other case so I can use it there.  So pay no attention

14  to whether I'm taking notes.

15           If you wish, you can also take notes if they help

16  you pay attention and remember.  But you can't take the notes

17  home overnight.  They have to stay in that jury room that you

18  are coming from every morning.

19           You know, many jurors believe that note-taking can

20  get in the way of listening and paying attention.  I know

21  every year I get new law clerks and they are shortly out of

22  law school and they're used to writing down everything that

23  their professor said in law school and taking careful notes.

24  Well, when they start doing that with me when I give

25  assignments, I say to them stop writing and just listen to me.

1   And the reason I do that is my concern that if they're

2   figuring out how to write down what I just said, they're going

3   to miss the next thing I said, which might be even more

4   important.  So don't fall into.  It's fine to take notes.  I'm

5   not discouraging you.  But the most important thing is that

6   you listen to all of the evidence and not miss any because

7   you're taking notes.

8            At this point, the attorneys are going to make their

9   opening statements.  Remember, these opening statements are

10  not evidence.

11           We will now begin with plaintiffs' opening

12  statement.

13           MR. BALESTRIERE:  Thank you, Your Honor.

14           Just one moment please.

15           May I, Your Honor?

16           THE COURT:  You may.

17            Opening Statement - Mr. Balestriere

18           MR. BALESTRIERE:  Thank you.

19           Good morning, everybody.  My name is John

20  Balestriere.  I have two of my colleagues, Amy Khan and

21  Mandeep Minhas.  You saw me and Amy last week.  As you heard

22  then, we represent the plaintiffs in this case.  Thank you

23  very much for giving the plaintiffs your time so that they can

24  be heard in this case before you.

25           Now, what is case about?  I can take this off.

1    That's right.  Excuse me.

2            What is this case about?

3            You're going to hear that this case is about six

4    vulnerable women, the plaintiffs, who were targeted by a

5    well-organized trafficking venture which transported those

6    women to New York where a beat and raped them.  The man is

7    Howard Rubin sitting in this courtroom.  The other defendant

8    that worked with him, that's Jennifer Powers.

9            Now, there are six plaintiffs.  So you are going to

10   hear six stories.   But you are going to hear certain

11   commonalities in those stories.  You are going to learn that

12   they all consented to coming to New York.  This is not the

13   movie Taken or something like that where somebody is grabbed

14   and thrown into a van or something.  You're not going to hear

15   that.

16           You're going to hear that they consented to come to

17   New York.  They were told certain things that brought them

18   hear and that they consented to some sex in the beginning and

19   being paid for that.

20           But you're also going to hear them all say at least

21   one time they were forced to have sex.  You will hear them all

22   say that certain things were done to them without their

23   permission and without their consent.  You will hear them all

24   say how they were restrained, tied up, cuffed in some manner,

25   ball gags were put in their mouth so that they could not

1   speak, and they will talk about that.  In some cases, they

2   were blindfolded.

3           And you're going to hear that besides this happening

4   to them, they were all assaulted.  That besides being raped,

5   they will tell you that they were slapped, punch, kicked,

6   whipped, electrocuted, or otherwise assaulted.

7           Now, there's going to be some other commonality that

8   the plaintiffs will talk about.  I mean no disrespect to the

9   plaintiffs, but none of them will tell you that they were well

10  educated.  A couple of them didn't finish high school.  No one

11  ended up finishing college.

12          They will generally tell you they don't come from

13  money or what we would call access or power, that they didn't

14  have any access to lawyers or even hire lawyers before this

15  case.

16          Generally, you will hear how they were quite young

17  when they first were targeted by this venture.  All but one of

18  the six plaintiffs is a stranger to New York.  One is a native

19  Brooklynite, but she will tell you about some of the tough

20  circumstances of her growing up.  And they will all tell you

21  in some fashion they lived on the edge of society.  And a few

22  of them will tell you that they were victims of sexual abuse

23  before they were -- before they encountered Mr. Rubin.

24          Now, you're going to hear that that's a contrast to

25  Mr. Rubin, that he went to college, Harvard Business School,

1    that he's a successful investor, that he hired lawyers -- you

2    will hear about that -- and had access to lawyers.  He was

3    much older and more established when he met with the

4    plaintiffs.  And in many ways he lived at the height of

5    society with great access to power.  Now, those are the

6    commonalities.

7              Now, I will talk about the each plaintiff and their

8    stories.

9              If you can go to the next slide, please.

10             So, this is Natasha Tagai.  You're going to hear

11   from her either this morning or by this afternoon.  She's now

12   37.  She was 26 when she met Howard Rubin.  Her hometown is in

13   Michigan.  She has a couple of kids.  And her highest level of

14   schooling is one year of college.

15             She's going to tell you how she came to New York

16   consensually for years, in fact, prior to 2015 with Mr. Rubin.

17   She was paid for these times that she came.  There was some

18   activity that she will tell you may have been peculiar but

19   that she consented to.  But that starting in 2015, she had a

20   couple of incidents -- three -- where she was forced to have

21   sex against her will.

22             Next slide, please.

23             Maybe today, hopefully today, you will be hearing

24   from Brittany Reyes.  Brittany Reyes is 34.  It was five years

25   ago, when she was 29, when she met with Mr. Rubin.  Her

1    hometown is in Maine.  She lives in Florida.  She has three

2    kids.  As I noted, she didn't even graduate from high school.

3            She is going to be someone at the opposite end of

4    the spectrum from Natasha, at least in this regard, in that

5    she met Mr. Rubin once, was forced to have sex that one time

6    and then never saw him again.

7            Next slide, please.

8            Then you're going to be here from Amy Moore,

9    hopefully by tomorrow morning, maybe tomorrow afternoon.

10           Amy is 39.  She was 34 when she met Mr. Rubin.

11   She's from Illinois and has three kids.  She now lives in

12   Florida.  Like Brittany, she did not graduate from high

13   school.

14           She will tell you how she came to New York believing

15   that there would be some kind fetish shoot or something like

16   that, knew it could be sexual, but wasn't certain that there

17   would be sex for money, and that she was assaulted.

18           Then she's also going to tell you how she was led to

19   believe that if she came back a second time, at least to meet

20   with  Mr. Rubin, she might receive some money for her injuries

21   for the first time, but that instead, she was lured back to

22   this condo or apartment -- you'll hear different terms for it

23   -- and she was again sexually assaulted by Mr. Rubin.

24           Next slide.

25           You are going to hear from Amy's friend, Mia Lytell.

1   One thing that plaintiffs will tell you is that they

2   overwhelmingly do not know each other, never heard of each

3   other before this lawsuit.

4           Amy and Mia are the different ones.  We may get to

5   Mia maybe tomorrow, maybe Wednesday.

6           Mia is now 34.  She was 29 when she met Mr. Rubin.

7   She is from Florida, lives there now.  She has a couple of

8   years of college.  She will tell you how she came the first

9   time with Amy and she's going to tell you that she actually

10  tried to work for Mr. Rubin.  So, you're going to see from her

11  testimony and other evidence how she tried to bring other

12  women to Mr. Rubin.  She received a little bit of money for

13  that, a couple of thousand dollars.  She's not going to tell

14  you that she's proud of what she did or that she thought it

15  was the right thing.

16          But she is going to tell you that her first

17  interaction with this venture is a time where she herself was

18  sexually assaulted.

19          Next slide.

20          And then after Mia, there will be Emma.  She's now

21  29.  She was quite young when me met Mr. Rubin, 22.  She's

22  from Georgia.  She doesn't have any children.  She has a

23  little bit of college and has gone to esthetician school and

24  her situation she will tell you is a little bit like what

25  you're going to hear from Natasha.  She met Mr. Rubin much

Opening Statement - Mr. Balestriere                39

1   later.  Natasha will tell you that she met Mr. Rubin more than

2   20 years ago.  She's going to tell you that it was in 2015,

3   which is an important year, that she first interacted with Mr.

4   Rubin and that she had a few consensual encounters with him

5   and then she was sexually assaulted.

6           And similar to Natasha, she is going to tell you how

7   she felt like she came back and thought it would be good and

8   it was like that consensual time, but then there would be some

9   sexual assaults.

10          Next slide, please.

11          And, then, finally, you're going to hear from

12  Brittany Hassan, maybe Wednesday or Thursday of this week.  It

13  depends on how we go.  She's now 33.  She's going to tell you

14  that she's the first one of these plaintiffs you're going to

15  hear about to met with Mr. Rubin way back in 2011.

16          She's from Brooklyn, has a couple of years of

17  college.  And she's going to tell you she met with Mr. Rubin,

18  was sexually assaulted, and then it was a few years later that

19  she ended up interacting with him again, that she was --

20  bluntly, she will tell you she was in a desperate situation.

21  She's going to tell you that she was doing drugs at this time

22  and that she had an encounter with Mr. Rubin at that condo

23  where, she's going to tell you, that she was sexually

24  assaulted, forced to have sex.

25          There'll be another incident that she'll tell you

1  that actually took place essentially in public in a strip club

2  that after time in the condo.  So each --

3          Can we go to the next slide, please.

4          I should actually go back to -- I'm sorry -- to

5  Brittany for a second.

6          So each of them is going to tell you their story and

7  that is the key evidence you will hear.

8          Next slide.

9          You will also be seeing things like flight records.

10  You may see some other photos.  You may see some medical

11  records, not a lot.

12          There's not going to be any video of the actual

13  encounters as to what happened, but you will see over -- over

14  the course of this time there was this sophisticated,

15  thoughtful venture that brought women to New York where

16  Jennifer Powers, one of the defendants, was essentially the

17  business manager, and Mr. Rubin not only paid for everything

18  but he is the one that ended up forcing the sex on the

19  plaintiffs.

20          Next slide, please.

21          Go to the next.  After this.  Thank you.

22          So, these are the six plaintiffs, right.

23          Now, I'm going to talk -- I talked about common

24  elements of their stories.  I'm going to talk about certain

25  elements of the sophisticated venture.

1    One, you're going to learn that over time at least

2  there was a development of a non-disclosure agreement.  Each

3  of them ended up signing a document.  I'm going to show a

4  little bit of it this morning.  You will see it with each of

5  the plaintiffs.

6    (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           BY MR. BALESTRIERE:  Each of the plaintiffs that

2   was drafted by a criminal defense lawyer, which led these

3   plaintiffs to believe they could not come forward, that they

4   would actually be punished if they come forward and told

5   anyone about it happening.  But you're going to learn that

6   this non-disclosure agreement was not that detailed.  So that

7   was one feature of this venture.

8           Another was the use of women to reassure the

9   plaintiffs.  And what do I mean?  You're going to hear that

10  not only was there Jennifer Powers involved and that she

11  called herself the "psychologist" of the plaintiffs or a

12  "mother hen" of the plaintiffs but, in many ways, was a

13  fixer for the problems of the venture; that the finders,

14  those that contacted the plaintiffs were themselves women,

15  meaning that these plaintiffs, you're not going to hear that

16  Mr. Rubin made initial contact with them.  But somehow there

17  was a woman between Mr. Rubin and the plaintiff, which all

18  the plaintiffs will tell you reassured them, just like

19  Jennifer Powers reassured them.

20          Another feature is you're going to hear that

21  Mr. Rubin used his money to impress the women.  As we

22  discussed, none of the women come from money.  They're all

23  going to tell you they were brought to New York, sometimes

24  first class; that they came to this very fancy condo or

25  apartment -- there were different names for it -- that it

1    was very nice and it was a very high floor, and that frankly

2    impressed them as the kind of place they'll tell that you

3    they had never been in before; and that often Mr. Rubin even

4    brought the plaintiffs to fancy restaurants before he ended

5    up bringing them to the condo.  And with regards to the

6    restaurants, that's something else that you're going to hear

7    that's a feature of this venture, that alcohol and sometimes

8    drugs was a part of this.  So these women that you'll see

9    were vulnerable to begin with when they were targeted; and

10   then when they were brought here, they were, in many

11   circumstances, were made more vulnerable by the use of

12   alcohol.

13           What you're also going to hear, though, is a

14   development over time about this venture.  So you're going

15   to see it become more careful, more organized over time; but

16   you're also going to see that Mr. Rubin became more and more

17   personally reckless.  Now, when I talk about "careful," what

18   are you going to see?  There was no non-disclosure

19   agreement, but then, at one time, there was.  There was, at

20   one time, no specific place where the women were harbored in

21   New York, but then, at some point, Mr. Rubin bought a condo

22   or at least rented a condominium where virtually all the

23   incidents you hear about took place.

24           Very importantly, very early on, Mr. Rubin was

25   explicit, at least with one plaintiff, about what he would

 1  do; but then, over time, you'll see it was much more

 2  vagueness to lure the women here as to what exactly what

 3  would happen and how things would be.  And it would often be

 4  the finders anyway who would be having those discussions

 5  with the plaintiffs.

 6          As I said, you'll see more carefulness, but you're

 7  also going to see more personal recklessness over time.  You

 8  will hear, as you hear about the events that went on, that

 9  Mr. Rubin became more and more violent, in particular

10  starting in 2014 going into 2015, and that he increasingly

11  lost control and became more reckless.

12          Now, the venture, as I said, was so successful, it

13  actually brought some of the women back.  Natasha, who

14  you're going to hear from perhaps in an hour or so, will

15  tell how she had a good relationship for a while, then was

16  sexually assaulted, and then had this psychological abuse

17  she will talk about where she thought, maybe I should give

18  him another try, maybe I should come back, and had some good

19  incidents before a second bad incident -- when I say "bad

20  incident," where she will tell you she was forced to have

21  sex without her consent -- then again, some other good

22  incidents before a third one, which was very bad, which

23  she'll tell you about being electrocuted and punched and

24  other things happening to her and that she did not come back

25  after that.

1    Before I mentioned Amy, who was the top one there,

2    Amy came once but then was led to believe that if she came a

3    second time, she might get some money for her injuries and

4    she, in fact, met Mr. Rubin for lunch during the day.  This

5    assuaged her, she thought she would be in a better

6    situation, only to be brought back to that condo where she

7    was sexually assaulted far worse than the first time.

8    Again, this is this trend you see where things get worse

9    over time.

10    I mentioned Emma.  She's the third one from the

11    bottom.  She will tell you how she feels completely

12    psychologically manipulated and, after a while, being

13    dependent on Mr. Ruben.

14    Brittany Hassen, who is the second one, she is

15    going to tell you how there was that incident a long time

16    ago, in 2011, that when she was very desperate, she believed

17    that she was targeted.  In fact, you'll see some texts where

18    the venturer knows how vulnerable she is and is targeting

19    her.

20    As I said, Mia, the second from the bottom, she

21    even tried to work with Mr. Rubin for a while.

22    Now, I said about some the evidence that you're

23    going to hear.  But at the end of the day, it's going to

24    come down to hearing from seven people who were there when

25    these incidents happened.  Who are those seven people?

1    These six plaintiffs and Mr. Ruben.  You're going to be

2    hearing from Mr. Ruben as well about what actually took

3    place in the encounters.

4            Judge Cogan said you should watch the witnesses

5    very carefully and listen to what they say.  And you will

6    hear these six plaintiffs who, again, didn't know each other

7    before this case began, still have largely not talked to

8    each nor prepared with each other nor know all the details

9    of what happened with the other plaintiffs.  Each of them

10   will tell you right over there under oath, under the penalty

11   of perjury if they lie, that they did not consent to being

12   forced into having sex.  So you'll hear through this that

13   these women were trafficked across state lines to come to

14   New York for money and forced to have sex with Mr. Rubin.

15           But besides hearing from them, other -- not

16   testimony, but other statements that you're going to hear

17   about are some text messages that were exchanged at the

18   time.

19           Can we go the Slide 11, please.

20           This is an example of one.  This is a text message

21   way back in 2014 where that's Brittany -- that's Brittany

22   Hassen and Howie, Mr. Rubin, where with respect to my

23   client, you can see Brittany sending text after text after

24   text in desperation to get Mr. Rubin's attention and she

25   wants to be with him.  This is almost three years after she

1    had first seen him.

2              If we can go to the next slide, please.

3              And this was about ten months after the most

4    explicit description of this venture you're going to see

5    from the defendants where they lay out how things go.  This

6    is an email that may be a little hard to see -- I'm going

7    blow it up in a second -- from Mr. Rubin to an email

8    exchange -- excuse me, from Mr. Rubin to Brittany Reyes when

9    he talks about how things work.

10             Can you go to the next one, please.

11             This is a little easier to read from part of this.

12   So this is Mr. Rubin writing this to Ms. Hassen in August

13   of 2013, again, before most of the women were involved in

14   this venture and before what they said and how they said it

15   was taken much more carefully.

16             Mr. Rubin said:  I've gotten more intense than

17   when we were together.  I bought a condo, and I turned the

18   second bedroom into a dungeon -- and how he has about eight

19   to ten steady girls now and calls them four Playboy

20   centerfolds, Maxim Model of the Year -- I think that's

21   supposed to be Playboy Lingerie and CoverGirl and Playboy

22   plus FHN plus Maxim model.

23             Now, Brittany Hassen and a few of the plaintiffs

24   are going to tell you that this association that Mr. Rubin

25   really did seem to have with these Playboy models, in fact,

1   encouraged them and, in some ways, comforted them because a

2   few of them were trying to be models and they thought if

3   Mr. Rubin is working with these models, then maybe this is

4   someone that I can trust.

5           There's a lot here.  If we go down a little bit

6   so -- to the "So if you want to try it" paragraph, Mr. Rubin

7   writes:  In addition to clamps on your nipples and pussy, I

8   slap you hard all over your body, choking and face slapping.

9   I use whips and paddles and sometimes electric shock, which

10  he says:  Lots of girls just love that, for some reason.

11  And then he even notes in the next paragraph:  So you'll end

12  up sore and bruised for probably a week.

13          Now, I don't want to embarrass Brittany or anyone

14  by showing this, but I'm presenting this to you because the

15  evidence will show this is the last time that Mr. Rubin or

16  anyone was this explicit with anyone.  After this time,

17  instead, you're going to see many more playful texts or

18  downplaying about how things were.

19          In fact, Brittany Hassen, in respect to Brittany,

20  will tell you she didn't meet him after this August 2013

21  incident.  She saw him months later, about six months later,

22  in a restaurant.  They ended up meeting a couple of months

23  after that, and she doesn't even remember receiving this

24  email, but it certainly was sent to her.  But this is the

25  last time that the venture would be this explicit.

1      Can you go to 14, please.

2      You saw before in June of 2014, Brittany Hassen

3  showing you, with respect to some desperate texts -- well,

4  you're see here, this is one of those finders in orange.

5  It's from a woman by the name of Loredana Ferriollo, where

6  she's directing Brittany even what to say to Mr. Rubin:  I

7  want you to beg Howie again like you're desperate for money,

8  blah, blah, blah.  And then later on at another time, she

9  says:  So what I need you to say to him, Please, Howie, I

10  want to see you.  Can I see you guys tomorrow?

11      And this is interesting because this is an element

12  you're going to see through the texts, that when it's

13  between the plaintiffs or people on the plaintiffs' side,

14  you could say, and the defendants, those with the venture,

15  they -- there's not a lot of honesty, necessarily.  People

16  are encouraging one another, placating each other.  You will

17  see some texts between those just on the plaintiffs' side,

18  you could say, or just on the defendants' side, which are

19  much more frank and honest.

20      In fact --

21      If you can go to the next slide, please.

22      -- this is something that is not, I guess, suppose

23  frankly honest -- forgive me.  This is part of that

24  non-disclosure agreement.  It's a two-page document.  You're

25  going to see it.  This is one that Brittany -- that's

1   Brittany Hassen, Brittany Reyes -- Hassen, that she signed.

2   You can see her signature on the bottom, September 26th,

3   2014.

4           And I'm going to read from that second paragraph.

5   This non-disclosure agreement regards that Loredana

6   Ferriollo who we just saw.  All the other ones you see,

7   including for Brittany, is going to be -- regards Mr. Ruben.

8           And it says:  In return for the payment of an

9   agreed-upon fee, I have voluntarily agreed to engage in

10  sexual activity with Ferriollo, including sadomasochistic

11  activity that could be hazardous and, on occasion, cause

12  injury to my person.

13          As opposed to that August 2013 email, that is all

14  you will see in this non-disclosure agreement that gets into

15  details, nothing about bruises for a week or slaps or

16  anything like that; and there's no definition -- you're

17  going to see this.  You'll have an opportunity to see this

18  exhibit yourself -- no definition of what "sadomasochistic

19  activity" is, this use of the language that it can be

20  hazardous on occasion; whereas, the plaintiffs are going to

21  tell you that they instead were forced to have sex and were

22  assaulted each time that they saw -- the times that they saw

23  Mr. Rubin.

24          Could we go to the next Slide D, please.

25          And so what you'll see as compared to that

1    August 2013 email, that non-disclosure agreement with that

2    vague language, and then here, by August 2016, this is a

3    spreadsheet of some texts.  The blue in the middle there,

4    the second row, that's Mr. Rubin where what he says to two

5    of the plaintiffs and a finder -- so you see at the top is

6    Mia, that's Mia Lytell; Stephanie NYC.  You'll learn that

7    the Stephanie Shon, who is one of Mr. Rubin's finders; Amy

8    Nicole Moore, that's the Amy in this case, and Howie.  So

9    it's an -- an exchange amongst all of them.  What is

10   Mr. Rubin as to "Howie," right, "it's total BDSM.  That's

11   what he says.  You're not going to see that he ended up

12   writing in a text about all of the details.  In fact, what

13   you will see from both Mr. Rubin and one the finders,

14   because they had connections with the plaintiffs, is that

15   they play down what actually happens.

16           Can you go to Slide 17?

17           And you're even going to see that the plaintiffs

18   themselves somewhat play down what happens.

19           Right here, if you can see the second in the

20   green, that's from Amy.  This is what she says after the

21   first incident:  Yes, so much pain.  LOL.  But fun, fun,

22   fun.  And had a great time hanging out with you as well,

23   even though my boobs feel otherwise today.

24           So she was, at this time, saying that it was okay.

25   That's what she said the next day.  Here she is noting that

1   her boobs feel otherwise.  And as I noted, she'll testify

2   that she came back a second time to get some -- hoped to get

3   some money for her injuries for her -- her boobs.

4           Can you go to the next slide?

5           And you're going to see this.  This is Amy sending

6   along information about a friend of hers, and what she's

7   going to tell you is that she met -- she met Mr. Rubin and

8   brought up this individual, Pashence Marie, and she had told

9   Ms. Marie before she went to New York:  Maybe you guys can

10  get connected.

11          Instead, after she came to New York, she was

12  afraid of Mr. Rubin -- and we'll talk more about that in a

13  moment -- and just sent this text and the one before to

14  placate Mr. Rubin.  Pashence Marie never met with Mr. Rubin.

15  And, in fact, Ms. Moore is going to testify that after

16  sending this text, she told Pashence:  Do not meet with this

17  man.

18          We're going to talk more about those text in a

19  moment.

20          Can you go to the next slide?

21          Almost a year later.  This is important, the

22  timing here.  Before she ended up bringing this lawsuit

23  when coming to New York, Mia and Amy had a text exchange

24  about the things they would do and how they would meet.  And

25  she wrote about meeting up or if Howie wants to beat me,

1    LOL.  She's going to tell you this is before she came

2    forward and she was still very afraid of Mr. Ruben and that

3    she was using dark humor.

4              Can you go to the next slide, please.

5              And again, this is Natasha.  It's a little hard to

6    see, but this is in September of 2017, three months after

7    the last time she saw Mr. Rubin, three months after she was

8    raped and assaulted by him, where she ends up writing:

9    These big tits are dying to be smacked.

10             So you're going to see these kinds of texts after

11   the event where the plaintiffs were placating Mr. Rubin, and

12   they will give you their reasons why.  One, they'll tell you

13   sometimes it was embarrassment, especially if it was once or

14   twice, they'd never been in a situation like this before.

15   Sometimes -- in one case, at least, they were waiting still

16   to get paid and wanted to say the right thing so then they

17   would get paid.  They also thought that they couldn't tell

18   anyone, not only because of the non-disclosure agreement but

19   because, you'll hear a few of them say, either Mr. Rubin or

20   someone else said, You cannot talk about this to anyone.  So

21   they thought they would be sued for hundreds of thousands of

22   dollars under that non-disclosure agreement if they came

23   forward.  But the key reason, which they're all going to

24   say, is that they were afraid of Mr. Rubin.  They thought

25   that he had money and power and if they came forward, who

1   was going to listen to them, especially when they signed an

2   agreement where it was saying they couldn't come forward?

3           Can you go to the next slide, please.

4           In fact, they were so afraid -- this is one from

5   Emma Hopper.  You can see the date on the bottom there,

6   February 21st, 2018.  Ms. Hopper, Emma -- I'm going

7   generally call them by their first names.  Emma is going to

8   tell you that she sent this after she sued Mr. Rubin --

9   meaning she could have dropped her suit at this point, but

10  that she was so afraid that even after initiating a lawsuit,

11  she ended up contacting both Jennifer Powers and Mr. Rubin

12  simply because she was so afraid.

13          Can you go to the next slide, please.

14          And if you go back six months before this time,

15  you will see how dependent she thought she was on Mr. Rubin

16  and how desperate, in some ways, she was.  These are a

17  series of texts she sent in well after midnight where she is

18  saying things like, some -- where she says:  I wish you'd

19  fuck me before dinner.  I don't know why you didn't.  I

20  can't get that fucked up.  Tell me why you did it nonstop.

21  I need an end to it.  Do you still love me?

22          She was very fragile.  She was psychologically

23  abused.

24          Can you go to the next slide, please.

25          I'm sorry.  We'll get to that one a moment.

1    Sorry.

2            Just go back to that one for a second.

3            She's going to tell you that she was fragile, and

4    I'll be showing you a text soon where some of those on the

5    defendants' side even acknowledge how the fragile she was.

6            Can you go to the next slide?

7            And this is the beginning, I think, of some of

8    these more, what I'll call, honest texts.  These are more on

9    the defendants' side.  These are from Mia with Mr. Rubin

10   where she's trying to work with him.  So if you look at the

11   top of the page, December 2016 -- and Mr. Rubin's not

12   speaking to a target but instead speaking to Mia, asking who

13   likes to be beaten most.  He wants the ones that like to be

14   hurt.

15           On the very bottom there, he asks Mia does she

16   know she's going to be whipped and spanked and slapped.

17           You will not see texts from Mr. Ruben or Ms.

18   Powers to the plaintiffs before they end up meeting except

19   for that August 2013 email which, again, was sent six months

20   before Ms. Hassen saw Mr. Rubin again.  It was not sent to

21   any of the other plaintiffs.

22           Can you go to the case slide, please.

23           That was Mia, working as a finder, and Mr. Rubin

24   going back and forth.  Here, you can see the way the finders

25   were when they actually were with the plaintiffs.  So the

1    orange, that's Stephanie Shon "after some exchanges between

2    Amy and Howie, she puts in a devil's sign -- I like where

3    this is going, and then just gives some directions there.

4    She doesn't say:  You shall be whipped, you shall be

5    restrained, these things are going to happen to you.  And

6    this is a common theme, that they were lured in where they

7    were told there could be some "fetish play," is a term made

8    here, or something called "bondage discipline" and

9    sadomasochism"; I read "sadomasochism" before -- but that

10   they always thought they'd be free to leave.  There was even

11   a discussion of something called a "safe word," a word that

12   supposedly if said, any of the sexual conduct would stop;

13   but you will hear that it didn't stop and that's going to be

14   a theme.  They put themselves into a situation which maybe

15   was not wise.  They, themselves, will tell they wished they

16   had not put themselves into that situation but once in it,

17   as vulnerable women, they -- things were done to them which

18   they did not consent to.

19            Next slide, please.

20            This here goes back to what I was saying before

21   with Emma.  So this is October 2015, very early on when

22   Mr. Rubin and Emma had met.  So the -- when you don't see a

23   name, the evidence will show that that's Jennifer Powers.

24   When you do see a name, the evidence will show that that's

25   Stephanie, Stephanie Shon, that finder we saw before.  And

1    this -- and here, we see on its face.  It's not plaintiffs

2    placating defendants, nor is it anyone on the defendants'

3    side trying to lure in a plaintiff.  This is this honest

4    conversation on the side of what you see.

5          You see that Jennifer Powers is now "H." Mr. Ruben

6    just has to behave.

7          And Stephanie laughs, "that's never the case," and

8    more laughing.

9          But here's the key part.  In talking about Emma,

10   Jennifer Powers says, I know.  This girl seems fragile.  And

11   Stephanie adds, mentally or physically?  More laughing.  And

12   then Jennifer Powers says:  Mentally and physically, but

13   mentally for sure.

14         This is one of these themes, targeting and taking

15   advantage of vulnerable women.

16         Next slide, please.

17         Now, again, when there's honesty, as I said, when

18   it's just on the defendants' side, you end up seeing here --

19   you see more from this.  So this is going back to June

20   of 2014.  That's, again, one of those early incidents with

21   Brittany Hassen.  This is right before she is sexually

22   assaulted in the condo.  She's going to tell you details

23   about that, and she's going to tell you it took place on

24   June 5, 2014.

25         So right here, we have a few texts on June 4th

1  between Mr. Rubin and Loredana Ferriollo -- again, one of

2  those finders -- where Mr. Ruben said:  Oh, my God.  This

3  girl Brittany is going to be so fun.  She hates it, but

4  she's so desperate.  We've got to make her cry.

5          And Loredana Ferriollo enjoys it, says she has a

6  plan.  We don't see any texts on what that plan was.  You

7  will hear from Brittany what ended up happening.

8          But the day after, they're even acknowledging how

9  bad it was when Mr. Ruben writes:  Oh, my God.  Brittany is

10  going to see a client now.

11          You'll hear that Brittany Hassen told Mr. Rubin

12  the next day that she was going to see an escort client that

13  day, someone she was going to see.

14          And Loredana says:  Yes.  Oh, my God, all bruised.

15          You see this honesty when it is not plaintiffs

16  placating defendants or defendants luring in plaintiffs,

17  when it's just on the defendants' side.

18          Next slide, please.

19          In fact, you see that in this text exchange

20  between the two defendants.  So this is January 2016, the --

21  when it's Howie -- that's Howard Rubin.  When you don't see

22  who it is, that's Jennifer Powers.

23          And Mr. Rubin jokes, saying:  I hate feeling like

24  this.  Just kidding.

25          This is after an encounter with Emma.

1           And Jennifer Powers says:  What?  More laughing.

2           It just says it right there:  You beat a hot girl

3    and got laid.  What's there to be upset about?

4           They're just very frank when there's no one else

5    that is looking.

6           Can you go to the next slide, please.

7           So, again, you're not going to see any videos.

8    Okay?  This is not that kind of case.  And it is a human

9    trafficking case.  The judge will instruct you what the

10   claims are.  But you are going to hear from six different

11   women who don't know each other about what happened to them.

12          And I'm going to be sitting down very shortly.  As

13   Judge Cogan said, at the end of the case, we'll get a chance

14   to argue before you.

15          You'll hear from the plaintiffs, first Natasha and

16   then Brittany Reyes, in turn; and each will tell you her own

17   story.  Amy, amongst other things, is going to tell you how

18   she was electrocuted with a cattle prod before she was

19   raped.  Brittany Hassen will tell you how she was whipped

20   before she was raped.  Brittany Reyes is going to tell you

21   how a ball gag was put in her mouth, she was tied up and

22   unable to leave before she was raped.  Then Emma is going to

23   tell you, among other times, how she was dragged into a room

24   that Mr. Rubin used where he would perpetrate these assaults

25   where she was beaten before she raped.  Mia will tell you

1   that not only was she punched and assaulted, she was forced

2   to punch her friend as well.  And Natasha will tell you that

3   in the first rape that happened with her, that a pool cue

4   was used to rape her.

5          Thank you very much for all the time that you have

6   and listening.  I look forward to you hearing from the

7   plaintiffs.  Thank you.

8          THE COURT:  All right.  Thank you.

9          We'll hear from the defendants.

10          MR. MCDONALD:  Judge Cogan, Members of the Jury, I

11   guess this sounds pretty bad about how he used these

12   vulnerable young women, coerced, tricked, lured to New York

13   by a sophisticated trafficking venture, sophisticated

14   trafficking venturer.  They were told about photo shoots,

15   platonic relationships in the beginning, only to discover a

16   dungeon where they were forced into rough BDSM sex where

17   they were raped, beaten, imprisoned against their will, had

18   injuries, which they are now seeking to be compensated.

19   That's what Mr. Balestriere --

20          THE COURT REPORTER:  Sir, can I ask you to speak

21   up, please.

22          MR. MCDONALD:  Oh, excuse me.  I'm sorry.  I

23   forgot to put my microphone on.

24          (Pause in proceedings.)

25          MR. MCDONALD:  That's not what the evidence is

Case 1:17-cv-06404-BMC-CLP    Document 423    Filed 10/26/23    Page 61 of 242 PageID #: 19751

1  going to show you, ladies and gentlemen.  This is a case of

2  experienced adults.  It's not the Jeffrey Epstein case with

3  teenaged girls.  These are savvy, street-wise women.  It's a

4  case about knowing, consent, agreement to what was going to

5  happen with Mr. Rubin each time they came.

6           It's a case in which the six plaintiffs were told

7  and knew full well what they were getting into:  Rough,

8  risky, BDSM sex for money.  It's a case in which after they

9  knew what had already happened to them, they eagerly came

10 back to see Mr. Rubin, five of them -- four of them over and

11 over again, a case in which no one, no one was injured.

12          I represent Howard Rubin.  My name is Edward

13 McDonald.  My colleagues and I will be defending him in this

14 courtroom.  We'll be cross-examining the plaintiffs when

15 they testify.  We'll be presenting other evidence before

16 you?  And as the Judge told you, what I say now is not

17 evidence.  It's an overview, a roadmap of what the evidence

18 is going to end up showing you.

19          Before I start getting into the overview of each

20 case, I want to briefly note evidence that demonstrates --

21 three times that demonstrates our defense that the

22 plaintiffs knowing agreed and consented to rough sex with

23 Mr. Rubin and that they were not injured.

24          First of all, the first piece of evidence, the

25 first item that's going to illustrate our defense is that

1    November 2017, two of the plaintiffs, Amy Moore and Mia

2    Lytell, sued Mr. Rubin.  The other four didn't join in the

3    case until four months later, until February of 2018.

4            Emma Hopper was the one in the second round.  In

5    November of 2017, right after the suit was filed, she read

6    about it in the newspaper or online; and the first thing she

7    did was to contact -- was to contact Jen Powers.  This

8    was -- this was after she was supposedly -- all the bad

9    stuff had happened to her a few months earlier.  This is

10   after that happened.

11           And what does she say to Jen Powers when she

12   learns about the lawsuit?  She says --

13           It should be on the screen.

14           Well, let me read what she said instead of wasting

15   time.

16           THE COURT:  Give us a second.

17           (Pause.)

18           (Continued on the next page.)

19

20

21

22

23

24

25

1          THE DEPUTY CLERK:  Which laptop are you using,

2    please?

3          MR. MCDONALD:  So, this is after the supposedly bad

4    stuff had already happened and Emma Hopper says to Jen

5    Powers, Howie's assistant, Jen what is going on?  I am so

6    worried about everyone.  If you all need me to do anything to

7    help, like testify we agreed to everything happening, I will.

8    Ms. Hopper went on, I can't believe this.  They should be the

9    ones getting in trouble.  We all signed an NDA.  Then Ms.

10   Hopper got to the point.  After saying she would testify that

11   they agreed to everything happening, she says, Is this going

12   for stop Howie from seeing us.  Ms. Powers says, Things just

13   need to quiet down for a second.  That's all.

14          We are going to learn that Ms. Hopper, after she

15   heard that Howie was just quieting down for awhile and not

16   seeing Emma Hopper, that Ms. Hopper contacted John

17   Balestriere and she then completely changed her tune.  She

18   joined in the case.  She sued Howie and Jen saying now she

19   hadn't agreed.  She joins the suit.  But she wasn't finished

20   contacting Howie Rubin.  The night after she filed the

21   lawsuit and joined in the suit in 2018, she sends what Mr.

22   Balestriere has already shown you, trying to take the sting

23   out of our bringing it out in front of you.  She sends this

24   photo of herself by text message.  Howie, I am yours.  I am

25   your little school girl slut for life.  This is because she

1    was so afraid of him?  Wait until you see what the text

2    messages are between the two of them.

3          Natasha Tagai is another plaintiff.  She had more

4    than 16 BDSM sex encounters with Mr. Rubin back.  She kept

5    coming back over and over again for seven years.  Evidence

6    will show that after her last encounter, she still was trying

7    to get back to him.  She's still trying to see him after this

8    supposedly bad stuff had happened.  What does she say?  You

9    have already seen it when he put it up for her.

10          These are the pictures she is sent to him just

11   before she filed the lawsuit against him.  He doesn't respond

12   to her.  He doesn't see her.  What does she say accompanying

13   these photographs?  She says, I am in town tomorrow a.m. to

14   Saturday a.m. if you are around.  Would love to see you.

15   These big tits are dying to be smacked.  That is

16   September 26th.  A week or so later she gets back with

17   another message and more pictures.  Would love to have a

18   birthday whipping from you on these big tits.  My big tits.

19   It has been too long.  My big tits want it badly.  She now

20   says she was forced into having BDSM

21    sex with Mr. Rubin.

22          Then we have @Niel O'Tell, one of the first two

23   plaintiffs.  She recruited several other women.  Mr.

24   Balestriere told you about that.  That is what she was doing

25   for a fee.  She would go out and recruit other women --

1   friends of hers, acquainces of hers.  After the bad stuff had

2   happened to her, the two times that she said she was raped

3   and tortured by this horrible scary, man, what does she say?

4   Well, we have evidence -- evidence of contacts with a number

5   of women, but I am only going to bring up two in the opening

6   statements.  She says to someone names Heather Hogrefe in May

7   of 2017 -- this is how she describes what happened with

8   Mr. Rubin.  Sexual torture kind of stuff.  Smacking in the

9   face and a sex dungeon in red room and toys.  It is just for

10  an hour.  I have done it a bunch of times.  So has Amy.  You

11  have got nothing to worry about LOL.  He is a little

12  nothing-sized guy.  LOL.  Good client to have.  He is a

13  hundred percent legit and so are his people.

14          Later on she speaks with somebody.  She gets in

15  touch with somebody who goes by the title Manhattan Doll.

16  This is what she says to Manhattan Doll, But sexy, hot,

17  sexual torture.  You won't be hurt.  Bruises go aware.  No

18  blood.  No breaking of skin.  It is really not that bad.  You

19  see, yes, I see him all the time.  He ain't shit.  He is not

20  strong.  He is skinny.  LOL.  I mean, he is going to spank

21  you and "beat" you.  But, no, not really.  That was after the

22  two times she was supposedly raped and tortured.

23          Now, the evidence is going to come in in various

24  ways.  Judge told you people will testify from the witness

25  stand.  We will get to cross-examine the six plaintiffs.

1    They will tell you things that happened years ago, but there

2    is other evidence in this case that will be more reliable

3    than what you hear from the witness stand.  This is the

4    electronic age.  This is the age of email and text messages,

5    and this case will include lots of email and lots of text

6    messages.  That is just how the six plaintiffs communicated

7    with Howie Rubin and Jen Powers and other people in this

8    case.  Those preserved messages will show you in realtime as

9    the events were happening exactly what happened, that they

10   consented, that they agreed to BDSM is sex with Rubin and

11   they were not hurt.

12           In addition to the live testimony and the

13   electronic messages, we are going to be presenting

14   transcripts and videos of portions of the plaintiffs'

15   depositions.  These are pretrial examinations that the

16   parties get to take of one another.  These depositions --

17   there are going to be depositions of two other witnesses.

18   You heard about Steph Shon and another woman named Taren

19   Cassidy.  Their depositions will played in part or excepts

20   will be read to you.  There is no videos.  There are critical

21   videos you are going to see when they say I don't remember or

22   I don't recall when they were asked at depositions about

23   critical events and how they were supposedly hurt.  You will

24   see how during the depositions with their lawyers at their

25   side over and over again contradicted themselves, conceded

1    that the allegations that they had made in their complaint

2    starting this case had been wrong, had been mistaken.  And on

3    critical questions as I have said, they resorted to phony

4    failures of recollection -- I don't remember, I don't recall,

5    and I don't know.

6           Let me tell you a little bit about what the

7    evidence is going to show about Howie Rubin.  He is a

8    66-year-old man.  He is a successful bond trader.  He has

9    lived for almost 40 years in Manhattan where he and his wife

10   raised three children.  They are now grown.  His wife

11   recently filed for divorce.  She has had and Mr. Rubin has

12   had an unconventional private life for the last 20 years.  In

13   the 2000s, he began to explore outside of his marriage BDSM

14    sex, rough sex.  Some might find it offensive or difficult

15   to understand.  BDSM is not an uncommon practice in this 20th

16   century.  You might be familiar with some of the popular

17   music today where people talk about BDSM.  Books and movies

18   have been popular.  *50 Shades of Grey*.  Books and movies that

19   have been runaway hits.

20           THE COURT:  Mr. McDonald, let's stick to what the

21   evidence is going to show.

22           MR. MCDONALD:  With respect to Mr. Rubin's BDSM

23   behavior in this case, you will learn that it involves

24   role-playing with one and occasionally two and in one

25   instance three women.  Mr. Rubin always assumed the dominate

1    role.  There was no set routine.  As a dominate, he would use

2    offensive and insulting language.  There will be physical

3    acts of domination -- slapping of the breast, the buttocks,

4    legs, vaginal area.  Never with a closed fist.  Devices would

5    be used, paddles, clips, dildos, and ball gags, sometimes

6    called sex toys.  There could be bondage, restraints, ropes.

7    You will hear about a cattle prod.  That's nonsense.  He

8    called it -- Mr. Balestriere talked about electricute -- that

9    someone was electrocuted.  That is not what you will hear.

10   You will hear that there was an electric device that gave a

11   slight electronic jolt.  Not a shock.  There was pain and

12   there was bruising that.  Was to be expected.  That is

13   important because the plaintiffs were all told up front

14   explicitly there would be rough sex and it would be with pain

15   and bruising.

16          We are not suggesting that all of the plaintiffs

17   enjoyed this behavior.  Some might have.  But the plaintiffs

18   were not seeking pleasure; they were seeking money.  You are

19   going to learn that by 2009 and 2010 Mr. Rubin engaged

20   hookers or madams, women who set him up for a fee with women

21   who were interested in BDSM sex.  Some of these women began

22   to refer their friends and acquaintances and he was not

23   relying on hookers anymore.

24          Mr. Rubin initially used hotels in the city.  Later

25   it became easier to rent a condo, a high-rise building on

1  57th Street.  There he had a second bedroom commonly referred

2  to as "the dungeon."  It was equipped with all sorts of sex

3  toys, BDSM equipment and furniture.  The dungeon was not

4  soundproof.  There were other apartments on the floor.  The

5  doors were not locked in the dungeon.  No one was kept inside

6  by lock and key.  That is where he had his encounters.

7          You will see that the last thing that Mr. Rubin

8  wanted was a resistant BDSM partner.  That was not the

9  dominate-submissive act behavior in which he wanted to

10 engage.  You will see and hear a message that will make it

11 clear that it made no sense for Mr. Rubin to recruit women

12 who were not agreeable.  He wanted to enjoy himself.  He

13 didn't want to waste his time.  There were plenty of other

14 willing women out there for BDSM sex for $5,000 a pop.

15         Finally, you will learn that Mr. Rubin relied upon

16 his administrative assistant, his friend, Jennifer Powers.

17 It is the two of them -- Howie and Jen.  The sex trafficking

18 venture -- this sophisticated sex trafficking venture.  You

19 will see how unsophisticated it was.

20         Let me say the evidence as presented in its

21 entirety you will see that there are common factors among the

22 plaintiffs.  There are six common factors in the six cases.

23 First of all, Howie Rubin in all cases was explicit with the

24 six plaintiffs about what he expected rather than deceive and

25 coercion.  It was clear he would pay for rough sex.  There

1   would be pain.  You could be bruised.  It was all said up

2   front.

3           Secondly, the plaintiffs made clear they understood

4   what they were in for.  There were street-wise women who gave

5   knowing and willful consent.  Their eyes were wide open when

6   they met with how every time.

7           Three.  The BDSM encounters did take place.

8   Mr. Rubin freely admits it, but he says and he insists that

9   no one was hurt.  Bruising, yes, but no injuries.  I don't

10  know what the plaintiffs are going to say; but when they were

11  asked for the most part during their depositions what

12  happened, they couldn't remember.  They couldn't recall.

13  They didn't know what their injuries were -- their so-called

14  injuries were.

15          Four.  After the encounters, there were messages.

16  There are messages.  There are hundreds of messages in which

17  five of the six plaintiffs give high praise to Howie Rubin.

18  What a wonderful time they had.  Amazing is repeated over and

19  over and over again.  Awesome.  No complaints at all.

20          Five.  Five of the six plaintiffs continue to seek

21  out Mr. Rubin for more sex.  Three of them -- four of them

22  over and over again they sought to return for rough BDSM sex

23  for money.  They did.  You will see not just by their words

24  but by their actions in coming back that they provide

25  evidence that what happened to them before was agreeable to

1    them, was okay, was acceptable to them, that they consented.

2        Six.  All six plaintiffs in all six cases the

3    evidence will show that no one was injured.  Bruising, yes.

4    They were told about that in advance.  In their complaint

5    they actually say that all six of them were hospitalized.

6    The evidence will show that that is a lie.  Not one was

7    hospitalized.  There is no evidence that any of them were

8    ever injured by anything that Mr. Rubin did.

9        I am going to deal now with the six separate cases.

10   Brittany Hassen is the woman from Brooklyn.  She claims

11   without her consent she was seriously injured with BDSM sex

12   with Mr. Rubin.  The claims are utter and completely

13   nonsense.  Her case begins in 2011.  She was booked by an

14   booker by the name of Tracy Reed clearly for BDSM sex.  In

15   her complaint -- in the complaint that was filed, she said

16   that she was coming to see Mr. Rubin for a fetish photo

17   shoot.  This is what the very first message that she sent to

18   him was, an email in September of 2011.  I will just read it

19   rather than waiting for it to go up.  Tracy asked me to email

20   you regarding Friday's appointment, smiley face.  I am very

21   submissive.  Love being dominated.

22       She wasn't being deceived.  There was no photo

23   shoot.  No fetish photo shoot.  That is not what is the

24   evidence will show.  She was coming to be dominated because

25   she's was submissive.  And Mr. Rubin, Mr. Balestriere says he

1    was vague, vague in his dialogue with these people.  Look

2    what he says.  He is not tricking anybody.  This is not what

3    is the evidence shows.  He says, so with submissive activity

4    I love to be with girls that love being dominated and enjoy

5    both physical and verbal humiliation.  It's a very intense

6    experience.  He told you that he said that.  But I want you

7    to understand completely before we get together there is

8    bondage, spanking, your ass, pussy, tits, use of whips and

9    paddles vibrators, dildos, nipple and clit clamps.  I always

10   use a safe word and will always slow down, stop, if it is too

11   intense for you.

12           After this correspondence between to two of them

13   they got together the next day at the Mandarin Oriental Hotel

14   in New York.  There were two other women present.  In her

15   complaint and in her deposition she said she didn't like the

16   way that Mr. Rubin was touching her.  She asked to leave and

17   she left.  She admits, she concedes, that Mr. Rubin did not

18   stand in her way.  She was able to leave the room freely.

19   And she also admitted at a deposition quite clearly that she

20   was not injured.  That she said in her complaint she didn't

21   see him for another 3 to 5 years.  But you learn that out of

22   the blue, two years later, she contacted Mr. Rubin and these

23   text messages will be introduced in their entirety for you so

24   you will be able to read them.  I am just reading excerpts in

25   order to save time in the opening statement.  Give you an

1   overview.

2          What she says is, out of the blue she says to

3   Mr. Rubin, I wanted to know if you would want to give me

4   another shot.  She goes on to say, I have done some

5   domination, pussy and nipple clamps, humiliation in the last

6   year and I did have fun.  I would love to do it again.  This

7   time with you.

8          Now Mr. Balestriere says she was targeted by

9   Mr. Rubin.  You will see in the correspondence between them

10  in 2013, that he didn't even know who she was when she

11  contacted him out of the blue.  He had to have his

12  recollection refreshed by Jen Powers.  And then he reached

13  out to her.  He responded to her.  And when he responds to

14  her again, he is not trying to deceive her.  He is not trying

15  to force her.  He is explicit.  It is far more intense than I

16  think you are expecting.  In addition to clamps on your

17  nipples and pussy, I slap you all over your body.  Choking,

18  face slapping.  I use whips and paddles and sometimes

19  electric shocks.  So you will ends up sore and bruised for

20  probably a week.

21          That is what the evidence will show he did in this

22  case and with the other women.  He told them up front that

23  they would be bruised and sore as a result of their

24  encounters.

25          I am guessing it is probably too intense for you.

1    I don't want to run into the same problems we did the last

2    time.  The Mandarin Oriental where you just walked out.  When

3    Ms. Hassen was asked about this exchange in the deposition

4    what she said was, I would say he was being pretty up front.

5    He is trying to talk me out of it.

6            Well, they don't get together in 2013 and she

7    reaches out again to him in 2014.  Mr. Balestriere said that

8    in 2014 he wasn't being explicit anymore.  That was only

9    being explicit in 2011 and 2013.  You will take a look at all

10   of this correspondence there.  There is a lot of it where

11   they are talking to each other in June of 2014.

12           THE COURT:  Mr. McDonald, a little slower.  Please.

13           MR. MCDONALD:  Judge, I only have 48 minutes.

14           THE COURT:  I understand, but if it is not written

15   down, it is like you did not say it.

16           MR. MCDONALD:  Sorry.

17           Brittany says to him, I'm def game.  I really want

18   to do this.  Please, I am begging you.  You are going to hear

19   her saying begging or you are going to see her saying begging

20   over and over again.  And how says it is really painful but

21   lots of girls enjoy it.  And she says, I am down.  Pain can

22   be fun.  Let's do it, seriously.

23           They go on.  Howie says, By the way, one of my

24   girlfriends -- he is referring to Loredana who you have heard

25   about -- Loredana and I will be meeting you.  Brittany says,

1    LOL.  Laughing out loud.  Okay.  He says, Brittany, this is a

2    real beating you are going to get.  It is what we like doing.

3    And Brittany my says, Okay.  I am ready.  And then the day

4    before he says to her:  Brittany, if you are not ready for

5    this, then don't come.  Seriously, I have plenty of girls

6    that love being beaten.  Brittany says, it is fine.  And then

7    she says, I wouldn't waste your time or my time.

8            They get together on June 5th.  For the first time

9    they have BDSM sex.  Lora Donna -- LD -- is was present with

10   them.  That night after they are finished Howie says thanks,

11   Brittany.  And she responds, thank you, Howie, I had a good

12   time.  Thank you for the cab money, that was so nice of you.

13   I love LD to pieces.  We must do it again.  Smiley face.

14           The next day she says, I feel great, How.  Smiley

15   face.  She got paid.  She got her $5,000.  And you are going

16   to see that when she testified at her deposition, she said

17   that she was not injured.  So I guess we can eliminate that

18   encounter.

19           They get together a few weeks later on June 30th.

20   Leading up to it she says, I promise to take a bigger beating

21   and have fun with it.  I had a good time with you and your

22   girlfriend.  She seemed really nice.  I will do whatever

23   makes you happy.  I will scream, kick, yell, whatever.  It

24   doesn't matter.  I know it is really intense but I can handle

25   it.  She actually wrote this.

1          Well they get together on the 13th and after it she

2    says, I gave it my all.  I am happy you enjoyed it and I had

3    fun too.  Then she goes on to say, I will sends you my bank

4    info tomorrow a.m.  Howie says, you were amazing, so

5    different, so fun.  She says, yea, with a big smiley face.  I

6    am so happy.  I love you guys.  You guys are a lot of fun.

7    She was paid.  And she testified in the grand jury.

8          MR. BALESTRIERE:  Objection.

9          MR. MCDONALD:  Sorry.  Excuse me.  She testified in

10   her deposition that she was not injured.

11         Now, there was reference made by Mr. Balestriere to

12   the NDA.  The agreement actually doesn't say NDA.  It says

13   confidentiality agreement and release.  Well, we refer to it

14   as a consent agreement.  We refer to it that way because of

15   what it says in the opening three paragraphs.  I am just

16   going to read it again.  It will all be before you.  It will

17   be an item in, an exhibit in evidence.

18         It says:  In return for the payment of an agreed

19   upon fee, I have voluntarily agreed to engage in sexual

20   activity with Rubin, including sadomasochistic SM activity

21   that can be hazardous and, on occasion, cause injury to my

22   person.

23         It goes on to say in the third paragraph, in part:

24   My participation in the activities is done knowingly.  I

25   freely assume all associated risks.  I acknowledge and agree

1   that participation in these activities carries with it

2   certain inherent risks that cannot be eliminated completely.

3           Now they are going to say they didn't read it.

4   They weren't paying attention, they just wanted to get it

5   over with, but this is what was presented to them.  In the

6   first three paragraphs they are told.  It doesn't hide

7   anything.  In the first three paragraphs, they are told and

8   they agree that they are going to engage in hazardous, risky,

9   BDSM sex.  And they signed it.  And in most cases they had to

10  sign every single paragraph -- they had to initial every

11  single paragraph.  Hassen didn't but some of the others did.

12          The evidence will show that through the text

13  messages that in July through October of 2014, there were two

14  or three other encounters, always with Loredana.

15  Ms. Hassen's recollection was -- at her deposition, was hazy

16  at best.  She admits she was paid each time and there were no

17  complaints.  But the evidence is clear in 2005 -- 2015, 2016

18  and into 2017 she hounded Mr. Rubin, begging him.  She uses

19  the word begging over and over again.  She is begging him,

20  either directly or through Laura Donna, for more BDSM sex.

21  She wanted to do it for money.  She wasn't coming for

22  pleasure or enjoyment, but she was hounding him to come back

23  to see him.  He had little or no interest.  He expresses that

24  to her in his text messages.  He doesn't see her.

25          But he sees her a final time in August of 2017.

1  She told him that she was broke by way of text and email,

2  that she was broke and disparate and her father with whom she

3  lived had unexpectedly died.  She showed up at his condo

4  wearing shorts, it's the summertime, shorts and a tank top,

5  covered with sores that she claimed was the result of her

6  heroin addiction.  In her deposition she admitted they didn't

7  have sex on that occasion.  Mr. Rubin consoled her over the

8  loss of her father.  He sent her on her way and a few days

9  later he sent her $2,000.  That is the last time they saw

10  each other.  And she sued him a few months later.

11          There are some records they are going to produce,

12  medical records.  You will see that they show nothing about

13  any injury that she sustained at the hands of Howie Rubin.

14  Except for one more thing.  Her father.  You will learn

15  through the evidence in this case that Joel Hassen is alive

16  and well to this day and living in Brooklyn, in Bensonhurst.

17          Natasha Tagai.  Natasha Tagai had the longest

18  relationship with Mr. Rubin.  It began in 2009 through 2010

19  and continued on and off until 2017.  This is the woman who

20  said these big tits need to be smacked.  She claims that

21  Mr. Rubin seriously injured without her consent.  The

22  evidence will show that claim is ridiculous.  You will learn

23  that in 2009 or '10 the same booker, Tracy Reed, put her

24  together with Mr. Rubin.  She was living in Chicago for a

25  while.  She was living in Seattle and Las Vegas.  They meet

1   in New York and for the first time, they had a good time and

2   a friendly, romantic BDSM relationship ensues.  It lasted

3   until 2015, according to her.  She claims things turned sour

4   in 2015 and she wasn't consenting to what was happening.

5           Well, she admit that in the first five years there

6   was rough sex.  It involved whipping, beating, being tied up.

7   It was BDSM sex, as she said, and it could be rough.  The

8   relationship also involved Mr. Rubin giving her a list of sex

9   toys, items that could be used in rough sex play.  She went

10  to one of the sex shops in New York and purchased the items

11  that were on the list.  She brought them back to Mr. Rubin,

12  she allowed Mr. Rubin to use them on her over and over.

13          She contends in the complaint, as I said, things

14  changed in 2015, but evidence will show that she was

15  nonetheless consenting despite what she now says.  She signed

16  the consent agreement in early 2015.  Initialing every

17  paragraph.  She got together with him in 2015, the woman who

18  claims she was being brutally abused, seven times.  Which

19  mean she came back six times after the first one.  Over and

20  over again throughout the year.  Also showing consent are

21  lots of text messages, not a discouraging word.  Lots of

22  smiley faces.  No complaints at all.  And most important when

23  she testified at her deposition, she was asked specifically

24  about the year 2015 and specifically about the year 2016, and

25  she will be asked about that testimony when she testifies

1    here this afternoon and maybe tomorrow morning.

2          She was asked, do you remember anything in

3    particular about 2015, 2016?  She says, no, I don't.  I don't

4    remember exactly.  At that time, each year, 2015 were you in

5    a consensual sexual relationship with Mr. Rubin?  And for

6    each year she says yes.

7          2017.  She is about her last encounter, the final

8    encounter with Mr. Rubin.  The question is:  Do you remember

9    anything about the last time you saw Mr. Rubin?  This is at

10   her deposition and it will be played for you, the videotape

11   of it.  And she says, it wasn't -- we didn't end like on a

12   good term.  I don't remember the exact details of everything.

13   What do you mean you didn't end on a good term?  I am not

14   saying on good terms, she says.  We just didn't get along, I

15   would say.  Why were you not getting along?  I don't

16   remember.

17         Now, remember they have the burden of proof.  She

18   didn't remember why they weren't getting along.

19         She was asked finally, with respect to Ms. Tagai,

20   whether she ever sought any medical treatment for anything

21   that ever happened with Mr. Rubin and her answer was, I have

22   taken, for like a month period of time, my doctor prescribed

23   these Xanax because I can't sleep, but that was it.  Xanax

24   because I couldn't sleep.  The doctor prescribed it.  Well,

25   we have the medical records from the doctor and the doctor

1    never heard of her.

2            Emma Hopper, the woman from Atlanta.  Little

3    schoolgirl slut for life.  Now every one of these cases is

4    different from the other.  The text messages that he -- there

5    were text messages and emails in every case that are

6    critical.  In one case, there are only a few.  In the Reyes

7    case, there are only a few messages.  Most of the cases there

8    are several messages, even many messages.  But in the Hopper

9    case you will see there is a mountain of text messages.  Over

10   950 text messages between Mr. Rubin and Ms. Hopper.

11           In addition there are over a 180 sexual explicit

12   photographs and videos that she sent to him.  Pornographic

13   videos, pornographic photos designed to seduce him, entice

14   him to get her to keep coming back to New York for $5,000

15   encounters.  These communications in real-time over and over

16   again are unmistakable.  They will communicate to you that

17   she was consenting every time she saw him.  Twelve times over

18   a period of two years for over $50,000.  She eagerly sought

19   out return sessions expressing over and over again her

20   intense satisfaction with the encounters she was having with

21   Mr. Rubin.  She was never injured in on those 12 occasions.

22           She was a cocktail waitress in Atlanta.  She was

23   introduced by Stephanie Shon, who Mr. Balestriere told you

24   about, a friend and sex partner of Mr. Rubin's.  The first

25   time she came to New York they had an encounter and it didn't

Opening - Mr. McDonald                              82

1    go well.  It turned out that she was having her period and

2    Mr. Rubin became very angry.  He was probably very rude and

3    very angry with her.

4         She complained.  She had no trouble complaining to

5    Jen Powers that day.  She said he was the rudest man I have

6    ever met and I'll never see him again.  But she spent the

7    night at the condo.  You will learn that all of these women,

8    for the most part, every time they had an encounter with this

9    scary man, they spent the night at the condo.  He went home.

10   Every single time he went home.  He left.  And every time, of

11   all the times the people stayed -- almost every time, in

12   encounter they stayed by themselves or with a friend at the

13   condo of this scary man.

14        She comes back the next month after this first

15   unpleasant encounter where he was the rudest man alive and

16   this time everything is fine.  He was amazing, awesome.  As I

17   said she comes back 11 more times.

18        I am not going to review in details the encounters.

19   We will do that during the trial.  I will point out as you

20   will see with these text messages that there was evidence she

21   was bruised.  That is what they were told up and front.  You

22   will see that she jokes about her bruises.  She takes pride

23   in the bruises that she has from encounters with Mr. Rubin.

24        Secondly, you will also see there were two

25   occasions in which she takes painkillers, Vicodin.  She

1  admitted that she took those pills of her own accord.  She

2  was not forced to take those pills by Mr. Rubin.  In

3  addition, on those two occasions where she took the Vicodin

4  pills, she was not injured.

5          Finally, you will see evidence of role-playing in

6  their encounters.  Daddy-daughter scenarios.  Some of it you

7  might find distasteful.  Discussing even.  Ms. Hopper was an

8  eager participant in that role-play.  She even initiated it

9  on occasion.  In addition, she was never injured when she

10  engaged in that type of role-play.

11          (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Opening Statement - Mr. McDonald                    84

1    (continuing)

2         MR. McDONALD:  The text messages include no

3    complaints to anyone except she wasn't seeing Howie enough.

4    Lots of erotic photos and porno films and lots of messages,

5    hundreds and hundreds of messages.  I'm just going to give you

6    a very brief sample.

7         Hi, Howie, last night was great.

8         Yes, it was amazing, she says.  It was amazing role

9    play.  I loved that I experienced new things with you and I

10   want to experience more.

11        Glad we feel the same way.

12        I need you to beat me.  I cannot find anyone who

13   does it right and makes me cry like a little slut.  I need my

14   pussy whipped and my back striped.  I can't wait to be beaten.

15   What day am I coming?  Can't wait any longer.

16        I can go on for two hours reading these excerpts.

17   I'm not going to introduce every single one during the trial,

18   but there are over 950 of these messages.

19        Finally, medical records that they produced.  They

20   show absolutely no injury caused by Mr. Rubin.  I haven't been

21   exaggerating about our case.  There are plenty of these

22   messages and they are only the tip of the iceberg that I refer

23   to.

24        Mia Lytell and Amy Moore, two friends that came from

25   Florida, they each met with Mr. Rubin two times in New York,

1   one time together.  The evidence, mostly their own words, text

2   messages and video depositions will show that the claims were

3   phoney fabrications.

4          You'll learn that Stephanie Shon, Howie, saw a

5   BDSM-style photo of Ms. Lytell on social media, a BDSM photo

6   that she saw.  Shon contacted Lytell.  Ms. Lytell brought more

7   into the picture and there was a four-way conversation among

8   the four people:  Shon, Howie Rubin, and Mia Lytell, and Amy

9   Moore.  In that chat conversation or conversations before they

10  came to New York, he was perfectly clear and that Ms. Lytell

11  and Ms. Moore indicated that they understood what was going

12  on.

13         They start the conversations:  Do you girls know

14  what you're in for?

15         She said they say, Stephanie told us the basics, but

16  we're definitely excited about it.

17         You'll hear Stephanie's testimony when we read the

18  excerpts.  And she says that she told them about BDSM, about

19  slapping, hitting, et cetera, et cetera.  And they knew.  They

20  understood exactly what they were getting in for.

21         And he says to them, to be sure, it's total BDSM.

22  Most girls love it.  They come back for more, but I just like

23  to be upfront about everything.

24         The day before they came to see him, he says,

25  Ladies, I can't wait to meet, greet, and beat you tomorrow.

1    He wasn't concealing anything from them.  He was right upfront

2    with them.  There was lots of chitchat that reveal these

3    things to you.

4            The two of them flew to New York in August of 2016.

5    They read the consent agreement.  They signed it,

6    acknowledging that they could be injured.  And then Ms. Moore,

7    she recalled little or nothing about their first encounter.

8    That's what she testified to in her deposition.

9            Ms. Lytell, she said it over 60 times:  I don't

10   remember, I don't recall.

11           When they were done with the encounter, he gave them

12   both $5,000 in cash.  He left and they spent the night at the

13   condo.

14           The man that they now say was so scary, so menacing,

15   so terrifying, who beat, tortured them, they spent the night

16   at his place.

17           The next morning, they were singing his praises.

18   You'll see there was a text mess -- a Post-it note that was

19   left by Mia Lytell, the playmate, as she calls herself, and

20   says you're absolutely insane, sexy, hot, fun.  Definitely

21   would love to see you again soon.

22           Ms. Moore, she says the next day -- and Mr.

23   Balestriere said that she said it was okay.  It was his words,

24   that she was saying that the encounter was okay.

25           And she says yes, so much pain, LOL, but fun, fun,

1    fun, and had a great time just hanging out with you as well,

2    although my boobs feel otherwise today.  Fun, fun, fun.

3            There were additional praises to Mr. Rubin that

4    we'll show you during the trial.  I'm not going to go through

5    all of them now.

6            You will also hear a few weeks later Ms. Lytell

7    returned to the condo from  a second encounter another woman.

8            And Amy Moore returned in December of 2016. Mr.

9    Rubin was praised.  He paid them their $5,000.

10           And you will hear that they didn't see each other

11   again until 2016, but it was not for their lack of trying.

12   Over and over again they sought him out.  Sending him explicit

13   sexual provocative photos of themselves, naked and scantily

14   clad, a video  of the two of them together.

15           In addition, Mr. Balestriere told you about the fact

16   that they recruited other women.

17           MR. BALESTRIERE:  Objection.

18           THE COURT:  Overruled.

19           MR. McDONALD:  They sought out other women to have

20   BDSM sex encounters.

21           Ms. Lytell over 10 women.  I read you about two of

22   them, Manhattan Model, or whatever her name was, and the other

23   woman.

24           And Amy Moore, one.  Pashence Marie, who  he

25   referred to.  She called her her best friend, and she was

1  referring her to Mr. Rubin, the man who had brutalized her,

2  her best friend.

3          Brittany Reyes is the final person who I'll talk

4  about.

5          I'll be brief.  Her case is brief.  She only saw Mr.

6  Rubin once and only for a short time.

7          In 2016, shortly after the encounter began, Ms.

8  Reyes uttered the safe word.  Mr. Rubin stopped and Ms. Reyes

9  left the room. She was not injured.  She was paid $2,000.

10          I want to show you some evidence of what Ms. Reyes

11  said and how she described her injuries, the -- at her

12  deposition how she described her injuries.

13          (Video playing.) (Video stopped.)

14          MR. McDONALD:  You're going to see when she

15  testified tha she was a mature, sophisticated, experienced

16  woman.

17          She was introduced by Mr.  -- to Mr. Rubin by her

18  friend, Taren Cassidy, whose testimony -- excerpts of her

19  testimony will be read to you.  She was deposed by the

20  plaintiffs.  She was upfront with Ms. Reyes about Mr. Rubin

21  and what she could expect from him.  She had already told him

22  about the guy with the dungeon.

23          And at her deposition, Ms. Reyes admitted that

24  Tiffany -- excuse me, that Taren Cassidy had said that Mr.

25  Rubin was a little rough with people.

1          The encounter, as I said, did not go well.  And

2   this, again, she was asked about.

3          Can we play the clip of that?

4          (Video playing.) (Video stopped.)

5          MR. McDONALD:   She was also asked -- and I'll just

6   read it to you to save time:

7          How did you come to leave the room?

8          Her answer is:  I remember after using the safe

9   word, I was unbound and I was able to freely walk out.

10         So she walked out the room.  Mr. Rubin continued to

11  have an encounter with Taren Cassidy.  When Taren Cassidy came

12  out, she didn't flee, she didn't call the police, she didn't

13  seek anything for any injuries that she supposedly suffered.

14         When Mr. Rubin went home -- you'll learn that she

15  lived in Manhattan.  Ms. Reyes was living in Manhattan at the

16  time.  And despite living there, living in Manhattan, she

17  stayed the night at the condo.  You'll learn she never sought

18  treatment from anyone and there are no medical records showing

19  any injuries.  A few days later, she was paid $2,000.  That's

20  it.

21         So that's what some of the evidence is going to in

22  these six cases.

23         In conclusion, I'll say this:  The evidence will be

24  clear that every plaintiff was told explicitly that there will

25  be rough sex and that there would  be bruising.

1          In addition, each plaintiff understood and knowingly

2   consented and agreed to rough sex.  They were not forced.

3   They were led -- they led Mr. Rubin to reasonably believe that

4   they were consenting to rough sex.

5          In the Reyes' case, she wanted him to stop.  Mr.

6   Rubin stopped and she was free to leave.

7          And, finally, no one was hurt.

8          I've made some very strong statements about the

9   false nature of the six cases.  At the end of the case, I will

10  stand before you again and I will give my summation in the

11  case.  I ask you to hold me accountable for what I have told

12  you today.  I have not misled you.  I have not exaggerated.

13         These cases are a travesty.  I'm confident that you

14  I will find -- that you will find at the end of the case on

15  every claim for Mr. Rubin and you will do justice.

16         Thank you.

17         THE COURT:  All right.  Thank you, Mr. McDonald.

18         Opening statement - Ms. Lavigne-Albert

19         THE COURT:  This will be shorter, ladies and

20  gentlemen.

21         MS. LAVIGNE-ALBERT:  Judge Cogan, members of the

22  jury, good morning.  My name is Jolene Lavigne-Albert and

23  along with my colleagues, I represent Jennifer Powers.

24         You've heard a lot of information this morning.  As

25  Judge Cogan has told you, I'm going to be much briefer .

1        A lot of the information that we've heard this

2    morning has really nothing to do with my client, Jennifer

3    Powers.

4        You've heard Mr. Balestriere call her a fixer, a

5    business manager.  She was a personal assistant.  That's what

6    she did and you'll see that in the evidence.

7        The evidence will show that she did essentially

8    three things as far as the plaintiffs are concerned:  She

9    arranged travel for some of them, consulted with them about

10   what time they wanted to arrive and leave  and make sure she

11   booked the trips as they wanted to them.  She presented them

12   the document to sign, one of them that you have been shown

13   this morning that has clear language that states that the

14   expectation is that BDSM sex is going to take place with Mr.

15   Rubin and that they expected to get paid for that.  And she

16   sent the money to some of the plaintiffs after they had been

17   with Mr. Rubin usually using Paypal.

18       She did all of these things at Mr. Rubin's direction

19   and, of course, using his money.  She did all of these things

20   with the knowledge and understanding that the plaintiffs were

21   coming to meet Mr. Rubin engaging in consensual BDSM sex and

22   then expecting to get paid for that.

23       In fact, Mr. Balestriere -- I apologize for

24   mispronouncing your name -- Mr. Balestriere told you that

25   essentially what their clients expected.  There's really no

1  disagreement about that here.

2          The evidence will also show that Jennifer Powers did

3  not recruit, solicit, or introduce any of the plaintiffs to

4  Howard Rubin.

5          Most importantly, the evidence will show that

6  Jennifer Powers was never present in the room when Mr. Rubin

7  had sex with the plaintiffs.

8          Mr. Balestriere told you there's seven people who

9  knew what happened, the eighth person, Jennifer Powers is a

10  defendant here, but she has no knowledge of what happened in

11  that room.

12          She could have known if someone had told her, but as

13  you will see in the evidence, none of the plaintiffs ever

14  complained to her that anything had happened to them that has

15  been non-consensual.

16          Now, you will see, as has been told to you this

17  morning, some crude language that's going to be used in the

18  text messages, some of it by my client, Ms. Powers.  Mr.

19  Balestriere showed you one of them this morning, where Ms.

20  Powers wrote to Mr. Rubin, you beat a hot girl and got laid,

21  what's there to be upset about?

22          We'll show you the full picture of those text

23  messages.

24          And you'll see that the text above, Mr. Rubin had

25  told her that he had a wonderful night with Emma Hopper, no

1    one was upset.  Once you read the text messages, it will be

2    clear to you that this was a joke, no one was upset, we will

3    show the full texts to you.

4            You'll also see the text messages from Ms. Hopper to

5    Ms. Powers that day.  They were absolutely no complaints about

6    BDSM sex or that Mr. Rubin had done anything to her that she

7    had not consented to.

8            You will see, as you've seen already this morning,

9    the word beat.  In the BDSM role play, it's used as synonymous

10   for sex.  It's not used for synonymous for lack of consent and

11   that's how Ms. Powers used that word.

12           As you've heard, the evidence will show that BDSM

13   sometimes involves crude language, bruises, but that's what

14   the plaintiffs had signed up for and that's what was promised.

15           So, who is Jen Powers?

16           Jen grew up in Texas.  She was a teacher  for

17   several years after college.  And in her late 20s, she moved

18   to New York where she worked as a cocktail waitress and a

19   hostess in various restaurants and nightclubs in the city.

20           And that's how she met Howard Rubin, at the Marquis

21   Nightclub in Chelsea several years ago.  The two of them were

22   involved in a romantic relationship for some time until Jen

23   ended the relationship when she met the man who later became

24   her husband and the father of her three boys.  And maybe like

25   a lot of the people you know, Ms. Powers moved away from the

1    city during the pandemic and now lives in Texas with her

2    husband and her three boys.

3              But you will hear that Ms. Powers and Mr. Rubin

4    remained friends after their romantic relationship ended.  And

5    since she still worked in the restaurant industry, she often

6    arranged a table for him at a restaurant or a nightclub.  And

7    from one thing to the another, she eventually became his

8    full-time personal assistant.

9              I've mentioned to you this morning some of the

10   things that she did for him that involved the plaintiffs.  You

11   will also hear she helped him find the apartment on 57th

12   Street where he met with the plaintiffs and that she helped

13   him decorate, furnish the apartment and maintain it

14   afterwards.

15             Five of the plaintiffs in this case have brought

16   claims against Jennifer Powers.  That is all of them, but

17   Brittany Hassen, whose been mentioned to you this morning.

18   She's the one who lives in Brooklyn.

19             None of the plaintiffs have asserted tort claims

20   against Jennifer Powers.  Assault, battery, false

21   imprisonment, infliction of emotional distress, none of the

22   plaintiffs have asserted those claims against Jennifer Powers.

23             The time period that you will hear about during the

24   trial as far as the allegations against Jennifer Powers are

25   the years 2015 through 2017 and this is what the evidence will

1    show.

2              As you've heard this morning, all but one of the

3    plaintiffs returned for several encounters with Mr. Rubin and

4    you will see that Ms. Powers was aware of that.  Amy Moore

5    twice.  Mia Lytell three times.  Emma Hopper and Natasha Tagai

6    over 10 times.

7              You'll also able to read the text messages that the

8    plaintiffs exchanged with Jennifer Powers and there are

9    several of them and you will be able to read all of them.

10             First, with Mia Lytell and Amy Moore.  You will hear

11   that after their very first meeting with Howard Rubin, Mia

12   Lytell wrote this to Jennifer Powers:

13             Last night was unreal, crazy, wild, fun stuff.  Oh,

14   wow.  Thank you for everything and for having me come have

15   fun.  I would do that any time again.  LOL.

16             This is what she told Jennifer Powers.

17             You will hear that the same morning, Amy Moore wrote

18   these texts to Jennifer Powers.  Thank you so much for having

19   me.  Awesome.  Can't wait.  I was hoping he liked me.  LOL.

20             You will also hear testimony from Ms. Powers that

21   when she went to the apartment after Amy Moore and Mia Lytell

22   had left, she found this note.  Howie babes, you're absolutely

23   insane, sexy, hot, wild and fun.  I definitely would love to

24   see you again soon.  Heart, always, Playmate Mia Lytell, XOXO.

25             This is only some of the text messages that you will

1    see from Ms. Lytell and Ms. Moore.

2          Emma Hopper, Mr. McDonald mentioned to you that

3    there are several text messages from her as well, but she

4    exchanged months and years of text messages with Jennifer

5    Powers.

6          Here's some of the things that she wrote to Jennifer

7    Powers after she had been with Howard Rubin.

8          Everything was amazing.  We had the best time we've

9    had together.  We had a great time.  Howie, that was some kid

10   stuff for my birthday, smiley face.

11         And you'll see that when Ms. Hopper felt that Mr.

12   Rubin had been rude to her, she did not hesitate to tell

13   Jennifer Powers.  She did not hesitate to complain if she

14   wanted to.  But she, like the other plaintiffs, never ever

15   complained to Jennifer that Mr. Rubin had done anything to

16   them that they had not consented to.

17         Most importantly, as Mr. McDonald already pointed

18   out to you, when this lawsuit was started by Amy Moore and Mia

19   Lytell, Emma Hopper wrote this text message to Jennifer

20   Powers.

21         Jen, what is going on?  I'm so worried about

22   everyone.  If you all need me to do anything to help, let's

23   testify that we agreed to everything happening.  I will.

24         Natasha Tagai, like Ms. Hopper, also exchanged

25   months and years of text messages with Jennifer Powers.

1          The evidence will show that the text messages were

2    mostly about logistics, things like what time she arrived,

3    what time she would leave, because she usually made her own

4    travel arrangements.  She booked plane tickets to come and she

5    would just coordinate with Jen about what time she would

6    arrive to the apartment and what time she would leave.  And

7    the tone of the text message was friendly between the two

8    women.

9          You'll also hear at one point Jennifer Powers is

10   putting together a calendar for Mr. Rubin for his birthday and

11   she asks Ms. Tagai if she would be willing to participate and

12   do a photo shoot to be in the calendar.  She agreed to do

13   that, she wasn't paid for that. She agreed to do it and  she

14   shots with BDSM sex toys and furniture.

15         You will also hear that at one point Ms. Powers

16   received a package that was sent by Natasha Tagai to Howard

17   Rubin.  And when she opened the package, there was this note

18   in it:

19         Howie, XOXO, hope to see you soon.  Hugs and kisses,

20   Natasha Tagai.

21         Brittany Reyes, you will not see a whole lot of

22   communications between Brittany Reyes and Jennifer Powers

23   because they never spoke.  The two women never spoke.  What

24   Ms. Powers was told about her is that she was introduced to

25   Mr. Rubin, Mr. Rubin, by a friend in common.  She was invited

1    to join a threesome, an evening with Mr. Rubin and a friend in

2    common.  And she came.  And after the fact, Ms. Powers was

3    told that Mr. Rubin had not liked her looks.

4           Now, maybe you're wondering what are the plaintiffs

5    going to say about all of these text messages.  Well, we've

6    asked them.

7           As Mr. McDonald mentioned to you, there were

8    depositions in this case, which is a procedure where the

9    plaintiffs are under oath, as they will be during this trial,

10   and they swear to tell nothing but the truth.  We asked them

11   about all of these text messages to Jennifer Powers.  They

12   could not explain them.  They had no explanation.

13          They might have one now in this trial, but back

14   three-and-a-half years ago, when we asked them about these

15   text messages in their deposition under oath, they had

16   absolutely no explanation for them.

17          You will also hear evidence that Ms. Powers was

18   aware that several of the plaintiffs introduced or tried to

19   introduce their friends to Howard Rubin.

20          Mr. Balestriere, earlier in his opening, showed you

21   text messages from Amy Moore to Jennifer Powers mentioning a

22   friend of hers, Pashence Marie, that she wanted to introduce

23   to Mr. Rubin.  Mr. Balestriere has told you that Amy Moore is

24   going to say that  she changed her mind afterwards, that she

25   didn't introduce that friend. Well,  she didn't say that to

1    Ms. Powers.

2          So far as Ms. Powers knew, Amy Moore was happy to

3    introduce a woman that  she described as one of her best

4    friends to Howard Rubin.

5          In closing, ladies and gentlemen, what is relevant

6    to Jennifer Powers is she knew.  The return visits, the text

7    messages, the introduction of their friends tell a story that

8    cannot be undone regardless of what plaintiffs are going to

9    tell you during this trial.

10          What Jennifer Powers knew is that the plaintiffs

11    agreed, consented to come to New York to have BDSM sex with

12    Mr. Rubin and that's what happened.

13          At the end of the trial, we will ask you to reject

14    the claims against Jennifer Powers.

15          Thank you.

16          THE COURT:  All right.  Thank you.

17          Ladies and Gentleman, that's good timing for our

18    lunch break.  We're going to take one hour and have you back

19    here at 1:35.

20          And please remember do not talk about the case

21    amongst yourselves or with anyone else.  Stay away from anyone

22    who tries to talk to you about the case and   let Mr. Jackson

23    know if that happens.

24          Have a good lunch.  We will see you back here at

25    1:35.

Proceedings                                                    100

1          (Jury exits the courtroom.)

2          THE COURT:  All right.  We are going to recess for

3    1:35.

4          I'm going to ask everyone, while I understand the

5    pressure during opening arguments to speak quickly, let's slow

6    it down for the court reporter once the evidence starts coming

7    in.  She's going to have to rest her fingers.

8          Okay.   See you in an hour.

9          MR. BALESTRIERE: Thank you.

10         MR. McDONALD:  Thank you.

11         (Lunch recess.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     A F T E R N O O N   S E S S I O N

2                    --oo0oo--

3

4          THE COURT:  Look.  I don't take conferences when

5     the jury's already supposed to have been in here ten minutes

6     ago.

7          So quickly, what is it you all want?

8          MR. BALESTRIERE:  Well, I believe they have

9     objections they want to raise, Your Honor.

10         THE COURT:  Well, let's hear them.

11         MR. ROSENBERG:  Your Honor, the items that I

12    understand plaintiffs submitted during Tagai, some of

13    them -- I think five of them are the travel payments, the

14    PayPals, and general payments that we discussed earlier.

15    They're already covered by stipulation.

16         THE COURT:  In other words, this is what we talked

17    about before --

18         MR. ROSENBERG:  Correct.

19         THE COURT:  -- that the stipulation covered?

20         How many invoices are you going to put in?

21         MR. BALESTRIERE:  There's a bank statement which

22    covers several, Your Honor; and then there's a few PayPals.

23         THE COURT:  Why do you need that in light of the

24    stipulations?

25         MR. BALESTRIERE:  I'm fine with it.  I do need the

Proceedings                                                        102

1   amounts just -- because Your Honor had mentioned something

2   about the redactions, the amounts have relevance.  But if we

3   just want stipulation, I will use that.

4           THE COURT:  Why do they have relevance?

5           MR. BALESTRIERE:  Because I anticipate the

6   testimony to be that when Ms. Tagai behaved, as far as

7   Mr. Rubin was concerned, she would receive a certain amount;

8   and when she did not and there were some violence, she would

9   receive another amount.

10          MR. ROSENBERG:  Your Honor, if I may, the amounts

11  are in the stipulation.

12          THE COURT:  Then you don't need the invoices.

13          MR. ROSENBERG:  Okay.  Then I'll use -- that's

14  fine.

15          THE COURT:  What else?

16          The only other point, Your Honor, is there are

17  certain text messages some of them -- I'm sorry.  There are

18  certain text messages that are admissible; however, they

19  relate to many topics.  We object to their introduction with

20  Ms. Tagai to the extent that they don't relate to her.  And

21  my understanding -- well, I don't want to speak about...

22          THE COURT:  If they're authenticated, why can't

23  they come in whether they speak to her or not?

24          MR. GROVER:  The only reason was for the order of

25  the procedure, but there's no evidentiary chain.

Proceedings                                103

1          THE COURT:  Okay.  Like I said, I like to let the

2     attorneys try their own case.

3          MR. ROSENBERG:  Very well.

4          THE COURT:  Okay.  Anything else?

5          MR. BALESTRIERE:  Yes, Your Honor.  I would ask

6     for permission to approach the witness --

7          THE COURT:  Yeah, sure.

8          MR. BALESTRIERE:  -- with regards to some

9     demonstratives.  I've discussed this --

10         THE COURT:  Anyone can move anywhere in the

11    courtroom where they would like to move.

12         MR. BALESTRIERE:  Okay.  Thank you.

13         Then I have nothing from Plaintiff here.

14         MS. LAVIGNE-ALBERT:  Your Honor, one last word on

15    behalf of Ms. Powers.  There's two exhibits, PX35 and 36,

16    they are photos of bruising and -- you know, well, we

17    understand that they're going to come in against Mr. Rubin.

18    We will ask for a limiting instruction as to Ms. Powers

19    because the photos, you know, may be prejudicial, of course,

20    and --

21         THE COURT:  What would the limiting instruction

22    be?

23         MS. LAVIGNE-ALBERT:  That she's never seen them,

24    and therefore --

25         THE COURT:  Well, you'll have to ask her when

Proceedings                                104

1    she's on the stand.

2              MS. LAVIGNE-ALBERT:  All right.  Thank you,

3    Your Honor.

4              THE COURT:  Please give me advance notice if we

5    need to do something during the break so that the jury

6    doesn't have to stand by.

7              Well, as it turns out, it looks like we're missing

8    one juror.

9              (Pause in proceedings.)

10             MR. MCDONALD:  I would like to raise one thing I

11   forgot since we have time now.

12             THE COURT:  Go ahead.

13             MR. MCDONALD:  During my opening, I made reference

14   to pop culture and the, sort of, acceptability of BDSM pop

15   culture with *Fifty Shades of Grey*, et cetera.

16             Your Honor, what I had in mind is there is a

17   charge -- there is a claim here concerning the intentional

18   infliction of emotional harm; and in that context, whether

19   something is so beyond the pale because of societal norms --

20             THE COURT:  The argument is legitimate.

21             MR. MCDONALD:  Pardon me?

22             THE COURT:  It just didn't belong in opening.  It

23   belongs in closing.

24             MR. MCDONALD:  I'm sorry, Judge.  I didn't catch

25   that.

Proceedings                                    105

1          THE COURT:  What I said was, the argument you're

2     making is legitimate.  It just belongs in closing, not

3     opening statements.  It's an argument.

4          MR. MCDONALD:  Well, I'm not going to argue with

5     you.  That's fine.  But I just wanted to give you a reason

6     why I wanted to do it --

7          THE COURT:  I saw why you wanted it.  I just

8     didn't want you arguing in the opening statement.  All

9     right?

10          MR. MCDONALD:  Okay.

11          THE COURT:  If you want to refer to it during

12     closing argument, it's fine.  It's an argument.  It's

13     saying, this is really something that's prevalent in the

14     culture.  Look at these movies.  That's a good argument to

15     make to the jury.  But opening statements should be confined

16     to what the evidence is going to show.

17          Are you putting in the movie?

18          MR. MCDONALD:  No.  We're going to put in

19     testimony that there is such a movie and that's it's popular

20     and that there was a series of books, and that --

21          THE COURT:  Okay.  Who is going to testify to

22     that?

23          MR. MCDONALD:  Mr. Rubin.

24          THE COURT:  Well, I'm not sure he can, but I'll

25     listen to your question and see how it comes in when you

Proceedings                                                    106

1    come back.

2             MR. MCDONALD:  Okay.

3             Maybe I don't have to.  It might be the fact that

4    you'll let me argue it on summation.

5             THE COURT:  I am.  In fact, I think the jurors

6    already have knowledge of it, you know, what you're talking

7    about, it's fine.

8             MR. MCDONALD:  Okay.

9             (Pause in proceedings.)

10            (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            THE COURT:  Everyone be seated.

2            Welcome back, ladies and gentlemen.  Plaintiff may

3    call their first witness.

4            MR. BALESTRIERE:  Thank you, your Honor.

5            Plaintiffs call Natasha Tagai.

6    **NATASHA TAGAI**, called by Plaintiffs, having been first duly

7    sworn, was examined and testified as follows:

8            THE COURT:  You may be seated.

9            Please proceed.

10           MR. BALESTRIERE:  Thank you, your Honor.

11   DIRECT EXAMINATION

12   BY MR. BALESTRIERE:

13   Q    Good afternoon, Ms. Natasha.

14   A    Good afternoon.

15   Q    What is your name?

16   A    Nataha Tagsi.

17   Q    How old are you?

18   A    I am 37 years old.

19   Q    Where do you live?

20   A    I live in Miami, Florida.

21   Q    Where are you from originally?

22   A    Michigan.

23   Q    Where in Michigan?

24   A    Madison Heights, Michigan.

25   Q    How far away is that from Detroit?

1   A    It is 45 minutes north of Detroit.

2   Q    Did you graduate from high school?

3   A    Yes, I did.

4   Q    When was that?

5   A    2002.

6   Q    Can you say it again?

7   A    2002.

8   Q    Did you attend any college?

9   A    Yes, I did.

10  Q    Which college did you attend?

11  A    Western Michigan University.

12  Q    Besides college have you received any other education?

13  A    I went to cosmetology school.

14  Q    How many months or years did you spend in cosmetology

15  school?

16  A    I was there for eight months.

17  Q    Do you have any children?

18  A    Yes, I do.

19  Q    How many?

20  A    I have two children.

21  Q    Boy?  Girl?

22  A    Boy and girl.

23  Q    How old is your son?

24  A    I have a 13-year-old.

25  Q    What about your daughter, how old is she?

1  A    Two years old.

2  Q    Generally speaking, what have you done for work since

3  2010?

4  A    Since 2010 I did ---I worked in a nightclub as a server

5  as well as modeling jobs in numerous states.

6  Q    What kinds of modeling jobs?

7  A    I did magazine work, photo shoots, club appearances.

8  Q    Now, before this lawsuit had you ever hired a lawyer

9  before?

10 A    No, I have not.

11 Q    In preparation for today, did you meet with me or my

12 colleagues?

13 A    Yes, I did.

14 Q    So, now talking about in-person, approximately how many

15 times did you meet with me or my colleagues?

16 A    I would say about four to five.  Give or take.

17 Q    Over what period of time?

18 A    In the last 30 days.

19 Q    Besides meeting with me and my colleagues -- withdrawn.

20      Did you ever prepare for the trial in this case

21 prior to the last 30 days?

22 A    No, I did not.

23 Q    Besides meeting with us in-person, did you meet with us

24 by video at any time?

25 A    Yes, I did, via Zoom.

N. Tagai - direct - Mr. Balestriere          110

1   Q    Did you review any of the exhibits that I am going to be

2   asking you questions about today?

3   A    Yes, I did.

4   Q    Besides your viewing those exhibits, what other

5   documents, if any, did you review before today?

6   A    All the documents that have been filed in the case the

7   complaints.

8   Q    You were here during the opening; right?

9   A    Yes, I was.

10  Q    You heard some discussion about the depositions.

11           Did you have an opportunity to review your

12  deposition testimony?

13  A    Yes, I did.

14  Q    Did you review the deposition testimony of any other

15  witnesses in this case?

16  A    No, I did not.

17  Q    Were you present at the deposition of any other

18  witnesses in this case?

19  A    No, I was not.

20  Q    Now, we are talking about others in the case.

21           You were at the jury selection last Wednesday; is

22  that right?

23  A    Yes, that is correct.

24  Q    There were three plaintiffs there besides you.  Prior to

25  that time, had you ever met any of those plaintiffs before?

N. Tagai - direct - Mr. Balestriere        111

1   A    No, I have not.

2   Q    So there is six plaintiffs in the case.  Besides those

3   three others, have you met the other two in this case?

4   A    No, I have not.

5   Q    Did you discuss with any of the plaintiffs your

6   testimony?

7   A    No, I did not.

8   Q    What about before you filed the complaint in this case

9   that we will talk about later on?

10        THE COURT:  That is a lot of detail.  I think we

11   got the point.  Can you pick it up and get to the case?

12        MR. BALESTRIERE:  Sure, your Honor.

13   Q    When did you first meet Mr. Rubin?

14   A    In around 2009.  At the end of 2009, 2010.

15   Q    That's Okay.  Can you say it again?

16   A    2009.  Towards the end of 2009 and beginning of 2010.

17   Q    Had you been a Playboy model by that point?

18   A    Yes, I had.

19   Q    What does it mean to you that you are a Playboy model?

20   A    I got hired by the company, Playboy, to do photo shoots

21   and do magazine work for them.

22   Q    How did you first learn about Mr. Rubin?

23   A    I was contacted on a platform called Model Mayhem by an

24   individual.

25   Q    What is Model Mayhem?

1   A    It is a modeling platform where you can get

2   photographers, makeup artists, photo shoots.  For me as a

3   model, I used it for modeling.

4   Q    You said you were contacted by a person.

5        Who?

6   A    Her name was Tracy.

7   Q    Before Tracy contacted you on this Model Mayhem

8   platform, did you know her?

9   A    No, I did not.

10  Q    How exactly did she contact you to this platform?

11  A    She sent me one of the direct messages.

12  Q    What did she say in her direct message to you?

13  A    She had asked me if since I was a Playboy model, she had

14  a client that met up with models on numerous occasions and

15  she could give me references for that -- for a man, a nice

16  gentleman, who liked to take Playboy girls out for dinners

17  and compensate them for their time.

18  Q    Had you ever done anything like that for which she was

19  asking you about?

20  A    No, I had not.

21  Q    How did it make you feel that a woman was contacting

22  you, rather than this man who liked to take women out?

23  A    It made me feel comfortable.

24  Q    Why.

25  A    Just because it was a woman.  As a woman you would think

1  they would care for each other.

2  Q    At some point did Tracy connect you with Mr. Rubin?

3  A    Yes, she did.

4  Q    How long after Tracy contacted you did you end up

5  getting connected to Mr. Rubin?

6  A    I think it was in a couple of days.

7  Q    Did you then communicate in some fashion with Mr. Rubin?

8  A    Yeah.  I just one or two times via email.

9  Q    After those emails, did there come a time that you met

10  Mr. Rubin in person?

11  A    Yes, I did.

12  Q    Where were you living before you first came to --

13  withdrawn.

14       Where were you living before you first met with Mr.

15  Rubin?

16  A    I was living in Las Vegas.

17  Q    Where did you meet Mr. Rubin?

18  A    I met him here in New York.

19  Q    Very generally how would you describe your initial

20  meeting with Mr. Rubin?

21  A    It was really nice.  He was a very nice, wonderful man.

22  We had a lot of conversation.  We had fun.

23  Q    When you initially met him was there anything in his

24  behavior that concerned you?

25  A    No, he didn't.

1  Q    Now, I am going to speak very broadly.

2           From 2009 or '10 when you had that first meeting to

3  the end of 2014, approximately how many times did you meet

4  Mr. Rubin?

5  A    I would say probably around six to eight.

6  Q    Where did you meet him those six to eight times?

7  A    Depending on which time it was.  There were different

8  locations.  One time was at the Lotus Hotel.  Numerous times

9  were at his condo.  Other times we went to two different

10 restaurants.  It just depended on what time or which event it

11 was.

12 Q    Did you always meet in New York it sounds like?

13 A    Yes, I did.

14 Q    Where were you before you met him those times?

15 A    At his condo.

16 Q    I am sorry.  That was a poorly asked question.

17          You met him in New York.  Did you come to New York

18 to meet with Mr. Rubin?

19 A    Yes.

20 Q    How did you get here?

21 A    I flew.

22 Q    Did you make your own flight arrangements, or did

23 someone else make them for you?

24 A    The majority of them I did and there is a few that

25 Jennifer Powers did.

1   Q    So you just stated Jennifer Powers.  That is the other

2   defendant here.

3              When you made your flight arrangements, did Mr.

4   Rubin or anyone else end up reimbursing you for those

5   flights?

6   A    I would be reimbursed with the payment I would get from

7   Mr. Rubin.

8   Q    Who would end up actually giving you the money?

9   A    Jennifer Powers.

10  Q    Prior to 2015 had you met Jennifer Powers?

11  A    No, I had not.  Just over WhatsApp we did messaging, but

12  nerve in person.

13  Q    Just to be clear, WhatsApp, is that like a message or

14  text communication platform?

15  A    Yes, it is.

16  Q    Each time you met with Mr. Rubin, did he pay you?

17  A    Yes, he did.

18  Q    How did he pay you?

19  A    In the beginning there were a few times where it was

20  cash and then it went from that to bank wires, to Jennifer

21  doing the PayPal transfers.

22  Q    Now, when you came to New York to meet with Mr. Rubin,

23  did you understand that there might be some sex involved?

24  A    Yes.

25  Q    Did you understand that you would be paid for the time

1  that you were here in New York?

2  A    Yes, I was.

3  Q    You talked about what you called the condo.

4         Can you describe that just broadly?  What are you

5  talking about there?

6  A    It's a condo downtown about a few minutes from Central

7  Park.  I am not familiar with New York, too much of the area.

8  By Central Park.  A very nice penthouse, two bedroom,

9  spacious, beautiful, upscale condominium.

10 Q    When you talk about the condominium, is it always this

11 one apartment?

12 A    Yes.

13        MR. BALESTRIERE:  I would like, Ms. Kahn, if you

14 could put up Plaintiffs' Exhibit 1.

15        THE COURT:  For the witness only?

16        MR. BALESTRIERE:  I believe there has been no

17 objection to this, your Honor.

18        THE COURT:  If you are moving its admission, go

19 ahead an move it.

20        MR. BALESTRIERE:  Your Honor, I move Plaintiffs'

21 Exhibit 1 in for admission.  It is going to be pages 1, 9,

22 10, and 20.  I don't believe there is any objection to those

23 pages.

24        THE COURT:  Any objection.

25        MR. GROVER:  No, your Honor.

N. Tagai - direct - Mr. Balestriere          117

1            MR. MCDONALD:  No, your Honor.

2            THE COURT:  Received.

3            (Plaintiffs' Exhibit 1 was received in evidence as

4    of this date.

5            MR. ROSENBERG:  It is taking a sec.  I don't see it

6    connecting.

7            THE DEPUTY CLERK:  Position one or two?

8            MS. KAHN:  Two.

9            MR. BALESTRIERE:  Mr. Jackson, do you think we have

10   the right connection?

11           THE DEPUTY CLERK:  It's the right connection.

12           Is this your screen, counsel?

13           THE COURT:  If that is not your computer, whose is

14   it?  There it is.  You need to open the document.

15           MR. BALESTRIERE:  I don't believe that is our

16   computer, your Honor, based on what I see here, your Honor.

17           THE DEPUTY CLERK:  Who is doing this?  I am not

18   controlling this.

19           THE COURT:  Let's try another input, Andrew, rather

20   than prosecuting attorney laptop.

21           THE DEPUTY CLERK:  Okay.

22           THE COURT:  Whose is that?

23           THE DEPUTY CLERK:  Prosecution.

24           THE COURT:  Is that yours?

25           Ladies and gentlemen, rather than having you sit

N. Tagai - direct - Mr. Balestriere          118

1   here while we work this out, we will ask you to remove

2   yourself to the jury room.  We will get the technical stuff

3   working and we will have you right back in.  Like I said, not

4   choreographed like a Broadway play.  Sorry about that.

5              Remember not to talk about the case.

6              (Jury excused.)

7              THE COURT:  You may step down.

8              We will be in recess until I am told things are

9   working.

10             (Recess.)

11             THE COURT:  Let's have the jury back, please.

12             Let's have the witness on the stand.

13             (Jury present.)

14             THE COURT:  Everyone be seated.

15             Let's see if we have it right.

16             MR. BALESTRIERE:  May I continue, your Honor?

17             THE COURT:  Please.

18             MR. BALESTRIERE:

19   Q    Right now, Natasha, what you see in front of you is

20   PX-1.

21             The first page of that, does this photo fairly and

22   accurately reflect a part of that condo that we are talking

23   about?

24   A    Yes, it does.

25             MR. BALESTRIERE:  Now, I will move for admission

1    page 9 of Plaintiffs' 1.

2         THE COURT:  I thought we admitted the whole thing

3    as Plaintiffs' 1.

4         MR. BALESTRIERE:  We did, your Honor.  These are

5    the ones that defendants have no objection to, these pages.

6         THE COURT:  They are admitted so we don't have to

7    admit them again.

8         MR. BALESTRIERE:  Understood, your Honor.

9         Can we go to page 9, please.

10   Q    Again, here I have another question for you.

11        Does this photo fairly and accurately reflect that

12   condo that you are talking about?

13   A    Yes, it does.

14   Q    Is there anything that is different or missing in this

15   photo compared to what you knew in the condo when you were

16   there?

17   A    Just all the artwork, pictures, and furniture.

18   Q    Thank you.

19        MR. ROSENBERG:  Ms. Kahn, can you go to the next 1,

20   page 10.

21   Q    Again, same question.  Does this fairly and accurately

22   reflect the condominium that you were describing earlier?

23   A    Yes, it does.

24   Q    Similar question.  Is there anything that is missing in

25   this?

N. Tagai - direct - Mr. Balestriere          120

1   A    The same as I just stated -- furniture, photos, and
2   artwork.
3   Q    Thank you.
4         MR. ROSENBERG:  May I ask you, Ms. Kahn, can you go
5   to 20.
6   Q    Same question.  Does this fairly and accurately reflect
7   the condominium or a portion of the condominium that you just
8   testified to?
9   A    Yes, it does.
10  Q    Again, it doesn't have the artwork you said and the
11  furniture?
12  A    The artwork -- yes, that's correct.
13        MR. BALESTRIERE:  Now, your Honor, I move for the
14  admission Plaintiffs' 2.  I don't believe there is any
15  objection.
16        MR. MCDONALD:  No objection.
17        THE COURT:  Received.
18        MR. BALESTRIERE:  Thank you, your Honor.
19        (Plaintiff's Exhibit 2 was received in evidence as
20  of this date.)
21        MR. ROSENBERG:  Here we see a little bit of
22  furniture.  Does this --
23        THE COURT:  Let me see if I can simplify this.
24  Fairly and accurately that is when you want to lay a
25  foundation.  Just ask her what is that.

N. Tagai - direct - Mr. Balestriere          121

1   Q    What is that?

2   A    That is Mr. Rubin's living room of the condo.

3   Q    Thank you.

4        MR. BALESTRIERE:  I move for admission Plaintiffs'

5   Exhibit 125.  I don't believe there is any objection.

6        MR. MCDONALD:  No objection.

7        THE COURT:  Received had.

8        (Plaintiffs' Exhibit 125 was received in evidence

9   as of this date.)

10       MR. BALESTRIERE:  Thank you, your Honor.

11       Can you blow that up to 100 percent, please.

12  Q    What is this?

13  A    It looks to be a layout of the condo.

14  Q    Is there anything about this layout that is different

15  than what you remember from the times you visited the condo?

16  A    Yes.  Just in the far back corner where it says bedroom.

17  That was not a bedroom.  There was a pool table there as well

18  as the kitchen area in the living room or across from the

19  living room that was not there.

20  Q    To the best of your recollection is that the correct

21  address, 146 West 57th Street?

22  A    Yes, that is.

23  Q    Thank you.

24       How did it make you feel to visit Mr. Rubin at the

25  apartment?

N. Tagai - direct - Mr. Balestriere          122

1   A    It was nice.  It was a beautiful luxury condo.  It was

2   very, very nice.

3   Q    Now, earlier today during the opening, there was some

4   discussion of what was called a dungeon or some other

5   bedroom.

6        Did you ever hear the term "dungeon"?

7   A    Yes, I did.

8   Q    On this Plaintiffs' 125, can you describe which of the

9   rooms there, if any, was that dungeon?

10  A    Yes.  It's the second bedroom, the smaller one.

11       THE COURT:  It is possible if you touch it with

12  your finger, it will highlight.

13       There you go.

14  A    That one.

15  Q    The one that has the red dot that you were describing as

16  the second bedroom.

17       You called it the second bedroom.  What name did

18  you know, if any, that Mr. Rubin had for that second bedroom.

19  A    The red room.

20  Q    Do you know why he called it that?

21  A    The walls were painted red.  And it was kind of a little

22  thing -- I believe a fixation he had with the *50 Shades of*

23  *Grey* movie, and there way similar situation with a red room

24  in that movie as well.

25  Q    Have you heard before today the term BDSM?

1   A    I have heard of it, yes.

2   Q    First, do you know what those letters mean?

3   A    Not all of them, no.

4   Q    What does that term mean to you?

5   A    In my understanding bondage.

6   Q    What does that mean -- in that context of BDSM, what

7   does that mean to you, bondage?

8   A    To me what that means is, you know, being tied up.  Yes,

9   you are being whipped and stuff; but to an extent when you

10  say stop, it stops.

11  Q    You may predicted my next question.

12       Part of 2016 did you have consensual BDSM

13  interactions with Mr. Rubin?

14  A    Up until 2015 I did.

15  Q    Now, there is another term that was used this morning

16  during the opening, a safe word.

17       Do you know what a safe word is?

18  A    Yes, I do.

19  Q    What do you understand a safe word to be?

20  A    A safe word would be a word used when you are doing this

21  kind of interaction and if something goes too far, you have a

22  word to let the other person know that it has gone too far.

23  Q    If you use the safe word, things are supposed to stop?

24  A    To my understanding, yeah.  I didn't have one.

25  Q    I was about to ask that.

N. Tagai - direct - Mr. Balestriere          124

1      Did Mr. Rubin ever discuss the use of a safe word
2   with you, at least?
3   A   We've talked about, like, safe words, but I was never
4   assigned one.
5   Q   Now, I would like to talk about 2015.
6          MR. BALESTRIERE:  Ms. Kahn, can you put up --
7          Your Honor, I move for the admission of
8   Plaintiffs' 117A.  There should be no objection.
9          MR. GROVER:  No objection.
10         THE COURT:  Received.
11         (Plaintiffs' Exhibit 17A was received in evidence
12   as of this date.)
13         MR. BALESTRIERE:  Thank you, your Honor.
14   Q   So you can see that one page there -- do you see that?
15   A   Yes, I do.
16   Q   I will spend a little bit of time with you on this,
17   Natasha.
18         Can I call you Natasha?
19   A   Absolutely.
20         MR. BALESTRIERE:  Ms. Kahn, can you go down to
21   page 125.
22         Can you go back up to page 125, please.
23   Q   What is this?
24   A   It is a contractor agreement that Ms. Powers had me sign
25   prior to a photo shoot that we had.

1          MR. BALESTRIERE:  Ms. Kahn, can you go down to the

2     bottom of page 125.

3     Q    There is a date there of January 21st, 2015.

4          To the best of your memory is that when you signed

5     this?

6     A    Yes.

7     Q    There is a signature there.

8          Is that your signature?

9     A    Yes.

10    Q    Also, by each of the paragraphs, at least on page 125,

11    there looks to be initials of NAT.

12         Did you write those initials?

13    A    Yes, I believe they were.

14         MR. BALESTRIERE:  Ms. Kahn, can you go to the first

15    page.

16    Q    Again, there are those initials NAT.

17         Did you initial that?

18    A    Yes.

19    Q    Now, did you keep a copy of this after you signed this?

20    A    No.  I was never given a copy of this.

21    Q    What were the circumstances under which you were asked

22    to sign this document?

23    A    There wasn't very much explanation to anything.  I was

24    flown out to do a photo shoot.  Jennifer had organized a

25    photo shoot for Mr. Rubin's birthday for 12 girls to be on a

1    calendar for him and this wasn't told to me prior to coming.

2    Just when I got there, I signed it.  I only spent a couple

3    minutes looking at it.  Again, I thought if this -- I didn't

4    take it as serious as it seems to be or not be, because I

5    didn't know much about it and I didn't have an attorney

6    present and I didn't get a copy of it.  In my understanding I

7    thought it was another one of the *50 Shades of Grey* type

8    thing where the movie portrayed this too because right after

9    the movie was big, I was asked to sign this.

10   Q    You said you were asked to sign this by whom?

11   A    Jennifer Powers.

12   Q    This date, January 21st, 2015, you met Ms. Powers on

13   that date; correct?

14   A    Yes.  That was the first time I met her in person.

15   Q    So you signed this; right?

16   A    Yes.

17   Q    How closely did you read it?

18   A    Not very close.

19   Q    Why not?

20   A    Like I just stated, I didn't think it was a serious

21   legal document.  I didn't have an attorney present.  I just

22   didn't -- I really didn't think it was --

23              MR. ROSENBERG:  Ms. Kahn, can I ask you to kind of

24   zoom in on the top of that.  Increase the zoom to

25   100 percent.

N. Tagai - direct - Mr. Balestriere          127

1   Q    So, do you see that second paragraph there.  We already

2   spent a little bit of time with it with the jury.

3           Did you read this sentence, In return for the

4   payment of and agreed upon fee, I voluntarily agree to engage

5   in sexual activity with Rubin, including sadomasochistic

6   activity that could be hazardous and on occasion cause injury

7   to my person?

8           Do you remember reading that on January 21st, 2015?

9   A    Like I stated, I just skimmed over it.  I have read it

10  before, yes.

11           (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Tagai - direct - Balestriere                    128

1    DIRECT EXAMINATION

2    BY MR. BALESTRIERE:  (Continuing).

3    Q    But you have read it before you came to court?

4    A    Yes.

5    Q    Do you remember if you read it in January of 2015?

6    A    No, I do not.

7    Q    Do you remember what understanding you had, if any, in

8    January of 2015 of sadomasochistic activity?

9    A    No, I do not.

10   Q    Now, you said -- how old is your son?

11   A    My son is 13.

12   Q    Have you ever had to have your son sign any waivers when

13   you bring him to physical activity?

14   A    Yeah, when --

15          MR. GILBERT:  Objection.

16          THE COURT:  Sustained.

17   Q    Now, we already discussed this.  You were given a copy of

18   this document.

19          Do you that remember you filed a complaint in this

20   case?

21   A    Yes, I do.

22   Q    Do you remember what year you said in the Complaint that

23   you believed you signed this?

24   A    I did say in the Complaint I believed it was 2011 and I

25   was incorrect.

1  Q    So after you signed this in January 2015, what happened?

2  A    I had a photo shoot that same day and it was for the

3  calendar for Mr. Rubin's birthday.

4  Q    Did you end up going to the dinner or the party you

5  mentioned related to that photo shoot?

6  A    No.  Ms. Powers had booked my flight but I ended up not

7  going.

8  Q    Okay.  Thank you.

9        Now, after you signed this NDA, did you notice any

10 difference in your interactions with Mr. Rubin?

11 A    Yes, I did.

12 Q    And now, by 2016 -- I believe this was your testimony --

13 was Ms. Powers handling your flight records -- your flight

14 arrangements, excuse me?

15 A    As I stated before, there were some that I paid for and I

16 was reimbursed.  But her and I always communicated through

17 WhatsApp when I was arriving, what time, what day.

18 Q    Thank you.

19        MR. BALESTRIERE:  And, Your Honor, I move for the

20 admission of Plaintiff's Exhibit 73.  I don't believe there is

21 an objection to this.

22        MR. GILBERT:  No objection.

23        THE COURT:  Received.

24        (Plaintiff's Exhibit 73 received in evidence as of

25 this date.)

1        MR. BALESTRIERE:  Thank you, Your Honor.

2        Can I ask you to put that up, Ms. Kahn.  Can you

3   blow up the first top of the first page.  Thank you.

4   Q    You see this is dated May 16, 2015.  There's an e-mail

5   address there, superjenpowers@gmail.com.

6        Do you know whose e-mails address that was?

7   A    Yeah, that was Jennifer Powers.

8        MR. BALESTRIERE:  Can you now go down, Ms. Kahn, to

9   the second page, keep going.  Stop right there.

10  Q    So this is a flight with your name on it, Natasha Tagai,

11  going from Chicago to La Guardia and then a return.

12       Did you end up taking this flight?

13  A    No, I did not.

14  Q    Why not?

15  A    It was for the dinner.  I just didn't feel comfortable

16  being in a room with 10 other girls for a birthday party of

17  the person that we were all with.

18  Q    Now, Ms. Powers did arrange for that flight for you; is

19  that correct?

20  A    Yes.

21  Q    So in order to arrange for that flight, did she have your

22  full name?

23  A    Yes, she did.

24  Q    Did she have your date of birth?

25  A    Yes, she did.

1    Q    Did she have your home address?

2    A    I'm not positive, but possibly.

3    Q    Thank you.

4         So, now, in 2015, did the way you were paid change?

5    A    Yeah.  I was getting bank transfers and then I'm not sure

6    which date it started, PayPal.  Jennifer Powers started

7    sending PayPal payments.

8         MR. BALESTRIERE:  I would like to ask, Ms. Kahn, if

9    you can open up to Defendant's Exhibit A.  Your Honor, I move

10   for its admission.  This is the stipulation that we discussed

11   earlier.

12        MR. GILBERT:  No objection.

13        THE COURT:  All right.  It is received.

14        (Defendant's Exhibit A, received in evidence as of

15   this date.)

16        MR. BALESTRIERE:  Can you go to page 2 of

17   Defendant's Exhibit A.  Then go down to the bottom half of

18   this where it has Natasha Tagai and below that up and show

19   that all there.

20   Q    We see this here.  Do you see where it begins February

21   20, 2015, wire for you, Natasha?

22   A    Yes.

23   Q    Then there are a series of payments that were made to

24   you?

25   A    Yes, that is correct.

Tagai - direct - Balestriere                    132

1    Q    What are the amounts?  Just read off what are some of the

2    amounts that are included?

3    A    3,000, 5,000, 2,000, 3,000, 3,500, 5,000, 2,000.

4    Q    Thank you.

5         Now, who effected these payments in other words,

6    withdrawn.  Who made sure you got paid?

7    A    Jennifer Powers.

8    Q    And do you see the second column there it says wire,

9    PayPal, Venmo, what does that refer to?

10   A    It was either wired directly to my bank account or sent

11   through PayPal or Venmo.

12   Q    Why do amounts differ?

13   A    The amounts differ depending on how the night went and if

14   Mr. Rubin was happy or satisfied with how the night went.

15   Q    Now, did any of these payments, for those nights, did

16   they involve the red room that we were just discussing?

17   A    Yes, they I did.

18   Q    Thank you.

19        MR. BALESTRIERE:  I would like to move for -- you

20   can take that one down.  I would like to move for the

21   admission of Plaintiff's Exhibit 3, Your Honor.  I believe

22   there is no objection.

23        MR. GILBERT:  No objection.

24        THE COURT:  Received.

25        (Plaintiff's Exhibit 3, received in evidence as of

Tagai - direct - Balestriere                    133

1    this date.)

2              MR. BALESTRIERE:  Thank you, Your Honor.

3    Q    So this is a four-page set of photos.  I'm going to ask

4    you some questions about it.

5              What is this on this first page of Plaintiff's

6    Exhibit 3?

7    A    That would be one of the machines that Mr. Rubin had in

8    the red room.

9    Q    So, you called this a machine.  How did this machine

10   work?

11   A    By all fours, it was either you could lay on top or on

12   your back.

13   Q    So I'm just going to ask you -- forgive me.  I'm going to

14   ask you a few questions about that.

15             Do you mean you could lay on this face up or face

16   down?

17   A    Yes.  I'm sorry.

18   Q    That's okay.

19             And you also said all fours.  What do you mean by

20   that?

21   A    I mean face up or face down with your hands up here and

22   your feet down at the bottom.

23   Q    So -- I'm sorry?

24   A    Stretched.

25   Q    So let the record reflect that the witness said -- put

1    her hands out in front of her when she said here.

2            You just said something at the end there.  Would you

3    be restrained to this machine?

4    A    Yes.

5    Q    How would you be restrained to this machine?

6    A    By the straps that you see in the photo.

7    Q    Now -- thank you.  I'm sorry to have to ask that.

8            MR. BALESTRIERE:  Ms. Kahn, can you go to the next

9    page, please.

10   Q    What is this?

11   A    That is another machine that he had in that room.

12   Q    And how did this machine work?  That's okay.

13   A    Like an X.

14   Q    I'm sorry?

15   A    I'm sorry.  Your hands up here and your legs down that

16   way.

17           MR. BALESTRIERE:  Let the record reflect that the

18   witness put her hands up and out like a V and saying up here

19   and upside down V when saying her hands this way.

20           And, Ms. Kahn, can you go to three, please.

21   Q    What is this?

22   A    That was also items in the red room on one of the walls:

23   Whips, chains, ropes, different sexual devices, dildos, all

24   kinds of things on that wall.

25   Q    Thank you.

1          MR. BALESTRIERE:  And then, finally, four, the

2     fourth one, please.

3     Q    Again, what is this one, please?

4     A    That again is another machine that was in the red room

5     where your body would be used, strapped down like an X.

6     Q    Similar to what I asked for the first photo, would you be

7     face down or face up on this?

8     A    Yes.  That is correct.

9     Q    Thank you.

10          So I want to ask you whether or not you came to

11     visit Mr. Rubin on October 1, 2015?

12     A    Yes, I did.

13          MR. BALESTRIERE:  And, Ms. Kahn, can you put back up

14     the payment stipulation again.  So, if you could blow up the

15     bottom part there.

16     Q    I see that you were paid on October 2, 2015 $3,000?

17     A    Yes, that is correct.

18     Q    So, I'm going to -- do you know did Ms. Powers book your

19     flight for that?

20     A    I believe I did.

21     Q    Were you reimbursed then?

22     A    Yes, I was.

23     Q    When you came here for your visit on October 1, 2015, did

24     you understand that some sexual activity would take place when

25     you met with Mr. Rubin?

1    A    Yes, I did.

2    Q    So after you arrived on October 1, 2015 at the airport,

3    where did you go?

4    A    Depending on Mr. Rubin's schedule, Jennifer Powers would

5    coordinate if he had somebody there prior, the night before,

6    there would be a maid there or the person could still be

7    there, or just depending.  I would usually go back to the

8    condo and wait for Mr. Rubin to get off work or wherever he

9    was at the time.

10   Q    So, on October 1st, did you go to the airport from the

11   condo?

12   A    I went to --

13   Q    Excuse me.  Did you go to the condo from the airport?

14   A    Yes, I did.

15   Q    When you got to the airport -- the condo, this is October

16   1, 2015, was anyone there?

17   A    No.

18   Q    How long did you spend in the apartment alone?

19   A    Maybe about an hour and a half to two hours, if that.

20   Q    After you were in the apartment alone for an hour and a

21   half, two hours, where, if anywhere, did you go?

22   A    I had met Mr. Rubin across the street at the hotel that's

23   across the street from his condo.

24   Q    Did you meet him in a hotel room or somewhere else in the

25   hotel?

1   A    No, I met him in the lobby of the hotel.

2   Q    Was Mr. Rubin with anyone when you met him in the lobby

3   of hotel?

4   A    Yes, he was.

5   Q    With whom?

6   A    He was with an older gentleman and two women.

7   Q    How long did you spend with Mr. Rubin, the older

8   gentleman and the two women at that hotel across from the

9   condo?

10  A    I'd say probably approximately a couple of hours.

11  Q    Did you drink?

12  A    Yes.

13  Q    After you were there for a couple of hours, where did you

14  go?

15  A    We all decided to go back to Mr. Rubin's condo.

16  Q    So you enter the condo.  Is there anyone there when the

17  now five of you enter the condo?

18  A    No.

19  Q    What did you do when you got back to the condo?

20  A    As I stated, he had a pool table so we were playing pool.

21  Q    How long were you playing pool?

22  A    We didn't -- I would say we didn't even finish a whole

23  game.  Probably about 45 minutes to an hour they stayed over.

24  Q    When you say they stayed over, who are you referring to?

25  A    The three other people.

1   Q    After those 45 minutes, did those three other people

2   leave?

3   A    Yes, they did.

4   Q    After they left, who was left in the apartment?

5   A    Mr. Rubin and I.

6   Q    What did you and Mr. Rubin do?

7   A    We continued to have another glass of wine and him and I

8   shot a couple rounds of pool.

9          MR. BALESTRIERE:  One moment.

10         (Pause.)

11  Q    You said you shot a couple of rounds of pool.  How long

12  did that take?

13  A    We didn't finish a whole game is what I meant, I'm sorry.

14  Meaning like ten minutes tops.

15  Q    So you were playing for about ten minutes pool, what

16  happened then?

17  A    We were being flirtatious with each other and I was

18  sitting on the pool table and -- I'm sorry.  He shoved a pool

19  cue into my vagina and, you know, when I told him to stop, it

20  lasted probably -- it felt longer than it did -- maybe like 10

21  seconds and he ended up -- he seemed like he was upset and he

22  went into the red room and he grabbed some rope.

23  Q    If I could stop you for a moment.  I'm sorry I have to

24  ask more questions about this.

25            Did he ask for your permission to put the pool cue

Tagai - direct - Balestriere                    139

1    inside you?

2    A    No, he did not.

3    Q    Did you consent to him doing that?

4    A    No, I did not.

5    Q    Did you ask him to stop?

6    A    Yes, I did.

7    Q    How long after you asked him to stop, if at all, did he

8    keep the pool cue inside you?

9    A    As I just stated, it felt longer than it probably was,

10   but probably about ten seconds.

11   Q    Did he keep it inside you after you said stop, though?

12   A    Yes.

13   Q    So you were just saying that after this, did he take the

14   pool cue out of you?

15   A    Yes.

16   Q    And I think you were starting to say this, where did he

17   go after he took the pool cue out of you?

18   A    He walked over to that second bedroom, the red room.

19   Q    Did he come out of the second bedroom?

20   A    Yes.

21   Q    Did he have anything with him?

22   A    Yes, he did.  He had ropes.

23   Q    When you say ropes, what color were these ropes, if you

24   remember?

25   A    Purple.

Tagai - direct - Balestriere                    140

1    Q    Did he come back at the pool table?

2    A    I was sitting on the floor.

3    Q    Why were you sitting on the floor?

4    A    I was kind of just in shock.

5    Q    Do you remember if you were crying?

6    A    No, I wasn't.

7    Q    So he came over to you, you were on the floor.

8         What, if anything, did he do?

9    A    He tied me up.

10   Q    I need to ask you some questions.  When you say he tied

11   you up, where on your body did he tie you?

12   A    He would tie my legs and my arms together.

13   Q    When you say tied your legs, do you mean your ankles or

14   another part of your legs?

15   A    My ankles.

16   Q    When you say your arms, do you mean your wrists or

17   another part of your arms?

18   A    My wrists.

19   Q    Where were your arms after Mr. --  in relation to the

20   rest of your body, after Mr. Rubin tied your arms?

21   A    They were tied in front of me.

22   Q    Okay.  So your wrists are now in front of you tied and

23   your legs were tied.

24         Did Mr. Rubin do anything else to you after he tied

25   your wrists and your legs -- your wrists and your ankles,

Tagai - direct - Balestriere                    141

1    excuse me?

2    A    Yeah, he dragged me into the red room.

3    Q    When you say that he dragged you, what did he do?

4    A    He dragged me by my feet into the room.

5    Q    Were you face down or face up?

6    A    Face up.

7    Q    Did that hurt you?

8    A    Yes.

9    Q    Did you ask him to stop?

10   A    No, I did not.

11   Q    Why not?

12   A    I was scared.

13   Q    Why were you scared?

14   A    I was scared of him.

15   Q    Why were you scared of him?

16   A    Because things happened that I didn't want to happen.

17   Q    Did you consent to being tied up.

18            I'm sorry.

19   A    No, I did not.

20   Q    Did you consent to being dragged?

21   A    No, I did not.

22   Q    How far was it that Mr. Rubin dragged you from the pool

23   table into the red room?  If you can estimate how far a

24   distance that was?

25   A    I would say the whole living room.

1    Q    We had the image up before.  How far was that, the whole

2    living room, as you just said?

3    A    Probably from the door to the middle of this room, the

4    back door to the middle of this room.

5             MR. BALESTRIERE:  Let the record reflect the witness

6    pointed to the backdoor and the middle of the courtroom.

7    Q    So you ended up being dragged into the red room; is that

8    correct?

9    A    Yes, that's correct.

10   Q    Was Mr. Rubin saying anything to you when he did that?

11   A    No.

12   Q    When he brought you into the red room, what, if anything,

13   did he do then?

14   A    He went through all his -- well, first he put the gag

15   ball around my mouth.  It's another sexual prop or device.

16            MR. BALESTRIERE:  Your Honor, may I ask for

17   Defendant's demonstrative DDXC?

18            THE COURT:  Any objection?

19            MR. GILBERT:  No objection.

20            MR. GROVER:  No objection.

21            THE COURT:  Go ahead.

22            MR. BALESTRIERE:  Thank you.

23            Thank you, Your Honor.  May I approach, Your Honor?

24            THE COURT:  Yes.

25   Q    I will stand over here.  Holding this up.  This was

Tagai - direct - Balestriere                   143

1  recently purchased.  So I'm not asking you if this was that

2  ball gag.

3           Does this look like the ball gag that you testified

4  to?

5  A    Yes.

6  Q    Where does the red ball go?

7  A    In your mouth.

8  Q    There is a strap here.  What is that strap for?

9  A    Around your face.

10          MR. BALESTRIERE:  So let the record reflect that the

11 witness moved her hands up to her lips and then moved around

12 her face.

13 Q    When this is in your mouth, are you able to speak?

14 A    No.  No.

15 Q    All right.

16          MR. BALESTRIERE:  Thank you, Your Honor.

17 Q    Thank you.  So you said that once -- I'm sorry --

18 A    It's okay.

19 Q    I have to continue.

20          You said that once you were brought into the --

21 dragged into the red room and this -- a ball gag like this was

22 put in your mouth, you started to say Mr. Rubin got something

23 else.  What happened after that?

24 A    Yeah.  There were devices, as you've seen in the

25 pictures, on the red room wall, and he grabbed, it was kind of

1   like a little pizza -- it's not a pizza cutter but it looks

2   like a little knife, kind of shaped like that.

3   Q    Did he use that pizza-cutter looking thing on you?

4   A    Yes, he did.

5   Q    Where on you?

6   A    On my breasts.

7   Q    Did you consent to that?

8   A    I couldn't speak, so, no, I did not.

9   Q    Did he ask for your permission to do that?

10  A    No, he did not.

11  Q    Were you free to leave at this point?

12  A    I was tied up, so I believe no.

13  Q    So you said that he cut or he -- did this actually cut

14  the skin, this pizza cutter?

15  A    No, it did not.

16  Q    Did it hurt?

17  A    Yes, it did.

18  Q    What, if anything, did Mr. Rubin say to you when he used

19  this on you?

20  A    He would repeatedly tell me that I am a stupid girl, and,

21  not this incident, but right after what happens next, he would

22  tell me to repeat you're a stupid girl, you're a stupid girl,

23  laughing in my face.

24  Q    Were you able to say that with the ball gag in your

25  mouth?

Tagai - direct - Balestriere                    145

1   A    No, not this time.

2   Q    So you said that he used that pizza cutter-like device on

3   you.  What happened next?

4   A    He pulled out -- it was like a glass-looking dildo device

5   and put it into me, penetrating me, and I was kind of

6   squirming around.  And then after that, he untied me and moved

7   me over to the X, the other device.

8   Q    So that was the X that we saw earlier; is that correct?

9   A    Yes.  That is correct.

10        MR. BALESTRIERE:  I'm sorry, Ms. Kahn, can you go to

11  Plaintiff's Exhibit 3.

12  Q    So is this the X that you just testified to?

13  A    No, not that one.

14        MR. BALESTRIERE:  I'm sorry, can we go --- I think

15  it's two or the second photo, that one.

16  A    Yes.

17  Q    So how did Mr. Rubin secure you, for lack of a better

18  word, to this machine that you called it before?

19  A    He had chains or -- it was leather pieces on there and

20  chains that he would tie your arms to the side and your legs

21  to the bottom.

22  Q    The leather, were those leather cuffs?

23  A    Yes, they were.

24  Q    Okay.

25        MR. BALESTRIERE:  May I ask please for, I guess it

1    is DDXA.

2            Thank you.

3    Q    Again, these were purchased by defendants but did it look

4    like these leather cuffs?

5    A    They were similar to that, but just a different color.

6    Q    What color would you say these are?

7    A    Green.

8    Q    What color were the ones used on you?

9    A    I believe they were like a darkish maroon color.

10   Q    Were you able to pull your hands through -- were you able

11   to pull your hands through once they were put on you?

12   A    No, I was not.

13   Q    Did you use an item like this in my office to see if you

14   could pull your hands through it?

15   A    Yes, I did.

16   Q    Were you able to?

17   A    No, I was not.

18   Q    Thank you.

19           MR. BALESTRIERE:  Thank you, Your Honor.

20           Thank you.

21   Q    So just breaking it down a little bit, do you remember

22   how long it was that you were in the red room before Mr. Rubin

23   moved you to this machine?

24   A    I'd say not -- probably about five minutes.

25   Q    So, then, Mr. Rubin, the verb I used was moved you to the

1  machine.  How exactly -- we talked about the cuffs being used

2  on you.  But were you facing towards the wall or were you

3  facing the wall?

4  A    I was facing away from the wall.

5  Q    Were your wrists cuffed?

6  A    Yes.

7  Q    I don't know if we can quite see the bottom of the

8  machine here, but were your ankles cuffed.

9  A    Yes.

10  Q    So were you essentially standing as if in an X?

11  A    Yes.

12  Q    How much clothes did you have on you at this point?

13  A    Nothing.

14  Q    When did your clothes come off?

15  A    My clothes came off before he tied me up, after the pool

16  table, all my clothes, because I had partial clothes off on

17  top of the pool table.

18  Q    Were you dragged naked or -- excuse me, did the clothes

19  come off in the red room?

20  A    No.  I was dragged naked.

21  Q    Once Mr. Rubin stood you up and put you on this, again,

22  was the ball gag in your mouth?

23  A    Yes, it was.

24  Q    Were you crying?

25  A    No, I wasn't crying.

1    Q    Why not?

2    A    I was scared.

3    Q    What were you scared of happening?

4    A    I just didn't want to upset him.

5    Q    So once Mr. Rubin tied you to this, what, if anything,

6    did he do next?

7    A    He had like a little whipping toy that he used and he

8    would repeatedly hit me in my vagina over and over.

9    Q    Did Mr. Rubin ask for permission to do that to you?

10   A    No, he did not.

11   Q    Did you consent to him doing that to you?

12   A    No, I did not.

13   Q    Thank you.

14        You said that he penetrated you.  Forgive me, I

15   didn't ask.  Was that in your vagina?

16   A    Yes.

17   Q    While you were up on the wall like this, did he penetrate

18   you again?

19   A    Yes, and he also hit me in the stomach.

20   Q    I'm sorry.  Forgive me.  I'm not sure, maybe I didn't ask

21   you a good question.

22        First, did he penetrate you while he was standing

23   up?

24   A    He was smacking me with the whipping toy.

25   Q    Okay.  Then you said something about your stomach?

1  A    Yeah.  He had punched me in the stomach and hit me in the

2  face.

3  Q    Did you consent to him punching you and hitting you that

4  way?

5  A    No, I did not.

6  Q    What, if anything, was Mr. Rubin saying to you while he

7  was doing this?

8  A    You're a stupid girl, stupid girl, and just laughing in

9  my face.

10 Q    How long was Mr. Rubin hitting you while you were up in

11 the device like this?

12 A    I'd say probably about 45 minutes.

13 Q    After those approximate 45 minutes, what happened next?

14 A    Well, after he had hit me in the face, I got very just

15 squirmy and he got upset with me and took it down and he

16 stormed off and left the house.

17 Q    You say that he got upset with you.  How were you able to

18 see that?

19 A    Because he was yelling and saying I wasted his time.

20 Q    So did he untie you?

21 A    Yes.

22 Q    Did he clothe you?

23 A    No.

24 Q    After he untied you, where were you physically?

25 A    I was still staying in that room waiting until he left

Tagai - direct - Balestriere                    150

1    out the door.

2    Q    Were you crying?

3    A    No, I was not.

4    Q    How long did you stay in that room?

5    A    I stayed in there for about 30 minutes until -- I mean,

6    he left right away, but I stayed in there for about 30 minutes

7    just sitting there.

8    Q    Did you consent to the things that you just described

9    that Mr. Rubin did to you?

10   A    No, I did not.

11   Q    After you were sitting there for those 30 minutes, what,

12   if anything, did you do next?

13   A    I texted Jennifer Powers.

14   Q    What did you say to her?

15   A    I told her that he had hit me in the face and punched me

16   and, you know, because he had never done that before and she

17   kind of sugarcoated it like he must have been drunk or he must

18   have been going through something, you know how he gets, and

19   she just asked if I was okay, and that was all that was said

20   between he and I.

21   Q    How long after this -- Mr. Rubin leaving did you text

22   Jennifer Powers?

23   A    I don't know the exact amount of time.  I would probably

24   say maybe within the hour.

25   Q    After that text exchange, what did you do?

1   A    Rubin had text me.  Him and I went back and forth I would

2   say until probably one or two in the morning, maybe not that

3   late, maybe midnight, and just telling me I'm a cunt, I wasted

4   his time, he could have been with anybody else, just

5   belittling me back and forth.

6   Q    Did you end up spending the evening in the apartment?

7   A    Yes, I did.

8   Q    Was anyone else there?

9   A    No, they were not.

10  Q    Why did you spend the evening in the apartment when Mr.

11  Rubin had just done this to you?

12  A    He said he was going back home to his actual home.  So I

13  was leaving the next morning.  So, it's New York.  Hotels are

14  expensive.  So I just stayed until my flight was the next day.

15        MR. BALESTRIERE:  Can I ask you, Ms. Kahn, can you

16  put up next 117A already in evidence.

17  Q    You said you had the opportunity to read over this

18  nondisclosure agreement; right?

19  A    Yes, I have.

20  Q    The jury will get a chance to read over it, but I'm going

21  to ask you some questions about it.

22        Does it say anything in here about being tied up?

23  A    No, it does not.

24  Q    Does it actually use the word bondage or discipline in

25  here?

1   A    No, it does not.

2   Q    Does it say anything about a pool cue in here?

3   A    No, it does not.

4   Q    What about a ball gag?

5   A    No.

6   Q    What about not being free to leave?

7   A    No, it does not.

8            MR. BALESTRIERE:  Ms. Kahn, can you go back to the

9   payment stip.

10  Q    You see here, the next day, October 2, you were paid

11  $3,000; correct?

12  A    Yes, that is correct.

13  Q    Is this the first time after the years that you had known

14  Mr. Rubin that you did not consent to all the sexual activity

15  with him?

16  A    Yes, that is the first time.

17  Q    Did you go to the police?

18  A    No, I did not.

19  Q    Why not?

20  A    Because I was afraid to.

21  Q    Why?

22  A    Because he's a very powerful, wealthy person, you know, I

23  probably couldn't even hire an attorney that could fight

24  something like that against him.

25           MR. BALESTRIERE:  The nondisclosure agreement, can

Tagai - direct - Balestriere                    153

1    you put that back up again.  That's 117A.  Thank you.

2           Go down to the penalty provision, penalty for

3    breach.  Can you highlight that or actually blow that up a

4    little bit, please, I should say.

5    Q    So I'm just going to read from this.  Again, the jury

6    will see this.

7           I agree to damages sustained by any breach of this

8    agreement would be impractical or extremely difficult to

9    determine.  Therefore, I agree that in the event that I

10   disclose confidential information covered by this agreement, I

11   will return to Rubin all monies previously received in

12   connection with this agreement and will pay Mr. Rubin an

13   additional $500,000 as a penalty.

14          Did you have $500,000 in October of 2015?

15   A    No.

16   Q    Do you now?

17   A    No, I do not.

18   Q    Have you been sued under this agreement?

19   A    No, I have not.

20   Q    You described certain things to happened to you.  I want

21   to ask in a little more detail.  Forgive me.

22          Did you suffer any physical injury on October 1,

23   2015?

24   A    Yeah, an October 1st --

25   Q    From what we just discussed.

Tagai - direct - Balestriere                    154

1   A    When the pool cue was put into me, I had a little bit of

2   bleeding that happened.

3   Q    Besides that, was there any other physical injury?

4   A    I had bruises on my breasts from being whipped and just I

5   was sore from being whipped over and over again on my vagina.

6   Q    Did you suffer what you would consider to be any

7   emotional injury from that?

8   A    Yes.

9   Q    What kind?

10  A    I have anxiety all the time.  I have PTSD.  I was

11  diagnosed with that two years ago.  I go to therapy once a

12  week.  And, I mean, even before these court cases, I would

13  throw up, and I just have a lot of anxiety.

14  Q    Now, this is October 1, 2015.

15       MR. BALESTRIERE:  Ms. Kahn, can you go back to the

16  payment stip, please.

17  Q    We see October 1, 2015.  Just looking, according to this,

18  there is one, two, three, four, five more times that you ended

19  up coming to see Mr. Rubin.

20       Do you agree that you did see Mr. Rubin five more

21  times?

22  A    Yes, I did.

23  Q    If he had done all these things to you and you did not

24  consent to it, why did you come back?

25  A    You know, at the time -- now it seems crazy, absolutely,

1    but I was in a situation where, you know, I cared for him, I

2    liked him, I seen how he was prior to this, and I just thought

3    that he would, you know, maybe the next time he would go back

4    to how he acted prior.

5    Q    Now, you said the next time.  So if you look here on the

6    payment stip, it says that you were paid $5,000 on November

7    20, is that correct?

8    A    Yes, that is correct.

9    Q    Then a couple of months after that, on January 15th, you

10   were paid $5,000 is that correct?

11   A    Yes.  That is correct.

12   Q    So how would you describe your encounters with Mr. Rubin

13   on those two occasions?

14   A    They were wonderful.  We had a lot of fun together.

15   Q    Did you discuss at all what happened on October 1, 2015?

16   A    No, we did not.

17   Q    Then, according to this, there is a payment on May 11,

18   2016.  Do you see that?

19   A    Yes, I do.

20   Q    I would like to draw your attention to around that time.

21   Did you come to see Mr. Rubin before that -- just before that

22   date, before May 11th?

23   A    January, correct?

24   Q    I'm sorry.  So we discussed November 2015, you were paid

25   $5,000; right?

Tagai - direct - Balestriere                156

1   A    Yes.

2   Q    And then January 15, 2016, you were paid $5,000; right?

3   A    That is correct.

4   Q    So those are the two encounters that I think you

5   described as wonderful; right?

6   A    Yes, that's correct.

7   Q    So, now I'm talking about the encounter on or about May,

8   or right before, rather, May 11th, 2016.

9        Do you see that?

10  A    Yes, I do.

11  Q    You were paid $3,500 at that time; right?

12  A    Yes, I was.

13  Q    Okay.  So I'm going to ask you some questions about the

14  incident just prior to May 11, 2016.

15       Leading up to that incident, did you expect that you

16  might have some sexual relations with Mr. Rubin when you saw

17  him?

18  A    Yes, I did.

19  Q    Did you expect that might be some BDSM activity?

20  A    Yes, I did.

21  Q    So when you arrived at the airport just before May 11th,

22  2016 what happened once you arrived at the airport?

23  A    When I arrived at the airport, I checked in with Jennifer

24  Powers to let her know that I had arrived, and she coordinated

25  with the condo building to leave a key at the front for me and

1    to just go up to the condo and make myself at home until Mr.

2    Rubin arrived.

3    Q    So no one was at the condo then?

4    A    No.

5    Q    How long were you at the condo alone on or before -- I'll

6    just say May 2016.  How long were you at the condo in May of

7    2016 before Mr. Rubin arrived?

8    A    I'd say probably around -- anywhere between two, three

9    hours.

10    Q    So did there come a time that Mr. Rubin came?

11    A    Yes.

12    Q    Was he with anyone when he arrived at the condominium?

13    A    No, he was by himself.

14    Q    When he came into the condominium, to how would you

15    describe his demeanor?

16    A    He seemed nice, happy, the same as he always like was

17    when we had good times.

18    Q    What did the two of you do, if anything?

19    A    We sat down and we were catching up talking.  He was

20    showing me pictures because he had this little folder in the

21    back of his phone with all the girls and would show me

22    different pictures of different girls and what had happened,

23    you know, last week or a couple of days ago, you know, excited

24    about that, and he had ordered some cheese and fruit and we

25    opened a bottle of wine.

Tagai - direct - Balestriere                              158

1   Q    How did it make you feel him sharing those photos?

2   A    It kind of made me feel like crap because most of the

3   time he just talked about how wonderful they were and kind of

4   made me feel like I was nothing.

5   Q    You said that he ordered food; is that correct?

6   A    Yeah, he got cheese and wine.  He had a place that he

7   always had it delivered from.

8   Q    Did you eat the cheese and drink the wine?

9   A    Yes, I did.

10  Q    What happened after that?

11  A    We drank, I would say probably almost a bottle of wine

12  and we just started talking about going into the red room.

13  Q    Now, given -- and I know there has been a couple of

14  occasions in between, but given what you described took place

15  on October 1, 2015, were you afraid to go into the red room?

16  A    Yes.

17  Q    Did you consent, nonetheless, to going into the red room?

18  A    I did.

19  Q    What happened after you went into the red room?

20  A    I just -- I started like zoning in and out.  And he -- he

21  had asked me if he could tie me up and I consented to that,

22  and put the gag ball in my mouth once again, and he took these

23  -- I don't know if they are called clothes pins or pins and

24  latched them to my breasts without asking for my consent

25  because obviously I couldn't speak; I had a gag ball in my

Tagai - direct - Balestriere                159

1    mouth.  Again, I started squirming around.  I didn't really

2    like it.  He had taken a photograph of it as well.

3          And after that, I woke up, or he put me back on the

4    X machine.

5          MR. BALESTRIERE:  So that the X machine, if we can

6    go to that.  I think it's Plaintiffs' 3 and go to number 4.

7    Q    Just to get some of the details here.  You did consent to

8    being tied up you said; correct?

9    A    Yes, I did.

10   Q    What about the clothes pins?  I think you maybe testified

11   to this.  Did he ask for your permission to put clothes pins

12   on?

13   A    No.

14   Q    Did you consent to that?

15   A    I couldn't speak.

16   Q    Okay.  So I'm not asking what you said at this moment at

17   least, but whether or not you actually consented to that?

18   A    I'm sorry.  No.

19   Q    Don't be sorry.

20         You just testified, to clarify, why couldn't you

21   speak?

22   A    Because I had a gag ball in my mouth.

23   Q    If you couldn't speak, was there anything else that you

24   thought you could do to show Mr. Rubin that you didn't

25   consent?

1  A    Yeah.  That's why I started squirming around.

2  Q    What, if anything, was Mr. Rubin's reaction to you

3  squirming around?

4  A    He untied me and then put me on to the next machine.

5  Q    When you say the next machine -- I'm sorry, the X

6  machine?

7  A    No, the other one.

8       MR. BALESTRIERE:  So, again, Ms. Kahn, can we go

9  back to plaintiffs' page 2.  Thank you.

10 Q    Did you consent to being tied up on this?

11 A    I -- yes.

12      MR. BALESTRIERE:  Just one moment, please.

13      (Pause.)

14 Q    What happened when you were tied up on this?

15 A    Again, he had this black leather whip that he was

16 whipping my breasts with over and over.  I didn't -- started

17 to not feel well and he was hitting me in my vagina once

18 again.  And the next thing I know I was on the bathroom floor

19 and I woke up on the bathroom floor in another room.

20 Q    You said the next thing you know?

21 A    Yes.

22 Q    How much longer was it, do you think, after he had been

23 doing these things to you that you woke up on the bathroom

24 floor?

25 A    I think it was maybe an hour, hour and a half, maybe two

Tagai - direct - Balestriere                    161

1   hours.

2   Q    Why did you estimate that it was an hour, hour and a

3   half, maybe two hours?

4   A    Because I believe it was at 8:30, around 8:30, I recall

5   that I woke up.  It was either 8:00 or 8:30.

6   Q    8:00 or 8:30 p.m., that is?

7   A    Yeah.

8   Q    Was Mr. Rubin there when you woke up?

9   A    No.

10  Q    Did you consent to those things that he did to you after

11  he put the ball gag in your mouth?

12  A    The things -- no.

13  Q    Thank you.  Did you spend the night in the condo?

14  A    Yes, I did.

15  Q    Now, you talked about how the first time that he forced

16  you to have sex without your consent, October 1, 2015, you

17  contacted Ms. Powers.  Did you contact Ms. Powers this night?

18  A    No, I did not.

19  Q    Why not?

20  A    I believe I contacted her the next morning because,

21  again, Rubin was upset because he left, you know, just finding

22  out, you know, because I had paid for a babysitter, my

23  flights, if I could get reimbursed for my flights and

24  babysitter.

25  Q    Did you end up getting reimbursed?

Tagai - direct - Balestriere                   162

1   A    It took a couple -- maybe a day or two, but, yeah.

2   Q    But you ended up getting the money from him?

3   A    Yes, I did.

4   Q    I would like to show you Plaintiffs' 36.

5              MR. BALESTRIERE:  I don't believe there is any

6   objection for foundation.

7              MR. GILBERT:  Subject to foundation.

8              THE COURT:  What does that mean?  You're not

9   consenting to its admission?

10             MR. BALESTRIERE:  I believe defense counsel said

11  subject to foundation.

12             THE COURT:  That's what he said.

13             Do you want a foundation laid?

14             MR. GILBERT:  Yes.

15             THE COURT:  Lay a foundation.

16  Q    So do you see a photo in front of you?

17  A    No.

18  Q    Do you see it now?

19  A    Yes, now I do.

20  Q    So now you see a photo.  Does that photo fairly and

21  accurately reflect injuries that you sustained on -- in May of

22  2016?

23  A    Yes.

24  Q    Who took that photo?

25  A    I did.

Tagai - direct - Balestriere                    163

1   Q    Okay.

2          MR. BALESTRIERE:  I move for its admission, Your

3   Honor.

4          MR. GILBERT:  No objection.

5          THE COURT:  Received.

6          (Plaintiff's Exhibit 36, received in evidence as of

7   this date.)

8   Q    Now, the jury hasn't seen a lot of photos here.  Why did

9   you take a photo of this that time?

10  A    Because I had woke up on the bathroom floor and I just

11  took a picture of, you know, what had happened to me.

12         MR. BALESTRIERE:  Can we go -- thank you.  You can

13  put that down, please.

14         Can you go to the payment stip again, please.

15  Q    So, again, now this is May 11, 2016.  The next time,

16  according to this payment stip, that you end up seeing Mr.

17  Rubin and getting paid by him was just before March 17, 2017.

18         Why did it take that long for you to see him again

19  after that May 11, 2016 encounter which we just discussed?

20  A    I was kind of freaked out as well when I woke up.  The

21  red room, I walked in there to see what had happened and there

22  was -- the lamp was knocked over.  There was stuff everywhere

23  and I just got really, really freaked out.

24  Q    Did you end up coming back, though, to see him in March

25  2017?

Tagai - direct - Balestriere                    164

1   A    Yes, I did.

2   Q    I have to ask the same question that I asked you before,

3   given that now it had been two occasions of many but,

4   nonetheless, two occasions where Mr. Rubin forced you to have

5   sex, why did you come back?

6   A    For me, it was -- I don't know if it's a pattern of, you

7   know, an abusive behavior, I felt like I needed him to not be

8   mad at me or to care about me or to want to talk to me and,

9   you know, I just wanted the times that we used to share when I

10  first met him.

11  Q    So did you end up coming in March of 2017 now?

12  A    Yes, I did.

13  Q    How much money were you paid?

14  A    It was $5,000.

15  Q    So using the terminology that we have used before, was

16  this a good encounter?

17  A    Yes, it was.

18  Q    What do you remember about that March 2017 encounter?

19  A    I honestly don't remember.

20  Q    Okay.  You did mention, though, that in October -- excuse

21  me --  withdrawn.

22          In May of 2016 that Mr. Rubin took a photograph you,

23  you said, when you were tied up?

24  A    Yes.

25  Q    How do you know that he did that?

1  A    He had sent it to me.

2          MR. BALESTRIERE:  So, Ms. Kahn, I would like you to

3  show --  I think there may be a foundation question.  Can you

4  show to Ms. Tagai Plaintiffs' 35.  There is going to be a

5  cover sheet and then the next page.

6  Q    Do you see a photo in front of you now?

7  A    Yes.

8  Q    Does this photo fairly and accurately reflect the time

9  that you were tied up in May 2016?

10  A    Yes, it does.

11          MR. BALESTRIERE:  I move for its admission.

12          MR. GILBERT:  No objection.

13          THE COURT:  Is this the one that he sent you?

14          THE WITNESS:  Yes, it is.

15          THE COURT:  Okay, received.

16          (Plaintiff's Exhibit 35, received in evidence as of

17  this date.)

18  Q    Here, forgive me to ask a couple of questions about the

19  detail.  You mentioned with clothes pins on your breasts.  Is

20  that what you see here on your breasts, clothes pins?

21  A    Yes.

22  Q    You also mentioned rope and being tied up.  Is this the

23  rope that we see around your breasts?

24  A    That is actually tape around my breasts.

25          The rope is around my arms.

1          And I was incorrect; my arms were behind my back,

2     not in front of me.

3     Q    Thank you.

4          MR. BALESTRIERE:  We can take that down, please.

5          Again, can we go back to the payment stip.

6     Q    You said you didn't remember much about the March 2017

7     encounter.

8          Then in June 2016, you did see Mr. Rubin; correct?

9     A    Yes, I did.

10    Q    How much were you paid according to the payment stip for

11    that?

12    A    I was paid $2,000 in Venmo.

13    Q    Now, did you -- let's just see here for one moment,

14    please.

15         MR. BALESTRIERE:  I'd like to -- can you -- I don't

16    believe there is any objection to this, Defendant's Exhibit

17    I-4 at page 10.

18         THE COURT:  Are you offering it?

19         MR. BALESTRIERE:  I was going to say Mr. Gilbert,

20    can you see this in front of you?  Is there any issue?

21         MR. GILBERT:  No objection.

22         THE COURT:  Received.

23         MR. GILBERT:  Hold on, Judge.

24         No objection.

25         THE COURT:  Received again.

Tagai - direct - Balestriere                    167

1          MR. BALESTRIERE:  Thank you.

2          (Defendant's Exhibit I-4, received in evidence as of

3     this date.)

4          MR. BALESTRIERE:  So can we blow up on the top part

5     of that, please, as well.  This is better to see over here.

6     Q    So this is before the June encounter.  Who is it that you

7     are having a text exchange here with?

8     A    This is with Jennifer Powers.

9     Q    Could we go to the bottom below the photo.

10          So that's Ms. Powers that's writing reunited there,

11    is that correct?

12    A    Yes, that's correct.

13    Q    How did this encounter begin?

14    A    I --

15    Q    That's a bad question.  At the time that at least these

16    photos were being taken, how were your interactions with Mr.

17    Rubin in -- on June 12, 2017?

18    A    We were enjoying ourselves, having the cheese and wine

19    and fruit, as usual.

20          MR. BALESTRIERE:  You can take that.  You can put

21    up, if you can put up the payment stip for now.  Thank you.

22    Q    Now, this time that you came in June of 2017.

23          Did you understand that some sexual activity might

24    take place?

25    A    Yes, I did.

1  Q    Did you consent to at least the potential of sexual

2  activities taking place?

3  A    I consented to some, not all.

4  Q    Okay.  Did you consent to sexual activity beginning?

5  A    Yes.

6  Q    Okay.  So we just saw a photo of you with Mr. Rubin

7  having some wine and food there.

8            How long were you having the wine and food in the

9  apartment?

10 A    I don't know the exact amount of time, but probably, give

11 or take, an hour or two.

12 Q    After you had the wine and the food, what, if anything,

13 happened then?

14 A    We went into the red room.

15 Q    Did you consent initially to going into the red room?

16 A    Yes, I did.

17 Q    Were you clothed when you went into the red room this

18 time?

19 A    We had started to like slowly -- I think my top was off

20 and then when we got in there we continued.

21 Q    So you said we continued.  What happened once you got in

22 the red room?

23 A    Mr. Rubin tied me up.

24 Q    How did he tie you up?

25 A    With ropes.

1  Q    We just saw a photo of you being tied up with your hands

2  behind your back.  Were your hands in front of you or behind

3  you when you were tied up?

4  A    Behind me.

5  Q    Besides tying under your hands behind you, did he tie up

6  any other part of your body?

7  A    Usually with a towel he did.  This time he tied me up

8  with ropes and then he had kind of tape, not masking tape or

9  duct tape, but some kind of fetish tape that he would use as

10  well.

11  Q    That fetish tape that you just described, how did he tie

12  you up with it this time?

13  A    He would do my arms and he did almost like army style

14  tying back and forth and around.

15  Q    Was this around your wrists?

16  A    Yes.

17  Q    Okay.

18       MR. BALESTRIERE:  May I get defense demonstrative,

19  this is DD -- thank you.  DDXD.

20       And I just want to see here.

21       And what is ours?  This is DD.

22       And Your Honor, with permission of defendants, I

23  have a PDXA, this is the plaintiffs' first demonstrative,

24  which I think defense counsel agrees is the same, but an

25  unwrapped version of the DDXD.

Tagai - direct - Balestriere                    170

1          May I approach the witness?

2          THE COURT:  You may.

3   Q    So, first, I'm going to show you this DDXD.  That's from

4   defense.

5          Does that look like the tape that you were just

6   talking about?

7   A    Yes.

8   Q    And then this here, this is the plaintiffs' this is PDXA.

9          Does that look like the tape as well?

10         Forgive me for doing this, but may I wrap your wrist

11  with this?

12         You can take your watch off.  That's fine.

13         I'm wrapping it around your wrist.

14         But you used the term that he did this army style.

15  What do you mean by that?

16  A    Under.

17  Q    He would go under and over.  I'm now going under and

18  over.

19         MR. GILBERT:  Judge, we object to this.  Is that a

20  question -- well, objection.

21         403.

22         THE COURT:  I will allow a little bit more.

23         (Continued on next page.)

24

25

1  DIRECT EXAMINATION

2  BY MR. BALESTRIERE (CONTINUING):

3  Q    Can I ask you just to hold it up for the jury to see?

4  I'm sorry.

5  A    (Complies.)

6  Q    And can you pull your -- can you pull your hand back

7  that way, please.

8  A    (Indicating.)

9  Q    Okay.  Is it fair to say you cannot pull your hands out

10 of this?

11 A    No.

12 Q    Thank you.  Sorry about that.

13 A    That's all right.

14 Q    Thank you.  Sorry.  Never mind.

15        MR. BALESTRIERE:  Thank you, Your Honor.

16        THE COURT:  Mr. Balestriere, tell me how you're

17 doing on time.

18        MR. BALESTRIERE:  In terms of how much more direct

19 I have?

20        THE COURT:  Yes.

21        MR. BALESTRIERE:  One moment, please, Your Honor.

22        THE COURT:  Just an estimate, nothing binding.

23        MR. BALESTRIERE:  Yeah, understood.  Hopefully 30

24 minutes, less.

25        THE COURT:  All right.  Then I think we should

Proceedings                                                172

1    take our mid-afternoon break now, ladies and gentlemen.

2    Please come back here at 25 to 4:00, and we'll finish with

3    the direct examination.

4              Please remember, don't talk about the case.

5              (Jury exits the courtroom.)

6              (The following matters occurred outside the

7    presence of the jury.)

8              (Witness exits the stand.)

9              THE COURT:  Okay.  Recess, 15 minutes.

10             MR. BALESTRIERE:  Your Honor, when we're back, can

11   I just put something in the record briefly?

12             THE COURTROOM DEPUTY:  Say that again.

13             MR. BALESTRIERE:  May I just put something -- you

14   said not to waste their time.  There was an agreement

15   amongst counsel with regards to how -- when we could speak

16   to our witnesses or not.

17             Your Honor, this is the first break, I thought we

18   might --

19             THE COURT:  What agreement?

20             MR. BALESTRIERE:  The agreement is essentially

21   what Your Honor suggested, except with regards to Mr. Rubin

22   and Ms. Powers, if they are still on the stand at the end of

23   the day when I'm doing cross, since they may need to prepare

24   for their direct the next day, I would consent to their

25   counsel speaking with them.

Tagai - Direct - Balestriere                    173

1            THE COURT:  Okay.

2            MR. MCDONALD:  That's agreeable with us,

3    Your Honor.

4            MR. BALESTRIERE:  Thank you, Your Honor.

5            THE COURT:  Fifteen minutes.

6            MR. MCDONALD:  Thank you, Your Honor.

7            (Break taken.)

8            THE COURT:  All right.  Let's have the jury in,

9    please.

10           Witness back on the stand.

11           (Witness resumes the stand. )

12           (Jury enters the courtroom.)

13           (Jury present.)

14           THE COURT:  All right.  Everyone be seated.

15           Continue with direct.

16           MR. BALESTRIERE:  May I, Your Honor?

17           THE COURT:  Yes.

18           MR. BALESTRIERE:  Thank you.

19   DIRECT EXAMINATION

20           BY MR. BALESTRIERE (CONTINUING):

21   Q    Good afternoon, again.

22           So I wanted to bring you back to where we were,

23   Ms. Natasha, before the break.

24           This was June 13, 2017.  We saw the photo of you

25   and Mr. Rubin; and you said that after that, at some point

1  you ended up going into the red room.

2          Do you remember that testimony?

3  A    Yes, I do.

4  Q    Okay.  I would like to ask you to continue from there.

5          And after you went into the red room, what

6  happened next?

7  A    We started to engage in sexual activity, and he tied me

8  up.

9  Q    Okay.  Did you consent to initially being tied up?

10  A    Yes, I did.

11  Q    Again, when you said that he tied you up, how did he

12  tie you up?

13  A    With ropes and the -- that elastic tape, whatever that

14  stuff is called.

15  Q    The -- where were your hands when they were tied up?

16  A    They were behind my back.

17  Q    Where was your -- were your ankles tied as well?

18  A    Yes.

19  Q    Did he put a ball gag into your mouth?

20  A    Yes, he did.

21  Q    What else, if anything, did Mr. Rubin do to you?

22  A    He used a new device that I had never used with him

23  before.  It was like an electric vibrator or dildo.

24  Q    So let's just be clear:  Where were you when he used

25  this devise, physically?

Tagai - Direct - Balestriere                    175

1   A    Laying on the carpet floor in the red room.

2   Q    Were you face up or down?

3   A    Face up.

4   Q    Were you able to speak?

5   A    No.

6   Q    Were you free to leave?

7   A    I was tied up, no.

8   Q    This device, do you know the name for it?

9   A    I don't know what it -- I know it was a dildo, but I

10  don't know the name for it.

11  Q    Did Mr. Rubin ask for your permission to use this dildo

12  on you?

13  A    No, he did not.

14  Q    What did he do with that electric dildo?

15  A    He shocked me on my vagina.

16  Q    How did that feel?

17  A    Not very good at all.

18  Q    Did he do it once or more than once?

19  A    Twice.

20  Q    Did Mr. Rubin say or do anything while he was shocking

21  you like that?

22  A    Calling me a stupid girl.

23  Q    So you were here during the opening this morning with

24  all the lawyers, right?

25  A    Yes.

1    Q    Do you remember when Mr. McDonald used the term "slight

2    electric shock"?

3    A    Yes, I do.

4    Q    Was it a "slight electric shock" that you experienced?

5    A    Yes.

6    Q    Or was it more than a slight electric shock?

7              THE COURT:  It was answered.  Go ahead.

8              MR. BALESTRIERE:  Okay.

9    Q    How painful was it?

10   A    It was painful.

11   Q    How painful?

12   A    Very painful.

13   Q    Okay.  If you could say on a scale of one to ten, how

14   painful would you say that was?

15   A    A nine.

16   Q    Did you consent to Mr. Rubin using that electric device

17   on you?

18   A    No, I didn't.

19   Q    What, if anything, happened next?

20   A    He could tell on my face that I was uncomfortable with

21   it.  So, again, he put me on that X machine.

22             MR. BALESTRIERE:  I'm sorry, can you get back up

23   Exhibit 3, please?

24   Q    And just to be clear, when you say the "X machine" --

25             MR. BALESTRIERE:  Right now we're looking at

1    Plaintiff 3, Page 2, which is this kind of machine against

2    the wall.

3    Q    Is this the X machine you mean?

4    A    Yes.

5    Q    Were you face out or face in?

6    A    Face out.

7    Q    Okay.  And what, if anything, did Mr. Rubin do at this

8    point?

9    A    Tied me up from arm to arm, leg to leg and grabbed --

10   he had this paddle-type whip and started smacking my breasts

11   and my vagina.

12   Q    And what, if anything, was he saying to you at this

13   point?

14   A    Calling me a slut, calling me a stupid girl.

15   Q    Did he ask for your permission to do that?

16   A    No, he did not.

17   Q    Did you consent to him doing that?

18   A    No, I did not.

19   Q    And did Mr. Rubin do anything else to you at this

20   point?

21   A    Yeah, he slapped me in the face.

22   Q    Did he ask for your permission to do that?

23   A    No, he did not.

24   Q    Do you remember if you cried?

25   A    I got really upset, but I wasn't crying.  Then he

Tagai - Direct - Balestriere                    178

1   untied me.

2   Q    And what happened then?

3   A    He ended up storming out and said that he -- you know,

4   it just wasn't -- it wasn't -- I don't know if the word -- I

5   don't know the exact word, but something like, You just

6   weren't compatible at that point or getting along at that

7   time.  So he wasn't happy.

8           MR. BALESTRIERE:  I'm sorry.  I'm just having a

9   bit of an issue with the audio.  I heard -- can you just

10  maybe pull it down or something?  It might just be --

11          THE WITNESS:  Is that better?

12          MR. BALESTRIERE:  Yeah, I think that's fine.

13          THE WITNESS:  Okay.

14  Q    So -- I'm sorry.  So I want to go back to before he

15  untied you.  You said that your -- that he slapped you; is

16  that correct?

17  A    Yes.

18  Q    Did he physically assault you in any other way?

19  A    No.

20  Q    And so then you said that he untied you; is that

21  correct?

22  A    Yes, that is correct.

23  Q    What happened after that?

24  A    He stormed out and left.

25  Q    Did he leave you in the apartment?

Tagai - Direct - Balestriere                    179

1   A    Yes, he did.

2   Q    Did you stay in the apartment?

3   A    Yes, I did.

4   Q    Did you spend the night in the apartment?

5   A    Yes, I did.

6   Q    Did you end up texting Ms. Powers after that?

7   A    Yes, I did.

8   Q    Do you remember what you said?

9   A    I told her that he had hit me in the face, and, you

10  know, she apologized.  And I asked her again about, you

11  know, the flights and, you know, compensation for child

12  care; and she said that she would get back to me in the

13  morning and figure it out.

14       MR. BALESTRIERE:  I would like, Ms. Khan -- and

15  this is in evidence, Your Honor, Defendants' I4, Page 11.

16       (Exhibit published to the jury.)

17       MR. BALESTRIERE:  I would like you to -- can you

18  blow that up a little more, please.

19       Can you focus on the -- just go up a little bit to

20  the page before.

21  Q    So do you see at 3:05 p.m. 6/12, on June 12th, 2017,

22  there is a text from Ms. Powers to you?  Correct?

23  A    Yes, that is correct.

24  Q    And if you see the next text that's included, at least

25  in this, it's on June 13, 2017, at 8:32 in morning.

1              Do you see that?

2    A    Yes, I do.

3    Q    This -- you said that you texted her in between this

4    time; is that right?

5    A    Yes, I did.

6    Q    They're not included in what we see here?

7    A    No, they are not.

8    Q    Do you have any idea as to why?

9    A    I have no idea.

10   Q    Okay.  What about -- did you have your texts on your

11   phone?

12   A    I had mine, but I stated, I believe in my deposition,

13   that my phone -- my ex-boyfriend had taken my phone.  So

14   when I got my new phone and I downloaded the WhatsApp, it

15   didn't have half our -- it didn't have that -- it didn't

16   have our messages prior.

17   Q    It didn't have the messages prior to when you got that

18   new phone?

19   A    That is correct.

20   Q    Did you get the new phone after June 13, 2017?

21   A    Yes, I did.

22   Q    So you believe there was a text exchange, though,

23   between June 12th, 2017, at 3:50 p.m. and June 13th, 2017,

24   at 8:32 a.m. with Ms. Powers; is that correct?

25   A    That is correct.

Tagai - Direct - Balestriere                181

1   Q    Thank you.

2        MR. BALESTRIERE:  Ms. Khan, can you go now and

3   just do -- actually do Page 11.  And can you blow up the

4   very top part there?

5        (Exhibit published to the jury.)

6        MR. BALESTRIERE:  I see this page.

7        All right.

8   Q    Is that Ms. Powers texting after you say you remember

9   having a text exchange with her of "Good morning.  Did you

10  make it out alive?"

11  A    Yes.

12        MR. BALESTRIERE:  And Ms. Khan, can you go to

13  bottom of that page?

14  Q    The last text there, which is June 13, 2017, at

15  2:00 p.m., do you believe that that's the last time you

16  texted Ms. Powers?

17  A    Yes, it is.

18  Q    Did you ever see Mr. Rubin again after June 13th or

19  June 12th of -- June 13th, June 12th of 2017?

20  A    Only at my deposition.

21  Q    And after you saw him at your deposition, did you see

22  him at any time after that before last week at jury

23  selection?

24  A    No.

25  Q    Now, did the occasions that you discussed earlier with

1    Mr. Rubin on October 1st, 2015, on or about May 11th, '16,

2    and June 13, 2017, cause you any long-term trauma, in your

3    opinion?

4    A    Yes, it did.

5    Q    Explain that to the jury.

6    A    As I stated previously, I have therapists that I talk

7    to once a week.  I have -- I was diagnosed with PTSD.  I

8    throw up every time I go to these court things and Zooms,

9    and it's really -- I don't sleep much.  It has really,

10   really affected me.

11   Q    How is it that -- so this is -- we have this text here

12   in June 2017.  You were here, again, during the opening.

13   There was a discussion of a note that you sent to Mr. Rubin.

14           Do you remember that?

15   A    Yes, I do.

16   Q    Why did you send Mr. Rubin that note?

17   A    Because when I had left his condo, I accidentally wore

18   a pair of his sunglasses home because I was wearing them

19   throughout the day, the morning; and I just returned an item

20   that wasn't mine.

21   Q    What about there was a text that I -- I had shown to

22   the jury and Mr. McDonald made a comment on about you

23   texting Mr. Ruben months later, months after this June

24   incident saying that you wanted your tits to be smacked.

25           Do you remember hearing that being discussed this

1  morning?

2  A    Yes, I do.

3  Q    Why did you send Mr. Rubin that text message?

4  A    I don't know.  It was one of those situations where I

5  just -- as I stated before, I felt I needed his approval, I

6  needed him to, you know, want to be around me, want to like

7  me, not be mad at me, and I just, like -- I don't know.

8  Q    All right.  When was it that you decided to file this

9  lawsuit?

10  A    I believe it was November of 2018.

11  Q    With that said, Mr. McDonald actually gave you the

12  dates earlier in his opening.  So there was a complaint

13  filed in November -- in the fall of 2017.

14        Okay.  How is it that you decided to bring your

15  lawsuit?

16        MR. MCDONALD:  Objection, Your Honor.

17        THE COURT:  I'm going to allow it.

18  Q    So here's my specific question without dates:  How is

19  it that you decided to bring your lawsuit?

20  A    I had seen an article and my -- one of my really good

21  friends reached out to me and you know -- you know, that

22  I've known for 10 or 15 -- 15 years -- and said that, you

23  know, I know what you've been through, and --

24        MR. MCDONALD:  Objection, Your Honor, hearsay.

25        THE COURT:  Whatever her friend told her, ladies

1    and gentlemen, it doesn't mean it's true.  You can only take

2    this testimony for what was going on, what she said was

3    going on in her mind.

4            Go ahead.

5    Q    All right.  If I can ask you to not so much say what

6    your friend said to you, it sounds like there was a

7    conversation that your friend had to you -- rather, there

8    was a conversation you had with your friend, correct?

9    A    Yes.

10   Q    What did you discover, without talking about what your

11   friend said, as a result of that conversation?

12           MR. GROVER:  Objection.

13           MR. BALESTRIERE:  Maybe I can ask it more

14   precisely, Your Honor?

15           THE COURT:  Yeah.  Wait, wait.  Hang on a second.

16   Q    Did you learn --

17           THE COURT:  I said, "Hang on a second."

18           MR. BALESTRIERE:  Sorry.

19           THE COURT:  It depends what the answer to the

20   question is.  I don't know what it is.

21           I'll hear the answer to the question.

22           MR. BALESTRIERE:  Just to be clear, Your Honor --

23           THE COURT:  What did you discover.

24   Q    What did you discover as a result of that conversation

25   with your friend?

1  A    That there was a lawsuit and a website or the link to

2  the lawsuit.

3  Q    And did you -- what did you do after you learned of

4  this lawsuit?

5  A    I thought about it for a couple days, and then I

6  reached out your law firm.

7  Q    So to be clear, when you're talking about learning

8  about a lawsuit, who was the defendant or the defendants

9  that were being sued in that lawsuit?

10  A    At the time, I didn't know -- know their names or -- or

11  know of them.  It was just -- their name was Hall --

12  Hallmoore [phonetic] or something.  I don't know even know

13  her full name.

14  Q    I guess -- I'm sorry.  Maybe I didn't ask the question

15  precisely.

16          I'm asking who's bringing the lawsuit.

17          THE COURT:  She misunderstood you.

18          MR. BALESTRIERE:  Okay.

19          (Simultaneous conversation.)

20          THE COURT:  He's asking who was the defendant in

21  the lawsuit it that brought the lawsuit?

22  BY MR. BALESTRIERE:

23  Q    Just so we can get the answer to your question.

24  A    Mr. Ruben.

25  Q    Do you believe that Mr. Ruben did something bad to you?

Tagai - Direct - Balestriere                    186

1    A    Yes, I do.

2    Q    Do you think that Mr. Rubin is not responsible because

3    you came back after the first and second incident?

4              MR. MCDONALD:  Objection, Your Honor.

5              THE COURT:  Sustained.

6    Q    So why are you suing Mr. Rubin?

7              MR. MCDONALD:  Objection, Your Honor.

8              THE COURT:  Sustained.

9    Q    What are you seeking from this lawsuit?

10             MR. MCDONALD:  Objection, Your Honor.

11             THE COURT:  Sustained.

12   Q    Do you think that you deserve to be compensated?

13             MR. MCDONALD:  Objection.

14             MR. GROVER:  Objection.

15             THE COURT:  Sustained.

16   Q    Why did you not take action sooner?

17             MR. MCDONALD:  Objection.

18             MR. GROVER:  Objection.

19             THE COURT:  Overruled.

20   Q    Just so I'm clear on the question:  We were just

21   talking about you discovered something, you contacted our

22   law firm.

23             Why did you not take any action before the time

24   that you discovered that there was already a lawsuit?

25   A    Well, I didn't -- I didn't take action because, one, I

Tagai - cross - Gilbert                    187

1  was afraid; and it's something that I'm not comfortable,

2  even right now, talking about.  And it's really hard.  And

3  seeing other people experience not the same but similar

4  types of things that have happened, not -- it didn't make

5  it -- it didn't make me feel more comfortable, but it was

6  nice to have -- you know, know that someone else -- not nice

7  to know, because I don't want that to happen to anybody, but

8  it was nice that I was able to speak finally about it.

9  Q    Okay.  Thank you very much.

10          MR. BALESTRIERE:  Nothing further from plaintiffs

11 on direct, Your Honor.

12          THE COURT:  Okay.

13          Cross-examination.

14          MR. GILBERT:  Thank you.

15          THE COURT:  Do you have a microphone?

16          MR. GILBERT:  I don't, Your Honor.

17          THE COURT:  Why don't you get one?

18          (Pause in proceedings.)

19 CROSS-EXAMINATION

20 BY MR. GILBERT:

21 Q    Good afternoon, Ms. Tagai.

22 A    Good afternoon.

23 Q    Ms. Tagai, you had a consensual BDSM relationship with

24 Howard Rubin for years, correct?

25 A    That is correct.

Tagai - cross - Gilbert                    188

1   Q    For years you traveled to New York and you had

2   consensual BDSM sex with Mr. Rubin, correct?

3   A    That is correct, on certain occasions.

4   Q    You traveled from Las Vegas to New York for the purpose

5   of having consensual BDSM sex with Mr. Rubin; is that

6   correct?

7   A    That is correct.

8   Q    You traveled from Chicago to New York for the purpose

9   of having consensual BDSM sexual encounters with Mr. Ruben

10  on numerous occasions, correct?

11  A    That is correct.

12  Q    And you traveled from Seattle to New York; and while in

13  New York, you had consensual BDSM sexual encounters with

14  Mr. Rubin, correct?

15  A    On some occasions, yes.

16  Q    Okay.

17  A    Correct.

18  Q    You made your own travel arrangements to do that,

19  correct?

20  A    Yes, I did.

21  Q    You booked your own flights, correct?

22  A    Yes, I did.

23  Q    You boarded airplanes to come to New York; is that

24  correct?

25  A    Yes, that is correct.

1   Q    Nobody ever forced you to get on an airplane to come to

2   New York and meet with Mr. Rubin, correct?

3   A    That is correct.

4   Q    You chose to do that, correct?

5   A    Yes, I did.

6   Q    And those encounters involved you agreeing to be tied

7   up by Mr. Rubin, correct?

8   A    Not on all occasions.

9   Q    And on many occasions, you agree that you consented to

10  have Mr. Rubin tie you up; isn't that true?

11  A    On some occasions, that is correct.

12  Q    And you consented to having him use sexual toys with

13  you, correct, BDSM toys?

14  A    On some occasions, yes.  On some, no.

15  Q    In fact, Ms. Tagai, yourself purchased some of the BDSM

16  toys that you used in your encounters with Mr. Rubin,

17  correct?

18  A    That is correct.  Mr. Rubin gave me a list and had me

19  go to the sex store in New York that he had an account under

20  in which he paid.  It was around $800 for the toys that he

21  asked me to get.

22  Q    And those toys, you used in your encounters with

23  Mr. Rubin, correct?

24  A    That is correct.

25  Q    Now, Ms. Tagai, you testified today about some horrible

1    things that you claim happened to you on a specific date,

2    October 1st, 2015, correct?

3    A    Yes, that is correct.

4    Q    Isn't it true, Ms. Tagai, that you don't remember

5    anything in particular about your meetings with Howard Rubin

6    in 2015?

7    A    That is incorrect.

8    Q    Well, Ms. Tagai, you made a deposition in this case,

9    did you not?

10    A    Yes, I did.

11    Q    You testified about -- about that deposition already,

12    correct?

13    A    Yes, I did.

14    Q    And that meant you took on oath to tell the truth,

15    correct?

16    A    Yes, I did.

17    Q    Just like the oath you took today?

18    A    Yes.

19    Q    And in that deposition, your lawyer was with you,

20    correct?

21    A    Yes, my lawyer was.

22    Q    And you understood that that deposition was part of

23    this lawsuit in Federal Court, correct?

24    A    Yes, I do.

25    Q    And you understand that everything that you said in

1  that deposition was being recorded, correct?

2  A    Yes, I do.

3         MR. GILBERT:  Ms. Palmer, can we please play Clip

4  17.

5  Q    Which is a clip of your deposition testimony in

6  September of 2018.

7         MR. BALESTRIERE:  Your Honor, if this is in

8  evidence, forgive me, I've not seen it to know if I think

9  it's --

10        THE COURT:  I believe it to be in evidence.

11        MR. BALESTRIERE:  Okay.  We can...

12        THE COURTROOM DEPUTY:  Are we playing it just for

13 the witness, Your Honor?

14        THE COURT:  No, play it for everyone.  It's

15 impeachment by deposition.

16        THE COURTROOM DEPUTY:  Okay.

17        MR. GILBERT:  Thank you, Your Honor.

18        (Video plays.)

19        (Videos stops.)

20 Q    Ms. Tagai, in that deposition, I asked you the

21 question:  Do you remember anything in particular about any

22 of your meetings with Mr. Rubin in 2015?

23        And your answer, which we just saw, was:  No, I

24 don't.

25        Isn't that correct?

Tagai - cross - Gilbert                    192

1    A    Yes, I did say that.

2    Q    Yet, despite that, you came to this courtroom today and

3    you provided detailed testimony about a specific date,

4    October 1st of 2015, correct?

5    A    Yes, that is correct.

6    Q    Yet, when you were asked in that deposition, which was

7    taken in the year 2018, you said you don't have any

8    recollection of anything about your meetings with Mr. Rubin

9    in 2015; isn't that correct?

10           THE COURT:  We got the point.

11           Go on to something else.

12   Q    Ms. Tagai, at the end of the 2015, you moved to

13   Seattle, correct?

14   A    That is correct.

15   Q    And you lived in Seattle through the summer of '16,

16   correct?

17   A    Yes.  I was there for nine months.

18   Q    And in that time, you continued to have encounters with

19   Mr. Rubin?

20   A    That is correct.

21   Q    And you testified about some of the encounters that

22   occurred during that time on direct examination, correct?

23   A    Yes, that is correct.

24   Q    But isn't it true, Ms. Tagai, that you don't remember

25   anything about the time you spent with Mr. Rubin in 2016

1    when you traveled from Seattle to New York to meet with him?

2    A    No, that is not correct.  I was very scared and

3    intimidated in my deposition.

4    Q    I see.

5            MR. GILBERT:  I'll ask the Court to strike as

6    nonresponsive the last answer.

7            THE COURT:  Well, let me -- let me look as to --

8            MR. GILBERT:  Well -- or the last section of it,

9    please.

10           THE COURT:  I'm not confident the witness

11   understood your question.

12           Put it again.

13   Q    Ms. Tagai, isn't it true that you don't remember

14   anything about the time you spent with Mr. Rubin in 2016

15   when you traveled from Seattle to New York to meet with him?

16   A    No.

17   Q    You do have memory of that time?

18   A    I shared that with the Court today.

19   Q    You testified about some of your encounters today in

20   court, correct?

21   A    That is correct.

22   Q    Okay.

23           MR. GILBERT:  Can you please play Clip 39 of the

24   deposition?

25           (Video plays.)

Tagai - cross - Gilbert                    194

1              (Videos stops.)

2    Q    Ms. Tagai, you testified today about some terrible

3    things that you claim happened the last time you saw

4    Mr. Rubin, which was in 2017, correct?

5    A    That is correct.

6    Q    Isn't it a fact, Ms. Tagai, that you don't remember

7    anything about the last time you saw Mr. Rubin?

8    A    No.

9    Q    Because you testified very specifically to some

10   recollections today, correct?

11   A    Yes, I did.

12   Q    And you were asked in 2018 when you were under oath

13   what you remembered then about the last time you saw

14   Mr. Rubin; isn't that true?

15   A    Yes, it is.

16   Q    And when you were asked in 2018, you were testifying

17   about something that had happened just a few months earlier

18   in June of 2017, correct?

19   A    I guess I did.

20              MR. GILBERT:  Please play Clip 26.

21              (Video plays.)

22              (Video stops.)

23   Q    Ms. Tagai, you testified today that you didn't prepare

24   for your deposition; is that correct?

25   A    No, I did not.

1  Q    But there was nothing about preparing for your

2  deposition that you needed to do to remember truthfully what

3  had happened to you just a few months before; is that

4  correct?

5  A    That is correct.  And truthfully, it's -- for me, in

6  that situation, it was very hard for me to talk about this

7  and express this; and I don't know if I was just blocking it

8  out due to the trauma that had happened to me.  And as hard

9  as it is, sitting right here, to speak of it -- yes, is it

10 correct, that is what I said in my deposition.

11          MR. GILBERT:  Move to strike as nonresponsive.

12          THE COURT:  All right.  That's sustained.

13 Q    Ms. Tagai, you testified on direct that after you had

14 had consensual BDSM encounters with Mr. Rubin throughout

15 2010, 2011, 2012, 2013, 2014, that something happened that

16 changed in October of 2015, correct?

17 A    That is correct.

18 Q    And your testimony was, that event occurred on

19 October 1st of 2015, correct?

20 A    Yes, that's correct.

21 Q    Now, Ms. Tagai, you testified about an event in which

22 you had some sunglasses that belonged to Mr. Rubin.

23          Do you recall that?

24 A    Yes, I do recall that.

25 Q    And isn't it a fact that you sent Mr. Rubin back his

1    sunglasses just a day or two after the event on October 1st,

2    2015, that you testified about today?

3    A    I sent him -- them back, yes, with a letter or like a

4    little note on it as well.

5    Q    You sent a note that said:  Howie, XOXO.  That means

6    hugs and kisses, right?

7    A    Yes, it is.

8    Q    Hope to see you soon, exclamation point.  Correct?

9    A    That is correct.

10   Q    Hugs and kisses, Natasha?

11   A    Yes, that's correct.

12   Q    And you did that within a few days after the events

13   that you described as October 1st of 2015; isn't that

14   correct?

15   A    I believe so.  I'm not sure what day I sent it out, but

16   if that's what the mail said, then, yes, that is correct.

17   Q    And, Ms. Tagai, you said you first met Mr. Rubin in

18   2010, correct?

19   A    Yeah, around 2010.

20   Q    And it's your -- you agree, that when you first

21   traveled to New York to meet with Mr. Rubin for the first

22   time, you did that voluntarily?

23   A    Yes, that is correct.

24   Q    And your understanding was that you had been asked by

25   somebody over a website called Model Mayhem if you would

1    meet with a man in New York.  Is that what your testimony

2    was?

3    A    Yes, that is correct.

4    Q    And you had never met the person who reached out to you

5    over Model Mayhem, correct?

6    A    That is correct.

7    Q    And you certainly had never met Mr. Rubin at that

8    point?

9    A    That is correct.

10   Q    And you agreed to get on a plane and travel from Las

11   Vegas to New York for the purpose of meeting Mr. Rubin,

12   correct?

13   A    That's correct.

14   Q    And did you have an understanding at that time that you

15   were going to meet with Mr. Rubin for sexual activity?

16   A    That meeting, we were just having dinner, but it has

17   been discussed, so yes.

18   Q    I'm not sure I understand.

19         So my question to you -- and I'll be more precise:

20   When you got on the plane to go to New York, did you believe

21   that you were traveling across the country for the purposes

22   of having a sexual encounter?

23   A    Possibly.

24   Q    And for which you were willing to be paid?

25   A    Yes, that is correct.

1  Q    Did you have an understanding that that encounter would
2  involve BDSM activity?
3  A    Yes, per he had spoke about it a little bit, yes.
4  Q    And you agreed to do that?
5  A    Not on the first encounter.  The second one, yes.
6  Q    Well, I'm talking about the first time you traveled to
7  New York.
8  A    Yeah.
9  Q    When you were getting on the plane, in your mind, did
10 you believe you were going to New York for BDSM?
11 A    He was the first person I've ever done that with, so it
12 was all new to me; but there was a possibility that, yes, I
13 was going to be doing that.
14 Q    And then you got to New York, and you agreed to do it,
15 to have a BDSM encounter, correct?
16 A    Yes, that is correct.
17 Q    And in fact, Mr. Rubin asked you, did he not, whether
18 you would permit him to tie you up as part of BDSM play,
19 correct?
20 A    On some occasions, yes, that is correct.
21 Q    And do you recall whether he asked you that on the
22 first occasion when you first came to New York?
23 A    On the first one?  Yes, that is correct.
24 Q    And you agreed that he could tie you up, correct?
25 A    Yes.

Tagai - cross - Gilbert                     199

1    Q    And that first encounter also involved role playing,

2    correct?

3    A    Yes, it did.

4    Q    And you agreed to engage in that activity as well,

5    correct?

6    A    Yes.

7    Q    And you were paid?

8    A    Yes, I was.

9    Q    Do you recall how much?

10   A    I believe -- I'm not for positive, but I do believe

11   $5,000.

12   Q    And after that, you then returned to -- you were living

13   in Las Vegas at that time, right?

14   A    Yes, I was in Las Vegas.

15   Q    And after that -- after that first trip, you then, over

16   the course of -- as you testified about, you returned

17   numerous times, correct?

18   A    Yes, on numerous occasions.

19   Q    And you returned at some point in 2010 and again in

20   2011?

21   A    Yes.

22   Q    And those trips -- those encounters that you had in

23   that time period were all consensual, correct?

24   A    Can you repeat the time period?

25   Q    2010 to 2011.

1   A    Yes, that is correct.

2   Q    Now, in 2012 --

3            MR. GILBERT:  Can you please show the witness

4   DXE4?

5   Q    It should be on the screen in front of you, Ms. Tagai.

6   A    Yes, it is.

7   Q    Can you see it now?

8   A    Yes, I do.

9   Q    Thank you.

10           And is this a text message that you wrote to

11  Mr. Rubin?

12  A    Yes, it is.

13           MR. GILBERT:  Move DXE4 into evidence.

14           MR. BALESTRIERE:  No objection.

15           THE COURT:  Received.

16           (Defendants' Exhibit Number DXE4 received in

17  evidence.)

18           MR. GILBERT:  Can we publish it to the jury?

19           THE COURT:  You can.

20           MR. GILBERT:  Thank you, Your Honor.

21           (Exhibit published to the jury.)

22  Q    This was a message you wrote on October 9, 2012, at

23  6:38 p.m.?

24  A    Yes, that is correct.

25  Q    You wrote:  Just a random hello.  Hope all is well.

1    Live in Downtown Chicago now, if you're ever out here.

2            Do you see that?

3    A    Yes, I do.

4    Q    And Mr. Ruben responds:  Wow.  Really?  When did that

5    happen?

6            Do you see that?

7    A    Yes, I do.

8    Q    Is that correct?

9            And you respond:  A month ago.  I live in the Loop

10   right now.  I love it.  I'll be in New York City the week of

11   November 5th.

12   A    Yes.

13   Q    Do you see that?

14   A    Yes, that is correct.

15   Q    That's what you wrote.

16           And when you reached out for him, does it suggest

17   to you that there was some period of time where you hadn't

18   seen him, at least for several months?

19   A    Yes, I do believe that is correct.

20   Q    And you moved?

21   A    Yes.

22   Q    But you were -- the purpose of this communication was

23   to tell him that you were going to be in New York City the

24   week of November 5th, correct?

25   A    Yes, that is correct.

1    Q    And you were sending him that message so that -- with

2    the hope that you would arrange to have a BDSM encounter

3    with him while you were in New York?

4    A    Yes, that is correct.

5    Q    This communication -- would that be typical of how you

6    communicated with Mr. Rubin in this time period?  You would

7    reach out for him, tell him, I'm going to be in New York,

8    these are the dates, can we get together?

9    A    No, not on -- on a few occasions, yes, but not on every

10   occasion.

11   Q    Well, what other ways would you communicate with him?

12   A    Sometimes he would text me, sometimes I would text him.

13   We were pretty -- we got along pretty well, so we

14   communicated a lot.

15   Q    So some of the encounters that took place in that

16   earlier time period, in those earlier years, you had

17   initiated by contacting Mr. Ruben and telling him that you

18   were going to be in New York on a certain date; is that

19   fair?

20   A    On a couple of them, yes.

21   Q    And is that something that's -- it's true that you

22   continued to do that for the next several years, correct?

23          You continued to reach out to Mr. Rubin and tell

24   him, I'm going to be in New York on such and such a date,

25   with the hope that you would see him, correct?

1    A    No, that is not correct.

2    Q    You didn't reach out to Mr. Rubin and ask him to get

3    together with you?

4    A    On numerous times -- on numerous times, yes, but not

5    every time.

6    Q    Not every time but on some times?

7    A    Yes, some occasions.

8    Q    Understood.

9            Okay.  So let's turn to 2015.  Now, in that year,

10   you continued in the early part of that year to engage in

11   consensual BDSM encounters with Mr. Rubin, correct?

12   A    That is correct.

13   Q    And you testified on direct examination about the

14   document that you signed on January 21st of 2015, correct?

15   A    Yes, this is correct.

16   Q    And it was a document, you recall, that -- in which

17   there was language that said you were consenting or agreeing

18   to engage in BDSM activity with Mr. Rubin in exchange for

19   money, correct?

20   A    Yes, that is correct.

21           MR. GILBERT:  And can we please bring up -- I

22   believe it's in evidence.  It's marked DXE4.

23   Q    That's the document you -- can you see that?

24   A    Yes, I can.

25           MR. GILBERT:  If you need a break for water,

Tagai - cross - Gilbert                    204

1   that's fine.

2              THE WITNESS:  Thank you.

3              MR. GILBERT:  I move DXE4 into evidence.

4              MR. BALESTRIERE:  No objection, Your Honor.

5              THE COURT:  Well, I thought we had this already in

6   evidence.

7              MR. BALESTRIERE:  We have two different exhibits,

8   but they're functionally the same.

9              THE COURT:  Okay.  If there's no objection, I'll

10  receive it.

11             MR. GILBERT:  Thank you.

12             (Defendants' Exhibit Number DXE4 received in

13  evidence.)

14  Q    This is the document that you signed, correct?

15  A    Yes, that is correct.

16  Q    And on the first page, it says:  In return for the

17  payment of an agreed-upon fee, I have voluntarily agreed to

18  engage in sexual activity with Ruben, including

19  sadomasochistic activity that can be hazardous and, on

20  occasion, cause injury to my person, correct?

21  A    That is correct.

22  Q    And at the time you signed that -- this document, you

23  had already been engaging in sadomasochistic activity with

24  Mr. Rubin for years, correct?

25  A    Some activities, yes.

1    Q    Well, you had multiple encounters with him in 2010,

2    '11, '12, '13, and '14, correct?

3    A    Yes, that is correct.

4    Q    And you certainly understood what an encounter with Mr.

5    Ruben involved because you had been doing it for years?

6    A    That is correct.

7    Q    And so you knew that it could be hazardous and, on

8    occasion, cause injury to your person.  That's the nature of

9    S&M activity, correct?

10   A    To some extent.

11   Q    If you go down in the document, the next paragraph

12   says, I understand that participation in the activities

13   described above is potentially hazardous, correct?

14   A    That is correct.

15   Q    And it says, My participation is done knowingly.  I

16   freely assume all associated risks, correct?

17   A    Yes, it states that.

18   Q    I acknowledge and agree that participation in these

19   activities carries with it certain inherent risks that

20   cannot be completely eliminated.  Is that what it says?

21   A    Yes, it does say that.

22   Q    I'm sorry, have you finished your answer?

23   A    Yes, it does state that.

24   Q    And you read this document before you signed it,

25   correct?

1   A    I skimmed over it, yes.

2   Q    Did you read the terms in the document?

3   A    I never got a copy of it; and when I signed it, I

4   didn't think it was a serious legal document.

5              (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   CROSS-EXAMINATION

2   MR. GILBERT: (CONTINUING)

3   Q    Did I read the terms in the document?

4   A    I never got a copy of it.  When I signed it, I didn't

5   think it was a serious legal document.

6              MR. GILBERT:  Objection.  Move to strike as

7   nonresponsive.

8              THE COURT:  Sustained.

9   Q    My question to you, Ms. Tagai, before you signed the

10  document that is in front of you, did you read the form?

11  A    Yes.

12  Q    You understood that by signing the document, you were

13  agreeing to continue to have BDSM activity with Mr. Rubin

14  because you had already been doing that for years; correct?

15  A    Yes.  I did sign that and didn't know exactly what it

16  was and what I was signing.

17             MR. GILBERT:  Objection.  Move to strike.

18  Q    Please just answer my question, Ms. Tagai.

19  A    Sorry.

20             THE COURT:  I guess you don't want a ruling on the

21  motion to strike?

22             MR. GILBERT:  Thank you, your Honor.

23             THE COURT:  Well --

24             MR. GILBERT:  I am sorry.  I did move to strike.

25             THE COURT:  We have gone past it.  I am going to

Tagai - cross - Gilbert                    208

1  deny the motion to strike.

2          MR. ROSENBERG:  Okay.

3          THE COURT:  Go ahead.

4  Q    Did you ask anybody to give you a copy of this document?

5  A    No, I did not.

6  Q    Did you ask anybody if you could talk to a lawyer before

7  you signed the document?

8  A    No, I did not.

9  Q    After you signed this document, Ms. Tagai, you had

10 approximately 11 more BDSM encounters with Mr. Rubin; isn't

11 that correct?

12 A    That is correct.

13 Q    Those were in February of 2015; correct?

14 A    I believe so.

15         MR. GILBERT:  If you could please bring up

16 Defendant DX-A, the payment stipulation.

17 Q    There is an information there for a wire that you

18 received in 2015.

19         Do you see that, February 20th of 2015?

20 A    Yep, I see that.

21 Q    That means you engaged -- you had a meeting or encounter

22 with Mr. Rubin on or about February 20th of 2015?

23 A    I believe so, yes.

24 Q    Now, you testified on direct exam that prior to 2015,

25 Mr. Rubin would typically pay you in cash; is that correct?

Tagai - cross - Gilbert                    209

1    A    There was only, I think -- I believe the first two

2    encounters when I first met him, yes.

3    Q    And then after that, he would pay you by wire transfer;

4    correct?

5    A    Yes.  Wire transfer and then PayPal or Venmo.

6    Q    So those payments would be reflected in bank records and

7    PayPal records; correct?

8    A    Yes, that is correct.

9    Q    Now, if you look at the next entry, it says there is a

10   wire transfer on February 25th, 2015.

11          Do you see that?

12   A    Yes.  That is correct.

13   Q    Does that indicate to you that you had another encounter

14   with Mr. Rubin about five days after the first one that is

15   listed there?

16   A    Yes.  That is correct.

17   Q    And then about 20 days later you had another sexual

18   encounter with Mr. Rubin on March 19th of 2015?

19   A    Yes.  That is correct.

20   Q    If you look at the next line, there is an encounter --

21   an indication of a payment on April 17th of 2015; correct?

22   A    Yes.  That is correct.

23   Q    Then again September, October, November.

24          Do you see those?

25   A    Yes.  I see them.

Tagai - cross - Gilbert                    210

1    Q    So throughout the year 2015 you would agree you were

2    regularly coming to New York for the purposes of BDSM

3    encounters with Mr. Rubin; correct?

4    A    Yes.  On some occasions, yes.

5    Q    Now, Ms. Tagai, you testified on direct about doing a

6    photo shoot for a birthday calendar for Mr. Rubin; correct?

7    A    Yes.  That is correct.

8    Q    So what happened was you were asked if you would take

9    photographs or have photographs taken of yourself; correct?

10   A    Yes.  Jennifer hired a photographer at the condo.

11   Q    Your testimony was that in connection with that photo

12   shoot that was when you signed the consent agreement that we

13   were looking at; correct?

14   A    Yes, I believe so.  I believe I signed it right before

15   the photo shoot.

16   Q    Isn't it a fact, Ms. Tagai, the photo shoot was in April

17   of 2015 and not January of 2015?

18   A    I honestly don't know.

19   Q    Well, let's take a look at the evidence.

20   A    Okay.

21   Q    Now, Ms. Tagai, you understood that what Ms. Powers was

22   trying to do was to create a gift for Mr. Rubin; correct?

23   A    Yes.  That is correct.

24   Q    It was to be a surprise for him; correct?

25   A    Yes.  That's correct.

1   Q    So, Mr. Rubin, as you understood it, had no idea that

2   you were going to be doing a photo shoot that would be used

3   in a calendar that was going to be given to him for his

4   birthday?

5   A    That is correct.  Did he not know?

6   Q    You readily agreed to participate in this photo shoot;

7   correct?

8   A    Yes, I did.

9   Q    Knowing that you were basically making a gift for Mr.

10  Rubin?

11  A    Yes.  We were making a calendar.

12  Q    That photo shoot was done in Mr. Rubin's apartment;

13  correct?

14  A    Yes.  It was done in his condo.  That is correct.

15  Q    When you did the photo shoot in his apartment, Mr. Rubin

16  obviously wasn't there?

17  A    No, he was not there.

18  Q    You were there and a photographer was there; correct?

19  A    Me, Jennifer, and the photograph were there.

20  Q    And you took a number of photographs in connection with

21  that photo shoot; correct?

22  A    Yes.  I believe there is around 80 to a hundred, I

23  believe.

24  Q    You posed for those photos on the BDSM equipment that

25  was in Mr. Rubin's apartment; correct?

1    A    Yes, in that photo shoot.  Yes, I did.

2    Q    You posed on some of the furniture that you looked at

3    while your lawyer was asking you questions this morning in

4    the photographs; correct?

5    A    Yes.  That is correct.

6    Q    You were comfortable to do that in April of 2015;

7    correct?

8    A    Yes, I did do that.

9    Q    Nobody forced you to provide photographs for a surprise

10   birthday present for Mr. Rubiner; correct?

11           You wanted to do that?

12   A    Yes.  And it was a themed calendar for him.

13   Q    The theme was that there were going to be pictures of

14   several different women and you were going to be one of them?

15   A    Yes.

16           THE COURT:  Mr. Gilbert, at a good time we should

17   break for the day.

18           MR. GILBERT:  Yes, your Honor.  That's fine.

19           THE COURT:  Ladies and gentlemen, I am going to

20   send you home.  Please be back tomorrow at 9:30.  Remember

21   the admonitions that I gave you this morning, not talking to

22   anybody at all, no Facebooking, no My Spacing -- do they

23   still have that?  I am not sure if they have that.  Nothing

24   at all on the internet.

25           Get a lot of rest.  As you can see, this is fairly

Tagai - cross - Gilbert                213

1    hard work that you are doing to focus on testimony like this.

2    We appreciate your effort.

3            We will see you at 9:30 tomorrow morning.

4            (Jury excused.)

5            THE COURT:  You may step down.

6            (Witness excused.)

7            MR. BALESTRIERE:  Maybe a suggestion, your Honor.

8    We meet here at 9:15 if we need.  It is really for defendants

9    to raise any objections.  We have the meet and confer

10   regarding objections.  We don't otherwise -- I am thinking to

11   safe time with the jury.

12           THE COURT:  Someone file a letter if we need to

13   meet at 9:15 and then we will meet at 9:15.

14           Have a good night.

15           (Matter adjourned to March 22, 2022, 9:30 a.m.)

16

17

18

19

20

21

22

23

24

25

214

1                          <u>I N D E X</u>

2

3  <u>WITNESS</u>                                        <u>PAGE</u>

4

5         Opening Statement - Mr. Balestriere          33

6         Opening Statement - Ms. Lavigne-Albert       90

7     NATASHA TAGAI

8         DIRECT EXAMINATION BY MR. BALESTRIERE        107

9         CROSS-EXAMINATION MR. GILBERT                187

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

215

1                        **E X H I B I T S**

2

3

4       Plaintiffs' Exhibit 1                          117

5

6       Plaintiffs' Exhibit 125                        121

7

8       Plaintiffs' Exhibit 17A                        124

9

10      Plaintiff's Exhibit 73                         129

11

12      Defendant's Exhibit A                          131

13

14      Plaintiff's Exhibit 3                          132

15

16      Plaintiff's Exhibit 36                         163

17

18      Plaintiff's Exhibit 35                         165

19

20      Defendant's Exhibit I-4                        167

21

22      Defendants' Exhibit Number DXE4                200

23

24      Defendants' Exhibit Number DXE4                204

25

*($2,000 - 4th)*

*Page 1*

3/21/2022 Moore v Rubin

## $

**$2,000** [4] - 78:9, 88:9, 89:19, 166:12
**$3,000** [2] - 135:16, 152:11
**$3,500** [1] - 156:11
**$5,000** [12] - 16:12, 69:14, 75:15, 81:14, 86:12, 87:9, 155:6, 155:10, 155:25, 156:2, 164:14, 199:11
**$50,000** [1] - 81:18
**$500,000** [2] - 153:13, 153:14
**$800** [1] - 189:20

## '

**'10** [2] - 78:23, 114:2
**'11** [1] - 205:2
**'12** [1] - 205:2
**'13** [1] - 205:2
**'14** [1] - 205:2
**'16** [2] - 182:1, 192:15

## 1

**1** [19] - 13:6, 116:14, 116:21, 117:3, 119:1, 119:3, 119:19, 135:11, 135:23, 136:2, 136:16, 153:22, 154:14, 154:17, 155:15, 158:15, 161:16, 215:4
**10** [9] - 30:12, 87:21, 95:6, 116:22, 119:20, 130:16, 138:20, 166:17, 183:22
**100** [2] - 121:11, 126:25
**100036** [1] - 1:23
**10004** [1] - 2:4
**10007** [1] - 1:19
**104** [1] - 13:7
**107** [1] - 214:8
**1095** [1] - 1:23
**10:10** [1] - 1:8
**11** [11] - 30:25, 46:19, 82:17, 155:17, 156:14, 163:15, 163:19, 179:15, 181:3, 208:10
**117** [1] - 215:4
**117A** [3] - 124:8, 151:16, 153:1
**11th** [4] - 155:22, 156:8, 156:21, 182:1
**12** [4] - 19:5, 81:21, 125:25, 167:17
**121** [1] - 215:6
**124** [1] - 215:8
**125** [8] - 121:5, 121:8, 122:8, 124:21, 124:22, 125:2, 125:10, 215:6
**126** [1] - 14:25
**129** [1] - 215:10
**12th** [4] - 179:21, 180:23, 181:19
**13** [6] - 128:11, 173:24, 179:25, 180:20, 181:14, 182:2
**13-year-old** [1] - 108:24
**131** [1] - 215:12
**132** [1] - 215:14
**13th** [4] - 76:1, 180:23, 181:18, 181:19
**14** [1] - 49:1
**146** [1] - 121:21
**15** [10] - 16:8, 17:9, 17:12, 17:13, 18:3,

30:12, 156:2, 172:9, 183:22
**15th** [1] - 155:9
**16** [2] - 64:4, 130:4
**163** [1] - 215:16
**165** [1] - 215:18
**167** [1] - 215:20
**17** [5] - 1:3, 3:8, 51:16, 163:17, 191:4
**17A** [2] - 124:11, 215:8
**17th** [1] - 209:21
**180** [1] - 81:11
**187** [1] - 214:9
**19th** [1] - 209:18
**1:00** [2] - 4:15, 5:7
**1:35** [3] - 99:19, 99:25, 100:3
**1st** [8] - 136:10, 153:24, 182:1, 190:2, 192:4, 195:19, 196:1, 196:13

## 2

**2** [7] - 120:14, 120:19, 131:16, 135:16, 152:10, 160:9, 177:1
**2,000** [2] - 132:3
**20** [9] - 7:18, 16:8, 39:2, 67:12, 116:22, 120:5, 131:21, 155:7, 209:17
**20-something** [1] - 17:4
**200** [1] - 215:22
**2000s** [1] - 67:13
**2002** [2] - 108:5, 108:7
**2005** [1] - 77:17
**2009** [8] - 68:19, 78:18, 78:23, 111:14, 111:16, 114:2
**2010** [12] - 68:19, 78:18, 109:3, 109:4, 111:14, 111:16, 195:15, 196:18, 196:19, 199:19, 199:25, 205:1
**2011** [9] - 39:15, 45:16, 71:13, 71:18, 74:9, 128:24, 195:15, 199:20, 199:25
**2012** [3] - 195:15, 200:2, 200:22
**2013** [9] - 47:13, 48:20, 50:13, 51:1, 55:19, 73:10, 74:6, 74:9, 195:15
**2014** [12] - 44:10, 46:21, 49:2, 50:3, 57:20, 57:24, 74:7, 74:8, 74:11, 77:13, 114:3, 195:15
**2015** [36] - 36:16, 36:19, 39:2, 44:10, 56:21, 77:17, 79:3, 79:4, 79:14, 79:16, 79:17, 79:24, 80:3, 80:4, 94:25, 115:10, 123:14, 124:5, 125:3, 126:12, 127:8, 128:5, 128:8, 129:1, 130:4, 131:4, 131:21, 135:11, 135:16, 135:23, 136:2, 136:16, 153:14, 153:23, 154:14, 154:17, 155:15, 155:24, 158:15, 161:16, 182:1, 190:2, 190:6, 191:22, 192:4, 192:9, 192:12, 195:16, 195:19, 196:2, 196:13, 203:9, 203:14, 208:13, 208:18, 208:19, 208:22, 208:24, 209:10, 209:18, 209:21, 210:1, 210:17, 212:6
**2016** [28] - 14:4, 51:2, 55:11, 58:20, 77:17, 79:24, 80:3, 86:4, 87:8, 87:11, 88:7, 123:12, 129:12, 155:18, 156:2, 156:8, 156:14, 156:22, 157:6, 157:7,

162:22, 163:15, 163:19, 164:22, 165:9, 166:8, 192:25, 193:14
**2017** [29] - 53:6, 62:1, 62:5, 65:7, 77:18, 77:25, 78:19, 80:7, 94:25, 163:17, 163:25, 164:11, 164:18, 166:6, 167:17, 167:22, 173:24, 179:21, 179:25, 180:20, 180:23, 181:14, 181:19, 182:2, 182:12, 183:13, 194:4, 194:18
**2018** [8] - 54:6, 62:3, 63:21, 183:10, 191:6, 192:7, 194:12, 194:16
**2019** [1] - 16:4
**2022** [2] - 1:8, 213:15
**204** [1] - 215:24
**20s** [1] - 93:17
**20th** [3] - 67:15, 208:19, 208:22
**21** [3] - 1:8, 15:5, 15:22
**21st** [5] - 54:6, 125:3, 126:12, 127:8, 203:14
**22** [2] - 38:21, 213:15
**225** [1] - 1:18
**25** [1] - 172:2
**25th** [1] - 209:10
**26** [6] - 2:3, 12:22, 13:13, 14:22, 36:12, 194:20
**26th** [2] - 50:2, 64:16
**29** [3] - 36:25, 38:6, 38:21
**29th** [1] - 1:19
**2:00** [1] - 181:15

## 3

**3** [9] - 72:21, 132:21, 132:25, 133:6, 145:11, 159:6, 176:23, 177:1, 215:14
**3,000** [2] - 132:3
**3,500** [1] - 132:3
**30** [6] - 109:18, 109:21, 150:5, 150:6, 150:11, 171:23
**30th** [1] - 75:19
**33** [2] - 39:13, 214:5
**34** [3] - 36:24, 37:10, 38:6
**35** [3] - 165:4, 165:16, 215:18
**36** [4] - 103:15, 162:4, 163:6, 215:16
**37** [2] - 36:12, 107:18
**39** [2] - 37:10, 193:23
**3:05** [1] - 179:21
**3:50** [1] - 180:23

## 4

**4** [2] - 13:12, 159:6
**40** [1] - 67:9
**403** [1] - 170:21
**42nd** [1] - 20:19
**45** [5] - 108:1, 137:23, 138:1, 149:12, 149:13
**48** [1] - 74:13
**4:00** [1] - 172:2
**4:30** [2] - 30:16
**4th** [1] - 57:25

(5 - amazing)                                                                                                   *Page 2*

3/21/2022 Moore v Rubin

## 5

**5** [2] - 57:24, 72:21
**5,000** [2] - 132:3
**50** [3] - 67:18, 122:22, 126:7
**57th** [3] - 69:1, 94:11, 121:21
**5th** [3] - 75:8, 201:11, 201:24

## 6

**6/12** [1] - 179:21
**60** [1] - 86:9
**613-2567** [1] - 2:11
**6404** [1] - 3:8
**6404(BMC** [1] - 1:3
**66-year-old** [1] - 67:8
**6:38** [1] - 200:23
**6th** [1] - 1:23

## 7

**71** [1] - 13:6
**718** [1] - 2:11
**73** [3] - 129:20, 129:24, 215:10
**7th** [1] - 14:4

## 8

**80** [1] - 211:22
**8:00** [1] - 161:5, 161:6
**8:30** [4] - 161:4, 161:5, 161:6
**8:32** [2] - 179:25, 180:24

## 9

**9** [4] - 116:21, 119:1, 119:9, 200:22
**90** [1] - 214:6
**950** [2] - 81:10, 84:18
**9:15** [3] - 213:8, 213:13
**9:30** [5] - 5:8, 30:10, 212:20, 213:3, 213:15

## A

**a.m** [9] - 1:8, 4:16, 5:7, 30:10, 64:13, 64:14, 76:4, 180:24, 213:15
**abandoning** [1] - 8:14
**able** [13] - 72:18, 72:24, 89:9, 95:7, 95:9, 143:13, 144:24, 146:10, 146:16, 149:17, 175:14, 187:8
**about..** [1] - 102:21
**absolute** [1] - 24:15
**absolutely** [7] - 84:20, 86:20, 93:5, 95:22, 98:16, 124:19, 154:25
**abuse** [2] - 35:22, 44:16
**abused** [2] - 54:23, 79:18
**abusive** [1] - 164:7
**accept** [1] - 29:19
**acceptability** [1] - 104:14
**acceptable** [1] - 71:1

**access** [4] - 35:13, 35:14, 36:2, 36:5
**accidentally** [1] - 182:17
**accompanying** [1] - 64:12
**accord** [1] - 83:1
**according** [5] - 79:3, 154:17, 155:17, 163:16, 166:10
**account** [2] - 132:10, 189:19
**accountable** [1] - 90:11
**accurate** [1] - 17:18
**accurately** [7] - 118:22, 119:11, 119:21, 120:6, 120:24, 162:21, 165:8
**acknowledge** [4] - 27:7, 55:5, 76:25, 205:18
**acknowledging** [2] - 58:8, 86:6
**acquainces** [1] - 65:1
**acquaintances** [1] - 68:22
**act** [1] - 69:9
**acted** [1] - 155:4
**action** [3] - 186:16, 186:23, 186:25
**actions** [1] - 70:24
**activities** [6] - 76:24, 77:1, 168:2, 204:25, 205:12, 205:19
**activity** [26] - 36:18, 50:10, 50:11, 50:19, 72:3, 76:20, 127:5, 127:6, 128:8, 128:13, 135:24, 152:14, 156:19, 167:23, 168:4, 174:7, 197:15, 198:2, 199:4, 203:18, 204:18, 204:19, 204:23, 205:9, 207:13
**acts** [1] - 68:3
**actual** [2] - 40:12, 151:12
**add** [2] - 6:15, 16:9
**added** [4] - 4:17, 4:18, 8:16, 17:7
**addiction** [1] - 78:6
**addition** [11] - 6:5, 17:10, 26:14, 48:7, 66:12, 73:16, 81:11, 83:3, 83:9, 87:15, 90:1
**additional** [5] - 6:9, 8:19, 22:10, 87:3, 153:13
**address** [5] - 5:23, 121:21, 130:5, 130:6, 131:1
**adds** [1] - 57:11
**adjourn** [1] - 26:4
**adjourned** [1] - 213:15
**adjournment** [1] - 8:15
**administrative** [1] - 69:16
**admissible** [1] - 102:18
**admission** [12] - 116:18, 116:21, 118:25, 120:14, 121:4, 124:7, 129:20, 131:10, 132:21, 162:9, 163:2, 165:11
**admit** [2] - 79:5, 119:7
**admits** [3] - 70:8, 72:17, 77:16
**admitted** [7] - 9:6, 72:19, 78:6, 83:1, 88:23, 119:2, 119:6
**admonitions** [1] - 212:21
**adults** [1] - 61:2
**advance** [2] - 71:4, 104:4
**advantage** [1] - 57:15
**advise** [1] - 19:11
**adviser** [1] - 3:22

**affected** [1] - 182:10
**afraid** [10] - 52:12, 53:2, 53:24, 54:4, 54:10, 54:12, 64:1, 152:20, 158:15, 187:1
**afternoon** [11] - 30:18, 30:19, 36:11, 37:9, 80:11, 107:13, 107:14, 172:1, 173:21, 187:21, 187:22
**afterwards** [2] - 94:14, 98:24
**age** [2] - 66:4
**ago** [15] - 5:5, 5:17, 7:4, 16:9, 17:7, 36:25, 39:2, 45:16, 66:1, 93:21, 98:14, 101:6, 154:11, 157:23, 201:9
**agree** [22] - 8:25, 10:2, 12:7, 15:9, 17:7, 17:21, 17:22, 21:24, 22:21, 76:25, 77:8, 127:4, 153:7, 153:9, 154:20, 189:9, 196:20, 205:18, 210:1
**agreeable** [3] - 69:12, 70:25, 173:2
**agreed** [25] - 16:6, 16:7, 50:9, 61:22, 63:7, 63:11, 63:19, 66:10, 76:18, 76:19, 90:2, 96:23, 97:12, 97:13, 99:11, 127:4, 197:10, 198:4, 198:14, 198:24, 199:4, 204:17, 211:6
**agreed-upon** [2] - 50:9, 204:17
**agreeing** [4] - 8:23, 189:6, 203:17, 207:13
**agreement** [28] - 9:4, 41:2, 42:6, 43:19, 49:24, 50:5, 50:14, 51:1, 53:18, 53:22, 54:2, 61:4, 76:12, 76:13, 76:14, 79:16, 86:5, 124:24, 151:18, 152:25, 153:8, 153:10, 153:12, 153:18, 172:14, 172:19, 172:20, 210:12
**agrees** [1] - 169:24
**aha** [1] - 32:10
**ahead** [9] - 9:20, 10:20, 13:10, 104:12, 116:19, 142:21, 176:7, 184:4, 208:3
**aided** [2] - 2:13, 24:24
**ain't** [1] - 65:19
**airplane** [1] - 189:1
**airplanes** [1] - 188:23
**airport** [7] - 136:2, 136:10, 136:13, 136:15, 156:21, 156:22, 156:23
**al** [2] - 3:8, 3:9
**ALBERT** [11] - 2:5, 15:24, 16:3, 16:14, 16:20, 17:13, 18:7, 90:21, 103:14, 103:23, 104:2
**Albert** [4] - 4:8, 11:2, 19:4, 90:18, 90:22, 214:6
**alcohol** [2] - 43:7, 43:12
**alive** [3] - 78:15, 82:15, 181:10
**allegations** [2] - 67:1, 94:24
**alleged** [1] - 21:18
**allow** [4] - 8:19, 18:4, 170:22, 183:17
**allowed** [1] - 79:12
**almost** [8] - 7:6, 14:17, 46:25, 52:21, 67:9, 82:11, 158:11, 169:13
**alone** [4] - 21:19, 136:18, 136:20, 157:5
**alternative** [2] - 5:15, 6:13
**amateur** [1] - 4:20
**amazing** [6] - 70:18, 76:4, 82:16, 84:8,

**96:8**
**amending** [1] - 17:20
**amendments** [1] - 17:21
**amount** [5] - 16:16, 102:7, 102:9, 150:23, 168:10
**amounts** [8] - 16:25, 102:1, 102:2, 102:10, 132:1, 132:2, 132:12, 132:13
**AMY** [2] - 1:3, 1:17
**Amy** [30] - 3:13, 33:20, 33:21, 37:8, 37:10, 38:4, 38:9, 45:1, 45:2, 51:7, 51:8, 51:20, 52:5, 52:23, 56:2, 59:17, 62:1, 65:10, 84:24, 85:8, 87:8, 87:24, 95:4, 95:10, 95:17, 95:21, 96:18, 98:21, 98:23, 99:2
**Amy's** [1] - 37:25
**AND** [2] - 1:4, 1:10
**Andrew** [2] - 18:20, 117:19
**ANGELA** [1] - 2:5
**Angela** [1] - 4:8
**angry** [2] - 82:2, 82:3
**ankles** [5] - 140:13, 140:15, 140:25, 147:8, 174:17
**annoying** [1] - 24:13
**answer** [14] - 21:1, 24:3, 24:4, 24:6, 26:17, 80:21, 89:8, 184:19, 184:21, 185:23, 191:23, 193:6, 205:22, 207:18
**answered** [1] - 176:7
**answering** [1] - 22:14
**anticipate** [5] - 5:6, 6:16, 13:17, 13:18, 102:5
**anxiety** [2] - 154:10, 154:13
**anyway** [1] - 44:4
**apartment** [20] - 37:22, 42:25, 94:11, 94:13, 95:21, 97:6, 116:11, 121:25, 136:18, 136:20, 138:4, 151:6, 151:10, 168:9, 178:25, 179:2, 179:4, 211:12, 211:15, 211:25
**apartments** [1] - 69:4
**apologize** [2] - 20:17, 91:23
**apologized** [1] - 179:10
**appear** [1] - 22:9
**appearances** [2] - 3:10, 109:7
**applied** [1] - 7:9
**apply** [2] - 21:21, 22:13
**appointment** [1] - 71:20
**appreciate** [1] - 213:2
**approach** [3] - 103:6, 142:23, 170:1
**approached** [1] - 10:24
**appropriate** [2] - 14:20, 18:2
**approval** [1] - 183:5
**approximate** [2] - 30:21, 149:13
**April** [3] - 209:21, 210:16, 212:6
**area** [3] - 68:4, 116:7, 121:18
**argue** [3] - 59:14, 105:4, 106:4
**arguing** [1] - 105:8
**argument** [7] - 29:19, 104:20, 105:1, 105:3, 105:12, 105:14
**arguments** [5] - 23:16, 29:13, 29:15, 29:20, 100:5

**arm** [2] - 177:9
**arms** [9] - 140:12, 140:16, 140:17, 140:19, 140:20, 145:20, 165:25, 166:1, 169:13
**army** [2] - 169:13, 170:14
**arrange** [4] - 22:7, 130:18, 130:21, 202:2
**arranged** [2] - 91:9, 94:6
**arrangements** [5] - 97:4, 114:22, 115:3, 129:14, 188:18
**arrive** [3] - 31:12, 91:10, 97:6
**arrived** [9] - 97:2, 136:2, 156:21, 156:22, 156:23, 156:24, 157:2, 157:7, 157:12
**arriving** [1] - 129:17
**article** [1] - 183:20
**artists** [1] - 112:2
**artwork** [4] - 119:17, 120:2, 120:10, 120:12
**aspect** [1] - 23:11
**ass** [1] - 72:8
**assault** [4] - 94:20, 178:18
**assaulted** [14] - 35:4, 35:6, 37:17, 37:23, 38:18, 39:5, 39:18, 39:24, 44:16, 45:7, 50:22, 53:8, 57:22, 60:1
**assaults** [2] - 39:9, 59:24
**asserted** [5] - 12:19, 13:23, 14:21, 94:19, 94:22
**assigned** [1] - 124:4
**assignments** [1] - 32:25
**assist** [1] - 21:2
**assistant** [4] - 63:5, 69:16, 91:5, 94:8
**associate** [2] - 3:24, 4:13
**associated** [2] - 76:25, 205:16
**association** [1] - 47:24
**assuaged** [1] - 45:5
**assume** [3] - 11:24, 76:25, 205:16
**assumed** [1] - 67:25
**assure** [1] - 20:20
**Atlanta** [2] - 81:2, 81:22
**attach** [1] - 23:11
**attend** [2] - 108:8, 108:10
**attention** [6] - 32:13, 32:16, 32:20, 46:24, 77:4, 155:20
**attorney** [5] - 18:22, 117:20, 126:5, 126:21, 152:23
**Attorneys** [3] - 1:16, 1:22, 2:2
**attorneys** [13] - 2:7, 9:25, 10:2, 10:4, 10:16, 22:9, 23:15, 23:17, 23:20, 24:9, 29:12, 33:8, 103:2
**attribute** [2] - 4:23, 4:25
**audio** [1] - 178:9
**August** [8] - 47:12, 48:20, 50:13, 51:1, 51:2, 55:19, 77:25, 86:4
**authenticated** [1] - 102:22
**Avenue** [1] - 1:23
**avoid** [1] - 16:6
**aware** [3] - 65:17, 95:4, 98:18
**awesome** [3] - 70:19, 82:16, 95:19

**awhile** [2] - 5:4, 63:15

## B

**babes** [1] - 95:22
**babysitter** [2] - 161:22, 161:24
**backdoor** [1] - 142:6
**background** [1] - 25:3
**bad** [12] - 44:19, 44:22, 58:9, 60:11, 62:8, 63:3, 64:8, 65:1, 65:18, 167:15, 185:25
**badly** [1] - 64:19
**Balestriere** [24] - 3:13, 17:8, 33:17, 33:20, 60:19, 63:17, 63:22, 64:24, 68:8, 71:25, 73:8, 74:7, 76:11, 81:23, 86:23, 87:15, 91:4, 91:23, 91:24, 92:8, 92:19, 98:20, 98:23, 214:5
**balestriere** [1] - 171:16
**BALESTRIERE** [144] - 1:16, 1:20, 3:12, 5:22, 6:12, 6:25, 9:9, 9:21, 10:8, 10:10, 10:21, 11:7, 11:17, 11:20, 12:22, 12:25, 13:8, 13:11, 13:16, 14:8, 14:11, 14:22, 15:1, 15:4, 15:14, 15:20, 17:16, 18:9, 18:15, 18:19, 19:16, 33:13, 33:18, 42:1, 76:8, 87:17, 100:9, 101:8, 101:21, 101:25, 102:5, 103:5, 103:8, 103:12, 107:4, 107:10, 107:12, 111:12, 116:13, 116:16, 116:20, 117:9, 117:15, 118:16, 118:18, 118:25, 119:4, 119:8, 120:13, 120:18, 121:4, 121:10, 124:6, 124:13, 124:20, 125:1, 125:14, 128:2, 129:19, 130:1, 130:8, 131:8, 131:16, 132:19, 133:2, 134:8, 134:17, 135:1, 135:13, 138:9, 142:5, 142:16, 142:22, 143:10, 143:16, 145:10, 145:14, 145:25, 146:19, 151:15, 152:8, 152:25, 154:15, 159:5, 160:8, 160:12, 162:5, 162:10, 163:2, 163:12, 165:2, 165:11, 166:4, 166:15, 166:19, 167:1, 167:4, 167:20, 169:18, 171:2, 171:15, 171:18, 171:21, 171:23, 172:10, 172:13, 172:20, 173:4, 173:16, 173:18, 173:20, 176:8, 176:22, 176:25, 178:8, 178:12, 179:14, 179:17, 181:2, 181:6, 181:12, 184:13, 184:18, 184:22, 185:18, 185:22, 187:10, 191:7, 191:11, 200:14, 204:4, 204:7, 213:7, 214:8
**ball** [16] - 34:25, 59:21, 68:5, 142:15, 143:2, 143:3, 143:6, 143:21, 144:24, 147:22, 152:4, 158:22, 158:25, 159:22, 161:11, 174:19
**bandwagon** [1] - 14:15
**bank** [6] - 76:3, 101:21, 115:20, 131:5, 132:10, 209:6
**bars** [3] - 5:2, 7:18, 8:3
**based** [3] - 24:22, 28:4, 117:16
**basics** [1] - 85:15
**bathroom** [4] - 160:18, 160:19, 160:23, 163:10
**battery** [1] - 94:20

*(BDSM - care)*                                                                                          *Page 4*

3/21/2022 Moore v Rubin

**BDSM** [59] - 51:10, 60:16, 61:8, 64:4, 64:20, 66:10, 67:13, 67:15, 67:17, 67:22, 68:21, 69:3, 69:8, 69:14, 70:7, 70:22, 71:11, 71:14, 75:9, 77:9, 77:20, 79:2, 79:7, 85:5, 85:18, 85:21, 87:20, 91:14, 91:21, 93:6, 93:9, 93:12, 97:14, 99:11, 104:14, 122:25, 123:6, 123:12, 156:19, 187:23, 188:2, 188:5, 188:9, 188:13, 189:13, 189:15, 195:14, 198:2, 198:10, 198:15, 198:18, 202:2, 203:11, 203:18, 207:13, 208:10, 210:2, 211:24

**BDSM-style** [1] - 85:5

**beat** [9] - 34:6, 52:25, 59:2, 65:21, 84:12, 85:25, 86:15, 92:20, 93:9

**beaten** [5] - 55:13, 59:25, 60:17, 75:6, 84:14

**beating** [3] - 75:2, 75:20, 79:6

**beautiful** [2] - 116:9, 122:1

**became** [7] - 43:16, 44:9, 44:11, 68:25, 82:2, 93:23, 94:7

**become** [1] - 43:15

**becomes** [1] - 32:6

**bedroom** [12] - 47:18, 69:1, 116:8, 121:16, 121:17, 122:5, 122:10, 122:16, 122:17, 122:18, 139:18, 139:19

**BEFORE** [1] - 1:13

**beg** [1] - 49:7

**began** [5] - 46:7, 67:13, 68:21, 78:18, 88:7

**begging** [6] - 74:18, 74:19, 77:18, 77:19

**begin** [3] - 33:11, 43:9, 167:13

**beginning** [6] - 34:18, 55:7, 60:15, 111:16, 115:19, 168:4

**begins** [2] - 71:13, 131:20

**behalf** [3] - 7:1, 14:24, 103:15

**behave** [1] - 57:6

**behaved** [1] - 102:6

**behavior** [5] - 67:23, 68:17, 69:9, 113:24, 164:7

**behind** [9] - 18:25, 22:10, 31:13, 166:1, 169:2, 169:4, 169:5, 174:16

**belittling** [1] - 151:5

**belong** [1] - 104:22

**belonged** [1] - 195:22

**belongs** [2] - 104:23, 105:2

**below** [2] - 131:18, 167:9

**Ben** [1] - 3:21

**bench** [1] - 3:6

**BENJAMIN** [1] - 1:24

**Bensonhurst** [1] - 78:16

**best** [9] - 20:21, 22:7, 77:16, 87:25, 88:2, 96:8, 99:3, 121:20, 125:4

**better** [7] - 9:19, 20:15, 23:5, 45:5, 145:17, 167:5, 178:11

**between** [26] - 7:4, 8:14, 12:16, 13:19, 14:16, 15:6, 19:3, 27:3, 30:11, 42:17, 49:13, 49:17, 56:1, 58:1, 58:20, 64:2, 72:12, 73:9, 81:10, 97:7, 97:22, 150:20, 157:8, 158:14, 180:3, 180:23

**beyond** [1] - 104:19

**big** [8] - 53:9, 64:15, 64:18, 64:19, 76:5, 78:20, 126:9

**bigger** [1] - 75:20

**binding** [1] - 171:22

**birth** [1] - 130:24

**birthday** [6] - 64:18, 96:10, 97:10, 125:25, 129:3, 130:16, 210:6, 211:4, 212:10

**bit** [17] - 29:9, 38:12, 38:23, 38:24, 41:4, 48:5, 67:6, 120:21, 124:16, 127:2, 146:21, 153:4, 154:1, 170:22, 178:9, 179:19, 198:3

**black** [1] - 160:15

**blah** [3] - 49:8

**bleeding** [1] - 154:2

**blended** [1] - 12:2

**blindfolded** [1] - 35:2

**block** [1] - 24:13

**blocking** [1] - 195:7

**blood** [1] - 65:18

**Bloom** [2] - 20:25, 21:6

**blow** [8] - 47:7, 121:11, 130:3, 135:14, 153:3, 167:4, 179:18, 181:3

**blue** [4] - 51:3, 72:22, 73:2, 73:11

**bluntly** [2] - 18:11, 39:20

**boarded** [1] - 188:23

**body** [6] - 48:8, 73:17, 135:5, 140:11, 140:20, 169:6

**bond** [1] - 67:8

**bondage** [6] - 56:8, 68:6, 72:8, 123:5, 123:7, 151:24

**boobs** [4] - 51:23, 52:1, 52:3, 87:2

**book** [1] - 135:18

**booked** [5] - 71:13, 91:11, 97:4, 129:6, 188:21

**booker** [2] - 71:14, 78:23

**books** [3] - 67:17, 67:18, 105:20

**born** [1] - 7:3

**bottle** [2] - 157:25, 158:11

**bottom** [13] - 45:11, 45:20, 50:2, 54:5, 55:15, 125:2, 131:17, 133:22, 135:15, 145:21, 147:7, 167:9, 181:13

**bought** [2] - 43:21, 47:17

**box** [2] - 24:13, 31:21

**boy** [2] - 108:21, 108:22

**Boy** [1] - 4:14

**BOY** [1] - 2:1

**Boy-Skipsey** [1] - 4:14

**boyfriend** [1] - 180:13

**boys** [2] - 93:24, 94:2

**brand** [1] - 5:6

**breach** [2] - 153:3, 153:7

**Break** [1] - 173:7

**break** [10] - 30:11, 30:12, 30:18, 99:18, 104:5, 172:1, 172:17, 173:23, 203:25, 212:17

**breaking** [2] - 65:18, 146:21

**breaks** [2] - 9:23, 26:4

**breast** [1] - 68:3

**breasts** [9] - 144:6, 154:4, 158:24, 160:16, 165:19, 165:20, 165:23, 165:24, 177:10

**BRIAN** [1] - 1:13

**Brian** [2] - 3:4, 3:6

**brief** [5] - 25:20, 27:3, 84:6, 88:5

**briefer** [1] - 90:25

**briefly** [3] - 21:9, 61:20, 172:11

**bring** [9] - 25:2, 38:11, 65:5, 128:13, 173:22, 183:14, 183:19, 203:21, 208:15

**bringing** [4] - 43:5, 52:22, 63:23, 185:16

**Brittany** [43] - 13:15, 13:16, 13:19, 36:24, 37:12, 39:12, 40:5, 45:14, 46:21, 46:23, 47:8, 47:23, 48:13, 48:19, 49:2, 49:6, 49:25, 50:1, 50:7, 57:21, 58:3, 58:7, 58:9, 58:11, 59:16, 59:19, 59:20, 71:10, 74:17, 74:25, 75:1, 75:3, 75:4, 75:6, 75:11, 88:3, 94:17, 97:21, 97:22

**BRITTANY** [4] - 1:4, 1:17, 1:18

**broadly** [2] - 114:1, 116:4

**Broadway** [4] - 1:18, 2:3, 31:2, 118:4

**broke** [2] - 78:1, 78:2

**Brooklyn** [5] - 1:6, 39:16, 71:10, 78:16, 94:18

**Brooklynite** [1] - 35:19

**brought** [14] - 34:17, 40:15, 42:23, 43:4, 43:10, 44:13, 45:6, 52:8, 79:11, 85:6, 94:15, 142:12, 143:20, 185:21

**bruised** [6] - 48:12, 58:14, 70:1, 73:19, 73:23, 82:21

**bruises** [7] - 13:24, 50:15, 65:17, 82:22, 82:23, 93:13, 154:4

**bruising** [6] - 68:12, 68:15, 70:9, 71:3, 89:25, 103:16

**brutalized** [1] - 88:1

**brutally** [1] - 79:18

**building** [2] - 68:25, 156:25

**bunch** [1] - 65:10

**burden** [2] - 25:12, 80:17

**Business** [1] - 35:25

**business** [2] - 40:17, 91:5

**buttocks** [1] - 68:3

**BY** [11] - 1:20, 1:24, 2:4, 42:1, 107:12, 128:2, 171:2, 173:20, 185:22, 187:20, 214:8

## C

**cab** [1] - 75:12

**cafeteria** [1] - 30:15

**calendar** [9] - 30:17, 97:10, 97:12, 126:1, 129:3, 210:6, 211:3, 211:11, 212:12

**can.** [1] - 191:11

**cancel** [1] - 27:14

**cannot** [7] - 11:1, 53:20, 77:2, 84:12, 99:8, 171:9, 205:20

**care** [4] - 8:16, 113:1, 164:8, 179:12

**cared** [1] - 155:1
**careful** [3] - 32:23, 43:15, 43:17
**carefully** [3] - 25:9, 46:5, 47:15
**carefulness** [1] - 44:6
**carpet** [1] - 175:1
**carries** [2] - 77:1, 205:19
**case** [97] - 6:19, 10:11, 12:2, 14:14, 16:5, 18:24, 20:24, 21:6, 21:10, 21:12, 21:14, 21:22, 22:18, 23:6, 24:25, 25:11, 25:12, 25:22, 25:24, 26:2, 26:5, 26:7, 26:11, 26:15, 26:19, 26:22, 27:17, 27:20, 27:22, 28:1, 28:7, 28:15, 30:1, 31:20, 32:6, 32:11, 32:13, 33:22, 33:24, 33:25, 34:2, 34:3, 35:15, 46:7, 51:8, 53:15, 55:22, 57:7, 59:8, 59:9, 59:13, 61:1, 61:2, 61:4, 61:6, 61:8, 61:11, 61:20, 62:3, 63:18, 66:2, 66:5, 66:8, 67:2, 67:23, 71:13, 73:22, 78:15, 81:5, 81:6, 81:7, 81:9, 84:21, 88:5, 90:5, 90:9, 90:11, 90:14, 94:15, 98:8, 99:20, 99:22, 103:2, 109:20, 110:6, 110:15, 110:18, 110:20, 111:2, 111:3, 111:8, 111:11, 118:5, 128:20, 172:4, 190:8
**cases** [16] - 7:14, 10:17, 21:4, 30:24, 35:1, 69:22, 69:23, 71:2, 71:9, 77:9, 81:3, 81:7, 89:22, 90:9, 90:13, 154:12
**cash** [5] - 16:25, 17:23, 86:12, 115:20, 208:25
**Cassidy** [7] - 13:18, 66:19, 88:18, 88:24, 89:11
**catch** [3] - 30:23, 30:24, 104:24
**catching** [1] - 157:19
**cattle** [2] - 59:18, 68:7
**CAUSE** [1] - 1:13
**caused** [1] - 84:20
**centerfolds** [1] - 47:20
**Central** [2] - 116:6, 116:8
**century** [1] - 67:16
**ceremonial** [1] - 3:1
**certain** [17] - 10:24, 12:12, 22:4, 24:8, 34:10, 34:17, 34:22, 37:16, 40:24, 77:2, 102:7, 102:17, 102:18, 153:20, 188:3, 202:18, 205:19
**certainly** [4] - 5:6, 48:24, 197:7, 205:4
**cetera** [2] - 85:19, 104:15
**chain** [1] - 102:25
**chains** [3] - 134:23, 145:19, 145:20
**challenged** [1] - 13:25
**challenging** [1] - 14:13
**chambers** [1] - 31:11
**chance** [3] - 30:6, 59:13, 151:20
**change** [3] - 27:22, 29:9, 131:4
**changed** [4] - 63:17, 79:14, 98:24, 195:16
**channel** [1] - 27:23
**charge** [1] - 104:17
**chart** [1] - 16:24
**chat** [2] - 27:24, 85:9
**checked** [1] - 156:23
**cheese** [4] - 157:24, 158:6, 158:8,
167:18
**Chelsea** [1] - 93:21
**Chiang** [1] - 3:24
**CHIANG** [1] - 1:25
**Chicago** [4] - 78:24, 130:11, 188:8, 201:1
**chief** [1] - 6:19
**child** [1] - 179:11
**children** [4] - 38:22, 67:10, 108:17, 108:20
**chitchat** [1] - 86:2
**choking** [2] - 48:8, 73:17
**choreographed** [2] - 31:2, 118:4
**chose** [1] - 189:4
**CHRISTINE** [1] - 1:25
**Christine** [1] - 3:23
**circumstances** [3] - 35:20, 43:11, 125:21
**circumstantial** [3] - 22:24, 23:3, 23:6
**city** [3] - 68:24, 93:19, 94:1
**City** [2] - 201:10, 201:23
**civil** [2] - 25:11, 26:11
**CIVIL** [1] - 1:13
**Civil** [1] - 3:7
**clad** [1] - 87:14
**claim** [6] - 25:16, 78:22, 90:15, 104:17, 190:1, 194:3
**claimed** [1] - 78:5
**claims** [11] - 59:10, 71:10, 71:12, 78:20, 79:3, 79:18, 85:2, 94:16, 94:19, 94:22, 99:14
**clamps** [4] - 48:7, 72:9, 73:5, 73:16
**clarify** [1] - 159:20
**class** [1] - 42:24
**clear** [17] - 7:14, 15:20, 19:2, 69:11, 69:25, 70:3, 77:17, 85:10, 89:24, 91:13, 93:2, 115:13, 174:24, 176:24, 184:22, 185:7, 186:20
**clearly** [2] - 71:14, 72:19
**CLERK** [6] - 63:1, 117:7, 117:11, 117:17, 117:21, 117:23
**clerks** [1] - 32:21
**click** [1] - 27:20
**client** [8] - 12:1, 46:23, 58:10, 58:12, 65:12, 91:2, 92:18, 112:14
**clients** [2] - 7:2, 91:25
**clip** [2] - 89:3, 191:5
**Clip** [3] - 191:3, 193:23, 194:20
**clips** [1] - 68:5
**clit** [1] - 72:9
**close** [2] - 29:12, 126:18
**closed** [1] - 68:4
**closely** [1] - 126:17
**closing** [7] - 29:13, 29:15, 29:20, 99:5, 104:23, 105:2, 105:12
**clothe** [1] - 149:22
**clothed** [1] - 168:17
**clothes** [11] - 147:12, 147:14, 147:15, 147:16, 147:18, 158:23, 159:10,
159:11, 165:19, 165:20
**club** [2] - 40:1, 109:7
**cocktail** [2] - 81:22, 93:18
**coerced** [1] - 60:12
**coercion** [1] - 69:25
**Cogan** [10] - 3:5, 3:6, 15:5, 20:13, 21:1, 46:4, 59:13, 60:10, 90:21, 90:25
**COGAN** [1] - 1:13
**colleague** [1] - 3:14
**colleagues** [7] - 4:4, 33:20, 61:13, 90:23, 109:12, 109:15, 109:19
**college** [10] - 35:11, 35:25, 36:14, 38:8, 38:23, 39:17, 93:17, 108:8, 108:10, 108:12
**collegial** [2] - 6:20, 6:23
**color** [5] - 139:23, 146:5, 146:6, 146:8, 146:9
**column** [1] - 132:8
**combination** [1] - 20:18
**comfortable** [5] - 112:23, 130:15, 187:1, 187:5, 212:6
**comforted** [1] - 48:1
**coming** [17] - 32:18, 34:12, 52:23, 64:5, 70:24, 71:16, 71:24, 77:21, 81:14, 84:15, 91:21, 100:6, 126:1, 154:19, 163:24, 164:11, 210:2
**comment** [2] - 17:17, 182:22
**common** [6] - 40:23, 56:6, 69:21, 69:22, 97:25, 98:2
**commonalities** [2] - 34:11, 36:6
**commonality** [1] - 35:7
**commonly** [1] - 69:1
**commonsense** [2] - 24:23, 25:4
**communicate** [3] - 81:16, 113:7, 202:11
**communicated** [4] - 66:6, 129:16, 202:6, 202:14
**communication** [9] - 10:5, 14:3, 14:6, 14:12, 15:6, 15:8, 115:14, 201:22, 202:5
**communications** [2] - 81:15, 97:22
**company** [1] - 111:20
**compared** [2] - 50:25, 119:15
**compatible** [1] - 178:6
**compensate** [1] - 112:17
**compensated** [2] - 60:18, 186:12
**compensation** [1] - 179:11
**complain** [1] - 96:13
**complained** [3] - 82:4, 92:14, 96:15
**complaining** [1] - 82:4
**complaint** [10] - 67:1, 71:4, 71:15, 72:15, 72:20, 79:13, 111:8, 128:19, 183:12
**Complaint** [2] - 128:22, 128:24
**complaints** [6] - 70:19, 77:17, 79:22, 84:3, 93:5, 110:7
**complete** [1] - 12:1
**completed** [1] - 10:6
**completely** [7] - 27:18, 45:11, 63:17,

(compliance - COURT)   Page 6

3/21/2022 Moore v Rubin

71:12, 72:7, 77:2, 205:20
**compliance** [1] - 24:21
**complied** [1] - 7:15
**complies** [1] - 171:5
**computer** [3] - 32:7, 117:13, 117:16
**Computer** [1] - 2:13
**Computer-aided** [1] - 2:13
**computerized** [1] - 2:12
**concealing** [1] - 86:1
**conceded** [1] - 66:25
**concedes** [1] - 72:17
**concern** [2] - 14:17, 33:1
**concerned** [3] - 91:8, 102:7, 113:24
**concerning** [1] - 104:17
**conclusion** [1] - 89:23
**condo** [47] - 37:22, 39:22, 40:2, 42:24, 43:5, 43:21, 45:6, 47:17, 57:22, 68:25, 78:3, 82:7, 82:9, 82:13, 86:13, 87:7, 89:17, 114:9, 114:15, 116:3, 116:6, 118:22, 119:12, 119:15, 121:2, 121:13, 121:15, 122:1, 136:8, 136:11, 136:13, 136:15, 136:23, 137:9, 137:15, 137:16, 137:17, 137:19, 156:25, 157:1, 157:3, 157:5, 157:6, 161:13, 182:17, 210:10, 211:14
**condominium** [8] - 43:22, 116:9, 116:10, 119:22, 120:7, 157:12, 157:14
**conduct** [3] - 11:23, 25:24, 56:12
**confer** [2] - 7:25, 213:9
**conference** [1] - 5:12
**conferences** [2] - 24:19, 101:4
**confers** [1] - 7:16
**confident** [2] - 90:13, 193:10
**confidential** [1] - 153:10
**confidentiality** [1] - 76:13
**confined** [1] - 105:15
**confirm** [2] - 5:25, 9:21
**congratulations** [1] - 4:1
**connect** [1] - 113:2
**connected** [2] - 52:10, 113:5
**connecting** [1] - 117:6
**connection** [6] - 13:19, 117:10, 117:11, 153:12, 210:11, 211:20
**connections** [1] - 51:14
**consensual** [14] - 39:4, 39:8, 80:5, 91:21, 92:15, 123:12, 187:23, 188:2, 188:5, 188:9, 188:13, 195:14, 199:23, 203:11
**consensually** [1] - 36:16
**consent** [38] - 34:23, 44:21, 46:11, 56:18, 61:4, 70:5, 71:11, 76:14, 78:21, 79:16, 79:20, 86:5, 93:10, 139:3, 141:17, 141:20, 144:7, 148:11, 149:3, 150:8, 152:14, 154:24, 158:17, 158:24, 159:7, 159:14, 159:25, 160:10, 161:10, 161:16, 168:1, 168:4, 168:15, 172:24, 174:9, 176:16, 177:17, 210:12
**consented** [16] - 34:12, 34:16, 34:18, 36:19, 61:22, 66:10, 71:1, 90:2, 93:7, 96:16, 99:11, 158:21, 159:17, 168:3,

189:9, 189:12
**consenting** [6] - 79:4, 79:15, 81:17, 90:4, 162:9, 203:17
**consider** [2] - 23:5, 154:6
**considered** [1] - 25:14
**consist** [1] - 22:18
**consoled** [1] - 78:7
**consulted** [1] - 91:9
**contact** [6] - 31:11, 42:16, 62:7, 112:10, 161:17
**contacted** [13] - 26:21, 42:14, 63:16, 72:22, 73:11, 85:6, 111:23, 112:4, 112:7, 113:4, 161:17, 161:20, 186:21
**contacting** [4] - 54:11, 63:20, 112:21, 202:17
**contacts** [1] - 65:4
**contends** [1] - 79:13
**contention** [1] - 12:18
**context** [3] - 15:18, 104:18, 123:6
**continue** [7] - 30:15, 70:20, 118:16, 143:19, 173:15, 174:4, 207:13
**Continued** [7] - 19:20, 41:6, 62:18, 106:10, 127:11, 170:23, 206:5
**continued** [10] - 78:19, 83:11, 89:10, 138:7, 168:20, 168:21, 192:18, 202:22, 202:23, 203:10
**CONTINUING** [3] - 171:2, 173:20, 207:2
**continuing** [2] - 20:1, 84:1
**continuing)** [1] - 128:2
**contractor** [1] - 124:24
**contradicted** [1] - 66:25
**contrast** [1] - 35:24
**contribution** [2] - 4:23, 4:25
**control** [2] - 27:22, 44:11
**controlling** [1] - 117:18
**conversation** [10] - 7:4, 57:4, 85:7, 85:9, 113:22, 184:7, 184:8, 184:11, 184:24, 185:19
**conversations** [2] - 85:9, 85:13
**coordinate** [2] - 97:5, 136:5
**coordinated** [1] - 156:24
**copy** [7] - 125:19, 125:20, 126:6, 128:17, 206:3, 207:4, 208:4
**cordial** [1] - 6:20
**corner** [1] - 121:16
**correct** [180] - 17:17, 101:18, 110:23, 120:12, 121:20, 126:13, 130:19, 131:25, 135:8, 135:17, 142:8, 142:9, 145:8, 145:9, 152:11, 152:12, 155:7, 155:8, 155:10, 155:11, 155:23, 156:3, 156:6, 158:5, 159:8, 166:8, 167:11, 167:12, 178:16, 178:21, 178:22, 179:22, 179:23, 180:19, 180:24, 180:25, 184:8, 187:24, 187:25, 188:2, 188:3, 188:6, 188:7, 188:10, 188:11, 188:14, 188:17, 188:19, 188:21, 188:24, 188:25, 189:2, 189:3, 189:4, 189:7, 189:11, 189:13, 189:17, 189:18, 189:23, 189:24, 190:2, 190:3, 190:12,

190:15, 190:20, 190:23, 191:1, 191:25, 192:4, 192:5, 192:9, 192:13, 192:14, 192:16, 192:20, 192:22, 192:23, 193:2, 193:20, 193:21, 194:4, 194:5, 194:10, 194:18, 194:24, 195:4, 195:5, 195:10, 195:16, 195:17, 195:19, 195:20, 196:8, 196:9, 196:11, 196:14, 196:16, 196:18, 196:23, 197:3, 197:5, 197:6, 197:9, 197:12, 197:13, 197:25, 198:15, 198:16, 198:19, 198:20, 198:23, 198:24, 199:2, 199:5, 199:17, 199:23, 200:1, 200:24, 201:8, 201:14, 201:19, 201:24, 201:25, 202:4, 202:22, 202:25, 203:1, 203:11, 203:12, 203:14, 203:15, 203:19, 203:20, 204:14, 204:15, 204:20, 204:21, 204:24, 205:2, 205:3, 205:6, 205:9, 205:13, 205:14, 205:16, 205:25, 207:14, 208:11, 208:12, 208:13, 208:25, 209:4, 209:7, 209:8, 209:12, 209:16, 209:19, 209:21, 209:22, 210:3, 210:6, 210:7, 210:9, 210:13, 210:22, 210:23, 210:24, 210:25, 211:5, 211:7, 211:13, 211:14, 211:18, 211:21, 211:25, 212:4, 212:5, 212:7, 212:10
**correctly** [1] - 24:20
**correspondence** [3] - 72:12, 73:9, 74:10
**cosmetology** [2] - 108:13, 108:14
**Counsel** [1] - 3:10
**counsel** [14] - 3:19, 7:1, 10:22, 11:13, 16:4, 16:9, 17:3, 19:4, 19:16, 117:12, 162:10, 169:24, 172:15, 172:25
**country** [1] - 197:21
**couple** [23] - 5:10, 9:16, 26:12, 35:10, 36:13, 36:20, 38:7, 38:13, 39:16, 48:22, 113:6, 126:2, 137:10, 137:13, 138:8, 138:11, 155:9, 157:23, 158:13, 162:1, 165:18, 185:5, 202:20
**course** [7] - 7:15, 10:13, 30:22, 40:14, 91:19, 103:19, 199:16
**Court** [6] - 2:10, 2:10, 3:3, 8:2, 193:5, 193:18
**COURT** [170] - 1:1, 4:1, 4:15, 6:4, 6:23, 8:5, 8:9, 8:18, 8:24, 9:2, 9:19, 9:25, 10:9, 10:16, 11:4, 11:9, 11:18, 12:4, 12:10, 12:21, 12:23, 13:2, 13:5, 13:10, 13:14, 14:6, 14:10, 14:19, 15:16, 15:23, 16:2, 16:12, 16:18, 17:11, 17:14, 18:3, 18:8, 18:12, 18:17, 18:20, 19:7, 19:13, 19:19, 20:4, 20:8, 20:11, 33:16, 60:8, 60:20, 62:16, 67:20, 74:12, 74:14, 87:18, 90:17, 90:19, 99:16, 100:2, 101:4, 101:10, 101:16, 101:19, 101:23, 102:4, 102:12, 102:15, 102:22, 103:1, 103:4, 103:7, 103:10, 103:21, 103:25, 104:4, 104:12, 104:20, 104:22, 105:1, 105:7, 105:11, 105:21, 105:24, 106:5, 107:1, 107:8, 111:10, 116:15, 116:18, 116:24, 117:2, 117:13, 117:19, 117:22,

117:24, 118:7, 118:11, 118:14, 118:17, 119:2, 119:6, 120:17, 120:23, 121:7, 122:11, 124:10, 128:16, 129:23, 131:13, 132:24, 142:18, 142:21, 142:24, 162:8, 162:12, 162:15, 163:5, 165:13, 165:15, 166:18, 166:22, 166:25, 170:2, 170:22, 171:16, 171:20, 171:22, 171:25, 172:9, 172:19, 173:1, 173:5, 173:8, 173:14, 173:17, 176:7, 183:17, 183:25, 184:15, 184:17, 184:19, 184:23, 185:17, 185:20, 186:5, 186:8, 186:11, 186:15, 186:19, 187:12, 187:15, 187:17, 191:10, 191:14, 192:10, 193:7, 193:10, 195:12, 200:15, 200:19, 204:5, 204:9, 207:8, 207:20, 207:23, 207:25, 208:3, 212:16, 212:19, 213:5, 213:12
**court** [13] - 3:1, 4:21, 21:4, 26:11, 28:5, 32:2, 32:3, 100:6, 128:3, 154:12, 182:8, 190:23, 193:20
**Court's** [1] - 3:14
**courtesy** [1] - 30:16
**courthouse** [3] - 21:2, 22:5, 22:7
**Courthouse** [1] - 1:5
**courtroom** [21] - 3:1, 7:22, 10:23, 10:25, 20:3, 22:7, 26:19, 26:25, 28:18, 31:15, 31:17, 31:18, 34:7, 61:14, 100:1, 103:11, 142:6, 172:5, 173:12, 192:2
**COURTROOM** [7] - 3:2, 3:7, 20:2, 20:7, 172:12, 191:12, 191:16
**cover** [1] - 165:5
**coverage** [1] - 27:17
**covered** [4] - 78:5, 101:15, 101:19, 153:10
**coverGirl** [1] - 47:21
**covers** [1] - 101:22
**COVID** [1] - 18:21
**COVID-19** [1] - 22:3
**crap** [1] - 158:2
**crazy** [2] - 95:13, 154:25
**create** [1] - 210:22
**credibility** [2] - 13:25, 14:21
**cried** [1] - 177:24
**criminal** [1] - 42:2
**critical** [4] - 66:20, 66:23, 67:3, 81:6
**cross** [8] - 11:25, 12:7, 29:6, 29:8, 61:14, 65:25, 172:23, 187:13
**CROSS** [3] - 187:19, 207:1, 214:9
**cross-examination** [3] - 11:25, 12:7, 187:13
**CROSS-EXAMINATION** [3] - 187:19, 207:1, 214:9
**cross-examine** [3] - 29:6, 29:8, 65:25
**cross-examining** [1] - 61:14
**crude** [2] - 92:17, 93:13
**cry** [2] - 58:4, 84:13
**crying** [5] - 140:5, 147:24, 147:25, 150:2, 177:25
**CSR** [1] - 2:10
**cue** [8] - 60:3, 138:19, 138:25, 139:8,

139:14, 139:17, 152:2, 154:1
**cuffed** [2] - 34:24, 147:5, 147:8
**cuffs** [3] - 145:22, 146:4, 147:1
**culture** [3] - 104:14, 104:15, 105:14
**cumulative** [1] - 16:11
**cunt** [1] - 151:3
**cut** [2] - 144:13
**cutter** [4] - 144:1, 144:3, 144:14, 145:2
**cutter-like** [1] - 145:2
**CV** [2] - 1:3, 3:8

# D

**daddy** [1] - 83:6
**daddy-daughter** [1] - 83:6
**damages** [1] - 153:7
**dark** [1] - 53:3
**darkish** [1] - 146:9
**date** [23] - 5:12, 16:24, 54:5, 117:4, 120:20, 121:9, 124:12, 125:3, 126:12, 126:13, 129:25, 130:24, 131:6, 131:15, 133:1, 155:22, 163:7, 165:17, 167:3, 190:1, 192:3, 202:18, 202:24
**dated** [1] - 130:4
**dates** [4] - 16:16, 183:12, 183:18, 202:8
**daughter** [2] - 83:6, 108:25
**days** [17] - 8:7, 13:21, 16:9, 17:7, 30:10, 30:25, 78:8, 89:19, 109:18, 109:21, 113:6, 157:23, 185:5, 196:12, 209:14, 209:17
**DD** [2] - 169:19, 169:21
**DDXA** [1] - 146:1
**DDXC** [1] - 142:17
**DDXD** [3] - 169:19, 169:25, 170:3
**deal** [3] - 4:21, 9:12, 71:9
**dealing** [1] - 12:3
**dealings** [1] - 25:6
**deceive** [2] - 69:24, 73:14
**deceived** [1] - 71:22
**December** [2] - 55:11, 87:8
**Dechert** [4] - 3:18, 3:21, 3:24, 3:25
**DECHERT** [1] - 1:21
**decide** [6] - 10:9, 19:11, 21:14, 21:20, 23:7, 26:3
**decided** [6] - 16:9, 137:15, 183:8, 183:14, 183:19
**deciding** [1] - 23:6
**decision** [2] - 21:15, 24:22
**deck** [2] - 15:25, 18:11
**decorate** [1] - 94:13
**deep** [1] - 20:21
**def** [1] - 74:17
**Defendant** [2] - 15:8, 208:16
**defendant** [5] - 8:24, 14:17, 34:7, 92:10, 115:22
**Defendant's** [1] - 142:17
**Defendant's Exhibit** [4] - 13:12, 166:16, 167:2, 215:20

**Defendant's Exhibit A** [4] - 131:9, 131:14, 131:17, 215:12
**Defendants** [1] - 1:21
**defendants** [23] - 1:11, 5:14, 6:18, 7:12, 9:10, 10:11, 17:21, 21:17, 29:6, 29:7, 40:16, 47:5, 49:14, 57:2, 58:16, 58:20, 60:9, 119:5, 146:3, 169:22, 185:8, 213:8
**Defendants'** [5] - 179:15, 200:16, 204:12, 215:22, 215:24
**defendants'** [10] - 4:25, 6:1, 7:25, 9:12, 49:18, 55:5, 55:9, 57:2, 57:18, 58:17
**defending** [1] - 61:13
**defense** [9] - 7:8, 10:22, 42:2, 61:21, 61:25, 162:10, 169:18, 169:24, 170:4
**deference** [1] - 31:18
**definitely** [3] - 85:16, 86:20, 95:23
**definition** [3] - 10:18, 50:16, 50:18
**degree** [1] - 25:7
**deliberate** [1] - 29:22
**deliberated** [1] - 30:1
**deliberations** [2] - 22:2, 30:7
**delivered** [1] - 158:7
**demeanor** [1] - 157:15
**demonstrates** [2] - 61:20, 61:21
**demonstrative** [3] - 142:17, 169:18, 169:23
**demonstratives** [1] - 103:9
**deny** [1] - 208:1
**depended** [1] - 114:10
**dependent** [2] - 45:13, 54:15
**deposed** [1] - 88:19
**deposition** [10] - 4:18, 6:15, 6:17, 72:15, 72:19, 74:3, 75:16, 76:10, 77:15, 78:6, 79:23, 80:10, 86:8, 88:12, 88:23, 98:15, 110:12, 110:14, 110:17, 180:12, 181:20, 181:21, 190:8, 190:11, 190:19, 190:22, 191:1, 191:5, 191:15, 191:20, 192:6, 193:3, 193:24, 194:24, 195:2, 195:10
**depositions** [10] - 66:15, 66:16, 66:17, 66:19, 66:22, 66:24, 70:11, 85:2, 98:8, 110:10
**DEPUTY** [13] - 3:2, 3:7, 20:2, 20:7, 63:1, 117:7, 117:11, 117:17, 117:21, 117:23, 172:12, 191:12, 191:16
**deputy** [1] - 26:19
**describe** [5] - 113:19, 116:4, 122:8, 155:12, 157:15
**described** [10] - 88:11, 88:12, 99:3, 150:8, 153:20, 156:5, 158:14, 169:11, 196:13, 205:13
**describes** [1] - 65:7
**describing** [2] - 119:22, 122:15
**description** [1] - 47:4
**deserve** [2] - 30:3, 186:12
**designations** [3] - 4:18, 6:16, 6:17
**designed** [1] - 81:13
**desperate** [6] - 39:20, 45:16, 49:3,

49:7, 54:16, 58:4
**desperation** [1] - 46:24
**despite** [3] - 79:15, 89:16, 192:2
**detail** [3] - 111:10, 153:21, 165:19
**detailed** [4] - 22:1, 29:21, 42:6, 192:3
**details** [10] - 9:8, 20:20, 30:9, 46:8, 50:15, 51:12, 57:22, 80:12, 82:18, 159:7
**determine** [4] - 11:10, 23:8, 25:6, 153:9
**Detroit** [2] - 107:25, 108:1
**development** [2] - 41:2, 43:14
**device** [10] - 23:19, 68:10, 142:15, 145:2, 145:4, 145:7, 149:11, 174:22, 175:8, 176:16
**devices** [3] - 68:4, 134:23, 143:24
**devil's** [1] - 56:2
**devise** [1] - 174:25
**diagnosed** [2] - 154:11, 182:7
**dialogue** [1] - 72:1
**died** [1] - 78:3
**differ** [2] - 132:12, 132:13
**difference** [1] - 129:10
**different** [17] - 10:14, 37:22, 38:4, 42:25, 59:10, 76:5, 81:4, 114:7, 114:9, 119:14, 121:14, 134:23, 146:5, 157:22, 204:7, 212:14
**differently** [2] - 10:15, 12:8
**difficult** [2] - 67:14, 153:8
**dildo** [5] - 145:4, 174:23, 175:9, 175:11, 175:14
**dildos** [3] - 68:5, 72:9, 134:23
**dinner** [4] - 54:19, 129:4, 130:15, 197:16
**dinners** [1] - 112:16
**direct** [19] - 11:24, 11:25, 12:2, 22:24, 22:25, 23:4, 23:5, 112:11, 112:12, 171:18, 172:3, 172:24, 173:15, 187:11, 192:22, 195:13, 203:13, 208:24, 210:5
**DIRECT** [5] - 107:11, 128:1, 171:1, 173:19, 214:8
**directing** [1] - 49:6
**direction** [1] - 91:18
**directions** [1] - 56:3
**directly** [2] - 77:20, 132:10
**disagreement** [1] - 92:1
**disallow** [1] - 23:24
**discharge** [1] - 5:11
**discharged** [2] - 26:9, 28:15
**discipline** [2] - 56:8, 151:24
**disclose** [1] - 153:10
**disclosed** [1] - 10:22
**disclosure** [10] - 7:16, 41:2, 42:6, 43:18, 49:24, 50:5, 50:14, 51:1, 53:18, 53:22
**discouraging** [2] - 33:5, 79:21
**discover** [4] - 60:15, 184:10, 184:23, 184:24
**discovered** [2] - 186:21, 186:24

**discuss** [5] - 9:3, 30:6, 111:5, 124:1, 155:15
**discussed** [13] - 10:8, 16:4, 42:22, 101:14, 103:9, 128:17, 131:10, 153:25, 155:24, 163:19, 181:25, 182:25, 197:17
**discussing** [2] - 83:7, 132:16
**discussion** [5] - 17:20, 56:11, 110:10, 122:4, 182:13
**discussions** [4] - 24:8, 24:11, 24:17, 44:4
**disparate** [1] - 78:2
**dispense** [1] - 18:23
**disregard** [3] - 23:16, 24:5, 24:6
**disrespect** [1] - 35:8
**distance** [1] - 141:24
**distancing** [1] - 22:8
**distasteful** [1] - 83:7
**distress** [1] - 94:21
**District** [2] - 3:3, 3:4
**DISTRICT** [3] - 1:1, 1:2, 1:14
**district** [1] - 21:3
**divider** [1] - 22:10
**divorce** [1] - 67:11
**divvied** [1] - 19:3
**Docket** [1] - 3:8
**doctor** [4] - 80:22, 80:24, 80:25
**document** [24] - 23:2, 41:3, 49:24, 91:12, 117:14, 125:22, 126:21, 128:18, 203:14, 203:16, 203:23, 204:14, 204:22, 205:11, 205:24, 206:2, 206:4, 207:3, 207:5, 207:10, 207:12, 208:4, 208:7, 208:9
**documents** [10] - 16:6, 16:8, 16:10, 17:4, 17:5, 17:25, 22:19, 25:8, 110:5, 110:6
**DOLAN** [1] - 2:2
**Dolan** [3] - 4:3, 4:6, 4:10
**Dolan's** [1] - 4:9
**Doll** [2] - 65:15, 65:16
**dollars** [2] - 38:13, 53:22
**dominate** [3] - 67:25, 68:1, 69:9
**dominate-submissive** [1] - 69:9
**dominated** [3] - 71:21, 71:24, 72:4
**domination** [2] - 68:3, 73:5
**done** [20] - 5:4, 22:7, 31:9, 34:22, 56:17, 65:10, 73:4, 76:24, 86:11, 93:6, 96:15, 109:2, 112:18, 150:16, 151:11, 154:23, 198:11, 205:15, 211:12, 211:14
**Donna** [2] - 75:9, 77:20
**door** [3] - 142:3, 142:4, 150:1
**doors** [1] - 69:5
**dot** [1] - 122:15
**DOUGLAS** [1] - 2:4
**Douglas** [1] - 4:3
**down** [41] - 24:16, 31:13, 31:23, 32:3, 32:22, 33:2, 45:24, 48:5, 51:15, 51:18, 59:12, 63:13, 63:15, 72:10, 74:15, 74:21, 100:6, 118:7, 124:20, 125:1, 130:8, 131:17, 132:20, 133:16, 133:21, 133:22, 134:15, 134:19, 135:5, 135:7,

141:5, 146:21, 149:15, 153:2, 157:19, 163:13, 166:4, 175:2, 178:10, 205:11, 213:5
**downloaded** [1] - 180:14
**downplaying** [1] - 48:18
**downstairs** [1] - 31:14
**downtown** [1] - 116:6
**Downtown** [1] - 201:1
**drafted** [1] - 42:2
**dragged** [10] - 59:23, 141:2, 141:3, 141:4, 141:20, 141:22, 142:7, 143:21, 147:18, 147:20
**drank** [1] - 158:11
**draw** [2] - 22:22, 155:20
**drink** [2] - 137:11, 158:8
**dropped** [1] - 54:9
**drugs** [2] - 39:21, 43:8
**drunk** [1] - 150:17
**duct** [1] - 169:9
**due** [1] - 195:8
**duly** [1] - 107:6
**dump** [1] - 4:21
**dungeon** [10] - 47:18, 60:16, 65:9, 69:2, 69:3, 69:5, 88:22, 122:4, 122:6, 122:9
**during** [32] - 9:23, 12:13, 15:17, 17:14, 17:16, 18:4, 25:24, 28:9, 29:9, 30:6, 30:18, 45:4, 66:24, 70:11, 82:19, 84:17, 87:4, 94:1, 94:23, 98:9, 99:9, 100:5, 101:12, 104:5, 104:13, 105:11, 110:8, 122:3, 123:16, 175:23, 182:12, 192:22
**duties** [1] - 21:9
**duty** [1] - 31:19
**DX** [2] - 16:16, 208:16
**DX-A** [2] - 16:16, 208:16
**DXE4** [8] - 200:4, 200:13, 200:16, 203:22, 204:3, 204:12, 215:22, 215:24
**dying** [2] - 53:9, 64:15

**E**

**E-mail** [1] - 2:11
**e-mail** [1] - 130:4
**e-mails** [2] - 28:12, 130:6
**eager** [1] - 83:8
**eagerly** [2] - 61:9, 81:18
**early** [6] - 8:7, 43:24, 56:21, 57:20, 79:16, 203:10
**easier** [2] - 47:11, 68:25
**Eastern** [1] - 3:3
**EASTERN** [1] - 1:2
**eat** [1] - 158:8
**edge** [1] - 35:21
**educated** [1] - 35:10
**education** [1] - 108:12
**Edward** [2] - 3:18, 61:12
**EDWARD** [1] - 1:24
**effected** [1] - 132:5
**effort** [2] - 5:1, 213:2
**eight** [4] - 47:18, 108:16, 114:5, 114:6

**eighth** [1] - 92:9
**either** [7] - 8:3, 36:11, 53:19, 77:20, 132:10, 133:11, 161:5
**elastic** [1] - 174:13
**electric** [9] - 48:9, 68:10, 73:19, 174:23, 175:14, 176:2, 176:4, 176:6, 176:16
**electricute** [1] - 68:8
**electrocuted** [4] - 35:6, 44:23, 59:18, 68:9
**electronic** [3] - 66:4, 66:13, 68:11
**element** [1] - 49:11
**elements** [2] - 40:24, 40:25
**eliminate** [1] - 75:17
**eliminated** [2] - 77:2, 205:20
**email** [12] - 47:6, 47:7, 48:24, 50:13, 51:1, 55:19, 66:4, 66:5, 71:18, 71:19, 78:1, 113:8
**emails** [2] - 81:5, 113:9
**embarrass** [1] - 48:13
**embarrassment** [1] - 53:13
**emergency** [1] - 31:11
**EMMA** [2] - 1:4, 1:17
**Emma** [18] - 38:20, 45:10, 54:5, 54:6, 54:7, 56:21, 56:22, 57:9, 58:25, 59:22, 62:4, 63:4, 63:16, 81:2, 92:25, 95:5, 96:2, 96:19
**emotional** [3] - 94:21, 104:18, 154:7
**emphasize** [1] - 4:19
**encounter** [37] - 13:21, 14:4, 39:22, 58:25, 64:6, 75:18, 80:7, 80:8, 81:25, 82:8, 82:12, 82:15, 86:7, 86:11, 86:24, 87:7, 88:7, 89:1, 89:11, 156:7, 163:19, 164:16, 164:18, 166:7, 167:6, 167:13, 197:22, 198:1, 198:5, 198:15, 199:1, 202:2, 205:4, 208:21, 209:13, 209:18, 209:20
**encountered** [1] - 35:23
**encounters** [34] - 39:4, 40:13, 46:3, 64:4, 69:6, 70:7, 70:15, 73:24, 77:14, 81:15, 81:20, 82:18, 82:23, 83:6, 87:20, 95:3, 155:12, 156:4, 188:9, 188:13, 189:6, 189:16, 189:22, 192:18, 192:21, 193:19, 195:14, 199:22, 202:15, 203:11, 205:1, 208:10, 209:2, 210:3
**encouraged** [1] - 48:1
**encouraging** [1] - 49:16
**end** [36] - 4:5, 21:12, 21:22, 24:25, 25:21, 29:25, 37:3, 45:23, 48:11, 54:21, 55:18, 57:18, 59:13, 61:18, 80:11, 80:13, 90:9, 90:14, 99:13, 111:14, 111:16, 113:4, 114:3, 115:4, 115:8, 129:4, 130:12, 134:2, 151:6, 161:25, 163:16, 163:24, 164:11, 172:22, 179:6, 192:12
**ended** [20] - 7:7, 35:11, 39:19, 40:18, 41:3, 43:4, 48:22, 51:11, 52:22, 54:11, 58:7, 93:23, 94:4, 129:6, 138:21, 142:7, 154:18, 162:2, 174:1, 178:3
**endless** [1] - 5:2

**ends** [2] - 53:8, 73:19
**engage** [10] - 50:9, 69:10, 76:19, 77:8, 127:4, 174:7, 199:4, 203:10, 203:18, 204:18
**engaged** [3] - 68:19, 83:10, 208:21
**engaging** [2] - 91:21, 204:23
**enjoy** [3] - 69:12, 72:4, 74:21
**enjoyed** [2] - 68:17, 76:2
**enjoying** [1] - 167:18
**enjoyment** [1] - 77:22
**enjoys** [1] - 58:5
**ensues** [1] - 79:2
**ensure** [1] - 24:20
**enter** [3] - 31:17, 137:16, 137:17
**enters** [3] - 19:8, 20:3, 173:12
**entice** [1] - 81:13
**entirety** [2] - 69:21, 72:23
**entry** [2] - 22:5, 209:9
**Epstein** [1] - 61:2
**equally** [2] - 23:13, 28:11
**equipment** [2] - 69:3, 211:24
**equipped** [1] - 69:2
**erotic** [1] - 84:4
**escort** [1] - 58:12
**especially** [2] - 53:13, 54:1
**ESQ** [11] - 1:20, 1:20, 1:24, 1:24, 1:25, 1:25, 2:1, 2:4, 2:5, 2:5, 2:8
**essentially** [7] - 17:22, 40:1, 40:16, 91:7, 91:25, 147:10, 172:20
**established** [1] - 36:3
**esthetician** [1] - 38:23
**estimate** [3] - 141:23, 161:2, 171:22
**et** [5] - 3:8, 85:19, 104:15
**evaluate** [1] - 25:2
**evening** [4] - 26:4, 98:1, 151:6, 151:10
**event** [6] - 53:11, 114:10, 153:9, 195:18, 195:21, 196:1
**events** [4] - 44:8, 66:9, 66:23, 196:12
**eventually** [1] - 94:7
**everyday** [1] - 25:6
**everywhere** [2] - 13:24, 163:22
**evidence** [111] - 15:19, 21:12, 21:14, 21:17, 21:20, 22:17, 22:18, 22:20, 22:23, 22:24, 22:25, 23:3, 23:4, 23:6, 23:8, 23:11, 23:12, 23:14, 23:15, 23:17, 24:9, 24:20, 24:23, 25:13, 25:14, 25:18, 26:2, 28:4, 29:1, 29:3, 29:12, 29:14, 29:15, 29:25, 30:6, 32:6, 33:6, 33:10, 38:11, 40:7, 45:22, 48:15, 56:23, 56:24, 60:25, 61:15, 61:17, 61:20, 61:24, 64:5, 65:4, 65:23, 66:2, 67:7, 67:21, 69:20, 70:25, 71:3, 71:6, 71:7, 71:24, 72:3, 73:21, 76:17, 77:12, 77:17, 78:15, 78:22, 79:14, 82:20, 83:5, 85:1, 88:10, 89:21, 89:23, 91:6, 91:7, 92:2, 92:5, 92:13, 93:12, 94:25, 97:1, 98:17, 100:6, 105:16, 117:3, 120:19, 121:8, 124:11, 129:24, 131:14, 132:25, 151:16, 163:6, 165:16, 167:2, 179:15, 191:8, 191:10, 200:13, 200:17, 203:22, 204:3, 204:6,

204:13, 210:19
**evidentiary** [2] - 6:8, 102:25
**ex** [1] - 180:13
**ex-boyfriend** [1] - 180:13
**exact** [4] - 80:12, 150:23, 168:10, 178:5
**exactly** [8] - 31:2, 44:2, 66:9, 80:4, 85:20, 110:10, 147:1, 207:15
**exaggerated** [1] - 90:12
**exaggerating** [1] - 84:21
**exam** [1] - 208:24
**examination** [7] - 11:25, 12:7, 14:20, 172:3, 187:13, 192:22, 203:13
**EXAMINATION** [8] - 107:11, 128:1, 171:1, 173:19, 187:19, 207:1, 214:8, 214:9
**examinations** [1] - 66:15
**examine** [3] - 29:6, 29:8, 65:25
**examined** [1] - 107:7
**examining** [1] - 61:14
**example** [3] - 26:4, 27:19, 46:20
**except** [6] - 20:4, 22:13, 55:18, 78:14, 84:3, 172:21
**excepts** [1] - 66:19
**excerpts** [4] - 72:24, 84:16, 85:18, 88:18
**exchange** [11] - 27:3, 47:8, 51:9, 52:23, 58:19, 74:3, 150:25, 167:7, 180:22, 181:9, 203:18
**exchanged** [10] - 6:2, 7:7, 7:18, 7:24, 11:12, 30:1, 46:17, 95:8, 96:4, 96:24
**exchanges** [1] - 56:1
**excited** [2] - 85:16, 157:23
**exclamation** [1] - 196:8
**excuse** [10] - 34:1, 47:8, 60:22, 76:9, 88:24, 129:14, 136:13, 141:1, 147:18, 164:20
**excused** [3] - 118:6, 213:4, 213:6
**Exhibit** [19] - 13:7, 14:25, 116:14, 116:21, 117:3, 121:5, 121:8, 124:11, 176:23, 179:16, 181:5, 200:6, 200:21, 204:12, 215:4, 215:6, 215:8, 215:22, 215:24
**exhibit** [4] - 7:7, 16:10, 50:18, 76:17
**exhibits** [25] - 3:23, 4:17, 6:2, 6:5, 6:7, 6:9, 6:14, 7:8, 7:11, 7:12, 7:16, 7:19, 7:24, 8:20, 9:4, 9:13, 17:9, 22:20, 25:2, 25:8, 32:5, 103:15, 110:1, 110:4, 204:7
**Exhibits** [1] - 13:6
**exits** [4] - 19:8, 100:1, 172:5, 172:8
**expect** [4] - 26:16, 88:21, 156:15, 156:19
**expectation** [1] - 91:14
**expected** [5] - 26:11, 68:12, 69:24, 91:15, 91:25
**expecting** [2] - 73:16, 91:22
**expensive** [1] - 151:14
**experience** [4] - 25:3, 72:6, 84:10, 187:3
**experienced** [4] - 61:2, 84:9, 88:15,

176:4
**explain** [3] - 13:14, 98:12, 182:5
**explanation** [3] - 98:12, 98:16, 125:23
**explicit** [10] - 43:25, 47:4, 48:16, 48:25, 69:23, 73:15, 74:8, 74:9, 81:11, 87:12
**explicitly** [2] - 68:14, 89:24
**explore** [1] - 67:13
**exposed** [1] - 28:5
**express** [1] - 195:7
**expresses** [1] - 77:23
**expressing** [1] - 81:19
**extent** [6] - 6:4, 22:8, 23:9, 102:20, 123:9, 205:10
**extremely** [1] - 153:8
**eyes** [1] - 70:5

## F

**fabrications** [1] - 85:3
**face** [33] - 48:8, 57:1, 65:9, 71:20, 73:18, 75:13, 75:15, 76:5, 96:10, 133:15, 133:21, 135:7, 141:5, 141:6, 143:9, 143:12, 144:23, 149:2, 149:9, 149:14, 150:15, 175:2, 175:3, 176:20, 177:5, 177:6, 177:21, 179:9
**Facebook** [1] - 28:11
**Facebooking** [1] - 212:22
**faces** [1] - 79:22
**facing** [3] - 147:2, 147:3, 147:4
**fact** [25] - 8:12, 14:3, 14:7, 14:12, 21:20, 36:16, 45:4, 45:17, 47:25, 48:19, 49:20, 51:12, 52:15, 54:4, 58:19, 87:15, 91:23, 98:2, 106:3, 106:5, 189:15, 194:6, 195:25, 198:17, 210:16
**factors** [2] - 69:21, 69:22
**facts** [4] - 21:20, 21:21, 22:20, 25:15
**factual** [1] - 29:19
**failures** [1] - 67:4
**fair** [2] - 171:9, 202:19
**fairly** [9] - 31:20, 118:21, 119:11, 119:21, 120:6, 120:24, 162:20, 165:8, 212:25
**fall** [2] - 33:4, 183:13
**false** [2] - 90:9, 94:20
**familiar** [2] - 67:16, 116:7
**family** [1] - 26:9
**fancy** [2] - 42:24, 43:4
**far** [13] - 45:7, 73:15, 91:8, 94:24, 99:2, 102:6, 107:25, 121:16, 123:21, 123:22, 141:22, 141:23, 142:1
**FARIELLO** [1] - 1:16
**fashion** [2] - 35:21, 113:7
**fast** [1] - 24:3
**father** [5] - 4:9, 78:2, 78:8, 78:14, 93:24
**feature** [3] - 42:7, 42:20, 43:7
**February** [7] - 54:6, 62:3, 131:20, 208:13, 208:19, 208:22, 209:10
**federal** [4] - 4:20, 8:8, 26:11, 190:23

**fee** [6] - 50:9, 64:25, 68:20, 76:19, 127:4, 204:17
**feet** [2] - 133:22, 141:4
**fellow** [3] - 26:20, 30:2, 30:5
**felt** [6] - 39:7, 96:11, 138:20, 139:9, 164:7, 183:5
**Ferriollo** [5] - 49:5, 50:6, 50:10, 58:1, 58:5
**fetish** [6] - 37:15, 56:7, 71:16, 71:23, 169:9, 169:11
**few** [27] - 7:4, 17:25, 18:12, 35:21, 39:4, 39:18, 47:23, 48:2, 53:19, 57:25, 62:9, 75:19, 78:8, 78:10, 81:6, 81:7, 87:6, 89:19, 101:22, 114:24, 115:19, 116:6, 133:14, 194:17, 195:3, 196:12, 202:9
**FHN** [1] - 47:22
**fifteen** [1] - 173:5
**Fifty** [1] - 104:15
**fight** [1] - 152:23
**figure** [2] - 6:7, 179:13
**figuring** [1] - 33:2
**file** [3] - 31:21, 183:8, 213:12
**filed** [9] - 62:5, 63:20, 64:11, 67:11, 71:15, 110:6, 111:8, 128:19, 183:13
**films** [1] - 84:4
**final** [4] - 21:13, 77:25, 80:7, 88:3
**finally** [9] - 30:8, 39:11, 69:15, 80:19, 83:5, 84:19, 90:7, 135:1, 187:8
**finder** [3] - 51:5, 55:23, 56:25
**finders** [7] - 42:13, 44:4, 49:4, 51:7, 51:13, 55:24, 58:2
**fine** [16] - 6:6, 6:15, 8:22, 9:5, 33:4, 75:6, 82:16, 101:25, 102:14, 105:5, 105:12, 106:7, 170:12, 178:12, 204:1, 212:18
**finger** [1] - 122:12
**fingers** [1] - 100:7
**finish** [4] - 35:10, 137:22, 138:13, 172:2
**finished** [3] - 63:19, 75:10, 205:22
**finishing** [1] - 35:11
**firm** [5] - 3:20, 4:7, 4:13, 185:6, 186:22
**first** [81] - 5:21, 8:7, 11:20, 12:5, 12:16, 13:14, 16:5, 20:17, 25:25, 28:25, 35:17, 37:21, 38:8, 38:16, 39:3, 39:14, 42:24, 45:7, 47:1, 51:21, 54:7, 59:15, 60:3, 61:24, 61:25, 62:6, 64:22, 69:23, 71:17, 75:8, 77:6, 77:7, 79:1, 79:5, 79:19, 81:24, 82:14, 86:7, 95:10, 95:11, 107:3, 107:6, 111:13, 111:22, 113:12, 113:14, 114:2, 118:21, 123:2, 125:14, 126:14, 130:3, 133:5, 135:6, 142:14, 148:22, 152:13, 152:16, 161:15, 164:10, 169:23, 170:3, 172:17, 186:3, 196:17, 196:20, 196:21, 198:5, 198:6, 198:11, 198:22, 198:23, 199:1, 199:15, 204:16, 209:1, 209:2, 209:14
**fist** [1] - 68:4
**five** [15] - 18:13, 19:1, 36:24, 61:10,

70:17, 70:20, 79:5, 94:15, 101:13, 109:16, 137:17, 146:24, 154:18, 154:20, 209:14
**Five** [1] - 70:20
**fixation** [1] - 122:22
**fixer** [2] - 42:13, 91:4
**flee** [1] - 89:12
**flew** [2] - 86:4, 114:21
**flexible** [1] - 30:21
**flight** [12] - 40:9, 114:22, 115:3, 129:6, 129:13, 130:10, 130:12, 130:18, 130:21, 135:19, 151:14
**flights** [5] - 115:5, 161:23, 179:11, 188:21
**flirtatious** [1] - 138:17
**floor** [11] - 30:15, 43:1, 69:4, 140:2, 140:3, 140:7, 160:18, 160:19, 160:24, 163:10, 175:1
**Floor** [1] - 1:19
**Florida** [5] - 37:1, 37:12, 38:7, 84:25, 107:20
**flown** [1] - 125:24
**focus** [2] - 179:19, 213:1
**folder** [1] - 157:20
**follow** [2] - 21:23, 29:3
**following** [4] - 16:23, 22:4, 32:8, 172:6
**follows** [2] - 12:15, 107:7
**food** [4] - 158:5, 168:7, 168:8, 168:12
**FOR** [1] - 1:13
**force** [1] - 73:15
**forced** [18] - 14:5, 34:21, 36:20, 37:5, 39:24, 44:20, 46:12, 46:14, 50:21, 60:1, 60:16, 64:20, 83:2, 90:2, 161:15, 164:4, 189:1, 212:9
**forcing** [1] - 40:18
**forgive** [8] - 49:23, 133:13, 148:14, 148:20, 153:21, 165:18, 170:10, 191:8
**forgot** [2] - 60:23, 104:11
**form** [1] - 207:10
**formula** [1] - 25:1
**forth** [6] - 6:14, 6:21, 13:24, 14:1, 55:24, 151:1, 151:5, 169:14
**forums** [1] - 27:24
**forward** [11] - 8:12, 8:14, 9:2, 14:15, 42:3, 42:4, 53:2, 53:23, 53:25, 54:2, 60:6
**foundation** [7] - 120:25, 162:6, 162:7, 162:11, 162:13, 162:15, 165:3
**four** [12] - 47:19, 61:10, 62:2, 62:3, 70:15, 70:21, 85:7, 85:8, 109:16, 133:3, 135:1, 154:18
**four-page** [1] - 133:3
**four-way** [1] - 85:7
**fours** [2] - 133:11, 133:19
**fourth** [2] - 27:16, 135:2
**fragile** [5] - 54:22, 55:3, 55:5, 57:10
**frank** [2] - 49:19, 59:4
**frankly** [4] - 6:16, 6:20, 43:1, 49:23
**freaked** [2] - 163:20, 163:23

*(free - hen)*    *Page 11*

3/21/2022 Moore v Rubin

**free** [5] - 56:10, 90:6, 144:11, 152:6, 175:6

**freely** [5] - 70:8, 72:18, 76:25, 89:9, 205:16

**frequently** [1] - 23:19

**Friday's** [1] - 71:20

**Fridays** [1] - 30:23

**friend** [19] - 37:25, 52:6, 60:2, 69:16, 81:24, 82:12, 87:25, 88:2, 88:18, 97:25, 98:1, 98:22, 98:25, 183:25, 184:6, 184:7, 184:8, 184:11, 184:24

**friendly** [2] - 79:2, 97:7

**friends** [10] - 13:20, 26:10, 65:1, 68:22, 84:24, 94:4, 98:19, 99:4, 99:7, 183:21

**front** [19] - 22:9, 63:23, 68:13, 70:2, 73:22, 74:4, 82:21, 118:19, 134:1, 140:21, 140:22, 156:25, 162:16, 165:6, 166:2, 166:20, 169:2, 200:5, 207:10

**fruit** [2] - 157:24, 167:19

**fuck** [1] - 54:19

**fucked** [1] - 54:20

**fulfill** [1] - 24:19

**full** [6] - 61:7, 92:22, 93:3, 94:8, 130:22, 185:13

**full-time** [1] - 94:8

**fully** [2] - 20:14, 30:4

**fun** [22] - 51:21, 51:22, 58:3, 73:6, 74:22, 75:21, 76:3, 76:5, 76:6, 86:20, 86:25, 87:1, 87:2, 95:13, 95:15, 95:23, 113:22, 155:14

**functionally** [1] - 204:8

**furnish** [1] - 94:13

**furniture** [7] - 69:3, 97:14, 119:17, 120:1, 120:11, 120:22, 212:2

## G

**gag** [13] - 59:21, 142:14, 143:2, 143:3, 143:21, 144:24, 147:22, 152:4, 158:22, 158:25, 159:22, 161:11, 174:19

**gags** [2] - 34:25, 68:5

**game** [3] - 74:17, 137:23, 138:13

**garbage** [1] - 4:21

**garbage-dump** [1] - 4:21

**general** [1] - 101:14

**generally** [10] - 10:1, 10:19, 17:25, 21:6, 29:10, 35:12, 35:16, 54:7, 109:2, 113:19

**gentleman** [3] - 112:16, 137:6, 137:8

**Gentleman** [1] - 99:17

**gentlemen** [9] - 20:12, 61:1, 90:20, 99:5, 107:2, 117:25, 172:1, 184:1, 212:19

**Georgia** [1] - 38:22

**gift** [2] - 210:22, 211:9

**GILBERT** [39] - 2:8, 128:15, 129:22, 131:12, 132:23, 142:19, 162:7, 162:14, 163:4, 165:12, 166:21, 166:23, 170:19, 187:14, 187:16, 187:20, 191:3, 191:17,

193:5, 193:8, 193:23, 194:20, 195:11, 200:3, 200:13, 200:18, 200:20, 203:21, 203:25, 204:3, 204:11, 207:2, 207:6, 207:17, 207:22, 207:24, 208:15, 212:18, 214:9

**Gilbert** [3] - 3:20, 166:19, 212:16

**girl** [14] - 57:10, 58:3, 59:2, 63:25, 92:20, 108:21, 108:22, 144:20, 144:22, 149:8, 175:22, 177:14

**girlfriend** [1] - 75:22

**girlfriends** [1] - 74:24

**girls** [13] - 47:19, 48:10, 61:3, 72:4, 74:21, 75:5, 85:13, 85:22, 112:16, 125:25, 130:16, 157:21, 157:22

**given** [7] - 30:20, 125:20, 128:17, 158:13, 158:14, 164:3, 211:3

**glad** [1] - 84:11

**glass** [2] - 138:7, 145:4

**glass-looking** [1] - 145:4

**God** [3] - 58:2, 58:9, 58:14

**goodbye** [1] - 27:1

**Google** [1] - 28:8

**govern** [2] - 22:2, 25:24

**grabbed** [4] - 34:13, 138:22, 143:25, 177:9

**grace** [1] - 19:1

**graduate** [3] - 37:2, 37:12, 108:2

**grand jury** [1] - 76:7

**great** [6] - 36:5, 51:22, 75:14, 84:7, 87:1, 96:9

**green** [2] - 51:20, 146:7

**greet** [2] - 27:8, 85:25

**grew** [1] - 93:16

**Grey** [4] - 67:18, 104:15, 122:23, 126:7

**GROVER** [1] - 2:4

**Grover** [1] - 4:3

**growing** [1] - 35:20

**grown** [1] - 67:10

**Guardia** [1] - 130:11

**guess** [7] - 49:22, 60:11, 75:17, 145:25, 185:14, 194:19, 207:20

**guessing** [1] - 73:25

**guide** [1] - 24:24

**guides** [1] - 29:16

**guy** [2] - 65:12, 88:22

**guys** [4] - 49:10, 52:9, 76:6

## H

**half** [8] - 7:6, 98:14, 131:17, 136:19, 136:21, 160:25, 161:3, 180:15

**Hall** [1] - 185:11

**hall** [2] - 27:8, 31:13

**Hallmoore** [1] - 185:12

**HAMPTON** [1] - 2:7

**hand** [1] - 171:6

**handle** [2] - 10:15, 75:24

**handles** [1] - 9:17

**handling** [1] - 129:13

**hands** [15] - 78:13, 133:21, 134:1,

134:15, 134:18, 134:19, 143:11, 146:10, 146:11, 146:14, 169:1, 169:2, 169:5, 171:9, 174:15

**hang** [1] - 184:15

**Hang** [1] - 184:17

**hanging** [2] - 51:22, 87:1

**happy** [7] - 75:23, 76:2, 76:6, 99:2, 132:14, 157:16, 178:7

**harbored** [1] - 43:20

**hard** [9] - 22:15, 28:19, 47:6, 48:8, 53:5, 187:2, 195:6, 195:8, 213:1

**hardest** [1] - 26:1

**harm** [1] - 104:18

**Harvard** [1] - 35:25

**Hassan** [1] - 39:12

**Hassen** [16] - 45:14, 46:22, 47:12, 47:23, 48:19, 49:2, 50:1, 55:20, 57:21, 58:11, 59:19, 71:10, 74:3, 78:15, 94:17

**HASSEN** [2] - 1:4, 1:17

**hassen** [1] - 77:11

**Hassen's** [1] - 77:15

**hate** [1] - 58:23

**hates** [1] - 58:3

**hazardous** [8] - 50:11, 50:20, 76:21, 77:8, 127:6, 204:19, 205:7, 205:13

**hazy** [1] - 77:15

**head** [1] - 15:18

**hear** [72] - 5:19, 5:21, 8:24, 12:10, 20:15, 20:24, 21:20, 22:15, 28:1, 28:8, 28:9, 34:3, 34:10, 34:14, 34:16, 34:18, 34:20, 34:21, 34:23, 35:3, 35:16, 35:24, 36:2, 36:10, 37:22, 37:25, 38:25, 39:11, 39:15, 40:7, 42:9, 42:15, 42:20, 43:6, 43:13, 43:23, 44:8, 44:14, 45:23, 46:6, 46:12, 46:16, 53:19, 56:13, 58:7, 58:11, 59:10, 59:15, 60:9, 66:3, 68:7, 68:9, 68:10, 69:10, 74:18, 85:17, 87:6, 87:10, 94:3, 94:11, 94:23, 95:10, 95:17, 95:20, 97:9, 97:15, 98:17, 101:10, 122:6, 184:21

**heard** [22] - 22:25, 23:1, 23:10, 29:24, 30:4, 30:5, 33:21, 33:24, 38:2, 63:15, 66:18, 74:24, 81:1, 90:24, 91:1, 91:4, 93:12, 95:2, 110:10, 122:25, 123:1, 178:9

**hearing** [8] - 28:13, 28:14, 36:23, 45:24, 46:2, 46:15, 60:6, 182:25

**hearsay** [4] - 12:18, 12:19, 14:10, 183:24

**heart** [1] - 95:24

**Heather** [1] - 65:6

**height** [1] - 36:4

**Heights** [1] - 107:24

**Helen** [1] - 3:21

**hello** [2] - 26:25, 200:25

**help** [5] - 29:3, 29:16, 32:15, 63:7, 96:22

**helped** [2] - 94:11, 94:12

**helping** [1] - 3:23

**hen** [1] - 42:12

**heroin** [1] - 78:6
**herself** [4] - 38:17, 42:11, 63:24, 86:19
**hesitate** [3] - 8:10, 96:12, 96:13
**hi** [1] - 84:7
**hide** [1] - 77:6
**high** [3] - 43:1, 68:25, 70:17
**high school** [4] - 35:10, 37:2, 37:12, 108:2
**high-rise** [1] - 68:25
**highest** [1] - 36:13
**highlight** [2] - 122:12, 153:3
**himself** [3] - 3:15, 69:12, 157:13
**hire** [2] - 35:14, 152:23
**hired** [4] - 36:1, 109:8, 111:20, 210:10
**hit** [8] - 20:19, 27:22, 148:8, 148:19, 149:1, 149:14, 150:15, 179:9
**hits** [1] - 67:19
**hitting** [4] - 85:19, 149:3, 149:10, 160:17
**Hogrefe** [1] - 65:6
**hold** [3] - 90:11, 166:23, 171:3
**holding** [1] - 142:25
**home** [10] - 32:17, 82:9, 82:10, 89:14, 131:1, 151:12, 157:1, 182:18, 212:20
**hometown** [2] - 36:12, 37:1
**honest** [4] - 49:19, 49:23, 55:8, 57:3
**honestly** [3] - 31:20, 164:19, 210:18
**honesty** [3] - 49:15, 57:17, 58:15
**Honor** [111] - 3:12, 3:16, 4:2, 4:11, 5:22, 6:12, 6:25, 7:2, 7:15, 7:22, 8:3, 8:6, 8:11, 8:25, 9:9, 9:12, 9:17, 10:11, 10:24, 11:6, 11:8, 11:12, 11:22, 11:23, 12:9, 12:16, 13:1, 13:12, 13:22, 14:9, 14:14, 15:21, 15:24, 16:1, 16:15, 17:6, 17:17, 18:7, 18:10, 18:19, 19:2, 19:10, 19:17, 33:13, 33:15, 101:9, 101:11, 101:22, 102:1, 102:10, 102:16, 103:5, 103:14, 104:3, 104:16, 107:4, 107:10, 111:12, 116:17, 116:20, 116:25, 117:1, 117:16, 118:16, 119:4, 119:8, 120:13, 120:18, 121:10, 124:7, 124:13, 129:19, 130:1, 131:9, 132:21, 133:2, 142:16, 142:23, 143:16, 146:19, 163:3, 169:22, 171:15, 171:21, 172:10, 172:17, 172:21, 173:3, 173:4, 173:6, 173:16, 179:15, 183:16, 183:24, 184:14, 184:22, 186:4, 186:7, 186:10, 187:11, 187:16, 191:7, 191:13, 191:17, 200:20, 204:4, 207:22, 212:18, 213:7
**Honor's** [1] - 9:22
**HONORABLE** [1] - 1:13
**Honorable** [2] - 3:4, 3:6
**hookers** [2] - 68:20, 68:23
**hope** [8] - 7:17, 8:2, 30:9, 97:19, 196:8, 200:25, 202:2, 202:25
**hoped** [1] - 52:2
**hopefully** [3] - 36:23, 37:9, 171:23
**hoping** [1] - 95:19
**Hopper** [20] - 54:5, 54:6, 62:4, 63:4, 63:8, 63:10, 63:14, 63:16, 81:2, 81:8,

81:10, 83:7, 92:25, 93:4, 95:5, 96:2, 96:11, 96:19, 96:24
**HOPPER** [2] - 1:4, 1:17
**horrible** [2] - 65:3, 189:25
**hospitalized** [2] - 71:5, 71:7
**hostess** [1] - 93:19
**hostile** [3] - 10:13, 10:18, 10:19
**hot** [5] - 59:2, 65:16, 86:20, 92:20, 95:23
**Hotel** [2] - 72:13, 114:8
**hotel** [6] - 136:22, 136:24, 136:25, 137:1, 137:3, 137:8
**hotels** [2] - 68:24, 151:13
**hounded** [1] - 77:18
**hounding** [1] - 77:22
**hour** [16] - 4:20, 19:1, 30:13, 44:14, 65:10, 99:18, 100:8, 136:19, 136:20, 137:23, 150:24, 160:25, 161:2, 168:11
**hours** [8] - 84:16, 136:19, 136:21, 137:10, 137:13, 157:9, 161:1, 161:3
**house** [1] - 149:16
**housekeeping** [2] - 9:7, 11:11
**Howard** [17] - 1:22, 2:8, 3:19, 16:23, 34:7, 36:12, 58:21, 61:12, 92:4, 93:20, 95:11, 96:7, 97:16, 98:19, 99:4, 187:24, 190:5
**HOWARD** [1] - 1:10
**Howie** [29] - 46:22, 49:7, 49:9, 51:8, 51:10, 52:25, 56:2, 58:21, 63:12, 63:15, 63:18, 63:20, 63:24, 66:7, 67:7, 69:17, 69:23, 70:17, 70:19, 75:11, 78:13, 84:3, 84:7, 85:4, 85:8, 95:22, 96:9, 97:19, 196:5
**howie** [2] - 74:23, 76:4
**Howie's** [1] - 63:5
**hugs** [3] - 97:19, 196:6, 196:10
**human** [1] - 59:8
**humiliation** [2] - 72:5, 73:5
**humor** [1] - 53:3
**hundred** [2] - 65:13, 211:22
**hundreds** [4] - 53:21, 70:16, 84:5
**hurt** [8] - 55:14, 65:17, 66:11, 66:23, 70:9, 90:7, 141:7, 144:16
**husband** [2] - 93:24, 94:2

---

## I

**I-4** [3] - 166:17, 167:2, 215:20
**I4** [1] - 179:15
**iceberg** [1] - 84:22
**idea** [3] - 180:8, 180:9, 211:1
**ideas** [1] - 5:10
**Illinois** [1] - 37:11
**illustrate** [1] - 61:25
**illustrates** [1] - 18:5
**image** [1] - 142:1
**immediately** [2] - 14:18, 26:19
**impact** [1] - 23:21
**impeachment** [1] - 191:15
**important** [15] - 20:22, 23:13, 24:18,

25:25, 26:6, 27:12, 31:5, 31:19, 32:10, 33:4, 33:5, 39:3, 52:21, 68:13, 79:22
**importantly** [4] - 25:4, 43:24, 92:5, 96:17
**impractical** [1] - 153:8
**impress** [1] - 42:21
**impressed** [1] - 43:2
**imprisoned** [1] - 60:17
**imprisonment** [1] - 94:21
**in-person** [2] - 109:14, 109:23
**incident** [11] - 39:25, 44:19, 44:20, 45:15, 48:21, 51:21, 144:21, 156:14, 156:15, 182:24, 186:3
**incidents** [6] - 36:20, 43:23, 44:19, 44:22, 45:25, 57:20
**inclined** [1] - 18:24
**include** [3] - 6:1, 66:5, 84:2
**included** [3] - 132:2, 179:24, 180:6
**includes** [1] - 26:9
**including** [5] - 50:7, 50:10, 76:20, 127:5, 204:18
**incommunicado** [1] - 28:15
**incorrect** [4] - 11:17, 128:25, 166:1, 190:7
**increase** [1] - 126:24
**increasingly** [1] - 44:10
**indicate** [1] - 209:13
**indicated** [2] - 11:13, 85:11
**Indicating** [1] - 171:8
**indication** [1] - 209:21
**individual** [2] - 52:8, 111:24
**industry** [1] - 94:5
**infer** [1] - 23:4
**inferences** [1] - 22:22
**inferred** [1] - 23:10
**infliction** [2] - 94:21, 104:18
**influence** [2] - 27:12, 27:13
**influenced** [1] - 28:5
**influencing** [1] - 27:14
**info** [1] - 76:4
**information** [7] - 16:17, 24:18, 52:6, 90:24, 91:1, 153:10, 208:17
**inherent** [2] - 77:2, 205:19
**initial** [7] - 5:25, 7:4, 7:9, 42:16, 77:10, 113:19, 125:17
**initialing** [1] - 79:16
**initials** [3] - 125:11, 125:12, 125:16
**initiated** [2] - 83:8, 202:17
**initiating** [1] - 54:10
**injured** [14] - 61:11, 61:23, 71:3, 71:8, 71:11, 72:20, 75:17, 76:10, 78:21, 81:21, 83:4, 83:9, 86:6, 88:9
**injuries** [12] - 37:20, 45:3, 52:3, 60:18, 70:9, 70:13, 70:14, 88:11, 88:12, 89:13, 89:19, 162:21
**injury** [10] - 50:12, 76:21, 78:13, 84:20, 127:6, 153:22, 154:3, 154:7, 204:20, 205:8
**input** [1] - 117:19

**insane** [2] - 86:20, 95:23
**inside** [5] - 26:24, 69:5, 139:1, 139:8, 139:11
**insist** [1] - 18:22
**insists** [1] - 70:8
**instance** [1] - 67:25
**instead** [6] - 37:21, 48:17, 50:21, 52:11, 55:12, 62:14
**instruct** [2] - 23:16, 59:9
**instructed** [3] - 15:12, 27:6, 29:25
**instruction** [4] - 15:15, 15:17, 103:18, 103:21
**instructions** [8] - 21:11, 21:13, 22:1, 24:24, 25:17, 25:21, 29:21
**insulting** [1] - 68:2
**intend** [4] - 8:1, 9:13, 11:14, 17:14
**intends** [1] - 29:2
**intense** [7] - 47:16, 72:5, 72:11, 73:15, 73:25, 75:24, 81:20
**intentional** [1] - 104:17
**interacted** [1] - 39:3
**interacting** [1] - 39:19
**interaction** [2] - 38:17, 123:21
**interactions** [3] - 123:13, 129:10, 167:16
**interest** [1] - 77:23
**interested** [1] - 68:21
**interesting** [1] - 49:11
**internet** [4] - 27:19, 27:24, 28:20, 212:24
**interpretation** [1] - 29:14
**intimidated** [1] - 193:3
**introduce** [7] - 3:15, 84:17, 92:3, 98:19, 98:22, 98:25, 99:3
**introduced** [6] - 32:5, 72:23, 81:23, 88:17, 97:24, 98:18
**introducing** [1] - 17:4
**introduction** [2] - 99:7, 102:19
**investor** [1] - 36:1
**invited** [1] - 97:25
**invoices** [2] - 101:20, 102:12
**involve** [2] - 132:16, 198:2
**involved** [10] - 42:10, 47:13, 79:6, 79:8, 93:22, 94:10, 115:23, 189:6, 199:1, 205:5
**involves** [2] - 67:23, 93:13
**ISAACS** [1] - 1:25
**Isaacs** [1] - 3:24
**issue** [6] - 17:6, 17:9, 32:12, 166:20, 178:9
**issues** [3] - 6:22, 29:16, 29:17
**item** [4] - 61:25, 76:17, 146:13, 182:19
**items** [5] - 12:12, 79:9, 79:10, 101:11, 134:22

## J

**Jackson** [1] - 26:20
**January** [12] - 58:20, 125:3, 126:12, 127:8, 128:5, 128:8, 129:1, 155:9, 155:23, 156:2, 203:14, 210:17
**Jeffrey** [1] - 61:2
**Jen** [14] - 62:7, 62:11, 63:4, 63:5, 63:18, 66:7, 69:17, 73:12, 82:5, 93:15, 93:16, 93:22, 96:21, 97:5
**JENNIFER** [1] - 1:10
**Jennifer** [60] - 2:3, 2:10, 4:4, 4:5, 16:22, 34:8, 40:16, 42:10, 42:19, 54:11, 56:23, 57:5, 57:10, 57:12, 58:22, 59:1, 69:16, 90:23, 91:2, 92:2, 92:6, 92:9, 94:16, 94:20, 94:22, 94:24, 95:8, 95:12, 95:16, 95:18, 96:4, 96:6, 96:13, 96:15, 96:19, 96:25, 97:9, 97:22, 98:11, 98:21, 99:6, 99:10, 99:14, 114:25, 115:1, 115:9, 115:10, 115:20, 125:24, 126:11, 130:7, 131:6, 132:7, 136:4, 150:13, 150:22, 156:23, 167:8, 210:10, 211:19
**JenniferThun.CSR@Gmail.com** [1] - 2:11
**job** [3] - 21:13, 24:19, 27:12
**jobs** [2] - 109:5, 109:6
**Joel** [1] - 78:15
**JOHN** [1] - 1:20
**John** [3] - 3:12, 33:19, 63:16
**join** [2] - 62:2, 98:1
**joined** [2] - 63:18, 63:21
**joins** [1] - 63:19
**joint** [1] - 4:17
**joint pretrial order** [4] - 4:16, 5:4, 5:25, 8:15
**joke** [1] - 93:2
**jokes** [2] - 58:23, 82:22
**JOLENE** [1] - 2:5
**Jolene** [2] - 4:7, 90:22
**jolt** [1] - 68:11
**JPTO** [4] - 6:15, 7:7, 7:13, 17:7
**Judge** [16] - 15:5, 20:7, 20:12, 20:24, 20:25, 21:6, 46:4, 59:13, 60:10, 61:16, 74:13, 90:21, 90:25, 104:24, 166:23, 170:19
**judge** [5] - 8:8, 31:20, 32:10, 59:9, 65:24
**JUDGE** [1] - 1:14
**judges** [8] - 8:9, 10:12, 10:14, 20:24, 21:1, 21:2, 21:4, 21:19
**July** [1] - 77:13
**jumped** [1] - 14:15
**June** [26] - 49:2, 57:19, 57:24, 57:25, 74:11, 75:8, 75:19, 166:8, 167:6, 167:17, 167:22, 173:24, 179:21, 179:25, 180:20, 180:23, 181:14, 181:18, 181:19, 182:2, 182:12, 182:23, 194:18
**juror** [1] - 104:8
**JURORS** [1] - 20:9
**jurors** [8] - 10:23, 26:21, 28:15, 28:21, 30:2, 30:5, 32:19, 106:5
**Jury** [8] - 3:7, 20:3, 60:10, 100:1, 118:6, 173:12, 173:13, 213:4
**jury** [41] - 5:11, 6:6, 15:11, 18:20, 19:7, 19:10, 20:4, 20:6, 20:10, 21:3, 23:22, 24:13, 26:3, 31:8, 31:14, 31:21, 32:17, 90:22, 104:5, 105:15, 110:21, 118:2, 118:11, 118:13, 127:2, 151:20, 153:5, 163:8, 171:3, 172:5, 172:7, 173:8, 179:16, 181:5, 181:22, 182:5, 182:22, 200:18, 200:21, 213:11
**JURY** [1] - 1:13
**jury's** [2] - 15:17, 101:5
**justice** [1] - 90:15

## K

**KAHN** [1] - 117:8
**Kahn** [21] - 3:13, 116:13, 119:19, 120:4, 124:6, 124:20, 125:1, 125:14, 126:23, 130:2, 130:8, 131:8, 134:8, 134:20, 135:13, 145:10, 151:15, 152:8, 154:15, 160:8, 165:2
**Kamal** [1] - 10:23
**Katherine** [1] - 4:14
**KATHERINE** [1] - 2:1
**keep** [10] - 21:23, 24:10, 24:15, 24:18, 30:2, 81:14, 125:19, 130:9, 139:8, 139:11
**kept** [2] - 64:4, 69:5
**key** [5] - 40:7, 53:23, 57:9, 69:6, 156:25
**Khan** [4] - 33:20, 179:14, 181:2, 181:12
**kick** [1] - 75:23
**kicked** [1] - 35:5
**kid** [1] - 96:9
**kidding** [1] - 58:24
**kids** [3] - 36:13, 37:2, 37:11
**kind** [19] - 37:15, 43:2, 59:8, 65:8, 122:21, 123:21, 126:23, 140:4, 143:25, 144:2, 145:5, 150:17, 154:9, 158:2, 158:3, 163:20, 169:8, 169:9, 177:1
**kinds** [4] - 21:1, 53:10, 109:6, 134:24
**kisses** [3] - 97:19, 196:6, 196:10
**kitchen** [1] - 121:18
**knife** [1] - 144:2
**knocked** [1] - 163:22
**knowing** [4] - 61:4, 61:22, 70:5, 211:9
**knowingly** [1] - 76:24, 90:1, 205:15
**knowledge** [3] - 91:20, 92:10, 106:6
**known** [3] - 92:12, 152:13, 183:22
**knows** [1] - 45:18

## L

**lack** [3] - 87:11, 93:10, 145:17
**Ladies** [2] - 85:25, 99:17
**ladies** [9] - 20:12, 61:1, 90:19, 99:5, 107:2, 117:25, 172:1, 183:25, 212:19
**laid** [3] - 59:3, 92:20, 162:13
**lamp** [1] - 163:22
**language** [7] - 50:19, 51:2, 68:2, 91:13, 92:17, 93:13, 203:17

*(laptop - maintain)*                                                      *Page 14*

3/21/2022 Moore v Rubin

**laptop** [2] - 63:1, 117:20
**largely** [1] - 46:7
**Las** [6] - 78:25, 113:16, 188:4, 197:10, 199:13, 199:14
**last** [34] - 4:15, 4:22, 7:13, 11:20, 17:5, 20:25, 23:18, 33:21, 48:15, 48:25, 53:7, 64:6, 67:12, 69:7, 73:5, 74:1, 78:9, 80:7, 80:9, 84:7, 95:13, 103:14, 109:18, 109:21, 110:21, 157:23, 181:14, 181:15, 181:22, 193:6, 193:8, 194:3, 194:7, 194:13
**lasted** [2] - 79:2, 138:20
**latched** [1] - 158:24
**late** [4] - 20:17, 31:4, 93:17, 151:3
**laughing** [6] - 57:8, 57:11, 59:1, 75:1, 144:23, 149:8
**laughs** [1] - 57:7
**Laura** [1] - 77:20
**LAVIGNE** [11] - 2:5, 15:24, 16:3, 16:14, 16:20, 17:13, 18:7, 90:21, 103:14, 103:23, 104:2
**Lavigne** [6] - 4:8, 11:2, 19:4, 90:18, 90:22, 214:6
**LAVIGNE-ALBERT** [11] - 2:5, 15:24, 16:3, 16:14, 16:20, 17:13, 18:7, 90:21, 103:14, 103:23, 104:2
**Lavigne-Albert** [6] - 4:8, 11:2, 19:4, 90:18, 90:22, 214:6
**Law** [1] - 23:18
**law** [13] - 21:21, 21:24, 22:1, 24:22, 29:21, 29:25, 30:3, 31:20, 32:21, 32:22, 32:23, 185:6, 186:22
**lawsuit** [22] - 38:3, 52:22, 54:10, 62:12, 63:21, 64:11, 96:18, 109:8, 183:9, 183:15, 183:19, 185:1, 185:2, 185:4, 185:8, 185:9, 185:16, 185:21, 186:9, 186:24, 190:23
**lawyer** [8] - 8:7, 27:9, 42:2, 109:8, 190:19, 190:21, 208:6, 212:3
**lawyers** [15] - 20:16, 20:20, 22:13, 22:21, 23:24, 26:23, 27:2, 27:6, 27:11, 35:14, 36:1, 36:2, 66:24, 175:24
**lay** [5] - 47:5, 120:24, 133:11, 133:15, 162:15
**laying** [1] - 175:1
**layout** [2] - 121:13, 121:14
**LD** [2] - 75:9, 75:13
**leading** [2] - 75:20, 156:15
**leads** [1] - 25:15
**learn** [17] - 34:11, 41:1, 42:5, 51:6, 63:14, 67:23, 68:19, 69:15, 72:21, 78:14, 78:22, 82:7, 85:4, 89:14, 89:17, 111:22, 184:16
**learned** [1] - 185:3
**learning** [1] - 185:7
**learns** [1] - 62:12
**least** [21] - 5:24, 6:19, 7:10, 9:14, 14:16, 19:16, 19:18, 34:20, 37:4, 37:19, 41:1, 43:22, 43:25, 53:15, 124:2, 125:10, 159:17, 167:15, 168:1, 179:24, 201:18
**leather** [5] - 145:19, 145:22, 146:4, 160:15
**leave** [16] - 31:17, 56:10, 59:22, 72:16, 72:18, 89:7, 90:6, 91:10, 97:3, 97:6, 138:2, 144:11, 152:6, 156:25, 175:6, 178:25
**leaving** [2] - 150:21, 151:13
**led** [5] - 37:18, 42:2, 45:2, 90:3
**left** [14] - 72:17, 82:10, 86:12, 86:19, 88:9, 95:22, 138:4, 149:16, 149:25, 150:6, 161:21, 178:24, 182:17
**leg** [2] - 177:9
**legal** [6] - 24:21, 32:11, 32:12, 126:21, 206:4, 207:5
**legit** [1] - 65:13
**legitimate** [2] - 104:20, 105:2
**legs** [8] - 68:4, 134:15, 140:12, 140:13, 140:14, 140:23, 140:25, 145:20
**lengthy** [1] - 6:7
**less** [1] - 171:24
**letter** [2] - 196:3, 213:12
**letters** [1] - 123:2
**letting** [1] - 29:17
**level** [2] - 22:10, 36:13
**Li** [1] - 4:8
**LI** [1] - 2:5
**liable** [1] - 21:17
**lie** [2] - 46:11, 71:6
**life** [3] - 63:25, 67:12, 81:3
**light** [2] - 25:15, 101:23
**likely** [1] - 25:16
**limited** [1] - 11:25
**limiting** [4] - 15:14, 15:16, 103:18, 103:21
**line** [1] - 209:20
**lines** [1] - 46:13
**lingerie** [1] - 47:21
**link** [1] - 185:1
**lips** [1] - 143:11
**list** [7] - 6:2, 7:7, 16:10, 30:13, 79:8, 79:11, 189:18
**listed** [1] - 209:15
**listen** [6] - 25:9, 32:25, 33:6, 46:5, 54:1, 105:25
**listening** [1] - 32:20, 60:6
**lists** [1] - 16:16
**live** [5] - 66:12, 107:19, 107:20, 201:1, 201:9
**lived** [6] - 35:21, 36:4, 67:9, 78:3, 89:15, 192:15
**lives** [6] - 30:24, 37:1, 37:11, 38:7, 94:1, 94:18
**living** [15] - 78:16, 78:24, 78:25, 89:15, 89:16, 113:12, 113:14, 113:16, 121:2, 121:18, 121:19, 141:25, 142:2, 199:12
**LLP** [5] - 1:21, 2:2, 2:7, 3:18, 3:25
**lobby** [2] - 137:1, 137:2
**locations** [1] - 114:8
**lock** [1] - 69:6
**locked** [1] - 69:5
**logistics** [1] - 97:2
**LOL** [9] - 51:21, 53:1, 65:11, 65:12, 65:20, 75:1, 86:25, 95:15, 95:19
**long-term** [1] - 182:2
**longest** [1] - 78:17
**look** [16] - 12:24, 55:10, 60:6, 72:1, 74:9, 101:4, 105:14, 143:3, 146:3, 155:5, 170:5, 170:9, 193:7, 209:9, 209:20, 210:19
**looked** [1] - 13:5, 212:2
**looking** [10] - 5:2, 28:21, 32:7, 59:5, 126:3, 144:3, 145:4, 154:17, 176:25, 210:13
**looks** [7] - 27:20, 27:21, 98:3, 104:7, 121:13, 125:11, 144:1
**Loop** [1] - 201:9
**Lora** [1] - 75:9
**Loredana** [9] - 15:8, 49:5, 50:5, 58:1, 58:5, 58:14, 74:24, 74:25, 77:14
**loss** [1] - 78:8
**lost** [1] - 44:11
**Lotus** [1] - 114:8
**loud** [1] - 75:1
**love** [16] - 5:14, 48:10, 54:21, 64:14, 64:17, 71:21, 72:4, 73:6, 75:6, 75:13, 76:6, 85:22, 86:21, 95:23, 201:10
**loved** [1] - 84:9
**lunch** [7] - 7:23, 30:11, 30:13, 45:4, 99:18, 99:24, 100:11
**lure** [2] - 44:2, 57:3
**lured** [3] - 37:21, 56:6, 60:12
**luring** [1] - 58:16
**luxury** [1] - 122:1
**LYTELL** [2] - 1:3, 1:17
**Lytell** [20] - 37:25, 51:6, 62:2, 84:24, 85:5, 85:6, 85:8, 85:10, 86:9, 86:19, 87:6, 87:21, 95:5, 95:10, 95:12, 95:21, 95:24, 96:1, 96:19

**M**

**machine** [20] - 133:9, 134:3, 134:5, 134:11, 134:12, 135:4, 145:18, 146:23, 147:1, 147:8, 159:4, 159:5, 160:4, 160:5, 160:6, 176:21, 176:24, 177:1, 177:3
**machines** [1] - 133:7
**mad** [2] - 164:8, 183:7
**madams** [1] - 68:20
**Madison** [1] - 107:24
**magazine** [2] - 109:7, 111:21
**magical** [1] - 25:1
**magistrate** [1] - 21:2
**maid** [1] - 136:6
**mail** [3] - 2:11, 130:4, 196:16
**mails** [2] - 28:12, 130:6
**Maine** [1] - 37:1
**maintain** [1] - 94:13

**maintaining** [1] - 7:14
**majority** [1] - 114:24
**makeup** [1] - 112:2
**man** [15] - 34:6, 52:17, 65:3, 67:8, 82:5, 82:9, 82:13, 82:15, 86:14, 88:1, 93:23, 112:15, 112:22, 113:21, 197:1
**management** [1] - 7:15
**manager** [2] - 40:17, 91:5
**Mandarin** [2] - 72:13, 74:2
**Mandeep** [2] - 3:16, 33:21
**Manhattan** [7] - 65:15, 65:16, 67:9, 87:22, 89:15, 89:16
**manipulated** [1] - 45:12
**manner** [1] - 34:24
**March** [9] - 1:8, 14:4, 163:17, 163:24, 164:11, 164:18, 166:6, 209:18, 213:15
**Marie** [5] - 52:8, 52:9, 52:14, 87:24, 98:22
**marked** [2] - 16:15, 203:22
**maroon** [1] - 146:9
**Marquis** [1] - 93:20
**marriage** [1] - 67:13
**mask** [4] - 18:23, 18:24, 20:14, 22:16
**masking** [1] - 169:8
**masks** [2] - 19:11, 22:11
**material** [1] - 4:22
**matter** [4] - 11:18, 12:19, 14:6, 75:24
**Matter** [1] - 213:15
**matters** [2] - 21:3, 172:6
**MATTHEW** [1] - 1:20
**mature** [1] - 88:15
**Maxim** [2] - 47:20, 47:22
**MAY** [1] - 1:25
**Mayhem** [5] - 111:23, 111:25, 112:7, 196:25, 197:5
**McDonald** [16] - 3:18, 61:13, 67:20, 74:12, 84:2, 87:19, 88:14, 89:5, 90:17, 96:2, 96:17, 98:7, 100:10, 176:1, 182:22, 183:11
**MCDONALD** [37] - 1:24, 3:18, 4:11, 8:6, 8:11, 8:22, 11:6, 60:10, 60:22, 60:25, 63:3, 67:22, 74:13, 74:16, 76:9, 104:10, 104:13, 104:21, 104:24, 105:4, 105:10, 105:18, 105:23, 106:2, 106:8, 117:1, 120:16, 121:6, 173:2, 173:6, 183:16, 183:24, 186:4, 186:7, 186:10, 186:13, 186:17
**McDonald's** [1] - 9:1
**mean** [21] - 35:8, 42:9, 65:20, 79:19, 80:13, 111:19, 123:2, 123:4, 123:6, 123:7, 133:15, 133:19, 133:21, 140:13, 140:16, 150:5, 154:12, 162:8, 170:15, 177:3, 184:1
**meaning** [4] - 6:2, 42:15, 54:9, 138:14
**Meaning** [1] - 8:3
**means** [6] - 25:11, 25:13, 28:8, 123:8, 196:5, 208:21
**meant** [2] - 138:13, 190:14
**meantime** [1] - 13:1
**media** [1] - 27:23

**medical** [6] - 40:10, 78:12, 80:20, 80:25, 84:19, 89:18
**meet** [30] - 7:16, 7:25, 37:19, 48:20, 52:16, 52:24, 78:25, 85:25, 91:21, 109:11, 109:15, 109:23, 111:13, 113:17, 114:3, 114:6, 114:12, 114:18, 115:22, 136:24, 189:2, 193:1, 193:15, 196:21, 197:1, 197:15, 213:8, 213:9, 213:13
**meeting** [12] - 48:22, 52:25, 55:18, 74:25, 95:11, 109:19, 109:23, 113:20, 114:2, 197:11, 197:16, 208:21
**meetings** [3] - 190:5, 191:22, 192:8
**member** [1] - 28:17
**members** [2] - 26:9, 90:21
**Members** [1] - 60:10
**memory** [2] - 125:4, 193:17
**menacing** [1] - 86:14
**mentally** [3] - 57:11, 57:12, 57:13
**mention** [3] - 4:11, 31:25, 164:20
**mentioned** [1] - 27:2, 45:1, 45:10, 94:9, 94:17, 96:2, 98:7, 102:1, 129:5, 165:19, 165:22
**mentioning** [1] - 98:21
**mess** [1] - 86:18
**message** [14] - 13:20, 46:20, 63:24, 64:17, 69:10, 71:17, 96:19, 97:7, 112:12, 115:13, 183:3, 200:10, 200:22, 202:1
**messages** [47] - 46:17, 64:2, 66:4, 66:6, 66:8, 66:13, 70:15, 70:16, 72:23, 77:13, 77:24, 79:21, 81:4, 81:5, 81:7, 81:8, 81:9, 81:10, 82:20, 84:2, 84:4, 84:5, 84:18, 84:22, 85:2, 92:18, 92:23, 93:1, 93:4, 95:7, 95:25, 96:3, 96:4, 96:25, 97:1, 98:5, 98:11, 98:15, 98:21, 99:7, 102:17, 102:18, 112:11, 180:16, 180:17
**messaging** [1] - 115:11
**met** [44] - 36:3, 36:12, 36:25, 37:5, 37:10, 38:6, 38:21, 38:25, 39:1, 39:15, 39:17, 45:4, 52:7, 52:14, 56:22, 70:6, 82:6, 84:25, 93:20, 93:23, 94:12, 110:25, 111:3, 112:14, 113:9, 113:14, 113:18, 113:23, 114:14, 114:17, 115:10, 115:16, 126:12, 126:14, 135:25, 136:22, 137:1, 137:2, 164:10, 196:17, 197:4, 197:7, 209:2
**method** [1] - 12:3
**Mia** [24] - 37:25, 38:4, 38:5, 38:6, 38:20, 45:20, 51:6, 52:23, 55:9, 55:12, 55:15, 55:23, 59:25, 62:1, 84:24, 85:8, 86:19, 95:5, 95:10, 95:11, 95:21, 95:24, 96:18
**MIA** [2] - 1:3, 1:17
**Miami** [1] - 107:20
**Michael** [1] - 3:20
**MICHAEL** [1] - 2:8
**Michigan** [5] - 36:13, 107:22, 107:23, 107:24, 108:11

**microphone** [2] - 60:23, 187:15
**mid** [2] - 30:18, 172:1
**mid-afternoon** [2] - 30:18, 172:1
**middle** [4] - 51:3, 142:3, 142:4, 142:6
**midnight** [2] - 54:17, 151:3
**might** [19] - 4:9, 27:14, 31:16, 32:12, 33:3, 37:20, 45:3, 67:14, 67:16, 68:17, 83:7, 98:13, 106:3, 115:23, 156:16, 156:19, 167:23, 172:18, 178:10
**mile** [1] - 27:9
**mind** [11] - 6:4, 15:10, 21:23, 29:23, 30:2, 30:5, 98:24, 104:16, 171:14, 184:3, 198:9
**mine** [2] - 180:12, 182:20
**MINHAS** [1] - 3:16
**Minhas** [2] - 3:17, 33:21
**minimize** [1] - 6:22
**minimum** [2] - 24:10, 24:15
**minute** [2] - 4:22, 19:5
**minutes** [23] - 18:12, 18:14, 19:1, 19:5, 30:12, 74:13, 101:5, 108:1, 116:6, 126:3, 137:23, 138:1, 138:14, 138:15, 146:24, 149:12, 149:13, 150:5, 150:6, 150:11, 171:24, 172:9, 173:5
**misimpression** [1] - 27:14
**misled** [1] - 90:12
**mispronouncing** [1] - 91:24
**miss** [2] - 33:3, 33:6
**missing** [3] - 104:7, 119:14, 119:24
**mistaken** [1] - 67:2
**misunderstood** [1] - 185:17
**Model** [7] - 47:20, 87:22, 111:23, 111:25, 112:7, 196:25, 197:5
**model** [2] - 47:22, 111:17, 111:19, 112:3, 112:13
**modeling** [4] - 109:5, 109:6, 112:1, 112:3
**models** [4] - 47:25, 48:2, 48:3, 112:14
**moment** [10] - 33:14, 52:13, 52:19, 54:25, 138:9, 138:23, 159:16, 160:12, 166:13, 171:21
**Monday** [2] - 1:8, 30:22
**money** [23] - 16:22, 35:13, 37:17, 37:20, 38:12, 42:21, 42:22, 45:3, 46:14, 49:7, 52:3, 53:25, 61:8, 68:18, 70:23, 75:12, 77:21, 91:16, 91:19, 115:8, 162:2, 164:13, 203:19
**monies** [1] - 153:11
**monstrosity** [1] - 5:20
**month** [3] - 80:22, 82:14, 201:9
**months** [21] - 5:12, 5:17, 7:13, 47:3, 48:21, 48:22, 53:6, 53:7, 54:14, 55:19, 62:3, 62:9, 78:10, 96:4, 96:25, 108:14, 108:16, 155:9, 182:23, 192:17, 194:17, 195:3, 201:18
**Moore** [21] - 3:8, 37:8, 51:8, 52:15, 62:1, 84:24, 85:9, 85:11, 86:6, 86:22, 87:8, 87:24, 95:4, 95:10, 95:17, 95:21, 96:1, 96:18, 98:21, 98:23, 99:2
**MOORE** [2] - 1:3, 1:17

**morning** [46] - 3:12, 3:16, 4:2, 4:15, 5:22, 8:2, 11:16, 13:17, 17:6, 20:12, 20:21, 22:5, 30:11, 30:12, 31:5, 32:18, 33:19, 36:11, 37:9, 41:4, 80:1, 86:17, 90:22, 90:24, 91:2, 91:13, 92:17, 92:19, 93:8, 94:9, 94:17, 95:2, 95:17, 123:15, 151:2, 151:13, 161:20, 175:23, 179:13, 179:25, 181:9, 182:19, 183:1, 212:3, 212:21, 213:3

**most** [17] - 10:2, 10:4, 17:8, 25:4, 33:5, 47:3, 47:13, 55:13, 70:11, 77:9, 79:22, 81:7, 82:8, 85:22, 92:5, 96:17, 158:2

**mostly** [3] - 30:10, 85:1, 97:2

**mother** [1] - 42:12

**motion** [2] - 207:21, 208:1

**motions** [1] - 12:1

**mountain** [1] - 81:9

**mouse** [1] - 27:20

**mouth** [13] - 34:25, 59:21, 142:15, 143:7, 143:13, 143:22, 144:25, 147:22, 158:22, 159:1, 159:22, 161:11, 174:19

**move** [21] - 8:4, 103:10, 103:11, 116:19, 116:20, 118:25, 120:13, 121:4, 124:7, 129:19, 131:9, 132:19, 132:20, 163:2, 165:11, 195:11, 200:13, 204:3, 207:6, 207:17, 207:24

**moved** [9] - 93:17, 93:25, 143:11, 145:6, 146:23, 146:25, 192:12, 201:20

**movie** [7] - 34:13, 105:17, 105:19, 122:23, 122:24, 126:8, 126:9

**movies** [3] - 67:17, 67:18, 105:14

**moving** [1] - 116:18

**MR** [223] - 3:12, 3:16, 3:18, 4:11, 5:22, 6:12, 6:25, 8:6, 8:11, 8:22, 9:9, 9:21, 10:8, 10:10, 10:21, 11:6, 11:7, 11:17, 11:20, 12:22, 12:25, 13:8, 13:11, 13:16, 14:8, 14:11, 14:22, 15:1, 15:3, 15:4, 15:14, 15:20, 17:16, 18:9, 18:15, 18:19, 19:16, 33:13, 33:18, 42:1, 60:10, 60:22, 60:25, 63:3, 67:22, 74:13, 74:16, 76:8, 76:9, 84:2, 87:17, 87:19, 88:14, 89:5, 100:9, 100:10, 101:8, 101:21, 101:25, 102:5, 103:5, 103:8, 103:12, 104:10, 104:13, 104:21, 104:24, 105:4, 105:10, 105:18, 105:23, 106:2, 106:8, 107:4, 107:10, 107:12, 111:12, 116:13, 116:16, 116:20, 117:1, 117:9, 117:15, 118:16, 118:18, 118:25, 119:4, 119:8, 120:13, 120:16, 120:18, 121:4, 121:6, 121:10, 124:6, 124:13, 124:20, 125:1, 125:14, 128:2, 128:15, 129:19, 129:22, 130:1, 130:8, 131:8, 131:12, 131:16, 132:19, 132:23, 133:2, 134:8, 134:17, 135:1, 135:13, 138:9, 142:5, 142:16, 142:19, 142:22, 143:10, 143:16, 145:10, 145:14, 145:25, 146:19, 151:15, 152:8, 152:25, 154:15, 159:5, 160:8, 160:12, 162:5, 162:7, 162:10, 162:14, 163:2, 163:4, 163:12, 165:2, 165:11, 165:12, 166:4, 166:15, 166:19,

166:21, 166:23, 167:1, 167:4, 167:20, 169:18, 170:19, 171:2, 171:15, 171:18, 171:21, 171:23, 172:10, 172:13, 172:20, 173:2, 173:4, 173:6, 173:16, 173:18, 173:20, 176:8, 176:22, 176:25, 178:8, 178:12, 179:14, 179:17, 181:2, 181:6, 181:12, 183:16, 183:24, 184:13, 184:18, 184:22, 185:18, 185:22, 186:4, 186:7, 186:10, 186:13, 186:17, 187:10, 187:14, 187:16, 187:20, 191:3, 191:7, 191:11, 191:17, 193:5, 193:8, 193:23, 194:20, 195:11, 200:3, 200:13, 200:14, 200:18, 200:20, 203:21, 203:25, 204:3, 204:4, 204:7, 204:11, 207:2, 207:6, 207:17, 207:22, 207:24, 208:15, 212:18, 213:7, 214:8, 214:9

**MR. GROVER** [14] - 4:2, 8:25, 11:12, 11:22, 19:2, 19:9, 19:15, 102:24, 116:25, 124:9, 142:20, 184:12, 186:14, 186:18

**Mr. Jackson** [6] - 26:22, 30:13, 31:9, 32:1, 99:22, 117:9

**Mr. Rosenberg** [20] - 5:24, 7:4, 11:2, 12:9, 12:12, 13:7, 14:24, 15:1, 15:6, 101:11, 101:18, 102:10, 102:13, 103:3, 117:5, 119:19, 120:4, 120:21, 126:23, 208:2

**MS** [11] - 15:24, 16:3, 16:14, 16:20, 17:13, 18:7, 90:21, 103:14, 103:23, 104:2, 117:8

**muck** [1] - 5:1

**MULIN** [1] - 2:7

**Mullin** [2] - 3:20, 4:13

**multiple** [1] - 205:1

**music** [1] - 67:17

**must** [5] - 25:14, 32:10, 75:13, 150:17

## N

**naked** [3] - 87:13, 147:18, 147:20

**name** [21] - 4:2, 15:7, 17:1, 33:19, 49:5, 56:23, 56:24, 61:12, 71:14, 87:22, 90:22, 91:24, 107:15, 112:6, 122:17, 130:10, 130:22, 175:8, 175:10, 185:11, 185:13

**named** [1] - 66:18

**names** [4] - 42:25, 54:7, 65:6, 185:10

**narrative** [1] - 14:14

**NAT** [2] - 125:11, 125:16

**Nataha** [1] - 107:16

**Natasha** [27] - 7:22, 36:10, 37:4, 38:25, 39:1, 39:6, 44:13, 53:5, 59:15, 60:2, 64:3, 78:17, 95:5, 96:24, 97:16, 97:20, 107:5, 107:13, 118:19, 124:17, 124:18, 130:10, 131:18, 131:21, 173:23, 196:10

**NATASHA** [4] - 1:4, 1:17, 107:6, 214:7

**native** [1] - 35:18

**nature** [2] - 90:9, 205:8

**NDA** [4] - 63:9, 76:12, 129:9

**necessarily** [1] - 49:15

**necessary** [3] - 4:19, 24:11, 24:19

**need** [25] - 9:8, 11:10, 15:18, 20:6, 20:15, 22:11, 30:21, 49:9, 54:21, 63:6, 63:13, 78:20, 84:12, 84:13, 96:22, 101:23, 101:25, 102:12, 104:5, 117:14, 140:10, 172:23, 203:25, 213:8, 213:12

**needed** [4] - 164:7, 183:5, 183:6, 195:2

**negected** [1] - 4:11

**negotiated** [1] - 17:2

**nerve** [1] - 115:12

**never** [32] - 5:3, 8:7, 17:24, 23:25, 24:7, 31:2, 37:6, 38:2, 43:3, 52:14, 53:14, 57:7, 68:4, 81:1, 81:21, 82:6, 83:9, 89:17, 92:6, 96:14, 97:23, 103:23, 124:3, 125:20, 150:16, 171:14, 174:22, 197:4, 197:7, 206:3, 207:4

**NEW** [1] - 1:2

**new** [12] - 3:25, 5:6, 7:10, 8:15, 19:9, 32:21, 84:9, 174:22, 180:14, 180:18, 180:20, 198:12

**New** [63] - 1:6, 1:19, 1:23, 2:4, 3:4, 34:6, 34:12, 34:17, 35:18, 36:15, 37:14, 40:15, 42:23, 43:21, 46:14, 52:9, 52:11, 52:23, 60:12, 72:14, 79:1, 79:10, 81:14, 81:25, 84:25, 85:10, 86:4, 93:18, 99:11, 113:18, 114:12, 114:17, 115:22, 116:1, 116:7, 151:13, 188:1, 188:4, 188:8, 188:12, 188:13, 188:23, 189:2, 189:19, 193:1, 193:15, 196:21, 197:1, 197:11, 197:20, 198:7, 198:10, 198:14, 198:22, 201:10, 201:23, 202:3, 202:7, 202:18, 202:24, 210:2

**news** [1] - 27:21

**newspaper** [1] - 62:6

**newspapers** [1] - 27:24

**next** [73] - 4:6, 4:7, 19:20, 33:3, 36:9, 36:22, 37:7, 37:24, 38:19, 39:10, 40:3, 40:8, 40:20, 40:21, 41:6, 47:2, 47:10, 48:11, 49:21, 50:24, 51:25, 52:4, 52:20, 53:4, 54:3, 54:13, 54:24, 55:6, 56:19, 57:16, 58:12, 58:18, 59:6, 62:18, 72:13, 75:14, 82:14, 83:11, 86:17, 86:22, 106:10, 119:19, 123:11, 127:11, 134:8, 144:21, 145:3, 148:6, 149:13, 150:12, 151:13, 151:14, 151:16, 152:10, 155:3, 155:5, 160:4, 160:5, 160:18, 160:20, 161:20, 163:15, 165:5, 170:23, 172:24, 174:6, 176:19, 179:24, 202:22, 205:11, 206:5, 209:9, 209:20

**nice** [14] - 20:24, 43:1, 75:12, 75:22, 112:15, 113:21, 116:8, 122:1, 122:2, 157:16, 187:6, 187:8

**Nicole** [1] - 51:8

**Niel** [1] - 64:22

**night** [19] - 4:15, 23:18, 63:20, 75:10, 82:7, 82:9, 84:7, 86:12, 86:15, 89:17, 92:25, 95:13, 132:13, 132:14, 136:5, 161:13, 161:17, 179:4, 213:14

**Nightclub** [1] - 93:21

**nightclub** [2] - 94:6, 109:4
**nightclubs** [1] - 93:19
**nights** [1] - 132:15
**nighttime** [1] - 30:17
**nine** [4] - 15:21, 15:25, 176:15, 192:17
**nipple** [2] - 72:9, 73:5
**nipples** [2] - 48:7, 73:17
**nobody** [3] - 27:3, 189:1, 212:9
**noise** [1] - 24:13
**non** [10] - 41:2, 42:6, 43:18, 49:24, 50:5, 50:14, 51:1, 53:18, 53:22, 92:15
**non-consensual** [1] - 92:15
**non-disclosure** [9] - 41:2, 42:6, 43:18, 49:24, 50:5, 50:14, 51:1, 53:18, 53:22
**nonattorney** [1] - 3:13
**nondisclosure** [2] - 151:18, 152:25
**none** [6] - 27:11, 35:9, 42:22, 92:13, 94:19, 94:21
**nonetheless** [3] - 79:15, 158:17, 164:4
**nonparty** [2] - 12:17, 15:7
**nonresponsive** [3] - 193:6, 195:11, 207:7
**nonsense** [2] - 68:7, 71:13
**nonstop** [1] - 54:20
**noon** [1] - 30:12
**normal** [2] - 30:9, 30:10
**normally** [1] - 30:22
**norms** [1] - 104:19
**north** [1] - 108:1
**note** [11] - 3:10, 32:9, 32:19, 61:20, 86:18, 95:22, 97:17, 182:13, 182:16, 196:4, 196:5
**note-taking** [1] - 32:19
**noted** [2] - 37:2, 52:1
**notepads** [1] - 32:1
**notes** [9] - 32:1, 32:9, 32:14, 32:15, 32:16, 32:23, 33:4, 33:7, 48:11
**nothing** [15] - 11:7, 50:15, 65:11, 65:12, 78:12, 86:7, 91:2, 98:10, 103:13, 147:13, 158:4, 171:22, 187:10, 195:1, 212:23
**nothing-sized** [1] - 65:12
**notice** [2] - 104:4, 129:9
**noticed** [1] - 31:16
**noting** [4] - 32:10, 32:11, 32:12, 51:25
**notwithstanding** [1] - 31:4
**November** [9] - 62:1, 62:5, 155:6, 155:24, 183:10, 183:13, 201:11, 201:24, 209:23
**Number** [4] - 200:16, 204:12, 215:22, 215:24
**number** [6] - 5:10, 16:14, 31:10, 65:4, 159:6, 211:20
**numerous** [8] - 109:5, 112:14, 114:8, 188:10, 199:17, 199:18, 203:4
**NY** [2] - 1:19, 1:23
**NYC** [1] - 51:6

## O

**O'Tell** [1] - 64:22
**oath** [8] - 28:22, 28:23, 46:10, 98:9, 98:15, 190:14, 190:17, 194:12
**object** [3] - 17:10, 102:19, 170:19
**objected** [3] - 4:18, 9:3, 9:5
**objecting** [2] - 16:10, 17:11
**objection** [51] - 8:20, 11:9, 12:10, 12:12, 15:24, 16:3, 16:11, 23:22, 76:8, 87:17, 116:17, 116:22, 116:24, 119:5, 120:15, 120:16, 121:5, 121:6, 124:8, 124:9, 128:15, 129:21, 129:22, 131:12, 132:22, 132:23, 142:18, 142:19, 142:20, 162:6, 163:4, 165:12, 166:16, 166:21, 166:24, 170:20, 183:16, 183:24, 184:12, 186:4, 186:7, 186:10, 186:13, 186:14, 186:17, 186:18, 200:14, 204:4, 204:9, 207:6, 207:17
**objections** [11] - 6:8, 6:11, 7:14, 7:25, 9:10, 9:12, 23:14, 24:1, 101:9, 213:9, 213:10
**obligated** [1] - 27:4
**observe** [2] - 28:22, 28:23
**observed** [1] - 22:4
**obviously** [3] - 7:1, 158:25, 211:16
**occasion** [10] - 50:11, 50:20, 76:21, 78:7, 83:9, 127:6, 198:22, 202:10, 204:20, 205:8
**occasionally** [1] - 67:24
**occasions** [21] - 81:21, 82:25, 83:3, 112:14, 155:13, 158:14, 164:3, 164:4, 181:25, 188:3, 188:10, 188:15, 189:8, 189:9, 189:11, 189:14, 198:20, 199:18, 202:9, 203:7, 210:4
**occurred** [3] - 172:6, 192:22, 195:18
**October** [27] - 56:21, 77:13, 135:11, 135:16, 135:23, 136:2, 136:10, 136:15, 152:10, 153:14, 153:22, 153:24, 154:14, 154:17, 155:15, 158:15, 161:16, 164:20, 182:1, 190:2, 192:4, 195:16, 195:19, 196:1, 196:13, 200:22, 209:23
**OF** [2] - 1:2, 1:13
**offensive** [2] - 67:14, 68:2
**offered** [3] - 12:18, 29:3, 29:15
**offering** [1] - 166:18
**office** [1] - 146:13
**Official** [1] - 2:10
**official** [1] - 32:6
**often** [3] - 43:3, 44:3, 94:5
**old** [8] - 8:17, 17:22, 107:17, 107:18, 108:23, 108:25, 109:1, 128:10
**older** [3] - 36:3, 137:6, 137:7
**once** [22] - 10:3, 21:24, 37:5, 45:2, 53:13, 56:16, 88:6, 93:1, 100:6, 143:17, 143:20, 146:11, 147:21, 148:5, 154:11, 156:22, 158:22, 160:17, 168:21, 175:18, 182:7
**one** [137] - 5:10, 5:16, 5:23, 7:21, 8:9, 9:21, 9:23, 10:23, 11:9, 12:17, 14:15, 14:23, 15:8, 15:24, 17:11, 17:14, 17:22, 18:1, 18:4, 19:1, 19:10, 19:18, 23:4, 23:19, 27:2, 30:12, 31:13, 33:14, 34:21, 35:10, 35:17, 35:18, 36:14, 37:5, 38:1, 39:14, 40:16, 40:18, 41:1, 42:7, 43:19, 43:20, 43:25, 44:22, 45:1, 45:10, 45:14, 46:20, 47:10, 49:4, 49:16, 49:25, 51:7, 51:13, 52:13, 53:12, 53:15, 54:4, 54:25, 55:2, 57:14, 57:20, 58:1, 59:4, 61:11, 62:4, 64:22, 66:16, 67:24, 69:5, 70:9, 71:3, 71:6, 74:23, 78:14, 79:10, 79:19, 81:3, 81:6, 84:17, 85:1, 87:24, 90:7, 91:12, 92:19, 93:1, 93:2, 94:7, 94:18, 95:2, 97:9, 97:15, 98:13, 99:3, 99:18, 103:14, 104:8, 104:10, 112:11, 113:8, 114:8, 116:11, 117:7, 122:10, 122:14, 122:15, 123:24, 124:4, 124:14, 126:7, 132:20, 133:7, 134:22, 135:2, 135:3, 138:9, 145:13, 145:15, 151:2, 154:18, 157:3, 160:7, 160:12, 165:13, 166:13, 171:21, 176:13, 183:4, 183:20, 186:25, 187:17, 198:5, 198:23, 209:14, 212:14
**one-pagers** [1] - 18:1
**ones** [8] - 9:6, 12:14, 38:4, 50:6, 55:13, 63:9, 119:5, 146:8
**online** [2] - 27:24, 62:6
**oo0oo** [1] - 101:2
**open** [5] - 3:1, 30:2, 70:5, 117:14, 131:9
**opened** [2] - 97:17, 157:25
**Opening** [3] - 33:17, 214:5, 214:6
**opening** [43] - 4:8, 5:7, 9:11, 9:14, 11:10, 12:10, 12:13, 13:13, 14:19, 15:1, 15:17, 15:25, 17:15, 17:16, 18:4, 18:25, 19:4, 21:7, 28:25, 29:1, 29:5, 29:14, 31:8, 33:9, 33:11, 65:5, 72:25, 76:15, 90:18, 98:20, 100:5, 104:13, 104:22, 105:3, 105:8, 105:15, 110:8, 122:3, 123:16, 175:23, 182:12, 183:12
**opinion** [1] - 182:3
**opportunity** [5] - 5:3, 30:4, 50:17, 110:11, 151:17
**opposed** [1] - 50:13
**opposing** [3] - 16:4, 16:9, 17:2
**opposite** [1] - 37:3
**orange** [2] - 49:4, 56:1
**Order** [1] - 23:18
**order** [12] - 5:7, 5:16, 7:15, 8:17, 11:13, 16:8, 24:4, 29:9, 72:25, 102:24, 130:21
**ordered** [2] - 157:24, 158:5
**organized** [3] - 34:5, 43:15, 125:24
**Oriental** [2] - 72:13, 74:2
**originally** [1] - 107:21
**otherwise** [5] - 35:6, 51:23, 52:1, 87:2, 213:10
**ought** [1] - 5:20
**ourselves** [1] - 167:18
**outline** [1] - 29:2

Case 1:17-cv-06404-BMC-CLP    Document 423    Filed 10/26/23    Page 233 of 242 PageID
#: 19923
*(outside - plaintiff)*                                                    *Page 18*

3/21/2022 Moore v Rubin

**outside** [3] - 26:24, 67:13, 172:6
**outstanding** [1] - 8:1
**overnight** [1] - 32:17
**overruled** [2] - 87:18, 186:19
**overview** [3] - 61:17, 61:19, 73:1
**overwhelmingly** [1] - 38:2
**own** [11] - 10:17, 12:1, 28:7, 59:16, 83:1, 85:1, 97:3, 103:2, 114:22, 188:18, 188:21

## P

**p.m** [4] - 161:6, 179:21, 180:23, 181:15, 200:23
**package** [2] - 97:16, 97:17
**paddle** [1] - 177:10
**paddle-type** [1] - 177:10
**paddles** [4] - 48:9, 68:5, 72:9, 73:18
**PAGE** [1] - 214:3
**Page** [3] - 177:1, 179:15, 181:3
**page** [35] - 16:20, 19:20, 28:11, 41:6, 49:24, 55:11, 62:18, 83:11, 106:10, 118:21, 119:1, 119:9, 119:20, 124:14, 124:21, 124:22, 125:2, 125:10, 125:15, 127:11, 130:3, 130:9, 131:16, 133:3, 133:5, 134:9, 160:9, 165:5, 166:17, 170:23, 179:20, 181:6, 181:13, 204:16, 206:5
**pagers** [1] - 18:1
**pages** [3] - 116:21, 116:23, 119:5
**paid** [33] - 34:19, 36:17, 40:17, 53:16, 53:17, 75:15, 76:7, 77:16, 87:9, 88:9, 89:19, 91:15, 91:22, 97:13, 115:25, 129:15, 131:4, 132:6, 135:16, 152:10, 155:6, 155:10, 155:24, 156:2, 156:11, 161:22, 163:17, 164:13, 166:10, 166:12, 189:20, 197:24, 199:7
**pain** [6] - 51:21, 68:11, 68:14, 70:1, 74:21, 86:25
**painful** [6] - 74:20, 176:9, 176:10, 176:11, 176:12, 176:14
**painkillers** [1] - 82:25
**painted** [1] - 122:21
**pair** [1] - 182:18
**pale** [1] - 104:19
**Palmer** [1] - 191:3
**Palmore** [1] - 3:22
**pandemic** [1] - 94:1
**panic** [2] - 4:24, 5:23
**paragraph** [9] - 48:6, 48:11, 50:4, 76:23, 77:10, 77:11, 79:17, 127:1, 205:11
**paragraphs** [4] - 76:15, 77:6, 77:7, 125:10
**paralegal** [1] - 4:7
**pardon** [1] - 104:21
**Park** [2] - 116:7, 116:8
**part** [22] - 17:23, 26:1, 28:7, 43:8, 47:11, 49:23, 57:9, 66:19, 70:11, 76:23, 82:8, 118:22, 123:12, 135:15, 140:14,
140:17, 167:4, 169:6, 181:4, 190:22, 198:18, 203:10
**partial** [1] - 147:16
**participant** [1] - 83:8
**participate** [2] - 97:11, 211:6
**participation** [5] - 76:24, 77:1, 205:12, 205:15, 205:18
**particular** [7] - 10:12, 17:20, 23:7, 44:9, 80:3, 190:5, 191:21
**parties** [12] - 5:19, 9:3, 9:18, 10:7, 11:12, 12:7, 19:12, 21:7, 26:24, 27:6, 30:3, 66:16
**partner** [1] - 3:20, 3:25, 69:8, 81:24
**party** [4] - 28:25, 29:2, 129:4, 130:16
**Pashence** [5] - 52:8, 52:14, 52:16, 87:24, 98:22
**pass** [1] - 26:25
**passes** [1] - 27:9
**past** [1] - 207:25
**pattern** [1] - 164:6
**Pause** [9] - 13:4, 18:16, 60:24, 62:17, 104:9, 106:9, 138:10, 160:13, 187:18
**pay** [8] - 32:13, 32:16, 69:25, 115:16, 115:18, 153:12, 208:25, 209:3
**payday** [2] - 14:1, 14:13
**paying** [2] - 32:20, 77:4
**payment** [20] - 16:7, 16:25, 17:2, 50:8, 76:18, 115:6, 127:4, 135:14, 152:9, 154:16, 155:6, 155:17, 163:14, 163:16, 166:5, 166:10, 167:21, 204:17, 208:16, 209:21
**payments** [12] - 16:16, 16:21, 16:23, 17:19, 17:23, 101:13, 101:14, 131:7, 131:23, 132:5, 132:15, 209:6
**Paypal** [9] - 16:25, 91:17, 115:21, 131:6, 131:7, 132:9, 132:11, 209:5, 209:7
**PayPals** [2] - 101:14, 101:22
**PDXA** [2] - 169:23, 170:8
**peculiar** [1] - 36:18
**penalty** [4] - 46:10, 153:2, 153:13
**penetrate** [2] - 148:17, 148:22
**penetrated** [1] - 148:14
**penetrating** [1] - 145:5
**pens** [1] - 32:1
**penthouse** [1] - 116:8
**people** [22] - 22:15, 27:11, 28:1, 28:9, 28:12, 45:24, 45:25, 49:13, 49:15, 65:13, 65:24, 66:7, 67:17, 72:1, 82:11, 85:8, 88:25, 92:8, 93:25, 137:25, 138:1, 187:3
**per** [1] - 198:3
**percent** [3] - 65:13, 121:11, 126:25
**perfectly** [1] - 85:10
**perhaps** [1] - 44:14
**period** [10] - 80:22, 81:18, 82:1, 94:23, 109:17, 199:23, 199:24, 201:17, 202:6, 202:16
**perjury** [1] - 46:11
**permission** [12] - 3:14, 28:16, 34:23,
103:6, 138:25, 144:9, 148:9, 159:11, 169:22, 175:11, 177:15, 177:22
**permit** [2] - 24:2, 198:18
**permitted** [2] - 28:17, 28:18
**perpetrate** [1] - 59:24
**person** [20] - 27:10, 50:12, 76:22, 88:3, 92:9, 109:14, 109:23, 112:4, 113:10, 115:12, 123:22, 126:14, 127:7, 130:17, 136:6, 152:22, 197:4, 198:11, 204:20, 205:8
**personal** [3] - 44:7, 91:5, 94:8
**personally** [2] - 23:1, 43:17
**phone** [7] - 157:21, 180:11, 180:13, 180:14, 180:18, 180:20
**phonetic** [1] - 185:12
**phoney** [1] - 85:3
**phony** [1] - 67:3
**photo** [43] - 60:14, 63:24, 71:16, 71:22, 71:23, 85:5, 97:12, 109:7, 111:20, 112:2, 118:21, 119:11, 119:15, 124:25, 125:24, 125:25, 129:2, 129:5, 134:6, 135:6, 145:15, 162:16, 162:20, 162:24, 163:9, 165:6, 165:8, 167:9, 168:6, 169:1, 173:24, 210:6, 210:11, 210:15, 210:16, 211:2, 211:6, 211:12, 211:15, 211:21, 212:1
**photograph** [3] - 159:2, 164:22, 211:19
**photographer** [2] - 210:10, 211:18
**photographers** [1] - 112:2
**photographs** [7] - 64:13, 81:12, 210:9, 211:20, 212:4, 212:9
**photos** [12] - 40:10, 81:13, 84:4, 87:13, 103:16, 103:19, 120:1, 133:3, 158:1, 163:8, 167:16, 211:24
**physical** [5] - 68:2, 72:5, 128:13, 153:22, 154:3
**physically** [5] - 57:11, 57:12, 149:24, 174:25, 178:18
**pick** [1] - 111:11
**picture** [3] - 85:7, 92:22, 163:11
**pictures** [7] - 64:10, 64:17, 119:17, 143:25, 157:20, 157:22, 212:13
**piece** [2] - 23:8, 61:24
**pieces** [3] - 24:9, 75:13, 145:19
**pills** [3] - 83:1, 83:2, 83:4
**pins** [6] - 158:23, 159:10, 159:11, 165:19, 165:20
**pizza** [5] - 144:1, 144:3, 144:14, 145:2
**pizza-cutter** [1] - 144:3
**placate** [1] - 52:14
**placating** [4] - 49:16, 53:11, 57:2, 58:16
**place** [18] - 13:21, 17:19, 17:22, 40:1, 43:2, 43:20, 43:23, 46:3, 57:23, 70:7, 86:16, 91:14, 135:24, 158:6, 158:14, 167:24, 168:2, 202:15
**places** [1] - 28:8
**plaintiff** [13] - 13:16, 14:16, 17:1, 21:15, 36:7, 42:17, 43:25, 57:3, 64:3,

89:24, 90:1, 103:13, 107:2
**Plaintiff** [1] - 177:1
**Plaintiff's Exhibit** [13] - 120:19, 129:20, 129:24, 132:21, 132:25, 133:5, 145:11, 163:6, 165:16, 215:10, 215:14, 215:16, 215:18
**plaintiffs** [105] - 3:13, 5:21, 6:19, 7:20, 9:13, 11:7, 12:13, 12:17, 15:9, 16:7, 16:21, 17:21, 19:17, 21:16, 25:12, 25:14, 25:16, 29:5, 29:8, 33:22, 33:23, 34:4, 34:9, 35:8, 35:9, 35:18, 36:4, 38:1, 39:14, 40:19, 40:22, 41:5, 42:1, 42:3, 42:9, 42:11, 42:12, 42:14, 42:15, 42:18, 43:4, 44:5, 46:1, 46:6, 46:9, 47:23, 49:13, 50:20, 51:5, 51:14, 51:17, 53:11, 55:18, 55:21, 55:25, 57:1, 58:15, 58:16, 59:15, 60:7, 61:6, 61:14, 61:22, 62:1, 64:23, 65:25, 66:6, 68:13, 68:16, 68:17, 69:22, 69:24, 70:3, 70:10, 70:17, 70:20, 71:2, 88:20, 91:8, 91:16, 91:20, 92:3, 92:7, 92:13, 93:14, 94:10, 94:12, 94:15, 94:19, 94:22, 95:3, 95:8, 96:14, 98:4, 98:9, 98:18, 99:8, 99:10, 101:12, 107:5, 110:24, 110:25, 111:2, 111:5, 187:10
**Plaintiffs** [4] - 1:6, 1:16, 1:16, 107:6
**Plaintiffs'** [18] - 14:25, 116:14, 116:20, 117:3, 119:1, 119:3, 120:14, 121:4, 121:8, 122:8, 124:8, 124:11, 159:6, 162:4, 165:4, 215:4, 215:6, 215:8
**plaintiffs'** [16] - 4:23, 6:1, 7:1, 8:19, 13:5, 13:7, 13:25, 15:25, 19:16, 33:11, 49:13, 49:17, 66:14, 160:9, 169:23, 170:8
**plan** [3] - 6:18, 58:6
**plane** [4] - 97:4, 197:10, 197:20, 198:9
**platform** [5] - 111:23, 112:1, 112:8, 112:10, 115:14
**platonic** [1] - 60:15
**play** [16] - 31:2, 51:15, 51:18, 56:7, 79:9, 83:8, 83:10, 84:9, 89:3, 93:9, 118:4, 191:3, 191:14, 193:23, 194:20, 198:18
**Playboy** [9] - 47:19, 47:21, 47:25, 111:17, 111:19, 111:20, 112:13, 112:16
**played** [2] - 66:19, 80:10
**playful** [1] - 48:17
**playing** [9] - 67:24, 83:5, 88:13, 89:4, 137:20, 137:21, 138:15, 191:12, 199:1
**playmate** [1] - 86:19
**Playmate** [1] - 95:24
**plays** [3] - 191:18, 193:25, 194:21
**pleasure** [2] - 68:18, 77:22
**plenty** [3] - 69:13, 75:5, 84:21
**Plexiglass** [1] - 22:10
**plus** [1] - 47:22
**point** [27] - 4:9, 6:17, 7:17, 7:18, 27:4, 33:8, 43:21, 54:9, 63:10, 82:19, 97:9, 97:15, 102:16, 111:11, 111:17, 113:2, 144:11, 147:12, 173:25, 177:8, 177:13,

177:20, 178:6, 192:10, 196:8, 197:8, 199:19
**pointed** [2] - 96:17, 142:6
**police** [2] - 89:12, 152:17
**pool** [21] - 31:14, 60:3, 121:17, 137:20, 137:21, 138:8, 138:11, 138:15, 138:18, 138:25, 139:8, 139:14, 139:17, 140:1, 141:22, 147:15, 147:17, 152:2, 154:1
**poorly** [1] - 114:16
**pop** [3] - 69:14, 104:14
**popular** [3] - 67:16, 67:18, 105:19
**porno** [1] - 84:4
**pornographic** [2] - 81:12, 81:13
**portion** [1] - 120:7
**portions** [1] - 66:14
**portrayed** [1] - 126:8
**posed** [2] - 211:24, 212:2
**position** [2] - 9:1, 117:7
**positive** [2] - 131:2, 199:10
**possibility** [1] - 198:12
**possible** [3] - 5:2, 10:16, 122:11
**possibly** [3] - 31:6, 131:2, 197:23
**Post** [1] - 86:18
**post** [1] - 28:11
**Post-it** [1] - 86:18
**potential** [1] - 168:1
**potentially** [1] - 205:13
**power** [3] - 35:13, 36:5, 53:25
**powerful** [1] - 152:22
**PowerPoint** [1] - 13:9
**Powers** [99] - 2:3, 4:4, 4:6, 11:14, 15:8, 15:12, 16:22, 34:8, 40:16, 42:10, 42:19, 54:11, 55:18, 56:23, 57:5, 57:10, 57:12, 58:22, 59:1, 62:7, 62:11, 63:5, 63:12, 66:7, 69:16, 73:12, 82:5, 90:23, 91:3, 92:2, 92:6, 92:9, 92:18, 92:20, 93:5, 93:11, 93:15, 93:25, 94:3, 94:16, 94:20, 94:22, 94:24, 95:4, 95:8, 95:12, 95:16, 95:18, 95:20, 96:5, 96:7, 96:13, 96:20, 96:25, 97:9, 97:15, 97:22, 97:24, 98:2, 98:11, 98:17, 98:21, 99:1, 99:2, 99:6, 99:10, 99:14, 103:15, 103:18, 114:25, 115:1, 115:9, 115:10, 124:24, 126:11, 126:12, 129:6, 129:13, 130:7, 130:18, 131:6, 132:7, 135:18, 136:4, 150:13, 150:22, 156:24, 161:17, 167:8, 167:10, 172:22, 179:6, 179:22, 180:24, 181:8, 181:16, 210:21
**POWERS** [1] - 1:10
**powers'** [2] - 15:10, 19:3
**practically** [1] - 18:9
**practice** [1] - 67:15
**praise** [1] - 70:17
**praised** [1] - 87:9
**praises** [2] - 86:17, 87:3
**precise** [1] - 197:19
**precisely** [2] - 184:14, 185:15
**predicted** [1] - 123:11
**preference** [1] - 12:4
**prejudicial** [2] - 16:11, 103:19

**preliminary** [1] - 21:10
**preparation** [2] - 4:24, 109:11
**prepare** [4] - 24:12, 109:20, 172:23, 194:23
**prepared** [4] - 7:20, 8:14, 8:16, 46:8
**preparing** [1] - 195:1
**preponderance** [3] - 21:16, 25:13, 25:17
**prescribed** [2] - 80:22, 80:24
**presence** [2] - 24:10, 172:7
**present** [13] - 15:21, 15:22, 29:7, 32:3, 72:14, 75:9, 92:6, 110:17, 118:13, 126:6, 126:21, 173:13, 212:10
**presented** [7] - 12:20, 24:20, 26:2, 28:4, 69:20, 77:5, 91:11
**presenting** [3] - 48:14, 61:15, 66:13
**presently** [1] - 13:12
**preserved** [1] - 66:8
**preside** [1] - 21:4
**presiding** [1] - 3:5
**press** [1] - 27:17
**pressure** [1] - 100:5
**pretrial** [7] - 4:24, 5:6, 5:11, 8:17, 21:3, 66:15
**pretty** [4] - 60:11, 74:4, 202:13
**prevalent** [1] - 105:13
**previously** [2] - 153:11, 182:6
**pride** [1] - 82:22
**principles** [1] - 25:23
**private** [1] - 67:12
**problem** [11] - 5:13, 6:10, 8:23, 10:17, 11:4, 11:5, 12:3, 15:16, 16:14, 18:13, 27:4
**problems** [3] - 20:18, 42:13, 74:1
**procedure** [2] - 98:8, 102:25
**proceed** [2] - 28:25, 107:9
**proceedings** [4] - 60:24, 104:9, 106:9, 187:18
**Proceedings** [1] - 2:12
**prod** [2] - 59:18, 68:7
**produce** [3] - 7:12, 25:14, 78:11
**produced** [2] - 2:13, 84:19
**professor** [1] - 32:23
**promise** [1] - 75:20
**promised** [1] - 93:14
**proof** [1] - 80:17
**prop** [1] - 142:15
**proper** [1] - 23:20
**proposed** [1] - 5:5
**prosecuting** [1] - 117:20
**prosecution** [1] - 117:23
**protection** [1] - 22:11
**protocols** [3] - 18:21, 22:4, 22:5
**proud** [2] - 3:25, 38:14
**prove** [1] - 29:2
**proven** [2] - 21:15, 21:16
**provide** [2] - 70:24, 212:9
**provided** [1] - 192:3
**proving** [1] - 25:12

**provision** [1] - 153:2
**provocative** [1] - 87:13
**psychological** [1] - 44:16
**psychologically** [2] - 45:12, 54:22
**psychologist** [1] - 42:11
**PTSD** [2] - 154:10, 182:7
**public** [2] - 28:17, 40:1
**publish** [1] - 200:18
**published** [3] - 179:16, 181:5, 200:21
**pull** [7] - 146:10, 146:11, 146:14, 171:6, 171:9, 178:10
**pulled** [1] - 145:4
**punch** [2] - 35:5, 60:2
**punched** [4] - 44:23, 60:1, 149:1, 150:15
**punching** [1] - 149:3
**punished** [1] - 42:4
**purchased** [4] - 79:10, 143:1, 146:3, 189:15
**purple** [1] - 139:25
**purpose** [5] - 17:3, 188:4, 188:8, 197:11, 201:22
**purposes** [2] - 197:21, 210:2
**pussy** [5] - 48:7, 72:8, 73:5, 73:17, 84:14
**put** [43] - 3:23, 6:14, 6:18, 10:21, 13:8, 13:22, 34:25, 56:14, 56:16, 59:21, 60:23, 64:9, 78:23, 101:20, 105:18, 116:14, 124:6, 130:2, 133:25, 134:18, 135:13, 138:25, 142:14, 143:22, 145:5, 146:11, 147:21, 151:16, 153:1, 154:1, 158:22, 159:3, 159:11, 160:4, 161:11, 163:13, 167:20, 167:21, 172:11, 172:13, 174:19, 176:21, 193:12
**puts** [1] - 56:2
**putting** [3] - 6:17, 97:10, 105:17
**PX-1** [1] - 118:20
**PX-162** [1] - 16:1
**PX35** [1] - 103:15

## Q

**questioning** [1] - 18:22
**questions** [17] - 9:16, 22:14, 23:14, 24:2, 26:17, 67:3, 110:2, 133:4, 133:14, 138:24, 140:10, 151:21, 156:13, 165:18, 212:3
**quickly** [2] - 100:5, 101:7
**quiet** [1] - 63:13
**quieting** [1] - 63:15
**quite** [7] - 5:4, 6:20, 7:5, 35:16, 38:21, 72:19, 147:7

## R

**radio** [1] - 27:23
**raise** [6] - 8:1, 9:10, 9:15, 101:9, 104:10, 213:9
**raised** [3] - 14:17, 17:6, 67:10
**random** [1] - 200:25

**rape** [2] - 60:3, 60:4
**raped** [10] - 34:6, 35:4, 53:8, 59:19, 59:20, 59:22, 59:25, 60:17, 65:2, 65:22
**rather** [8] - 10:5, 69:24, 71:19, 112:22, 117:19, 117:25, 156:8, 184:7
**re** [1] - 16:9
**re-add** [1] - 16:9
**reach** [5] - 21:15, 21:22, 202:7, 202:23, 203:2
**reached** [5] - 73:12, 183:21, 185:6, 197:4, 201:16
**reaches** [1] - 74:7
**reaction** [1] - 160:2
**read** [34] - 6:6, 13:2, 26:8, 47:11, 50:4, 56:9, 62:5, 62:14, 66:20, 71:18, 72:24, 76:16, 77:3, 85:17, 86:5, 87:21, 88:19, 89:6, 93:1, 95:7, 95:9, 126:17, 127:3, 127:9, 128:3, 128:5, 132:1, 151:17, 151:20, 153:5, 205:24, 206:2, 207:3, 207:10
**readily** [1] - 211:6
**reading** [3] - 72:24, 84:16, 127:8
**ready** [5] - 8:12, 16:5, 18:17, 75:3, 75:4
**real** [2] - 75:2, 81:15
**real-time** [1] - 81:15
**really** [26] - 9:25, 11:1, 27:16, 47:25, 65:18, 65:21, 74:17, 74:20, 75:22, 75:24, 91:2, 91:25, 105:13, 113:21, 126:22, 159:1, 163:23, 177:25, 182:9, 182:10, 183:20, 187:2, 201:4, 213:8
**realtime** [1] - 66:8
**rear** [1] - 4:12
**reason** [9] - 7:6, 16:3, 25:8, 28:6, 33:1, 48:10, 53:23, 102:24, 105:5
**reasonably** [4] - 22:22, 23:4, 23:10, 90:3
**reasoning** [1] - 25:5
**reasons** [1] - 53:12
**reassure** [1] - 42:8
**reassured** [2] - 42:18, 42:19
**recalled** [1] - 86:7
**receive** [4] - 37:20, 102:7, 102:9, 204:10
**received** [32] - 4:16, 17:1, 22:20, 38:12, 97:16, 108:12, 117:2, 117:3, 120:17, 120:19, 121:7, 121:8, 124:10, 124:11, 129:23, 129:24, 131:13, 131:14, 132:24, 132:25, 153:11, 163:5, 163:6, 165:15, 165:16, 166:22, 166:25, 167:2, 200:15, 200:16, 204:12, 208:18
**receiving** [1] - 48:23
**recently** [2] - 67:11, 143:1
**recess** [5] - 18:13, 100:2, 100:11, 118:8, 172:9
**Recess** [1] - 118:10
**reckless** [2] - 43:17, 44:11
**recklessness** [1] - 44:7
**recollection** [5] - 67:4, 73:12, 77:15, 121:20, 192:8

**recollections** [1] - 194:10
**reconvene** [1] - 18:13
**record** [8] - 3:11, 10:21, 32:6, 133:25, 134:17, 142:5, 143:10, 172:11
**recorded** [2] - 2:12, 23:2, 191:1
**records** [10] - 40:9, 40:11, 78:11, 78:12, 80:25, 84:19, 89:18, 129:13, 209:6, 209:7
**recruit** [3] - 64:25, 69:11, 92:3
**recruited** [2] - 64:23, 87:16
**red** [32] - 65:9, 122:15, 122:19, 122:21, 122:23, 132:16, 133:8, 134:22, 135:4, 138:22, 139:18, 141:2, 141:23, 142:7, 142:12, 143:6, 143:21, 143:25, 146:22, 147:19, 158:12, 158:15, 158:17, 158:19, 163:21, 168:14, 168:15, 168:17, 168:22, 174:1, 174:5, 175:1
**redacted** [1] - 16:13
**redactions** [1] - 102:2
**redirect** [1] - 14:20
**Reed** [2] - 71:14, 78:23
**refer** [6] - 68:22, 76:13, 76:14, 84:22, 105:11, 132:9
**reference** [1] - 76:11, 104:13
**references** [1] - 112:15
**referred** [3] - 15:7, 69:1, 87:25
**referring** [3] - 74:24, 88:1, 137:24
**reflect** [10] - 118:22, 119:11, 119:22, 120:6, 133:25, 134:17, 142:5, 143:10, 162:21, 165:8
**reflected** [1] - 209:6
**refreshed** [1] - 73:12
**regard** [1] - 37:4
**regarding** [5] - 7:25, 9:13, 13:22, 71:20, 213:10
**regardless** [1] - 99:8
**regards** [10] - 7:16, 9:11, 10:12, 17:19, 43:5, 50:5, 50:7, 103:8, 172:15, 172:21
**regularly** [1] - 210:2
**reimbursed** [5] - 115:6, 129:16, 135:21, 161:23, 161:25
**reimbursing** [1] - 115:4
**reject** [1] - 99:13
**relate** [2] - 102:19, 102:20
**related** [1] - 129:5
**relation** [1] - 140:19
**relations** [1] - 156:16
**relationship** [9] - 44:15, 78:18, 79:2, 79:8, 80:5, 93:22, 93:23, 94:4, 187:23
**relationships** [1] - 60:15
**relatively** [1] - 17:25
**release** [1] - 76:13
**relevance** [2] - 102:2, 102:4
**relevant** [2] - 14:2, 99:5
**reliable** [1] - 66:2
**relied** [1] - 69:15
**relying** [1] - 68:23
**remained** [1] - 94:4
**remains** [1] - 12:14

(remember - rules)

3/21/2022 Moore v Rubin

**remember** [46] - 19:1, 25:20, 32:16, 33:9, 48:23, 66:21, 67:4, 70:12, 80:2, 80:4, 80:8, 80:12, 80:16, 80:17, 80:18, 86:10, 89:8, 99:20, 118:5, 121:15, 127:8, 128:5, 128:7, 128:19, 128:22, 139:24, 140:5, 146:21, 164:18, 164:19, 166:6, 172:4, 174:2, 176:1, 177:24, 179:8, 181:8, 182:14, 182:25, 190:4, 191:21, 192:24, 193:13, 194:6, 195:2, 212:20

**remembered** [1] - 194:13
**reminds** [1] - 32:12
**remote** [1] - 27:22
**remove** [1] - 118:1
**rent** [1] - 68:25
**rented** [1] - 43:22
**repeat** [3] - 21:8, 144:22, 199:24
**repeated** [1] - 70:18
**repeatedly** [2] - 144:20, 148:8
**report** [2] - 26:19, 27:21
**REPORTER** [1] - 60:20
**reporter** [3] - 32:2, 32:3, 100:6
**Reporter** [2] - 2:10, 2:10
**represent** [5] - 3:19, 4:4, 33:22, 61:12, 90:23
**requires** [2] - 24:22, 30:3
**research** [1] - 28:6
**resent** [1] - 17:9
**reserve** [1] - 6:17
**reset** [1] - 5:12
**resistant** [1] - 69:8
**resolve** [2] - 5:5, 8:2
**resolved** [1] - 29:18
**resorted** [1] - 67:3
**respect** [5] - 46:22, 48:19, 49:3, 67:22, 80:19
**respond** [3] - 13:3, 64:11, 201:9
**responded** [1] - 73:13
**responds** [3] - 73:13, 75:11, 201:4
**response** [2] - 11:15, 12:25
**responsible** [1] - 186:2
**rest** [3] - 100:7, 140:20, 212:25
**restaurant** [3] - 48:22, 94:5, 94:6
**restaurants** [5] - 30:14, 43:4, 43:6, 93:19, 114:10
**restrained** [4] - 34:24, 56:5, 134:3, 134:5
**restraints** [1] - 68:6
**restricted** [1] - 12:6
**result** [6] - 4:24, 5:1, 73:23, 78:5, 184:11, 184:24
**resumes** [1] - 173:11
**retire** [1] - 29:21
**return** [9] - 50:8, 70:22, 76:18, 81:19, 99:6, 127:3, 130:11, 153:11, 204:16
**returned** [7] - 87:7, 87:8, 95:3, 182:19, 199:12, 199:16, 199:19
**reunited** [1] - 167:10
**reveal** [1] - 86:2

**review** [5] - 82:18, 110:1, 110:5, 110:11, 110:14
**revised** [2] - 4:16, 5:16
**REYES** [2] - 1:5, 1:18
**Reyes** [23] - 12:17, 13:16, 13:19, 13:21, 13:23, 14:4, 14:5, 36:24, 47:8, 50:1, 59:16, 59:20, 81:6, 88:3, 88:8, 88:10, 88:20, 88:23, 89:15, 97:21, 97:22
**Reyes'** [1] - 90:5
**Richard** [1] - 4:10
**RICHTER** [1] - 2:7
**ridiculous** [1] - 78:22
**rise** [5] - 3:2, 19:7, 20:2, 31:18, 68:25
**risks** [4] - 76:25, 77:2, 205:16, 205:19
**risky** [2] - 61:8, 77:8
**roadmap** [1] - 61:17
**role** [10] - 25:3, 28:21, 67:24, 68:1, 83:5, 83:8, 83:10, 84:8, 93:9, 199:1
**role-play** [2] - 83:8, 83:10
**role-playing** [2] - 67:24, 83:5
**romantic** [3] - 79:2, 93:22, 94:4
**room** [56] - 4:13, 26:3, 31:8, 31:12, 32:17, 59:23, 65:9, 72:18, 88:9, 89:7, 89:10, 92:6, 92:11, 118:2, 121:2, 121:18, 121:19, 122:19, 122:23, 130:16, 132:16, 133:8, 134:11, 134:22, 135:4, 136:24, 138:22, 139:18, 141:2, 141:4, 141:23, 141:25, 142:2, 142:3, 142:4, 142:7, 142:12, 143:21, 143:25, 146:22, 147:19, 149:25, 150:4, 158:12, 158:15, 158:17, 158:19, 160:19, 163:21, 168:14, 168:15, 168:17, 168:22, 174:1, 174:5, 175:1
**rooms** [1] - 122:9
**rope** [4] - 138:22, 165:22, 165:23, 165:25
**ropes** [8] - 68:6, 134:23, 139:22, 139:23, 168:25, 169:8, 174:13
**ROSENBERG** [2] - 1:24, 15:3
**Rosenberg** [1] - 3:21
**rough** [14] - 60:16, 61:7, 61:22, 67:14, 68:14, 69:25, 70:22, 79:6, 79:7, 79:9, 88:25, 89:25, 90:2, 90:4
**round** [1] - 62:4
**rounds** [2] - 138:8, 138:11
**routine** [1] - 68:1
**row** [1] - 51:4
**Ruben** [17] - 45:13, 46:1, 46:2, 50:7, 53:2, 55:17, 57:5, 58:2, 58:9, 182:23, 185:24, 185:25, 188:9, 201:4, 202:17, 204:18, 205:5
**RUBIN** [1] - 1:10
**Rubin** [309] - 1:22, 2:8, 3:8, 3:19, 3:21, 8:13, 10:13, 10:18, 11:14, 11:20, 13:19, 14:24, 15:10, 15:13, 16:23, 19:3, 34:7, 35:23, 35:25, 36:12, 36:16, 36:25, 37:5, 37:10, 37:20, 37:23, 38:6, 38:10, 38:12, 38:21, 38:25, 39:1, 39:4, 39:15, 39:17, 39:22, 40:17, 42:16, 42:17, 42:21, 43:3,

43:16, 43:21, 43:24, 44:9, 45:4, 45:21, 46:14, 46:22, 47:7, 47:8, 47:12, 47:16, 47:24, 48:3, 48:6, 48:15, 49:6, 50:23, 51:4, 51:10, 51:13, 52:7, 52:12, 52:14, 53:7, 53:11, 53:19, 53:24, 54:8, 54:11, 54:15, 55:9, 55:20, 55:23, 56:22, 58:1, 58:11, 58:21, 58:23, 59:24, 61:5, 61:10, 61:12, 61:23, 62:2, 63:20, 64:4, 64:21, 65:8, 66:7, 66:10, 67:7, 67:11, 67:25, 68:19, 68:24, 69:7, 69:11, 69:15, 69:23, 70:8, 70:17, 70:21, 71:8, 71:12, 71:16, 71:25, 72:16, 72:17, 72:22, 73:3, 73:9, 76:20, 77:18, 78:7, 78:13, 78:18, 78:21, 78:24, 79:8, 79:11, 79:12, 80:5, 80:8, 80:9, 80:21, 81:10, 81:21, 82:2, 82:23, 83:2, 84:20, 84:25, 85:8, 87:3, 87:9, 88:1, 88:6, 88:8, 88:17, 88:20, 88:25, 89:10, 89:14, 90:3, 90:6, 90:15, 91:15, 91:17, 91:21, 92:4, 92:6, 92:20, 92:24, 93:6, 93:20, 94:3, 95:3, 95:11, 96:7, 96:12, 96:15, 97:10, 97:17, 97:25, 98:1, 98:3, 98:19, 98:23, 99:4, 99:12, 102:7, 103:17, 105:23, 111:13, 111:22, 113:2, 113:5, 113:7, 113:10, 113:15, 113:17, 113:20, 114:4, 114:18, 115:4, 115:7, 115:16, 115:22, 121:24, 122:18, 123:13, 124:1, 127:5, 129:10, 132:14, 133:7, 135:11, 135:25, 136:8, 136:22, 137:2, 137:7, 138:5, 138:6, 140:20, 140:24, 141:22, 142:10, 143:22, 144:18, 145:17, 146:22, 146:25, 147:21, 148:5, 148:9, 149:6, 149:10, 150:9, 150:21, 151:1, 151:11, 152:14, 153:11, 153:12, 154:19, 154:20, 155:12, 155:21, 156:16, 157:2, 157:7, 157:10, 159:24, 161:8, 161:21, 163:17, 164:4, 164:22, 166:8, 167:17, 168:6, 168:23, 172:21, 173:25, 174:21, 175:11, 175:20, 176:16, 177:7, 177:19, 181:18, 182:1, 182:13, 182:16, 183:3, 186:2, 186:6, 187:24, 188:2, 188:5, 188:14, 189:2, 189:7, 189:10, 189:16, 189:18, 189:23, 190:5, 191:22, 192:8, 192:19, 192:25, 193:14, 194:4, 194:7, 194:14, 195:14, 195:22, 195:25, 196:17, 196:21, 197:7, 197:11, 197:15, 198:17, 200:11, 202:6, 202:23, 203:2, 203:11, 203:18, 204:24, 207:13, 208:10, 208:22, 208:25, 209:14, 209:18, 210:3, 210:6, 210:22, 211:1, 211:10, 211:15
**Rubin's** [15] - 16:22, 46:24, 51:7, 55:11, 67:22, 81:24, 91:18, 121:2, 125:25, 129:3, 136:4, 137:15, 160:2, 211:12, 211:25
**Rubiner** [1] - 212:10
**rude** [4] - 27:10, 27:11, 82:2, 96:12
**rudest** [2] - 82:5, 82:15
**rule** [4] - 8:7, 9:22, 12:21, 18:3
**rules** [6] - 10:12, 10:14, 24:21, 27:3,

*(ruling - shops)*                                                                                   *Page 22*

3/21/2022 Moore v Rubin

28:22, 28:23
**ruling** [1] - 207:20
**run** [1] - 74:1
**runaway** [1] - 67:19

# S

**S&M** [1] - 205:9
**sadomasochism** [2] - 56:9
**sadomasochistic** [7] - 50:10, 50:18, 76:20, 127:5, 128:8, 204:19, 204:23
**safe** [6] - 56:11, 72:10, 88:8, 89:8, 123:16, 123:17, 123:19, 123:20, 123:23, 124:1, 124:3, 213:11
**sample** [1] - 84:6
**sat** [1] - 157:19
**satisfaction** [1] - 81:20
**satisfied** [1] - 132:14
**Saturday** [1] - 64:14
**save** [3] - 16:8, 72:25, 89:6
**saving** [1] - 17:3
**savvy** [1] - 61:3
**saw** [30] - 14:13, 23:1, 23:10, 33:21, 37:6, 48:21, 49:2, 50:6, 50:22, 53:7, 55:20, 56:25, 78:9, 80:9, 81:17, 85:4, 85:6, 88:5, 105:7, 145:8, 156:16, 168:6, 169:1, 173:24, 181:21, 191:23, 194:3, 194:7, 194:13
**scale** [1] - 176:13
**scantily** [1] - 87:13
**scared** [7] - 141:12, 141:13, 141:14, 141:15, 148:2, 148:3, 193:2
**scary** [4] - 65:3, 82:9, 82:13, 86:14
**scenarios** [1] - 83:6
**schedule** [2] - 30:8, 136:4
**scheduled** [1] - 5:7
**Schlam** [1] - 4:3
**SCHLAM** [1] - 2:2
**SCHMIDT** [1] - 1:20
**School** [1] - 35:25
**school** [6] - 32:22, 32:23, 38:23, 63:25, 108:13, 108:15
**schoolgirl** [1] - 81:3
**schooling** [1] - 36:14
**scope** [1] - 12:6
**scream** [1] - 75:23
**screen** [8] - 3:23, 12:23, 13:8, 13:11, 18:25, 62:13, 117:12, 200:5
**seat** [1] - 20:11
**seated** [9] - 3:19, 4:5, 4:6, 4:7, 20:5, 107:1, 107:8, 118:14, 173:14
**seats** [1] - 31:22
**Seattle** [6] - 78:25, 188:12, 192:13, 192:15, 193:1, 193:15
**sec** [1] - 117:5
**second** [33] - 11:22, 37:19, 40:5, 44:19, 45:3, 45:14, 45:20, 47:7, 47:18, 50:4, 51:4, 51:19, 52:2, 55:2, 62:4, 62:16, 63:13, 69:1, 87:7, 122:10, 122:16, 122:17, 122:18, 127:1, 130:9,

132:8, 139:18, 139:19, 145:15, 184:15, 184:17, 186:3, 198:5
**secondly** [2] - 70:3, 82:24
**seconds** [2] - 138:21, 139:10
**section** [1] - 193:8
**secure** [1] - 145:17
**seduce** [1] - 81:13
**see** [179] - 5:3, 9:4, 16:1, 16:2, 20:23, 20:24, 22:9, 27:19, 27:21, 32:2, 32:7, 32:8, 38:10, 40:10, 40:13, 41:4, 43:8, 43:15, 43:16, 43:18, 44:1, 44:6, 44:7, 45:8, 45:17, 46:23, 47:4, 47:6, 48:17, 49:4, 49:10, 49:12, 49:17, 49:25, 50:2, 50:6, 50:14, 50:17, 50:25, 51:5, 51:11, 51:13, 51:17, 51:19, 52:5, 53:6, 53:10, 54:5, 54:15, 55:17, 55:24, 56:22, 56:24, 57:1, 57:4, 57:5, 57:19, 58:6, 58:10, 58:12, 58:13, 58:15, 58:19, 58:21, 59:7, 61:10, 64:1, 64:7, 64:12, 64:14, 65:19, 66:21, 66:24, 69:7, 69:10, 69:19, 69:21, 70:23, 71:16, 72:21, 73:9, 74:19, 75:16, 77:23, 77:24, 78:12, 81:9, 82:6, 82:20, 82:22, 82:24, 83:5, 85:24, 86:18, 86:21, 87:10, 88:14, 91:6, 92:13, 92:16, 92:24, 93:4, 93:8, 95:4, 95:24, 96:1, 96:11, 97:19, 97:21, 99:24, 100:8, 105:25, 117:5, 117:16, 118:15, 118:19, 120:21, 120:23, 124:14, 127:1, 130:4, 131:20, 132:8, 134:6, 135:16, 146:13, 147:7, 149:18, 152:10, 153:6, 154:17, 154:19, 154:20, 155:18, 155:21, 156:9, 162:16, 162:18, 162:20, 163:18, 163:21, 163:24, 165:6, 165:20, 165:23, 166:8, 166:13, 166:20, 167:5, 169:20, 171:3, 179:21, 179:24, 180:1, 180:6, 181:6, 181:18, 181:21, 193:4, 196:8, 200:7, 201:2, 201:6, 201:13, 202:25, 203:23, 208:19, 208:20, 209:11, 209:24, 209:25, 212:25, 213:3
**seeing** [8] - 12:21, 40:9, 57:18, 63:12, 63:16, 84:3, 163:16, 187:3
**seek** [3] - 13:22, 70:20, 89:13
**seeking** [4] - 60:18, 68:18, 186:9
**seem** [2] - 27:13, 47:25
**sees** [1] - 77:25
**segment** [1] - 19:6
**selection** [3] - 21:3, 110:21, 181:23
**send** [4] - 28:12, 182:16, 183:3, 212:20
**sending** [6] - 46:23, 52:5, 52:16, 87:12, 131:7, 202:1
**sends** [3] - 63:21, 63:23, 76:3
**sense** [1] - 69:11
**sent** [22] - 48:24, 52:13, 54:8, 54:17, 55:19, 55:20, 64:10, 71:17, 78:8, 78:9, 81:12, 91:16, 97:16, 112:11, 132:10, 165:1, 165:13, 182:13, 195:25, 196:3, 196:5, 196:15
**sentence** [1] - 127:3
**separate** [1] - 71:9
**September** [6] - 50:2, 53:6, 64:16,

71:18, 191:6, 209:23
**series** [3] - 54:17, 105:20, 131:23
**serious** [4] - 126:4, 126:20, 206:4, 207:5
**seriously** [4] - 71:11, 74:22, 75:5, 78:21
**server** [1] - 109:4
**session** [2] - 3:4, 30:19
**sessions** [1] - 81:19
**set** [3] - 68:1, 68:20, 133:3
**seven** [5] - 45:24, 45:25, 64:5, 79:18, 92:8
**several** [14] - 7:13, 22:18, 64:23, 81:8, 93:17, 93:21, 95:3, 95:9, 96:3, 98:18, 101:22, 201:18, 202:22, 212:14
**sex** [60] - 14:5, 34:18, 34:21, 36:21, 37:5, 37:17, 39:24, 40:18, 44:21, 46:12, 46:14, 50:21, 60:16, 61:8, 61:22, 64:4, 64:21, 65:9, 66:10, 67:14, 68:6, 68:14, 68:21, 69:2, 69:14, 69:17, 69:18, 69:25, 70:21, 70:22, 71:11, 71:14, 75:9, 77:9, 77:20, 78:7, 79:6, 79:7, 79:8, 79:9, 79:10, 81:24, 87:20, 89:25, 90:2, 90:4, 91:14, 91:21, 92:7, 93:6, 93:10, 97:14, 99:11, 115:23, 161:16, 164:5, 188:2, 188:5, 189:19
**sexual** [28] - 35:22, 37:16, 39:9, 50:10, 56:12, 65:8, 65:17, 76:19, 80:5, 81:11, 87:13, 127:5, 134:23, 135:24, 142:15, 152:14, 156:16, 167:23, 168:1, 168:4, 174:7, 188:9, 188:13, 189:12, 197:15, 197:22, 204:18, 209:17
**sexually** [8] - 37:23, 38:18, 39:5, 39:18, 39:23, 44:16, 45:7, 57:21
**sexy** [3] - 65:16, 86:20, 95:23
**Shades** [4] - 67:18, 104:15, 122:22, 126:7
**shall** [1] - 56:4
**shaped** [1] - 144:2
**share** [1] - 164:9
**shared** [1] - 193:18
**sharing** [1] - 158:1
**sheet** [1] - 165:5
**Sheppard** [3] - 3:20, 4:13
**SHEPPARD** [1] - 2:7
**shit** [1] - 65:19
**shock** [6] - 48:9, 68:11, 140:4, 176:2, 176:4, 176:6
**shocked** [1] - 175:15
**shocking** [1] - 175:20
**shocks** [1] - 73:19
**Shon** [8] - 51:7, 56:1, 56:25, 66:18, 81:23, 85:4, 85:6, 85:8
**shoot** [20] - 37:15, 71:17, 71:23, 97:12, 124:25, 125:24, 125:25, 129:2, 129:5, 210:6, 210:12, 210:15, 210:16, 211:2, 211:6, 211:12, 211:15, 211:21, 212:1
**shoots** [4] - 60:14, 109:7, 111:20, 112:2
**shops** [1] - 79:10

**short** [2] - 14:3, 88:6
**shorter** [1] - 90:19
**shortly** [3] - 32:21, 59:12, 88:7
**shorts** [2] - 78:4
**shot** [3] - 73:4, 138:8, 138:11
**shots** [1] - 97:14
**shoved** [1] - 138:18
**show** [43] - 12:13, 14:2, 15:5, 16:6, 29:2, 41:3, 48:15, 56:23, 56:24, 61:1, 64:6, 66:8, 67:7, 67:21, 71:3, 71:6, 71:24, 73:21, 77:12, 78:12, 78:22, 79:14, 84:20, 85:2, 87:4, 88:10, 91:7, 92:2, 92:5, 92:22, 93:3, 93:12, 95:1, 97:1, 105:16, 131:18, 157:21, 159:24, 162:4, 165:3, 165:4, 170:3, 200:3
**showed** [3] - 78:3, 92:19, 98:20
**showing** [7] - 48:14, 49:3, 55:4, 61:18, 79:20, 89:18, 157:20
**shown** [4] - 15:11, 63:22, 91:12, 182:21
**shows** [2] - 14:16, 72:3
**side** [18] - 5:2, 5:24, 7:17, 8:3, 19:3, 19:15, 29:17, 49:13, 49:17, 49:18, 55:5, 55:9, 57:3, 57:4, 57:18, 58:17, 66:25, 145:20
**sidebar** [1] - 24:11
**sidebars** [1] - 24:15
**sign** [9] - 56:2, 77:10, 91:12, 124:24, 125:22, 126:9, 126:10, 128:12, 207:15
**signature** [3] - 50:2, 125:7, 125:8
**signed** [25] - 50:1, 54:1, 63:9, 77:9, 79:15, 86:5, 93:14, 125:4, 125:19, 126:2, 126:15, 128:23, 129:1, 129:9, 203:14, 204:14, 204:22, 205:24, 206:3, 207:4, 207:9, 208:7, 208:9, 210:12, 210:14
**signing** [3] - 41:3, 207:12, 207:16
**similar** [6] - 39:6, 119:24, 122:23, 135:6, 146:5, 187:3
**simplify** [1] - 120:23
**simply** [3] - 5:11, 5:15, 54:12
**Simultaneous** [1] - 185:19
**singing** [1] - 86:17
**single** [4] - 77:10, 77:11, 82:10, 84:17
**sit** [5] - 30:22, 30:23, 31:22, 31:23, 117:25
**sitting** [12] - 3:14, 4:10, 6:6, 26:11, 34:7, 59:12, 138:18, 140:2, 140:3, 150:7, 150:11, 195:9
**situation** [9] - 38:24, 39:20, 45:6, 53:14, 56:14, 56:16, 122:23, 155:1, 195:6
**situations** [1] - 183:4
**six** [31] - 5:12, 34:3, 34:9, 34:10, 35:18, 40:22, 46:1, 46:6, 48:21, 54:14, 55:19, 59:10, 61:6, 65:25, 66:6, 69:22, 69:24, 70:17, 70:20, 71:2, 71:5, 71:9, 79:19, 89:22, 90:9, 111:2, 114:5, 114:6
**sized** [1] - 65:12
**skimmed** [2] - 127:9, 206:1

**skin** [2] - 65:18, 144:14
**skinny** [1] - 65:20
**SKIPSEY** [1] - 2:1
**Skipsey** [1] - 4:14
**slap** [2] - 48:8, 73:17
**slapped** [4] - 35:5, 55:16, 177:21, 178:15
**slapping** [4] - 48:8, 68:3, 73:18, 85:19
**slaps** [1] - 50:15
**sleep** [3] - 80:23, 80:24, 182:9
**Slide** [3] - 46:19, 50:24, 51:16
**slide** [30] - 13:12, 14:22, 15:4, 15:5, 15:21, 15:22, 15:25, 36:9, 36:22, 37:7, 37:24, 38:19, 39:10, 40:3, 40:8, 40:20, 47:2, 49:21, 52:4, 52:20, 53:4, 54:3, 54:13, 54:24, 55:6, 55:22, 56:19, 57:16, 58:18, 59:6
**slides** [1] - 18:10
**slight** [4] - 68:11, 176:1, 176:4, 176:6
**sloppy** [1] - 4:24
**slow** [3] - 24:15, 72:10, 100:5
**slower** [1] - 74:12
**slowly** [1] - 168:19
**slut** [4] - 63:25, 81:3, 84:13, 177:14
**SM** [1] - 76:20
**smacked** [4] - 53:9, 64:15, 78:20, 182:24
**smacking** [3] - 65:8, 148:24, 177:10
**smaller** [1] - 122:10
**smiley** [4] - 71:20, 75:13, 75:14, 76:5, 79:22, 96:10
**so-called** [1] - 70:13
**social** [1] - 22:8
**social media** [3] - 27:24, 28:12, 85:5
**societal** [1] - 104:19
**society** [2] - 35:21, 36:5
**solely** [1] - 24:22
**solemn** [1] - 31:19
**solicit** [1] - 92:3
**solution** [2] - 5:14
**some-40** [1] - 4:17
**someone** [12] - 20:18, 26:18, 37:3, 48:4, 53:20, 58:13, 65:6, 68:9, 92:12, 114:23, 187:6, 213:12
**sometimes** [12] - 22:21, 32:7, 42:23, 43:7, 48:9, 53:13, 53:15, 68:5, 73:18, 93:13, 202:12
**somewhat** [1] - 51:18
**somewhere** [2] - 30:11, 136:24
**son** [4] - 108:23, 128:10, 128:11, 128:12
**soon** [7] - 11:2, 23:22, 55:4, 86:21, 95:24, 97:19, 196:8
**sooner** [1] - 186:16
**sophisticated** [6] - 40:14, 40:25, 60:13, 69:18, 88:15
**sore** [4] - 48:12, 73:19, 73:23, 154:5
**sores** [1] - 78:5
**sorry** [40] - 6:25, 11:1, 40:4, 54:25,

55:1, 60:22, 74:16, 76:9, 102:17, 104:24, 114:16, 118:4, 133:17, 133:23, 134:7, 134:14, 134:15, 138:13, 138:18, 138:23, 141:18, 143:17, 145:10, 145:14, 148:20, 155:24, 159:18, 159:19, 160:5, 171:4, 171:12, 171:14, 176:22, 178:8, 178:14, 184:18, 185:14, 205:22, 207:19, 207:24
**sort** [1] - 104:14
**sorts** [1] - 69:2
**sought** [8] - 14:1, 17:22, 70:22, 80:20, 81:18, 87:12, 87:19, 89:17
**soundproof** [1] - 69:4
**sounds** [3] - 60:11, 114:12, 184:6
**sour** [1] - 79:3
**Spacing** [1] - 212:22
**spacious** [1] - 116:9
**spank** [1] - 65:20
**spanked** [1] - 55:16
**spanking** [1] - 72:8
**speaking** [5] - 18:9, 55:12, 109:2, 172:25
**speaks** [1] - 65:14
**special** [1] - 28:21
**specific** [4] - 43:20, 183:18, 190:1, 192:3
**specifically** [5] - 16:18, 21:15, 79:23, 79:24, 194:9
**spectrum** [1] - 37:4
**spend** [7] - 108:14, 124:16, 136:18, 137:7, 151:10, 161:13, 179:4
**spending** [1] - 151:6
**spent** [8] - 82:6, 82:9, 86:12, 86:15, 126:2, 127:2, 192:25, 193:14
**spill** [1] - 19:5
**spin** [1] - 15:17
**spreadsheet** [1] - 51:3
**sprung** [1] - 4:22
**squirming** [4] - 145:6, 159:1, 160:1, 160:3
**squirmy** [1] - 149:15
**stand** [13] - 9:22, 65:25, 66:3, 72:18, 90:10, 104:1, 104:6, 118:12, 142:25, 172:8, 172:22, 173:10, 173:11
**standard** [1] - 25:18
**standing** [5] - 31:22, 31:23, 147:10, 148:22
**stare** [1] - 27:9
**start** [7] - 20:17, 21:9, 30:10, 31:6, 32:24, 61:19, 85:13
**started** [13] - 9:7, 96:18, 131:6, 143:22, 158:12, 158:20, 159:1, 160:1, 160:16, 168:19, 174:7, 177:10
**starting** [4] - 36:19, 44:10, 67:2, 139:16
**starts** [2] - 26:17, 100:6
**state** [3] - 15:10, 46:13, 205:23
**statement** [11] - 11:10, 12:11, 15:17, 18:4, 29:1, 33:12, 72:25, 90:18, 101:21, 105:8

**Statement** [3] - 33:17, 214:5, 214:6
**statements** [17] - 5:7, 12:13, 14:7, 14:9, 18:25, 21:8, 23:16, 29:5, 29:14, 31:9, 33:9, 46:16, 65:6, 90:8, 105:3, 105:15
**states** [4] - 16:21, 91:13, 109:5, 205:17
**station** [1] - 20:19
**stay** [6] - 18:25, 31:22, 32:17, 99:21, 150:4, 179:2
**stayed** [8] - 82:11, 82:12, 89:17, 137:23, 137:24, 150:5, 150:6, 151:14
**staying** [1] - 149:25
**steady** [1] - 47:19
**stenography** [1] - 2:12
**step** [2] - 118:7, 213:5
**Steph** [1] - 66:18
**Stephanie** [10] - 51:6, 51:7, 56:1, 56:25, 57:7, 57:11, 81:23, 85:4, 85:15
**Stephanie's** [1] - 85:17
**stick** [1] - 67:20
**still** [11] - 46:7, 53:2, 53:15, 54:21, 64:6, 64:7, 94:5, 136:6, 149:25, 172:22, 212:23
**sting** [1] - 63:22
**stip** [8] - 152:9, 154:16, 155:6, 163:14, 163:16, 166:5, 166:10, 167:21
**stipulate** [4] - 6:9, 6:14, 6:21, 7:10
**stipulated** [2] - 6:5, 8:20
**stipulation** [17] - 16:6, 16:8, 16:15, 16:19, 16:20, 17:2, 17:18, 17:24, 18:5, 18:6, 101:15, 101:19, 102:3, 102:11, 131:10, 135:14, 208:16
**stipulations** [1] - 101:24
**stomach** [3] - 148:19, 148:25, 149:1
**Stone** [1] - 4:3
**STONE** [1] - 2:2
**stood** [1] - 147:21
**stop** [15] - 32:25, 56:12, 56:13, 63:12, 72:10, 90:5, 123:10, 123:23, 130:9, 138:19, 138:23, 139:5, 139:7, 139:11, 141:9
**stopped** [4] - 88:8, 88:13, 89:4, 90:6
**stops** [4] - 123:10, 191:19, 194:1, 194:22
**store** [1] - 189:19
**stories** [4] - 34:10, 34:11, 36:8, 40:24
**stormed** [2] - 149:16, 178:24
**storming** [1] - 178:3
**story** [3] - 40:6, 59:17, 99:7
**stranger** [1] - 35:18
**strap** [2] - 143:8
**strapped** [1] - 135:5
**straps** [1] - 134:6
**Street** [4] - 20:19, 69:1, 94:12, 121:21
**street** [4] - 61:3, 70:4, 136:22, 136:23
**street-wise** [2] - 61:3, 70:4
**stretched** [1] - 133:24
**stricken** [1] - 24:4
**strike** [8] - 5:16, 193:5, 195:11, 207:6,

207:17, 207:21, 207:24, 208:1
**striking** [1] - 6:15
**string** [1] - 12:16
**strip** [1] - 40:1
**striped** [1] - 84:14
**strong** [2] - 65:20, 90:8
**stuck** [1] - 20:25
**stuff** [11] - 62:9, 63:4, 64:8, 65:1, 65:8, 95:13, 96:10, 118:2, 123:9, 163:22, 174:14
**stupid** [7] - 144:20, 144:22, 149:8, 175:22, 177:14
**style** [3] - 85:5, 169:13, 170:14
**subject** [3] - 24:24, 162:7, 162:11
**submissive** [4] - 69:9, 71:21, 71:25, 72:3
**submitted** [1] - 101:12
**substance** [1] - 12:19
**subway** [2] - 20:18, 28:2
**successful** [3] - 36:1, 44:12, 67:8
**sued** [5] - 53:21, 54:8, 62:2, 63:18, 78:10, 153:18, 185:9
**suffer** [2] - 153:22, 154:6
**suffered** [1] - 89:13
**suffice** [1] - 25:18
**sugarcoated** [1] - 150:17
**suggest** [1] - 201:16
**suggested** [2] - 21:25, 172:21
**suggesting** [1] - 68:16
**suggestion** [3] - 7:10, 8:19, 213:7
**suing** [1] - 186:6
**suit** [4] - 54:9, 62:5, 63:19, 63:21
**summarize** [2] - 16:18, 29:13
**summary** [1] - 25:20
**summation** [2] - 90:10, 106:4
**summer** [1] - 192:15
**summertime** [1] - 78:4
**sunglasses** [3] - 182:18, 195:22, 196:1
**superjenpowers@gmail.com** [1] - 130:5
**suppose** [1] - 49:22
**supposed** [3] - 47:21, 101:5, 123:23
**supposedly** [7] - 56:12, 62:8, 63:3, 64:8, 65:22, 66:23, 89:13
**surprise** [2] - 210:24, 212:9
**Susanna** [2] - 4:6, 4:9
**sustain** [1] - 24:1
**Sustained** [1] - 128:16
**sustained** [9] - 78:13, 153:7, 162:21, 186:5, 186:8, 186:11, 186:15, 195:12, 207:8
**swear** [2] - 20:6, 98:10
**sworn** [2] - 20:10, 107:7
**synonymous** [2] - 93:9, 93:10

---

**T**

**table** [11] - 3:19, 4:5, 4:12, 94:6,

121:17, 137:20, 138:18, 140:1, 141:23, 147:16, 147:17
**TAGAI** [4] - 1:4, 1:17, 107:6, 214:7
**Tagai** [41] - 7:22, 36:10, 64:3, 78:17, 80:19, 95:5, 96:24, 97:11, 97:16, 97:20, 101:12, 102:6, 102:20, 107:5, 130:10, 131:18, 165:4, 187:21, 187:23, 189:15, 189:25, 190:4, 190:8, 191:20, 192:12, 192:24, 193:13, 194:2, 194:6, 194:23, 195:13, 195:21, 196:17, 200:5, 207:9, 207:18, 208:9, 210:5, 210:16, 210:21
**Tagsi** [1] - 107:16
**talks** [1] - 47:9
**tank** [1] - 78:4
**tape** [9] - 165:24, 169:8, 169:9, 169:11, 170:5, 170:9, 174:13
**Taren** [5] - 13:14, 13:17, 13:18, 66:18, 88:18, 88:24, 89:11
**target** [1] - 55:12
**targeted** [5] - 34:4, 35:17, 43:9, 45:17, 73:8
**targeting** [2] - 45:18, 57:14
**teacher** [1] - 93:16
**technical** [3] - 3:22, 18:12, 118:2
**teenaged** [1] - 61:3
**Telephone** [1] - 2:11
**telephone** [1] - 31:10
**television** [1] - 27:23
**ten** [7] - 7:8, 47:3, 47:19, 101:5, 138:14, 138:15, 139:10, 176:13
**term** [10] - 56:7, 80:12, 80:13, 122:6, 122:25, 123:4, 123:15, 170:14, 176:1, 182:2
**terminology** [1] - 164:15
**terms** [6] - 18:21, 37:22, 80:14, 171:18, 206:2, 207:3
**terrible** [1] - 194:2
**terrifying** [1] - 86:15
**testified** [26] - 75:16, 76:7, 76:9, 79:23, 86:8, 88:15, 107:7, 120:8, 143:3, 145:12, 159:10, 159:20, 189:25, 190:11, 192:21, 193:19, 194:2, 194:9, 194:23, 195:13, 195:21, 196:2, 199:16, 203:13, 208:24, 210:5
**testifies** [1] - 79:25
**testify** [10] - 7:20, 13:21, 52:1, 52:15, 61:15, 63:7, 63:10, 65:24, 96:23, 105:21
**testifying** [1] - 194:16
**testimony** [31] - 6:18, 9:24, 10:6, 12:5, 13:17, 13:18, 22:19, 23:15, 25:2, 38:11, 46:16, 66:12, 79:25, 85:17, 88:18, 88:19, 95:20, 102:6, 105:19, 110:12, 110:14, 111:6, 129:12, 174:2, 184:2, 191:5, 192:3, 195:18, 197:1, 210:11, 213:1
**tests** [1] - 25:5
**Texas** [2] - 93:16, 94:1
**text** [67] - 12:16, 13:20, 46:17, 46:20, 46:23, 46:24, 51:12, 52:13, 52:16,

*(texted - tries)*                                                          *Page 25*

3/21/2022 Moore v Rubin

52:18, 52:23, 55:4, 58:19, 63:24, 64:1, 66:4, 66:5, 72:23, 77:12, 77:24, 78:1, 79:21, 81:4, 81:5, 81:9, 81:10, 82:20, 84:2, 85:1, 86:18, 92:18, 92:22, 92:24, 93:1, 93:4, 95:7, 95:25, 96:3, 96:4, 96:19, 96:25, 97:1, 97:7, 98:5, 98:11, 98:15, 98:21, 99:6, 102:17, 102:18, 115:14, 150:21, 150:25, 151:1, 167:7, 179:22, 179:24, 180:22, 181:9, 181:14, 182:11, 182:21, 183:3, 200:10, 202:12
**texted** [3] - 150:13, 180:3, 181:16
**texting** [3] - 179:6, 181:8, 182:23
**texts** [16] - 28:12, 45:17, 48:17, 49:3, 49:12, 49:17, 51:3, 53:10, 54:17, 55:8, 55:17, 57:25, 58:6, 93:3, 95:18, 180:10
**tha** [1] - 88:15
**THE** [186] - 1:13, 4:1, 4:15, 6:4, 6:23, 8:5, 8:9, 8:18, 8:24, 9:2, 9:19, 9:25, 10:9, 10:16, 11:4, 11:9, 11:18, 12:4, 12:10, 12:21, 12:23, 13:2, 13:5, 13:10, 13:14, 14:6, 14:10, 14:19, 15:16, 15:23, 16:2, 16:12, 16:18, 17:11, 17:14, 18:3, 18:8, 18:12, 18:17, 18:20, 19:7, 19:13, 19:19, 20:2, 20:4, 20:7, 20:8, 20:9, 20:11, 33:16, 60:8, 60:20, 62:16, 63:1, 67:20, 74:12, 74:14, 87:18, 90:17, 90:19, 99:16, 100:2, 101:4, 101:10, 101:16, 101:19, 101:23, 102:4, 102:12, 102:15, 102:22, 103:1, 103:4, 103:7, 103:10, 103:21, 103:25, 104:4, 104:12, 104:20, 104:22, 105:1, 105:7, 105:11, 105:21, 105:24, 106:5, 107:1, 107:8, 111:10, 116:15, 116:18, 116:24, 117:2, 117:7, 117:11, 117:13, 117:17, 117:19, 117:21, 117:22, 117:23, 117:24, 118:7, 118:11, 118:14, 118:17, 119:2, 119:6, 120:17, 120:23, 121:7, 122:11, 124:10, 128:16, 129:23, 131:13, 132:24, 142:18, 142:21, 142:24, 162:8, 162:12, 162:15, 163:5, 165:13, 165:14, 165:15, 166:18, 166:22, 166:25, 170:2, 170:22, 171:16, 171:20, 171:22, 171:25, 172:9, 172:12, 172:19, 173:1, 173:5, 173:8, 173:14, 173:17, 176:7, 178:11, 178:13, 183:17, 183:25, 184:15, 184:17, 184:19, 184:23, 185:17, 185:20, 186:5, 186:8, 186:11, 186:15, 186:19, 187:12, 187:15, 187:17, 191:10, 191:12, 191:14, 191:16, 192:10, 193:7, 193:10, 195:12, 200:15, 200:19, 204:2, 204:5, 204:9, 207:8, 207:20, 207:23, 207:25, 208:3, 212:16, 212:19, 213:5, 213:12
the **defendant** [5] - 1:22, 2:2, 2:7, 185:8, 185:20
the **times** [5] - 30:20, 50:22, 82:11, 121:15, 164:9
**theme** [3] - 56:6, 56:14, 212:13
**themed** [1] - 212:12
**themes** [1] - 57:14
**themselves** [9] - 10:2, 42:14, 51:18,

56:14, 56:15, 56:16, 66:25, 82:12, 87:13
**therapists** [1] - 182:6
**therapy** [1] - 154:11
**there'll** [1] - 39:25
**therefore** [4] - 15:10, 16:11, 103:24, 153:9
**thinking** [2] - 30:25, 213:10
**thinks** [1] - 29:17
**third** [5] - 26:23, 30:15, 44:22, 45:10, 76:23
**thoroughly** [1] - 30:6
**thoughtful** [1] - 40:15
**thousand** [2] - 27:9, 38:13
**thousand-mile** [1] - 27:9
**thousands** [1] - 53:21
**three** [28] - 16:9, 36:20, 37:1, 37:11, 46:25, 53:6, 53:7, 61:21, 67:10, 67:25, 70:7, 70:21, 76:15, 77:6, 77:7, 77:14, 91:8, 93:24, 94:2, 95:5, 98:14, 110:24, 111:3, 134:20, 137:25, 138:1, 154:18, 157:8
**three-and-a-half** [1] - 98:14
**threesome** [1] - 98:1
**throughout** [5] - 22:12, 79:20, 182:19, 195:14, 210:1
**throw** [2] - 154:13, 182:8
**thrown** [1] - 34:14
**Thun** [1] - 2:10
**Thursday** [1] - 39:12
**Thursdays** [1] - 30:22
**tickets** [1] - 97:4
**tie** [11] - 140:11, 140:12, 145:20, 158:21, 168:24, 169:5, 169:11, 174:12, 189:10, 198:18, 198:24
**tied** [35] - 34:24, 59:21, 79:6, 123:8, 140:9, 140:10, 140:13, 140:20, 140:21, 140:22, 140:23, 140:24, 141:17, 144:12, 147:15, 148:5, 151:22, 159:8, 160:10, 160:14, 164:23, 165:9, 165:22, 168:23, 169:1, 169:3, 169:7, 174:7, 174:9, 174:11, 174:15, 174:17, 175:7, 177:9, 189:6
**Tiffany** [1] - 88:24
**timing** [2] - 52:22, 99:17
**tip** [1] - 84:22
**title** [1] - 65:15
**tits** [8] - 53:9, 64:15, 64:18, 64:19, 72:8, 78:20, 182:24
**today** [24] - 7:19, 8:13, 20:18, 31:9, 36:23, 51:23, 67:17, 87:2, 90:12, 109:11, 110:2, 110:5, 122:3, 122:25, 189:25, 190:17, 192:2, 193:18, 193:19, 194:2, 194:10, 194:23, 196:2
**together** [17] - 47:17, 72:7, 72:13, 74:6, 75:8, 75:19, 76:1, 78:24, 79:17, 85:1, 87:14, 96:9, 97:10, 140:12, 155:14, 202:8, 203:3
**tomorrow** [10] - 37:9, 38:5, 49:10, 64:13, 76:4, 80:1, 85:25, 212:20, 213:3

**tone** [1] - 97:7
**took** [20] - 13:20, 28:22, 40:1, 43:23, 46:2, 57:23, 83:1, 83:3, 139:17, 149:15, 158:14, 158:22, 162:1, 162:24, 163:11, 164:22, 190:14, 190:17, 202:15, 211:20
**top** [14] - 45:1, 51:5, 55:11, 78:4, 126:24, 130:3, 133:11, 147:17, 167:4, 168:19, 181:4
**topics** [1] - 102:19
**tops** [1] - 138:14
**tort** [1] - 94:19
**torture** [2] - 65:8, 65:17
**tortured** [3] - 65:3, 65:22, 86:15
**total** [2] - 51:10, 85:21
**touch** [2] - 65:15, 122:11
**touching** [1] - 72:16
**tough** [1] - 35:19
**towards** [2] - 111:16, 147:2
**towel** [1] - 169:7
**town** [1] - 64:13
**toy** [2] - 148:7, 148:24
**toys** [10] - 65:9, 68:6, 69:3, 79:9, 97:14, 189:12, 189:13, 189:16, 189:20, 189:22
**Tracy** [7] - 71:14, 71:19, 78:23, 112:6, 112:7, 113:2, 113:4
**trader** [1] - 67:8
**trafficked** [1] - 46:13
**trafficking** [6] - 34:5, 59:9, 60:13, 60:14, 69:17, 69:18
**TRANSCRIPT** [1] - 1:13
**transcript** [3] - 32:4, 32:5, 32:8
**Transcript** [1] - 2:12
**Transcription** [1] - 2:13
**transcripts** [1] - 66:14
**transfer** [3] - 209:3, 209:5, 209:10
**transfers** [2] - 115:21, 131:5
**transported** [1] - 34:5
**trauma** [2] - 182:2, 195:8
**travel** [5] - 91:9, 97:4, 101:13, 188:18, 197:10
**traveled** [8] - 188:1, 188:4, 188:8, 188:12, 193:1, 193:15, 196:21, 198:6
**traveling** [1] - 197:21
**travesty** [1] - 90:13
**treatment** [2] - 80:20, 89:18
**trend** [1] - 45:8
**Trial** [1] - 3:8
**trial** [28] - 5:1, 5:12, 7:15, 11:23, 21:24, 22:12, 24:2, 24:16, 26:8, 28:9, 28:24, 29:10, 30:9, 30:18, 30:22, 30:25, 31:1, 31:3, 82:19, 84:17, 87:4, 94:24, 98:9, 98:13, 99:9, 99:13, 109:20
**TRIAL** [1] - 1:13
**trials** [1] - 9:17
**tricked** [1] - 60:12
**tricking** [1] - 72:2
**tried** [4] - 38:10, 38:11, 45:21, 98:18
**tries** [1] - 99:22

*(trip - walk)*                                                                    *Page 26*

3/21/2022 Moore v Rubin

**trip** [1] - 199:15
**trips** [2] - 91:11, 199:22
**trouble** [2] - 63:9, 82:4
**true** [11] - 14:7, 14:9, 25:16, 184:1, 189:10, 190:4, 192:24, 193:13, 194:14, 202:21
**trust** [1] - 48:4
**truth** [4] - 13:23, 25:6, 98:10, 190:14
**truthfully** [2] - 195:2, 195:5
**try** [12] - 5:1, 10:17, 16:5, 24:9, 24:14, 26:18, 27:5, 27:13, 44:18, 48:6, 103:2, 117:19
**trying** [16] - 6:7, 6:21, 14:13, 24:18, 26:21, 48:2, 55:10, 57:3, 63:22, 64:6, 64:7, 73:14, 74:5, 87:11, 210:22
**tune** [2] - 28:3, 63:17
**turn** [2] - 59:16, 203:9
**turned** [5] - 10:1, 10:3, 47:17, 79:3, 82:1
**turns** [1] - 104:7
**TV** [2] - 23:23, 27:21
**twelve** [1] - 81:17
**twice** [3] - 53:14, 95:5, 175:19
**two** [67] - 5:17, 7:6, 7:20, 16:20, 17:7, 20:23, 21:1, 21:5, 33:20, 49:24, 51:4, 58:20, 62:1, 64:2, 64:22, 65:2, 65:5, 65:22, 66:17, 67:24, 69:17, 72:12, 72:14, 72:22, 77:13, 81:18, 82:24, 83:3, 84:16, 84:24, 84:25, 86:4, 87:14, 87:21, 93:21, 97:7, 97:23, 103:15, 108:20, 109:1, 111:3, 113:8, 114:9, 116:8, 117:7, 117:8, 136:19, 136:21, 137:6, 137:8, 145:15, 151:2, 154:11, 154:18, 155:13, 156:4, 157:8, 157:18, 160:25, 161:3, 162:1, 164:3, 164:4, 168:11, 196:1, 204:7, 209:1
**two-page** [2] - 16:20, 49:24
**tying** [2] - 169:5, 169:14
**type** [3] - 83:10, 126:7, 177:10
**types** [1] - 187:4
**typical** [1] - 202:5
**typically** [1] - 208:25

## U

**unable** [1] - 59:22
**unbound** [1] - 89:9
**uncomfortable** [1] - 176:20
**uncommon** [1] - 67:15
**unconventional** [1] - 67:12
**under** [14] - 31:20, 46:10, 53:22, 98:9, 98:15, 125:21, 153:18, 169:5, 170:16, 170:17, 189:19, 194:12
**undermine** [1] - 18:5
**understood** [14] - 6:12, 70:3, 85:11, 85:20, 90:1, 119:8, 171:23, 190:22, 193:11, 203:8, 205:4, 207:12, 210:21, 211:1
**undertaken** [1] - 31:19
**undone** [1] - 99:8

**unexpectedly** [1] - 78:3
**unfortunately** [2] - 22:11, 25:1
**United States** [3] - 1:1, 1:5, 3:3
**University** [1] - 108:11
**unless** [1] - 9:7
**unmistakable** [1] - 81:16
**unpleasant** [1] - 82:15
**unreal** [1] - 95:13
**unsophisticated** [1] - 69:19
**untie** [1] - 149:20
**untied** [6] - 145:6, 149:24, 160:4, 178:1, 178:15, 178:20
**unwrapped** [1] - 169:25
**up** [156] - 5:1, 7:17, 12:22, 13:8, 14:1, 19:3, 23:7, 28:21, 29:23, 30:4, 30:23, 30:24, 34:24, 35:11, 35:20, 39:19, 40:18, 41:3, 43:5, 47:7, 48:12, 48:22, 51:11, 52:8, 52:22, 52:25, 53:8, 54:11, 54:20, 55:18, 57:18, 58:7, 59:21, 60:21, 61:18, 64:9, 65:5, 68:13, 68:20, 70:1, 71:19, 73:19, 73:22, 74:4, 75:20, 78:3, 79:6, 82:21, 93:14, 93:16, 111:11, 112:14, 113:4, 115:4, 115:8, 116:14, 121:11, 123:8, 123:14, 124:6, 124:22, 129:4, 129:6, 130:2, 130:3, 130:12, 131:9, 131:18, 133:15, 133:21, 134:15, 134:18, 135:7, 135:13, 135:14, 138:21, 140:9, 140:11, 141:5, 141:6, 141:17, 142:1, 142:7, 142:25, 143:11, 144:12, 147:15, 147:21, 148:17, 148:23, 149:10, 151:6, 151:16, 151:22, 153:1, 153:3, 154:13, 154:19, 156:15, 157:1, 157:19, 158:21, 159:3, 159:8, 160:10, 160:14, 160:19, 160:23, 161:5, 161:8, 161:25, 162:2, 163:10, 163:16, 163:20, 163:24, 164:11, 164:23, 165:9, 165:22, 167:4, 167:21, 168:23, 168:24, 169:1, 169:3, 169:5, 169:7, 169:12, 171:3, 174:1, 174:8, 174:9, 174:11, 174:12, 174:15, 175:2, 175:3, 175:7, 176:22, 177:9, 178:3, 179:6, 179:18, 179:19, 181:3, 182:8, 189:7, 189:10, 198:18, 198:24, 203:21, 208:15
**upfront** [3] - 85:23, 86:1, 88:20
**upscale** [1] - 116:9
**upset** [10] - 59:3, 92:21, 93:1, 93:2, 138:21, 148:4, 149:15, 149:17, 161:21, 177:25
**upside** [1] - 134:19
**uses** [1] - 77:18
**usual** [1] - 167:19
**utter** [1] - 71:12
**uttered** [1] - 88:8

## V

**vaccinated** [4] - 19:12, 19:14, 20:14, 20:16
**vagina** [7] - 138:19, 148:8, 148:15, 154:5, 160:17, 175:15, 177:11

**vaginal** [1] - 68:4
**vague** [3] - 51:2, 72:1
**vagueness** [1] - 44:2
**van** [1] - 34:14
**various** [2] - 65:23, 93:19
**Vegas** [6] - 78:25, 113:16, 188:4, 197:11, 199:13, 199:14
**Venmo** [4] - 132:9, 132:11, 166:12, 209:5
**venture** [17] - 34:5, 35:17, 38:17, 40:15, 40:25, 42:7, 42:13, 43:7, 43:14, 44:12, 47:4, 47:14, 48:25, 49:14, 60:13, 69:18
**venturer** [2] - 45:18, 60:14
**verb** [1] - 146:25
**verbal** [1] - 72:5
**verbatim** [1] - 32:4
**verdict** [6] - 21:22, 26:3, 26:8, 28:3, 29:22, 29:24
**version** [1] - 169:25
**via** [2] - 109:25, 113:8
**vibrator** [1] - 174:23
**vibrators** [1] - 72:9
**Vicodin** [2] - 82:25, 83:3
**victims** [1] - 35:22
**video** [12] - 40:12, 85:2, 87:14, 88:13, 89:4, 109:24, 191:18, 193:25, 194:21, 194:22
**videos** [6] - 59:7, 66:14, 66:20, 66:21, 81:12, 81:13
**Videos** [2] - 191:19, 194:1
**videotape** [1] - 80:10
**view** [1] - 29:18
**viewing** [1] - 110:4
**views** [1] - 30:1
**violate** [1] - 28:23
**violence** [1] - 102:8
**violent** [1] - 44:9
**virtually** [1] - 43:22
**visit** [3] - 121:24, 135:11, 135:23
**visited** [1] - 121:15
**visits** [1] - 99:6
**voluntarily** [5] - 50:9, 76:19, 127:4, 196:22, 204:17
**vulnerable** [7] - 34:4, 43:9, 43:11, 45:18, 56:17, 57:15, 60:12

## W

**wait** [10] - 12:25, 15:18, 64:1, 84:14, 84:15, 85:25, 95:19, 136:8, 184:15
**waiting** [4] - 20:21, 53:15, 71:19, 149:25
**waitress** [2] - 81:22, 93:18
**waive** [1] - 18:1
**waived** [1] - 17:24
**waivers** [1] - 128:12
**waiving** [1] - 12:6
**walk** [1] - 89:9

**walked** [4] - 74:2, 89:10, 139:18, 163:21
**walking** [2] - 10:22, 27:8
**wall** [7] - 134:24, 143:25, 147:2, 147:3, 147:4, 148:17, 177:2
**walls** [2] - 122:21, 134:22
**wants** [5] - 8:13, 9:12, 46:25, 52:25, 55:13
**waste** [3] - 69:13, 75:7, 172:14
**wasted** [2] - 149:19, 151:3
**wasting** [1] - 62:14
**watch** [3] - 25:8, 46:4, 170:12
**watching** [2] - 23:18, 27:21
**water** [1] - 203:25
**ways** [6] - 36:4, 42:12, 48:1, 54:16, 65:24, 202:11
**wealthy** [1] - 152:22
**wear** [2] - 18:23, 22:11
**wearing** [2] - 78:4, 182:18
**website** [2] - 185:1, 196:25
**Wednesday** [2] - 38:5, 39:12, 110:21
**week** [14] - 11:21, 20:25, 33:21, 39:12, 48:12, 50:15, 64:16, 73:20, 154:12, 157:23, 181:22, 182:7, 201:10, 201:24
**weeks** [4] - 7:4, 26:12, 75:19, 87:6
**weigh** [1] - 25:8
**weight** [2] - 23:7, 23:11
**welcome** [1] - 107:2
**well-organized** [1] - 34:5
**West** [1] - 121:21
**Western** [1] - 108:11
**WhatsApp** [4] - 115:11, 115:13, 129:17, 180:14
**what's** [1] - 92:21
**whereas** [1] - 50:20
**whip** [2] - 160:15, 177:10
**whipped** [8] - 35:6, 55:16, 56:4, 59:19, 84:14, 123:9, 154:4, 154:5
**whipping** [5] - 64:18, 79:6, 148:7, 148:24, 160:16
**whips** [4] - 48:9, 72:8, 73:18, 134:23
**white** [1] - 24:13
**whole** [8] - 14:14, 23:12, 97:21, 119:2, 137:22, 138:13, 141:25, 142:1
**wide** [1] - 70:5
**wife** [2] - 67:9, 67:10
**wild** [2] - 95:13, 95:23
**willful** [1] - 70:5
**willing** [3] - 69:14, 97:11, 197:24
**win** [1] - 21:14
**wine** [9] - 138:7, 157:25, 158:6, 158:8, 158:11, 167:18, 168:7, 168:8, 168:12
**wire** [7] - 17:1, 131:21, 132:8, 208:17, 209:3, 209:5, 209:10
**wired** [1] - 132:10
**wires** [1] - 115:20
**wise** [3] - 56:15, 61:3, 70:4
**wish** [2] - 32:15, 54:18
**wished** [1] - 56:15

**wishes** [2] - 11:23, 19:10
**withdrawn** [5] - 23:23, 109:19, 113:13, 132:6, 164:21
**WITNESS** [5] - 165:14, 178:11, 178:13, 204:2, 214:3
**Witness** [1] - 213:6
**witness** [35] - 9:22, 9:23, 10:1, 10:3, 10:4, 10:5, 10:13, 11:24, 12:2, 14:21, 18:22, 18:23, 23:1, 24:3, 65:24, 66:3, 103:6, 107:3, 116:15, 118:12, 133:25, 134:18, 142:5, 143:11, 170:1, 172:8, 173:10, 173:11, 191:13, 193:10, 200:3
**witness's** [1] - 12:5
**witnesses** [17] - 11:13, 12:8, 22:14, 22:19, 23:9, 25:9, 26:24, 27:7, 29:6, 29:7, 29:8, 29:9, 46:4, 66:17, 110:15, 110:18, 172:16
**woke** [7] - 159:3, 160:19, 160:23, 161:5, 161:8, 163:10, 163:20
**woman** [14] - 42:17, 49:5, 66:18, 71:10, 78:19, 79:17, 81:2, 87:7, 87:23, 88:16, 99:3, 112:21, 112:25
**women** [41] - 34:4, 34:6, 38:12, 40:15, 42:8, 42:14, 42:21, 42:22, 43:8, 43:20, 44:2, 44:13, 46:13, 47:13, 56:17, 57:15, 59:11, 60:12, 61:3, 64:23, 64:25, 65:5, 67:25, 68:20, 68:21, 69:11, 69:14, 70:4, 72:14, 73:22, 82:7, 87:16, 87:19, 87:21, 97:8, 97:23, 112:22, 137:6, 137:8, 212:14
**wonder** [1] - 20:23
**wonderful** [6] - 70:18, 92:25, 113:21, 155:14, 156:5, 158:3
**wondering** [1] - 98:4
**word** [23] - 32:3, 56:11, 72:10, 77:19, 79:21, 88:8, 89:9, 93:9, 93:11, 103:14, 123:16, 123:17, 123:19, 123:20, 123:22, 123:23, 124:1, 145:18, 151:24, 178:4, 178:5
**words** [6] - 70:23, 85:1, 86:23, 101:16, 124:3, 132:5
**wore** [1] - 182:17
**works** [1] - 29:11
**worried** [2] - 63:6, 96:21
**worry** [1] - 65:11
**worse** [2] - 45:7, 45:8
**wow** [2] - 95:14, 201:4
**wrap** [1] - 170:10
**wrapping** [1] - 170:13
**wrist** [2] - 170:10, 170:13
**wrists** [7] - 140:16, 140:18, 140:22, 140:25, 147:5, 169:15
**write** [2] - 33:2, 125:12
**writes** [2] - 48:7, 58:9
**writing** [7] - 32:3, 32:22, 32:25, 47:12, 51:12, 53:8, 167:10
**written** [1] - 74:14
**wrongs** [1] - 21:17
**wrote** [11] - 52:25, 75:25, 92:20, 95:12, 95:17, 96:6, 96:19, 200:10, 200:22,

200:25, 201:15

**X**

**Xanax** [2] - 80:23
**XOXO** [3] - 95:24, 97:19, 196:5

**Y**

**year** [15] - 32:21, 36:14, 39:3, 52:21, 73:6, 79:20, 79:24, 80:4, 80:6, 128:22, 192:7, 203:9, 203:10, 210:1
**Year** [1] - 47:20
**years** [35] - 7:6, 36:16, 36:24, 38:8, 39:2, 39:16, 39:18, 46:25, 64:5, 66:1, 67:9, 67:12, 72:21, 72:22, 79:5, 81:18, 93:17, 93:21, 94:25, 96:4, 96:25, 98:14, 107:18, 108:14, 109:1, 152:13, 154:11, 183:22, 187:24, 188:1, 202:16, 202:22, 204:24, 205:5, 207:14
**yell** [1] - 75:23
**yelling** [1] - 149:19
**yesterday** [1] - 7:24
**YORK** [1] - 1:2
**York** [63] - 1:6, 1:19, 1:23, 2:4, 3:4, 34:6, 34:12, 34:17, 35:18, 36:15, 37:14, 40:15, 42:23, 43:21, 46:14, 52:9, 52:11, 52:23, 60:12, 72:14, 79:1, 79:10, 81:14, 81:25, 84:25, 85:10, 86:4, 93:18, 99:11, 113:18, 114:12, 114:17, 115:22, 116:1, 116:7, 151:13, 188:1, 188:4, 188:8, 188:12, 188:13, 188:23, 189:2, 189:19, 193:1, 193:15, 196:21, 197:1, 197:11, 197:20, 198:7, 198:10, 198:14, 198:22, 201:10, 201:23, 202:3, 202:7, 202:18, 202:24, 210:2
**young** [3] - 35:16, 38:21, 60:12
**yourself** [4] - 50:18, 118:2, 189:15, 210:9
**yourselves** [2] - 26:5, 99:21

**Z**

**zoning** [1] - 158:20
**zoom** [2] - 126:24
**Zoom** [1] - 109:25
**Zooms** [1] - 182: