# Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734  Direct
+1 212 698 0441  Fax

March 27, 2024

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    **Re:**    <u>*Moore, et al. v. Rubin, et al.*</u>**, 1:17-cv-06404 (BMC)**

Dear Judge Cogan,

On behalf of Defendant Howard Rubin, we write in response to Plaintiffs' letter dated March 26, 2024 (Dkt. 426). We consent to the briefing schedule proposed by Plaintiffs' counsel, and respectfully request that the Court order that Plaintiffs' FRCP 54(d)(2) motion for attorney's fees extends Mr. Rubin's time to appeal the judgment until 30 days after the Court rules on the motion, consistent with FRCP 58(e).

Respectfully submitted,

*/s/ May K. Chiang*

May K. Chiang

*Counsel to Defendant Howard Rubin*

cc:      All parties by ECF