# Exhibit 3

**ESTIMATED HOURS OF WORK ASSOCIATED WITH LITIGATING SCHNUR'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES BY TIMEKEEPER BY DATE BETWEEN MAY 17, 2018 – OCTOBER 13, 2018 (SEE EXHIBIT 1 FOR DETAILED TIME RECORDS ON THESE DATES OF THE WORK PERFORMED)**

| DATE | STAFFER | RATE | HOURS EST. | BILLED (USD) |
|---|---|---|---|---|
| 17-May | BLG | 415 | 2 | 830 |
| 17-May | JLM | 605 | 1 | 605 |
| 17-May | JGB | 1,085 | 0.5 | 542.5 |
| 17-May | JL | 325 | 0.5 | 162.5 |
| 17-May | MWS | 625 | 0.5 | 312.5 |
| 18-May | JGB | 1085 | 0.5 | 542.5 |
| 21-May | JLM | 605 | 1 | 605 |
| 21-May | JGB | 1085 | 0.5 | 542.5 |
| 21-May | JL | 325 | 1.5 | 487.5 |
| 21-May | BLG | 415 | 2.5 | 1037.5 |
| 28-May | JLM | 605 | 1.3 | 786.5 |
| 29-May | JLM | 605 | 3 | 1815 |
| 30-May | JGB | 1085 | 2 | 2170 |
| 30-May | MWS | 625 | 0.5 | 312.5 |
| 30-May | JLM | 605 | 13.9 | 8409.5 |
| 31-May | EMC | 325 | 0.8 | 260 |
| 31-May | NLG | 320 | 1.1 | 352 |
| 31-May | KMB | 325 | 3.4 | 1105 |
| 31-May | BLG | 415 | 3 | 1245 |
| 31-May | JLM | 605 | 14 | 8470 |
| 31-May | JGB | 1085 | 3 | 3255 |
| 31-May | JL | 325 | 3 | 975 |
| 31-May | MWS | 625 | 2.5 | 1562.5 |
| 3-Jun | JGB | 1085 | 1 | 1085 |
| 4-Jun | JLM | 605 | 2 | 1210 |
| 4-Jun | HNM | 325 | 1.5 | 487.5 |
| 4-Jun | BLG | 415 | 1 | 415 |
| 4-Jun | JGB | 1085 | 0.1 | 108.5 |
| 4-Jun | JL | 325 | 1 | 325 |
| 5-Jun | JLM | 605 | 0.5 | 302.5 |
| 6-Jun | JLM | 605 | 4 | 2420 |
| 6-Jun | JGB | 1085 | 0.2 | 217 |
| 7-Jun | JGB | 1085 | 0.2 | 217 |
| 8-Jun | JL | 325 | 2 | 650 |
| 8-Jun | NLG | 320 | 0.9 | 288 |
| 11-Jun | JLM | 605 | 2 | 1210 |

| ESTIMATED HOURS OF WORK ASSOCIATED WITH LITIGATING SCHNUR'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES BY TIMEKEEPER BY DATE BETWEEN MAY 17, 2018 – OCTOBER 13, 2018 (SEE EXHIBIT 1 FOR DETAILED TIME RECORDS ON THESE DATES OF THE WORK PERFORMED) | | | | |
|---|---|---|---|---|
| **DATE** | **STAFFER** | **RATE** | **HOURS EST.** | **BILLED (USD)** |
| 11-Jun | JGB | 1085 | 0.3 | 325.5 |
| 12-Jun | JGB | 1085 | 1 | 1085 |
| 14-Jun | JGB | 1085 | 0.3 | 325.5 |
| 15-Jun | JLM | 605 | 4 | 2420 |
| 15-Jun | JGB | 1085 | 0.5 | 542.5 |
| 16-Jun | JGB | 1085 | 0.5 | 542.5 |
| 17-Jun | JLM | 605 | 5.9 | 3569.5 |
| 17-Jun | JGB | 1085 | 0.1 | 108.5 |
| 18-Jun | KMB | 325 | 6 | 1950 |
| 18-Jun | JGB | 1085 | 1 | 1085 |
| 18-Jun | JLM | 605 | 7 | 4235 |
| 18-Jun | JL | 325 | 6 | 1950 |
| 19-Jun | JLM | 605 | 0.5 | 302.5 |
| 20-Jun | HNM | 325 | 5 | 1625 |
| 21-Jun | HNM | 325 | 3 | 975 |
| 25-Jun | BLG | 415 | 2 | 830 |
| 25-Jun | JLM | 605 | 1.5 | 907.5 |
| 25-Jun | JGB | 1085 | 0.5 | 542.5 |
| 26-Jun | MWS | 625 | 1 | 625 |
| 26-Jun | HNM | 325 | 2 | 650 |
| 27-Jun | HNM | 325 | 2 | 650 |
| 28-Jun | JGB | 1085 | 0.3 | 325.5 |
| 28-Jun | JLM | 605 | 0.3 | 181.5 |
| 6-Jul | JLM | 605 | 1.5 | 907.5 |
| 6-Jul | JL | 325 | 1 | 325 |
| 9-Jul | JL | 325 | 1 | 325 |
| 10-Jul | JGB | 1085 | 0.4 | 434 |
| 10-Jul | JLM | 605 | 1 | 605 |
| 11-Jul | JGB | 1085 | 1 | 1085 |
| 11-Jul | HNM | 325 | 1 | 325 |
| 11-Jul | JLM | 605 | 2 | 1210 |
| 11-Jul | BLG | 415 | 1 | 415 |
| 12-Jul | JGB | 1085 | 2 | 2170 |
| 12-Jul | JL | 325 | 2 | 650 |
| 12-Jul | HNM | 325 | 2 | 650 |
| 12-Jul | JLM | 605 | 2 | 1210 |

