John G. Balestriere
Rebecca Gonzalez*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5421
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
rebecca.gonzalez@balestrierefariello.com
*Admitted in California & Pending Admission in New York
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN and BRITTANY REYES,**<br><br>                    Plaintiffs,<br><br>        – against –<br><br>**HOWARD RUBIN**,<br><br>                    Defendant. | Case No.: 1:17-cv-06404-BMC<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS** |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Plaintiffs' Motion for Attorney's Fees and Reimbursement of Costs, the May 2, 2024, Declaration of John G. Balestriere with the attached exhibits, and upon all pleadings and proceedings heretofore had herein, Plaintiffs will move this Court in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on such a date and time to be determined by the Court for an order granting Plaintiffs' Motion for Attorney's Fees and Reimbursement of Costs.

Dated: New York, New York
      May 2, 2024

By: _____
John G. Balestriere
Rebecca Gonzalez*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5421
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
rebecca.gonzalez@balestrierefariello.com
*Admitted in California & Pending Admission in New York
*Attorneys for Plaintiff*

2