**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

AMY MOORE, et al.

        *Plaintiffs*,

-against-

HOWARD RUBIN, et al.,

        *Defendants*.

Case No.: 1:17-CV-06404 (BMC)(CLP)

**NOTICE OF APPEAL**

Notice is hereby given that DEFENDANT HOWARD RUBIN in the above-named action appeals to the United States Court of Appeals for the Second Circuit from (i) the Judgment entered in this action on the 12th Day of April, 2022 (ECF No. 407) ("the Judgment"), which ordered and adjudged that Plaintiffs Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, and Brittany Reyes shall have judgment against Defendant Rubin in certain amounts of compensatory and punitive damages; (ii) the Order entered in this action on the 19th Day of March, 2024 (ECF No. 425) ("the Order"), which denied Defendant Rubin's Motion Pursuant to Federal Rules of Civil Procedure 50(b) and 59 for Judgment as a Matter of Law or, in the Alternative, for a New Trial, filed on May 11, 2022 (ECF No. 413); and (iii) any and all orders and rulings that were adverse to Defendant and are merged within the aforementioned Judgment and Order.  This Notice is timely pursuant to the Court's March 27, 2024 Order extending Defendant Rubin's time to appeal under Rule 58(e) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: New York, New York<br>July 26, 2024 | Respectfully Submitted,<br><br>DECHERT LLP<br><br>By: */s/ Edward A. McDonald*<br><br>Edward A. McDonald<br>Benjamin E. Rosenberg<br>May K. Chiang<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3599<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>Michael J. Gilbert<br>Katherine Anne Boy Skipsey<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Tel.: (212) 653-8700<br>Fax: (212) 653-8701 |

LITIGATION.18519165.1