1842

1               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - - X
3                               :
AMY MOORE, MIA LYTELL,          : 17-CV-06404 (BMC)
4   NATASHA TAGAI, EMMA HOPPER,    :
BRITTANY HASSEN AND BRITTANY    :
5   REYES,                          :
                                :  United States Courthouse
6            Plaintiffs,          :  Brooklyn, New York
                                :
7                               :
     -against-                   :  Monday, April 4, 2022
8                               :  9:30 a.m.
                                :
9                               :
HOWARD RUBIN AND JENNIFER        :
10  POWERS,                         :

11           Defendants.

12
- - - - - - - - - - - - - - - X
13

14       TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
          BEFORE THE HONORABLE BRIAN M. COGAN
15        UNITED STATES SENIOR DISTRICT JUDGE

16

17                  A P P E A R A N C E S:

18  For the Plaintiffs:   BALESTRIERE FARIELLO
                          225 Broadway
19                        29th Floor
                          New York, New York 10007
20                    BY:  JOHN G. BALESTRIERE, ESQ.
                          MANDEEP S. MINHAS, ESQ.
21

22  For the Defendants:   DECHERT, LLP
                          Three Bryant Park
23                        1095 Avenue of the Americas
                          New York, New York 10036-6796
24                    BY:  EDWARD A. McDONALD, ESQ.
                          BENJAMIN E. ROSENBERG, ESQ.
25                        CHRISTINE ISAACS, ESQ.
                          MAY K. CHIANG, ESQ.

SAM      OCR      RMR      CRR      RPR

1843

A P P E A R A N C E S:  (Continued)


For the Defendants:    SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                       30 Rockefeller Plaza
                       New York, New York 10112
                    BY:  RICHARD H. DOLAN, ESQ.
                         MICHAEL J. GILBERT, ESQ.
                         KATHERINE ANNE BOY SKIPSEY, ESQ.


For the Defendant:    SCHLAM STONE & DOLAN, LLP
                      26 Broadway
                      19th Floor
                      New York, New York  10004
                   BY:  DOUGLAS E. GROVER, ESQ.
                        JOLENE F. LAVIGNE-ALBERT, ESQ.
                        ANGELA LI, ESQ.


Court Reporter:  Stacy A. Mace, RMR, CRR
                 Official Court Reporter
                 E-mail:  SMaceRPR@gmail.com

Proceedings recorded by computerized stenography.  Transcript produced by Computer-aided Transcription.

SAM      OCR      RMR      CRR      RPR

Proceedings                                    1844

1      (In open court- jury not present.)

2      (Judge BRIAN M. COGAN entered the courtroom.)

3      THE COURT:  Good morning.  Have a seat, please.

4      Okay, we have a few outstanding items and I

5  understand you have a new one for me.  So, let me go through

6  my mine first.

7      First, the plaintiff's motion, renewed motion to

8  amend after the close of the defendants' case, which I view

9  really as a motion for reconsideration is denied.  It doesn't

10 meet the standard for reconsideration.  And even putting that

11 aside and giving it de novo review, I would deny it for the

12 reasons previously stated.

13     And I understand, Mr. Balestriere just did that for

14 the record.

15     MR. BALESTRIERE:  Thank you for the consideration,

16 Your Honor.

17     THE COURT:  And, second, with regard to the

18 defendants' requested modification on the instruction to take

19 out the threat-of-force reference.

20     I looked at the testimony that Mr. Balestriere was

21 referring to.  It's not a hundred percent, but considering

22 that the threat-of-force language tracks the statute, I am

23 going to leave it in and overrule the defendants' objection,

24 so that Mr. Balestriere can use it to make his argument if he

25 wants.

Proceedings                                    1845

1          Third, with regard to Exhibit G-8, I am going to

2     reopen the record and that by this ruling, G-8 is hereby

3     received in evidence, Defendant's G-8.  It is the same exhibit

4     the plaintiff used, but in complete form.  That is, in, new

5     word, complete form.

6               (Defense Exhibit G-8 was received in evidence.)

7               THE COURT:  And it seems to me that since the

8     plaintiffs had an opportunity to cross-examine into the

9     additional matter in that exhibit, there is no prejudice to

10    anyone in reopening the record.

11              And then the fourth thing, someone tell me what was

12    the fourth thing.

13              Only three?

14              MR. ROSENBERG:  I did not have a fourth thing.

15              MS. CHIANG:  I do have one small exhibit issue, Your

16    Honor.

17              THE COURT:  Before you do that, let me just say,

18    we'll start when the jury gets here.

19              And I assume -- who is doing the closing for,

20    Mr. McDonald, are you doing it?

21              MR. McDONALD:  Yes.

22              THE COURT:  Okay.  I am hoping you won't use the

23    full two-and-a-half hours that Mr. Rosenberg got on your

24    behalf.

25              MR. McDONALD:  I am going to try, Your Honor.  You

SAM        OCR        RMR        CRR        RPR

Proceedings                                              1846

1   know, on one of the these it's hard because we are playing

2   some video clips.

3            THE COURT:  I know --

4            MR. McDONALD:  It's just -- it's hard to measure how

5   long.  So, I am going to do my best.

6            THE COURT:  Okay, that's all I can ask.

7            I will say, you can either take a break yourself

8   between an hour-and-fifteen minutes, an hour-and-a-half; or if

9   you get to an-hour-and-a-half, I will declare a break so the

10  jury doesn't have to sit there for a potential two-and-a-half

11  hours.  Okay?

12           MR. McDONALD:  Yes, Your Honor.

13           THE COURT:  All right.  Now, what's the other item?

14           MS. CHIANG:  I believe there's one thing on the

15  errata sheet that both sides are trying to clarify and we will

16  submit a letter so that the record is clear on what lines in

17  DX H-3 are actually in the record.

18           THE COURT:  Okay.  Obviously, if you agree on it, I

19  have no problem with it.  If you don't agree on it, then I'll

20  rule on it.

21           Okay, I am not sure the jury is all here yet, but as

22  soon as they are, we'll begin.

23           Thank you.

24           (Judge BRIAN M. COGAN exited the courtroom.)

25           (Recess taken.)

1          (In open court - jury not present.)

2          THE LAW CLERK:  All rise.

3          (Judge BRIAN M. COGAN entered the courtroom.)

4          THE COURT:  Okay, the jury is all here.  Let's have

5    them brought in, please.

6          (Jury enters.)

7          THE COURT:  All right, everyone be seated.

8          Good morning, ladies and gentlemen.  We are ready to

9    commence closing arguments.

10         Which defendant is going first?

11         MR. McDONALD:  We will, Your Honor.

12         THE COURT:  All right, we'll hear from Mr. McDonald

13   for Mr. Rubin.

14         I can't guarantee that the mics are going to work

15   this morning, we'll do the best we can.

16         MR. McDONALD:  I'm not get anything, Your Honor.

17         THE COURT:  Okay, just talk loud.

18   CLOSING ARGUMENT

19   BY MR. McDONALD:

20         MR. McDONALD:  Good morning, members of the jury,

21   Judge Cogan.

22         Two weeks ago when I gave you my opening statement I

23   mentioned to you, or I told you that this case was about

24   consent, a lack of deceit or fraud, and a lack of coercion by

25   Howie Rubin in getting the plaintiffs to come to see him in

Summation - McDonald                    1848

1    New York in the condo for BDSM sex.  It was also a case about

2    the absence of injury, any injury, to any of the six

3    plaintiffs.  And that's what it is, that's what you've seen

4    here during the two weeks of this trial.

5             I submit that what you've seen here and what you've

6    heard here, and I speak only on behalf of Howie Rubin,

7    Mr. Grover will be speaking on behalf of Jen Powers, but I

8    submit to you that what you've seen here has established that

9    Howie Rubin never used any force, fraud or deceit, to get

10   anyone to come New York to engage in BDSM commercial sex.  And

11   the evidence has established beyond any question, and we only

12   have a burden of proof in a civil case to show what the judge

13   will instruct you on.  But the evidence will show -- has shown

14   that -- that the plaintiffs consented to every sex act that

15   was established here.  There were occasions in which there

16   were no sex acts at all, and the evidence has shown without

17   any -- without one piece of paper to back them up that there

18   was no injury to anyone in this case.

19             Now, I'll be going, I'll be reviewing the cases of

20   the six plaintiffs, but the true testimony here, you will see,

21   as I go through the evidence, is not necessarily from what was

22   said on the witness stand.  Mr. Rubin spoke, and I think

23   you'll -- when you consider it you'll agree that he was

24   telling the truth.  But the evidence here, the truth will be

25   found in the text messages and e-mails, live time, what the

Summation - McDonald                    1849

1    plaintiffs were saying at the time of the events.  Not what

2    they said six, seven, eight years later when they went up on

3    the witness stand and they had to tell you these stories about

4    what Howie Rubin had done to them.  Not what they said now,

5    but what they said at the time.  That's where the truth can be

6    found.  And the truth can be found also -- well, I should say

7    it's not the truth, the lies can be found in their

8    depositions.  And we'll be playing some excerpts for you and

9    we'll be reviewing them throughout the course of the

10   summation.

11           First of all, Brittany Reyes.  I'm going to deal

12   with her first because her case is different.  She's the only

13   plaintiff who did not return to see Mr. Rubin.  Hers is a case

14   involving the use of the safe word or a statement that she

15   wanted to stop and Mr. Rubin did.  So, her case is a bit

16   different from the other -- other five.

17           I want to start with going through a few clips that

18   we played for you two weeks ago when she testified, clips of

19   her deposition testimony.

20           Of course, the deposition, as you know, but to

21   remind you, the deposition is testimony that is given under

22   oath by witnesses and parties in a civil case.  So, we got to

23   depose all six plaintiffs.  We got to -- they got to depose

24   Howie Rubin and Jen Powers.  And you'll notice that they

25   didn't use any deposition testimony to try to impeach Howie

Summation - McDonald                              1850

1   Rubin.  There was nothing there that they could make use of.

2   But a deposition is -- is -- is testimony that is given under

3   oath.  They have to tell the truth.  Their lawyers are

4   present.

5           And this is testimony that was given in 2018,

6   three-and-a-half, almost four years ago, about events that had

7   happened two years earlier when it would be much fresher in

8   her mind.  Two years after these horrific acts that she

9   described for you, this horrific event, this brutal sexual

10  assault; two years later.  And if she was injured, if she was

11  damaged, the damages would linger.  They just don't happen,

12  you don't get damaged the night of the event and then it goes

13  away.  If there's these damages that she talked about, these

14  injuries, it would be lingering.  These injuries would be

15  fresh in her mind when she testified two years later.  And

16  let's look at what she had to say at her deposition.

17          Could we have 65, please?

18          (Video played.)  (Video stopped.)

19          THE COURT:  We don't have it on the overhead, but it

20  is on the jury's monitors and on the large monitors at the

21  back of the courtroom.

22          You can see it if you look to your left.

23          MR. McDONALD:  Okay, thank you, Judge.

24          (Video played.)  (Video stopped.)

25          MR. McDONALD:  Could we next play clip 324?

 1          (Video played.)   (Video stopped.)

 2          MR. McDONALD:  I'm sorry.

 3          (Video played.)   (Video stopped.)

 4          MR. McDONALD:  I don't know what damage I suffered

 5   from the encounter with Mr. Rubin.  I don't recall how I was

 6   injured.  I don't recall what part of my body was injured.

 7          This is two years after the fact.  She testified

 8   under oath that she didn't recall what her injuries were.

 9          What is she doing here?  There weren't any injuries.

10   If she was brutally and sexually assaulted, she would know.

11   She would have been able to testify to that two years or four

12   years ago at the deposition when the events, and when the

13   injuries, were fresher in her mind.

14          It's pretty clear that there were no injuries in her

15   case.

16          Now, it's possible, and I'm sure Mr. Balestriere is

17   going to have to try to explain this by saying that she was

18   nervous and that she was intimidated in our offices when she

19   gave her deposition in 2018.  Well, the lawyers were present

20   during the deposition.  It was videotaped.  If there was any

21   harassment or intimidation, it would have been captured.  They

22   would have complained about it during the deposition.  They

23   could have called Judge Cogan if there were any problems, but

24   none of that happened.  It's nonsense if anyone is going to

25   claim that she was intimidated and she was confused at the

1    time of her deposition.

2          In addition, her lawyers had the opportunity at the

3    deposition to question her themselves.  They could cure, they

4    could fix any problems.  If she's sitting there saying:  I

5    don't remember what my injuries were.  I don't know what my

6    injuries were.

7          Well, if there were any injuries, they could have

8    gotten up when we finished our questioning and said:

9    Brittany, tell us about the injuries.  You know, you messed

10   up.  What were the injuries?

11         They never did that.  That's the record.  That's the

12   record until she got up here and she made up this story about

13   this brutal assault that happened to her in 2016.  Her lies

14   are not worthy of your belief, and that's what I'm going to

15   review.  We could probably rest on that alone, but out of an

16   abundance of caution I'm going to go through, as briefly as I

17   can, some of the things that happened during the course of her

18   story.

19         She starts, the case starts with Tiffany -- excuse

20   me, with Taren Cassidy.  Taren Cassidy was a long time friend

21   of Mr. Rubin's, a sex partner of his, a BDSM sex partner.  She

22   was also mas Ms. Reyes conceded, a friend of hers at the time,

23   a trusted friend at the time.

24         Can we get DX-04 up, please?

25         (Exhibit published.)

1          MR. McDONALD:  And there's a text message from Taren

2    Cassidy just before the encounter in March 6th, 2016:

3          Hey, babe, how are you?  Are you free in New York

4    City on Tuesday?

5          And Ms. Reyes says:  In Vegas.

6          And she says:  Darn, I had a big job, kinda for 5.

7          I could go back.

8          The next page, it goes on.

9          She says:  Okay, I just sent him pics.

10          Cassidy had asked her for some pictures and showing

11    the tentative interest she had at that point, she sent the

12    pictures to Cassidy, who sent it on to Howie Rubin.

13          She says:  It's a little different.  This is the guy

14    that has a dungeon.

15          Now, Taren Cassidy, there was some clips played or

16    some -- some of her testimony was -- was read to you the other

17    day.  Briefly, she was deposed and in her testimony, that is

18    the equivalent of what -- as if she had actually came in here

19    and testified from the witness stand, she said that she had

20    been upfront with Ms. Reyes.  She told her what to expect with

21    Howie, the man with the dungeon.  He's the guy with the

22    dungeon.  She had previously told her about Howie.  She had

23    previously told her about her BDSM partner and what they had

24    done and the dungeon.

25          Ms. Reyes admitted to meeting Taren Cassidy and

Summation - McDonald                                          1854

1  spending time with her at the dungeon -- excuse me, at the

2  condo in the past.  Mr. Rubin wasn't there, but she had met --

3  she had said that she met Ms. Cassidy in New York at Howie's

4  condo on one other occasion.  And she claims she didn't know

5  what the dungeon was.

6          Cassidy testified that she knew from her personal

7  history with Ms. Reyes, her trusted friend, she knew that in

8  the past that Ms. Reyes had been paid for sex by men.  She was

9  an experienced person, experienced individual.  She was not

10 some naive, young, unsophisticated woman.  She specifically

11 said -- Taren Cassidy specifically said that Reyes knew that

12 she was going to be physically hit when she met with

13 Mr. Rubin, if she chose to do so.

14         And finally, Reyes, herself, admitted that Taren

15 Cassidy had told him -- had told her that Howie could be a

16 little rough with people.  So, when Ms. Reyes decides to come

17 to New York from -- from Las Vegas she certainly knew what

18 Howie Rubin was interested in.  And she admitted that she came

19 to meet him in New York because she wanted to make money.  The

20 five.  The five was what was important.

21         And this is where the lies come in.  This is where

22 you begin to see the lies.  Sometimes with all six of these

23 people you'll see big lies.  And, obviously, big lies mean a

24 lot.  If you catch them in a big lie in connection with this

25 case, it says a lot of things about their credibility.  But,

1  you know, there's an expression among lawyers, trial lawyers,

2  that little things mean a lot when you get to assess

3  credibility.  And we're going to see that with these people --

4  little things mean a lot.

5          On cross-examination by Mr. Rosenberg of Ms. Reyes,

6  two weeks ago, I think it was two weeks ago today or two weeks

7  ago tomorrow, and he asked her about her understanding of

8  five.

9          It's a big job, five.

10         And she plays very cute, she says:  I wasn't sure at

11 the time.

12         Do you know what it was?

13         And she says:  I wasn't too sure.

14         Mr. Rosenberg says:  Did it mean five people?  Did

15 it mean $5?  Did it mean $500?  Did it mean dinner for five?

16         It's hard to say.  I wasn't too clear what was --

17 what the conversation was.

18         But she was a little bit evasive and she forgot

19 something.  As the conversation went on, and you just saw it,

20 Ms. -- Ms. -- Ms. Cassidy is more explicit and she says:  So

21 I'll confirm and then get the flights situated, and if he says

22 yes, it will be 5K.

23         Woops.  When first asked about it she forgot, six or

24 seven lines down it's 5K.  But she says she doesn't know what

25 five means, trying to get you to believe, oh, I'm just a naive

Summation - McDonald                                    1856

1    waif.

2           Five-thousand dollars, she knew what it was and

3    that's why she was coming.  Another little lie why she can't

4    be believed.

5           Can we play the clip 354, I believe?

6           This is from her grand jury testimony.  Oh, excuse

7    me, I'm sorry.  This is from her testimony at trial.

8           (Exhibit published.)

9           MR. McDONALD:  It says -- when it says:  This is the

10   guy with the dungeon.  Isn't it fair to say that she has

11   discussed the guy with the dungeon with you before?

12          And she says:  Not really.

13          Now, Cassidy said that they had talked about Howie,

14   the guy with the dungeon.

15          She says:  Not really.

16          She doesn't know what it is.  She doesn't know she's

17   coming for BDSM sex.  And when she -- when she said:  This is

18   the guy that has the dungeon, you think that she hadn't

19   mentioned this before to you.

20          And she says:  Well, I've gone to the apartment

21   before and she made -- meaning Taren Cassidy -- a little

22   comment about -- when I asked about some lock on the door.

23   She said:  Oh, that's a dungeon, but I can't show you

24   anything.  And that was pretty much the only previous

25   conversation I ever had about this.

1          Now, can you imagine that if you go to an apartment,

2     a condo, in a fancy building in Manhattan and you meet your

3     friend, you're sitting there in the -- in the condominium and

4     there's this locked door and the woman says, your friend says

5     to you:  Oh, can't go into there, that's a dungeon.

6          And you say:  Oh, okay.

7          You don't have any questions about it?  She's trying

8     to get you to -- to deceive you.  She's lying to you.

9          Another lie when she testified, right here in front

10    of you on cross-examination.

11         Did you understand that there would be -- that you

12    would be involved in sexual activity with the guy with the

13    dungeon when you came to New York?

14         And she says:  No.

15         She didn't think that she was coming here for sexual

16    activity.

17         And Mr. Rosenberg asked her:  You thought you would

18    get $5,000 just to hang around with him?

19         Yes.

20         She's coming here, she's supposed to get $5,000 for

21    hanging around.  You've got to be kidding.

22         Another little lie.  She called Taren Cassidy

23    formerly, her formerly trusted friend.  She wants you to

24    believe that after Taren Cassidy introduced her to Howie

25    Rubin, who assaulted her, brutalized her, that after this,

Summation - McDonald                              1858

1  after Cassidy had gotten her involved in this catastrophe that

2  she was no longer her friend.  She was formerly, formerly her

3  friend.

4           But what else did she tell you?

5           She admitted that Taren Cassidy was so trusted that

6  she entrusted the care of her baby with Taren Cassidy.

7           And what else do we know?

8           We know that she has three children, but she didn't

9  have any children until after the encounter with Howie Rubin.

10 In other words, this friend that she was going to get rid of,

11 that she couldn't tolerate anymore, because she subjected her

12 to Howie Rubin, she threw her off.  She was still entrusting

13 the care of her child to that person after she introduced her

14 to Howie Rubin and after these -- these terrible events, these

15 terrible injuries were suffered.

16           Lies.  Little lies and big lies.

17           So, Ms. Reyes hops on a flight from Las Vegas.  I

18 mean she was only all too happy to get out of Vegas.  As she

19 says in her text message -- I'm not going to put it up there,

20 but you remember:  Oh, the guy who invited me here, he punched

21 me in the face last night.  He punched her in the face.  So,

22 she comes to New York, she meets up with Taren Cassidy at the

23 condominium, and they kill time.  Hours in the afternoon.

24 They're drinking, they're smoking pot, they're snorting coke,

25 having a great old time for themselves.  And where are they

1  sitting?  They're sitting in the living room right there with

2  the dungeon and she still doesn't know what's going on.

3          Howie shows up.  I don't know.  I don't what's going

4  to go on.  I don't know about BDSM sex.

5          Isn't she going to say to Taren Cassidy:  Hey,

6  Taren, you know, I was here before and that locked room there,

7  that's the dungeon, right?  What goes on in there?

8          But no, Howie shows up.  I don't know.  I didn't

9  even know there was gonna be sex.  BDSM sex, I didn't know

10  about that at that point.

11          Still unaware that it's going to be BDSM sex.

12          Now, they sit there, they drink some wine, and Howie

13  produces the Confidentiality Agreement, what we call the

14  Consent Agreement, or what some called the NDA.  But if you

15  look at the first three paragraphs, it's clearly a consent

16  agreement.  You're consenting to get roughed up and to be

17  possibly be -- you know, suffer injury.  It's hazardous to

18  your health.

19          The first time on direct she says she didn't read

20  it.  Now, here's a lie:  Don't you think that she's sitting

21  there with -- with Cassidy.  She's come to -- to -- to

22  New York and she's come back to New York and she gets this

23  thing put in front of her.  Isn't she gonna read it?  Isn't it

24  just common sense?  And what does she say about why she signed

25  it?

1            I mean it's farcical what she says about why she

2     signed it.  She says, I signed it because I had nowhere to go.

3     I knew I was going to be able to spend the night at the

4     dungeon, Ms. Cassidy had told me -- not at the dungeon, the

5     condo, which Cassidy had told me that I could stay there.

6            I had nowhere to go and I thought if I didn't sign

7     this document, he's throw me out.  I had nowhere to go.

8            Well, little things mean a lot.

9            Could we put up Exhibit DX S-4?  This is her resumé.

10    You might remember that.  And look at the address on the

11    resumé.

12           (Exhibit published.)

13           MR. McDONALD:  It's 4857 Broadway, Upper Washington

14    Heights.  That's where she lived.  And this isn't a resumé

15    from some date a long time ago.

16           Can you go to the other side of the exhibit?

17           (Exhibit published.)

18           MR. McDONALD:  The exhibit -- I'm sorry, the

19    resumé is -- well, it's in evidence, but the evidence is sent

20    to an individual whose name is -- is irrelevant.  And the date

21    of the resumé, the date of the -- of the e-mail to which the

22    resumé is attached is March 15th, 2015.  That's eight days

23    after the encounter.

24           Eight days later she's sending out a resumé that

25    says that she lives in Manhattan, but she says that when she

Summation - McDonald                                    1861

1   was with Howie she signed the NDA because she was afraid that

2   she had no where else to go.  Another lie.  You could use that

3   in evaluating her credibility when she tells you about the

4   horrific events that happened that night.

5           She was asked whether when she was sitting in the

6   condo whether she was free to leave, and she said yes.

7           No one was holding you?

8           No.

9           No one was insisting that you stay?

10          No.

11          You wanted to stay?

12          Correct.

13          This is from her testimony before you.

14          You wanted to stay, correct.

15          I don't know.

16          You wanted to make the $5,000, didn't you?

17          Yes.

18          So, that's why you came to New York?

19          Yes.

20          Now, according to Ms. Reyes, after she signed the

21  agreement they sat around some more, had a little bit more

22  wine, and then they began to disrobe.  She got naked at some

23  point.  And then she says Mr. Rubin spanked her and then

24  brought her and Taren Cassidy into the dungeon, into the red

25  room.  She admitted on cross-examination that she was free to

1    leave.

2              Could we play clip 319?

3              (Video played.)   (Video stopped.)

4              MR. McDONALD:  So, before all this has started,

5    before they go into the red room, Mr. Rubin tells her the safe

6    word.

7              Now, if he was thinking about going in there and

8    brutalizing her, why would he even give her the safe word?

9              But she admits that Mr. Rubin gave her the safe

10   word.

11             They all went into the dungeon and they see these

12   machines and the furniture, which Mr. Balestriere has put up

13   on the screen for you.  And she sees the sex toys, but she

14   doesn't say:  Hey, Taren, what is this?  This is not for me.

15   This is more than I -- more than I bargained for.  She doesn't

16   protest.  She doesn't say to Mr. Rubin:  I'm going to use my

17   safe word right off the bat now, I don't want to do this.

18   They go ahead and they begin to engage in BDSM sex.  She goes

19   in there with her eyes wide open.

20             And as they begin -- as they move forward, she's

21   tied up.  She's tied at the ankles and she's asked again on

22   cross-examination whether she protested.  Where she's asked:

23   Did you stop?  I don't want this.  She says, no, she didn't do

24   that.  She doesn't say:  Taren, I don't want this to happen.

25   No, she doesn't say that.

Summation - McDonald                    1863

1          Then she says the time comes where a ball gag is

2    placed on her mouth and she said that she couldn't say -- on

3    direct examination she said that she couldn't say any words

4    with the ball gag.

5          Could you play clip 52, please?

6          (Video played.)   (Video stopped.)

7          MR. McDONALD:  She can't recall whether she could

8    utter the safe word, but she could make sounds.

9          Don't you think she could utter something like ooh,

10   ooh -- anything.  I don't know what happens when a ball gag is

11   in your mouth, but she could make clear that she wanted to

12   stop.  And that's exactly what she did.

13         Could you play clip, the clip 322, please?

14         (Video played.)   (Video stopped.)

15         MR. McDONALD:  After using the safe word, I was

16   unbound and I was able to freely walk out.

17         Ladies and gentlemen, it's clear that Ms. Reyes knew

18   what she was doing when she came to see Howie Rubin in

19   New York, even before she entered the dungeon.  She knew what

20   was going on when she entered the dungeon.

21         We'll concede that there came a time after the BDSM

22   sex began that she wanted to stop, but as she has made clear

23   with her own testimony from the deposition, and just common

24   sense tells you, she was permitted to walk out.  She was

25   permitted to stop the encounter.

1          That's what Mr. Rubin has testified to.  And I think
2   you should credit his testimony.  It was a consent -- there
3   was a consensual act that took place in that -- in that -- in
4   that red room.

5          So, she goes outside and after this horrible
6   assault, I mean Mr. Rubin continues -- oh, and one of the
7   reasons you can credit Mr. Rubin's testimony was -- is that,
8   you know, he told you, and I think you could see the truth of
9   this, that he was not interested in some sort of
10  confrontational experience.  He wanted to dominate and
11  submissive woman.

12         Now many of you might find, all of you might find
13  that to be peculiar, something that you're not familiar with,
14  but it happens.  That's something that he desired.  That was
15  his -- that was what he wanted in these encounters, that's
16  what he was paying for.  He wanted the submissive woman.  He
17  didn't want confrontation.  He didn't want somebody saying no
18  to him.  And he didn't need her that night for a submissive
19  partner, he had Taren Cassidy with him.  Someone he was
20  planning to see all along before the threesome got involved.
21  He could have had Taren Cassidy, and he did.  And when he
22  stayed in there and did what he did with Taren Cassidy,
23  Ms. Reyes, rather than some abused woman, the assaulted woman,
24  she didn't run out of there.  She didn't run to the police.
25  She didn't run to a hospital.  She sat there.  She sat there

1    smoking cigarettes waiting for them to come out.  Oh, yeah,

2    because she had nowhere to go, she couldn't go up to

3    Washington Heights, maybe the train wasn't running that day or

4    maybe she didn't have cab money.  So, she sits there and then

5    Howie comes out and she has a conversation with him.

6                Can you play the next clip, 55?

7                (Video played.)   (Video stopped.)

8                MR. McDONALD:  I'm sorry, I neglected to put that

9    clip in there, but it is in evidence.

10               And what she says, and I can read it to you, what

11   she said, because I said it's in evidence, this portion or

12   this excerpt from the deposition testimony is in evidence, and

13   she said that:  I can't remember -- I can't exactly remember

14   the nature of the conversation with Mr. Rubin when he emerged

15   from the red room, the dungeon.  I remember I was just upset

16   and I guess I was probably looking maybe to be consoled a

17   little bit.

18               You said -- she's asked:  You said you were probably

19   looking maybe to be consoled a little bit?  I take it

20   Mr. Rubin was not -- did not console you, is that fair to say?

21               Not effectively.

22               Perhaps, if he offered a little more consolation he

23   wouldn't be sued by her, I don't know, but she certainly

24   wasn't injured.

25               And speaking of the injuries, I think we've

1    established beyond any question from her testimony at the very

2    beginning that I played for you that she wasn't injured.  But

3    something else with respect to her injury.  She said -- what

4    kind of injury did she say?  She said:  I had vaginal tearing

5    and I had severe bruises.  No medical records.

6            I mean if there's anything that should be -- where

7    she should be compensated, don't you think there should be

8    some medical records establishing that she was injured?  There

9    is absolutely nothing.

10           Of course, there's nothing for any of the six

11   plaintiffs in this case.

12           No medical records at all to show that she visited,

13   treated or anything by any physician, or any medical

14   personnel.  And she also said that she had psychological

15   trauma, PTSD.  Now, that one was -- I always thought PTSD was

16   something that soldiers got when they were in the war, but now

17   I guess it's coming into American life.  But they all trade up

18   there, not all of them, but most of them got up there:  I got

19   PTSD.

20           CPSD you heard from one -- from -- I remember one of

21   the women from Florida, CPSD she said.  But Brittany Reyes

22   said she has PTSD.  It's hard to bond.  The loss of sexual

23   desire and it was hard to have physical connection.  She could

24   have gone to a psychologist.  She could have gone to a

25   psychiatrist.  She could have gone to a social worker.  She

1  could -- should have gone to a therapist.  She could have had

2  records from those people and they could have brought in here

3  and shown them to you.

4          THE COURT:  Mr. McDonald, you've got to slow down.

5          MR. McDONALD:  Sorry, Judge.

6          No such records.

7          What else?  Since the encounter with Mr. Rubin when

8  she suffered this fear of intimacy, this loss of the desire to

9  have intimacy, she's had not one, not two, but three kids in

10 five years.

11         You're going to believe that she has the fear or the

12 loss of physical intimacy?  Hard to bond with people.  Come

13 on.

14         She was asked by Mr. Balestriere about how it came

15 about that she brought this lawsuit, and she said:  I wanted

16 to give credibility to the people who had brought the suit

17 before her.  She wanted to join in on the suit because they

18 were telling the truth, and I had also experienced the same

19 type of assault and rape.

20         Could we put up the next clip, please?

21         (Video played.)   (Video stopped.)

22         MR. McDONALD:  That's what she has to say about this

23 reason for bringing this lawsuit.

24         And, ladies and gentlemen, I think she had

25 conversations, text messages, with two friends talking about

Summation - McDonald                          1868

1   this and she felt that she was golden with this case.  That's

2   why she brought this case.  She doesn't care about helping out

3   other women and the cause of justice.  She's here for money.

4   Just like she went to see Howie Rubin for BDSM sex for money.

5   That's what it's all about, it's about greed.  That's it for

6   Brittany Reyes.

7          Brittany Raye Hassen.  The four encounters:  The

8   Mandarin Oriental Hotel, there were two at the condo in June

9   of 2014, and one event at Rick's Cabaret.

10          The case starts with a lie.

11          Can we put up the -- well, the lie is that she

12  testified, she testified at her deposition, she testified at

13  her trial that Tracy Reed, the booker, the Madam contacted her

14  and asked her if she was interested in feto -- excuse me,

15  fetish pictures.  There was a guy in New York who wanted to

16  take fetish pictures.

17          And what is the first contact with Mr. Rubin?

18          She says:  Tracy asked me to e-mail you regarding

19  Friday's appointment.  I'm very submissive, love being

20  dominated.

21          There's nothing about a fetish photo shoot.  That's

22  nonsense.  She knew why she was contacting Mr. Rubin right

23  from the very first e-mail in this case, their first contact.

24          And her next lies, we asked her, I asked her in the

25  deposition:  What does submissive mean?  She doesn't know what

Summation - McDonald                    1869

1  submissive means.  What does dominated mean?  She doesn't know

2  what dominated means.

3         She told you she was a prostitute.  She didn't know

4  what submissive and dominant means?  She makes it clear from

5  all of her e-mail and text communications with Mr. Rubin in

6  2011 right up to 2017 until today, she knows what submissive

7  and dominated means.  She knows all about BDSM sex.

8         Mr. Rubin responds to her -- and can we get the next

9  one, V-4 up, please?

10         (Exhibit published.)

11         MR. McDONALD:  I'm not going to dwell on these, but

12  I'm just -- I'm going to bring out a couple of things to

13  illustrate.

14         We went through a lot of this when Ms. Hassen

15  testified and when Mr. Rubin responded to her, he says:  So,

16  with submissive activity I love to be with girls that love

17  being dominated, both physical and verbal humiliation.

18         He goes on.  He's very candid.

19         It is a very intense experience.  Most girls I've

20  been with seem to love it, but I want you to understand.

21         He's completely up front, no lies, no deceit, no

22  force.

23         I want you to understand completely before we get

24  together.  There's bondage, spanking, your ass, pussy, tits --

25  really explicit -- the use of whips and paddles, vibrators and

Summation - McDonald                    1870

1   dildos, nipple and clit clamps, but I can guarantee you will

2   feel safe.  We always use the safe word.

3        Now, I bring this up because it's important.  It's

4   important in her case because he tells her right from the

5   get-go that this is what it's all about.  He's completely up

6   front:  It's BDSM sex.  It's rough.  It's going to be hard.

7   It's going to be intense.  It's going to be painful.  And he

8   goes on and on and on, you'll see right into June of 2014, he

9   couldn't be any more explicit.  So explicit that she says --

10       THE COURT:  Mr. McDonald, you've got to slow down,

11  please.

12       MR. McDONALD:  So explicit that she had to admit

13  that he was trying to talk her out of it, that he was up front

14  with her.

15       Now, when Mr. Rubin gets back to her and says --

16  when he sends her this reply, she doesn't say:  Wait a minute,

17  I wanted a fetish photo shoot.  I don't want whips.  I don't

18  want clamps.

19       And there's much more banter, and she reveals that

20  she understood exactly what he was talking about.  At one

21  point she says, her testimony here is that she thought that

22  domination/submissive meant hair pulling.  Again, she has to

23  be kidding.  She comes in here with a straight face and she

24  tells you that.  She has to be kidding.  You can't be serious.

25       She goes to New York and she says for $5,000, and

Summation - McDonald                1871

1  she says she's coming here and she's doing what Tracy says:

2  Just say yes to everything.  She admits that she was not

3  coerced and she was not tricked into coming to New York.

4          Now, the next clip is Y, as in yesterday, 4.

5          (Exhibit published.)

6          MR. McDONALD:  And this is where she says on the way

7  to the Mandarin Oriental:  Hit traffic, see you soon.

8          Now, you're probably asking yourselves, why is

9  McDonald putting this thing up here, why does that matter,

10  she's stuck in traffic?

11          Well, like I told you before, little things mean a

12  lot.  You know, she knows that there's an interstate commerce

13  element in this trafficking charge.  And it has to be

14  interstate, and I asked her when I asked her about going to

15  the Mandarin Oriental:  You were at your father's house in

16  Brooklyn when you came over?

17          And she says:  Oh, no, no, no, no.

18          And she has a big smile on her face and she says:  I

19  flew to JFK.  And she says:  I sent him the e-mail on the Belt

20  Parkway.

21          JFK from Los Angeles, interstate commerce, right?

22  She's taking the Belt Parkway.  Well, most of you have lived

23  in New York for a long time from what I gather from your --

24  the voir dire, and you know that there's no cab driver who's

25  going to go to midtown Manhattan from JFK and take the Belt

SAM      OCR      RMR      CRR      RPR

1    Parkway.  They're going to take the Van Wyck, make a left on

2    the Long Island Expressway, take the Queens Midtown Tunnel, or

3    maybe they go up to the Triborough Bridge if there's traffic,

4    and that's how they're going to go.  They're not going to go

5    all around the bottom of Queens, through the bottom of

6    Brooklyn and all the ways up there.  No way.  She wasn't on

7    the Belt Parkway.  It was a lie.  It was a little thing.  It

8    was a little lie.  It was the gotcha she thought you she had

9    you with.

10        Another lie about this, she said she took the

11   red-eye on Virgin Airlines, the red-eye from Los Angeles.  Got

12   in -- they call it the red-eye because your eyes are red.

