216

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
AMY MOORE, MIA LYTELL,          :   17 CV 6404(BMC)
NATASHA TAGAI, EMMA HOPPER,     :
BRITTANY HASSEN AND BRITTANY    :
REYES,                          :
                                :   United States Courthouse
          Plaintiffs,           :   Brooklyn, New York
                                :
                                :
      -against-                 :
                                :   Tuesday, March 22, 2022
                                :   9:30
                                :
                                :
HOWARD RUBIN AND JENNIFER       :
POWERS,                         :
                                :
          Defendants.
- - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
DISTRICT JUDGE

A P P E A R A N C E S:

For the Plaintiffs:      BALESTRIERE FARIELLO
                         Attorneys for the Plaintiffs -
                         AMY MOORE, MIA LYTELL, NATASHA TAGAI,
                         EMMA HOPPER, BRITTANY HASSEN and
                         BRITTANY REYES
                            225 Broadway
                            29th Floor
                            New York, NY 10007
                         BY: JOHN G. BALESTRIERE, ESQ.
                             MATTHEW W. SCHMIDT, ESQ.


For the Defendants:      DECHERT, LLP
                         Attorneys for the Defendant -
                         Howard Rubin
                            1095 6th Avenue
                            New York, NY 100036
                         BY: EDWARD A. MCDONALD, ESQ.
                             BENJAMIN E. ROSENBERG, ESQ.
                             MAY K. CHIANG, ESQ.
                             CHRISTINE ISAACS, ESQ.
                             KATHERINE BOY SKIPSEY, ESQ.

                    SCHLAM STONE & DOLAN, LLP
                    Attorneys for the Defendant -
                    Jennifer Powers
                         26 Broadway
                         New York, New York 10004
                    BY: DOUGLAS E. GROVER, ESQ.
                        JOLENE LAVIGNE-ALBERT, ESQ
                        ANGELA LI, ESQ.


                    SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                    Attorneys for the Defendant -
                    Howard Rubin
                    By:  MICHAEL J. GILBERT, ESQ.


Court Reporter:  Jennifer Thun, CSR,
                 Official Court Reporter
                 Telephone: (718) 613-2567
                 E-mail: JenniferThun.CSR@Gmail.com


Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

Tagai - cross - Gilbert                    218

1            (In open court; ceremonial courtroom.)

2            COURTROOM DEPUTY:  All rise.

3            The United States District Court for the Eastern

4    District of New York is now in session.  The Honorable Brian

5    M. Cogan is now presiding.

6            (Honorable Brian M. Cogan takes the bench.)

7            THE COURT:  Let's have the witness back, please,

8    and the jury in.

9            Everyone may be seated.

10           Good morning, ladies and gentlemen.  Hope you had a

11   good evening.  We will continue with cross-examination.

12   CROSS-EXAMINATION BY

13   MR. GILBERT: (Cont'd.)

14   Q    Good morning, Ms. Tagai.

15   A    Good morning.

16   Q    Ms. Tagai, before we broke yesterday, I was asking you

17   about a photo shoot that you participated in.

18           Do you recall that?

19   A    Yes.  This is correct.

20   Q    That was in April of 2015; correct?

21   A    Correct.

22   Q    That photo shoot that you agreed to do as part of a

23   birthday celebration for Mr. Rubin?

24           MR. GILBERT:  Let me check the microphone.

25           THE COURT:  Tap the top.

Tagai - cross - Gilbert                    219

1           (Pause.)

2           MR. GILBERT:  If we can, please, place before the

3    witness DXD7.

4           THE DEPUTY CLERK:  Is it in evidence?

5           THE COURT:  No, not yet.

6    Q    Ms. Tagai, do you see on your screen an exhibit that it

7    is marked DXD7?

8    A    Yes, I do.

9    Q    Those are photographs from the photo shoot that you have

10   been testifying about; correct?

11   A    Yes.  This is correct.

12   Q    And there are over 250 photographs there?

13   A    Yes.

14   Q    All of those were photographs of you in Mr. Rubin's

15   apartment; correct?

16   A    Yes.  This is correct.

17          MR. GILBERT:  At this time I offer D7?

18          MR. BALESTRIERE:  Objection, 403, your Honor.

19          THE COURT:  How many photographs are there in this?

20          MR. GILBERT:  There are approximately 200

21   photographs.  I propose to focus the witness on six of them.

22          THE COURT:  Six?

23          MR. GILBERT:  Yes.

24          THE COURT:  Or?

25          MR. GILBERT:  Thank you.

1          MR. BALESTRIERE:  Thank you.

2          THE COURT:  Admitted as to the four photographs

3    that are about to be shown to the witness.

4          (Defendant's Exhibit D7 was marked in evidence.)

5          MR. GILBERT:  If you can, please, Ms. Palmore, show

6    the witness and publish to the jury page 64 of DXD7.

7    Q    Ms. Tagai, that is a photograph of you; correct?

8    A    Yes.  This is correct.

9    Q    And what are in your hands in this photograph?

10   A    The cuffs that you get tied up to.

11   Q    The cuffs that are depicted in this photograph, are

12   those the same cuffs that your lawyer showed you on the

13   witness stand yesterday?

14   A    I don't believe so.

15   Q    Do they appear to be a similar type of handcuff?

16   A    They do look fairly similar.

17   Q    Is there anything in particular that you notice that is

18   different?

19   A    They just seem a bit smaller.

20   Q    Essentially they are similar to what your lawyer showed

21   you yesterday other than that they are smaller?

22   A    Yes, that's correct.

23   Q    And you had used in your encounters with Mr. Rubin cuffs

24   like the ones that are shown in DXD7, page 64; correct?

25   A    Yes.  Fairly similar ones, yes.

Tagai - cross - Gilbert                221

1    Q    And you testified about such cuffs in connection with
2    your encounter with Mr. Rubin on October 1st, 2015; is that
3    correct?
4    A    Yes, that's correct.
5    Q    Did you finish your answer?
6    A    I said, Yes, that is correct.
7    Q    What is depicted in here are basically the same things
8    that were used in connection with the October 1st, 2017,
9    encounter?
10   A    Yes.  This is correct.
11   Q    You chose to pose with those handcuffs in this
12   photograph; correct?
13   A    Yes.  I did with direction from a photographer as well.
14   Q    So there was a photographer obviously present who took
15   these pictures?
16   A    Yes.  This is correct.
17   Q    Had you ever met that photographer before?
18   A    No.
19   Q    And you were comfortable to be in Mr. Rubin's apartment
20   posing with these handcuffs before this photographer of whom
21   you had never met before?
22   A    Yes.  I have been doing photo shoots since I was 17
23   years years old.
24   Q    This was a photo shoot in which you were posing with
25   various BDSM items; correct?

Tagai - cross - Gilbert                    222

1   A    Yes.  This is correct.

2   Q    You were doing that in the very same apartment about

3   which you have provided testimony in this trial?

4   A    Yes.  This is correct.

5   Q    In a room that you referred to in this trial as a

6   dungeon; correct?

7   A    Yes.  This is correct.

8   Q    And did you decide that you were going to pose with

9   these handcuffs, or did the photograph suggest that to you?

10  A    I don't recall.

11  Q    Did you decide that the photo shoot would take place in

12  the room you referred to as the dungeon, or did the

13  photographer do that?

14  A    I believe the photographer.

15  Q    You agreed to do that?

16  A    Yes, I did.

17          MR. GILBERT:  Can we look, please, at DXD7 126.

18  Q    This is another photograph from the same photo shoot

19  session?

20  A    Yes.

21  Q    This is you again posing in the room that you referred

22  to as a dungeon; correct?

23  A    Yes.  That is correct.

24  Q    And you are posing here on another BDSM equipment;

25  correct?

Tagai - cross - Gilbert                    223

1   A    Correct.

2   Q    The clothing that you are wearing, is that your

3   clothing?

4   A    Yes, it is.

5   Q    You brought that to Mr. Rubin's apartment in April of

6   2015?

7   A    Yes, I did.

8   Q    And is that a BDSM outfit of some kind?

9   A    No.  Actually that was my uniform.  We used to wear

10  lingerie at the club.

11  Q    It is lingerie from a nightclub?

12  A    Yes.

13           MR. GILBERT:  Can we move, next, please, DXD7 146.

14  Q    You are smiling in this photograph; correct?

15  A    Yes.

16  Q    And you are smiling while you are posing on another

17  piece of BDSM equipment?

18  A    Yes.

19  Q    Let's finally turn from DXD7, please, take a look at

20  page 177.

21           Is this a different piece of BDSM equipment, or is

22  that the same?

23  A    It looks to be the same.  I am not sure.

24  Q    How long did it take to pose for the over 200

25  photographs that were taken on this day?

1   A    I would say probably around an hour and a half, two

2   hours.

3   Q    And isn't it true that you extended your stay in New

4   York on this visit for the sole purpose of being able to pose

5   for these photographs?

6   A    Yes.

7   Q    You stayed an extra night in Mr. Rubin's apartment?

8   A    Yes, I believe so.

9   Q    You stayed there by yourself?

10  A    Yes.

11  Q    And you stayed there so you could get up the next day

12  and do this photo shoot?

13  A    Yes.  That is correct.

14  Q    As a gift for Mr. Rubin; correct?

15  A    Correct.

16          MR. GILBERT:  You can take that down, Ms. Palmore.

17  Q    It is correct, Ms. Tagai, after you completed that photo

18  shoot, you then travelled back to the Chicago; correct?

19  A    Correct.

20  Q    And when you were back in Chicago several days later,

21  you contacted Ms. Powers to ask her about the photo shoot; is

22  that correct?

23  A    Yes.  This is correct.

24          MR. GILBERT:  Can you please show the witness DXI4,

25  at page 2.

Tagai - cross - Gilbert                    225

1  Q    I will direct your attention to a text message dated May
2  15th, 2015, at 4:52 p.m.
3          MR. GILBERT:  If you could please publish to the
4  jury.  That is in evidence.
5  Q    Do you see a message where you sent to Ms. Powers, How
6  did pics turn out, with a Smiley face?
7  A    Yes.
8  Q    And then there is a message that follows on May 13th,
9  2015, at 12:17 p.m. from Ms. Powers; correct?
10 A    Yes.  That is correct.
11 Q    Do you see there she writes, Hey, sorry for the delay.
12 Been off WhatsApp for a second, but I am back now?
13 A    Yes.
14 Q    Then she sends you an image.
15         Do you see that on May 15th at 10:22 p.m.?
16 A    Yes.
17         MR. GILBERT:  If I could please show just the
18 witness DXA7.
19 Q    I am going to ask you, Ms. Tagai, to please look at
20 DXA7.
21         The question is whether that is the photograph that
22 was selected from the photo shoot to be used in the calendar
23 gift for Mr. Rubin?
24 A    Yes.  This is the one they chose.
25 Q    You didn't choose it.  It was chosen by -- do you know

1    who chose it.

2    A    I don't know who chose it.

3            MR. GILBERT:  I now offer DXA7.

4            MR. BALESTRIERE:  No objection, your honor.

5            THE COURT:  Received.

6            (Defendant's Exhibit DXA7 was marked in evidence.)

7    Q    Ms. Tagai, that is the calendar; right?

8    A    Yes.  That is correct.

9    Q    And so this is what Ms. Powers sent to you, this image

10   showing that your photograph that had been selected from the

11   photo shoot and was being used for the May 2016 section of

12   this gift calendar; correct?

13   A    Correct.

14   Q    And the image that was selected shows you with handcuffs

15   that you testified about earlier; correct?

16   A    Correct.

17   Q    And showing holding your harms up above your head?

18   A    Correct.

19   Q    And when you saw that, the photograph that had been

20   selected, you wrote back to Ms. Powers at --

21           MR. GILBERT:  If you can go back to DX54, please.

22   Q    There is a text from you on May 15th, 2015, at

23   10:26 p.m. that says, Ah.  That is hot.

24   A    Correct.

25   Q    So you were pleased with the photograph that had been

1    selected for the calendar; correct?

2    A    Yes.  That is correct.

3    Q    And the text goes on.  Ms. Powers says, I love your

4    shot.

5             Do you see that?

6    A    Yes.

7    Q    And then you write on May 15th, 2015, at 10:30 p.m. --

8             MR. GILBERT:  I apologize.  I realize I am speaking

9    somewhat quickly.  Please let me know if it is too quick.

10   Q    You write, Okay.  Cool, exclamation point; correct?

11   A    Correct.

12   Q    Thanks.  And, Yes, he is going to love this calendar.

13            Do you see that?

14   A    Yes, I do.

15   Q    With a smiley face emoji next to it?

16   A    Yes, I do.

17   Q    Then you write, If you have the actual pic, will you

18   email it to me?  I love it.  And there is image in the text

19   message that shows an emoji with heart eyes in the face;

20   correct?

21   A    Correct.

22   Q    You are happy that Mr. Rubin is going to like this

23   picture; correct.

24   A    That was correct.

25   Q    And you liked this picture; correct?

1   A    Yes, I did.

2         MR. GILBERT:  Thank you.  You can please take that

3   down.  Actually, we are going to continue.

4   Q    Let me ask you, Ms. Tagai, in that same text exchange a

5   little later, there is some discussion between you and Ms.

6   Powers about a flight to New York for you.  I will direct

7   your attention to a text at May 15th, 2015, at 9:20 p.m.

8         Do you see that?

9   A    Yes, I do.

10  Q    Ms. Powers says, I just realized I don't have your

11  booking information.

12  A    Yes.  That's correct.

13        MR. GILBERT:  Ms. Palmore, if you can highlight

14  that as we are going through that, it will be helpful.

15  Q    And then she writes, Ms. Powers does, at 9:21 p.m., Can

16  you please send me your full name, date of birth, and email?

17  Thanks.

18        Do you see that?

19  A    Yes, I do.

20  Q    And you did that; correct?

21  A    Yes, I did.

22  Q    You had no hesitation providing Ms. Powers with your

23  full name, date of birth, and your email address; correct?

24  A    That is correct.

25  Q    And then on May 16th, 2015, at 12:54 a.m., Ms. Powers

Tagai - cross - Gilbert                    229

1  texts you, I booked your flight.  We will send you

2  confirmation when I get it.

3          Do you see that?

4  A    Yes, I do.

5  Q    And you respond, Okay.  Thank you, with a kiss emoji?

6  A    Correct.

7  Q    In fact, you repeatedly thanked Ms. Powers for booking

8  the flight for you to come to New York for Mr. Rubin's

9  birthday party; correct?

10 A    That is correct.

11 Q    And you testified already that typically in your travels

12 to New York to see Mr. Rubin you would arrange your own

13 flights; correct?

14 A    Yes.  This is correct.

15 Q    But this is one -- the one time, I believe, or this

16 obviously is one time where Ms. Powers booked the flight?

17 A    Correct.

18 Q    You didn't make it to the birthday party; correct?

19 A    That is correct.

20 Q    And when you were asked about that yesterday, you

21 testified that the reason you didn't come to the birthday

22 party is because you felt uncomfortable because there were

23 going to be other women that Mr. Rubin was involved with at

24 that the party?

25 A    Yes.  This is correct.

Tagai - cross - Gilbert                    230

1    Q    Now, when you didn't show up at the party, there is a

2    text --

3             MR. GILBERT:  If we go back, please, to DXI4.

4    Q    -- May 24th, 2015, at 11:32 p.m. on page 2.

5             Do you see Ms. Powers writes, Are you okay?

6    A    Yes.

7    Q    She is asking about your well-being?

8    A    That's correct.

9    Q    It appears to you that she is concerned because you

10   didn't make it to the party even though she had arranged the

11   travel for you?

12   A    Yes.  This is correct.

13   Q    And then on June 1st, 2015, you write 4:04 p.m. and

14   explain to her here why you didn't make it to the party;

15   correct?

16   A    That is correct.

17   Q    Here you say, Sorry.  Had an issue Tuesday night at

18   work.  Someone took my purse with my phone, passport, wallet,

19   everything in it.  So I was unable to travel.

20             Correct?

21   A    Yes.  This is correct.

22   Q    And you go on to say, I hope he is not upset with me.

23             Referring to Mr. Rubin; correct?

24   A    Correct.

25   Q    So the reason that you gave Ms. Powers as to why you

1    didn't come to the party was different than the reason you

2    testified about yesterday?

3    A    Absolutely.

4    Q    You were sorry you missed the party; correct?

5    A    Yes.  I stated that.

6    Q    In fact you were sorry that you missed the party, were

7    you not?

8    A    It was his birthday, yes.

9    Q    So when you said you state that, you are referring to a

10    text on June 1st, 2015, at 4:04 p.m.; correct?

11    A    That is correct.

12    Q    Where you write, I hope the party went amazing.

13    A    Correct.

14    Q    And then further on in this text you write at 4:04 p.m.,

15    How did the calendar go?

16         Do you see that?

17    A    Yes, I do.

18    Q    You cared about whether Mr. Rubin liked his birthday

19    present that included a picture of you; correct?

20    A    Correct.

21    Q    Now, Ms. Tagai, you came back to see Mr. Rubin again in

22    2015 after the photo shoot; correct?

23    A    This is correct.

24    Q    So the next time was in September of 2015; correct?

25    A    Yes.

Tagai - cross - Gilbert                                232

1  Q    And if we look, please, DXI4 at page 2, there is a text

2  on September 18th, 2015, at 11:14 a.m. where Ms. Powers said

3  to you, Have you booked your flights yet for New York?

4          Do you see that?

5  A    Yes, I do.

6  Q    This is an instance where again you are making your

7  arrangements to come to New York?

8  A    Yes.

9  Q    Ms. Powers goes on to ask if you could send her the

10 information about when you will be arriving; is that correct?

11 A    That's correct.

12 Q    You book this flight for yourself because you chose to

13 do that; correct?

14          Nobody forced you?

15 A    No.

16          That is correct.

17 Q    On September 8th, 2015, you told Ms. Powers in a text at

18 11:17 a.m., I get in early so I can keep myself busy like

19 usual and walk around and get food, smiley face, like a

20 tourist.  Laugh out loud.

21          Do you see that?

22 A    Yes.

23 Q    So you are telling Ms. Powers that you like to get, like

24 usually you say, in early and spend some time walking around

25 New York and enjoying food during the times when you are

Tagai - cross - Gilbert                    233

1   having BDSM encounters with Mr. Rubin; correct?

2   A    That is correct.

3   Q    Now, on September 8th, 2015, Ms. Powers writes, Great at

4   11:20 a.m.?

5   A    Yes.

6   Q    Concierge will be expecting you.

7            You write back, Okay.  Great.  Thank you.

8   A    Yes.

9   Q    Then you go on to ask her for the address again.

10           Do you see that?

11  A    Yes, I do.

12  Q    Then you reply, Okay.  Awesome.  Thanks so much, at

13  8:39 a.m.

14           Do you see that?

15  A    Yes.

16  Q    Ms. Powers says, Yes, ma'am.  They are expecting you.

17  Have a good day, exclamation point.

18           Do you see that?

19  A    Yes.

20  Q    And you wrote, Perfect, exclamation point.  You too,

21  with a kiss emoji?

22  A    Yes.

23  Q    You agree these are friendly messages with Ms. Powers?

24  A    Absolutely.

25  Q    You seemed excited to go back to New York to go back to

1   the condo to have another encounter with Mr. Rubin?

2   A    Correct.

3   Q    You go on in this text exchange to ask Ms. Powers if she

4   could help in you ordering a salad to the building?

5   A    Yes, I do.

6   Q    At 11:35 a.m.?

7   A    Yes.

8   Q    Is there a number here that I can call so that I can

9   order a salad from the building?

10          Do you see that?

11  A    Yes, I do.

12  Q    And she gave you the name of a restaurant to do that?

13  A    Yes.

14  Q    After this trip to New York, you returned yet again just

15  a few weeks later; correct?

16  A    I believe so, yes.

17  Q    At the end of September, you returned and the next

18  encounter you had with Mr. Rubin was the one that you

19  testified about yesterday, the one that took place on

20  October 1st?

21  A    Correct.

22  Q    2015; correct?

23  A    Sorry.  Correct.

24  Q    So before that you had some exchanges with Ms. Powers

25  again about your travel; right?

Tagai - cross - Gilbert                    235

1   A    Yes.  That is correct.

2   Q    So there is some texting that is shown on DXI4 at pages

3   4 and 5.  On September 29th, 2015, at 7:00 p.m. Ms. Powers

4   said, Can you please send me your New York flight itinerary?

5   A    Yes.  This is correct.

6   Q    "That's correct," is that what you said?

7   A    Yes.

8   Q    And then you responded, Hi, with a smiley face.  Yes,

9   one second.  Then you sent her an image of your flight

10  information; right?

11  A    Correct.

12  Q    And again this was a flight that you booked?

13  A    Yes.

14  Q    And you arranged?

15  A    Yes.

16  Q    And you did that because you wanted to come to New York

17  to see Mr. Rubin again?

18  A    Yes, I did.

19  Q    Now, you testified on direct examination that you

20  believed you had -- you were reimbursed for the cost of your

21  flights?

22  A    That is correct.

23  Q    But in fact you were paid for each encounter by

24  Mr. Rubin; correct?

25  A    That is correct.

Tagai - cross - Gilbert                    236

1    Q    You were paid a flat amount of several thousand dollars?

2    A    Each time was different most of time.

3    Q    Sometimes it was 5,000.

4    A    Sometimes five, three, two.  Just depends.

5    Q    You didn't submit receipts for your flights; correct?

6    A    No.  He never asked me to.

7    Q    So the payment was a payment for the encounter; and

8    whether you used that money to cover flights or not, that was

9    up to you?

10   A    There has been a certain time when he was upset and he

11   gave me $2,000.  Jennifer had to reach out to him because I

12   said I needed it for childcare and for flights.

13   Q    Ms. Tagai, my only question to you is:  You never

14   submitted receipts; correct?

15   A    No, I did not.

16   Q    You didn't do that?

17   A    No.

18   Q    So before I ask you some more questions about this

19   October 1st, 2015, encounter, I want to make sure I

20   understand your testimony on direct exam yesterday, was that

21   from at the time that you met Mr. Rubin in 2010 all the way

22   through the time of this encounter that we are about to talk

23   about, October 1st, 2015, you had consensual BDSM activity

24   with Mr. Rubin ; correct?

25   A    That was correct.

1  Q    So, then you testified that certain things happened in

2  this October 1st, 2015, encounter that you claimed you didn't

3  consent to; correct?

4  A    That is correct.

5        MR. GILBERT:  No, if we can please bring up Defense

6  Exhibit A, DXA, again.

7  Q    Do you see there was a -- this, Ms. Tagai, is a list of

8  payments that you received; correct?

9  A    Yes.  This is correct.

10 Q    It is a list of payments that you received from

11 Mr. Rubin?

12 A    That is correct.

13 Q    So the payment that is listed there --

14       MR. GILBERT:  If we can highlight it, please, Ms.

15 Palmore.

16 Q    -- for October 2nd, 2015, this is a payment for this

17 October 1st, 2015, encounter that you testified about;

18 correct?

19 A    Correct.

20 Q    And I will ask you a bit more about what happened; but

21 whatever happened, it is a fact that you returned and had

22 another encounter with Mr. Rubin on or about November 20th,

23 2015, as indicated in the next line of this exhibit; correct?

24 A    Yes.  That is correct.

25 Q    You also returned again on January 15th, or thereabouts,

Tagai - cross - Gilbert                 238

1    on 2016, and had another BDSM encounter with Mr. Rubin?

2    A    Yes.  That is correct.

3    Q    You testified on your direct examination yesterday that

4    both the November 15th encounter and the January 16th

5    encounter were, to use your word, wonderful; isn't that true?

6    A    Yes.  That is correct.

7    Q    There are three more payments that are listed; is that

8    right?

9    A    Yes.  That's correct.

10   Q    One is for May 11th, 2016?

11   A    Yes.

12   Q    And you testified on direct examination that some

13   portion of what happened in that encounter you claim was not

14   consensual?

15   A    That is correct.

16   Q    And in March of '17 there is another encounter; correct?

17   A    Correct.

18   Q    I believe it is correct that -- is it correct that you

19   testified that that was a quote, unquote good encounter?

20   A    Yes.  That is correct.

21   Q    So nothing that was not consensual occurred in the

22   March 2017 encounter according to you; correct?

23   A    Correct.

24   Q    Then the last one is the final encounter on June of

25   2017, which you testified about; correct?

1  A     Correct.

2  Q     So your testimony is that of all these times that you

3  spent with Mr. Rubin, there were three where you say some

4  portion of what happened was something that you didn't

5  consent to you?

6  A     That is correct.

7  Q     One of those occurred October 2015; correct?

8  A     Correct.

9  Q     And you returned for encounters after that?

10  A     Correct.

11  Q     And the second one is May of 2016, and you returned for

12  another encounter after that; correct?

13  A     That is correct.

14  Q     Now, with regard to the October 1st, 2015, encounter,

15  your testimony on direct was that there was a pool cue

16  incident that you didn't consent to; correct?

17  A     Correct.

18  Q     And other horrible things you testified about like you

19  were dragged across the floor and there was a ball gag?

20  A     Correct.

21  Q     That is something you never experienced with Howard

22  Rubin before?

23  A     No.

24  Q     After knowing him for years and years and years?

25  A     No.

1  Q    After all of that activity happened on October 1st,

2  2015, Mr. Rubin left the condo; correct?

3  A    That is correct.

4  Q    But you remained in the condo?

5  A    Correct.

6  Q    And, in fact, you chose to stay the night in the condo?

7  A    Yes, I did.

8  Q    And you understood that Mr. Rubin could have returned at

9  any moment and could have continued what you claimed was

10  brutal activity against you; correct?

11  A    That is correct.

12  Q    But despite that, you decided to sleep in his condo

13  after all of that happened; correct?

14  A    That is correct.

15  Q    And your lawyer asked you on direct examination why

16  would you do that.

17        Do you remember that question?

18  A    Yes, I do.

19  Q    And your answer, Ms. Tagai, was that hotels in New York

20  are expensive; isn't that correct?

21        Is that what you said in response to your lawyer's

22  question?

23  A    Yes.  That is correct.

24  Q    So rather than leave this place where you claim you

25  suffered this brutal abuse, you decided to stay in this condo

1    because hotels in New York are expensive.

2            That was your testimony on direct examination;

3    correct?

4    A    Yes.  That is what I said.

5    Q    And, in fact, you had plenty of resources available to

6    pay for a hotel at that time if you had chosen to do that;

7    correct?

8    A    That is correct.

9    Q    You had received just in the last few months over

10   $17,000 from Mr. Rubin; correct?

11   A    Correct.

12   Q    You were making over $50,000 a year as a cocktail

13   waitress that year; correct?

14   A    I believe so.

15   Q    You started your own business that year?

16   A    I believe so.

17   Q    What was the nature of the business you started in 2015?

18   A    My clothing company.

19   Q    Yet you decided to stay?

20   A    Yes.

21   Q    The next day you are walking around town with

22   Mr. Rubin's sunglasses?

23   A    Yes.  That is correct.

24   Q    Walking around New York City with his sunglasses before

25   you got on your flight and went back home?

Tagai - cross - Gilbert                               242

1  A    That is correct.

2  Q    A few days later when you got back home, you realized

3  that you still had those sunglasses; right?

4  A    That's correct.

5  Q    You testified that you sent them back in a package?

6  A    Correct.

7  Q    And you included in that package a handwritten note to

8  Mr. Rubin?

9  A    Correct.

10         MR. GILBERT:  Please show the witness Defense

11 Exhibit L4.

12         Just the witness at this time.

13 Q    Ms. Tagai, is Defense Exhibit L4 the note that you

14 included in the package that you sent to Mr. Rubin in

15 October 2015 sending back the sunglasses?

16 A    Yes.  That is correct.

17         MR. GILBERT:  I offer DXL4.

18         MR. BALESTRIERE:  No objection.

19         THE COURT:  Received.

20         (Defendant's Exhibit DXL4 was marked in evidence as

21 of this date.)

22         MR. GILBERT:  Please publish it to the jury.

23 Q    Can you please read, Ms. Tagai, the note that you sent?

24 A    Yes.  It says, Howie, XOXO.  Hope to see you soon.  Hugs

25 and kisses, Natasha.

1  Q    Ms. Tagai, in your testimony yesterday you recalled some

2  very specific details about October 1st, 2015; correct?

3  A    That is correct.

4  Q    You remembered meeting with Mr. Rubin across the street

5  from the condo at a hotel?

6  A    That's correct.

7  Q    And you remember that he was there with an older

8  gentleman and two women?

9  A    Correct.

10 Q    And you specifically recalled that you went back to the

11 condo and they were playing pool?

12 A    Correct.

13 Q    You said that was about 45 minutes.  You remembered

14 playing pool in 2015 in this condo for about 45 minutes;

15 correct?

16 A    Correct.

17 Q    You remembered the color of the handcuffs that you claim

18 were used in what you testified was nonconsensual activity to

19 be darkish maroon; correct?

20 A    Correct.

21 Q    But again, Ms. Tagai, when you were asked in your

22 deposition in 2018 if you remembered anything in particular

23 about any of your meetings with Howard Rubin in 2015, your

24 answer was, I don't; correct?

25 A    That is correct.

Tagai - cross - Gilbert                    244

1   Q    After this encounter in October of 2015, as you said,

2   you acknowledged you came back again; correct?

3   A    That is correct.

4   Q    There is no text message where you said to Mr. Rubin, I

5   am coming back, but it can't be like that again; correct?

6   A    That is correct.

7   Q    There is no text message where you say, I am coming

8   back, but it has to be different this time; correct?

9   A    Yeah.  That is correct.  We never discussed --

10  Q    Just answer my question.

11       You didn't send such a text message; correct?

12  A    That's correct.

13  Q    You came back in November of 2015.  This was the eighth

14  encounter you had with him in the year 2015; correct?

15  A    Yes, correct.

16       MR. GILBERT:  If we can look at DXI4, page 6.

17  Q    There is a text on November 2nd, 2015, at 5:55 p.m?

18  A    Yes.

19  Q    Do you see that?

20  A    Yes.

21  Q    Ms. Powers writes, Have you booked your Wednesday yet?

22  Keep me posted on your itinerary.  You write, Yes.  I will

23  put it up in a second, and then you send her an image of your

24  flight information; right?

25  A    Yes.  That is correct.

Tagai - cross - Gilbert                    245

1   Q    So this is four weeks after what you claim was this
2   brutal encounter where you're going on the internet and
3   booking your flight to come back to New York?
4   A    Yes.  That is correct.
5   Q    You didn't come back in November; right?
6   A    Yes.  That is correct.
7   Q    And there is a text on November 2nd at 2015 at 9:03 to
8   Ms. Powers to you saying, H.  Meaning Mr. Rubin; correct?
9   A    Correct.
10  Q    -- isn't planning on seeing you until around 5:00 p.m.
11          Do you have plans Wednesday daytime?
12          Do you see that?
13  A    Yes, I do.
14  Q    And Ms. Powers goes on to say the reason I ask is
15  because the owner is in town from Greece would like to come
16  in and check the place out.  Do you have a problem with them
17  stopping by?
18          Do you see that?
19  A    Yes.
20  Q    When she is referring to "the owner" here, was it your
21  understanding that she was talking about the person who owned
22  the condo from whom Mr. Rubin rented a condo?
23  A    Yes.
24  Q    And Ms. Powers is asking you, is it okay with you -- do
25  you have a problem with the owner coming by while you are in

Tagai - cross - Gilbert                246

1   Mr. Rubin's apartment; right?

2   A    Correct.

3   Q    And your response was, Not at all at 9:07 p.m. on

4   November 2nd, 2015?

5   A    Correct.

6   Q    You said, I usually walk around the city like a tourist.

7   So that is no problem.

8   A    Correct.

9   Q    Ms. Powers says, Okay.  That great.  They wouldn't stay

10  long.  Thank you so much.

11           Do you see that?

12  A    Yes.

13           THE COURT:  Mr. Gilbert, you need to talk a little

14  slower.

15           MR. GILBERT:  I am sorry.

16           THE COURT:  Also, if there is a way to condense the

17  examination a bit to save some time.

18           MR. GILBERT:  I will do that, your Honor.

19           THE COURT:  Okay.

20  Q    So, you understood that Ms. Powers was asking you if you

21  were okay with the owner of the apartment coming there while

22  you were going to be there; correct?

23  A    Yes.  That is correct.

24  Q    In fact, that did happen; right?

25  A    Yes.

1    Q    So the owner came and you were the only one in

2    Mr. Rubin's apartment at the time the owner came in; right?

3    A    Yes.

4    Q    And you showed the owner around the apartment?

5    A    No.  He just walked around and looked at everything.

6    Q    You didn't tell the owner that there was any problems

7    with anything that was happening in the apartment; correct?

8    A    No.

9    Q    You didn't say that you had been the victim of any

10   nonconsensual activity in his apartment; correct?

11   A    No, I did not.

12   Q    You had some text exchange with Ms. Rubin after the

13   owner came where -- sorry, with Ms. Powers; correct?

14   A    Yes.  That is correct.

15   Q    You wrote, on November 14th at 2:44 p.m., Wouldn't that

16   have been funny if I answered the door naked.  LMFA.

17          Laugh my ass off, is that what that means?

18   A    Yeah.

19   Q    You thought it was funny?

20   A    I was just making a joke with her.

21   Q    After that visit you came back just again a few weeks

22   later; correct?

23   A    Yeah.  That is correct.

24   Q    Again, it was the normal routine.  You booked the

25   flights and you came; right?

Tagai - cross - Gilbert                    248

1   A    Yes.  That's correct.

2   Q    You walked around the city like a tourist.  Everything

3   was the way it had gone before; right?

4   A    That is correct.

5   Q    You didn't express any concerns to Mr. Rubin; correct?

6   A    That is correct.

7   Q    You didn't express any concerns to Ms. Powers; correct?

8   A    That is correct.

9   Q    Now, in January of 2016 by that time you are living in

10  Seattle; correct?

11  A    Yes.  This is correct.

12  Q    You continued, as you said, to come from Seattle to New

13  York; correct?

14  A    Yes.  That is correct.

15  Q    You came in January; correct?

16  A    Correct.

17  Q    And then you returned again in May; correct?

18  A    Correct.

19  Q    In 2016 is another occasion which you claim to have been

20  some nonconsensual activity; right?

21  A    That is correct.

22  Q    Yet in your direct testimony yesterday you testified

23  that you consented to go into the red room; correct?

24  A    That's correct.

25  Q    You testified during this encounter about the use of a

1   ball gag and clothespin; correct?

2   A    Correct.

3   Q    And your lawyer showed you a photograph, correct, that

4   you testified was from that encounter?

5   A    Correct.

6           MR. GILBERT:  Can you please show just the witness

7   PX36.

8   Q    Ms. Tagai, this is the photograph that you testified

9   about that showed clothespins on your breasts?

10  A    Yes.  That is correct.

11  Q    It is correct, Ms. Tagai, there is no ball gag in your

12  mouth in this photograph; correct?

13  A    No.  This was a picture from being whipped and this was

14  a picture I took on my own after.

15  Q    My question to you was:  This photograph does not depict

16  a ball gag in your mouth; correct?

17  A    That's correct.

18  Q    Ms. Tag, while you claim again that this encounter was

19  some nonconsensual activity, again you agreed to -- you

20  decided to spend the night in Mr. Rubin's apartment after he

21  left; correct?

22  A    That is correct.

23  Q    Again, you had options?

24  A    That's correct.

25  Q    You didn't have to stay there; correct?  You knew he

Tagai - cross - Gilbert                    250

1  could come back at any time?

2  A    Correct.

3           THE COURT:  Mr. Gilbert, when you say "again,"

4  that's a key that you already said it.  So you don't need to

5  say it again.

6           MR. GILBERT:  Thank you, your Honor.

7  Q    Ms. Tagai, you texted Ms. Powers the next morning;

8  correct?

9  A    I believe so, yes.

10 Q    Please take a look at DX14 at page 9 on May 6th at

11 10:06 a.m.

12          MR. GILBERT:  It is in evidence.  You can please

13 publish it to the jury.

14 Q    What did you say to Ms. Powers at 10:06 a.m. on May 6th?

15 A    I switched my flight to 2:30.  Is it okay if I leave the

16 condo at noon?  Just wanted to make sure that's okay.

17 Q    You didn't say anything to Ms. Powers about any problems

18 the night before in that text exchange?

19 A    Not in that, no.

20 Q    You told her you were chaining your flight -- you told

21 her you were changing your flight time; correct?

22 A    Correct.

23 Q    Such that you were going to be staying in the condo

24 longer than originally planned?

25 A    Correct.

Tagai - cross - Gilbert                           251

1    Q    After that text exchange with Ms. Powers, you returned

2    to Chicago; correct?

3    A    Correct.

4    Q    Sorry.  Was it Seattle or Chicago?

5    A    Chicago.

6    Q    You moved back to Chicago?

7    A    Yeah.

8    Q    Then you came from Chicago to New York again March of

9    2017; correct?

10   A    Correct.

11   Q    And you testified that there was no nonconsensual

12   activity on that occasion; correct?

13   A    Correct.

14   Q    Then the final time you met with Mr. Rubin was in June

15   of 2017?

16   A    Correct.

17   Q    You arranged the flight again; right?

18   A    This is correct.

19   Q    Looking at DXI4 at page 10, there is a text from you on

20   June 11th, 2017, at 4:12 p.m.

21          Do you see that?

22   A    Yes.

23   Q    You wrote, I can walk around and shop if I need to come

24   later.  Just let me know.

25          Correct?

Tagai - cross - Gilbert                    252

1    A    Correct.

2    Q    Then you wrote, Yeah, that's perfect, after Ms. Powers

3    confirmed that you could come when you chose to; correct?

4    A    Correct.

5    Q    You went to the condo that day; correct?

6    A    That is correct.

7    Q    You waited for Mr. Rubin there; correct?

8    A    Correct.

9    Q    And that afternoon at 2:17 p.m. Mr. Rubin texted you and

10   told you that he was on his way; correct?

11   A    Yes, I believe so.

12          MR. GILBERT:  Can you please show the witness

13   Defense Exhibit P 7.

14   Q    Is this a text message, Ms. Tagai, that Mr. Rubin wrote

15   to you at 2:17 p.m. on June 12th, 2017?

16   A    It's not popping up.  Sorry.

17          (Continued on next page.)

18

19

20

21

22

23

24

25

1

2          MR. GILBERT:   Exhibit B7, please, just to the

3    witness at this time.

4          THE WITNESS:  Yes, this is correct.

5    EXAMINATION BY

6

7          MR. GILBERT:

8    (Continuing.)

9    Q    Do you see it now?

10   A    Yes.

11         MR. GILBERT:   I offer Defense Exhibit B7.

12         MR. BALESTRIERE:  Objection.  I don't think there

13   has been a proper foundation for this as to when exactly this

14   was sent, your Honor.

15         THE COURT:  Ask her a couple more questions.

16   EXAMINATION BY

17

18         MR. GILBERT:

19   (Continuing.)

20   Q    Ms. Tagai, is this a message that Mr. Rubin sent to you

21   at 2:17 p.m. on June 12, 2017?

22   A    I know it's a message between him and I.  I don't know

23   what year it is because it says June 13th.

24   Q    Well, do you see at the bottom under the smiley face

25   after the white line it says 2:17 p.m.?

1    A    Yes.

2    Q    You remember having sent text exchange with Mr. Rubin

3    before you met with him in June of 2017, correct?

4    A    Correct.

5            MR. GILBERT:   I offer Exhibit B7.

6            MR. BALESTRIERE:  Objection.  Foundation.

7            THE COURT:  Overruled.  It's admitted.

8            (Defendant's Exhibit B7 was marked in evidence as

9    of this date.)

10            THE COURT:  You can redirect her on it if you want.

11            MR. BALESTRIERE:  Thank you, your Honor.

12    Q    So Mr. Rubin says at 2:17 p.m., Yep, I'm on the way.

13    Open the white wine.  Correct?

14    A    Correct.

15    Q    You agreed you wrote K, meaning, okay?

16    A    Yes.

17    Q    And then Mr. Rubin wrote, Dinner's at 6:30, right?

18    A    Correct.

19    Q    And you said, Perfect I brought a cute outfit for

20    dinner?

21    A    Correct.

22    Q    And then after this exchange, shortly thereafter,

23    Mr. Rubin arrived at the apartment; right?

24    A    Yes.

25    Q    Around 3:00 p.m., you texted him a photograph of

Tagai - Cross/Mr. Gilbert                 255

1   Mr. Rubin to Ms. Powers, correct?

2   A    Correct.

3   Q    If you can look, please, at Defense Exhibit I4, Page 10.

4   That's a picture that you took of Mr. Rubin?

5   A    That is correct.

6   Q    You sent that to Ms. Powers at about 3:00 o'clock,

7   correct?

8   A    Correct.

9   Q    It's 3:05 p.m., right?

10  A    Correct.

11  Q    Ms. Powers responded, Ha, ha, ha.  Reunited.

12  A    Correct.

13  Q    Now, Ms. Tagai, approximately an hour after that

14  photograph was sent, you wrote a text that said, Why did

15  leave, love?

16        Do you see that?

17  A    Yes.

18  Q    I'm sorry, did you say yes?

19  A    Yes.

20  Q    I'm sorry.  I'm going back to Defense Exhibit B7.  You

21  wrote why did leave, love; right?

22  A    Yes.

23  Q    You were asking here, you were asking Mr. Rubin why he

24  had left the apartment without telling you; correct?

25  A    That is correct.

Tagai - Cross/Mr. Gilbert                    256

1   Q    And you called him love?

2   A    That is correct.

3   Q    And you claim that on this occasion he used some kind of

4   device to give you an electric shock?

5   A    That is correct.

6   Q    And that you didn't consent to, correct?

7   A    That is correct.

8   Q    Yet you wrote it him, Why did you leave, love?

9   A    Yes, I did.

10  Q    And you agree that based on the timing of the text, you

11  two had only been together for about an hour; correct?

12  A    Yes, I believe so.  An hour, hour and a half.

13  Q    And Mr. Rubin then responded to you and he told you why

14  he left, correct?

15  A    That is correct.

16  Q    What he wrote was, I just felt it was a weird chemistry

17  today.  Isn't that true?

18  A    Yes, that is correct.

19  Q    And you would agree that on this particular occasion

20  when you went with Mr. Rubin, you didn't have great chemistry

21  and he left?

22  A    That is correct.

23  Q    And when you were asked in your deposition about this,

24  your answer was, We just didn't get along.  We didn't end on

25  good terms.

Tagai - Cross/Mr. Gilbert                257

1    A    That is correct.

2    Q    And when I asked you why you were not getting along your

3    answer was, I don't remember.

4    A    That is correct.

5    Q    And you stayed at the apartment again this evening,

6    correct?

7    A    Correct.

8    Q    You slept there again, correct?

9    A    Correct.

10   Q    You didn't seek medical treatment?

11   A    No, I did not.

12   Q    You didn't contact the police?

13   A    No, I did not.

14   Q    You didn't leave and go to a hotel?

15   A    No, I did not.

16   Q    And the next morning you again had a text exchange with

17   Ms. Powers, correct?

18   A    I believe so, yes.

19   Q    If we could please look at Defense Exhibit I4 at

20   Page 11.  At 10:25 in the morning, that morning, you wrote:

21   Okay.  Sounds good.  I'm about to head out.  My phone has

22   awful service in here.  Can you by chance call me an Uber to

23   the airport.

24              Do you see that?

25   A    Yes.

Tagai - Cross/Mr. Gilbert                   258

1   Q    And then you wrote, I don't have an iPhone.  You'll

2   probably have to Uber from the lobby.

3           Do you see that?

4   A    Yes.

5   Q    And then you said to Ms. Powers, I got it worked out,

6   and she gave you the WiFi password correct?

7   A    Correct.

8   Q    And then you got an Uber and you went to the airport,

9   correct?

10  A    Correct.

11  Q    And you never saw Mr. Rubin again until your deposition

12  in this case, correct?

13  A    Correct.

14  Q    And also, on that morning, you posted some items on your

15  Instagram account, correct?

16  A    I believe.  I don't know, I'd have to see.

17  Q    Please show the witness Defense Exhibit U7.

18          Ms. Tagai, do you recognize Defense Exhibit U7?

19          I'm sorry do you see it now?

20  A    Yes.

21  Q    Do you recognize this post?

22  A    I don't see anything in front of me, I'm sorry.

23  Q    I'm sorry.

24  A    Yes.

25  Q    That's your post on Instagram, correct?

1  A    Correct.

2

3          MR. GILBERT:   I offer Defense Exhibit U7.

4          MR. BALESTRIERE:  I'm sorry this is U7?

5

6          MR. GILBERT:   Yes.

7          MR. BALESTRIERE:  Objection.  §401, your Honor.

8          THE COURT:  Short sidebar, please.

9          (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                    260

1        (Sidebar conference held on the record in the

2  presence of the Court and counsel, out of the hearing of the

3  jury.)

4        MR. BALESTRIERE:  Good morning, your Honor.

5        THE COURT:  First, Mr. Gilbert, don't ask any more

6  obvious negative questions.  You didn't call the police.  You

7  didn't do this, you didn't do that.  That's argument, okay?

8

9        MR. GILBERT:  Yes.

10       THE COURT:  You can say all those things to the

11  jury.  There's no evidence that she did any of those things.

12

13       MR. GILBERT:  Fine, your Honor.

14       THE COURT:  As to this note, what's it being

15  offered for?  It's relevant to show her state of MIND why do

16  you think.

17       MR. BALESTRIERE:  It's a social media post the next

18  day.  She has testified that she did not tell other people

19  about these incidents at the time.

20       THE COURT:  That's fine for redirect.

21       MR. BALESTRIERE:  Okay.  Understood, your Honor.

22       THE COURT:  Okay of.

23       (Sidebar discussion concludes.)

24       (Continued on the next page.)

25

1            (In open court.)

2            THE COURT:  The objection is overruled, the exhibit

3    is admitted.

4            (Defendant's Exhibit U7 was marked in evidence as

5    of this date.)

6    EXAMINATION BY

7    MR. GILBERT:

8    (Continuing.)

9    Q    Ms. Tagai, you posted this item on your Instagram

10   account on June 13, 2017, at 10:58 a.m., correct?

11   A    Correct.

12   Q    The morning after your last meeting with Mr. Rubin in

13   which you claim you were the victim of nonconsensual

14   activity, you were on Instagram posting, It's a good week to

15   have a good week.

16            Isn't that true?

17   A    Correct.

18

19            MR. GILBERT:   Please show the witness DX-V7.  V as

20   in Victor.

21   Q    Do you see Exhibit V7 in front of you now?

22   A    Correct.  Yes.

23   Q    Ms. Tagai, this is a picture that you also posted on

24   Instagram, correct?

25   A    Yes, that is correct.

Tagai - Cross/Mr. Gilbert                262

1   Q    And you posted it on also on the morning of June 13,

2   2017, at 11:05 a.m., correct?

3   A    That is correct.

4

5         MR. GILBERT:  I offer DX-V7.

6         MR. BALESTRIERE:  No objection.

7         THE COURT:  Received.

8         (Defendant's Exhibit V7 was marked in evidence as

9   of this date.)

10  Q    So the morning after your last encounter with Mr. Rubin,

11  at 11:05 you posted on Instagram this photograph of yourself

12  with flowers on your head.

13        Do you see that?

14  A    Yes.

15  Q    Is that what that is?

16  A    Looks like they're not actually flowers.  It's the thing

17  on Instagram that puts it on.

18  Q    Okay.  An image that you created to put on Instagram?

19  A    Yes.

20  Q    And you're smiling?

21  A    Yes.

22  Q    The caption, the word you wrote underneath image is

23  "chees'in"?

24  A    Yes.

25  Q    What did that mean?

1  A    A cheesy smile.

2  Q    Like a joky?

3  A    Yeah.

4  Q    Okay.  Now, even though you never did in that case see

5  Mr. Rubin again, you certainly attempted to see him again;

6  correct?

7  A    I believe so.

8  Q    Well, you've heard in opening arguments discussion of

9  texts that you sent to Mr. Rubin in September of 2017.

10        Do you recall that?

11 A    Yes.

12 Q    If you take a look, please, at DX-B4.  B as in boy.

13        Do you recognize -- do you see it now on your

14 screen.

15 A    No, there's nothing.

16 Q    There's nothing.  Okay.

17        COURTROOM DEPUTY:  It's in evidence?

18        THE COURT:  Is this in evidence?

19

20        MR. GILBERT:   No, Your Honor.

21        THE COURT:  Okay.  You don't see this on your

22 screen?

23        THE WITNESS:  Now I do, yes.

24        THE COURT:  You do.  Okay.  Go ahead.

25

Tagai - Cross/Mr. Gilbert                    264

1        MR. GILBERT:   Thank you.

2   Q   The exhibit that you see in front of you, these are text

3   messages that you wrote to Mr. Rubin in September of 2017;

4   correct?

5   A   Correct.

6

7        MR. GILBERT:   I offer B4.

8        MR. BALESTRIERE:  No objection, your Honor.

9        THE COURT:  Received.

10        (Defendant's Exhibit B4 was marked in evidence as

11   of this date.)

12   Q   So, Ms. Tagai, on September 26th -- I'm sorry.

13        On September 26, 2017, at 5:23 p.m., you sent

14   images of your breasts to Mr. Rubin; correct?

15   A   Correct.

16   Q   They're two different photographs that you sent him?

17   A   Yes, that is correct.

18   Q   And in one, you can see your face with some of the same

19   kind of imaging that you were talking about a moment ago?

20   A   Yes.

21   Q   And then, the second one, your face is cut off and only

22   your breasts are visible; correct?

23   A   Yes.

24   Q   And there's another image, the third image that you sent

25   to him on September 26, 2017, after your last encounter with

1   him you sent at 5:23 p.m. also that's a picture of your lips?

2   A    Correct.

3   Q    And then there's also an image with a filter of tiger

4   ears and a nose.

5        Do you see that?

6   A    That is correct.

7   Q    And along with these images that you sent to him, after

8   you had seen him for the last time, you wrote, Hey, sexy, I'm

9   in town tomorrow a.m. to Saturday a.m. if you're around.

10  Would love to see you.  Kiss emoji.

11       Do you see that?

12  A    Yes.

13  Q    And you wrote those words, correct?

14  A    Yes.

15  Q    And you said, I'm coming for my girlfriend's -- GF means

16  your girlfriend; right?

17  A    Yes.

18  Q    I'm coming for my girlfriend's birthday and birthday

19  dress shopping.  My birthday is in two weeks.  I love

20  birthdays.

21       You wrote those words?

22  A    Yes.

23  Q    And then you wrote, These big tits are dying to be

24  smacked.  Winky face emoji.

25       Correct?

1   A    Correct.

2   Q    So along with sending him these images, you were asking

3   to get together with him, correct?

4   A    Correct.

5   Q    And on September 26, 2017, at 5:35 p.m., Mr. Rubin

6   responds, OMG with three exclamation points.

7        Correct?

8   A    I don't see it on the screen.

9   Q    If you scroll down, please.

10  A    Yes.

11  Q    It's on Page 3 and September 26, 2017, at 5:35?

12  A    Yes, I see it.

13  Q    But he doesn't respond to your request to see him while

14  you're in town for your girlfriend's birthday, correct?

15  A    That is correct.

16  Q    Did you come to New York for your girlfriend's birthday?

17  A    No, I did not.

18  Q    Eight days later on October 4, 2017, you texted

19  Mr. Rubin again, correct?

20  A    That is correct.

21  Q    And there's a text from you on October 24, 2017, at

22  11:11 a.m.

23       Do you see that?

24  A    That is correct.

25  Q    You wrote, If you're around later this afternoon after

Tagai - Cross/Mr. Gilbert                267

1   4:00, or any time tomorrow or Friday a.m. before I leave, let

2   me know.

3           Do you see that?

4   A   Yes, I do.

5   Q   You were in New York when you wrote this?

6   A   No, I was not.

7   Q   You were offering when you referred to, Later this

8   afternoon, to the possibility that you would get on a plane

9   from Chicago and be in New York the next day?

10  A   That is correct.

11  Q   And if that wasn't good for Mr. Rubin, you said any time

12  the next day is fine?

13  A   That is correct.

14  Q   And you were also available on Friday morning?

15  A   That is correct.

16  Q   And then, Ms. Tagai, you wrote, Would love to have a

17  Bday.

18          That means birthday, right?

19  A   Yes.

20  Q   Whipping from you on these big tits.  It's been too

21  long.

22          Do you see that?

23  A   Yes, I do.

24  Q   My big tits want it badly with several emojis following

25  that.

1             Do you see that?

2    A    Yes.

3    Q    And you would agree that the clear purpose of these

4    communications was for you to get Mr. Rubin to agree to see

5    you for another BDSM encounter, correct?

6    A    That is correct.

7    Q    And on October 6, 2017, at 9:47 a.m. Mr. Rubin responds,

8    Right?

9    A    Yes.

10   Q    I'm sorry.  Let me ask you this:  Did Mr. Rubin respond?

11   A    Yes, at 1:59.

12   Q    What did he say?

13   A    Hey, babe I'm out of town.

14   Q    He couldn't see you, right?

15   A    No, he could not.

16   Q    And, in fact, he didn't?

17   A    That is correct.

18   Q    And your response to that was at 9:47 a.m. you wrote, No

19   worries, love; correct?

20   A    Yes, that is correct.

21   Q    If you're around next week, the week of the 9th, let me

22   know.

23             Do you see that?

24   A    Yes.

25   Q    My kid's dad is coming to visit him so I have the week

Tagai - Cross/Mr. Gilbert                    269

1    free?

2    A    Correct.

3    Q    Now, Ms. Tagai, your lawyer asked you questions about

4    damages in this case, correct?

5    A    That is correct.

6    Q    Ms. Tagai, it is a fact that you have not provided any

7    pay stubs in discovery in this case; correct?

8    A    No, I don't believe so.

9    Q    No, meaning, you haven't provided any or I'm wrong?

10   A    Pay stubs for what?

11   Q    Ms. Tagai, have you provided any records that indicate

12   how much money you were making before you met Mr. Rubin?

13   A    I do believe that I gave my tax information, my W-2s,

14   but I'm not for positive.

15   Q    You didn't provide any tax returns, correct?

16   A    I'm not sure.

17   Q    You don't know.

18         Do you believe you provided any documentation about

19   your income after October 1st of 2015?

20   A    I don't believe I was asked.  And if I did, I don't

21   know.

22   Q    You don't think you were asked to provide any

23   information about your income?

24   A    I truly don't recall.

25   Q    You didn't provide any records of any medical treatment

1   that you received in this case, correct?

2   A    I provided to my attorney a bottle, a prescription that

3   I got prescribed.

4   Q    Is that the Xanax bottle that you were talking about?

5   A    Yes, that is correct.

6   Q    And you testified that that Xanax you took to help you

7   sleep for about a month?

8   A    Yes, that is correct.

9   Q    And that Xanax you testified was provided to you by a

10  doctor named Salome?

11  A    Yes, that is correct.  That is my ex-boyfriend.

12  Q    You do understand --

13  A    Oh, I'm sorry.

14  Q    Were you finished with your answer?

15  A    No, I said, Yes, that is correct.

16  Q    Do you understand that Dr. Salome provide an affidavit

17  saying he had never treated you at all?

18  A    Yeah.

19  Q    You know that?

20  A    Yes.

21  Q    You did not provide in this case any record of any

22  psychiatric or psychological treatment, correct?

23  A    No, just the bottle prescription.

24  Q    Ms. Tagai, in your last communications with Mr. Rubin,

25  you also sent him a video; correct?

1    A    I believe so.

2    Q    If you could please show the witness Exhibit C4.

3         Do you see that now, Ms. Tagai?

4    A    Yes, I do.

5    Q    Ms. Tagai, that's a video of you that you sent to

6    Mr. Rubin on October 0, 2017, at 1:16 in the morning;

7    correct?

8    A    That is correct.

9

10        MR. GILBERT:  I offer C4.

11        MR. BALESTRIERE:  Objection.  §403.

12        THE COURT:  Overruled.  It's received.

13        (Defendant's Exhibit C4 was marked in evidence as

14   of this date.)

15

16        MR. GILBERT:  Please play for the jury Exhibit C4.

17

18        (Video file played in open court.)

19        (Video file concludes.)

20   Q    Ms. Tagai, that's the last image you sent to Mr. Rubin,

21   correct?

22   A    Yes, I believe so.

23

24        MR. GILBERT:  No further questions.

25        THE COURT:  Any redirect?

Tagai - Cross/Mr. Gilbert                    272

1          MR. GROVER:  Your Honor?

2          THE COURT:  More cross-examination.

3          MR. GROVER:  Yes.

4          THE WITNESS:  May I get a water?

5          THE COURT:  Can we get her a little bottle of

6   water?

7          MR. GROVER:  Right.  Now would be a good time for a

8   morning break because I think I'm going to shorten my cross

9   but I can certainly proceed.

10         THE COURT:  Based on that representation, we'll

11  take our 15-minute break, ladies and gentlemen.  Please come

12  back here at 11:10.

13         Remember not to talk about the case amongst

14  yourselves or with anyone else.

15         (Jury exits courtroom at 10:54 a.m.)

16         THE COURT:  Okay.  Recess 15 minutes.

17         (Witness leaves the witness stand.)

18         (A recess in the proceedings was taken.)

19         THE COURT:  Okay.  Witness back, please.  Jury in.

20         (Witness takes the witness stand.)

21         (Jury enters courtroom at 11:26 a.m.)

22         THE COURT:  All right.  Everyone be seated.  You

23  may inquire.

24         MR. GROVER:  Thank you, your Honor.

25  CROSS-EXAMINATION

1   BY MR. GROVER:

2   Q    Good morning, Ms. Tagai.  My name is Douglas Grover and

3   I am one of Jennifer Powers' lawyers.

4   A    Good morning.

5   Q    Now, isn't it true that you met Jennifer Powers for the

6   first time in the condo apartment in January of 2015?

7   A    That is correct.

8   Q    I'm sorry, I can't hear you.

9        MR. GROVER:  May I proceed?

10       COURTROOM DEPUTY:  Test the mic, please.

11       THE COURT:  No, not yet.  I thought we had it,

12   ladies and gentlemen.

13       There we go okay.

14       MR. GROVER:  Great.  Thank you, your Honor.

15   Q    And by the time you met Ms. Powers, you had already been

16   seeing Mr. Rubin, I think you told us, on and off since

17   either 2009 or 2010?

18   A    Correct.

19   Q    And this was the day that you signed the confidentiality

20   agreement which we've seen displayed on the screen?

21   A    Correct.

22   Q    And I think you initially testified that this was the

23   day that you also were there for a photo shoot and that the

24   confidentiality agreement had something to do with the photo

25   shoot?

1  A    It was on that day that I signed that, yes.

2  Q    And I believe that you told us Ms. Powers was there for

3  the entire day because you did the photo shoot and she was

4  present for the photo shoot?

5  A    I don't believe she stayed for the whole photo shoot but

6  I don't remember.  The photographer was there, she might have

7  been there as well.

8  Q    And the photographer's name was Melissa?

9  A    I believe so, yes.

10  Q    And you subsequently were questioned by Mr. Gilbert and

11  you learned that the photo shoot took place some time in

12  April of 2015?

13  A    Yes.

14  Q    So is it your testimony that Ms. Powers was also present

15  in April of 2015?

16  A    For the photo shoot?

17  Q    Yes.

18  A    I believe so, yes.

19  Q    And when you saw Ms. Powers for the first time in

20  January, are you able to describe her condition?

21  A    She was very nice.  What do you mean?  I'm sorry.

22  Q    Her physical condition in January of 2015?

23  A    I don't know.

24  Q    Well, did you know that Ms. Powers was pregnant, seven

25  months pregnant.

Tagai - Cross/Mr. Grover                    275

1          Did you know that?

2   A    No, I did not.

3   Q    Did you know that she gave birth in March?

4   A    No, I did not know that.

5   Q    Did you know that Ms. Powers who, at the time, was a

6   petit 120 pounds gained 70 pounds?

7   A    No, I did not know that.

8   Q    You don't recall that?

9   A    It was so long ago, no, I don't remember.

10  Q    And was the same person who was pregnant at your photo

11  shoot in April?

12  A    I don't recall.  Somebody was there and if it wasn't

13  here I don't know who the person was.

14  Q    Now, let me ask you.  Would it be fair to say, then,

15  that the only time you met Ms. Powers was in that January

16  meeting in the condo?

17  A    Yes.

18       MR. GROVER:  Forgive me, Judge, complying with the

19  order, I plowed through and I've gotten rid of some things.

20       THE COURT:  It wasn't an order, it was a request.

21       MR. GROVER:  It was.  Thank you, Judge.

22  Q    And by the time Ms. Powers and you had met, I think you

23  testified that the relationship between you and Mr. Rubin was

24  a consensual relationship?

25  A    That is correct.

Tagai - Cross/Mr. Grover                    276

1   Q    And I think you told us you had been in the apartment

2   some six to eight times?

3   A    Yes, that is correct.

4   Q    And so, was this a place that you felt comfortable in?

5   A    At times, yes.

6   Q    And prior to meeting Ms. Powers in 2015, did you feel

7   comfortable in the apartment prior to that?

8   A    Yes.

9   Q    And on that day when you met with Ms. Powers, did you

10  feel comfortable being in the apartment?

11  A    Yes.

12         MR. GROVER:  Forgive me, your Honor.

13         THE COURT:  Okay.

14  Q    And so, throughout that year, you visited Mr. Rubin on a

15  number of occasions?

16  A    That's correct.

17  Q    And I think that you were shown an exhibit DX-A which

18  has --

19         MR. GROVER:  And may we have DX-A, please.

20         THE COURT:  Does anyone think we should be seeing

21  something?

22         MR. GROVER:  I asked for DX-A, your Honor.  It's

23  been received in evidence.

24         THE COURT:  Whose computer is it?  So you're going

25  to show it?

1          I guess we don't have it yet, ladies and gentlemen.

2          MR. GROVER:  Your Honor, I would be happy to

3    approach the witness, hand the witness a document the way we

4    did it when I was a child.

5          THE COURT:  All right.  If you can do that, I

6    appreciate it.

7          MR. BALESTRIERE:  No objection.  And I have a copy.

8          MR. GROVER:  Your Honor, thank you.

9          Handing the witness.

10   EXAMINATION BY

11   MR. GROVER:

12   (Continuing.)

13   Q    Ms. Tagai, I'm handing you Defendant's Exhibit A.

14        Ms. Tagai, could you turn to the second page.  The

15   first page is the legal reference.

16   A    Yes.

17   Q    Okay.  And so the jury knows what we're looking at, this

18   document is -- we had up on the screen yesterday.

19        It's the list of the payments; is that right?

20   A    Yes, that is correct.

21   Q    I think we saw it earlier today as well?

22   A    Yes.

23   Q    And a particular part of the document near the bottom,

24   it says, Paid to.  And you are listed, I think, beginning on

25   February 20, 2015?

1   A    Yes, that is correct.

2   Q    Okay.  And there are, approximately, 11 payments from

3   February 2015 through June 13, 2017?

4   A    Correct.

5   Q    And so, I think you said this morning that these

6   reflected all of your visits to Mr. Rubin?

7   A    For the most part, yeah, there was maybe one that's

8   not that-- I was paid cash.

9   Q    And if I could direct your attention, if you recall, the

10  visit that you took on or about November 4, 2015, do you

11  remember that visit?

12  A    Yes.

13  Q    Okay.  Now, we don't see a payment on November 4th, do

14  we?

15  A    You said November 4th or 14th?

16  Q    I said four?

17  A    No, there's a November 20th.

18  Q    But you will recall this morning that you were -- we

19  were reviewing Defendant's Exhibit I4 which is text messages

20  between you and Ms. Powers.

21       Do you recall those?

22  A    Could I see it again?

23  Q    You certainly can.

24       MR. GROVER:  May we have defendant's Exhibit I4,

25  please, for everybody.

Tagai - Cross/Mr. Grover                    279

1          It's already received in evidence.

2          THE COURT:  No, I know.  The question is:  Is the

3    technology working at the moment?  It doesn't seem to be.

4          MR. GROVER:  Your Honor, may I approach the witness

5    again but I do want this on the screen.

6          THE COURT:  All right.  Do you want to take a break

7    so we can get it fixed again, let me know.

8          MR. GROVER:  Your Honor, I didn't realize your

9    Honor had asked if I needed a break.  If we can't get the

10   electronics up, I do need a break.

11         THE COURT:  All right.  Ladies and gentlemen, I do

12   apologize for this.  We're going to get it right.  It doesn't

13   usually malfunction this badly but please bear with us.

14   We'll be with you shortly.

15         (Jury exits courtroom at 11:37 a.m.)

16         THE COURT:  Okay.  We're going to stand in recess

17   until we figure this out.

18         MR. ROSENBERG:  Your Honor, it may be an issue that

19   we could -- an evidentiary issue for a witness coming up and

20   if we can address it now that will save time.

21         THE COURT:  All right.  Let's have this witness

22   step down and tell me what your issue is.

23         (Witness leaves the witness stand.)

24         MR. ROSENBERG:  The issue relates to the, who I

25   anticipate is the next witness, Ms. Reyes.  Plaintiffs have

1   indicated what exhibits they intend to use.  We have

2   agreement on all of them with one exception which is Exhibit

3   O4 which is statements between Ms. Reyes and a non-party,

4   Ms. Cassidy.

5           Your Honor may recall you looked at a -- this came

6   up in the opening and it is hearsay.  It's offered for the

7   truth of the matter asserted and we stated that's hearsay and

8   can only be used for a non-hearsay purpose which we didn't

9   state.

10          THE COURT:  Hang on let me get the exhibit in front

11  of me.

12          MR. ROSENBERG:  Of course, your Honor.

13          THE COURT:  And I'm not sure how I can --

14          MR. GROVER:  Do you want a hard copy, your Honor?

15          THE COURT:  What did you say the exhibit number

16  was?

17          MR. BALESTRIERE:  O4, your Honor.

18          MR. ROSENBERG:  Defense O4your Honor,

19  unfortunately, this was also -- it's a short exhibit but it's

20  been broken up into O4-1, O4-2, O4-3, O4-4 but it's all the

21  same, it's one.  The numbers are just subsets and plaintiff

22  has indicated they want to use O4.

23          THE COURT:  Now, I have two exhibits.  One is Bates

24  numbers 577-HR, 577, 578.

25          Is that all I need to look at?

Tagai - Cross/Mr. Grover                    281

1          MR. ROSENBERG:  No, Your Honor it's 575 to 580.

2          THE COURT:  I have that.

3          MR. ROSENBERG:  That includes everything, your

4    Honor.

5          THE COURT:  All right.  And the plaintiff is going

6    to offer this.

7          MR. ROSENBERG:  It is my understanding that

8    plaintiff is --

9          MR. BALESTRIERE:  Yes, Your Honor.

10          THE COURT:  Tell me what it is and why you're

11    offering it.

12          MR. BALESTRIERE:  Yes.  So what we intend is Bates

13    ending 579 at the bottom, your Honor.  So this is the focus

14    starting 3:43 p.m. on March 10th and then going to the next

15    day.  I believe the testimony will be that this is soon after

16    the sexual assault that Ms. Reyes will testify about.

17          As your Honor may recall, there is an argument that

18    the plaintiffs are making this all up; that they only decided

19    to come forward later on, and this is a very close-in-time

20    discussion about what took place.

21          So I expect Ms. Reyes will testify house shows

22    disclosed to her friend Taren and this is not just

23    testimonial proof but documentary proof that she did tell her

24    friend Taren that she was injured and did not like it.

25          (Continued on the next page.)

Proceedings                                        282

1    (Continuing.)

2            THE COURT:  Why doesn't this go to state of mind?

3            MR. ROSENBERG:  Your Honor, I think it's -- I don't

4    think her state of mind after the encounter is what's at issue

5    in the case.

6            THE COURT:  Really?

7            MR. ROSENBERG:  The question is what did she consent

8    to?

9            THE COURT:  Well, yes, but what she said after the

10   incident could well bear on whether she consented or not.  I

11   mean we've heard a lot from this witness about what happened

12   after the incident and no one's objected to that, but I would

13   have overruled that objection because I can see how post event

14   reporting can be confirmatory of the state of mind during the

15   event.

16           So, I am going to allow it in.

17           MR. ROSENBERG:  Very well, Your Honor.

18           One other exhibit, also evidentiary issue related to

19   Ms. Reyes, is Plaintiffs' Exhibit 126, which Your Honor --

20           THE COURT:  6 is out because of that noise.

21           MR. ROSENBERG:  Three, Your Honor.

22           THE COURT:  Tell me about 126.

23           MR. ROSENBERG:  It's text messages between defendant

24   Powers and another nonparty, Ms. Ferriollo, that refer to

25   certain matters.  And I think we've agreed that that is a

SAM      OCR      RMR      CRR      RPR

Proceedings                                          283

1  statement of Ms. Powers and admissible against her, but not as

2  against Mr. Rubin.  Therefore, we have no objection to it

3  entering, but would request a limiting instruction.

4          And, again, this was referred to, the same matter,

5  yesterday in connection with the opening.  It was the same

6  exhibit.

7          THE COURT:  So, you want me to give a limiting

8  instruction that says that this exhibit is received solely

9  against which defendant?

10          MR. ROSENBERG:  Ms. Powers.

11          THE COURT:  Ms. Powers and should not be considered

12  in connection with Mr. Rubin?

13          MR. ROSENBERG:  For the truth of the matter asserted

14  as against Mr. Rubin.

15          THE COURT:  Okay.

16          Anybody have a problem with that?

17          MR. BALESTRIERE:  No, but just subject to potential

18  full submission after examination of the defendants is all I

19  would add to that.

20          THE COURT:  Okay.

21          MR. ROSENBERG:  Very well.  Thank you, Your Honor.

22          MR. BALESTRIERE:  Thank you, Your Honor.

23          THE COURT:  Okay, we are in recess until I am told

24  the technology is working.

25          (Recess taken.)

1                (Judge BRIAN M. COGAN exited the courtroom.)

2                (In open court - jury not present.)

3                (Judge BRIAN M. COGAN entered the courtroom.)

4                THE COURT:  All right, witness and jury, please.

5                (Jury enters.)

6                THE COURT:  Everyone be seated.

7                I do apologize again, ladies and gentlemen.  We

8     don't often have these problems.  We have little glitches, but

9     not like you saw.

10               Let's try again.

11               MR. GROVER:  Thank you, Your Honor.

12     CROSS-EXAMINATION (Continuing)

13     BY MR. GROVER:

14     Q    Ms. Tagai, before we had our electronic glitch, I had

15     asked you about the pay schedule, which I left a hard copy in

16     front of you, Defendant's Exhibit A.

17     A    Yes.

18     Q    Okay.  And I had also asked you, I think I focused your

19     attention on November 4th, as well?

20     A    Yes, for a text message you stated.

21     Q    And that was a time in which you paid another visit to

22     Mr. Rubin, to the apartment, is that right?

23     A    I would have to see.  Were you referring to a text

24     message?

25     Q    And then I was referring to Defendant's Exhibit I-4, the

1    text messages between you and Ms. Powers.

2              And I am going to ask you to take a look on

3    November -- page 7, top of the page.

4              (Exhibit published.)

5    BY MR. GROVER:

6    Q    And this was the visit -- are you able to see it,

7    Ms. Tagai?

8    A    Yes, this right here.

9              THE COURT:  She has it.

10             MR. GROVER:  Okay.

11   Q    And this was the visit where, I think, you told us

12   earlier that the owners of the apartment visited on

13   November 4th?

14   A    Yes.

15   Q    And you had been joking with Ms. Powers in text messages?

16   A    Yes, that is correct.

17   Q    And on November 6th at 5:22 p.m. --

18             MR. GROVER:  If we can scroll down the page and blow

19   it up slightly so we can read it.

20   Q    This was after you had met with Mr. Rubin on that day?

21   A    Yes, I believe so.

22   Q    And isn't it true that, for the most part, your text

23   messages with Ms. Powers dealt with your travel reservations?

24   A    Yes, absolutely.

25   Q    Very often you made the travel reservations, Ms. Powers

1    apparently became aware because she would start by saying, "I

2    hear you're coming"?

3    A    Yes.

4    Q    And after the meetings you very often would have contact

5    with Ms. Powers about getting paid?

6    A    Yes.

7    Q    And that's because you expected to get paid?

8    A    Yes.

9    Q    And in that text message, that paragraph that's

10   highlighted, it said, if I can read the first line:

11        Hey girl, was just seeing if Howie mentioned

12   anything about reimbursing me for my flights and nanny, et

13   cetera, like usual.  I don't ever ask him, not my style.  And

14   I know you normally do that part.

15        When you used the word "normally," that means this

16   is something that you had done routinely?

17   A    Can you repeat that, sorry?

18   Q    Sure.  Repeat the phrase or my question?

19   A    Just your question.

20   Q    Okay.

21        When you used the phrase "normally," you used --

22   well, you used the word "normally," you were using it because

23   this is what you routinely did after you met with

24   Mr. Powers -- Mr. Rubin, excuse me?

25   A    Yes, she coordinated payments; yes.

Tagai - cross - Grover                                                287

1    Q    And I think you wrote:  I ended up starting my girl

2    month --

3          I assume you mean your period?

4    A    Yes, that is correct.

5    Q    -- a week early, so we had dinner.

6          You went out to dinner with Mr. Rubin?

7    A    Yes.

8    Q    And when you came in New York, wasn't it very often you

9    either have dinner before or after your meetings with

10   Mr. Rubin?

11   A    It was always usually before, if we did; yes.

12   Q    And almost like it was a date?

13   A    Yes.

14   Q    And that's how it generally felt, you'd come into

15   New York to meet Mr. Rubin and it would be like a date?

16   A    Yes.

17   Q    And you did that for a number of years?

18   A    Yes, that is correct.

19   Q    And then you wrote:  And got to play around, so he just

20   normally sends me half, if anything like that happens.

21          When you say you "got to play around," you mean had

22   sex?

23   A    Which -- what time was that?

24   Q    I'm sorry.  If you could look at the second -- the last

25   two lines in the highlighted section.

SAM        OCR        RMR        CRR        RPR

Tagai - cross - Grover                                288

1   A    Oh, I'm sorry, okay.

2   Q    I'm sorry.

3   A    Yes, that is correct.

4   Q    And my question was, I don't know if you were answering

5   that, was that playing around meant having sex?

6   A    Yes.

7   Q    That's your words?

8   A    Yes.

9   Q    Playing sex in the way that you were playing sex with

10  Mr. Rubin in the previous five or six years, am I right?

11  A    Yes, I believe so.

12  Q    And then you said:  He sends me half, if anything like

13  that happens?

14  A    Yes.

15          MR. GROVER:  Now, going back to the document that

16  has the list of payments, that's Defendant's Exhibit A.  If we

17  can handle that, Ms. Palmore, page 2, and at the bottom of the

18  page which relates solely to Ms. Tagai.

19          (Exhibit published.)

20  BY MR. GROVER:

21  Q    Let me ask you, do you -- do you recall that it was

22  Ms. Powers who generally made payments to you via PayPal?

23  A    Yes, that is correct.

24  Q    On behalf of Mr. Rubin?

25  A    Yes, that is correct.

SAM     OCR     RMR     CRR     RPR

1  Q    And there was one last occasion in which she paid you via

2  Venmo, I think, for your last trip?

3  A    Yes, that is correct.

4  Q    And I think we saw some text messages that related to

5  that earlier today?

6  A    Yes, I believe so.

7  Q    But there were five payments that say "wire"?

8  A    Yes, that is correct.

9  Q    Ms. Powers didn't make those payments to you?

10 A    I'm not aware if she did or didn't, yeah, but they were

11 direct wired.

12 Q    And isn't it true that the first time Ms. Powers ever

13 paid you was in October of 2015?

14 A    That's what I believe because it came in my PayPal from

15 her e-mail, yes.

16 Q    Okay.  And by that time you had been seeing Mr. Rubin

17 since 2009 or 2010?

18 A    That is correct.

19 Q    You had seen him some six to eight times at the condo, I

20 think you told us, prior to signing the nondisclosure

21 agreement?

22 A    Yes, I do believe so.

23 Q    And you saw her these one -- him these one, two, three,

24 four, five times during that period of time, I'm looking at

25 Defendant's Exhibit A, if -- is that correct?

1  A    Yes, that is correct.

2  Q    So, and all during that period of time you were engaged

3  in a consensual relationship?

4  A    That is correct.

5  Q    And that's what Ms. Powers knew, right?

6  A    Yes, that is correct.

7  Q    Now, I would like to direct your attention.

8         MR. GROVER:  And we can keep I-4 on the screen.  I

9  don't -- well, this comes off and I'll need Defendant's

10 Exhibit I-4.

11 BY MR. GROVER:

12 Q    I would like to direct your attention to September 30th,

13 2015.

14         (Exhibit published.)

15 Q    Now, I think you told us yesterday that an incident

16 occurred that you were very unhappy with, to put it mildly.

17 Am I correct?

18 A    That is correct.

19 Q    Okay.  Ms. Powers wasn't at the apartment that day, was

20 she?

21 A    No, she was not.

22 Q    In fact, she was never there when you were with Mr. Rubin

23 getting to play, if I can say it that way?

24 A    No, never.

25 Q    And you told us yesterday that you test -- or you told us

Tagai - cross - Grover                                291

1    that you texted Ms. Powers within the hour after this event

2    with pool cue and you complained to her about Mr. Rubin's

3    behavior?

4    A    Yes, I do believe so.

5    Q    And you testified that you texted to her that Mr. Rubin

6    had hit and punched you?

7    A    Yes, on one occasion; yes.

8    Q    And I think you told us that Ms. Powers also responded to

9    your text?

10   A    Yes, she did.

11   Q    And this text message would have occurred some time on

12   the evening of September 30th, 2015?

13   A    It was either that incident or the June 13th when I was

14   hit in the face as well.

15   Q    Well, let's focus in September.

16   A    Okay.

17   Q    This is --

18         MR. GROVER:  Maybe we should pull up the text

19   messages, if we will.

20   Q    And I'd like to take a look, please --

21         MR. GROVER:  On Page 5, Ms. Palmore.

22   BY MR. GROVER:

23   Q    And I just want to look quickly at this, I don't want to

24   be repetitive.

25         If you look at page 5, these are the text messages

SAM       OCR       RMR       CRR       RPR

Tagai - cross - Grover                          292

1   that took place between you and Ms. Powers on September 29th,

2   2015?

3            (Exhibit published.)

4   A    This is what it shows, yes.

5   Q    Okay.  And if we turn to -- we see a plane ticket that

6   you sent and it looks like it says it was a ticket for

7   Thursday, October 1st.  Is that right?

8   A    Yes, that is correct.

9   Q    Okay.  So, you were arriving in New York on Thursday --

10  excuse me, you were arriving -- let me go back a step.

11           What I neglected was immediately preceding that you

12  had sent a copy of your ticket to Ms. Powers.

13           MR. GROVER:  This will be on page 4.

14           (Exhibit published.)

15  BY MR. GROVER:

16  Q    And that was for a trip to New York on Wednesday,

17  September 30th?

18  A    That is correct.

19  Q    Okay.  And then we see the ticket on the next page,

20  page 5.

21           (Exhibit published.)

22  Q    So, you had your return trip all set?

23  A    Yes, that is correct.

24  Q    And the last text message on 7/29/15 is at 7:06 p.m., is

25  that right?

1    A    Yes, that is correct.

2    Q    Okay.  And then if we take a look, October 1st,

3    October 1st, 2015, that's at 12:52 p.m.

4         That's the next day, right?

5    A    Yes, that is correct.

6    Q    And Ms. Powers says:  What's your PayPal addy?

7    A    Correct.

8    Q    "Addy" means address?

9    A    Yes.

10   Q    I'm sorry, I can't hear you.

11   A    Yes.

12        MR. GROVER:  I think our mics went off.

13        THE COURT:  I'm hearing fine.  Are you hearing,

14   ladies and gentlemen?

15   BY MR. GROVER:

16   Q    Is your mic working?

17   A    Can you hear me?

18        THE COURT:  Now, it's off.

19        Everyone tap your mic.

20        Okay, witness mic is working.

21        MR. GROVER:  Okay, then I will move ahead.

22   BY MR. GROVER:

23   Q    So, if we look, this is your travel itinerary, and then

24   we have those four lines that are displayed on the top of

25   page 6, which are:  Hey, what's your PayPal?  I'm sending you

Tagai - cross - Grover                                294

1    $2500 on H behalf.

2           And you gave her your -- you gave her your e-mail

3    address, is that right?

4    A    That is correct.

5    Q    Okay.  And if you look at this document, I-4, it's true,

6    is it not, there are no text messages in that interim period

7    between 7 o'clock the previous day and 12 o'clock on

8    October 1st?

9    A    That is correct.

10   Q    And excuse me, I'll stand corrected.

11          It was 9/29/15, that's September 29th, '15, which

12   was a Tuesday, and from 7:06 p.m. you flew into town on

13   Wednesday, and the next text message here is on October 1st,

14   is that right?

15   A    That is correct.

16   Q    Okay.  Now, I'd like you to take a look, if you would, to

17   the July -- excuse me, June 2017, that's still in the same

18   exhibit, I-4.  We are going to move on to page -- page 10.

19          (Exhibit published.)

20   BY MR. GROVER:

21   Q    And let me know when you have fixed on that.  That's the

22   page that has the photograph, is that right?

23   A    Yes, correct.

24   Q    That's a photo you took?

25   A    Yes, this is correct.

1    Q    Okay.  And you testified yesterday that after your

2    meeting with Mr. Rubin on that day, you texted Ms. Powers

3    again about Mr. Rubin's behavior?

4    A    Yes, that is correct.

5    Q    All right.  And I'd like you to take a look at this

6    document, this text document, and if you could tell us where

7    in this document that text is?

8    A    Um, I don't see it, but I do see the next morning asking:

9    Did you make it out alive?

10   Q    Okay.  And I think you told us that you responded:  No,

11   LOL, which was a joke, I'm changing flights now.  I'll be out

12   within an hour or two.

13              That's your conversation with Ms. Powers?

14   A    Yes, that is correct.

15   Q    So, and that's your last trip that you made to Mr. Rubin,

16   is that right?

17   A    Yes -- sorry.  Yes, that is correct.

18   Q    So, during the course of your deposition which took place

19   in 2018, you didn't mention these two conversations you

20   purportedly had with my client, Ms. Powers, did you?

21   A    If you're stating that, then that would be correct.

22   Q    Well, do you recall seeing that -- a video yesterday

23   where you didn't recall the events of 2015?

24   A    Yes.

25   Q    Okay.  And you didn't testify about this, did you?

Tagai - cross - Grover                                    296

1    A    I don't believe so.

2    Q    And, in fact, you were asked at that deposition --

3    withdrawn.

4         You were asked whether or not you had spoken to

5    anyone about this prior to this litigation beginning.

6         Do you recall that?

7    A    Yes, I do.

8    Q    And you said that you told nobody about what happened

9    until you met your lawyers, is that right?

10   A    Yes, that is correct.

11   Q    Okay.  So, you told nobody about what happened in 2017

12   until sometime when you filed your first complaint in 2018?

13   A    The only person -- sorry.  The only person that I told

14   was Jennifer Powers.  Outside of that, nobody else.

15   Q    But that's not your testimony, is it?

16        MR. BALESTRIERE:  Objection.

17        THE COURT:  Sustained.

18        MR. GROVER:  May we play clip TJP-30, please?  TJP.

19        (Video played.)   (Video stopped.)

20   BY MR. GROVER:

21   Q    So we're clear, we don't have the text exchanges between

22   you and Ms. Powers that you claim to exist, you didn't say

23   anything in your deposition about this, but all the other text

24   messages before and after and all the other text messages in

25   this case seem to be here?

1              MR. BALESTRIERE:  Objection.

2    BY MR. GROVER:

3    Q    Do you have an answer for that?

4              THE COURT:  Sustained.

5              THE WITNESS:  Do I have to answer?

6              THE COURT:  No, no, you don't have to answer.  It's

7    okay.

8              THE WITNESS:  Okay.

9              MR. GROVER:  I have no further questions.

10             THE COURT:  Okay, redirect.

11             MR. BALESTRIERE:  Yes; thank you, Your Honor.

12             Can I ask, Ms. Saydah, that DX B-7, it was the last

13   one I think that we were looking at, if that can stay up,

14   page 10.  I'm sorry, DX I-4, page 10.

15             THE COURT:  Counsel, you need to switch on your mic.

16             MR. BALESTRIERE:  Thank you, Your Honor.  Hello,

17   hello.

18             I see it here, Your Honor.  I don't see it on the

19   screen.  This is in evidence.  There we go.

20             (Exhibit published.)

21             MR. BALESTRIERE:  Thank you.

22             So, Ms. Saydah, can you scroll down just a little

23   bit so the jury can see the bottom of page 10, as well as the

24   top of page 11?  Just go down a little bit, now just scroll

25   down a little bit.  Thank you.

1  REDIRECT EXAMINATION

2  BY MR. BALESTRIERE:

3  Q    And good morning, Natasha.  Sorry.

4  A    Good morning.

5  Q    I just want to ask some questions about the testimony

6  that you just heard.

7         First, your testimony is that you did tell Jennifer

8  Powers about what Mr. Rubin did to you on those occasions

9  where you did not consent, correct?

10 A    Absolutely, yes.

11 Q    Did you have any phone calls with her?

12 A    No.

13 Q    So, you told her by text, correct?

14 A    Absolutely.

15 Q    You did talk a little bit about this on your direct.

16        Did there come a time when you lost your phone after

17 2017?

18 A    Yes.

19 Q    Explain to the jury, when was that?

20 A    My ex-boyfriend, I had left it in his car when we broke

21 up and he never returned it to me.

22 Q    So, to be clear, the texts that we're seeing here, those

23 are not from your phone, correct?

24 A    No, they're not from my phone, they're from Jennifer

25 Powers' phone.

Tagai - redirect - Balestriere                    299

1    Q    Thank you.  And your testimony is that after that June

2    12th, 2017 text that we see at the bottom of page 10, but

3    before the June 13th text in 2017 at 8:32, you remember

4    sending Ms. Powers some texts, is that correct?

5    A    Yes, absolutely.

6    Q    Thank you.

7          MR. BALESTRIERE:  Can I ask, Ms. Saydah, can you put

8    up B-7, DX B-7 please?

9          (Exhibit published.)

10   BY MR. BALESTRIERE:

11   Q    Okay, let's talk about what this is.  This is also not

12   from your phone, right?

13   A    This one I do believe is from my phone, from -- from

14   prior than my other one, yes.

15   Q    Prior to your other one?

16   A    Yeah.

17   Q    It doesn't say a year on it, correct?

18   A    No, it does not.

19   Q    Thank you.

20         Now, there was a lot of questions about your

21   deposition.  I want to ask you:  Do you think that there was

22   anything about your deposition which affected your testimony

23   at the deposition?

24   A    Yes, I do.

25   Q    What was that?

SAM      OCR      RMR      CRR      RPR

1  A    There were a couple reasons.  One, it was the first time

2  I'd ever been deposed.  And also, Mr. Rubin was staring at me

3  right in front -- across from me the entire time.

4  Q    So, let me ask a couple of questions about the physical

5  circumstances of your deposition.

6           We're obviously in a courtroom here.  Was Judge

7  Cogan or any other judge at your deposition?

8  A    No.

9  Q    Mr. Rubin is in the room right now, right?

10  A    Yes, that is correct.

11  Q    How far away from you is he right now, would you

12  estimate?

13  A    Maybe a hundred feet, 200 feet.

14  Q    Well, putting that aside, is he on the other side of the

15  courtroom?

16  A    Yes, on the other side.

17  Q    Your deposition, what -- where was it taken?

18  A    In the office of Ed McDonald's attorney for him, I

19  believe.

20  Q    Okay.  So, that's Mr. McDonald who gave the opening

21  yesterday, correct?

22  A    Yes.

23  Q    Were you in a conference room?

24  A    Yes.

25  Q    Maybe we're not talking about feet.  How many chairs away

Tagai - redirect - Balestriere                301

1   from you was Mr. Rubin or where was he from you in relation to

2   the table?

3   A    Probably as far as the second jury member.

4   Q    Now, why did that affect your testimony that Mr. Rubin

5   was close to you in that room that time --

6

7              MR. GILBERT:   Objection.

8              MR. GROVER:  Your Honor, may we, for the record,

9   kind of get a determination just for the record how many feet

10  that is from the witness to the second juror?

11             THE COURT:  Well, everybody agree that she said she

12  was about twenty feet, right?  Sounds right?  The second juror

13  is about 20 feet from her?

14             MR. GROVER:  Your Honor, I think that it's more than

15  twenty feet, to be honest.  I mean we are all estimating.

16             THE COURT:  What's your estimate?

17             MR. GROVER:  My estimate would be about thirty feet

18  or ten yards.

19             THE COURT:  Okay, thirty feet instead of twenty

20  feet, everybody agree?

21             MR. BALESTRIERE:  Maybe a compromise of less than

22  thirty feet.

23             MR. McDONALD:  Your Honor, it appears to me to be

24  more than thirty feet.

25             THE COURT:  Does anyone have a tape measure?

1          The witness has given an estimate of the second

2     juror.  If Mr. Balestriere wants to put a number on it, he can

3     have her state a number.  If not, we're not going to debate.

4               MR. BALESTRIERE:  Your Honor, may I proceed?

5               I don't need a number of feet, I can ask another

6     question.

7               THE COURT:  Go ahead.

8               MR. BALESTRIERE:  Thank you.

9     BY MR. BALESTRIERE:

10    Q    And I may have asked you this just before, so forgive me.

11              Were you in an office when you had your deposition?

12    A    It looked like an office conference room, yes.

13    Q    So, you said it was a conference room.

14              How many lawyers were there for Mr. Rubin, to the

15    best of your recollection?

16    A    I believe the two that are here.

17    Q    Were there any other lawyers for Ms. Powers there?

18    A    Yeah, I believe she had one attorney with her.

19    Q    And you already testified to this, was this the first

20    time that you were deposed?

21    A    Yes.

22    Q    Did you prepare more for your trial preparation than you

23    did for your deposition?

24    A    Yes, I didn't prepare for my deposition.

25    Q    Now, why -- you maybe talked about this, but Mr. Rubin,

Tagai - redirect - Balestriere                303

1   you said, staring at you across this conference room table,

2   why did that affect your deposition testimony?

3   A    It was very intimidating, and this was one of the first

4   times I had to talk about this situation and it was very

5   uncomfortable.

6   Q    And, again, was that the first time that you'd seen him

7   in person since that June 2017 incident?

8   A    Yes, that is correct.

9   Q    Thank you.

10           So, there were a good deal of questions about the

11  photo shoot in 2015.  Do you remember being asked questions

12  about that?

13  A    Yes.

14           MR. BALESTRIERE:  So, I'd like to ask, Ms. Saydah,

15  can you please put up Defendant's Exhibit D-7, D as in David?

16           (Exhibit published.)

17  BY MR. BALESTRIERE:

18  Q    So, you see this here.  This is -- this was taken before

19  the October 2015 incident, is that correct?

20  A    Yes, I believe so.

21           MR. BALESTRIERE:  Now, actually may I get the

22  demonstrative, please?  Thank you.

23           This is DDXA, Your Honor.  Thank you.

24           May I approach, Your Honor?

25           THE COURT:  Yes.

1           MR. BALESTRIERE:  Thank you.

2           So, the jury can see this exhibit, this is DX-7,

3    it's page 64.

4    BY MR. BALESTRIERE:

5    Q    You can see it as well, right, Natasha?

6    A    Yes, that's correct.

7    Q    And I'm holding up the demonstrative that is marked DDXA.

8    I just want to ask:

9           So, the cuffs that I'm holding in my hand, is your

10   testimony that these are the ones that looked like the cuffs

11   that were used on you --

12          THE COURT:  We heard that.  We have a lot on that on

13   her direct testimony.  The jury will recall what that was.

14          What do you want to do now?

15          MR. BALESTRIERE:  I want to ask to confirm.

16   Q    Is your testimony that you could not pull your hands out

17   of these cuffs?

18   A    That is correct.

19          MR. BALESTRIERE:  Thank you, Your Honor.

20          Thank you.

21   Q    Now, again, the jury heard testimony, as the judge just

22   reminded me, about your testimony that October.

23          MR. BALESTRIERE:  Can I ask Ms. Saydah to put up

24   DX-3, the second page.

25          (Exhibit published.)

Tagai - redirect - Balestriere                    305

1    BY MR. BALESTRIERE:

2    Q    This machine, I believe you called it, was this the

3    machine that you were tied to in October 2015?

4    A    Yes, that is correct.

5    Q    Okay.

6              MR. BALESTRIERE:  Can you go back, please,

7    Ms. Saydah, to DX D-7 at page 64 that we just saw?

8              (Exhibit published.)

9    BY MR. BALESTRIERE:

10   Q    Is the machine that you're photographed on here months

11   before October 2015 different?

12   A    Yes, that is correct.

13   Q    Thank you.

14             MR. BALESTRIERE:  Ms. Saydah, can I ask you to put

15   up DX I-4?  We actually saw that at the very beginning.

16             (Exhibit published.)

17             MR. BALESTRIERE:  And this is a June 1st, 2015 at

18   4:04 p.m.  This is page 2, the bottom there.

19             Can you blow that up a little bit, please?  Scroll

20   down.

21   BY MR. BALESTRIERE:

22   Q    So, you were asked some questions about missing the party

23   after the photo shoot.

24             Do you remember that?

25   A    Yes, that is correct.

1   Q     And here you -- there is a record of a text that you sent

2   to Ms. Powers saying:  Sorry, you had an issue and that you

3   were unable to travel.

4   A     That is correct.

5   Q     Why is it that you did not go to that photo shoot party,

6   I'll call it?

7   A     It was for his birthday and I felt uncomfortable with ten

8   girls in one room.  And so, I didn't want -- it was his

9   birthday, I didn't want to hurt his feelings or him to be

10  upset, so I stated that I lost my passport.

11  Q     So, you didn't give the correct reason right here in

12  these texts, is that correct?

13  A     Yes, that is correct.

14  Q     Thank you.

15        There were a few questions about how after the --

16  the occasions of the forced sex without your consent in

17  October 2015, May 2016 and then June 2017, you spent the night

18  at the condo, I think we've been calling it.

19        Do you remember that?

20  A     Yes, that is correct.

21  Q     So, by the time that you -- that you were first forced to

22  have any sexual activity without your consent in October 2015,

23  you'd been seeing Mr. Rubin for years, correct?

24  A     Yes, that is correct.

25  Q     Is it fair to say that you knew his habits by that point?

Tagai - redirect - Balestriere                307

1   A    Yes, that is correct.

2   Q    And you knew that he did not live that close to the

3   condo, is that correct?

4   A    That is correct.

5   Q    So, why did you spend the night those three times that

6   you were forced to have sex without your consent?

7   A    I stayed because I knew he wasn't going to be coming back

8   because he had to go home to his wife.

9   Q    Thank you.

10          Now, we saw a few nice communications, maybe I'll

11   call it, some after-the-rape communications where you send --

12   there was a nice note that we saw or some nice texts and an

13   Instagram, but I want to ask you about that separately.

14          You talked about this a little bit yesterday, but if

15   Mr. Rubin forced you to have sex on certain occasions that I

16   just talked about, why at any time after that were you sending

17   him nice notes?

18   A    It was something -- I had such a relationship with him

19   for so long that, you know, I thought he would go back to how

20   he used to be.  And I care deeply about him, I did.

21          MR. BALESTRIERE:  Ms. Saydah, can you put up those

22   nice messages, as I called it, DX V-7, please?

23          (Exhibit published.)

24   BY MR. BALESTRIERE:

25   Q    So, we saw this before, this was one of those two

SAM     OCR     RMR     CRR     RPR

1   Instagram posts?

2   A    Yes.

3   Q    So, you sent this not too long after the time that you

4   say you were electrocuted in June of 2017, is that correct?

5   A    That is correct.

6   Q    Why did you put up a happy message right after this

7   horrible thing had happened to you?

8   A    I always posted on social media.

9   Q    Have you ever posted on social media anything about this

10  case since it's begun?

11  A    No.

12  Q    Do you always post on social media when something very

13  bad happens to you?

14  A    I have before.

15  Q    Have you ever posted about the sexual assaults here?

16  A    No.

17  Q    How old is your son?

18  A    My son is going to be 13 next week.

19  Q    Is he able to see social media?

20  A    Yes, he is.

21

22          MR. GILBERT:   Objection.

23          THE COURT:  Sustained.

24          MR. BALESTRIERE:  I'll maybe ask it a different way.

25  BY MR. BALESTRIERE:

1   Q    Would you want your son to see something --

2

3            MR. GILBERT:   Objection.

4            MR. McDONALD:  Objection.

5            THE COURT:  Let him finish the question first.

6   BY MR. BALESTRIERE:

7   Q    Would you want your son to see something on social media

8   about the events of this case?

9            THE COURT:  Sustained.

10           MR. BALESTRIERE:  So, you don't need to answer.

11  BY MR. BALESTRIERE:

12  Q    Now, the fact that you put up this Instagram in June of

13  2017, does that change your testimony that you were

14  electrocuted not shortly before?

15  A    No.

16  Q    Does that change your testimony about being assaulted and

17  punched in May 2016?

18  A    No.

19  Q    Does it change your testimony that you were raped with a

20  pool cue --

21  A    No.

22  Q    -- in 2015?

23  A    No, it does not.

24           MR. BALESTRIERE:  And, unfortunately, I had to go

25  over those incidents again.

Tagai - redirect - Balestriere                    310

1  BY MR. BALESTRIERE:

2  Q    There were some questions about how all of that has

3  affected you.  You did talk about this a little bit on direct,

4  but how that is that affected you, how has that injured you,

5  made you suffer?

6  A    I have serious anxiety.  Like I stated yesterday, I throw

7  up every time even when I Zoom with you -- kind of my one

8  attorney.  I was diagnosed with PTSD.  I've been going to my

9  therapist for two -- almost two-and-a-half years -- a little

10 bit over two years.  I talk to her once a week and she's been

11 helping me cope with this.

12         As I stated before, my ex-boyfriend was a doctor,

13 prescribed me Xanax to sleep back in the time that his

14 attorneys asked about.

15         And it's something that it's really affected me.

16 I -- you know, I think about it and just even having to talk

17 about it and relive it for the last four years we've been

18 doing this trial, it's -- it's traumatizing.

19         MR. BALESTRIERE:  Thank you, I have no further

20 questions, Your Honor.

21         THE COURT:  All right.

22         The witness may step down.

23

24         MR. GILBERT:   Excuse me, Your Honor.

25         THE COURT:  Yes.

Proceedings                                        311

1

2              MR. GILBERT:   We're okay.

3              THE COURT:  The witness may step down.  We'll take

4    our lunch break, ladies and gentlemen.

5              (Witness steps down.)

6              THE COURT:  Remember, do not talk about the case

7    amongst yourselves or with anybody else.

8              Have a nice lunch we will see you at 1:30.

9              (Jury exits.)

10             THE COURT:  Okay, recess, one hour.

11             MR. BALESTRIERE:  Thank you, Your Honor.

12             (Luncheon recess now taken.)

13             (Judge BRIAN M. COGAN exited the courtroom.)

14

15             (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

Reyes - direct - Balestriere                 312

```
 1              A F T E R N O O N   S E S S I O N
 2                       (In open court.)
 3              THE COURT:  Let's have the jury, please.
 4              Everyone be seated.
 5              Plaintiffs may call their next witness.
 6              MR. BALESTRIERE:  Thank you, your Honor.
 7              The plaintiffs call Brittany Reyes to the stand,
 8  please.
 9              THE COURT:  All right.
10              THE DEPUTY CLERK:  Please raise your right hand.
11  BRITTANY REYES, called by Plaintiffs, having been first duly
12  sworn, was examined and testified as follows:
13              MR. BALESTRIERE:  May I, your Honor?
14              THE COURT:  Yes, you may inquire.
15              MR. BALESTRIERE:  Thank you.
16  DIRECT EXAMINATION
17  BY MR. BALESTRIERE:
18  Q    Good afternoon, Ms. Reyes.
19              You can take your mask off while you are seated
20  there?
21              So, good afternoon?
22  A    Hi.
23  Q    Is it okay if I call you Brittany?
24  A    Yes.
25  Q    Where are you from, Brittany?
```

Reyes - direct - Balestriere                        313

1   A    Florida.

2   Q    Do you have any children?

3   A    Three.

4   Q    What are their ages?

5   A    Five, three, and one.

6   Q    Where are you originally from?

7   A    Maine.

8   Q    Did you go to high school in Maine?

9   A    Yes.

10  Q    Did you graduate from high school?

11  A    No.

12  Q    Besides not graduating high school, what year were you

13  when you finished schooling?

14  A    I can't recall.

15  Q    You didn't finish high school?

16  A    No.

17  Q    Did you receive any other schooling or training?

18  A    I got my EMT license.

19  Q    So you are an EMT?

20  A    Yes.

21  Q    Prior to this, have you ever worked with lawyers?

22  A    No.

23  Q    Did you prepare for your testimony here today?

24  A    Yes.

25  Q    What did you do to prepare?

Reyes - direct - Balestriere                314

1   A    Going over the deposition, exhibits, speaking with the

2   lawyers.

3   Q    When you say "the lawyers," do you mean me and my

4   colleagues?

5   A    Yes.

6   Q    You said the exhibits.

7        Are they the exhibits that I told you would be

8   discussing here in court?

9   A    Yes.

10  Q    Before filing this lawsuit, had you ever met any of the

11  plaintiffs?

12  A    No.

13  Q    Outside of bumping into one of the plaintiffs in the

14  courthouse or in our office, have you had any interactions

15  with any of the plaintiffs?

16  A    No.

17  Q    Did you discuss with any of the plaintiffs what you were

18  going to say here in court?

19  A    No.

20  Q    Did you discuss with them what they were going to say in

21  court?

22  A    No.

23  Q    Or what they have said in court?

24  A    No.

25  Q    Mr. Rubin was at your deposition; right?

Reyes - direct - Balestriere                315

1   A     Yes.

2   Q     Were you at Mr. Rubin's deposition?

3   A     No.

4   Q     What about Ms. Powers, were you at her deposition?

5   A     No.

6   Q     Did you read over any of the deposition testimony of any

7   of the plaintiffs?

8             MR. GROVER:  I object to all of this.

9             THE COURT:  I agree.  Let's get onto the case.

10            MR. BALESTRIERE:  That was my last question.  Thank

11  you.

12  Q     When you met Mr. Rubin, did you have any understanding

13  as to how much money he had?

14  A     No.

15  Q     What about Ms. Powers?

16  A     No.

17  Q     So let's talk about when you met Mr. Rubin.

18            How do you first learn who Mr. Rubin was?

19  A     Through an ex friend named Taren Cassidy.

20  Q     What year was that?

21  A     2016.

22  Q     You called her an ex friend.

23            Were you friends with her in 2016?

24  A     Yes.

25  Q     Do you remember what Ms. Cassidy told you about Mr.

1   Rubin?

2   A     That it was her friend.  That she wanted me to meet him.

3   Q     Did she tell you why she wanted you to meet him?

4   A     So that I could get some money and -- yeah.

5   Q     What did she tell you would happen when you met him, if

6   anything?

7   A     That he had a dungeon, and that was pretty much how the

8   conversation went.

9   Q     Okay.

10          MR. BALESTRIERE:  Actually, if I can ask that

11  Defendants' 4, which is in evidence, page 3, be put up, Ms.

12  Saydah.

13  Q     You see this is the top text.  At least it begins

14  March 6, 2016, at 9:42 p.m.

15          Do you see that in front of you?

16  A     Yes.

17  Q     There is a name there Taren.

18          Is that the Taren you were just discussing?

19  A     Yes.

20  Q     Then below in the back and forth you see Brittany Reyes.

21          That is you?

22  A     Yes.

23  Q     So, do you see the second text begins, So, I will

24  confirm and get the flight situated if he says yes, and it

25  will be 5K.  It is a little different.  This is the guy that

Reyes - direct - Balestriere                    317

1   has a -- I think that is supposed to be dungeon.

2              Is that the conversation or the text exchange that

3   you were just testifying regarding?

4   A    Yes.

5              MR. ROSENBERG:  Your Honor, objection.  This

6   exhibit has not yet been moved in.

7              MR. BALESTRIERE:  Forgive me, your Honor.

8              MR. ROSENBERG:  But we do not object.

9              THE COURT:  What is the exhibit number?

10             MR. BALESTRIERE:  DX04, your Honor.

11             THE COURT:  Received.

12             (Defendant's Exhibit DX04 was marked in evidence as

13   of this date.)

14             MR. BALESTRIERE:  Thank you, Mr. Rosenberg.

15  Q    I will repeat the question.

16             You had talked about some communication or

17  conversation with Taren.  Is this the conversation that you

18  were just testifying regarding?

19  A    Yes.

20  Q    What did you understand "it will be 5K" to mean?

21  A    It would be $5,000.

22  Q    And what about this is the guy --

23             MR. MCDONALD:  Your Honor, can we get this blown

24  up?  We cannot read it.

25             THE COURT:  He is questioning.  You have the

1    document.  You can read it.

2              MR. MCDONALD:  I can't read it on the screen.

3              THE COURT:  You have it elsewhere.  You can pull it

4    up and read it.

5              Counsel should be aware if the jury is having

6    trouble seeing the document.

7              MR. BALESTRIERE:  Thank you, your Honor.

8              I ask Ms. Saydah to blow up the top third of the

9    document.

10   Q    It says, This is the guy that has a dungeon.

11             Had you had a conversation with Taren before this

12   time about a guy that has a dungeon?

13   A    Yes.

14   Q    What did you discuss?

15   A    I just went to the apartment and she was like, Oh, like

16   general kind of conversation, I guess.

17   Q    Let me ask you, because I think that may be a lost what

18   you said there.

19             Did you end up going to this apartment with this

20   so-called dungeon prior to this conversation on March 6th,

21   2016?

22   A    Yes.

23   Q    How long before March 6th, 2016, if you remember?

24   A    Like several months to a year.

25   Q    You have some water up there.

Reyes - direct - Balestriere                319

1       Was Mr. Rubin there when you went to this apartment

2   with the dungeon that first time several months to a year

3   before March 6th, 2016?

4   A    No.

5   Q    How did it make you feel that it was your friend, a

6   woman, Taren that was contacting you in order to set up this

7   meeting with Mr. Rubin?

8           MR. ROSENBERG:  Objection.

9           MR. BALESTRIERE:  I didn't hear, your Honor.

10          THE COURT:  I said hold on.

11          MR. BALESTRIERE:  Sorry.

12          THE COURT:  The objection is sustained.

13          MR. BALESTRIERE:  If I may ask it in a different

14  way.

15  Q    Did you feel comfortable that it was a woman that was

16  contacting you on behalf of a man who wanted to meet you?

17          MR. ROSENBERG:  Objection.

18          THE COURT:  What role, if any, did it play in your

19  determining to go that you were being asked by a woman rather

20  than a man?

21          THE WITNESS:  It was a trusted friend.  I didn't

22  feel any threat whatsoever.

23          MR. BALESTRIERE:  Thank you, your Honor.

24          So if I could ask you, Ms. Saydah, to go down to

25  the next day, May 7th, 2:35, and if you could blow that up a

Reyes - direct - Balestriere                320

1   little bit there.  Thank you.

2   Q    So I am asking you now if you see that in front of you,

3   that on March 7th, the next day, at 2:35.

4        Taren says, Okay.  Send me your full name, birth

5   date, and email address to book the flight and we will book

6   you on the redeye from Vegas tonight.

7        Do you see that?

8   A    Yes.

9   Q    Now, I would like to draw your attention to the next

10  page.

11       MR. BALESTRIERE:  Ms. Saydah, can you go to the

12  next page, 4 of 5, of this exhibit, at 4:36 p.m. and

13  11 seconds on March 7th.

14  Q    Do you see that is an exchange there where Taren says,

15  K.  Let me tell Howie's assistant.  What is your email

16  address, and you provide her your email address.

17       Do you see that there?

18  A    Yes.

19  Q    At the time that you received that text message, did you

20  know who Howie's assistant was?

21  A    I don't think so.

22  Q    Do you now have an understanding who Howie's assistant

23  was?

24  A    Jennifer Powers.

25  Q    That is the other defendant in this case ; is that

Reyes - direct - Balestriere                    321

1   correct?

2   A     Yes.

3   Q     Did you end up flying to New York?

4   A     Yes.

5   Q     Where did you fly from?

6   A     Las Vegas.

7   Q     Do you remember which airport you landed it?

8   A     I believe it was JFK.

9   Q     After you arrived at JFK, where did you go?

10  A     To the apartment.

11  Q     Just to be clear, when you say the apartment, is this

12  the apartment that we discussed that had the dungeon?  Was

13  that term used before?

14  A     Yes.

15        MR. BALESTRIERE:  Ms. Saydah, can I ask you to put

16  up 125, please.

17        THE COURT:  In evidence?

18        MR. BALESTRIERE:  It is in evidence.  Excuse me,

19  your Honor.

20  Q     I am going to show you briefly a floor plan of the

21  condominium, and ask you if you can point out where the

22  dungeon is.

23        MR. BALESTRIERE:  Make it a little bit smaller.

24  Q     Do you see that in front of you, a floor plan of an

25  apartment?

Reyes - direct - Balestriere                      322

1   A    Yes.

2   Q    Do you know which of the rooms, if any, in that floor

3   plan or that dungeon that we are talking about?

4   A    The room that is labelled "bedroom" in the middle on the

5   right-hand side.

6   Q    Thank you.

7        It is the smaller than of those two rooms that are

8   near the lower right-hand side?

9   A    Yes.

10  Q    Thank you.

11       So you said that you went to the apartment.  I will

12  ask you some questions now about that.

13       When you arrived there, who, if anyone, was there?

14  A    Just Taren.

15  Q    No, no one else?  Just you and Taren?

16  A    No.

17  Q    Thank you.

18       How long was it just you and Taren that were at the

19  apartment?

20  A    Several hours.

21  Q    What did you and Taren do, if anything, during those

22  several hours?

23  A    Just talk, drank.  Pretty much not too much.

24  Q    I am sorry.  You said, Talk, drink.  Not too much?

25  A    Yes.

Reyes - direct - Balestriere                    323

1   Q    Did you do any drugs?

2   A    Yes.

3   Q    What drugs did you ingest?

4   A    Marijuana and cocaine.

5   Q    Did there come a time that Mr. Rubin did arrive?

6   A    Yes.

7   Q    When he arrived, did he bring anything or anyone with

8   him?

9   A    No -- he brought food and stuff like that.

10  Q    If you could speak up a little bit, or bring the

11  microphone a little closer.  It is okay to be nervous.  Can

12  you bring the microphone closer?

13            THE COURT:  Pull the microphone towards you.

14            MR. BALESTRIERE:  Thank you, your Honor.

15  Q    So I think you said he brought food, and I think I hear

16  the end of the answer?

17  A    He just brought food.

18  Q    Thank you.

19            Now, did Mr. Rubin ask you to sign anything?

20  A    Yes.

21            MR. BALESTRIERE:  Ms. Saydah, can you put up

22  Plaintiff's 40, please.

23            I am going to ask you to blow it up so we see the

24  top half of that.

25  Q    Do you see this in front of you, Brittany?

1   A    Yes.

2            MR. ROSENBERG:  It is not yet admitted.

3            No objection.

4            MR. BALESTRIERE:  I thought this was in evidence.

5            I move for its admission in evidence.

6            THE COURT:  Received.

7            (Plaintiff's Exhibit 40 was received in evidence.)

8   Q    Is that your handwriting there where it says Brittany

9   Reyes in the first line?

10  A    Yes.

11           MR. BALESTRIERE:  And, Ms. Saydah, can I ask you to

12  go all the way down to the bottom, please.

13  Q    Do see the signature there?  Is that your signature?

14  A    Yes.

15  Q    That date is March 7th of 2016.

16           Is that the date that you signed this?

17  A    Yes.

18  Q    Thank you.

19           MR. BALESTRIERE:  Can you please, Ms. Saydah, go

20  all the way to the top again.

21  Q    I want to ask you some of the circumstances under which

22  you signed it.  You testified that you had been at the

23  apartment for a few hours drinking, doing some drugs.

24           What, if anything, did Mr. Rubin say to you when he

25  provided you a copy of this document?

Reyes - direct - Balestriere                    325

1   A    That I needed to sign it, or I couldn't be in the

2   apartment.

3   Q    Did you read this?

4   A    Not really.

5   Q    But you did sign it?

6   A    Yes.

7   Q    Why did you sign it if you hadn't read it?

8   A    I just kind of understood it as, one, I couldn't be

9   there so I had nowhere else to go; and it was just you can't

10  discuss what happens there with anyone else.

11  Q    Did Mr. Rubin tell you what would happen if you

12  discussed what happens there with anyone else?

13  A    No.

14  Q    Now, were you allowed to keep a copy of this document?

15  A    No.

16  Q    Were you allowed to speak to a lawyer or anyone else

17  about this before you signed this document?

18  A    No.

19  Q    After you signed the document -- withdrawn.

20          Where were you in the apartment to the best of your

21  memory when you signed this document?

22  A    There was like a dining room table.

23  Q    Is that where you signed the document?

24  A    Yes.

25  Q    After you signed the document and gave it to Mr. Rubin,

Reyes - direct - Balestriere                326

1    what, if anything, happened then with you, Mr. Rubin, and

2    Taren?

3    A    I went back to the couch and we still then went on

4    having conversation and drinking.

5    Q    How long were you on the couch having the conversation

6    and drinking?

7    A    It is hard to say.  I don't know.  Maybe five, 10,

8    15 minutes.  In there.

9    Q    Did Mr. Rubin at any time bring up the term "safe word"

10   with you when you were sitting on the couch?

11   A    Yes.

12   Q    What did Mr. Rubin tell you about safe word or a safe

13   word?

14   A    That if I used the safe word whatever was happening, if

15   I was uncomfortable, would stop.

16   Q    This term, this idea of safe word, had you ever been in

17   a situation where you had to use a safe word before?

18   A    No.

19   Q    Did Mr. Rubin ask if you had ever used the safe word in

20   the past?

21   A    No.

22   Q    Did he ask if you had any medical conditions?

23   A    No.

24   Q    Do you remember now what the safe word was?

25   A    I can't recall.

1  Q    So after Mr. Rubin discussed the safe word with you, did

2  you end up leaving the living room?

3  A    Yes.

4  Q    Where did you go?

5  A    Into the dungeon.

6  Q    Now, when you say "the dungeon," is that that smaller of

7  the bedrooms that we discussed earlier?

8  A    Yes.

9  Q    Did Taren accompany you into the dungeon?

10  A    Yes.

11  Q    What about Mr. Rubin?

12  A    Yes.

13  Q    When you went into the dungeon, what did you see in

14  there?

15  A    A bunch of furniture, like torture kind of devices,

16  things to tie people down, hit them, sex toys.  Things of

17  that nature.

18         MR. BALESTRIERE:  Ms. Saydah, will you put up

19  Plaintiffs' 3, which is in evidence.

20         Can you blow that up a little bit, please.

21  Q    These are some photos.  I am going to ask you with

22  regard to this, was this in the dungeon, this piece of

23  furniture or machine that we see in this first page?

24  A    Yes.

25         MR. BALESTRIERE:  Can you go to the second page,

Reyes - direct - Balestriere                328

1  please.

2  Q    What about this machine or device?  Was this in that

3  dungeon?

4  A    Yes.

5            MR. BALESTRIERE:  Can you go to the third page.

6            Actually, go on to the fourth page.

7  Q    What about this device or machine or piece of furniture,

8  was this in the dungeon as well?

9  A    Yes.

10  Q    Now, at this time when you went into this dungeon room

11  with Mr. Rubin and with Taren, did you feel like you were in

12  any danger?

13  A    I am not sure.

14            Can you rephrase the question?

15  Q    Sure.

16            Was your friend Taren there with you?

17  A    Yes.

18  Q    When you went in there?

19  A    Yes.

20  Q    What did you believe would take place in the dungeon

21  when you went in there with Taren to?

22            MR. GROVER:  Objection.

23            MR. ROSENBERG:  Objection.

24            THE COURT:  Overruled.

25  Q    So the question is:  What did you believe would take

1  place when you went into the dungeon with Taren and Mr.

2  Rubin?

3  A    I was given fake details.  I was led to believe it was,

4  like, just light spanking.  Kind of -- I am sorry.  I am

5  losing for the word.  Just like fantasy, role-playing kind of

6  thing.

7  Q    Did you consent to go into that dungeon with Mr. Rubin

8  and Taren?

9  A    Yes.

10 Q    When you went in there, what happened next?

11 A    I was tied up.

12 Q    Can I stop you for a second.

13        You said you were tied up.  I want to ask some

14 details about that.

15        Who tied you up?

16 A    Howie.

17 Q    Is that Mr. Rubin?

18 A    Yes.

19 Q    In what way did Mr. Rubin tie you up?

20 A    He tied my arms.  He tied my legs.

21 Q    So with regards to your arms, where on your arms did he

22 tie you?

23 A    Like my hands, my wrists.

24 Q    With what did he tie you?

25 A    It was, like, a rope.  Kind of tape.  Something like

Reyes - direct - Balestriere                330

1    that.

2    Q    That was around your wrist, you said, this rope or tape?

3    A    Yes.

4    Q    Were your wrists tied in front of you or behind you?

5    A    Behind me.

6    Q    Now, what about -- you said your legs.

7         How were your legs tied?

8    A    Like around my ankles.

9    Q    Was that same rope or tape used to tie your ankles?

10   A    Yes, I believe so.

11   Q    So once you were tied with your wrists behind you and

12   with your ankles tied again with this tape or rope, where

13   were you in the dungeon?

14   A    On the floor.

15   Q    Were you faceup or facedown?

16   A    Facedown.

17   Q    Did Mr. Rubin ask you for your permission to tie you up?

18   A    No.  Not really.

19   Q    When you say "not really," did he say, May I tie you up?

20   A    No.

21   Q    After Mr. Rubin tied you up with your wrists behind you

22   and your ankles tied and you were facedown, what happened

23   then?

24   A    I was spanked.  I was hit.  I was sexually penetrated

25   with a device.

Reyes - direct - Balestriere                    331

1    Q    Let me kind of break that down.

2         Was anything put into your mouth?

3    A    Yes.

4    Q    What was put into your mouth?

5    A    A ball gag.

6         MR. BALESTRIERE:  Your Honor, if I may, I don't

7    think I need to approach, but I need to get -- thank you.

8    Q    Brittany, are you able to see this, or do you need me to

9    get closer?

10   A    Yeah.

11   Q    This is a demonstrative that the jury has seen.  It is

12   DXC.

13        The ball gag that was put into your mouth, did it

14   look like?

15   A    Yes.

16   Q    Do you remember what color the ball was?

17   A    No.

18   Q    Thank you.

19        Did Mr. Rubin ask for your permission to put the

20   ball gag in your mouth?

21   A    No.

22   Q    Were you able to speak once the ball gag was in your

23   mouth?

24   A    No.

25   Q    So you testified that you were tied facedown with your

Reyes - direct - Balestriere                332

1  wrists and ankles with the ball gag on the floor.

2           Was anything put over your eyes?

3  A    Yes.

4  Q    What was put over your eyes?

5  A    A blindfold.

6  Q    Did you see who put that over your eyes?

7  A    I can't recall.

8  Q    Once you are on the floor now with the ball gag, the

9  blindfold, and being tied -- I think you started to talk

10 about this -- what, if anything, happened at that time?

11 A    I was then sexually assaulted with a dildo, hit and

12 kicked more, punched, spanked.

13 Q    I am going to ask you unfortunately some details about

14 that.

15 A    Okay.

16 Q    Who was doing this?

17 A    Howie.

18 Q    That is Mr. Rubin?

19 A    Yes.

20 Q    Did he ask for your permission to assault you in this

21 way?

22 A    No.

23 Q    Where were you hit on your body?

24 A    My head, in my arm area, my legs, my -- just my whole

25 body.

1    Q    Were you able to speak when this was happening?

2    A    No.

3    Q    Did you consent to Mr. Rubin hitting you in that way?

4    A    Definitely not.

5    Q    You said that you were sexually assaulted.  Forgive me,

6    I need to ask some details.

7              Were you penetrated in some way?

8    A    Yes.

9    Q    Where?

10   A    My vagina.

11   Q    Do you know by what?

12   A    A dildo.

13   Q    Who did that?

14   A    Howie.

15   Q    Again, that is Mr. Rubin?

16   A    Yes.

17   Q    Did you consent to Mr. Rubin sexually assaulting you in

18   that way?

19   A    No.

20   Q    What, if anything, did Mr. Rubin say while he was doing

21   this?

22   A    I can't recall exactly anything he was saying specific.

23   Q    Did you try to say no?

24   A    Yes.

25   Q    Did you try to say the safe word?

Reyes - direct - Balestriere                    334

1   A    Yes.

2   Q    Were you able to say no or the safe word?

3   A    Not initially.

4   Q    Why not?

5   A    Because I had a ball gag in my mouth.

6   Q    Again, did you consent to the ball gag being put in your

7   mouth?

8   A    No.

9   Q    How long was it that you had the ball gag in your mouth

10  while you were being physically and sexually assaulted?

11  A    It is hard to say.

12  Q    I understand.  If you can give some estimate to the jury

13  to the best of your memory as to how long it was after the

14  ball gag was put in your mouth -- and it sounds like it came

15  out.

16          Let me ask the question again.

17          How long was it that the ball gag was in your

18  mouth?

19  A    Somewhere between 10, 20, 30 minutes.  Somewhere around

20  there.

21  Q    During that entire time was Mr. Rubin sexually

22  assaulting you?

23  A    Yes.

24  Q    Were you able to see what Taren was doing at this time?

25  A    No.

1    Q    Why not?

2    A    Because I had a blindfold on.

3    Q    The ball gag from what you testified did come off at

4    some point?

5            MR. MCDONALD:  Objection to leading, your Honor.

6            THE COURT:  Sustained.

7    Q    You testified that at some point the ball gag came off?

8    A    Yes.

9    Q    Who took it off?  Did you see?

10   A    I can't exactly recall.  I am sorry.

11   Q    It's okay.  You don't have to be sorry.

12            At some point it was off?

13   A    Yes.

14   Q    Once the ball gag was off, did you say the safe word?

15   A    Yes.

16   Q    Again, I think you testified -- do you remember what the

17   safe word was?

18   A    I can't recall.

19   Q    When you said the safe word, did Mr. Rubin stop sexually

20   assaulting you?

21   A    No.

22   Q    Did there come a time when Mr. Rubin did stop sexually

23   assaulting you?

24   A    After I said it, like, a couple times.

25   Q    How long was it that Mr. Rubin continued to sexually

1  assault you after you first said the safe word?

2  A    Again, it is hard to say.  The time relevance was hard

3  to judge, I guess.

4  Q    If you could give your best estimate to the jury at this

5  time as to how long it was after you first said the safe word

6  that Mr. Rubin finally stopped?

7  A    Maybe, like 5 or 10 minutes.

8  Q    When you first said the safe word, did you notice any

9  reaction by Mr. Rubin?

10  A    Yes.

11  Q    What was the reaction that you observed?

12  A    Anger, more violence.  Just -- yeah, angry and violent.

13  Q    How did you show that anger and violence?

14  A    He assaulted me harder and -- yeah.

15  Q    Did there come a time when Mr. Rubin stopped sexually

16  assaulting you?

17  A    Yes.

18  Q    Did he say a reason as to why he stopped sexually

19  assaulting you?

20  A    No.

21  Q    Did he say anything when he stopped sexually assaulting

22  you?

23  A    No.

24  Q    What, if anything, was he saying to you during this time

25  when he was doing this?

1    A    I can't recall.

2    Q    Did there come a time that you were untied?

3    A    Yes.

4    Q    Who untied you?

5    A    I can't recall.

6    Q    What about the blindfold, was that taken off of you?

7    A    Yes.

8    Q    At some time the ball gag is out, the blindfold is off.

9          Who is in the room when everything was taken off of

10   you?

11         MR. MCDONALD:  Objection to leading, your Honor.

12         THE COURT:  Who was in the room?

13         MR. MCDONALD:  The way he prefaced it, your Honor.

14         THE COURT:  The question started out:  Who was in

15   the room.

16   Q    Who was in the room --

17         THE COURT:  Overruled.

18   Q    Who was in the room when you had the ball gag off, the

19   rope off, and the blindfold off?

20   A    Taren and Mr. Rubin.

21   Q    What, if anything, did Mr. Rubin say at that time?

22   A    I can't recall.

23   Q    Did Mr. Rubin end up leaving the dungeon?

24   A    Yes.

25   Q    Did he say anything to you when he left?

1   A    I can't recall exactly what he was saying.

2   Q    What about Taren, did she saying anything to you at this

3   time?

4   A    Yes.

5   Q    What did she say?

6   A    I can't recall exactly the words that were being said.

7   Q    When Mr. Rubin left the dungeon, did he leave the entire

8   apartment?

9   A    After awhile, yes.

10  Q    When you say "after awhile," after how long?

11  A    Well, after I left the room, I was left in the apartment

12  for a little while and -- and Taren and Mr. Rubin came out

13  and then visited for a couple minutes and then he left.

14  Q    So let's talk about that time that you said -- so there

15  was a time that Taren and Mr. Rubin were in the dungeon?

16  A    Yes.

17  Q    You were not; is that correct?

18  A    No.

19  Q    So where were you when Taren and Mr. Rubin were in the

20  dungeon?

21  A    I was in the living room between the couch walking,

22  pacing, crying, sitting on the pool table.  Just kind of

23  trying to calm down, trying to stop crying.

24  Q    Was the door closed to the dungeon at this time?

25  A    Yes.

Reyes - direct - Balestriere                    339

1    Q    So you testified that at some point Mr. Rubin did come

2    out.  How long was he out of the dungeon after -- withdrawn.

3              How long was Mr. Rubin in the living with you after

4    he had been in the dungeon with Taren before he left the

5    entire apartment?

6    A    Just a few minutes.

7    Q    During that few minutes, what, if anything, did he say

8    to you?

9    A    I can't recall.

10   Q    So he ended up leaving.

11             What about Taren, what did she do?

12   A    She stayed in the apartment with me.

13   Q    Did you end up spending the night?

14   A    Yes.

15   Q    Why did you spend the night at Mr. Rubin's apartment if

16   he had just sexually assaulted you?

17   A    I didn't have anywhere else to go.  And he had left, so

18   I wasn't going to leave intoxicated walking around New York

19   in the middle of the night.

20   Q    Had you spent any time in New York, living in New York

21   or staying in New York, prior to March of 2016?

22   A    Yes.

23   Q    Where had you been?

24   A    I was staying up in Washington Heights.

25   Q    Did you have your own apartment or residence up there?

Reyes - direct - Balestriere                    340

1   A    No.

2   Q    So where were you staying in Washington Heights?

3   A    I was staying at a friend's house on a couch.

4   Q    Were you able to go to the friend's house that night?

5   A    No.

6   Q    Why not?

7   A    Because he had his children there.  The mom had to go

8   out of town.  So for about a month's time, I wasn't able to

9   stay in the apartment, which is why I made arrangements of

10  going to Vegas and later Florida.

11  Q    Thank you.

12       What physical injury, if any, did you sustain that

13  night?

14  A    Bruising, vaginal tearing.

15  Q    Sorry to ask some of these details, but for how long do

16  you believe was your vagina torn?

17  A    Quite a while.  I don't exactly know the time frame.

18  Q    Did you complain to Taren about this shortly after Mr.

19  Rubin sexually assaulted you?

20  A    Yes.

21  Q    First, what, if anything, did you say to her that night?

22  A    I told her that I had -- that night?

23  Q    Yes.

24  A    That my body was sore, that I couldn't sleep, I was just

25  in distress.

Reyes - direct - Balestriere                    341

1        MR. BALESTRIERE:  I would like to ask, Ms. Saydah,

2   if you can put up Defendants' 04 in evidence at page 4,

3   please, and blow up where it is March 10th at 3:35.

4   Q    So I think this is about the middle of the page there.

5   It is 3:35 p.m. and 15 seconds?

6               (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Reyes - Direct/Mr. Balestriere                342

1    EXAMINATION BY

2    MR. BALESTRIERE:

3    (Continuing.)

4

5    Q    So do you see that there on March 10th at 3:35:15 there

6    is this Taren, Hey, babe.

7    A    Yes.

8    Q    Do you see that?

9          It says, I haven't gotten money yet either.  Jen,

10   Howard's assistant, told me yesterday that Howie make it

11   better the building because of me smoking in the condo.

12         Do you remember having an exchange with Taren about

13   that?

14   A    Yes.

15   Q    Did you eventually get paid?

16   A    Yes.

17   Q    Do you remember who paid you?

18   A    Jennifer Powers.

19   Q    Now, if I could ask Ms. Saydah to go down a little bit

20   to also to March 10th at 3:44 p.m. and 59 seconds.  So I

21   believe the next -- it's right there at the very bottom.  You

22   write there:  Yeah, I mean I felt bad.  I had bruises

23   everywhere.

24         At the time you wrote this did you, in fact, have

25   bruises everywhere?

1   A    Yes.

2   Q    Thank you.  After this happened, did you contact the

3   police?

4   A    No.

5   Q    Why not?

6   A    I was scared.  I signed the paper that I couldn't

7   discuss about it.  I didn't really have any recourse at all.

8   Q    Can I ask Saydah to put up Plaintiff's 40 again in

9   evidence.  So I'd like you to blow up or increase the size

10  for the second paragraph there.

11          So, Ms. Reyes, Brittany, your testimony was that

12  you don't really remember signing this document; is that

13  correct?

14  A    No.

15  Q    But you have had a chance to look at it since; correct?

16  A    Yes.

17  Q    Does it say anything in there about a ball gag being

18  used?

19  A    No.

20  Q    Does it anything there about being restrained and not

21  free to leave?

22  A    No.

23  Q    Does it say anything about?

24

25          MR. GILBERT:   Objection.

Reyes - Direct/Mr. Balestriere                    344

1          THE COURT:  Sustained.  Save it for argument.  The

2     jury is going to have the document they'll see what's in it

3     and what's not.

4          MR. BALESTRIERE:  Understood.  Thank you, your

5     Honor.

6     Q    How did you come to file this lawsuit?

7

8          MR. GILBERT:   Objection, your Honor.

9          THE COURT:  Overruled.

10    Q    You testified you did not go to the police right now?

11    A    Yes.

12    Q    At some point, you authorized a lawsuit being filed

13    against Mr. Rubin and Ms. Powers, correct?

14    A    Yes.

15    Q    How did that come about?

16    A    I saw a news article something happening to other women

17    and I wanted to basically say that that also happened to me;

18    that I wanted to give credibility for them because they were

19    telling the truth and I also had experienced the same type of

20    assault and rape.

21    Q    Did you end up contacting any lawyers after you saw that

22    article you mentioned?

23    A    Yes.

24    Q    Who is that?

25    A    You.

1   Q    Do you believe that you experienced any longer-term

2   psychological or emotional trauma after this incident?

3   A    Yes.

4           MR. ROSENBERG:  Objection.

5           THE COURT:  What, if any, psychological trauma did

6   you experience as a result of this incident?

7           THE WITNESS:  Depression, anxiety, PTSD, loss of

8   intimacy, loss of sexual desire.  I have a hard time bonding

9   with my children.  Physical interaction pretty much sums it

10  up.

11  Q    Thank you very much, Brittany.

12          MR. BALESTRIERE:  No further questions, your Honor.

13          THE COURT:  All right.  Cross-examination.

14          MR. ROSENBERG:  Yes, Your Honor.

15          May I have one moment, your Honor, while my

16  colleague assembles something.

17          THE COURT:  Okay.

18

19  CROSS-EXAMINATION

20  BY MR. ROSENBERG:

21

22  Q    Good afternoon, Ms. Reyes.  My name is Benjamin

23  Rosenberg and I represent Mr. Rubin in this matter.

24          We've met before isn't that right?

25  A    Yes.

Reyes - Cross/Mr. Rosenberg                    346

1   Q    I took your deposition, isn't that right?

2   A    Yes.

3   Q    In this case?

4   A    Yes.

5   Q    Okay.  Now, Ms. Reyes, is it correct that before meeting

6   Mr. Rubin in New York on March 8, 2016, you had never spoken

7   with him before?

8   A    No.

9   Q    That's not correct?

10  A    Can you rephrase the question, please.

11  Q    Had you ever spoken with Mr. Rubin before you met him in

12  his apartment?

13  A    No.

14  Q    Had you ever communicated with him in any way before

15  that?

16  A    No.

17  Q    Had you ever sent a text with him or e-mail exchanged

18  e-mails with him?

19  A    No.

20  Q    And all of the information that you had about Mr. Rubin

21  was from Ms. Taren Cassidy; is that right?

22  A    Yes.

23  Q    And she was at that time a very good friend of yours;

24  correct?

25  A    Yes.

1  Q    In fact, I think you said, A formerly trusted friend; is
2  that right?
3  A    Yes.
4  Q    You trusted her a great deal; correct?
5  A    Yes.
6  Q    You trusted her so much that even after the incident
7  that you talked about you left your baby with her; correct?
8  A    Yes.
9  Q    Now, you came to New York based upon what Ms. Cassidy
10 add told you; correct?
11 A    Yes.
12 Q    And as you sit here --
13        MR. ROSENBERG:  Well, withdrawn.
14 Q    You don't recall with any specificity what she told you?
15 A    Can you rephrase the question, please.
16 Q    Do you remember what -- you don't remember what she told
17 you about Mr. Rubin, isn't that right?
18 A    Can you please rephrase the question?
19 Q    Isn't it a fact, Ms. Reyes, that you do not recall what
20 Ms. Taren Cassidy said to you about Mr. Rubin?
21 A    Very vague.  Just, you know, he had a dungeon.  Yeah.
22 Q    Well, when you say, He had a dungeon, do you recall
23 anything else that she said about that?
24 A    I don't recall.
25 Q    Now, let's go back to Exhibit 4, the text messages that

1   you exchanged with Ms. Cassidy?

2           MR. ROSENBERG:  Can we put up Exhibit O4 and

3   Page 2?  And if you could blow up the portions from 7:48:27

4   to 8:47:51.

5   Q    Now, do you see, Ms. Reyes, that is Taren saying, Hey,

6   baby how are you?  And then asking, Are you free Tuesday in

7   New York?  You respond, In Vegas; correct?

8   A    Yes.

9   Q    And then Ms. Cassidy said, Darn, I had a big job, kind

10  of, for 5.

11          Now, Ms. Reyes, what kind of job did you understand

12  Ms. Cassidy was offering you?

13  A    At the time I didn't know.

14  Q    Was it common for someone to say, hey, I have a big job

15  for 5 and you -- for it to come out of the blue and you are

16  not to understand anything she was saying?

17          MR. BALESTRIERE:  Objection.

18          THE COURT:  Overruled.

19          THE WITNESS:  Can you rephrase the question,

20  please.

21  Q    Was it common for Ms. Cassidy to say, I have a job for

22  you, big job, kind of for 5, and you have no understanding

23  what it meant?

24  A    I'm sorry, I'm not understanding.

25          THE COURT:  What he's asking you is what kind of

1   job did you think it was?

2        THE WITNESS:  Like modeling maybe.  I didn't really

3   ask questions.

4   Q    Did you understand what it meant when it said, For 5?

5   A    Yes.

6   Q    You did understand that?

7   A    I do right now, yes.

8   Q    No, at the time, did you understand what it meant when

9   Ms. Taren Cassidy said, For 5?

10  A    At the time, I wasn't too sure.

11  Q    Did it mean five people?  Did it mean $5?  Did it mean

12  $500?  Did it mean dinner for five?

13  A    It's hard to say.  I wasn't too clear what was the

14  conversation.

15  Q    Well, did you ask and say, What are you talking about?

16  A    No.

17  Q    You said, I could go back, meaning, you could go back to

18  New York?

19  A    Yes.

20  Q    So you were saying, I could go back to New York for this

21  job that I don't understand for five something.  I don't know

22  what the something is; is that your testimony?

23  A    Yes.

24  Q    Okay.  And the conversation continues, Ms. Cassidy, and

25  it says, Why don't you come back?  I can confirm with you if

1    you just send me a couple of photos that I can send really

2    fast.  And he'll book your flight to come back if you need

3    to.

4            Did you understand why Ms. Cassidy was asking you

5    for photos?

6    A    Can you rephrase the question?

7    Q    Of course.

8            Ms. Cassidy wrote, Now, why don't you come back?  I

9    could confirm with you if you just send me a couple of photos

10   that I could send really fast and he'll book your flight to

11   come back if you need.

12           And my question was:  Why did you understand she

13   needed photos?

14   A    To show what I looked like?

15   Q    If you didn't know what kind of job it was, how did you

16   know why that was -- what was important?

17   A    I just trusted her.

18   Q    And then, in fact, you did send her pictures?

19   A    Yes.

20   Q    Was it common for Ms. Cassidy to ask you to send her

21   pictures of yourself that she could then send to others?

22   A    On occasion.

23   Q    And were those pictures of a particular kind?

24   A    Modeling pictures.

25   Q    Were they erotic pictures, typically?

Reyes - Cross/Mr. Rosenberg                351

1    A    They could have been.

2    Q    They could have been, did you say?

3    A    I can't recall the exact nature of the exact photos.

4    Q    I'm not asking you to recall the exact nature of the

5    exact photos, but were they erotic pictures that you sent to

6    Ms. Cassidy?

7              MR. BALESTRIERE:  Objection.  §412, your Honor.

8              THE COURT:  Overruled.

9    A    I don't know what your definition of exotic -- erotic --

10   I'm sorry -- erotic that you have in mind versus my

11   description of erotic.

12   Q    All right.  Were they sexually suggestive pictures?

13   A    They could have been.

14   Q    Ms. Reyes, in fact, they were.  Were they not?

15             MR. BALESTRIERE:  Objection.

16             THE COURT:  Overruled.

17   A    Perhaps, yes.

18   Q    And isn't it a fact that in this conversation you knew

19   as soon as you received a communication from Ms. Cassidy that

20   this was a big job that involved of a sexual nature and,

21   therefore, the pictures had to be erotic, isn't that right?

22   A    That was not what was said, no.

23   Q    I didn't ask you if that was said.  Wasn't that your

24   understanding at that time?

25   A    No.

Reyes - Cross/Mr. Rosenberg                    352

1   Q    And isn't that why you sent sexually suggestive pictures

2   to Ms. Cassidy to be sent on?

3   A    I'm not sure if I was sending sexually suggestive

4   photos.

5   Q    And those were for the big job that she had for you?

6   A    Can you rephrase that question?

7   Q    You sent her pictures so that you could secure the big

8   job that she had for you; correct?

9   A    Yes.

10  Q    Now, the conversation then continues.  And you say,

11  Okay, I just sent him pics.  And then at 9:42:40, Ms. Cassidy

12  says, So I'll confirm and then get the flight situated if he

13  says yes and it will be 5K.  It's a little different, this is

14  the guy that has a dungeon.

15          Do you see that?

16  A    Yes.

17  Q    Okay.  So when she says that it will be 5K, what did you

18  understand that to mean?

19  A    5,000.

20  Q    $5,000, correct?

21  A    Yes.

22  Q    So you understood that you would be paid $5,000 for

23  whatever the big job was that Ms. Cassidy had for you?

24  A    Yes.

25  Q    And then she continues, It's a little different, this is

Reyes - Cross/Mr. Rosenberg                353

1    the guy that has a dungeon.

2           What did you understand Ms. Cassidy to mean when

3    she said it's a little different?

4    A    At the time, I didn't know.

5    Q    Well, did you think it's a little different from other

6    jobs you and she had done?

7    A    That's what she stated.

8    Q    And that was what you understood at the time?

9    A    I don't know.

10   Q    So you and she had done jobs together but this one would

11   be a little different; is that right?

12          MR. BALESTRIERE:  Objection.  §412.

13          THE COURT:  Overruled.

14          MR. ROSENBERG:  Forgive me, your Honor?

15          MR. BALESTRIERE:  Overruled.

16          MR. ROSENBERG:  What was the answer?

17          THE COURT REPORTER:  There was none.

18          MR. ROSENBERG:  Can we have the question read back,

19   if possible.

20          THE WITNESS:  Yes.  I'm sorry.

21          MR. ROSENBERG:  Can we get an answer?

22          THE COURT:  Yes.  The reporter can read back the

23   question.

24          (The requested portion of the record was read back

25   by the Official Court Reporter.)

Reyes - Cross/Mr. Rosenberg                    354

1   A    Yes.

2   Q    And how did you understand it would be different?

3   A    I don't know.

4   Q    And when it says, This is the guy that has a dungeon,

5   did you have an understanding based on that of how this job

6   would be different?

7   A    No.

8   Q    What did you believe when Ms. Cassidy said, This is the

9   guy that has a dungeon?

10  A    I don't know.

11  Q    When it says, This is the guy that has a dungeon, isn't

12  it fair to say that she had discussed this guy with a dungeon

13  with you before?

14  A    Not really.

15  Q    So when she said, This is the guy that has a dungeon,

16  you think that she hadn't mentioned this before to you?

17  A    I've gone to the apartment before and she made a little

18  comment about when I asked about some lock on the door.  She

19  said, Oh, that's a dungeon but I can't show you anything.

20  And that was pretty much the only previous conversation I

21  ever had with her about this.

22  Q    Okay.  When you read, This is the guy that has a

23  dungeon, did you understand the dungeon involved something

24  dangerous?

25  A    No.

1    Q    Did it occur to you that it involved something that one

2    would be locked in or tied up in or made a captive in?

3    A    Certainly not.

4    Q    Did didn't occur to you at that time?

5    A    No.

6              MR. ROSENBERG:  Your Honor, we would like to play

7    Clip 67, please.

8              THE COURT:  Is this the deposition?

9              MR. ROSENBERG:  Forgive me.

10             THE COURT:  For purposes of impeachment.  You're

11   playing it for purposes of impeachment?

12             MR. ROSENBERG:  Yes, Your Honor.

13             THE COURT:  Okay.  Go ahead.

14             MR. BALESTRIERE:  Your Honor, may I ask, though,

15   that I get a page and line reference for these.

16             THE COURT:  Yes.

17             MR. ROSENBERG:  88, Line 5 through Line 17.

18             MR. BALESTRIERE:  88?

19             MR. ROSENBERG:  Line 5 through 17.

20   Q    Before we play that, let me ask you a question.

21             You recall being deposed in this case, correct?

22   A    Yes.

23   Q    Okay.  And when you were deposed, you were represented

24   by counsel, correct?

25   A    Yes.

Reyes - Cross/Mr. Rosenberg                    356

1  Q    You were represented by two counsel from

2  Mr. Balestriere's firm?

3  A    Yes.

4  Q    And you were deposed in my office, correct?

5  A    Yes.

6  Q    And you took the same oath that you took here and you

7  swore to tell the truth just as you did here, correct?

8  A    Yes.

9  Q    All right?

10            MR. ROSENBERG:  Can you please play the clip.

11            (Video file played in open court.)

12            (Video file concludes.)

13  Q    You understood, ma'am, that you would be hanging out in

14  a dungeon; is that right?

15  A    I don't think that's exactly how I was putting in the

16  dungeon.

17  Q    He told you there would be guy with a dungeon and you

18  would just hang out with him, correct, is that your

19  testimony?

20  A    I don't think so.

21  Q    Now, did you understand that there would be, that you

22  would be involved in sexual activity with a guy with a

23  dungeon?

24  A    No.

25  Q    You had no understanding of that based on what

1   Ms. Cassidy told you?

2   A    No.

3   Q    You thought you would get $5,000 just to hang around

4   with him?

5   A    Yes.

6   Q    There came a time, did there not, Ms. Reyes, that you

7   did come to New York; correct?

8   A    Yes.

9   Q    That was, approximately, two days later; correct?

10  A    I can't recall.

11  Q    And you arranged your own flight, did you not?

12  A    I don't think so.

13  Q    You don't think so?

14  A    No.

15  Q    Did you pay for your own flight?

16  A    I don't think so.

17  Q    And your testimony here was that you flew into JFK

18  Airport, is it not?

19  A    I think so.

20  Q    Do you recall in your deposition, the same one we just

21  referred to, being asked the following questions and giving

22  the following answers.

23          This is at Page 105, Line 15 through 105, Line 18.

24  I will read them.

25          "QUESTION:  Do you recall where you landed?"

1          *"ANSWER:  New York."*

2          *"QUESTION:  Was it LaGuardia?  Was it Newark?"*

3          *"ANSWER:  I don't recall."*

4          Do you recall being asked those questions and

5     giving those answers under oath.

6     A     Yes.

7     Q     You didn't make any mention of JFK then, did you?

8     A     No.

9     Q     Now, you testified that you remained with --

10          MR. ROSENBERG:  Withdrawn.

11    Q     After you arrived at the airport, you went to

12    Mr. Rubin's apartment; correct?

13    A     Yes.

14    Q     And, at the apartment, Ms. Cassidy was there, correct?

15    A     Yes.

16    Q     And you and she remained together; correct?

17    A     Yes.

18    Q     You remained together for a large part of the day,

19    correct?

20    A     Yes.

21    Q     And you stayed and you chatted because she was an old

22    friend; correct?

23    A     Yes.

24    Q     And you testified here that you used some drugs;

25    correct?

1  A    Yes.

2  Q    And isn't it also true that you went out for walks on

3  several occasions?

4  A    I believe it was just once, but yes.

5  Q    Okay.  And there came a time, then, that Mr. Rubin

6  arrived; correct?

7  A    Yes.

8  Q    And you said he arrived and he brought some food with

9  him; is that right?

10  A    Yes.

11  Q    You said he provided you with the NDA.

12       MR. ROSENBERG:  Withdrawn.

13  Q    You said he provided you with an agreement that you've

14  identified here; correct?

15  A    Yes.

16  Q    And that was, I believe, it's Plaintiff's Exhibit 40?

17       MR. BALESTRIERE:  Yes.

18       MR. ROSENBERG:  Can we put that up?  It's the same

19  as my defense exhibit.  Well, Plaintiff's Exhibit 40 would be

20  fine.

21  Q    Now, you testified, this says, if you go, Ms. Palmore,

22  to the second paragraph and highlight it, please.  That's

23  great.

24       It states, In return for the payment after

25  agreed-upon fee, I voluntarily agree to engage in sexual

1   activity with Rubin including sadomasochistic activity that

2   can be hazardous and, on occasion, cause injury to my person.

3          Do you see that?

4   A    Yes.

5   Q    You read that at the time, did you not?

6   A    Yes.

7   Q    Okay.  And so you understood that that could cause the

8   activity you were about to engage in with Mr. Rubin could

9   cause injury to you, correct?

10  A    Could.

11  Q    Could.  Exactly right.  You understood that?

12  A    Could, yes.

13  Q    And you understood that it was sexual activity that you

14  would be engaging in; correct?

15  A    Yes.

16  Q    And you signed that document?

17  A    Yes.

18  Q    You testified also that you had -- you signed it because

19  Mr. Rubin told you that if you didn't sign it you would have

20  to leave; correct?

21  A    Yes.

22  Q    So is it correct that he said that, in substance, if you

23  want to engage in this activity with me you have to sign it.

24  If you don't, you can't stay here; correct?

25  A    That's not what he said.

Reyes - Cross/Mr. Rosenberg                        361

1   Q    Isn't that -- okay.
2            I'm not asking you, just so I'm clear, the exact
3   words that he used.  I'm asking you if, in fact, he gave you
4   a choice:  Stay here but sign this or leave; correct?
5   A    Yes.
6   Q    And, in fact, you were free to leave; correct?
7   A    Yes.
8   Q    No one was holding you?
9   A    No.
10  Q    No one was insisting that you stay?
11  A    No.
12  Q    You wanted to stay; correct?
13  A    I don't know.
14  Q    You wanted to make $5,000, didn't you?
15  A    Yes.
16  Q    That's why you come to New York, correct?
17  A    Yes.
18  Q    Just to take a step back.  When you've flown to New
19  York, you've done that voluntarily; correct?
20  A    Yes.
21  Q    And you've done that, no one forced you to do that
22  either?
23  A    No.
24            (Continued on the next page.)
25

1    EXAMINATION CONTINUES

2    BY MR. ROSENBERG:

3    Q    So, you chose to fly to New York and then you chose to

4    sign this agreement, correct?

5    A    Yes.

6    Q    And then you chose to remain in the apartment, correct?

7    A    Yes.

8    Q    And you chose to engage in certain activities with

9    Mr. Rubin, correct?

10   A    Kind of, yes.

11   Q    You testified on your direct examination that you had

12   nowhere to go, do you recall that?

13   A    Yes.

14   Q    And you testified that you were -- that you weren't able

15   to go to a certain apartment in Washington Heights, correct?

16   A    Yes.

17   Q    That's in Manhattan, correct?

18   A    Yes.

19        MR. ROSENBERG:  Could we, please, put up and show to

20   the witness Exhibit D -- Defense Exhibit S as in Sam, 4?

21   BY MR. ROSENBERG:

22   Q    And please tell me, do you see it?

23   A    Yeah.

24   Q    Okay, good.  And do you see that it is an e-mail from you

25   to -- to somebody else named Greg Embitio?

Reyes - cross - Rosenberg                    363

1    A    Yeah.

2    Q    And then attached to it is a copy of your resumé, is it

3    not?

4    A    Yes.

5         MR. ROSENBERG:  Your Honor, we move the admission of

6    Exhibit S as in Sam 4.

7         MR. BALESTRIERE:  No objection.

8         THE COURT:  Received.

9         (Defense Exhibit S-4 was received in evidence.)

10        MR. ROSENBERG:  You can put that up.

11        (Exhibit published.)

12        MR. ROSENBERG:  So, if you can please highlight the

13   date and time that says from Brittany Reyes.

14   BY MR. ROSENBERG:

15   Q    That's your e-mail, correct?

16   A    Yes.

17   Q    And that's to Greg Embitio, do you see that?

18   A    Yes.

19   Q    That's a friend of yours?

20   A    I don't recall.

21   Q    Okay, you don't recall.  And that's on March 15th, 2016,

22   correct?

23   A    Yes.

24   Q    And that was just one week after the events that you

25   testified about, correct?

Reyes - cross - Rosenberg                    364

1   A    Yes.

2   Q    Let's take a look at the resumé that you enclosed here.

3        (Exhibit published.)

4   Q    So, this is a resumé.

5        MR. ROSENBERG:  If you could please blow up the top

6   part that's highlighted.

7        Your Honor, I hope if it's okay if I move over here,

8   I can't see it.

9        THE COURT:  That's fine.

10  BY MR. ROSENBERG:

11  Q    And that says Brittany Reyes, and then it lists your

12  address, doesn't it?

13  A    It's not my address.

14  Q    Oh, so you put it on your resumé, but it's not your

15  address, is that it?

16  A    It's where I could be contacted.

17  Q    And it is 4857 Broadway, Number 1A, correct?

18  A    Yes.

19  Q    Okay.  So it's not -- it's where you could be contacted

20  if someone wanted to see you, correct?

21  A    At that time, no.

22  Q    Or if someone wanted to send something to you, that's why

23  you put your contact information, correct?

24  A    I would eventually be able to receive it, yes.

25  Q    Okay.  But if they wanted to just contact you, you could

Reyes - cross - Rosenberg                    365

1   have just put your cell phone or your e-mail number or

2   something like that, but you put your address, didn't you?

3   A    It's a little bit it more complicated to -- I did a

4   resumé through a phone.

5   Q    No, ma'am, I'm asking you what you put on your resumé.

6         And you put your home address, isn't that what is

7   typically put on a resumé at that point, ma'am?

8   A    Yeah, but I -- wasn't my home.

9   Q    But it's where things could send -- be sent to you to

10  reach you, correct?

11  A    Yes.

12  Q    And it's where you could stay, isn't that a fact?

13  A    No.

14  Q    Now, you testified that after you signed the --

15        MR. ROSENBERG:  You can withdraw that, thank you.

16  BY MR. ROSENBERG:

17  Q    You testified that after you signed the consent agreement

18  -- withdrawn.

19        You testified on direct you were not allowed to talk

20  to a lawyer before signing the agreement, do you recall that?

21  A    Yes.

22  Q    You didn't -- just so we're clear, you didn't ask to talk

23  to a lawyer, did you?

24  A    No.

25  Q    Okay.  You didn't ask anything, did you?

Reyes - cross - Rosenberg                          366

1    A    No.

2    Q    You read the document and you signed it, correct?

3    A    Yes.

4    Q    And isn't it correct that you asked no questions about

5    it?

6    A    Yes.

7    Q    And Mr. Rubin sometime thereafter gave you a safe word,

8    correct?

9    A    Yes.

10   Q    A word you would be able to say in case something

11   happened that you didn't like, correct?

12   A    Yes.

13   Q    And then you, and at all times during your encounter with

14   Mr. Rubin, you were with him and Ms. Cassidy, correct?

15   A    Yes.

16   Q    And isn't it correct that before you ever got to the

17   dungeon, you were in the living room with Ms. Cassidy and

18   Mr. Rubin?

19   A    Yes.

20   Q    And when you were there after you'd signed the agreement

21   and after you had spoken with him briefly and the three of you

22   sat talking, you began to engage in BDSM activities?

23   A    No.

24   Q    Didn't he begin to spank you or hit you?

25   A    Spank me.

1    Q    And did you begin to get disrobed?

2    A    Yes.

3    Q    And, in fact, Mr. Rubin did the same, did he not?

4    A    I can't recall.

5    Q    And Ms. Cassidy did the same, did she not?

6    A    I can't recall.

7    Q    And eventually, however, eventually you were all naked,

8    right?

9    A    I can't recall.

10    Q    You were and you made your way and the three --

11    withdrawn.

12         The three of you made your way to the dungeon,

13    correct?

14    A    Yes.

15    Q    And you never used the safe word at that time?

16    A    No.

17    Q    And you entered the dungeon and you saw the machines in

18    the room, correct?

19    A    Yes.

20    Q    And you saw the wall filled with sex toys, correct?

21    A    Yes.

22    Q    And you understood that you were going to engage in and

23    would continue to engage in sexual activity in that room,

24    correct?

25    A    Yes.

Reyes - cross - Rosenberg                     368

1   Q    And you understood it would be rough sexual activity, did

2   you?

3   A    I was never told that.

4          MR. ROSENBERG:  Well, going back to Plaintiffs'

5   Exhibit 40, please.

6          (Exhibit published.)

7          MR. ROSENBERG:  The second paragraph.

8   BY MR. ROSENBERG:

9   Q    It says, does it not, that you voluntarily agreed to --

10  you agreed to engage in sexual activity, including

11  sadomasochistic activity that can be hazardous and, on

12  occasion, cause injury to my person.

13         So you did understand that, correct?

14  A    No.

15  Q    You read it, but you didn't understand it?

16  A    I barely read that paper.  I had maybe thirty seconds

17  with that paper.  I just put my name and I signed the bottom,

18  skip read a couple words, and that's what I did.

19  Q    You just testified under oath that you read this

20  document?

21  A    I mean I looked at it.

22  Q    And did you look at the part that said in the next

23  paragraph, the first line:  I understand that participation in

24  the activities described above is potentially hazardous?

25  A    I'm sorry, can you repeat the question?

Reyes - cross - Rosenberg                           369

1   Q    Did you read the portion that says:  I understand that

2   participation in the activities described above is potentially

3   hazardous?

4   A    Did I read that?

5   Q    Yes.

6   A    I may have saw it, but I don't think I was -- I don't

7   know how to explain it.  I wasn't trying to analyze what the

8   paper was saying.

9   Q    It says potentially hazardous, do you understand that?

10  A    I see that, yes.

11  Q    I asked did you understand those words, ma'am?

12  A    Do I understand potentially hazardous?

13  Q    Yes.

14  A    Yes.

15  Q    Thank you.

16            So, when you walked into the dungeon with

17  Ms. Cassidy and Mr. Rubin, you saw the sexual implements on

18  the wall, correct?

19  A    Yes.

20  Q    And you understood that you were going to be involved in

21  continued bondage, discipline and sadomasochistic sex,

22  correct?

23  A    Rephrase the question, please.

24  Q    You understood that you were engaging and about to engage

25  in sadomasochistic sexual activity?

1  A    I don't really know how to answer that question.

2  Q    You knew you were about to use or be involved in the use

3  of some or all of sexual implements and sexual machines that

4  were in the apartment?

5  A    No, I did not have that understanding.  No.

6  Q    You didn't?  You walked in there and you didn't

7  understand that that's what was going to happen?

8  A    No.

9  Q    You thought you were just going to hang out and get paid

10  $5,000 -- at that point did you think you were just going to

11  hang out and get paid $5,000, ma'am?

12  A    At that point, no.

13  Q    And you didn't say at that point, "Wait, let's stop, I

14  want to go out," did you?

15  A    No.

16  Q    You didn't say the safe word?

17  A    No.

18  Q    You testified here that you were tied up with your --

19  with your hands, your wrists behind you, correct?

20  A    Yes.

21  Q    You didn't use the safe word while that was happening,

22  did you?

23  A    No.

24  Q    And you were naked at the time, correct?

25  A    Yes.

Reyes - cross - Rosenberg                        371

1   Q    And then your -- you testified that your feet were tied

2   up at the ankles; do you recall that?

3   A    Yes.

4   Q    And, again, while that was happening you didn't say,

5   "Stop that, I don't want this," did you?

6   A    No.

7   Q    You didn't tell Taren, "Taren, I don't want this to

8   happen"?  You didn't do that, did you?

9   A    No.

10  Q    And you didn't tell Mr. Rubin, "Stop, this isn't what I

11  want to do," did you?

12  A    No.

13  Q    There came a time, however, that you testified there was

14  a ball gag placed in your mouth; do you recall that?

15  A    Yes.

16  Q    And you testified here today that you could not say words

17  through the ball gag.

18       Do you recall that testimony?

19  A    Yes.

20       MR. ROSENBERG:  I'd ask to play clip 52 for

21  impeachment.  It's page, deposition page 149, line 15 through

22  page 150 line 12.

23       (Video played.)  (Video stopped.)

24  BY MR. ROSENBERG:

25  Q    You gave that testimony approximately four years ago,

SAM     OCR     RMR     CRR     RPR

1   correct?

2   A    Yes.

3   Q    So, at that time you could not recall whether -- and you

4   gave it under the same oath that you gave here today, correct?

5   A    Yes.

6   Q    And at that time you testified under oath you couldn't

7   recall whether you could use the safe word, correct?

8   A    Yes.

9   Q    And didn't you testify:  No, no, I couldn't use the safe

10  word?

11  A    Did I -- I'm sorry, repeat that.

12  Q    Isn't it a fact that here you testified you could not use

13  the safe word?

14  A    No, I could not use the safe word.

15  Q    But you testified there you couldn't remember?

16  A    I said I couldn't remember.

17  Q    And that was four years ago?

18  A    Yes.

19          THE COURT:  How is your timing, Mr. Rosenberg?

20          MR. ROSENBERG:  Your Honor, I have left -- and I

21  think I can make it shorter, following Mr. Grover I can be

22  shorter if I take a break now and cut some things out.

23          THE COURT:  Okay.  We'll take our mid afternoon

24  break, ladies and gentlemen, 15 minutes, until 3:05.

25          Remember not to talk about the case amongst

Reyes - cross - Rosenberg                              373

1    yourselves or with anyone else.

2              (Jury exits.)

3              THE COURT:  Okay, recess, 15 minutes.

4              (Witness steps down.)

5              (Judge BRIAN M. COGAN exited the courtroom.)

6              (Recess taken.)

7                  (In open court - jury not present.)

8              (Judge BRIAN M. COGAN entered the courtroom.)

9              THE COURT:  Okay, witness and jury, please.

10             (Witness resumed the stand.)

11             (Jury enters.)

12             THE COURT:  All right, be seated.  Continue your

13   cross.

14             MR. ROSENBERG:  Thank you, Your Honor.

15   BY MR. ROSENBERG:

16   Q    Ms. Reyes, you testified that you used the safe word and

17   were -- and then you walked out of the dungeon, correct?

18   A    I'm not exactly sure.

19             Can you rephrase that, please?

20   Q    There came a time that you used the safe word and you

21   walked out of the dungeon, correct?

22   A    After several times, yes.

23   Q    But isn't it correct that you don't recall what it was or

24   what caused you to use the safe word; isn't that right?

25   A    I don't think.

Reyes - cross - Rosenberg                    374

1    Q     You don't think so, you think you do recall what caused
2    you to use the safe word?
3    A     Yeah, I was in pain.  I --
4    Q     Do you --
5    A     -- wanted to leave.
6    Q     Do you recall the specific act that caused you to leave
7    to use the safe word?
8    A     After being hit and punched and being assaulted, that's
9    when I was trying to use the safe word.
10   Q     Now, once you left the dungeon, you remained outside,
11   correct?
12   A     Yes.
13   Q     You remained in the rest of the apartment?
14   A     Yes.
15   Q     And while Ms. Cassidy and Mr. Rubin remained in the
16   dungeon?
17   A     Yes.
18   Q     And they eventually came out, correct?
19   A     Yes.
20   Q     And you spoke briefly with Mr. Rubin before he left,
21   correct?
22   A     Yes.
23   Q     And you wanted to be consoled by him, correct?
24   A     I think that was taken out of context.
25   Q     Well, my question is simply:  Did you want to be consoled

Reyes - cross - Rosenberg                          375

1   by him?

2   A    No.

3   Q    You didn't?

4   A    No.

5            MR. ROSENBERG:  I'd ask if Ms. Palmore could play

6   clip 55.

7            Counsel, it's Ms. Reyes' deposition, page 154, line

8   16 through 155, line 8.

9            (Video played.)   (Video stopped.)

10  BY MR. ROSENBERG:

11  Q    Now, you testified on direct examination about the

12  injuries that you suffered.

13           Do you recall that?

14  A    I'm sorry?

15  Q    Of course.  You testified on your direct examination by

16  Mr. Balestriere about the injuries that you suffered from this

17  incident, correct?

18  A    Yes.

19  Q    And you suffered bruising, correct?

20  A    Yes.

21  Q    And you suffered, you testified, vaginal tearing?

22  A    Yes.

23           MR. ROSENBERG:  I'd like to play clips 64, which is

24  your deposition, page 159, lines 16 through 24.

25           Play that, please, Ms. Palmore.  Thank you.

1           (Video played.)   (Video stopped.)

2           MR. ROSENBERG:  Ms. Palmore, I ask you also to play

3    clip 65, which is Ms. Reyes' deposition, Page 162, lines 9

4    through 16.

5           (Video played.)   (Video stopped.)

6           THE COURTROOM DEPUTY:  Counsel, you turned your mic

7    off.

8           MR. ROSENBERG:  It was making that loud noise.  If I

9    may, I'll try and just speak loudly.

10          THE COURT:  Turn it back on.  It was our fault that

11   it made the feedback.

12          MR. ROSENBERG:  Oh, should I turn it on then?

13          THE COURT:  Yes, turn it on then.  Hang on a second.

14          MR. ROSENBERG:  Should I leave it on or turn it off?

15          THE COURT:  Leave it on for a minute while they work

16   on it.

17          How about now?

18          MR. ROSENBERG:  Hello, hello.

19          THE COURT:  Well, now I can't hear the mic.

20          THE COURTROOM DEPUTY:  It's on.

21          MR. ROSENBERG:  Hello, testing.

22          THE COURT:  Go ahead.

23          MR. ROSENBERG:  I'll try to keep my voice up.  Okay.

24   BY MR. ROSENBERG:

25   Q    And you testified, Ms. Reyes, that you suffered bruising,

Reyes - cross - Rosenberg                          377

1   but you had suffered bruising very shortly before your

2   encounter with Mr. Rubin, hadn't you?

3   A    I don't recall.

4   Q    You don't recall.

5            Do you recall that you were in Las Vegas --

6   A    Yes.

7   Q    -- before you came to New York?

8   A    Yes.

9   Q    And do you recall that you were there because you were

10  there with a man with whom you were romantically interested,

11  is that correct?

12  A    Yes.

13  Q    Okay.  And that's Mr. Schvartsman, a Mr. Schvartsman?

14  A    Yes.

15  Q    And without -- well, I don't mean to be indelicate, but

16  that didn't end well, did it?

17  A    No.

18  Q    No.  And, in fact, didn't he punch you in the face at the

19  end of the relationship?

20  A    I think what was said was not accurately describing what

21  had happened.

22            MR. ROSENBERG:  Well, let's take a look at Defense

23  Exhibit O-4, forgive me, O-4, which we've looked at before.

24  And I'd ask page 3 to 5, March 7th, 2016, at 3:07:56.

25            (Exhibit published.)

SAM    OCR    RMR    CRR    RPR

1  BY MR. ROSENBERG:

2  Q    Now, this conversation is between, again, between you and

3  Ms. Taren Cassidy, correct?

4  A    Yes.

5  Q    And this is she's arranging, you and she are arranging

6  for you to fly to New York, correct?

7  A    Yes.

8  Q    To meet Mr. Rubin?

9  A    Yes.

10  Q    For the incident that you've talked about?

11  A    Yes.

12  Q    And it says, Ms. Cassidy in the line before that says:

13  Can you check?  If you can't, let me know, but see if you can

14  do that.

15        And I think she's saying see if you can change your

16  flight.

17        And then you answer:  I did.  Babe, I had a really

18  bad night.  The person who invited me here punched me in the

19  face.

20        You're referring to Mr. Schvartsman, aren't you?

21  A    Yes.

22  Q    And that was the end of your relationship with him,

23  correct?

24  A    Yes.

25  Q    Now, you also testified here earlier today when

Reyes - cross - Rosenberg                379

1    Mr. Balestriere was asking questions that you have difficulty

2    with intimacy at this time, correct?

3    A    Yes.

4    Q    And, of course, since you saw Mr. Rubin, since your

5    encounter with Mr. Rubin that you testified about, you have

6    three children, correct?

7    A    Yes.

8    Q    They've been born since that time?

9    A    Yes.

10   Q    Okay.  And you were intimate with the father or -- or

11   fathers after your involvement with Mr. Rubin, correct?

12   A    Yes.

13   Q    Now, you also testified when Mr. Balestriere was asking

14   you questions that you authorized this lawsuit, your lawsuit,

15   your bringing the suit, after you read about a case in the

16   newspaper, correct?

17   A    Yes.

18   Q    And that's this case, in other words, an earlier version

19   of this case that you were not a part of, but some of the same

20   plaintiffs against Mr. Rubin, correct?

21   A    Yes.

22   Q    And you joined that case, correct?

23   A    Yes.

24   Q    And you did it, you testified, because you wanted to give

25   credibility to the plaintiffs, correct?

Reyes - cross - Rosenberg                         380

1    A    Yes.

2         MR. ROSENBERG:  I'd like you to, Ms. Palmore, if you

3    could please show the witness only Defense Exhibit C as in

4    Charlie 6-2.

5    BY MR. ROSENBERG:

6    Q    And do you have that on the screen?

7    A    Yes.

8    Q    Okay.  And do you recognize what this is?

9    A    Yes.

10   Q    Okay.  And these are text messages between you and one

11   person and then you and another person, two separate sets of

12   them, correct?

13   A    Yes.

14   Q    And they are dated in January of 2018, January 23rd and

15   24th, 2018?

16   A    Yes.

17   Q    Okay.

18        MR. ROSENBERG:  Your Honor, we move the admission of

19   Defendant's Exhibit C as in Charlie, 6-2.

20        MR. BALESTRIERE:  Objection, relevance.

21        THE COURT:  Short sidebar.  Please.

22        (Sidebar held outside the hearing of the jury.)

23

24        (Continued on the following page.)

25

SAM      OCR      RMR      CRR      RPR

Sidebar                                          381

1          (The following sidebar took place outside the

2     hearing of the jury.)

3          THE COURT:  Okay, while you were all walking up here

4     I had a better opportunity to look at the exhibit and I don't

5     see the relevance objection, it goes to credibility.

6          MR. BALESTRIERE:  I understand, Your Honor.

7          MR. ROSENBERG:  Thank you, Your Honor.

8          (Sidebar concluded.)

9

10          (Continued on the following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

Reyes - cross - Rosenberg                382

1    (Continuing)

2              (In open court.)

3              THE COURT:  All right.  The objection is overruled

4    and the exhibit is admitted.

5              (Defendants' Exhibit C-6-2 received in evidence.)

6              MR. ROSENBERG:  Thank you, Your Honor.

7              May we put it up on the screen, please?  Thank you.

8              (Exhibit published.)

9    Q    Now, Ms. Reyes, the first set of texts in the blue or the

10   light blue.

11             Do you see that those?

12   A    Yes.

13   Q    And those are texts that you are sending to someone --

14   exchanging with someone named Carmine, correct?

15   A    Yes.

16   Q    Okay.

17             And they say -- and this is on, as we said, on

18   January 23rd, 2018.

19             And that is exactly when you were contemplating

20   bringing this lawsuit, correct?

21   A    I think it was a little bit before then that I did.

22   Q    Okay.

23   A    It had to have been, actually.

24   Q    Okay.

25             It was shortly before you were -- you brought -- you

Reyes - cross - Rosenberg                    383

1    signed on to this lawsuit; is that fair to say?

2    A    This was after I was signing on to the lawsuit, yes.

3    Q    Okay.

4         And this is in connection with your signing into the

5    lawsuit, correct?

6    A    Yes.

7    Q    Okay.

8         So the first line says -- and this is to a friend of

9    yours named Carmine, correct?

10   A    Yes.

11   Q    Okay.

12        You say:  Hey.  Are you back?  I need -- and this is

13   in the first two lines.

14        Are you back?  I need some assistance with an

15   attorney.

16        Do you see that?

17   A    Yes.

18   Q    And he answered:  Hey, wsup.

19        And then you answer:  To go over some documents.

20   A    Yes.

21   Q    And those documents related to this case, correct?

22   A    Kind of.

23   Q    You weren't there.  The documents, the complaint and

24   other related documents that you had to authorize, so that

25   this case could proceed?

Reyes - cross - Rosenberg                          384

1    A    I think so.

2    Q    Okay.

3              And then he continues, because then you say -- he

4    says:  No, I'm in Cabo for another ten days.

5              But then you say:  For lawsuit in New York.

6              Do you see that?

7    A    Yes.

8    Q    That's this lawsuit, correct?

9    A    Yes.

10   Q    Okay.

11             And then you say:  You ask him:  Do you have any

12   civil attorney friends who can help me.

13             And he answers:  Hmm, New York, hmm, isn't Jimmy

14   from New York.

15             And you said:  I prefer not to ask him.

16             And he also says:  I avoid lawyers like the plague,

17   I dislike them.

18             Correct?

19   A    Yes.

20   Q    Okay.

21             And then you say, well, this is a large matter, like

22   about to hit XXX million matter.  I'm golden.  I just need

23   someone to review a document before I sign my life away.

24             You're talking about this case, aren't you?

25   A    Yes.

Reyes - cross - Rosenberg                    385

1   Q    And you were saying that this case, with this case you'd

2   be golden because you're about to hit XXX million dollars;

3   isn't that right?

4   A    No, that's completely out of context of what I was

5   meaning.

6   Q    Oh.  Okay.

7        Well, let's take a look at the conversation you then

8   had with Mr. Careli.

9   A    Okay.

10  Q    Right after that.

11       And it says:  I just started a lawsuit for several

12  million.  Losing my mind.  I got the lawsuit engagement form.

13  32 million right now.  With me its being mended and the suit

14  is looking like a hundred million with four other people.

15       So you're talking about this lawsuit, aren't you?

16  A    Yes.

17  Q    Okay.

18       MR. ROSENBERG:  Ms. Palomar, may I ask you to please

19  play clip 63, which is Ms. Reyes's deposition, pages 17525 to

20  17722.

21       (Video played for jury.) (Video stopped.)

22       MR. ROSENBERG:  I have nothing further.

23       THE COURT:  All right.  Additional cross?

24       MR. GROVER:  Thank you, Your Honor.  I expect to be

25  very brief.

1          THE COURT:  Okay, well, you don't have a mic.

2    CROSS EXAMINATION

3    BY MR. GROVER:

4    Q    Good afternoon.  My name is Doug Grover.  I represent

5    Jennifer Powers.  I just have a few questions for you,

6    Ms. Reyes.

7          Isn't it true that the first time you ever met my

8    client Jennifer Powers was at the deposition?

9    A    Yes.

10   Q    And during the time that this case is involving, back

11   prior to the filing the complaint, you never communicated with

12   my client in any way?

13   A    No.

14   Q    And you never met my client back in those days, of

15   course; am I correct?

16   A    No.

17   Q    And Ms. Powers didn't purchase any plane tickets for you,

18   did she?

19   A    I don't know.

20   Q    Well, someone else did purchase plane tickets, correct?

21   A    Yes.

22   Q    And who was that?

23   A    I don't really recall exactly who did it.  It was a mix

24   between Taren, Howie's assistant and Howie.

25   Q    Well, when you say Howie's assistant, who do you mean?

Reyes - cross - Grover                           387

1   A     Jennifer Powers.

2              MR. GROVER:  Okay.

3              Can we play a clip please, BRJPO3.  It's the

4   transcript at page 197, Ms. Palomar.

5              (Video played for jury.) (Video stopped.)

6              MR. GROVER:  May I have a moment, Your Honor?

7              THE COURT:  Yes.

8              (Pause in the proceedings.)

9              MR. GROVER:  Your Honor, I'm prepared to do it the

10  old-fashioned way, if I can.

11             THE COURT:  Yes.

12  Q    Ms. Reyes, do you recall that you gave a deposition in

13  this case?

14  A     Yes.

15  Q    And you've already seen some video clips from that

16  deposition?

17  A     Yes.

18  Q    Apparently, I can't get video on the screen so I am going

19  to ask you if you recall being asked this question and giving

20  these answers.

21  A     Okay.

22  Q    (Reading:)

23             QUESTION:  Okay.  When you came to New York to meet

24  Mr. Rubin, you, how did you make it here?  Do you remember?

25             ANSWER:  An airplane.

Reyes - redirect - Balestriere                388

1          QUESTION:  And you bought your own tickets?

2          ANSWER:  I don't recall.

3          QUESTION:  Do you remember if it wasn't you, who it

4     would have been?

5          ANSWER:  I don't recall.

6          QUESTION:  It wasn't Ms. Powers.

7          ANSWER:  No.

8     Q    Do you recall being asked that question and giving that

9     answer?

10    A    I recall being unclear.

11    Q    Is the answer no, unclear to you?

12    A    Kind of, yes, actually.

13          MR. GROVER:  I have no further questions.

14          THE COURT:  All right.

15          Redirect.

16          MR. BALESTRIERE:  Thank you, Your Honor.

17          I ask Ms. Saydah to put up Defendants' C.

18          Just one moment please, Your Honor.

19          (Pause in the proceedings.)

20    REDIRECT EXAMINATION

21    BY MR. BALESTRIERE:

22    Q    Good afternoon again.

23          So can I ask that -- yes.

24          (Exhibit published.)

25    Q    So this one's a little hard to see.  This was the text

Reyes - redirect - Balestriere                    389

1   exchanges that you just had been asked questions about.

2           So first I'm going to ask you, you said that you

3   thought that something was not accurate, you thought that

4   something --

5           MR. GROVER:  Mr. Balestriere, excuse me.

6           MR. BALESTRIERE:  Here you go.

7           MR. GROVER:  I'm sorry, Your Honor.

8           MR. BALESTRIERE:  I'll start over.

9   Q    You were asked certain questions about this during

10  cross-examination by Mr. Rubin's lawyer.

11          Do you remember that?

12  A    Yes.

13  Q    And you said that you thought that something was

14  inaccurate, at least the way it was characterized to you.

15  A    Yes.

16  Q    I'm going to ask you some questions, but what were you

17  thinking about there?

18  A    It just seemed like a little bit out of context on how

19  it's being described.  For instance, when I'm saying, like,

20  I'm golden, it sounds bad but what I'm trying to say is I'm

21  okay, I'm good.  Like, basically I'm not the one that's in

22  trouble.  Like.

23          And this was just trying to put into context what

24  kind of attorney I needed, that it wasn't -- I don't know, it

25  was just trying to get someone to go looking over the

Reyes - redirect - Balestriere                    390

1   documents that I was signing to make sure that I had an

2   accurate description of what I was signing and what I was

3   doing.

4   Q    At this point, so this is January 23rd and January 24th

5   of 2018, the document that you were signing, was that the

6   engagement agreement with our firm?

7   A    Yes.

8   Q    Thank you.

9             MR. BALESTRIERE:  May I get DDSC again.  Sorry.

10  Thank you.

11            I ask at this time, Your Honor, if I may go close to

12  the witness.

13            THE COURT:  Okay.

14  Q    So you were asked on cross-examination whether or not you

15  could speak with a ball-gag in your mouth.

16  A    Yes.

17  Q    Now, this wasn't the ball-gag.  This is from defendants.

18            Did the ball-gag look like this?

19  A    Yes.

20  Q    Was it tied securely around the back of your head?

21  A    Yes.

22  Q    Were you able to speak and say words with a ball-gag that

23  looked like this in your mouth?

24  A    No.

25  Q    Thank you.

Reyes - redirect - Balestriere                    391

1        MR. BALESTRIERE:  Thank you.

2  Q    There were some questions about your deposition

3  testimony.  Did you review documents before you testified in

4  Mr. Rubin's lawyer's office?

5        MR. McDONALD:  Objection.

6        THE COURT:  Sustained.

7  Q    Was that the first time you were deposed?

8  A    Yes.

9  Q    Were you nervous?

10       MR. GROVER:  Objection.

11       THE COURT:  Sustained.  Leading.

12  Q    Was there anything about the circumstances of your

13  deposition which you think affected your deposition testimony?

14       MR. McDONALD:  Objection.

15

16       MR. GILBERT:  Objection.

17       MR. GROVER:  Objection.

18       MR. ROSENBERG:  Objection, Your Honor.

19       THE COURT:  Sustained.

20  Q    Was Mr. Mr. Rubin present when you testified?

21  A    Yes.

22  Q    Was he in the same room as you?

23  A    Yes.

24  Q    Was it a big room like this?

25  A    No.

Reyes - redirect - Balestriere                    392

1   Q    How big -- to the best of your memory, how big was the

2   room?

3   A    Small.  It was a conference room.

4   Q    Was Judge Cogan or any other judge present?

5   A    No.

6   Q    How many -- were you sitting at the same table as

7   Mr. Rubin?

8   A    Yes.

9   Q    How many seats away from was he from you, if you

10  remember?

11  A    Maybe four, five.  Probably four.

12  Q    Why did that affect your deposition testimony?

13  A    I was feeling intimidated.  I was uncomfortable.  There

14  was a room full of people I didn't know, very close proximity.

15       I had two people that I had met there before and the

16  entire room of a whole bunch of other people asking me

17  questions to try and make me feel uncomfortable.

18  Q    Was that the first time you saw Mr. Rubin after the night

19  that he sexually assaulted you?

20  A    Yes.

21  Q    Now, you had some questions about your understanding when

22  you came to Mr. Rubin.

23       Did you understand whether there would be what we've

24  been calling in this courtroom bondage and discipline that

25  evening?

VB        OCR        CRR

Reyes - redirect - Balestriere                393

1   A    Can you rephrase the question?

2   Q    Sure.

3        Did you have any view as to whether or not there

4   would be bondage and discipline that evening you met with

5   Mr. Rubin?

6             MR. McDONALD:  Objection.

7             THE COURT:  Sustained.

8   Q    Did you think that it might be possible that you would

9   have sex with Mr. Rubin?

10            MR. McDONALD:  Objection.

11            THE COURT:  Sustained.

12  Q    All right.

13       We talked about the nondisclosure agreement that

14  Mr. Rubin sent to you and what he talked to you about.

15       Did he tell you that he would be tying you up before

16  you signed the nondisclosure?

17            MR. McDONALD:  Objection.

18

19            MR. GILBERT:  Objection.

20            MR. GROVER:  Objection.

21            MR. ROSENBERG:  Objection.

22            THE COURT:  Overruled.

23            THE WITNESS:  Can you repeat the question, please.

24  Q    Sure.

25       So, my question is -- regards what Mr. Rubin said to

Reyes - redirect - Balestriere                394

1   you before you signed the nondisclosure agreement.

2           Did he say to you that he would be tying you up?

3   A    No.

4   Q    Did he say that he would be sexually assaulting you?

5   A    No.

6           MR. McDONALD:  Objection.

7

8           MR. GILBERT:   Objection.

9           MR. GROVER:  Objection.

10           MR. ROSENBERG:  Objection.

11           MR. McDONALD:  Move to strike, Your Honor.

12           THE COURT:  The question and answer are stricken.

13  Q    By signing that document did you consent to him doing

14  anything he wanted to you?

15           MR. McDONALD:  Objection.

16

17           MR. GILBERT:   Objection.

18           MR. GROVER:  Objection.

19           MR. ROSENBERG:  Objection.

20           THE COURT:  Sustained.

21           MR. BALESTRIERE:  Your Honor, may I ask for a

22  side-bar, then?

23           THE COURT:  You can ask.  I mean, you can even have

24  it.

25           MR. BALESTRIERE:  Okay, Your Honor.

1            THE COURT:  Okay.

2            (Side-bar conference held on the record out of the

3    hearing of the jury.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Side-Bar                                                                  396

1          (Side-bar.)

2          THE COURT:  Okay.

3          You are leading her all over the place.  You are

4     putting words into her mouth and she has already testified

5     about what happened at each occasion.

6          MR. BALESTRIERE:  It's -- well, then there was an

7     issue raised, though, on cross about when she signed this she

8     knew what she was getting into.

9          THE COURT:  No, that was not the question.  That was

10    not the question.

11         He just had her read the document and what it says,

12    okay?  I am not going to have you sit here and put words in

13    her mouth and say I did not think it meant that.

14         MR. BALESTRIERE:  I'm not able to ask if she

15    consented to being raped?

16         THE COURT:  Yes.  I think if nothing else, it is

17    argumentative and leading because, obviously, she is going to

18    say no.  We all know she is going to say no.  The jury knows

19    she is going to say no.

20         MR. BALESTRIERE:  All right.  That's fine.  All

21    right.

22         MR. GROVER:  Your Honor, I have one other.

23         Mr. Balestriere has consistently been asking about

24    the makeup of the deposition and Mr. Rubin is sitting across.

25    Can the jury be -- can it be explained to the jury that this

Side-Bar                                397

1   is standard practice in civil procedure and parties are

2   permitted to be present?

3          THE COURT:  I will entertain that request when we

4   get to the charging conference.

5          MR. GROVER:  Thank you.

6          ALL DEFENSE COUNSEL:  Thank you.

7          (Side-bar end.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Reyes - redirect - Balestriere                398

1              (In open court.)

2              MR. BALESTRIERE:  May I, Your Honor?

3              THE COURT:  Yes.

4    BY MR. BALESTRIERE:

5    Q    There was a question on cross-examination about the

6    effect on your intimacy since Mr. Rubin sexually assaulted

7    you.

8              Do you remember that?

9    A    Yes.

10   Q    Has that affect on intimacy affected your relationship

11   with your children?

12   A    Yes.

13   Q    In what way?

14   A    I'm sorry.  Can you maybe rephrase the question?

15   Q    Sure.

16             My question was, has the effect on how you feel

17   about intimate relationships, you testified about, has that

18   affected your relationship with your children?

19   A    Yes.

20   Q    In what way?

21   A    I am a lot less affectionate.  Yeah.

22   Q    What are the ages of your children?

23   A    Five, three and one.

24   Q    So are you saying you are less affectionate with them?

25   A    Yes.

Reyes - redirect - Balestriere                399

1          MR. BALESTRIERE:  Thank you.  Nothing further,

2    Your Honor.

3          THE COURT:  All right.

4          You may step down.

5          Let's have the plaintiff call their next witness.

6          MR. BALESTRIERE:  Yes, Your Honor.

7          (Witness excused.)

8          MR. BALESTRIERE:  Can I just get one moment to walk

9    outside with my client, Your Honor?

10          THE COURT:  Yes.

11          (Pause in the proceedings.)

12          MR. BALESTRIERE:  Sorry about that, Your Honor.

13          (Witness enters and takes stand.)

14          MR. BALESTRIERE:  May I proceed, Your Honor?

15          THE COURT:  Please.

16          MR. BALESTRIERE:  The plaintiffs call Amy Moore.

17          THE COURTROOM DEPUTY:  Step up here, please, and

18    raise your right hand.  I will swear you in.

19

20          (Continued on following page.)

21

22

23

24

25

Moore - direct - Balestriere                400

1    **AMY MOORE,**

2              called as a witness, having been first duly sworn,

3              was examined and testified as follows:

4              THE WITNESS:  I do.

5              THE COURTROOM DEPUTY:  Have a seat.

6              THE WITNESS:  Is it okay if I take my mask off?

7              THE COURT:  Yes, you can take it of.

8              MR. BALESTRIERE:  May I, Your Honor?

9              THE COURT:  Please proceed.

10             MR. BALESTRIERE:  Thank you.

11   DIRECT EXAMINATION

12   BY MR. BALESTRIERE:

13   Q    Good afternoon.

14             I just said your name, but what is your full name?

15   A    Amy Nicole Moore.

16   Q    May I call you Amy?

17   A    Yes.

18   Q    How would are you Amy?

19   A    I'm 39.

20   Q    Where do you live?

21   A    Daytona Beach, Florida.

22   Q    Where are you from originally?

23   A    Rockford, Illinois.

24   Q    Did you go to high school in Rockford?

25   A    I went to many different high schools.

Moore - direct - Balestriere                    401

1   Q    How many different high schools?

2   A    Several.

3   Q    Why did you go to several different high schools?

4   A    I group up in the foster care system.

5   Q    Did you complete high school?

6   A    No.

7   Q    What was the last grade that you went to?

8   A    11th grade.

9   Q    Do you have any children?

10  A    Yes, I have three.

11  Q    Have you ever worked as a model?

12  A    Yes.

13  Q    When did you start doing modeling work?

14  A    I started doing modeling work maybe 2014, 2015.

15  Q    Have you done modeling work since that time?

16  A    Yes.

17  Q    Were you the victim of sexual assault before this

18  lawsuit?

19  A    Yeah.

20  Q    About how old were you?

21       MR. ROSENBERG:  Objection, Your Honor.

22       THE COURT:  I do not understand the relevance.

23       MR. BALESTRIERE:  I don't have anything more beyond

24  that, Your Honor.

25       THE COURT:  Move on to something else.

Moore - direct - Balestriere                402

1   Q    Did you prepare for your testimony in court today with me

2   and my colleagues?

3                MR. GROVER:  Objection.

4                THE COURT:  I do not think you want it.

5                You may answer the question.

6   Q    So the question was, did you prepare for your trial

7   testimony?

8                THE COURT:  Ladies and gentlemen of the jury, it is

9   very common for witnesses to prepare for their testimony

10  before they come to court.  There is nothing wrong with that.

11  It happens all the time.  It probably should happen more often

12  than it does.

13               MR. BALESTRIERE:  Thank you, Your Honor.

14               Based on that, I will move on to the next question.

15  Q    So there are six plaintiffs in this lawsuit.  Before

16  filing this lawsuit, had you ever met any of the other

17  plaintiffs?

18  A    No.

19  Q    Go ahead.

20  A    Only Mia Lytell.

21  Q    So the other four plaintiffs, you had not met them before

22  this lawsuit began, correct?

23  A    No, I never met them before.

24  Q    Have you discussed with any of them your trial testimony?

25  A    No.

1  Q    Did you attend any of their depositions?

2  A    No.

3  Q    What about Mr. Rubin's deposition or Ms. Powers's

4  deposition?  Were you at theirs?

5  A    No.

6  Q    So how long have you known Mia?

7  A    I've known Mia since 2015.

8  Q    How did you meet her?

9  A    We met at the Paradise Challenge workshop in Jamaica.

10  Q    What is that?

11  A    It's a workshop for models and photographers, anybody

12  that's really in the industry to get together and do photos.

13  Q    How did you first hear about Mr. Rubin?

14  A    I was contacted on Instagram.

15  Q    By whom?

16  A    I was contacted on Instagram by Stephanie Shon.

17  Q    Before Ms. Shon contacted you on Instagram, had you had

18  any relationship or communications with her?

19  A    No.

20  Q    How -- do you know how it is that she knew how to contact

21  you on Instagram?

22  A    No.

23  Q    And just to be clear, when we're talking about contacting

24  on Instagram, what exactly to you mean by that?

25  A    Direct message.

1  Q    Is that kind of like a text message?

2  A    Yes.

3  Q    Do you know if Ms. Shon contacted Mia at about the same

4  time?

5  A    Yes.

6  Q    After Ms. Shon contacted you and Mia, did you have any

7  further conversations with Ms. Shon?

8  A    Yeah.

9  Q    Did Ms. Shon tell you why she was contacting you?

10 A    Yes.

11 Q    What did she tell you?

12 A    She told me that she worked for a very nice man who liked

13 Playmates.

14 Q    So let me ask you then about Playmates.

15         Had you -- you talked about doing modeling.  Have

16 you done any Playmate or Playboy modeling at that time?

17 A    Yes.

18 Q    Or rather before that time?

19 A    Yes.

20 Q    Sorry.  Have you?

21 A    Yes.

22 Q    What about Mia?  Do you know if she had done any modeling

23 with Playboy before Ms. Shon contacted you?

24 A    Yeah.

25 Q    Mia had?

Moore - direct - Balestriere                405

1    A    Yes.

2    Q    Do you know if Mia knew Ms. Shon before this time?

3    A    She did not.

4    Q    So after Ms. Shon contacted you on direct message, you

5    talked about having a conversation with Ms. Shon.

6          Was anyone else part of that conversation besides

7    you and Ms. Shon?

8    A    Yes, Jennifer Powers.

9    Q    What about Mia Lytell, was she?

10   A    Yes.

11   Q    So to be clear, this was a conversation with the four of

12   you; is that what you're saying?

13   A    Yes.

14   Q    What did you discuss about Mr. Rubin, if anything, in

15   that conversation?

16   A    We discussed that Mr. Rubin -- Mr. Rubin liked to take

17   photographs, take videos, meet with models for light fetish

18   play --

19   Q    What did that mean to you?

20   A    -- and --

21   Q    I'm sorry.  Did I cut you off?  That's my fault.  I'm

22   sorry.

23   A    That he was a very nice man.

24   Q    You used the term light fetish play?

25   A    Yeah.

Moore - direct - Balestriere                    406

1    Q    Did Ms. Shon use that term?

2    A    Yeah.

3    Q    What did you understand that term to mean when Ms. Shon

4    used it, light fetish play?

5    A    Any circumstance of the bondage type of fetish.

6    Q    So you said bondage type of fetish.  Had you been

7    familiar with any kind of bondage type of fetish before

8    Ms. Shon contacted you?

9    A    I had done fetish photo shoots before.

10   Q    What kind of bondage fetish photo shoots had you done?

11   A    I'd done quite a few.

12   Q    What were the circumstances of those photo shoots?

13            THE COURT:  Talk directly into the microphone.

14            Go ahead.

15            MR. GROVER:  Your Honor, was there an answer in the

16   record?

17            THE COURT:  I do not have an answer to the last

18   question.

19            MR. BALESTRIERE:  So I will ask either a new

20   question or a slightly different one.

21   Q    I believe what I had asked was something like this:  What

22   were the circumstances of those fetish shoots?

23            MR. BALESTRIERE:  Now it's not working.

24            (Pause in the proceedings.)

25            THE COURT:  So the question is:  What were the

VB        OCR        CRR

1    circumstances of those fetish shoots?

2    Q    I'm sorry.

3         What were the circumstances of those fetish shoots?

4         MR. BALESTRIERE:  Forgive me, Your Honor.

5         THE COURT:  Yes.

6    A    There was always a crew around.

7    Q    Now, you said you spoke to Ms. Shon.

8         How is it that you ended up also speaking to

9    Ms. Powers?

10   A    Because I wanted to talk to two different people, two

11   references.

12   Q    Did it make you feel comfortable to speak to the two

13   references?

14   A    Yes.

15   Q    Why?

16   A    I just felt uncomfortable.  I don't...

17   Q    I just want to ask a question about a friend of yours --

18   withdrawn.

19        I want to ask a question about a person.

20        Who is Patience Marie?

21   A    Patience Marie is a model that I've worked with at other

22   workshops.

23   Q    So do you remember, what year was it that Ms. Shon

24   contacted you?

25   A    2016.

Moore - direct - Balestriere                      408

1    Q    Did you know Patience Marie in 2016?

2    A    Yes.

3    Q    How would you characterize your relationship with

4    Patience Marie in 2016?

5    A    She was an acquaintance.  We worked together.  A lot.

6    Q    After you had this conversation with Ms. Shon and

7    Ms. Powers, did you decide to meet with Mr. Rubin?

8    A    Yes.

9    Q    How long after Ms. Shon had first contacted you on

10   Instagram did you decide to meet with Mr. Rubin?

11   A    I honestly don't remember how long.

12   Q    Is this a matter of days or is it a matter of weeks or

13   something else?

14   A    Maybe weeks.  A week.

15   Q    But you did end up meeting with Mr. Rubin; is that

16   correct?

17   A    Yeah.  Yes.

18   Q    So where were you living at the time?

19   A    I was living in Orange, Florida.

20   Q    What in what city did you meet Mr. Rubin?

21   A    New York City.

22   Q    Did you fly here?

23   A    Yes.

24   Q    Who arranged for your flight?

25   A    Jennifer Powers.

1    Q    How do you know that Jennifer Powers arranged for your

2    flights?

3    A    Because we talked about it.

4    Q    When you say we, you mean you and Ms. Powers?

5    A    Yes.

6         MR. BALESTRIERE:  I'm going to ask, Ms. Saydah, if

7    you could please put up Defendants's C-2.  And bear with me

8    one moment, please, Your Honor.

9         I don't believe that this is in evidence, but I

10   would like to go to lines 38 to 47.

11        THE COURT:  Are you refreshing recollection?

12        MR. BALESTRIERE:  No, Your Honor.  Maybe,

13   Your Honor.

14        Just one moment, please.

15        THE COURT:  Okay.

16        You can take that down right now, Ms. Saydah.

17   Q    So you talked about meeting Mr. Rubin.  Did you have any

18   communications with Mr. Rubin before you actually met with

19   him?

20   A    Over -- just over WhatsApp.  There was an introduction.

21   But other than that, no.

22   Q    So you didn't actually speak with him?

23   A    No.

24   Q    But you did have some text exchanges with him; is that

25   fair to say?

1    A    Right, yes.

2    Q    So besides Ms. Shon, Ms. Powers and Mr. Rubin, did you

3    speak to anyone else with regards to meeting Mr. Rubin before

4    you met him?

5    A    No.

6    Q    So you said that Ms. Powers arranged your flight.  You

7    flew -- where did you fly into?  Do you remember which

8    airport?

9    A    I flew into JFK.

10   Q    Now, when you were coming to New York, did you understand

11   that you might be paid for sexual activity?

12   A    Yes.

13   Q    Did Ms. Powers assist you at all with any travel issues?

14   A    Yes.

15   Q    In what way?

16   A    She provided the flight for me.  Got me information.

17   Q    When you landed at the airport, how -- you ended up going

18   to the apartment; is that correct?

19   A    Yes.  There was a driver there to pick me up at the

20   airport.

21   Q    Do you know who arranged that driver for you?

22   A    Jennifer Powers.

23   Q    So now let's talk about after you landed at the airport.

24        So you land at the airport.  Did you go right to you

25   apartment after that?

Moore - direct - Balestriere                411

1    A    Yes.

2    Q    Where is the apartment?

3    A    It's in New York.  It's -- the penthouse is on -- I'm not

4    familiar with the area.  I know it's by the Russian Tea Room.

5    Q    So just to be clear, your testimony is that this

6    penthouse, this apartment, is near the Russian Tea Room; is

7    that right?

8    A    Mm-hmm.

9    Q    All right.

10        When you arrived at the actual apartment building,

11   did you go up into the apartment?

12   A    Yes.

13   Q    How did you get up to the apartment?

14   A    I took the elevator.

15   Q    Did you -- do you need a key or anything like that to get

16   into the apartment?

17   A    Yeah, you would need a key.

18   Q    And did you get a key from someone?

19   A    No.  No.

20   Q    When you arrived at the apartment, was anyone there?

21   A    Yes.

22   Q    Who was there?

23   A    Jennifer Powers was there.

24   Q    Besides Ms. Powers, do your remember anyone else?

25   A    Nobody else was there.

Moore - direct - Balestriere                412

1    Q    So what did you and Ms. Powers do when you arrived at the

2    apartment?

3    A    She greeted me at the door; offered me a glass of wine.

4    Q    Did you drink the wine?

5    A    Yes.

6    Q    How would you describe the apartment?

7    A    Initially when I first walked in I noticed a lot of

8    photos on the wall.

9    Q    You said photos on the wall?

10   A    Mm-hmm.

11   Q    So -- I'm sorry, what were those photos of?

12   A    Lots of different models.  Some I actually knew, faces I

13   recognized, models that I had looked up to when I first

14   started my career.

15   Q    How did that make you feel when you saw those photos?

16            MR. GROVER:  Objection.

17            THE COURT:  Sustained.

18   Q    So your testimony was you're at the apartment, you

19   received this drink.

20            Did Ms. Powers provide a document to you and ask you

21   to sign it?

22   A    Yes.

23   Q    Okay.

24            MR. BALESTRIERE:  Can I ask Ms. Saydah, actually, to

25   put up Plaintiffs's Exhibit 11, please.

VB        OCR        CRR

Moore - direct - Balestriere                413

1           (Exhibit published.)

2           MR. BALESTRIERE:  Okay.  So can you go to the top

3    half of that, please.

4    Q    Can you see that in front of you, Amy?

5    A    Yes.

6    Q    So is that your handwriting, Amy Moore, at the top of

7    that document?

8    A    Yes.

9           MR. BALESTRIERE:  And then, Ms. Saydah, can you go

10   all the way to the bottom of page 2.

11          (Exhibit published.)

12   Q    You see there is a signature.  Is that your signature?

13   A    Yes.

14   Q    And there's a date, August 22nd, 2016, right?

15   A    Yes.

16   Q    All right.

17          MR. BALESTRIERE:  Can we go again to the very top,

18   please.

19          MR. ROSENBERG:  Your Honor, it has not been moved

20   into evidence.  We have no objection.

21          MR. BALESTRIERE:  I move.

22          THE COURT:  Received.

23          (Plaintiffs's Exhibit 11 received in evidence.)

24          THE COURT:  What is the number?

25          MR. BALESTRIERE:  Plaintiffs's Exhibit 11.  I'm

1  sorry about that, Judge.

2  BY MR. BALESTRIERE:

3  Q    Now, I want to ask you the circumstances of signing this.

4         So did you know you were going to sign this when you

5  came to New York?

6  A    Yes.

7  Q    Who had told you that you would sign a document like this

8  when you came to New York?

9  A    Jennifer Powers.

10  Q    When you came there, what, if anything, did Ms. Powers

11  tell you about this document?

12  A    She -- basically we were talking while we were going over

13  the document and she just said that I couldn't speak his name

14  and that there would be a fine.

15  Q    Okay.  So let me just ask you.  You said you couldn't

16  speak his name?  Whose name?

17  A    Howard Rubin.

18  Q    And there would be a fine for what?

19  A    It would be breaking the agreement and I could be fined

20  from the agreement if I told anybody about him because he was

21  very high profile.

22  Q    Did you know or did you have a belief, rather, that

23  Mr. Rubin was high profile before hearing that from

24  Ms. Powers?

25  A    No.

Moore - direct - Balestriere                415

1   Q    Did you read this agreement closely?

2   A    No.

3   Q    The jury's already seen that you signed it, though.

4        Why did you sign it if you didn't read it that

5   closely?

6   A    I'll be honest.  I -- I signed a lot of model releases

7   and things of that nature, and I just don't -- I didn't read

8   through the whole thing.

9   Q    And can you read what the top line is on Plaintiffs's 11,

10  what this is entitled?

11  A    The top line?

12  Q    Yeah.  The very top line, all in bold?

13  A    Confidentiality Agreement and Release.

14       MR. BALESTRIERE:  Now can I ask, Ms. Saydah, can you

15  blow up the second paragraph, please.

16  Q    So you see there where it says:  In return for the

17  payment of an agreed-upon fee, I have voluntarily agreed to

18  engage in sexual activity with Rubin, including

19  sadomasochistic activity, that can be hazardous and on

20  occasion cause injury to my person.

21       Do you see that?

22  A    I see that.

23  Q    Do you remember reading this before you signed it?

24  A    No.

25  Q    You said that you had done professional fetish work

1    before, correct.

2    A    Yes.

3    Q    So did you have any understanding as to what that

4    terminology sadomasochistic activity meant?

5    A    No.  That word never came up.

6    Q    When you say that word never came up, did you and

7    Ms. Powers ever discuss that word?

8    A    No.

9    Q    Before you signed this, did anyone ask about any medical

10   conditions you had?

11   A    No.

12   Q    Now, you did sign this.

13        What happened after you signed the nondisclosure

14   agreement?

15   A    Mia showed up.

16   Q    Okay.  So Mia, that's Mia Lytell, the plaintiff?

17   A    Mia Lytell.

18   Q    How long were you in the apartment before Mia showed up?

19   A    It wasn't very long.  20 minutes?  15, 20, 30 minutes.

20   Q    And to confirm -- I'm sorry to interrupt.

21        You said about 15 to 20 minutes?

22   A    Something like that, yeah.

23   Q    Sorry to cut you off.

24        So at that point who was in the apartment when Mia

25   showed up?

1   A    Jennifer Powers.

2   Q    And who else?

3   A    Myself.

4   Q    And you said Mia Lytell?

5   A    Mia Lytell.

6   Q    Did Ms. Powers have a conversation with Mia?

7   A    Yes.

8   Q    Do you know if Mia ended up signing a nondisclosure

9   agreement like the one you signed?

10  A    Yes.  Quick.

11  Q    Say that again yes and?

12  A    It was quickly.

13  Q    When you say quickly, what do you mean by that?

14  A    Well, we had -- Jennifer -- we had to go meet -- we

15  were -- they were in a hurry for us to get over to meet him.

16  Q    So let me just ask.  Who is him?

17  A    Howard Rubin.

18  Q    When you say they were in a hurry, who do you mean?

19  A    Jennifer Powers and Howard Rubin.

20  Q    Were you able to keep a copy of this document,

21  Plaintiffs's 11?

22  A    No.

23  Q    Do you know whether or not Mia was able to keep a copy of

24  this document?

25  A    No.  No, she didn't.

1  Q    Okay.  Thank you.

2          So how long after Mia was there did you and Mia

3  leave?

4  A    Within 10 minutes.  15 minutes, maybe.

5  Q    And you mentioned going to him.  Did you end up meeting

6  with Mr. Rubin?

7  A    Yes.

8  Q    What about Ms. Powers, did she accompany you?

9  A    No.

10  Q    Where did you and Mia meet Mr. Rubin?

11  A    We walked over to the Viceroy rooftop.

12  Q    What's the Viceroy?

13  A    At the time I thought it was just a rooftop bar and

14  restaurant, but it's apparently a hotel as well.

15  Q    So did you meet Mr. Rubin in that rooftop bar?

16  A    Yes.

17

18          (Continued on following page.)

19

20

21

22

23

24

25

1   DIRECT EXAMINATION BY

2   MR. BALESTRIERE:

3   (Continuing.)

4   Q    Was there anyone with Mr. Rubin when you and Mia met

5   Mr. Rubin?

6   A    No.

7   Q    What did you do when you met Mr. Rubin at the Viceroy

8   rooftop bar?

9   A    We ordered drinks and appetizers.

10  Q    If you recall, how many drinks did you have when you

11  were at the rooftop bar?

12  A    Several.

13  Q    What about Mia, did she have any drinks?

14  A    Yes.

15  Q    What about Mr. Rubin, did he have any drinks?

16  A    Yes.

17  Q    So, to be clear, this is the first time you are meeting

18  Mr. Rubin; correct?

19  A    Yes.

20  Q    What did you think of Mr. Rubin's personality?

21          MR. ROSENBERG:  Objection.

22          MR. GROVER:  Objection.

23          Can we get a time of when we are talking about?

24          THE COURT:  You can on cross-examination.

25  Q    Do you remember approximately what time of day this was?

Moore - direct - Balestriere                    420

1    A    It was -- it was still daylight out.  I know that.

2    Q    About how long did you spend at the Viceroy rooftop bar?

3    A    Maybe a little over an hour.  Hour and a half,

4    45 minutes.  Maybe.  Sorry.

5    Q    That's okay.

6            So, there is -- there comes a time when you left

7    the Viceroy rooftop bar?

8    A    Yes.

9    Q    Did Mia accompany you when you left?

10   A    Yes.

11   Q    What about Mr. Rubin?

12   A    Yes.

13   Q    Where did the three of you go?

14   A    Walked.  We walked to the penthouse.

15   Q    Did anyone else go with you?

16   A    No.

17   Q    How far away was the penthouse from the Viceroy?

18   A    Walking distance.

19   Q    When you got to the penthouse what, if anything, did the

20   three of you do?

21   A    When we got to the penthouse, he made drinks and then he

22   asked us to go put on outfits.

23   Q    What kind of outfits?

24   A    He had requested Mia bring outfits.  Fetish-style

25   lingerie.

1  Q    Can you describe that fetish-style lingerie to the jury?

2  A    It was leather.

3        The one I had on?

4  Q    I am just asking you, you said you and Mia --

5  A    Right.

6  Q    -- put on this fetish-style clothing; is that right?

7  A    Yes.

8  Q    I am asking if you can describe to the jury what that

9  was?

10  A    Mine was like a black body suit almost.  There was like

11  a top and then there was an opening here and then there was a

12  bottom.

13        MR. BALESTRIERE:  Let the record reflect when the

14  witness said "here," I believe she put both her hands over

15  her stomach and pulled her hands apart.

16  A    Yeah.

17  Q    What about Mia, if you remember, what kind of outfit did

18  she wear?

19  A    And mine was laced in the back, too.

20        Hers -- I don't recall exactly what hers looked

21  like.  It was black and it was will leather-ish.

22  Q    To be clear in terms of where we are, you are at the

23  apartment and you put on these outfits; is that your

24  testimony?

25  A    Yes.

1    Q    After you put on these outfits what, happened next?

2    A    After we put on the outfits, we went in the red room.

3    Q    I will be showing you exhibits.  I want to talk about

4    this a little bit.

5              What is the red room?

6    A    His dungeon.  His fetish room.

7    Q    Was this in the apartment?

8    A    Yes.

9    Q    To be clear, was anyone else there besides you,

10   Mr. Rubin, and Mia when you went into the red room?

11   A    No.

12   Q    When you went into the red room, what is the first thing

13   that happened?

14   A    He instructed me to sit on the floor.

15   Q    Did you?

16   A    Yes.

17   Q    After you sat on the floor, what happened next?

18   A    Mia was instructed to lay on her stomach.

19   Q    Did she do that?

20   A    Yes.

21   Q    After Mia lay down, what happened after that?

22   A    He tied her hands behind her back.

23   Q    Just to be clear, "he" is Mr. Rubin?

24   A    Mr. Rubin tied Mia Lytell's hands behind her back.

25   Q    Do you know what he tied them with?

1   A     I believe it was rope.

2   Q     Just to clarify, you said her hands.

3         Did he tie her hands, wrists, or another part of

4   her arms?

5   A     Do you want me to show you?

6   Q     First if you can answer just that question.  I see you

7   started to put your hands behind you.

8         What exactly did Mr. Rubin put the rope over?

9   A     Her wrists.

10        MR. BALESTRIERE:  So let the record reflect the

11  witness held her wrists up.

12  Q     But then you put your wrists behind you.

13        Are you saying that Mr. Rubin -- withdrawn.

14        Are you saying that Mia's hands were behind her

15  back?

16  A     Yes.

17  Q     So you just testified that Mr. Rubin tied Mia's hands

18  behind her back?

19  A     Yes.

20  Q     What happened after that?

21  A     My feet were tied.

22  Q     By?

23  A     Howard Rubin.

24  Q     With what?

25  A     With rope.

Moore - direct - Balestriere                424

1  Q    What happened after Mr. Rubin tied your feet with rope?

2  A    He tied Mia's feet.

3  Q    Was Mia still facedown at this time?

4  A    Yes.

5  Q    When you say "feet," do you mean he tied the feet

6  together, or ankles, or another part of the legs?

7  A    Around the ankle, knee, and legs.

8         MR. BALESTRIERE:  Let the record reflect the

9  witness put her hands around her knees.

10 Q    After Rubin did that tying on Mia, what happened next?

11 A    He -- he said, I'm -- I'm the daddy.  You are the mommy.

12 This is the baby and we need to beat our baby.

13 Q    When he said "you're the mommy," who is the you're

14 there?

15 A    Me.

16 Q    To be clear, who is the baby?

17 A    Mia was the baby.

18 Q    After Mr. Rubin said that to you, what took place?

19 A    He instructed me to hit her.

20 Q    Did you?

21 A    I hit myself instead.

22 Q    Where did you hit yourself?

23 A    On my leg.

24 Q    Do you remember which leg?

25 A    My right leg.

Moore - direct - Balestriere                    425

1   Q    With what did you hit your right leg?

2   A    My hand.  It sounded like I was smacking her.

3   Q    Where were you physically at this time when you hit your

4   right leg?

5   A    I was facing the window -- towards the window.  She was

6   on her stomach towards the door and he was on top of her.

7   Q    Let me ask you:  You told me where Mia was.

8        Where was she in relation to you physically?

9   A    Right next to me on her stomach.

10  Q    Then you started to talk about Mr. Rubin.

11       Where was Mr. Rubin physically in relation to the

12  two of you?

13  A    He was sitting on her buttocks.

14  Q    When you say sitting on her buttocks, where were his

15  legs?

16  A    Straddling her buttocks.

17  Q    Did you see Mr. Rubin hit Mia?

18  A    Yes.

19  Q    Where?

20  A    In the back of the head.

21  Q    How?

22  A    How?

23  Q    Yes.  I am sorry.

24       Did he use his hands or something else?

25  A    He used his hands.

Moore - direct - Balestriere                426

1    Q    Did he have a closed fist, or something else?

2    A    Yes.  He punched her in the back of the head.

3    Q    How many times?

4    A    A few times.

5    Q    What you testified something Mr. Rubin said.

6         Did he saying anything else?

7    A    He said, I am going to rape you like a rape my daughter.

8    Q    Was that directed at you or Mia, could you tell?

9    A    It was directed -- I believe it was directed towards

10   Mia.

11   Q    What, if anything, were you doing at this point?

12   A    After he seen that I smacked myself?

13   Q    Well, I am asking you said these things that Mr. Rubin

14   said.  I am asking you one question at a time.

15   A    Sorry.

16   Q    There is nothing to be sorry about.  I maybe didn't ask

17   a good question.

18        So you testified what Mr. Rubin said -- I am going

19   to rape you like I rape my daughter -- what, if anything,

20   happened after that?

21   A    I was flipped over onto my stomach.

22   Q    How?

23   A    He pushed me back and told me to lay on my stomach.

24   Q    Who pushed you back?

25   A    Howard Rubin.

Moore - direct - Balestriere                427

1  Q    What happened when you were pushed on your stomach?

2  A    He tied my hands behind my back.

3  Q    Did Mr. Rubin say anything to you about doing that

4  before he did that?

5  A    Yes.

6  Q    What did he say?

7  A    Well, he smacked me in my face and called me a cunt

8  whore.

9  Q    You said he slapped you and said those things to you and

10 turned you over.

11      What happened after that?

12 A    Mia was penetrated with a large dildo.

13 Q    You observe that?

14 A    Yes.

15 Q    Do you know where Mr. Rubin got that dildo from?

16 A    On his wall.

17 Q    When you say it was a large dildo, can you describe it

18 physically?

19 A    It was a large -- it looked like a penis.

20 Q    How long did you observe Mr. Rubin penetrate Mia with

21 that dildo?

22 A    I don't remember how long.

23 Q    Did Mr. Rubin ask Mia's permission before he did that?

24 A    No.

25 Q    Did he ask you for permission before he smacked you

Moore - direct - Balestriere                428

1   across the face?

2   A    No.

3   Q    Did you hear him ask Mia permission before he punched

4   her in the head?

5   A    No.

6   Q    How long was it that Mr. Rubin penetrated Mia with that

7   dildo?

8   A    I don't know how long it was.  Maybe 10 -- 10 minutes.

9   Q    Where were you during that time?

10  A    Laying on my stomach next to her.

11  Q    Were you saying anything?

12  A    I was just crying.

13  Q    Was Mia saying anything?

14  A    She was just crying, too.

15  Q    Just to be clear, because there has been some testimony,

16  was there anything in your mouth?

17  A    Not in my mouth.

18  Q    What about Mia's mouth?

19  A    Yes.

20  Q    What was in Mia's mouth?

21  A    I believe it was tape.

22  Q    Do you remember when was the tape put in Mia's mouth?

23  A    I don't -- I don't remember.

24  Q    Did you put the tape in Mia's mouth?

25  A    No.

1  Q    Did there come a time that Mr. Rubin stopped penetrating

2  Mia with the dildo?

3  A    Yes.

4  Q    After he stopped, you are saying you are not sure how

5  long it was.

6         What happened next?

7  A    I heard wrappers.

8  Q    Where were you again when you heard this?

9  A    I was laying on the floor on my stomach.

10 Q    Were you now facedown?

11 A    Yes.  My head was inside.

12 Q    You said you heard wrappers.

13        What happened after that?

14 A    He raped her.

15 Q    Sorry to ask for specifics.

16        What do you mean by that, that he raped her?

17 A    He was penetrating her and punching her in the head.

18 Q    Was Mr. Rubin saying anything when he was doing this?

19 A    Cunt, whore, nasty words.

20 Q    What, if anything, was he doing to you at this time?

21 A    He didn't -- he didn't do any -- anything to me while he

22 was doing that to her.

23 Q    Maybe I didn't ask the question the right way.  You just

24 testified to what Mr. Rubin was saying while he was doing

25 certain things to Mia.

Moore - direct - Balestriere                    430

1          My question is:  What, if anything, were you doing
2    at this time?
3    A    Laying on my stomach.
4    Q    Were you still tied up?
5    A    Yes.
6    Q    Were you free to leave?
7    A    No.
8    Q    Did you consent to being tied up that way?
9    A    No.
10   Q    How long was it that Mr. Rubin in your words raped Mia?
11   A    I don't know how long.  It seemed to me like 10 minutes.
12   15 minutes maybe.  I honestly don't know how much time.
13   Q    That's okay.  That's all we want you to say.
14        There did come a time when it stopped; right?
15   A    Yeah.
16   Q    When it stopped, what happened after?
17   A    I was punched in my breast.
18   Q    By whom?
19   A    Howard Rubin.
20   Q    So you said that when Mr. Rubin was raping Mia that you
21   were facedown; correct?
22   A    Yes.
23   Q    So how is it that he was able to actually punch your
24   breasts?
25   A    Flipped me over.

Moore - direct - Balestriere                431

1    Q    So you moved your hands in front of you I think from

2    your left to your right.

3              Can you please describe to the jury how Mr. Rubin

4    flipped you over, as you put it?  I know you are using your

5    hands.  I rather it be your words.

6    A    He flipped me over this way.

7    Q    With his hands he turned you on your back?

8    A    Yes.

9    Q    So you were on your back.

10             Did Mr. Rubin say anything to you when he -- let me

11   take a step back.

12             How did he hit your breasts?

13   A    He punched the breasts.

14   Q    How many times?

15   A    Honestly, John, I don't know.  I really don't know how

16   many times.

17   Q    Was it more than once?

18   A    Yes.

19   Q    For how long?

20   A    I don't know.  About five minutes.  A few minutes.

21   Q    Did Mr. Rubin say anything while he was doing this?

22   A    Profanities.

23             MR. BALESTRIERE:  Ms. Saydah, can you take that

24   down.

25   Q    When you say profanities, what kinds of profanities?

Moore - direct - Balestriere                432

1    A    Cunt, whore.  Those were the words he likes to use.

2    Q    Do you know if Mia was conscious at this time?

3              MR. GROVER:  Objection.

4              MR. ROSENBERG:  Objection.

5              MR. BALESTRIERE:  I can ask it a different way,

6    your Honor.

7              THE COURT:  Ask it a different way.

8    Q    Did you see Mia moving at this time?

9              Sorry, you have to give an oral answer.

10   A    No.

11   Q    So you described how long Mr. Rubin was hitting your

12   breasts.

13             What was he hitting them with?

14   A    His fists.

15   Q    You said there came a time when he stopped hitting your

16   breasts?

17   A    Yes.

18   Q    What happened then?

19   A    He untied -- untied us.

20   Q    So he untied both you and Mia?

21   A    Yes.

22   Q    Did he need to use scissor or anything like that to

23   untie you?

24   A    No.

25   Q    So he even untied you.

1           What happened at that point?

2   A   He grabbed a punch of crash and threw it on us.

3   Q   You said he grabbed a bunch of cash.

4           Do you know where he got that cash from?

5   A   From his safe.

6   Q   Where was the safe?

7   A   I believe it was in the guest area room or master room.

8   I don't remember.

9   Q   So I would like to ask did Mr. Rubin -- sorry to

10  interrupt.

11          Here is my question:  After Mr. Rubin untied you,

12  did there come a moment when he left the dungeon red room?

13  A   Yes.

14  Q   Did he return after he left the dungeon room?

15  A   He left.

16  Q   Sorry.  I am talking about the money right now.

17  A   Oh, yeah.  Yeah.  Yeah.

18  Q   Did you see a safe in the red room?

19  A   No.

20  Q   So where did you see the safe?

21  A   I think -- I think it was in the big bedroom.  I think

22  that's where it was.

23  Q   So you said that he gave you cash; is that correct?

24  A   Yes.

25  Q   You said that he threw the cash at you; is that your

Moore - direct - Balestriere                434

testimony?

A    Yes.  He said he doesn't usually do it that way, but --

Q    Did he say that as he was throwing the cash at you?

A    Uh-huh.

Q    Did he also throw the cash at Mia?  I wasn't clear?

A    Yes.  He just threw it at us on the floor.

Q    After he threw the cash on the floor, where were you and Mia at that point?

A    I believe we were still in the red room.

Q    Then what did Mr. Rubin do?

A    He left.

          THE COURT:  Mr. Balestriere, at a good time within the next few minutes, we will break for the day.

          MR. BALESTRIERE:  Understood, your Honor.  Maybe within the next minute.

Q    When you said he left, he left the apartment?

A    Yes.

Q    So the only ones in the apartment -- well, who was in the apartment then at that point?

A    Just Mia and I.

          MR. BALESTRIERE:  This will be a good point, your Honor.

          THE COURT:  Ladies and gentlemen, we will send you home for the evening.  Remember your instructions not to talk about this with anyone, not to do any research on the

Moore - direct - Balestriere                    435

1    internet.  Put it out of your mind until you come back here

2    tomorrow morning.  We are making good progress.  Thank you

3    again for your hard work.

4             See you tomorrow morning.

5

6             (Jury excused.)

7

8

9             (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Everyone be seated for just a minute.

2     A couple things to make things move smoother.

3          Number one:  I need you to wear your mics higher on

4     the lapels.  I can hear you, but I have this Plexiglas

5     screen, which acts as a filter so it makes it harder to hear

6     you.  I need that mic a little louder.  The only way I can

7     get it is if you move it up.

8          Also, we had several instances today where the

9     defendants corrected plaintiff on some things that the

10    plaintiff did like not identifying exhibits or other things

11    like that.  I appreciate that everyone is getting along well

12    and you all want to help each other.  If it is not something

13    that fixes the record on your behalf -- and I don't think

14    these were today -- if you want to take your adversary a note

15    and say, You didn't introduce this into evidence, that is

16    fine; but I would prefer not to disrupt the proceeding with

17    that.  Like I say, it is great you are all getting along and

18    everyone wants a clean record and everyone makes mistakes,

19    but I really want it keep things moving as quickly as

20    possible.

21          Anything else we need to talk about?

22          MR. BALESTRIERE:  Your Honor, I would like to raise

23    an issue with Mr. Lytell, who we think will testify tomorrow.

24    The Court may remember that you reserved a decision in your

25    motion in limine order regarding her criminal case.  So I

1  would like to bring that up now.  We have had multiple meets

2  and confers, but we have not come to an agreement what it is

3  that we can ask about that.

4         THE COURT:  I remember that I reserved.  I don't

5  remember what is the issue I reserved on was.  Tell me that.

6         MR. BALESTRIERE:  Sure.  I think it is significant

7  indicia of culpable state of mind, that what Mia Lytell I

8  anticipate would say --

9         THE COURT:  Go back further than that.  What is the

10  evidence you want to get in?

11         MR. BALESTRIERE:  I want Mia Lytell to testify that

12  it was an arrest and she was told by Ms. Powers and Mr. Rubin

13  that she should lie about the circumstance of the arrest and

14  that in fact she did do so for several months.  Then there is

15  communications, your Honor, between Mr. Rubin and

16  Ms. Powers -- written communications -- on WhatsApp regarding

17  this that I would not expect to bring out through Ms. Lytell,

18  but bring out through examination of the defense.

19         THE COURT:  Let me hear the argument that is

20  opposed to it.

21         MR. MCDONALD:  Your Honor, we don't have any

22  objection to that.

23         MR. BALESTRIERE:  News to me.  Thank you, your

24  Honor.

25         THE COURT:  Have a good evening.  See you tomorrow

Moore - direct - Balestriere                    438

1    morning.

2              Again, same procedure.  If there is something that

3    happens that I need to get here at 9:15 a.m., then file a

4    letter.

5              MR. BALESTRIERE:  Thank you, Judge.

6              (Matter adjourned to Wednesday March 23, 2022, 9:30

7    a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

439

1                              I N D E X

2

3    <u>WITNESS</u>                                          <u>PAGE</u>

4

5         CROSS-EXAMINATION BY MR. GILBERT            218

6         CROSS-EXAMINATION BY MR. GROVER             272

7         REDIRECT EXAMINATION MR. BALESTRIERE        298

8

9    BRITTANY REYES

10        DIRECT EXAMINATION MR. BALESTRIERE          312

11        CROSS-EXAMINATION BY MR. ROSENBERG          345

12        CROSS EXAMINATION BY MR. GROVER             386

13        REDIRECT EXAMINATION MR. BALESTRIERE        388

14

15   **AMY MOORE**

16        DIRECT EXAMINATION MR. BALESTRIERE          400

17

18

19

20

21

22

23

24

25

440

1                          **E X H I B I T S**

2

3        Defendant's Exhibit D7                          220

4

5        Defendant's Exhibit DXA7                         226

6

7        Defendant's Exhibit DXL4                         242

8

9        Defendant's Exhibit B7                           254

10

11       Defendant's Exhibit U7                           261

12

13       Defendant's Exhibit V7                           262

14

15       Defendant's Exhibit B4                           264

16

17       Defendant's Exhibit C4                           271

18

19       Defendant's Exhibit DX04                         317

20

21       Defense Exhibit S-4                              363

22

23       Defendants' Exhibit C-6-2                        382

24

25       Plaintiffs's Exhibit 11                          413

## $

**$17,000** [1] - 241:10
**$2,000** [1] - 236:11
**$2500** [1] - 294:1
**$5,000** [7] - 317:21, 352:20, 352:22, 357:3, 361:14, 370:10, 370:11
**$50,000** [1] - 241:12
**$500** [1] - 349:12

## '

**'15** [1] - 294:11
**'17** [1] - 238:16

## 0

**0** [1] - 271:6
**04** [2] - 280:22, 341:2

## 1

**10** [14] - 251:19, 255:3, 294:18, 297:14, 297:23, 299:2, 326:7, 334:19, 336:7, 418:4, 428:8, 430:11
**100036** [1] - 216:23
**10004** [1] - 217:3
**10007** [1] - 216:19
**105** [2] - 357:23
**1095** [1] - 216:22
**10:06** [2] - 250:11, 250:14
**10:22** [1] - 225:15
**10:25** [1] - 257:20
**10:26** [1] - 226:23
**10:30** [1] - 227:7
**10:54** [1] - 272:15
**10:58** [1] - 261:10
**10th** [4] - 281:14, 341:3, 342:5, 342:20
**11** [10] - 257:20, 278:2, 297:24, 320:13, 412:25, 413:23, 413:25, 415:9, 417:21, 440:25
**11:05** [2] - 262:2, 262:11
**11:10** [1] - 272:12
**11:11** [1] - 266:22
**11:14** [1] - 232:2
**11:17** [1] - 232:18
**11:20** [1] - 233:4
**11:26** [1] - 272:21
**11:32** [1] - 230:4
**11:35** [1] - 234:6
**11:37** [1] - 279:15
**11th** [3] - 238:10, 251:20, 401:8
**12** [3] - 253:21, 294:7, 371:22
**120** [1] - 275:6
**125** [1] - 321:16
**126** [3] - 222:17, 282:19, 282:22
**12:17** [1] - 225:9
**12:52** [1] - 293:3
**12:54** [1] - 228:25
**12th** [2] - 252:15, 299:2

**13** [4] - 261:10, 262:1, 278:3, 308:18
**13th** [4] - 225:8, 253:23, 291:13, 299:3
**146** [1] - 223:13
**149** [1] - 371:21
**14th** [2] - 247:15, 278:15
**15** [1] - 272:16, 326:8, 341:5, 357:23, 371:21, 372:24, 373:3, 416:19, 416:21, 418:4, 430:12
**15-minute** [1] - 272:11
**150** [1] - 371:22
**154** [1] - 375:7
**155** [1] - 375:8
**159** [1] - 375:24
**15th** [8] - 225:2, 225:15, 226:22, 227:7, 228:7, 237:25, 238:4, 363:21
**16** [3] - 375:8, 375:24, 376:4
**162** [1] - 376:3
**16th** [2] - 228:25, 238:4
**17** [4] - 216:3, 221:22, 355:17, 355:19
**17525** [1] - 385:19
**177** [1] - 223:20
**17722** [1] - 385:20
**18** [1] - 357:23
**18th** [1] - 232:2
**197** [1] - 387:4
**1:16** [1] - 271:6
**1:30** [1] - 311:8
**1:59** [1] - 268:11
**1A** [1] - 364:17
**1st** [19] - 221:2, 221:8, 230:13, 231:10, 234:20, 236:19, 236:23, 237:2, 237:17, 239:14, 240:1, 243:2, 269:19, 292:7, 293:2, 293:3, 294:8, 294:13, 305:17

## 2

**2** [7] - 224:25, 230:4, 232:1, 288:17, 305:18, 348:3, 413:10
**20** [6] - 277:25, 301:13, 334:19, 416:19, 416:21
**200** [3] - 219:20, 223:24, 300:13
**2009** [2] - 273:17, 289:17
**2010** [3] - 236:21, 273:17, 289:17
**2014** [1] - 401:14
**2015** [64] - 218:20, 221:2, 223:6, 225:2, 225:9, 226:22, 227:7, 228:7, 228:25, 230:4, 230:13, 231:10, 231:22, 231:24, 232:2, 232:17, 233:3, 234:22, 235:3, 236:19, 236:23, 237:2, 237:16, 237:17, 237:23, 239:7, 239:14, 240:2, 241:17, 242:15, 243:2, 243:14, 243:23, 244:1, 244:13, 244:14, 244:17, 245:7, 246:4, 269:19, 273:6, 274:12, 274:15, 274:22, 276:6, 277:25, 278:3, 278:10, 289:13, 290:13, 291:12, 292:2, 293:3, 295:23, 303:11, 303:19, 305:3, 305:11, 305:17, 306:17, 306:22, 309:22, 401:14, 403:7
**2016** [23] - 226:11, 238:1, 238:10, 239:11, 248:9, 248:19, 306:17, 309:17, 315:21, 315:23, 316:14, 318:21,

318:23, 319:3, 324:15, 339:21, 346:6, 363:21, 377:24, 407:25, 408:1, 408:4, 413:14
**2017** [31] - 221:8, 238:22, 238:25, 251:9, 251:15, 251:20, 252:15, 253:21, 254:3, 261:10, 262:2, 263:9, 264:3, 264:13, 264:25, 266:5, 266:11, 266:18, 266:21, 268:7, 271:6, 278:3, 294:17, 296:11, 298:17, 299:2, 299:3, 303:7, 306:17, 308:4, 309:13
**2018** [7] - 243:22, 295:19, 296:12, 380:14, 380:15, 382:18, 390:5
**2022** [2] - 216:7, 438:6
**20th** [2] - 237:22, 278:17
**218** [1] - 439:5
**22** [1] - 216:7
**220** [1] - 440:3
**225** [1] - 216:18
**226** [1] - 440:5
**22nd** [1] - 413:14
**23** [1] - 438:6
**23rd** [3] - 380:14, 382:18, 390:4
**24** [2] - 266:21, 375:24
**242** [1] - 440:7
**24th** [3] - 230:4, 380:15, 390:4
**250** [1] - 219:12
**254** [1] - 440:9
**26** [5] - 217:3, 264:13, 264:25, 266:5, 266:11
**261** [1] - 440:11
**262** [1] - 440:13
**264** [1] - 440:15
**26th** [1] - 264:12
**271** [1] - 440:17
**272** [1] - 439:6
**298** [1] - 439:7
**29th** [4] - 216:18, 235:3, 292:1, 294:11
**2:17** [5] - 252:9, 252:15, 253:21, 253:25, 254:12
**2:30** [1] - 250:15
**2:35** [2] - 319:25, 320:3
**2:44** [1] - 247:15
**2nd** [4] - 237:16, 244:17, 245:7, 246:4

## 3

**3** [4] - 266:11, 316:11, 327:19, 377:24
**30** [2] - 334:19, 416:19
**30th** [3] - 290:12, 291:12, 292:17
**312** [1] - 439:10
**317** [1] - 440:19
**32** [1] - 385:13
**345** [1] - 439:11
**363** [1] - 440:21
**38** [1] - 409:10
**382** [1] - 440:23
**386** [1] - 439:12
**388** [1] - 439:13
**39** [1] - 400:19

**3:00** [2] - 254:25, 255:6
**3:05** [2] - 255:9, 372:24
**3:07:56** [1] - 377:24
**3:35** [2] - 341:3, 341:5
**3:35:15** [1] - 342:5
**3:43** [1] - 281:14
**3:44** [1] - 342:20

---

## 4

**4** [10] - 235:3, 266:18, 278:10, 292:13, 316:11, 320:12, 341:2, 347:25, 362:20, 363:6
**40** [6] - 323:22, 324:7, 343:8, 359:16, 359:19, 368:5
**400** [1] - 439:16
**403** [1] - 219:18
**413** [1] - 440:25
**45** [3] - 243:13, 243:14, 420:4
**47** [1] - 409:10
**4857** [1] - 364:17
**4:00** [1] - 267:1
**4:04** [4] - 230:13, 231:10, 231:14, 305:18
**4:12** [1] - 251:20
**4:36** [1] - 320:12
**4:52** [1] - 225:2
**4th** [4] - 278:13, 278:15, 284:19, 285:13

---

## 5

**5** [15] - 235:3, 291:21, 291:25, 292:20, 320:12, 336:7, 348:10, 348:15, 348:22, 349:4, 349:9, 349:11, 355:17, 355:19, 377:24
**5,000** [2] - 236:3, 352:19
**52** [1] - 371:20
**55** [1] - 375:6
**575** [1] - 281:1
**577** [1] - 280:24
**577-HR** [1] - 280:24
**578** [1] - 280:24
**579** [1] - 281:13
**580** [1] - 281:1
**59** [1] - 342:20
**5:00** [1] - 245:10
**5:22** [1] - 285:17
**5:23** [2] - 264:13, 265:1
**5:35** [2] - 266:5, 266:11
**5:55** [1] - 244:17
**5K** [4] - 316:25, 317:20, 352:13, 352:17

---

## 6

**6** [5] - 244:16, 268:7, 282:20, 293:25, 316:14
**6-2** [2] - 380:4, 380:19
**613-2567** [1] - 217:10

---

**63** [1] - 385:19
**64** [5] - 220:6, 220:24, 304:3, 305:7, 375:23
**6404(BMC** [1] - 216:3
**65** [1] - 376:3
**67** [1] - 355:7
**6:30** [1] - 254:17
**6th** [7] - 216:22, 250:10, 250:14, 285:17, 318:20, 318:23, 319:3

---

## 7

**7** [3] - 252:13, 285:3, 294:7
**7/29/15** [1] - 292:24
**70** [1] - 275:6
**718** [1] - 217:10
**7:00** [1] - 235:3
**7:06** [2] - 292:24, 294:12
**7:48:27** [1] - 348:3
**7th** [5] - 319:25, 320:3, 320:13, 324:15, 377:24

---

## 8

**8** [2] - 346:6, 375:8
**88** [2] - 355:17, 355:18
**8:32** [1] - 299:3
**8:39** [1] - 233:13
**8:47:51** [1] - 348:4
**8th** [2] - 232:17, 233:3

---

## 9

**9** [2] - 250:10, 376:3
**9/29/15** [1] - 294:11
**9:03** [1] - 245:7
**9:07** [1] - 246:3
**9:15** [1] - 438:3
**9:20** [1] - 228:7
**9:21** [1] - 228:15
**9:30** [2] - 216:8, 438:6
**9:42** [1] - 316:14
**9:42:40** [1] - 352:11
**9:47** [2] - 268:7, 268:18
**9th** [1] - 268:21

---

## A

**a.m** [21] - 228:25, 232:2, 232:18, 233:4, 233:13, 234:6, 250:11, 250:14, 261:10, 262:2, 265:9, 266:22, 267:1, 268:7, 268:18, 272:15, 272:21, 279:15, 438:3, 438:7
**able** [19] - 224:4, 274:20, 285:6, 308:19, 331:8, 331:22, 333:1, 334:2, 334:24, 340:4, 340:8, 362:14, 364:24, 366:10, 390:22, 396:14, 417:20, 417:23, 430:23
**absolutely** [6] - 231:3, 233:24, 285:24, 298:10, 298:14, 299:5

---

**abuse** [1] - 240:25
**accompany** [3] - 327:9, 418:8, 420:9
**according** [1] - 238:22
**account** [2] - 258:15, 261:10
**accurate** [2] - 389:3, 390:2
**accurately** [1] - 377:20
**acknowledged** [1] - 244:2
**acquaintance** [1] - 408:5
**act** [1] - 374:6
**activities** [4] - 362:8, 366:22, 368:24, 369:2
**activity** [25] - 236:23, 240:1, 240:10, 243:18, 247:10, 248:20, 249:19, 251:12, 261:14, 306:22, 356:22, 360:1, 360:8, 360:13, 360:23, 367:23, 368:1, 368:10, 368:11, 369:25, 410:11, 415:18, 415:19, 416:4
**acts** [1] - 436:5
**actual** [2] - 227:17, 411:10
**add** [2] - 283:19, 347:10
**additional** [1] - 385:23
**address** [13] - 228:23, 233:9, 279:20, 293:8, 294:3, 320:5, 320:16, 364:12, 364:13, 364:15, 365:2, 365:6
**addy** [2] - 293:6, 293:8
**adjourned** [1] - 438:6
**admissible** [1] - 283:1
**admission** [3] - 324:5, 363:5, 380:18
**admitted** [5] - 220:2, 254:7, 261:3, 324:2, 382:4
**adversary** [1] - 436:14
**affect** [4] - 301:4, 303:2, 392:12, 398:10
**affected** [7] - 299:22, 310:3, 310:4, 310:15, 391:13, 398:10, 398:18
**affectionate** [2] - 398:21, 398:24
**affidavit** [1] - 270:16
**after-the-rape** [1] - 307:11
**afternoon** [10] - 252:9, 266:25, 267:8, 312:18, 312:21, 345:22, 372:23, 386:4, 388:22, 400:13
**ages** [2] - 313:4, 398:22
**ago** [4] - 264:19, 275:9, 371:25, 372:17
**agree** [9] - 233:23, 256:10, 256:19, 268:3, 268:4, 301:11, 301:20, 315:9, 359:25
**agreed** [10] - 218:22, 222:15, 249:19, 254:15, 282:25, 359:25, 368:9, 368:10, 415:17
**agreed-upon** [1] - 359:25, 415:17
**Agreement** [1] - 415:13
**agreement** [18] - 273:20, 273:24, 280:2, 289:21, 359:13, 362:4, 365:17, 365:20, 366:20, 390:6, 393:13, 394:1, 414:19, 414:20, 415:1, 416:14, 417:9, 437:2
**ahead** [7] - 263:24, 293:21, 302:7, 355:13, 376:22, 402:19, 406:14
**aided** [1] - 217:12
**airplane** [1] - 387:25

**airport** [9] - 257:23, 258:8, 321:7, 358:11, 410:8, 410:17, 410:20, 410:23, 410:24
**ALBERT** [1] - 217:4
**alive** [1] - 295:9
**ALL** [1] - 397:6
**allow** [1] - 282:16
**allowed** [3] - 325:14, 325:16, 365:19
**almost** [3] - 287:12, 310:9, 421:10
**amazing** [1] - 231:12
**amount** [1] - 236:1
**AMY** [4] - 216:3, 216:16, 400:1, 439:15
**Amy** [6] - 399:16, 400:15, 400:16, 400:18, 413:4, 413:6
**analyze** [1] - 369:7
**AND** [2] - 216:4, 216:9
**ANGELA** [1] - 217:5
**anger** [2] - 336:12, 336:13
**angry** [1] - 336:12
**ankle** [1] - 424:7
**ankles** [7] - 330:8, 330:9, 330:12, 330:22, 332:1, 371:2, 424:6
**ANSWER** [6] - 358:1, 358:3, 387:25, 388:2, 388:5, 388:7
**answer** [25] - 221:5, 240:19, 243:24, 244:10, 256:24, 257:3, 270:14, 297:3, 297:5, 297:6, 309:10, 323:16, 353:16, 353:21, 370:1, 378:17, 383:19, 388:9, 388:11, 394:12, 402:5, 406:15, 406:17, 423:6, 432:9
**answered** [2] - 247:16, 383:18
**answering** [1] - 288:4
**answers** [4] - 357:22, 358:5, 384:13, 387:20
**anticipate** [2] - 279:25, 437:8
**anxiety** [2] - 310:6, 345:7
**apart** [1] - 421:15
**apartment** [68] - 219:15, 221:19, 222:2, 223:5, 224:7, 246:1, 246:21, 247:2, 247:4, 247:7, 247:10, 249:20, 254:23, 255:24, 257:5, 273:6, 276:1, 276:7, 276:10, 284:22, 285:12, 290:19, 318:15, 318:19, 319:1, 321:10, 321:11, 321:12, 321:25, 322:11, 322:19, 324:23, 325:2, 325:20, 338:8, 338:11, 339:5, 339:12, 339:15, 339:25, 340:9, 346:12, 354:17, 358:12, 358:14, 362:6, 362:15, 370:4, 374:13, 410:18, 410:25, 411:2, 411:6, 411:10, 411:11, 411:13, 411:16, 411:20, 412:2, 412:6, 412:18, 416:18, 416:24, 421:23, 422:7, 434:16, 434:18, 434:19
**apologize** [3] - 227:8, 279:12, 284:7
**appear** [1] - 220:15
**appetizers** [1] - 419:9
**appreciate** [2] - 277:6, 436:11
**approach** [4] - 277:3, 279:4, 303:24, 331:7
**April** [5] - 218:20, 223:5, 274:12, 274:15, 275:11

**area** [3] - 332:24, 411:4, 433:7
**argument** [4] - 260:7, 281:17, 344:1, 437:19
**argumentative** [1] - 396:17
**arguments** [1] - 263:8
**arm** [1] - 332:24
**arms** [4] - 329:20, 329:21, 423:4
**arrange** [1] - 229:12
**arranged** [8] - 230:10, 235:14, 251:17, 357:11, 408:24, 409:1, 410:6, 410:21
**arrangements** [2] - 232:7, 340:9
**arranging** [2] - 378:5
**arrest** [2] - 437:12, 437:13
**arrive** [1] - 323:5
**arrived** [10] - 254:23, 321:9, 322:13, 323:7, 358:11, 359:6, 359:8, 411:10, 411:20, 412:1
**arriving** [1] - 232:10, 292:9, 292:10
**article** [2] - 344:16, 344:22
**aside** [1] - 300:14
**ass** [1] - 247:17
**assault** [5] - 281:16, 332:20, 336:1, 344:20, 401:17
**assaulted** [10] - 309:16, 332:11, 333:5, 334:10, 336:14, 339:16, 340:19, 374:8, 392:19, 398:6
**assaulting** [8] - 333:17, 334:22, 335:20, 335:23, 336:16, 336:19, 336:21, 394:4
**assaults** [1] - 308:15
**assembles** [1] - 345:16
**asserted** [2] - 280:7, 283:13
**assist** [1] - 410:13
**assistance** [1] - 383:14
**assistant** [6] - 320:15, 320:20, 320:22, 342:10, 386:24, 386:25
**assume** [1] - 287:3
**attached** [1] - 363:2
**attempted** [1] - 263:5
**attend** [1] - 403:1
**attention** [7] - 225:1, 228:7, 278:9, 284:19, 290:7, 290:12, 320:9
**attorney** [7] - 270:2, 300:18, 302:18, 310:8, 383:15, 384:12, 389:24
**Attorneys** [3] - 216:16, 216:21, 217:2
**attorneys** [2] - 217:7, 310:14
**August** [1] - 413:14
**authorize** [1] - 383:24
**authorized** [2] - 344:12, 379:14
**available** [2] - 241:5, 267:14
**Avenue** [1] - 216:22
**avoid** [1] - 384:16
**aware** [3] - 286:1, 289:10, 318:5
**awesome** [1] - 233:12
**awful** [1] - 257:22
**awhile** [2] - 338:9, 338:10

# B

**B-7** [3] - 297:12, 299:8
**B4** [4] - 263:12, 264:7, 264:10, 440:15
**B7** [6] - 253:2, 253:11, 254:5, 254:8, 255:20, 440:9
**Babe** [1] - 378:17
**babe** [2] - 268:13, 342:6
**baby** [6] - 347:7, 348:6, 424:12, 424:16, 424:17
**bad** [4] - 308:13, 342:22, 378:18, 389:20
**badly** [2] - 267:24, 279:13
**BALESTRIERE** [156] - 216:15, 216:19, 219:18, 220:1, 226:4, 242:18, 253:12, 254:6, 254:11, 259:4, 259:7, 260:4, 260:17, 260:21, 262:6, 264:8, 271:11, 277:7, 280:17, 281:9, 281:12, 283:17, 283:22, 296:16, 297:1, 297:11, 297:16, 297:21, 298:2, 299:7, 299:10, 301:21, 302:4, 302:8, 302:9, 303:14, 303:17, 303:21, 304:1, 304:4, 304:15, 304:19, 304:23, 305:1, 305:6, 305:9, 305:14, 305:17, 305:21, 307:21, 307:24, 308:24, 308:25, 309:6, 309:10, 309:11, 309:24, 310:1, 310:19, 311:11, 312:6, 312:13, 312:15, 312:17, 315:10, 316:10, 317:7, 317:10, 317:14, 318:7, 319:9, 319:11, 319:13, 319:23, 320:11, 321:15, 321:18, 321:23, 323:14, 323:21, 324:4, 324:11, 324:19, 327:18, 327:25, 328:5, 331:6, 341:1, 342:2, 344:4, 345:12, 348:17, 351:7, 351:15, 353:12, 353:15, 355:14, 355:18, 359:17, 363:7, 380:20, 381:6, 388:16, 388:21, 389:6, 389:8, 390:9, 391:1, 394:21, 394:25, 396:6, 396:14, 396:20, 398:2, 398:4, 399:1, 399:6, 399:8, 399:12, 399:14, 399:16, 400:8, 400:10, 400:12, 401:23, 402:13, 406:19, 406:23, 407:4, 409:6, 409:12, 412:24, 413:2, 413:9, 413:17, 413:21, 413:25, 414:2, 415:14, 419:2, 421:13, 423:10, 424:8, 431:23, 432:5, 434:14, 434:21, 436:22, 437:6, 437:11, 437:23, 438:5, 439:7, 439:10, 439:13, 439:16
**Balestriere** [7] - 302:2, 375:16, 379:1, 379:13, 389:5, 396:23, 434:12
**Balestriere's** [1] - 356:2
**ball** [28] - 239:19, 249:1, 249:11, 249:16, 331:5, 331:13, 331:16, 331:20, 331:22, 332:1, 332:8, 334:5, 334:6, 334:9, 334:14, 334:17, 335:3, 335:7, 335:14, 337:8, 337:18, 343:17, 371:14, 371:17, 390:15, 390:17, 390:18, 390:22
**ball-gag** [4] - 390:15, 390:17, 390:18, 390:22
**bar** [10] - 394:22, 395:2, 396:1, 397:7, 418:13, 418:15, 419:8, 419:11, 420:2, 420:7

**barely** [1] - 368:16
**based** [6] - 256:10, 272:10, 347:9, 354:5, 356:25, 402:14
**Bates** [2] - 280:23, 281:12
**Bday** [1] - 267:17
**BDSM** [10] - 221:25, 222:24, 223:8, 223:17, 223:21, 233:1, 236:23, 238:1, 268:5, 366:22
**Beach** [1] - 400:21
**bear** [3] - 279:13, 282:10, 409:7
**beat** [1] - 424:12
**became** [1] - 286:1
**bedroom** [2] - 322:4, 433:21
**bedrooms** [1] - 327:7
**BEFORE** [1] - 216:13
**began** [2] - 366:22, 402:22
**begin** [2] - 366:24, 367:1
**beginning** [3] - 277:24, 296:5, 305:15
**begins** [2] - 316:13, 316:23
**begun** [1] - 308:10
**behalf** [4] - 288:24, 294:1, 319:16, 436:13
**behavior** [2] - 291:3, 295:3
**behind** [12] - 330:4, 330:5, 330:11, 330:21, 370:19, 422:22, 422:24, 423:7, 423:12, 423:14, 423:18, 427:2
**belief** [1] - 414:22
**below** [1] - 316:20
**bench** [1] - 218:6
**BENJAMIN** [1] - 216:24
**Benjamin** [1] - 345:22
**best** [5] - 302:15, 325:20, 334:13, 336:4, 392:1
**better** [2] - 342:11, 381:4
**between** [17] - 228:5, 253:22, 275:23, 278:20, 280:3, 282:23, 285:1, 292:1, 294:7, 296:21, 334:19, 338:21, 378:2, 380:10, 386:24, 437:15
**beyond** [1] - 401:23
**big** [14] - 265:23, 267:20, 267:24, 348:9, 348:14, 348:22, 351:20, 352:5, 352:7, 352:23, 391:24, 392:1, 433:21
**birth** [4] - 228:16, 228:23, 275:3, 320:4
**birthday** [14] - 218:23, 229:9, 229:18, 229:21, 231:8, 231:18, 265:18, 265:19, 266:14, 266:16, 267:18, 306:7, 306:9
**birthdays** [1] - 265:20
**bit** [20] - 220:19, 237:20, 246:17, 297:23, 297:24, 297:25, 298:15, 305:19, 307:14, 310:3, 310:10, 320:1, 321:23, 323:10, 327:20, 342:19, 365:3, 382:21, 389:18, 422:4
**black** [2] - 421:10, 421:21
**blindfold** [6] - 332:5, 332:9, 335:2, 337:6, 337:8, 337:19
**blow** [11] - 285:18, 305:19, 318:8, 319:25, 323:23, 327:20, 341:3, 343:9, 348:3, 364:5, 415:15
**blown** [1] - 317:23
**blue** [3] - 348:15, 382:9, 382:10

**body** [4] - 332:23, 332:25, 340:24, 421:10
**bold** [1] - 415:12
**bondage** [7] - 369:21, 392:24, 393:4, 406:5, 406:6, 406:7, 406:10
**bonding** [1] - 345:8
**book** [5] - 232:12, 320:5, 350:2, 350:10
**booked** [6] - 229:1, 229:16, 232:3, 235:12, 244:21, 247:24
**booking** [3] - 228:11, 229:7, 245:3
**born** [1] - 379:8
**bottle** [4] - 270:2, 270:4, 270:23, 272:5
**bottom** [12] - 253:24, 277:23, 281:13, 288:17, 297:23, 299:2, 305:18, 324:12, 342:21, 368:17, 413:10, 421:12
**bought** [1] - 388:1
**BOY** [1] - 216:25
**boy** [1] - 263:12
**boyfriend** [3] - 270:11, 298:20, 310:12
**break** [10] - 272:8, 272:11, 279:6, 279:9, 279:10, 311:4, 331:1, 372:22, 372:24, 434:13
**breaking** [1] - 414:19
**breast** [1] - 430:17
**breasts** [8] - 249:9, 264:14, 264:22, 430:24, 431:12, 431:13, 432:12, 432:16
**BRIAN** [6] - 216:13, 284:1, 284:3, 311:13, 373:5, 373:8
**Brian** [2] - 218:4, 218:6
**brief** [1] - 385:25
**briefly** [3] - 321:20, 366:21, 374:20
**bring** [9] - 237:5, 323:7, 323:10, 323:12, 326:9, 420:24, 437:1, 437:17, 437:18
**bringing** [2] - 379:15, 382:20
**BRITTANY** [6] - 216:4, 216:17, 216:17, 312:11, 439:9
**Brittany** [11] - 312:7, 312:23, 312:25, 316:20, 323:25, 324:8, 331:8, 343:11, 345:11, 363:13, 364:11
**BRJP03** [1] - 387:3
**Broadway** [3] - 216:18, 217:3, 364:17
**broke** [2] - 218:16, 298:20
**broken** [1] - 280:20
**Brooklyn** [1] - 216:5
**brought** [7] - 223:5, 254:19, 323:9, 323:15, 323:17, 359:8, 382:25
**bruises** [2] - 342:22, 342:25
**bruising** [4] - 340:14, 375:19, 376:25, 377:1
**brutal** [3] - 240:10, 240:25, 245:2
**building** [4] - 234:4, 234:9, 342:11, 411:10
**bumping** [1] - 314:13
**bunch** [3] - 327:15, 392:16, 433:3
**business** [2] - 241:15, 241:17
**busy** [1] - 232:18
**buttocks** [3] - 425:13, 425:14, 425:16

**BY** [57] - 216:19, 216:23, 217:4, 218:12, 253:5, 253:16, 261:6, 273:1, 277:10, 284:13, 285:5, 288:20, 290:11, 291:22, 292:15, 293:15, 293:22, 294:20, 296:20, 297:2, 298:2, 299:10, 302:9, 303:17, 304:4, 305:1, 305:21, 307:24, 308:25, 309:6, 309:11, 310:1, 312:17, 342:1, 345:20, 362:2, 362:21, 363:14, 364:10, 365:16, 368:8, 371:24, 373:15, 375:10, 376:24, 378:1, 380:5, 386:3, 388:21, 398:4, 400:12, 414:2, 419:1, 439:5, 439:6, 439:11, 439:12

## C

**C-2** [1] - 409:7
**C-6-2** [2] - 382:5, 440:23
**C4** [5] - 271:2, 271:10, 271:13, 271:16, 440:17
**Cabo** [1] - 384:4
**calendar** [6] - 225:22, 226:7, 226:12, 227:1, 227:12, 231:15
**calm** [1] - 338:23
**cannot** [1] - 317:24
**caption** [1] - 262:22
**captive** [1] - 355:2
**car** [1] - 298:20
**care** [2] - 307:20, 401:4
**cared** [1] - 231:18
**career** [1] - 412:14
**Careli** [1] - 385:8
**Carmine** [2] - 382:14, 383:9
**case** [30] - 258:12, 263:4, 269:4, 269:7, 270:1, 270:21, 272:13, 282:5, 296:25, 308:10, 309:8, 311:6, 315:9, 320:25, 346:3, 355:21, 366:10, 372:25, 379:15, 379:18, 379:19, 379:22, 383:21, 383:25, 384:24, 385:1, 386:10, 387:13, 436:25
**cash** [8] - 278:8, 433:3, 433:4, 433:23, 433:25, 434:3, 434:5, 434:7
**Cassidy** [31] - 280:4, 315:19, 315:25, 346:21, 347:9, 347:20, 348:1, 348:9, 348:12, 348:21, 349:9, 349:24, 350:4, 350:8, 350:20, 351:6, 351:19, 352:2, 352:11, 352:23, 353:2, 354:8, 357:1, 358:14, 366:14, 366:17, 367:5, 369:17, 374:15, 378:3, 378:12
**CAUSE** [1] - 216:12
**caused** [3] - 373:24, 374:1, 374:6
**celebration** [1] - 218:23
**cell** [1] - 365:1
**ceremonial** [1] - 218:1
**certain** [8] - 236:10, 237:1, 282:25, 307:15, 362:8, 362:15, 389:9, 429:25
**certainly** [4] - 263:5, 272:9, 278:23, 355:3
**cetera** [1] - 286:13
**chaining** [1] - 250:20
**chairs** [1] - 300:25

**Challenge** [1] - 403:9
**chance** [2] - 257:22, 343:15
**change** [4] - 309:13, 309:16, 309:19, 378:15
**changing** [2] - 250:21, 295:11
**characterize** [1] - 408:3
**characterized** [1] - 389:14
**charging** [1] - 397:4
**Charlie** [2] - 380:4, 380:19
**chatted** [1] - 358:21
**check** [3] - 218:24, 245:16, 378:13
**chees'in** [1] - 262:23
**cheesy** [1] - 263:1
**chemistry** [2] - 256:16, 256:20
**CHIANG** [1] - 216:24
**Chicago** [8] - 224:18, 224:20, 251:2, 251:4, 251:5, 251:6, 251:8, 267:9
**child** [1] - 277:4
**childcare** [1] - 236:12
**children** [8] - 313:2, 340:7, 345:9, 379:6, 398:11, 398:18, 398:22, 401:9
**choice** [1] - 361:4
**choose** [1] - 225:25
**chose** [11] - 221:11, 225:24, 226:1, 226:2, 232:12, 240:6, 252:3, 362:3, 362:6, 362:8
**chosen** [2] - 225:25, 241:6
**CHRISTINE** [1] - 216:25
**circumstance** [2] - 406:5, 437:13
**circumstances** [8] - 300:5, 324:21, 391:12, 406:12, 406:22, 407:1, 407:3, 414:3
**city** [3] - 246:6, 248:2, 408:20
**City** [2] - 241:24, 408:21
**CIVIL** [1] - 216:12
**civil** [2] - 384:12, 397:1
**claim** [9] - 238:13, 240:24, 243:17, 245:1, 248:19, 249:18, 256:3, 261:13, 296:22
**claimed** [2] - 237:2, 240:9
**clarify** [1] - 423:2
**clean** [1] - 436:18
**clear** [17] - 268:3, 296:21, 298:22, 321:11, 349:13, 361:2, 365:22, 403:23, 405:11, 411:5, 419:17, 421:22, 422:9, 422:23, 424:16, 428:15, 434:5
**CLERK** [2] - 219:4, 312:10
**client** [5] - 295:20, 386:8, 386:12, 386:14, 399:9
**Clip** [1] - 355:7
**clip** [7] - 296:18, 356:10, 371:20, 375:6, 376:3, 385:19, 387:3
**clips** [2] - 375:23, 387:15
**close** [5] - 281:19, 301:5, 307:2, 390:11, 392:14
**close-in-time** [1] - 281:19
**closed** [2] - 338:24, 426:1
**closely** [2] - 415:1, 415:5
**closer** [3] - 323:11, 323:12, 331:9

**clothespin** [1] - 249:1
**clothespins** [1] - 249:9
**clothing** [4] - 223:2, 223:3, 241:18, 421:6
**club** [1] - 223:10
**cocaine** [1] - 323:4
**cocktail** [1] - 241:12
**COGAN** [6] - 216:13, 284:1, 284:3, 311:13, 373:5, 373:8
**Cogan** [4] - 218:5, 218:6, 300:7, 392:4
**colleague** [1] - 345:16
**colleagues** [2] - 314:4, 402:2
**color** [2] - 243:17, 331:16
**comfortable** [6] - 221:19, 276:4, 276:7, 276:10, 319:15, 407:12
**coming** [1] - 244:5, 244:7, 245:25, 246:21, 265:15, 265:18, 268:25, 279:19, 286:2, 307:7, 410:10
**comment** [1] - 354:18
**common** [4] - 348:14, 348:21, 350:20, 402:9
**communicated** [2] - 346:14, 386:11
**communication** [2] - 317:16, 351:19
**communications** [8] - 268:4, 270:24, 307:10, 307:11, 403:18, 409:18, 437:15, 437:16
**company** [1] - 241:18
**complain** [1] - 340:18
**complained** [1] - 291:2
**complaint** [3] - 296:12, 383:23, 386:11
**complete** [1] - 401:5
**completed** [1] - 224:17
**completely** [1] - 385:4
**complicated** [1] - 365:3
**complying** [1] - 275:18
**compromise** [1] - 301:21
**computer** [1] - 276:24
**Computer** [1] - 217:12
**Computer-aided** [1] - 217:12
**computerized** [1] - 217:12
**concerned** [1] - 230:9
**concerns** [2] - 248:5, 248:7
**concierge** [1] - 233:6
**concluded** [1] - 381:8
**concludes** [3] - 260:23, 271:19, 356:12
**condense** [1] - 246:16
**condition** [2] - 274:20, 274:22
**conditions** [2] - 326:22, 416:10
**condo** [20] - 234:1, 240:2, 240:4, 240:6, 240:12, 240:25, 243:5, 243:11, 243:14, 245:22, 250:16, 250:23, 252:5, 273:6, 275:16, 289:19, 306:18, 307:3, 342:11
**condominium** [1] - 321:21
**conference** [6] - 260:1, 300:23, 302:12, 302:13, 303:1, 392:3, 395:2, 397:4
**confers** [1] - 437:2

**confidentiality** [3] - 273:19, 273:24, 415:13
**confirm** [6] - 304:15, 316:24, 349:25, 350:9, 352:12, 416:20
**confirmation** [1] - 229:2
**confirmatory** [1] - 282:14
**confirmed** [1] - 252:3
**connection** [5] - 221:1, 221:8, 283:5, 283:12, 383:4
**conscious** [1] - 432:2
**consensual** [5] - 236:23, 238:14, 238:21, 275:24, 290:3
**consent** [16] - 237:3, 239:5, 239:16, 256:6, 282:7, 298:9, 306:16, 306:22, 307:6, 329:7, 333:3, 333:17, 334:6, 365:17, 394:13, 430:8
**consented** [3] - 248:23, 282:10, 396:15
**considered** [1] - 283:11
**consistently** [1] - 396:23
**consoled** [2] - 374:23, 374:25
**Cont'd** [1] - 218:13
**contact** [6] - 257:12, 286:4, 343:2, 364:23, 364:25, 403:20
**contacted** [13] - 224:21, 364:16, 364:19, 403:14, 403:16, 403:17, 404:3, 404:6, 404:23, 405:4, 406:8, 407:24, 408:9
**contacting** [5] - 319:6, 319:16, 344:21, 403:23, 404:9
**contemplating** [1] - 382:19
**context** [4] - 374:24, 385:4, 389:18, 389:23
**continue** [4] - 218:11, 228:3, 367:23, 373:12
**continued** [7] - 240:9, 248:12, 252:17, 259:9, 335:25, 369:21, 435:9
**Continued** [9] - 260:24, 281:25, 311:15, 341:6, 361:24, 380:24, 381:10, 399:20, 418:18
**continues** [4] - 349:24, 352:10, 352:25, 384:3
**CONTINUES** [1] - 362:1
**Continuing** [9] - 253:8, 253:19, 261:8, 277:12, 282:1, 284:12, 342:3, 382:1, 419:3
**conversation** [23] - 295:13, 316:8, 317:2, 317:17, 318:11, 318:16, 318:20, 326:4, 326:5, 349:14, 349:24, 351:18, 352:10, 354:20, 378:2, 385:7, 405:5, 405:6, 405:11, 405:15, 408:6, 417:6
**conversations** [2] - 295:19, 404:7
**cool** [1] - 227:10
**coordinated** [1] - 286:25
**cope** [1] - 310:11
**copy** [9] - 277:7, 280:14, 284:15, 292:12, 324:25, 325:14, 363:2, 417:20, 417:23
**correct** [510] - 218:19, 218:20, 218:21, 219:10, 219:11, 219:15, 219:16, 220:7,

220:8, 220:22, 220:24, 221:3, 221:4, 221:6, 221:10, 221:12, 221:16, 221:25, 222:1, 222:4, 222:6, 222:7, 222:22, 222:23, 222:25, 223:1, 223:14, 224:13, 224:14, 224:15, 224:17, 224:18, 224:19, 224:22, 224:23, 225:9, 225:10, 226:8, 226:12, 226:13, 226:15, 226:16, 226:18, 226:24, 227:1, 227:2, 227:10, 227:11, 227:20, 227:21, 227:23, 227:24, 227:25, 228:12, 228:20, 228:23, 228:24, 229:6, 229:9, 229:10, 229:13, 229:14, 229:17, 229:18, 229:19, 229:25, 230:8, 230:12, 230:15, 230:16, 230:20, 230:21, 230:23, 230:24, 231:4, 231:10, 231:11, 231:13, 231:19, 231:20, 231:22, 231:23, 231:24, 232:10, 232:11, 232:13, 232:16, 233:1, 233:2, 234:2, 234:15, 234:21, 234:22, 234:23, 235:1, 235:5, 235:6, 235:11, 235:22, 235:24, 235:25, 236:5, 236:14, 236:24, 236:25, 237:3, 237:4, 237:8, 237:9, 237:12, 237:18, 237:19, 237:23, 237:24, 238:2, 238:6, 238:9, 238:15, 238:16, 238:17, 238:18, 238:20, 238:22, 238:23, 238:25, 239:1, 239:6, 239:7, 239:8, 239:10, 239:12, 239:13, 239:16, 239:17, 239:20, 240:2, 240:3, 240:5, 240:10, 240:11, 240:13, 240:14, 240:20, 240:23, 241:3, 241:7, 241:8, 241:10, 241:11, 241:13, 241:23, 242:1, 242:4, 242:6, 242:9, 242:16, 243:2, 243:3, 243:6, 243:9, 243:12, 243:15, 243:16, 243:19, 243:20, 243:24, 243:25, 244:2, 244:3, 244:5, 244:6, 244:8, 244:9, 244:11, 244:12, 244:14, 244:15, 244:25, 245:4, 245:6, 245:8, 245:9, 246:2, 246:5, 246:8, 246:22, 246:23, 247:7, 247:10, 247:13, 247:14, 247:22, 247:23, 248:1, 248:4, 248:5, 248:6, 248:7, 248:8, 248:10, 248:11, 248:13, 248:14, 248:15, 248:16, 248:17, 248:18, 248:21, 248:23, 248:24, 249:1, 249:2, 249:3, 249:5, 249:10, 249:11, 249:12, 249:16, 249:17, 249:21, 249:22, 249:24, 249:25, 250:2, 250:8, 250:21, 250:22, 250:25, 251:2, 251:3, 251:9, 251:10, 251:12, 251:13, 251:16, 251:18, 251:25, 252:1, 252:3, 252:4, 252:5, 252:6, 252:7, 252:8, 252:10, 253:4, 254:3, 254:4, 254:13, 254:14, 254:18, 254:21, 255:1, 255:2, 255:5, 255:7, 255:8, 255:10, 255:12, 255:24, 255:25, 256:2, 256:5, 256:6, 256:7, 256:11, 256:14, 256:15, 256:18, 256:22, 257:1, 257:4, 257:6, 257:7, 257:8, 257:9, 257:17, 258:6, 258:7, 258:9, 258:10, 258:12, 258:13, 258:15, 258:25, 259:1, 261:10, 261:11, 261:17, 261:22, 261:24, 261:25, 262:2, 262:3, 263:6, 264:4, 264:5, 264:14, 264:15, 264:17,

264:22, 265:2, 265:6, 265:13, 265:25, 266:1, 266:3, 266:4, 266:7, 266:14, 266:15, 266:19, 266:20, 266:24, 267:10, 267:13, 267:15, 268:5, 268:6, 268:17, 268:19, 268:20, 269:2, 269:4, 269:5, 269:7, 269:15, 270:1, 270:5, 270:8, 270:11, 270:15, 270:22, 270:25, 271:7, 271:8, 271:21, 273:7, 273:18, 273:21, 275:25, 276:3, 276:16, 277:20, 278:1, 278:4, 285:16, 287:4, 287:18, 288:3, 288:23, 288:25, 289:3, 289:8, 289:18, 289:25, 290:1, 290:4, 290:6, 290:17, 290:18, 292:8, 292:18, 292:23, 293:1, 293:5, 293:7, 294:4, 294:9, 294:15, 294:23, 294:25, 295:4, 295:14, 295:17, 295:21, 296:10, 298:9, 298:13, 298:23, 299:4, 299:17, 300:10, 300:21, 303:8, 303:19, 304:6, 304:18, 305:4, 305:12, 305:25, 306:4, 306:11, 306:12, 306:13, 306:20, 306:23, 306:24, 307:1, 307:3, 307:4, 308:4, 308:5, 321:1, 338:17, 343:13, 343:15, 344:13, 346:5, 346:9, 346:24, 347:4, 347:7, 347:10, 348:7, 352:8, 352:20, 355:21, 355:24, 356:4, 356:7, 356:18, 357:7, 357:9, 358:12, 358:14, 358:16, 358:19, 358:22, 358:25, 359:6, 359:14, 360:9, 360:14, 360:20, 360:22, 360:24, 361:4, 361:6, 361:12, 361:16, 361:19, 362:4, 362:6, 362:9, 362:15, 362:17, 363:15, 363:22, 363:25, 364:17, 364:20, 364:23, 365:10, 366:2, 366:4, 366:8, 366:11, 366:14, 366:16, 367:13, 367:18, 367:20, 367:24, 368:13, 369:18, 369:22, 370:19, 370:24, 372:1, 372:4, 372:7, 373:17, 373:21, 373:23, 374:11, 374:18, 374:21, 374:23, 375:17, 375:19, 377:11, 378:3, 378:6, 378:23, 379:2, 379:6, 379:11, 379:16, 379:20, 379:22, 379:25, 380:12, 382:14, 382:20, 383:5, 383:9, 383:21, 384:8, 384:18, 386:15, 386:20, 402:22, 408:16, 410:18, 416:1, 419:18, 430:21, 433:23

  **corrected** [2] - 294:10, 436:9
  **cost** [1] - 235:20
  **couch** [5] - 326:3, 326:5, 326:10, 338:21, 340:3
  **counsel** [7] - 260:2, 297:15, 318:5, 355:24, 356:1, 375:7, 376:6
  **COUNSEL** [1] - 397:6
  **couple** [9] - 253:15, 300:1, 300:4, 335:24, 338:13, 350:1, 350:9, 368:18, 436:2
  **course** [6] - 280:12, 295:18, 350:7, 375:15, 379:4, 386:15
  **COURT** [188] - 216:1, 218:7, 218:25, 219:5, 219:19, 219:22, 219:24, 220:2, 226:5, 242:19, 246:13, 246:16, 246:19, 250:3, 253:15, 254:7, 254:10, 259:8,

260:5, 260:10, 260:14, 260:20, 260:22, 261:2, 262:7, 263:18, 263:21, 263:24, 264:9, 271:12, 271:25, 272:2, 272:5, 272:10, 272:16, 272:19, 272:22, 273:11, 275:20, 276:13, 276:20, 276:24, 277:5, 279:2, 279:6, 279:11, 279:16, 279:21, 280:10, 280:13, 280:15, 280:23, 281:2, 281:5, 281:10, 282:2, 282:6, 282:9, 282:20, 282:22, 283:7, 283:11, 283:15, 283:20, 283:23, 284:4, 284:6, 285:9, 293:13, 293:18, 296:17, 297:4, 297:6, 297:10, 297:15, 301:11, 301:16, 301:19, 301:25, 302:7, 303:25, 304:12, 308:23, 309:5, 309:9, 310:21, 310:25, 311:3, 311:6, 311:10, 312:3, 312:9, 312:14, 315:9, 317:9, 317:11, 317:25, 318:3, 319:10, 319:12, 319:18, 321:17, 323:13, 324:6, 328:24, 335:6, 337:12, 337:14, 337:17, 344:1, 344:9, 345:5, 345:13, 345:17, 348:18, 348:25, 351:8, 351:16, 353:13, 353:17, 353:22, 355:8, 355:10, 355:13, 355:16, 363:8, 364:9, 372:19, 372:23, 373:3, 373:9, 373:12, 376:10, 376:13, 376:15, 376:19, 376:22, 380:21, 381:3, 382:3, 385:23, 386:1, 387:7, 387:11, 388:14, 390:13, 391:6, 391:11, 391:19, 393:7, 393:11, 393:22, 394:12, 394:20, 394:23, 395:1, 396:2, 396:9, 396:16, 397:3, 398:3, 399:3, 399:10, 399:15, 400:7, 400:9, 401:22, 401:25, 402:4, 402:8, 406:13, 406:17, 406:25, 407:5, 409:11, 409:15, 412:17, 413:22, 413:24, 419:24, 432:7, 434:12, 434:23, 436:1, 437:4, 437:9, 437:19, 437:25
  **Court** [6] - 217:9, 217:10, 218:3, 260:2, 353:25, 436:24
  **court** [15] - 218:1, 261:1, 271:18, 284:2, 312:2, 314:8, 314:18, 314:21, 314:23, 356:11, 373:7, 382:2, 398:1, 402:1, 402:10
  **courthouse** [1] - 314:14
  **Courthouse** [1] - 216:5
  **courtroom** [12] - 218:1, 272:15, 272:21, 279:15, 284:1, 284:3, 300:6, 300:15, 311:13, 373:5, 373:8, 392:24
  **COURTROOM** [7] - 218:2, 263:17, 273:10, 376:6, 376:20, 399:17, 400:5
  **cover** [1] - 236:8
  **crash** [1] - 433:2
  **created** [1] - 262:18
  **credibility** [3] - 344:18, 379:25, 381:5
  **crew** [1] - 407:6
  **criminal** [1] - 436:25
  **cross** [11] - 218:11, 272:2, 272:8, 345:13, 373:13, 385:23, 389:10, 390:14, 396:7, 398:5, 419:24
  **CROSS** [9] - 218:12, 272:25, 284:12, 345:19, 386:2, 439:5, 439:6, 439:11, 439:12

cross-examination [7] - 218:11, 272:2, 345:13, 389:10, 390:14, 398:5, 419:24
CROSS-EXAMINATION [7] - 218:12, 272:25, 284:12, 345:19, 439:5, 439:6, 439:11
crying [4] - 338:22, 338:23, 428:12, 428:14
CSR [1] - 217:9
cue [3] - 239:15, 291:2, 309:20
cuffs [8] - 220:10, 220:11, 220:12, 220:23, 221:1, 304:9, 304:10, 304:17
culpable [1] - 437:7
cunt [3] - 427:7, 429:19, 432:1
cut [4] - 264:21, 372:22, 405:21, 416:23
cute [1] - 254:19
CV [1] - 216:3

**D**

D-7 [2] - 303:15, 305:7
D7 [3] - 219:17, 220:4, 440:3
dad [1] - 268:25
daddy [1] - 424:11
damages [1] - 269:4
danger [1] - 328:12
dangerous [1] - 354:24
darkish [1] - 243:19
Darn [1] - 348:9
date [16] - 228:16, 228:23, 242:21, 254:9, 261:5, 262:9, 264:11, 271:14, 287:12, 287:15, 317:13, 320:5, 324:15, 324:16, 363:13, 413:14
dated [2] - 225:1, 380:14
daughter [2] - 426:7, 426:19
David [1] - 303:15
daylight [1] - 420:1
days [7] - 224:20, 242:2, 266:18, 357:9, 384:4, 386:14, 408:12
daytime [1] - 245:11
Daytona [1] - 400:21
DDSC [1] - 390:9
DDXA [2] - 303:23, 304:7
deal [2] - 303:10, 347:4
dealt [1] - 285:23
debate [1] - 302:3
DECHERT [1] - 216:21
decide [4] - 222:8, 222:11, 408:7, 408:10
decided [5] - 240:12, 240:25, 241:19, 249:20, 281:18
decision [1] - 436:24
deeply [1] - 307:20
defendant [3] - 282:23, 283:9, 320:25
Defendant's Exhibit [24] - 220:4, 226:6, 242:20, 254:8, 261:4, 262:8, 264:10, 271:13, 278:19, 278:24, 284:25, 290:9, 303:15, 317:12, 380:19, 440:3, 440:5, 440:7, 440:9, 440:11,

440:13, 440:15, 440:17, 440:19
Defendant's Exhibit A [4] - 277:13, 284:16, 288:16, 289:25
defendants [4] - 216:11, 283:18, 390:17, 436:9
Defendants [1] - 216:21
Defendants' [5] - 316:11, 341:2, 382:5, 388:17, 440:23
Defendants's [1] - 409:7
defense [2] - 359:19, 437:18
DEFENSE [1] - 397:6
Defense [17] - 237:5, 242:10, 242:13, 252:13, 253:11, 255:3, 255:20, 257:19, 258:17, 258:18, 259:3, 280:18, 362:20, 363:9, 377:22, 380:3, 440:21
definitely [1] - 333:4
definition [1] - 351:9
delay [1] - 225:11
demonstrative [3] - 303:22, 304:7, 331:11
depict [1] - 249:15
depicted [2] - 220:11, 221:7
deposed [2] - 302:20, 355:21, 355:23, 356:4, 391:7
deposition [39] - 243:22, 256:23, 258:11, 295:18, 296:2, 296:23, 299:21, 299:22, 299:23, 300:5, 300:7, 300:17, 302:11, 302:23, 302:24, 303:2, 314:1, 314:25, 315:2, 315:4, 315:6, 346:1, 355:8, 357:20, 371:21, 375:7, 375:24, 376:3, 385:19, 386:8, 387:12, 387:16, 391:2, 391:13, 392:12, 396:24, 403:3, 403:4
depositions [1] - 403:1
depression [1] - 345:7
DEPUTY [9] - 218:2, 219:4, 263:17, 273:10, 312:10, 376:6, 376:20, 399:17, 400:5
describe [6] - 274:20, 412:6, 421:1, 421:8, 427:17, 431:3
described [4] - 368:24, 369:2, 389:19, 432:11
describing [1] - 377:20
description [2] - 351:11, 390:2
desire [1] - 345:8
despite [1] - 240:12
details [6] - 243:2, 329:3, 329:14, 332:13, 333:6, 340:15
determination [1] - 301:9
determining [1] - 319:19
device [4] - 256:4, 328:2, 328:7, 330:25
devices [1] - 327:15
diagnosed [1] - 310:8
different [25] - 220:18, 223:21, 231:1, 236:2, 244:8, 264:16, 305:11, 308:24, 316:25, 319:13, 352:13, 352:25, 353:3, 353:5, 353:11, 354:2, 354:6, 400:25, 401:1, 401:3, 406:20, 407:10, 412:12, 432:5, 432:7

difficulty [1] - 379:1
dildo [8] - 332:11, 333:12, 427:12, 427:15, 427:17, 427:21, 428:7, 429:2
dining [1] - 325:22
dinner [5] - 254:20, 287:5, 287:6, 287:9, 349:12
Dinner's [1] - 254:17
DIRECT [5] - 312:16, 400:11, 419:1, 439:10, 439:16
direct [23] - 225:1, 228:6, 235:19, 236:20, 238:3, 238:12, 239:15, 240:15, 241:2, 248:22, 278:9, 289:11, 290:7, 290:12, 298:15, 304:13, 310:3, 362:11, 365:19, 375:11, 375:15, 403:25, 405:4
directed [3] - 426:8, 426:9
direction [1] - 221:13
directly [1] - 406:13
discipline [3] - 369:21, 392:24, 393:4
disclosed [1] - 281:22
discovery [1] - 269:7
discuss [7] - 314:17, 314:20, 318:14, 325:10, 343:7, 405:14, 416:7
discussed [8] - 244:9, 321:12, 325:12, 327:1, 327:7, 354:12, 402:24, 405:16
discussing [2] - 314:8, 316:18
discussion [4] - 228:5, 260:23, 263:8, 281:20
dislike [1] - 384:17
displayed [2] - 273:20, 293:24
disrobed [1] - 367:1
disrupt [1] - 436:16
distance [1] - 420:18
distress [1] - 340:25
District [2] - 218:3, 218:4
DISTRICT [3] - 216:1, 216:1, 216:13
doctor [2] - 270:10, 310:12
document [40] - 277:3, 277:18, 277:23, 288:15, 294:5, 295:6, 295:7, 318:1, 318:6, 318:9, 324:25, 325:14, 325:17, 325:19, 325:21, 325:23, 325:25, 343:12, 344:2, 360:16, 366:2, 368:20, 384:23, 390:5, 394:13, 396:11, 412:20, 413:7, 414:7, 414:11, 414:13, 417:20, 417:24
documentary [1] - 281:23
documentation [1] - 269:18
documents [6] - 383:19, 383:21, 383:23, 383:24, 390:1, 391:3
DOLAN [1] - 217:1
dollars [2] - 236:1, 385:2
don't.. [1] - 407:16
done [12] - 286:16, 353:6, 353:10, 361:19, 361:21, 401:15, 404:16, 404:22, 406:9, 406:10, 406:11, 415:25
door [5] - 247:16, 338:24, 354:18, 412:3, 425:6
Doug [1] - 386:4
Douglas [1] - 273:2
DOUGLAS [1] - 217:4
down [23] - 224:16, 228:3, 266:9,

279:22, 285:18, 297:22, 297:24, 297:25, 305:20, 310:22, 311:3, 311:5, 319:24, 324:12, 327:16, 331:1, 338:23, 342:19, 373:4, 399:4, 409:16, 422:21, 431:24

**Dr** [1] - 270:16
**dragged** [1] - 239:19
**drank** [1] - 322:23
**draw** [1] - 320:9
**dress** [1] - 265:19
**drink** [3] - 322:24, 412:4, 412:19
**drinking** [3] - 324:23, 326:4, 326:6
**drinks** [5] - 419:9, 419:10, 419:13, 419:15, 420:21
**driver** [2] - 410:19, 410:21
**drugs** [4] - 323:1, 323:3, 324:23, 358:24
**duly** [2] - 312:11, 400:2
**dungeon** [58] - 222:6, 222:12, 222:22, 316:7, 317:1, 318:10, 318:12, 318:20, 319:2, 321:12, 321:22, 322:3, 327:5, 327:6, 327:9, 327:13, 327:22, 328:3, 328:8, 328:10, 328:20, 329:1, 329:7, 330:13, 337:23, 338:7, 338:15, 338:20, 338:24, 339:2, 339:4, 347:21, 347:22, 352:14, 353:1, 354:4, 354:9, 354:11, 354:12, 354:15, 354:19, 354:23, 356:14, 356:16, 356:17, 356:23, 366:17, 367:12, 367:17, 369:16, 373:17, 373:21, 374:10, 374:16, 422:6, 433:12, 433:14
**during** [14] - 232:25, 248:25, 282:14, 289:24, 290:2, 295:18, 322:21, 334:21, 336:24, 339:7, 366:13, 386:10, 389:9, 428:9
**DX** [12] - 261:19, 262:5, 263:12, 276:17, 276:19, 276:22, 297:12, 297:14, 299:8, 305:7, 305:15, 307:22
**DX-3** [1] - 304:24
**DX-7** [1] - 304:2
**DX-A** [3] - 276:17, 276:19, 276:22
**DX-B4** [1] - 263:12
**DX-V7** [2] - 261:19, 262:5
**DX04** [3] - 317:10, 317:12, 440:19
**DX54** [1] - 226:21
**DXA** [1] - 237:6
**DXA7** [5] - 225:18, 225:20, 226:3, 226:6, 440:5
**DXC** [1] - 331:12
**DXD7** [7] - 219:3, 219:7, 220:6, 220:24, 222:17, 223:13, 232:19
**DXI4** [7] - 224:24, 230:3, 232:1, 235:2, 244:16, 250:10, 251:19
**DXL4** [3] - 242:17, 242:20, 440:7
**dying** [1] - 265:23

---

# E

---

**E-mail** [1] - 217:11
**e-mail** [6] - 289:15, 294:2, 346:17,

362:24, 363:15, 365:1
**e-mails** [1] - 346:18
**early** [3] - 232:18, 232:24, 287:5
**ears** [1] - 265:4
**EASTERN** [1] - 216:1
**Eastern** [1] - 218:3
**Ed** [1] - 300:18
**EDWARD** [1] - 216:23
**effect** [2] - 398:6, 398:16
**eight** [3] - 266:18, 276:2, 289:19
**eighth** [1] - 244:13
**either** [6] - 273:17, 287:9, 291:13, 342:9, 361:22, 406:19
**electric** [1] - 256:4
**electrocuted** [2] - 308:4, 309:14
**electronic** [1] - 284:14
**electronics** [1] - 279:10
**elevator** [1] - 411:14
**elsewhere** [1] - 318:3
**email** [6] - 227:18, 228:16, 228:23, 320:5, 320:15, 320:16
**Embitio** [2] - 362:25, 363:17
**EMMA** [2] - 216:3, 216:17
**emoji** [6] - 227:15, 227:19, 229:5, 233:21, 265:10, 265:24
**emojis** [1] - 267:24
**emotional** [1] - 345:2
**EMT** [2] - 313:18, 313:19
**enclosed** [1] - 364:2
**encounter** [34] - 221:2, 221:9, 234:1, 234:18, 235:23, 236:7, 236:19, 236:22, 237:2, 237:17, 237:22, 238:1, 238:4, 238:5, 238:13, 238:16, 238:19, 238:22, 238:24, 239:12, 239:14, 244:1, 244:14, 245:2, 248:25, 249:4, 249:18, 262:10, 264:25, 268:5, 282:4, 366:13, 377:2, 379:5
**encounters** [3] - 220:23, 233:1, 239:9
**end** [15] - 234:17, 256:24, 318:19, 321:3, 323:16, 327:2, 337:23, 339:13, 344:21, 377:16, 377:19, 378:22, 397:7, 408:15, 418:5
**ended** [6] - 287:1, 339:10, 407:8, 410:17, 417:8
**ending** [1] - 281:13
**engage** [10] - 359:25, 360:8, 360:23, 362:8, 366:22, 367:22, 367:23, 368:10, 369:24, 415:18
**engaged** [1] - 290:2
**engagement** [2] - 385:12, 390:6
**engaging** [2] - 360:14, 369:24
**enjoying** [1] - 232:25
**entered** [3] - 284:3, 367:17, 373:8
**entering** [1] - 283:3
**enters** [4] - 272:21, 284:5, 373:11, 399:13
**entertain** [1] - 397:3
**entire** [6] - 274:3, 300:3, 334:21, 338:7, 339:5, 392:16

**entitled** [1] - 415:10
**equipment** [3] - 222:24, 223:17, 223:21
**erotic** [6] - 350:25, 351:5, 351:9, 351:10, 351:11, 351:21
**ESQ** [11] - 216:19, 216:20, 216:23, 216:24, 216:24, 216:25, 216:25, 217:4, 217:4, 217:5, 217:8
**essentially** [1] - 220:20
**estimate** [6] - 300:12, 301:16, 301:17, 302:1, 334:12, 336:4
**estimating** [1] - 301:15
**et** [1] - 286:12
**evening** [7] - 218:11, 257:5, 291:12, 392:25, 393:4, 434:24, 437:25
**event** [2] - 282:13, 282:15, 291:1
**events** [3] - 295:23, 309:8, 363:24
**eventually** [5] - 342:15, 364:24, 367:7, 374:18
**everywhere** [2] - 342:23, 342:25
**evidence** [34] - 219:4, 220:4, 225:4, 226:6, 242:20, 250:12, 254:8, 260:11, 261:4, 262:8, 263:17, 263:18, 264:10, 271:13, 276:23, 279:1, 297:19, 316:11, 317:12, 321:17, 321:18, 324:4, 324:5, 324:7, 327:19, 341:2, 343:9, 363:9, 382:5, 409:9, 413:20, 413:23, 436:15, 437:10
**evidentiary** [2] - 279:19, 282:18
**ex** [5] - 270:11, 298:20, 310:12, 315:19, 315:22
**ex-boyfriend** [3] - 270:11, 298:20, 310:12
**exact** [5] - 351:3, 351:4, 351:5, 361:2
**exactly** [14] - 253:13, 333:22, 335:10, 338:1, 338:6, 340:17, 356:15, 360:11, 373:18, 382:19, 386:23, 403:24, 421:20, 423:8
**exam** [1] - 236:20
**examination** [18] - 218:11, 235:19, 238:3, 238:12, 240:15, 241:2, 246:17, 272:2, 283:18, 345:13, 362:11, 375:11, 375:15, 389:10, 390:14, 398:5, 419:24, 437:18
**EXAMINATION** [24] - 218:12, 253:5, 253:16, 261:6, 272:25, 277:10, 284:12, 298:1, 312:16, 342:1, 345:19, 362:1, 386:2, 388:20, 400:11, 419:1, 439:5, 439:6, 439:7, 439:10, 439:11, 439:12, 439:13, 439:16
**examined** [2] - 312:12, 400:3
**exception** [1] - 280:2
**exchange** [11] - 228:4, 234:3, 247:12, 250:18, 251:1, 254:2, 254:22, 257:16, 317:2, 320:14, 342:12
**exchanged** [2] - 346:17, 348:1
**exchanges** [4] - 234:24, 296:21, 389:1, 409:24
**exchanging** [1] - 382:14
**excited** [1] - 233:25

*(exclamation - Friday)* *Page 9*

**exclamation** [4] - 227:10, 233:17, 233:20, 266:6
**excuse** [7] - 286:24, 292:10, 294:10, 294:17, 310:24, 321:18, 389:5
**excused** [2] - 399:7, 435:6
**Exhibit** [50] - 242:11, 242:13, 253:2, 253:11, 254:5, 255:3, 255:20, 257:19, 258:17, 258:18, 259:3, 261:21, 271:2, 271:16, 280:2, 282:19, 285:4, 288:19, 290:14, 292:3, 292:14, 292:21, 294:19, 297:20, 299:9, 303:16, 304:25, 305:8, 305:16, 307:23, 347:25, 348:2, 363:9, 363:11, 364:3, 368:5, 368:6, 377:23, 377:25, 382:5, 382:8, 388:24, 412:25, 413:1, 413:11, 413:23, 413:25, 440:21, 440:23, 440:25
**exhibit** [19] - 219:6, 237:23, 261:2, 264:2, 276:17, 280:10, 280:15, 280:19, 282:18, 283:6, 283:8, 294:18, 304:2, 317:6, 317:9, 320:12, 359:19, 381:4, 382:4
**Exhibit A** [1] - 237:6
**Exhibit C** [1] - 380:3
**Exhibit D** [1] - 362:20
**Exhibit P** [1] - 252:13
**Exhibit S** [2] - 362:20, 363:6
**exhibits** [7] - 280:1, 280:23, 314:1, 314:6, 314:7, 422:3, 436:10
**exist** [1] - 296:22
**exited** [3] - 284:1, 311:13, 373:5
**exits** [4] - 272:15, 279:15, 311:9, 373:2
**exotic** [1] - 351:9
**expect** [3] - 281:21, 385:24, 437:17
**expected** [1] - 286:7
**expecting** [2] - 233:6, 233:16
**expensive** [2] - 240:20, 241:1
**experience** [1] - 345:6
**experienced** [3] - 239:21, 344:19, 345:1
**explain** [3] - 230:14, 298:19, 369:7
**explained** [1] - 396:25
**express** [2] - 248:5, 248:7
**extended** [1] - 224:3
**extra** [1] - 224:7
**eyes** [4] - 227:19, 332:2, 332:4, 332:6

## F

**face** [14] - 225:6, 227:15, 227:19, 232:19, 235:8, 253:24, 264:18, 264:21, 265:24, 291:14, 377:18, 378:19, 427:7, 428:1
**facedown** [7] - 330:15, 330:16, 330:22, 331:25, 424:3, 429:10, 430:21
**faces** [1] - 412:12
**faceup** [1] - 330:15
**facing** [1] - 425:5
**fact** [25] - 229:7, 231:6, 235:23, 237:21, 240:6, 241:5, 246:24, 268:16, 269:6, 290:22, 296:2, 309:12, 342:24,

347:1, 347:19, 350:18, 351:14, 351:18, 361:3, 361:6, 365:12, 367:3, 372:12, 377:18, 437:14
**fair** [5] - 275:14, 306:25, 354:12, 383:1, 409:25
**fairly** [2] - 220:16, 220:25
**fake** [1] - 329:3
**familiar** [2] - 406:7, 411:4
**fantasy** [1] - 329:5
**far** [3] - 300:11, 301:3, 420:17
**FARIELLO** [1] - 216:15
**fashioned** [1] - 387:10
**fast** [2] - 350:2, 350:10
**father** [1] - 379:10
**fathers** [1] - 379:11
**fault** [2] - 376:10, 405:21
**February** [2] - 277:25, 278:3
**fee** [2] - 359:25, 415:17
**feedback** [1] - 376:11
**feelings** [1] - 306:9
**feet** [19] - 300:13, 300:25, 301:9, 301:12, 301:13, 301:15, 301:17, 301:19, 301:20, 301:22, 301:24, 302:5, 371:1, 423:21, 424:1, 424:2, 424:5
**felt** [7] - 229:22, 256:16, 276:4, 287:14, 306:7, 342:22, 407:16
**Ferriollo** [1] - 282:24
**fetish** [16] - 405:17, 405:24, 406:4, 406:5, 406:6, 406:7, 406:9, 406:10, 406:22, 407:1, 407:3, 415:25, 420:24, 421:1, 421:6, 422:6
**fetish-style** [3] - 420:24, 421:1, 421:6
**few** [14] - 234:15, 241:9, 242:2, 247:21, 306:15, 307:10, 324:23, 339:6, 339:7, 386:5, 406:11, 426:4, 431:20, 434:13
**figure** [1] - 279:17
**file** [6] - 271:18, 271:19, 344:6, 356:11, 356:12, 438:3
**filed** [2] - 296:12, 344:12
**filing** [3] - 314:10, 386:11, 402:16
**filled** [1] - 367:20
**filter** [2] - 265:3, 436:5
**final** [2] - 238:24, 251:14
**finally** [2] - 223:19, 336:6
**fine** [10] - 260:13, 260:20, 267:12, 293:13, 359:20, 364:9, 396:20, 414:14, 414:18, 436:16
**fined** [1] - 414:19
**finish** [3] - 221:5, 309:5, 313:15
**finished** [2] - 270:14, 313:13
**firm** [2] - 356:2, 390:6
**first** [39] - 240:5, 273:6, 274:19, 277:15, 286:10, 289:12, 296:12, 298:7, 300:1, 302:19, 303:3, 303:6, 306:21, 309:5, 312:11, 315:18, 319:2, 324:9, 327:23, 336:1, 336:5, 336:8, 340:21, 368:23, 382:9, 383:8, 383:13, 386:7, 389:2, 391:7, 392:18, 400:2, 403:13, 408:9, 412:7, 412:13, 419:17, 422:12,

423:6
**fist** [1] - 426:1
**fists** [1] - 432:14
**five** [12] - 236:4, 288:10, 289:7, 289:24, 313:5, 326:7, 349:11, 349:12, 349:21, 392:11, 398:23, 431:20
**fixed** [2] - 279:7, 294:21
**fixes** [1] - 436:13
**flat** [1] - 236:1
**flew** [4] - 294:12, 357:17, 410:7, 410:9
**flight** [26] - 228:6, 229:1, 229:8, 229:16, 232:12, 235:4, 235:9, 235:12, 241:25, 244:24, 245:3, 250:15, 250:20, 250:21, 251:17, 316:24, 320:5, 350:2, 350:10, 352:12, 357:11, 357:15, 378:16, 408:24, 410:6, 410:16
**flights** [10] - 229:13, 232:3, 235:21, 236:5, 236:8, 236:12, 247:25, 286:12, 295:11, 409:2
**flipped** [4] - 426:21, 430:25, 431:4, 431:6
**Floor** [1] - 216:18
**floor** [12] - 239:19, 321:20, 321:24, 322:2, 330:14, 332:1, 332:8, 422:14, 422:17, 429:9, 434:6, 434:7
**Florida** [4] - 313:1, 340:10, 400:21, 408:19
**flowers** [2] - 262:12, 262:16
**flown** [1] - 361:18
**fly** [5] - 321:5, 362:3, 378:6, 408:22, 410:7
**flying** [1] - 321:3
**focus** [3] - 219:21, 281:13, 291:15
**focused** [1] - 284:18
**following** [10] - 267:24, 311:15, 357:21, 357:22, 372:21, 380:24, 381:1, 381:10, 399:20, 418:18
**follows** [3] - 225:8, 312:12, 400:3
**food** [6] - 232:19, 232:25, 323:9, 323:15, 323:17, 359:8
**FOR** [1] - 216:12
**forced** [6] - 232:14, 306:16, 306:21, 307:6, 307:15, 361:21
**forgive** [9] - 275:18, 276:12, 302:10, 317:7, 333:5, 353:14, 355:9, 377:23, 407:4
**form** [1] - 385:12
**formerly** [1] - 347:1
**forth** [1] - 316:20
**forward** [1] - 281:19
**foster** [1] - 401:4
**foundation** [2] - 253:13, 254:6
**four** [13] - 220:2, 245:1, 278:16, 289:24, 293:24, 310:17, 371:25, 372:17, 385:14, 392:11, 402:21, 405:11
**fourth** [1] - 328:6
**frame** [1] - 340:17
**free** [5] - 269:1, 343:21, 348:6, 361:6, 430:6
**Friday** [2] - 267:1, 267:14

**friend** [14] - 281:22, 281:24, 315:19, 315:22, 316:2, 319:5, 319:21, 328:16, 346:23, 347:1, 358:22, 363:19, 383:8, 407:17

**friend's** [2] - 340:3, 340:4

**friendly** [1] - 233:23

**friends** [2] - 315:23, 384:12

**front** [13] - 258:22, 261:21, 264:2, 280:10, 284:16, 300:3, 316:15, 320:2, 321:24, 323:25, 330:4, 413:4, 431:1

**full** [6] - 228:16, 228:23, 283:18, 320:4, 392:14, 400:14

**funny** [2] - 247:16, 247:19

**furniture** [3] - 327:15, 327:23, 328:7

## G

**gag** [27] - 239:19, 249:1, 249:11, 249:16, 331:5, 331:13, 331:20, 331:22, 332:1, 332:8, 334:5, 334:6, 334:9, 334:14, 334:17, 335:3, 335:7, 335:14, 337:8, 337:18, 343:17, 371:14, 371:17, 390:15, 390:17, 390:18, 390:22

**gained** [1] - 275:6

**general** [1] - 318:16

**generally** [2] - 287:14, 288:22

**gentleman** [1] - 243:8

**gentlemen** [11] - 218:10, 272:11, 273:12, 277:1, 279:11, 284:7, 293:14, 311:4, 372:24, 402:8, 434:23

**GF** [1] - 265:15

**gift** [3] - 224:14, 225:23, 226:12

**GILBERT** [63] - 217:8, 218:13, 218:24, 219:2, 219:17, 219:20, 219:23, 219:25, 220:5, 222:17, 223:13, 224:16, 224:24, 225:3, 225:17, 226:3, 226:21, 227:8, 228:2, 228:13, 230:3, 237:5, 237:14, 242:10, 242:17, 242:22, 244:16, 246:15, 246:18, 249:6, 250:6, 250:12, 252:12, 253:2, 253:7, 253:11, 253:18, 254:5, 259:3, 259:6, 260:9, 260:13, 261:7, 261:19, 262:5, 263:20, 264:1, 264:7, 271:10, 271:16, 271:24, 301:7, 308:22, 309:3, 310:24, 311:2, 343:25, 344:8, 391:16, 393:19, 394:8, 394:17, 439:5

**Gilbert** [4] - 246:13, 250:3, 260:5, 274:10

**girl** [2] - 286:11, 287:1

**girlfriend** [1] - 265:16

**girlfriend's** [4] - 265:15, 265:18, 266:14, 266:16

**girls** [1] - 306:8

**given** [2] - 302:1, 329:3

**glass** [1] - 412:3

**glitch** [1] - 284:14

**glitches** [1] - 284:8

**golden** [2] - 384:22, 385:2, 389:20

**grabbed** [2] - 433:2, 433:3

**grade** [2] - 401:7, 401:8

**graduate** [1] - 313:10

**graduating** [1] - 313:12

**Great** [1] - 233:3

**great** [7] - 233:7, 246:9, 256:20, 273:14, 347:4, 359:23, 436:17

**Greece** [1] - 245:15

**greeted** [1] - 412:3

**Greg** [2] - 362:25, 363:17

**group** [1] - 401:4

**Grover** [2] - 273:2, 386:4

**GROVER** [5] - 217:4, 272:7, 279:4, 328:22, 385:24

**guess** [3] - 277:1, 318:16, 336:3

**guest** [1] - 433:7

**guy** [14] - 316:25, 317:22, 318:10, 318:12, 352:14, 353:1, 354:4, 354:9, 354:11, 354:12, 354:15, 354:22, 356:17, 356:22

## H

**habits** [1] - 306:25

**half** [8] - 224:1, 256:12, 287:20, 288:12, 310:9, 323:24, 413:3, 420:3

**HAMPTON** [1] - 217:6

**hand** [7] - 277:3, 304:9, 312:10, 322:5, 322:8, 399:18, 425:2

**handcuff** [1] - 220:15

**handcuffs** [5] - 221:11, 221:20, 222:9, 226:14, 243:17

**handing** [2] - 277:9, 277:13

**handle** [1] - 288:17

**hands** [20] - 220:9, 304:16, 329:23, 370:19, 421:14, 421:15, 422:22, 422:24, 423:2, 423:3, 423:7, 423:14, 423:17, 424:9, 425:24, 425:25, 427:2, 431:1, 431:5, 431:7

**handwriting** [2] - 324:8, 413:6

**handwritten** [1] - 242:7

**hang** [6] - 280:10, 356:18, 357:3, 370:9, 370:11, 376:13

**hanging** [1] - 356:13

**happy** [3] - 227:22, 277:2, 308:6

**hard** [10] - 280:14, 284:15, 326:7, 334:11, 336:2, 345:8, 349:13, 388:25, 435:3

**harder** [2] - 336:14, 436:5

**harms** [1] - 226:17

**HASSEN** [2] - 216:4, 216:17

**hazardous** [7] - 360:2, 368:11, 368:24, 369:3, 369:9, 369:12, 415:19

**head** [10] - 226:17, 257:21, 262:12, 332:24, 390:20, 425:20, 426:2, 428:4, 429:11, 429:17

**hear** [12] - 273:8, 286:2, 293:10, 293:17, 319:9, 323:15, 376:19, 403:13, 428:3, 436:4, 436:5, 437:19

**heard** [8] - 263:8, 282:11, 298:6, 304:12, 304:21, 429:7, 429:8, 429:12

**hearing** [7] - 260:2, 293:13, 380:22,

381:2, 395:3, 414:23

**hearsay** [3] - 280:6, 280:7, 280:8

**heart** [1] - 227:19

**Heights** [3] - 339:24, 340:2, 362:15

**held** [4] - 260:1, 380:22, 395:2, 423:11

**hello** [5] - 297:16, 297:17, 376:18, 376:21

**help** [4] - 234:4, 270:6, 384:12, 436:12

**helpful** [1] - 228:14

**helping** [1] - 310:11

**hesitation** [1] - 228:22

**Hi** [1] - 235:8, 312:22

**high** [5] - 400:25, 401:1, 401:3, 414:21, 414:23

**high school** [6] - 313:8, 313:10, 313:12, 313:15, 400:24, 401:5

**higher** [1] - 436:3

**highlight** [4] - 228:13, 237:14, 359:22, 363:12

**highlighted** [3] - 286:10, 287:25, 364:6

**hit** [17] - 291:6, 291:14, 327:16, 330:24, 332:11, 332:23, 366:24, 374:8, 384:22, 385:2, 424:19, 424:21, 424:22, 425:1, 425:3, 425:17, 431:12

**hitting** [4] - 333:3, 432:11, 432:13, 432:15

**hmm** [4] - 384:13, 411:8, 412:10

**hold** [1] - 319:10

**holding** [4] - 226:17, 304:7, 304:9, 361:8

**home** [6] - 241:25, 242:2, 307:8, 365:6, 365:8, 434:24

**honest** [1] - 415:6

**honestly** [3] - 408:11, 430:12, 431:15

**Honor** [120] - 219:18, 246:18, 250:6, 253:14, 254:11, 259:7, 260:4, 260:13, 260:21, 263:20, 264:8, 272:1, 272:24, 273:14, 276:12, 276:22, 277:2, 277:8, 279:4, 279:8, 279:9, 279:18, 280:5, 280:12, 280:14, 280:17, 280:18, 281:1, 281:4, 281:9, 281:13, 281:17, 282:3, 282:17, 282:19, 282:21, 283:21, 283:22, 284:11, 297:11, 297:16, 297:18, 301:8, 301:14, 301:23, 302:4, 303:23, 303:24, 304:19, 310:20, 310:24, 311:1, 312:6, 312:13, 317:5, 317:7, 317:10, 317:23, 318:7, 319:9, 319:23, 321:19, 323:14, 331:6, 335:5, 337:11, 337:13, 344:5, 344:8, 345:12, 345:14, 345:15, 351:7, 353:14, 355:6, 355:12, 355:14, 363:5, 364:7, 372:20, 373:14, 380:18, 381:6, 381:7, 382:6, 385:24, 387:6, 387:9, 388:16, 388:18, 389:7, 390:11, 391:18, 394:11, 394:21, 394:25, 396:22, 398:2, 399:2, 399:6, 399:9, 399:12, 399:14, 400:8, 401:21, 401:24, 402:13, 406:15, 407:4, 409:8, 409:12, 409:13, 413:19, 432:6, 434:14, 434:22, 436:22, 437:15, 437:21, 437:24

**honor** [1] - 226:4

**Honorable** [2] - 218:4, 218:6
**HONORABLE** [1] - 216:13
**hope** [5] - 218:10, 230:22, 231:12, 242:24, 364:7
**HOPPER** [2] - 216:3, 216:17
**horrible** [2] - 239:18, 308:7
**hot** [1] - 226:23
**hotel** [4] - 241:6, 243:5, 257:14, 418:14
**hotels** [2] - 240:19, 241:1
**hour** [10] - 224:1, 255:13, 256:11, 256:12, 291:1, 295:12, 311:10, 420:3
**hours** [4] - 224:2, 322:20, 322:22, 324:23
**house** [3] - 281:21, 340:3, 340:4
**Howard** [10] - 216:22, 217:7, 239:21, 243:23, 414:17, 417:17, 417:19, 423:23, 426:25, 430:19
**HOWARD** [1] - 216:9
**Howard's** [1] - 342:10
**howie** [1] - 332:17
**Howie** [6] - 242:24, 286:11, 329:16, 333:14, 342:10, 386:24
**Howie's** [5] - 320:15, 320:20, 320:22, 386:24, 386:25
**hugs** [1] - 242:24
**hundred** [2] - 300:13, 385:14
**hurry** [2] - 417:15, 417:18
**hurt** [1] - 306:9

## I

**I-4** [7] - 284:25, 290:8, 290:10, 294:5, 294:18, 297:14, 305:15
**I4** [4] - 255:3, 257:19, 278:19, 278:24
**idea** [1] - 326:16
**identified** [1] - 359:14
**identifying** [1] - 436:10
**Illinois** [1] - 400:23
**image** [12] - 225:14, 226:9, 226:14, 227:18, 235:9, 244:23, 262:18, 262:22, 264:24, 265:3, 271:20
**images** [3] - 264:14, 265:7, 266:2
**imaging** [1] - 264:19
**immediately** [1] - 292:11
**impeachment** [3] - 355:10, 355:11, 371:21
**implements** [2] - 369:17, 370:3
**important** [1] - 350:16
**inaccurate** [1] - 389:14
**incident** [12] - 239:16, 282:10, 282:12, 290:15, 291:13, 303:7, 303:19, 345:2, 345:6, 347:6, 375:17, 378:10
**incidents** [2] - 260:19, 309:25
**included** [3] - 231:19, 242:7, 242:14
**includes** [1] - 281:3
**including** [3] - 360:1, 368:10, 415:18
**income** [2] - 269:19, 269:23
**increase** [1] - 343:9
**indelicate** [1] - 377:15

**indicate** [1] - 269:11
**indicated** [3] - 237:23, 280:1, 280:22
**indicia** [1] - 437:7
**industry** [1] - 403:12
**information** [9] - 228:11, 232:10, 235:10, 244:24, 269:13, 269:23, 346:20, 364:23, 410:16
**ingest** [1] - 323:3
**injured** [2] - 281:24, 310:4
**injuries** [2] - 375:12, 375:16
**injury** [5] - 340:12, 360:2, 360:9, 368:12, 415:20
**inquire** [2] - 272:23, 312:14
**inside** [1] - 429:11
**insisting** [1] - 361:10
**Instagram** [17] - 258:15, 258:25, 261:9, 261:14, 261:24, 262:11, 262:17, 262:18, 307:13, 308:1, 309:12, 403:14, 403:16, 403:17, 403:21, 403:24, 408:10
**instance** [2] - 232:6, 389:19
**instances** [1] - 436:8
**instead** [2] - 301:19, 424:21
**instructed** [3] - 422:14, 422:18, 424:19
**instruction** [2] - 283:3, 283:8
**instructions** [1] - 434:24
**intend** [2] - 280:1, 281:12
**interaction** [1] - 345:9
**interactions** [1] - 314:14
**interested** [1] - 377:10
**interim** [1] - 294:6
**internet** [2] - 245:2, 435:1
**interrupt** [2] - 416:20, 433:10
**intimacy** [4] - 345:8, 379:2, 398:6, 398:10
**intimate** [2] - 379:10, 398:17
**intimidated** [1] - 392:13
**intimidating** [1] - 303:3
**intoxicated** [1] - 339:18
**introduce** [1] - 436:15
**introduction** [1] - 409:20
**invited** [1] - 378:18
**involved** [7] - 229:23, 351:20, 354:23, 355:1, 356:22, 369:20, 370:2
**involvement** [1] - 379:11
**involving** [1] - 386:10
**iPhone** [1] - 258:1
**ISAACS** [1] - 216:25
**ish** [1] - 421:21
**issue** [11] - 230:17, 279:18, 279:19, 279:22, 279:24, 282:4, 282:18, 306:2, 396:7, 436:23, 437:5
**issues** [1] - 410:13
**item** [1] - 261:9
**items** [2] - 221:25, 258:14
**itinerary** [3] - 235:4, 244:22, 293:23

## J

**Jamaica** [1] - 403:9

**January** [13] - 237:25, 238:4, 248:9, 248:15, 273:6, 274:20, 274:22, 275:15, 380:14, 382:18, 390:4
**Jen** [1] - 342:9
**Jennifer** [22] - 217:2, 217:9, 236:11, 273:3, 273:5, 296:14, 298:7, 298:24, 320:24, 342:18, 386:5, 386:8, 387:1, 405:8, 408:25, 409:1, 410:22, 411:23, 414:9, 417:1, 417:14, 417:19
**JENNIFER** [1] - 216:9
**JenniferThun.CSR@Gmail.com** [1] - 217:11
**JFK** [4] - 321:8, 321:9, 358:7, 410:9
**JFK Airport** [1] - 357:17
**Jimmy** [1] - 384:13
**job** [13] - 348:9, 348:11, 348:14, 348:21, 348:22, 349:1, 349:21, 350:15, 351:20, 352:5, 352:8, 352:23, 354:5
**jobs** [2] - 353:6, 353:10
**John** [1] - 431:15
**JOHN** [1] - 216:19
**joined** [1] - 379:22
**joke** [2] - 247:20, 295:11
**joking** [1] - 285:15
**joky** [1] - 263:2
**JOLENE** [1] - 217:4
**Judge** [11] - 275:18, 275:21, 284:1, 284:3, 300:6, 311:13, 373:5, 373:8, 392:4, 414:1, 438:5
**JUDGE** [1] - 216:13
**judge** [4] - 300:7, 304:21, 336:3, 392:4
**July** [1] - 294:17
**June** [21] - 230:13, 231:10, 238:24, 251:14, 251:20, 252:15, 253:21, 253:23, 254:3, 261:10, 262:1, 278:3, 291:13, 294:17, 299:1, 299:3, 303:7, 305:17, 306:17, 308:4, 309:12
**juror** [2] - 301:10, 301:12, 302:2
**jury** [38] - 218:8, 220:6, 225:4, 242:22, 250:13, 260:3, 260:11, 271:16, 272:19, 277:17, 284:2, 284:4, 297:23, 298:19, 301:3, 304:2, 304:13, 304:21, 312:3, 318:5, 331:11, 334:12, 336:4, 344:2, 373:7, 373:9, 380:22, 381:2, 385:21, 387:5, 395:3, 396:18, 396:25, 402:8, 421:1, 421:8, 431:3
**JURY** [1] - 216:12
**Jury** [8] - 272:15, 272:21, 279:15, 284:5, 311:9, 373:2, 373:11, 435:6
**jury's** [1] - 415:3

## K

**KATHERINE** [1] - 216:25
**keep** [8] - 232:18, 244:22, 290:8, 325:14, 376:23, 417:20, 417:23, 436:19
**key** [5] - 250:4, 411:15, 411:17, 411:18
**kicked** [1] - 332:12
**kid's** [1] - 268:25
**kind** [28] - 223:8, 256:3, 264:19, 301:9,

310:7, 318:16, 325:8, 327:15, 329:4, 329:5, 329:25, 331:1, 338:22, 348:9, 348:11, 348:22, 348:25, 350:15, 350:23, 362:10, 383:22, 388:12, 389:24, 404:1, 406:7, 406:10, 420:23, 421:17

**kinds** [1] - 431:25
**kiss** [3] - 229:5, 233:21, 265:10
**kisses** [1] - 242:25
**knee** [1] - 424:7
**knees** [1] - 424:9
**knowing** [1] - 239:24
**known** [2] - 403:6, 403:7
**knows** [2] - 277:17, 396:18

## L

**L4** [2] - 242:11, 242:13
**labelled** [1] - 322:4
**laced** [1] - 421:19
**ladies** [11] - 218:10, 272:11, 273:12, 277:1, 279:11, 284:7, 293:14, 311:4, 372:24, 402:8, 434:23
**LaGuardia** [1] - 358:2
**land** [1] - 410:24
**landed** [4] - 321:7, 357:25, 410:17, 410:23
**lapels** [1] - 436:4
**large** [5] - 358:18, 384:21, 427:12, 427:17, 427:19
**Las** [2] - 321:6, 377:5
**last** [18] - 238:24, 241:9, 261:12, 262:10, 264:25, 265:8, 270:24, 271:20, 287:24, 289:1, 289:2, 292:24, 295:15, 297:12, 310:17, 315:10, 401:7, 406:17
**laugh** [2] - 232:20, 247:17
**LAVIGNE** [1] - 217:4
**LAVIGNE-ALBERT** [1] - 217:4
**lawsuit** [18] - 314:10, 344:6, 344:12, 379:14, 382:20, 383:1, 383:2, 383:5, 384:5, 384:8, 385:11, 385:12, 385:15, 401:18, 402:15, 402:16, 402:22
**lawyer** [9] - 220:12, 220:20, 240:15, 249:3, 269:3, 325:16, 365:20, 365:23, 389:10
**lawyer's** [2] - 240:21, 391:4
**lawyers** [9] - 273:3, 296:9, 302:14, 302:17, 313:21, 314:2, 314:3, 344:21, 384:16
**lay** [3] - 422:18, 422:21, 426:23
**laying** [3] - 428:10, 429:9, 430:3
**leading** [5] - 335:5, 337:11, 391:11, 396:3, 396:17
**learn** [1] - 315:18
**learned** [1] - 274:11
**least** [2] - 316:13, 389:14
**leather** [2] - 421:2, 421:21
**leather-ish** [1] - 421:21
**leave** [19] - 240:24, 250:15, 255:15, 255:21, 256:8, 257:14, 267:1, 338:7,

339:18, 343:21, 360:20, 361:4, 361:6, 374:5, 374:6, 376:14, 376:15, 418:3, 430:6

**leaves** [2] - 272:17, 279:23
**leaving** [3] - 327:2, 337:23, 339:10
**led** [1] - 329:3
**left** [27] - 240:2, 249:21, 255:24, 256:14, 256:21, 284:15, 298:20, 337:25, 338:7, 338:11, 338:13, 339:4, 339:17, 347:7, 372:20, 374:10, 374:20, 420:6, 420:9, 431:2, 433:12, 433:14, 433:15, 434:11, 434:16
**leg** [5] - 424:23, 424:24, 424:25, 425:1, 425:4
**legal** [1] - 277:15
**legs** [7] - 329:20, 330:6, 330:7, 332:24, 424:6, 424:7, 425:15
**less** [3] - 301:21, 398:21, 398:24
**letter** [1] - 438:4
**LI** [1] - 217:5
**license** [1] - 313:18
**lie** [1] - 437:13
**life** [1] - 384:23
**light** [5] - 329:4, 382:10, 405:17, 405:24, 406:4
**limine** [1] - 436:25
**limiting** [2] - 283:3, 283:7
**line** [15] - 237:23, 253:25, 286:10, 324:9, 355:15, 368:23, 371:21, 371:22, 375:7, 375:8, 378:12, 383:8, 415:9, 415:11, 415:12
**Line** [1] - 355:17, 355:19, 357:23
**lines** [6] - 287:25, 293:24, 375:24, 376:3, 383:13, 409:10
**lingerie** [4] - 223:10, 223:11, 420:25, 421:1
**lips** [1] - 265:1
**list** [4] - 237:7, 237:10, 277:19, 288:16
**listed** [3] - 237:13, 238:7, 277:24
**lists** [1] - 364:11
**litigation** [1] - 296:5
**live** [2] - 307:2, 400:20
**living** [8] - 248:9, 327:2, 338:21, 339:3, 339:20, 366:17, 408:18, 408:19
**LLP** [3] - 216:21, 217:1, 217:6
**LMFA** [1] - 247:16
**lobby** [1] - 258:2
**lock** [1] - 354:18
**locked** [1] - 355:2
**LOL** [1] - 295:11
**longer-term** [1] - 345:1
**look** [29] - 220:16, 222:17, 223:19, 225:19, 232:1, 244:16, 250:10, 255:3, 257:19, 263:12, 280:25, 285:2, 287:24, 291:20, 291:23, 291:25, 293:2, 293:23, 294:5, 294:16, 295:5, 331:14, 343:15, 364:2, 368:22, 377:22, 381:4, 385:7, 390:18
**looked** [11] - 247:5, 280:5, 302:12, 304:10, 350:14, 368:21, 377:23,

390:23, 412:13, 421:20, 427:19
**looking** [6] - 251:19, 277:17, 289:24, 297:13, 385:14, 389:25
**looks** [3] - 223:23, 262:16, 292:6
**losing** [2] - 329:5, 385:12
**loss** [2] - 345:7, 345:8
**lost** [3] - 298:16, 306:10, 318:17
**loud** [2] - 232:20, 376:8
**louder** [1] - 436:6
**loudly** [1] - 376:9
**love** [9] - 227:3, 227:12, 227:18, 255:15, 255:21, 256:1, 256:8, 265:10, 265:19, 267:16, 268:19
**lower** [1] - 322:8
**lunch** [2] - 311:4, 311:8
**luncheon** [1] - 311:12
**Lytell** [10] - 402:20, 405:9, 416:16, 416:17, 417:4, 417:5, 436:23, 437:7, 437:11, 437:17
**LYTELL** [2] - 216:3, 216:16
**Lytell's** [1] - 422:24

## M

**ma'am** [6] - 233:16, 356:13, 365:5, 365:7, 369:11, 370:11
**machine** [4] - 305:2, 305:3, 305:10, 327:23, 328:2, 328:7
**machines** [2] - 367:17, 370:3
**mail** [7] - 217:11, 289:15, 294:2, 346:17, 362:24, 363:15, 365:1
**mails** [1] - 346:18
**Maine** [2] - 313:7, 313:8
**makeup** [1] - 396:24
**malfunction** [1] - 279:13
**man** [5] - 319:16, 319:20, 377:10, 404:12, 405:23
**Manhattan** [1] - 362:17
**March** [21] - 216:7, 238:16, 238:22, 251:8, 275:3, 281:14, 316:14, 318:20, 318:23, 319:3, 320:3, 320:13, 324:15, 339:21, 341:3, 342:5, 342:20, 346:6, 363:21, 377:24, 438:6
**Marie** [4] - 407:20, 407:21, 408:1, 408:4
**marijuana** [1] - 323:4
**marked** [11] - 219:7, 220:4, 226:6, 242:20, 254:8, 261:4, 262:8, 264:10, 271:13, 304:7, 317:12
**maroon** [1] - 243:19
**mask** [2] - 312:19, 400:6
**master** [1] - 433:7
**Matter** [1] - 433:8
**matter** [8] - 280:7, 283:4, 283:13, 345:23, 384:21, 384:22, 408:12
**matters** [1] - 282:25
**MATTHEW** [1] - 216:20
**MAY** [1] - 216:24
**McDonald** [11] - 300:20, 301:23, 309:4, 391:5, 391:14, 393:6, 393:10,

393:17, 394:6, 394:11, 394:15
**MCDONALD** [7] - 216:23, 317:23, 318:2, 335:5, 337:11, 337:13, 437:21
**McDonald's** [1] - 300:18
**mean** [27] - 262:25, 274:21, 282:11, 287:3, 287:21, 301:15, 314:3, 317:20, 342:22, 349:11, 349:12, 352:18, 353:2, 368:21, 377:15, 386:25, 394:23, 403:24, 405:19, 406:3, 409:4, 417:13, 417:18, 424:5, 429:16
**meaning** [5] - 245:8, 254:15, 269:9, 349:17, 385:5
**means** [5] - 247:17, 265:15, 267:18, 286:15, 293:8
**meant** [6] - 288:5, 348:23, 349:4, 349:8, 396:13, 416:4
**measure** [1] - 301:25
**medical** [4] - 257:10, 269:25, 326:22, 416:9
**meet** [15] - 287:15, 316:2, 316:3, 319:16, 378:8, 387:23, 403:8, 405:17, 408:7, 408:10, 408:20, 417:14, 417:15, 418:10, 418:15
**meeting** [12] - 243:4, 261:12, 275:16, 276:6, 295:2, 319:7, 346:5, 408:15, 409:17, 410:3, 418:5, 419:17
**meetings** [3] - 243:23, 286:4, 287:9
**meets** [1] - 437:1
**Melissa** [1] - 274:8
**member** [1] - 301:3
**memory** [3] - 325:21, 334:13, 392:1
**mended** [1] - 385:13
**mention** [2] - 295:19, 358:7
**mentioned** [4] - 286:11, 344:22, 354:16, 418:5
**message** [21] - 225:1, 225:5, 225:8, 227:19, 244:4, 244:7, 244:11, 252:14, 253:20, 253:22, 284:20, 284:24, 286:9, 291:11, 292:24, 294:13, 308:6, 320:19, 403:25, 404:1, 405:4
**messages** [16] - 233:23, 264:3, 278:19, 282:23, 285:1, 285:15, 285:23, 289:4, 291:19, 291:25, 294:6, 296:24, 307:22, 347:25, 380:10
**met** [32] - 221:17, 221:21, 236:21, 251:14, 254:3, 269:12, 273:5, 273:15, 275:15, 275:22, 276:9, 285:20, 286:23, 296:9, 314:10, 315:12, 315:17, 316:5, 345:24, 346:11, 386:7, 386:14, 392:15, 393:4, 402:16, 402:21, 402:23, 403:9, 409:18, 410:4, 419:4, 419:7
**MIA** [2] - 216:3, 216:16
**Mia** [57] - 402:20, 403:6, 403:7, 404:3, 404:6, 404:22, 404:25, 405:2, 405:9, 416:15, 416:16, 416:17, 416:18, 416:24, 417:4, 417:5, 417:6, 417:8, 417:23, 418:2, 418:10, 419:4, 419:13, 420:9, 420:24, 421:4, 421:17, 422:10, 422:18, 422:21, 422:24, 424:3, 424:10, 424:17, 425:7, 425:17, 426:8, 426:10,

427:12, 427:20, 428:3, 428:6, 428:13, 429:2, 429:25, 430:10, 430:20, 432:2, 432:8, 432:20, 434:5, 434:8, 434:20, 437:7, 437:11
**Mia's** [8] - 423:14, 423:17, 424:2, 427:23, 428:18, 428:20, 428:22, 428:24
**mic** [9] - 273:10, 293:16, 293:19, 293:20, 297:15, 376:6, 376:19, 386:1, 436:6
**MICHAEL** [1] - 217:8
**microphone** [5] - 218:24, 323:11, 323:12, 323:13, 406:13
**mics** [2] - 293:12, 436:3
**mid** [1] - 372:23
**middle** [3] - 322:4, 339:19, 341:4
**might** [3] - 274:6, 393:8, 410:11
**mildly** [1] - 290:16
**million** [5] - 384:22, 385:2, 385:12, 385:13, 385:14
**MIND** [1] - 260:15
**mind** [7] - 282:2, 282:4, 282:14, 351:10, 385:12, 435:1, 437:7
**mine** [2] - 421:10, 421:19
**minute** [3] - 376:15, 434:15, 436:1
**minutes** [23] - 243:13, 243:14, 272:16, 326:8, 334:19, 336:7, 338:13, 339:6, 339:7, 372:24, 373:3, 416:19, 416:21, 418:4, 420:4, 428:8, 430:11, 430:12, 431:20, 434:13
**missed** [2] - 231:4, 231:6
**missing** [1] - 305:22
**mistakes** [1] - 436:18
**mix** [1] - 386:23
**model** [3] - 401:11, 407:21, 415:6
**modeling** [8] - 349:2, 350:24, 401:13, 401:14, 401:15, 404:15, 404:16, 404:22
**models** [4] - 403:11, 405:17, 412:12, 412:13
**mom** [1] - 340:7
**moment** [10] - 240:9, 264:19, 279:3, 345:15, 387:6, 388:18, 399:8, 409:8, 409:14, 433:12
**mommy** [2] - 424:11, 424:13
**money** [6] - 236:8, 269:12, 315:13, 316:4, 342:9, 433:16
**month** [2] - 270:7, 287:2
**month's** [1] - 340:8
**months** [6] - 241:9, 274:25, 305:10, 318:24, 319:2, 437:14
**Moore** [3] - 399:16, 400:15, 413:6
**MOORE** [4] - 216:3, 216:16, 400:1, 439:15
**morning** [25] - 218:10, 218:14, 218:15, 250:7, 257:16, 257:20, 258:14, 260:4, 261:12, 262:1, 262:10, 267:14, 271:6, 272:8, 273:2, 273:4, 278:5, 278:18, 295:8, 298:3, 298:4, 435:2, 435:4, 438:1
**most** [3] - 236:2, 278:7, 285:22
**motion** [1] - 436:25

mouth [23] - 249:12, 249:16, 331:2, 331:4, 331:13, 331:20, 331:23, 334:5, 334:7, 334:9, 334:14, 334:18, 371:14, 390:15, 390:23, 396:4, 396:13, 428:16, 428:17, 428:18, 428:20, 428:22, 428:24
**move** [13] - 223:13, 293:21, 294:18, 324:5, 363:5, 364:7, 380:18, 394:11, 401:25, 402:14, 413:21, 436:2, 436:7
**moved** [4] - 251:6, 317:6, 413:19, 431:1
**moving** [2] - 432:8, 436:19
**MR** [243] - 218:13, 218:24, 219:2, 219:17, 219:18, 219:20, 219:23, 219:25, 220:1, 220:5, 222:17, 223:13, 224:16, 224:24, 225:3, 225:17, 226:3, 226:4, 226:21, 227:8, 228:2, 228:13, 230:3, 237:5, 237:14, 242:10, 242:17, 242:18, 242:22, 244:16, 246:15, 246:18, 249:6, 250:6, 250:12, 252:12, 253:2, 253:7, 253:11, 253:12, 253:18, 254:5, 254:6, 254:11, 259:3, 259:4, 259:6, 259:7, 260:4, 260:9, 260:13, 260:17, 260:21, 261:7, 261:19, 262:5, 262:6, 263:20, 264:1, 264:7, 264:8, 271:10, 271:11, 271:16, 271:24, 272:7, 277:7, 279:4, 280:17, 281:9, 281:12, 283:10, 283:17, 283:22, 296:16, 297:1, 297:11, 297:16, 297:21, 298:2, 299:7, 299:10, 301:7, 301:21, 301:23, 302:4, 302:8, 302:9, 303:14, 303:17, 303:21, 304:1, 304:4, 304:15, 304:19, 304:23, 305:1, 305:6, 305:9, 305:14, 305:17, 305:21, 307:21, 307:24, 308:22, 308:24, 308:25, 309:3, 309:4, 309:6, 309:10, 309:11, 309:24, 310:1, 310:19, 310:24, 311:2, 311:11, 312:6, 312:13, 312:15, 312:17, 315:10, 316:10, 317:7, 317:10, 317:14, 317:23, 318:2, 318:7, 319:9, 319:11, 319:13, 319:17, 319:23, 320:11, 321:15, 321:18, 321:23, 323:14, 323:21, 324:4, 324:11, 324:19, 327:18, 327:25, 328:5, 328:22, 331:6, 335:5, 337:11, 337:13, 341:1, 342:2, 343:25, 344:4, 344:8, 345:12, 348:17, 351:7, 351:15, 353:12, 353:15, 355:14, 355:18, 359:17, 363:7, 365:15, 372:20, 376:14, 380:20, 381:6, 385:24, 388:16, 388:21, 389:6, 389:8, 390:9, 391:1, 391:5, 391:14, 391:16, 393:6, 393:10, 393:17, 393:19, 394:6, 394:8, 394:11, 394:15, 394:17, 394:21, 394:25, 396:6, 396:14, 396:20, 398:2, 398:4, 399:1, 399:6, 399:8, 399:12, 399:14, 399:16, 400:8, 400:10, 400:12, 401:21, 401:23, 402:13, 406:19, 406:23, 407:4, 409:6, 409:12, 412:24, 413:2, 413:9, 413:17, 413:21, 413:25, 414:2, 415:14, 419:2, 419:21, 421:13, 423:10, 424:8, 431:23, 432:5, 434:14, 434:21, 436:22, 437:6, 437:11, 437:21, 437:23, 438:5, 439:5,

439:7, 439:10, 439:13, 439:16

**Mr. Grover** [66] - 272:1, 272:3, 272:24,
273:1, 273:9, 273:14, 275:18, 275:21,
276:12, 276:19, 276:22, 277:2, 277:8,
277:11, 278:24, 279:8, 280:14, 284:11,
284:13, 285:5, 285:10, 285:18, 288:15,
288:20, 290:8, 290:11, 291:18, 291:21,
291:22, 292:13, 292:15, 293:12,
293:15, 293:21, 293:22, 294:20,
296:18, 296:20, 297:2, 297:9, 301:8,
301:14, 301:17, 315:8, 372:21, 386:3,
387:2, 387:6, 387:9, 388:13, 389:5,
389:7, 391:10, 391:17, 393:20, 394:9,
394:18, 396:22, 397:5, 402:3, 406:15,
412:16, 419:22, 432:3, 439:6, 439:12

**Mr. Rosenberg** [81] - 279:18, 279:24,
280:12, 280:18, 281:1, 281:3, 281:7,
282:3, 282:7, 282:17, 282:21, 282:23,
283:13, 283:21, 317:5, 317:8, 319:8,
324:2, 328:23, 345:4, 345:14, 345:20,
347:13, 348:2, 353:14, 353:16, 353:18,
353:21, 355:6, 355:9, 355:12, 355:17,
355:19, 356:10, 358:10, 359:12,
359:18, 362:2, 362:19, 362:21, 363:5,
363:10, 363:12, 363:14, 364:5, 364:10,
365:16, 368:4, 368:7, 368:8, 371:20,
371:24, 372:19, 373:14, 373:15, 375:5,
375:10, 375:23, 376:2, 376:8, 376:12,
376:18, 376:21, 376:23, 376:24,
377:22, 378:1, 380:2, 380:5, 380:18,
381:7, 382:6, 385:18, 385:22, 391:18,
393:21, 394:10, 394:19, 413:19, 432:4,
439:11

**MULLIN** [1] - 217:6
**multiple** [1] - 437:1

# N

**naked** [3] - 247:16, 367:7, 370:24
**name** [15] - 228:16, 228:23, 234:12,
273:2, 274:8, 316:17, 320:4, 345:22,
368:17, 386:4, 400:14, 414:13, 414:16
**named** [1] - 270:10, 315:19, 362:25,
382:14, 383:9
**nanny** [1] - 286:12
**nasty** [1] - 429:19
**NATASHA** [2] - 216:3, 216:16
**Natasha** [3] - 242:25, 298:3, 304:5
**nature** [6] - 241:17, 327:17, 351:3,
351:4, 351:20, 415:7
**NDA** [1] - 359:11
**near** [3] - 277:23, 322:8, 411:6
**need** [26] - 246:13, 250:4, 251:23,
279:10, 280:25, 290:9, 297:15, 302:5,
309:10, 331:7, 331:8, 333:6, 350:2,
350:11, 383:12, 383:14, 384:22,
411:15, 411:17, 424:12, 432:22, 436:3,
436:6, 436:21, 438:3
**needed** [5] - 236:12, 279:9, 325:1,
350:13, 389:24

**negative** [1] - 260:6
**neglected** [1] - 292:11
**nervous** [2] - 323:11, 391:9
**never** [19] - 221:21, 236:6, 236:13,
239:21, 244:9, 258:11, 263:4, 270:17,
290:22, 290:24, 298:21, 346:6, 367:15,
368:3, 386:11, 386:14, 402:23, 416:5,
416:6
**NEW** [1] - 216:1
**new** [1] - 406:19
**New** [56] - 216:5, 216:19, 216:23,
217:3, 218:4, 224:3, 228:6, 229:8,
229:12, 232:3, 232:7, 232:25, 233:25,
234:14, 235:4, 235:16, 240:19, 241:1,
241:24, 245:3, 248:12, 251:8, 266:16,
267:5, 267:9, 287:8, 287:15, 292:9,
292:16, 321:3, 339:18, 339:20, 339:21,
346:6, 347:9, 348:7, 349:18, 349:20,
357:7, 358:1, 361:16, 361:18, 362:3,
377:7, 378:6, 384:5, 384:13, 384:14,
387:23, 408:21, 410:10, 411:3, 414:5,
414:8
**Newark** [1] - 358:2
**news** [2] - 344:16, 437:23
**newspaper** [1] - 379:16
**next** [45] - 223:13, 224:11, 227:15,
231:24, 234:17, 237:23, 241:21, 250:7,
252:17, 257:16, 259:9, 260:17, 260:24,
267:9, 267:12, 268:21, 279:25, 281:14,
281:25, 292:19, 293:4, 294:13, 295:8,
308:18, 312:5, 319:25, 320:3, 320:9,
320:12, 329:10, 341:6, 342:21, 361:24,
368:22, 399:5, 402:14, 422:1, 422:17,
424:10, 425:9, 428:10, 429:6, 434:13,
434:15, 435:9
**nice** [9] - 274:21, 307:10, 307:12,
307:17, 307:22, 311:8, 404:12, 405:23
**Nicole** [1] - 400:15
**night** [16] - 224:7, 230:17, 240:6,
249:20, 250:18, 306:17, 307:5, 339:13,
339:15, 339:19, 340:4, 340:13, 340:21,
340:22, 378:18, 392:18
**nightclub** [1] - 223:11
**nobody** [5] - 232:14, 296:8, 296:11,
296:14, 411:25
**noise** [2] - 282:20, 376:8
**non** [2] - 280:3, 280:8
**non-hearsay** [1] - 280:8
**non-party** [1] - 280:3
**nonconsensual** [6] - 243:18, 247:10,
248:20, 249:19, 251:11, 261:13
**nondisclosure** [6] - 289:20, 393:13,
393:16, 394:1, 416:13, 417:8
**none** [1] - 353:17
**nonparty** [1] - 282:24
**noon** [1] - 250:16
**normal** [1] - 247:24
**normally** [6] - 286:14, 286:15, 286:21,
286:22, 287:20
**nose** [1] - 265:4

**note** [6] - 242:7, 242:13, 242:23,
260:14, 307:12, 436:14
**notes** [1] - 307:17
**nothing** [8] - 238:21, 263:15, 263:16,
385:22, 396:16, 399:1, 402:10, 426:16
**notice** [2] - 220:17, 336:8
**noticed** [1] - 412:7
**November** [16] - 237:22, 238:4,
244:13, 244:17, 245:5, 245:7, 246:4,
247:15, 278:10, 278:13, 278:15,
278:17, 284:19, 285:3, 285:13, 285:17
**nowhere** [2] - 325:9, 362:12
**number** [11] - 234:8, 276:15, 280:15,
287:17, 302:2, 302:3, 302:5, 317:9,
365:1, 413:24, 436:3
**Number** [1] - 364:17
**numbers** [2] - 280:21, 280:24
**NY** [2] - 216:19, 216:23

# O

**o'clock** [3] - 255:6, 294:7
**O-4** [2] - 377:23
**O4** [3] - 280:3, 280:17, 348:2
**O4-1** [1] - 280:20
**O4-2** [1] - 280:20
**O4-3** [1] - 280:20
**O4-4** [1] - 280:20
**O4your** [1] - 280:18
**oath** [5] - 356:6, 358:5, 368:19, 372:4,
372:6
**object** [2] - 315:8, 317:8
**objected** [1] - 282:12
**objection** [67] - 219:18, 226:4, 242:18,
253:12, 254:6, 259:7, 261:2, 262:6,
264:8, 271:11, 277:7, 282:13, 283:2,
296:16, 297:1, 301:7, 308:22, 309:4,
317:5, 319:8, 319:12, 319:17, 324:3,
328:22, 328:23, 335:5, 337:11, 343:25,
344:8, 345:4, 348:17, 351:7, 351:15,
353:12, 363:7, 380:20, 381:5, 382:3,
391:5, 391:10, 391:14, 391:16, 391:17,
391:18, 393:6, 393:10, 393:17, 393:19,
393:20, 393:21, 394:6, 394:8, 394:9,
394:10, 394:15, 394:17, 394:18,
394:19, 401:21, 402:3, 412:16, 413:20,
419:21, 419:22, 432:3, 432:4, 437:22
**Objection** [1] - 309:3
**observe** [2] - 427:13, 427:20
**observed** [1] - 336:11
**obvious** [1] - 260:6
**obviously** [4] - 221:14, 229:16, 300:6,
396:17
**occasion** [11] - 248:19, 251:12, 256:3,
256:19, 289:1, 291:7, 350:22, 360:2,
368:12, 396:5, 415:20
**occasions** [5] - 276:15, 298:8, 306:16,
307:15, 359:3
**occur** [2] - 355:1, 355:4
**occurred** [4] - 238:21, 239:7, 290:16,

291:11

**October** [31] - 221:2, 221:8, 234:20, 236:19, 236:23, 237:2, 237:16, 237:17, 239:7, 239:14, 240:1, 242:15, 243:2, 244:1, 266:18, 266:21, 268:7, 269:19, 271:6, 289:13, 292:7, 293:2, 293:3, 294:8, 294:13, 303:19, 304:22, 305:3, 305:11, 306:17, 306:22

**OF** [2] - 216:1, 216:12

**offer** [10] - 219:17, 226:3, 242:17, 253:11, 254:5, 259:3, 262:5, 264:7, 271:10, 281:6

**offered** [3] - 260:15, 280:6, 412:3

**offering** [3] - 267:7, 281:11, 348:12

**office** [6] - 300:18, 302:11, 302:12, 314:14, 356:4, 391:4

**Official** [2] - 217:10, 353:25

**often** [4] - 284:8, 285:25, 286:4, 287:8, 402:11

**old** [5] - 221:23, 308:17, 358:21, 387:10, 401:20

**old-fashioned** [1] - 387:10

**older** [1] - 243:7

**OMG** [1] - 266:6

**once** [8] - 310:10, 330:11, 331:22, 332:8, 335:14, 359:4, 374:10, 431:17

**one** [60] - 225:24, 229:15, 229:16, 234:18, 234:19, 235:9, 238:10, 238:24, 239:7, 239:11, 247:1, 264:18, 264:21, 273:3, 278:7, 280:2, 280:21, 280:23, 282:18, 289:1, 289:23, 291:7, 297:13, 299:13, 299:14, 299:15, 300:1, 302:18, 303:3, 306:8, 307:25, 310:7, 311:10, 313:5, 314:13, 322:15, 325:8, 345:15, 353:10, 355:1, 357:20, 361:8, 361:10, 361:21, 363:24, 380:10, 388:18, 389:21, 396:22, 398:23, 399:8, 406:20, 409:8, 409:14, 417:9, 421:3, 426:14, 436:3

**one's** [2] - 282:12, 388:25

**ones** [4] - 220:24, 220:25, 304:10, 434:18

**open** [10] - 218:1, 254:13, 261:1, 271:18, 284:2, 312:2, 356:11, 373:7, 382:2, 398:1

**opening** [5] - 263:8, 280:6, 283:5, 300:20, 421:11

**opportunity** [1] - 381:4

**opposed** [1] - 437:20

**options** [1] - 249:23

**oral** [1] - 432:9

**Orange** [1] - 408:19

**order** [5] - 234:9, 275:19, 275:20, 319:6, 436:25

**ordered** [1] - 419:9

**ordering** [1] - 234:4

**originally** [3] - 250:24, 313:6, 400:22

**outfit** [3] - 223:8, 254:19, 421:17

**outfits** [6] - 420:22, 420:23, 420:24, 421:23, 422:1, 422:2

**outside** [6] - 296:14, 314:13, 374:10, 380:22, 381:1, 399:9

**overruled** [7] - 261:2, 282:13, 328:24, 337:17, 353:15, 382:3, 393:22

**Overruled** [7] - 254:7, 271:12, 344:9, 348:18, 351:8, 351:16, 353:13

**own** [7] - 229:12, 241:15, 249:14, 339:25, 357:11, 357:15, 388:1

**owned** [1] - 245:21

**owner** [9] - 245:15, 245:20, 245:25, 246:21, 247:1, 247:2, 247:4, 247:6, 247:13

**owners** [1] - 285:12

## P

**p.m** [37] - 225:2, 225:9, 225:15, 226:23, 227:7, 228:7, 228:15, 230:4, 230:13, 231:10, 231:14, 235:3, 244:17, 245:10, 246:3, 247:15, 251:20, 252:9, 252:15, 253:21, 253:25, 254:12, 254:25, 255:9, 264:13, 265:1, 266:5, 281:14, 285:17, 292:24, 293:3, 294:12, 305:18, 316:14, 320:12, 341:5, 342:20

**pacing** [1] - 338:22

**package** [3] - 242:5, 242:7, 242:14

**PAGE** [1] - 439:3

**page** [63] - 220:6, 220:24, 223:20, 224:25, 230:4, 232:1, 244:16, 250:10, 251:19, 252:17, 259:9, 260:24, 277:14, 277:15, 281:25, 285:3, 285:18, 288:17, 288:18, 291:25, 292:13, 292:19, 292:20, 293:25, 294:18, 294:22, 297:14, 297:23, 297:24, 299:2, 304:3, 304:24, 305:7, 305:18, 311:15, 316:11, 320:10, 320:12, 327:23, 327:25, 328:5, 328:6, 341:2, 341:4, 341:6, 355:15, 361:24, 371:21, 371:22, 375:7, 375:24, 377:24, 380:24, 381:10, 387:4, 399:20, 413:10, 418:18, 435:9

**Page** [7] - 255:3, 257:20, 266:11, 291:21, 348:3, 357:23, 376:3

**pages** [2] - 235:2, 385:19

**Paid** [1] - 277:24

**paid** [14] - 235:23, 236:1, 278:8, 284:21, 286:5, 286:7, 289:1, 289:13, 342:15, 342:17, 352:22, 370:9, 370:11, 410:11

**pain** [1] - 374:3

**Palmore** [11] - 220:5, 224:16, 228:13, 237:15, 288:17, 291:21, 359:21, 375:5, 375:25, 376:2, 380:2

**Palomar** [2] - 385:18, 387:4

**paper** [4] - 343:6, 368:16, 368:17, 369:8

**Paradise** [1] - 403:9

**paragraph** [6] - 286:9, 343:10, 359:22, 368:7, 368:23, 415:15

**part** [12] - 218:22, 277:23, 278:7, 285:22, 286:14, 358:18, 364:6, 368:22,

379:19, 405:6, 423:3, 424:6

**participated** [1] - 218:17

**participation** [2] - 368:23, 369:2

**particular** [5] - 220:17, 243:22, 256:19, 277:23, 350:23

**parties** [1] - 397:1

**party** [14] - 229:9, 229:18, 229:22, 229:24, 230:1, 230:10, 230:14, 231:1, 231:4, 231:6, 231:12, 280:3, 305:22, 306:5

**passport** [2] - 230:18, 306:10

**password** [1] - 258:6

**past** [1] - 326:20

**Patience** [4] - 407:20, 407:21, 408:1, 408:4

**Pause** [5] - 219:1, 387:8, 388:19, 399:11, 406:24

**pay** [5] - 241:6, 269:7, 269:10, 284:15, 357:15

**payment** [7] - 236:7, 237:13, 237:16, 278:13, 359:24, 415:17

**payments** [10] - 237:8, 237:10, 238:7, 277:19, 278:2, 286:25, 288:16, 288:22, 289:7, 289:9

**PayPal** [4] - 288:22, 289:14, 293:6, 293:25

**penetrate** [1] - 427:20

**penetrated** [4] - 330:24, 333:7, 427:12, 428:6

**penetrating** [2] - 429:1, 429:17

**penis** [1] - 427:19

**penthouse** [6] - 411:3, 411:6, 420:14, 420:17, 420:19, 420:21

**people** [8] - 260:18, 327:16, 349:11, 385:14, 392:14, 392:15, 392:16, 407:10

**perfect** [1] - 252:2

**Perfect** [2] - 233:20, 254:19

**perhaps** [1] - 351:17

**period** [4] - 287:3, 289:24, 290:2, 294:6

**permission** [6] - 330:17, 331:19, 332:20, 427:23, 427:25, 428:3

**permitted** [1] - 397:2

**person** [13] - 245:21, 275:10, 275:13, 296:13, 303:7, 360:2, 368:12, 378:18, 380:11, 407:19, 415:20

**personality** [1] - 419:20

**petit** [1] - 275:6

**phone** [11] - 230:18, 257:21, 298:11, 298:16, 298:23, 298:24, 298:25, 299:12, 299:13, 365:1, 365:4

**photo** [28] - 218:17, 218:22, 219:9, 221:22, 221:24, 222:11, 222:18, 224:12, 224:17, 224:21, 225:22, 226:11, 231:22, 273:23, 273:24, 274:3, 274:4, 274:5, 274:11, 274:16, 275:10, 294:24, 303:11, 305:23, 306:5, 406:9, 406:10, 406:12

**photograph** [19] - 220:7, 220:9, 220:11, 221:12, 222:9, 222:18, 223:14,

225:21, 226:10, 226:19, 226:25, 249:3, 249:8, 249:12, 249:15, 254:25, 255:14, 262:11, 294:22

**photographed** [1] - 305:10

**photographer** [7] - 221:13, 221:14, 221:17, 221:20, 222:13, 222:14, 274:6

**photographer's** [1] - 274:8

**photographers** [1] - 403:11

**photographs** [10] - 219:9, 219:12, 219:14, 219:19, 219:21, 220:2, 223:25, 224:5, 264:16, 405:17

**photos** [13] - 327:21, 350:1, 350:5, 350:9, 350:13, 351:3, 351:5, 352:4, 403:12, 412:8, 412:9, 412:11, 412:15

**phrase** [2] - 286:18, 286:21

**physical** [4] - 274:22, 300:4, 340:12, 345:9

**physically** [5] - 334:10, 425:3, 425:8, 425:11, 427:18

**pic** [1] - 227:17

**pick** [1] - 410:19

**pics** [2] - 225:6, 352:11

**picture** [8] - 227:23, 227:25, 231:19, 249:13, 249:14, 255:4, 261:23, 265:1

**pictures** [11] - 221:15, 350:18, 350:21, 350:23, 350:24, 350:25, 351:5, 351:12, 351:21, 352:1, 352:7

**piece** [4] - 223:17, 223:21, 327:22, 328:7

**place** [15] - 219:2, 222:11, 234:19, 240:24, 245:16, 274:11, 276:4, 281:20, 292:1, 295:18, 328:20, 329:1, 381:1, 396:3, 424:18

**placed** [1] - 371:14

**plague** [1] - 384:16

**plaintiff** [7] - 280:21, 281:5, 281:8, 399:5, 416:16, 436:9, 436:10

**Plaintiff's** [2] - 323:22, 343:8

**Plaintiff's Exhibit** [3] - 324:7, 359:16, 359:19

**Plaintiffs** [4] - 216:5, 216:15, 216:16, 312:11

**plaintiffs** [15] - 279:25, 281:18, 312:5, 312:7, 314:11, 314:13, 314:15, 314:17, 315:7, 379:20, 379:25, 399:16, 402:15, 402:17, 402:21

**Plaintiffs'** [3] - 282:19, 327:19, 368:4

**Plaintiffs's** [6] - 412:25, 413:23, 413:25, 415:9, 417:21, 440:25

**plan** [3] - 321:20, 321:24, 322:3

**plane** [4] - 267:8, 292:5, 386:17, 386:20

**planned** [1] - 250:24

**planning** [1] - 245:10

**plans** [1] - 245:11

**play** [19] - 271:16, 287:19, 287:21, 290:23, 296:18, 319:18, 355:6, 355:20, 356:10, 371:20, 375:5, 375:23, 375:25, 376:2, 385:19, 387:3, 405:18, 405:24, 406:4

**Playboy** [2] - 404:16, 404:23

**played** [9] - 271:18, 296:19, 356:11, 371:23, 375:9, 376:1, 376:5, 385:21, 387:5

**playing** [7] - 243:11, 243:14, 288:5, 288:9, 329:5, 355:11

**Playmate** [1] - 404:16

**Playmates** [2] - 404:13, 404:14

**pleased** [1] - 226:25

**plenty** [1] - 241:5

**Plexiglas** [1] - 436:4

**plowed** [1] - 275:19

**point** [21] - 227:10, 233:17, 233:20, 306:25, 321:21, 335:4, 335:7, 335:12, 339:1, 344:12, 365:7, 370:10, 370:12, 370:13, 390:4, 416:24, 426:11, 433:1, 434:8, 434:19, 434:21

**points** [1] - 266:6

**police** [6] - 257:12, 260:6, 343:3, 344:10

**pool** [6] - 239:15, 243:11, 243:14, 291:2, 309:20, 338:22

**popping** [1] - 252:16

**portion** [4] - 238:13, 239:4, 353:24, 369:1

**portions** [1] - 348:3

**pose** [4] - 221:11, 222:8, 223:24, 224:4

**posing** [5] - 221:20, 221:24, 222:21, 222:24, 223:16

**positive** [1] - 269:14

**possibility** [1] - 267:8

**possible** [3] - 353:19, 393:8, 436:20

**post** [5] - 258:21, 258:25, 260:17, 282:13, 308:12

**posted** [9] - 244:22, 258:14, 261:9, 261:23, 262:1, 262:11, 308:8, 308:9, 308:15

**posting** [1] - 261:14

**posts** [1] - 308:1

**potential** [1] - 283:17

**potentially** [4] - 368:24, 369:2, 369:9, 369:12

**pounds** [2] - 275:6

**POWERS** [1] - 216:10

**Powers** [19] - 217:2, 224:21, 225:5, 225:9, 226:9, 226:20, 227:3, 228:6, 228:10, 228:15, 228:22, 228:25, 229:7, 229:16, 230:5, 230:25, 232:2, 232:9, 232:17, 232:23, 233:3, 233:16, 233:23, 234:3, 234:24, 235:3, 244:21, 245:8, 245:14, 245:24, 246:9, 246:20, 247:13, 248:7, 250:7, 250:14, 250:17, 251:1, 252:2, 255:1, 255:6, 255:11, 257:17, 258:5, 273:5, 273:15, 274:2, 274:14, 274:19, 274:24, 275:5, 275:15, 275:22, 276:6, 276:9, 278:20, 282:24, 283:1, 283:10, 283:11, 285:1, 285:15, 285:23, 285:25, 286:5, 286:24, 288:22, 289:9, 289:12, 290:5, 290:19, 291:1, 291:8, 292:1, 292:12, 293:6, 295:2, 295:13,

295:20, 296:14, 296:22, 298:8, 299:4, 302:17, 306:2, 315:4, 315:15, 320:24, 342:18, 344:13, 386:5, 386:8, 386:17, 387:1, 388:6, 405:8, 407:9, 408:7, 408:25, 409:1, 409:4, 410:2, 410:6, 410:13, 410:22, 411:23, 411:24, 412:1, 412:20, 414:9, 414:10, 414:24, 416:7, 417:1, 417:6, 417:19, 418:8, 437:12, 437:16

**Powers'** [2] - 273:3, 298:25

**Powers's** [1] - 403:3

**practice** [1] - 397:1

**preceding** [1] - 292:11

**prefaced** [1] - 337:13

**prefer** [2] - 384:15, 436:16

**pregnant** [3] - 274:24, 274:25, 275:10

**preparation** [1] - 302:22

**prepare** [7] - 302:22, 302:24, 313:23, 313:25, 402:1, 402:6, 402:9

**prepared** [1] - 387:9

**prescribed** [2] - 270:3, 310:13

**prescription** [2] - 270:2, 270:23

**presence** [1] - 260:2

**present** [9] - 221:14, 231:19, 274:4, 274:14, 284:2, 373:7, 391:20, 392:4, 397:2

**presiding** [1] - 218:5

**pretty** [4] - 316:7, 322:23, 345:9, 354:20

**previous** [3] - 288:10, 294:7, 354:20

**problem** [4] - 245:16, 245:25, 246:7, 283:16

**problems** [2] - 247:6, 250:17, 284:8

**procedure** [2] - 397:1, 438:2

**proceed** [6] - 272:9, 273:9, 302:4, 383:25, 399:14, 400:9

**proceeding** [1] - 436:16

**Proceedings** [1] - 217:12

**proceedings** [5] - 272:18, 387:8, 388:19, 399:11, 406:24

**produced** [1] - 217:12

**profanities** [3] - 431:22, 431:25

**professional** [1] - 415:25

**profile** [2] - 414:21, 414:23

**progress** [1] - 435:2

**proof** [2] - 281:23

**proper** [1] - 253:13

**propose** [1] - 219:21

**provide** [7] - 269:15, 269:22, 269:25, 270:16, 270:21, 320:16, 412:20

**provided** [11] - 222:3, 269:6, 269:9, 269:11, 269:18, 270:2, 270:9, 324:25, 359:11, 359:13, 410:16

**providing** [1] - 228:22

**proximity** [1] - 392:14

**psychiatric** [1] - 270:22

**psychological** [3] - 270:22, 345:2, 345:5

**PTSD** [2] - 310:8, 345:7

**publish** [4] - 220:6, 225:3, 242:22,

250:13
**published** [22] - 285:4, 288:19, 290:14, 292:3, 292:14, 292:21, 294:19, 297:20, 299:9, 303:16, 304:25, 305:8, 305:16, 307:23, 363:11, 364:3, 368:6, 377:25, 382:8, 388:24, 413:1, 413:11
**pull** [4] - 291:18, 304:16, 318:3, 323:13
**pulled** [1] - 421:15
**punch** [3] - 377:18, 430:23, 433:2
**punched** [9] - 291:6, 309:17, 332:12, 374:8, 378:18, 426:2, 428:3, 430:17, 431:13
**punching** [1] - 429:17
**purchase** [2] - 386:17, 386:20
**purportedly** [1] - 295:20
**purpose** [3] - 224:4, 268:3, 280:8
**purposes** [2] - 355:10, 355:11
**purse** [1] - 230:18
**pushed** [3] - 426:23, 426:24, 427:1
**put** [58] - 244:23, 262:18, 290:16, 299:7, 302:2, 303:15, 304:23, 305:14, 307:21, 308:6, 309:12, 316:11, 321:15, 323:21, 327:18, 331:2, 331:4, 331:13, 331:19, 332:2, 332:4, 332:6, 334:6, 334:14, 341:2, 343:8, 348:2, 359:18, 362:19, 363:10, 364:14, 364:23, 365:1, 365:2, 365:5, 365:6, 365:7, 368:17, 382:7, 388:17, 389:23, 396:12, 409:7, 412:25, 420:22, 421:6, 421:14, 421:23, 422:1, 422:2, 423:7, 423:8, 423:12, 424:9, 428:22, 428:24, 431:4, 435:1
**puts** [1] - 262:17
**putting** [3] - 300:14, 356:15, 396:4
**PX36** [1] - 249:7

## Q

**QUESTION** [6] - 357:25, 358:2, 387:23, 388:1, 388:3, 388:6
**questioned** [1] - 274:10
**questioning** [1] - 317:25
**questions** [31] - 236:18, 253:15, 260:6, 269:3, 271:24, 297:9, 298:5, 299:20, 300:4, 303:10, 303:11, 305:22, 306:15, 310:2, 310:20, 322:12, 345:12, 349:3, 357:21, 358:4, 366:4, 379:1, 379:14, 386:5, 388:13, 389:1, 389:9, 389:16, 391:2, 392:17, 392:21
**quick** [1] - 227:9
**Quick** [1] - 417:10
**quickly** [5] - 227:9, 291:23, 417:12, 417:13, 436:19
**quite** [2] - 340:17, 406:11
**quote** [1] - 238:19

## R

**raise** [3] - 312:10, 399:18, 436:22
**raised** [1] - 396:7
**rape** [6] - 307:11, 344:20, 426:7,
426:19
**raped** [5] - 309:19, 396:15, 429:14, 429:16, 430:10
**raping** [1] - 430:20
**rather** [5] - 240:24, 319:19, 404:18, 414:22, 431:5
**reach** [2] - 236:11, 365:10
**reaction** [2] - 336:9, 336:11
**read** [29] - 242:23, 285:19, 286:10, 315:6, 317:24, 318:1, 318:2, 318:4, 325:3, 325:7, 353:18, 353:22, 353:24, 354:22, 357:24, 360:5, 366:2, 368:15, 368:16, 368:18, 368:19, 369:1, 369:4, 379:15, 396:11, 415:1, 415:4, 415:7, 415:9
**Reading** [1] - 387:22
**reading** [1] - 415:23
**realize** [2] - 227:8, 279:8
**realized** [2] - 228:10, 242:2
**really** [17] - 282:6, 310:15, 325:4, 330:18, 330:19, 343:7, 343:12, 349:2, 350:1, 350:10, 354:14, 370:1, 378:17, 386:23, 403:12, 431:15, 436:19
**reason** [6] - 229:21, 230:25, 231:1, 245:14, 306:11, 336:18
**reasons** [1] - 300:1
**recalled** [2] - 243:1, 243:10
**receipts** [2] - 236:5, 236:14
**receive** [2] - 313:17, 364:24
**received** [23] - 226:5, 237:8, 237:10, 241:9, 242:19, 262:7, 264:9, 270:1, 271:12, 276:23, 279:1, 283:8, 317:11, 320:19, 324:6, 324:7, 351:19, 363:8, 363:9, 382:5, 412:19, 413:22, 413:23
**recess** [9] - 272:16, 272:18, 279:16, 283:23, 283:25, 311:10, 311:12, 373:3, 373:6
**recognize** [4] - 258:18, 258:21, 263:13, 380:8
**recognized** [1] - 412:13
**recollection** [2] - 302:15, 409:11
**record** [13] - 260:1, 270:21, 301:8, 301:9, 306:1, 353:24, 395:2, 406:16, 421:13, 423:10, 424:8, 436:13, 436:18
**recorded** [1] - 217:12
**records** [2] - 269:11, 269:25
**recourse** [1] - 343:7
**red** [8] - 248:23, 422:2, 422:5, 422:10, 422:12, 433:12, 433:18, 434:9
**redeye** [1] - 320:6
**REDIRECT** [4] - 298:1, 388:20, 439:7, 439:13
**redirect** [5] - 254:10, 260:20, 271:25, 297:10, 388:15
**refer** [1] - 282:24
**reference** [2] - 277:15, 355:15
**references** [2] - 407:11, 407:13
**referred** [6] - 222:5, 222:12, 222:21, 267:7, 283:4, 357:21
**referring** [6] - 230:23, 231:9, 245:20,

284:23, 284:25, 378:20
**reflect** [3] - 421:13, 423:10, 424:8
**reflected** [1] - 278:6
**refreshing** [1] - 409:11
**regard** [2] - 239:14, 327:22
**regarding** [4] - 317:3, 317:18, 436:25, 437:16
**regards** [3] - 329:21, 393:25, 410:3
**reimbursed** [1] - 235:20
**reimbursing** [1] - 286:12
**related** [4] - 282:18, 289:4, 383:21, 383:24
**relates** [2] - 279:24, 288:18
**relation** [3] - 301:1, 425:8, 425:11
**relationship** [10] - 275:23, 275:24, 290:3, 307:18, 377:19, 378:22, 398:10, 398:18, 403:18, 408:3
**relationships** [1] - 398:17
**Release** [1] - 415:13
**releases** [1] - 415:6
**relevance** [4] - 336:2, 380:20, 381:5, 401:22
**relevant** [1] - 260:15
**relive** [1] - 310:17
**remain** [1] - 362:6
**remained** [7] - 240:4, 358:9, 358:16, 358:18, 374:10, 374:13, 374:15
**remember** [48] - 240:17, 243:7, 254:2, 257:3, 272:13, 274:6, 275:9, 278:11, 299:3, 303:11, 305:24, 306:19, 311:6, 315:25, 318:23, 321:7, 326:24, 331:16, 335:16, 342:12, 342:17, 343:12, 347:16, 372:15, 372:16, 372:25, 387:24, 388:3, 389:11, 392:10, 398:8, 407:23, 408:11, 410:7, 411:24, 415:23, 419:25, 421:17, 424:24, 427:22, 428:22, 428:23, 433:8, 434:24, 436:24, 437:4, 437:5
**remembered** [4] - 243:4, 243:13, 243:17, 243:22
**reminded** [1] - 304:22
**rented** [1] - 245:22
**repeat** [6] - 286:17, 286:18, 317:15, 368:25, 372:11, 393:23
**repeatedly** [1] - 229:7
**repetitive** [1] - 291:24
**rephrase** [11] - 328:14, 346:10, 347:15, 347:18, 348:19, 350:6, 352:6, 369:23, 373:19, 393:1, 398:14
**reply** [1] - 233:12
**Reporter** [3] - 217:9, 217:10, 353:25
**REPORTER** [1] - 353:17
**reporter** [1] - 353:22
**reporting** [1] - 282:14
**represent** [2] - 345:23, 386:4
**representation** [1] - 272:10
**represented** [2] - 355:23, 356:1
**request** [4] - 266:13, 275:20, 283:3, 397:3
**requested** [2] - 353:24, 420:24

**research** [1] - 434:25
**reservations** [2] - 285:23, 285:25
**reserved** [3] - 436:24, 437:4, 437:5
**residence** [1] - 339:25
**resources** [1] - 241:5
**respond** [4] - 229:5, 266:13, 268:10, 348:7
**responded** [5] - 235:8, 255:11, 256:13, 291:8, 295:10
**responds** [2] - 266:6, 268:7
**response** [2] - 240:21, 246:3, 268:18
**rest** [1] - 374:13
**restaurant** [2] - 234:12, 418:14
**restrained** [1] - 343:20
**result** [1] - 345:6
**resumed** [1] - 373:10
**resumé** [7] - 363:2, 364:2, 364:4, 364:14, 365:4, 365:5, 365:7
**return** [4] - 292:22, 359:24, 415:16, 433:14
**returned** [10] - 234:14, 234:17, 237:21, 237:25, 239:9, 239:11, 240:8, 248:17, 251:1, 298:21
**reunited** [1] - 255:11
**review** [2] - 384:23, 391:3
**reviewing** [1] - 278:19
**REYES** [4] - 216:4, 216:17, 312:11, 439:9
**Reyes** [24] - 279:25, 280:3, 281:16, 281:21, 282:19, 312:7, 312:18, 316:20, 324:9, 343:11, 345:22, 346:5, 347:19, 348:5, 348:11, 351:14, 357:6, 363:13, 364:11, 373:16, 376:25, 382:9, 386:6, 387:12
**Reyes'** [2] - 375:7, 376:3
**Reyes's** [1] - 385:19
**RICHTER** [1] - 217:6
**rid** [1] - 275:19
**right-hand** [2] - 322:5, 322:8
**rise** [1] - 218:2
**Rockford** [2] - 400:23, 400:24
**role** [2] - 319:18, 329:5
**role-playing** [1] - 329:5
**romantically** [1] - 377:10
**rooftop** [7] - 418:11, 418:13, 418:15, 419:8, 419:11, 420:2, 420:7
**room** [42] - 222:5, 222:12, 222:21, 248:23, 300:9, 300:23, 301:5, 302:12, 302:13, 303:1, 306:8, 322:4, 325:22, 327:2, 328:10, 337:9, 337:12, 337:15, 337:16, 337:18, 338:11, 338:21, 366:17, 367:18, 367:23, 391:22, 391:24, 392:2, 392:3, 392:14, 392:16, 422:2, 422:5, 422:6, 422:10, 422:12, 433:7, 433:12, 433:14, 433:18, 434:9
**Room** [2] - 411:4, 411:6
**rooms** [2] - 322:2, 322:7
**rope** [9] - 329:25, 330:2, 330:9, 330:12, 337:19, 423:1, 423:8, 423:25, 424:1

**ROSENBERG** [8] - 216:24, 283:10, 319:17, 365:15, 372:20, 376:14, 401:21, 419:21
**Rosenberg** [2] - 317:14, 345:23
**rough** [1] - 368:1
**routine** [1] - 247:24
**routinely** [2] - 286:16, 286:23
**RUBIN** [1] - 216:9
**Rubin** [245] - 216:22, 217:7, 218:23, 220:23, 221:2, 224:14, 225:23, 227:22, 229:12, 229:23, 230:23, 231:18, 231:21, 233:1, 234:1, 234:18, 235:17, 235:24, 236:21, 236:24, 237:11, 237:22, 238:1, 239:3, 239:22, 240:2, 240:8, 241:10, 242:8, 242:14, 243:4, 243:23, 244:4, 245:8, 245:22, 247:12, 248:5, 251:14, 252:7, 252:9, 252:14, 253:20, 254:2, 254:12, 254:17, 254:23, 255:1, 255:4, 255:23, 256:13, 256:20, 258:11, 261:12, 262:10, 263:5, 263:9, 264:3, 264:14, 266:5, 266:19, 267:11, 268:4, 268:7, 268:10, 269:12, 270:24, 271:6, 271:20, 273:16, 275:23, 276:14, 278:6, 283:2, 283:12, 283:14, 284:22, 285:20, 286:24, 287:6, 287:10, 287:15, 288:10, 288:24, 289:16, 290:22, 291:5, 295:2, 295:15, 298:8, 300:2, 300:9, 301:1, 301:4, 302:14, 302:25, 306:23, 307:15, 314:25, 315:12, 315:17, 315:18, 316:1, 319:1, 319:7, 323:5, 323:19, 324:24, 325:11, 325:25, 326:1, 326:9, 326:12, 326:19, 327:1, 327:11, 328:11, 329:2, 329:7, 329:17, 329:19, 330:17, 330:21, 331:19, 332:18, 333:3, 333:15, 333:17, 333:20, 334:21, 335:19, 335:22, 335:25, 336:6, 336:9, 336:15, 337:20, 337:21, 337:23, 338:7, 338:12, 338:15, 338:19, 339:1, 339:3, 340:19, 344:13, 345:23, 346:6, 346:11, 346:20, 347:17, 347:20, 359:5, 360:1, 360:8, 360:19, 362:9, 366:7, 366:14, 366:18, 367:3, 369:17, 371:10, 374:15, 374:20, 377:2, 378:8, 379:4, 379:5, 379:11, 379:20, 387:24, 391:20, 392:7, 392:18, 392:22, 393:5, 393:9, 393:14, 393:25, 396:24, 398:6, 403:13, 405:14, 405:16, 408:7, 408:10, 408:15, 408:20, 409:17, 409:18, 410:2, 410:3, 414:17, 414:23, 415:18, 417:17, 417:19, 418:6, 418:10, 418:15, 419:4, 419:5, 419:7, 419:15, 419:18, 420:11, 422:10, 422:23, 422:24, 423:8, 423:13, 423:17, 423:23, 424:1, 424:10, 424:18, 425:10, 425:11, 425:17, 426:5, 426:13, 426:18, 426:25, 427:3, 427:15, 427:20, 427:23, 428:6, 429:1, 429:18, 429:24, 430:10, 430:19, 430:20, 431:3, 431:10, 431:21, 432:11, 433:9, 433:11, 434:10, 437:12, 437:15
**Rubin's** [18] - 219:14, 221:19, 223:5,

224:7, 229:8, 241:22, 246:1, 247:2, 249:20, 291:2, 295:3, 315:2, 339:15, 358:12, 389:10, 391:4, 403:3, 419:20
**Russian** [2] - 411:4, 411:6

## S

**S-4** [2] - 363:9, 440:21
**sadomasochistic** [6] - 360:1, 368:11, 369:21, 369:25, 415:19, 416:4
**safe** [35] - 326:9, 326:12, 326:14, 326:16, 326:17, 326:19, 326:24, 327:1, 333:25, 334:2, 335:14, 335:17, 335:19, 336:1, 336:5, 336:8, 366:7, 367:15, 370:16, 370:21, 372:7, 372:9, 372:13, 372:14, 373:16, 373:20, 373:24, 374:2, 374:7, 374:9, 433:5, 433:6, 433:18, 433:20
**salad** [2] - 234:4, 234:9
**Salome** [2] - 270:10, 270:16
**Sam** [2] - 362:20, 363:6
**sat** [2] - 366:22, 422:17
**Saturday** [1] - 265:9
**save** [3] - 246:17, 279:20, 344:1
**saw** [21] - 226:19, 258:11, 274:19, 277:21, 284:9, 289:4, 289:23, 305:7, 305:15, 307:10, 307:12, 307:25, 344:16, 344:21, 367:17, 367:20, 369:6, 369:17, 379:4, 392:18, 412:15
**Saydah** [2] - 297:12, 297:22, 299:7, 303:14, 304:23, 305:7, 305:14, 307:21, 316:12, 318:8, 319:24, 320:11, 321:15, 323:21, 324:11, 324:19, 327:18, 341:1, 342:19, 343:8, 388:17, 409:6, 409:16, 412:24, 413:9, 415:14, 431:23
**scared** [1] - 343:6
**schedule** [1] - 284:15
**SCHLAM** [1] - 217:1
**SCHMIDT** [1] - 216:20
**schooling** [2] - 313:13, 313:17
**schools** [3] - 400:25, 401:1, 401:3
**Schvartsman** [3] - 377:13, 378:20
**scissor** [1] - 432:22
**screen** [14] - 219:6, 263:14, 263:22, 266:8, 273:20, 277:18, 279:5, 290:8, 297:19, 318:2, 380:6, 382:7, 387:18, 436:5
**scroll** [5] - 266:9, 285:18, 297:22, 297:24, 305:19
**seat** [1] - 400:5
**seated** [7] - 218:9, 272:22, 284:6, 312:4, 312:19, 373:12, 436:1
**seats** [1] - 392:9
**Seattle** [3] - 248:10, 248:12, 251:4
**second** [20] - 225:12, 235:9, 239:11, 244:23, 264:21, 277:14, 287:24, 301:3, 301:10, 301:12, 302:1, 304:24, 316:23, 327:25, 329:12, 343:10, 359:22, 368:7, 376:13, 415:15
**seconds** [4] - 320:13, 341:5, 342:20,

368:16

**section** [2] - 226:11, 287:25
**secure** [1] - 352:7
**securely** [1] - 390:20
**see** [126] - 219:6, 225:5, 225:11, 225:15, 227:5, 227:13, 228:8, 228:18, 229:3, 229:12, 230:5, 231:16, 231:21, 232:4, 232:21, 233:10, 233:14, 233:18, 234:10, 235:17, 237:7, 242:24, 244:19, 245:12, 245:18, 246:11, 251:21, 253:9, 253:24, 255:16, 257:24, 258:3, 258:16, 258:19, 258:22, 261:21, 262:13, 263:4, 263:5, 263:13, 263:21, 264:2, 264:18, 265:5, 265:10, 265:11, 266:8, 266:12, 266:13, 266:23, 267:3, 267:22, 268:1, 268:4, 268:14, 268:23, 271:3, 278:13, 278:22, 282:13, 284:23, 285:6, 292:5, 292:19, 295:8, 297:18, 297:23, 299:2, 303:18, 304:2, 304:5, 308:19, 309:1, 309:7, 311:8, 316:13, 316:15, 316:20, 316:23, 320:2, 320:7, 320:14, 320:17, 321:24, 323:23, 323:25, 324:13, 327:13, 327:23, 331:8, 332:6, 334:24, 335:9, 342:5, 342:8, 344:2, 348:5, 352:15, 360:3, 362:22, 362:24, 363:17, 364:8, 364:20, 369:10, 378:13, 378:15, 381:5, 382:11, 383:16, 384:6, 388:25, 413:4, 413:12, 415:16, 415:21, 415:22, 423:6, 425:17, 432:8, 433:18, 433:20, 435:4, 437:25
**seeing** [9] - 245:10, 273:16, 276:20, 286:11, 289:16, 295:22, 298:22, 306:23, 318:6
**seek** [1] - 257:10
**seem** [3] - 220:19, 279:3, 296:25
**selected** [5] - 225:22, 226:10, 226:14, 226:20, 227:1
**send** [18] - 228:16, 229:1, 232:9, 235:4, 244:11, 244:23, 307:11, 320:4, 350:1, 350:9, 350:10, 350:18, 350:20, 350:21, 364:22, 365:9, 434:23
**sending** [7] - 242:15, 266:2, 293:25, 299:4, 307:16, 352:3, 382:13
**sends** [3] - 225:14, 287:20, 288:12
**sent** [32] - 225:5, 226:9, 235:9, 242:5, 242:14, 242:23, 253:14, 253:20, 254:2, 255:6, 255:14, 263:9, 264:13, 264:16, 264:24, 265:1, 265:7, 270:25, 271:5, 271:20, 292:6, 292:12, 306:1, 308:3, 346:17, 351:5, 352:1, 352:2, 352:7, 352:11, 365:9, 393:14
**separate** [1] - 380:11
**separately** [1] - 307:13
**September** [19] - 231:24, 232:2, 232:17, 233:3, 234:17, 235:3, 263:9, 264:3, 264:12, 264:13, 264:25, 266:5, 266:11, 290:12, 291:12, 291:15, 292:1, 292:17, 294:11
**serious** [1] - 310:6
**service** [1] - 257:22

**session** [2] - 218:4, 222:19
**set** [3] - 292:22, 319:6, 382:9
**sets** [1] - 380:11
**seven** [1] - 274:24
**several** [15] - 224:20, 236:1, 267:24, 318:24, 319:2, 322:20, 322:22, 359:3, 373:22, 385:11, 401:2, 401:3, 419:12, 436:8, 437:14
**sex** [11] - 287:22, 288:5, 288:9, 306:16, 307:6, 307:15, 327:16, 367:20, 369:21, 393:9
**sexual** [18] - 281:16, 306:22, 308:15, 345:8, 351:20, 356:22, 359:25, 360:13, 367:23, 368:1, 368:10, 369:17, 369:25, 370:3, 401:17, 410:11, 415:18
**sexually** [10] - 330:24, 332:11, 333:5, 333:17, 334:10, 334:21, 335:19, 335:22, 335:25, 336:15, 336:18, 336:21, 339:16, 340:19, 351:12, 352:1, 352:3, 392:19, 394:4, 398:6
**sexy** [1] - 265:8
**SHEPPARD** [1] - 217:6
**shock** [1] - 256:4
**Shon** [19] - 403:16, 403:17, 404:3, 404:6, 404:7, 404:9, 404:23, 405:2, 405:4, 405:5, 405:7, 406:1, 406:3, 406:8, 407:7, 407:23, 408:6, 408:9, 410:2
**shoot** [23] - 218:17, 218:22, 219:9, 221:24, 222:11, 222:18, 224:12, 224:18, 224:21, 225:22, 226:11, 231:22, 273:23, 273:25, 274:3, 274:4, 274:5, 274:11, 274:16, 275:11, 303:11, 305:23, 306:5
**shoots** [7] - 221:22, 406:9, 406:10, 406:12, 406:22, 407:1, 407:3
**shop** [1] - 251:23
**shopping** [1] - 265:19
**short** [3] - 259:8, 280:19, 380:21
**shorten** [1] - 272:8
**shorter** [2] - 372:21, 372:22
**shortly** [6] - 254:22, 279:14, 309:14, 340:18, 377:1, 382:25
**shot** [1] - 227:4
**show** [19] - 220:5, 224:24, 225:17, 230:1, 242:10, 249:6, 252:12, 258:17, 260:15, 261:19, 271:2, 276:25, 321:20, 336:13, 350:14, 354:19, 362:19, 380:3, 423:5
**showed** [8] - 220:12, 220:20, 247:4, 249:3, 249:9, 416:15, 416:18, 416:25
**showing** [3] - 226:10, 226:17, 422:3
**shown** [4] - 220:3, 220:24, 235:2, 276:17
**shows** [4] - 226:14, 227:19, 281:21, 292:4
**side** [5] - 300:14, 300:16, 322:5, 322:8, 394:22
**Side** [3] - 395:2, 396:1, 397:7
**side-bar** [1] - 394:22

**Side-bar** [3] - 395:2, 396:1, 397:7
**sidebar** [1] - 259:8, 380:21, 381:1
**Sidebar** [4] - 260:1, 260:23, 380:22, 381:8
**sign** [14] - 323:19, 325:1, 325:5, 325:7, 360:19, 360:23, 361:4, 362:4, 384:23, 412:21, 414:4, 414:7, 415:4, 416:12
**signature** [4] - 324:13, 413:12
**signed** [27] - 273:19, 274:1, 324:16, 324:22, 325:17, 325:19, 325:21, 325:23, 325:25, 343:6, 360:16, 360:18, 365:14, 365:17, 366:2, 366:20, 368:17, 383:1, 393:16, 394:1, 396:7, 415:3, 415:6, 415:23, 416:9, 416:13, 417:9
**significant** [1] - 437:6
**signing** [11] - 289:20, 343:12, 365:20, 383:2, 383:4, 390:1, 390:2, 390:5, 394:13, 414:3, 417:8
**similar** [5] - 220:15, 220:16, 220:20, 220:25
**simply** [1] - 374:25
**sit** [3] - 347:12, 396:12, 422:14
**sitting** [4] - 326:10, 338:22, 392:6, 396:24, 425:13, 425:14
**situated** [2] - 316:24, 352:12
**situation** [2] - 303:4, 326:17
**six** [6] - 219:21, 219:22, 276:2, 288:10, 289:19, 402:15
**size** [1] - 343:9
**skip** [1] - 368:18
**SKIPSEY** [1] - 216:25
**slapped** [1] - 427:9
**sleep** [4] - 240:12, 270:7, 310:13, 340:24
**slept** [1] - 257:8
**slightly** [2] - 285:19, 406:20
**slower** [1] - 246:14
**smacked** [4] - 265:24, 426:12, 427:7, 427:25
**smacking** [1] - 425:2
**small** [1] - 392:3
**smaller** [5] - 220:19, 220:21, 321:23, 322:7, 327:6
**smile** [1] - 263:1
**Smiley** [1] - 225:6
**smiley** [4] - 227:15, 232:19, 235:8, 253:24
**smiling** [3] - 223:14, 223:16, 262:20
**smoking** [1] - 342:11
**smoother** [1] - 436:2
**so-called** [1] - 318:20
**social media** [6] - 260:17, 308:8, 308:9, 308:12, 308:19, 309:7
**sole** [1] - 224:4
**solely** [2] - 283:8, 288:18
**someone** [10] - 230:18, 348:14, 364:20, 364:22, 382:13, 382:14, 384:23, 386:20, 389:25, 411:18
**sometime** [2] - 296:12, 366:7
**sometimes** [2] - 236:3, 236:4

**somewhat** [1] - 227:9
**somewhere** [2] - 334:19
**son** [4] - 308:17, 308:18, 309:1, 309:7
**soon** [3] - 242:24, 281:15, 351:19
**sore** [1] - 340:24
**sorry** [60] - 225:11, 231:4, 231:6, 234:23, 246:15, 247:13, 251:4, 252:16, 255:18, 255:20, 258:19, 258:22, 258:23, 259:4, 264:12, 268:10, 270:13, 273:8, 274:21, 286:17, 287:24, 288:1, 288:2, 293:10, 295:17, 296:13, 297:14, 306:2, 319:11, 322:24, 329:4, 335:10, 335:11, 340:15, 348:24, 351:10, 353:20, 368:25, 372:11, 375:14, 389:7, 390:9, 398:14, 399:12, 404:20, 405:21, 405:22, 407:2, 412:11, 414:1, 416:20, 416:23, 420:4, 425:23, 426:15, 426:16, 429:15, 432:9, 433:9, 433:16
**Sorry** [2] - 230:17, 298:3
**sounded** [1] - 425:2
**sounds** [4] - 257:21, 301:12, 334:14, 389:20
**spank** [2] - 366:24, 366:25
**spanked** [2] - 330:24, 332:12
**spanking** [1] - 329:4
**speaking** [3] - 227:8, 314:1, 407:8
**specific** [3] - 243:2, 333:22, 374:6
**specifically** [1] - 243:10
**specificity** [1] - 347:14
**specifics** [1] - 429:15
**spend** [5] - 232:24, 249:20, 307:5, 339:15, 420:2
**spending** [1] - 339:13
**spent** [3] - 239:3, 306:17, 339:20
**spoken** [4] - 296:4, 346:6, 346:11, 366:21
**stand** [9] - 220:13, 272:17, 272:20, 279:16, 279:23, 294:10, 312:7, 373:10, 399:13
**standard** [1] - 397:1
**staring** [2] - 300:2, 303:1
**start** [3] - 286:1, 389:8, 401:13
**started** [9] - 241:15, 241:17, 332:9, 337:14, 385:11, 401:14, 412:14, 423:7, 425:10
**starting** [2] - 281:14, 287:1
**state** [8] - 231:9, 260:15, 280:9, 282:2, 282:4, 282:14, 302:3, 437:7
**statement** [1] - 283:1
**statements** [1] - 280:3
**states** [1] - 359:24
**stating** [1] - 295:21
**stay** [13] - 224:3, 240:6, 240:25, 241:19, 246:9, 249:25, 297:13, 340:9, 360:24, 361:4, 361:10, 361:12, 365:12
**stayed** [8] - 224:7, 224:9, 224:11, 257:5, 274:5, 307:7, 339:12, 358:21
**staying** [5] - 250:23, 339:21, 339:24, 340:2, 340:3
**stenography** [1] - 217:12

**step** [8] - 279:22, 292:10, 310:22, 311:3, 361:18, 399:4, 399:17, 431:11
**Stephanie** [1] - 403:16
**steps** [2] - 311:5, 373:4
**still** [7] - 242:3, 294:17, 326:3, 420:1, 424:3, 430:4, 434:9
**stomach** [10] - 421:15, 422:18, 425:6, 425:9, 426:21, 426:23, 427:1, 428:10, 429:9, 430:3
**STONE** [1] - 217:1
**stop** [6] - 326:15, 329:12, 335:19, 335:22, 338:23, 370:13
**Stop** [2] - 371:5, 371:10
**stopped** [16] - 296:19, 336:6, 336:15, 336:18, 336:21, 371:23, 375:9, 376:1, 376:5, 385:21, 387:5, 429:1, 429:4, 430:14, 430:16, 432:15
**stopping** [1] - 245:17
**straddling** [1] - 425:16
**street** [1] - 243:4
**stricken** [1] - 394:12
**strike** [1] - 394:11
**stubs** [2] - 269:7, 269:10
**stuff** [1] - 323:9
**style** [4] - 286:13, 420:24, 421:1, 421:6
**subject** [1] - 283:17
**submission** [1] - 283:18
**submit** [1] - 236:5
**submitted** [1] - 236:14
**subsequently** [1] - 274:10
**subsets** [1] - 280:21
**substance** [1] - 360:22
**suffer** [1] - 310:5
**suffered** [7] - 240:25, 375:12, 375:16, 375:19, 375:21, 376:25, 377:1
**suggest** [1] - 222:9
**suggestive** [3] - 351:12, 352:1, 352:3
**suit** [3] - 379:15, 385:13, 421:10
**sums** [1] - 345:9
**sunglasses** [4] - 241:22, 241:24, 242:3, 242:15
**supposed** [1] - 317:1
**sustain** [1] - 340:12
**Sustained** [11] - 296:17, 297:4, 308:23, 309:9, 344:1, 391:11, 391:19, 393:7, 393:11, 394:20, 412:17
**sustained** [3] - 319:12, 335:6, 391:6
**swear** [1] - 399:18
**switch** [1] - 297:15
**switched** [1] - 250:15
**swore** [1] - 356:7
**sworn** [2] - 312:12, 400:2
**system** [1] - 401:4

**T**

**table** [5] - 301:2, 303:1, 325:22, 338:22, 392:6
**tag** [1] - 249:18

**TAGAI** [2] - 216:3, 216:16
**Tagai** [40] - 218:14, 218:16, 219:6, 220:7, 224:17, 225:19, 226:7, 228:4, 231:21, 236:13, 237:7, 240:19, 242:13, 242:23, 243:1, 243:21, 249:8, 249:11, 250:7, 252:14, 253:20, 255:13, 258:18, 261:9, 261:23, 264:12, 267:16, 269:3, 269:6, 269:11, 270:24, 271:3, 271:5, 271:20, 273:2, 277:13, 277:14, 284:14, 285:7, 288:18
**tap** [2] - 218:25, 293:19
**tape** [8] - 301:25, 329:25, 330:2, 330:9, 330:12, 428:21, 428:22, 428:24
**Taren** [40] - 281:22, 281:24, 315:19, 316:17, 316:18, 317:17, 318:11, 319:6, 320:4, 320:14, 322:14, 322:15, 322:18, 322:21, 326:2, 327:9, 328:11, 328:16, 328:21, 329:1, 329:8, 334:24, 337:20, 338:2, 338:12, 338:15, 338:19, 339:4, 339:11, 340:18, 342:6, 342:12, 346:21, 347:20, 348:5, 349:9, 371:7, 378:3, 386:24
**tax** [1] - 269:13
**tax returns** [1] - 269:15
**Tea** [2] - 411:4, 411:6
**tearing** [1] - 340:14, 375:21
**technology** [2] - 279:3, 283:24
**Telephone** [1] - 217:10
**ten** [3] - 301:18, 306:7, 384:4
**term** [7] - 321:13, 326:9, 326:16, 345:1, 405:24, 406:1, 406:3
**terminology** [1] - 416:4
**terms** [2] - 256:25, 421:22
**test** [2] - 273:10, 290:25
**testified** [73] - 221:1, 226:15, 229:11, 229:21, 231:2, 234:19, 235:19, 237:1, 237:17, 238:3, 238:12, 238:19, 238:25, 239:18, 242:5, 243:18, 248:22, 248:25, 249:4, 249:8, 251:11, 260:18, 270:6, 270:9, 273:22, 275:23, 291:5, 295:1, 302:19, 312:12, 324:22, 331:25, 335:3, 335:7, 335:16, 339:1, 344:10, 358:9, 358:24, 359:21, 360:18, 362:11, 362:14, 363:25, 365:14, 365:17, 365:19, 368:19, 370:18, 371:1, 371:13, 371:16, 372:6, 372:12, 372:15, 373:16, 375:11, 375:15, 375:21, 376:25, 378:25, 379:5, 379:13, 379:24, 391:3, 391:20, 396:4, 398:17, 400:3, 423:17, 426:5, 426:18, 429:24
**testify** [6] - 281:16, 281:21, 295:25, 372:9, 436:23, 437:11
**testifying** [3] - 219:10, 317:3, 317:18
**testimonial** [1] - 281:23
**testimony** [44] - 222:3, 236:20, 239:2, 239:15, 241:2, 243:1, 248:22, 274:14, 281:15, 296:15, 298:5, 298:7, 299:1, 299:22, 301:4, 303:2, 304:10, 304:13, 304:16, 304:21, 304:22, 309:13, 309:16, 309:19, 313:23, 315:6, 343:11,

349:22, 356:19, 357:17, 371:18, 371:25, 391:3, 391:13, 392:12, 402:1, 402:7, 402:9, 402:24, 411:5, 412:18, 421:24, 428:15, 434:1

**testing** [1] - 376:21

**text** [63] - 225:1, 226:22, 227:3, 227:18, 228:4, 228:7, 230:2, 231:10, 231:14, 232:1, 232:17, 234:3, 244:4, 244:7, 244:11, 244:17, 245:7, 247:12, 250:18, 251:1, 251:19, 252:14, 254:2, 255:14, 256:10, 257:16, 264:2, 266:21, 278:19, 282:23, 284:20, 284:23, 285:1, 285:15, 285:22, 286:9, 289:4, 291:9, 291:11, 291:18, 291:25, 292:24, 294:6, 294:13, 295:6, 295:7, 296:21, 296:23, 296:24, 298:13, 299:2, 299:3, 306:1, 316:13, 316:23, 317:2, 320:19, 346:17, 347:25, 380:10, 388:25, 404:1, 409:24

**texted** [7] - 250:7, 252:9, 254:25, 266:18, 291:1, 291:5, 295:2

**texting** [1] - 235:2

**texts** [8] - 229:1, 263:9, 298:22, 299:4, 306:12, 307:12, 382:9, 382:13

**thanked** [1] - 229:7

**THE** [207] - 216:13, 218:7, 218:25, 219:4, 219:5, 219:19, 219:22, 219:24, 220:2, 226:5, 242:19, 246:13, 246:16, 246:19, 250:3, 253:4, 253:15, 254:7, 254:10, 259:8, 260:5, 260:10, 260:14, 260:20, 260:22, 261:2, 262:7, 263:18, 263:21, 263:23, 263:24, 264:9, 271:12, 271:25, 272:2, 272:4, 272:5, 272:10, 272:16, 272:19, 272:22, 273:11, 275:20, 276:13, 276:20, 276:24, 277:5, 279:2, 279:6, 279:11, 279:16, 279:21, 280:10, 280:13, 280:15, 280:23, 281:2, 281:5, 281:10, 282:2, 282:6, 282:9, 282:20, 282:22, 283:7, 283:11, 283:15, 283:20, 283:23, 284:4, 284:6, 285:9, 293:13, 293:18, 296:17, 297:4, 297:5, 297:6, 297:8, 297:10, 297:15, 301:11, 301:16, 301:19, 301:25, 302:7, 303:25, 304:12, 308:23, 309:5, 309:9, 310:21, 310:25, 311:3, 311:6, 311:10, 312:3, 312:9, 312:10, 312:14, 315:9, 317:9, 317:11, 317:25, 318:3, 319:10, 319:12, 319:18, 319:21, 321:17, 323:13, 324:6, 328:24, 335:6, 337:12, 337:14, 337:17, 344:1, 344:9, 345:5, 345:7, 345:13, 345:17, 348:18, 348:19, 348:25, 349:2, 351:8, 351:16, 353:13, 353:17, 353:20, 353:22, 355:8, 355:10, 355:13, 355:16, 363:8, 364:9, 372:19, 372:23, 373:3, 373:9, 373:12, 376:6, 376:10, 376:13, 376:15, 376:19, 376:20, 376:22, 380:21, 381:3, 382:3, 385:23, 386:1, 387:7, 387:11, 388:14, 390:13, 391:6, 391:11, 391:19, 393:7, 393:11, 393:22, 393:23, 394:12, 394:20, 394:23, 395:1, 396:2, 396:9, 396:16, 397:3, 398:3,

399:3, 399:10, 399:15, 399:17, 400:4, 400:5, 400:6, 400:7, 400:9, 401:22, 401:25, 402:4, 402:8, 406:13, 406:17, 406:25, 407:5, 409:11, 409:15, 412:17, 413:22, 413:24, 419:24, 432:7, 434:12, 434:23, 436:1, 437:4, 437:9, 437:19, 437:25

**the Defendant** [3] - 216:21, 217:2, 217:7

**the times** [1] - 232:25

**theirs** [1] - 403:4

**therapist** [1] - 310:9

**thereabouts** [1] - 237:25

**thereafter** [2] - 254:22, 366:7

**therefore** [2] - 283:2, 351:21

**they've** [1] - 379:8

**thinking** [1] - 389:17

**third** [3] - 264:24, 318:8, 328:5

**thirty** [5] - 301:17, 301:19, 301:22, 301:24, 368:16

**thousand** [1] - 236:1

**threat** [1] - 319:22

**three** [17] - 236:4, 238:7, 239:3, 266:6, 282:21, 289:23, 307:5, 313:3, 313:5, 366:21, 367:10, 367:12, 379:6, 398:23, 401:10, 420:13, 420:20

**threw** [4] - 433:2, 433:25, 434:6, 434:7

**throughout** [1] - 276:14

**throw** [2] - 310:6, 434:5

**throwing** [1] - 434:3

**Thun** [1] - 217:9

**Thursday** [2] - 292:7, 292:9

**ticket** [4] - 292:5, 292:6, 292:12, 292:19

**tickets** [3] - 386:17, 386:20, 388:1

**tie** [8] - 327:16, 329:19, 329:22, 329:24, 330:9, 330:17, 330:19, 423:3

**tied** [30] - 220:10, 305:3, 329:11, 329:13, 329:15, 329:20, 330:4, 330:7, 330:11, 330:12, 330:21, 330:22, 331:25, 332:9, 355:2, 370:18, 371:1, 390:20, 422:22, 422:24, 422:25, 423:17, 423:21, 424:1, 424:2, 424:5, 427:2, 430:4, 430:8

**tiger** [1] - 265:3

**timing** [2] - 256:10, 372:19

**tits** [3] - 265:23, 267:20, 267:24

**TJP** [1] - 296:18

**TJP-30** [1] - 296:18

**to be honest** [1] - 301:15

**today** [10] - 256:17, 277:21, 289:5, 313:23, 371:16, 372:4, 378:25, 402:1, 436:8, 436:14

**together** [8] - 256:11, 266:3, 353:10, 358:16, 358:18, 403:12, 408:5, 424:6

**tomorrow** [6] - 265:9, 267:1, 435:2, 435:4, 436:23, 437:25

**tonight** [1] - 320:6

**took** [19] - 221:14, 230:18, 234:19, 249:14, 255:4, 270:6, 274:11, 278:10,

281:20, 292:1, 294:24, 295:18, 335:9, 346:1, 356:6, 381:1, 411:14, 424:18

**top** [17] - 218:25, 285:3, 293:24, 297:24, 316:13, 318:8, 323:24, 324:20, 364:5, 413:2, 413:6, 413:17, 415:9, 415:11, 415:12, 421:11, 425:6

**torn** [1] - 340:16

**torture** [1] - 327:15

**tourist** [3] - 232:20, 246:6, 248:2

**towards** [4] - 323:13, 425:5, 425:6, 426:9

**town** [7] - 241:21, 245:15, 265:9, 266:14, 268:13, 294:12, 340:8

**toys** [2] - 327:16, 367:20

**training** [1] - 313:17

**Transcript** [1] - 217:12

**TRANSCRIPT** [1] - 216:12

**transcript** [1] - 387:4

**Transcription** [1] - 217:12

**trauma** [2] - 345:2, 345:5

**traumatizing** [1] - 310:18

**travel** [3] - 230:11, 230:19, 234:25, 285:23, 285:25, 293:23, 306:3, 410:13

**travelled** [1] - 224:18

**travels** [1] - 229:11

**treated** [1] - 270:17

**treatment** [3] - 257:10, 269:25, 270:22

**trial** [6] - 222:3, 222:5, 302:22, 310:18, 402:6, 402:24

**TRIAL** [1] - 216:12

**trip** [5] - 234:14, 289:2, 292:16, 292:22, 295:15

**trouble** [2] - 318:6, 389:22

**true** [10] - 224:3, 238:5, 256:17, 261:16, 273:5, 285:22, 289:12, 294:5, 359:2, 386:7

**truly** [1] - 269:24

**trusted** [5] - 319:21, 347:1, 347:4, 347:6, 350:17

**truth** [4] - 280:7, 283:13, 344:19, 356:7

**try** [6] - 284:10, 333:23, 333:25, 376:9, 376:23, 392:17

**trying** [7] - 338:23, 369:7, 374:9, 389:20, 389:23, 389:25

**Tuesday** [4] - 216:7, 230:17, 294:12, 348:6

**turn** [8] - 223:19, 225:6, 277:14, 292:5, 376:10, 376:12, 376:13, 376:14

**turned** [3] - 376:6, 427:10, 431:7

**twenty** [3] - 301:12, 301:15, 301:19

**two** [26] - 224:1, 236:4, 243:8, 256:11, 264:16, 265:19, 280:23, 287:25, 289:23, 295:12, 295:19, 302:16, 307:25, 310:9, 310:10, 322:7, 356:1, 357:9, 380:11, 383:13, 392:15, 407:10, 407:12, 425:12

**two-and-a-half** [1] - 310:9

**tying** [3] - 393:15, 394:2, 424:10

**type** [5] - 220:15, 344:19, 406:5, 406:6, 406:7

**typically** [3] - 229:11, 350:25, 365:7

## U

**U7** [6] - 258:17, 258:18, 259:3, 259:4, 261:4, 440:11
**Uber** [3] - 257:22, 258:2, 258:8
**unable** [2] - 230:19, 306:3
**unclear** [2] - 388:10, 388:11
**uncomfortable** [7] - 229:22, 303:5, 306:7, 326:15, 392:13, 392:17, 407:16
**under** [6] - 253:24, 324:21, 358:5, 368:19, 372:4, 372:6
**underneath** [1] - 262:22
**understood** [16] - 240:8, 246:20, 260:21, 325:8, 344:4, 352:22, 353:8, 356:13, 360:7, 360:11, 360:13, 367:22, 368:1, 369:20, 369:24, 434:14
**unfortunately** [3] - 280:19, 309:24, 332:13
**unhappy** [1] - 290:16
**uniform** [1] - 223:9
**United States** [3] - 216:1, 216:5, 218:3
**unquote** [1] - 238:19
**untie** [1] - 432:23
**untied** [7] - 337:2, 337:4, 432:19, 432:20, 432:25, 433:11
**up** [103] - 220:10, 224:11, 226:17, 230:1, 236:9, 237:5, 244:23, 252:16, 277:18, 279:10, 279:19, 280:6, 280:20, 281:18, 285:19, 287:1, 291:18, 297:13, 298:21, 299:8, 303:15, 304:7, 304:23, 305:15, 305:19, 307:21, 308:6, 309:12, 310:7, 316:11, 317:24, 318:4, 318:8, 318:19, 318:25, 319:6, 319:25, 321:3, 321:16, 323:10, 323:21, 323:23, 326:9, 327:2, 327:18, 327:20, 329:11, 329:13, 329:15, 329:19, 330:17, 330:19, 330:21, 337:23, 339:10, 339:13, 339:24, 339:25, 341:2, 341:3, 343:8, 343:9, 344:21, 345:10, 348:2, 348:3, 355:2, 359:18, 362:19, 363:10, 364:5, 370:18, 371:2, 376:23, 381:3, 382:7, 388:17, 393:15, 394:2, 399:17, 401:4, 407:8, 408:15, 409:7, 410:17, 410:19, 411:11, 411:13, 412:13, 412:25, 415:15, 416:5, 416:6, 416:15, 416:18, 416:25, 417:8, 418:5, 423:11, 430:4, 430:8, 436:7, 437:1
**upset** [3] - 230:22, 236:10, 306:10
**usual** [2] - 232:19, 286:13

## V

**V-7** [1] - 307:22
**V7** [5] - 261:19, 261:21, 262:5, 262:8, 440:13
**vagina** [2] - 333:10, 340:16
**vaginal** [2] - 340:14, 375:21
**vague** [1] - 347:21

**various** [1] - 221:25
**Vegas** [5] - 320:6, 321:6, 340:10, 348:7, 377:5
**Venmo** [1] - 289:2
**version** [1] - 379:18
**versus** [1] - 351:10
**via** [2] - 288:22, 289:1
**Viceroy** [6] - 418:11, 418:12, 419:7, 420:2, 420:7, 420:17
**victim** [3] - 247:9, 261:13, 401:17
**Victor** [1] - 261:20
**video** [10] - 270:25, 271:5, 295:22, 296:19, 371:23, 375:9, 387:15, 387:18
**Video** [13] - 271:18, 271:19, 356:11, 356:12, 375:9, 376:1, 376:5, 385:21, 387:5
**videos** [1] - 405:17
**view** [1] - 393:3
**violence** [2] - 336:12, 336:13
**violent** [1] - 336:12
**visible** [1] - 264:22
**visit** [8] - 224:4, 247:21, 268:25, 278:10, 278:11, 284:21, 285:6, 285:11
**visited** [3] - 276:14, 285:12, 338:13
**visits** [1] - 278:6
**voice** [1] - 376:23
**voluntarily** [4] - 359:25, 361:19, 368:9, 415:17

## W

**W-2s** [1] - 269:13
**Wait** [1] - 370:13
**waited** [1] - 252:7
**waitress** [1] - 241:13
**walk** [4] - 232:19, 246:6, 251:23, 399:8
**walked** [10] - 247:5, 248:2, 369:16, 370:6, 373:17, 373:21, 412:7, 418:11, 420:14
**walking** [7] - 232:24, 241:21, 241:24, 338:21, 339:18, 381:3, 420:18
**walks** [1] - 359:2
**wall** [5] - 367:20, 369:18, 412:8, 412:9, 427:16
**wallet** [1] - 230:18
**wants** [2] - 302:2, 436:18
**Washington** [3] - 339:24, 340:2, 362:15
**water** [3] - 272:4, 272:6, 318:25
**wear** [3] - 223:9, 421:18, 436:3
**wearing** [1] - 223:2
**Wednesday** [5] - 244:21, 245:11, 292:16, 294:13, 438:6
**week** [10] - 261:14, 261:15, 268:21, 268:25, 287:5, 308:18, 310:10, 363:24, 408:14
**weeks** [6] - 234:15, 245:1, 247:21, 265:19, 408:12, 408:14
**weird** [1] - 256:16
**well-being** [1] - 230:7

**WhatsApp** [3] - 225:12, 409:20, 437:16
**whatsoever** [1] - 319:22
**whipped** [1] - 249:13
**whipping** [1] - 267:20
**white** [2] - 253:25, 254:13
**whole** [4] - 274:5, 332:24, 392:16, 415:8
**whore** [3] - 427:8, 429:19, 432:1
**wife** [1] - 307:8
**WiFi** [1] - 258:6
**window** [2] - 425:5
**wine** [3] - 254:13, 412:3, 412:4
**winky** [1] - 265:24
**wire** [1] - 289:7
**wired** [1] - 289:11
**withdraw** [1] - 365:15
**withdrawn** [10] - 296:3, 325:19, 339:2, 347:13, 358:10, 359:12, 365:18, 367:11, 407:18, 423:13
**witness** [41] - 218:7, 219:3, 219:21, 220:3, 220:6, 220:13, 224:24, 225:18, 242:10, 242:12, 249:6, 252:12, 253:3, 258:17, 261:19, 271:2, 272:17, 272:19, 272:20, 277:3, 277:9, 279:4, 279:19, 279:21, 279:23, 279:25, 282:11, 284:4, 293:20, 301:10, 302:1, 310:22, 311:3, 312:5, 362:20, 373:9, 373:10, 380:3, 390:12, 399:5, 400:2, 421:14, 423:11, 424:9
**Witness** [7] - 272:17, 272:20, 279:23, 311:5, 373:4, 399:7, 399:13
**WITNESS** [14] - 253:4, 263:23, 272:4, 297:5, 297:8, 319:21, 345:7, 348:19, 349:2, 353:20, 393:23, 400:4, 400:6, 439:3
**witnesses** [1] - 402:9
**woman** [3] - 319:6, 319:15, 319:19
**women** [3] - 229:23, 243:8, 344:16
**wonderful** [1] - 238:5
**word** [40] - 238:5, 262:22, 286:15, 286:22, 326:9, 326:12, 326:13, 326:14, 326:16, 326:17, 326:19, 326:24, 327:1, 329:5, 333:25, 334:2, 335:14, 335:17, 335:19, 336:1, 336:5, 336:8, 366:7, 366:10, 367:15, 370:16, 370:21, 372:7, 372:10, 372:13, 372:14, 373:16, 373:20, 373:24, 374:2, 374:7, 374:9, 416:5, 416:6, 416:7
**words** [16] - 265:13, 265:21, 288:7, 338:6, 361:3, 368:18, 369:11, 371:16, 379:18, 390:22, 396:4, 396:12, 429:19, 430:10, 431:5, 432:1
**workshop** [2] - 403:9, 403:11
**workshops** [1] - 407:22
**worries** [1] - 268:19
**wrappers** [2] - 429:7, 429:12
**wrist** [1] - 330:2
**wrists** [10] - 329:23, 330:4, 330:11, 330:21, 332:1, 370:19, 423:3, 423:9,

423:11, 423:12
  **write** [9] - 227:7, 227:10, 227:17,
230:13, 231:12, 231:14, 233:7, 244:22,
342:22
  **writes** [5] - 225:11, 228:15, 230:5,
233:3, 244:21
  **written** [1] - 437:16
  **wrote** [28] - 226:20, 233:20, 247:15,
251:23, 252:2, 252:14, 254:15, 254:17,
255:14, 255:21, 256:8, 256:16, 257:20,
258:1, 262:22, 264:3, 265:8, 265:13,
265:21, 265:23, 266:25, 267:5, 267:16,
268:18, 287:1, 287:19, 342:24, 350:8
  **wsup** [1] - 383:18

### X

  **Xanax** [4] - 270:4, 270:6, 270:9,
310:13
  **XOXO** [1] - 242:24
  **XXX** [2] - 384:22, 385:2

### Y

  **yards** [1] - 301:18
  **year** [12] - 241:12, 241:13, 241:15,
244:14, 253:23, 276:14, 299:17,
313:12, 315:20, 318:24, 319:2, 407:23
  **years** [13] - 221:23, 239:24, 287:17,
288:10, 306:23, 310:9, 310:10, 310:17,
371:25, 372:17
  **yesterday** [20] - 218:16, 220:13,
220:21, 229:20, 231:2, 234:19, 236:20,
238:3, 243:1, 248:22, 277:18, 283:5,
290:15, 290:25, 295:1, 295:22, 300:21,
307:14, 310:6, 342:10
  **YORK** [1] - 216:1
  **York** [56] - 216:5, 216:19, 216:23,
217:3, 218:4, 224:4, 228:6, 229:8,
229:12, 232:3, 232:7, 232:25, 233:25,
234:14, 235:4, 235:16, 240:19, 241:1,
241:24, 245:3, 248:13, 251:8, 266:16,
267:5, 267:9, 287:8, 287:15, 292:9,
292:16, 321:3, 339:18, 339:20, 339:21,
346:6, 347:9, 348:7, 349:18, 349:20,
357:7, 358:1, 361:16, 361:19, 362:3,
377:7, 378:6, 384:5, 384:13, 384:14,
387:23, 408:21, 410:10, 411:3, 414:5,
414:8
  **yourself** [5] - 224:9, 232:12, 262:11,
350:21, 424:22
  **yourselves** [3] - 272:14, 311:7, 373:1

### Z

  **Zoom** [1] - 310:7

### §

  **§401** [1] - 259:7

  **§403** [1] - 271:11
  **§412** [2] - 351:7, 353:12