441

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
AMY MOORE, MIA LYTELL,          :   17 CV 6404(BMC)
NATASHA TAGAI, EMMA HOPPER,     :
BRITTANY HASSEN AND BRITTANY    :
REYES,                          :
                                :   United States Courthouse
            Plaintiffs,         :   Brooklyn, New York
                                :
                                :
      -against-                 :
                                :   Wednesday, March 23, 2022
                                :   9:40
                                :
                                :
                                :
HOWARD RUBIN AND JENNIFER       :
POWERS,
                                :
            Defendants.
- - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
DISTRICT JUDGE

A P P E A R A N C E S :

For the Plaintiffs:      BALESTRIERE FARIELLO
                         Attorneys for the Plaintiffs -
                         AMY MOORE, MIA LYTELL, NATASHA TAGAI,
                         EMMA HOPPER, BRITTANY HASSEN and
                         BRITTANY REYES
                            225 Broadway
                            29th Floor
                            New York, NY 10007
                         BY: JOHN G. BALESTRIERE, ESQ.
                             MATTHEW W. SCHMIDT, ESQ.


For the Defendants:      DECHERT, LLP
                         Attorneys for the Defendant -
                         Howard Rubin
                            1095 6th Avenue
                            New York, NY 100036
                         BY: EDWARD A. MCDONALD, ESQ.
                             BENJAMIN E. ROSENBERG, ESQ.
                             MAY K. CHIANG, ESQ.
                             CHRISTINE ISAACS, ESQ.
                             KATHERINE BOY SKIPSEY, ESQ.

442

```
                    SCHLAM STONE & DOLAN, LLP
                    Attorneys for the Defendant -
                    Jennifer Powers
                        26 Broadway
                        New York, New York 10004
                    BY: DOUGLAS E. GROVER, ESQ.
                        JOLENE LAVIGNE-ALBERT, ESQ
                        ANGELA LI, ESQ.


                    SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                    Attorneys for the Defendant -
                    Howard Rubin
                    By:  MICHAEL J. GILBERT, ESQ.


Court Reporter:  Jennifer Thun, CSR,
                 Official Court Reporter
                 Telephone: (718) 613-2567
                 E-mail: JenniferThun.CSR@Gmail.com


Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.
```

Moore - direct - Balestriere                      443

1              (In open court; ceremonial courtroom.)

2              COURTROOM DEPUTY:  All rise.

3              The United States District Court for the Eastern

4    District of New York is now in session.  The Honorable Brian

5    M. Cogan is now presiding.

6              (Honorable Brian M. Cogan takes the bench.)

7              THE COURT:  Good morning.

8              Let's have the witness back, please.

9              Bring the jury in.

10             (In open court; jury present.)

11             THE COURT:  Everyone may be seated.

12             MR. BALESTRIERE:  May I, your Honor.

13             THE COURT:  Please.

14             MR. BALESTRIERE:  Good morning, your Honor.

15   **AMY MOORE**, having been first duly sworn, was examined and

16   testified as follows:

17   DIRECT EXAMINATION

18   BY MR. BALESTRIERE: (Cont'd.)

19   Q    Good morning, Amy.

20   A    Good morning.

21             MR. BALESTRIERE:  May I ask that Ms. Saydah put up

22   Plaintiffs' Exhibit 3.

23   This is in evidence, your Honor.

24             THE COURT:  Okay.

25   Q    So, Amy, do you see the photos in front of you there?

Moore - direct - Balestriere                    444

1    A    Yes.

2    Q    Do you recognize this?

3    A    Yes.

4    Q    What room is this?

5    A    That's the red room.

6    Q    And simply since we are starting -- I am sorry.

7          MR. BALESTRIERE:  Your Honor, I feel like my mic is

8    a little loud.

9          THE COURT:  We are adjusting it as you speak.

10         MR. BALESTRIERE:  Thank you, your Honor.

11   Q    Simply because we are starting the testimony from

12   yesterday, is this the red room that you testified about

13   yesterday?

14   A    Yes.

15   Q    Thank you.

16         MR. BALESTRIERE:  Ms. Saydah, you can take that

17   down.

18   Thank you.

19   Q    Did you send any messages to Mr. Rubin or Ms. Powers

20   after that August 22nd encounter that you testified about

21   yesterday?

22   A    Yes.

23   Q    Were you friendly in those texts?

24   A    Yes.

25   Q    Why?

1   A    What would I gain by not being friendly?

2   What would I have to gain by not being friendly?

3   Q    Did you have any physical injuries --

4   A    Yes.

5   Q    I am sorry.  I know it is tough, but please let me

6   finish the question.

7              Did you have any physical injuries from the

8   encounter that you testified about yesterday afternoon?

9   A    Yes.

10  Q    Can I ask you please to describe those injuries to the

11  jury?

12  A    My breast was injured.

13  Q    In what way was your breast injured?

14  A    It was incapsulating.

15  Q    What do you understand that to mean, "incapsulating?"

16  A    It starts to harden and lift.

17  Q    Did you experience any pain -- physical pain -- with

18  regards to that injury?

19  A    Yes.

20  Q    The jury maybe heard this name before, but who is

21  Pashence Marie?

22  A    Pashence Marie was an acquaintance of I mine.

23  Q    I think you may have testified about this yesterday, but

24  if I may, did you discuss Pashence Marie with Mr. Rubin at

25  the dinner that you had before the encounter you testified

1    to?

2    A    Yes.

3    Q    After that encounter, did you send any information to

4    either Ms. Powers or Mr. Rubin about Pashence Marie?

5    A    Yes.

6    Q    Do remember to whom?

7    A    I think it was Jennifer Powers.

8    Yes, Jennifer Powers.

9    Q    What information did you send to Jennifer Powers?

10   A    Her screen shot of her Instagram.

11   Q    So the "her" there is?

12   A    Pashence.

13   Q    That's Pashence.

14           Given what you testified to yesterday, why did you

15   send along that information to Ms. Powers about Pashence

16   Marie?

17   A    I told Howie that I would.

18   Q    Did you have a conversation with Pashence Marie after

19   you sent that text message to Ms. Powers?

20   A    Yes.

21   Q    What did you and Ms. Marie discuss?

22   A    I told her not to go.

23   Q    Why did you tell her not to go?

24   A    Because of what had happened.

25   Q    You testified just a minute or so ago about the injuries

Moore - direct - Balestriere                447

1    to your breasts.

2    A    Yes.

3    Q    Was there any progression with regards to the pain that

4    you experienced regarding that physical injury?

5    A    Yes.

6    Q    Can you please explain that to the jury?

7    A    It just progressively got worse.

8    Q    Did you have any discussions with Mia Lytell, the other

9    plaintiff we discussed, about those injuries?

10   A    Yes, I did.

11   Q    Did you have any discussion with Mia about seeing

12   Mr. Rubin again?

13   A    Yes.

14   Q    Why did you want to see Mr. Rubin again?

15   A    Because I was told that he would help pay for --

16            MR. MCDONALD:  Objection, hearsay.

17            THE COURT:  Sustained.

18   Q    Without saying what he had told you specifically --

19            Let me ask the question a little differently.

20            After you had a conversation with Mia, did you want

21   to make further contact with Mr. Rubin?

22   A    Yes.

23   Q    Did you end up seeing Mr. Rubin again?

24   A    Yes.

25   Q    Do you remember how long it was after the August

Moore - direct - Balestriere                448

1    incident that we discussed that you saw Mr. Rubin?

2    A    It was in December.

3    Q    So I would like to turn your attention to December 21st,

4    2016.

5         Where were you living on December 21st, 2016?

6    A    Daytona Beach, Florida.

7    Q    Did you come to New York on that date to meet with

8    Mr. Rubin?

9    A    Yes.

10   Q    Again, did you fly to New York that day, or around that

11   time?

12   A    Yes.

13   Q    Did you end up meeting Mr. Rubin?

14   A    Yes.

15   Q    So I am going to ask you some detailed questions about

16   that.

17        Where did you first meet Mr. Rubin on or about

18   December 21st, 2016?

19   A    The Russian Tea Room.

20   Q    Forgive me it may have been another plaintiff you may

21   have testified about that.

22        Do you know how close that was to the condo that

23   we have discussed?

24   A    It was within walking distance.

25   Q    So, you met Mr. Rubin at the actual restaurant; is that

Moore - direct - Balestriere                    449

1  correct?

2  A    Yes.

3  Q    Do you remember the approximate time of day?

4  A    Probably afternoon.

5  Q    When you met him at the Russian Tea Room, did you eat?

6  A    Yes.

7  Q    What about Mr. Rubin?

8  A    Yes, we had food.

9  Q    So was this a lunch then?

10 A    Yes.

11 Q    Was there anyone else there besides you and Mr. Rubin?

12 A    No.

13 Q    What did you and Mr. Rubin talk about?

14 A    Honestly, he was on his phone a lot.  We talked little

15 bit.

16 Q    You said before that you hoped to get some money for

17 your injuries--

18 A    Yes.

19 Q    -- did you discuss this?

20 A    He said we would discuss it back at the penthouse.

21 Q    So, just to be clear, did you bring it up?

22 A    Yes.

23 Q    And then he [sic] testified about discussing back at the

24 penthouse?

25 A    Yes.

1    Q    Do you remember how long this lunch took place?

2         How long this lunch was?

3         Forgive me.

4    A    It wasn't very long.

5    Q    So you ended up leaving the Russian Tea Room.

6         Where did you go?

7    A    We went to the penthouse.

8    Q    Was Mr. Rubin on the phone when you were going to the

9    penthouse?

10   A    Yes.

11   Q    When you arrived at the penthouse was anyone else there?

12   A    No.

13   Q    When you arrived at the penthouse, did you and Mr. Rubin

14   discuss anything?

15   A    Yes.

16   Q    What did you discuss?

17   A    I brought up -- I brought up my injury.

18   Q    When you say "you brought up your injury," what did

19   you -- to the best of your memory, what did you specifically

20   discuss with Mr. Rubin about your injury?

21   A    He told me he did not remember me.

22   Q    So he told you he did not remember you.

23        What did you discuss with regards to the injury

24   with Mr. Rubin?

25   A    About my breast.

1   Q    And what about it?

2   A    That it was hurting.  It was capsulating.

3   Q    What did Mr. Rubin say about that?

4   A    I don't remember.  I don't remember everything that was

5   said.

6   Q    How long, to the best of your memory, was this

7   conversation back at the penthouse?

8   A    I don't know.  It wasn't -- it didn't seem very long.

9   Q    After this conversation, what happened next?

10  A    He brought me in the red room.

11  Q    So, just to be clear, did you voluntarily go into the

12  red room?

13  A    I didn't want to go in the room red, but I did go in the

14  red room.

15  Q    When you went into the red room -- just again to be

16  clear, was there only you and Mr. Rubin in the apartment at

17  this time?

18  A    Yes.

19  Q    When you went in the red room, what is the first thing

20  that happened?

21  A    He tied me to a cross.

22  Q    So forgive me.  I do need to ask you some details.

23       What were you wearing at this point when you

24  testified that Mr. Rubin tied you to a cross?

25  A    He put a thing --

Moore - direct - Balestriere                452

1   Q    Did you say he put a thing?

2   A    A strap or something.  I don't remember everything.

3   Q    I just want to ask about what you do remember.

4          THE COURT:  Mr. Balestriere, do you need to take a

5   break to compose your witness?

6          MR. BALESTRIERE:  If the Court believes it is

7   appropriate.

8          THE COURT:  No.  No.  It is your call.

9          MR. BALESTRIERE:  I believe I may need to take a

10  break, but may I continue as far as I can go?

11         THE COURT:  Sure.

12  Q    I know this is hard, but I will ask you questions and

13  ask you to answer to the best of your memory.

14         First, my question is, to the best of your memory

15  what, if anything, were you wearing when Mr. Rubin tied you

16  up?

17  A    I didn't have anything on.

18  Q    So at this point your clothes were off; is that correct?

19  A    Yes.

20  Q    And when you say that Mr. Rubin tied you to the cross, I

21  want to ask some details about that?

22         What parts of your body were tied to this cross?

23  A    My hands.  There were cuffs.

24  Q    When you say "there were cuffs," he cuffed you to that

25  cross; is that fair to say?

Moore - direct - Balestriere                453

1    A    Yes.

2    Q    I think you said your hands; but with your left hand you

3    touched your right wrist.

4         Was it around your wrists?

5    A    Yes.

6    Q    Besides the cuffs around your wrists, were you restained

7    or tied in any other way?

8    A    Yes.

9    Q    How?

10   A    My legs, my ankles.

11   I am sorry.

12   Q    How were your ankles restrained?

13        More precisely with what were your ankles restrained?

14   A    Can you repeat the question?

15   Q    Sure.  I didn't ask it the best way.  I am sorry.

16        With what were your ankles restrained?

17   A    Cuffs.  They were all cuffs.

18   Q    Were those cuffs like the cuffs on your wrists?

19   A    I think so.

20   Q    Once you were restrained in that manner -- withdrawn.

21        What, if anything, did Mr. Rubin say to you at the

22   time that he was tying you to the cross with these cuffs?

23   A    I can't remember.

24   Q    That's fine.

25        After you were restrained to the cross, what is the

1    next thing you do remember happening?

2    A    I remember a large -- a large dildo and being punched

3    inside of me.

4    Q    So let me break that down.

5         Just to clarify, was anything put in your mouth?

6    A    Yes.

7              MR. ROSENBERG:  Objection.

8              THE COURT:  Go ahead.

9    Q    What do you remember being put in your mouth?

10   A    It was like a ball.

11   Q    When you say "a ball," was it simply a ball, or some

12   other part of it?

13   A    It was a ball and a strap.

14             MR. BALESTRIERE:  Let the record reflect that the

15   witness put her hands up to her cheeks and then pulled them

16   back to her ears.

17   Q    Did Mr. Rubin ask for permission to put that ball with

18   the strap on you?

19   A    No.

20   Q    Did you consent to his putting that on you?

21             MR. ROSENBERG:  Objection.

22             THE COURT:  Overruled.

23   Q    What, if anything, did you say when Mr. Rubin put that

24   on you?

25   A    I don't remember what I said, but I have TMJ in my jaw

Moore - direct - Balestriere                        455

1   so it didn't feel good at all.

2   Q    Did it affect your ability to speak?

3   A    Yeah.  Sorry.

4   Q    In what way --

5        Don't be sorry at all.

6        In what way is my question?  I am sorry.

7   A    Obviously there is something in my mouth.

8   Q    So let's maybe move on beyond that.

9             You testified to Mr. Rubin using some kind of

10  dildo?

11  A    Yes.

12  Q    In what manner did Mr. Rubin use the dildo?

13  A    He put it in -- he put it inside of me.

14  Q    Sorry.  I have to ask this detail.

15       Where?

16  A    In my vagina.

17  Q    Did he ask for permission to do so?

18  A    No.

19  Q    Did you consent to his doing that?

20  A    No.

21  Q    Sorry I have to ask more details.

22       How long do you remember Mr. Rubin putting that inside

23  you?

24  A    I don't remember how long.

25  Q    I think you testified about being hit in some manner.  I

Moore - direct - Balestriere                    456

1    am going ask some questions about that.

2           How did Mr. Rubin hit you?

3    A    My breasts.

4    Q    Do you remember how long he hit you in your breasts?

5    A    I don't remember how long.

6    Q    Do you remember in what manner he hit you?

7    A    I don't remember in what manner he hit me.

8    Q    I am sorry.

9         Did he slap you or punch you or do something else to

10   your breasts?

11   A    Yes.  He punched my breasts.  He slapped and punched my

12   breasts.

13   Q    You remember whether Mr. Rubin was saying anything at

14   that time?

15          I am sorry.  We need an oral answer.

16   A    Same things -- cunt, whore.  Those were his favorite

17   words.

18   Q    Did Mr. Rubin ask your permission before he hit you in

19   that manner?

20   A    No.

21   Q    Did you consent to that?

22   A    No.

23   Q    Besides what you have testified to, withdrawn.

24          After Mr. Rubin hit you and used the dildo in the

25   manner you described, what is the next thing that you

Moore - direct - Balestriere                          457

1    remember happening?

2    A    It was like a cattle prod.  Like a shocking device.

3    Q    I would like to ask you about the shocking device.

4         Can you describe it?

5    A    Black.

6    Q    About how big?  How big was it?

7    A    I --

8    Q    Hold up your hands for the jury.

9    A    (Indicating.)

10        MR. BALESTRIERE:  The witness is holding up her

11   right and left hands a certain distance.  I will not guess.

12   Q    Did Mr. Rubin ask for permission to use this shocking

13   device on you?

14   A    No.

15   Q    Did you consent to this?

16   A    No.

17   Q    I am sorry.  I have to ask this.

18        In what manner did he use this shocking device?

19   A    He put it in my vagina.

20   Q    For how long?

21   A    I don't know how long.  I don't remember how long.

22   Q    Again, I am sorry to ask.

23        Did it hurt?

24   A    Yes.  It hurt very much.

25   Q    After Mr. Rubin did what you just testified to, what is

Moore - direct - Balestriere                    458

1    the next thing that you remember?

2    A    I remember he came behind me.

3    Q    You said he came behind you.

4         What happened next?

5    A    He put himself inside of me.

6    Q    Sorry to ask for these details.

7         When you say "inside of you," do you mean your

8    vagina?

9    A    Yes.

10   Q    Did he penetrate you with his penis; is that what you

11   mean?

12   A    Yes.

13   Q    Did Mr. Rubin ask for permission to do that?

14   A    No.

15   Q    Did you consent to his doing that?

16   A    No.

17   Q    To the best of your memory, how long did he do that?

18   A    I don't know.  It just seems like forever.  I don't know

19   how long.  I don't remember how long exactly.

20   Q    That's okay.  I just ask what you do remember.  That's

21   fine?

22        After the specific acts that you just testified to, what

23   is the next thing that you remember?

24   A    I remember -- I remember being in the living room.

25   Q    So just to be clear, you testified about being tied up

Moore - direct - Balestriere                459

1  and these are the acts taking place; but in some way you were

2  untied?

3  A    Yes.

4  Q    Do you remember Mr. Rubin untying you?

5  A    I don't remember.

6  Q    That's okay.  I am just asking what you remember.

7           So, you said the living room.  Just to be clear,

8  that is different than the red room; is that right?

9  A    Yes.

10 Q    When you were in the living room, where was Mr. Rubin,

11 if you know?

12 A    He was in front of me.

13 Q    What was Mr. Rubin doing or saying when he was in front

14 of you in the living room?

15 A    He was really angry.

16 Q    What did he say?

17 A    He was angry about the money -- asking for the money for

18 my surgery.

19 Q    Do you remember what he said to you about it?

20 A    I don't remember exactly what he said.

21 Q    That's okay.

22           How long were you in the living room with Mr. Rubin

23 having this conversation?

24 A    Not very long.

25 Q    After this conversation ended, what is the next thing

Moore - direct - Balestriere                    460

1   you remember?

2   A    I remember getting in a cab.

3   Q    So at that point you left the condominium?

4   A    Yes.

5   Q    Where did you go?

6   A    He put me in a cab and I went back to the -- I went to a

7   hotel.

8   Q    Did you receive any -- withdrawn?

9        Did you experience any physical injury from what you

10  just testified about?

11  A    Yes.

12  Q    What kind of injury?

13  A    My breasts were worse -- even worse, my vagina.

14  Q    Sorry to ask.

15       What in particular about your vagina?

16  A    It was very swollen and bruised.

17  Q    For how long, do you remember?

18  A    It was a couple weeks I would say.

19  Q    I am sorry to ask.

20       Your breasts, for how long did you experience any injury

21  that you believe was related to the encounter you just

22  described?

23  A    I am sorry.

24       Can you say that again?

25  Q    Sure.  It was a long question.

Moore - direct - Balestriere                461

1          You just testified about injury you experienced on

2    your breasts; right?

3    A    Yes.

4    Q    How long would you say your breasts were injured?

5    A    It's still injured.

6    Q    Did you ever see Mr. Rubin again after this particular

7    incident and before seeing him at your deposition?

8    A    I am sorry.

9          Can you say that one more time?

10   Q    Sure.

11         We are talking about December 2016.  Just to place

12   us in time.

13         MR. BALESTRIERE:  Your Honor, I may ask for a break

14   in a couple minutes, please.

15   Q    We are in December of 2016.

16         Before seeing Mr. Rubin in court today, did you ever see

17   him again after December 2016?

18   A    No.

19   Q    Were you deposed in this case?

20   A    Yes.

21   Q    Was Mr. Rubin present at your deposition?

22   A    Yes.

23   Q    A few more questions and I will ask Judge Cogan for a

24   break.

25         Do you remember that you experienced any long-term

Moore - direct - Balestriere                 462

1   emotional or psychological trauma or injuries because of this

2   event and the event that you testified about yesterday?

3   A    Yes.

4   Q    As best you can, can you describe what that trauma or

5   psychological injury is to the jury?

6   A    What -- I have CPTSD.

7   Q    Sorry.  Say that again.

8   A    I have CPTSD.  I have anxiety, depression.  I never said

9   this out loud, but I was -- I wanted to take my own life at

10  one point.

11        MR. BALESTRIERE:  May I ask for a --

12  A    It's embarrassing.

13        MR. BALESTRIERE:  Can we take a break?

14        THE COURT:  Yes.

15         Let's take a brief break, ladies and gentlemen.

16  Please retire to the jury room.  We will see you in a few

17  minutes.

18        (Jury excused.)

19        (Recess.)

20

21

22

23

24        THE COURT:  Have a seat, please.

25         I understand that the defendants have a request

Moore - direct - Balestriere                463

1    from the Court.

2            MR. GILBERT:  We don't have any request at this

3    time.

4            THE COURT:  Someone asked my courtroom deputy for

5    something?

6            MR. GILBERT:  There was a question from the

7    paralegal to use a printing device.  I asked her not to make

8    that request.  I wasn't aware of it.  I apologize.  We will

9    be taking care of our own printing.

10           THE COURT:  No need to apologize.  I was a little

11   confused as to what was happening.

12           Are we ready to proceed with the witness?

13           MR. BALESTRIERE:  Yes, your Honor.

14           THE COURT:  Let's wait a minute until we get the

15   jury lined up.  It will take a few minutes.

16           MR. GROVER:  Your Honor, while we are waiting, the

17   request to charge are due tomorrow.  It has been a kind of

18   hectic week with exhibits flying back and forth.  I know you

19   are more familiar with the daily litigation requests, will we

20   be able to submit the request Friday night?

21           THE COURT:  Yes.

22           Let's have the witness back, please.

23           (Continued on next page.)

24           (In open court; jury present.)

25           THE COURT:  Everyone may be seated.

1          Anymore direct?

2          MR. BALESTRIERE:  No more direct, your Honor.

3   Thank you.

4          THE COURT:  Cross-examination.

5          Counsel, please turn your mic on.

6          MR. ROSENBERG:  May I proceed, your Honor?

7          THE COURT:  Please.

8   CROSS-EXAMINATION

9   BY MR. ROSENBERG:

10  Q    Good morning, Ms. Moore.

11  A    Good morning.

12  Q    My name is Benjamin Rosenberg, and I represent

13  Mr. Rubin.

14       We have met before; correct?

15  A    Yes.

16  Q    And I took your deposition.

17       Do you recall that?

18  A    Yes.

19  Q    Now, Ms. Moore, I would like to direct your attention to

20  August of 2016 when you were introduced to Mr. Rubin, I

21  believe, you testified in conjunction with a group chat.

22       Do you recall that?

23  A    A group chat?

24  Q    Yes.

25  A    Yes.  We were introduced through a group chat.

Moore - cross - Rosenberg                        465

1   Q    Before you had that group chat, you heard about him;
2   correct?
3   A    Can you -- heard about him?  What do you mean?
4   Q    You had a conversation with Ms. Stephanie Shon about
5   him, had you not?
6   A    I was contacted on Instagram.
7   Q    Then you talked with Ms. Shon and Ms. Lytell about
8   Mr. Rubin; is that right?
9   A    I was contacted on Instagram first.
10  Q    I understand that.
11  A    And then Stephanie Shon.
12  Q    Okay.
13  A    And we had a four-way call with Jennifer Powers.
14  Q    So your recollection is you spoke with Ms. Shon,
15  Ms. Powers, and Ms. Lytell about Mr. Rubin; correct?
16  A    Yes.
17  Q    And in that conversation you understood that Ms. Shon
18  had -- Ms. Shon told you, did she not, that she had formerly
19  been involved with Mr. Rubin?
20  A    I thought both of them were.
21  Q    You understood -- I should have been more reprice.
22       Ms. Shon told you that she had been involved in a BDSM
23  sexual relationship with Mr. Rubin, didn't she?
24  A    I don't remember her saying it like that.
25  Q    Well, do you remember her telling you that she had been

1    involved in a rough sex sexual relationship with him?

2    A    I don't remember that like that.  I am sorry.

3    Q    Did she tell you that she had been involved, that he

4    used whips and bondage and other such devices with her?

5    A    She didn't say that to me.

6    Q    Didn't she tell you that that was the purpose of your

7    coming to visit him to engage in similar behavior with him?

8    A    She didn't say it like that.

9    Q    Did she say in substance what I just said?

10   A    No.

11   Q    Following the conversation, however, on the phone, you

12   ended up, I think we said, in group chat; correct?

13   A    We were introduced in group -- in a group chat.

14   Q    Okay.

15   A    That's what I said already.

16   Q    The phone conversation that we just testified about;

17   correct?

18   A    Not -- I don't know how much longer after.  Like, we

19   were introduced in a group chat.

20              (Continued on next page.)

21

22

23

24

25

Moore - cross - Rosenberg                    467

1    CROSS EXAMINATION

2    BY MR. ROSENBERG:  (Continuing)

3              MR. ROSENBERG:  Let's take a take a look, Ms.

4    Palmore, if you could please put up Exhibit, just to the

5    witness, Exhibit C2, Defense Exhibit C as in Charlie, two.

6              Your Honor, this is the subject of a stipulation and

7    we move for its admission.

8              THE COURT:  All right.  It is received.

9              MR. ROSENBERG:  Thank you, Your Honor.

10             (Defendant's Exhibit C2 received in evidence.)

11   Q    Now, ma'am, this is the --  withdrawn.

12             Ms. Moore, I ask you to take a look at this document

13   and tell me if you recognize it to be the chats among you, Ms.

14   Lytell, Stephanie Shon and Mr. Howard Rubin?

15   A    Yes.  These are some WhatsApp messages.

16   Q    Okay.  Will you take a look, please, at line 17 of the

17   texts.  And do you see where that says -- that's dated August

18   16th, at 9:11:58 p.m.

19             MR. ROSENBERG:  Now, I believe it's the one before

20   that, please.

21             Wrong 17.  Thank you.

22   Q    And do you see where it says August 16, 2016 at 9:11:58

23   p.m.?

24   A    It says 12:52.  Wait.  I see it.  I see the text.

25   Q    Yes.  It says, "Hold text until H responds.  Don't want

1    to overload his phone."  Do you see that?

2    A    Yes.

3    Q    And you understand that to be Stephanie Shon speaking

4    with you and with Ms. Lytell and telling you hold off on your

5    texts until H responds?

6    A    I see that's what she said.

7    Q    Okay.  And you understand "H" to be Howie, as in Howard

8    Rubin; correct?

9    A    Yeah.

10   Q    Okay.  And then the next day, the very next line, on

11   August 17th at 12:52 -- that's the one you saw earlier -- it

12   says, "Nice to meet you ladies."

13        Do you see that?

14   A    Yes.

15   Q    And then the next line, lines 19, we see that Ms. Lytell

16   says, "Hi, hon," and there is an emoji after that.

17        Do you see that?

18   A    Yes.

19   Q    Do you know what that emoji is?

20   A    It looks like a crown.

21   Q    A crown, okay.

22        You then respond as well to Mr. Rubin and you say,

23   "Hello, nice to meet you as well," with a smiley face;

24   correct?

25   A    Yeah, that's me.

Moore - cross - Rosenberg                    469

1  Q    Now, the conversation goes on asking -- Mr. Rubin, as you
2  could see, asks whose number is this?  Whose number is whose?
3  And then you identify yourself as Amy, and even -- also Ms.
4  Lytell also identifies herself; is that correct?
5  A    Yes.
6  Q    All right.  And then Ms. Lytell sends another emoji with
7  kissing lips and an X.
8         Do you see that, in line 24?
9  A    Yes.
10 Q    Okay.  And then in the next line, line 25, this is at
11 8/17 at 2:45 p.m. and 16 seconds, Mr. Rubin says, "Do you
12 girls know what you are in for?"
13        Do you see that?
14 A    I see that.
15 Q    And Mia answers "Stephanie told us the basics.  We are
16 definitely excited about this."
17 A    I see where Mia wrote that, yes.
18 Q    Okay.  And then does that refresh your recollection that
19 Ms. Shon had told you that Mr. Rubin wanted to engage in a
20 sexual relationship with whips and bondage and similar
21 devices?
22 A    I do think that that's what this means.
23 Q    Does this refresh your recollection that that's Stephanie
24 told you?
25 A    No.

1  Q    Okay.  Now, if we continue, the next lines, Ms. Lytell

2  continues to send emojis, and that's in lines 28 and 29, and

3  that's continuing the conversation at 2:53 p.m.

4         And then Mr. Rubin speaks.  And this is at line 30.

5  And he says, "It's total BDSM.  Most girls love it and come

6  back for more, but I just like upfront about everything."

7         Do you see that?

8  A    I see that.

9  Q    Okay.  Do you contend that at this point Mr. Rubin was

10  tricking you about anything?

11  A    Do you contend that BDSM means sticking a cattle prod in

12  my vagina.

13  Q    Madam, I asked you the question.

14  A    I asked you a question.  Do you --

15  Q    Ma'am, I have to asks the questions --

16  A    You're asking me about emojis.

17         THE COURT:  Hold it.

18         THE WITNESS:  I'm sorry.

19         THE COURT:  It's okay, but he's right.  He gets to

20  ask you questions.

21         THE WITNESS:  All right.  I'm sorry.

22  Q    You don't contend Mr. Rubin was tricking you at this

23  point, do you?

24  A    What?  Please repeat that.

25  Q    Do you contend that he was tricking you at this point?

1  A    No.  Tricking me?  What are you -- no.

2        What are you talking about?

3  Q    And what he says, "I just like to be upfront about

4  everything."  Do you have any reason to think that was wrong?

5  A    I'm confused.  Are you asking me -- what question are you

6  asking me?

7  Q    Let me withdraw the question.  It wasn't a good one.

8  A    Can you....

9  Q    In the next line, ma'am, you respond to Mr. Rubin's,

10 text, don't you?

11 A    Yes.

12 Q    And you sent him an emoji; correct?

13 A    Yes.

14 Q    You sent him a smiley face emoji; correct?

15 A    Yeah.

16 Q    You knew, did you not -- well, did you understand what

17 total BDSM was?

18 A    Total?  I don't know what a total BDSM.  I thought it was

19 a fetish-style thing.

20 Q    You were very experienced at fetish-style practices,

21 weren't you?

22 A    I did fetish photo shoots.  Never for anyone's personal.

23 Q    Did you understand that this was a fetish photo shoot you

24 were being asked to engage in?

25 A    I understood photos could be taken, yes.

Moore - cross - Rosenberg                    472

1  Q    My question is not whether photos could be taken.  Did

2  you understand that this would be only fetish photo shoot?  Is

3  that your testimony?

4  A    That is not my testimony.

5  Q    You understood that he was inviting you to engage in BDSM

6  sex --

7  A    Look, I've done --

8  Q    -- isn't that right?

9  A    I've done many photo shoots.  I've done many things.

10  Nothing like this has ever happened to me.  Nothing like this

11  included a cattle prod or having my breasts beaten.  That's

12  all that I know about that.

13        MR. ROSENBERG:  Your Honor, move to strike as

14  nonresponsive.

15        THE COURT:  It is generally responsive.  I'm going

16  to deny the motion.  You can ask the question again if you

17  want.

18  Q    Did you understand that you were -- when Mr. Rubin said

19  it's total BDSM, he was stating that he intended for you to

20  come to New York to have BDSM sex, you and Ms. Lytell, to have

21  BDSM sex with him?

22  A    Can you repeat that?  Again, in smaller, like one

23  question at a time.  Can you just repeat that, please.

24        MR. ROSENBERG:  I would ask that it be read again,

25  please.

Moore - cross - Rosenberg                          473

 1            THE COURT:  The reporter can read it back.

 2            (Record read.)

 3   A    Did I understand it from this?

 4   Q    Yes.

 5   A    No.

 6   Q    And, so, it's your -- you understand only you were going

 7   to take photos; correct?

 8   A    That's not what I said.

 9   Q    Is that your testimony?

10   A    That was not my testimony.

11   Q    When Mr. Rubin said I just like to be upfront about

12   everything -- withdrawn.

13            Did you ask Mr. Rubin any questions about what he

14   meant?

15   A    No.

16   Q    Did you discuss with Ms. Lytell when he meant?

17   A    No, I -- no.

18   Q    And when Mr. Rubin says, "It's total BDSM," you didn't

19   say wait, that's not what Ms. Stephanie Shon told us, did you?

20   A    We already talked about Stephanie Shon, and I just agreed

21   with what you said, so why are you trying to like --

22   Q    Ma'am, my question is:  When Mr. Rubin said it's total

23   BDSM, you didn't respond and say wait a minute, that's not

24   what I understood we're getting into, did you?

25   A    No.  You said Stephanie Shon.  So repeat it the way that

1    you --

2              THE COURT:  He is changing the question a little

3    bit.

4              THE WITNESS:  Yeah.

5    Q    Forgive me.

6              When Mr. Rubin said it's total BDSM, you did not

7    respond to him with any surprise, did you?

8    A    I sent a smiley face emoji.

9              You know how many messages -- I sent like a smiley

10   face.  That's it.  What are you --

11   Q    Did you ask any questions about it?  Any questions?

12   A    It's right here?

13   Q    You didn't, did you?

14   A    I did not ask Mr. Rubin any questions about it.  Mr.

15   Rubin wasn't the one that was setting this up, obviously,

16   initially.  He wasn't the one that contacted me initially is

17   what I meant, I'm sorry.

18   Q    So when you sent a smiley face, what you were saying --

19   isn't fair to say what you were saying is total BDSM, that

20   sounds great?

21   A    What did I say?

22   Q    Isn't it a fair reading of your emoji for someone to say

23   total BDSM and you're responding that sounds great?

24   A    I sent a smiley face.

25              Now I remember you.  You're the one that was fixated

Moore - cross - Rosenberg                     475

1    on the smiley face and it drove me crazy at my deposition.

2             THE COURT:  Ms. Moore, you have to answer his

3    question.

4             THE WITNESS:  Well, I don't know what the question

5    is.

6             THE COURT:  That's okay.  He will ask another one.

7    Q    A smiley face means you like someone, doesn't it?

8    A    What?

9    Q    A smiley face means you like something, doesn't it?

10   A    I just told you that I sent a smiley face because I seen

11   messages were coming in.  It popped up and I just sent a

12   smiley face so they knew that I was responding.  I didn't...I

13   didn't think -- I don't even remember sending that smiley

14   face.

15            I don't know what the definition of the smiley face

16   is for the thousandth time.  I was being kind.  I was just

17   courteous.  A smiley face.  That's all I said.

18            I didn't want to take the time to actually text.

19            It's a smiley face.  I don't know how to explain a

20   smiley face.

21   Q    Ms. Moore, you continued your text communications Mr.

22   Rubin; correct?

23   A    What?  Did I continue my texts?

24   Q    You had further text communications with him; correct?

25   A    You're going to pull it up here?

Moore - cross - Rosenberg                              476

1   Q    I am.

2   A    Okay.

3   Q    Do you recall that you had further texts communications

4   with him?

5   A    Obviously, yes.  This is in my packet.  I had to go over

6   it.

7   Q    Let's go over to -- okay.

8            Please turn your attention --

9            MR. ROSENBERG:  And Ms. Palmore, I'd ask you to

10  please bring up for the witness line 35.

11           MR. BALESTRIERE:  I'm sorry, Counsel, is this the

12  same exhibit?

13           MR. ROSENBERG:  Same exhibit.

14           MR. BALESTRIERE:  Thank you.

15           (Exhibit published.)

16  Q    And this is three days later on August 20, 2016 at

17  12:54:58 p.m.

18           Do you see that?

19  A    I see that.

20  Q    Do you see Mr. Rubin says, "Send me some sexy pics of

21  yourself this weekend."

22           Do you see that?

23  A    Yes.

24  Q    And then, the next text Ms. Lytell responds "Yes, sir."

25           Do you see that?

1    A    Yes.

2    Q    And then she sends a smiley face.  Do you see that?

3    A    Yes.

4    Q    And then, immediately thereafter, you send a yes, with

5    another emoji?

6    A    Yes.  I see that.

7    Q    Do you see that?

8         And I think -- is that a face with a heart on it,

9    like a kissing emoji?

10   A    It looks to be emoji.

11   Q    And Mr. Rubin responds to your text, doesn't he?

12   A    Yes.

13   Q    And it says -- he says, "Yes, sir, you mean?"

14        Do you see that?

15   A    I see that.

16   Q    And then you immediately respond "yes, sir" with a smiley

17   face?

18   A    Yes.

19   Q    So, even in this communication before you met Mr. Rubin,

20   you were engaging in dominance and submissive behavior,

21   weren't you?

22   A    A text yes, sir, is -- if that's what you consider it,

23   sure.

24        Yes, sir.  Saying yes, sir, you mean yes, sir.

25   Q    So you were already involved role playing with him,

1    weren't you?

2    A    Sure.  I mean, I just sent him back a quick yes, sir text

3    when he said that.  We might have been somewhere at the time.

4    Q    But you were saying -- when he said yes, sir you mean,

5    and you said yes, sir, you were engaging in the role playing

6    that's part of BDSM; isn't that right?

7    A    I don't -- I wouldn't consider that role playing,

8    honestly, like deep role play.  I wouldn't.

9    Q    All right.  And you continued communicating with Mr.

10   Rubin the next day; correct?

11            Well, let's turn to line 46 in the same exhibit.

12            This is a text from Mr. Rubin to you and Ms. Lytell

13   on August 21, 2016 at 6:25 p.m.

14            It says, "Ladies, can't wait to meet, greet, beat

15   you tomorrow."

16            Do you see that?

17   A    I see that.

18   Q    And then it says, in the next text, that the Viceroy

19   rooftop bar first so we can all get intoxicated.  Do you see

20   that?

21   A    Yes, I see that.

22   Q    And then you respond just two minutes later; correct?

23   A    I don't know how much longer later, but if that's what

24   that says, then, yes.

25   Q    Well, it does say two minutes, from 6:26:50 to 6:28:41,

1   so about two minutes; right?

2   A    Yes.

3   Q    And your response is sounds good to me; correct?

4   A    Yes.

5   Q    With a kissing face emoji?  Yes?

6   A    Yes, with a kissing face emoji.

7   Q    So isn't it a fact, Ms. Moore, that Mr. Rubin had told

8   you the day before you met him that he intended to beat you?

9   A    What?  I'm sorry.  What?  Repeat that.

10  Q    Isn't it a fact, Ms. Moore, that Mr. Rubin told you the

11  day before he met you that he intended to beat you?

12  A    He's speaking in a flirty way, yeah, I mean.

13  Q    So when he says can't wait --

14  A    Look, I'm not denying that there wasn't -- we knew it was

15  a fetish-style thing, but that did not include the things that

16  were used.

17         THE COURT:  Ms. Moore, you just got to answer his

18  question.  Okay.

19         THE WITNESS:  I'm trying.

20         THE COURT:  He's allowed to ask you more questions.

21         THE WITNESS:  I'm sorry.

22         THE COURT:  It's okay.  It's okay.

23         THE WITNESS:  I'm trying.

24         Sorry.

25         THE COURT:  Put another question.

1            We know you don't do this for a living.

2    Q    Ma'am, one moment.

3            You testified, Ms. Moore, that you engaged in fetish

4    photo shoots many times before you met with Mr. Rubin;

5    correct?

6    A    I've done fetish photo shoots, yes.

7    Q    And that's because you're a professional model; correct?

8    A    I was, yes.

9    Q    At this time you were; correct?

10   A    Yes.

11   Q    And you had considerable experience with a number of

12   different kinds of modeling assignments; correct?

13   A    Yes.

14   Q    And you worked with numerous photographs; correct?

15   A    Yes.

16   Q    And you went on many jobs and you were proud to be a

17   model?

18   A    What?  I'm sorry?

19   Q    It was a bad question.  You went to -- I will withdraw

20   it.

21           Ma'am, the question is this, when you are hired for

22   paid photo shoot, you wouldn't typically plan to get

23   intoxicated before you engaged in it, would you?

24   A    It depends -- I can't really -- it depends on the event.

25   Q    So --

Moore - cross - Rosenberg                    481

1   A    Not intoxicated per se, but it depends on the event.

2   Sometimes -- it depends on the event.  I can't....

3   Q    So when Mr. --

4   A    But not intoxicated.

5   Q    So when Mr. Rubin but the Viceroy rooftop first so we can

6   all get intoxicated and you said sounds good to me, that was

7   unusual modeling, in fact, wasn't it?

8   A    What?  Yes.

9   Q    Yes.

10  A    This wasn't a modeling workshop.  I mean, this was not a

11  modeling workshop.

12          What is that?

13          I can't control what he says.

14  Q    Ma'am, I'll just ask questions as best I can.

15          Do you recall testifying that you traveled to New

16  York the next day, August 22, 2016 to meet with Mr. Rubin?

17  A    I met with Mr. Rubin, yes.

18  Q    And you flew to New York and the first place you went,

19  you testified, was to Mr. Rubin's apartment; correct?

20  A    A driver picked me up and brang [sic] me there, yes.

21  Q    And you testified that you went to the apartment and Ms.

22  Powers was there; correct?

23  A    Ms. Powers was the one that created the e-mail.

24  Q    And you testified as well that Ms. Lytell was not there;

25  is that correct?

1  A    No.  Yeah.

2  Q    And you testified that Ms. Lytell' Mia showed up after

3  you had signed the nondisclosure agreement, do you recall

4  that?

5  A    Right.  They were in a hurry.

6  Q    Now, I'm going to ask you, ma'am, if you remember -- you

7  do recall as you testified in your deposition; correct?

8  A    Oh, I remember my deposition.

9  Q    Okay.  And do you recall, ma'am -- and, of course, before

10  you took the same oath that you take here; correct?

11  A    Yes.

12  Q    The same oath to tell the truth?

13  A    I took an oath, but not with a judge.  It wasn't -- it

14  wasn't the same.  It was -- there wasn't a judge there.

15  Q    But it was the same oath; correct?  Correct?

16  A    Yeah.

17         MR. BALESTRIERE:  Counsel, can you just ask what

18  that means?

19  A    What?  What do you mean?  Was it the same oath as you

20  take here?  It's the same one.

21  Q    It was an oath to tell the truth, wasn't it?

22  A    Right.

23  Q    The same there as here; correct?

24         THE COURT:  You had to tell the truth there just

25  like you had to tell the truth here, right?

 1              THE WITNESS:  Yes.

 2    Q    And do you recall being asked the following questions and

 3    giving the following answers at your deposition?

 4              Question:  -- and this is page 70, line 3 through

 5    page 71, line 2.

 6              Question:  When you arrived at the penthouse, what

 7    did you do?

 8              Answer:  I took the elevator up to the top floor.

 9              Question:  And was anybody there?

10              Answer:  Was anybody on the top floor?

11              Question:  Yes.

12              Answer:  No.

13              Question:  Was -- forgive me -- was Ms. Lytell

14    already there?

15              Answer:  I knocked on the door.

16              Question:  Okay.  And you went in or did somebody

17    answer the door?

18              Answer:  Yes.

19              Question:  Who answered the door?

20              Answer:  Jennifer Powers.

21              Question:  So you had not met her before?

22              Answer:  No.

23              Question:  This is the first time?

24              Answer:  Correct.

25              Question:  Was anyone else present.

Moore - cross - Rosenberg                484

1          Answer:  Mia.

2          Question:  Ms. Lytell.

3          Anybody else present?

4          Answer:  Not that I can remember?

5          So didn't you testify at that time that Ms. Lytell

6   was, in fact, there before you?

7   A    My deposition -- can I speak freely for a second?

8          THE COURT:  No.

9          MR. ROSENBERG:  No.

10  A    Fine.  I will answer the question, but I do have

11  something to say about my deposition.

12         THE COURT:  As I said, you're lawyer is going to get

13  another chance to ask you questions, so wait for that.  For

14  now, just answers his questions as best you can.

15         THE WITNESS:  Okay, go ahead.

16  Q    Isn't it correct that here you testified that Ms. Lytell

17  was present in the apartment -- excuse me -- was not present

18  in the apartment, whereas at your deposition you testified

19  that she was --

20  A    I --

21  Q    -- Is that correct?

22  A    I don't remember what I said at my -- everything I said

23  at my deposition and I can tell you why.

24  Q    Ma'am, again, your counsel can ask you questions.

25  A    Okay.  Then I don't have anything to say about that.

Moore - cross - Rosenberg                    485

1  Q    You also testified here in this court that you were given

2  a glass of wine by Ms. Powers.  Do you recall that?

3  A    Yes.

4  Q    Okay.  And do you recall testifying at your deposition --

5  this is page 76, lines 9 through 12 --

6           Question:  Did you have anything to drink before you

7  went to the Viceroy?  Did you have a drink at the penthouse?

8           Answer:  I don't remember"?

9  A    That's what I said.  I said a lot of things.

10  Q    Today you remember, then you didn't?

11  A    I've been refreshed.  I remember.  I remember.

12  Q    You have been -- okay.  Very well.

13           Now, you testified here that you signed the

14  nondisclosure agreement with Ms. Powers before Ms. Lytell

15  arrived.

16           Do you recall that testimony here yesterday?

17  A    Yes.

18  Q    Do you recall testifying at your deposition as follows,

19  page 295, lines 20 to 22?

20           And was Mia Lytell present at the time you did

21  that -- referring to signing the NDA -- and you answered we

22  were both there?

23  A    I don't remember saying that.  It was -- I can't explain,

24  so I'm just going to wait.  I'm just going to wait.

25           THE COURT:  Just wait.

Moore - cross - Rosenberg                          486

1          THE WITNESS:  Okay.

2   Q    You also testified yesterday, ma'am, that Ms. Powers told

3   you that there would be a fine if you speak his name,

4   referring to Mr. Rubin, do you remember that?

5   A    Yes.

6   Q    Do you recall testifying at your deposition as follows?

7          Page 76, lines 13 to 16.

8          Do you recall any discussion with Ms. Powers or Ms.

9   Lytell in the penthouse?

10          Answer:  I don't want to speculate.  I don't

11   remember exactly.

12   A    If that's what it said I said, that's what I said at that

13   time.

14   Q    Now --

15   A    He's harassing.  I feel like I'm being harassed, I'm

16   sorry.  I'm not supposed to speak out of term.  I just feel

17   like I'm being harassed.

18          THE COURT:  Mr. Balestriere, do you want to take a

19   break and compose your witness?

20          MR. BALESTRIERE:  Sure, Your Honor, thank you.

21          THE WITNESS:  Please.

22          THE COURT:  Take ten minutes and we'll come back.

23          (Jury enters the courtroom.)

24          THE COURT:  It's okay.  You may step down.  We are

25   recessed for ten minutes.

Moore - cross - Rosenberg                           487

1              (Witness steps down.)

2              (Recess taken.)

3              THE COURT:  Let's have the witness back and the

4     jury, please.

5              (Witness takes stand.)

6              THE COURT:  Everyone be seated and continue

7     cross-examination.

8              MR. ROSENBERG:  Thank you, Your Honor.

9     CROSS EXAMINATION

10    BY MR. ROSENBERG: (Continuing)

11    Q    Now, Ms. Moore, after you and Ms. Lytell signed the

12    nondisclosure agreements, you -- Ms. Powers left, did she not?

13    A    No, not after we signed them.

14    Q    Okay.  She left previously?

15    A    No, we left.

16    Q    So you -- when you say "we," it's you and Ms. Lytell?

17    A    Yeah.

18    Q    And you walked to the Viceroy Hotel; correct?

19    A    She told us to walk to the Viceroy Hotel, yes, Jennifer

20    Powers.

21    Q    And then you and Ms. Lytell walked there; correct?

22    A    Yes, we did as instructed.

23    Q    And you went to the bar where you and Ms. Lytell met Mr.

24    Rubin; correct?

25    A    We went to the Viceroy, yes.

Moore - cross - Rosenberg                    488

1    Q    And you went up to the rooftop bar, didn't you?

2    A    We went to meet him at the rooftop bar, yes.

3    Q    And there you met and the three of you sat and had

4    drinks; correct?

5    A    Yes.

6    Q    And after a certain period of time the three of you left;

7    correct?

8    A    Yes.

9    Q    And you walked back to his apartment?

10   A    Yes.

11   Q    And you testified that at that time -- when you got back

12   to the apartment, there came a time that you put on certain

13   outfits.  Do you recall that?

14   A    Yes.

15   Q    Okay.

16            MR. ROSENBERG:  I'd like to show for the witness

17   only, please, what has been -- Defense Exhibit Q7.

18            THE COURT:  The witness only.

19   Q    Ms. Moore, do you recognize yourself and Ms. Lytell in

20   what has been played on your screen?

21   A    Yes.

22   Q    And do you recognize where that video comes from?

23   A    Yes.

24   Q    And does it come from Mr. Rubin's apartment?

25   A    Yes.

Moore - cross - Rosenberg                    489

1   Q    And is it the night that we are talking about, August 22,
2   2016?
3   A    Yes.
4         MR. ROSENBERG:  Your Honor, I move for the admission
5   of Exhibit Q7.
6         MR. BALESTRIERE:  Objection, 401 and 403, Your
7   Honor.
8         THE COURT:  Overruled.
9         Received.
10        (Defendant's Exhibit Q7 received in evidence.)
11  Q    Ms. Moore, does this exhibit show you and Ms. Lytell
12  putting on your outfits before -- withdrawn.
13        Does that exhibit show that evening you and Ms.
14  Lytell putting on the outfits that you described?
15  A    Yes.  He requested that we bring outfits and we put them
16  on.
17        MR. ROSENBERG:  Your Honor, I would ask to play
18  Exhibit Q7 for the jury.
19        THE COURT:  It's in evidence.  Go ahead.
20        (Video playing.) (Video stopped.)
21        MR. ROSENBERG:  Stop.
22  Q    Now, just for the record, Ms. Moore, are you -- there are
23  two women, one on the left and one on the right.
24        Are you the one on the right?
25  A    Yes.

1  Q    And the woman behind you is Ms. Lytell?

2  A    Yes.

3  Q    And that was in Mr. Rubin's bathroom, was it not?

4  A    Yes.

5  Q    Where you and Ms. Lytell went to put on your outfits;

6  correct?

7  A    Where we went to put on the outfits he told us to put on

8  and bring, yes.

9  Q    Now, before you made that video -- let me -- withdrawn.

10 A    Can you take it off the screen, please, Judge.

11        THE COURT:  Take down the video.

12        MR. ROSENBERG:  Please take down the video.

13        THE WITNESS:  Thank you.

14        THE COURT:  Mr. Rosenberg, can you pick it up a

15 little.

16        MR. ROSENBERG:  I'm sorry, Your Honor.

17 Q    I would like to show you what has been marked as Exhibit

18 P7.

19        THE COURTROOM DEPUTY:  In evidence?

20        MR. ROSENBERG:  It is not.  It has been stipulated

21 to.

22        Please put it on the witness' screen.  Excuse me.

23 That's the wrong exhibit.  I'm sorry, Defendant's Exhibit

24 Peter 7.

25 Q    Ms. Moore, do you recognize that video?

Moore - cross - Rosenberg                     491

1    A    Yes.

2    Q    And is that also Mr. Rubin's apartment, ma'am?

3    A    Yes.

4    Q    The same day?

5    A    Yes.

6    Q    Is that --

7              MR. ROSENBERG:  Your Honor, I also move to admit

8    Defendant's Exhibit P7.

9              MR. BALESTRIERE:  Same objection, Your Honor.

10             THE COURT:  I thought you said this was stipulated

11   to.

12             MR. ROSENBERG:  Authenticity was stipulated.

13             THE COURT:  Okay.  Objection overruled.  It is

14   received.

15             (Defendant's Exhibit P7 received in evidence.)

16   BY MR. ROSENBERG:

17   Q    And was this video taken before you went to the Viceroy?

18   A    No, that was taken I think...after.  After.  That was

19   after.  We were clearly intoxicated, as you can see.

20   Q    I'm sorry.  Was this taken after you came back from the

21   Viceroy?

22   A    I believe.  I don't remember what time.  I don't remember

23   what had....

24   Q    But it was in Mr. Rubin's apartment on that day; correct?

25   A    Yes.

1       MR. ROSENBERG:  Please play Defendant's Exhibit P as
2    in Peter.
3           (Video playing.) (Video stopped.)
4    Q    And once again, that is you and Ms. Lytell; correct?
5    A    Yeah.
6    Q    Now, that evening, after your encounter with -- after the
7    event in the red room with Mr. Rubin with you and Ms. Lytell
8    that you testified about, isn't it correct that you sat
9    outside the red room on a couch outside with Mr. Rubin, a
10   couch outside the red room inside the apartment?
11   A    Can you -- that's kind of jumbled up.
12   Q    It was.  I apologize.  Let me do it again.  You're
13   absolutely right.
14          After you left the red room that night with Ms.
15   Lytell, didn't you sit down in the living room with Mr. Rubin?
16   A    After we left the hotel?
17   Q    No.  Forgive me.
18          After you left the red room, did you not go into the
19   living room of the apartment and sit down on the couch with
20   Mr. Rubin?
21   A    No.
22   Q    So is it your testimony after -- when the sexual
23   encounter was completed, he left and you didn't talk to him
24   again; is that right?  That night?
25   A    He left.

Moore - cross - Rosenberg                    493

1    Q    Isn't it correct, ma'am, that, in fact, you sat around

2    with him for a while and shared a glass of wine with him?

3    A    After the encounter?

4    Q    Yes.

5    A    No.

6    Q    And isn't it then and there that you talked to him about

7    a friend of yours who might be interested in seeing him?

8    A    No, that's not when I talked to him about that friend.  I

9    already testified -- or....

10   Q    And isn't it correct that when Mr. Rubin left the

11   apartment you and Ms. Lytell had, between you, $10,000 in

12   cash; correct?

13   A    I was paid $5,000.

14   Q    And Ms. Lytell was paid 5,000; correct?

15   A    Yes.  He threw it at us.

16   Q    So you and Ms. Lytell had $10,000 and you decided to

17   spend the night in the apartment; correct?

18   A    Yes.  My flight was not too long after that.

19   Q    So you felt sufficiently safe to spend the night in the

20   apartment; correct?

21   A    I don't know what I felt at the time.

22   Q    Okay.  Now, the next day, you flew back to Florida;

23   correct?

24   A    Yeah.  You could call it, yes.  Yes.

25   Q    And but before you flew back, you were once again in

1   contact with Mr. Rubin; correct?

2   A    Before I flew back?

3   Q    Yes.

4   A    I don't remember if it was before or after.

5   Q    Well, let me show you the text.

6            MR. ROSENBERG:  And I will ask you to go back to

7   Defendant's Exhibit C2, Charlie 2.

8   A    I just want to be correct and see the times.

9   Q    Now, I would ask Ms. Palmore if you can go to line 120,

10  and this is a text -- if we have it.

11           So this is August 22, 2016 at 11:31 p.m.  Do you see

12  that?

13  A    I see that.

14  Q    Okay.  And that's later the same evening after your first

15  encounter with Mr. Rubin; correct?

16  A    This is his text.

17  Q    You're quite right.

18           And he says, "Thanks for an amazing night ladies,"

19  yet with another emoji; correct?

20  A    Yes.

21  Q    And then he says, "Sweet dreams"?

22  A    Yes.

23  Q    And then, Ms. Stephanie Shon, the next text, we're still

24  on this text message, but wasn't present for any of this

25  activity; correct?

Moore - cross - Rosenberg                         495

1    A    Stephanie?

2    Q    She says --

3    A    I've never met Stephanie Shon.

4    Q    She says, "Love this," and then you answer at 6:37 in the

5    morning, "Thank you for having me," exclamation point with

6    kissing lips; correct?

7    A    Yes.

8    Q    And then the next text message, again, from you, and this

9    is line 124 at 6:37, "So tired, wish I could have booked a

10   later flight now, LOL"; correct?

11   A    Yes, I sent that to Stephanie Shon.

12   Q    You sent that to Stephanie Shon of course?

13   A    Yes.

14   Q    When you said, "Thank you for having me," that wasn't to

15   Stephanie Shon, was it?

16   A    I was responding to Stephanie Shon.

17   Q    But she hadn't had you?  It would have been Mr. Rubin who

18   had had you; correct?

19   A    Well, Jennifer Powers and Stephanie Shon were the ones

20   that put it together, so....

21   Q    I see.

22   A    I was just saying thank you for having me.

23   Q    So when you say thank you for having me, you're not

24   telling Mr. Rubin thank you for having me?

25   A    I was responding to the message that popped up on my

1  screen, I mean, that message, yes.

2  Q    And then the text messages continue, and if you go down

3  to text message line 126 at approximately 11:16 a.m. with Mr.

4  Rubin saying "Can't believe you had to get up so early.  I'm

5  just waking up."

6            Do you see that?

7  A    I see it.

8  Q    And do you understand that to be a response to your text

9  that said, "So tired, I wish I could have booked a later

10 flight, LOL"?

11 A    Sure.  Mia texted him too.  He was responding to us.

12 Q    And then Mr. Rubin stated, "Thanks, Mia" -- and this is

13 in line 127 -- "I had a wonderful time," but then you answer;

14 correct?

15 A    Yes.

16 Q    And then you answered at 11:32:59 a.m.; correct?

17 A    Yes.  That's what it says, yes.

18 Q    Okay.  And that says yes, so much pain LOL, but fun, fun,

19 fun and had a great time just hanging out with you as well,

20 although my boobs feel otherwise today."  Do you see that?

21 A    I do see that.

22 Q    With some trepidation, I will point out, that you ended

23 out with an emoji.  Would you explain what that emoji is?

24 A    It looks like a crying -- a crying/laughing emoji, I

25 believe.  I'm not quite sure exactly which.

1    Q    Well, doesn't it looks like someone who is laughing so

2    hard they're crying?

3    A    There's -- no, this one -- well, there is one like that,

4    but this one is the one I think that's -- is anybody well

5    versed on emojis that could help me?

6    Q    Ma'am, it's your emoji, so you tell us the best you can.

7    A    It's the one -- so there's a laughing one, there's a

8    crying one, and there's a laughing/crying one, right?  So I

9    think that's which one that one.

10   Q    The next line says, "I slept two hours, LOL.  I wanted to

11   sleep in bad, but I'm home now," big smiley face; correct?

12   A    Yes.

13   Q    And then Ms. Stephanie Shon says, "Glad you guys had

14   fun," and later in the afternoon Mia says, "Just landed back

15   in Florida"; correct?

16   A    Yes.

17   Q    And the last text on this page -- excuse me, on this

18   exhibit, on line 134, at 2:44, on August 23rd, the day after

19   your encounter is yours and isn't that -- you send three

20   emojis; correct?

21   A    The ones after Mia's?  Wait.

22   Q    Yes.

23   A    Yes.

24   Q    Okay.  And those are a kissing emoji, sleeping emoji, and

25   then another one of two funnies together; isn't it?

1   A    No.  Those are not two funnies.

2   Q    What are they?

3   A    Which emoji is that?

4   Q    Yes.

5   A    I believe that's the twin emoji.

6   Q    The twin emoji?

7   A    Yes.

8   Q    So you were showing the twins as in you and Mia?

9   A    I don't -- it's an emoji.  It's -- it's a twin emoji.

10  Q    So at no point in any of these text messages that we've

11  seen did you tell Mr. Rubin that you endured any pain in your

12  encounter with him; correct?

13  A    I'm sorry?  Can you say that again.

14  Q    At no point in any of these text messages, ma'am, did you

15  tell Mr. Rubin that you endured any pain in your -- in your

16  encounter with him; correct?

17  A    No, I referred him to it.

18                 (Continued on next page.)

19

20

21

22

23

24

25

1    CROSS-EXAMINATION

2    BY MR. ROSENBERG (CONTINUED):

3    Q    I stand corrected.

4         At no point -- well, withdrawn.

5         So what you're referring to is in Line 128:  Yes,

6    so much pain.  LOL.  But fun, fun, fun.

7    A    Right.

8    Q    Correct?

9    A    Yes, uh-huh.  I mean, what -- what -- what good is it

10   going to do me.  What benefit would there be for me

11   saying it -- what effect would there be for me saying it?

12   I'm sorry.

13   Q    Now, the very same day with -- the same day that you

14   were talking to Mr. Rubin by text, as we've seen in these

15   Defense Exhibit C2, you also were in touch with Ms. Powers,

16   correct?

17   A    Can you -- can you pull it up, please.

18   Q    Of course.

19         MR. ROSENBERG:  Why don't we take a look at

20   Defense Exhibit D be provided to the witness?

21         MR. BALESTRIERE:  Z as in "Zebra"?

22         MR. ROSENBERG:  D as in "David."  The agreement,

23   D, as in "David."

24         Yes, thank you.

25         Your Honor, I move for the admission of

1  Defendants' Exhibit D.

2          MR. BALESTRIERE:  Just one moment, Your Honor.

3          THE COURT:  Can you move the mic a little closer

4  to you?

5          THE WITNESS:  Uh-huh.

6          MR. BALESTRIERE:  No objection.

7          THE COURT:  Received.

8          (Defendants' Exhibit D so marked and received in

9  evidence.)

10 BY MR. ROSENBERG:

11 Q    Okay.  I would direct your attention to the bottom of

12 Page 3 of 5 to the text messages beginning, on August 23rd,

13 2016.  And do you see that that begins from Ms. Powers

14 saying:  Good morning.  Did you make it to the airport?

15         And you answer:  Good morning, exclamation point.

16         Do you see that?

17 A    Yes.

18 Q    And that's at approximately 8:00 in the morning on the

19 23rd?

20 A    8:05 a.m.?

21 Q    Yes, that's correct.

22 A    Okay.

23 Q    And then you say:  Yes, I'm on my flight now.  About to

24 take off.

25         And then you say, at 8:06:  Thank you so much for

1    having me.

2            Do you see that?

3    A    Yes.

4    Q    And Ms. Powers says:  Awesome.  I'm so glad you made

5    that flight.  I was worried.  H said he had a terrific time.

6    See you again soon, exclamation point.  XO.

7            Do you see that?

8    A    Yes.

9    Q    And, of course, you understood and understand that H is

10   Howie, Mr. Rubin, correct?

11   A    Yes.

12   Q    And you respond, at 11:32 a.m. -- that's when you

13   arrive back in Florida, correct?

14   A    I do not remember what time I arrived back in Florida.

15   Q    Do you think that's why she texted you at 9:25 and then

16   you say you were about to take off at 8:05; and do you think

17   that's why you responded at 11:32?

18   A    I don't know.

19   Q    Okay.

20   A    I don't want to say something wrong.  I -- if there was

21   something wrong if any -- yeah, that was the day I got home

22   agree, I was at home.

23   Q    Okay.

24   A    I left really early, I didn't sleep.

25   Q    And then you answer:  Awesome.  Can't wait, another

1   emoji.  I was hoping he liked me.

2          And then on the next line, continuing that, it

3   says:  LOL.

4          That's how you answered Ms. Powers, correct?

5   A    What?

6   Q    That's how you answered Ms. Powers, correct?

7   A    Where's that -- can you go back up to the other one

8   before that?

9   Q    Of course.

10  A    I just want to make sure.

11  Q    How long you can make it, so that --

12  A    Oh, yeah.  That was part of that --

13  Q    All right.

14  A    -- that "LOL."

15  Q    Right.

16  A    LOL, tweet.

17  Q    Ms.  -- continuing that, Ms. Powers answers promptly.

18  She says:  Who wouldn't?  Exclamation point, exclamation

19  point.

20         Do you see that?

21  A    Uh-huh, yes.

22  Q    And you respond with two hearts?

23  A    Yes.

24  Q    Okay.

25         All right.  Now, Ms. Moore, you testified that

1    when you were with Mr. Rubin on the day before this, August

2    22nd, you talked to him about a woman -- or more than one

3    woman, who -- who he might want to meet, correct?

4            MR. BALESTRIERE:  Objection, mischaracterizes the

5    testimony.

6            THE COURT:  Hang on.

7    Q    Did you talk about any woman -- withdrawn.

8            THE COURT:  Wait.

9            Overruled.

10           Do you want to ask another question, or would you

11   like --

12           MR. ROSENBERG:  I would like it read back, please.

13           THE COURT:  I would like it, yes, sir.

14           MR. BALESTRIERE:  Read it back, please.

15           (Requested portion read back.)

16   A    When we were at dinner, he was looking through our

17   photos from our trip, and he had seen Pashence Marie and

18   liked that she had big boobs, and he asked me to send --

19   send a screenshot of her information to Jennifer Powers.

20   Q    And is -- and that woman --

21   A    And I did.

22   Q    And you did.

23           This Pashence Marie that you referred to was a

24   friend of yours?

25   A    She was an acquaintance.

1    Q    Another model?

2    A    Yes, she was a model, as well.

3    Q    Okay.  And so you told Mr. Rubin you would send

4    information, and then taking a look, of course, at August

5    24th, 2016, as the next day, did you say to Ms. Powers:

6    I'll send you the info on my GF I had told Howie about.

7    A    Yes.

8    Q    All right.  And that -- withdrawn.

9              You testified on direct examination that after

10   your encounter with Mr. Rubin, you determined that you did

11   not want to introduce Ms. Pashence Marie to Mr. Rubin,

12   correct?

13   A    Correct.

14   Q    Because it had been, according to your testimony, not

15   what you expected, an unpleasant encounter.  You wouldn't

16   put your acquaintance or friend, Ms. Pashence Marie, in

17   contact with Mr. Rubin, correct?

18   A    Correct.

19   Q    And, in fact, is it your testimony that -- well,

20   withdrawn.

21             Notwithstanding that you determined that you did

22   not want Ms. Pashence Marie to meet Mr. Rubin, you still did

23   send Ms. Powers this picture or image of Pashence Marie;

24   isn't that correct?

25   A    Yes.

1    Q    And no one forced you to do that?

2    A    No.

3    Q    And, in fact, Mr. Rubin didn't ask you.  He didn't send

4    you a text or call you and say, "Hey, what about that woman?

5    Send me your information," did he?

6    A    No.  He asked me to send it to him on the day --

7    before.

8    Q    Correct.  He asked you the day before, but he didn't --

9    forgive me.  I didn't mean to interrupt you on that

10   question.

11           He asked you the day before, but he didn't follow

12   up with that request, did he?

13   A    He didn't have to.  I had sent it.

14   Q    Exactly.

15   A    I sent it right away because I told him I would send

16   it.

17   Q    You told him --

18   A    I sent it to Jennifer Powers.

19   Q    And did you consider, Gee, this was a bad -- I told him

20   I would send it, but I just had a bad experience.  I think I

21   won't send it?

22           Did you consider that?

23   A    No.

24   Q    Okay.  And so even though you knew -- or believed that

25   Pashence -- it was a bad idea for Pashence Marie to meet

1   with Mr. Rubin because you had a bad experience with him,

2   you still sent her contact information -- or Instagram

3   information to Mr. Rubin?

4   A    I sent it to Jennifer Powers.

5   Q    Who -- who you understood worked with Mr. Rubin,

6   correct?

7   A    Who worked with Mr. Rubin, who's dated Mr. Rubin.

8   She's married to his brother.  I don't know.

9           MR. ROSENBERG:  Your Honor, I'm going to move

10  to --

11          MS. LAVIGNE-ALBERT:  Objection, Your Honor.

12          MR. ROSENBERG:  -- strike that.

13          THE COURT:  Okay.  Sustained.

14          Ms. Moore, just answer his questions.

15          THE WITNESS:  I'm sorry.

16          THE COURT:  That's okay.

17  Q    So he didn't ask the second time, there was no

18  follow-up, you just sent it, correct?

19  A    I -- yes, I sent it.

20  Q    Okay.  And you didn't just send it, you then continued

21  to speak about it and communicate about it with Ms. Powers,

22  correct?

23          THE WITNESS:  Can you maybe scroll down?

24          MR. ROSENBERG:  Let's do that.

25          THE WITNESS:  Thank you.

1          MR. ROSENBERG:   Thanks.

2          Okay.   The first line, the first -- through

3  8/24/19 at 9:01, please.

4          There you go.

5  Q    So Ms. Powers says:  "Good morning.  Do you think she

6  would be cool with everything that goes down?"

7          Do you see that?

8  A    Yes.

9  Q    Okay.  And that's referring to Pashence Marie.  So

10  that's Ms. Powers asking you, Would Pashence Marie be cool

11  with everything that goes down, correct?

12  A    Yeah.

13  Q    Okay.

14  A    Yeah.

15  Q    Okay.  And you understood that to mean -- "everything

16  that goes down" meaning everything that happens in the red

17  room, correct?

18  A    I'm sorry.  What?  I mean...

19  Q    You understood that to mean everything that happened in

20  the red room?

21  A    No.  I -- I didn't understand that to mean everything

22  that happened in the red room.

23  Q    So when Ms. Powers asked you, "Do you think she would

24  be cool with everything that goes down," isn't it correct

25  that she's saying, Would she be cool to do what you did with

1   Mr. Rubin in the red room?

2   A    You would have to ask her that.

3   Q    Well, did you have a different understanding of it,

4   ma'am?

5   A    I -- I don't -- I don't know what she's thinking --

6   what --

7   Q    I'm asking --

8   A    -- are you talking about the slide?

9   Q    Yes.

10          When you received this text, didn't you understand

11  that Ms. Powers was asking whether Pashence Marie would be

12  cool with everything that happened in the red room?

13  A    She didn't say "the red room," but Do you think she

14  would be cool with everything that's going down.  That's

15  what she said.

16  Q    And you answered her?

17  A    I did.

18  Q    And in the next three lines --

19  A    And I didn't mean that -- here, where it says not,

20  he's -- I meant -- you just crossed it out.

21          MR. ROSENBERG:  You can take that red box off

22  Ms. Powers.

23  A    I had a typo there.

24  Q    Let me read the three lines, because it's little

25  confusing.

1          It says:  He's for sure already spoke to her.  I

2   mean, yes, not he.  LOL.

3   A    Yes.  That means yes, for sure, I -- yes, for sure.  He

4   had spoke to her.

5   Q    Okay.  So in other words --

6   A    I didn't --

7   Q    -- what you're saying is your first line -- word is a

8   typo?

9   A    Yeah, I corrected everything.

10  Q    And it -- exactly.  And that's all, I just wanted to be

11  clear.

12         So, really, what your first line is, Yes, for

13  sure.  Already spoke to her?

14  A    I -- yes.

15  Q    Thank you.

16         And that, "yes, for sure.  Already spoke to her"

17  is a response to Ms. Powers saying, Do you think she would

18  be cool with everything that goes down"?

19  A    Yes, that -- yeah, I was responding to Jennifer Powers

20  here.

21  Q    So you're telling her that she would be cool with

22  everything that goes down -- and whatever that means.

23         And then you say, "She's one of my best friends,"

24  correct?

25  A    I did say that.

1  Q    "And a super awesome personality," correct?

2  A    Yes.

3  Q    And then you got a smiley face, correct?

4  A    Yes.

5  Q    And then you say "Huge boobs.  LOL," correct?

6  A    Yes.

7  Q    So is this your way of trying to -- to dissuade

8  Mr. Rubin from seeing Ms. Pashence Marie?

9  A    He had commented when he had seen the photos we were

10 scrolling through that he loved her huge boobs, so "Huge

11 boobs" is what I said there.

12 Q    So you decided to mention them, even though it's your

13 testimony here that you really didn't think that it was

14 right for Pashence Marie just to meet with Mr. Rubin?

15        Is that your testimony?

16 A    I said "huge boobs" because that's what we talked about

17 the day before, the girl with the huge boobs.  Huge boobs.

18 Q    And even though your testimony is that you would

19 never --

20 A    I'm saying it to Jennifer Powers.

21 Q    -- put Ms. Pashence Marie in danger, or you wouldn't

22 want to do that in any way, shape, or form, you were

23 advertising her virtues or attractiveness to Mr. Rubin's

24 assistant, Ms. Powers, correct?

25 A    No.  Pashence Marie never met with Howard Rubin.  She

Moore - Cross - Rosenberg                    511

1   never would meet with Howard Rubin.

2   Q    And when you --

3        MR. ROSENBERG:  Your Honor, we move -- withdrawn.

4   Q    And then Ms. Powers says:  "As long as she's cool, I

5   keep the psychos out -- oh.  Oh, great.  As long as she's

6   cool, I keep the psychos out.  Is she in Miami?  She looks

7   gorgeous."

8        And you respond:  "She's actually near

9   Jacksonville and definitely not psycho.  She's one of the

10  sweetest girls I know."  Emoji, emoji, emoji.

11       And then you say:  "Very positive and uplifting

12  but has a wild side.  LOL."

13       Do you see that?

14  A    Yes.

15  Q    Why did you think it was important to tell Ms. Powers

16  that your friend had a wild side?

17  A    I was just describing her.

18  Q    You were just describing her.  And, of course, would be

19  attractive to Mr. Rubin for a woman who has a wild side,

20  correct?

21  A    I -- yeah, sure.  I mean...

22  Q    Was it -- okay.

23       Very well.

24  A    This is just a conversation, you know, between

25  Ms. Powers and I.

1  Q    Yeah.

2          But it's your testimony here that because you

3  didn't want this -- you didn't want to put many Pashence

4  Marie in danger, you told Pashence Marie, Don't go, correct?

5  A    Yes.

6          MR. ROSENBERG:  I would like to play a clip from

7  your deposition.

8          Ms. Palmore, please play Clip Number 78.

9          MR. BALESTRIERE:  Could we ask the page number?

10          MR. ROSENBERG:  Yes.  That would be Page 316,

11  Lines 9 to 21.

12          MR. BALESTRIERE:  Thank you.

13          (Video plays.)

14          (Videos stops.)

15  BY MR. ROSENBERG:

16  Q    Now, also on -- on 5/4, you talked to another woman

17  about visiting Mr. Rubin, didn't you?

18  A    Can you pull that up, please.

19  Q    I'm sorry?

20  A    I'm sorry.  Can you please pull it up on the screen so

21  I can see.

22  Q    Well, first, let me ask you:  Do you recall talking to

23  another woman?

24  A    I don't know what you're talking about.  Can you put it

25  on the screen?  I don't --

Moore - Cross - Rosenberg                    513

1   Q    Did there come a time -- did there come a time that you

2   spoke with Ms. -- do you recall -- let me withdraw it.

3           Okay.

4           MR. ROSENBERG:  Can you please go, Ms. Palmore,

5   again to Defense Exhibit D, Page 5 of 5, continuing where we

6   were a moment ago immediately after the conversation

7   beginning at August 24th at 11:24 a.m.

8           Thank you.

9   Q    And here, you're texting Ms. Powers:  I heard what

10  happened with -- and there's a name taken out, referring to

11  a certain person who was visiting Mr. Rubin the day before.

12          Are you familiar with the person who visited

13  Mr. Rubin after you had -- after you and Ms. Lytell had?

14  A    I -- I didn't --

15          THE WITNESS:  Am I allowed to say her name?

16          MR. ROSENBERG:  Your Honor --

17          THE COURT:  The question is:  Do you remember who

18  it was?

19          THE WITNESS:  Oh, oh.

20  A    Yes.

21          THE COURT:  Okay.

22          MR. ROSENBERG:  Your Honor, may we have a sidebar?

23          THE COURT:  Okay.

24          (Continued on the next page.)

25

Sidebar Conference                                    514

1              (The following occurred at sidebar.)

2              THE COURT:  Who is the witness?  Why does it

3     matter?

4              MR. ROSENBERG:  Your Honor may recall it has been

5     in the case, and she was previously a plaintiff.  The reason

6     it matters is the next text shows that she went -- because

7     Ms. Moore and Ms. Lytell talked to her and told her what

8     happened on the -- on speakerphone, and said I -- described

9     everything that went down.  And our contention, of course,

10    is that if there had been, in fact, a rape, it was

11    consensual.

12             THE COURT:  Okay.  So why can't the witness refer

13    to her as Person 1?

14             MR. ROSENBERG:  I have no problem with anything

15    like that.  That is fine as long as she can do that.

16             MR. BALESTRIERE:  The name doesn't matter to me,

17    Your Honor, but if there were questions regarding the

18    allegation --

19             MR. ROSENBERG:  I'm not interested in allegations.

20             THE COURT:  I get the point.

21             MR. ROSENBERG:  Yes.

22             THE COURT:  It is going to be limited to what the

23    witness said?

24             MR. ROSENBERG:  Yes.

25             THE COURT:  To the extent what this witness said.

Sidebar Conference                                            515

1          MR. BALESTRIERE:  Okay.

2          THE COURT:  So let's do that.

3          MR. ROSENBERG:  If Your Honor will instruct the --

4          THE COURT:  I will.

5          MR. ROSENBERG:  Very well.

6          (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Moore - Cross - Rosenberg                    516

1          (Sidebar ends; in open court.)

2          THE COURT:  Okay.  This person's name, where it

3    says "Redacted," has been taken out of the case, so she's

4    not involved in the case.  So you're going to have some

5    conversation about your texts here, but you should not refer

6    to her by her name.  You should refer to her as "Jane Doe."

7          THE WITNESS:  Okay.

8          THE COURT:  All right.  Go ahead.

9          MR. ROSENBERG:  Thank you, Your Honor.

10   BY MR. ROSENBERG (CONTINUED):

11   Q    Now, referring to the text of August 25th, 2016, at

12   5:16 p.m., you say, "I had only met her once through Mia,

13   but she seems pretty open-minded.  Don't really know her

14   that well.  I told her on speakerphone with Mia what to

15   expect, LOL, so she knew."

16   A    Yes.

17   Q    Okay.  So without using -- did you tell -- were you on

18   a speaking phone with Mia explaining to Jane Doe what had

19   happened in your encounter with Mr. Rubin on August 22nd?

20   A    Did I tell her about my encounter?

21   Q    Yes.

22   A    I didn't talk to her fully about my encounter, no.

23   Q    Well, you said here:  She seemed pretty open-minded.  I

24   told her on speakerphone with Mia what to expect.

25   A    Yes, I said that.

Moore - Cross - Rosenberg                    517

1   Q    Does that mean you told her what had happened to you

2   and what she could expect to happen to her?

3   A    I didn't tell her -- I didn't tell her everything about

4   what happened to me, no.

5   Q    Did you tell her things that would -- that you had --

6   that you had a positive experience with this --

7   A    I don't know Jane Doe like that.  I don't know

8   Jane Doe.  This is -- honestly, I don't -- this has been so

9   long, I don't even remember having this conversation.  I

10  just...

11  Q    So you don't remember what it was that you said to her?

12  A    Honestly, I do not remember our -- our exact

13  conversation.  That was such a late point.

14  Q    And do you know -- and then Ms. Powers says, She's an

15  amazing girl, sometimes it happens."

16          And you respond, yeah, guess it's not for

17  everyone.

18          And then you answer -- you add, I would do it

19  again.  It was quite a experience, LOL --

20  A    Yeah.

21  Q    -- right?

22  A    Yeah, I did.

23  Q    And, in fact, as you testified, you did see Mr. Rubin

24  again, correct?

25  A    Yes.

Moore - Cross - Rosenberg                    518

1   Q    And you went back to see him in December of 2016,
2   correct?
3   A    Yes, I did.
4   Q    And you wanted to see him because you wanted money,
5   correct?
6   A    I wanted to speak to him about -- yeah, that was a yes.
7   Other things personally.
8   Q    Okay.  And you sought him out because you wanted to
9   talk with him about him paying you money, correct?
10  A    Yes.
11  Q    And when you were in New York, you contacted him and,
12  once again, said -- and they contacted -- and said she
13  wanted to talk with him?
14  A    I didn't make contact with him.
15  Q    It's your testimony he reached out to you?
16  A    No.
17  Q    How did you come to speak with him?
18  A    Mia.  Mia told me.
19  Q    So Mia arranged for you to meet with Mr. Rubin?
20  A    I didn't say that, no.
21  Q    Before you went to speak with Mr. Rubin on
22  December 21st -- withdrawn.
23        You testified you wanted to go see Mr. Rubin
24  because you wanted money to correct your breasts implants,
25  correct?

1  A    Yeah.

2  Q    And so you were not going there to engage in a further

3  BDSM sexual encounter, correct?

4  A    That was not my intention.

5  Q    Okay.  Before you went to go to him to -- for that

6  purpose, did you send him a text?

7  A    Yes.

8  Q    You sent him a text and said -- told him that you

9  wanted to meet with him, you wanted to talk about you being

10 paid for some expenses?

11 A    Wait, wait.  I sent him a text.

12        Wait.  Repeat the question again, a little bit

13 louder.

14 Q    Yes, I'm sorry.

15        Did you text Mr. Rubin to tell him, Mr. Rubin, I

16 would like to talk to you about getting money for my medical

17 bills?

18 A    No, no.

19 Q    Did you call Mr. Rubin to say, Mr. Ruben, I would like

20 to talk to you about getting money for my medical bills?

21 A    Absolutely not.

22 Q    Did you text Ms. Powers and ask her the same thing?

23 A    Not, absolutely not.

24 Q    Did you call Ms. Powers and say, gee, I would like to

25 talk to Mr. Rubin because I would like some money for my

1    medical bills?

2    A    No.

3    Q    Okay.

4    A    I didn't say it like that.

5    Q    So instead, you decided to visit him, correct?

6    A    I -- yes.

7    Q    And it's your testimony that you chose -- you visited

8    him and met him at lunch at The Russian Tea Room, correct?

9    A    Yes, I was told to meet him at The Russian Tea Room.

10   Q    So you were told to --

11   A    Because I was asked to meet at -- I was asked to meet

12   at The Russian Tea Room.

13   Q    And you chose to do so, correct?

14   A    Yes.

15   Q    And when you met him there, did you dare discuss the

16   payment for your medical treatment?

17   A    At The Russian Tea Room?

18   Q    Yes.

19   A    We talked about it at the penthouse.  He said, We will

20   talk about it when we get to the penthouse.

21   Q    Well -- withdrawn.

22   A    -- he was already -- I'm sorry.

23   Q    So he refused -- is it your testimony he refused to

24   talk to you at The Russian Tea Room about --

25   A    No, that's not my testimony.

1  Q    -- about what you had come here to talk with him about,

2  ma'am?

3  A    What?  Could you please repeat that.

4  Q    Did he -- did he refuse to talk to you in the The

5  Russian Tea Room about what you had come there to talk

6  about?

7  A    He had a phone call.  He said, We'll talk about it back

8  at the -- I just said that.  "We will talk about it at the

9  penthouse."

10 Q    And so even though you were in New York, you met with

11 Mr. Rubin to get money -- your testimony is to get money for

12 a medical procedure you -- withdrawn.  Withdrawn.

13       Did you tell Mr. Rubin, No, Howie or no,

14 Mr. Rubin, we have to talk about it here in public?

15 A    No.  No, I did not.

16 Q    You will agree --

17 A    That would not have been a good idea.

18 Q    You agreed to go back --

19 A    Yes.

20 Q    -- to the apartment, right?

21       THE COURT:  If you don't understand a question,

22 just say you don't understand.

23       THE WITNESS:  No, I'm just -- no.

24       THE COURT:  Try again.  Ask another question, Mr.

25 Rosenberg.

Moore - Cross - Rosenberg                    522

1   Q    You agreed to go back to his apartment; isn't that
2   correct?
3   A    Yes.  I walked him back to his apartment.
4   Q    You went up to his apartment?
5   A    Yes, I did.
6   Q    And while you were walking --
7   A    And I had a cattle prod shoved in my vagina, too.
8        Do you want to talk about that some more?
9        MR. ROSENBERG:  Your Honor, once again, I move to
10  strike.
11       THE COURT:  Yeah, that's stricken.
12       Ms. Moore, please just answer his questions.  I
13  know it's hard.
14       THE WITNESS:  I don't know if I can.
15       THE COURT:  So the last question was, You went up
16  to his apartment?
17       Now, go ahead.
18  Q    You went up to his apartment.  And while you went from
19  The Russian Tea Room to his apartment, did you discuss what
20  you were -- what you contend you were there for?
21  A    When we get to the penthouse?
22  Q    While you were walking, did you say, Mr. Rubin --
23  A    He was on his phone.  I said that seven times.
24  Q    He was on his phone?
25  A    He was on his phone a lot.

Moore - Cross - Rosenberg                              523

1  Q    And did you say --

2  A    I'm sorry.  I'm not trying to get -- it's just that

3  I've said this over and over again.  I just want to get --

4  Q    Ma'am, you'll forgive me for asking the questions, but

5  I do have a client --

6  A    Okay.

7  Q    -- that I represent who you've brought this case

8  against.

9  A    Yeah.

10 Q    Now --

11 A    Wait.  I'm over it.

12         MR. ROSENBERG:  Okay.  Your Honor?

13         THE WITNESS:  I'm sorry, I'm sorry, I'm sorry.

14         MR. ROSENBERG:  I move to strike.

15         THE COURT:  Mr. Balestriere, what do you want to

16 do?

17         THE WITNESS:  Okay.  I'm sorry.  I won't do it

18 again.  I'm sorry.

19         THE COURT:  It's okay.

20         MR. BALESTRIERE:  I mean, I don't know how long --

21 Mr. Rosenberg, do you have any estimate?

22         Do you know how long you'll be before taking a

23 break?

24         MR. ROSENBERG:  I'm sorry?

25         MR. BALESTRIERE:  Do you know how long you'll be

1    before I ask another question?

2              MR. ROSENBERG:  At least another 40 minutes.

3              MR. BALESTRIERE:  Mr. Rosenberg just said he would

4    be another 40 minutes.  It's up to Your Honor.  I know it's

5    early for a lunch break.  Maybe another short break before

6    we go?  Obviously, whatever the Court thinks is best.

7              THE COURT:  I think we should do another short

8    break.  Take another ten minutes, ladies and gentlemen, and

9    we'll reconvene here at 12:15.

10             Remember not to talk about the case.

11             (Jury exits the courtroom.)

12             (The following matters occurred outside the

13   presence of the jury.)

14             (Recess taken.)

15             THE COURT:  Okay.  Let's have the jury back and

16   the witness on the stand, please.

17             (Witness resumes the stand.)

18             (Jury enters the courtroom.)

19             (Jury present.)

20             THE COURT:  All right.  Everyone be seated.

21             We'll continue cross-examination.

22             MR. ROSENBERG:  Thank you, Your Honor.

23   BY MR. ROSENBERG:

24   Q    All right.  Now, Ms. Moore, is it your testimony that

25   the entire time you were at lunch with Mr. Rubin, he was on

1   the phone?

2   A    I said he was on the phone at lunch, I didn't say the

3   entire time but --

4           THE COURT:  Okay.  Thank you.  That's it.

5   Q    There you go.  That's --

6   A    Will you say that again, please.

7   Q    Of course.

8           Is it your testimony that the entire time you ate

9   lunch with Mr. Rubin, he was on the phone?

10  A    That was not my testimony.

11  Q    So he was on the phone part of it and off the phone

12  part of it?

13  A    He was on the phone quite a bit.

14  Q    And when you were walking back from the restaurant to

15  the Viceroy Hotel, was he on the phone the whole time or

16  were you able -- were there times --

17  A    He was on the phone -- he was on the phone until we got

18  to the penthouse.

19  Q    And when you were sitting at the restaurant and he was

20  not on the phone, did you raise with him the reason you had

21  come to New York and what you wanted from him?

22  A    He said -- he said we would speak about in the

23  penthouse when we were done.

24  Q    Did you say, No, I would like to speak about it here

25  because I don't want to go back to where you had assaulted

1    me?

2            Did you say that to him?

3    A    Absolutely not.

4    Q    And instead, you went with him back in the apartment?

5    A    Correct.

6    Q    Okay.

7            And then you testified that you -- withdrawn.

8            Well, no.  You testified that your reason for

9    visiting Mr. Rubin on the second time was so that you could

10   get money for a medical procedure, correct?

11   A    I testified?

12   Q    Isn't that right?

13   A    Yes, that was my intention.

14           MR. ROSENBERG:  And I would like you, please --

15   A    That was my hope.

16           MR. ROSENBERG:  -- Ms. Palmore, to play Clip 79.

17           And that is Page 334 of Ms. Moore's deposition,

18   Lines 17 to 19.

19           (Video plays.)

20           (Video stops.)

21   Q    Now, when you went up to Mr. Rubin's apartment on

22   December 21st, did you talk with him about the reason for

23   you being there?

24   A    Yes.

25   Q    Okay.  And did he discuss with you paying for your

Moore - Cross - Rosenberg                    527

1  medical procedure?

2  A    He said that -- his first comment was he didn't

3  remember me, which didn't make sense.

4  Q    And after that comment, did you remind him who you

5  were?

6  A    Did I remind him?  We just had lunch together.

7  Q    But you just told us, ma'am, that he said he --

8  A    That's what I just said, he didn't remember me.  It

9  didn't make sense at all.

10  Q    So at that point, did you say, "Well, this isn't going

11  anywhere; I think I'm going to leave"?

12  A    No.  I wasn't able to do that.

13  Q    You weren't able to leave?

14  A    No.  I wasn't able to say that.

15  Q    Okay.  But you were able to leave, weren't you?

16  A    No.

17  Q    So it's your testimony today that you were prevented

18  from leaving the apartment?

19  A    Yes.

20  Q    And how were you prevented from leaving the apartment?

21  A    Howard Rubin.

22  Q    Did you get up and say, "I'm leaving," or make any

23  effort to go to the door?

24  A    And that would have done -- no, I didn't.

25  Q    Okay.

1    A    No.

2    Q    And instead, what you did was you remained in the

3    apartment and watched pornography with Mr. Rubin, correct?

4    A    I did not choose to watch pornography with Mr. Rubin.

5         Mr. Rubin put pornography on.

6    Q    Okay.  He put pornography on, and you watched it with

7    him, correct?

8    A    Yes.  I'd seen it, yes.

9    Q    You testified -- he pulled out his laptop, and he went

10   to a pornographic site, correct?

11   A    Yes.

12   Q    And that's according to your testimony?

13   A    Yes.

14   Q    Yes.

15        And he played a pornographic fetish film that you

16   recall, correct?

17   A    Yes.

18   Q    And --

19   A    I'm so sorry...

20   Q    And you watched the fetish film with him, although you

21   did -- although had seen some of it already, correct?

22   A    No.

23   Q    Okay.

24   A    I'd never seen that before.

25   Q    Okay.  Ms. Moore, let me ask you if you recall the

1    following question and answer.

2          Page 141, Lines 3 to 5.

3          "QUESTION:  And did you watch the pornographic

4    fetish film with him?

5          "ANSWER:  I had seen some of it, yes."

6    A    That's what I said -- yes, I was sitting there.  I had

7    seen some of it.

8    Q    Oh, you'd seen it at that time --

9    A    Yes.

10   Q    -- you watched it?

11         All right.  So you watched the pornographic video

12   with him, and you did not get up and leave, correct?

13   A    No.

14   Q    And at some point, did you say, "Mr. Rubin, you

15   didn't -- you never remembered me.  You haven't talked to me

16   during lunch.  You didn't talk to me on the way back.  I'm

17   here to get money, and now you're watching a pornographic

18   video.  This isn't working.  I'm going to leave"?

19         Did you say that?

20   A    Absolutely not.

21   Q    And instead, you and he disrobed, correct?

22   A    No.

23   Q    No?  Okay.

24         You and he went into the red room; isn't that

25   correct?

A    He brought me into the red room, correct.

Q    Did he wrestle you into the red room?

A    He pulled me into the red room.

Q    All right.  And then you went into the red room or you were in the red room with him and you engaged in the sexual encounter that you testified about earlier, correct?

A    I engaged in a sexual encounter?  He engaged in a sexual encounter against me, yes.

Q    Okay.  Do you recall how you were dragged into the red room?

A    I don't recall a lot of things.  I -- I can tell you what I do recall, if you like.  I can -- I can explain, if you'd like me to.

Q    Ma'am, you've already had the opportunity with the counsel.  So I will just ask the questions now.

A    Okay.

Q    All right.  Now, ma'am, you stated that during the encounter that he -- what you called a "cattle prod" was used on you.  Do you recall that?

A    Yes.

Q    And you also testified that you had seen devices like the cattle prod before?

A    Correct.

Q    And you'd seen them not at cattle shows and agriculture shows but at fetish conventions, correct?

1   A    I had seen one at a fetish convention in the shops

2   downstairs, but I also grew up by a farm, too, and I had

3   seen them before.  But, yes, I did see -- I did say that

4   because I had seen them before.  That's how I knew it --

5   that they were used in fetish things.  I had never used one

6   before.

7              MR. ROSENBERG:  Now, let me show you what has been

8   marked as Defense Demonstrative Exhibit A, Section E.

9              All right.  Now, this is a demonstrative exhibit

10  only.

11  Q    And, ma'am, I'd ask you:  Does this look like the item

12  that --

13  A    No.

14  Q    -- you've seen -- this is not --

15  A    No, that's not it.

16  Q    Okay.

17  A    I believe it was black -- I don't know.  It was

18  black -- I think it was black.  I don't know what color it

19  was.  I don't know...

20  Q    Ma'am, I -- just so I'm clear -- and I apologize, but I

21  must bring this up.

22  A    Please don't get that thing by me, please.  Please

23  don't --

24              THE COURT:  Mr. Rosenberg, why don't you just step

25  back?

1              MR. ROSENBERG:  I apologize, Your Honor.

2              THE WITNESS:  Please don't.  Please don't let him

3      do this.  Please?  I'm sorry.

4              THE COURT:  Okay.

5              THE WITNESS:  I don't want to see it.

6              THE COURT:  He's asking you -- not asking you

7      about the color.  But does this look like what was used on

8      you?

9              THE WITNESS:  I don't know.  It was --

10             THE COURT:  Okay.  She doesn't know.

11             THE WITNESS:  I don't know, I don't know.

12             MR. ROSENBERG:  Thank you, Your Honor.

13     BY MR. ROSENBERG:

14     Q    Ms. Powers [sic], at the conclusion of the encounter,

15     you testified that you left the apartment, correct?

16     A    I'm sorry?

17     Q    At the conclusion of your encounter on December 21st,

18     2016, you left the apartment, correct?

19     A    I can't -- I can't really hear.  Is it just me?  I

20     can't hear you.

21     Q    I'm so sorry.  I'll try to talk louder.

22             After the encounter, you left the apartment,

23     correct?

24     A    Yes.

25     Q    And -- and you got in touch with Ms. Lytell, did you

Moore - Cross - Rosenberg                         533

1   not?

2   A    Yes.

3   Q    And you didn't -- and you told her -- did you tell her

4   that it had been a terrible encounter?

5   A    Yes.

6   Q    You told her how awful it had been, correct?

7        You told her how it was absolutely not what you

8   wanted or nothing good had happened, and you had been

9   violated, correct?

10  A    I don't remember exactly what I said to her.  I was

11  very upset.

12  Q    Okay.

13  A    I was not -- I can't think right now.

14  Q    You didn't tell her that it had been really good, did

15  you?

16  A    No.  No, I didn't.

17  Q    And then you sent a text message to Jennifer Powers,

18  too, didn't you?

19  A    Yes.

20  Q    All right.  And do you recall what that text message

21  said?

22  A    I don't.  But pull it up.  I -- I'm -- I'm -- I'm sure

23  I've seen it over the last few days.

24        MR. ROSENBERG:  Can you please pull up on the

25  witness's screen Exhibit B2?

1        Your Honor, it's been stipulated to, its

2   authenticity; and I move it in for its admission.

3        THE COURT:  Received.

4        (Defendants' Exhibit B2 so marked and received in

5   evidence.)

6        MR. ROSENBERG:  You can put it on the screen for

7   everyone to see, Ms. Palmore.

8   Q    So this is from you to Ms. Jen Powers, is it not?

9   A    Yes, it is.

10  Q    And it says, "Hey, just finished with Howie.  Smiley

11  face emoji, correct?

12  A    Yes.

13  Q    He sent you a PayPal, correct?

14  A    Yes.

15  Q    Didn't you send that just minutes after leaving

16  Mr. Rubin's apartment?

17  A    Yes, I sure did.

18  Q    Okay.

19  A    Are you going to show what's after that?

20       Can I scroll up?

21       THE COURT:  Just let him ask the questions.

22       THE WITNESS:  Oh, okay.  I'm sorry.

23  Q    Okay.

24       MR. ROSENBERG:  Your Honor, I understand we need a

25  break.  I think this is an appropriate time for the Court to

1    take a break.

2            THE COURT:  How much more do you really have?

3            MR. ROSENBERG:  Thirty minutes, but I think I can

4    try -- I will try to make it shorter.

5            THE COURT:  Let's break for lunch until 1:30,

6    ladies and gentlemen.  Please remember not to talk about the

7    case.

8            Have a nice lunch.  We'll see you back here in one

9    hour.

10           (Jury exits the courtroom.)

11           THE COURT:  Okay.  Recess one hour.

12           (Exits the stand.)

13           (Luncheon recess taken.)

14           (Continued on the next page.)

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                      536

                         AFTERNOON SESSION

1              (In open court; jury not present.)

2              THE COURT:  What is the issue with the document?

3              MR. GROVER:  One document, your Honor.  It is

4    Exhibit I3 -- Defendant's Exhibit I3.  It is the text string

5    that has in it statements by Ms. Moore --

6              Well, she's here but that is okay.

7              -- or if Howie wants to beat me.  LOL.

8              Your Honor ruled on it in earlier on the motion in

9    limine.  The question is whether the text immediately

10   proceeding it can also come in.  We will seek to move into

11   evidence text on lines 23 through the end of the exhibit.

12             THE COURT:  I need to see it better than I am.  To.

13             MR. GROVER:  May we approach?

14             THE COURT:  Yes.

15             Are you saying line 24 is in?

16             MR. GROVER:  I am seeking to move for admission

17   lines 23 to the end of the document.  That is the

18   conversation on August 3rd between Ms. Lytell and Ms. Moore.

19             THE COURT:  What is already in?

20             MR. BALESTRIERE:  Your Honor ruled at least one

21   line can come in.

22             THE COURT:  Which line did I rule could come in.

23             MR. BALESTRIERE:  29, your Honor.

24             May I be heard, your Honor?

Proceedings                                   537

1        THE COURT:  This is Amy and Mia that I am looking?

2        MR. GROVER:  Green is Amy to Mia yellow is Mia to

3  Amy.

4        THE COURT:  23 to the end.

5        MR. GROVER:  August 3rd, your Honor.

6        THE COURT:  So 29 I have already let in; right?

7        MR. BALESTRIERE:  Yes, your Honor.

8        MR. GROVER:  In pretrial.

9        MR. BALESTRIERE:  On motion in limine.

10        THE COURT:  I will hear from plaintiffs.

11        MR. BALESTRIERE:  Thank you, your Honor.

12        So I don't think it should come in both because of

13  relevance concerns but also potentially with that text -- I

14  can get the line -- where there is a discussion about meeting

15  with a client.  Your Honor ruled that Or if Howie wants to

16  beat me as probative of Ms. Moore's state of mind or

17  potentially probative of her state of mind, I guess, eight

18  months before.  That is in.  I have of course discussed that

19  with my client.  I don't think anything else should come in.

20        THE COURT:  Why can't we just redact after the

21  words, Well, I got to see my one client on the 10 early?

22  Well, I can fly to NYC if that Dave guy wanted to see us

23  together.

24        Dave is the client?

25        MR. BALESTRIERE:  I believe so, your Honor.

Proceedings                                    538

1          THE COURT:  Why don't we redact that, too.

2          Well, I could always fly to NYC.

3          How about that for redaction.

4          MR. BALESTRIERE:  So if that is what is on 28th and

5     29 of course that is fine with us, your Honor.

6          MR. GROVER:  Your Honor, Well to I could always fly

7     to NYC, and that would be the only part of it?

8          THE COURT:  That's correct.  What more do you mean?

9          MR. GROVER:  I think to give the context for the

10    second statement in 29 that we would need to say if that Dave

11    guy wants to see us together.

12         MR. BALESTRIERE:  We raise the same objection, your

13    Honor, and same bases.

14         THE COURT:  Yes.  I don't want the Dave guy.

15    How about if we take out the word or.  Well, I could always

16    fly to NYC if Howie wants to beat me.  LOL.

17         MR. GROVER:  Your Honor, in your Honor's pretrial

18    ruling, which I do not recall:  I will permit defense to

19    admit only the following portions of the exhibits.  Well, I

20    got to see my one client on the 10 early.  I could always fly

21    to NYC if that Dave guy wants to see us together or if Rubin

22    wants to beat me.  LOL.

23         Yes, yes, do that.  There are additional parts.

24         THE COURT:  Are you saying I have already ruled to

25    admit everything?

Proceedings                                 539

1              MR. GROVER:  Yes, your Honor.

2              MR. BALESTRIERE:  28 and 29, yes.

3              THE COURT:  Before I was told only 29.  Now I have

4    already ruled that 28 and 29 can come in?

5              MR. GROVER:  I apologize.  That is correct.

6              THE COURT:  Well, then what is the issue?

7              MR. GROVER:  I don't believe there is one anymore.

8    I think your Honor resolved it and I apologize.

9              THE COURT:  Do you want to move to reargue?

10             MR. BALESTRIERE:  Not at this point, your Honor.

11             THE COURT:  Thank you.

12             MR. GILBERT:  Your Honor, if I could raise an issue

13   that will come up with the next witness.

14             THE COURT:  Let's do it right now, but let's have

15   Mr. Jackson go line the jury up so we can go immediately when

16   you are done.

17             This will be a one-minute thing; right?

18             MR. GILBERT:  I hope.

19             So the name Ms. Rico came up in an examination

20   earlier today, and your Honor required the reference to be to

21   Jane Doe.  Ms. Rico is much intertwined with some of the

22   events that are involved in the next witness's testimony and

23   there are a number of text messages that have her name in

24   them.

25             I have spoken to counsel and I think we have an

Proceedings                                              540

1   agreement that they don't object to her name being mentioned

2   in that testimony, subject to the limitations in your Honor's

3   ruling on the motion in limine that since she is no longer in

4   case there are restrictions on what could be admitted about

5   her circumstances; but the fact that that is her name and she

6   happens to be a roommate of the next witness, I think that

7   will come in.

8           MR. BALESTRIERE:  May I add to that.

9           I believe our agreement also said says that Mia

10  Lytell will testify about an encounter with Katrina Rico.

11  May not testify about what Katrina Rico said, but about what

12  she herself said.

13          Right, Mr. Gilbert?

14          MR. GILBERT:  That is our understanding.

15          MR. BALESTRIERE:  If you want to connect up or we

16  do anything, because now it has been Jane Doe.

17          THE COURT:  I don't know that we need to.

18          MR. BALESTRIERE:  I agree.

19          THE COURT:  I don't think it matters that Jane Doe

20  is the person that we know she is.  So, I don't think we need

21  to correct the earlier reference.

22          MR. BALESTRIERE:  Understood, your Honor.

23          MR. GILBERT:  Agreed.

24

25          (Continued on next page.)

Cross - Moore - Rosenberg                   541

1           (In open court; jury present)

2           THE COURT:  Everyone may be seated.

3           Hope you had a good lunch, ladies and gentlemen.

4           We will finish up.

5    CROSS-EXAMINATION

6    BY MR. ROSENBERG: (Cont'd)

7    Q    Ms. Moore, this morning when we broke, we were -- we had

8    seen the text that you sent to Ms. Powers on December 21st.

9           I would now like to direct your attention to

10   defense Exhibit D, that's David, which has been admitted,

11   page 5 of 5.  December 21st, 2016, at 4:37 p.m.

12          Thank you.

13          MR. ROSENBERG:  Go two lines above that, please.

14   Q    You see you say -- Ms. Powers says, Hey, I just saw your

15   text.  Sounds good, and yes, I will.  Can you please verify

16   your PayPal addy with me.

17          Do you see that?

18   A    Yes.

19   Q    And then you give her your PayPal address; is that

20   right?

21   A    Correct.

22   Q    And you say, Thanks so much, Jen.  And then Ms. Powers

23   said, What is Mia talking about, laugh out loud, out loud.

24          Do you understand what she is talking about there?

25   A    I could guess.

Cross - Moore - Rosenberg                    542

1  Q    I am not asking to you guess, ma'am.  Just if you

2  recall.

3  A    I don't recall.

4  Q    Let me suggest do you recall that you didn't have

5  Ms. Powers' address and therefore you asked Ms. Raquel to set

6  up a connection between the two of you?

7           MR. BALESTRIERE:  Objection.

8  Q    Ms. Lytell set up a connection between you.

9           Does that refresh your recollection?

10           THE COURT:  Does that cure your objection?

11           MR. BALESTRIERE:  I believe so, your Honor.

12           THE COURT:  Let's have the question again, please.

13           (Record read.)

14  A    Set up a connection between Jennifer Powers and I?

15  Q    Yes.

16  A    Yes.  She gave me her info.  I didn't have my WhatsApp

17  downloaded maybe.  So I had to get it from her.

18  Q    So you contacted -- it is correct, is it not, that you

19  contacted Ms. Lytell just to arrange the contact between you

20  and Ms. Powers?

21  A    I wanted Ms. Lytell to tell Ms. Powers what kind of what

22  happened -- not everything that happened but that there was

23  an issue with him being very angry and -- I don't know what

24  she said to her.  I don't know want to guess.  I don't know

25  what she said to her exactly.  I know that she said that.

Cross - Moore - Rosenberg                         543

1   Q    I would like to refer your attention to --

2            MR. ROSENBERG:  Please, Ms. Palmore, if you put in

3   front of the witness, and only the witness, Defense Exhibit

4   F, as in Frank, 3.

5   Q    Does this refresh your recollection as to what you asked

6   Ms. Lytell to do?

7   A    That's not what I asked her to do; but, yes, it

8   refreshes my recollection that she did indeed message her.

9   Q    Thank you.

10           And then if you go back to Defense Exhibit D, as in

11   David, where we were before.

12           MR. ROSENBERG:  Your Honor, it appears to be a

13   technical --

14           THE COURT:  No.  It's coming.  It just takes a

15   moment.  There is a delay to get it on the overhead.

16   Q    Here.  Then you continue at 4:38 p.m. when you say,

17   Howie told her earlier I didn't have your info, but Howie

18   gave it to me.  He got mad when I asked.  So Mia said she

19   would contact you, but then I got your info.

20           Do you see that?

21   A    Yes.

22   Q    And then Ms. Powers said, I will get it to you soon.

23           Do you know what she is referring to there?

24   A    She's going to get me some money.

25   Q    And you understood it would be the $5,000; correct?

Cross - Moore - Rosenberg                    544

1   A    I -- I assumed that is what I would be getting.

2   Q    Okay.  Ha.  You probably didn't realize you still had

3   me.  We had an entire convo up there.  And you said, Oh,

4   yeah.  I don't use that WhatsApp often.  I am clueless.  LOL.

5   A    Yeah, I don't.

6   Q    Now, the December 21st encounter was the last time you

7   met with Mr. Rubin; correct?

8   A    Yes.

9   Q    You were with Ms. Lytell in July of 2012 in New York,

10  were you not?

11  A    Yes.  We were doing a photo shoot Tony Piazza.

12  Q    And you were staying with her at a hotel correct?

13  A    She came to stay with me, yes.

14  Q    You were together in the hotel?

15  A    Yeah.  We were together at that time.

16  Q    Ms. Lytell was in communication with Mr. Rubin, was she

17  not?

18  A    I was not aware of that until about, I would say, when

19  -- when I got the files.

20  Q    Were you aware -- withdrawn.

21  A    I never seen it until then.

22  Q    Were you aware that she and Mr. Rubin were --

23       Were you aware at the time that Ms. Lytell and she

24  were discussing the possibility of the three of you getting

25  together again?

1    A    No, I was not.

2    Q    Were you ware --

3    A    She will say that as well.

4    Q    You are saying when you say she will tell you that, you

5    mean Ms. Lytell will testify here?

6    A    No.  I am saying she can -- she can -- how do you say?

7            THE COURT:  Corroborate.

8            THE WITNESS:  Yes.  Co -- you know what I am trying

9    to say -- the story.

10   Q    Have you discussed that with her?

11   A    I have -- I haven't discussed anything about this with

12   her, no.  I just -- I just found this out not too long ago

13   that she's -- she did that.  I had no idea.  There were a

14   couple things.

15   Q    You were aware, however, that she was asking you to send

16   pictures of yourself to her?

17   A    Which she does all the time.

18   Q    And you were aware she was sending them to people;

19   correct?

20   A    I was not aware.

21   Q    You weren't aware she was sending them to anyone?

22   A    Absolutely not.

23   Q    When she asked you for pictures, you provided pictures

24   to her?

25   A    Yeah.  I send her pictures all the time.  We were -- all

Cross - Moore - Rosenberg                    546

1    the time.

2    Q    You sent her enticing pictures of yourself; correct?

3    A    Yes, we do.

4    Q    There came a time later however -- withdrawn.

5          Directing your attention, please, to August 3rd,

6    2017.

7          You again were discussing -- withdrawn.

8          A few weeks later in August of 2017, you continued

9    to be in communication with Ms. Lytell; correct?

10         MR. ROSENBERG:  You can take that off the screen.

11   A    Huh?  I am sorry.

12   Q    No problem.  In August of 2017, you continued to be a

13   good friend of Ms. Lytell's; correct?

14   A    We -- yeah.  We seen each other from time to time.

15   Q    Did you do business together?

16   A    We had done a -- I would say -- I don't want to guess

17   here.  A couple -- two shoots together.

18   Q    And you spoke frequently?

19   A    In 2017, not as frequently as now.  She lives about four

20   hours from me.

21   Q    Ma'am, were you discussing possibly doing business

22   together as models, having jobs together?

23   A    Sometimes we booked jobs together.

24   Q    Did you talk about -- withdrawn.

25         On or about August 3rd, 2017, were you discussing

1  doing work together?

2  A    We had a photo shoot together, right.  Isn't that what

3  you just said?  We were in New York.

4  Q    I am directing your attention, ma'am, two weeks later to

5  August 3rd, 2017?

6  A    Do you have anything to pull up?

7  Q    I am happy to.

8         MR. ROSENBERG:  Can you please put up Exhibit I3,

9  lines 28 through 32.

10        THE WITNESS:  I apologize.  It's been a long time

11 so --

12        THE DEPUTY CLERK:  This is in evidence, counsel?

13        MR. ROSENBERG:  I move it into evidence.

14        MR. BALESTRIERE:  No objection.

15        THE COURT:  Received.

16        (Defendant's Exhibit I3 was marked in evidence.)

17 Q    These are texts between -- take a moment to look.  I

18 think they are texts between yourself and Ms. Lytell;

19 correct?

20 A    Yes.  We had an ongoing conversation here.

21 Q    Right.  The ones in green are from you to Ms. Lytell;

22 correct?

23 A    Yes.

24 Q    We are coming in in the middle of a conversation and you

25 say, Well, I got to see my one client on the 10 early.  I

Cross - Moore - Rosenberg                548

1  could always fly to New York City if that Dave guy wanted to

2  see us together.

3         Do you see that?

4  A    Yes.

5  Q    And then you say, Or Howie wants to beat me.  LOL.

6         Do you see that?

7  A    Yes.  I use dark humor sometimes and it doesn't --

8  Q    Then Ms. Lytell answers, Yes.  Yes, do that.  Yes,

9  please.  Let's fuck shit up.  Correct?

10  A    Yes.  She said that.

11  Q    Directing your attention some months later, to October

12  of 2017, you continued to be in close touch with Ms. Lytell;

13  correct?

14         MR. ROSENBERG:  You can take that off.

15         Thank you.

16  A    When is it?

17  Q    In October of 2017 you continued to be in close contact?

18  A    I don't remember what I was doing in October 2017.  We

19  are a lot closer over the years as the years have passed than

20  we were back then.

21  Q    I would like to show you --

22         MR. ROSENBERG:  The witness only.  It is not in

23  evidence -

24  Q    -- Defense Exhibit N, as in Nancy, the last page, lines

25  75 to 91.

Cross - Moore - Rosenberg                    549

1          These are again text messages between you and

2    Ms. Lytell; is that correct?

3    A    Yes.

4    Q    The text message is on October 25th and October 26th;

5    correct?

6    A    October 26th.

7    Q    Thank you.

8          And the ones in purple are from you to Ms. Lytell

9    and the ones in yellow are from Ms. Lytell to you; correct?

10   A    The ones in green -- sorry.  The ones in green are from

11   -- oh, green is Mia and -- which one is me?

12              THE COURT:  There are three colors right now.

13              THE WITNESS:  I see that.

14              THE COURT:  There is the highlighted column about a

15   third of the way in and then there is yellow boxes and then

16   there are purple boxes.  The yellow one is the highlighted

17   color or green.  You called it green.

18              Now, go ahead and ask the question.

19              Green is highlighted.  We have yellow from one

20   person to another, and purple from that person to the other.

21              MR. ROSENBERG:  I would move the admission of

22   Defense Exhibit N, as in Nancy, lines 75 to 91.

23              MR. BALESTRIERE:  Objection, 401, relevance, your

24   Honor.

25              THE COURT:  The relevance is not intuitive to me.

1          MR. ROSENBERG:  May we briefly approach, your

2    Honor?

3          THE COURT:  Yes.

4          (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Cross - Moore - Rosenberg                    551

1              (Side bar.)

2              THE COURT:  First, it is hard for me because I

3    cannot see the whole thing.  What is going on it seems

4    nonsubstantive.

5              MR. ROSENBERG:  It is the last two lines --

6    deleting.  It is our contention they are talking about

7    deleting texts.  This is five days before they file the

8    lawsuit.  The rest of it was to give some context.

9              THE COURT:  Oh.

10             MR. BALESTRIERE:  Your Honor, there was a lot of

11   discovery on this and they had the opportunity to take a

12   deposition regarding this and they did not.  I know what the

13   anticipated testimony is.

14             THE COURT:  Lawyers used to go to trial with no

15   depositions.

16             MR. BALESTRIERE:  No.  No.  I understand.  I know

17   she is going say this is nothing to do with this case.

18             THE COURT:  Then let her say it.

19             (Continued on next page.)

20

21

22

23

24

25

1              (In open court.)

2              THE COURT:  The objection is overruled, and the

3    document is received.

4              What is the exhibit number?

5              MR. ROSENBERG:  This is Defendant's Exhibit N, as

6    in Nancy, lines 75 to 91.

7              (Defendant's Exhibit N was marked in evidence.)

8              MR. ROSENBERG:  Ms. Palmore, if you could please

9    put that on the screen.

10             Thank you.

11   Q    These are conversations that -- let me try to get my

12   colors right.

13             You have a -- the first one is from Ms. Lytell to

14   you at 10-25 at 5:15:44 p.m.

15             Do you see that?

16   A    Yes.

17   Q    It says, one hour we got a call in?

18   A    Yes.

19   Q    And you say, Okay.

20             And then two boxes down Ms. Lytell says, Our phones

21   are not safe?

22   A    Yes.

23   Q    Then you say, Cheese and rice.

24             Is that a way of saying darn it or something to

25   that effect?

Cross - Moore - Rosenberg                          553

1   A    We say it all the time.  We say it in, like, a weird --

2   cheese and rice, it is just something we say.  It is silly.

3   Q    Ms. Lytell says, WTF.  And then, Why does it show like

4   that in your phone?  And, Why does it show like that in my

5   cell?

6           Do you see that?

7   A    Yes.

8           Can I explain?

9   Q    Let me ask the questions if I may, and your counsel will

10  have the chance.

11          Then you say, I am so confused -- she says, I am so

12  confused.  And you say, Let's restart phones and then do it

13  again.

14          Do you see that?

15  A    Yes.

16  Q    Isn't it a fact at this time you were trying to delete

17  certain messages from your phones?

18  A    No.  That's -- that's --

19          THE COURT:  That's an answer.

20          Next question, please.

21  A    No.

22  Q    And then Ms. Lytell says, Yes, turn off and then go back

23  on.

24          Okay.  I turned off and turned back on.  It is

25  still all the same in my phone.

1             Do you see that?

2    A    Yes.

3    Q    And then do you see the last two lines of this exhibit

4    where you state to Ms. Lytell, Okay, let's delete the chats

5    and you do it this time?

6    A    Yes.

7    Q    And that was dated October 26th, 2017; correct?

8    A    Yes.

9    Q    And isn't it correct, ma'am, that the complaint in this

10   case was filed on November 2nd, 2017, six days later?

11   A    If that is the correct date, then yes.

12             MR. ROSENBERG:  Thank you.  I have nothing further.

13             THE COURT:  Any additional cross?

14             MS. LAVIGNE-ALBERT:  Thank you, your Honor.

15             THE COURT:  Lapel mic, please.

16             MS. LAVIGN-ALBERT:  May I, your Honor?

17             THE COURT:  Please.

18   CROSS EXAMINATION

19   BY MS. LAVIGNE-ALBERT:

20   Q    Good morning -- good afternoon, Ms. Moore.

21   A    Good afternoon.

22   Q    My name is the Jolene LaVigne-Albert.  I represent

23   Jennifer Powers, and I would like to ask you a few questions

24   about your testimony regarding my client you provided

25   yesterday.

Cross - Moore - LaVigne-Albert                555

1    A    Yes.

2    Q    You and I have met before once at your deposition; is

3    that correct?

4         If you recall?

5    A    I don't remember.  I don't remember this, but there

6    were, like, 20 people in there.

7    Q    Understood.  No problem.  I would like --

8         MS. LAVIGNE-ALBERT:  Can we please pull Defendant's

9    Exhibit C2 up.

10   Q    I know, Ms. Moore, you have been asked about this

11   document a lot, and I am not going to continue.  I just want

12   to focus you on the dates and the times.  So that is what my

13   questions will be about.  We will give it a second for the

14   document to appear.

15   A    Okay.

16        THE COURT:  Is it in evidence?

17        MS. LAVIGNE-ALBERT:  It is in evidence, your Honor.

18   Q    So if we can please focus on the second text message on

19   the first page from August 16, 2016, at 8:39 p.m.

20        Ms. Shon writes here, Mia and Amy meet Howie.

21   A    Yes.

22   Q    You agree with me that this text is sent on August 16th,

23   2016, in the evening at 8:40 p.m., or thereabouts?

24   A    If that -- yes.  If that's what it --

25        Is this working?

              If that's what it says, yes.

Q    We are having an issue with the mic.

A    You have to talk right into it.

Q    So my question was simply to confirm that the first
text, Mia and Amy meet Howie, is sent on August 16, 2016, at
8:39 p.m.

          Do you agree with that?

A    Yes, I see that.

Q    Then you say, Hello, the same day a few minutes later --
well, one minute later at 8:42 p.m.

          Is that your text; right?

A    Yes.

Q    So you had been introduced at this point to Howard
Rubin; correct?

A    Her or Jennifer Powers.  They both kind of introduced us
together in various ways.

Q    Understood.

          MS. LAVIGNE-ALBERT:  Can we please show the witness
the slip sheet for DX C2.

          THE COURT:  The witness can see it.

Q    So I believe we can publish it to the jury, the
evidence, the exhibit, the slip sheet.

          THE COURT:  Is it in evidence?

          MS. LAVIGNE-ALBERT:  C2 is, your Honor.

          MR. BALESTRIERE:  No objection to the cover sheet,

Cross - Moore - LaVigne-Albert                557

1    your Honor.

2              THE COURT:  What is the exhibit number.

3              MS. LAVIGN-ALBERT:  Are you admitting the whole

4    exhibit, or the cover page?

5              MS. LAVIGNE-ALBERT:  It is already admitted.

6              MR. BALESTRIERE:  Yes, I believe Ms. Albert means

7    the actual exhibit is admitted.  She simply is showing the

8    cover sheet.

9              No objection from plaintiff.

10             THE COURT:  Got it.  It was received.

11   MS. LAVIGNE-ALBERT:

12   Q    Ms. Moore, my question is the group chat, that is DX C2,

13   Jennifer Powers is not a party to that group chat; agreed?

14   A    That is what it says, yeah, that she wasn't.

15   Q    You agree with that?

16   A    Yes.  From what I see, I agree with that.

17   Q    So let's go back to DX C2.  Let's go to the second page,

18   the line in blue from Howard Rubin, Nice to meet you, ladies.

19             Further down.

20   A    Why is that photo there?

21             Why was that photo just up there?

22   Q    Well --

23   A    That wasn't supposed to be --

24   Q    Here is the text.  It says, Nice to meet you, ladies.

25             This text, would you agree with me, Ms. Moore, was

1    sent on August 17, 2016, at 12:52 p.m.; correct?

2    A    Yes.

3    Q    Two text messages down you write, Hello.  Nice to meet

4    you as well, Smiley face.

5              That text is sent on August 17, 2016, at 2:09 p.m.,

6    correct?

7    A    Yes.

8    Q    And then it continued on to the next page where the

9    text -- let's go right down to the bottom of page 3 -- it is

10   total BDSM.  Most girls love it and come back for more?

11   A    Yes, I see that.

12   Q    So you see it says on August 17th, 2016, at 3:01 p.m.;

13   correct?

14   A    Yes.

15             MS. LAVIGNE-ALBERT:  We can take that down.

16             Can we now please take a look at DXD.

17   Q    Again, this is a document that you have been asked about

18   a ton and I am not going go through it all.  I want to ask

19   you about the time and the dates.

20   A    Okay.

21   Q    So the very first text in DX D is from August 17th,

22   2016, at 4:20 p.m.; is that correct?

23   A    Yes, I see that.

24   Q    So that is about an hour and 20 minutes after the text

25   message -- text message that we just looked at from Howard

1    Rubin saying, It is total BDSM; correct?

2    A    This one came after that?

3    Q    Correct.  That's the question.

4    A    Yes.

5    Q    It did.

6         So you had already been introduced in the group

7    chat from Stephanie Shon to Howard Rubin by this point?

8    A    Yes.

9    Q    Okay.  And the text message here is from Jennifer

10   Powers; correct?

11   A    Yes.

12   Q    And it reads, Hey, Amy.  This is Jennifer Powers,

13   Howie's assistant in New York, and then it keeps going.

14        This was your first communication with Jennifer

15   Powers; correct?

16   A    No.

17   Q    You are claiming there was communication before this

18   one; is that correct?

19   A    Yes.  We spoke over the phone.

20   Q    And she introduced herself as Jennifer Powers, Howie's

21   assistant in New York?

22   A    On the phone.

23   Q    Here, is that how she introduced herself?

24   A    Can you say that one more time?

25   Q    I am just asking you if in this first text message here

Cross - Moore - LaVigne-Albert                    560

```
1    Jennifer Powers introduces herself -- she writes her full
2    name.  She writes her first name, Jennifer, and she writes
3    her last name, Powers, both; correct?
4    A    Yes.
5    Q    She says she is Howie's assistant in New York?
6    A    Yes.
7    Q    Did you know any other Jennifer Powers who was an
8    assistant to a Howie in New York at that point?
9    A    No, I didn't.  No.
10   Q    When she asks you -- in this text she asks you for your
11   legal booking name, date of birth, and email; correct?
12   A    Yes.
13   Q    And you respond immediately, the same minute?
14   A    Yes.
15   Q    And you do provide this, the information that she asked
16   you?
17   A    Correct.
18   Q    You don't ask any question about what is going to happen
19   in New York before you provide the information; correct?
20   A    We had a phone conversation.
21   Q    Okay.  We will get back to that in a second.  For now if
22   you can just answer my question.
23            THE COURT:  Counsel, you do need to slow it down.
24            MS. LAVIGNE-ALBERT:  I do apologize.
25   Q    So you provide information the same minute that she asks
```

1    for it?

2    A    Yes.  I responded promptly.

3    Q    And in these communications in these WhatsApp text

4    messages that we looked at here, there is no conversation

5    about Howard Rubin wanting to take photographs; correct?

6    A    Not in this conversation, no.

7    Q    And there is no mention of Mr. Rubin wanting to do

8    videos or light fetish play; correct?

9    A    She didn't talk about that over text.

10           MS. LAVIGNE-ALBERT:  Can we, please, see PX 10 just

11   for the witness.  That one is not in evidence.

12   Q    Can you see PX 10, Ms. Moore?

13   A    I see it.

14   Q    Is this an email from Jennifer Powers to you with

15   information about flights?

16   A    Yes.

17           MS. LAVIGNE-ALBERT:  I move to introduce PX 10.

18           MR. BALESTRIERE:  No objection, your honor.

19           THE COURT:  Received.

20           (Plaintiffs' Exhibit 10 was received in evidence.)

21   Q    Ms. Moore, in this email Jennifer Powers forwards to you

22   plane tickets; correct?

23           MS. LAVIGNE-ALBERT:  If we can scroll down.

24   A    Wait.  Can I read that part up there first?

25   Q    I wanted to show you again the plane ticket from the

Cross - Moore - LaVigne-Albert                562

1    bottom.

2              Do you see the plane ticket?

3    A    Yes.  Those were the tickets she purchased for me.

4    Q    Let's go back to the top of the email.

5    In this email, Ms. Moore, Ms. Powers sends logistical

6    information about how to make it to Howie Rubin's apartment

7    in Manhattan; is that correct?

8    A    Yes.  But that's not how I got there.

9    Q    Well, I am just asking you about this email.

10             Did you receive this email --

11   A    Yes.

12   Q    -- on August 18th, 2016, from Jennifer Powers with this

13   logistical information?

14   A    Yes.  That is what it says, August 18th.

15   Q    She provides to you the address for Mr. Rubin's

16   apartment in this email?

17   A    Yes.

18   Q    And she -- the second to last line she says, I will plan

19   on meeting you ant Mia at the condo around 4:00 p.m.  You

20   gals will meet Howie at 5:00 p.m.

21             Do you see that?

22   A    Yeah.

23   Q    That is what happened, right, she met with you and

24   Ms. Lytell, and subsequently in the evening you went and met

25   with Mr. Rubin; correct?

Cross - Moore - LaVigne-Albert                563

1   A    She met with me and Ms. Lytell and then told us to go to

2   the Viceroy to meet with him.

3   Q    There is no mention in this email about Mr. Rubin

4   wanting to take photographs, videos, or doing light fetish

5   work; is that correct?

6   A    That's correct.

7   Q    When she sent you these tickets, you thanked her for

8   that; correct?

9   A    Yes, of course.

10  Q    So in your direct examination yesterday --

11          MS. LAVIGNE-ALBERT:  You can take that down.

12  Q    In your direct examination yesterday, you testified that

13  you recall the conversation with Ms. Powers about flights.

14          You did testify to that yesterday; correct?

15  A    Uh-huh, yes.

16  Q    And you testified that you recall the conversation with

17  Jennifer Powers about getting a driver from the airport for

18  you; correct?

19  A    She -- yeah.  She sent a driver to pick me up.  I think

20  it is in another -- I don't know.  I think it may be in

21  another WhatsApp message.

22  Q    My question, Ms. Moore, is:  Do you recall yesterday

23  when your counsel was asking you questions, you remembered a

24  conversation with Jennifer Powers about getting a driver from

25  the airport?  You recall that testimony from yesterday;

```
                    Cross - Moore - LaVigne-Albert              564
```

1   right?

2   A    Yes.  There was a driver that picked me up.  They sent a

3   driver.

4   Q    I am just asking if you remember testifying to this

5   yesterday?

6   A    Yeah.

7   Q    Okay.  So you recall that during your direct examination

8   you told the jury that you had had conversations with

9   Jennifer Powers about flights and a driver.

10           Yes or no?

11           MR. BALESTRIERE:  Objection.  I think that may

12   mischaracterize the testimony.

13           Do you have it?

14           MS. LAVIGNE-ALBERT:  I do have it.

15           MR. BALESTRIERE:  One moment, your Honor.

16           (Pause.)

17           MR. BALESTRIERE:  I withdraw the objection, your

18   Honor.

19           THE COURT:  Okay.  Let's ask the question again

20   slowly.

21           MS. LAVIGNE-ALBERT:  Sure.

22   Q    Ms. Moore, my question simply is about what you recall

23   from your testimony that you provided yesterday.

24           The question is:  Do you remember yesterday telling

25   the jury that you remembered a conversation with Jennifer

1  Powers about flights and about a driver?

2  A    Yes.  Like, there was a driver that picked me up.  I

3  recall it because it was in my pack that I went through for

4  -- to prepare.

5  Q    Okay.  So you did provide that testimony yesterday?

6  A    Yes.

7  Q    Okay.  And that conversation, it's true, is it not, that

8  it happened in the text messages that we just looked at in DX

9  D; correct?

10  A    About the driver?

11  Q    The driver and the flights?

12  A    I believe so.

13  Q    We can put it back on the screen if you would like.  We

14  just looked at it.

15  A    Okay.

16  Q    Do you remember that the text messages between you and

17  Jennifer Powers are about flights and getting you a driver?

18        We can look at that if you wish.

19  A    It does say driver in it.

20        MS. LAVIGNE-ALBERT:  Let's put up DX D, please.

21  A    It said cab at first.  That is why I was confused.  I am

22  sorry.

23  Q    That's not a problem.

24        MS. LAVIGNE-ALBERT:  Go to page 3 of 5.

25  Q    Ms. Moore, if you look around the middle of the page,

1  you can confirm there is a conversation in here about a

2  driver.  If you look at 3:16 p.m., there is a phone number

3  and mentions, Julio is your driver.

4  A    Who is my driver?

5  Q    I am just reading from here.  There is a phone number

6  917-775-3342.  Julio is your driver.

7           Feel free to read it for yourself.

8           My question is just conversation about the driver

9  was in these text messages, yes?

10 A    Yes.  I see that.

11 Q    Do you recall at your depositions -- at your deposition

12 that when we showed you these text messages, you claimed that

13 you had no idea what they were and you had no recollection

14 about these or any other texts with Jennifer Powers; do you

15 recall that?

16 A    If that's what -- yes.  Yes, absolutely.

17           MS. LAVIGNE-ALBERT:  Show JP 27, please.

18 A    I can explain if you would like me to.

19 Q    That's okay.

20           (Video deposition played.)

21 Q    Ms. Moore, in your testimony yesterday -- I am going to

22 read two questions, and I just want to know if you remember;

23 okay?

24           "Q.  How did you first hear about Mr. Rubin?

25           "A    I was contacted on Instagram.

Cross - Moore - LaVigne-Albert                567

1              "Q   By who

2              "A   I was contacted on Instagram by Stephanie

3    Shon."

4          Do you remember that testimony from yesterday?

5    A    Yes.

6    Q    Now I want to read to you the same question from your

7    deposition.

8              "Q   How did you learn of Mr. Rubin

9              "A   I was contacted on Instagram.

10             "Q   By who

11             "A   Jennifer Powers."

12         The testimony that you gave at your deposition was

13   not correct on this; is that true?

14   A    Yes.  And I can explain.

15   Q    That's okay.  As we have said, your counsel will have an

16   opportunity to ask you more questions.

17         It was not correct at your deposition when you said

18   that Jennifer Powers contacted you on Instagram?

19             THE COURT:  She said it wasn't correct.  Let's move

20   on.

21   A    Yes, correct.

22   Q    Yesterday you testified that you had a four-way

23   conversation with Mia Lytell, yourself, Stephanie Shon, and

24   Jennifer Powers; yes?

25   A    Yes.

Cross - Moore - LaVigne-Albert                 568

1   Q    That also was not correct?

2   A    It wasn't correct?

3   Q    I am asking you, was it correct?

4   A    That was correct.  We had a four-way conversation.

5   Q    Do you remember when we just looked at DX C2 a moment

6   ago, Jennifer Powers was not involved in that communication;

7   correct?

8   A    What?  No, on the phone.

9   Q    Okay.  So yesterday when your counsel asked you, you

10  said it was a conversation.  You did not specify whether it

11  was text message or a phone call.

12           Do you remember that?

13  A    Was I asked?  I am sorry.  Say it again.

14  Q    I am just asking you if you remember that when your

15  counsel asked you about this yesterday, you were not clear on

16  whether it was a text message or a phone call; remember that?

17           MR. BALESTRIERE:  Objection.

18  A    I wasn't clear?

19           THE COURT:  Sustained.

20  Q    You are now claiming it was phone call; correct?

21  A    Yes.  It's always been a phone call.

22  Q    Yesterday Mr. Balestriere asked you:  Ms. Shon contacted

23  you on direct message.  You talked about having a

24  conversation with Ms. Shon.  Was anyone else part of that

25  conversation besides you and Ms. Shon.  And you said, Yes,

1  Jennifer Powers.

2          Isn't it correct that other than providing her name

3  here, you did not testify about anything she had told you in

4  your testimony yesterday?

5  A    I wasn't asked -- was I asked yesterday?

6  Q    You did not tell the jury anything that you claim

7  Jennifer Powers told you during that phone call; yes or no?

8  A    I honestly don't remember.

9          THE COURT:  If you don't remember, say that you

10 don't remember.

11 A    I don't remember.

12 Q    Do you remember that when Mr. Balestriere asked you if

13 it made you more comfortable the fact that there were two

14 women on the phone, you said, Yes.

15          Do you remember that; correct?

16 A    Yeah.  I felt more comfortable because there were two

17 references of people that had seen him.

18 Q    And when he asked you why, you could not say why?

19 A    When he asked me why?

20 Q    Yes.  He asked you why it made you more comfortable and

21 you just said --

22 A    Do you want to know why?

23 Q    No.  I am just asking you about your testimony from

24 yesterday.

25          When your counsel asked you, you did not explain

Cross - Moore - LaVigne-Albert                    570

1   why it made you comfortable; yes or no?

2   A    I don't remember.  No.

3   Q    If you don't remember, that's all right.

4   A    I am so confused.

5   Q    Your phone number at the time of these events was

6   386-453-8530; is that correct?

7   A    Yes.

8   Q    That would be the phone you would have used to call

9   Jennifer Powers if you ever did that; yes or no?

10  A    Yes.  Unless -- unless -- it depends if it is a four-way

11  conversation, whoever gets it through.  The dial-in number

12  so -- it could be -- I don't know how that works.  Either Mia

13  might have patched us through or someone patched us through.

14  So I don't -- but was that my phone number.

15  Q    So my question --

16  A    And that's the phone I would use.  Correct.

17  Q    Are you done with your answer?

18  A    Correct.

19  Q    My question was simply:  If you had called Jennifer

20  Powers, you would have used that phone number; yes or no?

21  A    If I would have personally called her, yes; but I didn't

22  personally call her.  We were put on a four-way conversation.

23  Q    Are you saying this phone call took place before or

24  after Stephanie Shon connected you with Howard Rubin in the

25  text messages that we just looked at?

Cross - Moore - LaVigne-Albert                 571

1   A    Before.

2   Q    Before; right?

3   A    It was a hundred percent before.

4   Q    Your testimony is that you had a phone call with

5   Jennifer Powers before she introduced herself via text

6   message to you as Howie's assistant in New York?

7   A    It was Mia -- yes.  Yes.  Yes.

8   Q    Thank you.

9             (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CROSS-EXAMINATION

2    BY MS. LAVIGNE-ALBERT (CONTINUING):

3    Q    So you talked a little -- withdrawn.

4         You met Jennifer Powers for the first time in the

5    apartment on August 22nd, 2016, correct?

6    A    Correct.

7    Q    You had never met her before this, correct?

8    A    I had never met her before that.

9    Q    And you testified yesterday that when you walked into

10   the apartment, you were greeted by Jennifer Powers with a

11   glass of wine.

12   A    Not -- not at the door with a glass of wine, but she

13   was greeting -- no.

14   Q    And at your deposition when you were asked if you

15   recalled drinking anything, you said that you did not recall

16   drinking anything; is that correct?

17   A    I don't remember what I -- honestly, my deposition was

18   hell, and it's not my time to speak, so I can't say anything

19   about it, but it...

20        MS. LAVIGNE-ALBERT:  Can we see AMJP13, please.

21        (Video plays.)

22        (Video stops.)

23   Q    Do you remember anything about Jennifer Powers's

24   physical appearance that day?

25   A    Yeah, she was pregnant.

Moore - Cross - Lavigne-Albert                573

1   Q    Seven months?

2   A    I don't know exactly how far along she was.

3   Q    Did she have a --

4   A    Yeah --

5   Q    -- a nubby?

6   A    -- she was pregnant.

7   Q    You testified yesterday that it was Jennifer Powers who

8   told you that there would be an NDA to sign when you got to

9   New York, correct?

10  A    Is that what I testified yesterday?

11  Q    I'm asking you.  Do you remember?

12  A    Yes, I remember.

13  Q    Do you remember that you said that yesterday?

14  A    Yes.

15  Q    Okay.

16        MS. LAVIGNE-ALBERT:  Could we please look at DX

17  C2, Page 5.

18        It's a little further down.  It is at August 21st,

19  2016, at 3:52 p.m.

20        Further down -- oops, right there.

21        The second box.

22        Okay.

23  Q    Okay.  The second text message here is from Stephanie

24  Shon, correct?

25  A    Can you --

Moore - Cross - Lavigne-Albert                574

1   Q    Is it too small for you?

2   A    I'm sorry, Stephanie Shon.  It says Stephanie Shon.

3   Q    Okay.  And my question is:  In -- in the second box,

4   she tells you -- she ends that section with:  Jen will meet

5   you at the condo to go over an NBA?

6   A    I see that.

7   Q    All right.  So Stephanie Shon told you about the NDA,

8   correct?

9   A    I knew that there would be an NBA over the phone call.

10  Q    Are you saying that Stephanie Shon did not tell you

11  about an --

12  A    She --

13  Q    -- NDA here?

14  A    No.  She did tell me about an NDA --

15  Q    Okay.

16  A    -- but I knew about it already.

17  Q    All right.  So it's fair, you did not ask --

18  A    I believe I --

19  Q    -- whether or not --

20  A    Oh, I'm sorry.

21  Q    If we speak on top of each other, the court reporter's

22  not going to be able to take it down.

23  A    I'm sorry.

24  Q    Mr. Rosenberg already asked you about a document that

25  you -- you signed with Ms. Powers.  Do you remember that?

Moore - Cross - Lavigne-Albert                 575

1    A    (No audible response.)

2    Q    I'm -- I'm just asking you if you -- if you remember

3    being asked about a -- signing a document that day?

4    A    What -- when did he ask me?

5    Q    You don't remember any of that --

6    A    From yesterday --

7    Q    -- that questioning --

8    A    Is that what you're talking about?

9    Q    This morning, yesterday, several times.

10   A    Yes.

11   Q    Okay.

12   A    Yes.

13   Q    And I'm not -- my question is:  You did not ask

14   Jennifer Powers any questions about this document before

15   signing it, correct?

16   A    She explained it to me.  I didn't have to ask any

17   questions.  He told me the gist of it.  We had to be there

18   by a certain time.  He -- he made very clear we were in a

19   hurry.

20   Q    You did not ask Jennifer Powers any questions about the

21   document, yes or no?

22   A    No.

23   Q    And you did not ask for more time to review the

24   document before signing it, correct?

25   A    Correct.

1   Q    And although you testified yesterday that you did not

2   read the document closely, you never told Jennifer Powers

3   that you were not reading it, correct?

4   A    Correct.  She -- she was in the room.  Correct.

5   Q    Well, you signed in front of her, correct?

6   A    Yes.

7   Q    Okay.

8        After you were done signing the document, you

9   eventually went on to meet with Mr. Rubin?  Yes?

10  A    After we signed the document, she told us we needed to

11  hurry over to the rooftop hotel of the Viceroy, yes.

12       MS. LAVIGNE-ALBERT:  Your Honor, I move to strike

13  as nonresponsive.

14       THE COURT:  Just answer the question.  If it calls

15  for a yes-or-no answer --

16       THE WITNESS:  Yes.

17       THE COURT:  -- just say "yes" or "no."

18  A    Yes.

19  Q    And you never saw Jennifer Powers until your deposition

20  after that day, correct?

21  A    Yeah.

22  Q    Okay.

23       MS. LAVIGNE-ALBERT:  So PXD.  The bottom of

24  Page 2 of -- wait -- yes, yes.

25  Q    Ms. Moore, you've been asked a ton a number of times

Moore - Cross - Lavigne-Albert                577

1   about these text messages there -- the text messages that

2   you sent to Jennifer Powers on -- on August 23rd where

3   you're saying:  Thank you so much for having me.  Can't

4   wait.  I was hoping -- you -- you remember being asked about

5   all those, correct?

6   A    Yes.

7   Q    And you remember those two text messages?

8   A    I've been -- I remember them now, yes.  I've been over

9   everything.  Yes, I wrote those text messages.  Absolutely.

10  Q    And you testified earlier that the reason you wrote

11  these texts is because you would not gain anything by not

12  being friendly.  Do you remember that?

13  A    Yes.

14  Q    Okay.

15  A    But what would I have to gain by being rude?

16  Q    It was a simple yes-or-no question.

17  A    Okay.

18  Q    Do you remember --

19  A    Yes.

20  Q    -- saying that?

21  A    I remember them, yes.

22  Q    Okay.  So that's not what you said at your deposition

23  when you were asked about the text messages?

24  A    Absolutely not.

25          MS. LAVIGNE-ALBERT:  Can we look at AMJP15?

1            (Video plays.)

2            (Audio stops on video.)

3            MS. LAVIGNE-ALBERT:  I think we could read it,

4     still, but I think he -- it got the point through.  I think

5     we're good.

6            (Video stops.)

7     Q    Briefly, Ms. Moore, I want to ask you:  Do you remember

8     telling Jennifer Powers about Pashence Marie?  We -- you

9     looked at those text messages.

10    A    Yes, yes.

11    Q    I think the witness --

12    A    Yes.

13    Q    -- is --

14           (Pause in proceedings.)

15    BY MS. LAVIGNE-ALBERT:

16    Q    Okay.  You were asked about the text -- your text to

17    Jennifer Powers about Pashence Marie.

18           Do you remember that?

19    A    Yes.

20    Q    Okay.  So again, my question is going to be about

21    timing.

22    A    Okay.

23    Q    You testified earlier you told Mr. Rubin about Pashence

24    Marie when you were at the Viceroy with him, correct?

25    A    Yes, I -- yes, at the Viceroy.

1    Q    Okay.  And -- and you testified that, though at first

2    you had considered introducing him -- him to Pashence Marie,

3    after having been with him and what you told us about what

4    happened, you changed your mind, correct?

5    A    Yes.  She was never going to meet him.

6    Q    But my question is not about Pashence Marie.  My

7    question is about what you did.

8         My question was:  There came a time when you

9    considered introducing Pashence Marie to Howard Rubin.  That

10   was August 22nd when you were at the Viceroy with him, yes

11   or no?

12   A    Yes.  I showed him her photos, yes.

13   Q    Yes, okay.  And it was that -- that -- later that day

14   that you had a sexual encounter about Mr. Ruben, that you

15   testified about in this trial?

16   A    A sexual encounter?

17   Q    My question is only about the date.

18   A    The date.

19   Q    Was it August 22nd, 2016, yes or no?

20   A    Yes.

21   Q    Thank you.

22         And then the next day, you returned to Florida?

23   Yes?

24   A    Correct.

25   Q    And it wasn't until the following day, August 24th,

1    that you sent to Jennifer Powers information about Pashence

2    Marie, yes or no?

3    A    Yes.

4    Q    And you testified that you changed your mind after you

5    had been with Mr. Rubin.  But that's not true, is it?

6    A    What do you mean?

7    Q    What I mean is that you told us that although before

8    being with Mr. Rubin, you considered introducing Pashence

9    Marie.  After having been with him, you said, I'm not doing

10   that.  You had changed your mind, correct?

11   A    You did -- can I explain?

12   Q    No.  I'm just asking you --

13   A    I can't explain?

14   Q    -- yes or no.

15   A    Yes or no what?

16   Q    Well, the question was:  On August 22nd, you were

17   considering introducing your friend, Pashence Marie, to

18   Howard Rubin?  Yes?

19   A    At the Viceroy, yes.

20   Q    Yes.

21   A    He had seen her photos.

22   Q    And then you changed your mind after you had been with

23   Mr. Rubin on August 22nd, yes or no?

24   A    She was never --

25   Q    I'm not asking you about --

1   A    Okay.  I don't know --

2   Q    My question is --

3   A    -- what you want me to say.

4   Q    -- just --

5   A    I can't -- I don't understand.

6              THE COURT:  You don't understand?

7              THE WITNESS:  No.

8              THE COURT:  Tell her you don't understand.

9              THE WITNESS:  Okay.

10  A    Just say -- I'm sorry.  Just say it one more time.

11  Q    Okay.  On August 22nd, you were at the Viceroy with

12  Mr. Rubin.  And at that point, you considered introducing to

13  him your friend Pashence Marie?  Yes?

14  A    Yes, he -- yes.

15  Q    Thank you.

16             That evening, you had a sexual encounter with

17  Howard Rubin.  I'm not talking about the work.  I'm just

18  talking about --

19  A    Do not call it a "sexual encounter."  You can word it

20  another way, but that term -- that is very offensive to me

21  and -- I'm sorry.

22             MS. LAVIGNE-ALBERT:  I have to restart at this

23  point --

24             THE COURT:  How about "meeting"?

25  Q    I'm just asking you about --

Moore - Cross - Lavigne-Albert                582

1          THE WITNESS:  Please --

2          THE COURT REPORTER:  Wait a minute.  Hold on,

3    please.

4          THE COURT:  How about "meeting"?  Let's call it

5    "meeting."

6          MS. LAVIGNE-ALBERT:  I'm sorry, Your Honor?

7          THE COURT:  Let's call it "meeting."

8          MS. LAVIGNE-ALBERT:  The meeting, correct.

9          Okay.  We'll go with "meeting."

10   Q    So on August 22nd in the evening, you had a meeting.

11   That was your first meeting with Howard Rubin?

12         That was the date, correct?

13   A    Yes.

14   Q    Okay.  So on August 23rd, in the morning, you flew back

15   home to Florida, yes?

16   A    Yes.

17   Q    And the next day, on August 24th, you wrote to Jennifer

18   Powers about Pashence Marie, yes or no?

19   A    Yes.

20   Q    And it was in that conversation that you told her that

21   you wanted to introduce Pashence Marie to Howard Rubin,

22   correct?

23   A    I did not say, I want to introduce you to Pashence

24   Marie.  No, that's not what I said.

25   Q    You said:  I'll send you the info on my girlfriend I

1    had told Howie about, yes or no?

2    A    Yes, absolutely then.

3    Q    And you testified earlier, you recalled the

4    conversation -- you mentioned "huge boobs."  You recalled

5    all of that?  Yes?

6    A    Yes, because of -- yes.

7    Q    And this was on August 24th, two days after a meeting

8    with Howard Rubin?  Yes?

9    A    Yes.

10   Q    And although you testified that you changed your mind,

11   you never told Jennifer Powers that you changed your mind,

12   correct?

13   A    Of course not.

14   Q    Well, what -- moving on to December 2016, Ms. Moore,

15   you testified earlier, of course, you -- you returned for a

16   second meeting with Howard Rubin in December of 2016,

17   correct?

18   A    Yes.

19   Q    And for that trip, Jennifer Powers did not arrange your

20   travel, correct?

21   A    No.

22   Q    So that is correct?

23   A    I don't believe so to my understanding.

24   Q    You're not certain?

25   A    I don't believe that she did.  I -- I -- I don't know

Moore - Cross - Lavigne-Albert                 584

1   who -- I -- I -- it's been so long, I don't know.

2   Q   Okay.  I will ask it to you again.  If you can't say

3   yes or no, then we'll move on to your deposition.

4   A   Okay.  No.

5   Q   Let me ask it again.

6          For that trip, Jennifer Powers did not arrange

7   your travel, did she --

8   A   No.

9   Q   -- yes or no?

10  A   No.

11  Q   And Ms. Powers did not communicate with you beforehand

12  to ask you to come?  Yes or no?

13  A   No.

14  Q   And she had really nothing to do with your travel there

15  or a meeting with Howard Rubin then, correct?

16  A   She did have something to do with it, and I can

17  explain.

18          MS. LAVIGNE-ALBERT:  Can you show AMJP18?

19          THE COURT REPORTER:  I'm sorry.  Can you show?

20          MS. LAVIGNE-ALBERT:  Can you show AMJP18.

21          (Video plays.)

22          (Videos stops.)

23  Q   And your interaction with Ms. Powers after you were

24  done with Howie was the text message that is EXC2 --

25          MS. LAVIGNE-ALBERT:  Can we show that?

1    Q    -- that we looked at earlier; is that correct?

2    A    That was my last interaction, you're saying?

3    Q    No.  My question was, because you -- we heard you in

4    this depo video --

5    A    Okay.

6    Q    -- saying that you did not interact with Jennifer

7    Powers until after your meeting with Howard Rubin; that's

8    correct?

9    A    Correct.

10   Q    And your -- your interaction at that point was this

11   text message, correct?

12   A    Correct.

13   Q    "Hey, just finished with Howie," smiley face?

14   A    Yes.

15   Q    And you had no communication with Jennifer Powers

16   between the Pashence Marie text on August 24th or 25th and

17   this text message, correct?

18   A    Correct.  Correct.  I don't believe so.

19         MR. BALESTRIERE:  Objection to the defendant

20   characterizing another --

21         MS. LAVIGNE-ALBERT:  There is an August 25th text.

22   I can do it.

23         MR. BALESTRIERE:  Okay.  Thank you.

24         MS. LAVIGNE-ALBERT:  Can we look at DXD, please.

25         Can we just see the last text on August -- that's

Moore - Cross - Lavigne-Albert                586

1   on August the 25th, 2016?  It's right before December the

2   21st.

3            THE COURT:  Ladies and Gentlemen of the Jury.

4            (No response.)

5            THE COURT:  Ladies and Gentlemen of the Jury.

6            THE JURY:  Yes, Your Honor.

7            Yes.

8            THE COURT:  Can I have all of your attention,

9   please, for a second.

10           You know sometimes when you come back after lunch

11  and you're digesting, you get a little tired.  But it's very

12  important to the parties here that you all focus on the

13  testimony.  I'm not speaking to all of you.  I think most of

14  you -- almost all of you are, but I don't want to single

15  anybody out.

16           So all I'm going to ask is, please pay close

17  attention to the testimony, even if you feel a little

18  drowsy.

19           All right.  Continue.

20           MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

21           Okay.  If we can highlight the last text on

22  August 25th, 2016, and the first text on December the 29th,

23  2016?

24  Q    Okay.  So my question to you, Ms. Moore:  On

25  August 25th, 2016, you write:  I would do it again.  It was

1  quite an experience.  LOL.

2       My question is:  There were no communications with

3  Jennifer Powers between this text message and the one we

4  looked at a moment earlier when you said, "Hey, just

5  finished from Howie," from December 2016, correct?

6  A    Correct, no communications from me.

7  Q    Thank you.

8       MS. LAVIGNE-ALBERT:  Okay.  Can we take a little

9  -- oh, actually, DXD is what I want.  So let's --

10 December 21st, 2016, the text messages.

11 Q    Okay.  So you were asked about these earlier.  You

12 highlighted the fact that -- I mean, in your testimony

13 earlier you highlighted the fact that you read here, "Howie

14 gave it to me.  He got mad when I asked."

15      You remember that, correct?

16 A    Uh-huh.

17 Q    You did not hesitate to tell Jennifer Powers that he

18 got mad about the fact that you asked for money, correct?

19 A    No, I did not.

20      I can explain.

21 Q    You never told Jennifer Powers that you had been abused

22 or mistreated by Howard Rubin, correct?

23 A    Absolutely not, and I can explain.

24 Q    You testified yesterday that you suffered emotional

25 injuries as a result of your meetings with Howard Rubin,

1  correct?

2  A    Correct.

3  Q    And that you suffered from depression, anxiety, and

4  PTSD --

5  A    c-P- --

6  Q    -- because of your meetings with Howard Rubin; is that

7  correct?

8  A    Correction:  c-PTSD and yes.

9  Q    So you -- your testimony is that you suffer from

10  depression, anxiety, and c-PTSD as a result of your

11  encounters with Howard Rubin, correct?

12  A    And insomnia, yes.

13  Q    And insomnia.

14        And Ms. Powers did not cause these emotional

15  injuries to you, correct?

16  A    She played a part in it.

17        MS. LAVIGNE-ALBERT:  Can you play AMJP25, please.

18        (Video plays.)

19        (Video stops.)

20  Q    The only interaction you had with Ms. Powers in

21  December was the few text messages we looked at and the fact

22  that she sent you money, correct?

23  A    What's that?

24  Q    The only interaction that you had with Jennifer Powers

25  in December of 2016 were the few text messages that we

1  looked at and the fact that she sent you money, correct?

2  A    The only interactions that I had, yes.

3  Q    You wanted her to send you the money, correct?

4  A    Yes, I did.

5  Q    You -- when I asked you earlier if you had -- about

6  your emotional injuries, you stated that these include

7  depression, insomnia, anxiety, and c-PTSD, correct?

8  A    Correct.

9  Q    And I believe you testified earlier that you had

10  suicide thoughts as well?

11  A    There was -- there was a point -- there was a point,

12  yes.

13  Q    Okay.  So your testimony is that since this time in

14  2016, it still bears on you, what had happened in 2016, and

15  that's impacted you tremendously, correct?

16  A    Yes, and it -- yes.

17  Q    Do you remember being at an outdoor concert two weeks

18  ago?

19  A    An outdoor concert two weeks ago?

20  Q    Yes.

21  A    I remember being -- I went to Bike Week.  That's what I

22  used to -- I used to work the events.

23  Q    And you had a good time?

24  A    I had a wonderful time.

25  Q    And you were happy?

Moore - Cross - Lavigne-Albert          590

A     For the first time in a long time.  I almost lost my
life in July, and it was the first time I was out to have a
good time.

          What does that have to do with what happened to
me?  I'm so sorry, I'm speaking out of turn.  This is
just...

          THE COURT:  If there's something wrong with the
question, your attorney will object to it.

          THE WITNESS:  Okay.

          MS. LAVIGNE-ALBERT:  Can I have one quick
five-second moment, Your Honor?

          THE COURT:  Yes.

          MS. LAVIGNE-ALBERT:  Okay.

          (Pause in proceedings.)

          MS. LAVIGNE-ALBERT:  May we show DXE8 to the --
just to the witness, please.

          MR. GILBERT:  Your Honor, may we have a moment,
please.

          THE COURT:  You've already had a moment.  I've got
to move this thing along here.

          MS. LAVIGNE-ALBERT:  Okay.  That's it, Your Honor.
I'm done.  Thank you.

          THE COURT:  Okay.  We're going to take our
mid-afternoon break, ladies and gentlemen.  We'll come back
at 3:05.  Please remember not to discuss the case.

Proceedings                                      591

1              (Jury exits the courtroom.)

2              (The following matters occurred outside the

3      presence of the jury.)

4              THE COURT:  Okay.  You may step down.

5              THE WITNESS:  Thank you.

6              THE COURT:  We're not in recess yet.  I just would

7      like to have the witness out of the courtroom for a minute.

8              MR. BALESTRIERE:  I'm sorry, Your Honor.  Say that

9      again.

10             THE COURT:  I said, we're not in recess yet.  I'd

11     just like to have the witness out of the courtroom for a

12     minute.

13             MR. BALESTRIERE:  Oh, I understood.

14             THE COURT:  Okay.

15             MR. BALESTRIERE:  So Amy, can you please step

16     down.

17             THE WITNESS:  I'm coming.

18             (Witness exits the stand.)

19             MR. BALESTRIERE:  I just want to make sure there's

20     no one in that witness room, Your Honor, and I can walk in

21     there.

22             Is that all right?

23             THE COURT:  Sure, sure.

24             MR. BALESTRIERE:  Okay.  Thank you.

25             THE COURT:  Okay.  The witness is out of the

Proceedings                                    592

1    courtroom.

2          I'm addressing this equally to all attorneys, but

3    based on the cross we just had, when you interrogate a

4    witness, you have to be glancing at the court reporter every

5    so often, and you have to be glancing at the jury every so

6    often.  That way, you can find out if somebody's been

7    asleep, as has happened for the last half hour.

8          Also, if the court reporter is telling you that

9    you're going too fast, then the jury's not getting it either

10   and the witness isn't getting it either.

11         Now, I didn't want to do this without notice, but

12   I want everyone to have notice that if I ask you to slow

13   down three times and you don't slow down, I will terminate

14   your examination because it will be my conclusion you're not

15   going anywhere with it, anyway.  Okay?

16         So, please, everyone focus on the whole courtroom,

17   not just on your questions and the witness's response.

18         Okay?  See you in 15 minutes.

19         (Recess taken.)

20         (Witness resumes the stand.)

21         THE COURT:  Okay.  Let's have the jury in, please.

22         (Jury enters the courtroom.)

23         (Jury present.)

24         THE COURT:  All right.  Everyone be seated.

25         Redirect?

Moore - Redirect - Balestriere                    593

1          MR. BALESTRIERE:  May I, Your Honor?

2          THE COURT:  Please.

3          MR. BALESTRIERE:  I think -- if it gets a little

4     loud, I'm sorry.

5     REDIRECT EXAMINATION

6     BY MR. BALESTRIERE:

7     Q    Good afternoon.

8          So I hope not to take too much of your time.

9          There was a lot of discussion about Pashence

10    Marie, so I want to ask some questions to clarify.

11    A    All right.

12    Q    Did Pashence Marie ever meet Howard Rubin?

13    A    Absolutely not.

14    Q    All right.  And after you sent those text message that

15    Ms. Lavigne-Albert was asking you, you know, about maybe 20

16    minutes or so ago, did you have a conversation with Pashence

17    Marie?

18    A    Yes.

19    Q    What did you tell her?

20         MR. ROSENBERG:  Objection, Your Honor.

21         THE COURT:  Sustained.

22    Q    Did you discuss -- what was the topic of your

23    discussion, without telling me specifically, what was --

24         MR. MCDONALD:  Objection, Your Honor.

25         THE COURT:  Overruled.

Moore - Redirect - Balestriere                594

1   Q    What was the topic of your discussion with Ms. Marie is
2   my question?
3   A    Oh, okay.  The topic of discussion was Howard Rubin.
4   Q    Did you give her any advice in that regard?
5             MR. MCDONALD:  Objection, Your Honor, hearsay.
6             MR. BALESTRIERE:  It's her statement --
7             THE COURT:  She can answer that question yes or
8   no.
9   A    Yes.
10  Q    What advice did you give her?
11            MR. MCDONALD:  Objection.
12            THE COURT:  Sustained.
13  Q    After that, to your knowledge, did Pashence Marie meet
14  with Mr. Rubin?
15  A    A hundred percent, never.
16  Q    Okay.  Thank you.  We saw a couple --
17  A    Excuse me.
18  Q    That's okay.
19            We saw a couple of videos.  I'm not going to put
20  them up or ask the videos to be put up.  Do you remember
21  seeing a couple of videos --
22            MR. BALESTRIERE:  Just for the record, it's a
23  E- -- Defendants' Q7, and then there was Defendants' P7?
24  Q    The videos --
25            It's okay.  Do you need a moment?

Moore - Redirect - Balestriere                595

1    A    No, no, no.

2    Q    Okay.

3         Do you remember that you were shown two videos of

4    you and Mia Lytell when you were being cross-examined by

5    Mr. Rosenberg?

6    A    Yes.

7    Q    Simply to clarify:  Those videos were prior to the

8    "meeting" is the term we used; is that correct?

9    A    Those were -- yes, those were prior to the incident.

10   Q    I would like -- that was in August of 2016.

11        I'd now like to talk a little bit about December

12   of 2016.  You were asked a question by Mr. Ruben's counsel,

13   Mr. Rosenberg, as to why you didn't call or text with

14   regards to your request to get some compensation for your

15   injuries.

16        Do you remember that?

17   A    Yes.

18   Q    Why did you not call or text?

19   A    What good would that have done me?

20   Q    Why do you say that?

21   A    Because he -- if I -- what good would that have done

22   me, coming off -- there's a certain way that you have to

23   speak.  I can't explain it adequately.  By me saying

24   anything rude or negative, that's something that -- do you

25   know what I mean?

1  Q    No, no, no.  So here, I think maybe I'm asking -- you

2  were being cross-examined for a while.

3  A    I know.

4  Q    Here's my question:  Do you remember that Mr. Rosenberg

5  asked you -- let me put it another way.

6        Did you believe you needed to meet with Mr. Rubin

7  to make a request for money?

8  A    Yes.

9  Q    Why?

10 A    Because doing it over a text would not have gone over

11 well.

12 Q    Why do you say that?

13 A    Because that's how he is.

14 Q    There was a question about after you left the

15 restaurant and went up to the condominium as to why you

16 didn't leave before the violence that you testified about

17 took place.

18        Why didn't you leave?

19 A    I wasn't able to leave.

20 Q    Why do you say that?

21 A    Well, I say that as I only did have a couple drinks,

22 but I didn't feel right.

23 Q    What do you mean by that?

24 A    There are pieces that are missing, pieces that are

25 missing.

Moore - Redirect - Balestriere                597

1    Q    What do you mean by that?

2    A    I -- I felt -- I feel intoxicated, the best way I can

3    explain it.  I was there, but I wasn't there.  I was

4    there -- do you know what I'm saying?

5    Q    I think that's good enough.

6            That's okay.  Did you want to add on to that?  I

7    can't tell.

8    A    (No audible response.)

9    Q    Okay.  You testified on cross-examination that you were

10   pulled into the red room.  Do you remember that?

11   A    Yes.

12   Q    Okay.  What do you mean by that, that you were "pulled

13   into the red room"?

14   A    Pulled me into the red room.

15   Q    Okay.  You just --

16   A    Directed me and grabbed my arms and pulled me into

17   the -- the red room (indicated).

18   Q    Okay.  I just want to ask a little bit there because

19   you were animated and moving around.

20   A    Yes.

21   Q    You lifted up your hands.

22            And just to clarify, who pulled you?

23   A    Howard Rubin.

24   Q    How exactly did he -- did Mr. Rubin put his hands on

25   you, based on your prior testimony?

Moore - Redirect - Balestriere                    598

1    A    Yes.

2    Q    Please describe exactly how he put his hands on you.

3    A    I remember he put his hands on my -- on my shoulder and

4    pulled me into the red room.

5    Q    You were shown a -- what do you call it? -- a

6    demonstrative, DE -- it's demonstrative -- Defense

7    Demonstrative E.

8         Do you remember Mr. Rosenberg approaching you?

9    A    Can you...

10   Q    Sure.  So do you remember there was a time during

11   Mr. Rubin's lawyer's cross-examination of you where he got

12   close and he showed you something?

13   A    Yes.

14   Q    I'm not going to show it to you, okay?  But with

15   regards to the electric device that was used during the

16   "meeting," I will say, did it generate a slight electric

17   shock?

18   A    The device that he used on me?

19   Q    Yeah.

20   A    It -- it generated a very bad electric shock.

21   Q    Well, there were questions by both defense counsel

22   about certain text messages, which I can show you --

23        MR. BALESTRIERE:  It's DXD, Page 5 of 5, please.

24   And I'll ask you, Ms. Khan, Page 5 of 5, please.

25        This is in evidence.

Moore - Redirect - Balestriere                    599

1  Q    And you were asked questions about this.

2          Do you see there's a yellow highlight there?

3  A    Yes.

4  Q    About how "he got mad when I asked"?

5  A    Yes.

6  Q    Who is the "he" there?

7  A    Howard Rubin.

8  Q    Just to confirm, since there were a lot of questions

9  about this:  Mr. Rubin got mad when you asked regarding

10 what?

11 A    For money for my injury.

12 Q    Do you remember the -- being shown texts --

13         MR. BALESTRIERE:  And I can put them up again, if

14 needed.  This would be Defendants' I3.  We don't need to put

15 it up just yet.

16 Q    These are from August of 2017 where you -- I think you

17 called it "dark humor" --

18 A    Yes.

19 Q    -- when you said about Howie -- what did you mean about

20 that, "dark humor," about the text regarding Mr. Rubin being

21 here?

22 A    It was -- it was like -- I know it sounds stupid.  It

23 was like a joke, oh, or -- you know, because that's what

24 happened there.  I know it's -- about the one where he said

25 or he can beat me?

Moore - Redirect - Balestriere                600

1    Q    Yes.

2    A    That was dark humor.  I use sometimes just like how I

3    use 'fun, fun, fun"; you know, oh, what are you doing,

4    cleaning the house?  Oh, fun, fun, fun.

5    Q    Just to be clear, had you initiated your lawsuit by the

6    time you sent that "or Howie wants to beat me" text?

7    A    Huh-uh, no.

8    Q    I do want to ask about --

9    A    Huh-uh.

10   Q    I'm sorry?  Did you --

11   A    No.

12   Q    Okay.

13          I do want to ask about a few months later.

14   Mr. Rosenberg asked you questions the meeting chats?  Do you

15   remember that?

16   A    The what chats?

17   Q    It was a -- I can show you the exhibit needed.

18          MR. BALESTRIERE:  It's Defendants' N.

19   Q    About cheese and rice, do you remember the --

20   A    That was -- that was -- yeah.

21   Q    All right.  So just explain to the jury, what was that

22   about?

23   A    It was something we say, we said all the time.

24          I'm, like, Hey, girl.  And I'm, like, cheese and

25   rice.

Moore - Redirect - Balestriere                601

```
 1            And she's, like, cheese and rice.
 2            It's just our -- we have a little role-play thing
 3   that we do, and we talk about -- we have a -- we do a Bronx
 4   accent, a Brooklyn accent.  And that's just our little
 5   friend -- I can't explain what it is.  It's -- it's just
 6   cheese and rice.
 7            THE COURT:  No, he's not asking about that.
 8            THE WITNESS:  Oh.
 9            THE COURT:  He's asking about the part where you
10   talked about shutting off the phones and carrying them --
11            THE WITNESS:  Oh.
12            THE COURT:  -- and then deleting some of the
13   texts.  That's what he's asking about.
14            THE WITNESS:  That was about --
15            MR. BALESTRIERE:  That's good -- thank you,
16   Your Honor.
17   Q    So let me just ask first:  Does that have anything to
18   do with this case?
19   A    Absolutely not.
20   Q    So what does that regard?
21   A    That regards a friend of ours.  We call him -- I won't
22   say his name because it doesn't matter.  We were trying to
23   do a group text with him back in 2016.
24            Like, now, we know -- I think it's still this way.
25   When you're trying to send a group text, if someone has an
```

1    Android phone or one of those little flip phones, it --

2    it -- and you have two iPhones, the messages don't go

3    together.  So we were trying to group chat this person, and

4    they're like not getting book -- you know, not getting

5    messages in the group.  So I said, well, let's delete that

6    and start over again.  And then we were doing it separately.

7    Q    And just so -- I think you pretty much testified to

8    this, but just to confirm:  That friend whose name we don't

9    need --

10    A    Yes.

11    Q    -- has nothing to do with this?

12    A    Nothing.  Nothing to do request this.

13    Q    So just referencing some of your testimony on

14    cross-examination, why was your deposition held?

15    A    Where would I begin?

16    Q    Well, maybe let me ask you maybe a more precise

17    question.

18        Was there anything about your deposition that you

19    think affected your testimony?

20        MR. MCDONALD:  Objection, Your Honor.

21        THE COURT:  Overruled.

22    Q    Tell the jury what that was.

23    A    Well, first of all, deposition prep was different than

24    this.  I meet with my lawyers at -- you know, for a few

25    hours the day before, correct?

Moore - Redirect - Balestriere          603

1    Q    Well, I can't confirm.

2         So why don't you just testify?

3    A    Oh, okay.  Okay.

4         I'll just start here.  I didn't -- I didn't know

5    that he was going to be there, for Number 1.

6         MR. BALESTRIERE:  I believe we lost the mic.  I'm

7    sorry.

8         (Pause in proceedings.)

9    A    I wasn't --

10   Q    Just wait one second.

11        (Pause in proceedings.)

12        THE COURT:  Hold on a second while we get the mics

13   working.

14        (Pause in proceedings.)

15   A    Okay.

16   Q    There you go.

17        So you started to say something just before we

18   lost the mic.

19   A    Where was I at?  I'm sorry.

20   Q    I think you -- I want to -- if I remember right, I

21   think you said you didn't know about something; that you

22   didn't know, you know, that someone was going to be at your

23   deposition.

24   A    Oh.  When I walked up, he --  I realized that Howard

25   was there, at my deposition.  There -- the room was filled

Moore - Redirect - Balestriere                604

1   with what seemed like a hundred different people, but maybe

2   like 15 of his attorneys; and I just had my one attorney

3   with me.

4           When I went to sit down -- they were mic'ing me --

5   he got up and moved his chair right next to the camera guy

6   so that I had to stare at him the -- if I was to look at the

7   camera, like if they said, look, he was literally --

8           THE WITNESS:  Can I show them?

9           MR. BALESTRIERE:  With the Court's permission.

10          THE COURT:  Yes.

11          THE WITNESS:  So this is the camera guy, okay?

12          This is the camera guy right here (indicating).

13  I'm across the table.  He picked up his chair, he moved it

14  as close as he could to him so then I had to stare at him.

15          And then Ms. Powers, Jennifer Powers, got up and

16  proceeded to move her chair to the other side so that if I

17  looked to my left, there she was.  And then on the right, a

18  woman that I'd never met before but is part of his -- one of

19  these -- these 30 or 20 lawyers over here.  She was on my

20  right.  And then all behind him, there's two rows of his

21  attorneys.

22          I was so overwhelmed, I felt -- the things that

23  they were pulling up -- they made me hold up a photo from a

24  birthday party where I was nude.  And even though everyone

25  had a copy, they blew that thing up and made me hold it and

1  point to which naked body mine was.  To everyone.  Not only

2  that, they asked me if I'd ever used a cattle prod on myself

3  after I told them the story.

4          And, of course, I freaked out.  I -- I said, I got

5  to stop.  I got -- I can't do this.  I can't -- I got up and

6  went to where I thought was a safe room that we were not

7  allowed to have anyone else in.  That was the room where --

8  I can't -- I don't know the name of the room, but you get

9  your own room in a deposition, right?  You're sitting there.

10          I have really bad c-PTSD and anxiety disorder.  I

11  was having such a bad panic attack in there -- I don't know

12  if you know anything about them, but I couldn't breathe.  So

13  I'm laying on the floor, and TIEN pry YANT, who was another

14  attorney on the case, he laid down next to me.  He was

15  trying to comfort me.

16          All of a sudden -- what's the guy's name that

17  can't hear with a heart problem?

18  Q    You can't ask a question, I'm sorry.

19  A    Oh, I'm sorry.

20  Q    You said someone --

21  A    Someone on his side, an older gentleman, proceeded to

22  break in -- bust into the room.  He -- he could see that I

23  was on the floor, having a hard time.  And this is our

24  private room.  They're not supposed to be allowed to come in

25  there.

1        He stated something along the lines of, she -- she

2   needs to get up.  We need to get this done with and -- and

3   he -- I can't remember everything he said right now because

4   my mind's just going miles a minute.

5        But my -- yes, the attorney that was with me got

6   up and literally, they -- they were like -- like this

7   (indicating) and he was pushing me out of the room, like

8   they were going to -- like they were going to fight.  It was

9   very scary.  It was very intimidating.

10       And then on top of it, while I'm using the rest

11   room, I see -- well, Powers was in there at one point.

12   Howie passed me in the hallway.  I did not feel safe that

13   entire deposition.

14       When they were pulling out those papers that I was

15   reading, I didn't -- that was the first time I had ever seen

16   them, and I could hear them, and you could -- there's parts

17   in the deposition -- of the video of the deposition you can

18   hear them saying, Oh, that to her.  That's to her.  I

19   didn't -- at this point, I didn't believe anything that they

20   were handing to me.

21       I had this man that [slapping] did this to me,

22   staring at me.

23       THE COURT:  All right.  I think we should go on to

24   another question.

25       THE WITNESS:  I'm sorry.

Moore - Redirect - Balestriere                607

1          THE COURT:  All right.  Well, you don't have to be

2    sorry.

3          MR. BALESTRIERE:  All right.  I'm done,

4    Your Honor.  Thank you very much.

5          THE COURT:  All right.  I'm assuming there's no

6    recross?

7          MR. MCDONALD:  Correct, Your Honor.

8          THE COURT:  All right.  You may step down.

9          Thank you very much.

10          THE WITNESS:  Thank you.

11          (Witness excused.)

12          THE COURT:  Okay.  Plaintiffs may call their next

13    witness.

14          MR. BALESTRIERE:  Thank you.

15          Plaintiffs call Mia Lytell.

16          THE COURT:  All right.

17          THE COURTROOM DEPUTY:  All right.  You may step

18    down, ma'am.

19          (Witness exits the stand.)

20          MR. BALESTRIERE:  Just one moment, Your Honor.

21          THE COURT:  Thank you.

22          (Pause in proceedings.)

23          MR. BALESTRIERE:  May I just go outside and get

24    the witness, Your Honor?

25          THE COURT:  Yes, that's fine.

Moore - Redirect - Balestriere                608

1          MR. BALESTRIERE:  Thank you.

2          (Pause in proceedings.)

3          THE COURTROOM DEPUTY:  You can come forward,

4     ma'am.

5          (The witness approaches the stand.)

6          (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lytell - direct - Balestriere                    609

1   (Continuing)

2           THE COURTROOM DEPUTY:  Please raise your right hand.

3   **MIA LYTELL**,

4        called as a witness, having been first duly

5        sworn/affirmed, was examined and testified as follows:

6           THE COURT:  All right.  You may inquire.

7           MR. BALESTRIERE:  Thank you very much, Your Honor.

8   DIRECT EXAMINATION

9   BY MR. BALESTRIERE:

10  Q    Good afternoon.  I already said your name, but what is

11  your name?

12  A    Mia Lytell.

13  Q    May I call you Mia?

14  A    Yes.

15  Q    How old are you Mia?

16  A    34.

17  Q    Where do you live?

18  A    Fort Lauderdale, Florida.

19  Q    Where are you from?

20  A    South Florida.

21  Q    That's where you live, where you're from originally?

22  A    Yes.

23  Q    Did you graduate from high school?

24  A    Yes, I did.

25  Q    Did you receive any education after high school?

Lytell - direct - Balestriere                    610

1    A    No.

2          THE COURT:  I need you to pull that mic.  Grab it by

3    the neck and pull it towards you, and be sure you speak right

4    into it.

5          THE WITNESS:  Okay.

6          MR. BALESTRIERE:  Thank you, Your Honor.

7    Q    Had you ever hired a lawyer before you hired a law firm

8    in this case?

9    A    No.

10         MR. BALESTRIERE:  I'm trying to go more quickly,

11   Your Honor.

12   Q    Did you prepare for your testimony today?

13   A    Yes.

14   Q    Briefly, what did you do to prepare for your testifying

15   today in court?

16   A    Went over documents, exhibits.  I did --

17   Q    I'm sorry.  Please continue.

18   A    I went over documents and exhibits.

19   Q    Did you have the opportunity to speak to me or my

20   colleague before you came here today?

21   A    Yes.

22   Q    I want to ask about your relationship, if any, with the

23   other people in this lawsuit.

24         So Amy Moore just testified.  You may have seen her

25   as she walked out.

Lytell - direct - Balestriere                     611

1   A    Yes.

2   Q    Do you know Amy?

3   A    Yes.

4   Q    I'm going to ask about that in a moment.  There's four

5   other plaintiffs in this case.

6            Prior to initiating your lawsuit against Mr. Rubin

7   and Ms. Powers, had you ever met any of those plaintiffs?

8   A    No.

9   Q    Had you ever discussed with them your testimony that you

10  are going to give here today?

11  A    No.

12  Q    What about their testimony?

13  A    No.

14  Q    You were -- you gave testimony under oath at a deposition

15  in this case; right?

16  A    Yes.

17  Q    Did you attend anyone else's deposition?

18  A    No.

19  Q    Have you read the, what's called a deposition transcript

20  of anyone else?

21  A    No.

22  Q    So let's talk a little bit about your relationship with

23  Amy.  How would you characterize that relationship?

24  A    We're good friends.

25  Q    How did you first meet her?

Lytell - direct - Balestriere                    612

1   A    At a modeling event in Jamaica.

2   Q    Do you remember what year that was?

3   A    2015.

4   Q    So were you working as a model at that time?

5   A    Yes.

6   Q    Do you know if Amy, Ms. Moore was?

7   A    Yes.

8   Q    What was the name of that modeling event?

9   A    Paradise Challenge.

10  Q    Do you consider her a friend today?

11  A    Yes.

12  Q    I just talked to you a little bit about the plaintiffs, I

13  want to ask you about the defendants.

14           How did you first hear about Howard Rubin?

15  A    Someone named Stephanie Shon messaged me on Instagram.

16  Q    I just want to ask some questions about that, what

17  exactly do you mean by messaged you?

18  A    A DM, a direct message, a private message on Instagram.

19  Q    Do you remember when that was?

20  A    2016.

21  Q    Do you remember the month or the season?

22  A    No.

23  Q    Do you know whether or not Ms. Shon at or about that time

24  messaged Ms. Moore?

25  A    Yes.

Lytell - direct - Balestriere                    613

1    Q    Amy?

2    A    Yes.

3    Q    What did Ms. Shon say to you, to the best of your

4    recollection, in that direct message?

5    A    That her boss would like to meet me and fly me to New

6    York.

7    Q    Did she -- if you recall, did she say in that message

8    anything about why he wanted to meet you?

9    A    No.

10   Q    You discussed how you had been a model?

11   A    Yes.

12   Q    Had you ever done work for Playboy?

13   A    Yes.

14   Q    Do you know at the time that Stephanie Shon contacted you

15   whether or not Amy Moore had done work for Playboy?

16   A    Yes.

17   Q    After that direct message, what do you remember as the

18   next communication that you had with Ms. Shon?

19   A    The next communication was her introducing a WhatsApp

20   message group with me and Amy Moore and Jennifer Powers.

21   Q    What -- to the best of your recollection, what did you

22   discuss in those texts?

23   A    Flight information and that we would go and fly to New

24   York and meet her boss and get paid $2,000.

25   Q    What did you understand you would need to do to receive

Lytell - direct - Balestriere                614

1    that $2,000 besides coming to New York, if anything?

2    A    He said dinner and drinks.

3    Q    Did you discuss this with Amy?

4    A    Yes.

5    Q    Did you have any phone conversations with anyone before

6    you came to New York?

7    A    I did not, no.

8    Q    Do you know if Ms. Powers did -- excuse me, if Ms. Moore

9    did, Amy did?

10   A    Yes, she did.

11   Q    With who?

12   A    With Ms. Powers.

13   Q    Do you remember if you had any text communications with

14   Mr. Rubin before you came to New York?

15   A    Yes.

16   Q    Do you remember -- I may show you at some point but right

17   now I'm just asking questions.

18         Do you remember what it was that you discussed by

19   text?

20   A    I remember the group message that was made for all of us

21   to speak.

22   Q    Do you remember if there was a discussion of a text that

23   the jury has now seen a few times, I will just ask you about

24   the phrase total BDSM?

25   A    Yes.

Lytell - direct - Balestriere                    615

1   Q    At the time that you received that text, what was your
2   understanding of what that term or phrase total BDSM meant?
3   A    I had heard the term before, but I didn't understand it.
4   Q    But there did come a time that you ended up coming to New
5   York; is that correct?
6   A    Yes.
7   Q    Do you remember --  withdrawn.
8        Did someone make your flight arrangements for you?
9   A    Yes.
10  Q    Do you remember who did so?
11  A    Jennifer Powers.
12  Q    So you were -- you talked about where you lived and grew
13  up.  Where were you living at that time before you came to New
14  York?
15  A    Fort Lauderdale, Florida.
16  Q    Did you fly from Fort Lauderdale to New York?
17  A    Yes.
18  Q    Do you remember which airport you went into it?
19  A    Fort Lauderdale.
20  Q    I'm sorry, I asked the question badly.  Do you remember
21  which New York City area airport you landed in?
22  A    No.
23  Q    Did you fly with Amy when you came here?
24  A    No.
25  Q    Do you know if you flew into the same airport?

Lytell - direct - Balestriere                    616

1    A    I don't know.

2              MR. BALESTRIERE:  I'd like to ask Ms. Saydah --

3    withdrawn.

4              I would like to move for the admission of

5    Plaintiff's Exhibit 123 if there's no objection?

6              MR. GILBERT:  No objection.

7              THE COURT:  Received.

8              (Plaintiff's Exhibit 123 received in evidence as of

9    this date.)

10             MR. BALESTRIERE:  I like to ask Ms. Saydah if she

11   can put up Plaintiff's Exhibit 123.

12   Q    I'm going to ask you some questions about something.

13             MR. BALESTRIERE:  If you can blow up the top half of

14   that.

15   Q    Have you seen this before?

16   A    Yes.

17   Q    What would you call this?

18   A    The NDA.

19   Q    So now I want to ask you some questions about this.

20   That's your handwriting at the very top there; right?

21   A    Yes.

22   Q    Ms. Saydah, can you go to the very bottom of the second

23   page.

24             Do you see a signature there at the very bottom of

25   the second page?

Lytell - direct - Balestriere                617

1   A    Yes.

2   Q    Is that your signature?

3   A    Yes.

4   Q    And do you see the date there, August 22, 2016?

5   A    Yes.

6   Q    To the best of your memory, did you sign it then?

7   A    Yes.

8            MR. BALESTRIERE:  Thanks.

9            Can you go again to the top, please, Ms. Saydah.

10  Q    Let's talk about -- you said you flew into a New York

11  City airport.  You don't remember which.

12           After you arrived, where did you go?

13  A    They told us -- Jennifer Powers told me to go to the

14  Metropolitan Tower on West 57th Street.

15  Q    Did you do so?

16  A    Yes.

17  Q    Do you remember how you got there?

18  A    I took a cab or an Uber.

19  Q    When you arrived at this Metropolitan Tower, did you end

20  up going into any apartment?

21  A    Yes.

22  Q    Do you remember --  withdrawn.

23           When you arrived at the apartment, do you remember

24  who was there?

25  A    I don't.

Lytell - direct - Balestriere                618

1    Q    Do you remember if there was anyone there?

2    A    I don't remember when I got there if someone was there.

3    Q    Did there come a time, even if they were there when you

4    arrived or not, when there were others in that apartment?

5    A    Yes.

6    Q    Who were the others that were there at whatever time this

7    was?

8    A    Jennifer Powers and Amy Moore.

9    Q    I want to now ask about your interactions with them.

10        How long were you, Ms. Powers and Amy Moore in that

11   apartment together?  Do you remember?

12   A    I don't remember.

13   Q    Are we talking about -- let me ask you, what did you

14   discuss, if you recall?

15   A    She just told us we had to sign an NDA and she took it

16   with her.

17   Q    Let me just break that down then.  You used the "she."

18   Is that she, Jennifer Powers?

19   A    Jennifer Powers.

20   Q    So let me -- let's just discuss this.

21        So Ms. Powers provided the document to you; is that

22   correct?

23   A    Yes.

24   Q    Again, I'm asking you to look over at the -- what's on

25   the screen there and it's in front of you and the jury can see

Lytell - direct - Balestriere                    619

1    this as well.  This is Plaintiff's Exhibit 123.

2              Do you remember now if this is the document?

3    A    Yes.

4    Q    You said something about how she took it with you.  Were

5    you able to keep a copy of this document?

6    A    No, she took it with her.

7    Q    How closely did you read this document before you signed

8    it?

9    A    I didn't read it.

10   Q    You did sign it, though?

11   A    Yes.

12   Q    Why didn't you read it before you signed it?

13   A    I just didn't.

14   Q    What, if anything, did Ms. Powers tell you about this

15   document?

16   A    She didn't.  She just said we had to sign it.

17   Q    Did she say why you had to sign it?

18   A    No.

19   Q    Do you see that there's --

20             MR. BALESTRIERE:  Can you actually make it full size

21   now, please, Ms. Saydah?

22   Q    If you can see by each paragraph there looks to be

23   initials.

24             Do you see that, ML?

25   A    Yes.

Lytell - direct - Balestriere                          620

1   Q    So was that you that initialled that?

2   A    Yes.

3   Q    Why did you initial each paragraph if, again, you didn't

4   read it?

5   A    I was told to.

6   Q    By whom?

7   A    Jennifer Powers.

8   Q    Thank you.

9          MR. BALESTRIERE:  Ms. Saydah, can I ask you to blow

10  up the second paragraph.  And the jury has seen this, so I'm

11  not going to take too long with this again.

12  Q    This is really what I am going to ask:  Do you see in the

13  middle there is that word on the second line?

14         MR. BALESTRIERE:  Maybe you can highlight it, Ms

15  Saydeh.

16  Q    -- sadomasochistic, SM.  Do you see that?

17  A    Yes.

18  Q    What understanding did you have about what that term

19  meant when you signed this, whether you read it or not?

20         I'm asking what understanding you had.

21  A    I didn't understand and I don't understand that word, so,

22  no.

23  Q    So you said that Ms. Powers took it with you regarding

24  this document?

25  A    She took the paper with her, yes.

Lytell - direct - Balestriere                    621

1  Q    So, it sounds like, and people left the apartment, so I'm
2  going to ask you a little bit about that.  Did you leave with
3  Ms. Powers?
4  A    No.
5  Q    Did you leave with Amy?
6  A    Me and Amy stayed at the apartment.
7  Q    So Ms. Powers left.  Do you remember how long you and Amy
8  were at the apartment after Ms. Powers left?
9  A    No.
10 Q    Did there come a time that you and Amy left the
11 apartment?
12 A    Yes.
13 Q    Where did you go?
14 A    We were told to go next door to at the Viceroy rooftop to
15 meet Mr. Rubin.
16 Q    You were told by whom?
17 A    Jennifer Powers.
18 Q    So you did?  It sounds like you did as directed?
19 A    Yes.
20 Q    When you met Mr. Rubin at the Viceroy rooftop, was he
21 with anyone?
22 A    No.
23 Q    So is this a bar, restaurant, hotel?
24        It's not quite clear from your testimony.  I'm
25 sorry.  What exactly is the Viceroy Hotel, Viceroy rooftop?

1    A    A bar, I think, or a restaurant and bar.  It was my first

2    time I was there.

3    Q    Did you drink when you were there?

4    A    Yes.

5    Q    Did Amy drink?

6    A    Yes.

7    Q    Did you observe Mr. Rubin drinking?

8    A    Yes.

9    Q    Do you remember how much you drank?

10    A    I don't remember.

11    Q    Can you give an approximate number of drinks you had?

12    A    No.

13    Q    That's fine.

14          Do you know how long you were at the Viceroy?

15    A    I don't know.

16    Q    There did come a time that you left; is that correct?

17    A    Yes.

18    Q    Did you leave with Mr. Rubin and Amy?

19    A    Yes.

20    Q    Where did you go?

21    A    To the apartment.

22    Q    And just to be clear, is that the same apartment you

23    testified about before, the Metropolitan Tower?

24    A    Yes.

25    Q    When you went to the apartment, at this time, was anyone

Lytell - direct - Balestriere                          623

1    there?

2    A    No.

3    Q    Did you have any drinks when you returned to the

4    apartment?

5    A    Yes.

6    Q    What about Amy?

7    A    Yes.

8    Q    Did you see if Mr. Rubin had any drinks?

9    A    Yes.

10   Q    Did you eat anything in the apartment or just had drinks?

11   A    Just drinks.

12   Q    After you had some drinks, what, if anything, do you

13   remember happening next?

14   A    I remember we were in the living room and Mr. Rubin

15   smacked Amy across the face.

16   Q    Was this out of nowhere?

17   A    Yes.

18   Q    Do you remember if Mr. Rubin said anything before he

19   smacked her across the face?

20   A    No.

21   Q    How did Amy react?

22   A    She was shocked.  She grabbed her cheek, told him not to

23   hit her.

24   Q    How did Mr. Rubin react to Amy saying that?

25   A    I believe he hit her again.

Lytell - direct - Balestriere                          624

1   Q    What did you do at that point?

2   A    Just stood there.

3   Q    Now, I want to ask you, did you end up changing into any

4   clothes when you returned to the apartment?

5   A    Yes, before that.

6   Q    So then let me ask.  And forgive me I didn't ask the

7   question the best way.

8           After you were in the apartment, you did change your

9   clothes?

10  A    Yes.

11  Q    Into what?

12  A    Black lingerie, fetish outfits that we were told to bring

13  with us.

14  Q    Let me ask now, did Mr. Rubin change?

15  A    No.

16  Q    Was it both you and Amy who changed?

17  A    Yes.

18  Q    You testified that these were outfits that you were told

19  to bring with you.  By whom?

20  A    Jennifer Powers told Amy to bring them with us.

21  Q    So after you changed, this is when there was this slap

22  across the face; is that correct?

23  A    Yes.

24  Q    I believe you testified this happened a second time?

25  A    Yes.

Lytell - direct - Balestriere                625

1   Q    As best as you can remember, what happened after that

2   second slap?

3   A    I don't really remember much.

4   Q    Can I stop you then and ask --

5   A    Yes.

6   Q    Where in the apartment, to the best of your memory, was

7   that?

8   A    The living room.

9   Q    Have you ever heard of the term the red room?

10  A    Yes.

11  Q    Did there come a time that you went into the red room?

12  A    I don't remember how I got in there, but there was a time

13  that I ended up in there, yes.

14  Q    Just to be clear, you were in the living room and at some

15  point you were in the red room; is that correct?

16  A    Yes.

17  Q    But I want to be clear in your testimony.  But you don't

18  remember how you got in there?

19  A    Yes.

20  Q    What is the first thing that you do remember being in the

21  red room?

22  A    I remember being face down on the ground and Mr. Rubin

23  pushing me down and tying me up.

24  Q    Let me stop you just to break that down, if I may.

25          Just to be clear in your testimony, is that the

Lytell - direct - Balestriere                 626

1   first thing that you remember in the red room being face down?

2   A    Yes.

3   Q    You said that Mr. Rubin tied you up.  Forgive me, I have

4   to ask some details about that.

5        How did he tie you up?

6   A    My wrists behind my back, my ankles also behind my back.

7   Q    So, again, forgive me, I have to get into details here.

8   But you're face down; is that correct?

9   A    Yes.

10  Q    Do you remember what your wrists were tied with?

11  A    Rope.

12  Q    What about your ankles, do you remember what they were

13  tied with?

14  A    Rope.

15  Q    So, again, forgive me for the details.  You have your

16  wrists tied behind your back, your ankles tied.

17       Was there any other way that you were restrained at

18  this moment, to the best of your memory, when you were face

19  down?

20  A    He started putting tape around my mouth.

21  Q    Were you able to speak after he put the tape around your

22  mouth?

23  A    No.

24  Q    Did you see what color that tape was?

25  A    Red, I think.  It was red.

Lytell - direct - Balestriere                627

1   Q    Do you remember Mr. Rubin asking permission to tie you up
2   that day?
3   A    He did not.
4   Q    Did Mr. Rubin ask for your permission to put the tape in
5   your mouth?
6   A    No, he did not.
7   Q    Did you consent to Mr. Rubin putting the tape around your
8   wrist and ankles?
9   A    No.
10  Q    What about the tape on your mouth, did you consent to
11  that?
12  A    No.
13  Q    To the best of your memory, when the tape was in your
14  mouth, do you remember whether you could see Amy Moore?
15  A    Amy was to the side of me and further back, so.  I could
16  barely see her.  Maybe like her knee.
17  Q    Maybe what?  Say again.
18  A    Maybe like her knees.
19  Q    I just want to ask you something what you said.  You said
20  that she was to the side of you and further back.
21        What do you mean by further back?
22  A    Behind me.
23  Q    So --
24  A    To the side and further back.
25  Q    What, if anything, do you remember Mr. Rubin saying when

Lytell - direct - Balestriere                                628

1    he was putting the tape in your mouth?

2    A    That I was the baby and Amy was the mommy and he was the

3    daddy and the daddy had to beat his baby.

4    Q    After you heard Mr. Rubin say that, what, if anything, do

5    you remember next happening?

6    A    I remember getting punched in the back of the head.

7    Q    Let me stop you for a second.

8          When Mr. Rubin said those things that you just said,

9    do you know where he was physically?

10   A    Right behind me.

11   Q    Was he standing?

12   A    I don't know.

13   Q    When he punched you in the back of the head, do you know

14   where he was?

15   A    Behind me.

16   Q    Do you know if he was standing?

17   A    No.

18   Q    How well or poorly were you able to see him when you were

19   in this position?

20   A    I couldn't see.  I could only see in front of me.

21   Q    Do you -- after he punched you, just to be clear, where

22   did he punch you?

23   A    In the back of the head.  In the side of my ribs and on

24   my breasts.

25   Q    So were those multiple punches you just testified to?

Lytell - direct - Balestriere                629

1   A    Yes.

2   Q    Over how long a period of time was he punching you?

3   A    A long time.

4   Q    How long would you guess is a long time?

5   A    40 minutes.

6   Q    Did you want him to punch you that way?

7   A    No.

8   Q    Did you consent to that?

9   A    No.

10  Q    Were you able to speak at that time?

11  A    I was crying and saying stop, so I think he could hear me

12  very well.

13  Q    Was there tape on your mouth?

14  A    Yes, but I could still visibly cry and scream.

15  Q    What, if anything, do you remember Amy doing at that

16  time?

17  A    Crying.

18  Q    What is the next thing that you remember after the

19  punching and the other things that you just described?

20         I don't want to put words in your mouth.  What is

21  the next thing you can remember?

22  A    Him asking Amy to hit me.

23  Q    Do you remember if Amy hit you?

24  A    Yes.

25  Q    Where did Amy hit you?

1    A    In my leg.

2    Q    After Amy hit you in the leg, what, if anything, do you

3    remember happening next?

4    A    She wouldn't do it again.

5    Q    How --

6    A    She wouldn't do it again and then he hit her.

7    Q    So let me ask you.  You said she wouldn't do it again.

8    How do you know she wouldn't do it again?

9    A    She kept crying.  He was yelling at her to do it again.

10   She wouldn't, so he hit her.

11   Q    Do you know where he hit her?

12   A    In her face, I think, I don't know, but...

13   Q    Did you hear it rather than see it?

14   A    Yes.

15   Q    So after you heard what you understood to be Mr. Rubin

16   hitting Amy, what is the next thing you remember?

17   A    I remember him pushing me down each penetrating me with

18   either an object or himself.

19   Q    Forgive me for asking this, but did he ask for permission

20   to do that?

21   A    No.

22   Q    Did you consent to him doing that?

23   A    No.

24   Q    Did you say anything through the tape while he was doing

25   that?

Lytell - direct - Balestriere                631

1   A    I said no.

2   Q    Did Mr. Rubin stop?

3   A    No.

4   Q    How long did he penetrate you, to the best of your

5   memory?

6   A    I don't know.  It seemed like forever.

7   Q    What did -- he did stop at some point; correct?

8   A    Yes.

9   Q    You said it seemed like forever.  What happened after he

10  stopped, to the best of your memory?

11  A    I remember he said something horrible.  He said that he

12  would rape me like he rapes his daughter and then he got up

13  and untied me and he left.

14  Q    So if I can stop you there for a second.  He untied you.

15  Do you remember whether he untied Amy?

16  A    I believe he did untie her as well.

17  Q    And he left where?  He left the red room or he left the

18  apartment?

19  A    He left the apartment.

20  Q    Did he pay you before he left the apartment?

21  A    I don't remember.

22  Q    Did he say anything to you before he left the apartment?

23  A    He called us cunts.

24  Q    After he left the apartment, what is the next thing you

25  remember happening?

Lytell - direct - Balestriere                    632

1    A    Holding Amy crying.

2    Q    Was that in the red room or somewhere else in the

3    apartment?

4    A    Yes.  On the floor of the red room.

5    Q    Did there come a time that you and Amy left the red room?

6    A    Yes.

7    Q    Where did you go?

8    A    Into the main master bedroom.

9    Q    So this is not the living room, to be clear, this is a

10   bedroom in that apartment; is that right?

11   A    Yes.

12   Q    Did you spend the night?

13   A    Yes.

14   Q    Why did you spend the night?

15   A    We had nowhere else to go.

16   Q    After that incident, do you remember sending what I'll

17   call friendly messages to Mr. Rubin?

18   A    Yes.

19   Q    So you just described how he penetrated you without your

20   consent.

21        Why did you send him friendly messages soon after

22   the incident?

23   A    I was afraid to let them know that.

24   Q    You were afraid --

25   A    I was hurt.

Lytell - direct - Balestriere                 633

1  Q    I'm sorry.  I didn't mean to interrupt.  You said that

2  you were afraid to let them know?

3  A    I was afraid to let them know that I was hurt.

4  Q    Why were you afraid to let them know?

5  A    I was scared.

6  Q    Scared of what?

7  A    What just happened to me.

8  Q    Did there ever come a time after that that you tried,

9  nonetheless, to recruit women for Mr. Rubin?

10  A    Yes.

11  Q    Why did you do that if you just described what was done

12  to you was done without your consent?

13  A    Because he offered me money.

14  Q    Do you remember when he offered you money?

15  A    Viceroy rooftop, we had conversations, he had said send

16  photos of women and I'll give you a finder's fee of $2,000.

17  Q    How would you describe your financial situation at the

18  time that Mr. Rubin said that to you?

19  A    Not good.

20  Q    Were you, at that time, taking any drugs?

21  A    Yes.

22  Q    What were you taking?

23  A    Xanax and Percocets.

24  Q    Did you end up trying to work for Mr. Rubin?

25  A    Yes.

Lytell - direct - Balestriere                    634

1    Q    Did you think that this was right?

2    A    No.

3    Q    I'm going to ask you to get into some details now.

4         After that first encounter in August of 2016, what

5    steps did you take to provide women to Mr. Rubin?

6    A    I would send photos.

7    Q    To whom?

8    A    To Mr. Rubin.

9    Q    Would Mr. Rubin respond to you?

10   A    Yes.

11   Q    How did it work?  You said you would send a photo to Mr.

12   Rubin -- let me ask you this, of whom?

13   A    Different girls.

14   Q    And who were these girls?

15   A    Friends, some of them.  Some girls working in the

16   modeling industry.

17   Q    Would Mr. Rubin then approve or disapprove of the girls

18   based on the photos you sent to him?

19   A    Yes.

20   Q    Do you remember who the first women was?  Withdrawn.

21        Did he approve of any girls that you sent to him?

22   A    Yes.

23   Q    Do you remember who the first one was?

24   A    Katrina Rico.

25   Q    Did there come a time that Katrina Rico met with Mr.

1   Rubin?

2   A    Yes.

3   Q    Do you remember when that was?

4   A    September, 2016.

5   Q    When Ms. Rico met Mr. Rubin, did you accompany her?

6   A    Yes.

7   Q    So I'm going to ask you some questions about that.

8           So who is Katrina Rico?

9   A    She is a friend of mine.

10  Q    Where does she live?  Withdrawn.

11          Where did she live in 2016?

12  A    Miami, Florida.

13  Q    How far away is that, just to be clear, in geography from

14  you?

15  A    20 minutes.

16  Q    When Ms. Rico came in September of 2016, did she -- did

17  you and she come to New York together?

18  A    Yes.

19  Q    So, again, just to be clear, you flew here; is that

20  right?

21  A    Yes.

22  Q    Do you remember who arranged your flights?

23  A    Yes.

24  Q    Who?

25  A    Jennifer Powers.

Lytell - direct - Balestriere                     636

1   Q    After you arrived at an airport, where did you guys go?

2   A    We were told take a cab to the Metropolitan Tower.

3   Q    Did you do so?

4   A    Yes.

5   Q    When you arrived at the Metropolitan Tower, did you go to

6   his apartment we discussed earlier?

7   A    Yes.

8   Q    Who, if anyone, was there?

9   A    I don't remember.

10  Q    So you go to the apartment, as you said in your

11  testimony.  Do you remember if anyone was there or you do not

12  remember who was there?

13  A    I don't remember if anyone was there when we arrived.

14  Q    But it sounds like there came a time that there were

15  other people there?

16  A    Yes.  I believe that's when Jennifer Powers came.

17  Q    What, if anything, did you and Ms. Powers discuss?

18  A    That we were just going to go meet Mr. Rubin at TAO and I

19  believe that's when Katrina signed her NDA.

20  Q    Did you observe Katrina signing a document?

21  A    No.

22  Q    So what is the basis of your belief that Katrina signed

23  what you called an NDA?

24  A    She told me that she did.

25  Q    So you said you were going to go to TAO.  What is that?

1  A    A restaurant in New York.

2  Q    Do you remember how far away that restaurant was from the

3  apartment you were in?

4  A    No.

5  Q    Did you end up going to TAO?

6  A    Yes.

7  Q    Just to be clear in your testimony, did you and Katrina

8  go together?

9  A    Yes.

10  Q    Where was Mr. Rubin?  Was he at the restaurant or was he

11  back at the apartment with you?

12  A    I believe he met us at the restaurant.

13  Q    When you went to the restaurant, was it simply the three

14  of you together?

15  A    Yes.

16  Q    Do you remember how long you were at the restaurant?

17  A    I don't remember.

18  Q    What did you do at the restaurant?

19  A    We ordered drinks.  I sat down.  I excused myself to the

20  bathroom and I took a handful of Percocets and I waited in the

21  bathroom until they kicked in.

22  Q    Why did you take a handful of Percocets in the bathroom?

23  A    Because I was scared.  I don't know what was going to

24  happen to me.

25  Q    Just to be clear, what is your understanding of what kind

Lytell - direct - Balestriere                638

1  of drug Percocet is?  What does it do?

2  A    It's a painkiller.

3  Q    So, I think you said until they kicked the door in, did

4  you say?

5         I'm sorry.  You said something about the Percocets.

6  That you were in there -- let me ask you this --

7         THE COURT:  Until the Percocets kicked in.

8         MR. BALESTRIERE:  Thank you, sir.

9  Q    How long were you in there?

10 A    20 or 30 minutes.

11 Q    Thank you.

12        MR. BALESTRIERE:  Thank you, Your Honor.

13 Q    I think Judge Cogan just said your testimony was until

14 they kicked in.  What do you mean by that?

15 A    Until the drugs started working.

16 Q    After that time, where did you go?

17 A    Katrina had texted me and said Mr. Rubin was getting mad

18 and for me to come back to the table.

19 Q    Did you go back to the table?

20 A    Yes.

21 Q    What happened after that?

22 A    I got a phone call.  I excused myself, went outside.

23 Some guy approached me.  I went back inside and the same guy

24 that approached me outside tried to introduce himself to the

25 table and Mr. Rubin got upset.

Lytell - direct - Balestriere                    639

1   Q    We don't -- thank you for that.  We don't need all the

2   details.  But as best as you can describe to the jury.  What

3   happened after that at the restaurant with Mr. Rubin?

4   A    Mr. Rubin got upset and called security and freaked out

5   and they kicked the guy out and then he left me and Katrina at

6   the restaurant.

7   Q    How long were you and Katrina at the restaurant by

8   yourselves?

9   A    Not long.

10  Q    Did you go anywhere after that?

11  A    No.

12  Q    Let me ask you this, did you leave the restaurant?

13  A    Yes.

14  Q    Where did you go when you left the restaurant?

15  A    Back to the apartment.

16  Q    When you got back to the apartment, was Mr. Rubin there

17  initially?

18  A    No.

19  Q    What did you do at the apartment?

20  A    We changed into comfortable clothes.  We were packing up

21  our stuff.

22  Q    Why were you packing up if you had flown up from Florida

23  to meet with Mr. Rubin?

24  A    Because he had left us at the restaurant and we were

25  arguing.

Lytell - direct - Balestriere                640

1  Q    Did you exchange any text messages with Mr. Rubin during
2  this time period?
3  A    Yes.
4  Q    We can look at that at some point.  Right now I just want
5  to ask you, what did you communicate to Mr. Rubin?
6  A    We were just arguing back and forth.
7  Q    Arguing about what?
8  A    About the guy that had approached me at the restaurant.
9  Q    How long did those text messages go back and forth?
10  A    A long time.  I don't remember exactly how long.
11  Q    Did there come a time that Mr. Rubin came back to the --
12  to the apartment, excuse me?
13  A    Yes.
14  Q    Actually, let's just keep talking and I will share those
15  texts in a minute.
16         When Mr. Rubin came back to the apartment, what, if
17  anything, happened?
18  A    We were arguing some more.  He made us some drinks and
19  then he got into another argument with us and left.
20  Q    So just to be clear, he left, and you were alone in the
21  apartment at this time?
22  A    Yes.
23  Q    How long --  withdrawn.
24         Did Mr. Rubin come back after that?
25  A    Yes.

Lytell - direct - Balestriere                641

1  Q    How long was it between those two times that Mr. Rubin

2  came back?

3  A    I don't remember the time period of the gaps.  I don't

4  remember.

5  Q    So now I want to talk about when he returned.  What

6  happened after he returned?

7  A    He returned.  He returned and I was arguing with him some

8  more.  I told him that he was sick, and that's it.

9         And the next thing you know, he grabbed tape, or

10 rope and started tying Katrina's breasts and tying her hands,

11 her ankles together.

12 Q    Let me ask you now, you testified before about changing

13 into what you called comfortable clothes.  What were those

14 comfortable clothes?

15 A    Yoga pants.  I had on yoga pants and a sports bra.

16 Q    What about Katrina, what did she have on?

17 A    Shorts and shirt.

18 Q    Was she wearing shorts and a shirt when Mr. Rubin tied

19 her the way you just testified?

20       MR. GILBERT:  Objection.

21 A    Yes.

22       MS. LAVIGNE-ALBERT:  Objection.

23       THE COURT:  Sustained.

24 Q    How was Katrina dressed when Mr. Rubin tied her?

25       MR. GILBERT:  Objection.

1    MS. LAVIGNE-ALBERT:  Objection.

2    THE COURT:  Overruled.

3 Q    I will ask the question again.

4         How was Katrina dressed when you observed Mr.

5 Rubin tying her?

6 A    She had jean shorts on and a top.

7 Q    And forgive me, you had started talking about how did Mr.

8 Rubin tie her?

9    MR. GILBERT:  Objection.

10 A    With rope.

11    THE COURT:  Overruled.

12 Q    Just to be clear, I'm just asking you what you observed.

13 I'm just asking what you're seeing, okay?  So maybe I'll put

14 it in those terms.

15         What did you see Mr. Rubin -- how did you see Mr.

16 Rubin tie Katrina?

17 A    With rope.

18 Q    Again, where on her?

19 A    Her wrists, her ankles, around her breasts.

20 Q    So, again, forgive me to get into some details here.

21 Were her ankles in front -- withdrawn.

22         Were her wrists in front of her or behind her?

23 A    Behind her.

24    MR. GILBERT:  Objection.

25    THE COURT:  Overruled.

Lytell - direct - Balestriere                    643

1  Q    Where was she in the apartment when you observed this
2  happening?
3  A    The master bedroom.
4  Q    Where were you?
5  A    In the master bedroom.
6  Q    What, if anything, was Mr. Rubin saying while he was
7  doing this?
8  A    I don't remember what he was saying.
9         MR. BALESTRIERE:  And forgive me for this, I don't
10  know if that's my device.  I can turn it off if need be.
11  Q    But you said that he tied it around your breast, may I
12  ask what you mean by that?
13  A    Katrina's breasts.
14  Q    I'm sorry, Katrina's breasts.  One moment.
15        MR. BALESTRIERE:  Thank you.
16  Q    So forgive me for asking these details, but how did he
17  tie it around her breasts?  What do you mean by that?
18        If you need to use your hands to show the jury,
19  that's fine.
20  A    Tied rope around her breasts.
21  Q    Was it around each breast or the two breasts together?
22  A    Each one individually with the same rope.
23  Q    Did you hear whether Mr. Rubin asked for permission to do
24  this?
25  A    He did not.

Lytell - direct - Balestriere                644

1    Q    What, if anything, were you doing at this time?

2    A    On the bed with Katrina.

3              MR. BALESTRIERE:  Maybe it wasn't mine, forgive me.

4    Q    Was Mr. Rubin telling you to do anything at this time?

5    A    Yes.

6    Q    What was he telling you to do?

7    A    He told me to hit Katrina.

8    Q    So just to be clear, Katrina was on the bed, did you say?

9              Was she face up or face down?

10   A    Face down.

11   Q    Again, where were her wrists?

12   A    Behind her back.

13   Q    Were her wrists or an ankles tied together in any way?

14   A    Yes.

15   Q    Just to be clear, you mean that there was something that

16   pulled together her ankles to her wrists?

17   A    Yeah.  It was like wrapped together, tied together.

18   Q    With what, just to clarify?

19   A    With rope and there was tape.

20   Q    Around both the ankles and the wrists; is that correct?

21   A    Yes.

22             THE COURT:  Try not to lead so much.

23             MR. BALESTRIERE:  Understood, Your Honor.

24   Q    Was there anything in Katrina's mouth?

25             MS. LAVIGNE-ALBERT:  Objection.

Lytell - direct - Balestriere                    645

1       THE COURT:  Hang on a second.

2       MR. BALESTRIERE:  I can ask for --

3       THE COURT:  Overruled.

4   Q   Did you observe anything in Katrina's mouth?

5   A   I believe she had tape on her mouth.

6   Q   Did you see Mr. Rubin put that tape around her mouth?

7   A   Yes.

8   Q   So you said that she was face down in the manner you just

9   observed and testified about on the bed.

10  A   Face down, kind of slanted sideways, yes.

11  Q   What do you mean by kind of slanted sideways?

12  A   She is face down, leaned over sideways.

13  Q   How far away from you were you from her when you observed

14  this?

15  A   Right next to each other.

16  Q   And you started to testify about this.  Did Mr. Rubin ask

17  you to do anything?

18  A   Yes.

19  Q   What did he ask you to do?

20  A   He asked me to hit Katrina.  He asked me to smack her.

21  Q   Did he tell you where to smack her?

22  A   No.

23  Q   Did you smack her?

24  A   Yes.

25  Q   Where?

Lytell - direct - Balestriere                    646

1   A    The side of her back.

2   Q    Why did you do that?

3   A    Because he told me to.

4   Q    Were you afraid at that moment?

5        MR. GILBERT:  Objection.

6   A    Yes.

7   Q    Of what?

8        THE COURT:  Sustained.

9   A    Because if I didn't --

10  Q    No, no, you shouldn't answer.

11       THE COURT:  No.  If I say sustained, that means you

12  can't answer.

13  Q    You testified how you smacked her.  How many times did

14  you smack her?

15  A    One smack.

16  Q    What, if anything, did Mr. Rubin say at that time?

17  A    I don't remember what he said.

18  Q    What is the next thing you remember after you smacked

19  Katrina?

20  A    He asked me to do it again.

21  Q    Did you?

22  A    No.

23  Q    What did Mr. Rubin do or say after that, if you remember?

24  A    He punched me in my face.

25  Q    Did he say anything to you when he punched you in the

Lytell - direct - Balestriere                   647

1  face?

2  A    No.

3  Q    What's the next thing you remember after Mr. Rubin

4  punched you?

5  A    I was just crying and I remember he took scissors and he

6  cut Katrina's shorts off of her.

7  Q    After that, what is the next thing you remember after --

8  after you observed -- after you observed Mr. Rubin cutting

9  Katrina's shorts off, what is the next thing that you

10 remember?

11 A    That he penetrated her.

12 Q    So let me just ask, where was he physically to do this?

13 A    On the bed.

14 Q    Was Mr. Rubin naked?

15 A    No, he had pulled his pants down.

16 Q    Again, I'm just asking what you observed.  Did you

17 observe how he penetrated her?

18 A    Yes.

19 Q    Where did you observe him penetrate Katrina?

20 A    In her vagina.

21 Q    Do you remember how long he did that?

22 A    No.

23 Q    Did you hear Mr. Rubin ask for permission to do that?

24 A    He did not.

25 Q    Did Mr. Rubin ask for permission to punch you, which you

Lytell - direct - Balestriere                        648

1    previously testified to?

2    A    No, he did not.

3    Q    Did you consent to that?

4    A    No.

5    Q    Did there come a time that Mr. Rubin stopped penetrating

6    Katrina?

7    A    Yes.

8    Q    What is the next thing that you remember?

9    A    I remember the tape got loose around her mouth and she

10   bit him.

11   Q    Where did she bite him?

12   A    I think his finger.

13   Q    How did Mr. Rubin react?

14   A    He hit her in the face.

15   Q    Forgive me for asking the detail.  How?

16        You testified about being punched.  Did he punch her

17   or slap her?

18   A    He punched her.

19   Q    Did you hear Katrina respond when he punched her?

20   A    Yes, she was crying.

21   Q    Was she saying anything?

22   A    She was just crying.

23   Q    After Mr. Rubin punched Katrina in the face, what's the

24   next thing that you remember?

25   A    It just ended and he left.

Lytell - direct - Balestriere                    649

1   Q    The details, you said that you were in the master
2   bedroom; is that right?
3   A    Yes.
4   Q    So he left just that bedroom or the entire apartment?
5   A    The entire apartment.
6        MR. BALESTRIERE:  Bear with me just one moment.
7        (Pause.)
8   Q    What did you and Katrina do after Mr. Rubin left the
9   apartment?
10  A    We were very upset.
11  Q    Did Mr. Rubin untie Katrina before he left the apartment?
12  Do you remember?
13  A    Yes.
14  Q    And just to be clear, so that is clear for the jury, were
15  you physically restrained in any way during this encounter you
16  just described?
17  A    No.
18  Q    So did you say that you and Katrina stayed the night in
19  the apartment?
20  A    Yes.
21  Q    Actually, how long did you spend in the apartment?
22  A    I believe we stayed two days --
23  Q    Why did you stay --
24  A    -- in the apartment.
25  Q    I'm sorry.  Say again.  You stayed two days, did you say?

Lytell - direct - Balestriere                    650

1   A    I believe we stayed two days in the apartment, yes.

2   Q    Why did you stay that long?

3   A    Katrina was purple.

4            MS. LAVIGNE-ALBERT:  Objection.

5            MR. GILBERT:  Objection.

6            THE COURT:  Wait.  Wait.  Wait.

7            MR. BALESTRIERE:  Let me may be without that

8   characterization.

9            THE COURT:  Wait.

10           Objection.

11           Go ahead.

12           MR. BALESTRIERE:  Thank you.

13  BY MR. BALESTRIERE:

14  Q    Again, I'm just asking what you observed, Mia.

15           What do you mean by purple?

16  A    Her entire body was purple.

17  Q    If I may ask you, do you mean bruised?

18  A    Yes.

19  Q    That was the color that you observed her to be?

20  A    Dark purple, yes.

21  Q    So did you leave the apartment the next day?  Do you

22  remember?

23  A    Two days after we flew home to Florida.

24  Q    After that time, did you receive any payment for that?

25  Do you remember?

Lytell - direct - Balestriere                651

1    A    Yes.

2    Q    What did you understand you were being paid for?

3    A    For what happened to us.

4    Q    After that time, did you come back to New York at any

5    point?

6    A    Yes, I did.

7    Q    So I'd like to draw your attention to October of that

8    year, and I will show you records.  I may show you records at

9    some point.

10          When is the next time you remember coming back to

11   New York to meet with Mr. Rubin?

12   A    October 2016.

13   Q    Did you come by yourself or with someone?

14   A    I came with somebody.

15   Q    And was this someone that you were going to bring to Mr.

16   Rubin?

17   A    Yes.

18   Q    Were you hoping to get paid for that?

19   A    Yes.

20   Q    How was it that this person -- who was it that you came

21   with?

22   A    Her name is Nancy Santi.

23   Q    I'll just call her Nancy.

24          How was it that Nancy ended up being a person who

25   accompanied you?

Lytell - direct - Balestriere                 652

1    A    I had sent her photos to Mr. Rubin.

2    Q    Did he respond when you sent those photos?

3    A    Yes.

4    Q    To the best of your memory, what did he say?

5    A    He said have Jen book her flight.

6    Q    Do you know if that's what happened?

7    A    Yes.

8    Q    Were you on the same flight?

9    A    Yes.

10   Q    So the question, you landed at the airport, where did you

11   go?

12   A    We went to the apartment once we landed.

13   Q    Again, I'm just asking what you remember.  Do you

14   remember if anyone was there?

15   A    Yes.  I was very sick on the airplane, so when I got to

16   the apartment, Jennifer Powers was there to meet me and

17   Katrina.

18   Q    I'm sorry, you said?

19   A    Or me and Nancy.  I'm sorry.

20   Q    That's okay.

21           Just to confirm, who was it that accompanied you to

22   the apartment in October of 2016?

23   A    Nancy.

24   Q    Her last name I think you said was Santi?

25   A    Santi.

Lytell - direct - Balestriere                653

1   Q    S-A-N-T-I.

2   A    Yes.

3   Q    You just testified that you were sick on the plane.  What

4   do you mean by that?

5   A    Throwing up.

6   Q    Do you know why you were throwing up?

7   A    I think my nerves.

8   Q    When you arrived at the apartment, you said Ms. Powers

9   was there.  Do you remember if anyone else was there?

10  A    No, no one else was there.

11  Q    What happened when you were at the apartment with Ms.

12  Powers and Ms. Santi -- and Nancy, excuse me?

13  A    Continued to throw up a lot and cry.

14       I had told Jennifer Powers to call an ambulance.

15  Q    I'm sorry.  I'm going to ask you about some of the timing

16  there.

17       How long after you arrived at the apartment did you

18  ask Ms. Powers to call an ambulance?

19  A    Immediately.

20  Q    Did an ambulance ever come?

21  A    Yes.

22  Q    Do you remember how long after you were there an

23  ambulance came?

24  A    Hours.

25  Q    Why were there hours between when you first made this

Lytell - direct - Balestriere                    654

1    request and when the ambulance actually came?

2              MR. GILBERT:  Objection, Your Honor.

3              THE COURT:  Sustained as to the form.

4    Q    So, you said that it was hours.  Let me ask you this, did

5    Ms. Powers call an ambulance right away?

6    A    Yes.  Right away, no.

7    Q    Did Ms. Powers give you an explanation as to why she

8    wasn't doing that?

9    A    She said it wasn't a good idea.

10   Q    Did she say anything as to why is it wasn't a good idea?

11   A    No.

12   Q    Did Ms. Powers suggest anything else to you?

13   A    They were going to bring a family doctor or some type of

14   doctor, but they didn't.

15   Q    How is it then that an ambulance did eventually come, you

16   testified, hours later?

17   A    She eventually called one.

18   Q    Did you make requests between the time you arrived and

19   when she did finally call one?

20   A    Yes.

21   Q    So when an ambulance -- did anyone else come to the

22   apartment?

23   A    Yes.

24   Q    So just to be clear, when you arrived, there's you, Ms.

25   Powers and Nancy Santi, and someone on top of that came;

Lytell - direct - Balestriere                    655

1   right?

2   A    Yes.

3   Q    Who else came?

4   A    Zoe.

5   Q    Is there a last name for Zoe?

6   A    Cacciola.

7   Q    C-A-C-C-I-O-L-A?

8   A    Yes.

9   Q    Who is she?

10  A    A friend of mine.

11  Q    Was she friendly with Nancy Santi?

12  A    Yes.  She was good friends with Nancy Santi.

13  Q    Do you remember who called -- I will call them by their

14  first names.

15           Do you remember who called Zoe?

16  A    I don't remember.

17  Q    Do you remember where Zoe was living at the time?

18  A    Yes.

19  Q    Where?

20  A    New York.

21  Q    New York City, do you remember?

22  A    I don't know where in New York.

23  Q    How long after you arrived there did Zoe arrive?

24  A    I don't remember.

25  Q    Was Zoe there before the ambulance came?

1   A    Yes.

2   Q    So you went into the ambulance; correct?

3   A    Yes.

4   Q    Did anyone come with you?

5   A    Yes.

6   Q    Who?

7   A    Zoe Cacciola and Nancy Santi.

8   Q    Did the ambulance bring you to a hospital?

9   A    Yes, Lenox Hill Hospital.

10  Q    What happened when you got to Lenox Hill Hospital?

11  A    They admitted me in, checked all my vitals and signs to

12  see what was wrong and they determined nothing was wrong, but

13  they gave me IV fluids, anti-nausea, electrolytes, pain

14  medicine.

15  Q    Do you remember how long you were at the hospital?

16  A    Hours.

17  Q    But it wasn't the whole day or something?

18  A    No, I was not admitted overnight.

19  Q    So what time do you remember leaving the hospital,

20  approximately?

21  A    I don't remember what time.

22  Q    What time -- what time of day was it?  Do you remember if

23  it was morning, afternoon or evening?

24  A    Nighttime.

25  Q    After you -- I'm sorry, say that again.

Lytell - direct - Balestriere                657

1   A     Evening.  Evening time.

2   Q     After you left the hospital, where, if anywhere, did you

3   go?

4   A     To the apartment.

5   Q     Did Nancy Santi and Zoe accompany you?

6   A     Yes.

7   Q     When you got to the apartment after returning from the

8   hospital, who, if anyone, was there?

9   A     The concierge at the Metropolitan Tower when I got there

10  told us Mr. Rubin was upstairs with some guests waiting for

11  us.

12  Q     Did you go upstairs then?

13  A     Yes, we did.

14  Q     To the best of your memory, when you went upstairs, who

15  was there?

16  A     Mr. Rubin was in the living room.  He had some friends

17  with him.

18  Q     How many, to the best of your memory?

19  A     One man and two women.

20  Q     Did you -- how long did that one man and two women stay

21  at the apartment?

22  A     I don't know.

23            (Continued on next page.)

24

25

1   MR. BALESTRIERE:

2   Q    What did you end up doing?

3   A    I ended up going to sleep.

4   Q    Where did you go to sleep?

5   A    In the main master bedroom.

6   Q    Did anyone go to sleep with you in the main master

7   bedroom?

8   A    Yes.

9   Q    Who?

10  A    Nancy.

11  Q    When you were in that bedroom, did anyone interrupt you

12  at any point?

13  A    Yes.

14  Q    Who?

15  A    Mr. Rubin came in.

16  Q    So best you can remember timing, what time was that?

17  A    I don't remember a time.

18  Q    Was it dark out?

19  A    Yes.

20  Q    When Mr. Rubin came in, what do you remember happening?

21  A    He opened up the safe in the room and got a piece of

22  paper out.

23  Q    Did you see what that piece of paper was?

24  A    No.

25  Q    Did Mr. Rubin then leave the room?

Direct - Lytell - Balestriere                              659

1   A    Yes.

2   Q    Did you go back to bed?

3   A    Yes.

4   Q    What is the next thing you remember after that?

5   A    Some time later me and Nancy were woken up to screams.

6   Q    Did you know who was screaming?

7   A    No.

8   Q    This is from inside the apartment; is that correct?

9   A    Yes.

10  Q    What is the next thing that you remember after hearing

11  the screams?

12  A    Me and Nancy just looked at each other.

13  Q    And what happened after that?

14  A    We didn't do anything.  We just went back to bed.

15  Q    How do you feel about that?

16           MR. MCDONALD:  Objection.

17           MR. GROVER:  Objection.

18           THE COURT:  Sustained.

19  Q    So you went back to bed.

20           What is the next thing you remember happening?

21  A    I heard doors opening and closing, and the next thing I

22  knew Zoe Cacciola came in and was very upset, throwing things

23  around, crying.

24  Q    Again, "came in."  Do you mean came into the master

25  bedroom?

Direct - Lytell - Balestriere                 660

1    A    Yes.

2    Q    You said she was crying.

3         What is the next thing you remember?

4    A    Her and I got into an argument because she was asking

5    me, Who are these people, what just happened to her in the

6    room next door, it was rape, and that she was tortured, and

7    what was I doing with these people, and then she started

8    pushing me.

9    Q    What did --

10        MR. ROSENBERG:  Objection.  Move to strike;

11   hearsay.

12        THE COURT:  A little late.  That answer is

13   stricken.

14   Q    Without saying what she said to you, you said that she

15   pushed you; right?

16   A    Yes.

17   Q    What did you do, if anything?

18   A    I defended myself.

19   Q    Was there a physical altercation?

20   A    Yes.

21   Q    How long did that last to the best of your memory?

22   A    I don't know.

23   Q    What is the next thing you remember happening?

24   A    Zoe called the police.

25   Q    Did the police come?

1   A    Yes.

2   Q    When you say "the police," did uniformed police officers

3   actually enter the apartment?

4   A    Yes.

5   Q    Did you interact with them?

6   A    Yes.

7   Q    What happened?

8   A    They arrested me.

9   Q    Did they say why they were arresting you?

10  A    They took one look at Zoe and they took a look at me and

11  they said, Turn around, put your arms behind your back.

12  Q    At any point did you speak to -- withdrawn.

13       Was Ms. Powers in the apartment?

14  A    No.

15  Q    Do you remember if at this time Mr. Rubin was in the

16  apartment?

17  A    He was not.

18  Q    Did you end up speaking with either Ms. Powers or

19  Mr. Rubin at around this time?

20  A    Yes.

21  Q    Who?

22  A    I called Jennifer Powers and I told her that Zoe had

23  called the police, and what do I do.

24  Q    What did Ms. Powers tell you?

25  A    She said, Get rid of whatever drugs are in the living

Direct - Lytell - Balestriere                    662

1  room and when the police get there, tell them it is your

2  place or Zoe's and keep her and Howie's name out of it.

3  Q    Did you do as you were instructed?

4  A    Yes.

5  Q    So, just to be clear, did you lie to the police?

6  A    Yes.

7  Q    Why?

8  A    Because I was told to.

9  Q    Did you speak to Mr. Rubin at or about that time?

10 A    No.

11 Q    So just Jennifer Powers?

12 A    Yes.

13 Q    Just to be clear, was that before the police came?

14 A    Yes.

15 Q    Were you taken out of the apartment by the police?

16 A    Yes.

17 Q    Where did you go?

18 A    To the police station.

19 Q    How long were you there?

20 A    30 minutes.

21 Q    Do you know if you were actually arrested?

22 A    He said that they would check if I had any priors and

23 that if I didn't, they would release me with a DAT.

24 Q    Did you have an understanding at that time what a -- did

25 they say what DAT stood for?

Direct - Lytell - Balestriere                    663

1   A     No, but I asked.

2   Q     What was your understanding at the time of what a DAT is

3   or was?

4   A     A desk appearance ticket.

5   Q     What do you think that means?

6   A     To appear in -- to appear at a desk.

7   Q     Did you see a judge that night?

8   A     No.

9   Q     Were you released from the precinct?

10  A     Yes.

11  Q     After you were released from the precinct, where did you

12  go?

13  A     Back to the apartment.

14  Q     Who was at the apartment, if anyone, when you went back

15  to the apartment?

16  A     Nobody was there.

17  Q     Did you have any conversations with Mr. Rubin or

18  Ms. Powers at that time?

19  A     Yes.

20  Q     With whom?

21  A     I called Jennifer Powers.

22  Q     What did you tell her?

23  A     I told her that I had been arrested and that I didn't

24  say their names and I told them that the apartment was Zoe's

25  apartments and -- yeah.

Direct - Lytell - Balestriere                      664

1   Q    What, if anything, did Ms. Powers say to you then?

2   A    They will take care of everything and they will get me a

3   lawyer as long as I keep their name out of it.

4          MR. BALESTRIERE:  Your Honor, I could continue, but

5   it's a new nodule, if you want to take a break.

6          THE COURT:  We will call it quits for the day,

7   ladies and gentlemen.  Please remember the admonitions.  Do

8   not talk about the case with anyone.  Please do not do any

9   research about the case.  Keep your mind cleansed of

10  everything having do with this case until you are back here

11  tomorrow morning at 9:30.

12         As I said yesterday, and it is still true, we are

13  making good progress.

14         Have a good night's sleep.

15         (Jury excused)

16         (Continued on next page.)

17

18

19

20

21

22

23

24

25

Direct - Lytell - Balestriere                665

1          THE COURT:  The witness may step down.

2          Anything else we need to talk about?

3          MR. MCDONALD:  No, your Honor.

4          THE COURT:  See you tomorrow morning at 9:30 unless

5     I hear from you that you need me at 9:15.

6          (Matter adjourned to Thursday, March 23, 2022, 9:30

7     a.m.)

666

**I N D E X**


**WITNESS**

   AMY MOORE

        DIRECT EXAMINATION BY MR. BALESTRIERE          443

        CROSS-EXAMINATION BY MR. ROSENBERG             464

        CROSS EXAMINATION BY MS. LAVIGNE-ALBERT        554

        REDIRECT EXAMINATION BY MR. BALESTRIERE        593

   MIA LYTELL

        DIRECT EXAMINATION BY MR. BALESTRIERE          609

667

1                          **E X H I B I T S**

2

3

4        Defendant's Exhibit C2                        467

5

6        Defendant's Exhibit Q7                        489

7

8        Defendant's Exhibit P7                        491

9

10       Defendants' Exhibit D                         500

11

12       Defendants' Exhibit B2                        534

13

14       Defendant's Exhibit I3                        547

15

16       Defendant's Exhibit N                         552

17

18       Plaintiffs' Exhibit 10                        561

19

20       Plaintiff's Exhibit 123                       616

21

22

23

24

25

## $

**$10,000** [2] - 493:11, 493:16
**$2,000** [3] - 613:24, 614:1, 633:16
**$5,000** [2] - 493:13, 543:25

## '

**'fun** [1] - 600:3

## 1

**1** [2] - 514:13, 603:5
**10** [8] - 537:21, 538:20, 547:25,
561:10, 561:12, 561:17, 561:20, 667:18
**10-25** [1] - 552:14
**100036** [1] - 441:23
**10004** [1] - 442:3
**10007** [1] - 441:19
**1095** [1] - 441:22
**11:16** [1] - 496:3
**11:24** [1] - 513:7
**11:31** [1] - 494:11
**11:32** [2] - 501:12, 501:17
**11:32:59** [1] - 496:16
**12** [1] - 485:5
**120** [1] - 494:9
**123** [5] - 616:5, 616:8, 616:11, 619:1,
667:20
**124** [1] - 495:9
**126** [1] - 496:3
**127** [1] - 496:13
**128** [1] - 499:5
**12:15** [1] - 524:9
**12:52** [3] - 467:24, 468:11, 558:1
**12:54:58** [1] - 476:17
**13** [1] - 486:7
**134** [1] - 497:18
**141** [1] - 529:2
**15** [2] - 592:18, 604:2
**16** [5] - 467:22, 469:11, 486:7, 555:19,
556:5
**16th** [2] - 467:18, 555:22
**17** [6] - 441:3, 467:16, 467:21, 526:18,
558:1, 558:5
**17th** [3] - 468:11, 558:12, 558:21
**18th** [2] - 562:12, 562:14
**19** [2] - 468:15, 526:18
**1:30** [1] - 535:5

## 2

**2** [3] - 483:5, 494:7, 576:24
**20** [8] - 476:16, 485:19, 555:6, 558:24,
593:15, 604:19, 635:15, 638:10
**2012** [1] - 544:9
**2015** [1] - 612:3
**2016** [52] - 448:4, 448:5, 448:18,
461:11, 461:15, 461:17, 464:20,
467:22, 476:16, 478:13, 481:16, 489:2,

494:11, 500:13, 504:5, 516:11, 518:1,
532:18, 541:11, 555:19, 555:23, 556:5,
558:1, 558:5, 558:12, 558:22, 562:12,
572:5, 573:19, 579:19, 583:14, 583:16,
586:1, 586:22, 586:23, 586:25, 587:5,
587:10, 588:25, 589:14, 595:10,
595:12, 601:23, 612:20, 617:4, 634:4,
635:4, 635:11, 635:16, 651:12, 652:22
**2017** [12] - 546:6, 546:8, 546:12,
546:19, 546:25, 547:5, 548:12, 548:17,
548:18, 554:7, 554:10, 599:16
**2022** [2] - 441:7, 665:6
**21** [2] - 478:13, 512:11
**21st** [12] - 448:3, 448:5, 448:18,
518:22, 526:22, 532:17, 541:8, 541:11,
544:6, 573:18, 586:2, 587:10
**22** [5] - 481:16, 485:19, 489:1, 494:11,
617:4
**225** [1] - 441:18
**22nd** [10] - 444:20, 503:2, 516:19,
572:5, 579:10, 579:19, 580:16, 580:23,
581:11, 582:10
**23** [5] - 441:7, 536:12, 536:18, 537:4,
665:6
**23rd** [5] - 497:18, 500:12, 500:19,
577:2, 582:14
**24** [2] - 469:8, 536:16
**24th** [6] - 504:5, 513:7, 579:25, 582:17,
583:7, 585:16
**25** [1] - 469:10
**25th** [7] - 516:11, 549:4, 585:16,
585:21, 586:1, 586:22, 586:25
**26** [1] - 442:3
**26th** [3] - 549:4, 549:6, 554:7
**27** [1] - 566:17
**28** [4] - 470:2, 539:2, 539:4, 547:9
**28th** [1] - 538:4
**29** [8] - 470:2, 536:24, 537:6, 538:5,
538:10, 539:2, 539:3, 539:4
**295** [1] - 485:19
**29th** [2] - 441:18, 586:22
**2:09** [1] - 558:5
**2:44** [1] - 497:18
**2:45** [1] - 469:11
**2:53** [1] - 470:3
**2nd** [1] - 554:10

## 3

**3** [7] - 443:22, 483:4, 500:12, 529:2,
543:4, 558:9, 565:24
**30** [4] - 470:4, 604:19, 638:10, 662:20
**316** [1] - 512:10
**32** [1] - 547:9
**334** [1] - 526:17
**34** [1] - 609:16
**35** [1] - 476:10
**386-453-8530** [1] - 570:6
**3:01** [1] - 558:12
**3:05** [1] - 590:25

**3:16** [1] - 566:2
**3:52** [1] - 573:19
**3rd** [5] - 536:19, 537:5, 546:5, 546:25,
547:5

## 4

**40** [3] - 524:2, 524:4, 629:5
**401** [2] - 489:6, 549:23
**403** [1] - 489:6
**443** [1] - 666:5
**46** [1] - 478:11
**464** [1] - 666:6
**467** [1] - 667:4
**489** [1] - 667:6
**491** [1] - 667:8
**4:00** [1] - 562:19
**4:20** [1] - 558:22
**4:37** [1] - 541:11
**4:38** [1] - 543:16

## 5

**5** [12] - 500:12, 513:5, 529:2, 541:11,
565:24, 573:17, 598:23, 598:24
**5,000** [1] - 493:14
**5/4** [1] - 512:16
**500** [1] - 667:10
**534** [1] - 667:12
**547** [1] - 667:14
**552** [1] - 667:16
**554** [1] - 666:7
**561** [1] - 667:18
**57th** [1] - 617:14
**593** [1] - 666:8
**5:00** [1] - 562:20
**5:15:44** [1] - 552:14
**5:16** [1] - 516:12

## 6

**609** [1] - 666:10
**613-2567** [1] - 442:10
**616** [1] - 667:20
**6404(BMC** [1] - 441:3
**6:25** [1] - 478:13
**6:26:50** [1] - 478:25
**6:28:41** [1] - 478:25
**6:37** [2] - 495:4, 495:9
**6th** [1] - 441:22

## 7

**7** [1] - 490:24
**70** [1] - 483:4
**71** [1] - 483:5
**718** [1] - 442:10
**75** [3] - 548:25, 549:22, 552:6
**76** [2] - 485:5, 486:7
**78** [1] - 512:8

**79** [1] - 526:16

## 8

**8/17** [1] - 469:11
**8/24/19** [1] - 507:3
**8:00** [1] - 500:18
**8:05** [2] - 500:20, 501:16
**8:06** [1] - 500:25
**8:39** [2] - 555:19, 556:6
**8:40** [1] - 555:23
**8:42** [1] - 556:10

## 9

**9** [2] - 485:5, 512:11
**91** [3] - 548:25, 549:22, 552:6
**917-775-3342** [1] - 566:6
**9:01** [1] - 507:3
**9:11:58** [2] - 467:18, 467:22
**9:15** [1] - 665:5
**9:25** [1] - 501:15
**9:30** [3] - 664:11, 665:4, 665:6
**9:40** [1] - 441:8

## A

**a.m** [6] - 496:3, 496:16, 500:20, 501:12, 513:7, 665:7
**ability** [1] - 455:2
**able** [20] - 463:20, 525:16, 527:12, 527:13, 527:14, 527:15, 574:22, 596:19, 619:5, 626:21, 628:18, 629:10
**absolutely** [14] - 492:13, 519:21, 519:23, 526:3, 529:20, 533:7, 545:22, 566:16, 577:9, 577:24, 583:2, 587:23, 593:13, 601:19
**abused** [1] - 587:21
**accent** [2] - 601:4
**accompanied** [2] - 651:25, 652:21
**accompany** [1] - 635:5, 657:5
**according** [2] - 504:14, 528:12
**acquaintance** [3] - 445:22, 503:25, 504:16
**activity** [1] - 494:25
**acts** [2] - 458:22, 459:1
**actual** [2] - 448:25, 557:7
**add** [3] - 517:18, 540:8, 597:6
**additional** [2] - 538:23, 554:13
**address** [3] - 541:19, 542:5, 562:15
**addressing** [1] - 592:2
**addy** [1] - 541:16
**adequately** [1] - 595:23
**adjourned** [1] - 665:6
**adjusting** [1] - 444:9
**admission** [7] - 467:7, 489:4, 499:25, 534:2, 536:17, 549:21, 616:4
**admit** [3] - 491:7, 538:19, 538:25
**admitted** [6] - 540:4, 541:10, 557:5, 557:7, 656:11, 656:18

**admitting** [1] - 557:3
**admonitions** [1] - 664:7
**advertising** [1] - 510:23
**advice** [2] - 594:4, 594:10
**affect** [1] - 455:2
**affected** [1] - 602:19
**afraid** [6] - 632:23, 632:24, 633:2, 633:3, 633:4, 646:4
**afternoon** [10] - 445:8, 449:4, 497:14, 536:1, 554:20, 554:21, 590:24, 593:7, 609:10, 656:23
**ago** [7] - 446:25, 513:6, 545:12, 568:6, 589:18, 589:19, 593:16
**agree** [8] - 501:22, 521:16, 540:18, 555:22, 556:7, 557:15, 557:16, 557:25
**agreed** [5] - 473:20, 521:18, 522:1, 540:23, 557:13
**agreement** [5] - 482:3, 485:14, 499:22, 540:1, 540:9
**agreements** [1] - 487:12
**agriculture** [1] - 530:24
**ahead** [7] - 454:8, 484:15, 489:19, 516:8, 522:17, 549:18, 650:11
**aided** [1] - 442:12
**airplane** [1] - 652:15
**airport** [8] - 450:14, 563:17, 563:25, 615:18, 615:21, 615:25, 636:1, 652:10
**Albert** [3] - 554:22, 557:6, 593:15
**ALBERT** [51] - 442:4, 506:11, 554:14, 554:16, 554:19, 555:8, 555:17, 556:18, 556:24, 557:3, 557:5, 557:11, 558:15, 560:24, 561:10, 561:17, 561:23, 563:11, 564:14, 564:21, 565:20, 565:24, 566:17, 572:2, 572:20, 573:16, 576:12, 576:23, 577:25, 578:3, 578:15, 581:22, 582:6, 582:8, 584:18, 584:20, 584:25, 585:21, 585:24, 586:20, 587:8, 588:17, 590:10, 590:13, 590:15, 590:21, 641:22, 642:1, 644:25, 650:4, 666:7
**allegation** [1] - 514:18
**allegations** [1] - 514:19
**allowed** [4] - 479:20, 513:15, 605:7, 605:24
**almost** [2] - 586:14, 590:1
**alone** [1] - 640:20
**altercation** [1] - 660:19
**amazing** [2] - 494:18, 517:15
**ambulance** [11] - 653:14, 653:18, 653:20, 653:23, 654:1, 654:5, 654:15, 654:21, 655:25, 656:2, 656:8
**AMJP13** [1] - 572:20
**AMJP15** [1] - 577:25
**AMJP18** [2] - 584:18, 584:20
**AMJP25** [1] - 588:17
**AMY** [4] - 441:3, 441:16, 443:15, 666:4
**Amy** [46] - 443:19, 443:25, 469:3, 537:1, 537:2, 537:3, 555:20, 556:5, 559:12, 591:15, 610:24, 611:2, 611:23, 612:6, 613:1, 613:15, 613:20, 614:3,

614:9, 615:23, 618:8, 618:10, 621:5, 621:6, 621:7, 621:10, 622:5, 622:18, 623:6, 623:15, 623:21, 623:24, 624:16, 624:20, 627:14, 627:15, 628:2, 629:15, 629:22, 629:23, 629:25, 630:2, 630:16, 631:15, 632:1, 632:5
**AND** [2] - 441:4, 441:9
**Android** [1] - 602:1
**ANGELA** [1] - 442:5
**angry** [3] - 459:15, 459:17, 542:23
**animated** [1] - 597:19
**ankles** [14] - 453:10, 453:12, 453:13, 453:16, 626:6, 626:12, 626:16, 627:8, 641:11, 642:19, 642:21, 644:13, 644:16, 644:20
**ANSWER** [1] - 529:5
**answer** [23] - 452:13, 456:15, 475:2, 479:17, 483:17, 484:10, 495:4, 496:13, 500:15, 501:25, 506:14, 517:18, 522:12, 529:1, 553:19, 560:22, 570:17, 576:14, 576:15, 594:7, 646:10, 646:12, 660:12
**Answer** [12] - 483:8, 483:10, 483:12, 483:15, 483:18, 483:20, 483:22, 483:24, 484:1, 484:4, 485:8, 486:10
**answered** [6] - 483:19, 485:21, 496:16, 502:4, 502:6, 508:16
**answers** [6] - 469:15, 483:3, 484:14, 502:17, 548:8
**ant** [1] - 562:19
**anti** [1] - 656:13
**anti-nausea** [1] - 656:13
**anticipated** [1] - 551:13
**anxiety** [5] - 462:8, 588:3, 588:10, 589:7, 605:10
**anyway** [1] - 592:15
**apartment** [97] - 451:16, 481:19, 481:21, 484:17, 484:18, 488:9, 488:12, 488:24, 491:2, 491:24, 492:10, 492:19, 493:11, 493:17, 493:20, 521:20, 522:1, 522:3, 522:4, 522:16, 522:18, 522:19, 526:4, 526:21, 527:18, 527:20, 528:3, 532:15, 532:18, 532:22, 534:16, 562:6, 562:16, 572:5, 572:10, 617:20, 617:23, 618:4, 618:11, 621:1, 621:6, 621:8, 621:11, 622:21, 622:22, 622:25, 623:4, 623:10, 624:4, 624:8, 625:6, 631:18, 631:19, 631:20, 631:22, 631:24, 632:3, 632:10, 636:6, 636:10, 637:3, 637:11, 639:15, 639:16, 639:19, 640:12, 640:16, 640:21, 643:1, 649:4, 649:5, 649:9, 649:11, 649:19, 649:21, 649:24, 650:1, 650:21, 652:12, 652:16, 652:22, 653:8, 653:11, 653:17, 654:22, 657:4, 657:7, 657:21, 659:8, 661:3, 661:13, 661:16, 662:15, 663:13, 663:14, 663:15, 663:24
**apartments** [1] - 663:25
**apologize** [9] - 463:8, 463:10, 492:12, 531:20, 532:1, 539:5, 539:8, 547:10,

560:24
**appear** [3] - 555:14, 663:6
**appearance** [2] - 572:24, 663:4
**approach** [2] - 536:14, 550:1
**approached** [3] - 638:23, 638:24, 640:8
**approaches** [1] - 608:5
**approaching** [1] - 598:8
**appropriate** [2] - 452:7, 534:25
**approve** [2] - 634:17, 634:21
**approximate** [2] - 449:3, 622:11
**arguing** [5] - 639:25, 640:6, 640:7, 640:18, 641:7
**argument** [2] - 640:19, 660:4
**arms** [2] - 597:16, 661:11
**arrange** [3] - 542:19, 583:19, 584:6
**arranged** [2] - 518:19, 635:22
**arrangements** [1] - 615:8
**arrested** [3] - 661:8, 662:21, 663:23
**arresting** [1] - 661:9
**arrive** [2] - 501:13, 655:23
**arrived** [17] - 450:11, 450:13, 483:6, 485:15, 501:14, 617:12, 617:19, 617:23, 618:4, 636:1, 636:5, 636:13, 653:8, 653:17, 654:18, 654:24, 655:23
**asleep** [1] - 592:7
**assaulted** [1] - 525:25
**assignments** [1] - 480:12
**assistant** [6] - 510:24, 559:13, 559:21, 560:5, 560:8, 571:6
**assumed** [1] - 544:1
**assuming** [1] - 607:5
**ate** [1] - 525:8
**attack** [1] - 605:11
**attend** [1] - 611:17
**attention** [12] - 448:3, 464:19, 476:8, 500:11, 541:9, 543:1, 546:5, 547:4, 548:11, 586:8, 586:17, 651:7
**attorney** [4] - 590:8, 604:2, 605:14, 606:5
**attorneys** [4] - 442:7, 592:2, 604:2, 604:21
**Attorneys** [3] - 441:16, 441:21, 442:2
**attractive** [1] - 511:19
**attractiveness** [1] - 510:23
**audible** [2] - 575:1, 597:8
**Audio** [1] - 578:2
**August** [57] - 444:20, 447:25, 464:20, 467:17, 467:22, 468:11, 476:16, 478:13, 481:16, 489:1, 494:11, 497:18, 500:12, 503:1, 504:4, 513:7, 516:11, 516:19, 536:19, 537:5, 546:5, 546:8, 546:12, 546:25, 547:5, 555:19, 555:22, 556:5, 558:1, 558:5, 558:12, 558:21, 562:12, 562:14, 572:5, 573:18, 577:2, 579:10, 579:19, 579:25, 580:16, 580:23, 581:11, 582:10, 582:14, 582:17, 583:7, 585:16, 585:21, 585:25, 586:1, 586:22, 586:25, 595:10, 599:16, 617:4, 634:4

**authenticity** [2] - 491:12, 534:2
**Avenue** [1] - 441:22
**aware** [9] - 463:8, 544:18, 544:20, 544:22, 544:23, 545:15, 545:18, 545:20, 545:21
**awesome** [3] - 501:4, 501:25, 510:1
**awful** [1] - 533:6

# B

**B2** [3] - 533:25, 534:4, 667:12
**baby** [2] - 628:2, 628:3
**bad** [9] - 480:19, 497:11, 505:19, 505:20, 505:25, 506:1, 598:20, 605:10, 605:11
**badly** [1] - 615:20
**Balestriere** [2] - 452:4, 486:18, 523:15, 568:22, 569:12
**BALESTRIERE** [113] - 441:15, 441:19, 443:12, 443:14, 443:18, 443:21, 444:7, 444:10, 444:16, 452:6, 452:9, 454:14, 457:10, 461:13, 462:11, 462:13, 463:13, 464:2, 476:11, 476:14, 482:17, 486:20, 489:6, 491:9, 499:21, 500:2, 500:6, 503:4, 503:14, 512:9, 512:12, 514:16, 515:1, 523:20, 523:25, 524:3, 536:21, 536:24, 537:7, 537:9, 537:11, 537:25, 538:4, 538:12, 539:2, 539:10, 540:8, 540:15, 540:18, 540:22, 542:7, 542:11, 547:14, 549:23, 551:10, 551:16, 556:25, 557:6, 561:18, 564:11, 564:15, 564:17, 568:17, 585:19, 585:23, 591:8, 591:13, 591:15, 591:19, 591:24, 593:1, 593:3, 593:6, 594:6, 594:22, 598:23, 599:13, 600:18, 601:15, 603:6, 604:9, 607:3, 607:14, 607:20, 607:23, 608:1, 609:7, 609:9, 610:6, 610:10, 616:2, 616:10, 616:13, 617:8, 619:20, 620:9, 620:14, 638:8, 638:12, 643:9, 643:15, 644:3, 644:23, 645:2, 649:6, 650:7, 650:12, 650:13, 658:1, 664:4, 666:5, 666:8, 666:10
**ball** [5] - 454:10, 454:11, 454:13, 454:17
**bar** [8] - 478:19, 487:23, 488:1, 488:2, 551:1, 621:23, 622:1
**barely** [1] - 627:16
**based** [3] - 592:3, 597:25, 634:18
**bases** [1] - 538:13
**basics** [1] - 496:15
**basis** [1] - 636:22
**bathroom** [4] - 490:3, 637:20, 637:21, 637:22
**BDSM** [20] - 465:22, 470:5, 470:11, 471:17, 471:18, 472:5, 472:19, 472:20, 472:21, 473:18, 473:23, 474:6, 474:19, 474:23, 478:6, 519:3, 558:10, 559:1, 614:24, 615:2
**Beach** [1] - 448:6
**bear** [1] - 649:6

**bears** [1] - 589:14
**beat** [11] - 478:14, 479:8, 479:11, 536:8, 537:16, 538:16, 538:22, 548:5, 599:25, 600:6, 628:3
**beaten** [1] - 472:11
**bed** [7] - 644:2, 644:8, 645:9, 647:13, 659:2, 659:14, 659:19
**bedroom** [10] - 632:8, 632:10, 643:3, 643:5, 649:2, 649:4, 658:5, 658:7, 658:11, 659:25
**BEFORE** [1] - 441:13
**beforehand** [1] - 584:11
**begin** [1] - 602:15
**beginning** [2] - 500:12, 513:7
**begins** [1] - 500:13
**behavior** [2] - 466:7, 477:20
**behind** [14] - 458:2, 458:3, 490:1, 604:20, 626:6, 626:16, 627:22, 628:10, 628:15, 642:22, 642:23, 644:12, 661:11
**belief** [1] - 636:22
**believes** [1] - 452:6
**bench** [1] - 443:6
**benefit** [1] - 499:10
**BENJAMIN** [1] - 441:24
**Benjamin** [1] - 464:12
**best** [29] - 450:19, 451:6, 452:13, 452:14, 453:15, 458:17, 462:4, 481:14, 484:14, 497:6, 509:23, 524:6, 597:2, 613:3, 613:21, 617:6, 624:7, 625:1, 625:6, 626:18, 627:13, 631:4, 631:10, 639:2, 652:4, 657:14, 657:18, 658:16, 660:21
**better** [1] - 536:13
**between** [16] - 493:11, 511:24, 536:19, 542:6, 542:8, 542:14, 542:19, 547:17, 547:18, 549:1, 565:16, 585:16, 587:3, 641:1, 653:25, 654:18
**beyond** [1] - 455:8
**big** [4] - 457:6, 497:11, 503:18
**Bike** [1] - 589:21
**bills** [3] - 519:17, 519:20, 520:1
**birth** [1] - 560:11
**birthday** [1] - 604:24
**bit** [10] - 449:15, 474:3, 519:12, 525:13, 595:11, 597:18, 611:22, 612:12, 621:2, 648:10
**bite** [1] - 648:11
**black** [5] - 457:5, 531:17, 531:18, 624:12
**blew** [1] - 604:25
**blow** [2] - 616:13, 620:9
**blue** [1] - 557:18
**body** [3] - 452:22, 605:1, 650:16
**bondage** [2] - 466:4, 469:20
**boobs** [9] - 496:20, 503:18, 510:5, 510:10, 510:11, 510:16, 510:17, 583:4
**book** [2] - 602:4, 652:5
**booked** [3] - 495:9, 496:9, 546:23
**booking** [1] - 560:11
**boss** [2] - 613:5, 613:24

**bottom** [6] - 500:11, 558:9, 562:1, 576:23, 616:22, 616:24
**box** [3] - 508:21, 573:21, 574:3
**boxes** [3] - 549:15, 549:16, 552:20
**BOY** [1] - 441:25
**bra** [1] - 641:15
**brang** [1] - 481:20
**break** [20] - 452:5, 452:10, 454:4, 461:13, 461:24, 462:13, 462:15, 486:19, 523:23, 524:5, 524:8, 534:25, 535:1, 535:5, 590:24, 605:22, 618:17, 625:24, 664:5
**breast** [5] - 445:12, 445:13, 450:25, 643:11, 643:21
**breasts** [20] - 447:1, 456:3, 456:4, 456:10, 456:11, 456:12, 460:13, 460:20, 461:2, 461:4, 472:11, 518:24, 628:24, 641:10, 642:19, 643:13, 643:14, 643:17, 643:20, 643:21
**breathe** [1] - 605:12
**BRIAN** [1] - 441:13
**Brian** [2] - 443:4, 443:6
**brief** [1] - 462:15
**briefly** [3] - 550:1, 578:7, 610:14
**bring** [12] - 443:9, 449:21, 476:10, 489:15, 490:8, 531:21, 624:12, 624:19, 624:20, 651:15, 654:13, 656:8
**BRITTANY** [4] - 441:4, 441:17, 441:17
**Broadway** [2] - 441:18, 442:3
**broke** [1] - 541:7
**Bronx** [1] - 601:3
**Brooklyn** [2] - 441:5, 601:4
**brother** [1] - 506:8
**brought** [6] - 450:17, 450:18, 451:10, 523:7, 530:1
**bruised** [2] - 460:16, 650:17
**business** [2] - 546:15, 546:21
**bust** [1] - 605:22
**but..** [1] - 630:12
**BY** [26] - 441:19, 441:23, 442:4, 443:18, 464:9, 467:2, 487:10, 491:16, 499:2, 500:10, 512:15, 516:10, 524:23, 532:13, 541:6, 554:19, 572:2, 578:15, 593:6, 609:9, 650:13, 666:5, 666:6, 666:7, 666:8, 666:10

**C**

**c-PTSD** [4] - 588:8, 588:10, 589:7, 605:10
**C2** [12] - 467:5, 467:10, 494:7, 499:15, 555:9, 556:19, 556:24, 557:12, 557:17, 568:5, 573:17, 667:4
**cab** [5] - 460:2, 460:6, 565:21, 617:18, 636:2
**Cacciola** [3] - 655:6, 656:7, 659:22
**CACCIOLA** [1] - 655:7
**camera** [4] - 604:5, 604:7, 604:11, 604:12
**can't...** [1] - 481:2

**cannot** [1] - 551:3
**capsulating** [1] - 451:2
**care** [2] - 463:9, 664:2
**carrying** [1] - 601:10
**case** [19] - 461:19, 514:5, 516:3, 516:4, 523:7, 524:10, 535:7, 540:4, 551:17, 554:10, 590:25, 601:18, 605:14, 610:8, 611:5, 611:15, 664:8, 664:9, 664:10
**cash** [1] - 493:12
**cattle** [8] - 457:2, 470:11, 472:11, 522:7, 530:18, 530:22, 530:24, 605:2
**CAUSE** [1] - 441:12
**cell** [1] - 553:5
**ceremonial** [1] - 443:1
**certain** [9] - 457:11, 488:6, 488:12, 513:11, 553:17, 575:18, 583:24, 595:22, 598:22
**chair** [3] - 604:5, 604:13, 604:16
**Challenge** [1] - 612:9
**chance** [2] - 484:13, 553:10
**change** [2] - 624:8, 624:14
**changed** [9] - 579:4, 580:4, 580:10, 580:22, 583:10, 583:11, 624:16, 624:21, 639:20
**changing** [3] - 474:2, 624:3, 641:12
**characterization** [1] - 650:8
**characterize** [1] - 611:23
**characterizing** [1] - 585:20
**charge** [1] - 463:17
**Charlie** [2] - 467:5, 494:7
**chat** [11] - 464:21, 464:23, 464:25, 465:1, 466:12, 466:13, 466:19, 557:12, 557:13, 559:7, 602:3
**chats** [4] - 467:13, 554:4, 600:14, 600:16
**check** [1] - 662:22
**checked** [1] - 656:11
**cheek** [1] - 623:22
**cheeks** [1] - 454:15
**Cheese** [1] - 552:23
**cheese** [5] - 553:2, 600:19, 600:24, 601:1, 601:6
**CHIANG** [1] - 441:24
**choose** [1] - 528:4
**chose** [2] - 520:7, 520:13
**CHRISTINE** [1] - 441:25
**circumstances** [1] - 540:5
**City** [2] - 548:1, 655:21
**CIVIL** [1] - 441:12
**claim** [1] - 569:6
**claimed** [1] - 566:12
**claiming** [1] - 559:17, 568:20
**clarify** [5] - 454:5, 593:10, 595:7, 597:22, 644:18
**cleaning** [1] - 600:4
**cleansed** [1] - 664:9
**clear** [31] - 449:21, 451:11, 451:16, 458:25, 459:7, 509:11, 531:20, 568:15, 568:18, 575:18, 600:5, 621:24, 622:22,

625:14, 625:17, 625:25, 628:21, 632:9, 635:13, 635:19, 637:7, 637:25, 640:20, 642:12, 644:8, 644:15, 649:14, 654:24, 662:5, 662:13
**clearly** [1] - 491:19
**CLERK** [1] - 547:12
**client** [8] - 523:5, 537:15, 537:19, 537:21, 537:24, 538:20, 547:25, 554:24
**clip** [1] - 512:6
**Clip** [2] - 512:8, 526:16
**close** [6] - 448:22, 548:12, 548:17, 586:16, 598:12, 604:14
**closely** [2] - 576:2, 619:7
**closer** [2] - 500:3, 548:19
**closing** [1] - 659:21
**clothes** [6] - 452:18, 624:4, 624:9, 639:20, 641:13, 641:14
**clueless** [1] - 544:4
**co** [1] - 545:8
**Cogan** [4] - 443:5, 443:6, 461:23, 638:13
**COGAN** [1] - 441:13
**colleague** [1] - 610:20
**color** [5] - 531:18, 532:7, 549:17, 626:24, 650:19
**colors** [2] - 549:12, 552:12
**column** [1] - 549:14
**comfort** [1] - 605:15
**comfortable** [7] - 569:13, 569:16, 569:20, 570:1, 639:20, 641:13, 641:14
**coming** [9] - 466:7, 475:11, 543:14, 547:24, 591:17, 595:22, 614:1, 615:4, 651:10
**comment** [2] - 527:2, 527:4
**commented** [1] - 510:9
**communicate** [3] - 506:21, 584:11, 640:5
**communicating** [1] - 478:9
**communication** [9] - 477:19, 544:16, 546:9, 559:14, 559:17, 568:6, 585:15, 613:18, 613:19
**communications** [7] - 475:21, 475:24, 476:3, 561:3, 587:2, 587:6, 614:13
**compensation** [1] - 595:14
**complaint** [1] - 554:9
**completed** [1] - 492:23
**compose** [2] - 452:5, 486:19
**Computer** [1] - 442:12
**Computer-aided** [1] - 442:12
**computerized** [1] - 442:12
**concerns** [1] - 537:13
**concert** [2] - 589:17, 589:19
**concierge** [1] - 657:9
**conclusion** [3] - 532:14, 532:17, 592:14
**condo** [3] - 448:22, 562:19, 574:5
**condominium** [2] - 460:3, 596:15
**confirm** [6] - 556:4, 566:1, 599:8, 602:8, 603:1, 652:21

**confused** [6] - 463:11, 471:5, 553:11, 553:12, 565:21, 570:4
**confusing** [1] - 508:25
**conjunction** [1] - 464:21
**connect** [1] - 540:15
**connected** [1] - 570:24
**connection** [3] - 542:6, 542:8, 542:14
**consensual** [1] - 514:11
**consent** [12] - 454:20, 455:19, 456:21, 457:15, 458:15, 627:7, 627:10, 629:8, 630:22, 632:20, 633:12, 648:3
**consider** [5] - 477:22, 478:7, 505:19, 505:22, 612:10
**considerable** [1] - 480:11
**considered** [4] - 579:2, 579:9, 580:8, 581:12
**considering** [1] - 580:17
**Cont'd** [2] - 443:18, 541:6
**contact** [8] - 447:21, 494:1, 504:17, 506:2, 518:14, 542:19, 543:19, 548:17
**contacted** [13] - 465:6, 465:9, 474:16, 518:11, 518:12, 542:18, 542:19, 566:25, 567:2, 567:9, 567:18, 568:22, 613:14
**contend** [5] - 470:9, 470:11, 470:22, 470:25, 522:20
**contention** [2] - 514:9, 551:6
**context** [2] - 538:9, 551:8
**continue** [11] - 452:10, 470:1, 475:23, 487:6, 496:2, 524:21, 543:16, 555:11, 586:19, 610:17, 664:4
**CONTINUED** [2] - 499:2, 516:10
**continued** [11] - 463:23, 475:21, 478:9, 506:20, 546:8, 546:12, 548:12, 548:17, 550:4, 558:8, 653:13
**Continued** [11] - 466:20, 498:18, 513:24, 515:6, 535:14, 540:25, 551:19, 571:9, 608:6, 657:23, 664:16
**continues** [1] - 470:2
**Continuing** [1] - 609:1
**CONTINUING** [1] - 572:2
**continuing** [6] - 467:2, 470:3, 487:10, 502:2, 502:17, 513:5
**control** [1] - 481:13
**convention** [1] - 531:1
**conventions** [1] - 530:25
**conversation** [40] - 446:18, 447:20, 451:7, 451:9, 459:23, 459:25, 465:4, 465:17, 466:11, 466:16, 469:1, 470:3, 511:24, 513:6, 516:5, 517:9, 517:13, 536:19, 547:20, 547:24, 560:20, 561:4, 561:6, 563:13, 563:16, 563:24, 564:25, 565:7, 566:1, 566:8, 567:23, 568:4, 568:10, 568:24, 568:25, 570:11, 570:22, 582:20, 583:4, 593:16
**conversations** [5] - 552:11, 564:8, 614:5, 633:15, 663:17
**convo** [1] - 544:3
**cool** [10] - 507:6, 507:10, 507:24, 507:25, 508:12, 508:14, 509:18,

509:21, 511:4, 511:6
**copy** [2] - 604:25, 619:5
**correct** [252] - 449:1, 452:18, 464:14, 465:2, 465:15, 466:12, 466:17, 468:8, 468:24, 469:4, 471:12, 471:14, 473:7, 475:22, 475:24, 478:10, 478:22, 479:3, 480:5, 480:7, 480:9, 480:12, 480:14, 481:19, 481:22, 481:25, 482:7, 482:10, 482:15, 482:23, 483:24, 484:16, 484:21, 487:18, 487:21, 487:24, 488:4, 488:7, 490:6, 491:24, 492:4, 492:8, 493:1, 493:10, 493:12, 493:14, 493:17, 493:20, 493:23, 494:1, 494:8, 494:15, 494:19, 494:25, 495:6, 495:10, 495:18, 496:14, 496:16, 497:11, 497:15, 497:20, 498:12, 498:16, 499:8, 499:16, 500:21, 501:10, 501:13, 502:4, 502:6, 503:3, 504:12, 504:13, 504:17, 504:18, 504:24, 505:8, 506:6, 506:18, 506:22, 507:11, 507:17, 507:24, 509:24, 510:1, 510:3, 510:5, 510:24, 511:20, 512:4, 517:24, 518:2, 518:5, 518:9, 518:24, 518:25, 519:3, 520:5, 520:8, 520:13, 522:2, 526:5, 526:10, 528:3, 528:7, 528:10, 528:16, 528:21, 529:12, 529:21, 529:25, 530:1, 530:6, 530:23, 530:25, 532:15, 532:18, 532:23, 533:6, 533:9, 534:11, 534:13, 538:8, 539:5, 540:21, 541:21, 542:18, 543:25, 544:7, 544:12, 545:19, 546:2, 546:9, 546:13, 547:19, 547:22, 548:9, 548:13, 549:2, 549:5, 549:9, 554:7, 554:9, 554:11, 555:3, 556:14, 558:1, 558:6, 558:13, 558:22, 559:1, 559:3, 559:10, 559:15, 559:18, 560:3, 560:11, 560:17, 560:19, 561:5, 561:8, 561:22, 562:7, 562:25, 563:5, 563:6, 563:8, 563:14, 563:18, 565:9, 567:13, 567:17, 567:19, 567:21, 568:1, 568:2, 568:3, 568:4, 568:7, 568:20, 569:2, 569:15, 570:6, 570:16, 570:18, 572:5, 572:6, 572:7, 572:16, 573:9, 573:24, 574:8, 575:15, 575:24, 575:25, 576:3, 576:4, 576:5, 576:20, 577:5, 578:24, 579:4, 579:24, 580:10, 582:8, 582:12, 582:22, 583:12, 583:17, 583:20, 583:22, 584:15, 585:1, 585:8, 585:9, 585:11, 585:12, 585:17, 585:18, 587:5, 587:6, 587:15, 587:18, 587:22, 588:1, 588:2, 588:7, 588:11, 588:15, 588:22, 589:1, 589:3, 589:7, 589:8, 589:15, 595:8, 602:25, 607:7, 615:5, 618:22, 622:16, 624:22, 625:15, 626:8, 631:7, 644:20, 656:2, 659:8
**corrected** [2] - 499:3, 509:9
**correction** [1] - 588:8
**corroborate** [1] - 545:7
**couch** [3] - 492:9, 492:10, 492:19
**Counsel** [1] - 476:11
**counsel** [15] - 464:5, 482:17, 484:24, 530:15, 539:25, 547:12, 553:9, 560:23,

563:23, 567:15, 568:9, 568:15, 569:25, 595:12, 598:21
**couple** [8] - 460:18, 461:14, 545:14, 546:17, 594:16, 594:19, 594:21, 596:21
**course** [15] - 482:9, 495:12, 499:18, 501:9, 502:9, 504:4, 511:18, 514:9, 525:7, 537:18, 538:5, 563:9, 583:13, 583:15, 605:4
**Court** [7] - 442:9, 442:10, 443:3, 452:6, 463:1, 524:6, 534:25
**COURT** [202] - 441:1, 443:7, 443:11, 443:13, 443:24, 444:9, 447:17, 452:4, 452:8, 452:11, 454:8, 454:22, 462:14, 462:24, 463:4, 463:10, 463:14, 463:21, 463:25, 464:4, 464:7, 467:8, 470:17, 470:19, 472:15, 473:1, 474:2, 475:2, 475:6, 479:17, 479:20, 479:22, 479:25, 482:24, 484:8, 484:12, 485:25, 486:18, 486:22, 486:24, 487:3, 487:6, 488:18, 489:8, 489:19, 490:11, 490:14, 491:10, 491:13, 500:3, 500:7, 503:6, 503:8, 503:13, 506:13, 506:16, 513:17, 513:21, 513:23, 514:2, 514:12, 514:20, 514:22, 514:25, 515:2, 515:4, 516:2, 516:8, 521:21, 521:24, 522:11, 522:15, 523:15, 523:19, 524:7, 524:15, 524:20, 525:4, 531:24, 532:4, 532:6, 532:10, 534:3, 534:21, 535:2, 535:5, 535:11, 536:3, 536:13, 536:15, 536:20, 536:23, 537:1, 537:4, 537:6, 537:10, 537:20, 538:1, 538:8, 538:14, 538:24, 539:3, 539:6, 539:9, 539:11, 539:14, 540:17, 540:19, 541:2, 542:10, 542:12, 543:14, 545:7, 547:15, 549:12, 549:14, 549:25, 550:3, 551:2, 551:9, 551:14, 551:18, 552:2, 553:19, 554:13, 554:15, 554:17, 555:16, 556:20, 556:23, 557:2, 557:10, 560:23, 561:19, 564:19, 567:19, 568:19, 569:9, 576:14, 576:17, 581:6, 581:8, 581:24, 582:2, 582:4, 582:7, 584:19, 586:3, 586:5, 586:8, 590:7, 590:12, 590:19, 590:23, 591:4, 591:6, 591:10, 591:14, 591:23, 591:25, 592:21, 592:24, 593:2, 593:21, 593:25, 594:7, 594:12, 601:7, 601:9, 601:12, 602:21, 603:12, 604:10, 606:23, 607:1, 607:5, 607:8, 607:12, 607:16, 607:21, 607:25, 609:6, 610:2, 616:7, 638:7, 641:23, 642:2, 642:11, 642:25, 644:22, 645:1, 645:3, 646:8, 646:11, 650:6, 650:9, 654:3, 659:18, 660:12, 664:6, 665:1, 665:4
**court** [13] - 443:1, 443:10, 461:16, 463:24, 485:1, 516:1, 536:2, 541:1, 552:1, 574:21, 592:4, 592:8, 610:15
**Court's** [1] - 604:9
**courteous** [1] - 475:17
**Courthouse** [1] - 441:5
**courtroom** [12] - 443:1, 463:4, 486:23, 524:11, 524:18, 535:10, 591:1, 591:7,

591:11, 592:1, 592:16, 592:22
**COURTROOM** [5] - 443:2, 490:19, 607:17, 608:3, 609:2
**cover** [3] - 556:25, 557:4, 557:8
**CP** [1] - 588:5
**CPTSD** [2] - 462:6, 462:8
**crazy** [1] - 475:1
**created** [1] - 481:23
**CROSS** [9] - 464:8, 467:1, 487:9, 499:1, 541:5, 554:18, 572:1, 666:6, 666:7
**cross** [17] - 451:21, 451:24, 452:20, 452:22, 452:25, 453:22, 453:25, 464:4, 487:7, 524:21, 554:13, 592:3, 595:4, 596:2, 597:9, 598:11, 602:14
**cross-examination** [6] - 464:4, 487:7, 524:21, 597:9, 598:11, 602:14
**CROSS-EXAMINATION** [5] - 464:8, 499:1, 541:5, 572:1, 666:6
**cross-examined** [2] - 595:4, 596:2
**crossed** [1] - 508:20
**crown** [2] - 468:20, 468:21
**cry** [2] - 629:14, 653:13
**crying** [12] - 496:24, 497:2, 497:8, 629:11, 629:17, 630:9, 632:1, 647:5, 648:20, 648:22, 659:23, 660:2
**crying/laughing** [1] - 496:24
**CSR** [1] - 442:9
**cuffed** [1] - 452:24
**cuffs** [8] - 452:23, 452:24, 453:6, 453:17, 453:18, 453:22
**cunt** [1] - 456:16
**cunts** [1] - 631:23
**cure** [1] - 542:10
**cut** [1] - 647:6
**cutting** [1] - 647:8
**CV** [1] - 441:3

# D

**daddy** [2] - 628:3
**daily** [1] - 463:19
**danger** [2] - 510:21, 512:4
**dare** [1] - 520:15
**dark** [6] - 548:7, 599:17, 599:20, 600:2, 650:20, 658:18
**darn** [1] - 552:24
**DAT** [3] - 662:23, 662:25, 663:2
**date** [8] - 448:7, 554:11, 560:11, 579:17, 579:18, 582:12, 616:9, 617:4
**dated** [3] - 467:17, 506:7, 554:7
**dates** [2] - 555:12, 558:19
**daughter** [1] - 631:12
**Dave** [6] - 537:22, 537:24, 538:10, 538:14, 538:21, 548:1
**David** [4] - 499:22, 499:23, 541:10, 543:11
**days** [9] - 476:16, 533:23, 551:7, 554:10, 583:7, 649:22, 649:25, 650:1, 650:23

**Daytona** [1] - 448:6
**DE** [1] - 598:6
**December** [23] - 448:2, 448:3, 448:5, 448:18, 461:11, 461:15, 461:17, 518:1, 518:22, 526:22, 532:17, 541:8, 541:11, 544:6, 583:14, 583:16, 586:1, 586:22, 587:5, 587:10, 588:21, 588:25, 595:11
**DECHERT** [1] - 441:21
**decided** [3] - 493:16, 510:12, 520:5
**deep** [1] - 478:8
**Defendant's Exhibit** [17] - 467:10, 489:10, 490:23, 491:8, 491:15, 492:1, 494:7, 536:5, 547:16, 552:5, 552:7, 555:8, 667:4, 667:6, 667:8, 667:14, 667:16
**defendants** [3] - 441:11, 462:25, 612:13
**Defendants** [1] - 441:21
**Defendants'** [9] - 500:1, 500:8, 534:4, 594:23, 599:14, 600:18, 667:10, 667:12
**defended** [1] - 660:18
**Defense** [11] - 467:5, 488:17, 499:15, 499:20, 513:5, 531:8, 543:3, 543:10, 548:24, 549:22, 598:6
**defense** [3] - 538:18, 541:10, 598:21
**definitely** [2] - 469:16, 511:9
**definition** [1] - 475:15
**delay** [1] - 543:15
**delete** [3] - 553:16, 554:4, 602:5
**deleting** [3] - 551:6, 551:7, 601:12
**Demonstrative** [2] - 531:8, 598:7
**demonstrative** [3] - 531:9, 598:6
**deny** [1] - 472:16
**denying** [1] - 479:14
**depo** [1] - 585:4
**deposed** [1] - 461:19
**deposition** [40] - 461:7, 461:21, 464:16, 475:1, 482:7, 482:8, 483:3, 484:7, 484:11, 484:18, 484:23, 485:4, 485:18, 486:6, 512:7, 526:17, 551:12, 555:2, 566:11, 566:20, 567:7, 567:12, 567:17, 572:14, 572:17, 576:19, 577:22, 584:3, 602:14, 602:18, 602:23, 603:23, 603:25, 605:9, 606:13, 606:17, 611:14, 611:17, 611:19
**depositions** [2] - 551:15, 566:11
**depression** [4] - 462:8, 588:3, 588:10, 589:7
**deputy** [1] - 463:4
**DEPUTY** [6] - 443:2, 490:19, 547:12, 607:17, 608:3, 609:2
**describe** [6] - 445:10, 457:4, 462:4, 598:2, 633:17, 639:2
**described** [8] - 456:25, 460:22, 489:14, 514:8, 629:19, 632:19, 633:11, 649:16
**describing** [2] - 511:17, 511:18
**desk** [2] - 663:4, 663:6
**detail** [2] - 455:14, 448:15
**detailed** [1] - 448:15

**details** [12] - 451:22, 452:21, 455:21, 458:6, 626:4, 626:7, 626:15, 634:3, 639:2, 642:20, 643:16, 649:1
**determined** [3] - 504:10, 504:21, 656:12
**device** [8] - 457:2, 457:3, 457:13, 457:18, 463:7, 598:15, 598:18, 643:10
**devices** [3] - 466:4, 469:21, 530:21
**dial** [1] - 570:11
**dial-in** [1] - 570:11
**didn't...l** [1] - 475:12
**different** [6] - 459:8, 480:12, 508:3, 602:23, 604:1, 634:13
**differently** [1] - 447:19
**digesting** [1] - 586:11
**dildo** [4] - 454:2, 455:10, 455:12, 456:24
**dinner** [2] - 445:25, 503:16, 614:2
**DIRECT** [4] - 443:17, 609:8, 666:5, 666:10
**direct** [13] - 464:1, 464:2, 464:19, 500:11, 504:9, 541:9, 563:10, 563:12, 564:7, 568:23, 612:18, 614:3, 613:17
**directed** [2] - 597:16, 621:18
**directing** [3] - 546:5, 547:4, 548:11
**disapprove** [1] - 634:17
**discovery** [1] - 551:11
**discuss** [19] - 444:25, 446:21, 449:19, 449:20, 450:14, 450:16, 450:20, 450:23, 473:16, 520:15, 522:19, 526:25, 590:25, 593:22, 613:22, 614:3, 618:14, 618:20, 636:17
**discussed** [10] - 447:9, 448:1, 448:23, 537:18, 545:10, 545:11, 611:9, 613:10, 614:18, 636:6
**discussing** [5] - 449:23, 544:24, 546:7, 546:21, 546:25
**discussion** [8] - 447:11, 486:8, 537:14, 593:9, 593:23, 594:1, 594:3, 614:22
**discussions** [1] - 447:8
**disorder** [1] - 605:10
**disrobed** [1] - 529:21
**dissuade** [1] - 510:7
**distance** [2] - 448:24, 457:11
**DISTRICT** [3] - 441:1, 441:1, 441:13
**District** [2] - 443:3, 443:4
**DM** [1] - 612:18
**doctor** [2] - 654:13, 654:14
**document** [23] - 467:12, 536:3, 536:4, 536:18, 552:3, 555:11, 555:14, 558:17, 574:24, 575:3, 575:14, 575:21, 575:24, 576:2, 576:8, 576:10, 618:21, 619:2, 619:5, 619:7, 619:15, 620:24, 636:20
**documents** [2] - 610:16, 610:18
**DOLAN** [1] - 442:1
**dominance** [1] - 477:20
**done** [20] - 472:7, 472:9, 480:6, 525:23, 527:24, 539:16, 546:16, 570:17, 576:8, 584:24, 590:22, 595:19,

595:21, 606:2, 607:3, 613:12, 613:15,
633:11, 633:12
**door** [8] - 483:15, 483:17, 483:19,
527:23, 572:12, 621:14, 638:3, 660:6
**doors** [1] - 659:21
**DOUGLAS** [1] - 442:4
**down** [53] - 444:17, 454:4, 486:24,
487:1, 490:11, 490:12, 492:15, 492:19,
496:2, 506:23, 507:6, 507:11, 507:16,
507:24, 508:14, 509:18, 509:22, 514:9,
552:20, 557:19, 558:3, 558:9, 558:15,
560:23, 561:23, 563:11, 573:18,
573:20, 574:22, 591:4, 591:16, 592:13,
604:4, 605:14, 607:8, 607:18, 618:17,
625:22, 625:23, 625:24, 626:1, 626:8,
626:19, 630:17, 637:19, 644:9, 644:10,
645:8, 645:10, 645:12, 647:15, 665:1
**downloaded** [1] - 542:17
**downstairs** [1] - 531:2
**dragged** [1] - 530:9
**drank** [1] - 622:9
**draw** [1] - 651:7
**dreams** [1] - 494:21
**dressed** [2] - 641:24, 642:4
**drink** [4] - 485:6, 485:7, 622:3, 622:5
**drinking** [3] - 572:15, 572:16, 622:7
**drinks** [11] - 488:4, 596:21, 614:2,
622:11, 623:3, 623:8, 623:10, 623:11,
623:12, 637:19, 640:18
**driver** [18] - 481:20, 563:17, 563:19,
563:24, 564:2, 564:3, 564:9, 565:1,
565:2, 565:10, 565:11, 565:17, 565:19,
566:2, 566:3, 566:4, 566:6, 566:8
**drove** [1] - 475:1
**drowsy** [1] - 586:18
**drug** [1] - 638:1
**drugs** [3] - 633:20, 638:15, 661:25
**due** [1] - 463:17
**duly** [2] - 443:15, 609:4
**during** [8] - 529:16, 530:17, 564:7,
569:7, 598:10, 598:15, 640:1, 649:15
**DX** [8] - 556:19, 557:12, 557:17,
558:21, 565:8, 565:20, 568:5, 573:16
**DXD** [4] - 558:16, 585:24, 587:9,
598:23
**DXE8** [1] - 590:15

# E

**e-mail** [1] - 481:23
**E-mail** [1] - 442:11
**early** [6] - 496:4, 501:24, 524:5,
537:21, 538:20, 547:25
**ears** [1] - 454:16
**Eastern** [1] - 443:3
**EASTERN** [1] - 441:1
**eat** [2] - 449:5, 623:10
**education** [1] - 609:25
**EDWARD** [1] - 441:23
**effect** [2] - 499:11, 552:25

**effort** [1] - 527:23
**eight** [1] - 537:17
**either** [6] - 446:4, 570:12, 592:9,
592:10, 630:18, 661:18
**electric** [3] - 598:15, 598:16, 598:20
**electrolytes** [1] - 656:13
**elevator** [1] - 483:8
**email** [9] - 560:11, 561:14, 561:21,
562:4, 562:5, 562:9, 562:10, 562:16,
563:3
**embarrassing** [1] - 462:12
**EMMA** [2] - 441:3, 441:17
**emoji** [29] - 468:16, 468:19, 469:6,
471:12, 471:14, 474:8, 474:22, 477:5,
477:9, 477:10, 479:5, 479:6, 494:19,
496:23, 496:24, 497:6, 497:24, 498:3,
498:5, 498:6, 498:9, 502:1, 511:10,
534:11
**emojis** [4] - 470:2, 470:16, 497:5,
497:20
**emotional** [4] - 462:1, 587:24, 588:14,
589:6
**encounter** [34] - 444:20, 445:8,
445:25, 446:3, 460:21, 492:6, 492:23,
493:3, 494:15, 497:19, 498:12, 498:16,
504:10, 504:15, 516:19, 516:20,
516:22, 519:3, 530:6, 530:7, 530:8,
530:18, 532:14, 532:17, 532:22, 533:4,
540:10, 544:6, 579:14, 579:16, 581:16,
581:19, 634:4, 649:15
**encounters** [1] - 588:11
**end** [11] - 447:23, 448:13, 536:12,
536:18, 537:4, 617:19, 624:3, 633:24,
637:5, 658:2, 661:18
**ended** [9] - 450:5, 459:25, 466:12,
496:22, 615:4, 625:13, 648:25, 651:24,
658:3
**ends** [2] - 516:1, 574:4
**endured** [2] - 498:11, 498:15
**engage** [5] - 466:7, 469:19, 471:24,
472:5, 519:2
**engaged** [5] - 480:3, 480:23, 530:5,
530:7
**engaging** [2] - 477:20, 478:5
**enter** [1] - 661:3
**enters** [3] - 486:23, 524:18, 592:22
**enticing** [1] - 546:2
**entire** [8] - 524:25, 525:3, 525:8,
544:3, 606:13, 649:4, 649:5, 650:16
**equally** [1] - 592:2
**ESQ** [11] - 441:19, 441:20, 441:23,
441:24, 441:24, 441:25, 441:25, 442:4,
442:4, 442:5, 442:8
**estimate** [1] - 523:21
**evening** [10] - 489:13, 492:6, 494:14,
555:23, 562:24, 581:16, 582:10,
656:23, 657:1
**event** [6] - 462:2, 480:24, 481:1, 481:2,
492:7, 612:1, 612:8
**events** [3] - 539:22, 570:5, 589:22

**eventually** [3] - 576:9, 654:15, 654:17
**evidence** [22] - 443:23, 467:10,
489:10, 489:19, 490:19, 491:15, 500:9,
534:5, 536:12, 547:12, 547:13, 547:16,
548:23, 552:7, 555:16, 555:17, 556:22,
556:23, 561:11, 561:20, 598:25, 616:8
**exact** [1] - 517:12
**exactly** [14] - 458:19, 459:20, 486:11,
496:25, 505:14, 509:10, 533:10,
542:25, 573:2, 597:24, 598:2, 612:17,
621:25, 640:10
**EXAMINATION** [15] - 443:17, 464:8,
467:1, 487:9, 499:1, 541:5, 554:18,
572:1, 593:5, 609:8, 666:5, 666:6,
666:7, 666:8, 666:10
**examination** [12] - 464:4, 487:7,
504:9, 524:21, 539:19, 563:10, 563:12,
564:7, 592:14, 597:9, 598:11, 602:14
**examined** [4] - 443:15, 595:4, 596:2,
609:5
**EXC2** [1] - 584:24
**exchange** [1] - 640:1
**excited** [1] - 469:16
**exclamation** [5] - 495:5, 500:15,
501:6, 502:18
**excuse** [7] - 484:17, 490:22, 497:17,
594:17, 614:8, 640:12, 653:12
**excused** [5] - 462:18, 607:11, 637:19,
638:22, 664:15
**exhibit** [16] - 476:12, 476:13, 478:11,
489:11, 489:13, 490:23, 497:18, 531:9,
536:12, 552:4, 554:3, 556:22, 557:2,
557:4, 557:7, 600:17
**Exhibit** [16] - 443:22, 467:4, 467:5,
476:15, 488:17, 489:5, 489:18, 490:17,
499:15, 533:25, 534:4, 536:5, 547:8,
561:20, 667:12, 667:18
**Exhibit A** [1] - 531:8
**Exhibit C** [1] - 467:5
**Exhibit D** [7] - 499:20, 500:1, 500:8,
513:5, 541:10, 543:10, 667:10
**Exhibit F** [1] - 543:3
**Exhibit N** [2] - 548:24, 549:22
**exhibits** [4] - 463:18, 538:19, 610:16,
610:18
**exits** [6] - 524:11, 535:10, 535:12,
591:1, 591:18, 607:19
**expect** [3] - 516:15, 516:24, 517:2
**expected** [1] - 504:15
**expenses** [1] - 519:10
**experience** [9] - 445:17, 460:9,
460:20, 480:11, 505:20, 506:1, 517:6,
517:19, 587:1
**experienced** [4] - 447:4, 461:1,
461:25, 471:20
**explain** [14] - 447:6, 475:19, 485:23,
496:23, 530:12, 553:8, 566:18, 567:14,
569:25, 580:11, 580:13, 584:17,
587:20, 587:23, 595:23, 597:3, 600:21,
601:5

**explained** [1] - 575:16
**explaining** [1] - 516:18
**explanation** [1] - 654:7
**extent** [1] - 514:25

# F

**face** [44] - 468:23, 471:14, 474:8, 474:10, 474:18, 474:24, 475:1, 475:7, 475:9, 475:10, 475:12, 475:14, 475:15, 475:17, 475:19, 475:20, 477:2, 477:8, 477:17, 479:5, 479:6, 497:11, 510:3, 534:11, 558:4, 585:13, 623:15, 623:19, 624:22, 625:22, 626:1, 626:8, 626:18, 630:12, 644:9, 644:10, 645:8, 645:10, 645:12, 646:24, 647:1, 648:14, 648:23
**fact** [17] - 479:7, 479:10, 481:7, 484:6, 493:1, 504:19, 505:3, 514:10, 517:23, 540:5, 553:16, 569:13, 587:12, 587:13, 587:18, 588:21, 589:1
**fair** [4] - 452:25, 474:19, 474:22, 574:17
**familiar** [2] - 463:19, 513:12
**family** [1] - 654:13
**far** [5] - 452:10, 573:2, 635:13, 637:2, 645:13
**FARIELLO** [1] - 441:15
**farm** [1] - 531:2
**fast** [1] - 592:9
**favorite** [1] - 456:16
**fee** [1] - 633:16
**felt** [5] - 493:19, 493:21, 569:16, 597:2, 604:22
**fetish** [17] - 471:19, 471:20, 471:22, 471:23, 472:2, 479:15, 480:3, 480:6, 528:15, 528:20, 529:4, 530:25, 531:1, 531:5, 561:8, 563:4, 624:12
**fetish-style** [3] - 471:19, 471:20, 479:15
**few** [12] - 461:23, 462:16, 463:15, 533:23, 546:8, 554:23, 556:9, 588:21, 588:25, 600:13, 602:24, 614:23
**fight** [1] - 606:8
**file** [1] - 551:7
**filed** [1] - 554:10
**files** [1] - 544:19
**filled** [1] - 603:25
**film** [3] - 528:15, 528:20, 529:4
**finally** [1] - 654:19
**financial** [1] - 633:17
**finder's** [1] - 633:16
**fine** [9] - 453:24, 458:21, 484:10, 486:3, 514:15, 538:5, 607:25, 622:13, 643:19
**finger** [1] - 648:12
**finish** [2] - 445:6, 541:4
**finished** [3] - 534:10, 585:13, 587:5
**firm** [1] - 610:7
**first** [47] - 443:15, 448:17, 451:19, 452:14, 465:9, 478:19, 481:5, 481:18,

483:23, 494:14, 507:2, 509:7, 509:12, 512:22, 527:2, 551:2, 552:13, 555:19, 556:4, 558:21, 559:14, 559:25, 560:2, 561:24, 565:21, 566:24, 572:4, 579:1, 582:11, 586:22, 590:1, 590:2, 601:17, 602:23, 606:15, 609:4, 611:25, 612:14, 622:1, 625:20, 626:1, 634:4, 634:20, 634:23, 653:25, 655:14
**five** [2] - 551:7, 590:11
**five-second** [1] - 590:11
**fixated** [1] - 474:25
**flew** [9] - 481:18, 493:22, 493:25, 494:2, 582:14, 615:25, 617:10, 635:19, 650:23
   **flight** [9] - 493:18, 495:10, 496:10, 500:23, 501:5, 613:23, 615:8, 652:5, 652:8
   **flights** [7] - 561:15, 563:13, 564:9, 565:1, 565:11, 565:17, 635:22
   **flip** [1] - 602:1
   **flirty** [1] - 479:12
   **floor** [5] - 483:8, 483:10, 605:13, 605:23, 632:4
   **Floor** [1] - 441:18
   **Florida** [13] - 448:6, 493:22, 497:15, 501:13, 501:14, 579:22, 582:15, 609:18, 609:20, 615:15, 635:12, 639:22, 650:23
   **flown** [1] - 639:22
   **fluids** [1] - 656:13
   **fly** [11] - 448:10, 537:22, 538:2, 538:6, 538:16, 538:20, 548:1, 613:5, 613:23, 615:16, 615:23
   **flying** [1] - 463:18
   **focus** [4] - 555:12, 555:18, 586:12, 592:16
   **follow** [2] - 505:11, 506:18
   **follow-up** [1] - 506:18
   **following** [9] - 466:11, 483:2, 483:3, 514:1, 524:12, 529:1, 538:19, 579:25, 591:2
   **follows** [4] - 443:16, 485:18, 486:6, 609:5
   **food** [1] - 449:8
   **FOR** [1] - 441:12
   **forced** [1] - 505:1
   **forever** [3] - 458:18, 631:6, 631:9
   **forgive** [9] - 448:20, 450:3, 451:22, 474:5, 483:13, 492:17, 505:9, 523:4, 624:6, 626:3, 626:7, 626:15, 630:19, 642:7, 642:20, 643:9, 643:16, 644:3, 648:15
   **form** [2] - 510:22, 654:3
   **formerly** [1] - 465:18
   **Fort** [4] - 609:18, 615:15, 615:16, 615:19
   **forth** [3] - 463:18, 640:6, 640:9
   **forward** [1] - 608:3
   **forwards** [1] - 561:21
   **four** [7] - 465:13, 546:19, 567:22,

568:4, 570:10, 570:22, 611:4
**four-way** [5] - 465:13, 567:22, 568:4, 570:10, 570:22
**Frank** [1] - 543:4
**freaked** [2] - 605:4, 639:4
**free** [1] - 566:7
**freely** [1] - 484:7
**frequently** [2] - 546:18, 546:19
**Friday** [1] - 463:20
**friend** [14] - 493:7, 493:8, 503:24, 504:16, 511:16, 546:13, 580:17, 581:13, 601:5, 601:21, 602:8, 612:10, 635:9, 655:10
**friendly** [7] - 444:23, 445:1, 445:2, 577:12, 632:17, 632:21, 655:11
**friends** [5] - 509:23, 611:24, 634:15, 655:12, 657:16
**front** [9] - 443:25, 459:12, 459:13, 543:3, 576:5, 618:25, 628:20, 642:21, 642:22
**fuck** [1] - 548:9
**full** [2] - 560:1, 619:20
**fully** [1] - 516:22
**fun** [12] - 496:18, 496:19, 497:14, 499:6, 600:3, 600:4
**funnies** [2] - 497:25, 498:1

# G

**gain** [4] - 445:1, 445:2, 577:11, 577:15
**gals** [1] - 562:20
**gaps** [1] - 641:3
**gee** [1] - 519:24
**Gee** [1] - 505:19
**generally** [1] - 472:15
**generate** [1] - 598:16
**generated** [1] - 598:20
**gentleman** [1] - 465:21
**Gentlemen** [2] - 586:3, 586:5
**gentlemen** [6] - 462:15, 524:8, 535:6, 541:3, 590:24, 664:7
**geography** [1] - 635:13
**GF** [1] - 504:6
**Gilbert** [1] - 540:13
**GILBERT** [16] - 442:8, 463:2, 463:6, 539:12, 539:18, 540:14, 540:23, 590:17, 616:6, 641:20, 641:25, 642:9, 642:24, 646:5, 650:5, 654:2
**girl** [3] - 510:17, 517:15, 600:24
**girlfriend** [1] - 582:25
**girls** [9] - 469:12, 470:5, 511:10, 558:10, 634:13, 634:14, 634:15, 634:17, 634:21
**gist** [1] - 575:17
**given** [2] - 446:14, 485:1
**glad** [2] - 497:13, 501:4
**glancing** [2] - 592:4, 592:5
**glass** [4] - 485:2, 493:2, 572:11, 572:12
**gorgeous** [1] - 511:7

grab [1] - 610:2
grabbed [3] - 597:16, 623:22, 641:9
graduate [1] - 609:23
great [4] - 474:20, 474:23, 496:19, 511:5
green [8] - 537:2, 547:21, 549:10, 549:11, 549:17, 549:19
greet [1] - 478:14
greeted [1] - 572:10
greeting [1] - 572:13
grew [2] - 531:2, 615:12
ground [1] - 625:22
group [17] - 464:21, 464:23, 464:25, 465:1, 466:12, 466:13, 466:19, 557:12, 557:13, 559:6, 601:23, 601:25, 602:3, 602:5, 613:20, 614:20
GROVER [5] - 442:4, 536:4, 536:17, 537:5, 539:5
guess [8] - 457:11, 517:16, 537:17, 541:25, 542:1, 542:24, 546:16, 629:4
guests [1] - 657:10
guy [12] - 537:22, 538:11, 538:14, 538:21, 548:1, 604:5, 604:11, 604:12, 638:23, 639:5, 640:8
guys [2] - 497:13, 636:1

## H

had... [1] - 491:23
half [2] - 592:7, 616:13
hallway [1] - 606:12
HAMPTON [1] - 442:6
hand [2] - 453:2, 609:2
handful [2] - 637:20, 637:22
handing [1] - 606:20
hands [11] - 452:23, 453:2, 454:15, 457:8, 457:11, 597:21, 597:24, 598:2, 598:3, 641:10, 643:18
handwriting [1] - 616:20
hang [2] - 503:6, 645:1
hanging [1] - 496:19
happy [2] - 547:7, 589:25
harassed [2] - 486:15, 486:17
harassing [1] - 486:15
hard [5] - 452:12, 497:2, 522:13, 551:2, 605:23
harden [1] - 445:16
HASSEN [2] - 441:4, 441:17
head [3] - 628:6, 628:13, 628:23
hear [14] - 532:19, 532:20, 537:10, 566:24, 605:17, 606:16, 606:18, 612:14, 629:11, 630:13, 643:23, 647:23, 648:19, 665:5
heard [11] - 445:20, 465:1, 465:3, 513:9, 536:25, 585:3, 615:3, 625:9, 628:4, 630:15, 659:21
hearing [1] - 659:10
hearsay [3] - 447:16, 594:5, 660:11
heart [2] - 477:8, 605:17
hearts [1] - 502:22

hectic [1] - 463:18
held [1] - 602:14
hell [1] - 572:18
Hello [3] - 468:23, 556:9, 558:3
help [2] - 447:15, 497:5
herself [6] - 469:4, 540:12, 559:20, 559:23, 560:1, 571:5
hesitate [1] - 587:17
Hi [1] - 468:16
high school [2] - 609:23, 609:25
highlight [3] - 586:21, 599:2, 620:14
highlighted [3] - 549:14, 549:16, 549:19, 587:12, 587:13
himself [3] - 458:5, 630:18, 638:24
hired [3] - 480:21, 610:7
hit [19] - 455:25, 456:2, 456:4, 456:6, 456:7, 456:18, 456:24, 623:23, 623:25, 629:22, 629:23, 629:25, 630:2, 630:6, 630:10, 630:11, 644:7, 645:20, 648:14
hitting [1] - 630:16
Hold [2] - 467:25, 582:2
hold [6] - 457:8, 468:4, 470:17, 603:12, 604:23, 604:25
holding [2] - 457:10, 632:1
home [5] - 497:11, 501:21, 501:22, 582:15, 650:23
hon [1] - 468:16
honestly [6] - 449:14, 478:8, 517:8, 517:12, 569:8, 572:17
honor [1] - 561:18
Honor [99] - 443:12, 443:14, 443:23, 444:7, 444:10, 461:13, 463:13, 463:16, 464:2, 464:6, 467:6, 467:9, 472:13, 486:20, 487:8, 489:4, 489:7, 489:17, 490:16, 491:7, 491:9, 499:25, 500:2, 506:9, 506:11, 511:3, 513:16, 513:22, 514:4, 514:17, 515:3, 516:9, 522:9, 523:12, 524:4, 524:22, 532:1, 532:12, 534:1, 534:24, 536:4, 536:9, 536:21, 536:24, 536:25, 537:5, 537:7, 537:11, 537:15, 537:25, 538:5, 538:6, 538:13, 538:17, 539:1, 539:8, 539:10, 539:12, 539:20, 540:22, 542:11, 543:12, 549:24, 550:2, 551:10, 554:14, 554:16, 555:17, 556:24, 557:1, 564:15, 564:18, 576:12, 582:6, 586:6, 586:20, 590:11, 590:17, 590:21, 591:8, 591:20, 593:1, 593:20, 593:24, 594:5, 601:16, 602:20, 607:4, 607:7, 607:20, 607:24, 609:7, 610:6, 610:11, 638:12, 644:23, 654:2, 664:4, 665:3
Honor's [2] - 538:17, 540:2
HONORABLE [1] - 441:13
Honorable [2] - 443:4, 443:6
hope [4] - 526:15, 539:18, 541:3, 593:8
hoped [1] - 449:16
hoping [3] - 502:1, 577:4, 651:18
HOPPER [2] - 441:3, 441:17
horrible [1] - 631:11

hospital [5] - 656:8, 656:15, 656:19, 657:2, 657:8
Hospital [2] - 656:9, 656:10
Hotel [4] - 487:18, 487:19, 525:15, 621:25
hotel [6] - 460:7, 492:16, 544:12, 544:14, 576:11, 621:23
hour [5] - 535:9, 535:11, 552:17, 558:24, 592:7
hours [8] - 497:10, 546:20, 602:25, 653:24, 653:25, 654:4, 654:16, 656:16
house [1] - 600:4
Howard [32] - 441:22, 442:7, 467:14, 468:7, 510:25, 511:1, 527:21, 556:13, 557:18, 558:25, 559:7, 561:5, 570:24, 579:9, 580:18, 581:17, 582:11, 582:21, 583:8, 583:16, 584:15, 585:7, 587:22, 587:25, 588:6, 588:11, 593:12, 594:3, 597:23, 599:7, 603:24, 612:14
HOWARD [1] - 441:9
Howie [25] - 446:17, 468:7, 501:10, 504:6, 521:13, 534:10, 536:8, 537:15, 538:16, 543:17, 548:5, 555:20, 556:5, 560:8, 562:6, 562:20, 583:1, 584:24, 585:13, 587:5, 587:13, 599:19, 600:6, 606:12
Howie's [3] - 559:13, 559:20, 560:5, 571:6, 662:2
Huge [2] - 510:5, 510:10
huge [5] - 510:10, 510:16, 510:17, 583:4
humor [4] - 548:7, 599:17, 599:20, 600:2
hundred [1] - 571:3, 594:15, 604:1
hurry [3] - 482:5, 575:19, 576:11
hurt [4] - 457:23, 457:24, 632:25, 633:3
hurting [1] - 451:2

## I

I3 [6] - 536:5, 547:8, 547:16, 599:14, 667:14
idea [5] - 505:25, 521:17, 545:13, 566:13, 654:9, 654:10
identifies [1] - 469:4
identify [1] - 469:3
image [1] - 504:23
immediately [7] - 477:4, 477:16, 513:6, 536:10, 539:15, 560:13, 653:19
impacted [1] - 589:15
implants [1] - 518:24
important [2] - 511:15, 586:12
incapsulating [2] - 445:14, 445:15
incident [5] - 448:1, 461:7, 595:9, 632:16, 632:22
include [2] - 479:15, 589:6
included [1] - 472:11
indeed [1] - 543:8
indicated) [1] - 597:17

**indicating** [2] - 457:9, 606:7
**indicating)** [1] - 604:12
**individually** [1] - 643:22
**industry** [1] - 634:16
**info** [5] - 504:6, 542:16, 543:17, 543:19, 582:25
**information** [16] - 446:3, 446:9, 446:15, 503:19, 504:4, 505:5, 506:2, 506:3, 560:15, 560:19, 560:25, 561:15, 562:6, 562:13, 580:1, 613:23
**initial** [1] - 620:3
**initialled** [1] - 620:1
**initials** [1] - 619:23
**initiated** [1] - 600:5
**initiating** [1] - 611:6
**injured** [4] - 445:12, 445:13, 461:4, 461:5
**injuries** [11] - 445:3, 445:7, 445:10, 446:25, 447:9, 449:17, 462:1, 587:25, 588:15, 589:6, 595:15
**injury** [12] - 445:18, 447:4, 450:17, 450:18, 450:20, 450:23, 460:9, 460:12, 460:20, 461:1, 462:5, 599:11
**inquire** [1] - 609:6
**inside** [8] - 454:3, 455:13, 455:22, 458:5, 458:7, 492:10, 638:23, 659:8
**insomnia** [3] - 588:12, 588:13, 589:7
**Instagram** [10] - 446:10, 465:6, 465:9, 506:2, 566:25, 567:2, 567:9, 567:18, 612:15, 612:18
**instead** [4] - 520:5, 526:4, 528:2, 529:21
**instruct** [1] - 515:3
**instructed** [2] - 487:22, 662:3
**intended** [3] - 472:19, 479:8, 479:11
**intention** [2] - 519:4, 526:13
**interact** [2] - 585:6, 661:5
**interaction** [5] - 584:23, 585:2, 585:10, 588:20, 588:24
**interactions** [2] - 589:2, 618:9
**interested** [2] - 493:7, 514:19
**interrogate** [1] - 592:3
**interrupt** [3] - 505:9, 633:1, 658:11
**intertwined** [1] - 539:21
**intimidating** [1] - 606:9
**intoxicated** [7] - 478:19, 480:23, 481:1, 481:4, 481:6, 491:19, 597:2
**introduce** [5] - 504:11, 561:17, 582:21, 582:23, 638:24
**introduced** [10] - 464:20, 464:25, 466:13, 466:19, 556:13, 556:15, 559:6, 559:20, 559:23, 571:5
**introduces** [1] - 560:1
**introducing** [6] - 579:2, 579:9, 580:8, 580:17, 581:12, 613:19
**intuitive** [1] - 549:25
**inviting** [1] - 472:5
**involved** [8] - 465:19, 465:22, 466:1, 466:3, 477:25, 516:4, 539:22, 568:6
**iPhones** [1] - 602:2

**ISAACS** [1] - 441:25
**issue** [5] - 536:3, 539:6, 539:12, 542:23, 556:2
**it..** [1] - 572:19
**item** [1] - 531:11
**IV** [1] - 656:13

### J

**Jacksonville** [1] - 511:9
**Jamaica** [1] - 612:1
**Jane Doe** [7] - 516:6, 516:18, 517:7, 517:8, 539:21, 540:16, 540:19
**jaw** [1] - 454:25
**jean** [1] - 642:6
**Jen** [4] - 534:8, 541:22, 574:4, 652:5
**JENNIFER** [1] - 441:9
**Jennifer** [83] - 442:2, 442:9, 446:7, 446:8, 446:9, 465:13, 483:20, 487:19, 495:19, 503:19, 505:18, 506:4, 509:19, 510:20, 533:17, 542:14, 554:23, 556:15, 557:13, 559:9, 559:12, 559:14, 559:20, 560:1, 560:2, 560:7, 561:14, 561:21, 562:12, 563:17, 563:24, 564:9, 564:25, 565:17, 566:14, 567:11, 567:18, 567:24, 568:6, 569:1, 569:7, 570:9, 570:19, 571:5, 572:4, 572:10, 572:23, 573:7, 575:14, 575:20, 576:2, 576:19, 577:2, 578:8, 578:17, 580:1, 582:17, 583:11, 583:19, 584:6, 585:6, 585:15, 587:3, 587:17, 587:21, 588:24, 604:15, 613:20, 615:11, 617:13, 618:8, 618:18, 618:19, 620:7, 621:17, 624:20, 635:25, 636:16, 652:16, 653:14, 661:22, 662:11, 663:21

**JenniferThun.CSR@Gmail.com** [1] - 442:11
**jobs** [3] - 480:16, 546:22, 546:23
**JOHN** [1] - 441:19
**joke** [1] - 599:23
**JOLENE** [1] - 442:4
**Jolene** [1] - 554:22
**JP** [1] - 566:17
**Judge** [3] - 461:23, 490:10, 638:13
**JUDGE** [1] - 441:13
**judge** [3] - 482:13, 482:14, 663:7
**Julio** [2] - 566:3, 566:6
**July** [2] - 544:9, 590:2
**jumbled** [1] - 492:11
**JURY** [2] - 441:12, 586:6
**jury** [35] - 443:9, 443:10, 445:11, 445:20, 447:6, 457:8, 462:5, 462:16, 463:15, 463:24, 487:4, 489:18, 524:11, 524:13, 524:15, 535:10, 536:2, 539:15, 541:1, 556:21, 564:8, 564:25, 569:6, 591:1, 591:3, 592:5, 592:21, 600:21, 602:22, 614:23, 618:25, 620:10, 639:2, 643:18, 649:14
**Jury** [9] - 462:18, 486:23, 524:18, 524:19, 586:3, 586:5, 592:22, 592:23,

664:15
**jury's** [1] - 592:9
**just..** [2] - 517:10, 590:6

### K

**KATHERINE** [1] - 441:25
**Katrina** [30] - 540:10, 540:11, 634:24, 634:25, 635:8, 636:19, 636:20, 636:22, 637:7, 638:17, 639:5, 639:7, 641:16, 641:24, 642:4, 642:16, 644:2, 644:7, 644:8, 645:20, 646:19, 647:19, 648:6, 648:19, 648:23, 649:8, 649:11, 649:18, 650:3, 652:17
**Katrina's** [7] - 641:10, 643:13, 643:14, 644:24, 645:4, 647:6, 647:9
**keep** [7] - 511:5, 511:6, 619:5, 640:14, 662:2, 664:3, 664:9
**keeps** [1] - 559:13
**kept** [1] - 630:9
**Khan** [1] - 598:24
**kicked** [5] - 637:21, 638:3, 638:7, 638:14, 639:5
**kind** [10] - 455:9, 460:12, 463:17, 475:16, 492:11, 542:21, 556:15, 637:25, 645:10, 645:11
**kinds** [1] - 480:12
**kissing** [6] - 469:7, 477:9, 479:5, 479:6, 495:6, 497:24
**knee** [1] - 627:16
**knees** [1] - 627:18
**knocked** [1] - 483:15
**know..** [1] - 531:19
**knowledge** [1] - 594:13

### L

**ladies** [10] - 462:15, 468:12, 494:18, 524:8, 535:6, 541:3, 557:18, 557:24, 590:24, 664:7
**Ladies** [3] - 478:14, 586:3, 586:5
**laid** [1] - 605:14
**landed** [4] - 497:14, 615:21, 652:10, 652:12
**lapel** [1] - 554:15
**laptop** [1] - 528:9
**large** [2] - 454:2
**last** [16] - 497:17, 522:15, 533:23, 544:6, 548:24, 551:5, 554:3, 560:3, 562:18, 585:2, 585:25, 586:21, 592:7, 652:24, 655:5, 660:21
**late** [2] - 517:13, 660:12
**Lauderdale** [4] - 609:18, 615:15, 615:16, 615:19
**laugh** [1] - 541:23
**laughing** [2] - 497:1, 497:7
**laughing/crying** [1] - 497:8
**LAVIGN** [2] - 554:16, 557:3
**LAVIGN-ALBERT** [2] - 554:16, 557:3
**LAVIGNE** [49] - 442:4, 506:11, 554:14,

554:19, 555:8, 555:17, 556:18, 556:24, 557:5, 557:11, 558:15, 560:24, 561:10, 561:17, 561:23, 563:11, 564:14, 564:21, 565:20, 565:24, 566:17, 572:2, 572:20, 573:16, 576:12, 576:23, 577:25, 578:3, 578:15, 581:22, 582:6, 582:8, 584:18, 584:20, 584:25, 585:21, 585:24, 586:20, 587:8, 588:17, 590:10, 590:13, 590:15, 590:21, 641:22, 642:1, 644:25, 650:4, 666:7

**Lavigne** [2] - 554:22, 593:15

**LAVIGNE-ALBERT** [49] - 442:4, 506:11, 554:14, 554:19, 555:8, 555:17, 556:18, 556:24, 557:5, 557:11, 558:15, 560:24, 561:10, 561:17, 561:23, 563:11, 564:14, 564:21, 565:20, 565:24, 566:17, 572:2, 572:20, 573:16, 576:12, 576:23, 577:25, 578:3, 578:15, 581:22, 582:6, 582:8, 584:18, 584:20, 584:25, 585:21, 585:24, 586:20, 587:8, 588:17, 590:10, 590:13, 590:15, 590:21, 641:22, 642:1, 644:25, 650:4, 666:7

**Lavigne-Albert** [2] - 554:22, 593:15

**law** [1] - 610:7

**lawsuit** [4] - 551:8, 600:5, 610:23, 611:6

**lawyer** [3] - 484:12, 610:7, 664:3

**lawyer's** [1] - 598:11

**lawyers** [3] - 551:14, 602:24, 604:19

**laying** [1] - 605:13

**lead** [1] - 644:22

**leaned** [1] - 645:12

**learn** [1] - 567:8

**least** [2] - 524:2, 536:21

**leave** [14] - 527:11, 527:13, 527:15, 529:12, 529:18, 596:16, 596:18, 596:19, 621:2, 621:5, 622:18, 639:12, 650:21, 658:25

**leaving** [6] - 450:5, 527:18, 527:20, 527:22, 534:15, 656:19

**left** [44] - 453:2, 457:11, 460:3, 487:12, 487:14, 487:15, 488:6, 489:23, 492:14, 492:16, 492:18, 492:23, 492:25, 493:10, 501:24, 532:15, 532:18, 532:22, 596:14, 604:17, 621:1, 621:7, 621:8, 621:10, 622:16, 631:13, 631:17, 631:19, 631:20, 631:22, 631:24, 632:5, 639:5, 639:14, 639:24, 640:19, 640:20, 648:25, 649:4, 649:8, 649:11, 657:2

**leg** [2] - 630:1, 630:2

**legal** [1] - 560:11

**legs** [1] - 453:10

**Lenox Hill** [2] - 656:9, 656:10

**LI** [1] - 442:5

**lie** [1] - 662:5

**life** [2] - 462:9, 590:2

**lift** [1] - 445:16

**lifted** [1] - 597:21

**light** [2] - 561:8, 563:4

**limine** [3] - 536:10, 537:9, 540:3

**limitations** [1] - 540:2

**limited** [1] - 514:22

**Line** [1] - 499:5

**line** [30] - 467:16, 468:10, 468:15, 469:8, 469:10, 470:4, 471:9, 476:10, 478:11, 483:4, 483:5, 494:9, 495:9, 496:3, 496:13, 497:10, 497:18, 502:2, 507:2, 509:7, 509:12, 536:16, 536:22, 536:23, 537:14, 539:15, 557:18, 562:18, 620:13

**lined** [1] - 463:15

**Lines** [3] - 512:11, 526:18, 529:2

**lines** [18] - 468:15, 470:1, 470:2, 485:5, 485:19, 486:7, 508:18, 508:24, 536:12, 536:18, 541:13, 547:9, 548:24, 549:22, 551:5, 552:6, 554:3, 606:1

**lingerie** [1] - 624:12

**lips** [2] - 469:7, 495:6

**literally** [2] - 604:7, 606:6

**litigation** [1] - 463:19

**live** [4] - 609:17, 609:21, 635:10, 635:11

**lived** [1] - 615:12

**lives** [1] - 546:19

**living** [17] - 448:5, 458:24, 459:7, 459:10, 459:14, 459:22, 480:1, 492:15, 492:19, 615:13, 623:14, 625:8, 625:14, 632:9, 655:17, 657:16, 661:25

**LLP** [3] - 441:21, 442:1, 442:6

**logistical** [2] - 562:5, 562:13

**LOL** [19] - 495:10, 496:10, 496:18, 497:10, 499:6, 502:3, 502:14, 502:16, 509:2, 510:5, 511:12, 516:15, 517:19, 536:8, 538:16, 538:22, 544:4, 548:5, 587:1

**long-term** [1] - 461:25

**look** [23] - 467:3, 467:12, 467:16, 472:7, 479:14, 499:19, 504:4, 531:11, 532:7, 547:17, 558:16, 565:18, 565:25, 566:2, 573:16, 577:25, 585:24, 604:6, 604:7, 618:24, 640:4, 661:10

**looked** [13] - 558:25, 561:4, 565:8, 565:14, 568:5, 570:25, 578:9, 585:1, 587:4, 588:21, 589:1, 604:17, 659:12

**looking** [2] - 503:16, 537:1

**looks** [6] - 468:20, 477:10, 496:24, 497:1, 511:6, 619:22

**loose** [1] - 648:9

**lost** [3] - 590:1, 603:6, 603:18

**loud** [5] - 444:8, 462:9, 541:23, 593:4

**louder** [2] - 519:13, 532:21

**love** [3] - 470:5, 495:4, 558:10

**loved** [1] - 510:10

**lunch** [14] - 449:9, 450:1, 450:2, 520:8, 524:5, 524:25, 525:2, 525:9, 527:6, 529:16, 535:5, 535:8, 541:3, 586:10

**Luncheon** [1] - 535:13

**Lytell** [68] - 447:8, 465:7, 465:15, 467:14, 468:4, 468:15, 469:4, 469:6,

470:1, 472:20, 473:16, 476:24, 478:12, 481:24, 483:13, 484:2, 484:5, 484:16, 485:14, 485:20, 486:9, 487:11, 487:16, 487:21, 487:23, 488:19, 489:11, 489:14, 490:1, 490:5, 492:4, 492:7, 492:15, 493:11, 493:14, 493:16, 513:13, 514:7, 532:25, 536:19, 540:10, 542:8, 542:19, 542:21, 543:6, 544:9, 544:16, 544:23, 545:5, 546:9, 547:18, 547:21, 548:8, 548:12, 549:2, 549:8, 549:9, 552:13, 552:20, 553:3, 553:22, 554:4, 562:24, 563:1, 567:23, 595:4, 607:15, 609:12

**LYTELL** [4] - 441:3, 441:16, 609:3, 666:9

**Lytell'** [1] - 482:2

**Lytell's** [1] - 546:13

# M

**ma'am** [29] - 467:11, 470:15, 471:9, 473:22, 480:2, 480:21, 481:14, 482:6, 482:9, 484:24, 486:2, 491:2, 493:1, 497:6, 498:14, 508:4, 521:2, 523:4, 527:7, 530:14, 530:17, 531:11, 531:20, 542:1, 546:21, 547:4, 554:9, 607:18, 608:4

**mad** [6] - 543:18, 587:14, 587:18, 599:4, 599:9, 638:17

**madam** [1] - 470:13

**mail** [2] - 442:11, 481:23

**main** [3] - 632:8, 658:5, 658:6

**man** [3] - 606:21, 657:19, 657:20

**Manhattan** [1] - 562:7

**manner** [9] - 453:20, 455:12, 455:25, 456:6, 456:7, 456:19, 456:25, 457:18, 645:8

**March** [2] - 441:7, 665:6

**Marie** [42] - 445:21, 445:22, 445:24, 446:4, 446:16, 446:18, 446:21, 503:17, 503:23, 504:11, 504:16, 504:22, 504:23, 505:25, 507:9, 507:10, 508:11, 510:8, 510:14, 510:21, 510:25, 512:4, 578:8, 578:17, 578:24, 579:2, 579:6, 579:9, 580:2, 580:9, 580:17, 581:13, 582:18, 582:21, 582:24, 585:16, 593:10, 593:12, 593:17, 594:1, 594:13

**marked** [6] - 490:17, 500:8, 531:8, 534:4, 547:16, 552:7

**married** [1] - 506:8

**master** [7] - 632:8, 643:3, 643:5, 649:1, 658:5, 658:6, 659:24

**matter** [3] - 514:3, 514:16, 601:22

**Matter** [1] - 665:6

**matters** [4] - 514:6, 524:12, 540:19, 591:2

**MATTHEW** [1] - 441:20

**MAY** [1] - 441:24

**MCDONALD** [9] - 441:23, 447:16, 593:24, 594:5, 594:11, 602:20, 607:7,

659:16, 665:3

**mean** [43] - 445:15, 458:7, 458:11, 465:3, 477:13, 477:24, 478:2, 478:4, 479:12, 481:10, 482:19, 496:1, 499:9, 505:9, 507:15, 507:19, 507:21, 508:19, 509:2, 517:1, 523:20, 538:8, 545:5, 580:6, 580:7, 587:12, 595:25, 596:23, 597:1, 597:12, 599:19, 612:17, 627:21, 633:1, 638:14, 643:12, 643:17, 644:15, 645:11, 650:15, 650:17, 653:4, 659:24

**mean..** [2] - 507:18, 511:21

**meaning** [1] - 507:16

**means** [10] - 469:22, 470:11, 475:7, 475:9, 482:18, 509:3, 509:22, 557:6, 646:11, 663:5

**meant** [6] - 473:14, 473:16, 474:17, 508:20, 615:2, 620:19

**medical** [7] - 519:16, 519:20, 520:1, 520:16, 521:12, 526:10, 527:1

**medicine** [1] - 656:14

**meet** [40] - 448:7, 448:17, 468:12, 468:23, 478:14, 481:16, 488:2, 503:3, 504:22, 505:25, 510:14, 511:1, 518:19, 519:9, 520:9, 520:11, 555:20, 556:5, 557:18, 557:24, 558:3, 562:20, 563:2, 574:4, 576:9, 579:5, 593:12, 594:13, 596:6, 602:24, 611:25, 613:5, 613:8, 613:24, 621:15, 636:18, 639:23, 651:11, 652:16

**meeting** [18] - 448:13, 537:14, 562:19, 581:24, 582:4, 582:5, 582:7, 582:8, 582:9, 582:10, 582:11, 583:7, 583:16, 584:15, 585:7, 595:8, 598:16, 600:14

**meetings** [2] - 587:25, 588:6

**memory** [15] - 450:19, 451:6, 452:13, 452:14, 458:17, 617:6, 625:6, 626:18, 627:13, 631:5, 631:10, 652:4, 657:14, 657:18, 660:21

**mention** [3] - 510:12, 561:7, 563:3

**mentioned** [2] - 540:1, 583:4

**mentions** [1] - 566:3

**message** [33] - 446:19, 494:24, 495:8, 495:25, 496:1, 496:3, 533:17, 533:20, 543:8, 549:4, 555:18, 558:25, 559:9, 559:25, 563:21, 568:11, 568:16, 568:23, 571:6, 573:23, 584:24, 585:11, 585:17, 587:3, 593:14, 612:18, 613:4, 613:7, 613:17, 613:20, 614:20

**messaged** [3] - 612:15, 612:17, 612:24

**messages** [34] - 444:19, 467:15, 474:9, 475:11, 496:2, 498:10, 498:14, 500:12, 539:23, 549:1, 553:17, 558:3, 561:4, 565:8, 565:16, 566:9, 566:12, 570:25, 577:1, 577:7, 577:9, 577:23, 578:9, 587:10, 588:21, 588:25, 598:22, 602:2, 602:5, 632:17, 632:21, 640:1, 640:9

**met** [31] - 448:25, 449:5, 464:14, 477:19, 479:8, 479:11, 480:4, 481:17,

483:21, 487:23, 488:3, 495:3, 510:25, 516:12, 520:8, 520:15, 521:10, 544:7, 555:2, 562:23, 562:24, 563:1, 572:4, 572:7, 572:8, 604:18, 611:7, 621:20, 634:25, 635:5, 637:12

**Metropolitan** [6] - 617:14, 617:19, 622:23, 636:2, 636:5, 657:9

**MIA** [4] - 441:3, 441:16, 609:3, 666:9

**Mia** [38] - 447:8, 447:11, 447:20, 469:15, 469:17, 482:2, 484:1, 485:20, 496:11, 496:12, 497:14, 498:8, 516:12, 516:14, 516:18, 516:24, 518:18, 518:19, 537:1, 537:2, 540:9, 541:23, 543:18, 549:11, 555:20, 556:5, 562:19, 567:23, 570:12, 571:7, 595:4, 607:15, 609:12, 609:13, 609:15, 650:14

**Mia's** [1] - 497:21

**Miami** [2] - 511:6, 635:12

**mic** [8] - 444:7, 464:5, 500:3, 554:15, 556:2, 603:6, 603:18, 610:2

**mic'ing** [1] - 604:4

**MICHAEL** [1] - 442:8

**mics** [1] - 603:12

**mid** [1] - 590:24

**mid-afternoon** [1] - 590:24

**middle** [3] - 547:24, 565:25, 620:13

**might** [4] - 478:3, 493:7, 503:3, 570:13

**miles** [1] - 606:4

**mind** [9] - 537:16, 537:17, 579:4, 580:4, 580:10, 580:22, 583:10, 583:11, 664:9

**mind's** [1] - 606:4

**minded** [2] - 516:13, 516:23

**mine** [5] - 445:22, 605:1, 635:9, 644:3, 655:10

**minute** [12] - 446:25, 463:14, 473:23, 539:17, 556:10, 560:13, 560:25, 582:2, 591:7, 591:12, 606:4, 640:15

**minutes** [21] - 461:14, 462:17, 463:15, 478:22, 478:25, 479:1, 486:22, 486:25, 524:2, 524:4, 524:8, 534:15, 535:3, 556:9, 558:24, 592:18, 593:16, 629:5, 635:15, 638:10, 662:20

**mischaracterize** [1] - 564:12

**mischaracterizes** [1] - 503:4

**missing** [2] - 596:24, 596:25

**mistreated** [1] - 587:22

**ML** [1] - 619:24

**model** [6] - 480:7, 480:17, 504:1, 504:2, 612:4, 613:10

**modeling** [7] - 480:12, 481:7, 481:10, 481:11, 612:1, 612:8, 634:16

**models** [1] - 546:22

**moment** [14] - 480:2, 500:2, 513:6, 543:15, 547:17, 564:15, 568:5, 587:4, 590:11, 590:17, 590:19, 594:25, 607:20, 611:4, 626:18, 643:14, 646:4, 649:6

**mommy** [1] - 628:2

**money** [22] - 449:16, 459:17, 518:4,

518:9, 518:24, 519:16, 519:20, 519:25, 521:11, 526:10, 529:17, 543:24, 587:18, 588:22, 589:1, 589:3, 596:7, 599:11, 633:13, 633:14

**month** [1] - 612:21

**months** [4] - 537:18, 548:11, 573:1, 600:13

**Moore** [47] - 464:10, 464:19, 467:12, 475:2, 475:21, 479:7, 479:10, 479:17, 480:3, 487:11, 488:19, 489:11, 489:22, 490:25, 502:25, 506:14, 514:7, 522:12, 524:24, 528:25, 536:6, 536:19, 541:7, 554:20, 555:10, 557:12, 557:25, 561:12, 561:21, 562:5, 563:22, 564:22, 565:25, 566:21, 576:25, 578:7, 583:14, 586:24, 610:24, 612:6, 612:24, 613:15, 613:20, 614:8, 618:8, 618:10, 627:14

**MOORE** [4] - 441:3, 441:16, 443:15, 666:4

**Moore's** [2] - 526:17, 537:16

**morning** [18] - 443:7, 443:14, 443:19, 443:20, 464:10, 464:11, 495:5, 500:14, 500:15, 500:18, 507:5, 541:7, 554:20, 575:9, 582:14, 656:23, 664:11, 665:4

**most** [3] - 470:5, 558:10, 586:13

**motion** [4] - 472:16, 536:9, 537:9, 540:3

**mouth** [16] - 454:5, 454:9, 455:7, 626:20, 626:22, 627:5, 627:10, 627:14, 628:1, 629:13, 629:20, 644:24, 645:4, 645:5, 645:6, 648:9

**move** [25] - 455:8, 467:7, 472:13, 489:4, 491:7, 499:25, 500:3, 506:9, 511:3, 522:9, 523:14, 534:2, 536:11, 536:17, 539:9, 547:13, 549:21, 561:17, 567:19, 576:12, 584:3, 590:20, 604:16, 616:4, 660:10

**moved** [2] - 604:5, 604:13

**moving** [2] - 583:14, 597:19

**MR** [145] - 443:12, 443:14, 443:18, 443:21, 444:7, 444:10, 444:16, 447:16, 452:6, 452:9, 454:14, 454:21, 457:10, 461:13, 462:11, 462:13, 463:2, 463:6, 463:13, 464:2, 476:11, 476:13, 476:14, 482:17, 486:20, 489:6, 491:9, 499:21, 500:2, 500:6, 503:4, 503:14, 506:24, 511:3, 512:9, 512:12, 514:16, 515:1, 523:20, 523:25, 524:2, 524:3, 536:4, 536:17, 536:21, 536:24, 537:5, 537:7, 537:9, 537:11, 537:25, 538:4, 538:12, 539:2, 539:5, 539:10, 539:12, 539:18, 540:8, 540:14, 540:15, 540:18, 540:22, 540:23, 542:7, 542:11, 543:2, 547:14, 548:22, 549:23, 551:10, 551:16, 556:25, 557:6, 561:18, 564:11, 564:15, 564:17, 568:17, 585:19, 585:23, 590:17, 591:8, 591:13, 591:15, 591:19, 591:24, 593:1, 593:3, 593:6, 593:24, 594:5, 594:6, 594:11, 594:22, 598:23, 599:13, 600:18, 601:15, 602:20, 603:6,

604:9, 607:3, 607:7, 607:14, 607:20, 607:23, 608:1, 609:7, 609:9, 610:6, 610:10, 616:2, 616:6, 616:10, 616:13, 617:8, 619:20, 620:9, 620:14, 638:8, 638:12, 641:20, 641:25, 642:9, 642:24, 643:9, 643:15, 644:3, 644:23, 645:2, 646:5, 649:6, 650:5, 650:7, 650:12, 650:13, 654:2, 658:1, 659:16, 664:4, 665:3, 666:5, 666:8, 666:10
**MR. GROVER** [10] - 463:16, 536:14, 537:2, 537:8, 538:6, 538:9, 538:17, 539:1, 539:7, 659:17
**Mr. Jackson** [1] - 539:15
**Mr. Rosenberg** [88] - 454:7, 464:6, 464:9, 467:2, 467:3, 467:9, 467:19, 472:13, 472:24, 476:9, 484:9, 487:8, 487:10, 488:16, 489:4, 489:17, 489:21, 490:12, 490:16, 490:20, 491:7, 491:12, 491:16, 492:1, 494:6, 499:2, 499:19, 499:22, 500:10, 503:12, 506:9, 506:12, 507:1, 508:21, 512:6, 512:10, 512:15, 513:4, 513:16, 513:22, 514:4, 514:14, 514:19, 514:21, 514:24, 515:3, 515:5, 516:9, 516:10, 522:9, 523:12, 523:14, 523:24, 524:3, 524:22, 524:23, 526:14, 526:16, 531:7, 532:1, 532:12, 532:13, 533:24, 534:6, 534:24, 535:3, 541:6, 541:13, 543:12, 546:10, 547:8, 547:13, 548:14, 549:21, 550:1, 551:5, 552:5, 552:8, 554:12, 574:24, 593:20, 595:5, 595:13, 596:4, 598:8, 600:14, 660:10, 666:6
**MS** [50] - 506:11, 554:14, 554:16, 554:19, 555:8, 555:17, 556:18, 556:24, 557:3, 557:5, 557:11, 558:15, 560:24, 561:10, 561:17, 561:23, 563:11, 564:14, 564:21, 565:20, 565:24, 566:17, 572:2, 572:20, 573:16, 576:12, 576:23, 577:25, 578:3, 578:15, 581:22, 582:6, 582:8, 584:18, 584:20, 584:25, 585:21, 585:24, 586:20, 587:8, 588:17, 590:10, 590:13, 590:15, 590:21, 641:22, 642:1, 644:25, 650:4, 666:7
**MULLIN** [1] - 442:6
**multiple** [1] - 628:25
**must** [1] - 531:21

# N

**naked** [2] - 605:1, 647:14
**name** [30] - 445:20, 464:12, 486:3, 513:10, 513:15, 514:16, 516:2, 516:6, 539:19, 539:23, 540:1, 540:5, 554:22, 560:2, 560:3, 560:11, 569:2, 601:22, 602:8, 605:8, 605:16, 609:10, 609:11, 612:8, 651:22, 652:24, 655:5, 662:2, 664:3
**named** [1] - 612:15
**names** [2] - 655:14, 663:24
**Nancy** [17] - 548:24, 549:22, 552:6,

651:22, 651:23, 651:24, 652:19, 652:23, 653:12, 654:25, 655:11, 655:12, 656:7, 657:5, 658:10, 659:5, 659:12
**NATASHA** [2] - 441:3, 441:16
**nausea** [1] - 656:13
**NBA** [2] - 574:5, 574:9
**NDA** [9] - 485:21, 573:8, 574:7, 574:13, 574:14, 616:18, 618:15, 636:19, 636:23
**near** [1] - 511:8
**neck** [1] - 610:3
**need** [22] - 451:22, 452:4, 452:9, 456:15, 463:10, 534:24, 536:13, 538:10, 540:17, 540:20, 560:23, 594:25, 599:14, 602:9, 606:2, 610:2, 613:25, 639:1, 643:10, 643:18, 665:2, 665:5
**needed** [4] - 576:10, 596:6, 599:14, 600:17
**needs** [1] - 606:2
**negative** [1] - 595:24
**nerves** [1] - 653:7
**never** [20] - 462:8, 471:22, 495:3, 510:19, 510:25, 511:1, 528:24, 529:15, 531:5, 544:21, 572:7, 572:8, 576:2, 576:19, 579:5, 580:24, 583:11, 587:21, 594:15, 604:18
**new** [1] - 664:5
**NEW** [1] - 441:1
**New** [39] - 441:5, 441:19, 441:23, 442:3, 443:4, 448:7, 448:10, 472:20, 481:15, 481:18, 518:11, 521:10, 525:21, 544:9, 547:3, 548:1, 559:13, 559:21, 560:5, 560:8, 560:19, 571:6, 573:9, 613:5, 613:23, 614:1, 614:6, 614:14, 615:4, 615:13, 615:16, 635:17, 637:1, 651:4, 651:11, 655:20, 655:21, 655:22
**New York City airport** [1] - 617:10
**New York City area** [1] - 615:21
**next** [75] - 451:9, 454:1, 456:25, 458:1, 458:4, 458:23, 459:25, 463:23, 466:20, 468:10, 468:15, 469:10, 470:1, 471:9, 476:24, 478:10, 478:18, 481:16, 493:22, 494:23, 495:8, 497:10, 498:18, 502:2, 504:5, 508:18, 513:24, 514:6, 515:6, 535:14, 539:13, 539:22, 540:6, 540:25, 550:4, 551:19, 553:20, 558:8, 571:9, 579:22, 582:17, 604:5, 605:14, 607:12, 608:6, 613:18, 613:19, 621:14, 623:13, 628:5, 629:18, 629:21, 630:3, 630:16, 631:24, 641:9, 645:15, 646:18, 647:3, 647:7, 647:9, 648:8, 648:24, 650:21, 651:10, 657:23, 659:10, 659:20, 659:21, 660:3, 660:6, 660:23, 664:16
**Nice** [2] - 557:18, 557:24
**nice** [4] - 468:12, 468:23, 535:8, 558:3
**night** [11] - 463:20, 489:1, 492:14,

492:24, 493:17, 493:19, 494:18, 632:12, 632:14, 649:18, 663:7
**night's** [1] - 664:14
**nighttime** [1] - 656:24
**nobody** [1] - 663:16
**nodule** [1] - 664:5
**nondisclosure** [3] - 482:3, 485:14, 487:12
**nonetheless** [1] - 633:9
**nonresponsive** [2] - 472:14, 576:13
**nonsubstantive** [1] - 551:4
**nothing** [10] - 472:10, 533:8, 551:17, 554:12, 584:14, 602:11, 602:12, 656:12
**notice** [2] - 592:11, 592:12
**notwithstanding** [1] - 504:21
**November** [1] - 554:10
**nowhere** [2] - 623:16, 632:15
**nubby** [1] - 573:5
**nude** [1] - 604:24
**number** [15] - 469:2, 480:11, 512:9, 539:23, 552:4, 557:2, 566:2, 566:5, 570:5, 570:11, 570:14, 570:20, 576:25, 622:11
**Number** [2] - 512:8, 603:5
**numerous** [1] - 480:14
**NY** [2] - 441:19, 441:23
**NYC** [5] - 537:22, 538:2, 538:7, 538:16, 538:21

# O

**oath** [7] - 482:10, 482:12, 482:13, 482:15, 482:19, 482:21, 611:14
**object** [3] - 540:1, 590:8, 630:18
**objection** [44] - 447:16, 454:7, 454:21, 489:6, 491:9, 491:13, 500:6, 503:4, 506:11, 538:12, 542:7, 542:10, 547:14, 549:23, 552:2, 556:25, 557:9, 561:18, 564:11, 564:17, 568:17, 585:19, 593:20, 593:24, 594:5, 594:11, 602:20, 616:5, 616:6, 641:20, 641:22, 641:25, 642:1, 642:9, 642:24, 644:25, 646:5, 650:4, 650:5, 650:10, 654:2, 659:16, 659:17, 660:10
**observe** [5] - 622:7, 636:20, 645:4, 647:17, 647:19
**observed** [10] - 642:4, 642:12, 643:1, 645:9, 645:13, 647:8, 647:16, 650:14, 650:19
**obviously** [4] - 455:7, 474:15, 476:5, 524:6
**occurred** [3] - 514:1, 524:12, 591:2
**October** [10] - 548:11, 548:17, 548:18, 549:4, 549:6, 554:7, 651:7, 651:12, 652:22
**OF** [2] - 441:1, 441:12
**offensive** [1] - 581:20
**offered** [2] - 633:13, 633:14
**officers** [1] - 661:2
**Official** [1] - 442:10

**often** [3] - 544:4, 592:5, 592:6
**old** [1] - 609:15
**older** [1] - 605:21
**once** [8] - 453:20, 492:4, 493:25, 516:12, 518:12, 522:9, 555:2, 652:12
**one** [77] - 461:9, 462:10, 467:19, 468:11, 471:7, 472:22, 474:15, 474:16, 474:25, 475:6, 480:2, 481:23, 482:20, 489:23, 489:24, 497:3, 497:4, 497:7, 497:8, 497:9, 497:25, 500:2, 502:7, 503:2, 505:1, 509:23, 511:9, 531:1, 531:5, 535:8, 535:11, 536:4, 536:21, 537:21, 538:20, 539:7, 539:17, 547:25, 549:11, 549:16, 549:19, 552:13, 552:17, 556:10, 559:2, 559:18, 559:24, 561:11, 564:15, 581:10, 587:3, 590:10, 591:20, 599:24, 602:1, 603:10, 604:2, 604:18, 606:11, 607:20, 634:23, 643:14, 643:22, 646:15, 649:6, 653:10, 654:17, 654:19, 657:19, 657:20, 661:10
**one-minute** [1] - 539:17
**ones** [7] - 495:19, 497:21, 547:21, 549:8, 549:9, 549:10
**ongoing** [1] - 547:20
**oops** [1] - 573:20
**open** [9] - 443:1, 443:10, 463:24, 516:1, 516:13, 516:23, 536:2, 541:1, 552:1
**open-minded** [2] - 516:13, 516:23
**opened** [1] - 658:21
**opening** [1] - 659:21
**opportunity** [4] - 530:14, 551:11, 567:16, 610:19
**or...** [1] - 493:9
**oral** [1] - 456:15
**ordered** [1] - 637:19
**originally** [1] - 609:21
**otherwise** [1] - 496:20
**outdoor** [2] - 589:17, 589:19
**outfits** [8] - 488:13, 489:12, 489:14, 489:15, 490:5, 490:7, 624:12, 624:18
**outside** [8] - 492:9, 492:10, 524:12, 591:2, 607:23, 638:22, 638:24
**overhead** [1] - 543:15
**overload** [1] - 468:1
**overnight** [1] - 656:18
**overruled** [7] - 454:22, 489:8, 491:13, 503:9, 552:2, 593:25, 602:21
**Overruled** [4] - 642:2, 642:11, 642:25, 645:3
**overwhelmed** [1] - 604:22
**own** [3] - 462:9, 463:9, 605:9

## P

**p.m** [23] - 467:18, 467:23, 469:11, 470:3, 476:17, 478:13, 494:11, 516:12, 541:11, 543:16, 552:14, 555:19, 555:23, 556:6, 556:10, 558:1, 558:5, 558:12, 558:22, 562:19, 562:20, 566:2, 573:19
**P7** [5] - 490:18, 491:8, 491:15, 594:23, 667:8
**pack** [1] - 565:3
**packet** [1] - 476:5
**packing** [2] - 639:20, 639:22
**page** [31] - 463:23, 466:20, 483:4, 483:5, 485:5, 485:19, 486:7, 497:17, 498:18, 512:9, 513:24, 515:6, 535:14, 540:25, 541:11, 548:24, 550:4, 551:19, 555:19, 557:4, 557:17, 558:8, 558:9, 565:24, 565:25, 571:9, 608:6, 616:23, 616:25, 657:23, 664:16
**Page** [9] - 500:12, 512:10, 513:5, 526:17, 529:2, 573:17, 576:24, 598:23, 598:24
**paid** [7] - 480:22, 493:13, 493:14, 519:10, 613:24, 651:2, 651:18
**pain** [8] - 445:17, 447:3, 496:18, 498:11, 498:15, 499:6, 656:13
**painkiller** [1] - 638:2
**Palmore** [9] - 467:4, 476:9, 494:9, 512:8, 513:4, 526:16, 534:7, 543:2, 552:8
**panic** [1] - 605:11
**pants** [3] - 441:15, 647:15
**paper** [3] - 620:25, 658:22, 658:23
**papers** [1] - 606:14
**Paradise** [1] - 612:9
**paragraph** [3] - 619:22, 620:3, 620:10
**paralegal** [1] - 463:7
**part** [11] - 454:12, 478:6, 502:12, 525:11, 525:12, 538:7, 561:24, 568:24, 588:16, 601:9, 604:18
**particular** [2] - 460:15, 461:6
**parties** [1] - 586:12
**parts** [3] - 452:22, 538:23, 606:16
**party** [2] - 557:13, 604:24
**Pashence** [43] - 445:21, 445:22, 445:24, 446:4, 446:12, 446:13, 446:15, 446:18, 503:17, 503:23, 504:11, 504:16, 504:22, 504:23, 505:25, 507:9, 507:10, 508:11, 510:8, 510:14, 510:21, 510:25, 512:3, 512:4, 578:8, 578:17, 578:23, 579:2, 579:6, 579:9, 580:1, 580:8, 580:17, 581:13, 582:18, 582:21, 582:23, 585:16, 593:9, 593:12, 593:16, 594:13
**passed** [2] - 548:19, 606:12
**patched** [1] - 570:13
**Pause** [9] - 564:16, 578:14, 590:14, 603:8, 603:11, 603:14, 607:22, 608:2, 649:7
**pay** [3] - 447:15, 586:16, 631:20
**paying** [2] - 518:9, 526:25
**payment** [2] - 520:16, 650:24
**PayPal** [5] - 534:13, 541:16, 541:19
**penetrate** [3] - 458:10, 631:4, 647:19
**penetrated** [3] - 632:19, 647:11, 647:17

**penetrating** [2] - 630:17, 648:5
**penis** [1] - 458:10
**penthouse** [16] - 449:20, 449:24, 450:7, 450:9, 450:11, 450:13, 451:7, 483:6, 485:7, 486:9, 520:19, 520:20, 521:9, 522:21, 525:18, 525:23
**people** [9] - 545:18, 555:6, 569:17, 604:1, 610:23, 621:1, 636:15, 660:5, 660:7
**per** [1] - 481:1
**percent** [2] - 571:3, 594:15
**Percocet** [1] - 638:1
**Percocets** [5] - 633:23, 637:20, 637:22, 638:5, 638:7
**period** [4] - 488:6, 629:2, 640:2, 641:3
**permission** [12] - 454:17, 455:17, 456:18, 457:12, 458:13, 604:9, 627:1, 627:4, 630:19, 643:23, 647:23, 647:25
**permit** [1] - 538:18
**person** [8] - 513:11, 513:12, 540:20, 549:20, 602:3, 651:20, 651:24
**Person** [1] - 514:13
**person's** [1] - 516:2
**personal** [1] - 471:22
**personality** [1] - 510:1
**personally** [3] - 518:7, 570:21, 570:22
**Peter** [2] - 490:24, 492:2
**phone** [45] - 449:14, 450:8, 466:11, 466:16, 468:1, 516:18, 521:7, 522:23, 522:24, 522:25, 525:1, 525:2, 525:9, 525:11, 525:13, 525:15, 525:17, 525:20, 553:4, 553:25, 559:19, 559:22, 560:20, 566:2, 566:5, 568:8, 568:11, 568:16, 568:20, 568:21, 569:7, 569:14, 570:5, 570:8, 570:14, 570:16, 570:20, 570:23, 571:4, 574:9, 602:1, 614:5, 638:22
**phones** [5] - 552:20, 553:12, 553:17, 601:10, 602:1
**photo** [13] - 471:22, 471:23, 472:2, 472:9, 480:4, 480:6, 480:22, 544:11, 547:2, 557:20, 557:21, 604:23, 634:11
**photographs** [3] - 480:14, 561:5, 563:4
**photos** [13] - 443:25, 471:25, 472:1, 473:7, 503:17, 510:9, 579:12, 580:21, 633:16, 634:6, 634:18, 652:1, 652:2
**phrase** [2] - 614:24, 615:2
**physical** [7] - 445:3, 445:7, 445:17, 447:4, 460:9, 572:24, 660:19
**physically** [3] - 628:9, 647:12, 649:15
**Piazza** [1] - 544:11
**pick** [2] - 490:14, 563:19
**picked** [4] - 481:20, 564:2, 565:2, 604:13
**pics** [1] - 476:20
**picture** [1] - 504:23
**pictures** [5] - 545:16, 545:23, 545:25, 546:2
**piece** [2] - 658:21, 658:23

**pieces** [2] - 596:24
**place** [7] - 450:1, 459:1, 461:11, 481:18, 570:23, 596:17, 662:2
**plaintiff** [4] - 447:9, 448:20, 514:5, 557:9
**Plaintiff's Exhibit** [5] - 616:5, 616:8, 616:11, 619:1, 667:20
**plaintiffs** [6] - 537:10, 607:12, 607:15, 611:5, 611:7, 612:12
**Plaintiffs** [3] - 441:5, 441:15, 441:16
**Plaintiffs'** [3] - 443:22, 561:20, 667:18
**plan** [2] - 480:22, 562:18
**plane** [4] - 561:22, 561:25, 562:2, 653:3
**play** [9] - 478:8, 489:17, 492:1, 512:6, 512:8, 526:16, 561:8, 588:17, 601:2
**Playboy** [2] - 613:12, 613:15
**played** [4] - 488:20, 528:15, 566:20, 588:16
**playing** [5] - 477:25, 478:5, 478:7, 489:20, 492:3
**plays** [6] - 512:13, 526:19, 572:21, 578:1, 584:21, 588:18
**point** [42] - 451:23, 452:18, 460:3, 462:10, 470:9, 470:23, 470:25, 495:5, 496:22, 498:10, 498:14, 499:4, 500:15, 501:6, 502:18, 502:19, 514:20, 517:13, 527:10, 529:14, 539:10, 556:13, 559:7, 560:8, 578:4, 581:12, 581:23, 585:10, 589:11, 605:1, 606:11, 606:19, 614:16, 624:1, 625:15, 631:7, 640:4, 651:5, 651:9, 658:12, 661:12
**police** [10] - 660:24, 660:25, 661:2, 661:23, 662:1, 662:5, 662:13, 662:15, 662:18
**poorly** [1] - 628:18
**popped** [2] - 475:11, 495:25
**pornographic** [5] - 528:10, 528:15, 529:3, 529:11, 529:17
**pornography** [4] - 528:3, 528:4, 528:5, 528:6
**portion** [1] - 503:15
**portions** [1] - 538:19
**position** [1] - 628:19
**positive** [2] - 511:11, 517:6
**possibility** [1] - 544:24
**possibly** [1] - 546:21
**potentially** [2] - 537:13, 537:17
**Powers** [133] - 442:2, 444:19, 446:4, 446:7, 446:8, 446:9, 446:15, 446:19, 465:13, 481:22, 481:23, 483:20, 485:2, 485:14, 486:2, 486:8, 487:12, 487:20, 495:19, 499:15, 500:13, 502:4, 502:6, 503:19, 505:18, 506:4, 508:22, 509:17, 509:19, 510:20, 533:17, 534:8, 541:8, 541:14, 541:22, 542:14, 542:20, 542:21, 543:22, 554:23, 556:15, 557:13, 559:10, 559:12, 559:15, 559:20, 560:1, 560:3, 560:7, 561:14, 561:21, 562:5, 562:12, 563:13, 563:17,

563:24, 564:9, 565:1, 565:17, 566:14, 567:11, 567:18, 567:24, 568:6, 569:1, 569:7, 570:9, 570:20, 571:5, 572:4, 572:10, 573:7, 575:14, 575:20, 576:2, 576:19, 577:2, 578:8, 578:17, 580:1, 582:18, 583:11, 583:19, 584:6, 584:11, 585:7, 585:15, 587:3, 587:17, 587:21, 588:14, 588:24, 604:15, 606:11, 611:7, 613:20, 614:8, 614:12, 615:11, 617:13, 618:8, 618:10, 618:18, 618:19, 618:21, 619:14, 620:7, 620:23, 621:3, 621:7, 621:8, 621:17, 624:20, 635:25, 636:16, 636:17, 652:16, 653:8, 653:12, 653:14, 653:18, 654:5, 654:7, 654:12, 654:25, 661:13, 661:18, 661:22, 661:24, 662:11, 663:18, 663:21, 664:1
**powers** [23] - 465:15, 501:4, 502:17, 504:5, 504:23, 506:21, 507:5, 507:10, 507:23, 508:11, 510:24, 511:4, 511:15, 511:25, 513:9, 517:14, 519:22, 519:24, 532:14, 574:25, 584:23, 588:20, 604:15
**POWERS** [1] - 441:10
**powers'** [1] - 542:5
**Powers's** [1] - 572:23
**practices** [1] - 471:20
**precinct** [2] - 663:9, 663:11
**precise** [1] - 602:16
**precisely** [1] - 453:13
**pregnant** [2] - 572:25, 573:6
**prep** [1] - 602:23
**prepare** [3] - 565:4, 610:12, 610:14
**presence** [2] - 524:13, 591:3
**present** [13] - 443:10, 461:21, 463:24, 483:25, 484:3, 484:17, 485:20, 494:24, 524:19, 536:2, 541:1, 592:23
**presiding** [1] - 443:5
**pretrial** [2] - 537:8, 538:17
**pretty** [3] - 516:13, 516:23, 602:7
**prevented** [2] - 527:17, 527:20
**previously** [3] - 487:14, 514:5, 648:1
**printing** [2] - 463:7, 463:9
**priors** [1] - 662:22
**private** [2] - 605:24, 612:18
**probative** [2] - 537:16, 537:17
**problem** [5] - 514:14, 546:12, 555:7, 565:23, 605:17
**procedure** [3] - 521:12, 526:10, 527:1
**proceed** [2] - 463:12, 464:6
**proceeded** [2] - 604:16, 605:21
**proceeding** [1] - 536:11
**proceedings** [7] - 578:14, 590:14, 603:8, 603:11, 603:14, 607:22, 608:2
**Proceedings** [1] - 442:12
**prod** [7] - 457:2, 470:11, 472:11, 522:7, 530:18, 530:22, 605:2
**produced** [1] - 442:12
**professional** [1] - 480:7
**progress** [1] - 664:13
**progression** [1] - 447:3
**progressively** [1] - 447:7

**promptly** [2] - 502:17, 561:2
**proud** [1] - 480:16
**provide** [5] - 560:15, 560:19, 560:25, 565:5, 634:5
**provided** [5] - 499:20, 545:23, 554:24, 564:23, 618:21
**provides** [1] - 562:15
**providing** [1] - 569:2
**pry** [1] - 605:13
**psycho** [1] - 511:9
**psychological** [2] - 462:1, 462:5
**psychos** [2] - 511:5, 511:6
**PTSD** [5] - 588:4, 588:8, 588:10, 589:7, 605:10
**public** [1] - 521:14
**publish** [1] - 556:21
**published** [1] - 476:15
**pull** [10] - 475:25, 499:17, 512:18, 512:20, 533:22, 533:24, 547:6, 555:8, 610:2, 610:3
**pulled** [11] - 454:15, 528:9, 530:3, 597:10, 597:12, 597:14, 597:16, 597:22, 598:4, 644:16, 647:15
**pulling** [2] - 604:23, 606:14
**punch** [5] - 456:9, 628:22, 629:6, 647:25, 648:16
**punched** [13] - 454:2, 456:11, 628:6, 628:13, 628:21, 646:24, 646:25, 647:4, 648:16, 648:18, 648:19, 648:23
**punches** [1] - 628:25
**punching** [2] - 629:2, 629:19
**purchased** [1] - 562:3
**purple** [7] - 549:8, 549:16, 549:20, 650:3, 650:15, 650:16, 650:20
**purpose** [2] - 466:6, 519:6
**pushed** [1] - 660:15
**pushing** [4] - 606:7, 625:23, 630:17, 660:8
**put** [50] - 443:21, 451:25, 452:1, 454:5, 454:9, 454:15, 454:17, 454:23, 455:13, 457:19, 458:5, 460:6, 467:4, 479:25, 488:12, 489:15, 490:5, 490:7, 490:22, 495:20, 504:16, 510:21, 512:3, 512:24, 528:5, 528:6, 534:6, 543:2, 547:8, 552:9, 565:13, 565:20, 570:22, 594:19, 594:20, 596:5, 597:24, 598:2, 598:3, 599:13, 599:14, 616:11, 626:21, 627:4, 629:20, 642:13, 645:6, 661:11
**putting** [7] - 454:20, 455:22, 489:12, 489:14, 626:20, 627:7, 628:1
**PX** [3] - 561:10, 561:12, 561:17
**PXD** [1] - 576:23

## Q

**Q7** [6] - 488:17, 489:5, 489:10, 489:18, 594:23, 667:6
**QUESTION** [1] - 529:3
**questioning** [1] - 575:7
**questions** [42] - 448:15, 452:12,

456:1, 461:23, 470:15, 470:20, 473:13, 474:11, 474:14, 479:20, 481:14, 483:2, 484:13, 484:14, 484:24, 506:14, 514:17, 522:12, 523:4, 530:15, 534:21, 553:9, 554:23, 555:13, 563:23, 566:22, 567:16, 575:14, 575:17, 575:20, 592:17, 593:10, 598:21, 599:1, 599:8, 600:14, 612:16, 614:17, 616:12, 616:19, 635:7

**quick** [2] - 478:2, 590:10

**quickly** [1] - 610:10

**quite** [6] - 494:17, 496:25, 517:19, 525:13, 587:1, 621:24

**quits** [1] - 664:6

## R

**raise** [4] - 525:20, 538:12, 539:12, 609:2

**rape** [3] - 514:10, 631:12, 660:6

**rapes** [1] - 631:12

**Raquel** [1] - 542:5

**rather** [1] - 630:13

**reached** [1] - 518:15

**react** [3] - 623:21, 623:24, 648:13

**read** [21] - 472:24, 473:1, 473:2, 503:12, 503:14, 503:15, 508:24, 542:13, 561:24, 566:7, 566:22, 567:6, 576:2, 578:3, 587:13, 611:19, 619:7, 619:9, 619:12, 620:4, 620:19

**reading** [4] - 474:22, 566:5, 576:3, 606:15

**reads** [1] - 559:12

**ready** [1] - 463:12

**realize** [1] - 544:2

**realized** [1] - 603:24

**really** [13] - 459:15, 480:24, 501:24, 509:12, 510:13, 516:13, 532:19, 533:14, 535:2, 584:14, 605:10, 620:12, 625:3

**reargue** [1] - 539:9

**reason** [6] - 471:4, 514:5, 525:20, 526:8, 526:22, 577:10

**recalled** [3] - 572:15, 583:3, 583:4

**receive** [5] - 460:8, 562:10, 609:25, 613:25, 650:24

**received** [19] - 467:8, 467:10, 489:9, 489:10, 491:14, 491:15, 500:7, 500:8, 508:10, 534:3, 534:4, 547:15, 552:3, 557:10, 561:19, 561:20, 615:1, 616:7, 616:8

**Recess** [4] - 462:19, 487:2, 524:14, 592:19

**recess** [4] - 535:11, 535:13, 591:6, 591:10

**recessed** [1] - 486:25

**recognize** [5] - 444:2, 467:13, 488:19, 488:22, 490:25

**recollection** [9] - 465:14, 469:18, 469:23, 542:9, 543:5, 543:8, 566:13,

613:4, 613:21

**reconvene** [1] - 524:9

**record** [5] - 454:14, 473:2, 489:22, 542:13, 594:22

**recorded** [1] - 442:12

**records** [2] - 651:8

**recross** [1] - 607:6

**recruit** [1] - 633:9

**red** [44] - 444:5, 444:12, 451:10, 451:12, 451:13, 451:14, 451:15, 451:19, 459:8, 492:7, 492:9, 492:10, 492:14, 492:18, 507:16, 507:20, 507:22, 508:1, 508:12, 508:13, 508:21, 529:24, 530:1, 530:2, 530:3, 530:4, 530:5, 530:9, 597:10, 597:13, 597:14, 597:17, 598:4, 625:9, 625:11, 625:15, 625:21, 626:1, 626:25, 631:17, 632:2, 632:4, 632:5

**redact** [2] - 537:20, 538:1

**Redacted** [1] - 516:3

**redaction** [1] - 538:3

**redirect** [1] - 592:25

**REDIRECT** [2] - 593:5, 666:8

**refer** [4] - 514:12, 516:5, 516:6, 543:1

**reference** [2] - 539:20, 540:21

**references** [1] - 569:17

**referencing** [1] - 602:13

**referred** [2] - 498:17, 503:23

**referring** [7] - 485:21, 486:4, 499:5, 507:9, 513:10, 516:11, 543:23

**reflect** [1] - 454:14

**refresh** [4] - 469:18, 469:23, 542:9, 543:5

**refreshed** [1] - 485:11

**refreshes** [1] - 543:8

**refuse** [1] - 521:4

**refused** [2] - 520:23

**regard** [2] - 594:4, 601:20

**regarding** [7] - 447:4, 514:17, 551:12, 554:24, 599:9, 599:20, 620:23

**regards** [6] - 445:18, 447:3, 450:23, 595:14, 598:15, 601:21

**related** [1] - 460:21

**relationship** [8] - 465:23, 466:1, 469:20, 610:22, 611:22, 611:23

**release** [1] - 662:23

**released** [2] - 663:9, 663:11

**relevance** [3] - 537:13, 549:23, 549:25

**remained** [1] - 528:2

**remember** [231] - 446:6, 447:25, 449:3, 450:1, 450:21, 450:22, 451:4, 452:2, 452:3, 453:23, 454:1, 454:2, 454:9, 454:25, 455:22, 455:24, 456:4, 456:5, 456:6, 456:7, 456:13, 457:1, 457:21, 458:1, 458:2, 458:19, 458:20, 458:23, 458:24, 459:4, 459:5, 459:6, 459:19, 459:20, 460:1, 460:2, 460:17, 461:25, 465:24, 465:25, 466:2, 474:25, 475:13, 482:6, 482:8, 484:4, 484:22, 485:8, 485:10, 485:11, 485:23, 486:4, 486:11,

491:22, 494:4, 501:14, 513:17, 517:9, 517:11, 517:12, 524:10, 527:3, 527:8, 533:10, 535:6, 548:18, 555:5, 564:4, 564:24, 565:16, 566:22, 567:4, 568:5, 568:12, 568:14, 568:16, 569:8, 569:9, 569:10, 569:11, 569:12, 569:15, 570:2, 570:3, 572:17, 572:23, 573:11, 573:12, 573:13, 574:25, 575:2, 575:5, 577:4, 577:7, 577:8, 577:12, 577:18, 577:21, 578:7, 578:18, 587:15, 589:17, 589:21, 590:25, 594:20, 595:3, 595:16, 596:4, 597:10, 598:3, 598:8, 598:10, 599:12, 600:15, 600:19, 603:20, 606:3, 612:2, 612:19, 612:21, 613:17, 614:13, 614:16, 614:18, 614:20, 614:22, 615:7, 615:10, 615:18, 615:20, 617:11, 617:17, 617:22, 617:23, 618:1, 618:2, 618:11, 618:12, 619:2, 621:7, 622:9, 622:10, 623:13, 623:14, 623:18, 625:1, 625:3, 625:12, 625:18, 625:20, 625:22, 626:1, 626:10, 626:12, 627:1, 627:14, 627:25, 628:5, 628:6, 629:15, 629:18, 629:21, 629:23, 630:3, 630:16, 630:17, 631:11, 631:15, 631:21, 631:25, 632:16, 633:14, 634:20, 634:23, 635:3, 635:22, 636:9, 636:11, 636:12, 636:13, 637:2, 637:16, 637:17, 640:10, 641:3, 641:4, 643:8, 646:17, 646:18, 646:23, 647:3, 647:5, 647:7, 647:10, 647:21, 648:8, 648:9, 648:24, 649:12, 650:22, 650:25, 651:10, 652:13, 652:14, 653:9, 653:22, 655:13, 655:15, 655:16, 655:17, 655:21, 655:24, 656:15, 656:19, 656:21, 656:22, 658:16, 658:17, 658:20, 659:4, 659:10, 659:20, 660:3, 660:23, 661:15, 664:7

**remembered** [3] - 529:15, 563:23, 564:25

**remind** [2] - 527:4, 527:6

**repeat** [8] - 453:14, 470:24, 472:22, 472:23, 473:25, 479:9, 519:12, 521:3

**REPORTER** [2] - 582:2, 584:19

**Reporter** [2] - 442:9, 442:10

**reporter** [3] - 473:1, 592:4, 592:8

**reporter's** [1] - 574:21

**represent** [3] - 464:12, 523:7, 554:22

**reprice** [1] - 465:21

**request** [10] - 462:25, 463:2, 463:8, 463:17, 463:20, 505:12, 595:14, 596:7, 602:12, 654:1

**requested** [1] - 489:15

**Requested** [1] - 503:15

**requests** [2] - 463:19, 654:18

**required** [1] - 539:20

**research** [1] - 664:9

**resolved** [1] - 539:8

**respond** [14] - 468:22, 471:9, 473:23, 474:7, 477:16, 478:22, 501:12, 502:22, 511:8, 517:16, 560:13, 634:9, 648:19, 652:2

**responded** [2] - 501:17, 561:2
**responding** [6] - 474:23, 475:12, 495:16, 495:25, 496:11, 509:19
**responds** [4] - 467:25, 468:5, 476:24, 477:11
**response** [7] - 479:3, 496:8, 509:17, 575:1, 586:4, 592:17, 597:8
**responsive** [1] - 472:15
**rest** [2] - 551:8, 606:10
**restained** [1] - 453:6
**restart** [2] - 553:12, 581:22
**restaurant** [20] - 448:25, 525:14, 525:19, 596:15, 621:23, 622:1, 637:1, 637:2, 637:10, 637:12, 637:13, 637:16, 637:18, 639:3, 639:6, 639:7, 639:12, 639:14, 639:24, 640:8
**restrained** [7] - 453:12, 453:13, 453:16, 453:20, 453:25, 626:17, 649:15
**restrictions** [1] - 540:4
**result** [2] - 587:25, 588:10
**resumes** [2] - 524:17, 592:20
**retire** [1] - 462:16
**returned** [8] - 579:22, 583:15, 623:3, 624:4, 641:5, 641:6, 641:7
**returning** [1] - 657:7
**review** [1] - 575:23
**REYES** [2] - 441:4, 441:17
**ribs** [1] - 628:23
**rice** [6] - 552:23, 553:2, 600:19, 600:25, 601:1, 601:6
**RICHTER** [1] - 442:6
**Rico** [9] - 539:19, 539:21, 540:10, 540:11, 634:24, 634:25, 635:5, 635:8, 635:16
**rid** [1] - 661:25
**rise** [1] - 443:2
**role** [5] - 477:25, 478:5, 478:7, 478:8, 601:2
**role-play** [1] - 601:2
**rooftop** [9] - 478:19, 481:5, 488:1, 488:2, 576:11, 621:14, 621:20, 621:25, 633:15
**Room** [10] - 448:19, 449:5, 450:5, 520:8, 520:9, 520:12, 520:17, 520:24, 521:5, 522:19
**room** [70] - 444:4, 444:5, 444:12, 451:10, 451:12, 451:13, 451:14, 451:15, 451:19, 458:24, 459:7, 459:8, 459:10, 459:14, 459:22, 462:16, 492:7, 492:9, 492:10, 492:14, 492:15, 492:18, 492:19, 507:17, 507:20, 507:22, 508:1, 508:12, 508:13, 529:24, 530:1, 530:2, 530:3, 530:4, 530:5, 530:10, 576:4, 591:20, 597:10, 597:13, 597:14, 597:17, 598:4, 603:25, 605:6, 605:7, 605:8, 605:9, 605:22, 605:24, 606:7, 606:11, 623:14, 625:8, 625:9, 625:11, 625:14, 625:15, 625:21, 626:1, 631:17, 632:2, 632:4, 632:5, 632:9, 657:16, 658:21, 658:25, 660:6, 662:1

**roommate** [1] - 540:6
**rope** [8] - 626:11, 626:14, 641:10, 642:10, 642:17, 643:20, 643:22, 644:19
**Rosenberg** [5] - 464:12, 490:14, 521:25, 523:21, 531:24
**ROSENBERG** [8] - 441:24, 454:21, 476:13, 506:24, 511:3, 524:2, 543:2, 548:22
**rough** [1] - 466:1
**rows** [1] - 604:20
**Ruben** [2] - 519:19, 579:14
**Ruben's** [1] - 595:12
**RUBIN** [1] - 441:9
**Rubin** [265] - 441:22, 442:7, 444:19, 445:24, 446:4, 447:12, 447:14, 447:21, 447:23, 448:1, 448:8, 448:13, 448:17, 448:25, 449:7, 449:11, 449:13, 450:8, 450:13, 450:20, 450:24, 451:3, 451:16, 451:24, 452:15, 452:20, 453:21, 454:17, 454:23, 455:9, 455:12, 455:22, 456:2, 456:13, 456:18, 456:24, 457:12, 457:25, 458:13, 459:4, 459:10, 459:13, 459:22, 461:6, 461:16, 461:21, 464:13, 464:20, 465:8, 465:15, 465:19, 465:23, 467:14, 468:8, 468:22, 469:1, 469:11, 469:19, 470:4, 470:9, 470:22, 472:18, 473:11, 473:13, 473:18, 473:22, 474:6, 474:14, 474:15, 475:22, 476:20, 477:11, 477:19, 478:10, 478:12, 479:7, 479:10, 480:4, 481:5, 481:16, 481:17, 486:4, 487:24, 492:7, 492:9, 492:15, 492:20, 493:10, 494:1, 494:15, 495:17, 495:24, 496:4, 496:12, 498:11, 498:15, 499:14, 501:10, 503:1, 504:3, 504:10, 504:11, 504:17, 504:22, 505:3, 506:1, 506:3, 506:5, 506:7, 508:1, 510:8, 510:14, 510:25, 511:1, 511:19, 512:17, 513:11, 513:13, 516:19, 517:23, 518:19, 518:21, 518:23, 519:15, 519:19, 519:25, 521:11, 521:13, 521:14, 522:22, 524:25, 525:9, 526:9, 527:21, 528:3, 528:4, 528:5, 529:14, 538:21, 544:7, 544:16, 544:22, 556:14, 557:18, 559:1, 559:7, 561:5, 561:7, 562:25, 563:3, 566:24, 567:8, 570:24, 576:9, 578:23, 579:9, 580:5, 580:8, 580:18, 580:23, 581:12, 581:17, 582:11, 582:21, 583:8, 583:16, 584:15, 585:7, 587:22, 587:25, 588:6, 588:11, 593:12, 594:3, 594:14, 596:6, 597:23, 597:24, 599:7, 599:9, 599:20, 611:6, 612:14, 614:14, 621:15, 621:20, 622:7, 622:18, 623:8, 623:14, 623:18, 623:24, 624:14, 625:22, 626:3, 627:1, 627:4, 627:7, 627:25, 628:4, 628:8, 630:15, 631:2, 632:17, 633:9, 633:18, 633:24, 634:5, 634:8, 634:9, 634:12, 634:17, 635:1, 635:5, 636:18, 637:10, 638:17, 638:25, 639:3, 639:4, 639:16, 639:23, 640:1, 640:5, 640:11, 640:16, 640:24,

641:1, 641:18, 641:24, 642:5, 642:8, 642:15, 642:16, 643:6, 643:23, 644:4, 645:6, 645:16, 646:16, 646:23, 647:3, 647:8, 647:14, 647:23, 647:25, 648:5, 648:13, 648:23, 649:8, 649:11, 651:11, 651:16, 652:1, 657:10, 657:16, 658:15, 658:20, 658:25, 661:15, 661:19, 662:9, 663:17
**Rubin's** [12] - 471:9, 481:19, 488:24, 490:3, 491:2, 491:24, 510:23, 526:21, 534:16, 562:6, 562:15, 598:11
**rude** [2] - 577:15, 595:24
**rule** [1] - 536:23
**ruled** [5] - 536:9, 536:21, 537:15, 538:24, 539:4
**ruling** [2] - 538:18, 540:3
**Russian** [10] - 448:19, 449:5, 450:5, 520:8, 520:9, 520:12, 520:17, 520:24, 521:5, 522:19

## S

**S-A-N-T-I** [1] - 653:1
**sadomasochistic** [1] - 620:16
**safe** [5] - 493:19, 552:21, 605:6, 606:12, 658:21
**Santi** [9] - 651:22, 652:24, 652:25, 653:12, 654:25, 655:11, 655:12, 656:7, 657:5
**sat** [4] - 488:3, 492:8, 493:1, 637:19
**saw** [6] - 448:1, 468:11, 541:14, 576:19, 594:16, 594:19
**Saydah** [8] - 443:21, 444:16, 616:2, 616:10, 616:22, 617:9, 619:21, 620:9
**Saydeh** [1] - 620:15
**scared** [3] - 633:5, 633:6, 637:23
**scary** [1] - 606:9
**SCHLAM** [1] - 442:1
**SCHMIDT** [1] - 441:20
**scissors** [1] - 647:5
**scream** [1] - 629:14
**screaming** [1] - 659:6
**screams** [2] - 659:5, 659:11
**screen** [13] - 446:10, 488:20, 490:10, 490:22, 496:1, 512:20, 512:25, 533:25, 534:6, 546:10, 552:9, 565:13, 618:25
**screenshot** [1] - 503:19
**scroll** [3] - 506:23, 534:20, 561:23
**scrolling** [1] - 510:10
**se** [1] - 481:1
**season** [1] - 612:21
**seat** [1] - 462:24
**seated** [6] - 443:11, 463:25, 487:6, 524:20, 541:2, 592:24
**second** [26] - 484:7, 506:17, 526:9, 538:10, 555:13, 555:18, 557:17, 560:21, 562:18, 573:21, 573:23, 574:3, 583:16, 586:9, 590:11, 603:10, 603:12, 616:22, 616:25, 620:10, 620:13, 624:24, 625:2, 628:7, 631:14, 645:1

**seconds** [1] - 469:11
**section** [1] - 574:4
**Section** [1] - 531:8
**security** [1] - 639:4
**see** [123] - 443:25, 447:14, 461:6, 461:16, 462:16, 467:17, 467:22, 467:24, 468:1, 468:6, 468:13, 468:15, 468:17, 469:2, 469:8, 469:13, 469:14, 469:17, 470:7, 470:8, 476:18, 476:19, 476:20, 476:22, 476:25, 477:2, 477:6, 477:7, 477:14, 477:15, 478:16, 478:17, 478:19, 478:21, 491:19, 494:8, 494:11, 494:13, 495:21, 496:6, 496:7, 496:20, 496:21, 500:13, 500:16, 501:2, 501:6, 501:7, 502:20, 507:7, 511:13, 512:21, 517:23, 518:1, 518:4, 518:23, 531:3, 532:5, 534:7, 535:8, 536:13, 537:21, 537:22, 538:11, 538:20, 538:21, 541:14, 541:17, 543:20, 547:25, 548:2, 548:3, 548:6, 549:13, 551:3, 552:15, 553:6, 553:14, 554:1, 554:3, 556:8, 556:20, 557:16, 558:11, 558:12, 558:23, 561:10, 561:12, 561:13, 562:2, 562:21, 566:10, 572:20, 574:6, 585:25, 592:18, 599:2, 605:22, 606:11, 616:24, 617:4, 618:25, 619:19, 619:22, 619:24, 620:12, 620:16, 623:8, 626:24, 627:14, 627:16, 628:18, 628:20, 630:13, 642:15, 645:6, 656:12, 658:23, 663:7, 665:4
**seeing** [8] - 447:11, 447:23, 461:7, 461:16, 493:7, 510:8, 594:21, 642:13
**seek** [1] - 536:11
**seeking** [1] - 536:17
**seem** [1] - 451:8
**send** [31] - 444:19, 446:3, 446:9, 446:15, 470:2, 476:20, 477:4, 497:19, 503:18, 503:19, 504:3, 504:6, 504:23, 505:3, 505:5, 505:6, 505:15, 505:20, 505:21, 506:20, 519:6, 534:15, 545:15, 545:25, 582:25, 589:3, 601:25, 632:21, 633:15, 634:6, 634:11
**sending** [4] - 475:13, 545:18, 545:21, 632:16
**sends** [3] - 469:6, 477:2, 562:5
**sense** [2] - 527:3, 527:9
**sent** [42] - 446:19, 471:12, 471:14, 474:8, 474:9, 474:18, 474:24, 475:10, 475:11, 478:2, 495:11, 495:12, 505:13, 505:15, 505:18, 506:2, 506:4, 506:18, 506:19, 519:8, 519:11, 533:17, 534:13, 541:8, 546:2, 555:22, 556:5, 558:1, 558:5, 563:7, 563:19, 564:2, 577:2, 580:1, 588:22, 589:1, 593:14, 600:6, 634:18, 634:21, 652:1, 652:2
**separately** [1] - 602:6
**September** [2] - 635:4, 635:16
**SESSION** [1] - 536:1
**session** [1] - 443:4
**set** [3] - 542:5, 542:8, 542:14

**setting** [1] - 474:15
**seven** [2] - 522:23, 573:1
**several** [1] - 575:9
**sex** [4] - 466:1, 472:6, 472:20, 472:21
**sexual** [12] - 465:23, 466:1, 469:20, 492:22, 519:3, 530:5, 530:7, 530:8, 579:14, 579:16, 581:16, 581:19
**sexy** [1] - 476:20
**shape** [1] - 510:22
**share** [1] - 640:14
**shared** [1] - 493:2
**sheet** [4] - 556:19, 556:22, 556:25, 557:8
**SHEPPARD** [1] - 442:6
**shirt** [2] - 641:17, 641:18
**shit** [1] - 548:9
**shock** [2] - 598:17, 598:20
**shocked** [1] - 623:22
**shocking** [4] - 457:2, 457:3, 457:12, 457:18
**Shon** [39] - 465:4, 465:7, 465:11, 465:14, 465:17, 465:18, 465:22, 467:14, 468:3, 469:19, 473:19, 473:20, 473:25, 494:23, 495:3, 495:11, 495:12, 495:15, 495:16, 495:19, 497:13, 555:20, 559:7, 567:3, 567:23, 568:22, 568:24, 568:25, 570:24, 573:24, 574:2, 574:7, 574:10, 612:15, 612:23, 613:3, 613:14, 613:18
**shoot** [5] - 471:23, 472:2, 480:22, 544:11, 547:2
**shoots** [5] - 471:22, 472:9, 480:4, 480:6, 546:17
**shops** [1] - 531:1
**short** [2] - 524:5, 524:7
**shorter** [1] - 535:4
**shorts** [5] - 641:17, 641:18, 642:6, 647:6, 647:9
**shot** [1] - 446:10
**shoulder** [1] - 598:3
**shoved** [1] - 522:7
**show** [26] - 488:16, 489:11, 489:13, 490:17, 494:5, 531:7, 534:19, 548:21, 553:3, 553:4, 556:18, 561:25, 566:17, 584:18, 584:19, 584:20, 584:25, 590:15, 598:14, 598:22, 600:17, 604:8, 614:16, 643:18, 651:8
**showed** [4] - 482:2, 566:12, 579:12, 598:12
**showing** [2] - 498:8, 557:7
**shown** [3] - 595:3, 598:5, 599:12
**shows** [3] - 514:6, 530:24, 530:25
**shutting** [1] - 601:10
**sic** [3] - 449:23, 481:20, 532:14
**sick** [3] - 641:8, 652:15, 653:3
**side** [11] - 511:12, 511:16, 511:19, 551:1, 604:16, 605:21, 627:15, 627:20, 627:24, 628:23, 646:1
**Sidebar** [1] - 516:1
**sidebar** [2] - 513:22, 514:1

**sideways** [3] - 645:10, 645:11, 645:12
**sign** [6] - 573:8, 617:6, 618:15, 619:10, 619:16, 619:17
**signature** [2] - 616:24, 617:2
**signed** [12] - 482:3, 485:13, 487:11, 487:13, 574:25, 576:5, 576:10, 619:7, 619:12, 620:19, 636:19, 636:22
**signing** [6] - 485:21, 575:3, 575:15, 575:24, 576:8, 636:20
**signs** [1] - 656:11
**silly** [1] - 553:2
**similar** [2] - 466:7, 469:20
**simple** [1] - 577:16
**simply** [9] - 444:6, 444:11, 454:11, 556:4, 557:7, 564:22, 570:19, 595:7, 637:13
**single** [1] - 586:14
**sit** [3] - 492:15, 492:19, 604:4
**site** [1] - 528:10
**sitting** [3] - 525:19, 529:6, 605:9
**situation** [1] - 633:17
**six** [1] - 554:10
**size** [1] - 619:20
**SKIPSEY** [1] - 441:25
**slanted** [2] - 645:10, 645:11
**slap** [4] - 456:9, 624:21, 625:2, 648:17
**slapped** [1] - 456:11
**slapping** [1] - 606:21
**sleep** [6] - 497:11, 501:24, 658:3, 658:4, 658:6, 664:14
**sleeping** [1] - 497:24
**slept** [1] - 497:10
**slide** [1] - 508:8
**slight** [1] - 598:16
**slip** [2] - 556:19, 556:22
**slow** [3] - 560:23, 592:12, 592:13
**slowly** [1] - 564:20
**SM** [1] - 620:16
**smack** [5] - 645:20, 645:21, 645:23, 646:14, 646:15
**smacked** [4] - 623:15, 623:19, 646:13, 646:18
**small** [1] - 574:1
**smaller** [1] - 472:22
**smiley** [22] - 468:23, 471:14, 474:8, 474:9, 474:18, 474:24, 475:1, 475:7, 475:9, 475:10, 475:12, 475:13, 475:15, 475:17, 475:19, 475:20, 477:2, 477:16, 497:11, 510:3, 534:10, 585:13
**Smiley** [1] - 558:4
**so...** [1] - 495:20
**someone** [15] - 463:4, 474:22, 475:7, 497:1, 570:13, 601:25, 603:22, 605:20, 605:21, 612:15, 615:8, 618:2, 651:13, 651:15, 654:25
**sometimes** [6] - 481:2, 517:15, 546:23, 548:7, 586:10, 600:2
**somewhere** [2] - 478:3, 632:2
**soon** [5] - 501:6, 543:22, 632:21

**sorry** [83] - 444:6, 445:5, 453:11, 453:15, 455:3, 455:5, 455:6, 455:14, 455:21, 456:8, 456:15, 457:17, 457:22, 458:6, 460:14, 460:19, 460:23, 461:8, 462:7, 466:2, 470:18, 470:21, 474:17, 476:11, 479:9, 479:21, 479:24, 480:18, 486:16, 490:16, 490:23, 491:20, 498:13, 499:12, 506:15, 507:18, 512:19, 512:20, 519:14, 520:22, 523:2, 523:13, 523:17, 523:18, 523:24, 532:3, 532:16, 532:21, 534:22, 546:11, 549:10, 565:22, 568:13, 574:2, 574:20, 574:23, 581:10, 581:21, 582:6, 584:19, 590:5, 591:8, 593:4, 600:10, 603:7, 603:19, 605:18, 605:19, 606:25, 607:2, 610:17, 615:20, 621:25, 633:1, 638:5, 643:14, 649:25, 652:18, 652:19, 653:15, 656:25

**sorry..** [1] - 528:19
**sought** [1] - 518:8
**sounds** [9] - 474:20, 474:23, 479:3, 481:6, 541:15, 599:22, 621:1, 621:18, 636:14
**south** [1] - 609:20
**speakerphone** [3] - 514:8, 516:14, 516:24
**speaking** [6] - 468:3, 479:12, 516:18, 586:13, 590:5, 661:18
**speaks** [1] - 470:4
**specific** [1] - 458:22
**specifically** [3] - 447:18, 450:19, 593:23
**specify** [1] - 568:10
**speculate** [1] - 486:10
**spend** [5] - 493:17, 493:19, 632:12, 632:14, 649:21
**spoken** [1] - 539:25
**sports** [1] - 641:15
**stand** [9] - 487:5, 499:3, 524:16, 524:17, 535:12, 591:18, 592:20, 607:19, 608:5
**standing** [2] - 628:11, 628:16
**stare** [2] - 604:6, 604:14
**staring** [1] - 606:22
**start** [2] - 602:6, 603:4
**started** [7] - 603:17, 626:20, 638:15, 641:10, 642:7, 645:16, 660:7
**starting** [2] - 444:6, 444:11
**starts** [1] - 445:16
**state** [3] - 537:16, 537:17, 554:4
**statement** [2] - 538:10, 594:6
**statements** [1] - 536:6
**stating** [1] - 472:19
**station** [1] - 662:18
**stay** [4] - 544:13, 649:23, 650:2, 657:20
**stayed** [5] - 621:6, 649:18, 649:22, 649:25, 650:1
**staying** [1] - 544:12
**stenography** [1] - 442:12

**step** [7] - 486:24, 531:24, 591:4, 591:15, 607:8, 607:17, 665:1
**Stephanie** [29] - 465:4, 465:11, 467:14, 468:3, 469:15, 469:23, 473:19, 473:20, 473:25, 494:23, 495:1, 495:3, 495:11, 495:12, 495:15, 495:16, 495:19, 497:13, 559:7, 567:2, 567:23, 570:24, 573:23, 574:2, 574:7, 574:10, 612:15, 613:14
**steps** [2] - 487:1, 634:5
**sticking** [1] - 470:11
**still** [11] - 461:5, 494:23, 504:22, 506:2, 544:2, 553:25, 578:4, 589:14, 601:24, 629:14, 664:12
**stipulated** [4] - 490:20, 491:10, 491:12, 534:1
**stipulation** [1] - 467:6
**STONE** [1] - 442:1
**stood** [2] - 624:2, 662:25
**stop** [9] - 489:21, 605:5, 625:4, 625:24, 628:7, 629:11, 631:2, 631:7, 631:14
**stopped** [4] - 489:20, 492:3, 631:10, 648:5
**stops** [7] - 512:14, 526:20, 572:22, 578:2, 578:6, 584:22, 588:19
**story** [2] - 545:9, 605:3
**strap** [3] - 452:2, 454:13, 454:18
**Street** [1] - 617:14
**stricken** [2] - 522:11, 660:13
**strike** [6] - 472:13, 506:12, 522:10, 523:14, 576:12, 660:10
**string** [1] - 536:5
**stuff** [1] - 639:21
**stupid** [1] - 599:22
**style** [3] - 471:19, 471:20, 479:15
**subject** [2] - 467:6, 540:2
**submissive** [1] - 477:20
**submit** [1] - 463:20
**subsequently** [1] - 562:24
**substance** [1] - 466:9
**sudden** [1] - 605:16
**suffer** [1] - 588:9
**suffered** [2] - 587:24, 588:3
**sufficiently** [1] - 493:19
**suggest** [2] - 542:4, 654:12
**suicide** [1] - 589:10
**super** [1] - 510:1
**supposed** [3] - 486:16, 557:23, 605:24
**surgery** [1] - 459:18
**surprise** [1] - 474:7
**Sustained** [1] - 646:8
**sustained** [9] - 447:17, 506:13, 568:19, 593:21, 594:12, 641:23, 646:11, 654:3, 659:18
**sweet** [1] - 494:21
**sweetest** [1] - 511:10
**swollen** [1] - 460:16
**sworn** [1] - 443:15

**sworn/affirmed** [1] - 609:5

**T**

**table** [4] - 604:13, 638:18, 638:19, 638:25
**TAGAI** [2] - 441:3, 441:16
**TAO** [3] - 636:18, 636:25, 637:5
**tape** [15] - 626:20, 626:21, 626:24, 627:4, 627:7, 627:10, 627:13, 628:1, 629:13, 630:24, 641:9, 644:19, 645:5, 645:6, 648:9
**Tea** [12] - 448:19, 449:5, 450:5, 520:8, 520:9, 520:12, 520:17, 520:24, 521:5, 522:19
**technical** [1] - 543:13
**Telephone** [1] - 442:10
**ten** [3] - 486:22, 486:25, 524:8
**term** [9] - 461:25, 486:16, 581:20, 595:8, 615:2, 615:3, 620:18, 625:9
**terminate** [1] - 592:13
**terms** [1] - 642:14
**terrible** [1] - 533:4
**terrific** [1] - 501:5
**testified** [81] - 443:16, 444:12, 444:20, 445:8, 445:23, 445:25, 446:14, 446:25, 448:21, 449:23, 451:24, 455:9, 455:25, 456:23, 457:25, 458:22, 458:25, 460:10, 461:1, 462:2, 464:21, 466:16, 480:3, 481:19, 481:21, 481:24, 482:2, 482:7, 484:16, 484:18, 485:1, 485:13, 486:2, 488:11, 492:8, 493:9, 502:25, 504:9, 517:23, 518:23, 526:7, 526:8, 526:11, 528:9, 530:6, 530:21, 532:15, 563:12, 563:16, 567:22, 572:9, 573:7, 573:10, 576:1, 577:10, 578:23, 579:1, 579:15, 580:4, 583:3, 583:10, 583:15, 587:24, 589:9, 596:16, 597:9, 602:7, 609:5, 610:24, 622:23, 624:18, 624:24, 628:25, 641:12, 641:19, 645:9, 646:13, 648:1, 648:16, 653:3, 654:16
**testify** [8] - 484:5, 540:10, 540:11, 545:5, 563:14, 569:3, 603:2, 645:16
**testifying** [6] - 481:15, 485:4, 485:18, 486:6, 564:4, 610:14
**testimony** [56] - 444:11, 472:3, 472:4, 473:9, 473:10, 485:16, 492:22, 503:5, 504:14, 504:19, 510:13, 510:15, 510:18, 512:2, 518:15, 520:7, 520:23, 520:25, 521:11, 524:24, 525:8, 525:10, 527:17, 528:12, 539:22, 540:2, 551:13, 554:24, 563:25, 564:12, 564:23, 565:5, 566:21, 567:4, 567:12, 569:4, 569:23, 571:4, 586:13, 586:17, 587:12, 588:9, 589:13, 597:25, 602:13, 602:19, 610:12, 611:9, 611:12, 611:14, 621:24, 625:17, 625:25, 636:11, 637:7, 638:13
**text** [108] - 446:19, 467:24, 467:25, 471:10, 475:18, 475:21, 475:24, 476:24, 477:11, 477:22, 478:2, 478:12,

478:18, 494:5, 494:10, 494:16, 494:23, 494:24, 495:8, 496:2, 496:3, 496:8, 497:17, 498:10, 498:14, 499:14, 500:12, 505:4, 508:10, 514:6, 516:11, 519:6, 519:8, 519:11, 519:15, 519:22, 533:17, 533:20, 536:5, 536:10, 536:12, 537:13, 539:23, 541:8, 541:15, 549:1, 549:4, 555:18, 555:22, 556:5, 556:11, 557:24, 557:25, 558:3, 558:5, 558:9, 558:21, 558:24, 558:25, 559:9, 559:25, 560:10, 561:3, 561:9, 565:8, 565:16, 566:9, 566:12, 568:11, 568:16, 570:25, 571:5, 573:23, 577:1, 577:7, 577:9, 577:23, 578:9, 578:16, 584:24, 585:11, 585:16, 585:17, 585:21, 585:25, 586:21, 586:22, 587:3, 587:10, 588:21, 588:25, 593:14, 595:13, 595:18, 596:10, 598:22, 599:20, 600:6, 601:23, 601:25, 614:13, 614:19, 614:22, 615:1, 640:1, 640:9

**texted** [3] - 496:11, 501:15, 638:17
**texting** [1] - 513:9
**texts** [15] - 444:23, 467:17, 468:5, 475:23, 476:3, 516:5, 547:17, 547:18, 551:7, 566:14, 577:11, 599:12, 601:13, 613:22, 640:15
**thanked** [1] - 563:7
**THE** [253] - 441:13, 443:7, 443:11, 443:13, 443:24, 444:9, 447:17, 452:4, 452:8, 452:11, 454:8, 454:22, 462:14, 462:24, 463:4, 463:10, 463:14, 463:21, 463:25, 464:4, 464:7, 467:8, 470:17, 470:18, 470:19, 470:21, 472:15, 473:1, 474:2, 474:4, 475:2, 475:4, 475:6, 479:17, 479:19, 479:20, 479:21, 479:22, 479:23, 479:25, 482:24, 483:1, 484:8, 484:12, 484:15, 485:25, 486:1, 486:18, 486:21, 486:22, 486:24, 487:3, 487:6, 488:18, 489:8, 489:19, 490:11, 490:13, 490:14, 490:19, 491:10, 491:13, 500:3, 500:5, 500:7, 503:6, 503:8, 503:13, 506:13, 506:15, 506:16, 506:23, 506:25, 513:15, 513:17, 513:19, 513:21, 513:23, 514:2, 514:12, 514:20, 514:22, 514:25, 515:2, 515:4, 516:2, 516:7, 516:8, 521:21, 521:23, 521:24, 522:11, 522:14, 522:15, 523:13, 523:15, 523:17, 523:19, 524:7, 524:15, 524:20, 525:4, 531:24, 532:2, 532:4, 532:5, 532:6, 532:9, 532:10, 532:11, 534:3, 534:21, 534:22, 535:2, 535:5, 535:11, 536:3, 536:13, 536:15, 536:20, 536:23, 537:1, 537:4, 537:6, 537:10, 537:20, 538:1, 538:8, 538:14, 538:24, 539:3, 539:6, 539:9, 539:11, 539:14, 540:17, 540:19, 541:2, 542:10, 542:12, 543:14, 545:7, 545:8, 547:10, 547:12, 547:15, 549:12, 549:13, 549:14, 549:25, 550:3, 551:9, 551:14, 551:18, 552:2, 553:19, 554:13, 554:15,

554:17, 555:16, 556:20, 556:23, 557:2, 557:10, 560:23, 561:19, 564:19, 567:19, 568:19, 569:9, 576:14, 576:16, 576:17, 581:6, 581:7, 581:8, 581:9, 581:24, 582:1, 582:2, 582:4, 582:7, 584:19, 586:3, 586:5, 586:6, 586:8, 590:7, 590:9, 590:12, 590:19, 590:23, 591:4, 591:5, 591:6, 591:10, 591:14, 591:17, 591:23, 591:25, 592:21, 592:24, 593:2, 593:21, 593:25, 594:7, 594:12, 601:7, 601:8, 601:9, 601:11, 601:12, 601:14, 602:21, 603:12, 604:8, 604:10, 604:11, 606:23, 606:25, 607:1, 607:5, 607:8, 607:10, 607:12, 607:16, 607:17, 607:21, 607:25, 608:3, 609:2, 609:6, 610:2, 610:5, 616:7, 638:7, 641:23, 642:2, 642:11, 642:25, 644:22, 645:1, 645:3, 646:8, 646:11, 650:6, 650:9, 654:3, 659:18, 660:12, 664:6, 665:1, 665:4
**the defendant** [4] - 441:21, 442:2, 442:7, 585:19
**the times** [2] - 494:8, 555:12
**thereabouts** [1] - 555:23
**thereafter** [1] - 477:4
**therefore** [1] - 542:5
**think...after** [1] - 491:18
**thinking** [1] - 508:5
**thinks** [1] - 524:6
**third** [1] - 549:15
**thirty** [1] - 535:3
**thoughts** [1] - 589:10
**thousandth** [1] - 475:16
**three** [10] - 476:16, 488:3, 488:6, 497:19, 508:18, 508:24, 544:24, 549:12, 592:13, 637:13
**threw** [1] - 493:15
**throw** [1] - 653:13
**throwing** [3] - 653:5, 653:6, 659:22
**Thun** [1] - 442:9
**Thursday** [1] - 665:6
**ticket** [3] - 561:25, 562:2, 663:4
**tickets** [3] - 561:22, 562:3, 563:7
**tie** [5] - 626:5, 627:1, 642:8, 642:16, 643:17
**tied** [18] - 451:21, 451:24, 452:15, 452:20, 452:22, 453:7, 458:25, 626:3, 626:10, 626:13, 626:16, 641:18, 641:24, 643:11, 643:20, 644:13, 644:17
**TIEN** [1] - 605:13
**timing** [3] - 578:21, 653:15, 658:16
**tired** [3] - 495:9, 496:9, 586:11
**TMJ** [1] - 454:25
**today** [10] - 461:16, 485:10, 496:20, 527:17, 539:20, 610:12, 610:15, 610:20, 611:10, 612:10
**together** [29] - 495:20, 497:25, 527:6, 537:23, 538:11, 538:21, 544:14, 544:15, 544:25, 546:15, 546:17, 546:22, 546:23, 547:1, 547:2, 548:2,

556:16, 602:3, 618:11, 635:17, 637:8, 637:14, 641:11, 643:21, 644:13, 644:16, 644:17
**tomorrow** [4] - 463:17, 478:15, 664:11, 665:4
**ton** [2] - 558:18, 576:25
**Tony** [1] - 544:11
**took** [17] - 450:1, 464:16, 482:10, 482:13, 483:8, 570:23, 596:17, 617:18, 618:15, 619:4, 619:6, 620:23, 620:25, 637:20, 647:5, 661:10
**top** [10] - 483:8, 483:10, 562:4, 574:21, 606:10, 616:13, 616:20, 617:9, 642:6, 654:25
**topic** [3] - 593:22, 594:1, 594:3
**tortured** [1] - 660:6
**total** [14] - 470:5, 471:17, 471:18, 472:19, 473:18, 473:22, 474:6, 474:19, 474:23, 558:10, 559:1, 614:24, 615:2
**touch** [3] - 499:15, 532:25, 548:12
**touched** [1] - 453:3
**tough** [1] - 445:5
**towards** [1] - 610:3
**Tower** [6] - 617:14, 617:19, 622:23, 636:2, 636:5, 657:9
**Transcript** [1] - 442:12
**transcript** [1] - 611:19
**TRANSCRIPT** [1] - 441:12
**Transcription** [1] - 442:12
**trauma** [2] - 462:1, 462:4
**travel** [3] - 583:20, 584:7, 584:14
**traveled** [1] - 481:15
**treatment** [1] - 520:16
**tremendously** [1] - 589:15
**trepidation** [1] - 496:22
**TRIAL** [1] - 441:12
**trial** [2] - 551:14, 579:15
**tricking** [4] - 470:10, 470:22, 470:25, 471:1
**tried** [2] - 633:8, 638:24
**trip** [3] - 503:17, 583:19, 584:6
**true** [4] - 565:7, 567:13, 580:5, 664:12
**truth** [4] - 482:12, 482:21, 482:24, 482:25
**try** [6] - 521:24, 532:21, 535:4, 552:11, 644:22
**trying** [13] - 473:21, 479:19, 479:23, 510:7, 523:2, 545:8, 553:16, 601:22, 601:25, 602:3, 605:15, 610:10, 633:24
**Turn** [1] - 661:11
**turn** [7] - 448:3, 464:5, 476:8, 478:11, 553:22, 590:5, 643:10
**turned** [2] - 553:24
**tweet** [1] - 502:16
**twin** [3] - 498:5, 498:6, 498:9
**twins** [1] - 498:8
**two** [35] - 467:5, 478:22, 478:25, 479:1, 489:23, 497:10, 497:25, 498:1, 502:22, 541:13, 542:6, 546:17, 547:4, 551:5, 552:20, 554:3, 558:3, 566:22,

569:13, 569:16, 577:7, 583:7, 589:17, 589:19, 595:3, 602:2, 604:20, 641:1, 643:21, 649:22, 649:25, 650:1, 650:23, 657:19, 657:20

**tying** [5] - 453:22, 625:23, 641:10, 642:5

**type** [1] - 654:13

**typically** [1] - 480:22

**typo** [2] - 508:23, 509:8

## U

**Uber** [1] - 617:18

**under** [1] - 611:14

**understood** [16] - 465:17, 465:21, 471:25, 472:5, 473:24, 501:9, 506:5, 507:15, 507:19, 540:22, 543:25, 555:7, 556:17, 591:13, 630:15, 644:23

**uniformed** [1] - 661:2

**United States** [3] - 441:1, 441:5, 443:3

**unless** [3] - 570:10, 665:4

**unpleasant** [1] - 504:15

**untie** [2] - 631:16, 649:11

**untied** [4] - 459:2, 631:13, 631:14, 631:15

**untying** [1] - 459:4

**unusual** [1] - 481:7

**up** [110] - 443:21, 447:23, 448:13, 449:21, 450:5, 450:17, 450:18, 452:16, 454:15, 457:8, 457:10, 458:25, 463:15, 466:12, 467:4, 474:15, 475:11, 475:25, 476:10, 481:20, 482:2, 483:8, 488:1, 490:14, 492:11, 495:25, 496:4, 496:5, 499:17, 502:7, 505:12, 506:18, 512:18, 512:20, 522:4, 522:15, 522:18, 524:4, 526:21, 527:22, 529:12, 531:2, 531:21, 533:22, 533:24, 534:20, 539:13, 539:15, 539:19, 540:15, 541:4, 542:6, 542:8, 542:14, 544:3, 547:6, 547:8, 548:9, 555:9, 557:21, 561:24, 563:19, 564:2, 565:2, 565:20, 594:20, 596:15, 597:21, 599:13, 599:15, 603:24, 604:5, 604:13, 604:15, 604:23, 604:25, 605:5, 606:2, 606:6, 615:4, 615:13, 616:11, 616:13, 617:20, 620:10, 624:3, 625:13, 625:23, 626:3, 626:5, 627:1, 631:12, 633:24, 637:5, 639:20, 639:22, 644:9, 651:24, 653:5, 653:6, 653:13, 658:2, 658:3, 658:21, 659:5, 661:18

**upfront** [3] - 470:6, 471:3, 473:11

**uplifting** [1] - 511:11

**upset** [4] - 533:11, 638:25, 639:4, 649:10, 659:22

**upstairs** [3] - 657:10, 657:12, 657:14

## V

**vagina** [8] - 455:16, 457:19, 458:8, 460:13, 460:15, 470:12, 522:7, 647:20

**various** [1] - 556:16

**verify** [1] - 541:15

**versed** [1] - 497:5

**via** [1] - 571:5

**Viceroy** [22] - 478:18, 481:5, 485:7, 487:18, 487:19, 487:25, 491:17, 491:21, 525:15, 563:2, 576:11, 578:24, 578:25, 579:10, 580:19, 581:11, 621:14, 621:20, 621:25, 622:14, 633:15

**video** [21] - 488:22, 490:9, 490:11, 490:12, 490:25, 491:17, 512:13, 526:19, 526:20, 529:11, 529:18, 572:21, 572:22, 578:1, 578:2, 578:6, 584:21, 585:4, 588:18, 588:19, 606:17

**Video** [5] - 489:20, 492:3, 566:20

**videos** [8] - 561:8, 563:4, 594:19, 594:20, 594:21, 594:24, 595:3, 595:7

**Videos** [2] - 512:14, 584:22

**violated** [1] - 533:9

**violence** [1] - 596:16

**virtues** [1] - 510:23

**visibly** [1] - 629:14

**visit** [2] - 466:7, 520:5

**visited** [2] - 513:12, 520:7

**visiting** [3] - 512:17, 513:11, 526:9

**vitals** [1] - 656:11

**voluntarily** [1] - 451:11

## W

**wait** [25] - 463:14, 467:24, 473:19, 473:23, 478:14, 479:13, 484:13, 485:24, 485:25, 497:21, 501:25, 503:8, 519:11, 519:12, 523:11, 561:24, 576:24, 577:4, 582:2, 603:10, 650:6, 650:9

**Wait** [1] - 650:6

**waited** [1] - 637:20

**waiting** [2] - 463:16, 657:10

**waking** [1] - 496:5

**walk** [2] - 487:19, 591:20

**walked** [7] - 487:18, 487:21, 488:9, 522:3, 572:9, 603:24, 610:25

**walking** [4] - 448:24, 522:6, 522:22, 525:14

**wants** [8] - 536:8, 537:15, 538:11, 538:16, 538:21, 538:22, 548:5, 600:6

**ware** [1] - 545:2

**watch** [2] - 528:4, 529:3

**watched** [5] - 528:3, 528:6, 528:20, 529:10, 529:11

**watching** [1] - 529:17

**ways** [1] - 556:16

**wearing** [3] - 451:23, 452:15, 641:18

**Wednesday** [1] - 441:7

**week** [1] - 463:18

**Week** [1] - 589:21

**weekend** [1] - 476:21

**weeks** [5] - 460:18, 546:8, 547:4, 589:17, 589:19

**weird** [1] - 553:1

**West** [1] - 617:14

**WhatsApp** [6] - 467:15, 542:16, 544:4, 561:3, 563:21, 613:19

**whereas** [1] - 484:18

**whips** [2] - 466:4, 469:20

**whole** [6] - 525:15, 551:3, 557:3, 592:16, 656:17

**whore** [1] - 456:16

**wild** [3] - 511:12, 511:16, 511:19

**wine** [4] - 485:2, 493:2, 572:11, 572:12

**wish** [3] - 495:9, 496:9, 565:18

**withdraw** [4] - 471:7, 480:19, 513:2, 564:17

**withdrawn** [30] - 453:20, 456:23, 460:8, 467:11, 473:12, 489:12, 490:9, 499:4, 503:7, 504:8, 504:20, 511:3, 518:22, 520:21, 521:12, 526:7, 544:20, 546:4, 546:7, 546:24, 572:3, 615:7, 616:3, 617:22, 634:20, 635:10, 640:23, 642:21, 661:12

**Witness** [2] - 487:1, 607:11

**witness** [44] - 443:8, 452:5, 454:15, 457:10, 463:12, 463:22, 467:5, 476:10, 486:19, 487:3, 487:5, 488:16, 488:18, 499:20, 514:2, 514:12, 514:23, 514:25, 524:16, 524:17, 539:13, 540:6, 543:3, 548:22, 556:18, 556:20, 561:11, 578:11, 590:16, 591:7, 591:11, 591:18, 591:20, 591:25, 592:4, 592:10, 592:20, 607:13, 607:19, 607:24, 608:5, 609:4, 665:1

**WITNESS** [47] - 470:18, 470:21, 474:4, 475:4, 479:19, 479:21, 479:23, 483:1, 484:15, 486:1, 486:21, 490:13, 500:5, 506:15, 506:23, 506:25, 513:15, 513:19, 516:7, 521:23, 522:14, 523:13, 523:17, 532:2, 532:5, 532:9, 532:11, 534:22, 545:8, 547:10, 549:13, 576:16, 581:7, 581:9, 582:1, 590:9, 591:5, 591:17, 601:8, 601:11, 601:14, 604:8, 604:11, 606:25, 607:10, 610:5, 666:3

**witness** [1] - 490:22

**witness's** [3] - 533:25, 539:22, 592:17

**woken** [1] - 659:5

**woman** [10] - 490:1, 503:2, 503:3, 503:7, 503:20, 505:4, 511:19, 512:16, 512:23, 604:18

**women** [8] - 489:23, 569:14, 633:9, 633:16, 634:5, 634:20, 657:19, 657:20

**wonderful** [2] - 496:13, 589:24

**word** [5] - 509:7, 538:15, 581:19, 620:13, 620:21

**words** [4] - 456:17, 509:5, 537:21, 629:20

**works** [1] - 570:12

**workshop** [2] - 481:10, 481:11

**worried** [1] - 501:5

**worse** [3] - 447:7, 460:13

**wrapped** [1] - 644:17

**wrestle** [1] - 530:2

**wrist** [2] - 453:3, 627:8
**wrists** [12] - 453:4, 453:6, 453:18, 626:6, 626:10, 626:16, 642:19, 642:22, 644:11, 644:13, 644:16, 644:20
**write** [2] - 558:3, 586:25
**writes** [4] - 555:20, 560:1, 560:2
**wrote** [4] - 469:17, 577:9, 577:10, 582:17
**WTF** [1] - 553:3

## X

**Xanax** [1] - 633:23
**XO** [1] - 501:6

## Y

**YANT** [1] - 605:13
**year** [2] - 612:2, 651:8
**years** [2] - 548:19
**yelling** [1] - 630:9
**yellow** [6] - 537:2, 549:9, 549:15, 549:16, 549:19, 599:2
**yes-or-no** [2] - 576:15, 577:16
**yesterday** [37] - 444:12, 444:13, 444:21, 445:8, 445:23, 446:14, 462:2, 485:16, 486:2, 554:25, 563:10, 563:12, 563:14, 563:22, 563:25, 564:5, 564:23, 564:24, 565:5, 566:21, 567:4, 567:22, 568:9, 568:15, 568:22, 569:4, 569:5, 569:24, 572:9, 573:7, 573:10, 573:13, 575:6, 575:9, 576:1, 587:24, 664:12
**yoga** [2] - 641:15
**YORK** [1] - 441:1
**York** [39] - 441:5, 441:19, 441:23, 442:3, 443:4, 448:7, 448:10, 472:20, 481:16, 481:18, 518:11, 521:10, 525:21, 544:9, 547:3, 548:1, 559:13, 559:21, 560:5, 560:8, 560:19, 571:6, 573:9, 613:6, 613:24, 614:1, 614:6, 614:14, 615:5, 615:14, 615:16, 635:17, 637:1, 651:4, 651:11, 655:20, 655:21, 655:22
**you..** [1] - 598:9
**you...** [1] - 471:8
**yourself** [9] - 469:3, 476:21, 488:19, 545:16, 546:2, 547:18, 566:7, 567:23, 651:13
**yourselves** [1] - 639:8

## Z

**Zebra** [1] - 499:21
**Zoe** [12] - 655:4, 655:5, 655:15, 655:17, 655:23, 655:25, 656:7, 657:5, 659:22, 660:24, 661:10, 661:22
**Zoe's** [2] - 662:2, 663:24