| ESTIMATED HOURS OF WORK ASSOCIATED WITH LITIGATING SCHNUR'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES BY TIMEKEEPER BY DATE BETWEEN MAY 17, 2018 – OCTOBER 13, 2018 (SEE EXHIBIT 1 FOR DETAILED TIME RECORDS ON THESE DATES OF THE WORK PERFORMED) | | | | |
|---|---|---|---|---|
| DATE | STAFFER | RATE | HOURS EST. | BILLED (USD) |
| 12-Jul | BLG | 415 | 2 | 830 |
| 12-Jul | KMB | 325 | 0.3 | 97.5 |
| 26-Jul | BLG | 415 | 1.5 | 622.5 |
| 26-Jul | HNM | 325 | 5 | 1625 |
| 26-Jul | JL | 325 | 0.5 | 162.5 |
| 27-Jul | EMC | 325 | 5 | 1625 |
| 27-Jul | BLG | 415 | 3.5 | 1452.5 |
| 27-Jul | HNM | 325 | 5.5 | 1787.5 |
| 29-Jul | BLG | 415 | 0.3 | 124.5 |
| 30-Jul | BLG | 415 | 1 | 415 |
| 30-Jul | HNM | 325 | 7 | 2275 |
| 30-Jul | EMC | 325 | 7.5 | 2437.5 |
| 31-Jul | JGB | 1085 | 0.4 | 434 |
| 31-Jul | HNM | 325 | 6.8 | 2210 |
| 31-Jul | BLG | 415 | 6 | 2490 |
| 31-Jul | MWS | 625 | 0.1 | 62.5 |
| 1-Aug | BLG | 415 | 5 | 2075 |
| 1-Aug | MWS | 625 | 0.1 | 62.5 |
| 1-Aug | JGB | 1085 | 0.8 | 868 |
| 1-Aug | HNM | 325 | 3 | 975 |
| 1-Aug | EMC | 325 | 4 | 1300 |
| 2-Aug | BLG | 415 | 3 | 1245 |
| 2-Aug | EMC | 325 | 6.5 | 2112.5 |
| 2-Aug | JGB | 1085 | 0.5 | 542.5 |
| 3-Aug | BLG | 415 | 1.5 | 622.5 |
| 3-Aug | MWS | 625 | 0.4 | 250 |
| 3-Aug | JGB | 1085 | 1.5 | 1627.5 |
| 6-Aug | MWS | 625 | 0.2 | 125 |
| 6-Aug | BLG | 415 | 7 | 2905 |
| 6-Aug | JGB | 1085 | 1 | 1085 |
| 7-Aug | JGB | 1085 | 1 | 1085 |
| 7-Aug | BLG | 415 | 3 | 1245 |
| 8-Aug | JGB | 1085 | 1 | 1085 |
| 8-Aug | BLG | 415 | 5 | 2075 |
| 8-Aug | MWS | 625 | 0.2 | 125 |
| 9-Aug | MWS | 625 | 6.7 | 4187.5 |

| ESTIMATED HOURS OF WORK ASSOCIATED WITH LITIGATING SCHNUR'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES BY TIMEKEEPER BY DATE BETWEEN MAY 17, 2018 – OCTOBER 13, 2018 (SEE EXHIBIT 1 FOR DETAILED TIME RECORDS ON THESE DATES OF THE WORK PERFORMED) | | | | |
|---|---|---|---|---|
| **DATE** | **STAFFER** | **RATE** | **HOURS EST.** | **BILLED (USD)** |
| 9-Aug | HNM | 325 | 8 | 2600 |
| 9-Aug | BLG | 415 | 3 | 1245 |
| 9-Aug | NLG | 320 | 3.1 | 992 |
| 9-Aug | KMB | 325 | 2 | 650 |
| 16-Aug | BLG | 415 | 1.5 | 622.5 |
| 16-Aug | JGB | 1085 | 0.3 | 325.5 |
| 16-Aug | MWS | 625 | 1 | 625 |
| 16-Aug | JL | 325 | 2.5 | 812.5 |
| 21-Aug | BLG | 415 | 3 | 1245 |
| 21-Aug | MWS | 625 | 1.5 | 937.5 |
| 22-Aug | JGB | 1085 | 1 | 1085 |
| 24-Aug | JGB | 1085 | 1.5 | 1627.5 |
| 24-Aug | BLG | 415 | 2 | 830 |
| 28-Aug | JGB | 1085 | 0.2 | 217 |
| 2-Sep | JGB | 1085 | 0.2 | 217 |
| 4-Sep | JL | 325 | 0.4 | 130 |
| 4-Sep | BLG | 445 | 1 | 445 |
| 5-Oct | MWS | 670 | 0.5 | 335 |
| 5-Oct | BLG | 445 | 0.5 | 222.5 |
| 9-Oct | BLG | 445 | 0.4 | 178 |
| 13-Oct | JL | 325 | 1.5 | 487.5 |
| | **TOTAL:** | | **285.9** | **141,464.50** |