13   It's a late-night flight.  You get in early in the morning.

14   You arrive 8, 9 o'clock.  The time on the e-mail was 4 o'clock

15   in the afternoon going to the Mandarin Oriental Hotel.  She

16   wasn't coming from Los Angeles, it doesn't really matter, but

17   she thought she did.  She thought it did.  So she lied, she

18   lied to deceive you.

19        Little things mean a lot.

20        So, she goes to the Mandarin, she walks in, Howie's

21   there, the first time she meets him.  Two other women, she

22   became friends with them, Michelle Felices and Kim Kato.  And

23   they talk and chat and she tells you this whole story about

24   how Howie asks her about -- asks her about whether she was

25   sexually abused as a child.  And she sits there and she says

1    she tells him about it.  Now, here, she meets this man for the

2    first time in her life, this total stranger, in front of two

3    stranger women she's never met before, and she opens up her

4    heart about how she's been sexually abused as a child.  Maybe

5    she heard some of the other plaintiffs in the case were going

6    to come in with the same story.

7              So, as time goes on at the Mandarin Oriental she

8    claims that she -- she is -- she's fucked up, pills and

9    alcohol.  She gets tape over her mouth.  There's pink tape on

10   her hands.  She remembers it, it was pink tape over ten years

11   later.  And she's brutalized.  She's put face down, she's on

12   her stomach, sex toys are being used on her.  She's

13   penetrated.  She doesn't know whether it was Howie's penis or

14   some sort of sex toy.  And eventually, she's untied and she's

15   allowed to get up and she gets $5,000.

16             Well, did she testify the same way at her

17   deposition?

18             I don't know whether you remember.  We played it

19   before during the trial, but we're going to play it again.

20             Can we have clip 38?

21             Excuse me, before you put that on.

22             She -- in her complaint, the document that was filed

23   to start her part of the lawsuit, she admitted or she said in

24   the complaint nothing about any brutal assault at the Mandarin

25   Oriental, she said that the first time she met him, in the

Summation - McDonald                          1874

1    complaint, even before we got to question her, that she didn't

2    like the way Howie was touching her and that's why she left.

3    So, let's see what she said when I questioned her at her

4    deposition about why she left.

5                 (Video played.)   (Video stopped.)

6

7                 (Continued on the following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

Summation - McDonald                    1875

1          MR. McDONALD:  (Cont'g.)  Now, she talks about being

2    penetrated while she was there.

3          Look what she had to say at her deposition about

4    sexual intercourse.

5          Can we have the next one, please.

6          (Video recording played.)

7          (Video recording stopped.)

8          MR. McDONALD:  Where is the case?  No sense.  She

9    wasn't injured.  But she did admit to drugs.

10         She comes in, she tells a different story.  She gets

11   in here trying to get some money, or some money from you.

12         It's a lie.  Everything she told you was a lie even

13   by her sworn testimony in the deposition.  Now she tries to

14   explain what she said in her deposition.  She said it here to

15   you.  She says in her testimony at page 244, I asked her:

16         So you didn't testify differently when you testified

17   at your deposition?

18         She said:  I'm sorry, I wasn't sworn in at my

19   deposition.

20         I said:  You weren't sworn in at your deposition?

21         She said:  No.

22         I said:  Are you sure of that.

23         She said:  I'm positive.

24         You remember if we play the clip and, of course, it

25   shows in her deposition she was, in fact, sworn.

1          But what difference does it make?  What difference

2    does it make if she was sworn or not.  As part of this case

3    she was being questioned about what happened.  Whether under

4    oath or not, she's giving a statement that says that wasn't

5    brutalized at the Mandarin Oriental.  There was no sex.  No

6    rough sex.  And she was free to leave whenever she wanted.

7          Forget the Mandarin Oriental, that's encounter

8    number one.  That's out of the case.  Complete fraud.

9          Now, 2013 she reaches out to Howie Rubin again, and

10   they don't get together in 2013, but she's asked -- she's

11   asked on direct examination, I believe:  Despite all the

12   horrible things that he did to you at the Mandarin Oriental,

13   why are you asking him to have another get together in 2013?

14   And she says:  I was bad with the pills.  I got really bad

15   with the pills.

16         And it comes like a refrain throughout her

17   testimony.  She's telling you over and over again.  She's a

18   drug addict.  She takes pills she addicted to crack.  She's

19   addicted to heroin.  She's addicted to oxycodone.  She's

20   desperate.  She's desperate, and she says over and over again

21   and she says it to Mr. Rubin:  I am desperate.  I am willing

22   to do anything.  I am willing to do -- and she talks about all

23   sorts of different types of BDSM acts I'm willing to do.

24         It's a refrain.  It's almost as if she believes by

25   saying that she's desperate that she neutralizes the need.

 1  She neutralizes her consent.  Because somehow she gave her

 2  consent.  Yeah, I consented, but I was desperate, don't you

 3  understand?  I'm desperate, it doesn't matter about consent.

 4          That's not what it is.  If you're desperate and you

 5  consent to something, you're still consenting to something.

 6  And there are other ways of dealing with desperation.

 7          You can get a job.  She had the job.  The job was at

 8  the cigar store or restaurant or bar, some type of cigar

 9  place.  And she worked as a waitress for a month.  But she

10  didn't like standing, and she didn't like long hours.  She was

11  desperate and she consented.

12          Now if you look at the exchange, there's a long

13  conversation -- it's a text message conversation, email

14  conversation she had a Howie in 2013.  And in that 2013

15  exchange she says that she is really gotten involved in BDSM.

16  She really wants to get with Howie.

17          I'm not going to go in detail about it, but he tells

18  her he wants -- he tells her how intense it is, how painful it

19  can be, she'll be bruised for a week.

20          And again, he's being upfront with her.  And she

21  said that.  She admitted it.  He tried to talk her out of it.

22          You remember Mr. Balestriere said in his opening

23  statement that Brittany -- all of these people, were targeted

24  by Mr. Rubin.  He targeted them.

25          He had investigators out there searching.  Karen

Summation - McDonald                    1878

1    Cassidy, Stephanie Shon, were out there looking for vulnerable

2    woman, how he might be able to talked into taking advantage

3    of.

4            Was Howie Rubin targeting with Brittany Reyes

5    Hassen?  She says he was trying to talk her out of this.  He

6    was trying to talk her out of this.

7            So we get to June 2014.  2013 doesn't get off, but

8    in 2014, she meets Howie in a restaurant.  She meets Michelle

9    Felices at the Mandarin Oriental, whatever happened, they get

10   back together again and start texting one another.

11           And she claims that she's just out of rehab now.

12   Once again, she's desperate for money.  And I said these

13   lengthy exchanges, I'm not going to go through them.  We don't

14   have the time, but they're available to you.  All the exhibits

15   are available.  All the testimony that was here at the trial.

16   You want to just ask for anything, just free to ask Judge.

17   He'll present them to you, provide them to you.

18           But it's fair to say, I think you can remember the

19   exchanges in June between Ms. Hassen and Howie, it's fair to

20   say she begging him to have BDSM sex with him.  He's putting

21   her off.

22           Her statements are actually over the top.  Pain can

23   be fun.  Other things that she said.  Some of it disgusting,

24   but she making it clear she knows what's going on and she

25   wants to do it.

Summation - McDonald                    1879

1          So on June 5th, it's the second encounter.  They

2    meet at the condo.  Loredana Ferriollo, Howie's girlfriend and

3    long-time BDSM partner, she gave you a long list, Ms. Hassen

4    gave you a long list of horrible things that supposedly

5    happened to her without her consent.

6          Loredana first becomes a friend, who's whipping her,

7    whipping her, the next day there's correspondence with her and

8    she says she's fine.  And she says that she was brutalized.

9          And what does she say?  Oh, she said as a result of

10   this, she couldn't stand or sit, stand or sit, she was bruised

11   for about a month.

12         She claims that the fluid, the cleaning fluid on the

13   ball gag that was placed in her mouth had some type of effect

14   on her, that to this day she doesn't have the sense of taste,

15   or it's been impaired.  Here it is, all these years later,

16   eight years later, she said she still can't taste right.

17   These are her injuries that she claims.

18         But what does she say to Howie Rubin when the

19   encounter was over?

20         B5, please.

21         (Exhibit published.)

22         MR. McDONALD:  Howie says:  Thanks, Brittany,

23   amazing.

24         Brittany says:  Thank you, Howie, I had a good time.

25   Thank you for the cab money.  That was so nice of you.  I love

1   LD to pieces.  This is the woman who was whipping her.  We

2   must do to again.  Smiley face.

3          Next day he says:  How are you feeling, Brittany?

4   Good morning.

5          And then she says:  Good afternoon.  I feel great.

6   Are you?

7          And in another spot.  I'm heading to the City to

8   have lunch with friends.  And then she says, she goes on to

9   say:  Actually, meeting a client.  And they talk about how

10  she's going to use Dermablend to cover up the bruising from

11  the previous night.

12         Bruises are expected with BDSM.  She has no problem

13  with the bruises.  She's going to meet another john the next

14  day, and she's using Dermablend.

15         There's no problem with not being able to stand,

16  with not be able to sit.  These horrible injuries don't

17  prevent her from carrying out her trade.  She's going to see

18  some john instead.

19         This was acceptable to her.  She's telling Howie, in

20  her own words:  It was amazing.  She wants to see LD and him

21  again.

22         She says that she lied to Howie because she hadn't

23  been paid.  She can't keep her story straight.  Well, you got

24  me when I said this stuff.  I was lying.  I was lying to

25  Howie.  I didn't get the money.

Summation - McDonald                    1881

1        What does she say the next day, I'm not going to put

2   it up there, but the next day she says:  She had a

3   conversation, the very next day, she's speaking to Loredana,

4   and they're talking about -- Loredana and she are talking

5   about Loredana setting her up with other guys.  And she says:

6   I don't need money right this second.  I have the irons.

7   Obviously, I submit to you it's typo.  I have the money from

8   Howie.

9        The money -- I asked her about this.  She got the

10  money from Howie the night before.  She says no, no, I didn't

11  need money because I got the cab money from Howie that

12  referred to.  She wasn't talking about the cab money.  You

13  mean what was left over after she paid her fare to the cab

14  driver?  It's completely preposterous.

15       Howie paid her money that night.  He said he paid

16  people cash the first time.  They didn't trust him.  Oh, yeah,

17  we'll PayPal you.  He always paid cash upfront, at least most

18  of the time.  She's lying.  She's lying again.

19       And what did she say at the deposition?

20       (Video recording played.)

21       (Video recording stopped.)

22       MR. McDONALD:  So much for encounter number two.

23  Her own words.  In her statements to Loredana and to Howie

24  Rubin, and her testimony in the deposition she was not injured

25  at the second encounter at the condo.

1           Now, if she was brutalized, she wouldn't be in the

2     condo.  She's certainly not going to go back to the condo.

3     And that's true with every one of these cases with her, with

4     return business.

5           But she claims that she went back, and it's

6     incredible.  She claimed that she went back to see Mr. Rubin a

7     second time on June 30 because she needed money for the

8     painkillers, for the injuries that she had endured at

9     Mr. Rubin's hand on June 5th.  Well, needed the money for the

10    painkillers.  She has to be kidding.

11          She talks to Mr. Rubin in the most graphic way in

12    the period between June 6th and June 13th saying:  I'll give

13    you a bigger beating this time.  I'll take a bigger beating.

14    She goes on and on in explicit detail.  He's putting her off

15    and saying:  I don't know, you don't seem like you're really

16    into it.  And she begs him.  And then they get together,

17    Loredana and Howie get together on June 30 after she says --

18    and then she says:  I remember getting beaten really bad.

19          What does she say after the encounter when she was

20    really bad.

21          Put B5 up, please.

22          (Exhibit published.)

23          MR. McDONALD:  I wasn't sure, because you didn't

24    like the beating the last time, but I gave it my all, and I'm

25    happy you enjoyed it.  And I had fun, too.  I'll send you my

Summation - McDonald                    1883

1    bank info tomorrow a.m.

2           Howard says:  You were amazing.  So different.  So

3    fun.

4           Brittany says:  Yay.  Smiley face.  I'm so happy.  I

5    love you guys.  You guys are a lot of fun.  She says:

6    Seriously, really appreciate you guys getting me tonight --

7    seeing me tonight.  Means so much.  And then Xs and Os.

8           And it's clear that she's agreeing to what happened

9    to her.  It's explicit in her own words.  She has a -- an

10   exchange with Loredana that very same day.  And you know what

11   she says to Loredana, she says:  Question, how can I express

12   to Howie that -- this is from the text message -- how can I

13   express to Howie not to pull my hair really hard because I

14   have a brand new set of hair extensions and it just dawned on

15   me that he likes to pull, so what should I say?

16          Doesn't that say it all?  She's worried about hair

17   extensions.  She's not worried about being punished and

18   electric shocks or whatever else she told you about.  She's

19   talking about her hair extensions.

20          Okay, we have the next clip?

21          (Video recording played.)

22          (Video recording stopped.)

23          MR. McDONALD:  Okay, that picks up the third one,

24   June 30th.

25          The next event is at Rick's Cabaret, she said in

1  September 2014.  Now this story is totally, completely

2  implausible, unbelievable.

3       She goes to the strip club with Howie and Loredana.

4  Michelle Felices, one of the women from the Mandarin Oriental.

5  They get this other woman coming with Howie.  Small private

6  room.  It's a public place, a public strip club in New York, a

7  licensed premises.  It's nighttime in Manhattan.

8       There are strippers in the club.  There are

9  strippers in the private room.  There's security personnel all

10  around.  There's a manager.  And waitresses coming in and out

11  of the private room.

12       She claims that Howie beat her and had intercourse

13  with her and beat her so badly she had to be treated by a

14  doctor.  But that was seven months later at Maimonides

15  hospital.  The story makes no sense.

16       The savage beating, the small room in a public

17  place.  What did she testify to at her deposition?

18       Clip 72, please.

19       (Video recording played.)

20       (Video recording stopped.)

21       MR. McDONALD:  Not to my liking.  She was

22  brutalized.  She denied that she had sexual intercourse with

23  him.  She testified here it was sexual intercourse.  She lied

24  when she was here.  There were no injuries.  This is another

25  vicious story.

Summation - McDonald                     1885

1        Now there's a couple other -- I can go on and on

2    about the lies, but just a couple of other things.  I'll get

3    through this quickly.

4        The incident about being treated for these bruises,

5    these injuries that Howie did to her butt.

6        She doesn't go to Maimonides for another seven

7    months.  And it's only after -- remember, we had the clips

8    from the medical records.  The only medical records in the

9    entire case, all six plaintiffs, and we got the records and

10   she said she went to see the Colombia cosmetology lady who

11   injected oxygen into her butt.

12       She got this butt up lift, whatever the procedure

13   is.  And it was farcical.  It was farcical.  She went there,

14   she was treated.  She walked out.  She didn't have any pain

15   any more, just antibiotics.  She was injected with oxygen.

16       So the rest of the history, it goes on.  After 2014,

17   the two of them correspond.  They see each other but a few

18   occasions up to 2017.  She is hounding him.  She is hounding

19   him for sex and he says:  No.  He says:  We have a friendship.

20       He treats her in an incredibly nice way.  You can

21   see from the text messages.  But he comes off as a really nice

22   guy.  He cares for her.  He goes to lunch with her.  He goes

23   to dinner with her.

24       And then finally she comes to him on text messages,

25   email, in 2013 to 2017 and she tells her that she's in really

1    bad shape.  Her dad died.  He died suddenly.

2            And Howie agrees to see her.  She comes to the condo

3    wearing shorts and a tank top, and she's covered with heroine

4    sores.  She admitted.  And Howie feels bad for her.  He

5    consoles her.  And he sends her on her way.  Sent her $2,000

6    the next day or two.

7            And she admitted her father was not dead.  She was

8    lying.  She has no case in any of the four counts.

9            Now the next person is Natasha Tagai.  Natasha Tagai

10   said she had a -- well, let me just read the testimony.

11           Question -- this is by my associate.  So before I

12   ask you some more questions about the October 1st encounter, I

13   want to make sure I understand your testimony on

14   cross-examination today.

15           Was it that time you met Mr. Rubin in 2020 all the

16   way through this encounter, October of 2015, you had a

17   consensual BDSM relationship with Mr. Rubin, correct?  And she

18   says:  That's correct.

19           She said that she was a wonderful man.  She said

20   that she had fun and that she cared for him.

21           And that something happened in 2015, in October of

22   2015, when the first time she was beaten by him, she was

23   brutalized, she didn't consent.

24           Now, I'm not go through the events of the

25   relationship of 2010 to 2015.  I will bring out a few things

1  in 2015, January through October.

2         And bear in mind, after the October -- we're going

3  to go through that -- she sees him on a number of occasions,

4  and she says on those occasions he's a wonderful man,

5  interspersed with two other encounters.

6         So the first thing, in January of 2015.  In

7  January 2015 until October, everything runs smoothly.  He

8  starts to use the consent agreement in January of 2015.  He

9  presents it to her.

10        Now you would think that after a history of five

11  years of having a relationship together that she would be

12  offended by being presented with this confidentiality

13  agreement.  And she wasn't.  She said she thought it was part

14  of this fantasy world.  This BDSM role play that they had.

15  And it was part of sort of like "50 Shades of Grey", but

16  that's fine.

17        Then she, in April, she -- Jen Powers, if you

18  remember, was going to give a present to Howie, a 2016

19  calendar she wanted to create for him and to have some of the

20  girls, some of the women to bring in to pose in these calendar

21  pictures.  And she had photo shoots in April.

22        Can we put up A7, or the -- I'm sorry, D7.

23        (Exhibit published.)

24        MR. McDONALD:  And these are a number of -- there

25  are 229 photos taken of her.  These are -- it's in evidence.

1   If you can look at this, if you want.

2          But these are the different poses.  And she's

3   smiling.  She's proud of her relationship, her BDSM

4   relationship with Howie.

5          And then ultimately a photograph is selected for the

6   calendar, and there she poses for the calendar.  You see the

7   calendar, May of 2016.  The calendar's coming out the next

8   year.

9          And there she is proudly in a -- posing for a

10  calendar, which is going to be revealed to the public.  It's

11  going to be out there in plain sight.  She's proud of this

12  relationship she has with him.

13         She meets with him throughout the months of January

14  and October.  She meets with him twice in February.  In March.

15  In May.  And she picks -- all of a sudden she picks the 1st of

16  October 2015.

17         Why did she do that?  I'm going to jump ahead.

18  Remember you learned, you probably remember, you might

19  remember, but the last time she sees him is in June of 2017.

20  The lawsuit was filed in November of 2017.

21         So she joins the lawsuit after it's filed.  Now

22  in -- but why does she join the lawsuit in 2017, 2018?  She

23  hadn't seen Howie in a while.  But she doesn't know that.  She

24  doesn't know why Howie is not seeing people.

25         She -- the reason he's not seeing people is because

1  he's being contacted by this guy Bob Aloi, right?  There are

2  problems with the arrest with Mia Lytell and he's afraid of

3  the publicity.  So he cools it for a while, and says he goes

4  on holiday.  He stops seeing people starting in the late

5  summer into the fall.

6          She doesn't know that.  She doesn't know that.  So

7  she joins the lawsuit.  She has to pick days about when she

8  was brutalized by Howie.  And the first day she picks is

9  the -- is October 1st.

10         And she says that on October 1st, she goes into

11 great detail.  They're playing pool in the condo and he shoves

12 a pool cue into her vagina.  He takes her into the red room.

13 He ties her up with a purple rope.  He puts a red ball gag in

14 her mouth.  And he puts handcuffs on her.  Looks like some

15 handcuffs in some of the pictures I think that were shown.

16         The first problem is that at her deposition

17 three-and-a-half years ago she was asked about 2015.

18         Can we play the clip 307?

19         Oh, excuse me, 17.

20         (Video recording played.)

21         (Video recording stopped.)

22         MR. McDONALD:  Now, seven years later, she's able to

23 give you details about the facts.  Purple rope.  Red ball gag.

24 Totally implausible.  Something else about her accounts shows

25 that it's phony.

Summation - McDonald                    1890

1          Mr. Rubin -- excuse me, Mr. Balestriere was asking

2     her about the October 1st, 2015 event, shows her photographs

3     of the dungeon.  And when she sees the machines in the

4     dungeon, she breaks down on the stand and she starts to cry.

5          Now, these are the same machines that were there, it

6     appears before, all these few years that she was there when he

7     started using the condo, those machines were there, when they

8     were having a wonderful, wonderful time.  And they were there

9     all the other wonderful after she visited after October 1st.

10    The crying was phony.

11         But there's a bigger problem.  And the bigger

12    problem is this:  We can establish, and we have established,

13    and I'll show you how we established this, that this sexual

14    encounters are, whether it was -- they say it's October 1st or

15    September 30th, it never happened.  Never happened.

16         Please put up Defense Exhibit T4-1.

17         (Exhibit published.)

18         MR. McDONALD:  Go to the top, the very top.  The top

19    of the page.  And it says -- this is the night.

20         Natasha has landed.  Where is Natasha?  The condo.

21    And then he says, on the 9th of September:  Didn't work

22    tonight.  Never works with Natasha.  So he's complaining in

23    September about it not working with Natasha.

24         Now let's go to the 29th of September.  And you see

25    there on the 29th, it says:  Natasha is coming in tomorrow.

Summation - McDonald                    1891

1   And booking her own flight.

2           Now we go down to the 30th.  And this is Jen Powers

3   saying:  How are you?  At 11:50.  She reaches out again here

4   on October 1st at 12:28.  Are you okay?

5           And then Howie responds, nine minutes later, he

6   says:  Drunk.  No sex as usual.

7           Why?  She goes:  Howie, where is Natasha?

8           His response was -- but they get together the next

9   day, and she says to him at almost 1:00 the next afternoon,

10  Jen says:  So what happened last night with Natasha?

11          So this is where he's going to give you the answer.

12  He's going to tell what you happened with Natasha.  It was a

13  sex event.  He's not shy about telling Jen about it.  He's

14  going to tell what you what happens the day before with

15  Natasha.

16          This is at a time -- he didn't know about any

17  lawsuit, manufacturing some sort of alibi in 2015.  This is in

18  realtime without any motive to lie talking to his assistant

19  and his friend about what happened.

20          She was supposed to meet me for drinks, and she --

21  Natasha fell asleep.  I should have blown blank off and gone

22  over there.  Shy didn't wake up until after -- 'til around

23  10 p.m.  I should have just gone back to the condo.  Let's

24  send her 2500 anyway, even though I didn't have sex with her.

25          Why didn't you go back over, she says?  I was drunk.

Summation - McDonald                    1892

1  He says:  I was having fun.  Blank was there and her

2  boyfriend.  Ah, gotcha.  As long as you're having a good time,

3  I got worried, of course.  And Howie says:  It was fine, I

4  should have gone over.

5          He didn't.  He didn't see her.  They didn't have sex

6  that day.

7          Now what happens -- what happens after that shows

8  you the lie about what she came in here and told you about the

9  brutalizing, the terrible things that happened to her.

10         She says she spent the night.  Is that what you do?

11 You spend the night in a condo with your rapist?

12         Her excuse was:  Hotels are expensive in New York.

13 Not all hotels are expense in Midtown.  You can find a cheaper

14 one.

15         And the next day she tells Jen Powers:  I'm not

16 going to fly out right away.  I'm going to play tourist.  I'm

17 going to go around.

18         Well, nothing prevented her from walking around the

19 streets of New York, see the big City.  And you know what she

20 did?  She borrowed Howie's sunglasses for her trip around the

21 City that day.  She took the sunglasses with her back to

22 Chicago.  She inadvertently took them back.

23         Now first of all, if you're raped by somebody, are

24 you going to want to wear their sunglasses the next day?  And

25 then she takes them back with her to Chicago.  She's going

Summation - McDonald                              1893

1    send them back to Howie.  She had the sunglass in Chicago and

2    somehow go to FedEx and to do that.

3               You're going to do that to the guy who raped you the

4    day or two or three before?  But, no, she sends them back to

5    Howie FedEx at the condo.

6               THE COURT:  Again, go slower.  You keep speeding up.

7               MR. McDONALD:  Sorry, Judge.

8               She sends them to the condo.  Jen happens, because

9    she goes, maintains the condo, she goes over there, and she --

10   there's a package waiting, or a package for Howie, and it's

11   the sunglasses.  And with the sunglasses is a note that we

12   have, DXL4.

13              (Exhibit published.)

14              MR. McDONALD:  Howie, XOXO.  Love and kisses.  Hugs

15   and kisses.  Hope to see you soon.  Heart.  Hope -- I'm not

16   sure what that word is -- and kisses -- hugs and kiss.

17   Natasha.

18              This is what you say to the guy who shoves a pool

19   cue in your vagina a couple days before?  How do we know that

20   it's the 6th of October?

21              Exhibit K4.  Jen takes a screenshot that she sends

22   to Howie.  You see at the top there it says October 6th.

23              So given that it takes a day or two for FedEx to get

24   there.  After she gets back to Chicago, right after she says

25   she has a pool cue shoved in her vagina, she's beaten to a

1    pulp by Howie, she's wearing his sunglasses and sending him

2    love notes.

3              What happens after that?  We have PX128.

4              (Exhibit published.)

5              MR. McDONALD:  She continues to send him messages.

6    October 18th.  There's a photograph of Natasha.  Her face is

7    not shown, but you can assume that it's her.

8              And then October 19th, there's another photograph, a

9    photograph that she sends to him.  In addition, she sends

10    the -- okay, so just those two.

11              And what does she do in November to the person who

12    brutalized her in October, that she says on October 1st?  She

13    comes back for another encounter.  Shockingly she testified to

14    you that when she did, she never spoke to Howie about the

15    October 1st encounter, the alleged October 1st encounter.

16              Wouldn't you speak to someone when you came back?

17    Wouldn't you say, Howie, we had a terrible time October 1st.

18    How can I come back?  Can you give me some assurance it's not

19    going to be a repeat?

20              She doesn't do that.  She said they didn't speak

21    about it.  She said she described the November 20th encounter

22    as wonderful as the ones after that, January 2016.

23              THE COURT:  Ladies and gentleman, it's time for a

24    break.

25              MR. McDONALD:  I'm finishing this one thing.

Summation - McDonald                          1895

1          She lied about what happened with him on

2     October 1st.  And after our break, I will show you she lied

3     about what happened in 2016 and 2017 encounters that never

4     ever even took place.  Thank you.

5          THE COURT:  All right, let's take 15 minutes.

6          Ladies and gentlemen, please come back at 11:10.

7     Don't start talking about the case yet.

8          (Jury enters the courtroom.)

9          THE COURT:  15 minutes.

10         Mr. McDonald, I know you're trying to slow down, but

11    you really got to slow down.

12         MR. McDONALD:  Judge, I'm being torn in two

13    different directions.

14         THE COURT:  I understand the pressure, but you're

15    going to kill the court reporter.

16         MR. McDONALD:  I'm sorry.

17         Judge, it's --

18         THE COURT:  You have an hour and 15 minutes so far.

19         MR. McDONALD:  I'm sorry?

20         THE COURT:  You've been on for an hour and 15

21    minutes so far.

22         MR. McDONALD:  So I have, what, two and a half?

23         THE COURT:  You need it?

24         MR. McDONALD:  Well, the rate I'm going, I think,

25    unfortunately, look I -- I did a run-through, I can't say how

Summation - McDonald                                    1896

1    long -- I don't know how long the clips were going to last.

2    I'll do my best.

3            THE COURT:  I've been a trial lawyer, I know it's

4    very difficult.

5            MR. McDONALD:  But you're holding me hard, hard and

6    fast to the two-and-a-half hours.

7            THE COURT:  Well, I might give you a five-minute

8    grace, but not more than a five-minute grace.

9            Fifteen minutes.

10           (Pause in the proceedings.)

11           (A recess was taken at 10:55 a.m.)

12

13           (Continued on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court; jury present.)

2          THE COURT:  Everyone may be seated.

3          Please continue, Mr. McDonald.

4          MR. MCDONALD:  So, I believe I just establish that

5   the alleged encounter that Natasha Tagai said took place on

6   October 1st, 2015, did not.

7          So she alleges that another encounter with

8   Mr. Rubin took place that was offensive to her to which she

9   did not consent to some of those activities on May 5th, 2006.

10  Well, she contradicts herself again because she told you

11  about this brutal encounter at that time, but at her

12  deposition she said things that made it clear that that did

13  not take place, and that she had a consensual relationship

14  with Mr. Rubin.

15         She has made clear in her text messages and I

16  believe in her testimony that she moved from Chicago to

17  Seattle -- I am not sure whether it was Chicago or Las Vegas.

18  She moved to Seattle in December of 2015 and she was there

19  for nine months, which would bring us to August of 2016.

20  Now, the encounter took place in May, May 5th, 2016.  Despite

21  the wonderful, in her words, wonderful visits on November of

22  2015 after the brutal encounter in October.  And then in

23  January of 2016 she says this terrible event takes place in

24  May of 2016.  Here is her problem, and I am not going to read

25  it for the sake of time.  I am not going to play the clip;

 1  but if you want to read it back, you can play the clip.  It

 2  is in evidence -- the deposition clip.

 3          At her deposition she was asked:  Do you remember

 4  anything about the time you spent with Mr. Rubin in 2016 when

 5  you traveled from Seattle to New York to meet with him?

 6          She said, I don't remember exactly.

 7          So, at her deposition she didn't remember that

 8  period of time in 2016.

 9          And she was then asked:  At that time, were you

10  involved in a consensual sexual relationship with Mr. Rubin?

11          This is in that nine-month period when she was in

12  Seattle, and in the middle of that was in May when this

13  brutal encounter took place.

14          She says, Correct, that she was involved in a

15  consensual relationship during that period.

16          No complaint about anything in 2016 or 2015.

17          Now, one might argue that it is hard to pin down

18  precise dates, when you are in a 20-year relationship with 20

19  sexual encounters.  It is difficult to pinpoint.

20          Now, in that 20-encounter relationship, there three

21  that were so bad that she sued him.  You think that she would

22  remember.  She filed a lawsuit alleging that she was savagely

23  beaten.  She didn't say three times when she filed the

24  lawsuit.  It is only now she is beginning to specify when she

25  was attacked.  But she was asked in 2018 at her deposition,

1  In 2015 in and 2016, did you have a consensual relationship?

2  Essentially were you raped, beaten in those periods?  What is

3  she going to say, Yes, I was in a consensual relationship;

4  or, No, I don't remember.

5          In 2018 she is going to say, Look, I don't remember

6  the days, but this bum brutalized me on two or three

7  occasions.  I can't tell you precisely when they were, but it

8  was in 2015.  It was in 2016.  She would get up on her back

9  legs and she would say, I was brutalized.  She wouldn't say,

10  I was in a consensual relationship or I don't remember

11  exactly.  That's preposterous.

12          This event in 2016 that she described in May 2016

13  did not take place.  It simply didn't take place.  She wasn't

14  brutalized.  She would have remembered it.  She said 2015 to

15  2016 were fine.  She came back again in January of 2017.  She

16  said that was wonderful, and then she says now that the last

17  encounter on June 12th, 2017, she was brutally beaten without

18  her consent.  Mr. Rubin of course says that it didn't happen

19  and the facts bear him out.

20          Can with put up DX B7, please.

21          (Exhibit published.)

22          This is a screen shot from Mr. Rubin's phone on

23  June 13th, the day of the supposed brutal encounter.

24  Mr. Rubin says -- he testified to this.  This is his

25  communication with Natasha -- Natasha Tagai, Yup, I am on the

Summation - Mr. McDonald                    1900

1  way.  It is at 2:17.  I don't know if you can make it out on

2  your screen, but it is at 2:17 p.m., Open white wine.  At

3  2:18 she responds, K.  And he says, Dinner is at 6:30.  That

4  is at 2:21.  She says, Perfect, I brought a cute outfit for

5  dinner at 2:22.

6           Before we look at the next item here, can we go to

7  I4.

8           (Exhibit published. )

9           This is a -- you might want to call it a dopey --

10  picture of Howie that was taken.  He testified it was taken

11  by Natasha.  It was sent to Jen Powers by Natasha at 3:05

12  p.m.  So from the text message you can see he is on his way

13  at 2:22 and he was there by 3:05 when the picture is taken

14  and it is sent to Natasha.  You can say he is wearing his

15  clothes.  He is having wine.

16           If we can go back to the screen shot.

17           (Exhibit published.)

18           So the screen shot -- well, while we are waiting on

19  the screen shot, it says -- the document is in evidence.  It

20  says -- here it is.

21           Can we blow it up?

22           She says, Why did leave, Love?  That is 4:23.  So

23  he is gone.  He is out of the condo at 4:23, leaving Natasha

24  behind and she saying, Why did you leave, Love?  He said, I

25  felt it was weird chemistry today.  He testified he left.  He

1    testified after he sent her the screen shot and said he was

2    not going to dinner.  He got to the condo and he said he

3    planned dinner with three other women.  It was Loredana's

4    birthday and three other women were coming to town and he

5    wanted Natasha to be part of the group, and she was upset.

6    She just gone out and bought a new outfit for herself.  She

7    said they had a wonderful relationship.  It was almost a

8    romantic relationship that he was paying for, but it was a

9    good relationship throughout a good number of years.  I think

10   it is fair to say she was jealous and they argued, according

11   to Mr. Rubin, and he left.

12           He then says that that night he met with Loredana

13   and the two other people, and as he said Natasha wasn't

14   really happy.  The mood changed.  He went to the Russian Tea

15   Room with the other women and they had a night, having dinner

16   at the restaurant.  Eventually they went back to the condo

17   and they went upstairs -- the three other women and Howie.

18   And as he testified, the door to the master bedroom was

19   closed and he didn't go in and he didn't see Natasha that day

20   at that time after he had left the condo in the afternoon.

21           Now, is there anything to corroborate this?

22           Can we put up the next exhibit?

23           (Exhibit published.)

24           This is communications between Jen Powers and Howie

25   Rubin.  It is at 6:12 on the day of the supposed encounter.

Summation - Mr. McDonald                    1902

1    And it is at 6:37 Jen says, Is Howie going to stay at the

2    condo?  Should I reach out to her and be nice?  Clearly he

3    told Jen there was some kind of flap between the two of them

4    and they had been arguing.  At 11:19, the third item, she

5    says, Are you alive?  And Howie says, Yes.  And says, Well,

6    thank God.  I have been writing to you.  Howie says at 11:42,

7    These girls suck.

8            The next day Howie says, We should send Natasha a

9    thousand to cover her flights.  A thousand.  That's an

10   indicator that they didn't have a sex encounter the day

11   before.  At the very last line, Jen, as is her practice I

12   guess, says, What happened last night?  She likes to get the

13   report the next day.  And going over Howie says to her --

14   same as his testimony -- we went upstairs after RTR, Russian

15   Tea Room, Natasha was passed out in bedroom.  Opened some

16   wine and then ID was -- LD, Loredana, was pushing for

17   threesome or twosome or onesome.  It was weird any way.  I

18   wasn't interested and went home, which is good.

19           So from that text message you can see when there is

20   no motive to lie, Howie was saying they had a fight, went out

21   with the other women and they came back to the condo and

22   Natasha wasn't there and they were going to do something with

23   the twosome, threesome or onesome, and it was weird and he

24   went home.

25           Anything else to corroborate that?  Yup.  There are

1    text messages between Loredana and Jen.

2              Can we go to PX-126.

3              (Exhibit published.)

4              This is Jen asking, Was Natasha still there?  Who

5    was there?  He wrote me at 12 that everyone there sucked.

6    And then Loredana says, I don't know.  I think they texted

7    that day and planned to.  I am not really sure, but I took a

8    blonde -- a friend blonde with big boobs.  Def that was a

9    little of a cock block for her, referring to Natasha.  In

10   other words, there was another woman there, a blonde with big

11   boobs, obviously Howie was interested.

12             Then Loredana says at the third line, Listen, you

13   know, you and I know him when he gets drunk.  It is so funny,

14   but other girls don't.  And then the third line is -- well,

15   at the bottom she says, I feel bad with Natasha.  So she's

16   corroborating that when they went back there, they all went

17   back and it was a -- Natasha was in the other room and there

18   is amble proof to show, to corroborate the testimony of Howie

19   Rubin that there was no sexual encounter that day.  She was

20   paid a thousand dollars for her troubles coming to New York.

21   Maybe Howie acted like a jerk that day by having the three

22   other women come in and go to dinner with them, but he

23   certainly did not have a sexual encounter with Natasha Tagai,

24   and he certainly did not have a brutally sexual encounter on

25   that occasion.

1          So three encounters -- in October 2015, May 2016,

2    and 2017.  It's almost as if she could have picked days in

3    which they did have encounters because they did have sexual

4    encounters during this period of time; but she happened to

5    pick days in which they didn't.  It is crazy.  Well, the one

6    in the middle she said they had a consensual encounter; but

7    in 2015 and 2017, they didn't on that day and we established

8    that it never happened.

9          Just a couple points because I want to try to move

10   through this.  With respect to her injuries -- I am not going

11   to put it up, a clip, but I will read it.  She was asked at

12   her deposition, and it is in evidence, Were you ever treated

13   by Dr. Solameh for any physical injuries?

14         She said, No.

15         Or any other doctor?

16         No.

17         She also testified that at her deposition that she

18   used Xanax for a period of one month because she was having

19   trouble sleeping.  She said that's all she did.  She used

20   Xanax and had trouble sleeping.  There is absolutely no

21   record.  She had the opportunity to the bring these records

22   in -- medical records, psychological records, therapy

23   records.  No records to prove there was any type of harm or

24   injury done to her by Howie Rubin.

25         Now, you know it is coming.

1          Can we post DX B4.

2          (Exhibit published.)

3          This is after the last encounter in the summer of

4   2017.  She was raped.  She was brutalized.  What does she do?

5   She is seeking Howie out again persistently.  She posted

6   these.  She sends him these photographs of herself

7   provocative, seductive, enticing.  What does she say to him?

8   She says --

9          Blow it up.

10          Hey sexy.  I am in town tomorrow a.m. to Saturday

11   a.m. if you're around.  This is September 26th, 2017.  This

12   is after she was raped and brutalized and beaten, BDSM sex --

13   see if you are around.  Would love to see you.  I am not sure

14   what is the emoji stands for.  I am coming for my

15   girlfriend's birthday and birthday dress shopping.  I love

16   birthday -- I think it is birthdays, and a heart.  And it

17   says, These big tits are dying to be smacked.  Looks like a

18   smiley face.

19          Is that what you write to your rapist, your

20   assaulter?  She comes back again.  That's on the 26th of

21   September.  And she sends more pictures as the month goes on.

22          Going over to the next message, If you're around

23   later this afternoon -- this is October 4th.  If you're

24   around later this afternoon after 4:00 or any time tomorrow

25   or Friday or before I leave, let me know.  Would love to have

1   a birthday whipping from you on these big tits.  It's been

2   too long.

3          Too long since she was raped?  It's been too long?

4          My big tits want it badly, and then there is a

5   bunch of emoji.

6          Ladies and gentlemen, that puts the lie to her

7   claim that she was raped and beaten by Howie Rubin and that

8   she didn't consent to the encounter she had in 2016.  She

9   didn't have to consent to 2016, 2017 because they never took

10  place.

11         Now we will go to Ms. Moore and Ms. Lytell.  I will

12  start discussing the two of them together because they had

13  the encounter at the same time on August 22nd, 2016.  Then I

14  will finish up with the Moore case and then go back to

15  Lytell.  And at times I will refer back to both of them.

16         So, Stephanie Shon.  She is Howie's friend and

17  long-time sex partner.  Clips of her testimony came in.

18  Howie talked about it.  I think that the women actually

19  testified about it.  So, Stephanie Shon said that she saw a

20  bondage-themed photo of Mia Lytell on social media and she

21  contacted her and asked her if she was experienced in BDSM

22  and interested in meeting Howie, a man in New York.  Lytell

23  was interested.  She brought Moore, Amy Moore, into the

24  conversation and they had a chat.  The three of them had a

25  chat.  And Ms. Shon said that she told what Howie was

Summation - Mr. McDonald                    1907

1   interested in.  They expressed that they had been involved in

2   BDSM experiences before and that they were very excited to

3   see Mr. Rubin in New York.

4            What resulted from that was a group chat, a

5   four-way chat, involving Mr. Rubin, Ms. Shon, and the two

6   women.

7            Can we post that, please, Exhibit C2.

8            (Exhibit published.)

9            I will read it.  He says, Nice to meet you, ladies.

10  Now, Shon is on the chat as well as Moore and Lytell.  Nice

11  to meet you, ladies.  Mia Lytell says, Hi, hunn.  Amy Moore

12  says, Nice to meet you as well.

13           Mr. Rubin demonstrating how he is upfront and

14  candid with people as he did with Brittany Raye Hassen, he

15  says, Do you girls know what you are in for, and there is

16  some of emoji.  Then they say or Lytell says, Stephanie told

17  us the basics, confirming what Stephanie testified to.

18  Stephanie told us the basics.  We are definitely excited

19  about this.

20           Then Mr. Rubin gets more specific and he says, It's

21  total BDSM.  Now, he is not addressing some babes in the

22  woods.  This is Mia Lytell and Mia Amy Moore.  It is total

23  BDSM.  Most girls love it and come back for more, but I just

24  want to be upfront about everything.  He is telling them

25  upfront.  There is no walk in the park when you come up to

1    the condo.  It is going to be rough sex.  Amy Moore responds

2    with a smiley face and Mia Lytell responds with some other

3    face -- some other emoji and I am not sure what it is.

4           Then there is a little banter as they go on and

5    Howie -- Ms. Moore says, Yes, to something that Mr. Rubin

6    said.  And he says, Yes, sir, you mean.  And Moore responds,

7    Yes.  Obviously they are talking about role-playing here and

8    they are getting involved in role-playing,

9    dominate-submissive.  He said, You call me sir.  That is part

10   of the game they will be playing.

11          Then on the 21st Howie says, Ladies -- they plan to

12   meet at the condo, and Howie says before they come up, I

13   can't wait to meet, greet, and beat you tomorrow.  Be at the

14   Viceroy rooftop bar first so we can all get intoxicated.  And

15   Ms. Moore responds, Sounds good to me.  I am not sure whether

16   it was getting beaten that she was addressing, or being at

17   the Viceroy or both; but she says, Sounds good to me.

18          So, they come to New York.  Ms. Moore testified at

19   the trial that she understood that she would be paid -- she

20   might be paid for sexual activity and she said that they

21   thought there would be light-fetish play, maybe some type of

22   bondage.  It was nonsense at that point with her

23   conversations with Shon and the text messages in the group

24   chat with Howie.  She knew there was going to be BDSM sex

25   right upfront.

1          They meet at the rooftop at the Viceroy and they go

2    back to the penthouse.

3          Can we have DX Q7.

4          Listen very carefully to this.  This is the two

5    women in the bathroom.  They are getting ready to put their

6    lingerie on or whatever they brought with them.  Listen, you

7    will hear, Naked in New York and feel the pain.  Listen very

8    carefully at the end, Feel the pain.

9          (Video played.)

10          Feel the pain.  Feel the pain.  They were about to

11    go into the dungeon.  They talk about feeling the pain.

12    Well, certainly nothing had alarmed them at that point.  They

13    were laughing and getting ready for their encounter with

14    Mr. Rubin.  They had the encounter.

15          Now, remember there are two of them in this

16    encounter.  Does it make sense he will be able to brutalize

17    one or both of them at the same time?  You saw him.  We are

18    not talking about some former NFL football player.  He is a

19    slight man.  The two of them could have very easily overcome

20    him or prevent him from doing what he wanted to do.  They

21    could also have screamed.  It wasn't the only apartment on

22    the floor.  There is no sound-proofing to the dungeon.  If

23    anything horrible was happening, they could have screamed

24    out.  They could have cried out.  They could have run out of

25    the place.  It is craze to say Howie Rubin is going to be

1  able to brutalize these people and they couldn't stop him

2  from doing it.

3           So their recollections of the event obviously are

4  different.  I am not going to get into the descriptions of

5  what they said, but Howie's recollection is that he couldn't

6  remember what was happening, but he knew that there wasn't a

7  problem and he expressed that in his text message to them

8  after the event was over.  I don't want to consume time and I

9  am not going to put it up.  Howie says at 11:31 after the

10 encounter, Thanks for an amazing night, ladies.  Sweet

11 dreams.

12          One of the reactions of the women -- well, first of

13 all, they stay at the condo.  As with the other one of these

14 women, we make the argument if you're brutalized, if you are

15 raped, if you are beaten you are not going to stay at your

16 rapist's condo.  You are going to leave.  Oh, well, it is

17 expensive hotels in New York.  They each have $5,000 in cash

18 in their pockets.  $10,000.  Hotels are not that expensive.

19 If I was raped -- if a woman was raped, I doubt that she is

20 going to stay at the condo where this man can come back at

21 any time.

22          THE COURT:  Mr. McDonald, a little slower, please.

23          MR. MCDONALD:  What did Amy Moore say the next day

24 in her text messages?  Her messages?  Thanks for having me,

25 is what she says.  She doesn't say, What did you do to me

Summation - Mr. McDonald                    1911

1   last night?  She says, Thanks for having me.  She says, Yes,

2   so much pain.  LOL.  Laughing out loud.  Fun, fun, fun, and

3   had a great time just hanging out with you as well.  Although

4   my boobs feel otherwise today, and then there is an emoji.

5           She goes on to say, I slept two hours.  LOL.  I

6   wanted to sleep in bed, but I am home now.  Smiley face.

7           Yes, so much pain.  LOL.  Not so much pain I got to

8   go to the doctor.  You brutalized me.  How could you have

9   done this to me?  Had a great time just hanging out with you

10  as well.  And now she is suing for this.

11          She also has a text message with Jen Powers, and

12  this is Exhibit D.

13          (Exhibit published.)

14          Jen says -- above the part that is highlighted, Jen

15  says, Howie said he had a terrific time.  See you again soon.

16  XO.  Amy says, Awesome, and then there is an emoji.  I was

17  hoping he liked me.  I can't wait -- sorry.  I can't wait.  I

18  was hoping he liked me.  LOL.

19          And then at 8:24, which was the next day, she --

20  remember, Mr. Rubin said that after the encounter, they sat

21  around and Amy Moore told him that she had a girlfriend by

22  the name of Pashence Marie.  Great name, Pashence Marie.  And

23  that she tried to give her information about Pashence Marie,

24  her best friend.  And the next day she follows up and she

25  sends to Jen Powers information about Pashence Marie and

Summation - Mr. McDonald                    1912

1    says, I will send you the info on my girlfriend I told Howie

2    about.  Smiley face.  The name is Pashence Marie.  This is

3    her best friend she is going to send up to this guy's condo

4    who just raped and beat her.  Later on she says on 8-25 to

5    Jen, I would do it again.  It was quite an experience.  LOL.

6    This is what Amy Moore said in the aftermath of their first

7    encounter.

8              When she was asked at the deposition, and again a

9    clip was played during the trial.  She was asked at the

10   deposition about the exchange and her saying that I hope he

11   likes me and words to that effect and she said she didn't

12   remember.  This is one of the occasions where she said, This

13   is not my document.  This is not my email.  This is not my

14   text.  Even though the lawyers stipulated that these are

15   their text messages.  She's on that text message herself.

16   She said, That's not me.  Brittany Raye Hassen kept saying

17   that all the time.  That is not my stuff.  That is not my

18   text message.  They are stipulated.  They are in evidence.

19             Can we get DX Q2 posted.

20             (Exhibit published.)

21             Now, this is a post that was put out by Mia -- Mia

22   Lytell and it's a photograph that Howie took of the two of

23   them at the rooftop of the Viceroy.  Lytell sent it out, and

24   what it says in the message on the bottom of the text that

25   she sent out, the electronic media, Ms. Lytell says, Maybe

1    some women aren't meant to be tamed.  Maybe they just need to

2    run free until they find someone just as wild to run with

3    them, says two girls who just jumped on a plane to New York

4    City and are now overlooking Central Park.  This is Lytell's

5    text.  But if you look on the front of the text, it says,

6    Like, 1:10.  Amy Nicole Moore.  She is endorsing what she

7    said.  This was the day after the encounter, two women

8    running free in New York City.

9            Now, on this record they cannot be seriously suing

10   Howie Rubin.  Amy Moore can't be suing him.  She was told

11   explicitly she was coming for BDSM sex.  After the encounter,

12   she praised Howie and said what a wonderful time she had and

13   wanted to come back.  There is no doubt she expressed her

14   satisfaction.  She said her breasts were hurt, but there was

15   no evidence that she was injured.  We will get into this when

16   we talk about the next encounter.

17           I now would like to review what Mia Lytell had to

18   say after that first encounter.  I am not going to put it up.

19   Save a little bit of time.  This is what she says, reading

20   from the text message, text correspondence with Jen Powers.

21   She says to Jen -- this is on the 23rd at 9:28 a.m. -- I'm

22   great.  Packing up now.  About to go.  I am going to walk

23   around New York City for 30 minutes before I got a get a cab.

24   So, just like with Tagai from the night before, there was

25   nothing preventing her from walking around the city.  She is

1  not so badly beaten she cannot get up and walk around the

2  city.  Last night was unreal, crazy, wild fun stuff.  Oh,

3  wow.  There is a bunch of emojis up there.  I really don't

4  know what but there are hearts at the end of them.  Then she

5  goes on to say, Thank you for everything and for having me

6  come have fun, exclamation points.

7        Mia Raquel sends two hearts and says, We will do it

8  any time again.  LOL, and then another emoji.  Amazing.  That

9  was great.

10        H said he had a terrific night.  I am so glad you

11  had fun.  This is Jen saying to her.  And she says, Yayi.

12  Soooo much fun.  This was her opportunity to complain to Jen

13  and say, Your man was wild -- wild in a bad way.  No, she

14  says, Wild.  It was great.  This isn't what you say to the

15  assistant for your rapist.  You might say nothing, but come

16  on, you are not going on and talk like this.

17        What else?  She leaves something.  She leaves

18  something at the condo.  She leaves a Post-It note and says,

19  Howie, babes, you're absolutely insane, sexy, hot, wild, and

20  fun.  Definitely would love to see you again soon.  Playmate

21  Mia Lytell, hugs and kisses.

22        So I submit that in light of everything that we

23  have seen to what they have said in these text messages that

24  it is incredible that these people would say now that they

25  were coerced, they were tricked, they were defrauded into

Summation - Mr. McDonald                    1915

1  having commercial BDSM sex.  They consented to what happened.

2  They made that clear by their own words.  They certainly show

3  no evidence of injury.  What happens going forward with the

4  two of them only confirms that.  You will see as I go through

5  this about the number of other texts they have, particularly

6  with Lytell.  There is far more with Lytell than Moore, but

7  with Moore as well.  They reach out to Howie.  They have

8  repeat visits.  With Moore there is one more encounter.

9  Lytell, it is my understanding from what was presented here

10  today by the plaintiffs, is that Lytell is now only claiming

11  this was the only encounter about which she is complaining.

12  If I am wrong, Mr. Balestriere can correct me.  That is my

13  understanding that they are only complaining about this first

14  encounter for Mia Lytell.

15          Let me go back to Moore.  At trial she admitted

16  that she discussed with Ms. Lytell seeing Howie again.  She

17  wanted to make a contact with Howie.  She testified to that

18  on page 447 of the transcript.  When she came back for her

19  repeat encounter with Howie -- this is Ms. Moore's encounter

20  with Howie in December of 2016.  Mia knew before the

21  encounter that Howie -- told Howie that Amy was excited --

22  that Amy Moore was excited about this encounter.

23          So this is the encounter where they meet.  She

24  testified that it was at the Russian Tea Room where Howie was

25  on the phone.  The purpose of her coming to New York was not

Summation - Mr. McDonald                    1916

1  to have an encounter with Howie Rubin she said but rather to

2  meet with Mr. Rubin to try to get money from him so that she

3  could repair her encapsulated breast.  You might remember the

4  incredible testimony that she gave when she said that she

5  diagnosed -- the way the imploded, encapsulated breast was

6  diagnosed was by the woman who was giving her a facial and

7  that woman knew what she was doing because she once worked

8  for a surgeon.  She never went to the doctor for her

9  encapsulated breast and she admitted until this day she has

10 never had the breast treated.  She has never gotten the

11 so-called damaged breast repaired, but she was coming to New

12 York according to her testimony to see Howie Rubin for money

13 for her encapsulated breast.

14        Her story is that when they get here -- when she

15 gets here, she meets Howie at the Russian Tea Room, and she

16 then sits there.  This sexually abused woman.  She sits

17 across from Howie at the restaurant while Howie is on the

18 phone.  At the end she said, Well, not all the time.  The

19 first time she told the story, she doesn't get a chance to

20 talk about the money that she wants.

21        Now, you saw her.  She is not some shrinking

22 violet.  You think if she was brutalized and raped by Howie

23 Rubin she is not going not say, Hey, you are on the phone.

24 This is ridiculous.  You're treating me like garbage.  You

25 raped me.  You injured me and now I have to sit here, with

Summation - Mr. McDonald                1917

1    you, you schmuck on the phone.  She wouldn't say that.  You

2    saw her testify.  She would let him know.

3            She says they sit there and when they finish, she

4    still doesn't get a chance to talk about it.  Then they take

5    a stroll down 57th Street and he is continuing on with the

6    phone, and she is on a mission to get that money to fix her

7    damaged breast.  Where do they go as they go down 57th

8    Street?  They go right to the condo and they go upstairs and

9    what do they do?  They watch porn.  They sit there watching

10   port.  Wait a minute.  Why doesn't she talk to him about

11   getting the money?  Eventually she says she gets around to

12   it, and he says, I don't even remember you.  She tells him --

13   somehow they engage in BDSM sex again.

14           Look, what she said about this reason for the

15   encounter and what happened at 3:30 and 3:18 of the

16   deposition.

17               (Video played; video stopped.)

18               (Video played; video stopped.)

19           So, after the encounter was over, she testified

20   here that she told Mia about it -- Mia Lytell about it and

21   Mia Lytell then texted Howie and said, referring to

22   Ms. Moore's encounter, I heard it went good.  And then

23   Ms. Lytell tried to put Amy together with Jen so that they

24   could work out the payment.

25           Amy, Amy Moore, also texted Jen and says, I am

Summation - Mr. McDonald                      1918

1   finished with Howie, and then she puts a smiley face emoji on

2   there.  This is hardly the activity of people -- of a person

3   who had been brutally assaulted.  This is the one with the

4   cattle prod.  Her testimony is completely different about

5   what led up to this, that her reason for being in New York.

6   Again, this encounter and the other there is absolutely no

7   evidence that she was injured in any way.  She had every

8   opportunity to present medical records to you.  The absence

9   of any medical records on her behalf and anyone else speaks

10  absolute volumes with respect to no injuries here.

11          Now, subsequently there is evidence that Mia, Mia

12  Lytell, was making representations.  She was text messaging

13  Howie and Jen Powers about the fact that Amy, Amy Moore, was

14  still interested in getting together with him.  There is no

15  evidence -- we cannot establish that Amy Moore knew that she

16  was doing it, except for the fact that the two of them are

17  good friends and they are sitting here together in a

18  courtroom.

19          THE COURT:  Mr. McDonald, you have to slow down.

20          MR. MCDONALD:  I am sorry, Judge.

21          I am sorry.

22          Another very significant piece of evidence is the

23  two of them, Moore and Lytell, are in New York in August of

24  2017 and they are here to -- they are working.  They are

25  seeing clients.  On the 3rd of August 2017, Ms. Moore says,

Summation - Mr. McDonald                    1919

1  Well, I got to see one client on the 10 early.  I could fly

2  to New York City if that Dave guy wanted to see us together.

3  Then she says, Or if Howie wants to beat me.  Laughing out

4  loud.  She says then -- Mia Lytell says, Yes.  Yes, do that.

5  Yes, with a bunch of S's and explanation points.  Let's -- it

6  looks like -- f-u-c-j shit up.

7        Now, her explanation for, Oh, if Howie wants to

8  beat me, LOL, was that this is dark humor.  That is her only

9  explanation, dark humor.  Just like she threw in, Fun, Fun,

10  Fun about pain, it was my dark humor.  Please.  That's Amy

11  Moore.

12        Let's take a look at Mia Lytell and what she did

13  after the August 16th encounter, and I will try to go through

14  this quickly.  We showed you the messages right after the

15  encounter where she talks about how great it was.  Then she

16  goes back to Florida and she basically ends up going on a

17  campaign to see Howie and to recruit other women to see him.

18  In the interest of getting through this, there is lots and

19  loss of text messages where she is sending photographs of

20  herself.  She is asking to see Howie.  She does to see Howie

21  with a woman a month later, a woman by the name of Rico.

22        (Continued on next page.)

23

24

25

Summation - McDonald                                    1920

1    (Continuing.)

2              MR. McDONALD:  And in this encounter they are not

3    now making this part of the case.  They've withdrawn it as a

4    claim in this case, as I understand it.  And she -- she admits

5    that she did not -- was not -- did not have sexual

6    intercourse, was not sexually abused on that occasion.  And

7    she came and she was paid, with -- with Ms. Rico.  And

8    Ms. Rico was her best friend.

9              Now, why would she bring her best friend after she

10   had been brutalized and raped a month before?

11             She did it for the money, obviously, so...

12             After that encounter she -- again, you can for this

13   evidence while you're in your deliberations if you think it's

14   relevant -- but she sends notes to Jen Powers and to Howie

15   talking about what a wonderful time she had.  And we also get

16   another one of her Post-It notes.  This is after the encounter

17   in September with Ms. Rico.  It says:  H, you are one sexy

18   crazy lover, ha ha, and I can't get enough.  Mia.  Hugs and

19   kisses.

20             Another encounter, she comes back again.  She has

21   two times she actually has encounters with him, in August and

22   in September.  She comes back again in October.  She comes

23   with a woman named Nancy Bunni or Nancy Santi.  Now she's

24   bringing another person up to this guy that's raped her and

25   beat her.  And this one you might remember is this bizarre

Summation - McDonald                          1921

1   episode when she's sick.  She goes to the hospital.  She calls

2   her father's girlfriend and -- to come over and console her.

3   And the woman comes over, they go to the hospital.  When they

4   come back she goes to the room with Nancy Santi, and the other

5   woman, the father's girlfriend, stays partying with Howie and

6   ends up, her father's girlfriend, deceased father's girlfriend

7   ends up having sex with Howie and gets $5,000 for it.

8          Mia Lytell gets all upset and what comes out of that

9   is who knows what.  She gets arrested on assault charges for

10  assaulting this woman, Cacciola her name was.  And Howie

11  wasn't there.  She admits that there was no sexual encounter,

12  and that's really not part of the case, it's just sort of a

13  bizarre episode that sort of -- well, whatever.

14         Now, getting -- getting to the -- to the end with

15  the two of them.  What's really significant, a significant

16  piece of evidence is she admitted that she recruited many

17  friends, acquaintances, and people she didn't know to go to

18  New York to have BDSM sex with Mr. Rubin.  She -- she did it

19  for the money, she said.

20         Well, she knew that Howie, according to her story,

21  was a rapist and assaulter and somebody who just wanted to

22  beat women.  Why would she send her own friends?  She's so --

23  her character was of a nature that she would expose her

24  friends to something like this.  Of course, not.  That's what

25  she was reduced to saying here in a courtroom.  Making herself

Summation - McDonald                                          1922

1   look like that kind of a person, that she would expose her

2   friends to danger.  She did it because she wanted the money,

3   and she wasn't going to put her friends at risk.  She sends

4   these people up to see Howie.  And it's -- I don't know how

5   many there are, tens of them.

6           And I'm going to just read from the messages for a

7   few of them.  This is from DX-16.  It was a woman named

8   Heather Hogrefe, who actually met with Howie, had an encounter

9   with Howie.  And she says:  Sexual torture kind of stuff.

10  Smacking in the face in a sex dungeon in red room and toys.

11  It's just for an hour.  I've done it a bunch of times.

12          Well, she'd been here three times.  So far she'd

13  been up there twice to have sex or encounters.  One time was

14  aborted because she was sick.

15          But she says:  I've done it a bunch of times, so has

16  Amy.  You got nothing to worry about, LOL.  He's a little

17  nothing sized guy, LOL.  Good client to have.  He's a hundred

18  percent legit and so are his people.  She so sweet and kind

19  generous.  I love Jen and H.  I'm jealous actually.  I want to

20  have fun and play.  I love it when it's me and another girl

21  and him.  Super fun times.

22          That's how she's describing the encounters.  Then

23  she says to a woman named Jenna Charlette.  It's like Fifty

24  Shades of Grey, like sexual torture, but no bleeding or

25  bruising, LOL, just sexy beating dirty talk and smacking and

SAM      OCR      RMR      CRR      RPR

1    toys in the dungeon and you would have to sign an NDA, LOL,

2    but the money is great.  That's why I do it.

3              Next she tells Manhattan Doll:  But sexy, hot sexual

4    torture.  You won't be hurt.  You won't be hurt.  Bruises go

5    away.

6              I guess bruises are not hurt.

7              No blood, no breaking of skin, it's really not that

8    bad.  Yes, I see him all the time.  He's not strong, he's

9    skinny, LOL.  I mean he's gonna spank you and, quote/unquote,

10   beat you, but no, not really.  What could be more compelling

11   than maybe:  These big tits need a beating?

12             One more thing.  At the very end of the case an

13   exhibit G-8 went into evidence.  And it's a text message

14   correspondence between the two plaintiffs, Moore and Lytell.

15   And this is what they say:

16             (Exhibit published.)

17             MR. McDONALD:  At the top:  He may be able to

18   legally stop him.

19             And then they say:  This shit -- and I'm just

20   talking -- I can't figure out which one said which, but

21   they're both involved in the encounter:

22             This shit could actually work out for us, LOL.  I'm

23   sure he will pay nice -- I'm sure -- excuse me, it's not he --

24   I'm sure H will pay nice -- and then there's a money bag -- to

25   have everything go smooth.

1          And then the other one says:  No shit.

2          And if you look really closely, the two black things

3    inside that circle, inside the face, there are dollar signs

4    there.  Maybe blow it up.  I don't know if you can see, if you

5    can make it out, there are dollar signs there.

6          No shit, H is gonna pay nice.

7          And there were questions on direct and redirect, Mia

8    Lytell was brought back to testify about this.  And they

9    talked about this, what the origin of this is.  Obviously,

10   they're talking about Howie Rubin.

11         H will pay nice.  He's gonna want to make this go

12   away.

13         She comes back in and she says:  Well, it was Bob

14   Aloi she was talking about, the guy she used to live with.

15   The guy she, obviously, told about her relationship with

16   Howie.  And then Bob Aloi was extorting Howie.  And,

17   ultimately, got convicted of extorting him.  He got convicted

18   of criminal charges in New Jersey.  And she comes in and she

19   starts talking about Bob Aloi.

20         What difference does it make?  They're looking at

21   making money for themselves from this.  That's what their

22   motive is.  They thought that Howie would pay to make this go

23   away.  You've got to sign onto a lawsuit, you get a nice

24   lawyer in New York, he files the papers, and then Howie is

25   gonna pay to make it go away.  No depositions, no trials.

Summation - McDonald                                    1925

1    That's what they were doing when they brought this lawsuit,

2    they wanted to get Howie to make it go away.

3           Well, he didn't.  He stood up for his rights.  And

4    he came here and he went to trial and said, I'm not gonna be

5    taken by these people.

6           But that's their motive.  That's their motive for

7    coming in here, for money.  Money bags.  And the "no shit,"

8    whatever that emoji means up there.  They have no case.

9    Neither one of them has a case.

10          All right, the last one, Emma Hopper.  We can get

11   this done by lunchtime.

12          Do you remember Emma Hopper?  The one who said to

13   Jen Powers:  We agreed to everything happening.  I'm your

14   little schoolgirl slut for life.  The 990-plus text messages

15   and 180-plus photos and porno videos.

16          The evidence is overwhelming that there was no force

17   or deceit used to get her to engage in BDSM sex.  She came

18   back and back and back.  She consented on all twelve

19   occasions.  And there's never even a suggestion that she was

20   injured.

21          The plaintiffs have practically thrown in the towel

22   on this one.  There were twelve occasions.  They're down to

23   one, January 27th, 2016.  It's a sole encounter that they're

24   talking about.  She said, Well, you know, there was one other

25   time, but I don't know when it was.

1           Well, ladies and gentlemen, I'm not going to comb

2    through direct and try and guess which other time it might be.

3    So, they're left with just the one, January 27th, 2016.

4           First, a little background.  Emma Hopper is a

5    cocktail waitress and exotic dancer in Atlanta.  Stephanie

6    Shon introduced her, cleared it, knew she was interested in

7    BDSM.  And she came up, she began to meet with Howie.  And

8    they had their first encounter with the dildo and blood and

9    after that, everything went -- went -- went well.

10          The -- the -- you see so many text messages, there

11   were really hundreds of them.  I don't know how many we went

12   through, maybe a hundred, 200, I don't know.  But it's

13   absolutely so clear that she's over and over and over again

14   trying to -- she's hounding Howie, just pleading with him,

15   different ways, perhaps, than some of the others.  But over

16   and over we have these messages, and the messages also make

17   clear that she doesn't have any injuries.  You know, she talks

18   about her bruised breasts, but remember the -- the exchanges

19   that she has with Howie about her boyfriend.  She's laughing

20   about the fact, LOL, ha ha, yeah, he saws the bruised breasts.

21   It's no big deal.  It's no big deal to her.  That's not what's

22   bothering her.  She doesn't have any injuries.

23          So, let's look at the 2016, January 27th, 2016.

24          (Exhibit published.)

25          MR. McDONALD:  She said that she was offended

1  because Mr. Rubin walked in the door and slapped her in the

2  face.  She found that offensive.

3          And can we put the up -- oh, you have it up there,

4  okay.

5          She was -- she was questioned about the fact that

6  just before that encounter began he texts her and says:  I'll

7  be there in thirty minutes.  We're going to role play as soon

8  as I walk in.  Make sure you've opened some wine.

9          So, he wants to role play.  He tells her before he

10 gets there that he wants to role play, and he walks in and he

11 slaps her in the face.

12         The next message that we have up there says at the

13 bottom, and this is from the 17th of November.  Now, this is

14 about two months before, two months, the January 27th, '16

15 encounter she's complaining about, this is after they've been

16 together on a few occasions.  And she -- he says, he texts her

17 and he says:  I liked slapping you in the face.

18         And what is her response to that?  No, no.  She

19 doesn't say:  Howie, come on, I don't get slapped in the face,

20 that's not for me.

21         This is what she says:  I liked you slapping me.

22 That's what she says.

23         She said that she didn't consent in January, on

24 January 2016 to the face slap, but there was nothing in her

25 testimony about their practice requiring Mr. Rubin -- she said

Summation - McDonald                           1928

1   she didn't consent to it in advance, that was what the problem

2   was.

3          Well, this time he told her they were going to role

4   play.  But she said she didn't consent to -- I didn't consent

5   to him slapping me.

6          There's nothing in the testimony about -- about --

7   from any of them that the sexual encounters they had required

8   Mr. Rubin to seek consent for every single thing.  They were

9   slapping -- he was slapping them all the time.  He didn't --

10  it wasn't expected that he was going to seek her consent when

11  he slapped her.  And he already said, I'd like to slap you in

12  the face.  And she already told him:  I like being slapped in

13  the face.  So, that can't be part of this horrible encounter.

14         She was offended because he pulled her clothes off.

15  This is their fourth encounter.  Certainly, her clothes were

16  off in the first three encounters.

17         Next, he pulled her into the red room.  Well, what's

18  wrong with going into the red room?  She'd been in there three

19  previous times.

20         And then he forced himself into her vagina.  Well, I

21  mean that's what this is all about.  It's about sex,

22  ultimately.  And she had been with him on three previous

23  occasions and she waxed poetic about having sex with him and

24  how much she loved to have sex with him.  So, what's so

25  offensive about him having sex with her?

1           She was questioned on cross-examination:  You

2     testified in this encounter that Mr. Rubin forced himself

3     inside of you?

4           Yes.

5           He was forcing sexual intercourse upon you?

6           Yes.

7           Now, this was, I believe, the fourth encounter you

8     had with him or the fifth encounter?

9           No, the fourth.

10          The fourth encounter.  And you had sexual

11    intercourse with him every time, right?

12          Yes, I think so.

13          And this time you said he was forcing himself on

14    you?

15          Yes.

16          Was it reasonable for him to expect you would have

17    sexual intercourse with him on this fourth encounter?

18          And she says:  I'm not sure.

19          So, what does she say after this offensive encounter

20    in which she was raped, brutalized, she was not consenting?

21          Put up A-6.  No, it's the one before that.  I'll

22    just read it or we can put it up, but just to save time.

23          When she says, Howie says, after the encounter, the

24    encounter begins -- he's coming over, he says he'll be there

25    at 4:09.  So, he arrives at some time after 4 o'clock.

1          At 7:26 he says:  Amazing love.

2          And her response on January 26th, the day she says

3     that they were -- that she was raped and brutalized, et

4     cetera:  Yes, amazing.  I love you -- in capital letters with

5     exclamation points, exclamation marks.

6          And then Howie responds:  You are really my dream

7     girl.  And then he says:  I wish we had some videotaping.

8          And then she goes on and she says:  Yeah, that would

9     be great.  It would be so hot.  Me being tortured and wanting

10    more.  We can watch it while you beat me.

11         That's what her response is moments, hours after she

12    claims now that she was raped and brutalized.

13         I asked her on cross-examination:  Did you voice any

14    complaint at all to Mr. Rubin or to anyone about what happened

15    during the encounter?

16         And she says:  No.

17         I also asked her about her -- her deposition and --

18    at her deposition, excuse me.  I asked her about her

19    deposition.

20         Do we have the clip of her deposition testimony?

21         No.  Okay, so I'll just read what her testimony was

22    from the record of the trial here.

23         I asked her:  Now, were you examined at your

24    deposition about this encounter in January, do you recall

25    that?

1              And she says:  Yes.

2              And do you recall being asked the question:  So, you

3   have no reason to believe you were injured in any way?

4              Again, this is the January 27th, 2016 encounter.

5              You have no reason to believe you were injured in

6   any way?

7              And I -- and I asked -- and you answered:  I just

8   can't remember the specific date.

9              And I said:  Isn't that right?

10             And then -- and she said -- and she said:  Yes.

11             And then I said:  Okay, you testified at your

12  deposition you couldn't remember being beaten or injured by

13  Mr. Rubin on the 7th of January.

14             And she says:  Yes.

15             You couldn't remember an encounter in which you did

16  not consent to what happened with Mr. Rubin, isn't that right?

17             We're talking about all encounters, I'm talking

18  about here.

19             And she says:  Yes.

20             And I said:  I think you were asked at your

21  deposition was there any reason for this encounter to be part

22  of the case?  Do you recall being asked that?

23             And she says:  I can't remember, but yeah.

24             I said:  Do you remember what your response was to

25  that question?  The question was, is there any reason why this

1   encounter should be part of the case?

2          And she says, her response is:  Yes, I think so.

3          In other words, she said there was no reason for

4   this case -- this encounter to be part of this case.  That's

5   what she testified at her deposition in 2018.

6          Now, I could go on through every encounter and I

7   could make the point, and it was so clear, it must be so

8   obvious that she was over the top literally, to use the phrase

9   that someone else was using in this case, one of the

10  witnesses.  And it's the barrage of text messages is so clear

11  that she was enthusiastically seeking him out.  She was

12  consenting to every encounter.  On this encounter she was not

13  raped, she was not brutalized, she consented, and she was not

14  injured.

15         A few more points.

16         I'm sure when Mr. Balestriere gets up he's going to

17  start talking about the daddy/daughter scenario, role play

18  with daddy/daughter.  It's disgusting, there's no question

19  about it.  But as I said in my opening, and you would see and

20  you have seen from the evidence, in those encounters where

21  they talk about it, and there are many, she -- she is an

22  enthusiastic participant in those conversations and she's the

23  one who actually raises the subject.

24         In addition, this is to bring sympathy or to garner

25  sympathy from you if he raises this subject, but keep your eye

Summation - McDonald                        1933

1   on the ball.  This is role play.  This is not something -- on

2   none of these occasions was she injured.

3           Secondly, there's reference to drugs.  There might

4   be some reference to drugs.  He mentioned, I believe, in his

5   opening.  Well, with her, there's an instance where she had

6   Vicodin.  You can see on that occasion there was no sex.  So,

7   whether -- Howie says he didn't give her the Vicodin.  He

8   didn't -- she didn't want him to take the Vicodin.  She -- in

9   the text message she's -- she's apologizing, she says it's her

10  fault, she's sorry that she did it.  But in any case, even if

11  Howie took Vicodin and shoved it down her throat, nothing

12  happened in that occasion because it's clear that there was no

13  sex.  So, drugs is not part of this case.  You'll see, you

14  know from the evidence that that's true.

15          Talk about her being a fragile woman.  There was

16  some discussion between Shon and Jen Powers about her being

17  fragile.  And they might make the argument to you, I'm

18  anticipating it, that she was a fragile woman and that Howie

19  was taking advantage of her.

20          Well, she had no trouble standing up for herself the

21  night of the first encounter when Howie got mad at her because

22  she was having her -- she was on her menstrual, certain point

23  in her menstrual cycle.  And she said he was the rudest man

24  and she said that she argued with him during -- at the end of

25  their -- at that encounter.  And then she complained to Jen

1   and said she would never see him again.

2        So, she had no trouble sticking up for herself.  She

3   was not taken advantage of.

4        Who was taken advantage of?  Remember the Maldives?

5   Whatever it was, the pageant or whatever, I don't know what

6   she was doing in the Maldives.  And she asked Howie for money

7   and that she needed money because her makeup artist was going

8   to be accompanying her to this pageant.  And then she leveled

9   with us and she said, it's because we had the evidence, she

10  knew she had to level with us and say, well, the makeup artist

11  wasn't really her makeup artist, it was her boyfriend Khalid.

12       And unbeknownst to Howie, Khalid went with her to

13  the Maldives and he paid her, whether it was a thousand

14  dollars or whether he gave her more than that, it wasn't

15  really clear, but he gave her money for that trip to the

16  Maldives.

17       And then you remember when she came back when we

18  went through it, she shows up and she says:  All right, you

19  know, I'll get into bed.  I will be ready for you.

20       He says:  No, no, no.  I want to hear about the

21  Maldives.  He was interested in her.  He wanted to hear about

22  the...

23       She took advantage of him.  She sucker -- he was a

24  sucker and gave her that money to go to the Maldives.  She

25  wasn't some -- some little -- as I said, you know, little

1   hopeless naif [sic] waiting around, waif waiting around.  She

2   blew off flights.  There were two occasions, one with the

3   phony meningitis story that she contrived.  The second one she

4   just didn't show up after Howie had -- after Jen had paid for

5   the tickets.  She didn't have any trouble snookering him in

6   that way or just blowing him off.

7           If she so fragile, she worked at two strip clubs.

8   She was working as a waitress in scantily -- scanty attire at

9   restaurants in -- in Atlanta.  She's going to beauty pageants.

10  She went to the Maldives, wherever that was.  She went to

11  pageants in Dallas and in Las Vegas.  She was applying, made

12  the second round of interviews at two big-time clubs as a

13  waitress in -- in Las Vegas.  There's no -- she's not some

14  shrinking violet.

15          This emotional hold stuff that supposedly he had on

16  her, that's a lot of nonsense.  They really only met -- you

17  know, we heard so much about all the texts.  They only met

18  twelve times over the course of two years.  It wasn't like

19  they were living in the same town seeing each other all the

20  time.  He's not some sort of svengali with emotional control

21  over this woman.  It's nonsense.

22          I'm skipping over.  Sorry, this is one of the --

23  this is one of the same things that she's here on a campaign

24  for -- standing up for -- for women and for the cause.  Here

25  to get justice.

Summation - McDonald                                    1936

1          Do you think she's here to get justice?

2          She's here for the money.

3          All right, so we've come full circle.  I'm just

4    about at the end.  And can we put up the first -- can we put

5    up O-3 on the board, on the screen?

6          (Exhibit published.)

7          MR. McDONALD:  What does it say?

8          Can you blow it up a little more?

9          Well, it says:  Howie -- this is the night after the

10   lawsuit is filed with her name on it, the night after she

11   joins the suit.

12         Howie, I'm yours, LOL.

13         And at the bottom it says:  I'm your little girl

14   slut for life.

15         Now, I don't know why she sent it, but she said she

16   sent it because she didn't want Howie to know that she was

17   part of the lawsuit.  Now, I mean there were many absurd

18   statements in this case, but that's one of the -- that's one

19   of the most absurd.

20         Obviously, Howie was going to know that she was one

21   of the plaintiffs in the case.  He was going to get the

22   complaint and read what the allegations were and had to know

23   that it was her.  So, this makes absolutely no sense that

24   she's sending this photograph to him.

25         And, of course, three months earlier when -- when --

1   when Ms. Hopper first learned about the lawsuit, when she read

2   about it online or in the newspaper and she saw that Howie was

3   being sued by some of these other women, by Moore and Lytell,

4   she -- she texts Jen Powers.  And I'm not going to go through

5   everything, but she says:  Jen, what's going on?  I'm so

6   worried about everyone.  If y'all need me to do anything to

7   help, like testify that we agreed to everything happening, I

8   will.

9          We agreed to everything happening.  That's what this

10  case is all about, they agreed.  They consented to everything.

11  That's why they came to New York, whether they were desperate

12  or not desperate, they came for the money and they agreed to

13  everything happening.

14         Brittany Reyes, I don't recall my injuries.  Safe

15  word, free to leave.

16         Brittany Raye Hassen, four encounters, each one,

17  deposition testimony, her text messages, show she consented.

18  There were no injuries in her own words, her own words.

19         Natasha Tagai, three instances that she complains

20  about.  Two of them never happened.  One of them in 2016 they

21  were having a consensual relationship.  Seven wonderful years

22  and these big tits need a beaten.

23         The Florida women, the notes after the fact, their

24  text messages, their coming back, their recruiting friends and

25  other people.  A little nothing of a guy, that's what Mia

1    Lytell said.  And Amy Hopper -- excuse me, Emma Hopper we

2    agreed to everything happening.

3              I said in my opening statement that this was a

4    travesty, and I think you've seen that every case, all six,

5    are travesties.

6              I ask you to render verdicts for Howie Rubin.

7              Thank you.

8              THE COURT:  All right, thank you, Mr. McDonald.

9              We'll take our lunch hour, ladies and gentlemen.

10   Please come back at 1:30.  Remember not to talk about the case

11   yet.  You will have the case shortly, but don't talk about it

12   yet.

13             Have a good lunch and we'll see you in an hour.

14             (Jury exits.)

15             THE COURT:  Okay, recess, one hour.

16             (Judge BRIAN M. COGAN exited the courtroom.)

17             (Luncheon recess now taken.)

18

19             (Continued on the following page.)

20

21

22

23

24

25

Summation - Grover                                        1939

1            **AFTERNOON SESSION**

2                    (In open court - jury not present.)

3            THE LAW CLERK:  All rise.

4            (Judge BRIAN M. COGAN entered the courtroom.)

5            THE COURT:  Okay, let's bring in the jury, please.

6            (Jury enters.)

7            THE COURT:  Okay, everyone, be seated.

8            We'll hear from counsel for Ms. Hopper.

9            Mr. Grover.

10           MR. GROVER:  Thank you, Your Honor.

11   CLOSING ARGUMENT

12   BY MR. GROVER:

13           MR. GROVER:  Good afternoon, ladies and gentlemen,

14   Judge Cogan, my colleagues seated behind me, and even my

15   adversary seated at this table.

16           First of all, on behalf of my colleagues, Jolene

17   Lavigne-Albert and Angela Li, as well as my client, I want to

18   take the opportunity to thank each and every one of you for

19   your diligence and your attention.  As you watch us, we watch

20   you, and we appreciate the time you've taken out of your busy

21   lives.

22           Second, I want to say everything Mr. McDonald said

23   to you this morning, we agree with.  Everything.  And you're

24   going to see some texts that were displayed, or you saw some

25   texts that were displayed this morning that related to Jen

SAM        OCR        RMR        CRR        RPR

Summation - Grover                    1940

1   Powers, and one thing I'm not going to do, and I'm not going

2   to be terribly long this afternoon, one thing I'm not going to

3   do is replay those texts because I know that you have seen

4   them and taken notes, and I appreciate that.

5          But if you listened to Mr. McDonald's closing

6   statement this morning, you're going to realize, I'm sure you

7   do already, that if you find that Mr. Rubin didn't do

8   anything, then you must find that Ms. Powers didn't do

9   anything.

10         Now, my client shouldn't even be sitting in this

11  court.  She was never in the room with any of these people

12  when these events occurred.  And the evidence is very clear,

13  and I'm going to tell you why.

14         Let me start by making it clear.  One, Jen Powers,

15  and I call her Jen, like the plaintiffs called her Jen, Jen

16  Powers is named in one cause of action, sex trafficking.  Five

17  of the plaintiffs, all except Brittany Raye Hassen, have made

18  that claim against her.  And to be liable under the sex

19  trafficking statute, the plaintiffs need to prove that at the

20  time she -- she arranged for travel or sent a PayPal or

21  cleaned the apartment, that she knew or recklessly disregarded

22  the fact that her conduct was going to assist in causing the

23  plaintiff to engage in commercial sex.

24         What do I mean by that?  Prostitution, through

25  force, threat of force, fraud or coercion.

```
 1              In other words, you must find that Jen Powers knew
 2      that the plaintiffs were going to be forced into prostitution
 3      because that's what this statute is all about.  And the
 4      plaintiffs have, for the most part, there are exceptions, but
 5      they, for the most part, have conceded that they came to
 6      New York to engage in BDSM sex for money, the very definition
 7      of commercial sex.  And for that reason alone, you must find
 8      Jen Powers not liable for trafficking.
 9              Of course, we did hear Mia Lytell testify that she
10      was just coming for dinner and drinks, but her own texts out
11      of her own hand, her fingers typing on her phone,
12      unequivocally show that she's an unmitigated liar.  You saw
13      that in the text messages that were displayed to you.
14              Just the idea that someone could get on a plane and
15      travel 1500 miles for 5K to spend time with a man she doesn't
16      know, who has a dungeon, that's Brittany Reyes.  Tells you
17      everything you need to know about whether people were coming
18      to New York willingly, coming to engage in prostitution.
19              Another point I want to be clear on, another point I
20      would like to be clear on is that Jennifer Powers is in a
21      different position than Mr. Rubin.  And I'm sure all of you
22      appreciate that.  While in her heart she knows he did nothing
23      wrong, she was never in the room when these encounters took
24      place.  So, in order to find her liable, it's not what
25      Mr. Rubin did or didn't do, it's what Ms. Powers knew at the
```

1   time.

2          And, of course, there's no claim that she made force

3   or she used force to harm or push or threaten anyone.  And to

4   be clear, the question is not whether or not force was going

5   to be used at all during the sexual encounter, this is

6   something that I think you're going to hear and you have to

7   listen to carefully.  The judge is going to instruct you that

8   the fact that this case involves BDSM -- bondage, submission,

9   domination, and masochism -- the fact that it involved BDSM

10  does not, by itself, mean that this statute is violated.  It

11  simply means that the type of sexual activities that these

12  people who came to New York for sex for money had agreed to

13  engage in.  And for purposes of the sex trafficking statute,

14  the question isn't whether force was used to -- in the course

15  of the sexual act.  The question is whether or not someone was

16  forced to engage in commercial sex, which means prostitution.

17         Now, because Jen is in a different position, we need

18  to evaluate what she knew and when she knew it.  And so, I'm

19  going to look at the evidence from her perspective.  A lot of

20  the evidence we've heard today pertains to Jen Powers.  Jen

21  Powers's text messages with many of the plaintiffs.  They're

22  all here because she saved them.  Jen Powers's text messages

23  with Howard Rubin, some of which didn't necessarily cast a

24  nice light on two people at 11 o'clock at night making fun of

25  people.  Well, they're honest texts, but they do not make out,

Summation - Grover                          1943

1    they do not make out trafficking.

2          So, I'm going to talk to you about what she knew

3    from her perspective.  You see, because back then this was all

4    about the money for the plaintiffs.  Money made every one of

5    the participants a willing participant.  And I want you to

6    hear, which you will in the judge's charge, an adult being

7    offered a sum of money, no matter how large, is not coercion.

8    I'll repeat that.  Just because you're offered a lot of money,

9    you can't claim you're coerced.  That's a choice.  It's a

10   personal choice.

11         Now, most of the communications between Jen Powers

12   and everybody else was in writing by text and e-mail, and

13   you've been here two weeks and you've seen what we're talking

14   about.  But what you're really seeing in today's world where

15   we have video cameras on street corners, where we have our

16   cell phones are telling companies where we are at different

17   times, today's world in realtime we see what people were doing

18   and communicating to each other.  And what we have here is

19   realtime text messages, the truth.

20         Now , no one in this case can hide from those text

21   messages no matter how hard they try, and we've heard many

22   people trying to do that.  And we can evaluate their words, we

23   can evaluate their state of mind, long before we heard two of

24   them talk and say:  This could work out good for us, and a

25   giant money bag emoji.  That's the reality.  Not what they say

SAM      OCR      RMR      CRR      RPR

Summation - Grover                              1944

1    now.

2             So, again, let's take a look at this from Jen's

3    perspective.  What do we know?

4             Jen knew that the plaintiffs were coming to

5    New York, some of them were even in New York, but they were

6    coming to New York to engage in BDSM sex with Mr. Rubin.  She

7    knew, just as the plaintiffs did, that BDSM sex might involve

8    rough sex, it might involve role play, it might involve

9    physical force, and that the participants could get bruised

10   from the activities.

11            For four of the plaintiffs; Ms. Tagai, Ms. Moore,

12   Ms. Lytell and Ms. Hopper, Jen was present when they signed an

13   agreement that told them they were in New York for

14   sadomasochistic sex for a fee and that included a risk of

15   injury.

16            Now, Jen only met Natasha Tagai once.  She met Emma

17   Hopper once.  Amy Moore once.  Each when they signed the

18   agreement.  And she met Mia Lytell twice, the second time

19   being on that evening in October when Mia Lytell, while she

20   was on her way up from Florida, had gotten sick and got sicker

21   while she was at the apartment.  Jen never met Brittany Reyes.

22            And as Howie's assistant, and forgive me for calling

23   Mr. Rubin Howie, but everybody seems to call him Howie, which

24   struck me as odd when I was listening to the evidence of

25   people who claimed that they'd been beaten and hurt.  And yet

Summation - Grover                         1945

1    they continually referred to him as Howie, not only in their

2    text messages, but sometimes even in their testimony.

3           So, as Howie's assistant, Jen did the administrative

4    work when she was told to do it by Mr. Rubin; making flight

5    arrangements, getting forms signed, issuing payment from his

6    account, maintaining the apartment, including the BDSM

7    dungeon.  And she told you she was paid for her work.  She

8    didn't hide from that.

9           But what Jen knew was based almost entirely on her

10   communications with Mr. Rubin.  But, more importantly, what

11   she knew she learned from five or four of the plaintiffs that

12   have charges or claims against her, four of the plaintiffs who

13   texted with her and those texts are here.  Mr. Rubin never

14   told Jen anything different.  He made crude comments

15   occasionally and once told her that an encounter was rough,

16   very rough.

17          I'm sure you're going to see that from

18   Mr. Balestriere later, but this was BDSM.  And he never told

19   her, Mr. Rubin never told her that anything was ever done

20   without consent.  In fact, the two of them occasionally made

21   disparaging comments, banter among close friends, jokes about

22   the plaintiffs even.  But, again, that does not mean that you

23   have engaged in the trafficking of individuals, of women by

24   forcing them to engage in prostitution.

25          We even saw a negative comment from a plaintiff

1  occasionally.  One of them I recall with Emma Hopper, and

2  Mr. McDonald discussed the time that she had had her period

3  and she thought that Mr. Rubin was quite rude.  The point is,

4  none of the comments from the plaintiffs, none of them, ever

5  suggested that they had been forced or compelled to do

6  anything that they shouldn't do.

7           And I just want to make one comment about this, if I

8  may.  And that is, in today's world we hear stories about the

9  woman that has been attacked or harmed, been raped, and they

10 don't want to talk to anybody.  And I'm sure we're going to

11 hear this from Mr. Balestriere.  They kind of clam up and

12 they -- and they, you know, it's difficult for them to talk to

13 you and to explain what happened.  But the fact of the matter

14 is, that's not what the plaintiffs in this case did.  Because

15 of those text messages, and thank God for those text messages,

16 we know the very next day they were saying things like:

17 Amazing.  Best time ever.  I would do that again.  That's what

18 we know.

19           The only conclusion you can draw from this is that

20 you're listening to real words in realtime.  These are not

21 words that are measured by a courtroom and the hope of winning

22 a case and winning money.  These are what people are actually

23 doing.

24           And by the way, I need to say, whether or not you

25 approve of Mr. Rubin's affinity for these types of encounters

1  with prostitutes, or BDSM, or my client's willingness to work

2  as an assistant for someone who wants to do this, or for that

3  matter whether you approve of the plaintiffs engaging in sex

4  for hire, prostitution, that has nothing to do with what you

5  have to decide in this court today.  What you have to decide

6  in this case is whether force, fraud or coercion was used to

7  cause these women to engage in prostitution.  And more

8  importantly, to me and my client, whether she knew that her

9  actions would bring that about.  The answer from the facts and

10 evidence we've seen here is a resounding no.

11        Now, before I talk about the plaintiffs, I'd like to

12 talk about my client.  Ms. Powers is not a lawyer.  She's a

13 school teacher.  She's the mother of three young boys.  She

14 lives in Texas.

15        You will recall that when she testified, she was

16 responsive to questions on both direct examination, as well as

17 cross.  And her testimony stood in sharp contrast to the

18 plaintiffs', as she had a reasonable recollection that was

19 consistent with both her deposition, we didn't see a lot of

20 cross-examination of her about inconsistencies from her

21 deposition, and the documentary evidence you have seen, the

22 plane tickets all from Jen; the text messages, mostly from

23 Jen; the conversations she had, the events that occurred, all

24 from Jen or mostly from Jenn.  The PayPals, all from Jen.  She

25 kept all these records.

1          So, these are documents, these texts and e-mails,

2     that tell you what was really going on at the time.  And Jen's

3     testimony was clear and unequivocal.  Even the text messages

4     that didn't make her look so good, the ones where she didn't

5     look like a nice person, she acknowledged they were hers.  She

6     didn't play any games.  She didn't talk about whether or not

7     she couldn't tell.  She didn't give any excuses.  She didn't

8     try to make up a phony story to justify them when she was

9     asked.

10

11          (Continued on the following page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. GROVER:  (Cont'g.)  Perhaps the reason that she

2    wasn't asked was because if you drill deeply into the text

3    messages and you look at all of the conversations of Emma

4    Hopper, we really are, as I recall, as the parties have agreed

5    to present to you, approximately 12 or 13 pages, you're going

6    to see that there is nothing in these text messages that

7    suggest in that relationship that anybody was ever forced,

8    compelled, tricked or deceived to do anything against their

9    will.

10          You heard Mr. Balestriere ask my client on

11    cross-examination about removing furniture and sex toys from

12    the apartment in September of 2017 when the lease was up.

13    This is what we call a red herring.  A smoke screen.

14          It's a distraction.  It's a distraction from what's

15    important from the case, because it doesn't help you ascertain

16    whether or not force or fraud or coercion was used.

17          In fact, even if everything in the dungeon was

18    physically here in the courtroom, and by the way we had, I

19    don't know how many photos of Natasha Tagai that she took for

20    at that photo album and calendar.  We have those photos and we

21    also had the other objects in the courtroom when

22    Mr. Balestriere was showing people various objects.

23          Well, even if we had everything that was in the

24    dungeon, it would not make a difference in terms of what you

25    have to decide.

1          It wouldn't help you to decide whether someone was

2    forced to get on a plane or tricked to get on a plane or came

3    to New York not knowing what they were in for.

4          Now I'm going to talk briefly about each of the five

5    plaintiffs, but I promised myself I would try not to repeat

6    everything Mr. McDonald said, and I promise you I will not.

7    I'm going to try to discuss them from the perspective of how

8    Jen Powers knew them.

9          For example, Jen Powers knew that Natasha Tagai had

10   seen Mr. Rubin for a number of years.  And I think that

11   Natasha Tagai conceded during her testimony that from the

12   very, very beginning she understood the purpose of her trips

13   was to engage in commercial sex.

14         She also conceded that for the most part her

15   relationship with Mr. Rubin was consensual.  So what did

16   Ms. Powers know?  Jen knew that this was someone that

17   Mr. Rubin regularly saw.  In fact, I found it interesting that

18   she said she saw him in hotel rooms.  She saw him at the

19   apartment, but Jen Powers didn't meet her until January of

20   2015.

21         She was relatively self-sufficient.  And I think we

22   see that in her text messages when you see and you look at the

23   Natasha Tagai/Jen Powers text messages, you're going to see

24   conversations in which they discuss, what plane are you coming

25   in on?  What's your schedule?  You know, what do you plan to

Summation - Grover                          1951

1    do?  And when you look at those, you'll realize, unlike many

2    of the other plaintiffs, Natasha Tagai made all her own

3    arrangements.

4            Ms. Tagai also conceded, as I pointed out, that her

5    sexual relationship with Mr. Rubin was consensual.  So by the

6    time Ms. Powers meets Ms. Tagai in January of 2015 to sign the

7    agreement and the release, she knew she had been a regular

8    visitor.  Mr. McDonald used the word "girlfriend".  It

9    certainly sounds like a boyfriend/girlfriend relationship,

10   perhaps not traditional but nevertheless spanning over many

11   years, and yet Jen Powers had never met her before.

12           And it was three months later that Ms. Tagai was

13   happy to be photographed for that calendar.  And she admitted

14   in court, by the way, that she knew what to expect when she

15   saw Mr. Rubin.  Well, of course, she did.  She had seen him

16   for years, and she knew what he was interested in.  She had

17   seen the dungeon.  But she now claims that on three separate

18   occasions Mr. Rubin did things that she didn't consent to.

19           I'm not going to address that and repeat what

20   Mr. McDonald said this morning.  Her claim is completely

21   unbelievable.  But even if it were true, it's not relevant to

22   my client, because my client in no way could have anticipated

23   or believe that anything she did was assisting and forcing or

24   tricking someone into engaging in prostitution.

25           Even more unbelievable, is that Ms. Tagai testified,

Summation - Grover                    1952

1   for the first time at trial, and contrary to her deposition,

2   testimony, that almost immediately after these two sexual

3   encounters, the two that's supposedly took place, one on

4   September 30th/October 1st, 2015, and the other on

5   June 12th/June 13th, 2017, she said she texted Jen Powers to

6   tell her that Mr. Rubin had hit her in the face each time.

7   But alas, conveniently she claimed that texts were lost

8   somehow by an ex-boyfriend.

9           Well, I challenge the plaintiffs to show us these

10  texts.  They can't.  And that's because they don't exist.  And

11  you want to know why?  Because for all the reasons that

12  Mr. McDonald explained to you this morning, these events never

13  occurred on September 30th and June 12th.  They never met.  It

14  never happened.  And so the texts would never happen.

15          Now that's not my opinion, that's what the evidence

16  shows.  That's what the text messages between people show.

17  That these texts don't exist, that they never existed, and it

18  just shows that Ms. Tagai is not credible.

19          Now, you heard that Ms. Powers produced all of her

20  text messages.  She explained that she turned the phone over

21  to her lawyers, that was my client, months before Natasha

22  Tagai was a plaintiff in this case.  And she testified that

23  she hadn't deleted any messages, and she was informed at the

24  time that all of her text messages would be downloaded, which

25  is what was done.

Summation - Grover                           1953

1          And you've seen some of these texts, and to make it

2    easy, DX, that's Defendants' Exhibit, I4 and DXM4 are the two

3    sets of text messages that involve Natasha Tagai.

4          And you can look at these conversations, and you're

5    going to see these conversations are precisely, precisely what

6    she testified in her deposition testimony that should be.

7          What do I mean by that.  When she was asked at her

8    deposition what she recalled about her communications with

9    Ms. Powers, the person who made her arrangements and made sure

10   she got the PayPals, again, you can see all that.

11         She said we only spoke about logistics, quote, what

12   time to arrive.  When to leave.  The key would be at the front

13   desk.  Things like that.  What time I was flying in, right

14   from her depo.

15         She never mentioned at that time that she told

16   Powers about being hit in the face by Mr. Rubin.  That was the

17   recent fabrication created, no doubt, in the last 30 days when

18   she started to review the documents and prepare for trial,

19   figure out what she could say to keep her case alive.

20         Even if you were to credit her testimony that she

21   allegedly wrote to Jen, and believe me, it's next to

22   impossible to do that, not in October of 2015 or June of 2017.

23   No matter what, she didn't tell Jen Powers that she was forced

24   to engage in commercial sex by Mr. Rubin.  That's not what she

25   said.  She said that she was assaulted.  And Jen Powers is not

Summation - Grover                              1954

1   named in any assault claim.

2           Even if such a statement was made, and there would

3   have been no reason for it to be made, because it didn't

4   happen, it was not a signal that she had been forced, coerced,

5   or tricked.  And there's no way, of course, that Jen Powers

6   could have anticipated this event out of the blue after five

7   or six years of two people being together.

8           Now, you will recall and you saw it this morning, so

9   I'm not going to flash it on the screen, you will recall that

10  just five days after the first alleged incident on

11  September 30th, 2015, on October 6th, Jen Powers came to the

12  penthouse, she opened the package, the FedEx, from Natasha

13  Tagai, and Mr. Rubin's sunglasses and a love note was in it:

14  Howie, XOXO, hope to see you soon.  Hugs and kisses.  Natasha.

15          What was Jen Powers to think?  Well, she certainly

16  wasn't thinking, oh my, God, Jen, something terrible must have

17  happened, that's why she wrote "I love you."

18          What was she to think?  She was thinking that this

19  person who had been seeing Howard Rubin for years, that would

20  fly into New York, and in her text say, if I get in early, I'm

21  going to walk around the City like a tourist, LOL.  It was a

22  regular thing.  That was the nature of the relationship, and

23  there was nothing that occurred on September 30th, or nothing

24  in the message on October 6th, 2015, that would have suggested

25  anything was awry and anything had forced Natasha Tagai to do

Summation - Grover                    1955

1    something she did not want to do.

2             And by the way, she kept returning.  She returned

3    weeks later.  She returned to see Mr. Rubin through the end of

4    2015.  She saw him in 2016.  And, in fact, she continued to

5    see him in 2017.

6             So now I want to say two words to you.  Words and

7    conduct.  Make sense.  Words and conduct are how we judge what

8    a person is doing and believing.

9             If I go to a Yankee game and I watch a couple of

10   innings, maybe I like watching the Yankees and maybe I don't.

11   But if I have season tickets and I make every game and I go

12   for batting practice, what am I -- what does my conduct tell

13   you?  It tells you I'm a Yankees fan.

14            And for you Mets fans, if I continually talk about

15   how I like the Mets, and how I like their pitchers, and how I

16   like their prospects this season, every time I say it, my

17   words are telling what you I'm thinking.

18            And now let's talk about text messages.  The

19   difference between text messages in this context is the

20   ongoing words of people between each other.  That's what they

21   are.

22            Well, I'd like to look at June 2017, which

23   Mr. McDonald discussed at length, and the only thing I'll say

24   is this was the event, June 12th, 2017, where Mr. Rubin stood

25   up, stood up Natasha Tagai.  And we heard that at some point

Summation - Grover                    1956

1   in the afternoon that he had been with Ms. Tagai.  And I think

2   we saw a photograph of I think Mr. Rubin -- excuse me,

3   Mr. McDonald made a comment about what Mr. Rubin looked like

4   in the picture holding his glass of wine.

5           Mr. Rubin met with someone named Loredana Ferriollo.

6   And you've heard her name a number of times.  She was someone

7   that was friendly with Mr. Rubin.  She was friendly with my

8   client, Jen, and there were text messages between them that

9   were introduced in this trial.  Loredana Ferriollo.

10          So Mr. Rubin, and this is a text message between

11  Mr. Rubin and Ms. Powers, DXT4-1.  And from it you can see on

12  or about the 13th of June, Jen knew from Howie, who described

13  the evening with what happened as follows.

14          And you've heard this a couple of times, I'll

15  quickly say, he went upstairs after the RTR, Russian Tea Room,

16  Natasha was passed out in the bedroom, and then Loredana was

17  like pushing for a threesome or a twosome or a onesome.  It

18  was weird.  Any way, I wasn't interested and went home, which

19  is good.  That's what Jen Powers did knew because she wasn't

20  there, she was with her children.

21          Now Plaintiffs' Exhibit 126, why is it marked

22  plaintiff's exhibit, it's still a conversation between Jen

23  Powers and Loredana Ferriollo, but PX126 is what Loredana said

24  to Jen Powers.

25          And I think Mr. McDonald went through it a little

Summation - Grover                    1957

1   more than I will right now, I just want to focus on a couple

2   of things in there.

3           Loredana's friend, she was with a friend, a blond

4   with big boobs, def, means definitely was a little bit of a

5   cock-block.  And I have to confess, I never heard that word

6   before, those words before.  And Jen kept asking:  Where was

7   Natasha?  She asked several times during these text messages.

8   And Loredana told her:  Sleeping in the bedroom.  Exactly what

9   Mr. Rubin told her.

10          And then they said:  And she isn't too happy because

11  Jen is talking to Mr. Rubin and she knew that despite the fact

12  that Natasha Tagai had flown in from out of town specifically

13  to see Mr. Rubin, specifically to spend time with him,

14  specifically to engage in sexual activities and, of course,

15  specifically to get paid, she wasn't happy.  Because she

16  wasn't meeting with Mr. Rubin, and because she wasn't going to

17  be paid.

18          Now, perhaps Mr. Rubin was rude.  Perhaps this was

19  an inappropriate way to treat a visitor from out of town, but

20  this has nothing to go do with consent.  And in Jen Powers'

21  mind, all it had to do with was being rude to Natasha Tagai.

22          Natasha Tagai, like the rest of the plaintiffs here,

23  want you to believe the evidence that is just not here.  They

24  want you to ignore the evidence that is here.  The documents.

25  The text messages.  The emails.  The photographs.  They want

1    you to believe what isn't here and to go off on a tangent.

2    But it's the actions and words captured in realtime is where

3    the truth lies.

4          Now, Jen Powers never met Brittany Reyes.  Never

5    spoke to her.  Never texted with her.  She did know she was

6    coming.  And you may have seen or recall the text message from

7    Taren Cassidy, that's Brittany Reyes' friend, one of

8    Mr. Rubin's regular visitors.  And Taren Cassidy told Jen

9    Powers and asked her to book flights for Brittany Reyes.  But

10   you heard from Ms. Powers, Jen never booked those flights

11   because Mr. Rubin told her not to.

12         Now, she wasn't in the apartment when they were

13   there.  And the only thing she knew about the visit was what

14   Mr. Rubin and Ms. Cassidy told her afterwards.

15         So what did Taren Cassidy tell you?  DX, Defendants'

16   Exhibit, P, as in Peter, 4, 4:01 p.m. on March 9th, Cassidy

17   tells Jen Powers:  It went really good, other than the fact

18   that he didn't love Brittany.  Her look.  Less than an hour

19   later, Rubin tells Jen Powers himself.  That he had not liked

20   Reyes' looks.  And that's in DXT4-3.  And that was in at

21   4:52 p.m. that day.

22         So regardless of what happened that evening,

23   regardless of what Jen Powers knew, is that Howard Rubin

24   didn't like the looks of the person who had come to see him

25   but went any way.  That's what she knows.  No hint of a lack

Summation - Grover                    1959

1    of consent.  No hint of force, coercion, or fraud.

2            Now, I'd like to talk a little bit about Amy Moore.

3    And as you heard, Amy Moore and Mia Lytell were close friends.

4    They are two of the original plaintiffs in this lawsuit,

5    inspired by the extortion attempt of Howard Rubin by Lytell's

6    ex-boyfriend Bob Aloi.  An extortion plan that ended up

7    getting Aloi indicted and convicted.

8            This is the same Amy Moore of the money bag emoji,

9    DXG8, which Mr. McDonald showed you this morning, that amusing

10   emoji with the money bag that said Howie would pay a lot to

11   take of him or, to me, quite amusing below it, amusing if it

12   weren't so serious, of the, I'm not even sure if they're

13   people or monkeys.  Oh, we have it on the screen.  Where one

14   of the two, and, again, I'm not sure if it's Mia saying it or

15   it is Amy saying it, but she says:  No shit, and the dollar

16   bills are flying out of the half of seven of those mouths.

17           Ms. Moore claims that she spoke to Powers on a

18   four-way call.  You remember this.  She said she had a

19   four-way call with Ms. Powers.  It made her feel comfortable

20   that she was talking to a woman.  She claimed that this

21   occurred in order to convince her that she should come to New

22   York.

23           And when she was cross-examined on this, she

24   maintained that she was 100 percent certain that the phone

25   call took place before Powers ever reach out to her by text on

Summation - Grover                    1960

1  August 17th, 2016.  Ladies and gentlemen, a complete and

2  unadulterated fabrication.

3          The actual text messages reveal, and we have all of

4  them, DX, Defendants' Exhibit, C2, on August 16th, there's a

5  Rubin/Shon/Moore/Lytell text chat that starts.  And this group

6  chat does not have Jen Powers as part of it.  And that's in

7  evidence, and you can see it.

8          And the chat itself has been stipulated by the

9  parties that Powers is not a part of it.  It's labeled and

10 it's clear from the context, she's not a part of it.

11         The chat runs over to the next day.  You may recall

12 on the 17th of August 2017, this is the chat, where Mr. Rubin

13 says:  It's total BDSM.  Most girls love it and come back for

14 more, but I just like to be upfront about everything.  DXC2.

15         From that point on, no one can claim that there was

16 any attempt by Rubin to mislead Moore or Lytell that the

17 purpose of this trip was anything other than BDSM sex for

18 money.

19         On August 17th, Rubin first tells Powers about Moore

20 and Lytell and asks her to reach out to them.  He provides

21 them with the phone numbers.  And I'm referring to DXT4-1.  In

22 fact, it's at page 28.

23         But he asks them how to reach out for him.  Powers

24 did not know that these women existed before that text

25 message.  And you can see that from the context of the text

1   message.  You can see everything happening.

2          So Powers contacts both of them by text, and it's

3   amazing, she really did her job.  4:20 p.m., the first one.

4          And by the way, when you read these, you'll see it

5   says something to the words or the effect of:  Hi, this is

6   Jennifer Powers, Howard Rubin's assistant.  And she always

7   introduces herself.  She did it for Ms. Moore.  She did it for

8   Ms. Lytell.  And she did it for Ms. Hopper.

9          And she introduces herself, and you can see clearly

10  that when she does that, these people know that she hasn't

11  conversed with them before.  She's formally explaining who she

12  is.  And it's clear by this time they've already decided to

13  come to New York.  And you can see that before Jen talks to

14  them.

15         Now even Mia Lytell could not corroborate Moore's

16  phony story about the four-way call.  Lytell can see it, and

17  she's never spoken to Ms. Powers before the August 17th, 2016,

18  text.

19         And this is just one of the many examples that show

20  you how much Ms. Moore is willing to lie here.  And even that

21  ultimately is important, because eventually Amy Moore

22  admitted, conceded, on cross-examination that she understood

23  that she might be paid for sexual activity before she ever got

24  on the plane and left for New York.  Meaning she knew she was

25  coming to New York for commercial sex, for prostitution.

Summation - Grover                    1962

1        She also conceded that she sent nothing but friendly
2   and positive texts to Ms. Powers after her sexual encounters
3   with Mr. Rubin on August 22nd, 2016.
4        In fact, in one of them, one of these she says:  I
5   would do it again.  What message does that send to Jen Powers?
6   How is that support the idea that she knows that she is
7   assisting someone in forcing or compelling or tricking or
8   coercing anyone to do anything against their will?  I'd do to
9   again.
10       Ms. Moore, in addition to that, returned in December
11  of 2016.  And you can see by the text conversations and there
12  are not many, because there's an empty area from August until
13  December, that when after Ms. Moore -- excuse me, let me go
14  back a step.
15       Ms. Moore returned in December.  And when she
16  returned in December for her second meeting with Mr. Rubin,
17  and that was December 21, 2016, and we have it splashed on the
18  screen, Jen had nothing to do with it.
19       She didn't make reservations.  She didn't see her.
20  She didn't have chats with her.  She didn't make her
21  arrangements in any way.  And afterwards, Ms. Moore texted
22  Ms. Powers asking for money afterwards, which by the way, was
23  what many of these text messages were about.  The messages
24  were about:  Hey, I'm finished with Howie, time to get paid.
25  So she says:  Just finished with Howie.  And then we see that

Summation - Grover                    1963

1   smiley face.

2           Now, again, you know, these smiley faces and these

3   emojis that pop up over and over, they send a message.  This

4   is the way people and talk.  I don't use emojis in my writing,

5   but I know that there are many people who do.  And when they

6   do, it's because they are sending messages.

7           After meeting with Mr. Rubin on December 21, 2016,

8   the message she sent to Jen Powers was:  I'm happy.  And I

9   need to get paid.  That's what she says.  And that's what

10  Ms. Powers knew.

11          Ms. Moore also testified at this trial that she had

12  never told Jen Powers that she had been abused or mistreated

13  by Mr. Rubin.  In other words, Jen Powers had no way of

14  knowing.  Knowing is important here.  No way of knowing that

15  Ms. Moore will be forced or tricked into engaging in

16  prostitution.  And why should she?  Ms. Moore was not.

17          Given both the words and conduct of Amy Moore, what

18  else could Jen believe but that she had returned voluntarily

19  and was willing to participate in BDSM sex for money.

20          Now, we all know that Mia Lytell was in the same

21  group chat with Ms. Shon, Mr. Rubin, and Ms. Moore.  Part of

22  the same chat where Mr. Rubin talks about total BDSM and that

23  he couldn't wait to I think the words, forgive me if I get it

24  backwards:  Meet, greet, and beat them.

25          Ms. Lytell's claim that she thought this trip was

Summation - Grover                    1964

1   going to be dinner and drinks in exchange for $2,000 is not

2   only refuted by the evidence at trial, it's completely

3   ludicrous, and an insult to both the Court and to you as the

4   jury.  Really, you got to be kidding me?

5         In any event, Ms. Lytell did not claim that Powers

6   ever tried to mislead her about the purpose the trip.  It was

7   Jen, after all, who came to the apartment, presented her with

8   the agreement, which she signed in Jen's presence, and which

9   explicitly stated that the expectation was BDSM sex for money.

10        Powers knew what the document said.  She watched as

11  she said she did with everyone.  She watched Lytell put her

12  initials on the document paragraph by paragraph.

13        Something I think she said, because it was my way of

14  watching to see if they were actually going through the

15  document.  So she could follow along, I think she put it,

16  which gave Powers reason to believe that Lytell read it and

17  watched her sign it.  That's what she knew.  Lytell's words

18  and actions at the time.

19        Now Ms. Lytell claims that on August 27th, Mr. Rubin

20  did things to her that she did not consent to.  Mr. McDonald

21  addressed this with you earlier.  I'm not going to repeat it.

22  I'm just going to tell you:  Her story today, borne out of a

23  desire for the gold, is totally unbelievable.

24        Again, the question for you, though, is what did

25  Ms. Powers know after meeting these young ladies in the

Summation - Grover                          1965

1    apartment and, you know, we did see some video of them that
2    evening and saw their demeanor and how excited they were,
3    which they wrote in the text messages as well, before they met
4    with Mr. Rubin.  So she also spoke to them afterwards.
5    "Spoke" meaning texts.
6              And, again, Mr. McDonald stole my thunder, and I'll
7    deal with him later.  But the fact is that when you look at
8    the text messages after they spent their time with Mr. Rubin
9    and stayed in the apartment over night and sent out
10   photographs of themselves, and made expressions essentially to
11   the world of how happy they were being in New York, all you
12   have to do is look at the correspondence, the text messages
13   when they specifically tell Jen Powers how happy they were.
14             And there's one thing I want to point out to you
15   about that.  This is one of those unusual circumstances where
16   they weren't contacting Jen and saying, they had a great time,
17   pay me my money.  They had already been paid in cash, $5,000.
18   Enough money to leave the apartment if this terrible thing had
19   happened.  Enough money to get on the plane.  To go to a
20   hotel.
21             And when they wrote to Jen the next day, they
22   weren't writing to make friends so they got a PayPal, they
23   were writing because they were looking to come back.  That's
24   why Amy Moore says:  I'd do that again.
25             Now, what we also have to do, and this is one of the

 1  cases where there's some hard evidence.  You recall those pink

 2  sticky notes, which I'm not going to flash on the screen, the

 3  sticky notes that were essentially love notes, playful, but

 4  love notes, from Mia Lytell, going back to the August visit

 5  and her return visit in September.

 6          That's what Jen Powers found in the condo.  So what

 7  did she think?  You tell me you're happy.  You send me notes

 8  that you're happy.  What else is she supposed think?  That

 9  they were you forced to do something?  Those are DXR2 and

10  DX32.

11          Jen Powers also told us that when she came to the

12  apartment, on both occasions, there were lipstick impression

13  kisses on the mirror.  I'm sure it was something done

14  enthusiastically.  This is not something you would do after

15  you had been raped and beaten.  And that's what Jen was told.

16  And that's what Jen saw.  So once again it's actions and words

17  tell us what people are really thinking.

18          Now, in an effort to distract attention from the one

19  issue that really is about this case, which is the obvious

20  willingness to engage in BDSM sex for money, Ms. Lytell wants

21  us to focus on the events that occurred on the night that she

22  came to New York sick that she needed an ambulance, and then

23  she punched someone in the nose and broke her nose.

24          That was her third visit back.  Think about that for

25  a minute.  She came back twice after her first horrible

1    experience.  And on that day when she was sick, she claims

2    that Ms. Powers delayed her calling an ambulance.  But you

3    heard Ms. Powers' story about that.  And what I'm going to say

4    to you is, Jen Powers' testimony on this is credible and even

5    more important, it stands up next to the text messages that

6    you have before you.

7          Mia Lytell's lies are contradicted by those

8    messages, and it is designed to get you off track.  It's

9    designed to make you believe that the fact that Howard Rubin

10   would not want his name to be splashed around that this secret

11   life, and it's pretty obvious, let's call it for what it is,

12   this is a man, a substantial individual with a family, who's

13   meeting with prostitutes in an apartment on 57th Street.  This

14   is not something that you want to see on page 6 of the New

15   York Post.

16         And there were many, you know, times that there were

17   messages where people were concerned about what was going to

18   be in the Post.  A photograph of Mia Lytell in the New York

19   Post.  But it has nothing to do with whether or not Mia or Amy

20   or anybody else consented to being with Mr. Rubin in that

21   apartment.

22         I'll cut to the chase.  Ms. Powers called the

23   ambulance.  And she testified that she did nothing to delay

24   the call.  And Ms. Lytell thanked her profusely.  She thanked

25   her for the time she helped her when she was sick.  And take a

Summation - Grover                    1968

1   look at DXJP206.

2          And that's what we're looking at right here.  I'm so

3   sorry you're sick.  Please text me when you're able to.

4          Jen, I just woke up.  I love you and appreciate you

5   caring and worrying so much -- caring about me so much, Jen.

6   October 19th.  That's really what was going on.  Not the story

7   you heard from that witness stand.

8          You're going to remember, I'm sure, that Ms. Powers

9   was fine with Ms. Lytell even speaking to the police.  You may

10  remember, it came very quickly, there was some texts that

11  Ms. Lytell had with the police officer who, frankly, in the

12  words we use in Brooklyn, was hitting on her.  Ms. Powers says

13  to her:  You should keep at that guy around.  That's in one of

14  the text messages.  I think it's Exhibit 226.

15         And indeed Powers told her that she should call the

16  police station to get more information.  This clearly not

17  someone that's trying to hide something from the police or the

18  establishment or a hospital or anybody.  She's joking about

19  it.  Just like when Ms. Lytell wanted to get a lawyer,

20  Ms. Powers encouraged her to do it.  And, in fact, she didn't

21  select a lawyer, Ms. Lytell selected her own lawyer.

22         And at one point when Ms. Lytell complained about

23  the process that goes on in criminal court, where she kept

24  coming and going and returning, trips which, by the way,

25  Mr. Rubin paid for, when she complained about that, and she

1   complained that she didn't understand her lawyer, Ms. Powers

2   said to her:  You need to trust your lawyer.  Not exactly the

3   words of somebody who's trying to shut somebody up.

4           Again, Mia Lytell's trying to create a false

5   narrative, a narrative that's trying to get you away from

6   focussing on what's really going on here.

7           The conduct here was completely consensual.  And

8   what she wants you to believe is that it was nonconsensual of

9   somebody who was trying to cover it up, when in reality it was

10  Mia Lytell that wanted to cover up, or prevent the fact that

11  she was a prostitute becoming public, and it was Howard Rubin

12  who didn't want to see his name in the New York Post.

13          Now, in August 2017, you heard all about Bob Aloi,

14  Mia's ex-boyfriend, literally creeps into the picture.  And

15  the text show that for several days Ms. Lytell is complaining

16  to Ms. Powers about being harassed and extorted herself by Bob

17  Aloi.

18          So Aloi is not only extorting Mia Lytell, who he's

19  going to expose as a prostitute, Aloi is also extorting or

20  about to start extorting Howie Rubin.  And that's when the

21  light goes on for Mia Lytell.

22          The evidence presented at trial, and Ms. Lytell

23  tried to paint, that Jen Powers wanted our lawyers to talk to

24  your lawyer, she was trying to paint the picture that

25  something improper or unseemly was done, and I'm sure

1    Mr. Balestriere's going to suggest that.

2              But if you read the text message, you'll see, they

3    had a common fraud, and the fraud at that point was Bob Aloi.

4    And Mr. Rubin and Ms. Powers didn't know precisely what the

5    relationship in August was between Aloi and Lytell, and they

6    wanted the lawyers to get involved.

7              All of this is happening around the same time that

8    we see that money text.  You see it again.

9              THE COURT:  Mr. Grover?

10             MR. GROVER:  Yes, Your Honor.

11             THE COURT:  Timing?

12             MR. GROVER:  About another ten.

13             THE COURT:  Okay.

14             MR. GROVER:  Thank you, Your Honor.

15             This is when, as I just said, the light goes on that

16   they do here in this federal court, what Bob Aloi had to go to

17   jail for.

18             I just want to say one more thing about Mia Lytell.

19   Her excuse for returning to the apartment and bringing her

20   friends, her best friends, in September and October, was that

21   she needed the money.  And she cried and said:  I was in

22   desperate and I feel bad about it, and she put on this great

23   performance.

24             She is telling you that she walked her friends into

25   the lion's den, after she herself had been beaten and raped.

1        Again, nothing she says supports that phony claim.

2   Nothing.  But if she's the person that she wants you to think

3   she is, if that's what she wants you to believe, I have one

4   question for you as a jury.  If she would do that for $2,000,

5   what do you think she'd do for 2 million?

6        Now, I'm going to turn to Emma Hopper.  We didn't

7   ask any questions of Emma Hopper.  Why?  She made no

8   allegations against my client.  Nothing.

9        And, again, the text messages between Emma Hopper

10  and Jennifer Powers speak for themselves.  They're friendly.

11  They're chatty.  They are back and forth.  Making

12  arrangements.  Getting paid.

13       Once again, for a plaintiff to prevail in the charge

14  of sex trafficking, she has to establish that the time Jen

15  Powers booked her travels, that she knew for a fact that

16  force, coercion, or fraud was going to force her or compel her

17  or give her no choice but to engage in prostitution.  Well,

18  that requires Emma Hopper's text messages with Howard Rubin.

19  And Mr. McDonald dealt with that quite convincingly.

20       Those text messages make it pretty darn clear, the

21  900 text messages, that she was a more than willing

22  participant.  Game over.

23       Now looking a little closer at what Ms. Hopper did

24  say, was that Howard Rubin went beyond her consent twice.

25  Once she can't even tell us when it was, but one was on

1    January 27th, 2016.

2              And I want to talk about that briefly because

3    January 27th, 2016, there's no real evidence on that.  There's

4    nothing.

5              But you heard, and you may recall, there was an

6    exhibit that was called PX85.  PX85 is the plaintiffs'

7    exhibit, but it's really text messages between Howard Rubin

8    and Jennifer Powers.  So it's text messages produced by

9    Jennifer Powers, who produced everything she had.

10             And I predict you're going to hear that, he's going

11    to tell you this text meant something.  He will try to suggest

12    that there was something going on that was nonconsensual.  And

13    what's that text?  You beat a hot girl and you got laid.

14             And by the way, that text message, PX85, you'll see

15    that it's just a small version of a much larger text.  Why is

16    that?  Because it's taken out of context, like all the

17    messages that Mr. Balestriere went through one by one when Jen

18    Powers was on the stand and didn't ask her any questions about

19    what that means?

20             The full exchange appears in DXT4-2.  I'm going to

21    read it, very quickly.  At 7:27 p.m. on that night,

22    January 27, Mr. Rubin says:  I'm on the way home.  Wonderful

23    time.  She just wanted to take a bath.

24             Jen Powers says:  Awesome.  I love that you're home

25    so early, get in the habit of this.

Summation - Grover                    1973

1      A little bit of play -- banter, some joking.  Jen
2  says:  I feel so proud of you at 7:42 p.m.  Everyone is happy.
3      Does this sound like someone that knows that
4  something wrong is going on?  Mr. Rubin says:  I hate feeling
5  like this.  Then he immediately follows with, in the same
6  minute:  Just kidding.
7      And Jen responds in a couple of minutes:  What?
8  Exclamation point, question.  LMAOOO, laugh my ass off, off,
9  off, off, off.
10      And Jen then says, in this banter:  You beat a hot
11  girl, you got laid, what's there to be upset about?  And Howie
12  says:  Joke.  And she says:  You're funny.
13      Now, when Jen sent that text, this is what she knew
14  at the time, she knew that Emma Hopper's fourth visit to New
15  York to see Mr. Rubin.  She knew that in her previous visit,
16  just three weeks earlier, she referred to Mr. Rubin as
17  "amazing".
18      Now we know that from the evidence presented at
19  trial, this wasn't Hopper's last visit.  She ended up coming
20  at least eight more times over the next 18 months, right into
21  2017.
22      Jen also knew that Howie had said to her that they
23  had a wonderful time, and all Emma wanted to do was take a
24  bath.  And you can see that in the text.
25      So when you see those words:  You beat a hot girl

Summation - Grover                        1974

1   and got laid, that doesn't tell you that somebody's forced to

2   do anything.  In fact, the word "beat" is not synonymous with

3   a lack of consent.  It's part of the lexicon of role-playing.

4   It's part of the dominant over submissive.  It's not

5   synonymous with coerced sex.

6            And if someone tries to suggest otherwise, they

7   really are trying to take your eyes off the ball.  There's

8   nothing in that conversation, even if you think it's kind of

9   childish or distasteful, there's nothing that says it lacks of

10  consent.

11           In fact, even that very night, Emma Hopper sent a

12  text message at almost exactly the same time, and asked for

13  the Seamless password, meaning she just wanted -- what is the

14  Seamless -- how can I order food, eat something while I'm --

15  after I take my bath.

16           And you'll recall that the rest of her texts about

17  Howard Rubin, both before and after, include things like

18  everything was amazing.  We had an awesome time.  We had a

19  great time.

20           She was particularly happy at the end of 2000, I

21  think it was, 16, many months later, where she received a gift

22  from Mr. Rubin.

23           What Jen knew from these texts, what Jen knew from

24  all of Emma's correspondence with her, was that Emma was a

25  willing participant.      (Continued on the following page.)

Summation - Mr. Grover                    1975

1           MR. GROVER:  I should point out also that in the

2     900-odd text messages that Emma Hopper had with Mr. Rubin, in

3     all of those text messages we repeatedly saw the word "beat"

4     and "beatings."  In fact, I counted to 50 and then I stopped

5     counting.  It was a word that she used, I think that Mia

6     Lytell used it, and I think that a number of the plaintiffs

7     used that word telling us it is a term of art when people get

8     involved in these activities.

9           Now, Mr. McDonald discussed with you that

10    Ms. Hopper was not shy about I am claiming, I know you heard

11    that, I know you saw the texts on it.  I will move past that,

12    but one thing I do want to focus on and that is after the

13    complaint was filed, the first complaint in November, Hopper

14    said to Ms. Powers -- she sent her a text message, and God

15    knows why that text message was sent, and I too have no

16    explanation of what that is but it is her words and actions

17    in November of 2011.  If you all need me to do anything to

18    help, like, testify that we agreed to everything happening, I

19    will.

20          DX Q3.

21          Later on she repeatedly friends or tries to friend

22    Jen Powers.  Later on you heard the message that she left for

23    Jen Powers, which frankly was quite upsetting to Jen who was

24    emotionally upset about being sued and being here in this

25    federal court for the first time in her life.  It made me

1  think about these text messages, which I have been telling

2  you are so important, that you have got to wonder, don't

3  people look at what they have written and have said before

4  they file a complaint and testify in a deposition and come

5  before you in a court?  Don't they care what the reality is,

6  or do they just make stuff up?

7          I have nothing to say about Brittany Raye Hassen.

8  She has nothing to say about my client and has no charges

9  against her.

10          As I told you when I started out this morning, Jen

11  Powers is named in only one allegation, sex trafficking; and

12  in order to reach a finding against her, you have to conclude

13  that at the time she engaged in the acts set forth against

14  her -- making a plane reservation, sending a PayPal, taking

15  care of the apartment -- that she knew or recklessly

16  disregarded at that time that such conduct would assist in

17  causing a plaintiff to engage in a commercial sex act through

18  force, threat of force, fraud, or coercion.  That is the key.

19  Was it forced and coerced or was it consent?  There is no

20  evidence that anybody was forced.

21          This isn't a case where people were just silent

22  afterwards as I said before.  They were effusive in their

23  praise of Mr. Rubin when they talked to Jen Powers.

24          What Powers knew is that when each plaintiff came

25  to New York, they knew what they were coming for and the

1  plaintiffs conceded it to you here in this courtroom.  The

2  texts confirm it.  They knew it was BDSM sex and they wanted

3  to get paid.

4          There was no fraud.  There was no misleading.

5  There was no force.  Plaintiffs want you to fall into a trap

6  of believing that if there is a bruise or someone makes a

7  lewd joke about a sexual act that that is sufficient to show

8  a lack of consent; but I think listening to the testimony for

9  two weeks, you already know better.  The judge will tell you

10 that BDSM by itself does not make out a claim under the sex

11 trafficking statute and that consent is a complete defense.

12         On the issue of consent, what matters are the words

13 and conduct of the plaintiffs at the time of the events, not

14 what they say about it now.  What matters is what Ms. Powers

15 knew about each of the plaintiffs and the fact that they

16 consented to sexual activities with Mr. Rubin and nothing

17 suggests that they did not.  As I have explained, Jen has

18 known from the beginning that these relationships, regardless

19 of what you think of them, were all purely consensual; but

20 for the plaintiffs we are now in a world where everything was

21 about money then and it is all about money now.

22         For my client, Jen Powers, this has been a

23 nightmare five years in the making.  She didn't belong here.

24 She never belonged here.  For each of the five plaintiffs who

25 have claims against her, all except Brittany Raye Hassen, the

Proceedings                                1978

1    evidence compels you, it requires you to find no liability

2    against Jen Powers.  Please end all of this when you mark the

3    verdict sheet.  Please end this nightmare for Jen Powers.

4            Thank you.

5            THE COURT:  Thank you, Mr. Grover.

6            Ladies and gentlemen, we will take our midafternoon

7    break.  Please come back at 3:00.  Do not talk about the case

8    among yourselves.  See new 15 minutes.

9            (Jury excused.)

10           THE COURT:  Just a couple of things.

11           Mr. Grover, you were over by 20 minutes.

12           MR. GROVER:  I am sorry.

13           THE COURT:  I am waiving any limit on plaintiff.

14   Not that I think you needed a limit any way.

15           For my own planning purposes, Mr. Balestriere, any

16   estimate that you will not be bound by?

17           MR. BALESTRIERE:  I would like to be under two

18   hours.  Closer to 90 minutes.  My concern, though, your

19   Honor, is obviously there is a lot to cover and I am a little

20   leery about if we start at three, it is the plaintiff keeping

21   the jury late.  I believe your Honor has a 4:45 as well.

22           THE COURT:  I can cancel that if we can finish; but

23   if I don't want to if we have to run over tomorrow.  It looks

24   like my charge will run into the morning.  I prefer that you

25   do your closing now and if you need two hours, you will go to

Summation - Mr. Balestriere                1979

1    5:00 or whenever you have to go to.

2              Let's get the closings all done in one day and I

3    will charge tomorrow morning.

4              MR. BALESTRIERE:  Understood.

5              THE COURT:  See you in a few minutes.

6              MR. BALESTRIERE:  Thank you, your Honor.

7              (Recess.)

8              THE COURT:  Everyone may be seated.

9              Mr. Balestriere for plaintiffs, you may proceed.

10             MR. BALESTRIERE:  Thank you, your Honor.

11             Good afternoon, everyone.  I want to thank the

12   Court on behalf of the plaintiffs for having a fair trial.

13   Plaintiffs are here, six of them.  I want to thank all of you

14   for taking this time out of your life.  I know it is not

15   easy.  The plaintiffs know it is not easy.  I do some

16   teaching and I tell trial lawyers when you have jurors or you

17   have people that have gotten a letter in the mail and they

18   say something like, Oh, crap, or something when they get it.

19   It can be tough, but this is what the plaintiffs needed to

20   get their day in court.

21             So who do you believe?  At the end of the day that

22   is what this case is about, right.  I think even the defense

23   counsel agreed with that.  I am going to go through a lot of

24   things.  I will not be whatever it was, the three and a half

25   hours or whatever the defendants were.  I hope not to keep

Summation - Mr. Balestriere                    1980

1   you too much past 4:30.  I do need to go through a lot.  The

2   core question you have to ask yourself is:  Who do the eight

3   of you believe that you saw testify right over there?  There

4   is a lot of lawyering in this courtroom.  I will be doing

5   some of it right now to show why the plaintiffs told the

6   truth and the defendants did not.  At the end of the day --

7   and this is why we have trials -- it is not about a text sent

8   ten years ago or yesterday or a deposition that at some point

9   you heard snippets of.  It is about what you heard right

10  there.

11              Next slide, please.

12              I will go over -- these are the topics that I will

13  touch on:  How the defendants are practiced liars; how the

14  plaintiffs are six different women who largely do not know

15  each other and who told the truth.  I will review very

16  quickly the claims here.  Obviously the primary claim is the

17  one second from the bottom, sex trafficking.  I will actually

18  start before I get into the plaintiffs' story about the

19  defenses.  That's a quote from Mr. McDonald, After they knew

20  what had already happened to them, they eagerly came back to

21  see Mr. Rubin.  That simply is not true for some of the

22  plaintiffs, but I will talk about why some so-called came

23  back.

24              Next slide, please.

25              There is a defense of hundreds of messages.  With

Summation - Mr. Balestriere                1981

1   Emma Hopper, yes, there are.  With the others there are not.

2   I will talk about those messages.  I will talk about their

3   defense that the plaintiffs contradicted themselves at their

4   depositions.  You saw some of the depositions this morning.

5   I was going to play some of that to show that there wasn't

6   contradiction.  There may have been intimidation, and I will

7   talk about that.  There may be "I don't recall exactly right

8   now," but there was no contradiction and that is key and I

9   will talk about that.

10          Though, the depositions actually bring up something

11   that you saw in the middle of last week, which is Mr. Rubin's

12   poor memory about these events.  I will go through that, how

13   the plaintiffs remember a lot of the key horrible, traumatic

14   details; but Mr. Rubin tended to just skim over them -- to

15   say nothing how he lied in court -- how he skimmed over the

16   key details.  And their defense that plaintiffs knew what

17   they were getting into.  What a lawyer would call notice.

18   There was not notice, and I will go over that.

19          I will touch base on different features of this

20   venture.  How they targeted vulnerable women.  How Mr. Rubin

21   was the bass man.  How Ms. Powers didn't just get flights.

22   She was Mother Jen.  This is key.  This is an essential part

23   how this thing worked.  How the finders Steph Shon or Taren

24   Cassidy, Mia Lytell when she was trying to be a finder

25   downplayed the risk.

Summation - Mr. Balestriere                    1982

1           Next slide.

2           I will go through each victim's story.  That will

3    take time.  And forgive me but it will have to be very

4    graphic because what do you need to find?  You need to find

5    that force was used to make each plaintiff engage in

6    particular commercial sex acts.  Not just a general I knew I

7    was coming.  I said this is not taken -- no one had a gun to

8    their head to get on a plane.  It is specific sex acts that

9    they were forced to engage in.

10          Then I will talk a little bit about how this

11   venture fell apart and why there is evidence here that the

12   plaintiffs told the truth, that Mr. Rubin lied, that

13   Ms. Powers lied, that the two of them together destroyed

14   evidence, which obviously tells you a lot, and then I will

15   talk about the harm.

16          Next, please.

17          Judge Cohen in his initial instruction said, You

18   should watch the witnesses very carefully and listen to what

19   they say.  There will be a lot of lawyering by me, too.  This

20   is what it comes down to:  Did you believe them when they

21   were sitting over there?

22          Next slide.

23          The defendants, as I noted, are practiced liars.

24   They are savvy and smooth and they kept their venture secret

25   for a decade.  Think about that.  This all came out of

Summation - Mr. Balestriere                    1983

1   because Mia Lytell nonsense, and I will talk about that.

2   They kept it hidden the entire time before that for years

3   from friends, from Mr. Rubin's wife.  I will talk about that.

4   The defendants themselves lied to the plaintiffs and they

5   destroyed evidence.  I will talk about this.  This is really

6   important.  It is not just the BDSM machines or furniture.

7   What else could there have been in there that we don't have?

8   It is something we don't know.  The point is they have good

9   records that seem to help them, but don't seem to have other

10  things that could have helped the plaintiffs.  As I said,

11  they lied in court.

12          Next.

13          Now, the plaintiffs are in court.  These are my

14  clients so forgive some of the bluntness like this.  They are

15  not as smooth.  They are not as sophisticated.  They are not

16  well educated.  They did admit to their friends what

17  happened.  We see very few texts where people are being

18  100 percent honest.  But you do see this, let's say, between

19  Brittany Reyes and her friend Taren Cassidy about the things

20  that happened.  Or between Mr. Rubin and Ms. Powers you see

21  honesty.

22          I will talk about how if they were lying, quite

23  frankly they could have done a much better job at it.  I will

24  go through that.  They of course did not destroy anything.

25  There is nothing here to show that they did.  You saw them in

1    court.

2              Now, the claims that we have here --

3              Next, please.

4              -- are assault, battery, false imprisonment, and

5    intentional inflection of emotional distress.  That is for a

6    couple of the plaintiffs.  I am really going to focus on sex

7    trafficking.

8              Next.

9              We do have assault.  The judge will instruct you on

10   that.

11             Next.

12             Then we have battery.  The judge the instruct you

13   on that.

14             Next.

15             Then false imprisonment.

16             Next, intentional inflection of emotional distress.

17   For the time, I am going through this quickly.

18             Let's talk about sex trafficking.  What does the

19   evidence show?  That the defendants -- here is all the

20   language, enticed, harbored or transported or solicited a

21   plaintiff.  They harbored them.  They kept them over night,

22   provided shelter for them at the penthouse.  And they

23   certainly transported them.  This conduct was in or affecting

24   interstate commerce.  I will have to touch base on -- touch

25   on that briefly.

Summation - Mr. Balestriere                    1985

1          Here is the key part of it:  They knew or

2    recklessly disregarded that force, threat of force, fraud or

3    coercion would be used to cause the plaintiff to perform a

4    commercial sex act.  That is what it comes down to.  As I

5    note there, it is to cause them to engage in a commercial sex

6    act against their will.  That is what the evidence shows.

7          Yes they consented to get on a plane.  There is no

8    evidence of a gun or anything like that.  They landed at

9    LaGuardia or JFK and they came to the penthouse.  They

10   probably even knew something sexual was going to happen.  It

11   is pretty clear that in most cases they knew that, but they

12   didn't engage to the specific commercial sex acts, which took

13   place.  They were forced to.

14         Next.

15         Force means use of violence.  We certainly heard of

16   that or constraint.  The Judge will give you instructions on

17   the law, but these are things that you will here that there

18   was certainly restraint here.  There was even threat of force

19   at least once with regard to Amy Moore and Mia Lytell.  There

20   is good argument that there was fraud here, that they were

21   duped into coming here.  We are not relying on that so much

22   and don't need to find if it was fraud or force.  It is any

23   combination, but there was force or threat of force.

24         Next.

25         So here is the list of the forced sex encounters.

1  Meaning, you heard a lot and things have been skimmed over.

2  I will be showing you this chart, a good amount, coming back

3  and forth to it just to keep track of things.  You can see

4  the years here.  It has Brittany Hassen in blue.  Natasha in

5  orange and so forth.  It goes through and it kind of

6  accelerates starting in late 2015 where Mr. Rubin's long-time

7  companion, Natasha, and look what happens after that.  It

8  gets really bad and really intense after that.

9          Next slide.

10         Mr. McDonald said to hold them accountable, and

11 quite frankly that is one of the things I plan to do here to

12 show they have not shown to you what they said they were

13 going to show to you during their opening.

14         Next slide.

15         What is the first offense?  They eagerly came back

16 to see Mr. Rubin.

17         Next slide.

18         That simply is not true especially when you go

19 plaintiff by plaintiff.  Some came back.  But when you see

20 plaintiff by plaintiff there is no eager coming back.

21         Next slide.

22         Now, this is key.  Even if they came back, a victim

23 putting herself in a risky situation doesn't mean that the

24 victim was not raped in the first case.  There is some

25 discussion this morning about how they were desperate and

1    that does not mean consent.  Absolutely that is not what we

2    are saying here.  They were desperate in some situations, but

3    their foolishness or risky behavior does not mean that they

4    deserved to be trafficked, assaulted, and raped.

5            Next.

6            In fact, Mr. Rubin himself -- this is some

7    testimony as we go through.  So these are slides that I am

8    showing you.  If there is testimony, I am writing it down in

9    the lower right-hand corner.  If there are exhibits, I will

10   be referencing those as well.  Unless I tell you otherwise,

11   if you see testimony here, this is what was said in court.

12           Mr. Rubin agreed that a hallmark of BDSM is always

13   safe and consensual.  He said those three terms, but he

14   agrees to safe and consensual.

15           With regards to the coming back, with the Natasha,

16   who is the one who knew him the longest, right.  There was a

17   long period of consensual activity before -- I have used this

18   term before -- the pool cue incident.  What does she say when

19   she is asked why she came back?  Now, at the time it seems

20   crazy, absolutely, but I was in a situation where I cared for

21   him.  I liked him.  I seen how he was prior to this.  I just

22   thought that he would -- you know, maybe the next time he

23   would go to how he acted.

24           Unfortunately, this is how relationships can work

25   and more bluntly a sex trafficking relationship can work

Summation - Mr. Balestriere                1988

1    this way.  So, Natasha came back after that -- and we will

2    talk about the details -- hoping that it would be the way it

3    had been.

4              In fact, October 1, 2015, which she said was the

5    pool cue incident, which it turns out that Mr. Rubin admitted

6    to when he was sitting with his lawyers as being a time that

7    he saw her, notwithstanding all the argument today, and I

8    will talk about that.  It is seven months later after three

9    more consensual encounters that he rapes her again.

10             Now, again, we can say, Natasha, why are you going

11   back to this guy.  Her foolishness or riskiness after being

12   with her after being with him for years doesn't mean it is

13   okay to be raped again.  It is more than a full year after

14   that May 2016 time that she comes back in June 2017 when she

15   was electrocuted.

16             Next slide.

17             Brittany Reyes of course never came back.

18             Next slide.

19             Amy Moore did not come back in order to have a

20   forced sex encounter.  She came back to get money.  Amy, what

21   are you doing?  We saw Amy completely cry and break down, but

22   we also saw that Amy could be feisty and stick up for

23   herself, which is great after all they has gone through here.

24   She came back to get money.  Maybe this was foolish, but it

25   doesn't mean it was okay certainly for her to be raped that

1    time or the time before.

2            Mia, again I have to be direct about it.  She came

3    back to work, not to put herself into a forced sex situation.

4    She never put herself in a situation where she was the victim

5    again.

6            Next.

7            Then we have Emma Hopper.  Let's be clear.  She

8    said that she was raped on the fourth encounter.  We will go

9    through this.  And that one time after that something really

10   bad happened.  She didn't consent to it, but she doesn't

11   quite remember.  In essence that is not one of the bases of

12   our claims.  This may be where I agree with Mr. McDonald.  We

13   are left with that 2016 rape.  Maybe she should have never

14   come back, but she did.  It doesn't mean she wasn't raped at

15   that time.  If you're raped in a marriage or forced to engage

16   in something in a marriage and you stay in it, it never

17   happened the first time.

18           In fact, there has been a lot of testimony she

19   actually missed her next flight in March of 2016.  She was

20   reluctant and we see a lot more alcohol and a lot more drugs.

21           With Brittany Hassen things take place over a

22   series of years.  She was forced -- there was forced sex in

23   2011 and then it is almost three years later before she sees

24   Mr.  Rubin.  She totally acknowledges that she is desperate.

25   She chose to put herself in a risky situation, but that is

1   the way it tends to be with victims.

2          I will talk about who it is we think actually

3   becomes a sex trafficking victims.  It is not lawyers or

4   CEOs.  It is women in a situation that the plaintiffs were in

5   in this case.

6          She even returned later in June, but she noted she

7   wasn't paid.  You want to grab her and say, Brittany what are

8   you doing going back a few weeks later for an incident she

9   admits she doesn't remember what happened.  That is how

10  desperate she was to get paid.  Even if you were to say later

11  in June she consented, but I think the evidence shows she did

12  not, on June 5th, 2014, she did not consent.

13         Next slide.

14         As noted, she returned later that month.

15         The next slide.

16         She even says, You're seeking out Mr. Rubin for

17  further encounters; right?  In this statement, I had not et

18  been paid.  That is cross-examination.

19         There is a forced sex up encounter after that.

20  Let's remember where this is, in this private room in a strip

21  club, which Mr. McDonald says is outrageous and could never

22  happen.  We are called on to use your common sense here.  You

23  think about the way these things can take place.  There are a

24  lot of people in a room.  Mr. Rubin doesn't remember all the

25  details about that event.  She remembered it in significant

Summation - Mr. Balestriere                    1991

1  detail.  The point where she didn't come back to the

2  penthouse for it.

3           Next slide.

4           She said she did not return to the dungeon room

5  after that.

6           So when they say they eagerly came back, it was not

7  eager.  It was not all plaintiffs who put themselves into a

8  risky situation.  It is not as simply as they state.  It goes

9  to show these are vulnerable women, who we can look at now

10  and say, Why did you put yourself in a risky situation, but

11  they did.

12          In fact, I was going to show you -- but for time

13  reasons I think I am not -- Amy Moore's deposition that you

14  saw this morning when she is asked, Why did you come back in

15  December of 2016.  And forgive me because I have gotten to

16  know our clients of course, but it's sad.  I don't know.  She

17  knew she put herself back in a risky situation.  Maybe she

18  should not have.  It doesn't mean it is okay for her to be

19  raped.

20          Next slide.

21          The next offense is there are hundreds of messages

22  in which high praise is given to Mr. Rubin.  Again, that is

23  not true.

24          Next.

25          There are with Emma Hopper, and I will talk about

1    that; but not with everyone else.  Mr. Grover said a short

2    while ago I am.

3              THE COURT:  Mr. Balestriere, you have got to slow

4    down.

5              MR. BALESTRIERE:  I am sorry, Your Honor.

6              Mr. Grover said a short while ago that I am going

7    to ask you to ignore the messages.  Do not ignore the

8    messages.  Please, don't.  I want you -- this has already

9    taken a lot of time.  I will talk about the messages, but

10   don't ignore them.  Place them in context.  For one thing,

11   along side a text sent at the same time.  You can see the

12   defendants talking sometimes being honest and speaking not so

13   honestly to the plaintiffs or to others, or they are speaking

14   to Loredana Ferriolla where they are being honest but not to

15   each other.

16             Understand that the most friendly text, which I am

17   going to talk about, like, say, from Amy Moore, was sent

18   within hours after the violation when they are still in

19   shock, where they were exhausted, or, yes, with Brittany

20   Hassen where they are looking to get paid.  We may think this

21   is foolish.  But what did Amy Moore say?  What benefit did

22   she have for her to saying anything.  Remember this in terms

23   of what you saw.  We never saw really to prevent a text from

24   coming in.  There were times when the defendant didn't want

25   you to see certain things.  Look at these messages.  You have

Summation - Mr. Balestriere                1993

1    all of them if you want to.  What we did ask, say, in the

2    case of Bob Aloi, who we have heard way too much about, that

3    a fuller texting exchange be shown.  Like the money bag

4    thing.

5            With regards to the messages, you actually don't

6    see too many favorable or friendly ones from Natasha.  There

7    is the so-called love letter that I will talk about.  What

8    does Natasha say?  She felt psychologically manipulated.  I

9    felt I needed his approval.  I needed him to, you know, want

10   to be around me, want to like me, not be mad at me.  There is

11   no two ways about it.  She sent a text a few months after the

12   third time she was force to the have sex.  That was

13   June 2017.  She sent a text in September, and she gave a

14   reason why.

15           Next slide, please.

16           That is where she texted Mr. Rubin that she would

17   love to see him.  Notably she does not.  So it is not clear

18   whether she would have gone through with it, but she is

19   reaching out to him.

20           Next slide.

21           Now, I said as I was looking at these messages,

22   what Brittany Reyes the only ones we see is where they is

23   complaining of injury.  This here at the bottom she is

24   talking to Taren Cassidy saying, I mean, it happens, Taren,

25   but don't worry about it.  This is after, what, she is

Summation - Mr. Balestriere                    1994

1   talking about having bruises everywhere, that she knew it was

2   a bad good idea.  Maybe if she didn't blame Taren, maybe she

3   should have.  Maybe she doesn't consider her a friend now,

4   but at the time she did and trusted her.  This is one of

5   those honest test exchanges.  It is not where people are

6   trying to manipulate anyone else or get money or move on from

7   it.  They are being honest with their friends.

8            This again is the Amy we talked about.  We talked

9   about this before how she sent this, Yes, so much pain.  LOL.

10  But fun, fun, fun.  Even in the text message she is noting

11  what happens regarding her boobs.  This is where Ms. Moore

12  said what benefit would it be to her to say anything.

13           Next slide.

14           We don't see any texts from Mr. Rubin after the

15  December 2016 forced sex incident.

16           Next slide.

17           We do to Jennifer Powers.  You saw a different

18  version of texts not too long ago.  She is looking to get

19  paid here at this point.  She has come here and this horrible

20  thing has happened.  At least she could get paid.  Remember,

21  she testified she had three kids.  She had been in foster

22  homes.  She hadn't been to high school.  None of that is a

23  sign of disrespect.  I am simply saying this is her

24  situation.

25           Next slide.

1          The next text we see from Amy is from next summer.

2    The second one there, Or if Howie wants to beat me, when

3    talking about being in New York.  She could have seen

4    Mr. Rubin if she wanted to.  She could have been beaten by

5    Mr. Rubin if that is what she really wanted.  She called this

6    dark humor.  Again, you saw Amy is -- bad things happened to

7    her, but she is tough.  She is being feisty.  And she calls

8    this dark humor.  If she wanted to meet with Mr. Rubin, she

9    could have but she did not.

10          Of course we have Mia.  Forgive me for being

11   direct.  Mia was trying to work for Mr. Rubin.  I mean, she

12   was.  She admits here, I have this.  And she was not proud of

13   it.  She outright said -- are you telling this jury you

14   needed money so much that you would risk one of your friends

15   being brutally attacked and assaulted, and she admitted yes.

16   In fact, this is how these things often go.  It is someone

17   from the inside that ends up telling us about these kinds of

18   things.  I will get to that when you talk about what I call

19   the downfall of the venture.  If Mia had never came forward,

20   maybe there would never be a case.  But she was trying to

21   work for Mr. Rubin.

22          This morning Mr. McDonald said that tens of times

23   she brought women or tried to bring women to Mr. Rubin.  The

24   texts don't bear that out.  Quite frankly if she did, she was

25   bad at it.  Because by their own payment stipulation, the

1   agreement, this agreement amongst the layers how much she was

2   paid, we see the August 22nd, 2016, one.  That is where she

3   was raped by Mr. Rubin.  I will talk about that.  Then we

4   have three more payments over the course of the next year for

5   another $8,000.  So it wasn't tens of times.

6           Emma Hopper, again with respect to her, there were

7   hundreds and hundreds of texts.  There is no two ways about

8   it.  She admitted she stayed in an abusive relationship.

9   Even there we see her reluctance missing the next flight.

10  Again, staying in an abusive situation, putting yourself at

11  risk doesn't mean she was lying about the January 2016 rape.

12  I will come back to it.  But if she really wanted to lie, she

13  could have done a much better job.

14          With respect to my client.  This is Stephanie Shon,

15  the friend, who you never heard from, who Mr. Rubin paid for

16  her lawyer, so why is she not here is a question that I ask,

17  this is Stephanie texting Jennifer Powers and they are making

18  fun of Emma after one of the first meetings.  Actually, the

19  first meeting that this girl seems fragile.  They acknowledge

20  that at the time how easy it was to manipulate her.  Again,

21  we see this fragile nature with respect to her.  I will call

22  her foolish attempts to convince the defendants that she had

23  not sued them.  First, she sees these things happen in

24  November.  She writes, If you all need me to do anything to

25  help, like testify that we agreed to it.  There is no

Summation - Mr. Balestriere                    1997

1    evidence that she knew any of the other plaintiffs at this

2    time.  You even heard the plaintiffs, all of them with the

3    permission of the Court, were proceeding at this time under

4    pseudonyms.  They were allowed to not have their real names

5    at the time.  She is not talking about anyone.  It is

6    something we all agreed to.

7              In February she reaches out to Jennifer Powers.

8    Does this show she is a liar, that she thought this would

9    work.  This is one of the few times I will agree with

10   Mr.  McDonald.  With respect to my client, this wasn't going

11   to work.  They were going so see a copy of the complaint.  If

12   she is this thoughtful, careful liar, she could have done a

13   better job.

14             Brittany Hassen she admitted in her reach-outs she

15   was an addict and her belief is she became addicted after the

16   June 2014 occurrence.  This is something we don't have all

17   the texts, right.  We do have this text, though, from

18   Loredana Ferriolla.  It is hard with the highlighting there,

19   but it is June 2014.  And what is she being told to do?  I

20   want you to beg Howie again like you're desperate for money.

21   This is what the plaintiffs were told when they were about to

22   meet with Mr. Rubin or even afterwards.

23             Next slide.

24             Sending agreeable text messages doesn't mean that

25   you were not forced to engage in sex.  That is what you have

1   to believe what you have heard in that chair there by what

2   they said happen about what they said happened.  Their

3   dignity had been taken away and I think this is key that this

4   is not what they expected.  In almost all the cases, the nice

5   texts were sent within hours that they had been brutally

6   forced to engage in sex acts without their consent.  That is

7   Where the hundreds come from.  That is a different thing.

8   They did put herself in that situation.  You don't see

9   hundreds of texts from these others.  You see a few under

10  circumstances that I ask you to keep in mind.

11          In fact, as noted with Brittany Hassen and Amy

12  Moore to Jennifer Powers in December 2016 with Amy Moore,

13  that she had not yet been paid.  With Emma and Natasha they

14  were psychologically manipulated.  To use a term that

15  Mr. Grover brought, they did clam up.  They did not confront

16  their rapist.

17          Why not?  A big reason is this:  The nondisclosure

18  agreement.  They were frightened into saying anything due to

19  the NDA.  I think you saw this nonstop the first week.  Of

20  course you can see copies of it again.  What I ask you to

21  focus on is what is in yellow highlight that they would have

22  to pay Rubin $500,000 if they breached this.  Some of them

23  say they don't remember it, but they all remember being told,

24  If you do anything or if you say anything, this could be it

25  for you, or you will have to pay a lot of money.  Amy Moore

1    remembered $400,000.  She didn't remember the exact amount,

2    but she remember it was certainly a lot.

3            This is how good this venture was.  I will talk

4    about this.  There is a lot of discussion about, oh, no

5    medical records.  That is because of the NDA.  They were told

6    not to say anything to anyone.  And most of their injuries as

7    we will get into are emotional or psychological.  These are

8    not -- again, with respect -- very well educated people that

9    are used to say I am going to go to my therapist for the

10   second time this week and then say what to them to get sued

11   by Howie Rubin.

12           All the plaintiffs said they were intimidated by

13   Mr. Rubin.  What Mr. Grover himself called a substantial man.

14   That's right.  There are a lot of lawyers in this courtroom

15   who knows what would have happened if they would have filed

16   suit.

17           What did Ms. Tagai say?  She didn't go to the

18   police.  She was afraid.  He is a very powerful, wealthy

19   person.  I probably couldn't even hire an attorney that could

20   fight something like that against him.  That is what they

21   reasonably thought at one time.

22           Brittany Reyes talks about how she was intimidated

23   during her deposition by being near Mr. Rubin.

24           Amy Moore went into some serious detail about how

25   she was intimidated at her deposition.  She felt overwhelmed

1   as she said here.  This is how they felt about this man.

2         Here when I ask, Why did you send him friendly

3   messages soon after the incident, even Mia who tried to work

4   for him, this is her explanation.  She said that she was

5   afraid to let them know what was going on.  She was scared.

6   This is -- isn't that reasonable that with all the resources

7   he had, these women generally speaking, not New Yorkers,

8   brought away from their homes, away from their friends that

9   they might be intimidated.

10        Emma says the same thing, that she was afraid of

11  Jennifer Powers and Howie Rubin.  Why?  They threatened to

12  sue me.

13        Brittany Hassen got into some extreme detail about

14  it.  This money had a lot of money.  I was definitely afraid

15  for my life.  I wanted to have a good relationship.  I didn't

16  want to get on his bad side.  This is what all the plaintiffs

17  said in one form or another.  I signed this dumb agreement

18  that I don't even have a copy of.  He has got this money.  He

19  has got this penthouse.  I am being brought up to New York

20  for this.  They are in a very weak situation.

21        Amy put it best, What would I have to gain by not

22  being friendly.  That is true.  You raped me.  This is a

23  horrible thing.  Where would that have gotten them?  Oh, now

24  is Rubin going to sue me because I put that in a text?  They

25  were understandably reserved in not saying what had happened

1   to them.

2          This does bring up, and we have been talking about

3   the texts, we have the texts, but what are we missing?  Mr.

4   Grover said, You have seen the photos.  You knew what was in

5   that dungeon.  Why is that what we should believe?

6   Everything was removed.  That is what Ms. Powers talked

7   about.  Everything was removed.

8          I said at the beginning of the case you will not be

9   seeing any videos or photos or very few photos.  Maybe there

10  were videos.  We do not know.  I am not pretending there was

11  evidence that there was videos.  I am asking you to think if

12  they got rid of everything, but they kept those quote,

13  unquote love letters.  They kept their texts.  Because we

14  will talk about it.  These texts with the plaintiffs are

15  often from the defendants.  What did we miss?  We don't know,

16  but it is something I ask you to keep in mind.

17         We talk about the depositions.  There is a lot of

18  discussion about the depositions.  If I had more time, I

19  think I would be showing you again some of the deposition

20  clips that they showed to see how long they went.  When you;

21  see the times on these things, they are starting at 9:00 in

22  the morning and going to 7:00 at night.  You see you have

23  this isolated plaintiff here often being the first time

24  deposed.

25         The key thing is they did not contradict

Summation - Mr. Balestriere                    2002

1  themselves.  They weren't as open as they were here, but I

2  will talk about why not.  And Amy put it best.  The

3  deposition was hell, that is what she said.  And I don't need

4  to go through all of this, but Amy talked for a few minutes

5  about what it was like for her with Mr. Rubin and Ms. Powers

6  staring at her, about these two rows of attorneys as she said

7  and all of the plaintiffs talked about being intimidated at

8  their deposition.

9            Next slide.

10           A note here.  Go to the one that says, Deposition.

11           There is nothing wrong by itself with a party being

12  at his or her deposition.  That is the rules.  We are allowed

13  to be.  Mr. McDonald said, Why don't call Judge Cogan.  For

14  what?  Because someone is in the room staring at a plaintiff.

15  This is not the kind of thing respectfully that you call a

16  judge about.  They do have a right to have two rows of

17  attorneys and they do have a right to sit by the camera, but

18  that doesn't mean that they were not intimidated by this.

19           There was discussion about curing the testimony by

20  one of the plaintiff lawyer, me or one of my colleagues.

21  There is no need or requirement for that.  They can tell you

22  their full story here, right, not when they have text

23  messages thrown in front of them for the first time in years.

24  Not when they see the NDA for the first time in years being

25  thrown in front of them.

Summation - Mr. Balestriere                    2003

1          In this case keep in mind the plaintiffs wanted to

2    get out of there as soon as possible.  The man who raped them

3    and the woman who enabled the sex trafficking in almost all

4    cases was in the room with them.

5          I ask you again to keep in mind that the plaintiffs

6    were not at the other's depositions.  So their stories are

7    their individual stories, not let me conform my story to text

8    messages, which Mr. Rubin in particular did.  Or let me say

9    what makes sense based on what I have already heard.  As I

10   said, it may be okay that people there but if two rows of

11   lawyers are staring, wouldn't that intimidate almost anyone?

12   Seeing the man who raped you?

13         The key thing is there were not contradictions.

14   There simply were not.  There was something this morning that

15   may have sounded like it with regards to what Brittany Hassen

16   said about not being injured.  In fact, she doesn't remember

17   the physical injuries from June 30th, 2014.  I will talk

18   about that.

19         You heard Mr. Rosenberg in particular at the

20   deposition say, As you sit here today, and a lot of what you

21   heard was, I don't recall exactly, or I am really not sure.

22   That is very different than saying I was definitely raped on

23   this day and then they come and say something different here

24   or vice versa.

25         This may be the first time they were seeing the

Summation - Mr. Balestriere                    2004

1    text messages in years.  I don't remember texts that I sent

2    three years ago.  I don't think most of us do.  Maybe once we

3    see it and we have a chance to look it over, Oh, I remember

4    that.  That is when this came out of town.  They told you

5    that is what they did for the trial, that they looked at

6    exhibits.  You heard this word too many times in the last two

7    and a half weeks.  They looked at the exhibits that were

8    going to be used.  I remember this or I don't remember that.

9    In particular, we saw that was Mia and the Bob Aloi text.

10   They prepared differently for trial, which is typical.

11            I will try to go through this somewhat quickly

12   here.  Natasha told you she was intimidated.

13            Next slide.

14            What did Mr. -- we have a few Brooklyn-ites lawyers

15   here and Mr. McDonald said, Why didn't you say this bum, he

16   brutalized me.  Natasha is not a lawyer.  This is her first

17   time being deposed.  This is a lot to ask someone who is in

18   the room with the rapist for the very first time, she hasn't

19   seen him for a year, and she is supposed to getting to

20   Mr. McDonald on her back legs and yelling at the guy.  That

21   would have been great if that would have happened.  I would

22   have enjoyed seeing that.  That is a lot to ask a victim of

23   sex trafficking in a room filled with Mr. Rubin and his

24   lawyers.

25            Again, Natasha said that it was the first time she

1    had ever been deposed.

2            Let's go to Brittany Reyes.  Brittany Reyes said

3    that she was intimidated.  You can look to the answer at 13.

4    I was being intimidated.  I was uncomfortable.  There was a

5    room full of people I didn't know.  Very close proximity.

6    This was tough.  I am not saying it was easy to testify at

7    trial, but directly we have Judge Cogan here to make sure

8    everyone behaves.  There is a lot of more space.  Look at

9    where the witness stand is compared to where Mr. Rubin is

10   surrounded by his lawyers.  When they look over here, when

11   the lawyers are asking the questions, they didn't even need

12   to look at Mr. Rubin as opposed to him being right next to

13   the camera guy.

14           Next slide.

15           I have to come back to Amy.  She went into details.

16   He picked up his chair.  He moved it as close as he could to

17   him, the camera guy, so I had to stare at him.  Then she

18   talks about Jennifer Powers.  She was on my right.  All

19   behind him there are two rows of his attorneys.  I was

20   overwhelmed.  Outside of the lawyers in the room, who

21   wouldn't be overwhelmed under those circumstances?

22           The questions being asked, they asked me if I ever

23   used a cattle prod on myself after she told them about that.

24           Mia said that it was the first time that she had

25   seen him since she spoke to Jeremy, her lawyer.

1         Brittany Hassen, who is tough but she said he kept
2    staring at me and he scares me.
3         We can move on past this.
4         The deposition designations, I put that in quote s
5    because it is a term you may have heard.  That was the
6    depositions that were played.  The little clips that the
7    defendants played.  We didn't do that.  If there was
8    something I wanted to ask Mr. Rubin and/or Ms. Powers in the
9    deposition, I asked and I did get into this.  Like
10   Mr. McDonald said I did show how they lied in their
11   deposition and courts and I will talk about that.  This is
12   allowed.  It doesn't give the plaintiff a chance to say what
13   I meant was this or that.
14        Let's talk about Brittany Hassen on June 30th.  It
15   didn't give the plaintiffs a chance to explain what had
16   happened.
17        For time reasons I did have some depositions.
18        You can go past the deposition slides.
19        If there were any I would show, it would have been
20   Amy or Brittany late in the day, exhausted.  Not
21   contradicting themselves.  Feeling badly for the choices they
22   made, but not contradicting themselves.  As I noted, a few of
23   out-of-context quotes from a deposition is nothing like
24   hearing it for yourself right here.  I got to ask questions
25   of the plaintiffs.  Two sets of defense lawyers got to ask

Summation - Mr. Balestriere                    2007

1   questions.  Lots of lawyers asking questions.  They were

2   cross-examined.  You heard everything.  The judge is deciding

3   what comes in and what doesn't come in.

4               (Continued on next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Balestriere                    2008

1  (Continuing.)

2          MR. BALESTRIERE:  So, keep that in mind, that that

3  is what you saw.

4          And did you believe them when they were just a few

5  feet away from you?

6          Did you think they made it up when they were crying?

7          Did you believe them when you had the chance to see

8  them for almost an entire day, as opposed to these snippets?

9          Next slide, please.

10          And it does bring up Mr. Rubin's poor memory.

11  Something that we really, I think, you know, saw when he

12  testified.

13          Next slide, please.

14          For one thing, there's a lot of texts in here,

15  right, about how he's plastered or drunk or doesn't remember

16  certain things like that.

17          There's plenty where he is sober and laughing at the

18  plaintiffs.  And he's a very bright guy.  He knows what he's

19  doing.  He prepared his testimony in a very smart way, and

20  I'll talk about that, but it does make us wonder --

21          Next slide.

22          -- given how drunk he, apparently, was getting, how

23  much we can even rely on his memory of what he even talks

24  about.

25          Next slide, please.

Summation - Balestriere                    2009

1          I mean he doesn't even remember meeting Amy Moore.

2    Remember he said that the fantasy is to pretend, like, that

3    you're with his girlfriend.  Well, he can't even remember this

4    girlfriend is what he ended up admitting to Ms. Powers.

5          And I do know, and we're going to come back to this,

6    what does she say in December 2016?  From my records.  You

7    know, we didn't -- were these records, were they thrown out

8    with everything else in the dungeon?

9          We see the love letters, right?  We see a few

10   photos, but I don't know what records it is that we're talking

11   about here.

12         Next slide.

13         And what did Mr. Rubin, he said he didn't even

14   remember at trial.  This is key.  The years that he saw Ms.

15   Tagai, by the way is how it's pronounced.

16         I'm not even sure I saw her in 2013 or '14.  There's

17   no records of it, but I may have seen her and paid her cash.

18   I really don't remember.

19         Next.

20         More significantly, he even says that he doesn't

21   know what was done in May 2016.  That's the second encounter

22   that Natasha complains about.

23         So, you know, I said at the very beginning, you're

24   not going to hear that Ms. Powers was in the room, right?

25   You're going to be hearing from seven witnesses about what

SAM      OCR      RMR      CRR      RPR

Summation - Balestriere                     2010

1   took place in these forced sex encounters.  There's twelve

2   forced sex encounters and I'll go over it.  Brittany has four,

3   Natasha has three, and then it's essentially one, outside of

4   the Amy return that time.  Right?

5           But that's actually not true.  It turned out that

6   sometimes you're just hearing from the plaintiffs about what

7   took place in some of these encounters.  So, he just knows

8   generally it was consensual, but this man who was plastered

9   all the time, who conformed his testimony to the texts that he

10  saw, doesn't even testify about some of the details here.

11          Next slide, please.

12          Here I even asked him:  Now, I take it -- now, this

13  is on direct -- I take it from your earlier testimony you

14  don't specifically recall whether she had a gag in her mouth

15  on this occasion, but there were occasions in which she did.

16          Yeah, I'm sure we used them at some point in time.

17          He doesn't remember details.

18          Next slide, please.

19          In fact, when he's talking about the June 2017

20  forced sex occurrence or encounters, we've been using that

21  term, with Natasha, look at what he says:  It's kinda weird.

22  I'm not sure.  It says June 13th, 1:08 a.m.  You know, I don't

23  know how it was retrieved off our phones, but this was from

24  June 12th, so it's around that time.

25          He doesn't even remember the details of that.

Summation - Balestriere                    2011

1              Next slide, please.

2              Again, you want to talk about Brittany Hassen.  I

3    don't have a recollection, you know.  Did I tie Brittany?  I

4    know it's been talked about.  Did I tie Brittany?  Were we

5    naked?  Here we -- I don't recall that.  So, he doesn't even

6    remember some of the details.

7              Next slide, please.

8              In fact, with regards to Mia Lytell and Amy Moore,

9    who can largely corroborate each other on August 2016, the

10   reason why I say largely is that Mia said that she thinks she

11   was punched in the head for 40 minutes and went in and out of

12   consciousness, but Amy testified about that and Mia testified

13   about that.  Let's look at the questions to Mr. Rubin:

14             Did you even engage in a BDSM encounter with the two

15   of them?

16             Yes.

17             Next question:  When you were finished with the

18   encounter, what happened?

19             This is the details that we get from Mr. Rubin.  We

20   have two other plaintiffs, two witnesses talked about what

21   happened on August 2016, but not Mr. Rubin.

22             Next slide, please.

23             And, in fact, Mr. Rubin says:  Regarding December,

24   during her testimony she said the Russian Tea Room and it

25   could well have been, but I don't have that memory.  I don't

1  have that memory.

2         Next slide please.

3         He doesn't even remember the details of the sex

4  acts, the forced sex acts that Amy Moore testified about,

5  which, again, I'm going to have to go through with you.

6         We went out to the condo.  I'm sure, you know, we

7  opened a bottle of wine and then we had our sexual encounter.

8  That's it.  That's all we get.  No, he doesn't say, you know,

9  I used this this way or I did this that other way.

10         With Emma even in --

11         Next slide, please.

12         He notes.

13         Next slide.  Thank you.

14         It's possible that's right.  This is about the rape

15  of Emma.  He comes into the room, he slaps her.  He drags her

16  into the dungeon room, red room, he forces himself on her.

17         Emma remembers it, but what does he say:  It's

18  possible that that's -- that right, that I just walked in.

19  Maybe I slapped her.

20         So, his memory isn't even that great.

21         Next slide.

22         In fact, perhaps, the most harrowing encounter you

23  hear from Brittany Hassen:  I don't have any memory of what

24  exactly we did.

25         That's what -- we see him talk about her being

Summation - Balestriere                    2013

1   bruised the next day, we're going to talk about that, but as

2   he wrote:  And I don't have, like, a specific memory.  As I

3   was saying, but it just -- it was fine.

4           I mean he's sure to say that, right?  It was fine.

5   I know I didn't do anything wrong, I just don't have any

6   memory of it.

7           Next slide, please.

8           This is another defense.  It's a case in which the

9   six plaintiffs were told and knew full well what they were

10  getting into.  This kind of mix and match, mushing things

11  together.  Again, that's simply not true.

12          Next slide.  After this one, too.

13          I'd ask you to keep in mind, you can think you're

14  getting into one thing, and then it becomes another.

15          Mr. Grover talked about being at the Yankee game,

16  right?  I am here.  I am consenting to being at this Yankee

17  game for nine innings.  But, you know, I'm sorry, but the Mets

18  were pitching, all right, after the third inning I'm out of

19  here.

20          You can start something and then choose not continue

21  to go through with it.  I mean it could be an inning or,

22  rather, a baseball game, or it could be a sexual encounter.

23  And that's what we hear a lot of here.  No one said that they

24  were dragged into the apartment, and there is no requirement

25  that it worked that way.  It's that force be used to make them

Summation - Balestriere                2014

1   engage in specific sex acts.  Sex acts for money, and that's

2   what the evidence has shown.

3            A consent for a given act, itself, has boundaries.

4   And as I note, you can consent to one thing and not another.

5            Next slide, please.

6            Now, with regards to Natasha, let's remember, until

7   October 2015 she had been fine with things.  Maybe she was

8   psychologically manipulated before then.  It does seem like

9   that from what see said, but there's not a claim here for

10  psychological manipulation.

11           But then in October 2015 is when we have the forced

12  sex act.

13           Next slide.

14           Brittany Reyes -- sorry, go back to Natasha.  I

15  didn't make my point, forgive me.  So, she didn't know full

16  well what she was getting into.  It had been consensual up to

17  that point.  So, there's nothing to know:  Oh, now I know he's

18  going to go over the line.  Tonight I know he's going to go

19  over the line.

20           Next slide.

21           Brittany Reyes, this is the guy who has the dungeon.

22  And from that we're supposed to say, okay, Brittany Reyes, who

23  admitted that she was doing drugs and otherwise made herself

24  vulnerable that evening, she knows exactly what's going to

25  happen.  She knows that she's going to be, I believe her

Summation - Balestriere                    2015

1   testimony was, essentially, tied in her wrists, tied at her

2   ankles, not free to leave, with a ball gag in her mouth, and

3   then penetrated against her consent because, it says, this is

4   a guy who has a dungeon.

5           Next slide.

6           With Amy Moore they've supported -- and Mia, oh,

7   Steph Shon, she gave all these details.  Really?  Why was

8   Steph Shon not brought here?  Goodness knows, there's enough

9   people in this courtroom that Mr. Rubin has brought with him,

10  why didn't he put Steph Shon up there for me to cross-examine

11  her?  Right?

12          Well, we have snippets, again, from her deposition.

13  All we have that talks about what happened is Mia and Amy and

14  what they were told.

15          Next slide, please.

16          And, you know, we get this.  These texts are laying

17  out, you know exactly what's going to happen because Mr. Rubin

18  said:  Do you know what you're in for?  That means that you

19  know that you're going to be tied up, not free to leave,

20  punched in the back of the head, penetrated?  From this?  Oh,

21  but that's right, Steph Shon.  Friends, Steph Shon.  She said

22  something, but we don't hear from Steph Shon, do we?

23          Next slide, please.

24          What -- instead, that's right, we get the more

25  detail of it's total BDSM.  Whatever in goodness name that

Summation - Balestriere                    2016

1    means.  Right?

2            I mean we've heard different things about what

3    people knew of what BDSM was or not.  Who knew it and when.

4    But I suppose you're supposed to know what BDSM is, then total

5    BDSM brings us to another level.

6            I'm going to talk about how Mr. Rubin lied when he

7    said that he likes to lay it all out, but what is he laying

8    out here?  Total BDSM?

9            Then we see this smile face.

10           Next slide, please.

11           And what did -- Mr. McDonald this morning even noted

12   about the smile face.  Yeah, I'm not sure whether she's

13   addressing the text on beat or the viceroy.

14           So, again, you go through these texts, it's going to

15   be clear that things are not anywhere near as clear as they

16   like to say.  That there isn't this notice, that there's not

17   all these details being given.

18           Next slide.

19           Amy, herself, even talked about smile face at the

20   bottom here.  It's a smile face.  I don't know how to explain

21   a smile face.  But more, if you go up on the third line, it's

22   11:  It popped up and I just sent a smiley face so they knew

23   that I was responding.  I didn't -- I didn't think -- I didn't

24   remember sending that smiley face.

25           It's not:  Yes, sir, I understand, by total BDSM the

1    following nine different things were going to happen.

2           Next slide, please.

3           Now, with Emma, she did see him a lot.  But let's

4    talk about what leads up to her fourth encounter when she was

5    forced to have sex, where she knew full well what she was

6    getting into.  Right?

7           The first time, again, he's good, and Jennifer

8    Powers, Mother Hen, Mother Jen, I'm going to come back to

9    that.  She's good, too.  They make her feel bad because he

10   uses this dildo on her and she bleeds from it.  Not clear if

11   she was, I have to use direct terms, she was menstruating or

12   somehow he had hurt her, but they make her feel bad about it.

13   She comes back, the fragile one, remember.  And he brings up

14   that she knows she was abused.  She even testifies she doesn't

15   even know if this is true.  She felt manipulated.

16          The third time they just stayed at the apartment

17   just to talk about how she was abused.  And think about this,

18   unless you're going to think that Brittany Hassen and Emma

19   Hopper lie about this, Brittany Hassen talks about how years

20   earlier Rubin asked her the same thing.  This -- this is not a

21   judgment, all right, on anyone's sexuality, but this shows how

22   good this venture is at exploiting vulnerable women.

23          So, that the fourth time he rapes her.  And, again,

24   maybe we can wish that she didn't put herself in that risky

25   situation, but it doesn't mean it's okay for him to rape her,

Summation - Balestriere                              2018

1    nor did he say:  I will rape you.

2         Let's go next to Brittany Hassen.

3         So, I said this at the beginning, that you're not

4    going to see any real explicit language from Mr. Rubin after

5    he's really explicit with Brittany Hassen in June 2014.  And

6    what I have here, I know it's a little small, I don't want to

7    take too much of your time on this, is in September of 2011 he

8    is explicit.  And, in fact, we have years before he engages in

9    another forced sex act, at least that we're aware of at this

10   trial.  Right?  And it's almost four years before we see

11   anything with anyone else.

12        But at this time he does say:  There's bondage.

13   There's spanking.  He goes into detail.  But what else does he

14   say?  I can guarantee, though, that you will feel safe.  And

15   this is at the same time --

16        Next slide.

17        -- that Brittany testified to you that Tracy, a one-

18   time friend of Mr. Rubin, again not here, she says she's told

19   to say by Tracy that she would agree to it.  But she notes, I

20   didn't say I would agree, I just said she told me what to say.

21        And Mr. McDonald seems to make an argument that she

22   knew full well what she was getting into because she was a

23   prostitute.  Really?  There's no BDSM dictionary that's been

24   presented to you or, frankly, any evidence that being paid

25   money for sex means that you know all of these details.

SAM      OCR      RMR      CRR      RPR

Summation - Balestriere                    2019

1          Next slide, please.

2          We do see, again, an explicit text or e-mail in

3    August 2013.  Brittany doesn't go after that time.  She says

4    that she's scared.

5          Next slide.

6          And there's some discussion about how:  Oh, this is

7    all role playing, but that's never told to the victims.  You

8    don't see the word role playing to them.  It's role playing

9    and this is how this should be.

10         Next slide, please.

11         Now, Mr. Rubin says that he wants the women to

12   understand.  And so, one, you want -- I wanted to make sure

13   the woman -- I think maybe it was supposed to be women --

14   understand, understand what's going to occur.

15         Next slide.

16         And what Mr. Rubin says is:  Bang.  Right at the

17   top, this is of the NDA, as explicitly as I thought it could

18   say.  This is a guy who went to business school.  Mr. McDonald

19   said he was a bond trader.

20         Would he write contracts this vague regarding the

21   work that he does?

22         Well, it's not his physical well-being, is it?

23         This is not that explicit.  I'll come back to the

24   NDA in a minute.

25         You're about to engage in BDSM, which the NDA

SAM        OCR        RMR        CRR        RPR

Summation - Balestriere                    2020

1   doesn't even say.  We'll look at it in a moment, it does not

2   say BDSM, hazardous injury.  And according to Mr. Rubin, this

3   very bright guy, he's probably seen a lot of contracts in his

4   career and a lot more than all the plaintiffs have combined,

5   says, that:  You know, it's a 110 percent check that a woman

6   knew what was about to happen.

7                Well, let's look at the NDA.

8                Next slide, please.

9                I have voluntarily -- forgive me, because you heard

10  me read this so much the first week.  I have voluntarily

11  agreed to engage in sexual activity with Rubin, including

12  sadomasochistic activity that could be hazardous and on

13  occasion cause injury to my person.

14               First of all, any of us that have kids that have

15  brought them to paint ball or goodness knows what, we see this

16  kind of language about possible hazardous injury.  It's not on

17  occasion either, is it?  It's every single time.  But

18  Mr. Rubin said it said BDSM.  No, it doesn't.

19               What's the B supposedly stand for, bondage?  That's

20  not there.  The D, discipline, which I guess means hitting or

21  things like that; that's not there.  It's sadomasochistic

22  activity.  Not defined.  This is his 110 percent check.  This

23  is what he wants you to believe.

24               And there's a lot of debate about this, you can call

25  it a consent agreement.  Mr. Rubin, himself, on direct was

1    asked by his own lawyer:  How did you come to use the NDA?

2            And he starts to say:  I started using the

3    consent -- I guess they wanted that to be the word, NDA form

4    in the fall of 2014.  So, he called it an NDA as well.

5            Next slide, please.

6            Now, they all knew it was something sexual.  I'm not

7    saying that they thought that they were just going to be going

8    there for a walk in the park, but they didn't know the extent

9    of it.  So, again, they may have consented to some particular

10   commercial sex acts, getting dressed up, maybe getting tied up

11   for fun, even sex -- though, I'll comment on that in a

12   moment -- but does that mean that they consented to everything

13   that happened?

14           The judge is going to give you the law, but we have

15   common sense notions about what consent means.

16           Forgive me, this is later on in my deck here, but I

17   say, imagine you have some young -- you know, I'm old enough

18   to say this, especially with several children, you have a

19   couple of kids and they're out on a date and there's kissing

20   early on.  Oh, so then they consent to everything that

21   happened after that?

22           Well, then why do we use the term date rape?

23   Because that's not how consent works.  That's not how consent

24   worked here.  They consented to some things, but not

25   everything.

Summation - Balestriere                    2022

1          And I do want to note, there's nothing -- I don't
2    believe there's anything in the record that they actually
3    consented to penetration on any of these occurrences.  So, the
4    judge will instruct you on what the law is, but it's not
5    penetration.  It says a commercial sex act.
6          Next slide.
7          And even Mr. Rubin agrees that consent can be
8    withdrawn.
9          But would you agree that even if they agreed to some
10   kind of sex at the beginning, they could have said no at some
11   point, right?
12         And he agrees and says:  Correct.
13         Next slide.
14         Not to beat a dead horse, but they were allowed to
15   change their minds.  Consent is not permanent.  You might get
16   consent to certain activities and not others.
17         Next slide, please.
18         But with regard to this supposed defense that they
19   knew what they were -- full well what they were getting into.
20   You don't see anything where Natasha is told she's going to be
21   violated by a pool cue.  You don't see anything by Brittany
22   Reyes as she's told she's going to be tied up and not free to
23   speak or leave.  You don't see anything said to Amy Moore that
24   she was going to be electrocuted; to Mia that she was going to
25   be placed face down and punched in the back of the head; to

1  Emma that she was going to be slapped, dragged and then raped;

2  to Brittany Hassen that she was going to be handcuffed and

3  raped in public.

4          Next slide, please.

5          So, I do want to talk a little bit about how this

6  venture worked.

7          Next slide.

8          Because I think it's meaningful to show how good

9  they were at what they did.  This is the penthouse.  We saw

10  it, that middle bedroom there, you know, on the angle, that's

11  the so-called red room.  But here's some furniture that was

12  outside.

13          Next slide.

14          We saw too many of these photos.

15          Next.

16          About what was left that they showed us photos of,

17  because they destroyed everything that was in the red room.

18          Next slide.

19          And here, I may be coming back to this, this kind of

20  shows everything that we've seen thus far.  This is not in

21  evidence.  This is what lawyers would call something to

22  demonstrate to you, a demonstrative.  But we see early on that

23  the times with Brittany Hassen, she's in blue.  Then

24  January 21st, 2015, that is when Mr. Rubin asks Natasha to

25  sign the NDA.  If you look above the line, September 25th,

Summation - Balestriere                    2024

1   2014, just before that in blue, the second blue box there,

2   Ms. Hassen signs the NDA on September 25th.  It's after that,

3   that you see things really begin to pick up.  And we have the

4   different incidents that I am going to go through with you

5   here ending with, what, August 2017, Ms. Lytell, Mia, she ends

6   up telling her lawyer Jeremy the truth.  About a month later

7   Jennifer Powers certainly with The Boss Man, as she calls him,

8   knowing what's going on destroys the furniture and everything

9   else.  And then about six weeks later the complaint is filed.

10          Next slide.

11          As noted, The Boss Man.  He's part of the venture.

12   You actually see this term a lot.  Very clearly, Mr. Rubin

13   signs off on everything.  He ends up deciding what people get

14   paid, when they get paid, who is going to come.  This is

15   important to keep in mind.

16          Next slide.

17          They only used women recruiters.  Mr. Rubin admitted

18   this.  I mean, why?  You heard a few of the plaintiffs say, it

19   made them feel comfortable that it was -- maybe they shouldn't

20   have been, but there was some other woman that was reaching

21   out to them.  It wasn't some guy out of nowhere and you wonder

22   what's going on.

23          Next slide.

24          They had lots of drinks at fancy restaurants.

25   Again, the plaintiffs were not wealthy.  Generally, not from

SAM     OCR     RMR     CRR     RPR

1    New York and they're brought to this nice penthouse.  They get

2    to go to a fancy rooftop restaurant.

3              Next slide.

4              And that's the point, they targeted vulnerable

5    women.

6              Now, Mr. Rubin's counsel in -- he said almost

7    exactly the same words in his opening and his closing.  The

8    plaintiffs were not seeking pleasure, they were seeking money.

9              Well, who else is the victim of sex trafficking?

10             It's not the successful or the wealthy.  We're not

11   saying that the venture said, I want to find Brittany Hassen

12   and go after her.  But you heard how it worked.  I mean these

13   blast e-mails or Instagram messages that would go out to

14   different models and those that responded, they would be the

15   vulnerable ones that they would lure in.

16             Next slide.

17             What did Mr. Rubin's lawyer say?  There were plenty

18   of other willing women out there for BDSM sex for $5,000 a

19   pop?

20             So, why didn't Mr. Rubin do that.  Right?  He gave

21   you the girlfriend excuse, and I'll talk a little bit more

22   about that in a moment, but this is the point.  He didn't need

23   to traffic women unless that's what he wanted to do.  He

24   wanted to bring women, who were vulnerable, out of their

25   element, who didn't have friends or others to go to.  In fact,

Summation - Balestriere                    2026

1  I can even show it to you, there's a text where when Mr. Rubin

2  doesn't quite remember Amy, he's like, oh, is Amy in New York?

3  It seems like he doesn't want anyone from New York.  He even

4  has concerns about Brittany Hassen initially because he thinks

5  that she's living in New York at the time.

6           Next slide, please.

7           And he talks about having discussions, but he admits

8  that he got them drunk, and there's no written explanations in

9  any detail after 2014.

10          When he says he would sit down and have another

11 discussion about what was happening and rung a bell that the

12 women would understand something unusual was about to happen.

13 You don't see any text that he sent to them there.  You don't

14 see another page to that NDA where they're checking off the

15 things that would go.  Why not?  Because then they may say:

16 Whoa, whoa, if that's what you're gonna do, no, I want to get

17 out of here before I get too drunk, before you tie me up,

18 before you put a ball gag in my mouth.

19          Next slide.

20          And he -- you know, he said that he got offended

21 when women asked for -- for money.  And he notes that maybe

22 that was a little bit egotistical.  Yeah, maybe, maybe that's

23 the point.  He liked having this power over these vulnerable

24 women.

25          Next slide.

Summation - Balestriere                    2027

1           And as I noted, he even asks whether Amy lives here.

2           Next slide.

3           Rubin does admit that he would pay less money if the

4    women would complain sometimes.  You know, he says if the

5    woman says, you know, in some fashion I've had enough, you

6    know, it might be 3,000 or 3500.  This is directly consistent

7    with what Natasha says.

8           Next slide.

9           That when things were not as good and when she got

10   raped, she did not get paid as much.

11          And I even asked him, those submissives on this

12   eros.com website, they generally cost a lot less than $5,000

13   per night, right?

14          Remember, he's flying women in.  He had the money

15   and the ability to do this in another way.  Jennifer Powers

16   might not get paid.  It might have been a little simpler.  She

17   was paid $15,000 a month.  You start doing the math on that

18   over the years about how a million or more was spent on this

19   venture.  But he could have gone this way, he didn't want to.

20   He said it was egotistical.  He wanted to have the power over

21   these women.

22          Next slide, please.

23          We're talking about the venture here, right?  Using

24   the finders, the penthouse, and The Boss Man.  Then we have

25   Mother Jen, the psychologist.  So, she's essential for making

Summation - Balestriere                          2028

1   flights, for getting flights and for paying people.  I mean

2   not really.  Right?  You could have had somebody else doing

3   that.

4           But wait a minute, why do you pay somebody $15,000 a

5   month to buy a few flights and to pay people money?  I mean

6   because you're trying to be careful.  Right?  You're paying

7   someone $180,000 a year to do this kind of work.  It shows

8   that Ms. Powers knew that something was up.  But this is why

9   she was essential.  She was their psychologist, Mother Jen.

10          Next slide, please.

11          And we see a little bit of that in Mia in October.

12  This is when there was the arrest.  When she said that she

13  was, you know, very scared.  Oh, Jesus Christ, from what?  Are

14  they keeping you overnight?

15          Jen was there, Jennifer Powers was their

16  psychologist right here.

17          Next slide, please.

18          And even here you see how well it works that Mia

19  says she feels bad for Jennifer Powers the day after that.

20  She was very good and she was essential.

21          Next slide, please.

22          And she knew.  I mean here you have her going back

23  and forth in November 2015 with Loredana talking about who?

24  Natasha.  And she even admits, that's the -- she's the gal who

25  is the most normal.  She has tears in her eyes every time I

Summation - Balestriere                                    2029

1   see her.  So, it's not as simple as just getting flights and

2   there's nothing that's going on.  She knows what's going on.

3            Next slide, please.

4            And, in fact, we see, again, Loredana and Jennifer

5   Powers talking when?  June 13th, 2017, after the phantom

6   forced sex encounter, the way the defense lawyers argued this

7   morning, and she even says:  Natasha isn't too happy.  And

8   Loredana says:  Yeah, I know, I feel bad for Natasha.  This is

9   the day afterwards when Natasha said that she texted

10  Ms. Powers in some way, but those texts aren't there.

11           Now, Natasha, let's remember, she said that she lost

12  her phone.  So, the texts that we saw, they came from Jennifer

13  Powers's phone.  She did not produce them, to use the lawyer's

14  term.  Right?  And you've already seen evidence that Jennifer

15  Powers maintained records, but destroyed a lot of things too.

16  It's pretty easy to believe that she might have at the time

17  said:  Ooph, these are bad texts to have in my phone.  Let me

18  get rid of them.

19           Next slide, please.

20           And where are the texts when Natasha says she isn't

21  too happy?

22           Next slide.

23           And this, we've seen this a lot because it's

24  important.  It shows in January 2016, this is the time that

25  Emma was raped.  Jennifer Powers jokes:  You beat a hot girl

SAM      OCR      RMR      CRR      RPR

Summation - Balestriere                    2030

1   and got laid, what's there to get upset about?  They're

2   laughing about what took place.

3                Next slide.

4                We see more having fun in August 2016, where they're

5   enjoying what's going on.  What does Jennifer Powers say at

6   the bottom:  Yes, just fun girls that you can let go with.

7                Next slide.

8                And we see how far he let go and maybe admitted this

9   as time went on.  This is September 2016, where he ends up

10  saying that it got rough, fun rough, but rough.

11               He's admitting this to Jennifer Powers.  She knows

12  what's going on.  Certainly, he knows what's going on.

13               Next slide.

14               Because he says in real detail:  It got really

15  rough, Jen.  We need to be, all caps, very, very, very nice.

16  And as if to emphasize, very important, trust me, very

17  important.

18               Next slide.

19               But as we saw the finders, they downplayed the risk.

20  So, not only were the finders women in his venture, they

21  downplayed the risk.  This is another feature of this.  And

22  this is, with respect to my client, this is Mia where she's

23  downplaying the risk to others.  This is one of the few times

24  Mr. McDonald and I are going to agree.  Yeah, she tried to get

25  women and she downplayed the risk.

Summation - Balestriere                          2031

1          Next slide, please.

2          We see this, again, in this one here as well.

3          The next slide.

4          But there's some testimony about how Mr. Rubin

5   didn't really know that they were as badly injured as they

6   were.  And, in particular, that supposedly Brittany Hassen

7   wasn't injured in early June 2014.  This is the next day, he's

8   texting her:  Oh, my God, aren't you bruised?

9          And she says:  Yeah, badly, but it's okay.  I --

10  it's sad, I mean really -- but it's okay, I put tons of

11  Dermablend on.  It should be okay.

12         So, he knew what was going on.  Now here, forgive

13  me, I'm going to have to be a little bit specific --

14         Next slide.

15         -- as I go through each victim's story because

16  that's our burden, to show you that the plaintiffs were forced

17  to engage in commercial sex acts.

18              THE COURT:  Mr. Balestriere.

19              MR. BALESTRIERE:  Yes.

20              THE COURT:  Before you start this part of it, if you

21  don't think you're going to be done in half an hour, then I

22  think we should take a fifteen-minute break.

23              MR. BALESTRIERE:  I don't believe I'll be done in a

24  half hour.  I'm sorry, Your Honor.

25              THE COURT:  Okay.

Summation - Balestriere                    2032

1          I do want to finish this tonight, ladies and

2     gentlemen, so we are going to keep you a little longer until

3     Mr. Balestriere finishes this closing argument, but let's take

4     just a ten-minute convenience break right now and we'll come

5     back here at 4:20.

6               MR. BALESTRIERE:  Thank you, Your Honor.

7               (Jury exits.)

8               THE COURT:  Have a seat just a minute, please.

9               Mr. Balestriere, there is a couple of things you

10    said during the argument that I think are misstatements of the

11    law, but are not addressed in the instructions as I have

12    ordered them.

13              What I am concerned about particularly is you made

14    it seem to the jury, in fact, you argued expressly, that, oh,

15    lawyers don't have to prepare, it's just a deposition.  So,

16    the witnesses, of course, aren't prepared.  You didn't use

17    those exact words, but that was the message.

18              And that's wrong, and the jury doesn't have the

19    ability to know that's wrong.  In fact, I have to tell you

20    having watched these depositions, the only explanation for

21    how -- not the only explanation, but the most likely

22    explanation for how little your clients knew is either you

23    didn't prepare them enough or they weren't capable of being

24    prepared.

25              So, to say to the jury, well, it's just a deposition

Summation - Balestriere                    2033

1    gives the jury a distorted position on what the practicalities

2    of a deposition really are.

3         And the other thing you said was that what are you

4    going to do if you feel the deposition is intimidating because

5    they've got two rows of lawyers?

6         I mean, Mr. Balestriere, I can assure you, had you

7    called me on the phone and said:  They've got two rows of

8    lawyers, my clients are claiming they've been raped, they're

9    under a hot spotlight and they've never had their deposition

10   before, can't we cut down the number of lawyers?  I would have

11   cut it down to three.  And you told the jury there was nothing

12   you could do about that, and that's also wrong.

13        So, at the end of the day we're going to talk about

14   some curative instruction, if the defendants want it, for

15   those misstatements.

16        But in the meantime, I wanted to tell you that now

17   so you don't go any further down that path.

18        MR. BALESTRIERE:  Understood.

19        THE COURT:  All right, let's come back in ten

20   minutes.

21        MR. ROSENBERG:  Your Honor, may we raise one other

22   point about that that we were going to raise later?

23        And that's that the plaintiffs' closing repeatedly

24   pointed out that Ms. Shon was absent from the trial, and

25   argued that her absence --

1          THE COURT:  We will give an equal opportunity to

2     produce any witnesses that both sides have.  There was an

3     instruction on that.  Okay, ten minutes.

4          MR. DOLAN:  Judge.

5          THE COURT:  Yes, Mr. Dolan.

6          MR. DOLAN:  What he said was we didn't produce her

7     here on the witness stand.

8          THE COURT:  Right.

9          MR. DOLAN:  This is a woman who lives in Atlanta,

10    Georgia.  Subpoena power of this Court does not run to

11    Atlanta, Georgia.

12         THE COURT:  Yes, but you could have had a video

13    deposition, if you wanted it.

14         MR. ROSENBERG:  She was deposed and her deposition

15    was read.

16         THE COURT:  Okay.

17         Mr. Balestriere, that's misleading, right, to say

18    they could have called her as a witness here.

19         MR. BALESTRIERE:  Well, I mean my view is there's a

20    lot of -- it's not just a third-party witness.  There's been a

21    lot in their questions about how she --

22         THE COURT:  In your case, you could have called her?

23         MR. BALESTRIERE:  Agreed, Your Honor, but I didn't

24    think that she would help our case, so I chose not to.  But if

25    they chose not to call her, so I could not --

1           THE COURT:  Look, I really don't think that's fair,

2     but we'll talk about what to do about this after we finish

3     your closing.  Just be on notice that there is a couple of

4     issues the way you're arguing this.

5           MR. BALESTRIERE:  Understood, Your Honor.

6           MS. LAVIGNE-ALBERT:  Your Honor, there are also, I

7     believe, three --

8           THE COURT:  Look, one attorney per side.  We are

9     going to talk about this later.  If there's more corrections

10    that have to be done, I'll do them.  But Mr. Balestriere has

11    been given notice of the things that are of concern at the

12    moment, and that's all I wanted him to do right now.  Okay?

13          MS. LAVIGNE-ALBERT:  My concern is that there's

14    evidence that's being shown to the jury that's not in, at

15    least three sets of text messages.

16          MR. BALESTRIERE:  Your Honor, if I may I address

17    that?

18          We went over everything by Friday, meaning our

19    colleagues and them, to confirm that we had a set of exhibits.

20    That's where I grabbed everything from.

21          MS. LAVIGNE-ALBERT:  Well, we're probably not

22    looking at the same set.

23          THE COURT:  Okay, look, you are going to have to

24    talk about this tonight, see if you can come to an agreement.

25    If not, we'll go back to the transcripts, see what's admitted

Summation - Balestriere                      2036

1    and what's not admitted.  And if I have to give a corrective

2    instruction on that too, I will.

3              MS. LAVIGNE-ALBERT:  Thank you.

4              MR. BALESTRIERE:  Thank you, Your Honor.

5              (Judge BRIAN M. COGAN exited the courtroom.)

6              (Recess taken.)

7

8              (Continued on the following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURTROOM DEPUTY:  All rise.

2          THE COURT:  Let's get the jury back.

3          (Jury enters the courtroom.)

4          THE COURT:  All right, everyone be seated.

5          Mr. Balestriere, let's finish up.

6          MR. BALESTRIERE:  Thank you, Your Honor.

7          I'm sorry, Your Honor, one moment.

8          THE COURT:  Wait, one second.  You need the

9     overhead?

10          MR. BALESTRIERE:  Yes, I think my colleague's just

11    getting it ready, but I can get started.

12          THE COURT:  I just want to make sure we're okay on

13    the power.  Okay, go ahead.

14          MR. BALESTRIERE:  Thank you.

15          So like I said, I now need to discuss each

16    plaintiff's story here.

17          With Natasha Tagai, there's three forced sex

18    encounters.  You've heard these dates.  October 2015, May

19    2016, June 2017.  I'm going to have to go through each of

20    them.

21          So October 1st.  That's where Mr. Rubin shoved the

22    pool cue.  And then forgive the direct language, in

23    Ms. Tagai's vagina, and continued to penetrate her even after

24    she told him to stop.  Right there is a transcript reference.

25          And then the next slide.

Summation - Balestriere                    2038

1          May 2016, Mr. Rubin used leather cuffs to restrain

2     her and then whipped her vagina over and over again.

3          And then in June 2017, he restrained Ms. Tagai,

4     placed a ball gag in her mouth, and then put clips on her

5     nipples without her consent.

6          Next slide, please.

7          As you noticed this, she did testify that she was

8     texting Jennifer Powers about this.  We discussed this a

9     little bit earlier.

10         Next slide.

11         And there's been some discussion about how sometimes

12    the plaintiff's stayed in the penthouse after being forced to

13    engage in nonsexual acts.

14         Ms. Tagai knew the way Mr. Rubin operated:  I stayed

15    because I knew he wasn't going to be coming back because he

16    had to go home to his wife.

17         Next slide.

18         There was some discussion this morning about how

19    Natasha broke down when she saw the machine that it was

20    acting.  Let's remember by the time of the photo shoot she had

21    not yet been raped.  A lot of discussion.  Oh, photos were

22    taken on these machines.  But she had not yet been raped.

23         Next slide.

24         There's also some discussions about these happy

25    Instagram posts.  And these you can see, again, are in

Summation - Balestriere                    2039

1    June 2017.  There seems to be theme sometimes that bad things

2    happened to the plaintiffs.  They were never allowed to show

3    happiness again, or do anything to make them happy.

4              Next slide.

5              Ms. Tagai, you know, is allowed to put up some nice

6    posts on Instagram.  She said that that's what she did.

7              I'm going to touch on this with all the plaintiffs.

8    How we need to show that the sex trafficking was in or

9    affecting interstate commerce.

10             So we have all the payments to Natasha.  She flew

11   here and there were these payments by PayPal and Venmo.

12             Next slide.

13             So here are the lists.  So I'm going to go with

14   Natasha about October 1.  The one in orange, and the 2015.

15   Start there.

16             Next slide.

17             And here's where I have to go through some of this

18   testimony.  I'm sorry.  Regarding some of the details.

19             And there you see at page 25, going on to the next

20   page:  Did he ask you -- go back, please.

21             Did he ask for you permission to put the pool cue

22   inside you?

23             Answer:  No, he did not.

24             Did you consent to that?

25             Answer:  No, I did not.

1        Did you ask him to stop?

2        Yes, I did.

3        Next slide.  Seventeen, there.  This is all the

4   yellow highlighted.

5        Did you consent to being tied up?  She cried at that

6   point where she said I'm sorry.

7        She answered:  No, I did not.

8        Did you consent to being dragged?

9        No, I did not.

10       Next slide.

11       Then with regards to the cuffs that were used on

12   her:  Were you able to pull your hands through them once they

13   were put on you?

14       Again she testified:  No, I was not.

15       Next slide.

16       And here, again I'm sorry, I have to go through to

17   the detail.  She talks about not having a little whipping toy

18   that he used, and he would repeatedly hit me in my vagina over

19   and over again.

20       Similar questions.  Whether or not there was consent

21   for each of these individual acts?  She said there was not

22   consent.

23       Next slide.

24       Again, the yellow highlights.  He punched me in the

25   stomach, and hit me in the face.

Summation - Balestriere                    2041

1          I asked similar questions:  Did you consent?  No.

2          And when I asked how long that he, Mr. Rubin, was

3    hitting her while in the device?  She said probably around 45

4    minutes.

5          Next slide.

6          So what you heard in the testimony, is that when

7    these events and different specific sex acts took place, there

8    was no consent.  And on the left we list the force that was

9    used.  Physical, or restraints, or whipping and punching.

10          Now, Mr. Rubin said that there was no sex because he

11   did not penetrate her, but the Judge will instruct you on

12   this.  It's commercial sex acts.  There does not need to be

13   penetration, but there has to be force for the different

14   commercial sex acts.

15          Next slide, please.

16          So that was October 1st on the bar in the middle.

17   Next I'm going to go to May 5th, 2016.

18          Next, please.

19          Again, I have to go through these.  This is what we

20   need to show.  That there was no consent for individual sex

21   acts.

22          Did he ask your permission to put the clothespin on?

23   No.

24          She said she didn't speak.  I asked if she

25   consented.  She then cried, I believe, and she said:  I'm

Summation - Balestriere                    2042

1   sorry, no.

2          And I asked:  You just testified, why couldn't you

3   speak?  The yellow highlight.  Because I had a ball gag in my

4   mouth.

5          Next slide.

6          So here again the force was that she was clamped.

7   There was, again, no consent.

8          Next slide.

9          Now go to, really the last forced sex encounter that

10  we have, June 2017.

11         Next slide, please.

12         This is the one where Mr. Rubin said that he stormed

13  out.  In fact, Ms. Tagai agreed that he did storm out.  But

14  that doesn't mean that she wasn't forced to engage in certain

15  sex acts before he did.

16         Next slide, please.

17         Similar question.  Were you able to speak?  No.

18         Were you free to leave?  She said she was tied up.

19  No.

20         And then line 11:  Did Mr. Rubin ask your permission

21  to use this dildo?  This kind of electric device on her.  No,

22  he did not.  What did he do with the electric dildo?  He

23  shocked me on my vagina.

24         Next slide.

25         I asked how it felt.  She said it was a painful.

1    And on a scale of 1 to 10, she would call it a 9.

2            And again, on the bottom there, she did not consent.

3            Next, please.

4            And then Ms. Moore.  He tied me up from arm to arm.

5    Leg to leg.  And grabbed -- he had this paddle-type whip, and

6    started smacking my breasts and my vagina.

7            And, again, very similar questions.  Going to go

8    over a lot here, about whether there was permission asked.

9    No.  Consent?  No.

10           I hate to say that we're like going through them

11   that you get almost used to it, but that's what we have here.

12           Next slide, please.

13           And next, then that evening, Mr. Rubin says:  These

14   girls suck.  He didn't like exactly the way Natasha was, but

15   here it seems pretty clear that he's referring to Natasha and

16   what he did to her earlier that evening.

17           Next slide.

18           And this is a photo that you have seen from that

19   time.

20           Next slide.

21           And again, the summary:  What is the force?  She was

22   shocked.  She was whipped with the paddle device.  She was

23   slapped.

24           And then we list the sex acts here.  She was shocked

25   multiple times.  There were these terrible names he called

Summation - Balestriere                          2044

1    her.  And she was slapped in the face while she's tied up.

2          I just wanted to note.  She did say that she

3    consented to initially being tied up, but not the above.

4          Next slide.

5          So then we have Brittany Reyes.  There's one

6    encounter.  She's given a safe word.  She testified that she

7    was ball gagged, without her permission, and was unable to say

8    the word.  And that Mr. Rubin penetrated her, ignored her

9    ability to say the safe word.  In contrary to what Mr. Rubin

10   testified to, she said that he did not stop for five to ten

11   minutes.

12         Next slide.

13         There was a little bit of questioning this morning

14   about how she actually was living in Washington Heights and

15   she could have gone there that night.

16         But on cross-examination, Ms. Reyes explained what

17   had happened.  That she was staying at a friend's house and

18   she couldn't go there that night because there were children

19   there.

20         Next slide.

21         With regards to what actually happened, in '17 -- in

22   '18:  Did the ball gag look like this?  She said:  Yes.

23         She testified that it was securely tied around her

24   head and she was not able to speak with the ball gag in her

25   mouth.

1          Next slide.

2          Again, we have the in or affecting interstate

3    commerce.  She flew to New York.  And she was paid by PayPal.

4    And like every plaintiff, she was harbored at the penthouse,

5    which, as I said, is the physical headquarters of the venture.

6          Next slide, please.

7          So now we're going to talk about some more details

8    of what she said.

9          Next slide.

10         She was led like to believe that she would

11   experience light spanking and fantasy role-playing.  That's

12   what she testified to.  That she was tied up.  We already

13   heard about the ball gag.  She said she was blindfolded.  She

14   was hit -- she was hit, kicked and punched and penetrated

15   while -- tied up with some kind of device.

16         Next slide, please.

17         When I asked:  Did Mr. Rubin ask for your permission

18   to tie you up?  She said:  No, not really.

19         And I said:  Well, what do you mean not really?  Did

20   he say may I tie you?  No.

21         Next slide.

22         She testified to being penetrated in her vagina.

23   And she did not consent to it.

24         Next.

25         And she said.  When you said the safe word, did

1   Mr. Rubin stop sexually assaulting you?  No.

2          And I asked:  How long it was after you first said

3   the safe word that Mr. Rubin finally stopped?  Maybe like five

4   or ten minutes.

5          Remember, she had the ball gag in her mouth for a

6   while any way, and didn't consent during that time.  So she

7   didn't consent while the ball gag was in her mouth.  And then

8   even when she gave safe word, for a little bit afterwards.

9          Next slide.

10         Here again we list the force.  What the sex acts

11  are.  And the consent.  I hate to do it in this summary

12  fashion, but these are all in the record here.

13         Her wrists were tied.  Her ankles were tied.  She

14  was ball gagged.  She was hit, kicked and punched on the head,

15  arm area, legs, and her whole body, and penetrated with a

16  device.

17         Next slide.

18         Now Amy Moore, we know that she was not penetrated.

19  Forgive me for the bluntness, in August 2016.  She was there

20  when Mia Lytell was.  Against her will.  She saw Mr. Rubin as

21  well in December of 2016.

22         This is where he talked about the total BDSM.  And

23  she came in December to receive money for her injuries in the

24  first incident.

25         Next slide.

Summation - Balestriere                    2047

1          Here's interstate commerce.  She flew to New York
2    and she was paid by PayPal.
3          Next slide.
4          And the second time she said she was seeking money
5    for medical bills.
6          Now did you believe you needed to meet with
7    Mr. Rubin to make a request for money?  She says:  Yes.
8          And when I asked her why?  Because doing it over a
9    text, it would not have gone over well.
10         Again, we can say:  What are you doing?  Why are you
11   coming back here?  This is what she testified to.
12         Next slide.
13         We heard a little bit of this in this case.
14   Remember, everyone came forward well after their encounters,
15   not likely to have them go to a doctor and see if they drugs
16   in their system, but she thought she was drugged.  Brittany
17   Hassen herself testified as well that she might have been
18   drugged.
19         Next slide.
20         And the device that was used on her, she said gave
21   me a very bad electric shock.
22         Next slide.
23         And go to the slide after that.
24         So the summary of what did happen to her in August.
25   Her feet were tied.  Her hands were tied behind her back.

1   She's smacked in the face and called terrible names.  And then

2   she was flipped over, being face down and punched in the

3   breast for five minutes while...

4           Next slide.

5           We saw the video this morning of Mia -- yeah, late

6   morning, of Mia and Amy before the incident after Rubin had

7   been drunk, and Mia giving a wedgy, and feel the pain.

8           So this is supposed to be somehow notice that they

9   knew they were getting into BDSM.  You saw the video, you can

10  see it again.

11          Next slide.

12          Amy testified.  He tied my hands behind my back.

13  Smacked me in my face and called me a cunt whore.

14          I asked:  Did he ask for permission for that?  No.

15          Next.

16          And we go into more about being tied up.  Not free

17  to leave.  And that she did not consent.

18          Next.

19          I asked how she was hit in the breast?  She wasn't

20  slapped, she said she was punched in the breast.

21          Next, please.

22          And the summary of what happened to her in August,

23  are theses that are listed here.

24          Next slide, please.

25          So that was Amy in August 22nd.  That's in the gray.

Summation - Balestriere                    2049

1    I'm going to go to the December one.

2              Next slide, please.

3              Mr. McDonald said she should have yelled at

4    Mr. Rubin when he was on the phone, say:  You schmuck on the

5    phone, you get off.

6              Again, I think we're asking for a lot from the

7    plaintiffs in the situations they were.

8              She was desperate for the money for her injuries, so

9    she wasn't going to annoy this man that at this point she said

10   she had a nice lunch with.  That was her testimony.  She had a

11   nice lunch with her.  Maybe we can say that's foolish, but

12   that did not make it okay for what came afterwards.

13             Next slide.

14             Give it in summary.  She's tied to the cross.  Ball

15   gagged.  Penetrated with a device.  Her breasts were slapped

16   and punched while she's called names.  She's penetrated with

17   what she thought was a cattle prod.  You saw her, the way she

18   reacted when the electric device was brought up to her.  And

19   was penetrated by Mr. Rubin.

20             Next slide.

21             She was asked how she got hit in her breasts.  Her

22   body.  He punched my breasts.  He slapped and punched me.  No

23   permission was given.

24             Next slide.

25             She said it was like a cattle prod, like a shocking

Summation - Balestriere                    2050

1    device.  Mr. Rosenberg approached her with this, and you saw

2    the way she reacted to that.  She did not consent to that.

3    And at the bottom she said:  It hurt very much.

4              In fact -- next slide.

5              You know, they leave the room, I didn't want to

6    remind her of this, but how did she react when she saw the

7    device brought to her?  Please don't get that thing by me.

8    Please, please don't.  Please don't.  Please don't let him do

9    that.  Please.  I'm sorry.  I don't want to see it.

10             Next slide.

11             She talks about how Mr. Rubin penetrated her.  And

12   again, at the bottom.  No permission.  No consent.

13             Next slide.

14             And this again, I'm doing this for each of these

15   encounters, what the particular sex acts that the plaintiffs

16   are complaining of.  On the left, what force is being used.

17   And that she did not consent.

18             Again, I don't need to go through it in super

19   detail, because I just did, you see it here.

20             Next slide.

21             Now Mia Lytell, we've heard a lot about her.  I

22   don't want to call it only one, but there's one encounter that

23   she is complaining.  It was in August 2016.

24             Next slide.

25             Here there's a question to her about her Instagram,

Summation - Balestriere                2051

1    and she's posing with this expert.  Do you remember this?  In

2    BDSM?

3              But she testified that she did this Google search

4    and just put it on her Instagram.  This is what this is about.

5              Next slide.

6              There was also some criticism, it seemed, that a day

7    or two after she was raped, she ate in a restaurant with a

8    friend of hers.  She wasn't quite sure where that was, but I

9    wanted to bring this up, that that is somehow proof that she,

10   in fact, was not forced to engage in sex.

11             Next slide.

12             So you see again interstate commerce.  She was paid

13   in cash that first time, but the others were by PayPal, and

14   she flew into New York.

15             Next slide.

16             So just to clarify, we are now Mia, that pink one,

17   on August 22nd, 2016.

18             Next.

19             A summary of her testimony.  She was pushed face

20   down on the ground.  She was tied up with her wrists and

21   ankles.  Tape around her mouth.  Punched in the back of the

22   head.  Punched in her ribs and breasts.  And penetrated while

23   she's tied down.

24             Next slide.

25             And, again, I hate that I'm maybe getting you tired

Summation - Balestriere                          2052

1   with this, but what is her testimony?  No permission for this,

2   to be tied up, with the tape in the mouth.  The tape around

3   the ankles.  No permission.

4            Next slide.

5            When I asked where she was punched?  She said in the

6   back of the head.  Over how long a period of time was he

7   punching you?  She said:  A long time, maybe about 40 minutes,

8   with no consent.

9            Next.

10           I remember him pushing me down, penetrating me with

11  either an object or himself.  She's been punched so many times

12  in the head, she's not sure what it is.

13           She did not consent to this.  She said she said no,

14  and Mr. Rubin didn't stop.

15           Next slide.

16           Here we have the summary.  Here's the force.  Sex

17  acts.  No consent.

18           Next slide.

19           I went to spend a little bit of time on this, even

20  though this basically has nothing to do with this case.

21           You heard that Bob Aloi was somebody that made

22  trouble.  That he was his own troublemaker attempting to smear

23  Mia.

24           It's a little bit small, blow it up on the next

25  slide.  What she says there regarding Bob Aloi:  I'm so scared

1  now.  I hate him.  I hate Bob.

2          Further down, the yellow highlight, lawyer talk to

3  Bob.  Talking about Jeremy Saland.

4          Next slide.

5          You can see a little more detail.  So this is

6  supposedly proof that she's extorting Mr. Rubin.

7          Where's the extortion?  She's joined by four other

8  plaintiffs she doesn't know at all.  There's a reference by

9  Mr. McDonald that she gets a nice lawyer in New York, I think.

10 That me and my colleagues, that somehow we're in on the

11 extortion.  But this is a lawsuit.  This is not the best way

12 to extort somebody, by bringing a public lawsuit and

13 proceeding all the way to trial.

14         Next slide.

15         And these are the full texts that you see.  They

16 made a big deal this morning about the, I guess, the eyes with

17 the dollar signs, which was not -- again, this is here, all of

18 these other texts.

19         This was not shown to Mia Lytell last Monday

20 morning.  She's shown a few select texts.  She didn't remember

21 what they were.  And you remember she came back in what

22 Judge Cogan called rebuttal, because she ended up seeing the

23 full text and was able to give this background.

24         Next slide.

25         Now with Emma, she did see Mr. Rubin for years.  She

Summation - Balestriere                    2054

1  complains of -- again, I don't want to put it this way, only

2  one rape.  But she said that she was psychologically

3  manipulated by him.

4           Next slide.

5           She said that she did not know what she was into,

6  despite what Steph Shon supposedly said to her.  And, again,

7  even if she enjoyed BDSM, she still needed to consent to each

8  individual act.

9

           (Continued on the following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Mr. Balestriere                    2055

1    (Continuing.)

2            MR. BALESTRIERE:  Next slide

3            Mr. Rubin -- she testified how Mr. Rubin asked her

4    to drink a lot of wine before he came over on January 2016.

5            Yes, she admitted that she was scared so the next

6    time she was going to come up in March of 2016, she lied and

7    said that she had meningitis.  She didn't fly up and made a

8    panicked excuse.

9            Next slide.

10           There are a lot of things you see in the payment

11   stipulation, the agreement between the parties, about when

12   Mr. Rubin paid the plaintiffs.  January 29th, 2016, she flew

13   up here and she was paid by PayPal.

14           Next slide.

15           Go to the next one after that

16           What does she say?  She was slapped by Mr. Rubin

17   without her permission, dragged by her arm into the dungeon

18   room, penetrated for about an hour, called names, and not

19   given a safe word.

20           Next slide.

21           We see some of the actual testimony here.  Again,

22   no consent.

23           Next.

24           He forced himself inside me.

25           Did you consent to him doing that?

1           No.

2           Next slide.

3           Did you ask him to stop?

4           Yes.

5           Did you say no?

6           Yes.

7           Did you consent to him doing that?

8           No.

9           Next slide

10          I clarify this.  We again can say this is foolish

11   that Emma came back, but she said she saw him the three

12   times, was kind of lured in, right, then she got raped on the

13   fourth time and then she did continue to see him, but she is

14   not able to be specific about which of the other ones has

15   forced sex.  The claim we have, yes, is for the January 27th

16   incident, which is summarized here.  She is slapped, pushed,

17   held down, and penetrated and did not consent to this

18          Next slide.

19          Brittany Hassen even went over this.  There were

20   four forced sex act encounters.  There was September 2011.

21   Then there is the two in June of 2014.  And then there is

22   what would be called the Rick's Cabaret incident on

23   September 25th.  The reason we know it is 25th is because

24   Brittany Hassen said she signed the NDA before going to

25   Rick's Cabaret.  She believed she was given Oxycodone.  And

Summation - Mr. Balestriere                    2057

1   we see Mr. Rubin got more violent over the years.  In

2   June 2014 he shocked her body and put a ball gag that was

3   coated with pool cleaner in her mouth

4           Next slide

5           What does she say here?  And this a common theme.

6   Why is she trying to have these friendly communications or

7   relationship with Mr. Rubin.  She puts it very well.  I did

8   not want to give him the slightest inkling that I was scared

9   of him.  This man had a lot of money.  I was afraid for my

10  life.  I wanted to have a good relationship.  I didn't want

11  to get him on my bad side.

12          Next slide.

13          Here is a list of things that happened to her in

14  her encounters.  I hate to be in summary fashion here, but

15  she believed she was drugged.  She was restrained with her

16  hands behind her back and penetrated that first time.  In

17  June she is whipped and shocked and has a ball gag in her

18  mouth.  In September she is handcuffed and penetrated again.

19          With regards to interstate commerce, she flew here

20  the first time.  There was some discussion everybody has been

21  mentioned being from Brooklyn here.  Anyone who flies into

22  JFK know that you may have traffic on the Van Yack and she

23  was to take the Belt Parkway instead into the city.  She said

24  it's the Mandarin Oriental Hotel.  Remember it was September

25  2011 when there is the U.N. general assembly.  The idea that

Summation - Mr. Balestriere                2058

1   she, I suppose, is that back in 2011 when she didn't have any

2   lawyer at all, she wrote an email to say that she was in

3   traffic so she could later on say that she was trafficked

4   here to New York.  That appears to be the argument.  With

5   respect, that doesn't make sense

6               So Brittany's are the top four in blue there

7               Next

8               So here she talks about she remembers him saying

9   that he said to Kimberly, that was one of the other women

10  there, to give me something to take the edge off.  She said

11  she didn't know what the pill was at the time, but later on

12  she understood it to be Oxycodone.

13              Next slide.

14              She goes into detail about what happened.  He tied

15  her hands behind her back and she did not consent to that.

16              Next

17              Again, that she was penetrated with something.  She

18  doesn't remember exactly what it was.  He did not ask for

19  permission.  She did not consent to that

20              Next slide

21              So now it is almost three years later.  I went

22  through the explanation she didn't remember the August 2013

23  email.  She absolutely is putting herself in a desperate

24  situation, but she comes back.

25              Next

1        On June 5th what does she say?  That her hands and

2  legs are both laid down.  She was layed down on the X face up

3  and she said she was restrained.  She was not free to leave.

4  Mr. Rubin did not ask for permission

5        Next.

6        She was not able to speak.  This is very common.

7  She was whipped.  He started whipping me all over my body.

8  Again, without consent

9        Next.

10        Here she talks about how these glass like cups were

11  applied to her nipples, her vagina, her stomach.  No

12  permission was asked.  No consent was given.

13        Next slide

14        This is in June 5th.  There was some electric

15  device.  We heard this a few times.  She was zapped all over.

16  No permission was asked.  No consent was given.

17        Next slide, please

18        There was a lot of him hitting me in the face.  The

19  ball gag was in my mouth.  I was screaming because I was in

20  physical pain and she talked about the burning sensation in

21  her mouth.

22        Here again is a summary of the force used

23  restraint, whipping, shocking, apparently chemical burn, and

24  these are the different sex acts.

25        Next slide.

1          We see with Brittany there is September, June 5th,

2     and then we have June 30th.

3          Next slide.

4          She doesn't remember the details as much this time.

5     She knows that she was put into some contraption and her

6     wrists and ankles got locked in

7          Next slide.

8          And there was a blindfold put on her.  We heard

9     that with Brittany Reyes as well.  She was being hit in the

10    face

11         Next slide.

12         She doesn't remember whether there was actually

13    penetration that night.  Again, there were these sex acts.

14    This morning she said -- you saw her deposition testimony

15    that she doesn't believe she was physically injured on June

16    30th.  That appears to be the case.  That is what she said

17    here in court.  She doesn't remember the details because she

18    fainted; but nonetheless, she was forced to engage in sex.

19         Next slide.

20         The last encounter I will talk about Brittany on

21    September 25th, 2014.

22         Next slide

23         Again, this was at Rick's Cabaret.  We heard this a

24    few times.  He did not ask permission to have sex with her.

25    She did not consent to the handcuffs.  He started to beat me.

Summation - Mr. Balestriere                    2061

1    Literally beat me with his hands.

2           Next slide

3           I asked how Mr. Rubin raped her.  With his penis.

4    We have the force here, the sex acts, and that there was no

5    consent.

6           Go two more slides

7           Now I want to talk about in some ways why we are

8    here.  What I call the downfall of the venture.  Here are the

9    dates.  It really starts in October -- all the way on the

10   left -- 2016 Mia Lytell is arrested.  You saw this text and I

11   think I will show it here.  February 2017.  Ms. Powers at

12   this point is saying to trust her lawyer, but as time goes on

13   they get concerned.  July 2017 Ms. Powers is creating a wedge

14   between Mia Lytell and her lawyer.  Your lawyer sounds like a

15   dickhead.

16          In August of 2017, August 16, '17, Ms. Lytell

17   finally comes forward.  She had been lying to the cops.  She

18   lied to her lawyer and admits what happened, and we see this

19   fast moving other things happen in September until the

20   lawsuit is filed in November.

21          Next slide.

22          We do see Mr. Rubin himself actually get more

23   reckless as time goes on.  In April of 2016, this is Jennifer

24   Powers actually chastising him saying nothing is funny

25   anymore.  She is talking about drinking too much and taking

1    Vicodins and egging her on.  That's Emma Hopper.  Mr. Rubin

2    acknowledges that.

3            Next slide.

4            This is PX 49.  I will not go through this in

5    detail.  This was the night that Mia and Mr. Rubin Mia said

6    was arguing by text.  You see this huge mood swings and all

7    the alcohol makes you wonder how much he can recall what

8    happened.

9            Next slide.

10           We see it continue go back and forth.

11           Again, if you wanted to look at this in the back.

12           Next slide.

13           Things continue after that in January of 2017.

14   This is Jennifer Powers and Mr. Rubin.  They are talking

15   about Emma and they say a crackhead.  She cannot talk any

16   way.  Below that, not highlighted, Why did you stick your

17   dick down her throat.  He said what he ended up doing is lay

18   down with her for a bit, woke her up, and I had her blow me

19   while I watched porn.

20           He is getting more and more reckless.  Even Emma

21   reaches out to Jennifer Powers.  Is Howie okay?  He is

22   texting me saying a whore drugged him.  This is at 12:30 at

23   night.  There seems to be more and more lack of self-control

24   as things go on.

25           Next slide.

1          Even when he is concerned about Mia, he still wants

2     to engage in sex trafficking.  This is July 2017 where Jen

3     Powers, who was the mother hen is being a bit of a mother hen

4     for Mr. Rubin saying, No, no.  Stay away from Mia right now.

5          We have October 2016 Mia's arrested.  February

6     through October of 2017 we see this increasing concern with

7     Ms. Lytell.  And frankly a barrage of desperate text messages

8     between Mr. Rubin and Ms. Powers.

9          Next slide.

10          In fact, Mr. Rubin admitted the arrest of Mia

11    Lytell.  This is something which concerns you.  Remember,

12    this is at his penthouse.  We have seen no evidence of any

13    other law enforcement inquiry before.  Mr. Grover mentioned a

14    couple of times how Ms. Powers when she was pregnant ended up

15    cleaning the floors there.  It is reasonable to believe that

16    she did not want somebody else coming there when there were

17    incidents going on.  This was not the time to bring in a

18    cleaning service when there were a bunch of women in the

19    penthouse.

20          Mr. Rubin admits that he had been following Mia

21    Lytell's criminal court case.  We see Jennifer Powers, What

22    did H end up saying about the Post.  Mia says, he asked if

23    they mentioned his name at all.  He is concerned.  This could

24    open this thing up.  In fact, it turns out that is what

25    happened in a way they didn't expect.  Jennifer Powers is

1   worried about reporters becoming aggressive.  Mia was a

2   Playmate, as we discussed.  So it appears that the Post was

3   following her because she was a Playmate, and Mr. Grover

4   mentioned page 6.  Yeah, this was the kind of stuff that

5   could be on page 6, but this is certainly getting them

6   concerned.

7           Next slide.

8           Again, we see this continued concern all the way

9   through July of the following year.

10          Next slide.

11          Again, Bob Aloi a little bit.  Ms. Lytell is

12   concerned about Bob Aloi.  Whatever exactly happened to him,

13   because Mia Lytell said she didn't know, you have seen the

14   full text that she had nothing to do with this guy.  If she

15   is going to extort someone, actually bringing a lawsuit is

16   not the way to do it.

17          Next slide.

18          You do see in August this continuing pressure on

19   Mia.  The blue there.  You should speak to her lawyer today.

20   I think "her" is their lawyer, and Jeremy could work

21   together.  She is the woman I was telling you about.  She can

22   help you.

23          Next slide.

24          In fact, Ms. Powers ends up writing out like a

25   letter there, an email in text that she wants Mia to send to

 1    Jeremy Saland their lawyer can be involved.

 2              Next slide.

 3              The pressure backfires.  Mia is, no pun intended,

 4    MIA.  She is gone at that point.  You see there, August 20th,

 5    at 1:34 Jennifer Powers seems to admit that the MDMA means

 6    nothing I am afraid.

 7              Next slide.  They admit that Mia stopped

 8    communicating with Mr. Rubin after that.

 9              When things got bad, that is when the defendants

10    destroyed evidence.

11              Now, Mr. McDonald said that little things mean a

12    lot, but so do big things like destroying evidence.  Putting

13    aside what you would have or not have seen, if what you are

14    doing is perfectly legal, why get rid of the evidence?  They

15    are well represented by lawyers.  Show all the evidence to

16    them.  Let them use that evidence to show that you did not

17    actually do anything wrong.

18              Next slide.

19              Now, what matters the most in terms of showing that

20    the plaintiffs told the truth is what you think.  You saw

21    them sitting right there with whatever else they were

22    criticized with, whatever texts or their deposition testimony

23    or the coming back or whatever you saw them and you can

24    decide whether they told the truth.  I am going to go over

25    things you heard that show why they are telling the truth

Summation - Mr. Balestriere                 2066

1          Next slide

2          Their defense to be clear is that all the

3    plaintiffs lied.  There is no kind of misunderstanding

4    defense here.  Well, I certainly thought there was consent

5    for this or that reason.  It is that they are lying.

6    Whatever they said that was against them at their depositions

7    was a lie and whatever they said in court here was a lie.

8          Next slide.

9          This is what I ask you to think:  Did six different

10   women who don't know each other, who did not see anyone

11   else's depositions -- no one's deposition.  They didn't see

12   Mr. Rubin's or Ms. Powers.  They didn't see the others.  How

13   could they have concocted their stories to work together so

14   well?

15         Next slide.

16         If they were going to lie, why didn't they lie at

17   their depositions?  If the idea is they said, Let's make up

18   this story against Mr. Rubin, why not just lie at the

19   depositions?  If that is the idea that the depositions

20   somehow undermine them, well, then lie there if they were

21   really going to lie.

22         Next slide.

23         With Emma Hopper, with all respect to her, those

24   texts and calls that she sent in February of 2017, are those

25   the calls of a thought -- are those actions of a thoughtful

Summation - Mr. Balestriere                2067

1  liar?

2          Next slide.

3          Ms. Moore and Ms. Lytell, if you remember there is

4  a little bit about this this morning.  They don't have the

5  exact same memory of who arrived at the apartment in

6  August 2016.  Isn't that how our memory works?  There is a

7  small detail.  I don't remember if I got to that restaurant

8  first or you did.  It was a few years ago.  Who cares.  If

9  they were going to come to court and lie, if they were going

10 to work out their stories together, shouldn't they have

11 agreed.  Amy, let's say you arrived at the penthouse first.

12 Instead, they said something slightly different.  That is not

13 the best way to lie.

14          Even Mr. Rubin's counsel noted Natasha could have

15 chosen better dates for her lies.  Well, then why didn't she?

16 Why didn't she just say it was the last time, right?  That

17 might have been an easier testimony.  It was bad.  I was

18 psychologically manipulated.  It was June 2017.  I finally

19 said enough and I was never going to come back.

20          Why didn't Emma do the same things?  We had flight

21 records.  If she was going to make it up, she could have

22 looked at the flight records and texts and it was the last

23 time and that is why I decided not to come back.  They

24 frankly could have done a better job of lying if that is what

25 they were going to do.

1          Next slide.

2          Again, it is really what you saw.  Was their range

3    of emotions honest?  Was Amy making it up when she recoiled

4    when she saw that electric device, DX DE?

5          Brittany Hassen broke down when she talked about

6    being drug addicted saying she believed that because the pain

7    was so bad after the June 2014 encounter that she got

8    addicted to drugs after that.  Was that faking it there?  Was

9    their crying honest?  Was their anger being challenged

10   honest?

11         Next slide.

12         Again, you can decide by looking at Mr. Rubin and

13   Ms. Powers, but I am going to talk about how the evidence

14   showed they lied.  Mr. Rubin said they had been the best

15   friends ever since they met.  They can talk a lot about what

16   took place.  They were around each other the entire time.

17   She saw the other depositions.  They were really good at

18   lying for years.

19         Mr. Rubin talks about his secondary life that was

20   hidden from friends, hidden from Mr. Rubin's wife.  With all

21   the stuff going on, they are frankly very good at what they

22   did.

23         Next slide

24         I am going to talk about specifically how Mr. Rubin

25   lied.

1        Next.

2        So he said, because I didn't even see Natasha on

3   September -- from the rest you see September 30th,

4   October 1st, 2015.  I never went over there.

5        Next slide.

6        But then I talked about when he was with his

7   lawyers after this case had begun -- he is a smart guy.

8   After he had a chance to look at some of the documents in the

9   case in June 2015 he admitted under oath -- we heard a lot

10  about under oath -- that he did end up seeing Natasha.  He

11  didn't admit that he forced sex on her, but he admitted that

12  he saw her then.  Looks like he just slipped up or maybe

13  looked through the texts and realized I think I can give an

14  excuse here, but he forgot that he had previously admitted

15  specifically to seeing her on that date.

16       Next slide.

17       He even tried to lie at the trial about not having

18  other safe words.  He said it is always red light and it is

19  always yellow light.  That's what he had all the time.

20  Standard safe words.

21       Next slide.

22       He says, I mean, I used the same safe words every

23  time.  I asked, and this is a question on direct, You always

24  use the same safe words, yellow and red light?  But I am

25  going to talk about how, if you recall, he was asked

1    questions about this word pineapples that one other time he

2    used.  It is not about the use of red light or yellow light

3    or pineapples.  It is that he is very good at conforming to

4    what he says to what he sees in front of him, but he forgot

5    at some other times he said he used pineapples.

6                Next slide

7                Another way you can see he lied is he said there is

8    this non chaffing rope, which frankly hides the evidence.

9    You can whip a woman on her back and do these terrible things

10   to the private part, but if she leaves your apartment and

11   gets on a plane, you don't want marks on her ankles and you

12   don't want marks on her wrists

13               Next slide.  You can move beyond that.

14               Mr. Rubin admitted that she and Ms. Shon were

15   friends.  You heard some of her deposition testimony.

16               Next slide.

17               Next slide again.

18               I asked, Were their ways besides the safe word that

19   women used to express that they did not want to engage in

20   particular practice?

21               Yeah, they could talk.

22               You saw the ball gag.  Think about that device.  It

23   is in your mouth.  It is tied behind you.  The way it is

24   supposed to work is so that you can't talk.  He said

25   something about having marbles in your mouth.  Does that look

1  like it is a marbles in your mouth.  That is what he ended up

2  saying.  Marbles in your mouth, but you can talk and make

3  words.  That was not the testimony of the plaintiffs and that

4  is not common sense.  Look at that ball gag.  Is he lying.

5  Why would he be lying about that?  Because you can't express

6  that you don't consent.

7          He said the first time I met a woman, I would

8  typically pay them cash.  But we see with two of the six

9  plaintiffs here that is not what happened.  It is not the

10 biggest detail, but it is another way that he wasn't as

11 careful.  He didn't realize that the evidence didn't conform

12 to what he was going to say in court.

13         Next slide.

14         Despite not remembering a lot of details here, he

15 remembers the September 20, 2011, incident with very, very

16 specific precision, which really makes you question his

17 testimony there.

18         Next slide.

19         After that about the NDA.

20         This is when he is talking about at Rick's Cabaret.

21 What he says is that the way that Brittany Hassen got there

22 is either Laredona or Michelle, some other women there, and

23 say why don't we text Brittany and see if she wants to join

24 us.  So somebody texted her.  Yet we saw she signed an NDA

25 that night.  You heard Ms. Powers were kept at the penthouse

Summation - Mr. Balestriere                 2072

1    or at her home.  How is it that he had a copy of the NDA on

2    him when he was going to a strip club?  Is that what he wants

3    To you believe?

4          Next slide

5          He ended up saying, he admitted or rather he said

6    that at his deposition no one was injured during any of the

7    encounters.  I asked him if he remembered his testimony that

8    he said the only time anyone was injured was when Mia Lytell

9    injured somebody else; but then I showed him a text from Amy

10   Moore where she admitted about her boobs being injured.

11         But more than that he said to Brittany Hassen in

12   June 2014, oh, my God are you bruised, right?  So he admitted

13   to that.

14         Next slide.

15         He forgot because this would hurt them or at least

16   he said he forgot that he called Jennifer Powers a

17   psychologist when that is exactly what he did.

18         Next slide.

19         He wants you to believe that the reason why he

20   doesn't go to Euros.com is not because those are

21   professionals who would be careful, who live in New York, who

22   maybe have resources that the plaintiffs don't is because he

23   wanted the girlfriend experience.

24         Next slide.

25         He didn't even remember Amy Moore.  He only saw

Summation - Mr. Balestriere                    2073

1   Brittany Reyes once at the apartment.  How are these

2   girlfriend experience?  Quite frankly he is a smart Wall

3   Street trader who was careful about what he did.  He is an

4   experienced liar who hid the venture from his wife for years.

5   He even said he was a blackjack counter, who is someone who

6   knows how to cheat against others at the table.

7              Let's talk about how Jennifer Powers lied.

8              Next slide.

9              I mentioned this before.  Why is she paid so much

10  to make a few flights and dinner reservations every month?

11  It makes you question about why she is getting paid so much.

12             We can go two slides.

13             In the interest of time, I am not going to play

14  this; but Ms. Powers cried if you recall when this voice

15  message from Emma Hopper was played.  You can have it played

16  for you if you want.  What she said is that was Emma

17  Hopper -- Emma Hopper taunting her about the lawsuit.  We can

18  see the transcript here.  There is no taunting going on.

19  This might have been foolish.  Mr. McDonald said it was

20  absurd.  This isn't taunting.  You saw fake crying on that

21  stand.

22             (Audio played.)

23             We can move on.

24             The way I will end this is show how Powers and

25  Rubin destroyed evidence.  I will try to go through this

1   quickly, your Honor.

2          THE COURT:  Don't talk quickly.

3          MR. BALESTRIERE:  Understood, your Honor.

4          I will show you different exhibits here.  I will

5   try not to take too much of your time.

6          By 2015 Mr. Rubin -- he keeps this apartment, this

7   penthouse at the Metropolitan Towers.  He leaves his job.

8   Now, the original story for why they gave up the penthouse is

9   Mr. Rubin left his job.  You heard testimony where Ms. Powers

10  admitted she renewed the lease on Metropolitan Towers in

11  2016.  In fact, you saw, and I will briefly show you, emails

12  in April of 2017 where Jennifer Powers inquired about

13  purchasing the penthouse.  We may not have all the testimony

14  here, but you heard some testimony about me reaching out to

15  their lawyer, Yifat Schnur, and that at 7:04 p.m. on

16  September 19th, 2017, Jennifer Powers called 1800 --

17         MS. LAVIGNE-ALBERT:  I apologize.

18         THE COURT:  Say it.

19         MS. LAVIGNE-ALBERT:  Objection.  Some of this is

20  not in evidence.

21         THE COURT:  There will be an instruction to the

22  jury that they have got to view Mr. Balestriere's remarks

23  with scepticism if it is demonstrated that he has referred to

24  documents and testimony not in evidence.  Ladies and

25  gentlemen of the jury, I have not found that yet.  I don't

1   know if that is true or not.  You should not think about it

2   one way or another.  We will let you know.

3            MR. BALESTRIERE:  Thank you, your Honor.

4            Then we have what happens the days after that.  We

5   largely see this in Jennifer Powers' testimony.  On

6   September 20th there was a letter that was sent.  She says

7   she doesn't remember when she saw it, but she admits on the

8   22nd at the penthouse she was there when 1800-Got-Junk

9   removed all the BDSM furniture.

10           Now, we don't have anything of her running this by

11  Mr. Rubin; but it is hard to believe that she would have

12  gotten rid of everything in the penthouse without running it

13  by the boss man.  Here she is texting someone.  She is

14  waiting on final booking details from the boss man.  She ran

15  little decisions by him.  Certainly she would not have gotten

16  rid of everything at the penthouse without talking to him.

17           Next.

18           Go beyond this.  In the interest of time, I will

19  move more quickly.

20           Next.

21           This is where you heard Mr. Rubin testify at his

22  penthouse because it was within a few blocks of his job.  As

23  noted, they renewed the lease in 2016.

24           Next.

25           So here my question was with regard to the text

Summation - Mr. Balestriere                    2076

1    message -- let's move past this.

2             Keep going.

3             Here, we are talking about August, September of

4    2017.  I asked her and she admitted, You renewed the release

5    after he retired in 2015.  So any motion that they got rid of

6    the lease simply because he moved on is not consistent with

7    the evidence.

8             We have an email that you saw on the right-hand

9    side.  It is early 2017 there.  There was even some

10   discussion about buying the penthouse at that time.

11            Then let's go to -- go a little more.

12            This is in August 2017 they had a lawyer they hired

13   around that time by the name of Yifat Schnur.  That was in

14   fact the lawyer, if you recall, that Ms. Powers was asking

15   Mia to send a text to her lawyer to, Jeremy Saland, so that

16   Jeremy Saland could contact Yifat Schnur.

17            Here, this is the 1800-Got-Junk document that you

18   saw when I cross-examined Ms. Powers.  You can look in the

19   very lower right-hand corner there.  There is that name Tea

20   Joiner, which apparently is someone who works at

21   1800-Got-Junk on 9-19 at 7:04 p.m.  Ms. Powers reached out.

22   How do we know it is Ms. Powers?  You look at the top.  It

23   has her name Jennifer Powers.  For the service address, what

24   is on the right, there in yellow highlight it has the address

25   and it has her email address.

Summation - Mr. Balestriere                    2077

1          Moving to the next slide, please.

2          She signed off on 1800-Got-Junk removing

3    everything.  I asked her a couple days ago they did end up

4    arriving at the penthouse on September 22nd?

5          She says, I believe that is correct.

6          You were there for that?

7          Yes, sir I was.

8          You ended up signing off and removing everything;

9    right?

10         Next slide.

11         Next slide.

12         Asking again that she was there on September 22nd

13   because was there some Fed Ex that was sent there.  She said

14   she didn't remember when, but she was there on the 2nd.

15         Next, please.

16         Next.

17         After September 22nd after all the letters and

18   everything we heard over the last few days anything regarding

19   the BDSM activity in that penthouse was gone, right, and it

20   is hard for her to answer here.  I tell her it is a yes and

21   no.  I asked nothing has been provided, no physical items

22   have been provided to the plaintiffs; right.

23         Next, please.

24         If there is something that was there, the

25   plaintiffs haven't seen it.

1          We will go over this again.

2          That means that plaintiffs have not seen anything

3     that was actually used on them, -- the machines or the sex

4     toys or anything because in September 22nd after all these

5     texts and letters and emails, you had them removed; right?

6          And she agrees.

7          Next slide.

8          Mr. Rubin's counsel said they didn't know what

9     their injuries were.  Their so-called injuries.  I will tell

10    you what they testified here in court.

11         Next slide, please.

12         You heard about bruising from whipping and forced

13    penetrations, mental abuse, being punched in the face, ribs,

14    and other parts of the body, electrocutions.

15         Next thing.

16         They are having fun while this is going on.  This

17    is a text that is taken from Ms. Powers' phone.  The Tom is

18    Ms. Powers.  What do they say in June of 2014 way back when?

19    Brittany is a mess, but it was fun.  We are about to leave

20    for dinner.

21         LD, Loredana, are having dinner and then that girl

22    Brittany is coming over.  Ms. Powers considers it fun.

23         We saw this before.  They were aware of the

24    injuries.  This is June 2014.

25         Next please.

Summation - Mr. Balestriere                    2079

1              Now, I have to go through some of their testimony
2      about their physical and psychological injury.  What did
3      Natasha say?  She had bruises on her breasts from being
4      whipped and being sore over and over again in her vagina.  I
5      don't want to minimize the physical injury here, but what you
6      heard consistently heard about the psychological and
7      emotional injury.  That she has anxiety all the time.  She
8      had PTSD, which was somewhat mocked.  You can have
9      posttraumatic stress disorder.  I am no psychologist.  She
10     was diagnosed with that a couple years ago.  She goes to
11     therapy.  And even before these court cases, she throws up.
12             Next please.
13             We see a little bit of the injury, but not a lot of
14     photos here.  She talked about the pizza cutter used on her
15     and called all these names.  She's a stupid girl.  After what
16     happened next, he would tell me to repeat you're a stupid
17     girl.  You're a stupid girl, laughing in her face.
18             Next slide, please.
19             Brittany Reyes says physically she had bruising and
20     vaginal tears.  She talked about having depression, anxiety,
21     PTSD, loss of intimacy, loss of sexual desire.  Apparently
22     the fact that she has had children means she is lying about
23     these things.  She noted that she had a hard time bonding
24     with her children.
25             Next slide.

1          Amy Moore talks about the physical injuries to her

2    breasts, about their being swollen and bruised.  It is not to

3    say she didn't do anything to take care of it.  Unlike

4    Mr. Rubin quite frankly she doesn't have easy access to

5    doctors.  She says she has CPTSD.  Anxiety, depression and

6    apparently admitted here that she wanted to take her own life

7    at one point.  That is how much this affected these women

8    years after the indents.  Let's remember they are coming in

9    here and they all cried.  They all talked about this years

10   after the incidents.

11          Next slide.

12          Mia Lytell talks about just how brutal some of this

13   physical violence could be.  For 40 minutes she was being

14   punched.

15          Next slide, please.

16          He said horrible things to them and how this

17   affected them as well.  I don't need to repeat it.  You can

18   see what it says in the transcript there, and you may

19   remember it as well.

20          Next slide, please.

21          Emma Hopper said that she now has issues trusting

22   her family because of the things that Mr. Rubin said to her.

23   She has a lot of anxiety.  It is hard to trust people.

24          Next slide.

25          Brittany Hassen she talks about the physical

Summation - Mr. Balestriere                    2081

1   therapy that she had that she called it the Colombian woman

2   that this was months afterwards.  Here again we have why it

3   is that they didn't go to doctors in the same way maybe we

4   would if we were in a situation.  I thought that if I could

5   say something, that nobody would believe me.  That's an

6   unfortunate reality.  B, they will ask me too many questions

7   and I thought because I signed this, the NDA, that I just

8   couldn't say anything.

9           Next slide.

10          What does she say.  She have nightmares, bad

11  nightmares.  Because of who she is she is afraid.  She didn't

12  want to think about what happened anymore.  At the bottom she

13  believes that she got addicted to heroin because of what

14  happened to her.

15          Next slide.

16          There is a lot of questions.  This is a civil case,

17  right.  At the end of the day if you find that we met our

18  burden, then will you will have to decide on some amount of

19  compensatory damages.  The judge will instruct you on what

20  that is.  This is a civil case.  If you believe that the

21  plaintiffs have met their burden, that we have shown you it

22  is more likely than not that this sex trafficking took place,

23  that you will have to award a certain amount of money.

24          Ms. Hassen was asked about this.  She has felt she

25  was owed some justice.

Summation - Mr. Balestriere                    2082

1            In terms of what that amount of money is, this is

2    not like all the lawyers in this courtroom have probably done

3    what we call a business case where you can show because you

4    did X, Y and Z, I lost $10,000 or $10 million, or whatever it

5    may be.  This isn't that kind of case.

6            Respectfully, I think this may be the hardest thing

7    that we ask of you here, is if you believe we met our burden,

8    and the evidence shows we have, and I ask you to return a

9    verdict for the plaintiffs with sex trafficking, along with

10   the other plaintiffs who have sex claims, how do you

11   compensated them?  What is the amount of money to compensate

12   someone for what they have gone through?

13           With respect to my clients they are broken.  It

14   doesn't mean they can try to be healed with their family and

15   friends.  They are allowed to try to have fun.  How do you

16   compensate someone?  What amount of money do you compensate

17   someone with.  Frankly, I am not in a position to give you a

18   number.

19           Do you do some amount for every encounter.  Do you

20   do some other amount for the psychological injury?  I don't

21   know.  That's something the eight of you, if you get to that

22   point, will need to discuss.  How do you compensate people

23   that have been hurt this way, broken in this way for

24   something that they have to live with for the rest of their

25   life?  I don't know.

Summation - Mr. Balestriere                2083

1          Mr. McDonald said he started -- he ended his

2   opening and his closing by saying these cases are travesty.

3   We are looking at it differently.  It is a travesty that the

4   plaintiffs had to be put through everything they did.  They

5   came to court.  The evidence shows they testified truthfully.

6   They showed that they were forced to engage in certain

7   commercial sex acts and it was physically brutal; but more

8   than that it was psychologically horrible.  I ask you to

9   render a verdict in their favor and render whatever damages

10  you believe are appropriate to do some justice.

11          Thank you.

12          THE COURT:  Thank you, Mr. Balestriere.

13          Thank you, ladies and gentlemen, for staying late

14  tonight.  Don't hold this against any of the lawyers.  As you

15  saw everyone was talking as fast as they can.  It's been a

16  long case.  They want to make sure they have highlighted for

17  you what is important.  Don't take it out on there.  If

18  anything, the schedule is my fault.

19          We are just about there.  The only remaining thing

20  to do tomorrow morning before you deliberate is for me to

21  give you the instructions.  That will definitely take less

22  than an hour.  Definitely.  It will be closer to a half an

23  hour, and then you will start your deliberations and have the

24  case.

25          So, again, when you come in tomorrow morning, it

1  will be very tempting for you to start talking about the case

2  now that you have had the closing.  Resist that.  Please do

3  not do that.  Put it again out of your mind until you come

4  back into court and I give you the charge tomorrow morning,

5  and you start your deliberations.

6          Have a very good evening and thank you again for

7  your hard work on this case.

8          (Jury excused.)

9          THE COURT:  Have a seat, please.  If it hasn't been

10  done already, my law clerk is in the process of handing out a

11  document.  That is the Court's proposed supplemental charges.

12  I think we called it additional charges.  I guess he hasn't

13  given it to you yet.  Deal with the things we talked about

14  during the break.

15          As far as whether Mr. Balestriere's closing went

16  outside the record, that is easy enough to figure out.  Give

17  the defendants a copy of the deck.  Let them point you to

18  what they think was not in.  You find it in the record.  If

19  it is there, it is there.  If it is not there, then I have to

20  do something about it and one of the charges you will be

21  getting is a proposed charge on that as well.

22          I guess we can stay here.  It will take him

23  30 seconds to do the printing.

24          You can all talk.  We are in recess for the next 30

25  seconds or so.   (Continued on next page.)

Proceedings                                                    2085

1   (Continuing.)

2              (In open court - jury not present.)

3              MR. GROVER:  Your Honor.

4              THE COURT:  Back on the record.

5              Go ahead, Mr. Grover.

6              MR. GROVER:  Thank you, Your Honor.

7              While we're waiting, one of the things that

8   Mr. Balestriere repeatedly said to the jury was that the

9   plaintiffs need to consent to each individual sex act.  And I

10  understand this is something that the Court has noticed, has

11  considered and, at least, at this stage has ruled against us

12  in terms of the presentation to the jury.

13             However, in the manner in which it's been presented

14  now, it's created a very stark reality.  Two people in a room

15  who have a consenting relationship for five years, all of a

16  sudden one of the participants exceeds the level of that

17  relationship, and we're now converting that into sex

18  trafficking.

19             I appreciate the concern that it is something, and

20  it may very well be some form of state court or New York State

21  offense, but it is not sex trafficking as we understand it.  I

22  appreciate the ruling against us, and I want to re-emphasize

23  our position, before it's too late, in charging the jury.

24             THE COURT:  Okay, well, I appreciate that.  I think

25  you have restated the issue that you raised on the directed

SAM      OCR      RMR      CRR      RPR

Proceedings                                          2086

1    verdict motions, and I am standing by the instructions as I

2    have made them.

3           Now, if the jury is confused by this point, maybe

4    we'll get a question and then we'll have to do something about

5    it, but right now I am just giving them the statute and we

6    will see what they do with it.

7           I understand your point that neither the statute nor

8    any good policy would want a federal court to be involved in

9    deciding where the BDSM, to which consent was allegedly had,

10   ends and an act goes through more.

11          I mean, Mr. Balestriere in his closing argument

12   said, well, you know, they were tied up without consent.  And

13   it's certainly a valid argument, and you made it, that BDSM,

14   at the very least, means tied up.

15          So, that's something I think is squarely before the

16   jury as a factual issue and we'll see what they do with it.

17          All right, I have handed out the proposed additional

18   charges based on our discussions.  The third one is just

19   potential, depending on what the parties find tonight when

20   they look at the record, but tell me about any problems with

21   the first two.

22          MR. DOLAN:  Your Honor, if I may.

23          THE COURT:  Yes.

24          MR. DOLAN:  Richard Dolan.

25          The first one begins and it says:  A deposition is a

SAM        OCR        RMR        CRR        RPR

Proceedings                                              2087

1   proceed where prior to trial the attorneys for one side may

2   question.

3            THE COURT:  Yes, you're right.  We're going to

4   change that to all sides, we are going to change it to all

5   parties.

6            Okay, anything else?

7            MR. DOLAN:  Yes, Judge.

8            During, I believe during Mr. Balestriere's summation

9   he said that we didn't produce her here in court, and the

10  suggestion was to avoid cross-examination.

11           Everybody knows she's living in Atlanta.  He knows,

12  as well as we do, the subpoena power doesn't run to Atlanta

13  from Brooklyn, New York.  If he wanted to cross-examine her,

14  that was the time to do it.  Nobody was trying to prevent

15  anyone from being cross-examined.  That --

16           THE COURT:  Okay, stop, stop.

17           It's really irrelevant whether she is in Georgia or

18  here because there's a deposition transcript.  So, that if

19  anybody had wanted to use her testimony, they could have.

20           This instruction neutralizes that.  I don't see why

21  the jury needs to know that she is in Georgia because if they

22  knew that, all Mr. Balestriere would say, look, they could

23  have presented the testimony from the deposition and they

24  didn't.  So, the fact that she is in Georgia, to me, is

25  irrelevant for this purpose.

Proceedings                                          2088

1          MR. DOLAN:  Judge, we did present her testimony by

2    deposition.  The suggestion was we did it that way to prevent

3    her from being cross-examined in court.

4          THE COURT:  Oh, right.

5          MR. GROVER:  Your Honor, if I may.  There's one

6    other factual point.

7          MR. BALESTRIERE:  Your Honor, may I address that

8    last point?

9          THE COURT:  Yes, let's go with that one for a little

10   bit.

11         MR. BALESTRIERE:  Because it's not simply that there

12   was a deposition, it's that there was a lot of discussion of

13   her being a friend of Mr. Rubin.  That Mr. Rubin paid for her

14   lawyer.  She was called Steph Shon, not just Stephanie Shon.

15         THE COURT:  That's all fine, and you could have

16   introduced those portions.  But to say to the jury they could

17   have asked her more by putting her on the stand, that's not

18   really right.

19         MR. BALESTRIERE:  But I'm saying that she -- it's

20   not the subpoena power of the Court, right, I don't believe

21   anyone here -- I understand there are the limits that

22   Mr. Dolan just mentioned.  But my point is you can also ask a

23   witness:  Can you please come?  And that was the argument that

24   I was making.  They could have asked her.

25         THE COURT:  Okay, I think that's a very bad

Proceedings                                                    2089

1    argument.  I mean it's not a fair argument because the fact of

2    the matter is, if they voluntarily got her to come, you'd love

3    that, right?

4              MR. BALESTRIERE:  Yes.

5              THE COURT:  Right.  So, why would they do that?

6              It doesn't make any sense for them to ask her

7    voluntarily to come, so that you can say:  You're here

8    voluntarily, not under any subpoena?  You're trying to make

9    them happy, aren't you?

10             Why should they expose themselves to that situation,

11   why should they have to?

12             MR. BALESTRIERE:  I agree, but my point is they

13   chose -- she -- they chose to rely just on her limited

14   deposition testimony.

15             THE COURT:  And you had the right to put in other

16   portions of her deposition testimony.

17             MR. BALESTRIERE:  Right, which we had some

18   counter-designations, but that's not my point, Your Honor.

19             THE COURT:  Look, I am going to modify this

20   instruction to say that while both sides had the opportunity

21   to examine and cross-examine Ms. Shon at deposition prior to

22   trial, she was beyond the subpoena power of this Court and

23   could not have been subpoenaed to come here.

24             MR. DOLAN:  And, Judge, one more fact I want to

25   point out.  It was their deposition of Ms. Shon.  They were

SAM      OCR      RMR      CRR      RPR

Proceedings                                    2090

1   the ones that noticed it.

2          THE COURT:  That far I am not going, but I'll go as

3   far as I said I would.

4          MR. ROSENBERG:  Your Honor, may I say in connection

5   with that?  That not only that either party could ask

6   anything, but either party could designate.  I think they

7   suggested that only we could designate.

8          MR. BALESTRIERE:  I don't believe I did, Your Honor,

9   I just chose not to.

10         THE COURT:  Someone will send me a letter tonight as

11  to Mr. Balestriere's actual remark, and then I will finalize

12  the instruction based on that.

13         MR. ROSENBERG:  Your Honor, one other point on the

14  instruction.

15         The argument was made that the depositions were too

16  long and onerous to the plaintiffs, and the Court could say

17  that all depositions are limited by statute or rule to seven

18  hours.

19         THE COURT:  No, that's not right either.  That's a

20  presumptive, right?

21         It's not an absolute, and I am not going to get into

22  the jury about my discretion in waiving the time limit or the

23  number of depositions.  I say if an attorney has a problem, a

24  party has a problem with the circumstances of a deposition,

25  they can ask me to modify it, and I can; that includes the

Proceedings                                                    2091

1    length of the deposition.

2                MR. ROSENBERG:  Very well.

3                MR. DOLAN:  Following up on Mr. Rosenberg's point,

4    Judge.

5                The testimony here was they felt intimidated, and

6    this is being offered as an explanation of why the deposition

7    testimony was completely different from what you heard in

8    this -- in this courtroom.

9                If a witness feels intimidated at a deposition, the

10   lawyer in every preparation I've done says, if you feel unable

11   to continue, let me know.  We can contact the judge.  There

12   is -- there isn't a snowball's chance Your Honor would have

13   let that deposition go forward.

14               THE COURT:  Did you see the instruction?

15               MR. DOLAN:  I have, Judge.

16               THE COURT:  Okay, so I say you're exactly right.

17               MR. DOLAN:  Okay.

18               THE COURT:  Don't argue when you've already won,

19   right, Mr. Dolan?

20               MR. DOLAN:  All right.

21               THE COURT:  What else?  Good.

22               Get me your letters as to what you're going to do

23   tomorrow morning.  Let's meet at 9:15 to hammer out the rest

24   of it, and have a good evening.

25               Thank you.

Proceedings                                              2092

1          MR. BALESTRIERE:  Thank you, Your Honor.

2          (Judge BRIAN M. COGAN exited the courtroom.)

3

4     (Matter adjourned to Tuesday, April 5, 2022 at 9:15 a.m.)

5

6

7                              ooo0ooo

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

2093

<u>I N D E X</u>

<u>SUMMATION</u>                                         <u>PAGE</u>

BY MR. McDONALD:                              **1847**

BY MR. GROVER                                 **1939**

BY MR. BALESTRIERE                            **1979**

<u>E X H I B I T S</u>

Defense Exhibit G-8                              1845