UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
AMY MOORE, MIA LYTELL,                :  17 CV 6404(BMC)
NATASHA TAGAI, EMMA HOPPER,           :
BRITTANY HASSEN AND BRITTANY          :
REYES,                                :
                                      :  United States Courthouse
          Plaintiffs,                 :  Brooklyn, New York
                                      :
                                      :
     -against-                        :
                                      :  Thursday, March 24, 2022
                                      :  9:30 a.m.
                                      :
                                      :
HOWARD RUBIN AND JENNIFER             :
POWERS,                               :

          Defendants.
- - - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
DISTRICT JUDGE

A P P E A R A N C E S:

For the Plaintiffs:       BALESTRIERE FARIELLO
                          Attorneys for the Plaintiffs -
                          AMY MOORE, MIA LYTELL, NATASHA TAGAI,
                          EMMA HOPPER, BRITTANY HASSEN and
                          BRITTANY REYES
                               225 Broadway
                               29th Floor
                               New York, NY 10007
                          BY: JOHN G. BALESTRIERE, ESQ.
                              MATTHEW W. SCHMIDT, ESQ.


For the Defendants:       DECHERT, LLP
                          Attorneys for the Defendant -
                          Howard Rubin
                               1095 6th Avenue
                               New York, NY 100036
                          BY: EDWARD A. MCDONALD, ESQ.
                              BENJAMIN E. ROSENBERG, ESQ.
                              MAY K. CHIANG, ESQ.
                              CHRISTINE ISAACS, ESQ.
                              KATHERINE BOY SKIPSEY, ESQ.

669

```
                    SCHLAM STONE & DOLAN, LLP
                    Attorneys for the Defendant -
                    Jennifer Powers
                         26 Broadway
                         New York, New York 10004
                    BY: DOUGLAS E. GROVER, ESQ.
                         JOLENE LAVIGNE-ALBERT, ESQ
                         ANGELA LI, ESQ.


                    SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                    Attorneys for the Defendant -
                    Howard Rubin
                    By:  MICHAEL J. GILBERT, ESQ.

Court Reporter:  Jennifer Thun, CSR,
                 Official Court Reporter
                 Telephone: (718) 613-2567
                 E-mail: JenniferThun.CSR@Gmail.com


Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.
```

Lytell - direct - Balestriere                    670

1          (In open court.)

2          COURTROOM DEPUTY:  All rise.

3          The United States District Court for the Eastern

4   District of New York is now in session.  The Honorable Brian

5   M. Cogan is now presiding.

6          (Honorable Brian M. Cogan takes the bench.)

7          THE COURT:  Good morning, everyone.

8          Get the jury; put the witness back on the stand.

9          (Jury present.)

10         THE COURT:  Everyone may be seated.

11         Good morning, ladies and gentlemen.  Good to see

12  you back here.  Thank you for being on time.  We will

13  continue with direct examination.

14         Please proceed.

15         MR. BALESTRIERE:  Thank you, your Honor.

16  **MIA LYTELL**,

17      called as a witness, been previously duly

18      sworn, was examined and testified as follows:

19  DIRECT EXAMINATION

20  BY MR. BALESTRIERE:  (Cont'd.)

21  Q    Good morning, Mia.

22         So, I noted yesterday that there were some exhibits

23  that I might ask you about regarding your testimony

24  yesterday.

25         MR. BALESTRIERE:  I ask, Ms. Saydah, if she would

1    put up Plaintiffs' 3, please.

2              In evidence, your Honor.

3    Q    There are four photos here.

4              Do you recognize that?

5    A    Yes.

6    Q    What is that?

7    A    Something that was in the room.

8    Q    When you say "the room," which room are you referring

9    to?

10   A    The red room.

11             MR. BALESTRIERE:  Ms. Saydah, can I ask you to go

12   to the second page, please.

13   Q    What about that?

14   A    Yes.

15   Q    When you say "yes," what do you mean?

16   A    I recognize seeing it.

17   Q    That was in the red room as well?

18   A    Yes.

19             MR. BALESTRIERE:  Page 3, please, Ms. Saydah.

20   Q    What about this?

21   A    Yes.

22   Q    I am sorry.  What is this?

23   A    I recognize this from the room.

24   Q    Just one more.

25             MR. BALESTRIERE:  Finally, the fourth page, please,

Lytell - direct - Balestriere                          672

1   Ms. Saydah.

2   Q    Do you recognize this?

3   A    Yes.  I recognize it.

4   Q    What is that?

5   A    A thing that was in the room.

6        MR. BALESTRIERE:  Thank you.  You can take that

7   down.

8   Q    So, you discussed an August encounter.  I am not going

9   to ask you to get into more details than you already did.

10       MR. BALESTRIERE:  Can I move for the admission of

11  H3A.  I don't believe there is an objection.

12       MR. GILBERT:  No objection.

13       MR. BALESTRIERE:  Thank you.

14       THE COURT:  Received.

15       (Plaintiffs' Exhibit 3A was received in evidence.)

16  Q    This is a segment of some text messages.  I am going to

17  ask you about this.

18       The blue is sent by Mr. Rubin, or Howie; and then

19  the others are you.

20       What the date on this?  It has a converted dated in

21  red.

22  A    8-24-16.

23  Q    So, was this at or about the time of that first

24  encounter that you testified about yesterday with Amy Moore?

25  A    Yes.

Lytell - direct - Balestriere                673

1   Q    Can you read -- I will read what Mr. Rubin says.

2          Are you having trouble breathing?  You think

3   something happened?

4   And you write, No.  I am fine.  LOL.  You're so cute.  I

5   think I was leaning on a toy is all.

6          What is this about?

7   A    My rib was bruised or broken, and I told Amy.

8   Q    So, you didn't reveal that here to Mr. Rubin?

9   A    No.

10  Q    How was your rib bruised or broken?

11  A    I went to my doctor and he told me --

12          MR. MCDONALD:  Objection, your Honor.

13  A    Sorry.  Maybe I didn't ask the question the right way.

14  Q    How is it that your bruise -- how do you understand that

15  your rib became --

16          THE COURT:  What happened that caused the bruising

17  or breaking?

18          MR. BALESTRIERE:  Thank you, your Honor.

19          THE WITNESS:  I had trouble breathing.  My actual

20  rib hurt.

21  Q    I understand that is how you feel.  How do you think

22  that happened to you.  Not why do you think that happened to

23  you, but how did it happen that your rib was bruised or

24  broken?

25  A    Because I got punched in the ribs.

Lytell - direct - Balestriere                674

1    Q    By whom?

2    A    Mr. Rubin.

3    Q    Thank you.

4            MR. BALESTRIERE:  I move for the admission of

5    Plaintiffs' 49.  I believe there is no objection to this,

6    your Honor.

7            MR. GILBERT:  No.

8            THE COURT:  Received.

9            (Plaintiffs' Exhibit H3A was received in evidence.)

10   Q    This is seven pages.  I am not going to ask you to go

11   through all of this.  I would like to just draw your

12   attention to a few things.

13           So you can see that the blue here is -- it says

14   again, Remote name, Howie.  That is Mr. Rubin.  And then

15   there is a yellow highlight.  Those are from you.

16           Do you see that in front of you?

17   A    Yes.

18   Q    I would like to draw your attention to the first line so

19   we can get a date on this.

20           What is the date on the first line there?

21           Can you see that?

22   A    9-19-2016.

23   Q    So, do you see that the second line says, Let's hurt her

24   together, and the third --

25           MR. GILBERT:  Objection, your Honor.

Lytell - direct - Balestriere                675

1          MR. BALESTRIERE:  I can ask the witness to read it.

2          THE COURT:  What is the objection?

3          MR. GILBERT:  Relevance and the motion in limine

4    ruling.

5          MR. BALESTRIERE:  We had --

6          THE COURT:  The exhibit is in.  He is just reading

7    it.  There was no objection to the exhibit.

8          Why can't he read it?

9          MR. GILBERT:  We have agreed on redactions that

10   have not been implemented.

11         THE COURT:  Let's take it down.

12         MR. BALESTRIERE:  May we have a sidebar, your

13   Honor?

14         THE COURT:  Yes.

15         (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

Sidebar                                              676

1                (Sidebar conference.)

2                THE COURT:  There is an unredacted document.  You

3        have to say something before the jury sees it.  What is your

4        view as to what should have been redacted?

5                MR. GILBERT:  There is text messaging that relates

6        to Ms. Rico and her injuries, which pursuant to your Honor's

7        ruling are no longer part of the case.  I was under the

8        understanding that we had an agreement about that.  So when

9        he put the exhibit on the screen, admittedly it took me a few

10       seconds to see that the redactions had not been made as I

11       understood they would be.  We object, nonetheless.

12               MR. BALESTRIERE:  We then had a further discussion

13       that while I can't talk about Ms. Rico -- talk about her

14       injuries and I am not going to talk about that here, we could

15       talk about Mia and what she observed and the communications

16       she had.  She testified about this incident, your Honor.

17               THE COURT:  Right.

18               MR. BALESTRIERE:  I thought this resolved the

19       redaction issues.  Katrina told me she was injured in that

20       way.  I cannot use it.  It is simply communications.  It is

21       communications that she is having with Mr. Rubin regarding

22       what is about to happen and what she observed.

23               MR. GILBERT:  The discussion is about injuring

24       Ms. Rico, which is no longer in the case.

25               MS. LAVIGNE-ALBERT:  It may be, John, there was a

Sidebar                                              677

1    long phone call with Matt in which we send document

2    redactions.  So our understanding is definitely that all of

3    those exhibits are coming in without the red text.

4              Is that wrong?

5              MR. BALESTRIERE:  Based on your further discussion

6    yesterday about how there would be testimony about what Ms.

7    Lytell --

8              THE COURT:  You did say that yesterday.  It wasn't

9    entirely clear.  Apparently defendants didn't perceive it

10   that way.

11             MR. BALESTRIERE:  We have had testimony about this.

12             MS. LAVIGNE-ALBERT:  I have a document with all the

13   red text if your Honor wanted to see it.

14             THE COURT:  You have a document?

15             MS. LAVIGNE-ALBERT:  With all the red texts that we

16   understood was redacted.

17             THE COURT:  Here is what we are going to do:  Go

18   onto something else.

19             MR. BALESTRIERE:  Okay.

20             THE COURT:  Let me see that document.  See if you

21   can reach an agreement during the morning break.

22             MR. BALESTRIERE:  Understood.

23             THE COURT:  Maybe we can resolve it and I will rule

24   on it.

25             MR. BALESTRIERE:  Thank you. (Continued on next page.)

Lytell - direct - Balestriere                    678

1              (In open court; jury present.)

2              MR. BALESTRIERE:  May I continue, your Honor?

3              THE COURT:  Please.

4    BY MR. BALESTRIERE:

5    Q    Mia, I will ask you about that document, but we are

6    going to move on from it for now.

7              After you were arrested, did you continue to work

8    in any fashion with Mr. Rubin?

9    A    Yes.

10   Q    Please explain that.

11   A    I was still sending photos of different girls.

12   Q    And I think you talked a little bit about this

13   yesterday.  After you would send a photo, how would the

14   communications go between you and Mr. Rubin?

15   A    I would set up a message and then I would send him the

16   girls' photos and he would let me know if he liked them or

17   not.

18   Q    If he liked them, as you put it, what would be the next

19   step in this process?

20   A    For me to put them in a group message -- WhatsApp

21   message.

22   Q    Do you remember how many women that you connected

23   Mr. Rubin to he met with?

24   A    A couple.  A few.

25   Q    I would like to ask --

1          MR. BALESTRIERE:  I would like to move for the

2     admission of Defendants' I6A.  I believe there is no

3     objection.

4          MR. GILBERT:  No objection.

5          THE COURT:  Received.

6          (Defendants' Exhibit I6A was marked in evidence.)

7          MR. BALESTRIERE:  You can put this up, please,

8     Ms. Saydah.

9     Q    So, here can you tell me what is the date of this?

10    A    5-29-17.

11    Q    There is some other names listed there.  A Heather

12    Lynee.

13         Who is that?

14    A    Heather Lynne Hogrefe.

15    Q    Who is Heather Lynee Hogrefe?

16    A    Another model that I never even met her in person.

17    Q    Did you connect Mr. Rubin to Heather Lynne Hogrefe?

18    A    Yes, I did.

19    Q    Can you go down to the purple that is your saying, LOL.

20    It's fine.

21         Do you see that?

22    A    Yes, I do.

23    Q    What did you mean to communicate by saying to, I will

24    call her Ms. Hogrefe, LOL.  It is fine?

25    A    I am sorry.  I am confused.

Lytell - direct - Balestriere                    680

1   Q    It is the line below that that is from you.  Can you

2   read that?

3   A    The last one?

4   Q    Yes.

5   A    You got nothing to worry about.  LOL.  He is a little,

6   nothing-sized guy.  LOL.

7   Q    To the best of your memory, what were you trying to

8   communicate when you wrote that to Ms. Hogrefe?

9   A    Just trying to get her to go see him.

10  Q    Why were you doing that?

11  A    Because then he would pay me.

12  Q    Thank you.

13           MR. BALESTRIERE:  You can take that down,

14  Ms. Saydah.

15           I would like to move for the admission, your Honor,

16  of Defendants' J6.  I believe there is no objection.

17           MR. GILBERT:  No objection.

18           THE COURT:  Received.

19           (Defendants' Exhibit J6 was marked in evidence.)

20           MR. BALESTRIERE:  Thank you.

21  Q    Can you see there?  It is on the screen.  I can see it

22  better here with my glasses.

23           There is a name of someone here on the top.

24           Can you read that name?

25  A    Jenna.  Jenna Charlette.

1    Q    Who is Jenna Charlette?

2    A    Another model.

3    Q    Can you read what you wrote at that -- withdrawn.

4         Can you actually say the date of that?  It's the

5    fourth column on the -- a little bit more to the left of the

6    name.

7         Under the red where it says, Inverted EST.

8    A    I can't see the date very well.

9         THE COURT:  It's pretty small.

10        Can you blow it up?

11        MR. BALESTRIERE:  Can you blow up maybe the date?

12        Thank you.

13        One more, please.

14   Q    Is that better?

15   A    Yes.

16        MR. BALESTRIERE:  Thank you.

17   Q    So forgive me I will ask my question again.

18        What is the date of this text communication between

19   you and -- I will call her -- Jenna?

20   A    7-17.

21   Q    July 2017?

22   A    Yes.

23        MR. BALESTRIERE:  You can keep it blown up like

24   this, please?

25   Q    Can you go to what is the actual text is that you say to

Lytell - direct - Balestriere                682

1    Jenna on that same line?

2    A    There is this one guy I know that will fly you out to

3    New York for 5K for one hour tops.

4    Q    So who are you referring to there?

5    A    Howard Rubin.

6    Q    Thank you.

7            MR. BALESTRIERE:  Ms. Saydah, can you keep it blown

8    up, but scroll down a little bit to what is line 8.

9    Q    Can you see line 7 and 8 there now?

10   A    Yes.

11   Q    So what do you say on line 7 to Jenna?

12   A    But no bleeding or bruising.  LOL.  Just sexy beating,

13   dirty talk and smacking and toys in a dungeon, and you would

14   have to sign an MDMA.  LOL.

15   Q    Why did you write that to Jenna?

16   A    Because I was trying to get her to go.

17   Q    Sorry to ask that, but why?

18   A    Because I needed the money.

19           MR. BALESTRIERE:  Thank you.  You can take that

20   down.

21           Your Honor, I move for the admission of Defendants'

22   H3-1.

23           MR. GILBERT:  No objection.

24           THE COURT:  Received.

25           (Defendants' Exhibit H31 was marked in evidence.)

Lytell - direct - Balestriere                    683

1              MR. BALESTRIERE:  Thank you.

2    Q    So, I don't want to spend too much time on this here.

3              I want to ask you -- I can maybe read some of this.

4              Do you see about a third of the way down there are

5    devil emoticons and some other kinds of emoticons?

6    A    Yes.

7    Q    It says, Amy and I both agree you can do anything you

8    want to us.  Anything.

9              Do you see that?

10   A    Yes.

11   Q    You wrote that; right?

12   A    Yes.

13   Q    This is to Howard Rubin?

14   A    Yes.

15   Q    Who is the Amy that you're referring to here?

16   A    Amy Moore.

17   Q    Did you tell Amy that you sent these?

18   A    No.

19   Q    Did Amy end up meeting with Mr. Rubin?

20   A    No.

21             MR. BALESTRIERE:  Thank you.  You can take that

22   down, please.

23             Thank you.

24             Would your Honor mind if I moved here?

25             THE COURT:  Whatever you want.

Lytell - direct - Balestriere                    684

1          MR. BALESTRIERE:  Thank you.

2  Q    So we talked about your being arrested yesterday.

3          Do you remember?

4  A    Yes.

5  Q    I would like to ask you a few questions about that.

6          Did you end up eventually going to court?

7  A    Yes.

8  Q    Do you remember how many times?

9  A    Every other month after that.

10 Q    So after that -- that was the October 2016 encounter as

11 you have been using that term?

12 A    Yes.

13 Q    Did you hire a lawyer?

14 A    Yes.

15 Q    I don't know if we heard the lawyer's name?

16 A    Jeremy Saland.

17 Q    Did you choose that lawyer?

18 A    Yes.

19 Q    I am going too fast.

20          Did you pay for that lawyer?

21 A    No.

22 Q    Who paid for that lawyer?

23 A    Howard Rubin.

24 Q    You said that you would go to court about every other

25 month?

Lytell - direct - Balestriere                685

1   A    No.

2   Q    Did you have any conversations with Mr. Rubin or

3   Ms. Powers after you went to court?

4   A    Yes.  Every time.

5   Q    What did you discuss every time after you went to court?

6   A    They asked me if their names were mentioned.

7   Q    What did you tell them?

8   A    I told them it wasn't.

9   Q    Why did you not mention their names?

10  A    Because I was told not to.

11  Q    By whom?

12  A    By Jennifer Powers and Howard Rubin.

13  Q    Did there come a time when you did tell those names to

14  Mr. Saland?

15            MR. MCDONALD:  Objection, your Honor.

16            THE COURT:  Overruled.

17  Q    I will just ask the question again.  I am allowed to ask

18  this question.

19            Did there come a time when you told the names of

20  Jennifer Powers and Howard Rubin to your lawyer, Jeffrey

21  Saland?

22  A    Yes.

23  Q    Tell the jury what the circumstances were of your

24  revealing to Mr. Saland their names?

25  A    I got nervous and I was -- I couldn't -- I couldn't do

Lytell - direct - Balestriere                    686

1   it anymore and it was overwhelming, and I told Jeremy the

2   truth.

3   Q    Let me take a step back.

4           Were you in New York when you told Jeremy the

5   truth?

6   A    Yes.  They flew me to New York.

7   Q    Why were you in New York?

8   A    They wanted to meet up with me and get me to release my

9   information with Jeremy Saland, my attorney, with their --

10  with them, their attorney.

11  Q    It was after that that you decided to tell Jeremy?

12  A    Yes.

13          Yes.

14  Q    I don't want to go into all the details here.

15          MR. BALESTRIERE:  Did we lose the mic?

16          (Pause.)

17          MR. BALESTRIERE:  May I continue, your Honor?

18          THE COURT:  Please.

19          MR. BALESTRIERE:  Thank you.

20  Q    So we discussed how you decided to reveal this

21  information to Mr. Saland.  I don't want to go into a lot of

22  detailed here.

23          Please summary what you told Mr. Saland.

24          MR. GILBERT:  Objection.

25          THE COURT:  Overruled.

Lytell - direct - Balestriere                    687

```
1   Q    You can answer.
2             I will ask the question again.
3             If you could, please summarize to the jury what you
4   told to Mr. Saland after you decided to reveal this
5   information to him.
6   A    I told him the truth, what happened.  When I got
7   arrested, I told him what happened to me.  I told him
8   everything.  I told him Howard Rubin's name.  I told him
9   Jennifer Powers name.  I told him everything.
10  Q    After that were you connected to my law firm?
11  A    Yes.
12  Q    Was it after that time that you decided to bring the
13  lawsuit?
14  A    Yes.
15  Q    Did you discuss your bringing the lawsuit with any of
16  the other plaintiffs before you brought the lawsuit?
17  A    No.
18  Q    You are friends with Amy Moore you testified; right?
19  A    Yes.
20  Q    Did you discuss with Amy bringing the lawsuit?
21  A    Not until after I spoke with you guys.
22  Q    So maybe I asked the question the wrong way.
23            You said you "spoke with you guys," does that mean
24  me or my colleagues?
25  A    Yes.
```

Lytell - direct - Balestriere                    688

1  Q    After that time, did you discuss with anyone else about

2  bringing a lawsuit?

3  A    Amy Moore.

4  Q    After that time you and Amy decided to bring your suit;

5  is that correct?

6  A    Yes.  And Katrina Rico.

7              MR. GILBERT:  Objection.

8              MS. LAVIGNE-ALBERT:  Move to strike.

9              THE COURT:  That last insertion is stricken, ladies

10 and gentlemen.

11             MR. BALESTRIERE:  Thank you, your Honor.

12             Beyond that issue, your Honor, that we discussed at

13 sidebar, I am done with my direct.

14             THE COURT:  Okay.  Let me see the parties at

15 sidebar again.

16             (Continued on the next page.)

17

18

19

20

21

22

23

24

25

1           (Sidebar conference held.)

2           MR. BALESTRIERE:  Can I see what your redaction

3    version is?

4           MS. LAVIGNE-ALBERT:  For the first box, it is the

5    entire colored portion that we had agreed to redact.

6           THE COURT:  Say that again.

7           MS. LAVIGNE-ALBERT:  I will just explain.  This is

8    the exhibit number for this one.  It's the entire box here.

9           THE COURT:  That's the box you want out?

10          MS. LAVIGNE-ALBERT:  That we want out, and for the

11   other exhibits that follow, we want redacted.

12          THE COURT:  Take a look at that, Mr. Balestriere.

13          MR. BALESTRIERE:  Is the redacted version; right?

14          MS. LAVIGNE-ALBERT:  Yes.  That's right.

15          MR. BALESTRIERE:  Your Honor, this was our

16   understanding, but then we had -- Mr. Gilbert raised this

17   because on cross-examination he went into it with Ms. Lytell.

18          What I could not ask is what does Katrina say about

19   her injuries and what she saw.  This is a communication she's

20   on.  She has testified about it.  It is before the jury.  I

21   know what she said at the end there, but she knows --

22          THE COURT:  I got it.  When I excluded evidence

23   about Stephanie Hogrefe, what I meant was we were not going

24   to have a sideshow of what happened to Stephanie Hogrefe.  I

25   did not mean that one of the plaintiffs who actually observed

Sidebar                                                           690

1   what happened couldn't testify about what happened.

2           Now, I understand the ruling was not all that

3   clear.  The defendants were just confused because we didn't

4   have a meeting of the mind, but that is where I intended to

5   come out.

6           MR. GILBERT:  This texting is not within the scope

7   of her observations which she saw, which I think he has

8   already gotten into.

9           MR. BALESTRIERE:  Her communications about what she

10  observed?

11          MR. GILBERT:  I don't understand these

12  communications to fall under the category of her providing

13  evidence about what she observed in the room, which I do

14  understand was your Honor's ruling.

15          Frankly, that was our agreement and I agree with

16  it.  I don't dispute this.  This is a different character.

17          THE COURT:  I see the difference that you are

18  saying.

19          It does seem to me, Mr. Balestriere, that that

20  tends to go into a side trial about what really happened.

21  You're offering this to make her observations more

22  believable, but we are getting into the issue of how

23  believable are they.  I don't want to have any evidence on

24  that.

25          MR. BALESTRIERE:  Okay.

Sidebar                                    691

1          Just to be clear -- and I don't take more time with

2    the Court -- these are statements of the party opponent that

3    I will use at another time, but not through Ms. Lytell.

4          THE COURT:  I will wait for the other time.

5

6          (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lytell - cross - Gilbert                    692

```
 1              (In open court; jury present.)

 2              MR. BALESTRIERE:  Your Honor, I have nothing

 3   further.

 4              THE COURT:  Thank you.

 5              MR. BALESTRIERE:  Thank you, ma'am.

 6              THE COURT:  Cross-examination.

 7   CROSS-EXAMINATION

 8   BY MR. GILBERT:

 9   Q    Good morning, Ms. Lytell.

10   A    Morning.

11   Q    Are you able to hear me okay?

12   A    What?

13   Q    Can you hear me?

14   A    Yes.

15   Q    Ms. Lytell, you testified that you came to New York for

16   the first time to meet with Mr. Rubin in August of 2016;

17   correct?

18   A    Yes.

19   Q    And you testified that you thought you were coming here

20   to have dinner and drinks; right?

21   A    Yes.

22   Q    And that you were given a document that referred to S

23   and M.

24              Do you remember that?

25   A    Yes.
```

Lytell - cross - Gilbert                    693

1  Q    And when you were asked about that document by your
2  lawyer, you said that you didn't understand and you don't
3  understand what that meant?
4  A    Yes.
5  Q    So as far as you knew, you were coming to New York to go
6  do dinner and get paid $2,000?
7  A    Yes.
8  Q    And instead of going out to dinner, it is your claim
9  that you were tied up and punched and assaulted; is that
10 correct?
11 A    Yes.
12 Q    So that was about as far away as possible from what you
13 had in your mind when you decided to get on the airplane and
14 go to New York; correct?
15 A    Yes.
16 Q    And after this attack that you claim happened by this
17 man you had never met before in your life, Mr. Rubin then
18 left the apartment.
19       That was your testimony; correct?
20 A    Yes.
21 Q    He was gone?
22 A    Yes.
23 Q    When he left, at that point you could have immediately
24 left that apartment; correct?
25 A    Yes.

Lytell - cross - Gilbert                    694

1   Q     You could have run out of there; correct?

2   A     Yes.

3   Q     You had your cell phone with you; correct?

4   A     Yes.

5   Q     You could have called the police; right?

6   A     Yes.

7   Q     You had family that lived in New York; correct?

8   A     Yes.

9   Q     And at least one friend who lived in New York; correct?

10  A     Yes.

11  Q     You could have called anyone and said, I came here to

12  have dinner and drinks and instead I was attacked, but you

13  didn't do that; right?

14  A     Yes.

15  Q     You could have gone downstairs.  There was a doorman

16  there who let you in.

17        You saw that person; right?

18  A     Yes.

19  Q     And you could have asked for help, but you didn't;

20  right?

21  A     Yes.

22  Q     Instead, it is your testimony that after this terrible

23  attack happened in this strange man's apartment, who you

24  never met before in your life, you decided to spend the night

25  there.

Lytell - cross - Gilbert                    695

1          That's what you told the jury; right?

2   A    Yes.

3   Q    And you knew that he could come back at any time; right?

4   A    Yes.

5   Q    This was his apartment; correct?

6   A    Yes.

7   Q    Yet you stayed?

8          THE COURT:  We got that.

9   Q    Then you went back to Florida; right?

10  A    Yes.

11  Q    You were a thousand miles away from Mr. Rubin; correct?

12  A    Yes.

13  Q    You could have never seen him again in your life if you

14  chose not to; correct?

15  A    Yes.

16  Q    Just a few weeks later, in September, you got on a plane

17  and you came to New York again; correct?

18  A    Yes.

19  Q    You came to New York again to see Mr. Rubin; correct?

20  A    Yes.

21  Q    To return to the very same apartment where you claim

22  this brutal attacked occurred; correct?

23  A    Yes.

24  Q    On that trip back in September, you came with one of

25  your very good friends; correct?

Lytell - cross - Gilbert                          696

1    A    Yes.

2    Q    And you understood that she too was going to go to this

3    apartment and meet with Mr. Rubin; correct?

4    A    Yes.

5    Q    And then very shortly after this attack occurred, it is

6    your testimony that you started to recruit other women and

7    get them to come and see Mr. Rubin, too; right?

8    A    Yes.

9    Q    What you were doing is you were trying to arrange for

10   other women to come and have the same experience that you

11   had; right?

12   A    Yes.

13   Q    And you did that because you said you wanted to make

14   some money?

15   A    Yes.

16   Q    Ms. Lytell, some of those women that we are talking

17   about were your very good friends, were they not?

18   A    Yes.

19   Q    You wouldn't want to see them hurt, would you?

20   A    No.

21   Q    You would never want to see someone who you were close

22   to be attacked by a man; correct?

23   A    I needed money.  I am not proud of the things I did for

24   money, but I needed money.

25   Q    Are you telling this jury that you needed money so much

Lytell - cross - Gilbert                    697

1   that you would risk one of your friend's being brutally

2   attacked and sexually assaulted; is that what you are saying,

3   Ms. Lytell?

4   A    Yes.

5   Q    Ms. Lytell, you said you initially were contacted by

6   someone named Stephanie Shon; correct?

7   A    Yes.

8   Q    And Ms. Shon contacted you a few weeks before you came

9   to New York for the first time; correct?

10  A    Yes.

11  Q    You never heard of Ms. Shon before; right?

12  A    No.

13  Q    She reached out for you over Instagram?

14  A    Yes.

15  Q    And you understood that she worked for some man in

16  New York?

17  A    Yes.

18  Q    And within a few days, you agreed to travel to New York

19  and meet with this man you had never met before in your life;

20  right?

21  A    Yes.

22  Q    You had never met Ms. Shon either; right?

23  A    No.

24  Q    Other than the contact on Instagram, you had no idea who

25  she was?

1    A     Correct.

2    Q     And your testimony is that you thought that you were

3    going to get on this plane and go to New York and have dinner

4    with a wealthy man for $2,000; correct?

5    A     Yes.

6    Q     And the idea that there was anything having to do with

7    sex in connection with this trip never crossed your mind; is

8    that your testimony?

9    A     Yes.

10   Q     And then you had conversations over texts with Mr. Rubin

11   that you were asked about by your lawyer; correct?

12   A     Yes.

13        MR. GILBERT:  If we can display DX C2, which is in

14   evidence.  If we can focus, please, on DX C2, row 10, which a

15   communication on August 16th, 2016, at 9:06 p.m.

16   Q     Do you see that on your screen now, Ms. Lytell?

17   A     Yes.

18   Q     So what are looking at?

19        MR. GILBERT:  If we could, please, show the

20   photograph on the right side of the screen if it is possible.

21        MR. BALESTRIERE:  Objection.

22        I will let it in, your Honor.  I am not going to

23   object.

24        MR. GILBERT:  I thought this was in evidence.

25        MR. BALESTRIERE:  It's fine.  Please continue.  I

1    withdraw the objection.

2              MR. GILBERT:  Thank you.

3    Q    So what you see in front of you, are these two text

4    messages that you sent to Mr. Rubin before you traveled to

5    New York to meet with him?

6    A    I see a photo of me and Amy in a bikini on my screen.

7              MR. GILBERT:  If we can pull back on the screen.

8    Q    Did you send the picture of you and Amy to Mr. Rubin

9    before you met with him in 2016?

10   A    Yes.  Stephanie Shon told us to.

11   Q    You chose the photograph that is depicted here; correct?

12   A    Yes.

13   Q    Stephanie Shon didn't choose the photograph.

14        You did?

15   A    No.  She told us to send photos, and I did.

16   Q    She asked you to send photographs and these are the two

17   photographs that you chose to send to Mr. Rubin in your first

18   communication with him?

19   A    Yes.

20   Q    And do you see --

21             MR. GILBERT:  If we can look at row 18.

22   Q    Do you see there is a text there from Mr. Rubin, who

23   says, Nice to meet you, ladies.

24        Do you see that?

25   A    Yes.

1  Q    So this is the first time you had any communication with
2  Mr. Rubin; right?
3  A    Yes.
4  Q    If we look at row 25 on August 17th at 2:45, Mr. Rubin
5  writes, Do you girls know what you're in for, with an emoji
6  next to it.
7        Do you see that?
8  A    Yes.
9  Q    And you responded to that, focussing on row 26, at
10 2:52 p.m., and you wrote, Stephanie told us the basics, but
11 we are definitely excited about this.
12        Do you see that?
13 A    Yes.
14 Q    When you refer to what Stephanie told you as being "the
15 basics," you understood that to mean that the purpose of this
16 trip was to have an S and M encounter with this man, Mr.
17 Rubin, did you not?
18 A    Yes.
19 Q    You did understand that that was the purpose of the
20 trip?
21 A    But I didn't understand S and M.
22 Q    Well, when you wrote "the basics," what did you have in
23 mind?
24 A    She told me the basics were to come to New York and meet
25 her boss for dinner and drinks for $2,000.  That's the

Lytell - cross - Gilbert                701

1   basics.

2   Q    You thought it was just for dinner and drinks?

3   A    Yes.

4   Q    If you look at row 30 in this communication, there is a

5   message from Mr. Rubin.

6            Do you see that?

7   A    Yes.

8   Q    Mr. Rubin writes, It's total BDSM.  Most girls love it

9   and come back for more, but I just like to be upfront about

10  everything.

11           Do you see that?

12  A    Yes.

13  Q    So when Mr. Rubin wrote, It's total BDSM, you still

14  thought that this trip was just about having dinner.

15           Is that your testimony to this jury, Ms. Lytell?

16  A    Yes.

17  Q    When he wrote, I just like to be upfront about

18  everything, you thought, Ms. Lytell, he was referring about

19  having dinner and drinks.

20           Is that your testimony to this jury, Ms. Lytell?

21  A    Yes.  I didn't understand what BDSM meant.

22  Q    Did you have any understanding about S and M or rough

23  sex activity at all?

24  A    I had heard the term S and M and BDSM, but I do -- I did

25  not know what it meant.

Lytell - cross - Gilbert                    702

1   Q    At this time did you understand about things like

2   bondage?

3   A    I had heard the term, but I didn't understand what it

4   meant.

5        MR. GILBERT:  Please show the witness DX Y7.

6   Q    Ms. Lytell, do you see DX Y7 on your screen?

7   A    Yes, I do.

8   Q    Is that an Instagram post that you made, Ms. Lytell?

9   A    That is.

10       MR. GILBERT:  I offer DX Y7.

11       MR. BALESTRIERE:  No objection.

12       THE COURT:  Received.

13       (Defendants' Exhibit Y7 was marked in evidence.)

14  Q    That's a photograph of you?

15  A    Yes.

16  Q    And you have tape covering your mouth; correct?

17  A    Yes.

18  Q    And you're posing?

19  A    Yes.

20  Q    He if you scroll down a little bit, please, you can see

21  that this was something that you posted on your Instagram

22  account; correct?

23  A    Yes.

24  Q    And you did that in September of 2015; correct?

25  A    Yes.

1  Q    And so that was almost a year before you met Mr. Rubin;

2  correct?

3  A    Yes.

4  Q    And it was almost a year before Mr. Rubin wrote to you,

5  It's total BDSM; correct?

6  A    Yes.

7  Q    And your post has the following caption on it:  Love has

8  no limits, but it does have a safe word.

9        Do you see that?

10 A    Yes.

11 Q    So in 2015 before you ever met Mr. Rubin, you posted on

12 your Instagram account about a safe word; correct?

13 A    I posted what it says right there.

14 Q    What it says right here is, Love has no limits, but it

15 does have a safe word; correct?

16 A    That's what it says, yes.

17 Q    When you wrote that on your Instagram account, you

18 understood that a safe word is something that is used in

19 connection with BDSM activity; correct?

20 A    No.

21 Q    On your Instagram account right after you wrote safe

22 word, it says, #bondagebage.

23        Do you see that?

24 A    Yes, I see that.

25 Q    Bondagebabe is how you were referring to yourself in

Lytell - cross - Gilbert                    704

1   2015 before you ever met Mr. Rubin in your life; correct?

2   A    They are just hash tags.

3   Q    But is it a hash tag that you chose and wrote on your

4   Instagram account?

5   A    When people post things on Instagram --

6   Q    Just answer my questions.

7        My question about this is simply:  Did you post the

8   #bondagebabe --

9   A    Yes, I did.

10  Q    -- on your Instagram account?

11  A    Yes, I did.

12  Q    Because we have a court reporter, we have to be careful

13  not to speak over each other.

14       I will try to slow down.

15       I am asking you this one question right now:  In

16  2015, did you write #bondagebage on your Instagram account?

17       You did that; right?

18  A    Yes, I did.

19  Q    Thank you.

20  A    Thank you.

21  Q    Did you understand from your communications with

22  Ms. Shon that what had prompted her to reach out for you was

23  that Mr. Rubin or Ms. Shon had seen pictures of you on

24  Instagram?

25  A    I am not sure.

1    Q    You don't remember that?

2    A    I don't know what Stephanie Shon saw of me on Instagram.

3    Q    That's fair.

4         I am asking you if she told you --

5    A    No.

6    Q    I am sorry.

7         Have you finished your answer?

8    A    I said, No.

9    Q    My question to you right now is:  Do you remember

10   Ms. Shon telling you that either she or Mr. Rubin had seen

11   pictures of you on Instagram?

12   A    No.

13   Q    You don't remember her saying that to you?

14   A    No.

15        MR. GILBERT:  I would like to show the witness

16   DXM2-1.

17   Q    Again, Ms. Lytell, I will ask you to look at what is on

18   the screen.  My question is simply:  Is this a text exchange

19   that you had with Jennifer Powers before you came to New York

20   for the first time?

21   A    It says 8-23-16.

22   Q    I am looking at DX M2.  There is an exchange where you

23   write on August 17th, Hey, Mia -- sorry.

24        Ms. Powers writes to you, Hey, Mia.  This is

25   Jennifer Powers, Howie's assistant, in New York.

Lytell - cross - Gilbert                706

1              Do you see that?

2    A    Yes, I do.

3    Q    Then you respond to her communication; correct?

4    A    Yes.

5              MR. GILBERT:  I offer DX M2-1.

6              MR. BALESTRIERE:  No objection.

7              THE COURT:  Received.

8              (Defendants' Exhibit M2-1 was marked in evidence.)

9              MR. GILBERT:  Please publish it to the jury.

10   Q    So in this communication, Ms. Lytell, Ms. Powers writes,

11   Hey, Mia.  I will be overseeing your trip to the city next

12   week.  Will you please send me your full legal booking name,

13   DOB, and email.  I will also need to know what city you would

14   like to depart from.

15             Do you see that?

16   A    Yes.

17   Q    And she writes, I will be overseeing your trip.

18             Do you see that?

19   A    Yes.

20   Q    And then you see on August 17th, 2016, at 6:22 you send

21   her the information that she has requested including your

22   date of birth; correct?

23   A    Yes.

24   Q    You had no hesitation in sending her your personal

25   information at that time obviously?

1  A     No.

2          MR. GILBERT:  If we can please show the witness

3  DXJ3.

4          THE COURT:  Mr. Gilbert, just a second.  I have to

5  take a 10-minute break.

6          Ladies and gentlemen, don't discuss the case.  We

7  will be back in just a few minutes.

8          (Jury excused.)

9          THE COURT:  Just another case, I have a phone call.

10         Ten-minute recess.

11         (Recess.)

12         (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Lytell - cross - Gilbert                    708

1              (In open court - jury not present.)

2              THE COURT:  Okay.  Let's get the jury back in.

3    Sorry about that.

4              (Jury enters the courtroom.)

5              THE COURT:  Everyone be seated.  Please continue.

6              MR. GILBERT:  Please show DX-J3.

7              MR. BALESTRIERE:  This is in evidence?

8              MR. GILBERT:  No, just the witness, please.

9    CROSS-EXAMINATION.

10   BY MR. GILBERT:  (Continuing)

11   Q    Do you see that on your screen, Ms. Lytell?

12   A    Yes.

13   Q    That's a flight confirmation for your trip to New York;

14   correct?

15   A    Yes.

16             MR. GILBERT:  I offer DX-J3.

17             MR. BALESTRIERE:  Just one moment because it's a

18   long one.  I don't believe I have an objection.

19             No objection, Your Honor.

20             THE COURT:  Received.

21             (Defendant's Exhibit DX-J3 received in evidence.)

22   Q    Your flight was supposed to leave from Florida on August

23   22nd, and you were going to land in New York around 2:00 p.m.;

24   is that correct?

25             MR. GILBERT:  If you just pull up the flight

1   itinerary.  Thank you.

2   Q    Do you see that?  You were flying Delta and you were

3   supposed to land in New York at 2:00 p.m.; correct?

4   A    That's what it says.

5   Q    The plan was for you to meet Mr. Rubin or to go to Mr.

6   Rubin's apartment right after you landed; correct?

7   A    Yes.

8   Q    And Ms. Powers arranged this flight for you; is that

9   correct?

10  A    Yes.

11  Q    And there is no indication -- well, let me ask you this:

12  Nobody booked a hotel room for you; correct?

13  A    No.

14  Q    So you were going to fly to New York and then your return

15  flight --

16       MR. GILBERT:  If we can pull up the flight

17  confirmation again.

18  Q    -- was for the next day; correct?

19  A    Yes.

20  Q    So your flight information had you coming into New York,

21  staying one night and then going back to Florida; right?

22  A    Yes.

23  Q    And since you had no hotel room booked, your intention

24  was to stay overnight in Mr. Rubin's apartment; correct?

25  A    Yes.

Lytell - cross - Gilbert                    710

1  Q    And, so, your testimony is that you thought you were

2  coming up for dinner and drinks but you had nowhere to stay

3  other than in the apartment that belonged to Mr. Rubin;

4  correct?

5  A    Yes.

6         MR. GILBERT:  If we can look please at DX-C2, row

7  35.

8  Q    This is a text Mr. Rubin wrote to you on August 20th,

9  which is a couple of days before you traveled; correct?

10  A    Yes.

11  Q    He wrote send me some sexy pics of yourself this weekend;

12  correct?

13  A    Yes.

14  Q    He is writing to you and Ms. Moore asking for pictures?

15  A    Yes.

16  Q    And you answered with a wink emoji that says-- and then

17  wrote yes, sir, with a smiley face winky-face emoji; right?

18  A    Yes.

19  Q    And Ms. Shon, in the same text, says, "I like where this

20  is going."  And she's got an emoji with horns on it.

21         Do you see that?

22  A    No, I don't.

23  Q    Please look at row 40.

24  A    Yes, I see that.

25  Q    So, is this -- this is sort of a role play; is that

1   correct?

2   A    Yeah.  That's what it looks like, I mean....

3   Q    That's what it looks like to you; correct?

4   A    Just saying words, yeah.

5   Q    Just saying words?

6   A    Yeah.  Yes.

7   Q    And if you look at the words on row 46 on August 21,

8   2016, in the same exhibit, Mr. Rubin says the words, "Ladies,

9   can't wait to meet, greet, beat you tomorrow."

10          Do you see that?

11  A    Yes.

12  Q    And when Mr. Rubin said, "I can't wait to beat you

13  tomorrow," what did you understand that to mean?

14  A    I didn't understand that.  I just thought it was just

15  talk.

16  Q    Well, you wrote at line 52, most delicious, going to be

17  super fun.  We are excited."

18          Do you see that?

19  A    Yes, I see that.

20  Q    You sent a smiley face with horns?

21  A    Yes, I see that.

22  Q    If you look at row 42, there a reference there to an NDA?

23  A    Yes.

24  Q    And it's your testimony, Ms. Lytell, that despite the

25  role playing and the reference to beating you and the

1   reference to an NDA, you thought you were just going to have

2   dinner and drinks with Mr. Rubin; is that correct?

3   A     Yes.

4   Q     And you wrote, in row 45, "Thanks, babe, you're awesome."

5         Do you see that?

6   A     Yes.

7   Q     And you flew to New York on August 22nd; correct?

8   A     Yes.

9   Q     And if you look at row 126, you write, at 1:45, "I just

10  landed."

11        Do you see that?

12        MR. BALESTRIERE:  You said line 126?

13        MR. GILBERT:  No.  Yes.  I'm sorry, row 126.

14  Q     Do you see where you wrote, "Oh, hey, I just landed"?

15  A     It's not on my screen.

16  Q     Look at row 77, please.

17        Do you see that?

18        MR. BALESTRIERE:  It's not up, Counsel.

19  Q     In any event, Ms. Lytell, so you landed that afternoon;

20  correct?

21  A     Yes.

22  Q     And you go to the apartment; correct?

23  A     Yes.

24  Q     And when you got there, did you bring anything with you?

25  A     A suitcase of clothes, yes.

Lytell - cross - Gilbert                    713

1    Q    What kind of clothes did you have?

2    A    Regular clothes.  We also brought lingerie, fetish

3    outfits that they told us to bring.

4    Q    Well, if you were bringing fetish outfits, then you knew

5    you weren't just going for dinner and drinks; is that correct?

6    A    I figured at most a photo shoot, since that's what we

7    did.  We did photo shoots.

8    Q    So that's different than what you've testified to

9    repeatedly, that you thought you were going for just dinner

10   and drinks, isn't that correct?

11   A    No.

12              MR. BALESTRIERE:  Objection.

13              THE COURT:  Sustained.

14   Q    When you got there, who else was in the apartment?

15   A    I don't remember if Amy was there when I got there, but

16   eventually she came.

17   Q    Was anyone else there?

18   A    Eventually Jennifer Powers met us there.

19   Q    And I believe you testified already that Ms. Powers

20   presented a document to you; correct?

21   A    Yes, an NDA.

22              MR. GILBERT:  And if we can look at DX-02, please,

23   in evidence. If we can focus on the top paragraph, please.

24   Q    This is a document that Ms. Powers presented to you;

25   correct?

1   A    Yes.

2   Q    And that's your handwriting on the top; correct?

3   A    Yes.

4   Q    And at the very bottom, if we could scroll down, you

5   signed it; is that correct?

6   A    Yes.

7   Q    And before you signed it, you read it?

8   A    No.

9   Q    You didn't read a single word in this document before you

10  signed it?

11  A    No.

12  Q    Is that your testimony?

13  A    It is my testimony, yes.

14  Q    Why didn't you read it before you signed it?

15  A    I don't know, I just didn't.

16  Q    You didn't read the part that says, "In return for

17  payment of an agreed upon fee, I am voluntarily agreeing to

18  engage in sexual activity with Rubin, including S&M activity

19  that could be hazardous?  You didn't read that part?

20  A    No.

21  Q    And Ms. Moore was there with you; right?

22  A    Yes.

23  Q    She signed the same document, you are aware of that;

24  correct?

25  A    Yes.

1  Q    Did you discuss this document that you were both offered

2  -- both presented with with one another?

3  A    No.

4  Q    Did you ask Ms. Powers any questions about the document?

5  A    No.  She just told us to sign it.

6  Q    And before you signed it, you hadn't had anything to

7  drink; correct?

8  A    We did.

9  Q    When did you drink?

10 A    I had a drink on the plane.  When we got there, they made

11 us a drink.  She made us a drink.

12 Q    Before you signed this document, when you were in the

13 apartment with Ms. Powers, you're testifying that you had

14 something to drink?

15 A    Yes.

16 Q    Ms. Lytell, you gave a deposition in this case; correct?

17 A    Yes.

18 Q    And you understood that you had filed a federal lawsuit

19 against Mr. Rubin and Ms. Powers; correct?

20 A    Yes.

21 Q    And you understood that it was important, as part of the

22 deposition, to listen to the questions and answer them

23 truthfully; correct?

24 A    Yes.

25 Q    And I asked you this Question:

Lytell - cross - Gilbert                     716

1          "Had you had anything to drink while you were
2   waiting for Ms. Moore to arrive?"
3          And you said no.
4          Question:  Or at all during the day, before you were
5   presented with this document?
6          Answer:  Before, no.
7          And that's page 107, lines 2 through 8.
8          Do you recall that testimony, Ms. Lytell?
9   A    My deposition was a long time ago.
10  Q    Your deposition was in 2018; correct?
11  A    If that's when it was, yes.  I don't remember exactly
12  when it was.
13  Q    And in 2018, you were testifying about events that had
14  occurred in 2016; correct?
15  A    Say that again.
16  Q    When you gave your deposition, it was 2018?
17  A    Yes.
18  Q    And I was asking you in that deposition about the time
19  when you signed this document; correct?
20  A    Yes.
21  Q    And --
22  A    Two years prior to that, yes.
23  Q    Correct.
24         Mr. Rubin wasn't in the apartment when you signed
25  this document; correct?

Lytell - cross - Gilbert                              717

1    A    No.

2    Q    And at some point Mr. Rubin came; correct?

3    A    I believe we went directly to the Viceroy rooftop and met

4    him.

5         MR. GILBERT:  And if you could please show the

6    witness DX-Q2.

7    Q    Do you see that now?

8    A    Yes.

9    Q    Is that a photograph of you and Ms. Moore?

10   A    Yes.

11        MR. GILBERT:  I offer DX-Q2.

12        MR. BALESTRIERE:  No objection.

13        THE COURT:  Received.

14        (Defendant's Exhibit DX-Q2 received in evidence.)

15   Q    Mr. Rubin took this photograph; correct?

16   A    Yes.

17   Q    That's a photograph of you and Ms. Moore at the Viceroy

18   rooftop before you went back to his apartment that evening?

19   A    Yes.

20   Q    And while you were there, you received a text message

21   from Ms. Shon; correct?

22        Do you recall that?

23   A    No, I don't remember that.

24        MR. GILBERT:  Please show the witness DX-C2 at row

25   119.

Lytell - cross - Gilbert                               718

1    Q    Do you see that?

2          Do you see a message there from Ms. Shon?

3    A    Yes.

4          MR. GILBERT:  And this is in evidence.  Can you

5    please publish it.

6          (Exhibit published.)

7    Q    Ms. Shon writes, at 7:55 p.m., "Have fun girls.  Sir,

8    yes, sir.  All girls like being spanked" with some emojis next

9    to it.

10          Do you see that?

11   A    Yes, I do.

12   Q    You were at the Viceroy rooftop when you received this

13   message; correct?

14   A    That's what the time says.

15          I don't remember.

16   Q    When you received the message from Ms. Shon that

17   referenced being spanked, what was your understanding of what

18   she was saying?

19   A    I don't remember receiving that text message, so

20   obviously I was that intoxicated.  I just don't remember.

21   Q    You don't remember receiving a text message?

22   A    No.

23   Q    And then you went from the Viceroy rooftop to Mr. Rubin's

24   apartment; correct?

25   A    Yes.

Lytell - cross - Gilbert                  719

1  Q    And while you were in Mr. Rubin's apartment, you took a

2  video with your friend Ms. Moore; correct?

3  A    Yes, sure.

4  Q    I'm sorry.  Do you recall making a video?

5  A    We always make videos, I mean, sure.

6          MR. GILBERT:  Please show the witness Defense

7  Exhibit O7.  It is in evidence.

8          And you can play DX-07, which is a video in

9  evidence.

10          (Video playing.) (Video stopped.)

11  Q    That's a video of you and Ms. Moore after you returned

12  from the Viceroy rooftop to Mr. Rubin's apartment that

13  evening; correct?

14  A    Yes.

15  Q    And at the point in time that that video was taken, did

16  you believe that you were in New York to have dinner and

17  drinks with Mr. Rubin?

18  A    Yes.

19  Q    And you were wearing the lingerie that you testified that

20  you brought with you; correct?

21  A    No.  In that video I'm wearing jeans and a shirt.

22  Q    Thank you.  I'm sorry.

23          MR. GILBERT:  Please show the witness DX-Q7.

24          And I apologize.  I move DX-07 in evidence.

25          MR. BALESTRIERE:  No objection.  I thought it was

Lytell - cross - Gilbert                    720

1   already admitted.

2          MR. GILBERT:  I thought so too.

3          THE COURT:  Received.

4          (Defendant's Exhibit DX-07 received in evidence.)

5          MR. GILBERT:  This one is not up.  Just for the

6   witness.  It is in.  Apologies.  This one is also in evidence,

7   I'm told.

8          So please play Q7 for the jury.

9          (Video playing.)  (Video stopped.)

10  Q    That's a video of you and Ms. Moore in the bathroom at

11  Mr. Rubin's apartment changing into lingerie that evening;

12  correct?

13  A    Yes.

14  Q    Now, on direct exam you testified about what happened

15  that evening after that video was taken; correct?

16  A    Yes.

17  Q    And your testimony was the first thing you recalled that

18  Mr. Rubin slapped your friend Ms. Moore?

19  A    Yes.

20  Q    And at the time you claim that happened, you were not

21  bound or tied up in any way, and neither was Ms. Moore;

22  correct?

23  A    Correct.

24  Q    You didn't get up to leave?

25  A    No.

Lytell - cross - Gilbert                         721

1    Q    And nor did Ms. Moore?

2    A    No.

3    Q    And then you went into the red room, you testified;

4    correct?

5    A    No.  I don't remember how I ended up in that room.

6    Q    And when you got into the red room, Ms. Moore was with

7    you; correct?

8    A    Yes.

9    Q    And I believe on direct examination you testified that

10   Mr. Rubin, while you were in that room, punched you for 40

11   minutes, is that what you testified to?

12   A    If not longer.

13   Q    Possibly longer, is that what you said?

14   A    Yes.

15   Q    And during the time Ms. Moore was also there; correct?

16   A    Yes.

17   Q    And Ms. Moore was not bound or tied up in any way;

18   correct?

19        MR. BALESTRIERE:  Objection.  I don't believe that's

20   the testimony.

21        THE COURT:  Overruled.

22   Q    During that time Ms. Moore was not bound or tied up in

23   any way; correct?

24   A    Not true.

25   Q    It's your testimony that Ms. Moore was bound or tied up

Lytell - cross - Gilbert                    722

1    while you were being punched; is that what you're saying?

2    A    At one point she was, yes.

3              MR. GILBERT:  Can you please play a video clip ML-48

4    from the deposition.

5              (Video playing.)  (Video stopped.)

6    Q    Ms. Moore did not leave the room when you claim that this

7    punching was occurring for 40 minutes or more; correct?

8    A    Ms. Moore was in the room.

9    Q    Correct.  And she didn't leave, is that your testimony?

10   She remained in the room while that was happening to you?

11   A    Yes.

12             MR. BALESTRIERE:  Counsel, can I get a line cite,

13   please, of the video.

14             MR. GILBERT:  The video was transcript 136, lines 12

15   to 14.

16             MR. BALESTRIERE:  Thank you.

17             MR. GILBERT:  You're welcome.

18   Q    And both you and Ms. Moore had telephones with you that

19   evening; correct?  Cell phones?

20   A    What evening?

21   Q    The evening that you are testifying about, Ms. Lytell,

22   August 22nd?

23   A    Yes.  I thought you were talking about my deposition.

24   Q    I'm sorry.  I was talking about the evening.

25   A    Yes, we had our cell phones.

Lytell - cross - Gilbert                                     723

1    Q    You had your cell phones with you, correct?

2    A    (No verbal response.)

3    Q    And to your knowledge, Ms. Moore didn't call anybody

4    while you were being punched for over 40 minutes, is that your

5    testimony?

6    A    No, she didn't call anybody.

7    Q    Now, you also testified about some terrible things that

8    you claim Mr. Rubin said that evening.  Do you recall that?

9    A    Yes.

10   Q    But it's -- in your deposition, in 2018, when you were

11   testifying about what had happened in 2016, at that time, you

12   said you didn't remember anything that Mr. Rubin said during

13   that evening; correct?

14   A    He was in my deposition.

15   Q    And --

16   A    It was a little nerve-racking.

17   Q    I'm sorry, were you finished?

18   A    Yeah.

19        MR. GILBERT:  Please play ML 135 video clip.  And

20   that's 140, lines 10 through 16.

21        MR. BALESTRIERE:  Thank you.

22        (Video played.) (Video stopped.)

23   Q    Now, Ms. Lytell, so I understand from your testimony, you

24   claim you were assaulted on that first visit in August of

25   2016; correct?

Lytell - cross - Gilbert                    724

1    A    Yes.

2    Q    I will ask you questions about it.  But you returned, as

3    you have testified, in September; correct?

4    A    Yes.

5    Q    And I believe your testimony was that you, when you

6    returned in September, you were forced to punch your friend;

7    is that correct?

8    A    I was forced to smack my friend.  He punched my friend.

9    Q    But am I correct that you do not claim that you were

10   assaulted sexually in your visit in September; correct?

11   A    I was assaulted by getting punched in the face in

12   September.

13        Sexually, no.

14   Q    Sexually, no?

15   A    Yeah.  I think watching one of my friends get raped was

16   enough, you know.

17   Q    Ms. Lytell, my only question to you was when you came in

18   September, you're not alleging that Mr. Rubin sexually

19   assaulted you; is that correct?

20   A    That is correct.

21   Q    And then you came in October, I'll ask you about that as

22   well, but I believe you testified that you were sick on that

23   occasion; right?

24   A    That is correct.

25   Q    And you ended up going to the hospital; correct?

1   A    That is correct.

2   Q    And then you got into a fight with another woman that

3   evening; correct?

4   A    That is right.

5   Q    And then you ended up getting arrested; correct?

6   A    Yes.

7   Q    So it's correct that Mr. Rubin had no physical contact

8   with you at all when you came in October of 2016; correct?

9   A    No contact?  What do you mean?

10  Q    You don't claim that Mr. Rubin sexually assaulted you?

11  A    No --

12  Q    In October of 2016; correct?

13  A    -- no.

14       Right, but I was in the same room with him in the

15  living room.

16  Q    Please, Ms. Lytell.  My --

17  A    Yes.

18  Q    -- only question to you is -- I understand your testimony

19  to be that you don't claim that you were sexually assaulted by

20  Mr. Rubin in October of 2016; isn't that correct?

21  A    Correct.

22  Q    In fact, you don't claim, in your direct testimony, that

23  Mr. Rubin had any kind of physical interaction with you at all

24  in October of 2016, isn't it true?

25  A    Correct.

Lytell - cross - Gilbert                726

1  Q    So your claim of assault is based entirely, or solely on

2  what happened to you in August of 2016?

3  A    So if someone punches you, that's not assault?  You can't

4  do anything about that?

5       THE COURT:  Just answer the questions, please.

6  Q    Ms. Lytell, you punched someone during the September --

7  A    No.

8  Q    -- visit; correct?

9  A    No.

10 Q    Let's try it this way.

11      Ms. Lytell, you claim you were sexually assaulted in

12 the first visit in August; correct?

13 A    Yes.

14 Q    But I believe you've already testified and confirmed that

15 in September you don't claim any sexual assault happened to

16 you?

17 A    Correct.

18 Q    And in October, when you got sick and you got arrested,

19 on that occasion as well, you don't claim that Mr. Rubin

20 sexually assaulted you?

21 A    Correct.

22 Q    Thank you.

23      Now, going back to the evening of August 22 --

24      MR. GILBERT:  Can we please look at DX-C2, row 120.

25 Q    Do you see there's a message from Mr. Rubin at 11:30 p.m.

Lytell - cross - Gilbert                727

1    that says, "Thanks for an amazing night, ladies," exclamation
2    point and a kiss emoji?
3    A    Yes, I see that.
4    Q    He then wrote "Sweet dreams."  Do you see that?
5    A    Yes, I see that.
6    Q    And if you look at --
7              MR. GILBERT:  Can you show the witness, please,
8    DX-M21.
9    Q    At page 2, on August 23, 2016, at 9:25 a.m., there's a
10   message from Ms. Powers to you.
11             Well, do you see that on the screen?
12   A    Yes.
13   Q    That is a message that you received from Ms. Powers on
14   August 23rd; correct?
15   A    Yes.
16             MR. GILBERT:  We offer DX-M21.
17             MR. BALESTRIERE:  No objection, Your Honor.
18             THE COURT:  Received.
19             (Defendant's Exhibit DX-M21 received in evidence.)
20             MR. GILBERT:  Please publish to the jury the text
21   message.
22   Q    Do you see Ms. Powers wrote "Good morning.  How are you,"
23   exclamation point?
24   A    Yes, I see that.
25   Q    And then at 9:28 a.m., you responded.

1              Do you see that?

2    A    Yes, I see that.

3    Q    I'm sorry?

4    A    Yes, I see it.

5    Q    You see it.

6              You wrote, "Hey, babes, I'm great.  Packing up now,

7    about to go walk around New York City for like 30 minutes

8    before I got to get cab."  Do you see that?

9    A    Yes, I see that.

10   Q    So the morning after what you claimed to have been a

11   brutal attack, the first thing you said to Ms. Powers was hey,

12   babe, I'm great; correct?

13   A    Yes.

14   Q    You told her you were going to take a walk around the

15   city; right?

16   A    Yes.

17   Q    And you did take a walk around the city; correct?

18   A    I don't remember.

19   Q    You then wrote at 9:29 that morning, "Last night" -- do

20   you see that text that you wrote at 9:29 --

21   A    Yes.

22   Q    -- that begins "last night"?

23             "Last night was unreal, crazy wild, fun stuff, oh,

24   wow."

25             Do you see that?

1  A    Yes.

2  Q    Then you added about 40 different kinds of emojis there.

3  Do you see that?

4  A    Yes, I see that.

5  Q    And then followed up by saying, "Thank you for everything

6  and for having me come have fun" with two exclamation points.

7         Do you see that?

8  A    Yes, I see that.

9  Q    And then you wrote, "Would do that any time again, LOL."

10         Do you see that?

11  A    Yes, I see that.

12  Q    Ms. Powers wrote at 9:33 a.m., "Amazing.  That's great."

13         Do you see that?

14  A    Yes, I see that.

15  Q    Then you responded to her about an hour later and you

16  wrote, "Yay, so much fun."

17         Do you see that text you wrote that?

18  A    Yes, I see that.

19  Q    The morning after that August encounter?

20  A    Yes.

21  Q    And then at about the same time that you were having

22  these texts, you were also on your phone posting on Instagram;

23  isn't that correct?

24  A    I could have been, yes.  I don't remember, but, yes,

25  could have been.

1        MR. GILBERT:  Please show the witness DX-Q2 in

2    evidence.

3        Please publish it.  It's in evidence.  I'm sorry.

4        (Exhibit published.)

5    Q    This is what you testified to before.  That was the

6    photograph that was taken at the Viceroy rooftop the prior

7    evening; correct?

8    A    Yes.

9    Q    But if you scroll down, you'll see that this photograph

10   was something that you posted on your Instagram account the

11   next morning at 9:35 a.m.; isn't that correct?

12   A    Yes.

13   Q    Do you think you were still in Mr. Rubin's apartment

14   while you were posting a picture of you and Ms. Moore at the

15   Viceroy rooftop the night before?

16   A    I don't remember where I was when I took that photo or

17   when he took that -- or when I posted the photo.

18   Q    You don't recall where you were?

19   A    I don't remember when I posted it.

20   Q    Well, it says that you posted it at 9:35 a.m. on August

21   23rd; correct?

22   A    Yes.

23   Q    And there's also a caption there that you wrote; correct?

24   A    I don't see the caption.

25   Q    Does it say -- do you see where it says, "Maybe some

1  women aren't meant to be tamed"?

2          Do you see that?

3  A    Yes, at the bottom.  Yes.

4          MR. GILBERT:  And if you could make that -- if it's

5  possible to make that easier for the jury to see.

6  Q    In any event, you wrote, when you posted this picture,

7  the following words, "Maybe some women aren't meant to be

8  tamed.  Maybe they just need to run free until they find

9  someone just as wild to run with them, says the two girls that

10 just jumped on a plane to NYC and are now overlooking Central

11 Park."

12         That's what you wrote on your Instagram account;

13 correct?

14 A    Yes.

15 Q    And that's what you posted on your Instagram account at

16 9:35 a.m. --

17 A    Yes.

18 Q    -- the next morning?

19 A    Yes.

20 Q    After this August 22nd event; correct?

21 A    Yes.

22 Q    Now --

23         MR. GILBERT:  Please show the witness Defense

24 Exhibit R2.

25 Q    I'm going to ask you, Ms. Lytell, if you recognize

Defense Exhibit R2.

A Yes, I recognize it.

Q And that's a note that you wrote to Mr. Rubin before you left his apartment on August 23, 2016; correct?

THE COURT: This is in evidence, isn't it?

MR. BALESTRIERE: I don't believe it is, Your Honor. I want to hear more questions, but I don't believe I'm going to object.

THE COURT: Go ahead.

Q That's a note that you wrote to Mr. Rubin?

A Yes.

MR. GILBERT: I offer Defense Exhibit R2.

MR. BALESTRIERE: What's in evidence is that she wrote it but not the timing?

I'm not clear.

MR. GILBERT: I'm offering the exhibit, which is the note, which is Defense Exhibit R2.

MR. BALESTRIERE: But she hasn't testified that --

THE COURT: Is there an objection to the exhibit?

MR. BALESTRIERE: No objection, Your Honor.

THE COURT: Received.

(Defendant's Exhibit R2, received in evidence.)

MR. GILBERT: Please publish the exhibit.

(Exhibit published.)

A Yes, I wrote the note. I just don't remember when I

Lytell - cross - Gilbert                          733

1    wrote it.

2          MR. GILBERT:  It's very difficult to see on the

3    large screen.  I think it is much easier see on smaller screen

4    and hopefully for the jury.

5    Q    It says, "Howie, babes.  You are absolutely insanely

6    sexy, hot, wild, and fun definitely would love to see you

7    again soon," exclamation point, with a little heart at the

8    bottom.  And then it is signed heart always, Playmate Mia

9    Raquel, XOXO.

10          Do you see that note?

11   A    Yes, I do.

12   Q    You left that note in Mr. Rubin's apartment on August

13   23rd before you went to the airport to go back to Florida;

14   correct?

15   A    No, no.  I don't know when I left that note.

16          I'm not saying that's not my handwriting, I don't

17   know when I left it, so.

18   Q    Did you write the words that are on this piece of paper,

19   Ms. Lytell?

20   A    It looks like my handwriting, so I'm not going to deny I

21   didn't write it.

22   Q    And it's signed -- Playmate Mia Raquel is how you refer

23   to yourself; correct?

24   A    Yes, in that note.  Yes.

25          MR. GILBERT:  If we can go back to DX-C2.  Row 27,

Lytell - cross - Gilbert                734

1   I'm sorry, let's look at row -- I'm sorry, DX-H3.  Just to the
2   witness, please.
3   Q    Do you see at row three of DX-H3 there's a text from Mr.
4   Rubin to you?
5        Do you see that?
6   A    Yes, I see that.
7   Q    And your response is there as well; correct?
8   A    What?
9   Q    And you responded to this text; correct?
10  A    Yes.
11       MR. GILBERT:  I offer DX-H3.
12       MR. BALESTRIERE:  I'm fine with -- objection to the
13  entire exhibit.  I'm fine with that line, Your Honor.
14       THE COURT:  Are you happy with the line?
15       MR. GILBERT:  Well, it's -- right now I'm going to
16  focus on two lines, and if you're going to object to other
17  portions of it, I'm happy to proceed with the lines that I'm
18  going to reference right now.
19       MR. BALESTRIERE:  If that's easiest for the Court,
20  that's fine.
21       THE COURT:  Fine.  Received on that basis.
22       MR. GILBERT:  Thank you.
23       (Defendant's Exhibit DX-H3 received in evidence.)
24  Q    Do you see there is a message to you "Just saw your note,
25  babe, very sweet," and that was a message that Mr. Rubin wrote

1    at 4:46 p.m. on August 23?

2    A    Yes, I see that.

3    Q    And it was your understanding that he was referring to

4    the Post-it note message that we were just looking at;

5    correct?

6    A    Yes.

7    Q    Now, you responded to him the next day, which is at row 5

8    five and that's at 2:39 p.m.; correct?

9    A    Yes.

10            MR. GILBERT:  If we can show that to the jury,

11   please.

12            (Exhibit published.)

13   Q    What did you send to him, Ms. Lytell, at 2:39 p.m. on

14   August 24th?

15   A    It looks like it's a photo.

16   Q    It was a photo of whom?

17   A    Myself.

18   Q    A photo of you without any clothes on; correct?

19   A    Yes, modeling photo shoot photo.

20   Q    And Mr. Rubin responded to that text and wrote, "Great

21   pic."  Do you see that?

22   A    Yes.

23   Q    And then you responded, "Glad that you love it, babe,"

24   with a kiss emoji.

25            Do you see that?

Lytell - cross - Gilbert                    736

1    A    Yes, I see that.

2    Q    Now, on direct examination you were asked about a text

3    that you had with Mr. Rubin where you referenced leaning on a

4    toy.

5          Do you recall that?

6    A    Yes.

7          MR. GILBERT:  And if we can show DX-H3.

8          MR. BALESTRIERE:  Objection.  We only have through

9    line 12 right now.  I assume he's going there.

10          And if I may, Your Honor, the other lines I agree

11   were in, but then it was starting to scroll down, so that's

12   what I was noting to counsel.

13          MR. GILBERT:  We can take that down.  I'm moving on

14   to the next.

15          MR. BALESTRIERE:  Thank you.

16          MR. GILBERT:  And I believe you have offered DX-H3

17   as in evidence, this portion of it.

18          MR. BALESTRIERE:  Through line 12, through line 12,

19   I agree, Your Honor.

20          MR. GILBERT:  Okay.

21   Q    So, at 8:24 --

22          MR. GILBERT:  If we can bring that up, please.

23   Let's start row 10.

24   Q    While we are trying to get it on the screen, let me ask

25   you, Ms. Lytell.  So that it was an exchange that your lawyer

Lytell - cross - Gilbert                737

1  showed you where Mr. Rubin says, "Are you having trouble

2  breathing?  Do you think something happened?"

3       Do you recall that?

4  A    Yes.

5  Q    And what you said to him was, "No, I'm fine, laugh out

6  loud; correct?

7  A    Yes.

8  Q    Then you said to him, "You're so cute.  I think I was

9  leaning on a toy is all," laugh out loud, nothing serious at

10 all"; correct?

11 A    Yes.

12 Q    So what you were communicating to him is that you weren't

13 hurt; is that correct?

14 A    Yes.  Can I explain?

15 Q    Now, Ms. Lytell, when you got back to Florida --

16      THE COURT:  Wait for your lawyer to ask you

17 questions.

18      THE WITNESS:  Okay.

19      THE COURT:  You can just answer.

20 Q    When you got back to Florida after this August visit, one

21 of the things that you did was that you spoke to someone named

22 Ms. Rico?

23 A    Katrina Rico, yes.

24 Q    Now, was Ms. Rico your roommate at this time?

25 A    No.

1    Q    At some point she was your roommate?

2    A    Yes.

3    Q    But she was one of your very close friends; correct?

4    A    I had just met her.

5    Q    You had just met -- I'm sorry.  I didn't mean to

6    interrupt you.  Please.

7    A    I had just met her.  She was a new friend.  She became a

8    good friend.

9    Q    So, in 2016, in August 2016, she was someone who was a

10   friend but a new friend?

11   A    Uh-hum.  Yes.

12   Q    She later became a much closer friend, is that your

13   testimony?

14   A    Yes.

15   Q    And you spoke to her about your trip to New York to see

16   Mr. Rubin; correct?

17   A    Yes.

18   Q    And you spoke to her on a phone call that also included

19   Ms. Moore; correct?

20   A    Yes.

21   Q    And you explained to her what -- well -- and you knew

22   right after you came back from your trip to New York that Ms.

23   Rico was planning to go see Mr. Rubin; correct?

24   A    Yes, I had set that up.

25   Q    You had arranged for this to happen?

Lytell - cross - Gilbert                    739

1    A    Yes, between us.

2    Q    And you had a conversation in which you and Ms. Moore

3    discussed your experience with Mr. Rubin before Ms. Rico went

4    and traveled to New York by herself; correct?

5    A    Yes.

6    Q    And in that conversation you described to her everything

7    that happened in your experience with Mr. Rubin; correct?

8    A    We didn't have to.

9    Q    I'm asking if you told her on this phone conversation

10   what had happened in your experience with Mr. Rubin?

11   A    Yes.  In words, yes.

12   Q    And after you had that conversation, Ms. Rico traveled to

13   New York.  You understood that; correct?

14   A    Yes.

15   Q    You never told her don't go, it's not safe; correct?

16   A    Correct.

17   Q    You knew she was going and you spoke to her about it

18   before; correct?

19   A    Correct.

20   Q    Now, also, during the several days that followed your

21   return to Florida after your August meeting with Mr. Rubin,

22   you spent some time with friends; correct?

23   A    I don't recall.  I don't remember.

24   Q    Well --

25        MR. GILBERT:  Please show the witness DX-S2.

Lytell - cross - Gilbert                    740

1  Q    Do you see that on your screen now, Ms. Lytell?

2  A    Yes, I do.

3  Q    And that's your Facebook post; correct?

4  A    Yes.

5  Q    From August 27th of 2016; correct?

6  A    Yes.

7          MR. GILBERT:  I offer DX-S2.

8          MR. BALESTRIERE:  Objection.  Relevance, Your Honor.

9          THE COURT:  Overruled.

10          (Defendant's Exhibit DX-S2 received in evidence.)

11  Q    Ms. Lytell --

12          MR. GILBERT:  Thank you.

13  Q    -- so, on August 27, 2016, just a few days after this

14  encounter with Mr. Rubin, this shows that you were at a

15  seafood party at Lauderdale by the Sea; correct?

16  A    It shows that I was at a restaurant in Lauderdale by the

17  Sea and that I captioned this tag at the restaurant with a

18  caption of seafood party because I was eating seafood.

19  Q    And the restaurant that you were at was Aruba Beach Cafe;

20  correct?

21  A    Yes, but that was a party of two, me and Katrina.

22  Q    So you were with Ms. Rico having seafood on August 27,

23  2016 at a restaurant at Lauderdale by the Sea?  That's what

24  happened?

25  A    That's correct.  We were hungry.

Lytell - cross - Gilbert                    741

1   Q     Please take a look at DX-S2.

2             MR. BALESTRIERE:  That is S2.

3             MR. GILBERT:  I'm sorry.  DX-T2.  Just for the

4   witness at the moment.

5   Q     DX-T2, what's in front of you now, is another posting on

6   your Facebook account; correct?

7   A     Yes.

8   Q     A few days later on August 28, 2016; correct?

9   A     Yes.  Correct.

10            MR. GILBERT:  I offer DX-D2.

11            MR. BALESTRIERE:  Same objection.

12            THE COURT:  Overruled.

13            MR. BALESTRIERE:  Thank you.

14            (Defendant's Exhibit DX-D2 received in evidence.)

15  Q     And this Facebook post that you made on August 28, 2016

16  shows you spending time again with Ms. Rico; correct?

17  A     Yes, eating again at a restaurant.

18  Q     This was Sea Watch on the Ocean in Ft. Lauderdale;

19  correct?

20  A     Yes.

21  Q     Shrimp, steak, liquor, pasta with Mia Raquel, that's the

22  posting?

23  A     Yes.  It's a song lyric.  The caption is a song lyric.

24  Q     Oh, the shrimp, steak, liquor, and pasta is a song lyric?

25  A     Uh-hum.  People like to post captions on Instagram from a

Lytell - cross - Gilbert                    742

1   song lyric on anything they Google, you know.

2              MR. GILBERT:  Please show the witness DX-H3, row 14.

3   Q    Do you see that there is a text there on September 5,

4   2016 at 4:29 p.m. in which you refer to going to the Forge in

5   Miami over the weekend.

6              Do you see that?

7   A    Yes, I do.

8              MR. GILBERT:  I offer DX-H3, row 14.

9              MR. BALESTRIERE:  I know how Your Honor will rule,

10  but same objection.

11             THE COURT:  Your objection is preserved and

12  overruled.

13             MR. BALESTRIERE:  Thank you.

14             (Defendant's Exhibit DX-H3 row 14 received in

15  evidence.)

16             MR. GILBERT:  Please show the text at 3:49 p.m.

17  Q    This is a message that you sent to Mr. Rubin on September

18  5, 2016; correct?

19  A    Yes.

20  Q    And you told him that you and Katrina went to the Forge.

21  What is the Forge in Miami?  Is that a nightclub?

22  A    Nope.  It's a restaurant.

23  Q    "Now we're heading to the gym because I've been working

24  out with a trainer every day."

25             Do you see that?

1    A    Yes, I do.

2    Q    So you're telling Mr. Rubin that you had a personal

3    trainer?

4    A    That's what it says.

5    Q    And that you've been working out with that personal

6    trainer in the days following your visit to New York in August

7    of 2016; correct?

8    A    I didn't have a personal trainer, so I don't know why I

9    wrote that, but....

10   Q    Well, that's what you wrote; right?

11   A    That's what I wrote.

12   Q    And you were going to the gym during this time period;

13   correct?

14   A    The gym?

15   Q    Correct.

16   A    Hardly.

17         MR. GILBERT:  Please show the witness DX-E7.

18   Q    Do you see DX-E7 is another Facebook post that you made;

19   correct?

20   A    Yes.

21         MR. GILBERT:  I offer DX-E7.

22         MR. BALESTRIERE:  Just one moment, Your Honor.

23         THE COURT:  Sure.

24         MR. BALESTRIERE:  It's just this page right,

25   counsel?

Lytell - cross - Gilbert                744

1            MR. GILBERT:  Yes.

2            MR. BALESTRIERE:  Same objection.

3            THE COURT:  Overruled.

4            (Defense Exhibit DX-E7 received in evidence.)

5   Q    So, in this Facebook post, on September 27, 2016, you

6   write in the caption road tripping to visit Amy Nicole Moore

7   with my babe Katrina Rico."

8            Do you see that?

9   A    Yes, I do.

10  Q    And you're referring to a vacation trip that you took

11  with Ms. Rico and Ms. Moore on other about September 7, 2016;

12  correct?

13  A    Me and Katrina drove -- a road trip to Daytona to meet

14  Amy for lunch, yes.

15  Q    You were driving to Daytona to meet your friend for

16  lunch?

17  A    Yes.

18           MR. GILBERT:  Please show the witness DX-H3, rows 16

19  to 17 from September 10, 2016 at 3:23.

20           MR. BALESTRIERE:  I'm sorry, H3?

21           MR. GILBERT:  H3.

22  Q    Do you see that photograph in DX-H3?

23           In the document that's in front of you, do you see

24  the photograph that we looked at you before?

25  A    Yes, I do.

Lytell - cross - Gilbert                745

1    Q    That's a photograph that you sent to Mr. Rubin; correct?

2    A    Yes.

3    Q    And then there's some communication that follows that on

4    rows 18, 19 and runs through rows -- row 23, which I offer at

5    this time.

6              MR. BALESTRIERE:  No objection Your Honor.

7              THE COURT:  Received.

8              (Defendant's Exhibit DX-H3 rows 18 through 23

9    received in evidence.)

10             MR. GILBERT:  Please show the jury DX-H3 starting at

11   lines 16 to 17.

12             (Exhibit published.)

13   Q    So that's the photograph that you sent of yourself naked

14   to Mr. Rubin on September 10, 2016; correct?

15   A    Yes.

16   Q    And what you said was, to Mr. Rubin, "you like" question

17   mark.

18             Do you see that at row 20?

19   A    Yes, I do see that.

20   Q    And he responded I do like with three exclamation points.

21   Do you see that?

22   A    Yes, I do see that.

23   Q    You wrote "good" with a kiss emoji?

24   A    Yes.

25   Q    He then writes, at 3:52 p.m., row 24, "Need to play with

1    that body again soon."

2        Do you see that?

3    A    I do see that, yes.

4    Q    And what did you say in response?

5        You wrote "Yes, sir"; correct?

6    A    That's what I wrote.

7    Q    When he says, "Again," you understood him to mean that he

8    was referring to doing the same thing that had happened when

9    you went to see him on August 22nd of 2016; isn't that

10   correct?

11   A    I don't really know what he meant, I mean, play with that

12   body again soon.  I just texted back.

13   Q    Well --

14   A    I mean...

15   Q    -- you had only met with him once before, so when he said

16   he wanted to do it again, he was referring to August 22, 2016;

17   correct?

18        MR. BALESTRIERE:  Objection.

19        MR. GILBERT:  I'll move on.

20   Q    Row 12 of this exhibit, you follow up and you send him

21   another picture of you naked in bed; correct?

22        MR. GILBERT:  129, yeah.

23        MR. BALESTRIERE:  You have a lot up there that's not

24   in, counsel.

25        MR. GILBERT:  Just to the witness now.  Just row 129

1  is all I'm asking about.

2  Q    That's a photograph that you sent to Mr. Rubin; correct,

3  That you see in row 129?

4  A    I don't know.  You guys are showing me a lot of different

5  stuff on this screen.  If you could get to the right one, that

6  would help me.

7  Q    We will try to help you.

8  A    Thank you.

9  Q    Right now all we're trying to have you look at is Defense

10  Exhibit H3, row 129.

11  A    Let me know when you're ready.  I don't know.

12        MR. BALESTRIERE:  Just to confirm, counsel, it is

13  row 129?

14        MR. GILBERT:  I'm sorry, I'm trying to get to the

15  right row.  In the meantime, why don't we move on.

16        Row 26?  Yes.  Thank you.  Can we show the witness

17  row 26, please.

18  Q    Do you see that in front of you now?

19        THE COURT:  It was there and now it's gone.

20        Is that the one you wanted?

21        MR. GILBERT:  I can't see that.  Row 26?  No.  Why

22  don't we keep moving.

23  Q    Ms. Lytell, do you recall sending a naked picture of

24  yourself to Mr. Rubin on September 10, 2016?

25  A    I might have.

Lytell - cross - Gilbert                748

1    Q    That was something that you did a lot; correct?

2    A    Yes.

3    Q    In the weeks following your August 22 encounter with Mr.

4    Rubin, you sent him naked pictures of yourself on multiple

5    occasions; isn't that correct?

6    A    Yes.

7              MR. GILBERT:  Let's look at Defense Exhibit H3, row

8    33 to 34, which is September 11, 2016 at 11:18 a.m.

9              I'll just show the witness at this time, please.  Do

10   we have that?

11   Q    Do you see that in front of you?

12   A    Yes, I do.

13   Q    Thank you.  And that's a text message that you wrote to

14   Mr. Rubin; correct?

15   A    Yes, that's correct.

16             MR. GILBERT:  I will offer that portion of Defense

17   Exhibit H3 at this time.

18             MR. BALESTRIERE:  No objection to that portion, Your

19   Honor.

20             THE COURT:  Received.

21             (Defendant's Exhibit H3 row 33 to 34 received in

22   evidence.)

23             MR. GILBERT:  Please show the jury what Ms. Lytell

24   wrote at 11:18 a.m. on September 11, 2016.

25             (Exhibit published.)

1    Q    So you wrote "I think you, me, and Katrina should see you

2    this time" with three exclamation points; correct?

3    A    That's what it says, yes.

4    Q    Or at least Amy and I; correct?

5    A    Yes.

6    Q    Or just me solo with kissing emojis; correct?

7    A    Yes.

8    Q    So you, in this text, are proposing another visit with

9    Mr. Rubin; correct?

10    A    Yes.

11    Q    And you're doing that on September 11th, 2016; correct?

12    A    Yes.

13    Q    And you're giving him various options, right?  One

14    possibility would be that there would be a session with you

15    and Mr. Rubin and Ms. Rico; correct?

16    A    Yes.  That's what it says.

17    Q    That's what it says; correct?

18             THE COURT:  Counsel, I think it's apparent it was

19    some combination either or all, but go on.

20    Q    And I focus you --

21             MR. GILBERT:  Just the witness at this time, if we

22    could show -- let's move on to September 12.

23    Q    So, on September 12, 2016, you also sent a message to Mr.

24    Rubin; correct?

25    A    I don't remember.

1    Q    You don't recall.  Okay.

2              MR. GILBERT:  So let's take a look, please, just to

3    the witness at Defense Exhibit H3, row 35.  It's row 35

4    through 40, counsel.

5    Q    And Ms. Lytell, the question to you are these your text

6    messages that you exchanged with Mr. Rubin in September of

7    2016?

8    A    Yes.  Yes.

9              MR. GILBERT:  I offer rows 35 to 40 at this time.

10             MR. BALESTRIERE:  Your Honor, I object to 36,

11   relevance and 403.

12             THE COURT:  I need to see it a little larger.

13             MR. BALESTRIERE:  I believe what you see, Your

14   Honor, is the top part about which I made my objections.

15             THE COURT:  Objection overruled.

16             (Defendant's Exhibit H3 rows 35 through 40 received

17   in evidence.)

18   Q    Please show the jury then the texting beginning at row

19   35.

20             (Exhibit published.)

21   Q    So, do you see it says, "Good morning to you, Mia?"

22             That was a message from Mr. Rubin to you; right?

23   A    Yes.

24   Q    And then you responded to Mr. Rubin; correct?

25   A    Yes, that's correct.

Lytell - cross - Gilbert                     751

1    Q    And what you sent him -- you didn't say anything, but you
2    sent him a video?
3    A    That's what it looks like, yes.
4    Q    And it's a very explicit video; correct?  It's a sexual
5    image?
6    A    Yes.
7    Q    And Mr. Rubin then responds in row 39 to you; correct?
8    Do you see that?
9            "Strap you down," he says.
10   A    Yes, I see that.
11   Q    And then you respond to him and you write "Yes, please"
12   with eight exclamation points; correct?
13   A    Yes, I see that.
14   Q    Now, Ms. Lytell, a few days after you sent that video --
15           THE COURT:  Mr. Gilbert?
16           MR. GILBERT:  Yes.
17           THE COURT:  I think we are getting cumulative.
18           MR. GILBERT:  I'm moving on, Your Honor.
19   Q    A few days after you sent that video, you started to plan
20   your next visit to New York; correct?
21   A    Or he did with me and another girl, so....
22   Q    Well, if you --
23           MR. GILBERT:  Show the witness, please, Defense
24   Exhibit H3, row 42 to 43.
25   Q    This is further texting between you and Mr. Rubin on

Lytell - cross - Gilbert                    752

1   September 18, 2016; correct?

2   A    Yes.  That's correct.

3          MR. GILBERT:  I offer it.

4   Q    I'm sorry.

5   A    Yes.  That's correct.

6   Q    Thank you.

7          MR. GILBERT:  I offer.

8          MR. BALESTRIERE:  No objection.

9          THE COURT:  Received.

10         (Defendant's Exhibit H3 rows 42 through 43 received

11  in evidence.)

12  Q    Mr. Rubin sent you a message.  He says, "Why don't you

13  come to New York City this week.  Do you see --

14  A    Yes.  Yes.

15  Q    And one minute later you respond.  You said, "Can you

16  have Jen book a flight maybe."

17         Do you see that?

18  A    Yes, I do see that, yes.

19  Q    Look at rows 44 to 47.

20         MR. GILBERT:  This time just the witness.

21  Q    This is further texting with Mr. Rubin.  He responds, and

22  you're continuing to discuss the next visit; correct?

23  A    Yes.

24         MR. GILBERT:  I offer rows 44 through 47 at this

25  time.

Lytell - cross - Gilbert                    753

1          MR. BALESTRIERE:  No objection.

2          THE COURT:  Received.

3          (Defendant's Exhibit H3 rows 44 through 47 received

4    in evidence.)

5    Q    Mr. Rubin responds, "I'll figure the day tomorrow."

6          MR. GILBERT:  We can publish this to the jury.

7          (Exhibit published.)

8    Q    Do you see that message?

9    A    Yes, I do see that.

10   Q    And then you sent him back a kiss emoji, a smiley face,

11   you write Yayi, Y-A-Y-I.  What is that word?

12         MR. BALESTRIERE:  That's not actually in, but no

13   objection to 48 as well.

14         MR. GILBERT:  Okay.

15   A    Yeah.

16   Q    That's what you wrote; correct?

17   A    (No verbal response.)

18   Q    You're telling him -- in this exchange, Ms. Lytell,

19   you're telling him you want to come have another visit with

20   him; right?

21   A    Yes.  I needed money.  That's why I went.

22   Q    Your testimony is that Mr. Rubin brutally attacked you

23   and you're saying you were going to come back to New York

24   because you needed money?  That's your testimony to this jury?

25   A    Yes.

Lytell - cross - Gilbert                    754

1   Q    Ms. Powers --

2         MR. GILBERT:  I'm sorry.  Let's look at Defense

3   Exhibit M-22.

4         This is -- do you see M-22 in front of you now.

5   There are some communications on September 20th between you

6   and Ms. Powers.

7         Do you see that?

8   A    Yes, I do.

9         MR. GILBERT:  I offer M-22.

10        MR. BALESTRIERE:  No objection.

11        THE COURT:  Received.

12        (Defendant's Exhibit M-22 received in evidence.)

13  Q    She writes to you "Hi, there.  I hear you're coming back

14  to New York on Saturday."

15        Do you see that?

16  A    Yes, I see that.

17  Q    You respond to Ms. Powers.  What you said was "Yay.  Yes,

18  I am.  I can't want wait to see your beautiful soul again."

19        Did you write those words, Ms. Lytell?

20  A    Yes, I did.

21  Q    You then go on to tell her you want to depart out of Fort

22  Lauderdale airport; correct?

23  A    That's what it says, yes.

24  Q    And she then texts you flight information on September

25  22nd.

Lytell - cross - Gilbert                    755

1          At 9:32 p.m., you write "Hi, Jennifer.  Yes, I

2    received the e-mail flight info.  Thanks doll face," with a

3    heart emoji there; right?

4    A    Yes.

5    Q    So you accomplished what you said in your text message,

6    what you wanted to, which was arrange come back to see Mr.

7    Rubin again in September of 2016; correct?

8    A    The text message looks like I'm going back to New York,

9    yes.

10   Q    But, Ms. Lytell, you wanted to go back to New York?

11   A    I wanted to make money.  I needed to make money to

12   survive.  Did I go back to New York?  Yes.

13   Q    You arranged to go back to New York; correct?

14   A    It looks like Jennifer Powers arranged it, not me.  I

15   didn't pay for a flight.

16   Q    You initiated?

17   A    No.  He asked me to come back to New York and I responded

18   yes.

19          (Continued on next page.)

20

21

22

23

24

25

Lytell - cross - Gilbert                    756

1    EXAMINATION CONTINUES

2    BY MR. GILBERT:

3    Q    You responded one minute later that you wanted to come --

4    A    Yes.

5    Q    -- back to New York, correct?

6    A    I needed to make money, yes.

7    Q    Well, Ms. Lytell, there's a lot of ways that you can make

8    money, correct, you could get a job, for example?

9            MR. BALESTRIERE:  Objection.

10           THE COURT:  Sustained.

11   Q    So, you got on a plane on September 24th, 2016, correct?

12   A    Yes.

13   Q    And nobody forced you to get on the plane, you did it

14   because you wanted to; I understand you're saying because you

15   wanted to make money, but you got to the plane voluntarily,

16   correct?

17   A    Yes.

18   Q    And when you got there -- well, did you travel by

19   yourself?

20   A    Looks like I traveled with Katrina.

21   Q    So, your friend --

22   A    Katrina Rico.

23   Q    Ms. Rico came with you on the plane, correct?

24   A    Yes.

25   Q    And, again, you went to Mr. Rubin's apartment on that

Lytell - cross - Gilbert                    757

1    occasion?

2    A    Yes.

3    Q    And Ms. Rico went with you to the apartment?

4    A    Yes.

5    Q    And there was a plan for you and Ms. Rico to meet

6    Mr. Rubin and go out to dinner together, correct?

7    A    Yes.

8    Q    And this was the first time you were going to see him

9    since you were there last when you claim this brutal attack

10   happened, correct?

11   A    Yes.

12   Q    And you met at a restaurant -- excuse me.

13        You met her at a restaurant in midtown, correct?

14   A    Her and I met him at a restaurant, yes.

15   Q    I'm sorry, I didn't hear you.

16   A    Her and I met him at a restaurant, yes, in midtown, TAO.

17   Q    You and Ms. Rico?

18   A    Yes.

19   Q    And on that occasion on direct you testified that there

20   was an episode where you had started talking to a man outside

21   of the restaurant?

22   A    A man had talked to me, yes.

23   Q    Or a man started talking to you, correct?

24   A    (No response.)

25   Q    Is that right?

Lytell - cross - Gilbert                          758

1   A    Yes, that's correct.

2   Q    And then that man came inside the restaurant to the table

3   where you were seated with Mr. Rubin?

4   A    Yes, and Katrina Rico; yes.

5   Q    And Ms. Rico.  And he sat down at the table?

6   A    No.

7   Q    He approached the table?

8   A    Yes.

9   Q    And Mr. Rubin was not happy about that, correct?

10  A    Right, correct.

11  Q    And this was not a man that you knew before, correct?

12  A    Correct.

13  Q    And to your knowledge, this was not a man that Mr. Rubin

14  had any experience with either, correct?

15  A    Correct.

16  Q    And did this man stay at the table for some amount of

17  time?

18  A    He tried to introduce himself.

19  Q    And did Mr. Rubin ask that he be escorted from the

20  restaurant?

21  A    In a very bizarre way, yes.

22  Q    My question is very simply, did he ask that this person

23  who was not part of your dinner party, but was at your table,

24  be removed from the restaurant?

25  A    Yes.

SAM      OCR      RMR      CRR      RPR

Lytell - cross - Gilbert                    759

1   Q    And then you left?

2   A    Mr. Rubin left us at the restaurant, eventually

3   Ms. Katrina and I left, yes.

4   Q    So Mr. Rubin left first and he was upset about this

5   incident, correct?

6   A    Yes.

7   Q    And then after Mr. Rubin left, you and Ms. Rico went

8   somewhere, correct, where did you go?

9   A    We went back to the apartment.

10  Q    You went to Mr. Rubin's apartment?

11  A    Yes.

12  Q    And while you were there you had a lot of text exchanges

13  with Mr. Rubin, correct?

14  A    Yes.

15  Q    And we'll look at some of those text exchanges, but what

16  was happening was that you were asking Mr. Rubin to please

17  come and join you and Ms. Rico in the apartment, correct?

18  A    I was telling him to come back.

19  Q    You wanted him to come back and be with you and Ms. Rico

20  in the apartment where you claim you were assaulted in August,

21  correct?

22  A    I wanted him to pay us, come in, yes.

23  Q    Let's take a look at Plaintiff Exhibit 49.

24       (Exhibit published.)

25                          ///

Lytell - cross - Gilbert                    760

BY MR. GILBERT:

1  Q    At 11:10 p.m., and now when you were at dinner at the

2  restaurant that evening, this exhibit shows the time as 11:10

3  but I will represent to you that I believe it's actually 7:10

4  p.m..

5            MR. GILBERT:  And I don't believe there's any

6  objection to that?

7            MR. BALESTRIERE:  No objection, Your Honor.

8            THE COURT:  Okay.

9  Q    So you see, Mr. Rubin writes:  Can you get out, get the

10  fuck out of my condo and check into a hotel and Jenn will pay

11  you back?

12            Do you see that?  It's at 11:10 and 3 seconds.

13  A    Row 129?

14  Q    I'm sorry, it's Row 129.  Yes, I see Row 129, yes.

15  Q    So he's telling you -- he's upset and he's saying to you

16  go get a hotel and I'll pay for it?

17  A    Yes.

18  Q    And you refused to do that, correct?

19  A    I don't know what I said.  You have to show me.

20  Q    Let's see -- let's look at your text at 11:10, what's

21  shown as 11:10:36 p.m., but it's actually 7:10:36 p.m. where

22  you wrote:  No, we can't.

23            Do you see that?

24  A    Yes, I see that.

Lytell - cross - Gilbert                    761

1  Q    So, he's offered to put you up in a hotel and you're

2  saying no; correct?

3  A    That's what I wrote.

4              THE COURT:  Mr. Gilbert, about how much longer?

5              MR. GILBERT:  At least an hour.

6              THE COURT:  An hour?

7              MR. GILBERT:  Yes, Your Honor.  There's a lot of

8  texts.

9              THE COURT:  Maybe you don't have to go through all

10  of them.

11             MR. GILBERT:  I will certainly try to move it as

12  quickly as possible.  There's a lot of texts.

13             THE COURT:  All right, let's take a morning break,

14  ladies and gentlemen.  Please come back at noon.  Remember not

15  to talk about the case.  See you in a few minutes.

16             (Jury exits.)

17             THE COURT:  Mr. Gilbert, try to pick it up, okay.  I

18  don't mean talk faster, I mean reduce it because there may

19  come a point where I think you're not saying anything more

20  than you've already said.

21             So, I'm not sure I'm going to give you an hour.

22  Okay?

23             MR. GILBERT:  I appreciate that, Your Honor.

24  There's -- for this witness I will say, I think there is by

25  far the most evidence and it's critical evidence in our case.

SAM      OCR      RMR      CRR      RPR

Lytell - cross - Gilbert                    762

1        THE COURT:  I know, but you don't need every text to

2   show the point that you're obviously trying to make.

3            MR. GILBERT:  I'll try to move it forward, Judge.

4            THE COURT:  Okay, fifteen minutes.

5            (Judge BRIAN M. COGAN exited the courtroom.)

6            (Witness steps down.)

7            (Recess taken.)

8            (Witness resumed the stand.)

9            (Judge BRIAN M. COGAN entered the courtroom.)

10           THE COURT:  Okay, someone needs to put something on

11   the record.

12           MS. LAVIGNE-ALBERT:  Yes, Your Honor, just very

13   briefly.

14           While in the bathroom I ran into a juror.  I was

15   washing my hands as Juror Number 3 came out of the stall.  She

16   sort of backed away when she saw I was washing my hand.  I

17   left and that was it.  But I just wanted to put it on the

18   record.

19           THE COURT:  Okay.  I appreciate that.  We are going

20   to try to encourage the jurors, we have lots of facilities in

21   the secure area where they are, so they shouldn't have to use

22   the public bathrooms.  But sometimes they wander in there and

23   I appreciate you disclosing it.

24           MS. ISAACS:  Your Honor, the same thing happened to

25   me, as well, on the first break.

1           THE COURT:  Same juror?

2           MS. ISAACS:  I'm not sure.  The one on the end,

3    first row.

4           MR. BALESTRIERE:  Juror Number 3.

5           THE COURT:  Thank you for disclosing it, don't worry

6    about it.

7           (Jury enters.)

8           THE COURT:  All right, everyone, be seated.

9           Please continue, Mr. Gilbert.

10          MR. GILBERT:  Thank you, Your Honor.

11          Sorry, I'm just putting my microphone back on,

12   Judge.

13   BY MR. GILBERT:

14   Q    Can you hear me, Ms. Lytell?

15   A    Yes.

16          THE COURT:  Ms. Lytell, I would like you to try to

17   keep your voice up a little higher.

18          THE WITNESS:  Okay.

19   Q    Ms. Lytell, before the break I was asking you some

20   questions about the evening of September 24th, 2016, correct?

21   A    Yes.

22   Q    And, so, you and Ms. Rico were back in the apartment and

23   you were texting with Mr. Rubin, correct?

24   A    Yes.

25   Q    And at some point that evening Mr. Rubin said that he was

Lytell - cross - Gilbert                    764

1   willing not only to pay for a hotel for you, correct, but also

2   for all your expenses and he said:  I'll give you $2,000 each

3   to leave.

4            Do you recall that?

5   A    If that's what the message says, you can show me.

6            MR. GILBERT:  I'll ask for PX-49 at page 4, a text

7   that is shown at 11:29:46, which is, in fact, 7:29:46.

8            THE COURT:  We're still looking?

9            MR. GILBERT:  Well, why don't I ask some additional

10  questions and then we can find the exhibit.

11           THE COURT:  Okay.

12  BY MR. GILBERT:

13  Q    You also -- do you recall also saying to Mr. Rubin that

14  evening that you weren't going to leave without getting paid

15  and you wanted $5,000 each?

16  A    If that's what I wrote, that's what I said.

17  Q    Right now I'm just asking if you remember saying that.

18  A    I don't recall.  It was a long time ago.

19  Q    Do you recall saying to Mr. Rubin:  Where's our money?

20  Be professional, Howie?

21  A    I'm not denying that I didn't say it.  I was on a lot of

22  drugs that night.  Sorry if I don't remember that texts.

23  Q    I'm sorry, what was the last word you said?

24  A    It's just it's texts, so I'm sorry if I don't remember

25  the texts -- texts.

Lytell - cross - Gilbert                    765

1           MR. GILBERT:  Do we have the exhibit available?

2           THE COURT:  I believe the Court is doing its part.

3           MR. GILBERT:  Let's move forward.

4   BY MR. GILBERT:

5   Q    So, Ms. Lytell, you also had some texts with Ms. Shon

6   that evening, correct?

7   A    I don't remember.

8           MR. GILBERT:  Can we please show Defense Exhibit G-3

9   to the witness, Row 3, September 24th, 2016 at 10:42 p.m.?

10          THE COURTROOM DEPUTY:  Counsel, is your HDMI

11  connected?

12          MR. BALESTRIERE:  What line?

13          MR. GILBERT:  It's G-3, Row 3.

14          MR. BALESTRIERE:  Thank you.

15          THE COURT:  As usual, the device doesn't work if you

16  don't plug it in.

17          MR. GILBERT:  If it's working now, then can we

18  please go back to PX-49?

19          Do we have PX-49, please, at page 4?

20  BY MR. GILBERT:

21  Q    Do you see that in front of you now, Ms. Lytell?

22  A    Yes, I do.

23  Q    I'm sorry for the delay.

24          So, you wrote --

25          MR. GILBERT:  And this is in evidence, so please

SAM      OCR      RMR      CRR      RPR

Lytell - cross - Gilbert                766

1    publish to the jury.

2              (Exhibit published.)

3    BY MR. GILBERT:

4    Q    The text that Ms. Lytell wrote at 11:35:39 p.m., which

5    was, in fact, 7:35 and you said:  She's not leaving without

6    her money.

7              Do you see that?

8    A    Yes, I do see that.

9    Q    And there when you say "she," you're referring to

10   Ms. Rico, correct?

11   A    Yes.

12   Q    And Mr. Rubin then says:  How much?  At Row 129.  And

13   then you say:  5K each.

14             Do you see that?

15   A    Yes, I see that.

16   Q    And then you text him:  We have been here waiting for

17   you.  Waiting for our money so we can leave after being here.

18             Do you see that?

19   A    Yes, I do see that.

20   Q    And then you write:  Where's our money?  Be professional,

21   Howie.

22             Did you say that to Mr. Rubin on September 24th,

23   2016?

24   A    That's what the text says; yes.

25   Q    And that's what you said to him to ask him to please come

Lytell - cross - Gilbert                    767

1    back to the condo that night, correct?

2    A    And give me the money, yes, that's what it says.

3    Q    And then you're texting with Ms. Shon about what was

4    going on that evening.

5            Do you recall that?

6    A    Yes, I see it right here.

7    Q    You have that in front of you now, Defense Exhibit G-3.

8            (Exhibit published.)

9    BY MR. GILBERT:

10   Q    Where Ms. Shon writes to you:  What happened with H?

11   Saying you guys were very rude and went home.

12           Do you see that?

13   A    I do see that.

14   Q    And you understood what Ms. Shon was saying that you went

15   home, she was saying you went back to Mr. Rubin's apartment,

16   correct?

17   A    I'm not sure what Ms. Shon is referring to.  I'm not her.

18   Q    But, in fact, you didn't go home to Florida, you went

19   from the restaurant to Mr. Rubin's apartment, correct?

20   A    Yes, that's where our stuff was.

21   Q    And then she writes at 11:09:  I have another gig for

22   tonight if you guys want to make money.

23           MR. GILBERT:  That's G-3.

24           MR. BALESTRIERE:  Counsel, I'm not sure this is in

25   evidence.

Lytell - cross - Gilbert                    768

1          Do you believe it's in evidence?  I don't have it as

2    in evidence.

3              MR. GILBERT:  All right, I'm going to offer G-3.

4              MR. BALESTRIERE:  The entire exhibit?

5              MR. GILBERT:  Yes.

6              MR. BALESTRIERE:  May I just see it up here?

7          I don't believe there's an objection, I just want to

8    look again, Your Honor.

9              Can you take off --

10             THE COURT:  If you want, you can reserve your right

11   to object to particular lines.

12             MR. BALESTRIERE:  Sounds good, Your Honor.  Thank

13   you.

14             THE COURT:  Received on that basis.

15             MR. GILBERT:  Thank you.

16             (Defense Exhibit G-3 was received in evidence.)

17   BY MR. GILBERT:

18   Q    She writes:  I have another gig for tonight, Ms. Shon

19   does, if you guys want to make money.

20             Do you see that?

21   A    Yes, I do see that.

22   Q    And then your response was:  No, hunn, I like H.  You

23   know that.

24             Do you see that?

25   A    Yes, I do see that.

1    Q    You are telling Ms. Shon that you want to be with

2    Mr. Rubin and not do some other job, correct?

3    A    Yes, that's what it says.

4    Q    And then if you look at Row 27, this whole situation you

5    write, do you see that?

6    A    Yes, I see that.

7              MR. GILBERT:  I'm sorry, let's go further down to

8    Row 31.

9    Q    Where's our money?

10             Do you see that?

11   A    Yes, I see that.

12   Q    And then on Row 35 you say:  I'm sorry, this is so not

13   right.  And then on Row 36 you write:  Last time was amazing.

14             Do you see that?

15   A    I do see that, yes.

16   Q    And when you wrote "last time was amazing" to Ms. Shon,

17   what you're telling her is that when I was here in August, it

18   was great, correct?

19   A    No, no.

20   Q    When you said "last time," you were referring to the last

21   time you were in Mr. Rubin's apartment in August of 2016,

22   isn't that true?

23   A    Was I in the apartment on that date, yes.

24   Q    No, I'm sorry.  Let me try again.

25             Ms. Lytell, when you wrote on September 24th, 2016,

Lytell - cross - Gilbert                          770

1  "last time was amazing," the last time that you were referring

2  to there was when you met with Mr. Rubin in August of 2016,

3  correct?

4  A    That was -- yes.

5  Q    And then Mr. Rubin eventually did return to the condo

6  that evening, correct?

7  A    Yes.  Yes, he did.

8  Q    And you testified on direct exam that you were -- you

9  punched Ms. -- Ms. Rico that evening, correct?

10  A    No, not correct.

11  Q    You testified on direct exam --

12  A    A smack is different than a punch.

13  Q    I'm sorry, you testified that you smacked Ms. Rico, is

14  that correct?

15  A    That is correct.

16  Q    And -- and then you remained -- again, on this evening

17  Mr. Rubin left the apartment, correct?

18  A    Yes, and then returned.

19  Q    He returned?

20  A    Left again.

21  Q    Left again?

22  A    Came back.

23  Q    And at some point he left for the night and did not

24  return, correct?

25  A    At some point, yes, later on.

Lytell - cross - Gilbert                    771

1    Q    And after he did that, after he left for the final time,
2    you and Ms. Rico remained in Mr. Rubin's apartment, correct?
3    A    Correct.
4    Q    And you spent the evening there, the night?
5    A    Correct.
6    Q    Did you spend one night or two?
7    A    I believe it was two nights.
8    Q    You spent an extra night in Mr. Rubin's apartment in
9    September of 2016, correct?
10   A    Yes, correct.
11   Q    And you asked him if you could stay, and he said sure?
12   A    If I asked him?
13   Q    Did you ask him for permission to stay in his apartment
14   for an extra night?
15   A    I don't know.  Did I?
16   Q    Do you recall asking Ms. Powers?
17   A    I don't recall.
18   Q    But you do recall staying an extra night in New York with
19   Ms. Rico, correct?
20   A    Correct.
21   Q    And do you recall you and Ms. Rico going out to dinner
22   while you were in New York?
23   A    I don't believe we left the apartment after that incident
24   other than two days later going on a plane and going home to
25   Florida.

Lytell - cross - Gilbert                    772

1   Q    And on September 25th you woke up late, do you recall

2   that?

3   A    No, I don't recall.

4   Q    Well, let's take a look at Defense Exhibit H-3, Row 63,

5   September 25th, 2016, 12:42 p.m.

6           Do you see that text?  Is that in front of you now

7   on the screen?

8   A    Yes, I see that.

9   Q    I'm looking now at Row 54.

10  A    Yes, I see that.

11  Q    You text --

12          MR. GILBERT:  Well, I offer H-3, rows 54 through 65.

13          MR. BALESTRIERE:  No objection, Your Honor.

14          THE COURT:  Received.

15          (Defense Exhibit H-3, rows 54 through 65, were

16  received in evidence.)

17  BY MR. GILBERT:

18  Q    So, at 12:30 p.m. on September 25th, 2016, you wrote --

19  you texted to Mr. Rubin, right, and you wrote:  Slept so long.

20          Do you so that?

21  A    I do see that, that's what it says.

22  Q    And then you also said at Row 63 in this exchange on

23  September 25th:  It was an emotional roller-coaster of fun,

24  four exclamation points, I love getting wild and crazy with

25  you.

SAM     OCR     RMR     CRR     RPR

Lytell - cross - Gilbert                    773

1          Did you write that to Mr. Rubin on September 25th,

2    2016, Ms. Lytell?

3    A    Yes.

4    Q    And when you wrote that, you were referring about the

5    events that you described had occurred between you and

6    Mr. Rubin and Ms. Rico the night before, correct?

7    A    That's what I texted.

8    Q    I'll turn your attention to rows 66 and 67.

9          MR. GILBERT:  Just for the witness at this time.

10   BY MR. GILBERT:

11   Q    This is further texting between you and Mr. Rubin, that's

12   now on your screen at Rows 66 and 67, Ms. Lytell?

13   A    Yes, I see that.

14        MR. GILBERT:  I offer those, rows 66 and 67 in

15   Defense Exhibit H-3.

16        MR. BALESTRIERE:  No objection.

17        I think we're getting close to cumulative, Your

18   Honor, but not a relevance objection.

19        THE COURT:  Slightly different topic, I'll allow it.

20        (Defense Exhibit H-3, rows 66 and 67, were received

21   in evidence.)

22   BY MR. GILBERT:

23   Q    And in this exchange, Ms. Lytell, you wrote --

24        MR. GILBERT:  We can publish this to the jury.  I'm

25   looking at rows 66 and 67.

1              (Exhibit published.)

2    BY MR. GILBERT:

3    Q    And you write:  I know a lot of girls, the types of girls

4    you like too, baby.

5              Do you see that?

6    A    Yes, I do.  I see that.

7    Q    And what you're referring -- I'm sorry, I don't mean to

8    cut you off.

9              Did you finish your answer?

10   A    I see that, yes.

11   Q    And what you're referring to there and what you testified

12   about before is your efforts to recruit other women to meet

13   with Mr. Rubin, right?

14   A    'Cause he offered me money, yes.

15             MR. GILBERT:  Please show the witness only Defense

16   Exhibit Z-2.

17   BY MR. GILBERT:

18   Q    Do you see that on your screen now, Ms. Lytell?

19   A    I see it.

20   Q    And that --

21             MR. BALESTRIERE:  Counsel, I think there was just a

22   blank screen for a second.

23             MR. GILBERT:  Are you okay?

24   Q    This is a Facebook post?

25   A    Yes.  Yes, it is.

Lytell - cross - Gilbert                    775

1    Q    And you made this Facebook post on September 25th, 2016?

2    A    If that's what it says, then that's the date.

3            MR. GILBERT:  I offer Z-2.

4            MR. BALESTRIERE:  Objection, relevance.

5            THE COURT:  It is getting cumulative.  I will allow

6    it, but Mr. Gilbert --

7            MR. GILBERT:  Understood, Judge.

8            (Defense Exhibit Z-2 was received in evidence.)

9    BY MR. GILBERT:

10   Q    Please look at the post, the caption that you wrote.  On

11   September 25th, 2016, you wrote:  Big Apple escape, always a

12   good idea.  Travel NYC.  And then you wrote further down, BBLU

13   with my kitty cat.

14           What does BBLU stand for?

15   A    Penthouse views BBLU with my kitty cat.  Oh, baby -- I

16   don't know, something -- I don't know.  I used to Google for

17   my captions and my hashtags, so...

18   Q    Does BBLU stand for bad bitches link up?

19   A    That would be correct, yes.  Sorry.

20   Q    Did you also leave again a Post-It note or a note for

21   Mr. Rubin on this occasion, Ms. Lytell?

22   A    I do remember leaving a Post-It note, yes.

23           MR. GILBERT:  Please show the witness DX V-2.

24   BY MR. GILBERT:

25   Q    Is this the note that you left for Mr. Rubin after your

Lytell - cross - Gilbert                    776

1   September visit to New York?

2   A    It looks like it, yes.

3           MR. GILBERT:  I offer DX V-2.

4           MR. BALESTRIERE:  No objection.

5           THE COURT:  Received.

6           (Defense Exhibit V-2 was received in evidence.)

7   BY MR. GILBERT:

8   Q    And you write:  Howie, babes, you are absolutely insane,

9   sexy, hot, wild, plus fun.  Definitely would like to see you

10  again soon.  Always, Playmate Mia Raquel.

11          That's the note you left, correct?

12          THE COURT:  I think you're reading a different note

13  from what we're looking at.

14          THE WITNESS:  A different note.

15  BY MR. GILBERT:

16  Q    Please read the note that you wrote to Mr. Rubin on

17  September 25th, 2016.

18  A    If it was in front of me then I could read it, but it's

19  not.

20  Q    Please read it now.  I will ask you:  Did you write:  You

21  are one sexy, crazy --

22  A    No.

23  Q    -- ha ha ha, I can't get enough, love Mia, XOXO?

24  A    Yes, I wrote that.

25  Q    And after you wrote that note, you went to the airport

Lytell - cross - Gilbert                    777

1    and you flew back to Florida, right?

2    A    Yes.

3    Q    And you texted Ms. Powers on the way to the airport?

4    A    I don't recall.

5            MR. GILBERT:  Please show the witness Defense

6    Exhibit M-M2 at page 4.

7    BY MR. GILBERT:

8    Q    Do you see that?

9    A    Yes, I do.

10   Q    You texted with Ms. Powers on the way to the airport,

11   correct?

12   A    Yes.

13           MR. GILBERT:  I offer DX M-M2, please.

14           MR. BALESTRIERE:  It's just the second, correct, I

15   believe?

16           MR. GILBERT:  I'm sorry?

17           MR. BALESTRIERE:  Is that correct, counsel, because

18   there's different M-2s.  I just want to make sure.

19           MR. GILBERT:  I'm offering DX M2-2.

20           MR. BALESTRIERE:  Dash 2.  Yes, no objection, Your

21   Honor.

22           THE COURT:  Received.

23           (Defense Exhibit M2-2 was received in evidence.)

24           (Exhibit published.)

25   Q    You wrote:  Hey, Jenn, we're heading to the airport; and

SAM     OCR     RMR     CRR     RPR

Lytell - cross - Gilbert                           778

1   then you said:  Thanks for everything, again, hunn.

2           Correct?

3   A    Yes.

4   Q    When you got back to Florida on September 26th, you began

5   recruiting women to have BDSM sex with Mr. Rubin, correct?

6   A    I sent photos of women to Mr. Rubin.  I got paid.  I

7   don't know what he decided to do with those women, but I know

8   he hurt all of them.

9           MR. GILBERT:  Objection, move to strike.

10          THE COURT:  That is stricken.

11  BY MR. GILBERT:

12  Q    You texted Mr. Rubin about a woman named Nancy Bunni,

13  correct?

14  A    Yes.

15          MR. GILBERT:  Please show the witness Exhibit H-3,

16  September 26th at 6:32 p.m., Row 86.

17  BY MR. GILBERT:

18  Q    Do you see that on your screen now?

19  A    Yes, I do.

20  Q    This is your text exchange with Mr. Rubin, correct?

21  A    Correct.

22          MR. GILBERT:  I offer H-3.

23          MR. BALESTRIERE:  You need to do this by line,

24  counsel.  Is there a group of lines?

25          MR. GILBERT:  Right now I'm focused on 86 through

Lytell - cross - Gilbert                    779

1    92 -- I'm sorry, through 97.

2              MR. BALESTRIERE:  No objection, Your Honor.

3              THE COURT:  Received.

4              (Defense Exhibit H-3, Rows 86 through 97, were

5    received in evidence.)

6    BY MR. GILBERT:

7    Q    You write at 10:32 p.m. on September 26th, after you

8    return from Florida from your last visit to New York with

9    Mr. Rubin:  So daddy.

10              Do you see that?

11   A    Yes, I do.

12   Q    And then you sent him four pictures of women in different

13   bikinis, correct?

14   A    The same woman, yes.

15   Q    It's the same woman, it's Nancy Bunni?

16   A    Yes.

17   Q    Or Nancy Santi?

18   A    Yes.

19   Q    And she's a friend of yours?

20   A    Yes.

21   Q    Was she a close friend at the time?

22   A    No.

23   Q    How did you know her?

24   A    Modeling.

25   Q    You wrote to Mr. Rubin:  She is outrageously sexual,

1    correct?

2    A    If that's what it says, that's what I wrote.

3    Q    She later became one of your best friends, is that

4    correct?

5    A    No.

6    Q    You never referred to her as a Canadian Playmate best

7    friend of yours?

8    A    She was a Canadian Playmate, but she definitely was never

9    my best friend.

10        MR. GILBERT:  Please show the witness an item marked

11   IMP-18.

12   BY MR. GILBERT:

13   Q    Do you have that in front of you now?

14   A    I do.

15   Q    Do you see that you refer to Ms. Santi as a Canadian

16   Playmate best friend of yours?

17   A    Not saying I didn't write that, I'm just saying she never

18   was my best friend.

19   Q    So, you just wrote that she was your best friend?

20   A    That is correct.

21   Q    Look at returning to DX H-3, please look at Row 97, which

22   is a message that you wrote on September 26th, '16 at 10:02

23   p.m.

24        MR. GILBERT:  And this is in evidence -- no, it's

25   not.  I'm sorry.

Lytell - cross - Gilbert                    781

1    BY MR. GILBERT:

2    Q    Is this, again, a text between you and Mr. Rubin?

3    A    Yes.

4            MR. GILBERT:  Okay, I offer --

5            MR. BALESTRIERE:  97 is in evidence, so I have no

6    objection in any event.

7            MR. GILBERT:  Please publish to the jury.

8            (Exhibit published.)

9    Q    I reached out -- you wrote, I reached out to her already,

10   babe.  And if we continue with the next line --

11           MR. GILBERT:  There's no objection to the next line,

12   is there?

13           MR. BALESTRIERE:  No objection to line 98, Your

14   Honor.

15           MR. GILBERT:  Please continue with the conversation.

16   Q    She said yes, she would be down and into it if I was with

17   her.

18           Do you see that?

19   A    I do see that, yes.

20   Q    So, you were telling Mr. Rubin that you've discussed with

21   Ms. Santi what would happen if she were to come to New York to

22   visit with Mr. Rubin, and she's saying she'd be down with it,

23   right?

24   A    I don't remember what I told Nancy, but --

25   Q    That's what it appears from this exchange, correct?

Lytell - cross - Gilbert                    782

1   A    Correct.

2   Q    And so you explained to Ms. Santi that going to see

3   Mr. Rubin would involve BDSM, correct?

4   A    No.  If I told her what had happened, she probably

5   wouldn't have gone.

6   Q    Well, you explained to Ms. Santi that what you were

7   proposing was to have her go to New York to meet with

8   Mr. Rubin for a BDSM encounter, correct?

9   A    So we could get paid.

10  Q    I'm not asking you why you did it, I'm saying did you

11  explain to her that that was what was going to happen if she

12  was going to come to New York, that's what Mr. Rubin did,

13  correct?

14  A    I didn't explain it to her.

15  Q    Well, Mr. Rubin said to you, did he not, that if he was

16  going to meet with Ms. Santi, you, Ms. Lytell, should make

17  clear that Ms. Santi understood that it would involve BDSM,

18  correct?

19  A    If there's a text message where he said that, then --

20  Q    Okay, well, take a look at --

21       MR. GILBERT:  Just the witness, please.

22  Q    -- DX H-3, Row 94 through 108.  And I am going to ask

23  you --

24       MR. McDONALD:  Date?

25       MR. GILBERT:  September 26th, at 6:32 p.m.

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                          783

BY MR. GILBERT:

1  BY MR. GILBERT:

2  Q    Do you see that?

3  A    Yes, I do.

4  Q    And does that refresh your recollection, Ms. Lytell, that

5  Mr. Rubin said to you:  Please make sure Ms. Santi understands

6  that this is BDSM?

7  A    Yes, he did say that to me in that text message.

8  Q    Ms. Lytell --

9  A    But I don't see that, what you just said.  What I just

10 said yes to, I don't see that right here.  I don't see Howie

11 talking about BDSM.

12           THE COURT:  Which line is that on?

13           THE WITNESS:  I don't see it on any line.

14           THE COURT:  I'm asking him.

15           THE WITNESS:  Oh.

16           MR. GILBERT:  I was referring you to line 94.

17 Q    But my question is simply whether you see it on the

18 screen or not, do you now remember that Mr. Rubin told you to

19 make sure Ms. Santi understood?

20 A    He told me to let her know, but I didn't, so...  Sorry, I

21 didn't let letter know.

22           MR. BALESTRIERE:  Your Honor, just a

23 characterization of it, perhaps, it would be easier.  This is

24 in evidence.

25           THE COURT:  All I can say, Mr. Gilbert, is what you

SAM     OCR     RMR     CRR     RPR

Lytell - cross - Gilbert                    784

1    read, that's not what is here.  It is not on line 94.

2            Do you want to read something different?

3            MR. GILBERT:  I'll move on, Your Honor.

4            THE COURT:  Okay.  Just so the record is clear, the

5    witness initially agreed with you, but then when she looked at

6    the document she discovered it did not say what you say it

7    said.

8            THE WITNESS:  Thank you.

9            MR. GILBERT:  Right.  Well, I think the record

10   reflects my next question was:

11   BY MR. GILBERT:

12   Q    Putting aside the document, you do recall Mr. Rubin

13   telling you to make sure Ms. Santi was aware of what would

14   happen if she came to visit him, correct?

15   A    He might have, I don't recall.  This was a long time ago.

16   If it's put in a text message, put it in front of me and then

17   it will refresh my memory.  Other than that, text messages are

18   really hard to remember.

19   Q    Well, if you look at DX H-3, Row 94, did Mr. Rubin ask

20   you a question there?

21   A    Would you like me to read the question?

22   Q    Do you see the question that Mr. Rubin asked you?

23   A    I do see that question.

24            (Exhibit published.)

25   Q    He's asking does she like to be punched in the tits, do

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                    785

1   you see that?

2   A    I do see that, yes.

3   Q    And then you told Mr. Rubin:  I reached out to her

4   already, she said yes, she would be down and into it.  That's

5   at Row 97.

6          Do you see that?

7   A    That's what I wrote, yes.

8   Q    So, you would agree Mr. Rubin was very up front, just

9   like he was with you, about what an encounter with him was

10  about, correct?

11          MR. BALESTRIERE:  Objection.

12          THE COURT:  Overruled.

13          You can answer.

14          THE WITNESS:  Oh.

15  A    Repeat the question, I'm sorry.

16          MR. GILBERT:  Can you read the question back,

17  please?

18          (Question read.)

19  A    My answer is no.

20  Q    Well, Ms. Lytell, he said to you very explicitly, does

21  she like to be involved in this type of rough activity;

22  correct?

23          MR. BALESTRIERE:  Objection.

24          THE COURT:  Sustained.  Don't argue, please.

25  BY MR. GILBERT:

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                786

1  Q    You also introduced or attempted to introduce Mr. Rubin
2  to someone named Kenzi Viatore, correct?
3  A    Yes.
4  Q    And is it Viatore?
5  A    Yes.
6  Q    And Ms. Viatore was also a friend of yours, right?
7  A    Yes.
8  Q    At some point she was a roommate, correct?
9  A    Yes.
10 Q    You were very, very close with her, correct?
11 A    Yes.
12 Q    You considered her to be like a sister?
13 A    She was a friend, yes.
14 Q    She was a close friend, right?
15 A    Yes.
16 Q    You sent photographs of her to Mr. Rubin, correct?
17 A    Yes.
18 Q    And you did that because you were trying to introduce her
19 to him to meet with Mr. Rubin in New York, correct?
20 A    So I can get money, yes.
21 Q    And the way you were going to get money was if she came
22 to New York and had an encounter with Mr. Rubin; that's how
23 you were going to get money, correct?
24 A    He offered me to send him women and paid me for it, yes.
25 Q    Now, Ms. Santi who was asking you about, she traveled

Lytell - cross - Gilbert                    787

1   with you to New York in October, correct?

2   A    Yes.

3   Q    You came back to New York and you testified about that

4   visit where you got sick, right?

5   A    Yes.

6   Q    And she was with you?

7   A    Yes.

8   Q    And this is the third time in less than two months that

9   you got on a plane to come to New York to meet with Mr. Rubin,

10  correct?

11  A    No, it was the third time in three months.

12  Q    You came in August, September and October, correct?

13  A    Correct.

14  Q    And you were expecting to get a fee or you were

15  supposed to -- you were expecting to be paid for bringing

16  Ms. Santi with you, correct?

17  A    Correct.

18  Q    And you got sick on that trip, right?

19  A    Yes.

20  Q    And you got -- you started feeling sick at the airport in

21  Florida, right?

22  A    Yes.

23  Q    You started vomiting at the airport in Florida?

24  A    Yes.

25  Q    And despite being so sick that you were vomiting, you

Lytell - cross - Gilbert                788

1   still got on a flight to come to New York, correct?

2   A    I had to pay my bills, yes.

3   Q    And you claim that, on your direct you testified that you

4   got sick because you were nervous, correct?

5   A    Yes.

6   Q    But, in fact, you had long-standing stomach problems,

7   correct?

8   A    Not correct.

9   Q    Did you ever have something called diverticulitis?

10  A    No, you can't get rid of diverticulitis, and I've never

11  had that.

12  Q    Ms. Lytell, in your deposition in 2018, were you asked

13  the following questions and give the following answers:  --

14  A    Yes.

15  Q    I'm sorry, let me finish.

16       Did you have some kind of stomach problems prior to

17  October of 2016?

18       Answer:  Yes.

19       Question:  What was the nature of the issues you had

20  with your digestive system?

21       Answer:  It was called diverticulitis.

22       Question:  What is diverticulitis?

23       Answer:  The inner lining of your stomach pouch has

24  holes in it, so if you eat certain things with seeds, you get

25  a reaction.

Lytell - cross - Gilbert                 789

1          Question:  And what kind of reaction?

2          You get really sick.

3          Isn't that what caused you to become sick?

4  A    No.

5          MR. BALESTRIERE:  Can I get a page?

6          MR. GILBERT:  Sorry, the page is 228 at lines 25

7  through 229 at line 12.

8          MR. BALESTRIERE:  Thank you.

9  BY MR. GILBERT:

10  Q    And please take a look at Defense Exhibit H-3 at Row 151.

11          Do you have that on your screen now, Ms. Lytell?

12  A    Yes -- no, wait.  Yes, yes.

13  Q    And this is your text exchange with Mr. Rubin, correct?

14  A    Yes.

15          MR. GILBERT:  I offer DX H-3 at 151.

16          MR. BALESTRIERE:  Just that line?  Just that line,

17  counsel?

18          MR. GILBERT:  I think it's 1 -- yes, 151 only.

19          MR. BALESTRIERE:  No objection, Your Honor.

20          MR. GROVER:  May we have a date on that?

21          THE COURT:  Received.

22          MR. GILBERT:  Thank you.

23          (Defense Exhibit H-3, Row 151, was received in

24  evidence.)

25  Q    You wrote:  Babe, I literally had a flare-up from my

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                    790

1  stomach disorder and it was the worst it ever was since I was

2  19.  Correct?

3  A    Correct.

4  Q    And you wrote that on October 19th, 2016, at 7:36 p.m.

5  Correct?

6  A    Correct.

7         MR. GILBERT:  Now, we can take that down, please.

8  BY MR. GILBERT:

9  Q    When you arrived in New York, you went again to

10 Mr. Rubin's apartment with Ms. Santi as well, correct?

11 A    Correct.

12 Q    And on direct examination you said that you had informed

13 Ms. Powers that you weren't feeling well, correct?

14 A    Yes, correct.

15 Q    And in your direct examination you said that you asked

16 her to call an ambulance, but she didn't do that promptly; is

17 that right?

18 A    Correct.

19 Q    And, Ms. Lytell, there was nothing preventing you from

20 calling an ambulance yourself, correct?

21 A    I mean when you're throwing up, can you really physically

22 grab your phone and handle that or would you ask someone else

23 to help you?

24         I mean --

25 Q    Right, and --

Lytell - cross - Gilbert                791

1   A    I couldn't, no.  I was not in a state to call myself, I'm

2   sorry.

3   Q    You couldn't -- I'm sorry.  Did you finish your answer?

4            Ms. Lytell, your friend, Ms. Santi, was with you.

5   There was no reason you could not have asked her to call an

6   ambulance for you, correct?

7   A    I did ask her, Jennifer Powers said no.

8   Q    You asked Ms. Santi?

9   A    To call an ambulance and Jennifer Powers to call me an

10  ambulance.  Jennifer Powers said no, not to, it wouldn't be a

11  good idea.

12  Q    But was there some reason why Ms. Santi couldn't call an

13  ambulance for you on the phone?

14  A    Jennifer Powers told her not to.  We were all in front of

15  each other.

16  Q    She had her phone with her and you were sick?

17  A    Right.

18  Q    She could have picked up the phone and called an

19  ambulance, correct?

20  A    And she chose not to, you're right.

21  Q    She chose not to --

22  A    She chose to listen to --

23  Q    I'm sorry.

24           Jennifer Powers did call an ambulance for you that

25  evening, correct?

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                    792

1    A    Eventually, yes.

2    Q    And you went to the Emergency Room, correct?

3    A    Yes.

4    Q    And you were there for some period of time and then you

5    got released, correct?

6    A    Yes.

7    Q    And you went from the Emergency Room back to Mr. Rubin's

8    apartment, correct?

9    A    Yes.

10   Q    And when you got there you went to bed, you went to

11   sleep, because you still were not feeling well?

12   A    Not immediately, but yes.

13   Q    And Ms. Santi went in the bedroom with you and laid down

14   as well?

15   A    Eventually, yes.

16   Q    And at some point later that evening you testified, I

17   believe, that your friend Zoe Cacciola came to the apartment?

18   A    Yes.

19   Q    And Ms. Cacciola was someone you had known previously,

20   correct?

21   A    Yes.

22   Q    And Ms. Cacciola was someone who lived in the New York

23   area, correct?

24   A    Yes.

25   Q    And she was a -- what is your understanding of how it was

Lytell - cross - Gilbert                          793

1   that Ms. Cacciola came that evening?

2   A    Nancy and Zoe were friends.  Nancy suggested to have Zoe,

3   someone I knew, to come and try and help me, make me feel

4   better.

5   Q    And you ended up getting into a fight with Ms. Cacciola

6   that night, correct?

7   A    After the hospital, yes; after the incident, yes.

8   Q    And you hit her?

9   A    I defended myself.

10  Q    Well, the police came?

11  A    Yes.

12  Q    And they took you out and arrested you, correct?

13  A    Correct, yes.

14  Q    And they didn't take Ms. Cacciola away, correct?

15  A    Correct.  I had no visible signs on me that I had been

16  punched, so -- and she did, so...

17  Q    There were visible signs on Ms. Cacciola that you had

18  punched her, that's what you're saying?

19  A    I think someone else before, Mr. Howard Rubin might have

20  hurt her beforehand.  So, just --

21       MR. GILBERT:  Objection, move to strike.

22       THE COURT:  Yes, sustained.

23  BY MR. GILBERT:

24  Q    What you saw that evening was you taking your fist and

25  hitting Ms. Cacciola, correct?

Lytell - cross - Gilbert                    794

1   A    No, it was more like hair pulling.

2   Q    And how long were you fighting with her?

3   A    I don't remember exactly how long.

4   Q    Was it more than five minutes?

5   A    I don't remember exactly how long.

6   Q    And how long was it from when the fight between you and

7   Ms. Cacciola started and when the police came?

8   A    I still -- I don't remember.

9   Q    Mr. Rubin had nothing to do with this fight, he was not

10  present when you and Ms. Cacciola were fighting, correct?

11  A    Correct.

12  Q    And, Ms. Lytell, you testified that it was very important

13  to you to get paid, correct, because of your financial

14  problems?

15  A    Yes.

16  Q    And it's true that at the time you were in this fight

17  with Ms. Cacciola, you were concerned because you didn't think

18  you were going to get paid by Mr. Rubin that night, correct?

19  A    Correct, 'cause I got sick.

20  Q    And even though you got sick, you still wanted to see

21  Mr. Rubin for an encounter, correct?

22  A    No, I just wanted to be paid.

23  Q    Well, the way you got paid, Ms. Lytell -- well,

24  withdrawn.

25           Please take a look at DX H-3 at line 157.

Lytell - cross - Gilbert                    795

1              Do you see your text with Mr. Rubin there?

2    A    Yes, I see that.

3              MR. GILBERT:  I offer that DX H-3 at 157 and -- just

4    157.

5              MR. BALESTRIERE:  No objection.

6              THE COURT:  Received.

7              (Defense Exhibit H-3, line 157, was received in

8    evidence.)

9              (Exhibit published.)

10   BY MR. GILBERT:

11   Q    So, do you see where you wrote to Mr. Rubin:  I feel tons

12   better and I just need food in me.

13             Do you see that text?

14   A    Yeah, the beginning of it; yes.

15   Q    With substance like mashed potatoes or something.

16             Do you see that?

17   A    Yes.

18   Q    But Nancy Bunni and I didn't come to NYC with any money,

19   LOL, so we have, like, zero cash.

20             Do you see that?

21   A    I do see that.

22   Q    And in the next line, Mr. Rubin --

23             MR. GILBERT:  Well, please don't show it yet.

24             Is there any objection to 158?

25             MR. BALESTRIERE:  158, no.  No objection.

Lytell - cross - Gilbert                    796

1          MR. GILBERT:  I offer 158.

2          THE COURT:  Received.

3          (Defense Exhibit H-3, line 158, was received in

4     evidence.)

5     BY MR. GILBERT:

6     Q    And Mr. Rubin writes:  I can't have sex with you, Mia, or

7     get into some weird --

8          MR. BALESTRIERE:  That is 158.

9          MR. GILBERT:  There's no objection as I understand

10    it, correct?

11         MR. BALESTRIERE:  No objection to to 158, Your

12    Honor.

13    BY MR. GILBERT:

14    Q    I can't have sex with you, Mia, or get into some weird

15    emotional thing or have you drink.

16         Do you see that?

17    A    I do see that, yes.

18    Q    So, he's telling you -- well -- sorry.

19         So, you returned to Florida after this October

20    visit, correct?

21    A    Yes.

22    Q    And that was the last time you were in New York to see

23    Mr. Rubin, right?

24    A    Yes.

25    Q    But you continued to encourage Mr. Rubin to have

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                    797

1    encounters with various other women, including some of your

2    closest friends, right?

3              MR. BALESTRIERE:  Objection.

4              THE COURT:  Overruled.

5              MR. GILBERT:  Can you read the question back,

6    please?

7              THE COURT:  When I say overruled, you can answer.

8              THE WITNESS:  Okay, I'm sorry.

9              Ask the question again.

10             THE COURT:  Let's have the reporter read the

11   question back, please.

12             (Question read.)

13   A    Yes.

14   Q    And one of those people, Ms. Lytell, was a woman named

15   Sherra Michelle, correct?

16   A    Yes, I sent her photos.

17   Q    And you told Mr. Rubin that Ms. Michelle was a naughty

18   girl, correct?

19   A    I don't remember what I said.

20   Q    You sent Mr. Rubin ten photographs of Ms. Michelle,

21   correct?

22   A    I may have.  I don't remember how many.

23   Q    Please look at DX H-3, lines 228 through 237.

24             MR. GILBERT:  Just the witness first, please.

25   BY MR. GILBERT:

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                    798

1    Q    These are texts you sent to Mr. Rubin, correct?

2    A    Yes.

3            MR. GILBERT:  I offer DX H-3, 228 through 237.

4            MR. BALESTRIERE:  No objection.

5            THE COURT:  Received.

6            (Defense Exhibit H-3, lines 228 through 237, were

7    received in evidence.)

8            (Exhibit published.)

9    BY MR. GILBERT:

10   Q    And these are a series of photographs that you sent to

11   entice Mr. Rubin to meet with your friend, Ms. Sherra

12   Michelle; correct?

13   A    He asked me for photos of my friends, I sent them.  Yes.

14   Q    Now, in November of 2016, Mr. Rubin told you he was going

15   to be in Florida, correct?

16   A    Yes -- wait, what's the date?  Say it again.  I'm sorry.

17   Q    In November of 2016, Mr. Rubin let you know that he was

18   going to be in Miami, didn't he?

19   A    I don't remember when he told me he was going to be in

20   Miami.  I remember meeting Mr. Rubin in Miami in March.

21   Q    Please take a look at DX H-3, lines 251 through 253.

22           And these are texts between you and Mr. Rubin,

23   correct?

24   A    Yes.

25           MR. GILBERT:  I offer those, that 251 through 253.

Lytell - cross - Gilbert                     799

1           MR. BALESTRIERE:  No objection.

2           THE COURT:  Received.

3           (Defense Exhibit H-3, lines 251 through 253, were

4    received in evidence.)

5    BY MR. GILBERT:

6    Q    Do you see Mr. Rubin texted you and said he's asking

7    whether you're -- whether you're going to be in Miami, right?

8    A    Yes, I see him asking me that.

9    Q    And then he -- then you ask him:  Oh, are you here in

10   Miami?

11          Correct?

12   A    Correct.

13   Q    And as you said, in fact, you didn't actually see him in

14   Miami in November of 2016, correct?

15   A    Correct, I did not.

16   Q    And at DX H-3 lines 254 to 256.

17          MR. GILBERT:  Just for the witness right now.

18   Q    That's further texts between you and Mr. Rubin about the

19   potential of getting together in Miami in November 2016,

20   correct?

21   A    I see where I say:  I guess I missed you in Miami.

22          MR. GILBERT:  I offer 254 to 256.

23          MR. BALESTRIERE:  No objection.

24          THE COURT:  Received.

25          (Defense Exhibit H-3, lines 254 through 256, were

Lytell - cross - Gilbert                800

1    received in evidence.)

2            MR. GILBERT:  Further to 260.  Any objection?

3            MR. BALESTRIERE:  I'm sorry, I'm just -- no

4    objection.

5            THE COURT:  Received.

6            (Defendant's Exhibit H-3, lines 257 through 260,

7    were received in evidence.)

8    BY MR. GILBERT:

9    Q    So, he reached out for you in November of '16 and,

10   ultimately, you didn't see him.

11           You asked Mr. Rubin:  Did I miss you in Miami, baby?

12           That's what you wrote at 11:15 p.m. on

13   November 19th, right?

14   A    Guess I missed you, like I didn't see you, yes, correct.

15   Q    And he wrote back:  I was with other people, next time.

16           Do you see that?

17   A    No, I don't see that.  Do you want to show me where he

18   said that?

19   Q    Look at Row 260.

20   A    I was with other people, next time.  Yes, I see that.

21   Q    Now, in December of 2016 did you try to recruit Jenna

22   Marshall and Kalianne Murphy?

23   A    Yes.

24   Q    And who is Jenna Marshall?

25   A    Another model that I met.

SAM    OCR    RMR    CRR    RPR

Lytell - cross - Gilbert                801

1    Q    Was she a friend?

2    A    I met her one time.

3    Q    And Kali Murphy, who was she?

4    A    Kali James, I met her one time, as well, at a modeling

5    event.

6    Q    And you sent pictures and videos of these women to

7    Mr. Rubin in December of 2016, right?

8    A    If that's what it says, then yes.

9    Q    And look at DX H-3 --

10         THE COURT:  Mr. Gilbert, she is agreeing with you.

11   You don't have to go through the texts.  Okay?  So, let's pick

12   it up a little here.

13   BY MR. GILBERT:

14   Q    Now, did you receive a finder's fee from Mr. Rubin in

15   connection with Ms. Murphy?

16   A    I don't believe so.

17   Q    You attempted to be paid?

18   A    Yes.

19   Q    And you attempted to receive a finder's fee for

20   Ms. Viatore, as well?

21   A    No, Heather -- Ms. Heather Lynne Hogrefe.

22   Q    Heather Hogrefe?

23   A    Yes.  Yeah.

24   Q    And who was Heather Lynne Hogrefe?

25   A    A model that I met.  Actually I've never met.  A model

Lytell - cross - Gilbert                                    802

1   that I'm aware of.  I've never actually met her in person.

2   Q    And did you talk to or communicate with her about a

3   potential encounter with Mr. Rubin?

4   A    Yes.

5   Q    And did you tell her what that would involve?

6   A    I don't remember what I told Heather.

7   Q    And did Mr. Rubin say to you that you should tell Heather

8   what an encounter with him would entail?

9   A    He might have, I don't remember.

10  Q    Now, in December of 2016 did you come to understand that

11  your friend, Ms. Moore, was going to see Mr. Rubin again?

12  A    Yes.

13  Q    And did you understand that this was to be the second

14  time that Ms. Moore was going to see Mr. Rubin?

15  A    Yes.

16  Q    The first time was the time with you in August of 2016,

17  right?

18  A    Yes.

19           MR. GILBERT:  Please show the witness Defense

20  Exhibit H-3, line 419.

21  BY MR. GILBERT:

22  Q    Do you see that in front of you now, this is your texting

23  with Mr. Rubin?

24  A    Yes.

25           MR. GILBERT:  I offer line 419.

Lytell - cross - Gilbert                    803

1          MR. BALESTRIERE:  No objection to 419.

2          THE COURT:  Received.

3          (Defense Exhibit H-3, line 419, was received in

4    evidence.)

5    BY MR. GILBERT:

6    Q    And you say to Mr. Rubin:  Guess you're seeing my Amy

7    today.  Amy can't wait to see you again.  She is excited and

8    ready to get naughty, H.

9          Do you see that?

10         (Exhibit published.)

11   A    Yes, I see that.

12   Q    And you wrote that because Amy Moore was, in fact,

13   excited to see Mr. Rubin again, right?

14   A    No.

15   Q    And you wrote that she can't wait to see him, is that

16   what you wrote?

17   A    Yes.

18   Q    And you understood that Ms. Moore actually went to

19   New York in December of 2016, correct?

20   A    Yes.

21   Q    And you texted Mr. Rubin about that visit, correct?

22   A    Yes.

23   Q    In Defense Exhibit H-3 at Row 434, do you see that in

24   front of you?

25         It's another text between you and Mr. Rubin at 11:58

Lytell - cross - Gilbert                    804

1    a.m.

2              MR. BALESTRIERE:  It's not in evidence, but no

3    objection.

4              THE COURT:  Received.

5              (Defense Exhibit H-3, Row 434, was received in

6    evidence.)

7              (Exhibit published.)

8    A    I see that.  I see it, yes.

9    Q    You wrote:  I hope you and Amy enjoy your time together,

10   H.

11             Do you see that?

12   A    Yes, I see that.  Yes.

13             MR. GILBERT:  And then I would like to show the

14   witness and then offer 436, which is a continuation of same

15   text exchange.

16             THE COURT:  Mr. Gilbert, are you going to finish in

17   the next five minutes?

18             MR. GILBERT:  No, but if Your Honor would like it

19   would be a good time for a lunch break and I'll try to

20   condense, and see as much as I can.

21             THE COURT:  Let's take an hour, ladies and

22   gentlemen.  Please remember not to talk about the case amongst

23   yourselves or with anyone else.

24             We'll see you at 2 o'clock.  Thank you.

25             (Jury exits.)

                        Lytell - cross - Gilbert                    805

 1              THE COURT:  Okay, you may step down.

 2              (Witness steps down.)

 3              THE COURT:  Everyone be seated for a minute.  Let's

 4    wait for the witness to leave the courtroom.

 5              MR. BALESTRIERE:  Do you need the witness out of the

 6    courtroom, Your Honor?

 7              THE COURT:  I do.

 8              MR. BALESTRIERE:  Yes, just go all the way out.

 9              (Witness exits courtroom.)

10              THE COURT:  Mr. Gilbert, you amply made the points

11    you are trying to make.  You have shown that she came back.

12    You have shown that she knew what to expect.  You have shown

13    that she introduced many women knowing what would happen.  You

14    have all that.

15              What more is it you want to do?

16              MR. GILBERT:  There are some critical episodes that

17    follow this.

18              THE COURT:  Why are they critical?

19              MR. GILBERT:  Well, including, Your Honor, they're

20    an effort by Ms. Lytell and Ms. Moore in July of 2017 to go

21    together again to see Mr. Rubin while they're both in

22    New York.

23              And there's additional communications where -- which

24    have been referenced in the openings, where Ms. Lytell

25    specifically describes to some of the women that she's

Lytell - cross - Gilbert                806

1    recruiting that Mr. Rubin is, in effect, harmless.  And those

2    are -- those are critical parts of our case, Your Honor.

3              THE COURT:  I am going to give you fifteen minutes

4    when we get back from lunch, assuming the witness cooperates.

5    I'll give you more if she doesn't.  She has been cooperating

6    pretty much.  You're just going to have to cut it.  It's just

7    too much.

8              MR. GILBERT:  I will cut it.

9              THE COURT:  I don't know why you feel the need to --

10   if you have three women that she referred, it doesn't matter

11   if you have five women to me.  Okay?  Or six women.  What's

12   the difference?  She's already acknowledged she did this.  She

13   did it for money.  She made these referrals.  She knew what

14   was going to happen.  Whether it's three, four or five, I just

15   can't imagine it making a difference in your case.

16             So, I am going to limit you to 15 minutes and do

17   what you can in that time.

18             MR. GILBERT:  Very good.

19             THE COURT:  Okay, have a good lunch.  See you in an

20   hour.

21             MR. BALESTRIERE:  Your Honor, can we come back just

22   a few minutes early maybe to address something?

23             I do believe there's been an opening of a door with

24   regards to the earlier exhibit that we discussed, but I'll

25   discuss with my colleagues, and maybe even defense counsel,

SAM      OCR      RMR      CRR      RPR

Lytell - cross - Gilbert                    807

1   and maybe we can work it out.

2            THE COURT:  Five to 2:00.

3            MR. BALESTRIERE:  Thank you very much, Your Honor.

4            (Judge BRIAN M. COGAN exited the courtroom.)

5            (Lunch recess now taken.)

6

7            (Continued on the following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                           808

1              A F T E R N O O N   S E S S I O N

2              (In open court - jury not present.)

3              THE COURT:  Have a seat, please.

4              I hear we had another close encounter?

5              MS. LAVIGNE-ALBERT:  Yes, your Honor.  As we were

6    coming back --

7              THE COURT:  Same lawyer?

8              MS. LAVIGNE-ALBERT:  Same lawyer.

9              THE COURT:  Hum.

10             MS. LAVIGNE-ALBERT:  Mr. Rubin and Ms. Powers, they

11   were already in an elevator.  And as I was arriving, a juror

12   walked into their elevator.  They immediately left the

13   elevator and then I was with them.  That juror left.

14             As we were waiting for the next elevator, it opened

15   and there was another juror in that elevator.  We let the

16   elevator go away, and then we took the third elevator.

17             That is it.

18             THE COURT:  Thank you for the disclosure.

19             Is there an issue we need to go over.

20             MR. ROSENBERG:  Your Honor, one more disclosure.  I

21   was about to step into and elevator to come back up and there

22   was a juror there.  I stepped back and that was that.  I felt

23   I would disclose that as well.

24             THE COURT:  Thank you.

25             Anything else we need to talk about before we bring

Proceedings                                                809

1    the jury in?

2              MR. MINHAS:  Yes, your Honor.  We wanted to discuss

3    PX 49 and whether we can introduce an unredacted version of

4    it?

5              THE COURT:  Do I have that?

6              MR. MINHAS:  Excuse me?

7              THE COURT:  Do I have it?

8              MR. MINHAS:  Yes, you do.

9              THE COURT:  I don't think I do.

10             I take it there is an objection to it?

11             MR. BALESTRIERE:  Your Honor, this was the one we

12   had a sidebar about earlier where you redacted what came in

13   and you asked Mr. Minhas --

14             THE COURT:  Is that a motion to reargue?

15             MR. BALESTRIERE:  No.  I think Mr. Minhas will

16   argue, but I believe the cross-examination opened the door

17   with regards to some of the topics that are raised in the

18   still -- I believe that some of the cross-examination and

19   answers opened the door with regards to some of the issues in

20   the lines that are there.

21             THE COURT:  First of all, I need to see the

22   exhibit.  You can put it on the screen if that is adequate.

23             MR. BALESTRIERE:  I believe that is what we are

24   doing, your Honor.

25             MR. GROVER:  Your Honor, do you want a hard copy?

```
                        Proceedings                      810
```

1           THE COURT:  Sure.  Whatever is works.  Whatever is

2    fastest.

3           So what is the part that I redacted?

4           MR. MINHAS:  Your Honor, we would like to introduce

5    a part that, which was redacted was on September 19th,

6    6:05:33 p.m.

7           THE COURT:  What is the line number?

8           MR. MINHAS:  I am afraid I don't have line numbers

9    on this.

10          THE COURT:  I don't either.

11          What was the time again?

12          MR. MINHAS:  6:05:33 p.m.  The message is, Let's

13   hurt her together.  I would like to introduce that line and

14   the following two lines, She deserves it and --

15          THE COURT:  You have to wait for me to read it so I

16   know what you are talking about.

17          6:05.  It's on the last page?

18          MR. MINHAS:  6:05.

19          THE COURT:  What date is this?

20          MR. MINHAS:  September 19th, 2016.

21          THE COURT:  So you want in those three calls?

22          MR. MINHAS:  Correct.

23          THE COURT:  What do you think the defense did that

24   opened the door?

25          MR. MINHAS:  The defense has introduced testimony

Proceedings                                    811

1   through Ms. Lytell and introduced Exhibit DX H3, which has

2   introduced lines of the story in the narrative regarding

3   Ms. Rico.  However, for the jury to have a complete picture

4   of it, we believe that it is important for the jury to also

5   have these text messages available to them.  We feel it is

6   probative of Mr. Rubin's state of mind.  And it doesn't go

7   against your Honor's motion in limine order because it does

8   not concern Ms. Rico's allegations.

9            MR. GILBERT:  We don't believe that anything done

10  on cross-examination opened the door.

11           THE COURT:  You told the whole story.  You went

12  through every single text.

13           MR. GILBERT:  We didn't go through -- we certainly

14  didn't go through every single text.

15           THE COURT:  It just seemed like it.

16           MR. GILBERT:  We certainly didn't go through any

17  text or any evidence that discussed the injuries that

18  Ms. Rico, who is no longer in the case, sustained.

19           THE COURT:  Wait.  Wait.  I must be looking at the

20  wrong ones.  9-24 what shows on my chart as 10:46:15.

21           MR. MINHAS:  I am not sure which --

22           THE COURT:  Someone has to tell me what we are

23  talking about.

24           MR. MINHAS:  It is highlighted on the screen, your

25  Honor.

Proceedings                                    812

1          THE COURT:  This is from Mr. Rubin to whom?

2          MR. MINHAS:  Ms. Lytell.

3          THE COURT:  The door was not opened that wide.  I

4  am looking at it from a completeness perspective.  This is a

5  whole new thing.  I obviously see why you want it in, but

6  it's really not part of the story that defense counsel told

7  at all, nor is it necessary to complete that story.

8          I am going to sustain the objection.

9          MR. MINHAS:  Thank you, your Honor.

10         THE COURT:  Let's have the jury, please.

11         MR. BALESTRIERE:  Your Honor, I will just get the

12  witness.

13         THE COURT:  Please.  It takes a few minutes to line

14  up the jurors.  Everyone runs to the bathroom.

15         Why doesn't everyone sit down.  Like I said

16  yesterday, that ensures that they we will lined up in 30

17  seconds.

18         (Pause.)

19         (Continued on next page.)

20

21

22

23

24

25

Lytell - cross - Gilbert                     813

1            (Jury enters.)

2            THE COURT:  Welcome back from lunch, ladies and

3    gentlemen.  We will finish up this cross-examination.

4    CROSS-EXAMINATION

5    BY MR. GILBERT: (Continuing)

6    Q    Good afternoon, Ms. Lytell.

7    A    Hello.

8    Q    When we broke, I was asking you questions about December

9    of 2016 when you learned that Ms. Moore had gone to New York

10   to see Mr. Rubin.

11           Do you recall that?

12   A    Yes.

13   Q    And I was asking you about a text, which is at DX,

14   page 3, line 436.

15           MR. GILBERT:  If you can pull that up on the screen

16   for the witness, please.

17   Q    Do you see that?

18   A    Yes, I do.

19   Q    This is another text between you and Mr. Rubin; correct?

20   A    Yes.

21           MR. GILBERT:  I offer DXH3, line 436.

22           MR. BALESTRIERE:  No objection.

23           THE COURT:  Received.

24           (Defendants' Exhibit H3, line 436 was marked in

25   evidence as of this date.)

Lytell - cross - Gilbert                    814

1   Q    In this text, Ms. Lytell, you wrote, That went good
2   heard, Smiley face with horns.
3            Do you see that?
4   A    Yes, I do.
5   Q    In this text you are telling Mr. Rubin that you had
6   heard from Ms. Moore that her visit with Mr. Rubin went good;
7   correct?
8   A    That's what I said, yes.
9   Q    Now, in March of 2017, do you recall seeing Mr. Rubin in
10  Miami, Florida?
11  A    Yes, I do.
12  Q    And Ms. Rico was with you at that time; correct?
13  A    Yes.
14  Q    And you and Ms. Rico went out for drinks with Mr. Rubin;
15  correct?
16  A    Yes.
17  Q    And then you parted company and did not spend anymore
18  time with Mr. Rubin; correct?
19  A    Yes.
20  Q    In May of 2017, you were having some discussions with
21  Mr. Rubin about Ms. Hogrefe; correct?
22  A    Yes.
23           MR. GILBERT:  If I could, please, show the witness
24  Defense Exhibit I6 at 11 through 14.
25  Q    That's an exchange that you had with Ms. Hogrefe;

Lytell - cross - Gilbert                    815

1  correct?

2  A    Yes.

3        MR. GILBERT:  I offer Defense Exhibit I6.

4        MR. BALESTRIERE:  No objection, Judge.

5        THE COURT:  Received.

6        (Defendants' Exhibit I6 was marked in evidence.)

7  Q    Ms. Lytell, you are describing in this exchange to

8  Ms. Hogrefe exactly what to expect if she agreed to meet with

9  Mr. Rubin?

10 A    Yes.

11 Q    It is kind of crazy stuff.  Very much bondage, S and M,

12 and stuff.  Sexual torture, smacking in the face, and a sex

13 dungeon and red room and toys.  You have to sign an had NDA.

14       Do you see that?

15 A    I don't see the last thing that you said on the screen I

16 am looking at.

17 Q    You say at 12:09 p.m. -- you finish saying sex toys --

18 sex dungeon and red room and toys.

19       Do you see that?

20 A    Yes, I see that.

21 Q    And then you write, You down, question mark?

22 A    Yes, I see that.

23 Q    And further down she writes, Yeah, I can do that.

24       Do you see that?

25 A    Yes, I see that.

1    Q    If you look, please, at Defense Exhibit H3 from

2    line 697, and that's a text that Mr. Rubin wrote to you?

3    A    What am I looking at on the screen?

4    Q    Defense Exhibit H3 at line 697.

5    A    I don't see that on my screen.

6    Q    I am sorry.

7            Do you see it now?

8    A    What number?

9    Q    It's Defense Exhibit H3 at line --

10           THE COURT:  Can we not blow up that line for the

11   witness?

12   A    Yes, I see that.

13   Q    Mr. Rubin tells you --

14           MR. GILBERT:  I offer Defense Exhibit H3, 697.

15           MR. BALESTRIERE:  I have a different line.  You had

16   asked -- counsel, how do you read 697?  I have a different

17   line than what is on the screen.

18   Q    Ms. Lytell, do you recall Mr. Rubin telling you with

19   regard to Ms. Hogrefe to explain everything to her in detail?

20   A    He might have texted that to me.  I don't remember.

21   Q    In July of 2017, you were communicating with a woman

22   named Charlette -- Jenna Charlette?

23   A    Jenna Charlette, yes.

24   Q    About Mr. Rubin?

25   A    Yes.

Lytell - cross - Gilbert                    817

1          MR. GILBERT:  Please show the witness Defense
2    Exhibit J6.
3    Q    Do you have that in font of you, ma'am?
4    A    Yes, I do.
5    Q    This is texting between you and Ms. Charlette; correct?
6    A    Yes.
7          MR. GILBERT:  I offer J6.
8          MR. BALESTRIERE:  No objection.
9          THE COURT:  Received.
10          (Defendants' Exhibit J6 was marked in evidence.)
11   Q    Ms. Lytell, here you are telling this woman about an
12   experience -- what an experience with Mr. Rubin would be
13   like; correct?
14   A    That seems to be what I am writing, yes.
15   Q    At 4:39 you write, But no bleeding or bruising.  Laugh
16   out loud.  Just sexy, beating, dirty talk, and smacking and
17   toys and a dungeon, and you would have to sign an NDA.
18          Is that what you told her?
19   A    Yes.
20   Q    Ms. Lytell, in July of 2017, you tried to arrange
21   another encounter between you and Ms. Moore and Mr. Rubin;
22   correct?
23   A    Yes.
24   Q    And, in fact, that never happened; correct?
25   A    Correct.

Lytell - cross - Gilbert                    818

1   Q    You made significant efforts to try to persuade
2   Mr. Rubin to have an encounter with you and Ms. Moore in July
3   of 2017; correct?
4             MR. BALESTRIERE:  Objection.
5             THE COURT:  You may answer.
6             THE WITNESS:  Repeat the question.
7             MR. GILBERT:  Can you read the question back,
8   please.
9             THE COURT:  Go ahead.
10            (Record read.)
11  A    Yes.
12  Q    You were here in New York and you were staying in a
13  hotel called the 50 Hotel; correct?
14  A    Yes.
15  Q    You were staying in that hotel with Ms. Moore; correct?
16  A    Yes.
17  Q    And did you tell Mr. Rubin that you had gotten a huge
18  suite at that hotel?
19  A    I don't remember what I said.  I could have said that,
20  yes.
21            MR. GILBERT:  Please show the witness H3, lines 781
22  through 783.
23  Q    Do you have a text in front of you now that you wrote to
24  Mr. Rubin about the hotel?
25  A    Yes.

1      MR. GILBERT:  I offer that portion of DX H3.

2      MR. BALESTRIERE:  I don't believe 781 to 783 have

3  the previously read texts.

4  Q    It continues from 781 to 786.

5      THE COURT:  No.  You are talking about something

6  different than what we are being shown.

7  Q    Ms. Lytell, while we are trying to find that exhibit,

8  did you take some videos of you and Ms. Moore while you were

9  at the hotel in July of 2017?

10 A    Yes.

11 Q    And did you send those to Mr. Rubin?

12 A    Yes.

13 Q    And did you ask Ms. Moore to send you photographs of her

14 while you were at the hotel in July of 2017?

15 A    No.  I probably already had them in my phone.

16 Q    Did you send Mr. Rubin photographs of Ms. Moore while

17 you were at that hotel in July 2017?

18 A    Yes.

19 Q    Did you propose to Mr. Rubin that both you and Amy were

20 available to see him on multiple days while you were in

21 New York?

22 A    I believe so, yes.

23     MR. GILBERT:  Please show the witness Defense

24 Exhibit H3 1, page 2.

25 Q    Do you see it in front of you now?

1    A    Yes, I do.

2    Q    This is your texting with Mr. Rubin; correct?

3    A    Yes.

4         MR. GILBERT:  I offer H3 1.

5         MR. BALESTRIERE:  Just the second page, counsel?

6         I don't object to page 2, your Honor.

7         MR. GILBERT:  Let's start with page 2.

8         THE COURT:  Received.

9         (Defendants' Exhibit H3 1, line 2 was marked in

10   evidence.)

11        MR. GILBERT:  Please publish page 2.

12   Q    Here, Ms. Lytell, you say, I am staying here in New York

13   City now.  Amy is a here.  I am staying with her.

14        Do you see that?

15   A    Yes, I do.

16   Q    Then you continue, If you want to see her or me or both,

17   we can always meet up if you are free, or I can send Amy over

18   to see you.  Playmate Amy Nicole Moore.

19        Do you see that?

20   A    Yes, I do.

21   Q    You were offering your friend Ms. Moore to go see

22   Mr. Rubin without you; correct?

23   A    I gave that option, yes.

24   Q    And you had discussed that option with Ms. Moore before

25   you made that offer to Mr. Rubin; correct?

Lytell - cross - Gilbert                    821

1    A    Incorrect, no.

2    Q    You are in the hotel in New York with Ms. Moore?

3    A    Yes.

4    Q    And while in the hotel, you are sending videos and

5    pictures of Ms. Moore to Mr. Rubin; correct?

6    A    Yes.

7    Q    And while you are in the hotel with Ms. Moore in

8    New York, you are saying to Mr. Rubin that Ms. Moore will

9    come and see you by yourself; correct?

10   A    I did say that, yes.

11            But I did not ask her before I sent it.

12            MR. GILBERT:  Objection, move to strike.

13            THE COURT:  Granted.

14   Q    Ms. Lytell, in August of 2017 you had some exchanges

15   with Ms. Scheller about a potential visit with Mr. Rubin;

16   correct?

17   A    Yes.

18            MR. GILBERT:  Please show the witness Defense

19   Exhibit H3 at Row 842 on August 7th at 3:15 p.m.

20   Q    Do you see that in front of you?

21   A    Not yet, no.

22   Q    I am sorry.  It starts at 840 then runs to 851.

23   A    Yes.  I see it in front of me.

24            THE COURT:  Mr. Gilbert, do you have a lapel mic

25   on?

Lytell - cross - Gilbert                    822

1           MR. GILBERT:  Is that better, your Honor?

2           THE COURT:  Thank you.

3           MR. GILBERT:  H3, I am going to offer Rows 833

4   through 858.

5           MS. LAVIGNE-ALBERT:  Did you say the date and time?

6           MR. GILBERT:  August 7th, 2017, starting at

7   3:13 p.m.

8           MR. BALESTRIERE:  Your Honor, may I?  I don't

9   object to the text in that time period.  I think the line

10  numbers are different in the actual exhibit, but I don't

11  object to the time switch that I heard counsel say.

12          THE COURT:  I don't think, Mr. Gilbert, you are on

13  the same page as your support staff.  We are getting a

14  discrepancy between the lines you are reading and the lines

15  you are showing.

16          MR. GILBERT:  Do we have it now it?

17          UNIDENTIFIED PERSON:  We have the correct line, but

18  not the line you said.

19          MR. GILBERT:  What is the line?

20          UNIDENTIFIED PERSON:  818.

21          MR. GILBERT:  And it runs through?

22          UNIDENTIFIED SPEAKER:  821.

23          MR. GILBERT:  821.

24          MR. BALESTRIERE:  I do not object to what I observe

25  right now, your Honor, as 818 to 821.

Lytell - cross - Gilbert                   823

1              THE COURT:  You are seeing the same thing that I am
2    so that is the part that is received.
3              MR. BALESTRIERE:  Thank you, your Honor.
4              (Defendants' Exhibit H3, pages 818-821 was marked in
5    evidence.)
6              MR. GILBERT:  Please publish that to the jury.
7    Q    So, here, Ms. Lytell, you write -- Mr. Rubin writes, She
8    knows what is going to her??
9              Do you see that?
10   A    Yes.
11   Q    You say, That's what I am going to call her and explain
12   or meet up with her in person and explain so she knows
13   100 percent.
14             Do you see that?
15   A    Yes, I do.
16   Q    You go on to say, Should I explain it to her and set it
17   up?
18             Do you see that?
19   A    Yes, I do.
20   Q    Then you say, She's available.  So now all that is left
21   for me to do is explain.
22             Do you see that?
23   A    Yes, I see that.
24             MR. GILBERT:  If we can continue to the exchange
25   that starts at 3:39 p.m. and show that to the witness,

Lytell - cross - Gilbert                                    824

1   please.  What I have is Row 855.

2   Q    Do you see that texting in front of you now?

3   A    No.  I don't have it in front of me.

4        THE COURT:  Now we have 840 and 841.

5   Q    These are further texts between you and Mr. Rubin;

6   correct?

7   A    This is the one that we already spoke about.  I thought

8   you were putting 855 in front of me.

9   Q    This is a text beginning at 3:39 p.m.

10        MR. GILBERT:  Do we have that.

11        MR. BALESTRIERE:  That begins, I mean?

12        MR. GILBERT:  Yes.

13        MR. BALESTRIERE:  Are we going backwards or just

14   two?  Is it just two, counsel?

15        MR. GILBERT:  It begins, I mean.  It runs through,

16   Her.

17        MR. BALESTRIERE:  I do not object to what I see on

18   the screen, 840 to 841.

19        THE COURT:  Again, you are seeing what I am seeing

20   and the witness is seeing and that is what is being admitted.

21        MR. BALESTRIERE:  Thank you, your Honor.

22        (Defendants' Exhibit H3, line 840 to 841 was marked

23   in evidence.)

24        MR. GILBERT:  Can we please publish that to the

25   jury.

Lytell - cross - Gilbert                          825

1   Q    Here in this exchange Mr. Rubin writes -- you write, I
2   mean, she said she is down for bruises.  She is just nervous
3   about being tied up.
4             Do you see that?
5   A    Yes.
6   Q    And Mr. Rubin writes, but that is what I do, babe.
7             Do you see that?
8   A    I do see that.
9             MR. GILBERT:  Can we pull up the next line, please.
10            I will offer the next line of text there.
11            MR. BALESTRIERE:  Which begins how, counsel?
12            MR. GILBERT:  Yes.
13            MR. BALESTRIERE:  How does it begin, counsel?
14            MR. GILBERT:  I like to.
15            MR. BALESTRIERE:  I do not object to what I see on
16  the screen, your Honor.
17            THE COURT:  Admitted.
18            (Defendants' Exhibit H3, line 843 was marked in
19  evidence.)
20            MR. GILBERT:  Publish that.
21  Q    So, here Mr. Rubin says, I like to be physically,
22  verbally, and mentally abusive so I don't think this is the
23  right thing for her.
24            Do you see that?
25  A    Yes, I do.

Lytell - cross - Gilbert                    826

1  Q    And, Ms. Lytell, I am going to show you now what has

2  been marked Defense Exhibit K6.  I have Rows 27 through 36.

3          Do you see that in front of you now?

4  A    Yes, I do.

5  Q    In this change you are speaking to Ms. Shriller;

6  correct?

7  A    Yes.

8          MR. GILBERT:  I offer Defense Exhibit K6, Rows 27

9  through 36.

10          THE COURT:  I can only see 27 through 30.

11          MR. GILBERT:  We have to take it in steps.

12          27 through 30.

13          THE COURT:  Then your adversary needs a hard copy.

14  We will admit 27 through 30 unless plaintiffs have an

15  objection.

16          MR. BALESTRIERE:  I don't have an objection to what

17  I see on the screen.  I am just looking at my own copy, your

18  Honor.

19          No objection to what is 27 through 36.

20          THE COURT:  Only 27 through 30 is on the screen.

21          MR. BALESTRIERE:  I do not object to the screen.

22          THE COURT:  Received.

23          (Defendants' Exhibit K6, Rows 27-30 was marked in

24  evidence.)

25  Q    So in this exchange, Ms. Lytell, you are again speaking

Lytell - cross - Gilbert                    827

1    to Ms. Scheller who is one of the women who you are trying to

2    recruit; correct?

3    A     Yes.

4    Q     And you tell her, You won't be hurt.

5              Do you see that?

6    A     Yes, I do.

7    Q     And then if we can get the -- well, not on the screen

8    yet.  Let's offer the following five lines, which I believe

9    Mr. Balestriere has not objected to.  If we can get them in

10   front of the witness, please.

11              MR. BALESTRIERE:  No objection, Judge.

12              THE COURT:  Okay.  They are received.

13              (Defendants' Exhibit K6, Rows 31-36 was marked in

14   evidence.)

15   Q     Here you say, No blood, no breaking of skin.  Bruises go

16   away; correct?

17   A     Yes.

18              MR. GILBERT:  And just to the witness, please, what

19   I have as lines 41 through 46.

20   Q     Do you see those texts between you and Ms. Scheller?

21   A     Yes, I do.

22              MR. GILBERT:  I offer DX66, line 41 through 46.

23              MR. BALESTRIERE:  I think for completeness 47 as

24   well.

25              THE COURT:  41 through 46 is received.

Lytell - cross - Gilbert                    828

1            (Defendants' Exhibit 66, lines 41-46 was marked in
2   evidence.)
3   Q    Here, you are referring to Mr. Rubin and you write, He
4   ain't shit.
5            Do you see that?
6   A    Yes, I do.
7   Q    He is not strong.
8            Do you see that?
9   A    Yes, I do.
10  Q    He is skinny.  LOL.
11           Do you see that?
12  A    Yes, I do.
13  Q    You wrote those things to Ms. Scheller?
14  A    Yes, I did.
15           MR. GILBERT:  If we can continue with DX K6 at
16  line 50 to the witness, please.  It starts, I mean.
17  Q    Do you see that in front of you now?
18  A    Yes, I do.
19  Q    This is further texts between you and Ms. Scheller?
20  A    Correct.
21           MR. GILBERT:  Offer DX K6 at 50.
22           MR. BALESTRIERE:  No objection.
23           THE COURT:  Received.
24           (Defendants' Exhibit K6, line 50 was marked in
25  evidence.)

1  Q    Here you say, I mean he is going to spank you and "beat
2  you."  But no, not really.
3          That is what you told Ms. Scheller; correct?
4  A    Yes.
5          MR. GILBERT:  I have no further questions.
6          THE COURT:  Any additional cross?
7          MS. LAVIGNE-ALBERT:  Yes, your Honor.
8          Your Honor, I do plan on using certain documents.
9  I propose to give opposing counsel and the Court hard copies
10 right now so that we can avoid further issues if that is
11 okay.
12         THE COURT:  Sure.
13         MS. LAVIGNE-ALBERT:  May I proceed?
14         THE COURT:  Please.
15 CROSS-EXAMINATION
16 BY LAVIGNE-ALBERT:
17 Q    Good afternoon, Ms. Lytell.
18 A    Good afternoon.
19 Q    My name is the Jolene LaVigne-Albert.  I represent
20 Jennifer Powers, and I have a few questions for you this
21 afternoon.  I have a tendency to speak fast.  If I do that,
22 feel free to tell me to slow down.
23         Ms. Lytell, you testified yesterday that before you
24 came to New York to meet Mr. Rubin the first time, you
25 understood that your friend Amy Moore had a phone call with

Lytell - cross - LaVigne-Albert          830

1   Jennifer Powers; is that correct?

2   A    Yes.

3   Q    And to be clear you were not on that phone call;

4   correct?

5   A    No.  I may have been.  I just don't remember.

6   Q    Okay.  Do you recall at your deposition you testified

7   that Amy Moore had a phone call with Stephanie Shon, not

8   Jennifer Powers?

9   A    I don't remember what I said at my deposition, but I

10  believe it was Stephanie Shon and Jennifer Powers with me and

11  Amy on the phone call.

12         MS. LAVIGNE-ALBERT:  May we see MLJP 03.  It is

13  page 70, line 9 through 71, line 7.

14         (Video played.)

15  Q    So at your deposition you said that you had not spoken

16  yourself to anyone but Amy Moore and Stephanie Shon before

17  deciding to come to New York; correct?

18  A    If that's what that video deposition shows, then yes.

19  Q    You testified that the phone call you understood Amy

20  Moore had was with Stephanie Shon, not Jennifer Powers, yes?

21  A    I believe it was Stephanie Shon and Jennifer Powers.

22  Q    What I am asking you is in the deposition clip we just

23  looked at, you said only Stephanie Shon; correct?

24  A    Correct.

25         MS. LAVIGNE-ALBERT:  Can we please see DX M2-1.  It

1   is already admitted.  The first page, the very first text

2   message at the top.

3   Q    Ms. Lytell, I am going to read the very first text

4   message.  I believe it is on your screen as well.  This is

5   Jennifer Powers writing to you; correct?

6   A    Yes.

7   Q    And she writes, Hey, Mia.  This is Jennifer Powers,

8   Howie's assistant, in New York.  I will be overseeing your

9   trip to the city next week, and then it goes on.

10           This was the first time you ever communicated with

11   Jennifer Powers; correct?

12   A    In a text message, yes.

13   Q    This was the first time ever through text message or

14   phone call that you ever communicated with Jennifer Powers,

15   yes?

16   A    I don't believe so.

17   Q    Do you recall at your deposition when we asked you if

18   you had ever communicated with Jennifer Powers before this

19   text message, you said you did not recall any communication

20   before this one?

21   A    I don't remember everything at my deposition so ...

22   Q    Can we see MLJP 07, please.

23           MR. BALESTRIERE:  Cite, please.

24           MS. LAVIGNE-ALBERT:  Page 73, line 22 through 73,

25   line 24.

Lytell - cross - LaVigne-Albert                832

1              (Video played.)

2    Q    Ms. Lytell, you were asked -- I think the clip was two

3    and a half three minutes long maybe.  Would you agree?

4    A    Yes.

5    Q    You were asked a number of questions about this at your

6    deposition; right?

7    A    Yes.

8    Q    And you said you did not recall any communications with

9    Jennifer Powers before this text message; correct?

10   A    Yes.

11   Q    You also testified yesterday that you understood that

12   Jennifer Powers had told Amy Moore to bring certain outfits,

13   black lingerie to New York.

14              Do you remember that?

15   A    Yes.

16   Q    Do you remember at your deposition you said that

17   Stephanie Shon had told you to bring black lingerie and that

18   it was not Jennifer Powers?

19   A    I don't remember what I said at my deposition.  I am

20   sorry.

21   Q    I will read it to save a bit of time.

22              "QUESTION  --

23              MR. BALESTRIERE:  Can I get a page cite?

24              MS. LAVIGNE-ALBERT:  Yes.  Page 360, lines 8

25   through 16.

1  Q    Okay.

2        "Question:  When you were in Florida, did you

3  receive instructions from anybody about what you were

4  supposed to bring to New York?

5        "Answer:  Yes.

6        "Question:  What instructions did you receive?

7        "Answer:  Stephanie Shon told me to bring black --

8  anything black.  Black lingerie.

9        "Question:  But only lingerie?

10       "Answer:   She said anything black."

11       At your deposition you said it was Stephanie Shon

12 who told you to bring the black lingerie; correct?

13 A    Correct.  In my deposition I did say that.

14 Q    You testified yesterday that you did not recall exactly

15 what happened in the few minutes -- several minutes that you

16 arrived at the apartment in New York on August 22nd, 2016.

17       Do you remember that?

18       MR. BALESTRIERE:  Objection, mischaracterizes the

19 testimony.

20       THE COURT:  Overruled.

21       MS. LAVIGNE-ALBERT:  I will read it.

22 Q    Ms. Lytell, yesterday you were asked:

23       "Question:  When you arrived at the apartment, do

24 you remember was there?

25       "Answer:  I don't.

Lytell - cross - LaVigne-Albert                834

1        "Question:  Do you remember if there was anyone

2   there?

3        "Answer:  I don't remember when I got there if

4   someone was there?"

5        Do you recall at your deposition you actually gave

6   a quite detailed description of what happened in those same

7   minutes we were talking about here?

8   A    I don't remember what I said at my deposition.

9   Q    Let's take a look.  Maybe it will refresh your

10  recollection.

11       MS. LAVIGNE-ALBERT:  Can we see NLJP 83.  I will

12  show it to you, John.

13       (Video played.)

14  Q    Did this refresh your recollection, Ms. Lytell, that

15  what you just described in your deposition is in fact what

16  happened on August 22nd, 2016?

17  A    This refreshed my recollection, yes.  I still don't

18  remember who was there when I got there.

19  Q    So it does not refresh your recollection then?

20  A    The video refreshes my recollection to what I said in my

21  deposition, yes.

22  Q    Right.  You have no actual specific recollection of

23  whether or not, for example, Amy Moore was at the apartment

24  or not when you got there?

25  A    I don't remember who got there first.

Lytell - cross - LaVigne-Albert                835

1    Q    Okay.  You don't remember that Amy Moore's flight was
2    delayed that day?
3    A    I do remember her flight was delayed, yes.  I just don't
4    know if we reached the apartment at the same time, minutes
5    after each other.
6    Q    Understood.
7    A    I don't know.
8    Q    And that day was the first day you ever met Jennifer
9    Powers; correct?
10   A    Yes.
11   Q    And after you signed a document that you have testified
12   about already Jennifer Powers left; correct?
13   A    Yes.  She took the paper with her and left.
14
15              (Continued on next page.)
16
17
18
19
20
21
22
23
24
25

Lytell - cross - Lavigne-Albert                    836

1   CROSS-EXAMINATION

2   BY MS. LAVIGNE-ALBERT:  (Continuing)

3   Q    You testified earlier today and yesterday about the trip

4   -- October 2016 now, the trip where you were sick; correct?

5   A    Yes.

6            "Question:  You've suggested before that you wished

7   Jennifer Powers had done more for you.  Would that be an

8   accurate way of summarizing your testimony?

9   A    Call the ambulance quicker maybe.

10  Q    I'm sorry.  What was that?

11  A    Called an ambulance quicker maybe.

12  Q    Understood.

13           Do you remember at your deposition that you

14  testified about these events, about what happened when you

15  arrived at the apartment on October 19, 2016?

16  A    Yes, I testified at my deposition.

17  Q    And I think you've told us during the trial that Jennifer

18  Powers was already at the apartment when you arrived; correct?

19  A    I don't remember if Jennifer Powers was there when I got

20  there or came shortly after.

21  Q    That's what you --

22  A    Amy Moore.  I don't remember.

23  Q    You testified yesterday that she was already there.  Are

24  you not remembering that?

25  A    When I got -- I don't remember who arrived first, I don't

 1    remember minutes in between.

 2          I know I got there and then Amy got there or vice

 3    versa, and then we met Jennifer Powers.

 4    Q    Okay.  So you don't have a recollection that you told the

 5    jury yesterday that when you arrived Jennifer Powers was

 6    already there?

 7    A    I don't remember if she was there or if when I got there,

 8    she came afterwards.  That is what I'm saying.

 9    Q    Okay.  And Ms. Powers was concerned about the fact that

10    you were sick; right?

11    A    Yes.  Definitely.

12    Q    And she asked how you were feeling?

13    A    Yes.

14    Q    Then she asked what, if anything, she could do to help?

15    A    Yes.

16          MS. LAVIGNE-ALBERT:  Can we please show just to the

17    witness DXJP-206.

18    Q    Ms. Lytell, do you recognize this document as text

19    messages between you and Jennifer Powers?

20    A    Yes.

21          MS. LAVIGNE-ALBERT:  I move into evidence DXJP-206.

22          MR. BALESTRIERE:  No objection, Your Honor.

23          THE COURT:  Received.

24          (Defendant's Exhibit DXJP-206 received in evidence.)

25    Q    Ms. Lytell, on October 19, 2016, at 4:31 p.m., do you

Lytell - cross - Lavigne-Albert                838

1  remember that Ms. Powers wrote, "I'm so sorry you're sick.

2  Please text me when you're able to."

3          Do you remember that?

4  A    I'm reading it.

5  Q    You're reading it, but you don't remember it?

6  A    It's a long time ago.  I don't remember texts.  I'm

7  remembering it as I'm reading.

8  Q    You recall that you had been sick prior to this text and

9  you went to the hospital prior, in the afternoon at some

10 point?  Do you recall one way or another?

11 A    Say that again, please.

12 Q    Do you recall if you had already gone to the hospital by

13 4:30 p.m. on October 19, 2016?

14 A    I don't know what time I went to the hospital.  The

15 ambulance came and took me, so.

16 Q    Okay.  So at 7:36 p.m. you:  "I just woke up.  I love you

17 and appreciate you caring and worrying about me so much, Jen,"

18 with emojis.

19          Ms. Powers responds, "Oh, that's so great.  We were

20 very, very scared.  How are you feeling?  What do they think

21 happened?"

22          And you respond "A perforated hole in my stomach.

23 Sorry, Jen.  Kind of serious."

24          Ms. Powers write, "Jesus Christ.  From what?

25          I apologize for the foul language.

Lytell - cross - Lavigne-Albert                    839

1          "From what?

2          "Are they keeping you overnight?

3          You respond, "Sorry.  I was born with a stomach

4   disorder, but I'm getting discharged in 30 minutes."

5          You don't recall these text messages?

6   A    Refreshing my memory looking at them now.

7   Q    So you remember that --

8   A    I remember writing this, yes.

9   Q    You told Ms. Powers that you loved her and appreciated

10  that she cared and worried about you while you were sick;

11  correct?

12  A    I did send this text message, yes.

13         MS. LAVIGNE-ALBERT:  Can we show just for the

14  witness DXJP-226, please.

15         MR. BALESTRIERE:  226, you said?

16         MS. LAVIGNE-ALBERT:  Correct.  This should be in

17  order.

18  Q    Ms. Lytell, were you -- do you remember that it was on

19  August 20, 2016 that you were arrested at Mr. Rubin's

20  apartment, as you testified previously?

21  A    What was the date?

22  Q    October 20, 2016.

23  A    Yes.

24  Q    That sounds right?

25  A    Yes.

Lytell - cross - Lavigne-Albert                840

1   Q    Do you recall -- do you see the text in front of you and
2   do you remember that these are text messages that you
3   exchanged with Jennifer Powers that day?
4   A    Yes.
5            MS. LAVIGNE-ALBERT:  I move to admit DXJP-206.
6            MR. BALESTRIERE:  So two pages, correct, counsel?
7            MS. LAVIGNE-ALBERT:  Correct.
8            MR. BALESTRIERE:  No objection, Your Honor.
9            THE COURT:  Received.
10           (Defendant's Exhibit DXJP-206 received in evidence.)
11           MS. LAVIGNE-ALBERT:  Thank you.
12  Q    Ms. Lytell, so the very first text message --
13           MS. LAVIGNE-ALBERT:  If we can blow it up a little.
14  Q    -- you wrote to Ms. Powers, "Literally, the cop is with
15  me having coffee with me at Starbucks and he says she can't
16  press charges on me and that it's a DOT."
17           Does that refresh your recollection that you had
18  coffee with a police officer the day you were at Starbucks?
19  A    I don't remember having coffee at Starbucks with the
20  police officer, but I did get a ride back to Howard Rubin's
21  apartment by a police officer.
22  Q    So you remember interacting with him for some time;
23  correct?
24  A    Yes.
25  Q    And when you told Jennifer Powers about this, she didn't

Lytell - cross - Lavigne-Albert                841

1   tell you I don't want you speaking to the cops; right?

2   A    No.

3   Q    She didn't tell you make sure you don't tell them the

4   truth about why you were at Howie's apartment; right?

5   A    Not in this text message, no.

6   Q    And then at 1:18 p.m., so the next text you write, "The

7   cops thought she was absolutely insane.  So whatever.  But,

8   yes, I'm so sorry too, Jen.  First me being so sick and the

9   ambulance and now this, ughh.  I can't stand this stress."

10       And then you said, "And she got paid 5K LOL, but yet

11  Nancy and I did get one dollar."

12       You were frustrated by the fact that Zoe Cacciola

13  had been paid $5,000 but you and Nancy had not received any

14  money; is that correct?

15  A    Yes.

16  Q    And Zoe Cacciola is the woman that you had punched and

17  that's why you got arrested; correct?

18  A    No, I didn't punch her.

19  Q    You had gotten into a physical altercation with her?

20  A    Yes.

21  Q    And then in your next text message at 1:21 p.m. the same

22  day, still the day of your arrest, right?  October 20, 2016?

23  You write, "I just feel really bad for you, Jen.  You're so

24  sweet and you do everything for H and everyone you can help

25  out.  You're amazing and such a doll.  It's unreal.  I adore

1    you, Jen, and I honestly can't say how sorry I am to you and H

2    and I'm so thankful I had you when I was having a stomach

3    flare."

4              Do you recall saying these things to Ms. Powers?

5    A    Yes.

6    Q    The next page.  So at the top, you send a screen shot to

7    Ms. Powers.

8              MS. LAVIGNE-ALBERT:  Let's see if we can blow it up

9    enough to see it on the screen.

10             THE COURTROOM DEPUTY:  In evidence, counsel?

11             MS. LAVIGNE-ALBERT:  Yes, this is still DXJP-226,

12   that's a little small.

13   Q    Okay.  I will read it.  Okay.  Do you see a screen shot

14   -- do you recognize this to be a screen shot that you sent to

15   Ms. Powers the day of your arrest still, October 20, 2016?

16   Yes?

17   A    Sure.  Yeah.

18   Q    And do you recognize this to be an Instagram message that

19   you received from someone with the name Herbie Fresh?

20   A    Say that again.

21   Q    Do you recognize this to be an Instagram direct message

22   that you received from someone named Herbie Fresh?

23   A    Yes.  That's what it says.

24   Q    And the message reads, "This is one of the cops from

25   earlier.  I'm sorry you had to go through that earlier.  If my

Lytell - cross - Lavigne-Albert                843

1  supervisor was there and the way your other friend told us the

2  story, it seemed like a lot of nothing.  Anyhow, see you in

3  LIE one day.  I'm in Miami like four times a year."

4          That was the police officer, the same one that you

5  mentioned in those texts earlier?

6  A    Yes.

7          MR. BALESTRIERE:  I think "it's my supervisor is not

8  there."  I think you read "there."  Sorry.

9          MS. LAVIGNE-ALBERT:  I stand corrected.  If my

10 supervisor was not there.

11 Q    So my question was, was this the same police officer that

12 you mentioned in the text earlier?

13 A    Yes.

14 Q    He sent you a message?

15 A    Yes, he did.

16 Q    And you sent his screen shot of this message to Jennifer

17 Powers; correct?

18 A    That's what it looks like.

19 Q    And when you did that, she did not respond to you be

20 careful what you tell the cops; right?

21 A    No, she did not respond that.

22 Q    She did not tell you be sure to lie as I told you to;

23 right?

24 A    She did not respond that, no.

25 Q    In fact, you said, after you said in this screen shot,

Lytell - cross - Lavigne-Albert                844

1    "Ha, ha, ha."

2            And she said, "Who's that?"

3            And you said, "One of the cops from earlier, LOL.

4    And she said, bahaha.  Nice.  Keep that guy around."  That's

5    what she said; right?

6    A    Yes.

7            MS. LAVIGNE-ALBERT:  You can put that document down.

8            Can we put on, please, DXJP-217 for the witness

9    only.

10   Q    You continued to text Jen for several months, through

11   2016 and 2017; correct, Ms. Lytell?

12   A    Yes.

13   Q    And these text messages are between you and Jennifer

14   Powers on December 1, 2016; correct?

15           MS. LAVIGNE-ALBERT:  Move to admit DXJP-217.

16           MR. BALESTRIERE:  I assume that's what you provided.

17   Bear with me one moment, please.  Your Honor.

18           MS. LAVIGNE-ALBERT:  It's 217.

19           MR. BALESTRIERE:  I can't really see.  Would you

20   mind simply blowing up the image all the way on the right?

21   Thank you.

22           Thank you.

23           No objection, Your Honor.

24           THE COURT:  Received.

25           (Defendant's Exhibit DXJP-217 received in evidence.)

Lytell - cross - Lavigne-Albert                845

1   Q    Okay.  So, Ms. Lytell, this is Ms. Powers writing to you

2   on December 1, 2016, "Hey, mama.  Did you ever hear from Zoe?

3   I'm worried."

4        And then you send to Ms. Powers a screen shot.

5        Do you see that?

6   A    Yes, I do.

7   Q    Do you recognize this to be a screen shot that you had

8   received from Zoe Cacciola?

9   A    Yes.

10  Q    And she was telling you -- essentially informing you not

11  to enter a certain place in Florida and that if you did, she

12  would call the police; correct?

13  A    That's what it says, yes.

14  Q    And then you wrote to Jennifer Powers at 3:24 p.m., "I'm

15  only worried about not walking in without representation."

16       I think there is a double negative there.  But is it

17  your recollection that you were telling Jennifer Powers you

18  were worried to go to your first court appearance without a

19  lawyer?  Is that your understanding?

20  A    That's what that means.

21  Q    Okay.  Do you recall yesterday you testified that on the

22  day of your arrest Jennifer Powers told you don't worry, lie

23  for us and we'll get you a lawyer?

24       You testified as to that; correct?

25  A    Told me to not say her name or Howard Rubin's name and

Lytell - cross - Lavigne-Albert                    846

1   she would take care of everything.

2   Q    Correct.  She said she and Howie would get you a lawyer;

3   correct?

4   A    Yes.

5   Q    And you testified yesterday that she told you that on the

6   day that you were arrested; correct?

7   A    Yes.

8   Q    Which was October 20, 2016?

9   A    Yes.

10  Q    Okay.  So the text messages we are looking at now are

11  several weeks later on December 1, 2016; correct?

12  A    Yes.

13  Q    And you're telling her that you're worried about the fact

14  that you don't have a lawyer; right?

15  A    Yes.

16  Q    Does that refresh your recollection that she did not yet

17  discuss a lawyer with you by this point?

18          MR. BALESTRIERE:  Objection to form.

19          THE COURT:  It's really does it change your

20  recollection.

21          MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

22  Q    Does this text message, Ms. Lytell, change your

23  recollection about the fact of when you first discussed with

24  Ms. Powers a lawyer for your criminal case?

25  A    No.  It just looks like I didn't get one yet.

Lytell - cross - Lavigne-Albert                    847

1    Q    Okay.  Let's focus on the text message at 3:25 p.m.  This

2    is Ms. Powers writing to you.  So you told her you were

3    worried about the fact that you did not have a lawyer and then

4    she made a suggestion to you; correct?

5    A    That's what it looks like.

6    Q    And she told you "Do you have the contact number of

7    someone at the precinct that you could call and ask if there's

8    a legal offer against you?"

9          The precinct is the police station; right?

10   A    Yes, I'm guessing.

11   Q    So she's suggesting to you that you should call the

12   police?

13   A    In regards to a legal order against me?

14   Q    Let me ask again.  I was just looking for a yes or a no.

15   A    Oh.

16   Q    Ms. Powers is suggesting to you here that you should call

17   the police station; correct?

18   A    Yes.

19   Q    She's not telling you don't talk to the cops?  She's not,

20   right?

21   A    Not in a text message or anything.

22   Q    Okay.  And then let's focus on the text at 3:26 p.m.

23          So in response to Ms. Powers' suggestion for you to

24   call the precinct to find more information, you say, "Yes, I

25   will send you the contact number."  You say this to Jennifer

1  Powers; correct?

2  A    That's what it says, yes.

3  Q    And then let's see what she responds.

4         MS. LAVIGNE-ALBERT:  Can we focus on the text at

5  3:27 p.m.  The one below, right there.

6  Q    She says, "I don't want the number.  But you should call

7  them and ask."

8         She is insisting that you should call the police

9  station; correct?

10 A    And ask for what it said above.

11 Q    She's insisting that you should call the police station,

12 yes or no?

13 A    Yes.

14 Q    She's not telling you to be careful what you tell them;

15 right?

16 A    Right.  Not in that text message, no.

17        MS. LAVIGNE-ALBERT:  Can we please put for the

18 witness only DXJP-218.

19 Q    Ms. Lytell, do you recognize DXJP-218 to be more text

20 messages between you and Ms. Powers this time from December 8,

21 2016?

22        MR. BALESTRIERE:  Just may I clarify, this is a

23 multi-page document and only one is in front of the witness.

24        MS. LAVIGNE-ALBERT:  Can we scroll to make sure that

25 the witness can look at the full document, please.

Lytell - cross - Lavigne-Albert                849

1           I intend to move it in in its entirety, so we should

2    take a moment to have the witness take a look.

3           MR. BALESTRIERE:  Do you have screen shots?

4           MS. LAVIGNE-ALBERT:  Yes, I do.

5           MR. BALESTRIERE:  Thank you.

6           MS. LAVIGNE-ALBERT:  You're welcome.

7           MR. BALESTRIERE:  I can give them back.

8           These are highlighted.  Is that all you have?

9           MS. LAVIGNE-ALBERT:  I can find you....

10          MR. BALESTRIERE:  Thank you.

11   Q    Has the witness had time to scroll through the entire

12   document and say herself that these are text messages between

13   you and Jennifer Powers?

14   A    Yes.

15          MR. BALESTRIERE:  Forgive me, the lawyer has not.

16   May I just get a moment, Your Honor?

17          THE COURT:  Yes.

18          MR. BALESTRIERE:  Thank you.

19          THE COURT:  You had all of those pretrial

20   proceedings to go over documents so we wouldn't have to do

21   this during trial.  How it didn't work?

22          MR. BALESTRIERE:  I'm sorry.  You said these as

23   well, 218B?

24          I was only able to skim it a little bit, Your Honor,

25   but I don't object.

1          MS. LAVIGNE-ALBERT:  I move to admit DXJP-218.

2          THE COURT:  It is received.

3          (Defendant's Exhibit DXJP-218 received in evidence.)

4    Q    Ms. Lytell on December 8, 2016 you wrote to Ms. Powers,

5    "Hi, Jen," and then you sent her four screen shots; correct?

6    A    I only see two in front of my screen.

7          MS. LAVIGNE-ALBERT:  Scroll to show the witness the

8    last two screen shots.  Further up.  I am on 1:07 p.m. at the

9    very top.

10         Okay, scroll down slowly so that the witness can see

11   the four screen shots.

12         Just scroll.  We just want to see the full

13   documents.  Scroll.  Scroll.  Okay.  Thank you.

14   Q    Have you seen the four screen shots?  Okay.

15   A    Yes.

16   Q    The first screen shot --

17         MS. LAVIGNE-ALBERT:  If we can go back to the first

18   one and blow it up.

19   Q    -- it's an e-mail from Jeremy Saland to you; correct?

20   A    Yes, that's what it says.

21   Q    I'm sorry.  I cut you off.  You were saying?

22   A    Yes, that's what it says.

23   Q    Jeremy Saland is the criminal defense attorney you hired

24   to represent you in your assault case; correct?

25   A    Yes.

Lytell - cross - Lavigne-Albert                    851

1   Q    Okay.  And here he writes on December 6, 2016, "Mia,

2   thank you for the phone call," right?

3   A    Yes.

4   Q    Do you recall you had a call with him at some point

5   before December 6, 2016 at 4:13 p.m.?

6   A    Sure.  Yes.

7        MS. LAVIGNE-ALBERT:  Okay.  So if we can scroll down

8   to the text at 1:08 p.m. after the screen shots.  I'll start

9   reading it and it will appear for the jury hopefully in a few

10  seconds.

11  Q    Ms. Powers writes -- I'm sorry, you, Ms. Lytell, you

12  write to Ms. Powers, "Hey, babe.  Can I ask you a very

13  important question about my desk appearance ticket, December

14  12th, at 8:00 a.m. in NYC.  Can I stay at the penthouse the

15  night before in order to wake up and get to court on time?"

16       Do you remember that you made that request?

17  A    Yes.

18  Q    Okay.  And this was December 8; correct?

19  A    Yes, that's what it says.

20  Q    Okay.  And then Ms. Powers says, "Oh, my God, let me

21  check the schedule.  I don't see an immediate problem, but

22  I'll be back in touch."

23       You say, "Okay.  Thank you, Jen."

24       And then you continue.  "I definitely do not have

25  the $3,500 to pay the lawyer either."

Lytell - cross - Lavigne-Albert                852

1          Do you remember that it was a flat fee of $3,500

2    that Jeremy Saland had asked you for?

3    A    Yes.

4    Q    For all pretrial procedures?

5    A    I don't know.

6    Q    Do you know what a flat fee is?

7    A    A flat fee, I don't know, no.

8    Q    No?  Okay.

9          Okay.  You continue "or round-trip plane tickets to

10   NYC the 11th and then back home to Florida the 13th.  I think

11   there are $350 in total.  And then coach seats round-trip.

12         And they Ms. Powers responds "Aye yai yai.  For all

13   that, I will have to speak to H of course."

14         You can go to the next page.

15         And then you say, "I'm just worried that Zoe

16   Cacciola is gonna run her mouth about Howie on Monday morning

17   in court and it makes me nervous to what I'm gonna say in

18   response.  I don't have a lawyer."

19         You were worried that Zoe Cacciola would run her

20   mouth in court?

21   A    Yes, about Howie.

22   Q    Weren't you worried -- were you worried that it would

23   come out in court that you engaged in having sex for money?

24   A    No.

25   Q    Were you worried that it would come out in court that Zoe

1  Cacciola did that?

2  A    No.

3  Q    Isn't it true that you were at Mr. Rubin's apartment for

4  that purpose --

5  A    No.

6  Q    -- that day?

7  A    No.

8  Q    Well, that's what you testified to before.

9          MR. BALESTRIERE:  Objection.  Is there a question?

10         THE COURT:  Sustained.

11  Q    Do you recall that you introduced Nancy, your friend

12  Nancy Santi to Mr. Rubin?

13  A    Yes.

14         MS. LAVIGNE-ALBERT:  I will let the record...I will

15  move on.  Okay.

16  Q    And then if we continue at 1:46 p.m., you write "So

17  should I text H all these e-mails from that lawyer too?

18  Should I ask him if I can say the 11th and 12th and maybe the

19  13th too and about plane tickets and lawyer fees?  Should I

20  ask him for all this?"

21         And Ms. Powers says, "Let me speak to him first.  It

22  might help."

23         And then you say, Okay, thank you, Jen."

24         And then there's a conversation about whether Ms.

25  Cacciola's nose was broken.

1          And I will move on to 2:06 p.m.

2          MS. LAVIGNE-ALBERT:  If we can show the witness the

3    screen shot at 2:06 p.m.

4    Q    Ms. Lytell, do you recognize this to be a screen shot of

5    text messages between you and Howard Rubin?

6    A    Yes.

7    Q    And focusing on the big block text at the middle of the

8    page, hi, Howie, baby, I'm so sorry again about" --

9          THE COURT:  Slowly, please.

10         MS. LAVIGNE-ALBERT:  Sure, Your Honor.  My

11   apologies.

12   Q    "So sorry again about Cali and how it all didn't work

13   out.  I wish I could have just seen you myself solo or with

14   another fun girl.  But, hey, babe, can I ask you a very

15   important question about my desk appearance ticket, December

16   12th at 8:00 a.m. in NYC.  Can I stay at the penthouse the

17   night before in order to wake up and get to court on time,

18   please?"

19         And then Mr. Rubin says, "Sorry, babe.  Someone is

20   going to be there."

21         Do you remember this?

22   A    Yes.

23   Q    And then you told Ms. Powers "Great, H said no"; right?

24   A    I can't see that.

25         Yes, I see that.

Lytell - cross - Lavigne-Albert                    855

1   Q    Okay.  I will just skip a few.

2         There's more discussion about the claims by Ms.

3   Cacciola and then Ms. Powers writes to you at 2:08 p.m., the

4   top text message in this page, I've messaged H.  I'll figure

5   out how he wants to proceed."

6         Right?

7   A    Yes.  I see that.

8   Q    Okay.  If we keep going at 2:36 p.m. and it will appear,

9   I'm sure, in a second.  I will read them.

10        Ms. Powers writes to you, "Can you speak at 3:00

11  p.m.?"

12        And you respond, "Yes, of course.  I love you, Jen."

13  Heart, heart.

14        Then you send another screen shot of your text with

15  Howard Rubin; correct?

16  A    That's what it says, yes.

17  Q    And this is a continuation of the text between you, Mr.

18  Rubin that we looked at before.  But at the bottom part you

19  write, "I love you, Howie.  Thank you.  I appreciate it so

20  much.  Thank you so much, Howie.  You're amazing and so is

21  Jen," with three heart.

22        Do you remember writing that?

23  A    Yes.

24  Q    This is in December of 2016; correct?

25  A    I don't see a date, but, yes, I believe.

1          MS. LAVIGNE-ALBERT:  Can we show the witness the

2    date, please.

3    A    Yes.

4    Q    Okay.  And then Ms. Powers -- well, let me ask you first,

5    you were relieved that he agreed to pay for your lawyer and to

6    pay for a hotel and your plane tickets to come to New York;

7    correct?

8    A    Yes.  He had already agreed, so thank God they did.

9          THE COURT:  Hang on one second.  Ladies and

10   gentleman, do you want to try to go to 4:30 or could you use a

11   break?

12          I'm talking to you the jury.

13          A JUROR:  We need a break.

14          THE COURT:  I'm sorry, anyone who wants a break,

15   raise your hand.  That's enough.  Okay.  We'll take 15

16   minutes.  Come back here, please, at 20 to 4:00.

17          Remember not to talk about the case.

18          (Jury exits the courtroom.)

19          THE COURT:  About how much more, do you think?

20          The rest of the day?

21          MS. LAVIGNE-ALBERT:  Yeah, the rest of the day.

22          THE COURT:  Okay.  15 minutes.

23          MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

24          MR. BALESTRIERE:  Your Honor, I do have a witness.

25   Then I'll release her?

Lytell - cross - Lavigne-Albert                    857

1           THE COURT:  Yes.

2           MR. BALESTRIERE:  Thank you, Your Honor.

3           (Recess taken.)

4           THE COURT:  Let's have the witness back and the

5    jury, please.

6           (Jury enters the courtroom.)

7           THE COURT:  All right.  Everyone be seated.

8           Continued cross-examination.

9           MS. LAVIGNE-ALBERT:  Thank you.

10   CROSS-EXAMINATION

11   BY MS. LAVIGNE-ALBERT:

12   Q    Ms. Lytell, we were looking, before the break, at

13   DXJP-218.

14          MS. LAVIGNE-ALBERT:  If we can get it back on the

15   board.  And I just want to look at the very last page.  If we

16   can blow up the first five texts.

17   Q    Ms. Lytell, so we were just looking at a moment before a

18   screen shot between you and Howard Rubin where you were

19   thanking him for agreeing to pay for your lawyer.

20          Do you remember that?

21   A    Now that I'm looking at it, yes.

22   Q    Okay.  After those texts you write to Jennifer Powers,

23   "Okie, thank you a million times.  I owe you big time.  Love

24   you, Jennifer Powers.  Thank you so much, babe."

25          And then she says, "Oh, I'm glad I can help.

Lytell - cross - Lavigne-Albert                    858

1          And you say, "You're the best help, I don't know
2   what I would do without you."
3          Do you remember writing these things?
4   A    I remember what you're showing me, yes.
5   Q    And, again, this is December 8, 2016, a few days before
6   your first court appearance; right?
7   A    Yes.
8   Q    Several weeks after you were originally arrested; right?
9   A    Yes.
10  Q    Okay.  Do you recall at your first court appearance in
11  you're criminal case was on December 12, 2016?  Does that
12  sound about; right?
13  A    That could be right, yes.
14         MS. LAVIGNE-ALBERT:  Can we show the witness
15  DXJP-230, please.  Just for the witness.  Yes.  Okay.
16  Q    Is that a photograph of you that we see here?
17  A    Yes.
18  Q    And is this a press article that was about your court
19  appearance?
20  A    Yes.
21         MS. LAVIGNE-ALBERT:  I move to admit DXJP-230.
22         MR. BALESTRIERE:  Objection.
23         Hearsay, relevance, and there's also many things
24  that has nothing to do with this.
25         THE COURT:  I agree.

Lytell - cross - Lavigne-Albert                859

1          MS. LAVIGNE-ALBERT:  Your Honor, may we approach?

2          THE COURT:  Okay.

3          (Sidebar held; continues on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                    860

1              (Sidebar.)

2              MS. LAVIGNE-ALBERT:  Your Honor, I completely agreed

3    to remove the last pages.  All I'm interested in the first two

4    pages.  It's not for the truth of the matter asserted; it's to

5    show that there was press and also.

6              THE COURT:  Show that there was what?

7              MS. LAVIGNE-ALBERT:  That there was press, news

8    report.

9              THE COURT:  Why does that matter?

10             MS. LAVIGNE-ALBERT:  Because it matters because

11   there are several -- she's alleged in her testimony that she

12   was told by Howard Rubin and Jennifer Powers to hide certain

13   things from her lawyer, from the police and we want to show

14   that really it's because they were afraid that there was going

15   to be some press about escorts at Howard Rubin's apartment.

16             Mr. Balestriere has argued that he's going to want

17   to argue that it shows the state of mind, Jennifer Powers and

18   Howard Rubin, that they were trying to hide things.  In the

19   comments that he told to this witness, she --

20             THE COURT:  You don't know that she procured this

21   article.

22             MS. LAVIGNE-ALBERT:  The point that I'm going to

23   make, Your Honor, is that the article states -- states facts

24   that are incorrect.  And she then, in her text messages with

25   Jennifer Powers, she says, "This is crazy.  None of it is

Sidebar                                                    861

1   true," but she's alleged that Jennifer Powers told her to tell

2   these lies.  But then she's talking to Jennifer Powers and

3   saying how these lies are crazy.

4            THE COURT:  No.  Excluded.

5            MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

6            MR. BALESTRIERE:  Thank you.

7            (Sidebar concluded.)

8            (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lytell - cross - Lavigne-Albert                862

1    CROSS-EXAMINATION.

2    BY MS. LAVIGNE-ALBERT:   (Continuing)

3    Q    Ms. Lytell, I'm going to ask you about a different thing.

4    You can put that down.

5              So do you remember that the first -- do you remember

6    the first time you were in criminal court in Manhattan?

7    A    Yes.

8    Q    And do you recall that that day -- the fact that you had

9    been arrested became a discussion in the press?

10   A    Yes.

11   Q    There were newspapers articles that mentioned your name;

12   correct?

13   A    Yes.

14   Q    That was a stressful situation for you?

15   A    Yes.  Sort of.

16             MS. LAVIGNE-ALBERT:  Okay.  Can we please show the

17   witness a different document, JPDX-231, to the witness only.

18   Q    Do you recognize these as some of your text messages with

19   Jennifer Powers, Ms. Lytell?

20   A    Yes.  Yes.

21             MS. LAVIGNE-ALBERT:  I move to introduce these text

22   messages.

23             MR. BALESTRIERE:  I object, Your Honor, based on

24   your Court's most recent ruling, at least with regards to -- I

25   think the first page it appears to be not relevant, and the

1    second would be inconsistent with your ruling.

2              THE COURT:  No, these are admissions.

3              Overruled.  The document is received.

4              MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

5              THE COURT:  Received.

6              (Defendant's Exhibit JPDX-231 received in evidence.)

7    Q    Ms. Lytell, do you remember taking a photo in Times

8    Square on the day -- is this a photo of you with two Elmos and

9    a Power Ranger and a friend in Times Square on December 12,

10   2016?

11   A    Yes.

12   Q    Do you remember sending this to Jennifer Powers?

13   A    I might have.

14   Q    Okay.  And then I'd like to focus your attention on the

15   text at 9:42 p.m. on December 12th, and the last four text

16   messages of that page.

17   A    Yes.

18   Q    Okay.  So, Ms. Powers says to you "What did H end up

19   saying about the Post?"

20             Do you understand this to be the *New York Post*, the

21   newspaper?

22   A    Yes.

23   Q    You remember that there was -- do you remember that there

24   was a reporter from the *Post* who asked you questions the day

25   of your court appearance?

1  A    Yes.  The *New York Post* was always followed the case,

2  yes.

3  Q    They always followed the case; right?

4  A    Yes.

5  Q    They were interested in your case?

6  A    It looks like it.

7  Q    But you remember at each court appearance they were

8  there; right?

9  A    I don't know if they were there every time.

10  Q    But many times?

11  A    Yes.

12  Q    And -- okay.  So you write to Ms. Powers, "He asked if

13  they mentioned his name at all or his address.  I said no,

14  'cause they did not."

15        Do you remember that the *New York Post* had not asked

16  you about the name Howard Rubin or the address of his

17  apartment?

18  A    Do I remember if the *Post* asked me?

19  Q    Is it correct that they had not asked you -- that the

20  *Post* had not asked you about Mr. Rubin or his address;

21  correct?

22  A    Correct.

23  Q    Okay.  And then you say he then said, "I love you, Mia,

24  LOL."  Okay.

25        Focusing on the text messages on this page.

1    MS. LAVIGNE-ALBERT:  Actually, if you can start for

2    the witness the link and everything through the end of that

3    page.  So 10:05 a.m. until the end.

4    THE COURTROOM DEPUTY:  Is this all in evidence?

5    MS. LAVIGNE-ALBERT:  It is.  Yes.

6    Q    Okay.  Ms. Lytell, do you remember that Jennifer Powers

7    sent to you in the morning of December 13, 2016 a link to an

8    article from the *New York Post*?

9    A    I don't remember that, but it's right here, so I do see

10   that.

11   Q    Okay.  And having seen it now, does it refresh your

12   recollection this happened?

13   A    Yes.

14   Q    You were upset about this article; right?

15   A    Yes.  It appears to be that I was upset.

16   Q    Thank you.

17        You write, "Oh, my God, horrible.  The story isn't

18   even true.  This is insane.  It says, "West 57th Street," and

19   that it was Zoe's apartment.  What a joke.  Horrible pic of me

20   too."

21        And then Ms. Powers says, "Right, all of this is

22   false."

23        Do you see that?

24   A    Yes, I do.

25   Q    And then it continues.  The next page.

Lytell - cross - Lavigne-Albert                866

1          "Yes.  It's so dumb.  It makes no sense."

2          These are your words, which will appear to you.

3          MS. LAVIGNE-ALBERT:  That's not the right page.  I'm

4    looking at December 13, 2016, 10:26 a.m.

5    Q    Ms. Lytell, when Ms. Moore -- when Ms. Powers wrote to

6    you right, all of this is false, you were surprised that all

7    of this false information was in the *New York Post* article,

8    were you not?

9          MR. BALESTRIERE:  Objection.

10         THE COURT:  Overruled.

11   Q    Would you like me to repeat the question?

12   A    Yes, I'm sorry.

13   Q    You -- you were surprised at the fact that there was all

14   of this false information in the *New York Post* article, were

15   you not?

16   A    I was surprised there was an article to begin with.

17   Q    You wrote, "Oh, my God.  Horrible.  The story isn't even

18   true.  This is insane.  It says West 57th Street and that it

19   was Zoe's apartment."

20         You were surprised that the article said that it was

21   Zoe's apartment; right?

22   A    I wrote that, but I wasn't surprised.

23   Q    But I thought you told us yesterday that Jennifer Powers

24   told you to make up these lies saying that this was Zoe's

25   apartment; right?

Lytell - cross - Lavigne-Albert                867

1    A    She did.  She said for me to say it was either mine or

2    Zoe's apartment to keep her and Howie's name out of it.

3    Q    If she told you to make those lies on October 20, 2016,

4    why are you surprised when you see them in the press in

5    December of 2016?

6    A    Because there was a news article out about me, it's

7    surprising.

8    Q    And these are lies that you did not expect to see in the

9    article, right?  You said this is insane, the story isn't even

10   true, you're surprised?

11   A    They didn't have their facts right because I told them it

12   was someone else's apartment.

13   Q    You're saying it's you?  You told the *Post*?

14   A    No.  I told the police.

15   Q    And you think the police called the *Post*?

16   A    I don't know.

17   Q    Okay.  Can we take a look at 10:26 a.m.

18        Okay.  You write, "Yes.  It's so dumb.  Makes no

19   sense."  And then it continues on next page.

20        "February 2nd is going to be a madhouse outside the

21   courthouse.  Ugh.  WTF.  I hate this.  I wasn't partying.  It

22   wasn't her place."

23        You were upset about all this; correct?

24   A    I was upset there was an article, yes.

25   Q    Okay.  And then it continues.

Lytell - cross - Lavigne-Albert                          868

1              MS. LAVIGNE-ALBERT:  If you can scroll down.

2    Q    And Ms. Powers writes "She's such a bitch.  It's

3    obviously her that called like a moron."

4              Do you think she's talking about Zoe Cacciola here?

5    A    I don't know who's talking about, but maybe, yes.

6    Q    Okay.

7              MS. LAVIGNE-ALBERT:  If we keep scrolling down,

8    okay.  I'm going to move on because I'm very much aware that

9    it's four o'clock.

10             You hated the press at your court appearances,

11   right?

12   A    Hate is a strong word.

13   Q    That's what you wrote in these text messages?  Those were

14   your words?  No?

15   A    If you show it to me again, then that's my words, yes.

16   Q    I will not do that.

17             Okay.  Do you recall that your next court appearance

18   was in -- you came back, right, several times for court

19   appearances?

20   A    Yes.

21   Q    And you came back in February of 2017?

22   A    I don't know the dates I came.

23   Q    Okay.

24             MS. LAVIGNE-ALBERT:  Can we show to the witness

25   DXJP-220, please.

Lytell - cross - Lavigne-Albert                869

1    Q    Do you recognize these text messages, Ms. Lytell, as text

2    messages between you and Jennifer Powers on February 2, 2017?

3    A    Yes.

4              MS. LAVIGNE-ALBERT:  I move to admit these.

5              MR. BALESTRIERE:  No objection, Your Honor.

6              THE COURT:  Received.

7              (Defendant's Exhibit DXJP-220 received in evidence.)

8              MS. LAVIGNE-ALBERT:  Thank you.

9    Q    Ms. Lytell, on February 2, 2017, you sent --

10             MS. LAVIGNE-ALBERT:  Can we look at the screen

11   shots, the two screen shots at the 11:12 00 p.m.  They're both

12   at 11:12 p.m.

13   Q    Do you remember that you sent to Ms. Powers these screen

14   shots?  Those are photos of you taken by the *Daily Mail*?

15             Can you see them?

16   A    Yes.  *Daily Mail* is the first one.

17   Q    It says, "Playmate Flips Her Hair in Court as She Turns

18   Down Plea Deal for Punching Some Model in the Face."  Do you

19   see that?

20   A    Yes.

21             (Continued on following page.)

22

23

24

25

Lytell - cross - Lavigne-Albert                    870

1    EXAMINATION CONTINUES

2    BY MS. LAVIGNE-ALBERT:

3    Q    So there was more press in your second court appearance?

4    A    Yes.

5    Q    And if we can -- okay, can we look at the last text

6    message actually on this page at 11:30 p.m.?

7         Ms. Powers asked you what was the plea deal, right?

8    A    Yes, that's what it says.

9    Q    And then you say:  Harassment charge, assault charge,

10   three community service and anger management, all on my

11   record.  The lawyer said not to plea.

12        After you explained this to her, she did not try to

13   pressure you to take a plea so that the court appearances

14   would stop, did she?

15   A    No.

16   Q    She wrote to you:  I would have said no deal too.  Nancy

17   is going to plead -- to play key witness to all of this.

18        And then you said:  He said I would get the wrath of

19   the system if I pled guilty and took those charges, so we did

20   not.  Yes, Nancy has gone quiet on me, everyone -- on everyone

21   I know.

22        And then Ms. Powers said:  I can't believe she's

23   still at it.  Zoe should have dropped all of this a long time

24   ago.  And then she ends with:  Trust your lawyer.  I'm so

25   sorry.

SAM      OCR      RMR      CRR      RPR

Lytell - cross - Lavigne-Albert                871

1           Right.

2    A    Yes.

3    Q    Ms. Powers did not try to interfere in your relationship

4    with your counsel, did she?

5               MR. BALESTRIERE:  No objection at this time.

6               THE COURT:  Did Ms. Powers try to interfere in your

7    relationship with your lawyer?

8               MR. BALESTRIERE:  I don't have an objection now,

9    Your Honor, sorry.

10              THE COURT:  I know, I am just rephrasing the

11   question because the witness gets distracted.

12              THE WITNESS:  Thank you.

13   A    No.

14   Q    She tells you to trust him, correct?

15   A    Yes, in that message she does say, you know, yes.

16              MS. LAVIGNE-ALBERT:  Okay, can we show for the

17   witness DXJP-234?  It's a video.  We can turn off the sound,

18   but...

19              (Pause.)

20              THE COURT:  How are we doing?

21              MS. LAVIGNE-ALBERT:  We don't have it, okay.

22   BY MS. LAVIGNE-ALBERT:

23   Q    Well, do you recall, Ms. Lytell, that we were just seeing

24   a Daily Mail article a moment ago, do you recall at one point

25   the Daily Mail actually followed you out of the courtroom with

SAM        OCR        RMR        CRR        RPR

Lytell - cross - Lavigne-Albert                    872

1   a camera and asked you and your attorney some questions?

2   A    Yes.

3   Q    Okay.  You do remember that?

4   A    Yes.

5   Q    And they -- they followed you from the door of the

6   courtroom up until security, right, they followed you the

7   whole way down?

8   A    Yes.

9   Q    And they asked you some questions and they had you on

10  video, right?

11  A    Yes.

12  Q    Do you remember that?

13  A    Yes.

14  Q    Was that upsetting to you?

15  A    The whole experience was difficult.

16  Q    Did it make you anxious to have these reporters following

17  you each time you went to court?

18  A    Yes.

19        MS. LAVIGNE-ALBERT:  Please show the witness DX --

20  actually, never mind.  Based on -- I will not do that.

21        Let me show the witness DX M2-3.

22  BY MS. LAVIGNE-ALBERT:

23  Q    Mr. Gilbert asked you a bit earlier about the fact that

24  you had dinner with Howard Rubin in Miami in March or

25  April 2017.

Lytell - cross - Lavigne-Albert                    873

1              Do you remember that?

2    A    Yes, March.

3    Q    And do you remember that you texted Ms. Powers about

4    that?

5    A    It's right here in front of me.

6              MS. LAVIGNE-ALBERT:  I move to introduce DX M2-3.

7              MR. BALESTRIERE:  No objection.

8              THE COURT:  Received.

9              (Defense Exhibit M2-3 was received in evidence.)

10   BY MS. LAVIGNE-ALBERT:

11   Q    And you wrote to Ms. Powers:  Hi babes, how are you,

12   gorgeous?

13             She said:  Hi, we're good.  Thank you.  How's

14   everything by you?

15             And you wrote:  I'm good too, baby girl.  I was just

16   checking in with you.  I saw H the other night in Miami.  Me,

17   Kat and a few friends.  It was good seeing him.

18             Do you remember that?

19   A    I'm reading it, so, yes.

20   Q    Do you remember that you told her that it was good to see

21   Mr. Rubin in Miami?

22   A    As I'm reading it now, yes.

23   Q    Okay.

24             MS. LAVIGNE-ALBERT:  Let me show the witness

25   DXJP-221, please.

Lytell - cross - Lavigne-Albert                    874

1   BY MS. LAVIGNE-ALBERT:

2   Q    Ms. Lytell, this is text messages between you and

3   Jennifer Powers from July 2017.

4          Do you recognize those?

5   A    Yes.

6          MS. LAVIGNE-ALBERT:  Move to introduce DXJP-221.

7          MR. BALESTRIERE:  No objection, Your Honor.

8          THE COURT:  Received.

9          (Defense Exhibit DXJP-221 was received in evidence.)

10         MS. LAVIGNE-ALBERT:  Thank you.

11         (Exhibit published.)

12  BY MS. LAVIGNE-ALBERT:

13  Q    Ms. Lytell, do you recall that there came a point where

14  you thought your lawyer was not explaining things to you to

15  you well enough?

16  A    You never really know what lawyers are really saying,

17  so...

18  Q    You get no pass for that.

19  A    Yes.

20  Q    Can we take a look at -- well, first of all, just looking

21  generally at these text messages, do you remember they are

22  dated July 17th, 2017.

23         Do you remember you had another court appearance in

24  criminal court around this time?

25  A    I might have.  I don't remember.

SAM     OCR     RMR     CRR     RPR

Lytell - cross - Lavigne-Albert                875

1   Q    If you look a little bit.  The text:  Hi babes, just left

2   court.

3          Does that help refresh your recollection?

4   A    Yes, I see that.

5   Q    Okay.

6          MS. LAVIGNE-ALBERT:  Let's go to 11:09 a.m. and blow

7   up the rest of that page for the witness.

8   BY MS. LAVIGNE-ALBERT:

9   Q    Do you see where you write to Ms. Powers:  He's very

10  short with me, Jenn, the lawyer Jeremy?

11  A    Yes, I see that.

12  Q    And then a little blow at 11:11 a.m. you write:  I wish

13  he was more descriptive.  Right?

14  A    Yes, I see that.

15  Q    Do you remember like you felt like your lawyer was a

16  little short and that you would have liked him to have been a

17  little more descriptive?

18  A    Every lawyer could probably use that advice.

19  Q    I'm sorry?

20  A    Every lawyer could probably use that advice, but yes.

21  Q    Okay.  All right, let's take a look at the text at 11:16

22  a.m., the last page.

23          MS. LAVIGNE-ALBERT:  If we can start at:  I love

24  you, Jenn, for always helping me.  And to the bottom, the very

25  bottom until the end of the page.  Thank you.

Lytell - cross - Lavigne-Albert                876

1    BY MS. LAVIGNE-ALBERT:

2    Q    I love you, Jenn, for always helping me, Howie, too.

3    You're both outstanding to me, with emojis.  I just want it

4    over.

5              Do you remember in the summer of 2016 in July that

6    you were telling Ms. Powers that you loved her and Mr. Rubin?

7    A    If that's what it says there, then I wrote it.

8    Q    And when you said:  I just want it over, you're talking

9    about your criminal court case?

10   A    I don't know what I'm talking about.  I don't really

11   remember, but I'm guessing.

12   Q    Well, having looked through all of these text messages

13   and the fact that you went to court that day, does that sound

14   right?

15   A    Yes.  It could be over that, yes.

16   Q    And at the end of these texts you say -- well, Ms. Powers

17   says:  Of course, we need to keep ticking away as much as this

18   ducks, but we need answers and it doesn't help that your

19   lawyer sounds like a dickhead.

20             And you say:  I know, I wish I could have him

21   explain it to me better.  He's so cryptic.

22             Do you remember that?

23   A    Yes.

24   Q    Do you think that Mr. Saland was cryptic?

25   A    I think all lawyers are sometimes cryptic.

Lytell - cross - Lavigne-Albert                    877

1    Q    They're hard to understand often, right?

2    A    Yes.  Lawyer lingo is difficult to understand sometimes.

3    Q    But you out of facility speaking with Jennifer Powers,

4    correct?

5    A    Say that again.

6    Q    It was easy for you to speak to her as opposed to your

7    lawyer, correct?

8    A    I was texting her about it because she asked about it.

9    Q    But you never felt that she was cryptic when she was

10   texting you, right?

11   A    I don't -- I don't think so.

12   Q    Okay, that's okay, I'll move on.

13         So, you told us earlier you first retained Jeremy

14   Saland in December of 2016, correct?

15   A    I believe so, yes.

16   Q    But it was not until August of 2017 that you told him

17   about what happened to you in Mr. Rubin's apartment.

18         Does that sound right?

19   A    Yes.

20   Q    And the reason that you did not tell him or anyone else

21   before that time is because you were embarrassed, is that

22   right?

23   A    Embarrassed?

24   Q    Embarrassed.

25   A    No.

SAM       OCR       RMR       CRR       RPR

Lytell - cross - Lavigne-Albert                    878

1        MS. LAVIGNE-ALBERT:  Can we show MLJP-69, please?

2        (Video played.)   (Video stopped.)

3        MS. LAVIGNE-ALBERT:  Okay, hold on.

4        (Video played.)   (Video stopped.)

5   BY MS. LAVIGNE-ALBERT:

6   Q    Ms. Lytell, we've just watched a clip from your

7   deposition.

8        Do you remember testifying at that time the reason

9   why you waited to tell Mr. Saland is because you were

10  embarrassed?

11  A    That's what I said at my deposition, yes.

12  Q    It was not because Mr. Rubin or Ms. Powers asked you to

13  lie, was it?

14  A    They did ask me to lie.

15  Q    You just said in your deposition, the tape we just saw,

16  that the reason why you waited several months to tell

17  Mr. Saland was because you were embarrassed.

18       You heard that, right?

19  A    Yes.

20       MR. BALESTRIERE:  Objection, misstates deposition

21  testimony.

22       THE COURT:  I think we are at argument at this

23  stage, all right?

24       MS. LAVIGNE-ALBERT:  Okay.

25  BY MS. LAVIGNE-ALBERT:

Lytell - cross - Lavigne-Albert                     879

1  Q     Ms. Lytell, does the name Robert Aloi ring a bell to you?

2              MR. BALESTRIERE:  Objection, relevance.

3              MS. LAVIGNE-ALBERT:  Can we approach, Your Honor?

4              THE COURT:  Okay, let's have a sidebar.

5              (Sidebar held outside the hearing of the jury.)

6

7              (Continued on the following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

```
                        Sidebar                           880
```

1              (The following sidebar took place outside the

2     hearing of the jury.)

3              THE COURT:  Who is this guy and what is this about?

4              MS. LAVIGNE-ALBERT:  He's the person who wrote to

5     Mr. Saland about Ms. Lytell being an escort and having seen

6     Howard Rubin.  He's the reason why she had to tell Jeremy

7     Saland about this case.

8              MR. BALESTRIERE:  I disagree with the timing there.

9     He also tried to shake down Mr. Rubin.  Your Honor doesn't

10    want a sideshow, this becomes a whole sideshow.  If she were

11    asked --

12             THE COURT:  You know, she's got this story which

13    seems to be contradicted by some of the text messages that the

14    reason she didn't tell what happened was because she had been

15    told by Powers not to.

16             I think the defense has a right to rehabilitate her

17    on that.  So, we've got to go down there.

18             MS. LAVIGNE-ALBERT:  And I'll finish by 4:30, Your

19    Honor, so it won't be a whole --

20             THE COURT:  Okay.

21             MR. BALESTRIERE:  While we're here, Your Honor, I

22    mean my redirect could be fast, but twenty minutes or just we

23    just can't go past 4:30?

24             THE COURT:  We can't go past 4:30.

25             MR. BALESTRIERE:  Understood, wanted to ask.  Thank

Sidebar                                            881

1    you, Your Honor.

2              MS. LAVIGNE-ALBERT:  Thank you.

3              (Sidebar concluded.)

4

5              (Continued on the following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lytell - cross - Lavigne-Albert                882

1             (In open court - jury present.)

2    EXAMINATION CONTINUING

3    BY MS. LAVIGNE-ALBERT:

4    Q    Ms. Lytell, I asked you just before the little break we

5    took does the name Robert Aloi ring a bell to you?

6    A    Yes.

7    Q    And do you know him because you had a relationship with

8    him, correct?

9    A    I worked for his modeling company a couple times.

10   Q    And he paid you to do that?

11   A    Yes.

12   Q    And there was a time when you rented a house in his name

13   and you and a friend lived in that house for one month in

14   Florida, correct?

15   A    Correct.

16   Q    And at one point he came to learn of your relationship

17   with Howard Rubin, is that correct?

18   A    Correct.

19   Q    He was upset and jealous about that?

20   A    I don't believe he was jealous.  I believe he wanted to

21   tell the truth and get it out there.

22   Q    Do you remember that you referred to Robert Aloi as a

23   fan, a psycho fan of yours?

24   A    Yes.

25   Q    That sounds right.

1          MS. LAVIGNE-ALBERT:  Can we show the witness

2    DXJP-225?

3          Your Honor, I am just wondering if I could hand --

4    I'm not sure if we can with the COVID protocols, but the paper

5    copy of these texts to the witness just to speed this up a

6    little bit.

7          THE COURT:  Put your mask on and you may approach.

8          MS. LAVIGNE-ALBERT:  Thank you.

9    BY MS. LAVIGNE-ALBERT:

10   Q    Ms. Lytell, if you can just take -- flip through DXJP-225

11   and tell me if you recognize these as your text messages with

12   Jennifer Powers in August of -- some of your text messages

13   with Jennifer Powers in August of 2017?

14   A    Yes -- yes.

15         MS. LAVIGNE-ALBERT:  I move these, I move DXJP-225

16   into evidence.

17         MR. BALESTRIERE:  225B, Your Honor, I object on

18   hearsay grounds.

19         MS. LAVIGNE-ALBERT:  One second.  225B is a blow-up

20   of the screenshot.

21         MR. BALESTRIERE:  Right.

22         MS. LAVIGNE-ALBERT:  I'm okay not to put in 225B.

23         MR. BALESTRIERE:  What about 225C, I have the same

24   position that it's hearsay.  And actually, 225A.  So, the

25   blow-ups --

1          MS. LAVIGNE-ALBERT:  225C is not going in.

2          MR. BALESTRIERE:  I still maintain the hearsay

3    exception, Your Honor, and it's certainly prejudicial.

4          THE COURT:  Hang on.  Hang on.

5          MR. BALESTRIERE:  I'm sorry, Your Honor.

6          THE COURT:  Since we didn't do this pretrial, I have

7    to do it now.

8          So, what are we trying to get in, 225A or B?

9          MS. LAVIGNE-ALBERT:  225C, right, you have an

10   objection to?

11         MR. BALESTRIERE:  I do have an objection to 225A,

12   but 225C was the last one we discussed, Your Honor.

13         THE COURT:  Okay, stop.

14         What is the defense trying to get in, what is the

15   number?

16         MS. LAVIGNE-ALBERT:  DXJP-225, which is a series of

17   text messages.

18         THE COURT:  Stop.  A through C or all --

19         MS. LAVIGNE-ALBERT:  So, three of the screenshots in

20   the text messages are very little and those are -- we've

21   included bigger versions of those in A, C and D.

22         And I think Mr. Balestriere has an objection to

23   225C.

24         MR. BALESTRIERE:  And actually to A and B, Your

25   Honor.  Well, B I think you said you're not --

Lytell - cross - Lavigne-Albert                885

1          MS. LAVIGNE-ALBERT:  That's okay, yes.

2          THE COURT:  Hang on.

3          Are you going to be able to elicit who is Aloi?

4          MS. LAVIGNE-ALBERT:  I'm sorry, Your Honor.

5          THE COURT:  Are you going to be able to elicit who

6     is Aloi?

7          MS. LAVIGNE-ALBERT:  Yes.

8          THE COURT:  Okay.  Provisionally I am going to let

9     these in, they go to credibility.  And they are, therefore,

10    valid.  I am not a hundred percent confident you can make the

11    connection, but it depends on what I hear.  So, go ahead.

12         MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

13         (Defense Exhibit DXJP-225 was received in evidence.)

14    BY MS. LAVIGNE-ALBERT:

15    Q    Ms. Lytell, I would like to draw your attention to the

16    first few text messages with Jennifer Powers in the thicker

17    document that I just handed to you.

18         Do you see them, it's from August 11th and it starts

19    at 1:00 p.m.?

20    A    Yes, I see that on my screen.

21    Q    Great.  And are you saying --

22         MS. LAVIGNE-ALBERT:  If they're admitted, Your

23    Honor, we can publish them for the jury.

24         (Exhibit published.)

25         MS. LAVIGNE-ALBERT:  Thank you.

Lytell - cross - Lavigne-Albert                886

BY MS. LAVIGNE-ALBERT:

Q    You say:  Jenn, you need to call me ASAP please.  We have
a problem.  Please.

        And then you send her several screenshots.  Do you
remember that?

A    Yes, I do.

Q    And these were all screenshots about the fact that Robert
Aloi -- well, first, was harassing you, correct?

A    Yes.

Q    And had also started campaign publishing online
information about Howard Rubin, is that correct?

A    Yes.

        THE COURT:  Who is Robert Aloi?

        THE WITNESS:  He owned a modeling company called No
Limit Ladies Modeling.

        THE COURT:  Okay.  And he was making trouble?

        THE WITNESS:  Yes.

        THE COURT:  Okay, go ahead.

        MS. LAVIGNE-ALBERT:  Okay, if we can look at the
screenshot, at the second screenshot that we see here with
Mr. Rubin's face.  If we can just make it bigger.  No, the
other one.

        THE COURT:  You said second.

        MS. LAVIGNE-ALBERT:  My bad.  Here we go.

BY MS. LAVIGNE-ALBERT:

SAM     OCR     RMR     CRR     RPR

Lytell - cross - Lavigne-Albert                 887

1    Q    Okay, it's little blurry, but I will read it.

2         Do you recognize this to be a social media post,

3    Ms. Lytell?

4    A    Yes.

5    Q    Or Instagram, right?

6    A    Yes, a social media Instagram post, by somebody, yes.

7    Q    And No Limits Mag was Mr. Aloi's handle?

8    A    Yes.

9    Q    And he writes:  Attention, we are looking for information

10   about playmates and models partying with this guy in his

11   penthouse in NYC.  He goes by H or Howie.  We would like to

12   know about his recruiters as well.  We know of one and know

13   that she took the place of another.  The recruiters got paid

14   to bring girls to this penthouse -- to his penthouse.  This

15   dude's assistant is named J.  Yes, I understand the ladies had

16   to sign an NDA, but it is important.  I'm gathering more

17   information.

18        He says:  If you have been there, you know why.  DM

19   me.  I guarantee information.

20        This was Robert Aloi posting information online --

21   online about Howard Rubin, correct?

22   A    Yes.

23        THE COURT:  Okay, we need to stop here because I

24   want to talk to the lawyers about this some more.

25        So, ladies and gentlemen, we will send you home for

Lytell - cross - Lavigne-Albert                888

1    a long and deserved three-day weekend.  Please, you know the

2    rules, do not talk about the case with anybody.  Please don't

3    post anything on social media, you see what can happen right

4    here.  So, please, put it out of your mind.  Get a lot of rest

5    and we'll, hopefully, make more substantial progress with the

6    case next week.

7              Have a good weekend.

8              (Jury exits.)

9              THE COURT:  You're excused, thank you.

10             (Witness steps down.)

11             MR. BALESTRIERE:  Should Ms. Lytell leave, Your

12   Honor?

13             THE COURT:  Yes.

14             MR. BALESTRIERE:  Just wait outside.

15             (Witness exits the courtroom.)

16             THE COURT:  Okay.  What I thought these might be

17   when I glanced at them at sidebar I think is different than

18   what the defense is offering them for.

19             So, tell me what these are and the context in which

20   they arise and why they help you.

21             MS. LAVIGNE-ALBERT:  Sure.

22             Well, Your Honor, they're -- Ms. Lytell has

23   testified that she knows Robert Aloi.  She lived in an

24   apartment that was owned by him at one point, and at some

25   point Mr. Aloi became upset and he started posting online

SAM      OCR      RMR      CRR      RPR

Proceedings                                                                  889

1    information about Howard Rubin.

2            As I explained to the Court at sidebar, Ms. Lytell

3    has now testified at length about the fact that there was no

4    particular reason why she told Jeremy Saland about her court

5    case.  That at one point she just gathered the courage, she

6    told him.  She has suggested that Ms. Powers specifically, you

7    know, told her not to tell her own counsel, for her to lie to

8    the police.  And at some point she just got out and had the

9    courage and finally told her lawyer.

10           She's also testified that that is how this case

11   began.  She said that in her direct that Mr. Saland

12   introduced, you know, Mr. Balestriere, that's how she decided

13   to bring the case.

14           This shows that Robert Aloi, you know, he calls

15   himself her ex-boyfriend, I don't know about that, but they

16   certainly had a relationship.  And at one point he decided to

17   write to the prosecutor who was at that point prosecuting

18   Ms. Lytell in the assault case, and, you know, started

19   threatening, essentially, Ms. Lytell that he would out her as

20   a prostitute and these other things.  So, she was forced to

21   tell her lawyer, you know, that she had engaged in sex work,

22   essentially.

23           And certainly, our belief is that that's how this

24   all started.  It is not, you know, that she had all of a

25   sudden -- she just gathered the courage to tell her lawyer.

Proceedings                                                              890

1    That's just not true.

2            Your Honor will remember that we moved in limine

3    actually to exclude Ms. Lytell's court case.  We did that in

4    2019 for this very reason because if we opened the door, it

5    becomes a very complicated story.  But at that point we

6    believe that we are entitled to tell the story because

7    otherwise, Mr. Balestriere is going to make argument to the --

8    certainly expect in his closing based on Ms. Lytell's

9    testimony, and some of the text messages between Ms. Powers

10   and Mr. Rubin, of alluding that they're trying to hide a human

11   trafficking enterprise, that they're scared that the police is

12   going to find out about a human trafficking enterprise.

13           All that I've gone through today show that that was

14   not at all the concern, and Robert Aloi is the tip of the

15   iceberg.

16           The last point I'm going to make, and this was very

17   front and center in their complaint, Your Honor, that there

18   was a coverup and that that was part of the sex trafficking

19   venture, this coverup.  And that, you know, in -- in the

20   complaint there was an allegation that Ms. Powers offered

21   $80,000 to Mia Lytell to fire Mr. Saland and hire Howard

22   Rubin's lawyer.

23           THE COURT:  Wait a minute, I haven't heard any of

24   that, so I don't much care if it's in the complaint.

25           MS. LAVIGNE-ALBERT:  She, in her testimony, Your

SAM      OCR      RMR      CRR      RPR

Proceedings                                                              891

1   Honor, I can read it, but she said that they tried to get her

2   to drop her lawyer.

3            She did not say, you're right, Your Honor, she did

4   not say it as forcefully as the complaint does, but she did

5   testify in her direct that Ms. Powers and Mr. Rubin tried to

6   get her to drop her lawyer because they were afraid, you know,

7   that she was going to disclose the sex trafficking venture.

8            That's not true.  It's because Robert Aloi came up,

9   trying to extort Mr. Rubin for $10 million, and that's why she

10  had to disclose it.

11           THE COURT:  I have some questions, mostly because I

12  don't really understand very much of what you said.

13           Tell me specifically the positions that she took or

14  the arguments that you anticipate Mr. Balestriere making in

15  closing that are contradicted by A through C?

16           MS. LAVIGNE-ALBERT:  Okay.

17           So, Ms. Lytell testified every time she went to her

18  court appearances, Jennifer and Howie would ask her questions

19  and see if they mentioned her name.

20           I'll agree with Your Honor --

21           THE COURT:  Did they mention Mr. Rubin's name?

22           MS. LAVIGNE-ALBERT:  Mr. Rubin's name, correct.

23           THE COURT:  Or Jennifer's name, right?

24           MS. LAVIGNE-ALBERT:  Correct.  I'll agree with you,

25  with Your Honor, that Robert Aloi does not necessarily get

Proceedings                                                      892

1    directly at this.

2            THE COURT:  Okay, so what is it you're offering

3    these for?

4            What did she say that you think these contradict?

5            MS. LAVIGNE-ALBERT:  Okay, she said that Jennifer

6    and Howie wanted me to release my attorney.

7            Maybe we could find it in the transcript, that's how

8    I wrote it down, that they wanted her to release her attorney

9    and that, you know, Jennifer was -- then Jennifer and Howie

10   were pressuring her to do this.  And --

11           THE COURT:  First of all, Mr. Balestriere, do you

12   agree with that characterization of the testimony?

13           MR. BALESTRIERE:  I do agree that Ms. Lytell

14   testified that the defendants -- well actually, withdrawn.

15           I agree that she might say that if asked, but I

16   don't think she has said that.  Meaning that is something that

17   has come up in the past, Your Honor, but in terms of her

18   testimony yesterday, my recollection is she said that at the

19   time of the arrest they told her to lie to the police.

20           With regards to why she ended up disclosing things

21   to Mr. Saland, it's that -- I believe it was something like

22   this, Your Honor:  The pressure had just gotten to be too much

23   after all these months and she wanted to tell someone and that

24   she told Mr. Saland, and that resulted in her contacting me.

25   Mr. Saland and I are former prosecutors.  We know each other.

SAM     OCR     RMR     CRR     RPR

Proceedings                                          893

1          THE COURT:  Do the defendants agree with that

2    characterization of the testimony?

3          Putting aside the complaint and her deposition.

4          MS. LAVIGNE-ALBERT:  I'm sorry, I missed the end of

5    that.

6          MR. BALESTRIERE:  The end was about the connection

7    between me and Mr. Saland.

8          But I was saying that I believe that she has not

9    testified about any switch of counsel based on Mr. Rubin or

10   Ms. Powers pressuring her.

11         THE COURT:  I do not recall hearing that.  Can you

12   read me something?

13         MS. LAVIGNE-ALBERT:  Well --

14         THE COURT:  Not from the deposition and not from the

15   complaint.

16         MS. LAVIGNE-ALBERT:  They wanted me to release the

17   info to their attorney.

18         Those are the words that I wrote, and I thought here

19   she was talking about the fact that at -- at one point she's

20   saying that when she started speaking to Jeremy Saland and

21   telling her [sic] about what she believed happened to her, at

22   that point that Jennifer wanted her to, quote, release the

23   info to their attorney.  She said that.

24         MR. BALESTRIERE:  Even if she did say that, I think

25   that's different from what we're discussing.

Proceedings                                                    894

1          THE COURT:  I agree.

2          What does releasing the info to her attorney have to

3    do with these exhibits?

4          MS. LAVIGNE-ALBERT:  So, there are text messages.  I

5    know that it's hard for the Court to grasp without seeing the

6    text messages that Jennifer Powers and Howard Rubin exchanged

7    during those dates that Mr. Balestriere is going to use.

8          Do you still plan on introducing PX 119?

9          THE COURT:  Wait a minute, wait a minute.  He's

10   finished his direct.  So, when are they coming in?

11         MS. LAVIGNE-ALBERT:  The text messages between the

12   two defendants?

13         I don't think they have to come through this

14   witness, but if I'm wrong, then I'll sit down.

15         THE COURT:  Well, who are they going to come in

16   through?

17         MR. BALESTRIERE:  Well, we did have a discussion

18   regarding -- I don't -- I'd have to look at 199 [sic].

19         We did have a discussion with the defense counsel

20   about the plaintiffs not needing to call the defendants in our

21   case, if the only reason was to get in certain text messages.

22   Meaning we had --

23         THE COURT:  Are those text messages included and did

24   you reach agreement on that?

25         MR. BALESTRIERE:  We disclosed a list of texts -- of

Proceedings                                                      895

1    exhibits last night, Your Honor, which include that.  I don't

2    remember.

3              Can you say again, Ms. Lavigne-Albert, which --

4              MS. LAVIGNE-ALBERT:  PX 119.

5              MR. BALESTRIERE:  One moment, please, Your Honor.

6              (Pause.)

7              MR. BALESTRIERE:  And I'm sorry, it's 1-1-9?

8              MS. LAVIGNE-ALBERT:  PX 1-1-9.

9              MR. BALESTRIERE:  Thank you.

10             MS. LAVIGNE-ALBERT:  PX 119.

11             MR. BALESTRIERE:  Well, this is a multipage exhibit.

12             MS. LAVIGNE-ALBERT:  Right, and August 11th, 2017 is

13   when Ms. Powers and Mr. Rubin learned about Robert Aloi.  And

14   you intend to introduce all of the text messages or several in

15   the exchange from that point on that are, obviously, triggered

16   by Mr. Aloi appearing in the picture.

17             THE COURT:  Mr. Balestriere, are you putting those

18   in?

19             MR. BALESTRIERE:  I'm fine with taking out anything

20   about Bob Aloi.  In fact, now I do remember, we said we wanted

21   to use portions of these.  I think you said he caused trouble,

22   and that's exactly right.  I think he has nothing to do with

23   our plaintiffs' claims against these defendants.

24             THE COURT:  That's what I'm seeing.  I mean I'm not

25   drawing the connection here.

SAM      OCR      RMR      CRR      RPR

Proceedings                                    896

1          Now, maybe I'll give you recross if he does

2    something on redirect that I don't anticipate.  Maybe there's

3    some exhibit he tries to introduce through another witness and

4    you say, Oh, this is how it came in, Judge.  Remember we

5    talked about this on Thursday night.  I'll reconsider it at

6    this point, but right now I think all this is going to do is

7    confuse the jury because it sure as heck is confusing me.

8          MS. LAVIGNE-ALBERT:  If -- if Mr. Balestriere is not

9    intending to use any text messages between the defendants

10   after August 10th, 2017 --

11         MR. BALESTRIERE:  I didn't say that.  I said I would

12   agree that anything --

13         THE COURT:  That's not the question.  That's not the

14   question.

15         The question is, is he going to put any text

16   messages in between them that could be rebutted by Exhibits A

17   through C?  That's the question.

18         MS. LAVIGNE-ALBERT:  And my position, Your Honor, is

19   that anything after August 10th of 2017 can be rebutted by

20   Exhibits A through C.  It's all about Robert Aloi and his

21   attempted extortion of Mr. Rubin for which he was sentenced in

22   criminal court.

23         THE COURT:  Okay, well, you've all gotten yourselves

24   some extra work for the weekend.

25         I want this briefed by Saturday at 5 o'clock.

Proceedings                                                       897

1          MS. LAVIGNE-ALBERT:  Sure.

2          THE COURT:  And I want, to the extent you're relying

3     on what has been said in the trial, I want you to cite and

4     include the pages from the draft transcript that you have

5     received in order to show your point.  And I want you to tie

6     together why this matters, because I am not seeing it yet, and

7     then I'll hear from plaintiff by Sunday night at 5 o'clock.

8          MS. LAVIGNE-ALBERT:  Thank you, Your Honor.

9          THE COURT:  Okay.

10         MR. BALESTRIERE:  May I ask for permission regarding

11    one thing, Your Honor?

12         I know that my client is probably going to want to

13    burst out about Bob Aloi.  If I could just -- while I won't

14    discuss any other testimony, to tell her Bob Aloi might not be

15    coming up, and I will know by Monday morning when the Court

16    rules.

17         THE COURT:  I mean I'll rule before she testifies,

18    right?

19         MR. BALESTRIERE:  Yes.

20         THE COURT:  If that happens, if I rule in your

21    favor, I will turn to her and say:  You had better not mention

22    this Aloi character.  Okay?

23         MR. BALESTRIERE:  Understood.

24         THE COURT:  Okay.  Anything else we need to talk

25    about?  Yes.

Proceedings                                                898

1          MR. GROVER:  Your Honor, just briefly before we

2    leave.

3          I'd like to let Your Honor know that we cannot see

4    the witnesses when they testify because of the TV set.

5          THE COURT:  That's a problem.

6          MR. GROVER:  I don't know if --

7          THE COURT:  Feel free to leave the table and look at

8    the witness.

9          MR. GROVER:  No, I appreciate, I was going to ask if

10   I can sit back in the --

11         THE COURT:  Yes, you can.

12         MR. GROVER:  All right, thank you, Your Honor.

13         THE COURT:  Okay, anything else we need to cover?

14         I do think, as has been the case, every time someone

15   thinks there's a problem, the two sides talk and then the

16   problem seems to go away.  And I think if you knew what

17   Mr. Balestriere was doing, you might not feel so obligated to

18   rebut it in a way that I'm not seeing the rebuttal yet, but he

19   can explain to you which exhibits he's going to use, and then

20   you will be able to tell me how it should be, how these

21   pertain to rebutting it.

22         Okay, something else?  No?

23         You stood up.  You were leaving, that's why you

24   stood up?

25         MR. McDONALD:  No, I thought you were leaving.

Proceedings                                        899

1           THE COURT:  I am now leaving.  We're all leaving.

2       Have a good a weekend as you can.  See you on Monday

3    morning.

4           ALL COUNSEL:  Thank you, Your Honor.

5           (Judge BRIAN M. COGAN exited the courtroom.)

6

7    (Proceedings adjourned to Monday, March 28, 2022 at 9:30 a.m.)

8

9

10                              ooo0ooo

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

900

**I N D E X**

| WITNESS | PAGE |
|---|---|

**MIA LYTELL**

    DIRECT EXAMINATION BY MR. BALESTRIERE    670

    CROSS-EXAMINATION BY MR. GILBERT    692

    CROSS-EXAMINATION BY LAVIGNE-ALBERT    829

**E X H I B I T S**

Plaintiffs' Exhibit 3A    672

Plaintiffs' Exhibit H3A    674

Defendants' Exhibit I6A    679

Defendants' Exhibit J6    680

Defendants' Exhibit H31    682

Defendants' Exhibit Y7    702

901

1                          **EXHIBITS** (Cont'd)

2        <u>Exhibit</u>                                    <u>Page</u>

3

4        Defendants' Exhibit M2-1                          706

5

6        Defendant's Exhibit DX-J3                         708

7

8        Defendant's Exhibit DX-Q2                         717

9

10       Defendant's Exhibit DX-O7                         720

11

12       Defendant's Exhibit DX-M21                        727

13

14       Defendant's Exhibit R2                            732

15

16       Defendant's Exhibit DX-H3                         734

17

18       Defendant's Exhibit DX-S2                         740

19

20       Defendant's Exhibit DX-D2                         741

21

22       Defendant's Exhibit DX-H3 row 14                  742

23

24       Defense Exhibit DX-E7                             744

25

902

**<u>EXHIBITS</u>** (Cont'd)

| <u>Exhibit</u> | <u>Page</u> |
|---|---|
| Defendant's Exhibit DX-H3 rows 18 through 23 | 745 |
| Defendant's Exhibit H3 row 33 to 34 | 748 |
| Defendant's Exhibit H3 rows 35 through 40 | 750 |
| Defendant's Exhibit H3 rows 42 through 43 | 752 |
| Defendant's Exhibit H3 rows 44 through 47 | 753 |
| Defendant's Exhibit M-22 | 754 |
| Defense Exhibit G-3 | |
| Defense Exhibit H-3, rows 54 through 65 | 772 |
| Defense Exhibit H-3, rows 66 and 67, | 773 |
| Defense Exhibit Z-2 | 775 |
| Defense Exhibit V-2 | 776 |
| Defense Exhibit M2-2 | 777 |

903

1                        **EXHIBITS** (Cont'd)

2       Exhibit                                        Page

3

4       Defense Exhibit H-3, Rows 86 through 97         779

5

6       Defense Exhibit H-3, Row 151                    789

7

8       Defense Exhibit H-3, line 157                   795

9

10      Defense Exhibit H-3, line 158                   796

11

12      Defense Exhibit H-3, lines 228 through 237      798

13

14      Defense Exhibit H-3, lines 251 through 253      799

15

16      Defense Exhibit H-3, lines 254 through 256      799

17

18      Defendant's Exhibit H-3, lines 257 - 260        800

19

20      Defense Exhibit H-3, line 419                   803

21

22      Defense Exhibit H-3, Row 434                    804

23

24      Defendants' Exhibit H3, line 436                813

25

904

**EXHIBITS** (Cont'd)

| Exhibit | Page |
|---|---|
| Defendants' Exhibit I6 | 815 |
| Defendants' Exhibit J6 | 817 |
| Defendants' Exhibit H3 1, line 2 | 820 |
| Defendants' Exhibit H3, pages 818-821 | 823 |
| Defendants' Exhibit H3, line 840 to 841 | 824 |
| Defendants' Exhibit H3, line 843 | 825 |
| Defendants' Exhibit K6, Rows 27-30 | 826 |
| Defendants' Exhibit K6, Rows 31-36 | 827 |
| Defendants' Exhibit 66, lines 41-46 | 828 |
| Defendants' Exhibit K6, line 50 | 828 |
| Defendant's Exhibit DXJP-206 | 837 |

905

**EXHIBITS** (Cont'd)

Exhibit                                           Page


Defendant's Exhibit DXJP-206                      840


Defendant's Exhibit DXJP-217                      844


Defendant's Exhibit DXJP-218                      850


Defendant's Exhibit JPDX-231                      863


Defendant's Exhibit DXJP-220                      869


Defense Exhibit M2-3                              873


Defense Exhibit DXJP-221                          874


Defense Exhibit DXJP-225                          885

All Word // Moore, et al. V. Rubin, et al.

1

## $

**$10** [1] - 891:9
**$2,000** [4] - 693:6, 698:4, 700:25, 764:2
**$3,500** [2] - 851:25, 852:1
**$350** [1] - 852:11
**$5,000** [2] - 764:15, 841:13
**$80,000** [1] - 890:21

## '

**'16** [2] - 780:22, 800:9

## 0

**00** [1] - 869:11
**03** [1] - 830:12
**07** [1] - 831:22

## 1

**1** [8] - 789:18, 819:24, 820:4, 820:9, 844:14, 845:2, 846:11, 904:8
**1-1-9** [2] - 895:7, 895:8
**10** [6] - 698:14, 723:20, 736:23, 744:19, 745:14, 747:24
**10-minute** [1] - 707:5
**100** [1] - 823:13
**100036** [1] - 668:23
**10004** [1] - 669:3
**10007** [1] - 668:19
**107** [1] - 716:7
**108** [1] - 782:22
**1095** [1] - 668:22
**10:02** [1] - 780:22
**10:05** [1] - 865:3
**10:26** [2] - 866:4, 867:17
**10:32** [1] - 779:7
**10:42** [1] - 765:9
**10:46:15** [1] - 811:20
**10th** [2] - 896:10, 896:19
**11** [3] - 748:8, 748:24, 814:24
**119** [4] - 717:25, 894:8, 895:4, 895:10
**11:09** [2] - 767:21, 875:6
**11:10** [4] - 760:2, 760:3, 760:13, 760:21
**11:10:36** [1] - 760:22
**11:11** [1] - 875:12
**11:12** [2] - 869:11, 869:12
**11:15** [1] - 800:12
**11:16** [1] - 875:21
**11:18** [2] - 748:8, 748:24
**11:29:46** [1] - 764:7
**11:30** [2] - 726:25, 870:6
**11:35:39** [1] - 766:4
**11:58** [1] - 803:25
**11th** [5] - 749:11, 852:10, 853:18, 885:18, 895:12
**12** [10] - 722:14, 736:9, 736:18, 746:20, 749:22, 749:23, 789:7, 858:11, 863:9
**120** [1] - 726:24

**126** [3] - 712:9, 712:12, 712:13
**129** [9] - 746:22, 746:25, 747:3, 747:10, 747:13, 760:14, 760:15, 766:12
**12:09** [1] - 815:17
**12:30** [1] - 772:18
**12:42** [1] - 772:5
**12th** [4] - 851:14, 853:18, 854:16, 863:15
**13** [2] - 865:7, 866:4
**135** [1] - 723:19
**136** [1] - 722:14
**13th** [2] - 852:10, 853:19
**14** [6] - 722:15, 742:2, 742:8, 742:14, 814:24, 901:22
**140** [1] - 723:20
**15** [3] - 806:16, 856:15, 856:22
**151** [1] - 789:10, 789:15, 789:18, 789:23, 903:6
**157** [5] - 794:25, 795:3, 795:4, 795:7, 903:8
**158** [7] - 795:24, 795:25, 796:1, 796:3, 796:8, 796:11, 903:10
**16** [4] - 723:20, 744:18, 745:11, 832:25
**16th** [1] - 698:15
**17** [3] - 668:3, 744:19, 745:11
**17th** [4] - 700:4, 705:23, 706:20, 874:22
**18** [5] - 699:21, 745:4, 745:8, 752:1, 902:3
**19** [5] - 745:4, 790:2, 836:15, 837:25, 838:13
**199** [1] - 894:18
**19th** [4] - 790:4, 800:13, 810:5, 810:20
**1:00** [1] - 885:19
**1:07** [1] - 850:8
**1:08** [1] - 851:8
**1:18** [1] - 841:6
**1:21** [1] - 841:21
**1:45** [1] - 712:9
**1:46** [1] - 853:16

## 2

**2** [12] - 716:7, 727:9, 777:20, 804:24, 819:24, 820:6, 820:7, 820:9, 820:11, 869:2, 869:9, 904:8
**20** [8] - 745:18, 839:19, 839:22, 841:22, 842:15, 846:8, 856:16, 867:3
**2015** [4] - 702:24, 703:11, 704:1, 704:16
**2016** [96] - 684:10, 692:16, 698:15, 699:9, 706:20, 711:8, 716:14, 723:11, 723:25, 725:8, 725:12, 725:20, 725:24, 726:2, 727:9, 732:4, 738:9, 740:5, 740:13, 740:23, 741:8, 741:15, 742:4, 742:18, 743:7, 744:5, 744:11, 744:19, 745:14, 746:9, 746:16, 747:24, 748:8, 748:24, 749:11, 749:23, 750:7, 752:1, 755:7, 756:11, 763:20, 765:9, 766:23, 769:21, 769:25, 770:2, 771:9, 772:5, 772:18, 773:2, 775:1, 775:11, 776:17, 788:17,

790:4, 798:14, 798:17, 799:14, 799:19, 800:21, 801:7, 802:10, 802:16, 803:19, 810:20, 813:9, 833:16, 834:16, 836:4, 836:15, 837:25, 838:13, 839:19, 839:22, 841:22, 842:15, 844:11, 844:14, 845:2, 846:8, 846:11, 848:21, 850:4, 851:1, 851:5, 855:24, 858:5, 858:11, 863:10, 865:7, 866:4, 867:3, 867:5, 876:5, 877:14
**2017** [24] - 681:21, 805:20, 814:9, 814:20, 816:21, 817:20, 818:3, 819:9, 819:14, 819:17, 821:14, 822:6, 844:11, 868:21, 869:2, 869:9, 872:25, 874:3, 874:22, 877:16, 883:13, 895:12, 896:10, 896:19
**2018** [5] - 716:10, 716:13, 716:16, 723:10, 788:12
**2019** [1] - 890:4
**2022** [2] - 668:7, 899:7
**20th** [2] - 710:8, 754:5
**21** [1] - 711:7
**217** [1] - 844:18
**218B** [1] - 849:23
**22** [4] - 726:23, 746:16, 748:3, 831:24
**225** [1] - 668:18
**225A** [3] - 883:24, 884:8, 884:11
**225B** [3] - 883:17, 883:19, 883:22
**225C** [5] - 883:23, 884:1, 884:9, 884:12, 884:23
**226** [1] - 839:15
**228** [5] - 789:6, 797:23, 798:3, 798:6, 903:12
**229** [1] - 789:7
**22nd** [8] - 708:23, 712:7, 722:22, 731:20, 746:9, 754:25, 833:16, 834:16
**23** [6] - 727:9, 732:4, 735:1, 745:4, 745:8, 902:3
**237** [4] - 797:23, 798:3, 798:6, 903:12
**23rd** [3] - 727:14, 730:21, 733:13
**24** [3] - 668:7, 745:25, 831:25
**24th** [6] - 735:14, 756:11, 763:20, 765:9, 766:22, 769:25
**25** [2] - 700:4, 789:6
**251** [4] - 798:21, 798:25, 799:3, 903:14
**253** [4] - 798:21, 798:25, 799:3, 903:14
**254** [4] - 799:16, 799:22, 799:25, 903:16
**256** [4] - 799:16, 799:22, 799:25, 903:16
**257** [2] - 800:6, 903:18
**25th** [8] - 772:1, 772:5, 772:18, 772:23, 773:1, 775:1, 775:11, 776:17
**26** [5] - 669:3, 700:9, 747:16, 747:17, 747:21
**260** [4] - 800:2, 800:6, 800:19, 903:18
**26th** [5] - 778:4, 778:16, 779:7, 780:22, 782:25
**27** [12] - 733:25, 740:13, 740:22, 744:5, 769:4, 826:2, 826:8, 826:10, 826:12, 826:14, 826:19, 826:20
**27-30** [2] - 826:23, 904:16

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 240 of 265 PageID
#: 22256

All Word // Moore, et al. V. Rubin, et al.

2

**27th** [1] - 740:5
**28** [3] - 741:8, 741:15, 899:7
**29th** [1] - 668:18
**2:00** [3] - 708:23, 709:3, 807:2
**2:06** [2] - 854:1, 854:3
**2:08** [1] - 855:3
**2:36** [1] - 855:8
**2:39** [2] - 735:8, 735:13
**2:45** [1] - 700:4
**2:52** [1] - 700:10
**2nd** [1] - 867:20

## 3

**3** [8] - 671:1, 671:19, 760:13, 762:15, 763:4, 765:9, 765:13, 813:14
**30** [8] - 701:4, 728:7, 812:16, 826:10, 826:12, 826:14, 826:20, 839:4
**31** [1] - 769:8
**31-36** [2] - 827:13, 904:18
**33** [3] - 748:8, 748:21, 902:5
**34** [3] - 748:8, 748:21, 902:5
**35** [8] - 710:7, 750:3, 750:9, 750:16, 750:19, 769:12, 902:7
**36** [5] - 750:10, 769:13, 826:2, 826:9, 826:19
**360** [1] - 832:24
**39** [1] - 751:7
**3:00** [1] - 855:10
**3:13** [1] - 822:7
**3:15** [1] - 821:19
**3:23** [1] - 744:19
**3:24** [1] - 845:14
**3:25** [1] - 847:1
**3:26** [1] - 847:22
**3:27** [1] - 848:5
**3:39** [2] - 823:25, 824:9
**3:49** [1] - 742:16
**3:52** [1] - 745:25
**3A** [2] - 672:15, 900:15

## 4

**4** [3] - 764:6, 765:19, 777:6
**40** [9] - 710:23, 721:10, 722:7, 723:4, 729:2, 750:4, 750:9, 750:16, 902:7
**403** [1] - 750:11
**41** [3] - 827:19, 827:22, 827:25
**41-46** [2] - 828:1, 904:20
**419** [5] - 802:20, 802:25, 803:1, 803:3, 903:20
**42** [4] - 711:22, 751:24, 752:10, 902:9
**43** [3] - 751:24, 752:10, 902:9
**434** [1] - 803:23, 804:5, 903:22
**436** [5] - 804:14, 813:14, 813:21, 813:24, 903:24
**44** [4] - 752:19, 752:24, 753:3, 902:11
**45** [1] - 712:4
**46** [4] - 711:7, 827:19, 827:22, 827:25

**47** [5] - 752:19, 752:24, 753:3, 827:23, 902:11
**48** [1] - 753:13
**49** [3] - 674:5, 759:23, 809:3
**4:00** [1] - 856:16
**4:13** [1] - 851:5
**4:29** [1] - 742:4
**4:30** [5] - 838:13, 856:10, 880:18, 880:23, 880:24
**4:31** [1] - 837:25
**4:39** [1] - 817:15
**4:46** [1] - 735:1

## 5

**5** [5] - 735:7, 742:3, 742:18, 896:25, 897:7
**5-29-17** [1] - 679:10
**50** [5] - 818:13, 828:16, 828:21, 828:24, 904:22
**52** [1] - 711:16
**54** [4] - 772:9, 772:12, 772:15, 902:17
**57th** [2] - 865:18, 866:18
**5K** [3] - 682:3, 766:13, 841:10

## 6

**6** [2] - 851:1, 851:5
**613-2567** [1] - 669:10
**63** [2] - 772:4, 772:22
**6404(BMC** [1] - 668:3
**65** [3] - 772:12, 772:15, 902:17
**66** [8] - 773:8, 773:12, 773:14, 773:20, 773:25, 828:1, 902:19, 904:20
**67** [6] - 773:8, 773:12, 773:14, 773:20, 773:25, 902:19
**670** [1] - 900:5
**672** [1] - 900:15
**674** [1] - 900:17
**679** [1] - 900:19
**680** [1] - 900:21
**682** [1] - 900:23
**692** [1] - 900:6
**697** [4] - 816:2, 816:4, 816:14, 816:16
**6:05** [2] - 810:17, 810:18
**6:05:33** [2] - 810:6, 810:12
**6:22** [1] - 706:20
**6:32** [2] - 778:16, 782:25
**6th** [1] - 668:22

## 7

**7** [4] - 682:9, 682:11, 744:11, 830:13
**7-17** [1] - 681:20
**70** [1] - 830:13
**702** [1] - 900:25
**706** [1] - 901:4
**708** [1] - 901:6
**71** [1] - 830:13
**717** [1] - 901:8

**718** [1] - 669:10
**720** [1] - 901:10
**727** [1] - 901:12
**73** [2] - 831:24
**732** [1] - 901:14
**734** [1] - 901:16
**740** [1] - 901:18
**741** [1] - 901:20
**742** [1] - 901:22
**744** [1] - 901:24
**745** [1] - 902:3
**748** [1] - 902:5
**750** [1] - 902:7
**752** [1] - 902:9
**753** [1] - 902:11
**754** [1] - 902:13
**77** [1] - 712:16
**772** [1] - 902:17
**773** [1] - 902:19
**775** [1] - 902:21
**776** [1] - 902:23
**777** [1] - 902:25
**779** [1] - 903:4
**781** [1] - 818:21, 819:2, 819:4
**783** [2] - 818:22, 819:2
**786** [1] - 819:4
**789** [1] - 903:6
**795** [1] - 903:8
**796** [1] - 903:10
**798** [1] - 903:12
**799** [2] - 903:14, 903:16
**7:10** [1] - 760:4
**7:10:36** [1] - 760:22
**7:29:46** [1] - 764:7
**7:35** [1] - 766:5
**7:36** [2] - 790:4, 838:16
**7:55** [1] - 718:7
**7th** [2] - 821:19, 822:6

## 8

**8** [8] - 682:8, 682:9, 716:7, 832:24, 848:20, 850:4, 851:18, 858:5
**8-23-16** [1] - 705:21
**8-24-16** [1] - 672:22
**800** [1] - 903:18
**803** [1] - 903:20
**804** [1] - 903:22
**813** [1] - 903:24
**815** [1] - 904:4
**817** [1] - 904:6
**818** [2] - 822:20, 822:25
**818-821** [2] - 823:4, 904:10
**820** [1] - 904:8
**821** [3] - 822:22, 822:23, 822:25
**823** [1] - 904:10
**824** [1] - 904:12
**825** [1] - 904:14
**826** [1] - 904:16

Case 1:17-cv-06404-BMC-CLP   Document 450   Filed 08/12/24   Page 241 of 265 PageID #: 22357

All Word // Moore, et al. V. Rubin, et al.

3

**827** [1] - 904:18
**828** [2] - 904:20, 904:22
**829** [1] - 900:7
**83** [1] - 834:11
**833** [1] - 822:3
**837** [1] - 904:24
**840** [6] - 821:22, 824:4, 824:18, 824:22, 904:12, 905:4
**841** [4] - 824:4, 824:18, 824:22, 904:12
**842** [1] - 821:19
**843** [2] - 825:18, 904:14
**844** [1] - 905:6
**850** [1] - 905:8
**851** [1] - 821:22
**855** [2] - 824:1, 824:8
**858** [1] - 822:4
**86** [4] - 778:16, 778:25, 779:4, 903:4
**863** [1] - 905:10
**869** [1] - 905:12
**873** [1] - 905:14
**874** [1] - 905:16
**885** [1] - 905:18
**8:00** [2] - 851:14, 854:16
**8:24** [1] - 736:21

### 9

**9** [1] - 830:13
**9-19-2016** [1] - 674:22
**9-24** [1] - 811:20
**92** [1] - 779:1
**94** [4] - 782:22, 783:16, 784:1, 784:19
**97** [6] - 779:1, 779:4, 780:21, 781:5, 785:5, 903:4
**98** [1] - 781:13
**9:06** [1] - 698:15
**9:25** [1] - 727:9
**9:28** [1] - 727:25
**9:29** [2] - 728:19, 728:20
**9:30** [2] - 668:8, 899:7
**9:32** [1] - 755:1
**9:33** [1] - 729:12
**9:35** [3] - 730:11, 730:20, 731:16
**9:42** [1] - 863:15

### A

**a.m** [19] - 668:8, 727:9, 727:25, 729:12, 730:11, 730:20, 731:16, 748:8, 748:24, 804:1, 851:14, 854:16, 865:3, 866:4, 867:17, 875:6, 875:12, 875:22, 899:7
**able** [6] - 692:11, 838:2, 849:24, 885:3, 885:5, 898:20
**absolutely** [3] - 733:5, 776:8, 841:7
**abusive** [1] - 825:22
**accomplished** [1] - 755:5
**account** [11] - 702:22, 703:12, 703:17, 703:21, 704:4, 704:10, 704:16, 730:10, 731:12, 731:15, 741:6

**accurate** [1] - 836:8
**acknowledged** [1] - 806:12
**activity** [5] - 701:23, 703:19, 714:18, 785:21
**actual** [4] - 673:19, 681:25, 822:10, 834:22
**added** [1] - 729:2
**additional** [3] - 764:9, 805:23, 829:6
**address** [4] - 806:22, 864:13, 864:16, 864:20
**adequate** [1] - 809:22
**adjourned** [1] - 899:7
**admission** [5] - 672:10, 674:4, 679:2, 680:15, 682:21
**admissions** [1] - 863:2
**admit** [6] - 826:14, 840:5, 844:15, 850:1, 858:21, 869:4
**admitted** [5] - 720:1, 824:20, 825:17, 831:1, 885:22
**admittedly** [1] - 676:9
**adore** [1] - 841:25
**adversary** [1] - 826:13
**advice** [2] - 875:18, 875:20
**afraid** [3] - 810:8, 860:14, 891:6
**afternoon** [6] - 712:19, 813:6, 829:17, 829:18, 829:21, 838:9
**afterwards** [1] - 837:8
**ago** [6] - 716:9, 764:18, 784:15, 838:6, 870:24, 871:24
**agree** [15] - 683:7, 690:15, 736:10, 736:19, 785:8, 832:3, 858:25, 891:20, 891:24, 892:12, 892:13, 892:15, 893:1, 894:1, 896:12
**agreed** [6] - 675:9, 689:5, 697:18, 714:17, 784:5, 815:8, 856:5, 856:8, 860:2
**agreeing** [3] - 714:17, 801:10, 857:19
**agreement** [4] - 676:8, 677:21, 690:15, 894:24
**ahead** [4] - 732:9, 818:9, 885:11, 886:18
**aided** [1] - 669:12
**ain't** [1] - 828:4
**airplane** [1] - 693:13
**airport** [8] - 733:13, 754:22, 776:25, 777:3, 777:10, 777:25, 787:20, 787:23
**Albert** [2] - 829:19, 895:3
**ALBERT** [147] - 669:4, 676:25, 677:12, 677:15, 688:8, 689:4, 689:7, 689:10, 689:14, 762:12, 808:5, 808:8, 808:10, 822:5, 829:7, 829:13, 829:16, 830:12, 830:25, 831:24, 832:24, 833:21, 834:11, 836:2, 837:16, 837:21, 839:13, 839:16, 840:5, 840:7, 840:11, 840:13, 842:8, 842:11, 843:9, 844:7, 844:15, 844:18, 846:21, 848:4, 848:17, 848:24, 849:4, 849:6, 849:9, 850:1, 850:7, 850:17, 851:7, 853:14, 854:2, 854:10, 856:1, 856:21, 856:23, 857:9, 857:11, 857:14, 858:14, 858:21, 859:1, 860:2, 860:7, 860:10,

860:22, 861:5, 862:2, 862:16, 862:21, 863:4, 865:1, 865:5, 866:3, 868:1, 868:7, 868:24, 869:4, 869:8, 869:10, 870:2, 871:16, 871:21, 871:22, 872:19, 872:22, 873:6, 873:10, 873:24, 874:1, 874:6, 874:10, 874:12, 875:6, 875:8, 875:23, 876:1, 878:1, 878:3, 878:5, 878:24, 878:25, 879:3, 880:4, 880:18, 881:2, 882:3, 883:1, 883:8, 883:9, 883:15, 883:19, 883:22, 884:1, 884:9, 884:16, 884:19, 885:1, 885:4, 885:7, 885:12, 885:14, 885:22, 885:25, 886:1, 886:19, 886:24, 886:25, 888:21, 890:25, 891:16, 891:22, 891:24, 892:5, 893:4, 893:13, 893:16, 894:4, 894:11, 895:4, 895:8, 895:10, 895:12, 896:8, 896:18, 897:1, 897:8, 900:7
**ALL** [1] - 899:4
**allegation** [1] - 890:20
**allegations** [1] - 811:8
**alleged** [2] - 860:11, 861:1
**alleging** [1] - 724:18
**allow** [2] - 773:19, 775:5
**allowed** [1] - 685:17
**alluding** [1] - 890:10
**almost** [2] - 703:1, 703:4
**Aloi** [21] - 879:1, 882:5, 882:22, 885:3, 885:6, 886:8, 886:13, 887:20, 888:23, 888:25, 889:14, 890:14, 891:8, 891:25, 895:13, 895:19, 895:20, 896:20, 897:13, 897:14, 897:22
**Aloi's** [1] - 887:7
**altercation** [1] - 841:19
**Amazing** [1] - 729:12
**amazing** [6] - 727:1, 769:13, 769:16, 770:1, 841:25, 855:20
**ambulance** [12] - 790:16, 790:20, 791:6, 791:9, 791:10, 791:13, 791:19, 791:24, 836:9, 836:11, 838:15, 841:9
**amount** [1] - 758:16
**amply** [1] - 805:10
**AMY** [2] - 668:3, 668:16
**Amy** [35] - 672:24, 673:7, 683:7, 683:15, 683:16, 683:17, 683:19, 687:18, 687:20, 688:3, 688:4, 699:6, 699:8, 713:15, 744:6, 744:14, 749:4, 803:6, 803:7, 803:12, 804:9, 819:19, 820:13, 820:17, 820:18, 829:25, 830:7, 830:11, 830:16, 832:12, 834:23, 835:1, 836:22, 837:2
**AND** [2] - 668:4, 668:9
**ANGELA** [1] - 669:5
**anger** [1] - 870:10
**Answer** [6] - 716:6, 788:21, 833:5, 833:7, 833:25, 834:3
**answer** [15] - 687:1, 704:6, 705:7, 715:22, 726:5, 737:19, 774:9, 785:13, 785:19, 788:18, 788:23, 791:3, 797:7, 818:5, 833:10

answered [1] - 710:16
answers [3] - 788:13, 809:19, 876:18
anticipate [2] - 891:14, 896:2
anxious [1] - 872:16
anyhow [1] - 843:2
apartment [60] - 693:18, 693:24, 694:23, 695:5, 695:21, 696:3, 709:6, 709:24, 710:3, 712:22, 713:14, 715:13, 716:24, 717:18, 718:24, 719:1, 719:12, 720:11, 730:13, 732:4, 733:12, 756:25, 757:3, 759:9, 759:10, 759:17, 759:20, 763:22, 767:15, 767:19, 769:21, 769:23, 770:17, 771:2, 771:8, 771:13, 771:23, 790:10, 792:8, 792:17, 833:16, 833:23, 834:23, 835:4, 836:15, 836:18, 839:20, 840:21, 841:4, 853:3, 860:15, 864:17, 865:19, 866:19, 866:21, 866:25, 867:2, 867:12, 877:17, 888:24
apologies [2] - 720:6, 854:11
apologize [2] - 719:24, 838:25
apparent [1] - 749:18
appear [3] - 851:9, 855:8, 866:2
appearance [11] - 845:18, 851:13, 854:15, 858:6, 858:10, 858:19, 863:25, 864:7, 868:17, 870:3, 874:23
appearances [4] - 868:10, 868:19, 870:13, 891:18
appearing [1] - 895:16
Apple [1] - 775:11
appreciate [6] - 761:23, 762:19, 762:23, 838:17, 855:19, 898:9
appreciated [1] - 839:9
approach [3] - 859:1, 879:3, 883:7
approached [1] - 758:7
April [1] - 872:25
area [2] - 762:21, 792:23
argue [3] - 785:24, 809:16, 860:17
argued [1] - 860:16
argument [2] - 878:22, 890:7
arguments [1] - 891:14
arise [1] - 888:20
arrange [3] - 696:9, 755:6, 817:20
arranged [4] - 709:8, 738:25, 755:13, 755:14
arrest [4] - 841:22, 842:15, 845:22, 892:19
arrested [11] - 678:7, 684:2, 687:7, 725:5, 726:18, 793:12, 839:19, 841:17, 846:6, 858:8, 862:9
arrive [1] - 716:2
arrived [7] - 790:9, 833:16, 833:23, 836:15, 836:18, 836:25, 837:5
arriving [1] - 808:11
article [13] - 858:18, 860:21, 860:23, 865:8, 865:14, 866:7, 866:14, 866:16, 866:20, 867:6, 867:9, 867:24, 871:24
articles [1] - 862:11
Aruba [1] - 740:19
ASAP [1] - 886:2

aside [2] - 784:12, 893:3
assault [6] - 726:1, 726:3, 726:15, 850:24, 870:9, 889:18
assaulted [11] - 693:9, 697:2, 723:24, 724:10, 724:11, 724:19, 725:10, 725:19, 726:11, 726:20, 759:20
asserted [1] - 860:4
assistant [3] - 705:25, 831:8, 887:15
assume [2] - 736:9, 844:16
assuming [1] - 806:4
attack [5] - 693:16, 694:23, 696:5, 728:11, 757:9
attacked [5] - 694:12, 695:22, 696:22, 697:2, 753:22
attempted [4] - 786:1, 801:17, 801:19, 896:21
attention [6] - 674:12, 674:18, 773:8, 863:14, 885:15, 887:9
attorney [9] - 686:9, 686:10, 850:23, 872:1, 892:6, 892:8, 893:17, 893:23, 894:2
Attorneys [3] - 668:16, 668:21, 669:2
attorneys [1] - 669:7
August [55] - 672:8, 692:16, 698:15, 700:4, 705:23, 706:20, 708:22, 710:8, 711:7, 712:7, 722:22, 723:24, 726:2, 726:12, 726:23, 727:9, 727:14, 729:19, 730:20, 731:20, 732:4, 733:12, 735:1, 735:14, 737:20, 738:9, 739:21, 740:5, 740:13, 740:22, 741:8, 741:15, 743:6, 746:9, 746:16, 748:3, 759:20, 769:17, 769:21, 770:2, 787:12, 802:16, 821:14, 821:19, 822:6, 833:16, 834:16, 839:19, 877:16, 883:12, 883:13, 885:18, 895:12, 896:10, 896:19
available [4] - 765:1, 811:5, 819:20, 823:20
Avenue [1] - 668:22
avoid [1] - 829:10
aware [4] - 714:23, 784:13, 802:1, 868:8
awesome [1] - 712:4
Aye [1] - 852:12

## B

babe [12] - 712:4, 728:12, 734:25, 735:23, 744:7, 781:10, 789:25, 825:6, 851:12, 854:14, 854:19, 857:24
babes [5] - 728:6, 733:5, 776:8, 873:11, 875:1
baby [5] - 774:4, 775:15, 800:11, 854:8, 873:15
backed [1] - 762:16
backwards [1] - 824:13
bad [3] - 775:18, 841:23, 886:24
bahaha [1] - 844:4
Balestriere [13] - 689:12, 690:19, 827:9, 860:16, 884:22, 889:12, 890:7, 891:14, 892:11, 894:7, 895:17, 896:8,

898:17
BALESTRIERE [223] - 668:15, 668:19, 670:15, 670:20, 670:25, 671:11, 671:19, 671:25, 672:6, 672:10, 672:13, 673:18, 674:4, 675:1, 675:5, 675:12, 676:12, 676:18, 677:5, 677:11, 677:19, 677:22, 677:25, 678:2, 678:4, 679:1, 679:7, 680:13, 680:20, 681:11, 681:16, 681:23, 682:7, 682:19, 683:1, 683:21, 684:1, 686:15, 686:17, 686:19, 688:11, 689:2, 689:13, 689:15, 690:9, 690:25, 692:2, 692:5, 698:21, 698:25, 702:11, 706:6, 708:7, 708:17, 712:12, 712:18, 713:12, 717:12, 719:25, 721:19, 722:12, 722:16, 723:21, 727:17, 732:6, 732:13, 732:18, 732:20, 734:12, 734:19, 736:8, 736:15, 736:18, 740:8, 741:2, 741:11, 741:13, 742:9, 742:13, 743:22, 743:24, 744:2, 744:20, 745:6, 746:18, 746:23, 747:12, 748:18, 750:10, 750:13, 752:8, 753:1, 753:12, 754:10, 756:9, 760:8, 763:4, 765:12, 765:14, 767:24, 768:4, 768:6, 768:12, 772:13, 773:16, 774:21, 775:4, 776:4, 777:14, 777:17, 777:20, 778:23, 779:2, 781:5, 781:13, 783:22, 785:11, 785:23, 789:5, 789:8, 789:16, 789:19, 795:5, 795:25, 796:8, 796:11, 797:3, 798:4, 799:1, 799:23, 800:3, 803:1, 804:2, 805:5, 805:8, 806:21, 807:3, 809:11, 809:15, 809:23, 812:11, 813:22, 815:4, 816:15, 817:8, 818:4, 819:2, 820:5, 822:8, 822:24, 823:3, 824:11, 824:13, 824:17, 824:21, 825:11, 825:13, 825:15, 826:16, 826:21, 827:11, 827:23, 828:22, 831:23, 832:23, 833:18, 837:22, 839:15, 840:6, 840:8, 843:7, 844:16, 844:19, 846:18, 848:22, 849:3, 849:5, 849:7, 849:10, 849:15, 849:18, 849:22, 853:9, 856:24, 857:2, 858:22, 861:6, 862:23, 866:9, 869:5, 871:5, 871:8, 873:7, 874:7, 878:20, 879:2, 880:8, 880:21, 880:25, 883:17, 883:21, 883:23, 884:2, 884:5, 884:11, 884:24, 888:11, 888:14, 892:13, 893:6, 893:24, 894:17, 894:25, 895:5, 895:7, 895:9, 895:11, 895:19, 896:11, 897:10, 897:19, 897:23, 900:5
Based [1] - 872:20
based [5] - 677:5, 726:1, 862:23, 890:8, 893:9
basics [5] - 700:10, 700:15, 700:22, 700:24, 701:1
basis [2] - 734:21, 768:14
bathroom [3] - 720:10, 762:14, 812:14
bathrooms [1] - 762:22
BBLU [4] - 775:12, 775:14, 775:15,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 243 of 265 PageID #: 12239

All Word // Moore, et al. V. Rubin, et al.

5

775:18
**BDSM** [12] - 701:8, 701:13, 701:21, 701:24, 703:5, 703:19, 778:5, 782:3, 782:8, 782:17, 783:6, 783:11
**Beach** [1] - 740:19
**bear** [1] - 844:17
**beat** [3] - 711:9, 711:12, 829:1
**beating** [3] - 682:12, 711:25, 817:16
**beautiful** [1] - 754:18
**became** [6] - 673:15, 738:7, 738:12, 780:3, 862:9, 888:25
**become** [1] - 789:3
**becomes** [2] - 880:10, 890:5
**bed** [2] - 746:21, 792:10
**bedroom** [1] - 792:13
**BEFORE** [1] - 668:13
**beforehand** [1] - 793:20
**began** [2] - 778:4, 889:11
**begin** [2] - 825:13, 866:16
**beginning** [3] - 750:18, 795:14, 824:9
**begins** [4] - 728:22, 824:11, 824:15, 825:11
**belief** [1] - 889:23
**believable** [2] - 690:22, 690:23
**bell** [2] - 879:1, 882:5
**belonged** [1] - 710:3
**below** [2] - 680:1, 848:5
**bench** [1] - 670:6
**BENJAMIN** [1] - 668:24
**best** [8] - 680:7, 780:3, 780:6, 780:9, 780:16, 780:18, 780:19, 858:1
**better** [7] - 680:22, 681:14, 793:4, 795:12, 822:1, 876:21, 897:21
**between** [34] - 678:14, 681:18, 739:1, 751:25, 754:5, 773:5, 773:11, 781:2, 794:6, 798:22, 799:18, 803:25, 813:19, 817:5, 817:21, 822:14, 824:5, 827:20, 828:19, 837:1, 837:19, 844:13, 848:20, 849:12, 854:5, 855:17, 857:18, 869:2, 874:2, 890:9, 893:7, 894:11, 896:9, 896:16
**beyond** [1] - 688:12
**big** [3] - 775:11, 854:7, 857:23
**bigger** [2] - 884:21, 886:21
**bikini** [1] - 699:6
**bikinis** [1] - 779:13
**bills** [1] - 788:2
**birth** [1] - 706:22
**bit** [9] - 678:12, 681:5, 682:8, 702:20, 832:21, 849:24, 872:23, 875:1, 883:6
**bitch** [1] - 868:2
**bitches** [1] - 775:18
**bizarre** [1] - 758:21
**black** [7] - 832:13, 832:17, 833:7, 833:8, 833:10, 833:12
**blank** [1] - 774:22
**bleeding** [2] - 682:12, 817:15
**block** [1] - 854:7
**blood** [1] - 827:15

**blow** [11] - 681:10, 681:11, 816:10, 840:13, 842:8, 850:18, 857:16, 875:6, 875:12, 883:19, 883:25
**blow-up** [1] - 883:19
**blow-ups** [1] - 883:25
**blowing** [1] - 844:20
**blown** [2] - 681:23, 682:7
**blue** [2] - 672:18, 674:13
**blurry** [1] - 887:1
**board** [1] - 857:15
**Bob** [3] - 895:20, 897:13, 897:14
**body** [2] - 746:1, 746:12
**bondage** [2] - 702:2, 815:11
**bondagebabe** [2] - 703:25, 704:8
**bondagebage** [2] - 703:22, 704:16
**book** [1] - 752:16
**booked** [2] - 709:12, 709:23
**booking** [1] - 706:12
**born** [1] - 839:3
**boss** [1] - 700:25
**bottom** [6] - 714:4, 731:3, 733:8, 855:18, 875:24, 875:25
**bound** [4] - 720:21, 721:17, 721:22, 721:25
**box** [3] - 689:4, 689:8, 689:9
**BOY** [1] - 668:25
**boyfriend** [1] - 889:15
**break** [11] - 677:21, 707:5, 761:13, 762:25, 763:19, 804:19, 856:11, 856:13, 856:14, 857:12, 882:4
**breaking** [2] - 673:17, 827:15
**breathing** [3] - 673:2, 673:19, 737:2
**BRIAN** [5] - 668:13, 762:5, 762:9, 807:4, 899:5
**Brian** [2] - 670:4, 670:6
**briefed** [1] - 896:25
**briefly** [2] - 762:13, 898:1
**bring** [13] - 687:12, 688:4, 712:24, 713:3, 736:22, 808:25, 832:12, 832:17, 833:4, 833:7, 833:12, 887:14, 889:13
**bringing** [5] - 687:15, 687:20, 688:2, 713:4, 787:15
**BRITTANY** [4] - 668:4, 668:17, 668:17
**Broadway** [2] - 668:18, 669:3
**broke** [1] - 813:8
**broken** [4] - 673:7, 673:10, 673:24, 853:25
**Brooklyn** [1] - 668:5
**brought** [3] - 687:16, 713:2, 719:20
**bruise** [1] - 673:14
**bruised** [3] - 673:7, 673:10, 673:23
**bruises** [2] - 825:2, 827:15
**bruising** [3] - 673:16, 682:12, 817:15
**brutal** [3] - 695:22, 728:11, 757:9
**brutally** [2] - 697:1, 753:22
**Bunni** [3] - 778:12, 779:15, 795:18
**burst** [1] - 897:13
**but..** [1] - 871:18

**but...** [1] - 743:9
**BY** [70] - 668:19, 668:23, 669:4, 670:20, 678:4, 692:8, 708:10, 756:2, 760:1, 763:13, 764:12, 765:4, 765:20, 766:3, 767:9, 768:17, 772:17, 773:10, 773:22, 774:2, 774:17, 775:9, 775:24, 776:7, 776:15, 777:7, 778:11, 778:17, 779:6, 780:12, 781:1, 783:1, 784:11, 785:25, 789:9, 790:8, 793:23, 795:10, 796:5, 796:13, 797:25, 798:9, 799:5, 800:8, 801:13, 802:21, 803:5, 813:5, 829:16, 836:2, 857:11, 862:2, 870:2, 871:22, 872:22, 873:10, 874:1, 874:12, 875:8, 876:1, 878:5, 878:25, 882:3, 883:9, 885:14, 886:1, 886:25, 900:5, 900:6, 900:7

---

# C

**C2** [6] - 698:13, 698:14, 710:6, 717:24, 726:24, 733:25
**cab** [1] - 728:8
**Cacciola** [19] - 792:17, 792:19, 792:22, 793:1, 793:5, 793:14, 793:17, 793:25, 794:7, 794:10, 794:17, 841:12, 841:16, 845:8, 852:16, 852:19, 853:1, 855:3, 868:4
**Cacciola's** [1] - 853:25
**Cafe** [1] - 740:19
**Cali** [1] - 854:12
**camera** [1] - 872:1
**campaign** [1] - 886:10
**Canadian** [3] - 780:6, 780:8, 780:15
**cannot** [2] - 676:20, 898:3
**caption** [2] - 703:7, 730:23, 730:24, 740:18, 741:23, 744:6, 775:10
**captioned** [1] - 740:17
**captions** [2] - 741:25, 775:17
**care** [2] - 846:1, 890:24
**cared** [1] - 839:10
**careful** [2] - 704:12, 843:20, 848:14
**caring** [1] - 838:17
**case** [29] - 676:7, 676:24, 707:6, 707:9, 715:16, 761:15, 761:25, 804:22, 806:2, 806:15, 811:18, 846:24, 850:24, 856:17, 858:11, 864:1, 864:3, 864:5, 876:9, 880:7, 888:2, 888:6, 889:5, 889:10, 889:13, 889:18, 890:3, 894:21, 898:14
**cash** [1] - 795:19
**cat** [2] - 775:13, 775:15
**category** [1] - 690:12
**CAUSE** [1] - 668:12
**caused** [3] - 673:16, 789:3, 895:21
**cell** [4] - 694:3, 722:19, 722:25, 723:1
**center** [1] - 890:17
**Central** [1] - 731:10
**certain** [6] - 788:24, 829:8, 832:12, 845:11, 860:12, 894:21
**certainly** [7] - 761:11, 811:13, 811:16,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 244 of 265 PageID #: 22360

All Word // Moore, et al. V. Rubin, et al.

6

884:3, 889:16, 889:23, 890:8
**change** [3] - 826:5, 846:19, 846:22
**changing** [1] - 720:11
**character** [2] - 690:16, 897:22
**characterization** [3] - 783:23, 892:12, 893:2
**charge** [2] - 870:9
**charges** [2] - 840:16, 870:19
**Charlette** [6] - 680:25, 681:1, 816:22, 816:23, 817:5
**chart** [1] - 811:20
**check** [2] - 760:11, 851:21
**checking** [1] - 873:16
**CHIANG** [1] - 668:24
**choose** [2] - 684:17, 699:13
**chose** [7] - 695:14, 699:11, 699:17, 704:3, 791:20, 791:21, 791:22
**Christ** [1] - 838:24
**CHRISTINE** [1] - 668:25
**circumstances** [1] - 685:23
**cite** [4] - 722:12, 831:23, 832:23, 897:3
**city** [5] - 706:11, 706:13, 728:15, 728:17, 831:9
**City** [3] - 728:7, 752:13, 820:13
**CIVIL** [1] - 668:12
**claim** [18] - 693:8, 693:16, 695:21, 720:20, 722:6, 723:8, 723:24, 724:9, 725:10, 725:19, 725:22, 726:1, 726:11, 726:15, 726:19, 757:9, 759:20, 788:3
**claimed** [1] - 728:10
**claims** [2] - 855:2, 895:23
**clarify** [1] - 848:22
**clear** [7] - 677:9, 690:3, 691:1, 732:15, 782:17, 784:4, 830:3
**client** [1] - 897:12
**clip** [5] - 722:3, 723:19, 830:22, 832:2, 878:6
**close** [7] - 696:21, 738:3, 773:17, 779:21, 786:10, 786:14, 808:4
**closer** [1] - 738:12
**closest** [1] - 797:2
**closing** [2] - 890:8, 891:15
**clothes** [4] - 712:25, 713:1, 713:2, 735:18
**coach** [1] - 852:11
**coaster** [1] - 772:23
**coffee** [3] - 840:15, 840:18, 840:19
**COGAN** [5] - 668:13, 762:5, 762:9, 807:4, 899:5
**Cogan** [2] - 670:5, 670:6
**colleagues** [2] - 687:24, 806:25
**colored** [1] - 689:5
**column** [1] - 681:5
**combination** [1] - 749:19
**coming** [9] - 677:3, 692:19, 693:5, 709:20, 710:2, 754:13, 808:6, 894:10, 897:15
**comments** [1] - 860:19

**communicate** [3] - 679:23, 680:8, 802:2
**communicated** [3] - 831:10, 831:14, 831:18
**communicating** [2] - 737:12, 816:21
**communication** [10] - 681:18, 689:19, 698:15, 699:18, 700:1, 701:4, 706:3, 706:10, 745:3, 831:19
**communications** [10] - 676:15, 676:20, 676:21, 678:14, 690:9, 690:12, 704:21, 754:5, 805:23, 832:8
**community** [1] - 870:10
**company** [3] - 814:17, 882:9, 886:14
**complaint** [6] - 890:17, 890:20, 890:24, 891:4, 893:3, 893:15
**complete** [2] - 811:3, 812:7
**completely** [1] - 860:2
**completeness** [2] - 812:4, 827:23
**complicated** [1] - 890:5
**Computer** [1] - 669:12
**Computer-aided** [1] - 669:12
**computerized** [1] - 669:11
**concern** [2] - 811:8, 890:14
**concerned** [2] - 794:17, 837:9
**concluded** [2] - 861:7, 881:3
**condense** [1] - 804:20
**condo** [3] - 760:11, 767:1, 770:5
**conference** [2] - 676:1, 689:1
**confident** [1] - 885:10
**confirm** [1] - 747:12
**confirmation** [2] - 708:13, 709:17
**confirmed** [1] - 726:14
**confuse** [1] - 896:7
**confused** [2] - 679:25, 690:3
**confusing** [1] - 896:7
**connect** [1] - 679:17
**connected** [3] - 678:22, 687:10, 765:11
**connection** [6] - 698:7, 703:19, 801:15, 885:11, 893:6, 895:25
**considered** [1] - 786:12
**Cont'd** [6] - 670:20, 901:1, 902:1, 903:1, 904:1, 905:1
**contact** [5] - 697:24, 725:7, 725:9, 847:6, 847:25
**contacted** [2] - 697:5, 697:8
**contacting** [1] - 892:24
**context** [1] - 888:19
**continuation** [2] - 804:14, 855:17
**continue** [15] - 670:13, 678:2, 678:7, 686:17, 698:25, 708:5, 763:9, 781:10, 781:15, 820:16, 823:24, 828:15, 851:24, 852:9, 853:16
**Continued** [12] - 677:25, 691:6, 707:12, 755:19, 807:7, 812:19, 835:15, 857:8, 861:8, 869:21, 879:7, 881:5
**continued** [4] - 675:15, 688:16, 796:25, 844:10
**CONTINUES** [2] - 756:1, 870:1
**continues** [5] - 819:4, 859:3, 865:25, 867:19, 867:25

**CONTINUING** [1] - 882:2
**Continuing** [1] - 862:2
**continuing** [4] - 708:10, 752:22, 813:5, 836:2
**contradict** [1] - 892:4
**contradicted** [2] - 880:13, 891:15
**conversation** [6] - 739:2, 739:6, 739:9, 739:12, 781:15, 853:24
**conversations** [2] - 685:2, 698:10
**converted** [1] - 672:20
**cooperates** [1] - 806:4
**cooperating** [1] - 806:5
**cop** [1] - 840:14
**copies** [1] - 829:9
**cops** [6] - 841:1, 841:7, 842:24, 843:20, 844:3, 847:19
**copy** [4] - 809:25, 826:13, 826:17, 883:5
**Correct** [5] - 720:23, 739:16, 739:19, 771:20, 790:5
**correct** [415] - 688:5, 692:17, 693:10, 693:14, 693:19, 693:24, 694:1, 694:3, 694:7, 694:9, 695:5, 695:11, 695:14, 695:17, 695:19, 695:22, 695:25, 696:3, 696:22, 697:6, 697:9, 698:1, 698:4, 698:11, 699:11, 702:16, 702:22, 702:24, 703:2, 703:5, 703:12, 703:15, 703:19, 704:1, 706:3, 706:22, 708:14, 708:24, 709:3, 709:6, 709:9, 709:12, 709:18, 709:24, 710:4, 710:9, 710:12, 711:1, 711:3, 712:2, 712:7, 712:20, 712:22, 713:5, 713:10, 713:20, 713:25, 714:2, 714:5, 714:24, 715:7, 715:16, 715:19, 715:23, 716:10, 716:14, 716:19, 716:23, 716:25, 717:2, 717:15, 717:21, 718:13, 718:24, 719:2, 719:13, 719:20, 720:12, 720:15, 720:22, 721:4, 721:7, 721:15, 721:18, 721:23, 722:7, 722:9, 722:19, 723:1, 723:13, 723:25, 724:3, 724:7, 724:9, 724:10, 724:19, 724:20, 724:24, 724:25, 725:1, 725:3, 725:5, 725:7, 725:8, 725:12, 725:20, 725:21, 725:25, 726:8, 726:12, 726:17, 726:21, 727:14, 728:12, 728:17, 729:23, 730:7, 730:11, 730:21, 730:23, 731:13, 731:20, 732:4, 733:14, 733:23, 734:7, 734:9, 735:5, 735:8, 735:18, 737:6, 737:10, 737:13, 738:3, 738:16, 738:19, 738:23, 739:4, 739:7, 739:13, 739:15, 739:18, 739:22, 740:3, 740:5, 740:15, 740:20, 740:25, 741:6, 741:8, 741:9, 741:16, 741:19, 742:18, 743:7, 743:13, 743:15, 743:19, 744:12, 745:1, 745:14, 746:5, 746:10, 746:17, 746:21, 747:2, 748:1, 748:5, 748:14, 748:15, 749:2, 749:4, 749:6, 749:9, 749:11, 749:15, 749:17, 749:24, 750:24, 750:25, 751:4, 751:7, 751:12, 751:20, 752:1, 752:2, 752:5,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 245 of 265 PageID #: 22361

All Word // Moore, et al. V. Rubin, et al.

7

752:22, 753:16, 754:22, 755:7,
755:13, 756:5, 756:8, 756:11, 756:16,
756:23, 757:6, 757:10, 757:13,
757:23, 758:1, 758:9, 758:10, 758:11,
758:12, 758:14, 758:15, 759:5, 759:8,
759:13, 759:17, 759:21, 760:19,
761:2, 763:20, 763:23, 764:1, 765:6,
766:10, 767:1, 767:16, 767:19, 769:2,
769:18, 770:3, 770:6, 770:9, 770:10,
770:14, 770:15, 770:17, 770:24,
771:2, 771:3, 771:5, 771:9, 771:10,
771:19, 773:6, 775:19, 776:11,
777:11, 777:14, 777:17, 778:2, 778:5,
778:13, 778:20, 778:21, 779:13,
780:1, 780:4, 780:20, 781:25, 782:1,
782:3, 782:8, 782:13, 782:18, 784:14,
785:10, 785:22, 786:2, 786:8, 786:10,
786:16, 786:19, 786:23, 787:1,
787:10, 787:12, 787:13, 787:16,
787:17, 788:1, 788:4, 788:7, 788:8,
789:13, 790:2, 790:3, 790:6, 790:10,
790:11, 790:13, 790:14, 790:18,
790:20, 791:6, 791:19, 791:25, 792:2,
792:5, 792:8, 792:20, 792:23, 793:6,
793:12, 793:13, 793:14, 793:15,
793:25, 794:10, 794:11, 794:13,
794:18, 794:19, 794:21, 796:10,
796:20, 797:15, 797:18, 797:21,
798:1, 798:12, 798:15, 798:23,
799:11, 799:12, 799:14, 799:15,
799:20, 800:14, 803:19, 803:21,
810:22, 813:19, 814:7, 814:12,
814:15, 814:18, 814:21, 815:1, 817:5,
817:13, 817:22, 817:24, 817:25,
818:3, 818:13, 818:15, 820:2, 820:22,
820:25, 821:5, 821:9, 821:16, 822:17,
824:6, 826:6, 827:2, 827:16, 828:20,
829:3, 830:1, 830:4, 830:17, 830:23,
830:24, 831:5, 831:11, 832:9, 833:12,
833:13, 835:9, 835:12, 836:4, 836:18,
839:11, 839:16, 840:6, 840:7, 840:23,
841:14, 841:17, 843:17, 844:11,
844:14, 845:12, 845:24, 846:2, 846:3,
846:6, 846:11, 847:4, 847:17, 848:1,
848:9, 850:5, 850:19, 850:24, 851:18,
855:15, 855:24, 856:7, 862:12,
864:19, 864:21, 864:22, 867:23,
871:14, 877:4, 877:7, 877:14, 882:8,
882:14, 882:15, 882:17, 882:18,
886:8, 886:11, 887:21, 891:22, 891:24
**corrected** [1] - 843:9
**COUNSEL** [1] - 899:4
**Counsel** [1] - 712:18
**counsel** [28] - 722:12, 736:12, 743:25,
746:24, 747:12, 749:18, 750:4,
765:10, 767:24, 774:21, 777:17,
778:24, 789:17, 806:25, 812:6,
816:16, 820:5, 822:11, 824:14,
825:11, 825:13, 829:9, 840:6, 842:10,
871:4, 889:7, 893:9, 894:19

**couple** [3] - 678:24, 710:9, 882:9
**courage** [3] - 889:5, 889:9, 889:25
**course** [3] - 852:13, 855:12, 876:17
**Court** [11] - 669:9, 669:9, 670:3, 691:2,
734:19, 765:2, 829:9, 869:17, 889:2,
894:5, 897:15
**court** [39] - 670:1, 678:1, 684:6, 684:24,
685:3, 685:5, 692:1, 704:12, 708:1,
808:2, 845:18, 851:15, 852:17,
852:20, 852:23, 852:25, 854:17,
858:6, 858:10, 858:18, 862:6, 863:25,
864:7, 868:10, 868:17, 868:18, 870:3,
870:13, 872:17, 874:23, 874:24,
875:2, 876:9, 876:13, 882:1, 889:4,
890:3, 891:18, 896:22
**COURT** [267] - 668:1, 670:7, 670:10,
672:14, 673:16, 674:8, 675:2, 675:6,
675:11, 675:14, 676:2, 676:17, 677:8,
677:14, 677:17, 677:20, 677:23,
678:3, 679:5, 680:18, 681:9, 682:24,
683:25, 685:16, 686:18, 686:25,
688:9, 688:14, 689:6, 689:9, 689:12,
689:22, 690:17, 691:4, 692:4, 692:6,
695:8, 702:12, 706:7, 707:4, 707:9,
708:2, 708:5, 708:20, 713:13, 717:13,
720:3, 721:21, 726:5, 727:18, 732:5,
732:9, 732:19, 732:21, 734:14,
734:21, 737:16, 737:19, 740:9,
741:12, 742:11, 743:23, 744:3, 745:7,
747:19, 748:20, 749:18, 750:12,
750:15, 751:15, 751:17, 752:9, 753:2,
754:11, 756:10, 760:9, 761:4, 761:6,
761:9, 761:13, 761:17, 762:1, 762:4,
762:10, 762:19, 763:1, 763:5, 763:8,
763:16, 764:8, 764:11, 765:2, 765:15,
768:10, 768:14, 772:14, 773:19,
775:5, 776:5, 776:12, 777:22, 778:10,
779:3, 783:12, 783:14, 783:25, 784:4,
785:12, 785:24, 789:21, 793:22,
795:6, 796:2, 797:4, 797:7, 797:10,
798:5, 799:2, 799:24, 800:5, 801:10,
803:2, 804:4, 804:16, 804:21, 805:1,
805:3, 805:7, 805:10, 805:18, 806:3,
806:9, 806:19, 807:2, 808:3, 808:7,
808:9, 808:18, 808:24, 809:5, 809:7,
809:9, 809:14, 809:21, 810:1, 810:7,
810:10, 810:15, 810:19, 810:21,
810:23, 811:11, 811:15, 811:19,
811:22, 812:1, 812:3, 812:10, 812:13,
813:2, 813:23, 815:5, 816:10, 817:9,
818:5, 818:9, 819:5, 820:8, 821:13,
821:24, 822:2, 822:12, 823:1, 824:4,
824:19, 825:17, 826:10, 826:13,
826:20, 826:22, 827:12, 827:25,
828:23, 829:6, 829:12, 829:14,
833:20, 837:23, 840:9, 844:24,
846:19, 849:17, 849:19, 850:2,
853:10, 854:9, 856:9, 856:14, 856:19,
856:22, 857:1, 857:4, 857:7, 858:25,
859:2, 860:6, 860:9, 860:20, 861:4,

863:2, 863:5, 866:10, 869:6, 871:6,
871:10, 871:20, 873:8, 874:8, 878:22,
879:4, 880:3, 880:12, 880:20, 880:24,
883:7, 884:4, 884:6, 884:13, 884:18,
885:2, 885:5, 885:8, 886:13, 886:16,
886:18, 886:23, 887:23, 888:9,
888:13, 888:16, 890:23, 891:11,
891:21, 891:23, 892:2, 892:11, 893:1,
893:11, 893:14, 894:1, 894:9, 894:15,
894:23, 895:17, 895:24, 896:13,
896:23, 897:2, 897:9, 897:17, 897:20,
897:24, 898:5, 898:7, 898:11, 898:13,
899:1
**Court's** [1] - 862:24
**courthouse** [1] - 867:21
**Courthouse** [1] - 668:5
**COURTROOM** [4] - 670:2, 765:10,
842:10, 865:4
**courtroom** [13] - 708:4, 762:5, 762:9,
805:4, 805:6, 805:9, 807:4, 856:18,
857:6, 871:25, 872:6, 888:15, 899:5
**cover** [1] - 898:13
**covering** [1] - 702:16
**coverup** [2] - 890:18, 890:19
**COVID** [1] - 883:4
**crazy** [6] - 728:23, 772:24, 776:21,
815:11, 860:25, 861:3
**credibility** [1] - 885:9
**criminal** [7] - 846:24, 850:23, 858:11,
862:6, 874:24, 876:9, 896:22
**critical** [4] - 761:25, 805:16, 805:18,
806:2
**CROSS** [3] - 692:7, 708:9, 813:4,
829:15, 836:1, 857:10, 862:1, 900:6,
900:7
**cross** [8] - 689:17, 692:6, 809:16,
809:18, 811:10, 813:3, 829:6, 857:8
**CROSS-EXAMINATION** [9] - 692:7,
708:9, 813:4, 829:15, 836:1, 857:10,
862:1, 900:6, 900:7
**cross-examination** [7] - 689:17, 692:6,
809:16, 809:18, 811:10, 813:3, 857:8
**crossed** [1] - 698:7
**cryptic** [4] - 876:21, 876:24, 876:25,
877:9
**CSR** [1] - 669:9
**cumulative** [3] - 751:17, 773:17, 775:5
**cut** [4] - 774:8, 806:6, 806:8, 850:21
**cute** [2] - 673:4, 737:8
**CV** [1] - 668:3

## D

**D2** [3] - 741:10, 741:14, 901:20
**daddy** [1] - 779:9
**Daily** [4] - 869:14, 869:16, 871:24,
871:25
**Dash** [1] - 777:20
**date** [20] - 672:20, 674:19, 674:20,
679:9, 681:4, 681:8, 681:11, 681:18,

All Word // Moore, et al. V. Rubin, et al.

706:22, 769:23, 775:2, 782:24, 789:20, 798:16, 810:19, 813:25, 822:5, 839:21, 855:25, 856:2
**dated** [2] - 672:20, 874:22
**dates** [2] - 868:22, 894:7
**days** [11] - 697:18, 710:9, 739:20, 740:13, 741:8, 743:6, 751:14, 751:19, 771:24, 819:20, 858:5
**Daytona** [2] - 744:13, 744:15
**Deal** [1] - 869:18
**deal** [2] - 870:7, 870:16
**December** [24] - 800:21, 801:7, 802:10, 803:19, 813:8, 844:14, 845:2, 846:11, 848:20, 850:4, 851:1, 851:5, 851:13, 851:18, 854:15, 855:24, 858:5, 858:11, 863:9, 863:15, 865:7, 866:4, 867:5, 877:14
**DECHERT** [1] - 668:21
**decided** [10] - 686:11, 686:20, 687:4, 687:12, 688:4, 693:13, 694:24, 778:7, 889:12, 889:16
**deciding** [1] - 830:17
**Defendant** [3] - 668:21, 669:2, 669:7
**Defendant's** [44] - 708:21, 717:14, 720:4, 727:19, 732:22, 734:23, 740:10, 741:14, 742:14, 745:8, 748:21, 750:16, 752:10, 753:3, 754:12, 800:6, 837:24, 840:10, 844:25, 850:3, 863:6, 869:7, 901:6, 901:8, 901:10, 901:12, 901:14, 901:16, 901:18, 901:20, 901:22, 902:3, 902:5, 902:7, 902:9, 902:11, 902:13, 903:18, 904:24, 905:4, 905:6, 905:8, 905:10, 905:12
**defendants** [9] - 668:11, 677:9, 690:3, 892:14, 893:1, 894:12, 894:20, 895:23, 896:9
**Defendants** [1] - 668:21
**Defendants'** [35] - 679:2, 679:6, 680:16, 680:19, 682:21, 682:25, 702:13, 706:8, 813:24, 815:6, 817:10, 820:9, 823:4, 824:22, 825:18, 826:23, 827:13, 828:1, 828:24, 900:19, 900:21, 900:23, 900:25, 901:4, 903:24, 904:4, 904:6, 904:8, 904:10, 904:12, 904:14, 904:16, 904:18, 904:20, 904:22
**defended** [1] - 793:9
**defense** [9] - 806:25, 810:23, 810:25, 812:6, 850:23, 880:16, 884:14, 888:18, 894:19
**Defense** [69] - 719:6, 731:23, 732:1, 732:12, 732:17, 744:4, 747:9, 748:7, 748:16, 750:3, 751:23, 754:2, 765:8, 767:7, 768:16, 772:4, 772:15, 773:15, 773:20, 774:15, 775:8, 776:6, 777:5, 777:23, 779:4, 789:10, 789:23, 795:7, 796:3, 798:6, 799:3, 799:25, 802:19, 803:3, 803:23, 804:5, 814:24, 815:3, 816:1, 816:4, 816:9, 816:14, 817:1,

819:23, 821:18, 826:2, 826:8, 873:9, 874:9, 885:13, 901:24, 902:15, 902:17, 902:19, 902:21, 902:23, 902:25, 903:4, 903:6, 903:8, 903:10, 903:12, 903:14, 903:16, 903:20, 903:22, 905:14, 905:16, 905:18
**definitely** [7] - 677:2, 700:11, 733:6, 776:9, 780:8, 837:11, 851:24
**delay** [1] - 765:23
**delayed** [2] - 835:2, 835:3
**delicious** [1] - 711:16
**Delta** [1] - 709:2
**deny** [1] - 733:20
**denying** [1] - 764:21
**depart** [2] - 706:14, 754:21
**depicted** [1] - 669:11
**deposition** [35] - 715:16, 715:22, 716:9, 716:10, 716:16, 716:18, 722:4, 722:23, 723:10, 723:14, 788:12, 830:6, 830:9, 830:15, 830:18, 830:22, 831:17, 831:21, 832:6, 832:16, 832:19, 833:11, 833:13, 834:5, 834:8, 834:15, 834:21, 836:13, 836:16, 878:7, 878:11, 878:15, 878:20, 893:3, 893:14
**DEPUTY** [4] - 670:2, 765:10, 842:10, 865:4
**described** [3] - 739:6, 773:5, 834:15
**describes** [1] - 805:25
**describing** [1] - 815:7
**description** [1] - 834:6
**descriptive** [2] - 875:13, 875:17
**deserved** [1] - 888:1
**deserves** [1] - 810:14
**desk** [2] - 851:13, 854:15
**despite** [2] - 784:6, 784:12, 835:11, 837:18, 844:7, 848:23, 848:25, 849:12, 862:17, 863:3, 885:17
**documents** [3] - 829:8, 849:20, 850:13
**DOLAN** [1] - 669:1
**doll** [2] - 755:2, 841:25
**dollar** [1] - 841:11
**done** [3] - 688:13, 811:9, 836:7
**door** [8] - 806:23, 809:16, 809:19, 810:24, 811:10, 812:3, 872:5, 890:4
**doorman** [1] - 694:15
**DOT** [1] - 840:16
**double** [1] - 845:16
**DOUGLAS** [1] - 669:4
**Down** [1] - 869:18
**down** [43] - 672:7, 675:11, 679:19, 680:13, 682:8, 682:20, 683:4, 683:22, 702:20, 704:14, 714:4, 730:9, 736:11, 736:13, 751:9, 758:5, 762:6, 769:7, 775:12, 781:16, 781:22, 785:4, 790:7, 792:13, 805:1, 805:2, 812:15, 815:21, 815:23, 825:2, 829:22, 844:7, 850:10, 851:7, 862:4, 868:1, 868:7, 872:7, 880:9, 880:17, 888:10, 892:8, 894:14
**downstairs** [1] - 694:15

**directly** [2] - 717:3, 892:1
**dirty** [2] - 682:13, 817:16
**disagree** [1] - 880:8
**discharged** [1] - 839:4
**disclose** [3] - 808:23, 891:7, 891:10
**disclosed** [1] - 894:25
**disclosing** [3] - 762:23, 763:5, 892:20
**disclosure** [2] - 808:18, 808:20
**discovered** [1] - 784:6
**discrepancy** [1] - 822:14
**discuss** [1] - 685:5, 687:15, 687:20, 688:1, 707:6, 715:1, 752:22, 806:25, 809:2, 846:17, 897:14
**discussed** [10] - 672:8, 686:20, 688:12, 739:3, 781:20, 806:24, 811:17, 820:24, 846:23, 884:12
**discussing** [1] - 893:25
**discussion** [7] - 676:12, 676:23, 677:5, 855:2, 862:9, 894:17, 894:19
**discussions** [1] - 814:20
**disorder** [2] - 790:1, 839:4
**display** [1] - 698:13
**dispute** [1] - 690:16
**distracted** [1] - 871:11
**District** [2] - 670:3, 670:4
**DISTRICT** [3] - 668:1, 668:1, 668:13
**diverticulitis** [4] - 788:9, 788:10, 788:21, 788:22
**DM** [1] - 887:18
**DOB** [1] - 706:13
**doctor** [1] - 673:11
**document** [30] - 676:2, 677:1, 677:12, 677:14, 677:20, 678:5, 692:22, 693:1, 713:20, 713:24, 714:9, 714:23, 715:1, 715:4, 715:12, 716:5, 716:19, 716:25, 744:23, 784:6, 784:12, 835:11, 837:18, 844:7, 848:23, 848:25, 849:12, 862:17, 863:3, 885:17

**difference** [1] - 690:17, 806:12, 806:15
**different** [20] - 678:11, 690:16, 713:8, 729:2, 747:4, 770:12, 773:19, 776:12, 776:14, 777:18, 779:12, 784:2, 816:15, 816:16, 819:6, 822:10, 862:3, 862:17, 888:17, 893:25
**difficult** [3] - 733:2, 872:15, 877:2
**digestive** [1] - 788:20
**dinner** [19] - 692:20, 693:6, 693:8, 694:12, 698:3, 700:25, 701:2, 701:14, 701:19, 710:2, 712:2, 713:5, 713:9, 719:16, 757:6, 758:23, 760:2, 771:21, 872:24
**direct** [16] - 670:13, 688:13, 720:14, 721:9, 725:22, 736:2, 757:19, 770:8, 770:11, 788:3, 790:12, 790:15, 842:21, 889:11, 891:5, 894:10
**DIRECT** [2] - 670:19, 900:5

Case 1:17-cv-06404-BMC-CLP   Document 450   Filed 08/12/24   Page 247 of 265 PageID
#: 22263
All Word // Moore, et al. V. Rubin, et al.
9

**draft** [1] - 897:4
**draw** [3] - 674:11, 674:18, 885:15
**drawing** [1] - 895:25
**dreams** [1] - 727:4
**drink** [8] - 715:7, 715:9, 715:10, 715:11, 715:14, 716:1, 796:15
**drinks** [11] - 692:20, 694:12, 700:25, 701:2, 701:19, 710:2, 712:2, 713:5, 713:10, 719:17, 814:14
**driving** [1] - 744:15
**drop** [2] - 891:2, 891:6
**dropped** [1] - 870:23
**drove** [1] - 744:13
**drugs** [1] - 764:22
**ducks** [1] - 876:18
**dude's** [1] - 887:15
**duly** [1] - 670:17
**dumb** [2] - 866:1, 867:18
**dungeon** [4] - 682:13, 815:13, 815:18, 817:17
**during** [11] - 677:21, 716:4, 721:15, 721:22, 723:12, 726:6, 739:20, 743:12, 836:17, 849:21, 894:7
**DX** [83] - 698:13, 698:14, 702:5, 702:6, 702:10, 705:22, 706:5, 708:6, 708:16, 708:21, 710:6, 717:6, 717:11, 717:14, 717:24, 719:23, 719:24, 720:4, 726:24, 727:8, 727:16, 727:19, 730:1, 733:25, 734:1, 734:3, 734:11, 734:23, 736:7, 736:16, 739:25, 740:7, 740:10, 741:1, 741:3, 741:5, 741:10, 741:14, 742:2, 742:8, 742:14, 743:17, 743:18, 743:21, 744:4, 744:18, 744:22, 745:8, 745:10, 775:23, 776:3, 777:13, 777:19, 780:21, 782:22, 784:19, 789:15, 794:25, 795:3, 797:23, 798:3, 798:21, 799:16, 801:9, 811:1, 813:13, 819:1, 828:15, 828:21, 830:25, 872:19, 872:21, 873:6, 901:6, 901:8, 901:10, 901:12, 901:16, 901:18, 901:20, 901:22, 901:24, 902:3
**DX-02** [1] - 713:22
**DX-07** [1] - 719:8
**DX-C2** [4] - 710:6, 717:24, 726:24, 733:25
**DX-D2** [3] - 741:10, 741:14, 901:20
**DX-E7** [5] - 743:17, 743:18, 743:21, 744:4, 901:24
**DX-H3** [16] - 734:1, 734:3, 734:11, 734:23, 736:7, 736:16, 742:2, 742:8, 742:14, 744:18, 744:22, 745:8, 745:10, 901:16, 901:22, 902:3
**DX-J3** [4] - 708:6, 708:16, 708:21, 901:6
**DX-M21** [4] - 727:8, 727:16, 727:19, 901:12
**DX-O7** [3] - 719:24, 720:4, 901:10
**DX-Q2** [5] - 717:6, 717:11, 717:14, 730:1, 901:8
**DX-Q7** [1] - 719:23
**DX-S2** [5] - 739:25, 740:7, 740:10,

741:1, 901:18
**DX-T2** [2] - 741:3, 741:5
**DX66** [1] - 827:22
**DXH3** [1] - 813:21
**DXJ3** [1] - 707:3
**DXJP-206** [7] - 837:17, 837:21, 837:24, 840:5, 840:10, 904:24, 905:4
**DXJP-217** [4] - 844:8, 844:15, 844:25, 905:6
**DXJP-218** [6] - 848:18, 848:19, 850:1, 850:3, 857:13, 905:8
**DXJP-220** [3] - 868:25, 869:7, 905:12
**DXJP-221** [4] - 873:25, 874:6, 874:9, 905:16
**DXJP-225** [6] - 883:2, 883:10, 883:15, 884:16, 885:13, 905:18
**DXJP-226** [2] - 839:14, 842:11
**DXJP-230** [2] - 858:15, 858:21
**DXJP-234** [1] - 871:17
**DXM2-1** [1] - 705:16

# E

**e-mail** [2] - 755:2, 850:19
**E-mail** [1] - 669:10
**e-mails** [1] - 853:17
**E7** [5] - 743:17, 743:18, 743:21, 744:4, 901:24
**early** [1] - 806:22
**easier** [3] - 731:5, 733:3, 783:23
**easiest** [1] - 734:19
**EASTERN** [1] - 668:1
**Eastern** [1] - 670:3
**easy** [1] - 877:6
**eat** [1] - 788:24
**eating** [2] - 740:18, 741:17
**EDWARD** [1] - 668:23
**effect** [1] - 806:1
**effort** [1] - 805:20
**efforts** [2] - 774:12, 818:1
**eight** [1] - 751:12
**either** [7] - 697:22, 705:10, 749:19, 758:14, 810:10, 851:25, 867:1
**elevator** [6] - 808:11, 808:12, 808:13, 808:14, 808:15, 808:16, 808:21
**elicit** [2] - 885:3, 885:5
**Elmos** [1] - 863:8
**email** [1] - 706:13
**embarrassed** [5] - 877:21, 877:23, 877:24, 878:10, 878:17
**Emergency** [2] - 792:2, 792:7
**EMMA** [2] - 668:3, 668:17
**emoji** [9] - 700:5, 710:16, 710:17, 710:20, 727:2, 735:24, 745:23, 753:10, 755:3
**emojis** [5] - 718:8, 729:2, 749:6, 838:18, 876:3
**emoticons** [2] - 683:5
**emotional** [2] - 772:23, 796:15

**encounter** [16] - 672:8, 672:24, 684:10, 700:16, 729:19, 740:14, 748:3, 782:8, 785:9, 786:22, 794:21, 802:3, 802:8, 808:4, 817:21, 818:2
**encounters** [1] - 797:1
**encourage** [2] - 762:20, 796:25
**end** [14] - 683:19, 684:6, 689:21, 763:2, 863:18, 865:2, 865:3, 875:25, 876:16, 893:4, 893:6
**ended** [5] - 721:5, 724:25, 725:5, 793:5, 892:20
**ends** [1] - 870:24
**engage** [1] - 714:18
**engaged** [2] - 852:23, 889:21
**enjoy** [1] - 804:9
**ensures** [1] - 812:16
**entail** [1] - 802:8
**enter** [1] - 845:11
**entered** [1] - 762:9
**enterprise** [2] - 890:11, 890:12
**enters** [4] - 708:4, 763:7, 813:1, 857:6
**entice** [1] - 798:11
**entire** [5] - 689:5, 689:8, 734:13, 768:4, 849:11
**entirely** [2] - 677:9, 726:1
**entirety** [1] - 849:1
**entitled** [1] - 890:6
**episode** [1] - 757:20
**episodes** [1] - 805:16
**escape** [1] - 775:11
**escort** [1] - 880:5
**escorted** [1] - 758:19
**escorts** [1] - 860:15
**ESQ** [11] - 668:19, 668:20, 668:23, 668:24, 668:24, 668:25, 668:25, 669:4, 669:4, 669:5, 669:8
**essentially** [3] - 845:10, 889:19, 889:22
**EST** [1] - 681:7
**evening** [27] - 717:18, 719:13, 720:11, 720:15, 722:19, 722:20, 722:21, 722:24, 723:8, 723:13, 725:3, 726:23, 730:7, 760:3, 763:20, 763:25, 764:14, 765:6, 767:4, 770:6, 770:9, 770:16, 771:4, 791:25, 792:16, 793:1, 793:24
**event** [5] - 712:19, 731:6, 731:20, 781:6, 801:5
**events** [3] - 716:13, 773:5, 836:14
**eventually** [7] - 684:6, 713:16, 713:18, 759:2, 770:5, 792:1, 792:15
**evidence** [92] - 671:2, 672:15, 674:9, 679:6, 680:19, 682:25, 689:22, 690:13, 690:23, 698:14, 698:24, 702:13, 706:8, 708:7, 708:21, 713:23, 717:14, 718:4, 719:7, 719:9, 719:24, 720:4, 720:6, 727:19, 730:2, 730:3, 732:5, 732:13, 732:22, 734:23, 736:17, 740:10, 741:14, 742:15, 744:4, 745:9, 748:22, 750:17, 752:11, 753:4, 754:12, 761:25, 765:25, 767:25, 768:1, 768:2, 768:16, 772:16,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 248 of 265 PageID #: 22364

All Word // Moore, et al. V. Rubin, et al.                    10

773:21, 775:8, 776:6, 777:23, 779:5, 780:24, 781:5, 783:24, 789:24, 795:8, 796:4, 798:7, 799:4, 800:1, 800:7, 803:4, 804:2, 804:6, 811:17, 813:25, 815:6, 817:10, 820:10, 823:5, 824:23, 825:19, 826:24, 827:14, 828:2, 828:25, 837:21, 837:24, 840:10, 842:10, 844:25, 850:3, 863:6, 865:4, 869:7, 873:9, 874:9, 883:16, 885:13
**ex** [1] - 889:15
**ex-boyfriend** [1] - 889:15
**exactly** [6] - 716:11, 794:3, 794:5, 815:8, 833:14, 895:22
**exam** [3] - 720:14, 770:8, 770:11
**examination** [12] - 670:13, 689:17, 692:6, 721:9, 736:2, 790:12, 790:15, 809:16, 809:18, 811:10, 813:3, 857:8
**EXAMINATION** [14] - 670:19, 692:7, 708:9, 756:1, 813:4, 829:15, 836:1, 857:10, 862:1, 870:1, 882:2, 900:5, 900:6, 900:7
**examined** [1] - 670:18
**example** [2] - 756:8, 834:23
**exception** [1] - 884:3
**exchange** [16] - 705:18, 705:22, 736:25, 753:18, 772:22, 773:23, 778:20, 781:25, 789:13, 804:15, 814:25, 815:7, 823:24, 825:1, 826:25, 895:15
**exchanged** [3] - 750:6, 840:3, 894:6
**exchanges** [3] - 759:12, 759:15, 821:14
**excited** [4] - 700:11, 711:17, 803:7, 803:13
**exclamation** [8] - 727:1, 727:23, 729:6, 733:7, 745:20, 749:2, 751:12, 772:24
**exclude** [1] - 890:3
**excluded** [2] - 689:22, 861:4
**excuse** [2] - 757:12, 809:6
**excused** [2] - 707:8, 888:9
**Exhibit** [178] - 672:15, 674:9, 679:6, 680:19, 682:25, 702:13, 706:8, 708:21, 717:14, 718:6, 719:7, 720:4, 727:19, 730:4, 731:24, 732:1, 732:12, 732:17, 732:22, 732:24, 734:23, 735:12, 740:10, 741:14, 742:14, 744:4, 745:8, 745:12, 747:10, 748:7, 748:17, 748:21, 748:25, 750:3, 750:16, 750:20, 751:24, 752:10, 753:3, 753:7, 754:3, 754:12, 759:23, 759:24, 765:8, 766:2, 767:7, 767:8, 768:16, 772:4, 772:15, 773:15, 773:20, 774:1, 774:16, 775:8, 776:6, 777:6, 777:23, 777:24, 778:15, 779:4, 781:8, 784:24, 789:10, 789:23, 795:7, 795:9, 796:3, 798:6, 798:8, 799:3, 799:25, 800:6, 802:20, 803:3, 803:10, 803:23, 804:5, 804:7, 811:1, 813:24, 814:24, 815:3, 815:6, 816:1, 816:4, 816:9, 816:14, 817:2, 817:10, 819:24, 820:9, 821:19, 823:4, 824:22, 825:18, 826:2, 826:8, 826:23, 827:13, 828:1,

828:24, 837:24, 840:10, 844:25, 850:3, 863:6, 869:7, 873:9, 874:9, 874:11, 885:13, 885:24, 900:15, 900:17, 900:19, 900:21, 900:23, 900:25, 901:2, 901:4, 901:6, 901:8, 901:10, 901:12, 901:14, 901:16, 901:18, 901:20, 901:22, 901:24, 902:2, 902:3, 902:5, 902:7, 902:9, 902:11, 902:13, 902:15, 902:17, 902:19, 902:21, 902:23, 902:25, 903:2, 903:4, 903:6, 903:8, 903:10, 903:12, 903:14, 903:16, 903:18, 903:20, 903:22, 903:24, 904:2, 904:4, 904:6, 904:8, 904:10, 904:12, 904:14, 904:16, 904:18, 904:20, 904:22, 904:24, 905:2, 905:4, 905:6, 905:8, 905:10, 905:12, 905:14, 905:16, 905:18
**exhibit** [20] - 675:6, 675:7, 676:9, 689:8, 711:8, 732:16, 732:19, 732:23, 734:13, 746:20, 760:3, 764:10, 765:1, 768:4, 806:24, 809:22, 819:7, 822:10, 895:11, 896:3
**Exhibits** [2] - 896:16, 896:20
**exhibits** [6] - 670:22, 677:3, 689:11, 894:3, 895:1, 898:19
**EXHIBITS** [5] - 901:1, 902:1, 903:1, 904:1, 905:1
**exited** [3] - 762:5, 807:4, 899:5
**exits** [6] - 761:16, 804:25, 805:9, 856:18, 888:8, 888:15
**expect** [4] - 805:12, 815:8, 867:8, 890:8
**expecting** [2] - 787:14, 787:15
**expenses** [1] - 764:2
**experience** [8] - 696:10, 739:3, 739:7, 739:10, 758:14, 817:12, 872:15
**explain** [12] - 678:10, 689:7, 737:14, 782:11, 782:14, 816:19, 823:11, 823:12, 823:16, 823:21, 876:21, 898:19
**explained** [5] - 738:21, 782:2, 782:6, 870:12, 889:2
**explaining** [1] - 874:14
**explicit** [1] - 751:4
**explicitly** [1] - 785:20
**extent** [1] - 897:2
**extort** [1] - 891:9
**extortion** [1] - 896:21
**extra** [4] - 771:8, 771:14, 771:18, 896:24

## F

**Face** [1] - 869:18
**face** [9] - 710:17, 711:20, 724:11, 753:10, 755:2, 814:2, 815:12, 886:21
**Facebook** [7] - 740:3, 741:6, 741:15, 743:18, 744:5, 774:24, 775:1
**facilities** [1] - 762:20
**facility** [1] - 877:3
**fact** [23] - 725:22, 764:7, 766:5, 767:18,

788:6, 799:13, 803:12, 817:24, 834:15, 837:9, 841:12, 843:25, 846:13, 846:23, 847:3, 862:8, 866:13, 872:23, 876:13, 886:7, 889:3, 893:19, 895:20
**facts** [2] - 860:23, 867:11
**fair** [1] - 705:3
**fall** [1] - 690:12
**false** [4] - 865:22, 866:6, 866:7, 866:14
**family** [1] - 694:7
**fan** [2] - 882:23
**far** [3] - 693:5, 693:12, 761:25
**FARIELLO** [1] - 668:15
**fashion** [1] - 678:8
**fast** [3] - 684:19, 829:21, 880:22
**faster** [1] - 761:18
**fastest** [1] - 810:2
**favor** [1] - 897:21
**February** [4] - 867:20, 868:21, 869:2, 869:9
**federal** [1] - 715:18
**fee** [7] - 714:17, 787:14, 801:14, 801:19, 852:1, 852:6, 852:7
**fees** [1] - 853:19
**felt** [3] - 808:22, 875:15, 877:9
**fetish** [2] - 713:2, 713:4
**few** [22] - 674:12, 676:9, 678:24, 684:5, 695:16, 697:8, 697:18, 707:7, 740:13, 741:8, 751:14, 751:19, 761:15, 806:22, 812:13, 829:20, 833:15, 851:9, 855:1, 858:5, 873:17, 885:16
**fifteen** [2] - 762:4, 806:3
**fight** [5] - 725:2, 793:5, 794:6, 794:9, 794:16
**fighting** [2] - 794:2, 794:10
**figure** [2] - 753:5, 855:4
**figured** [1] - 713:6
**filed** [1] - 715:18
**final** [1] - 771:1
**finally** [2] - 671:25, 889:9
**financial** [1] - 794:13
**finder's** [2] - 801:14, 801:19
**fine** [10] - 673:4, 679:20, 679:24, 698:25, 734:12, 734:13, 734:20, 734:21, 737:5, 895:19
**finish** [7] - 774:9, 788:15, 791:3, 804:16, 813:3, 815:17, 880:18
**finished** [3] - 705:7, 723:17, 894:10
**fire** [1] - 890:21
**firm** [1] - 687:10
**First** [1] - 809:21
**first** [49] - 672:23, 674:18, 674:20, 689:4, 692:16, 697:9, 699:17, 700:1, 705:20, 720:17, 723:24, 726:12, 728:11, 757:8, 759:4, 762:25, 763:3, 797:24, 802:16, 829:24, 831:1, 831:3, 831:10, 831:13, 834:25, 835:8, 836:25, 840:12, 841:8, 845:18, 846:23, 850:16, 850:17, 853:21, 856:4, 857:16, 858:6, 858:10, 860:3,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 249 of 265 PageID #: 22205

All Word // Moore, et al. V. Rubin, et al.

11

862:5, 862:6, 862:25, 869:16, 874:20, 877:13, 885:16, 886:8, 892:11
**fist** [1] - 793:24
**five** [8] - 735:8, 794:4, 804:17, 806:11, 806:14, 807:2, 827:8, 857:16
**flare** [2] - 789:25, 842:3
**flare-up** [1] - 789:25
**flat** [1] - 852:1, 852:6, 852:7
**flew** [3] - 686:6, 712:7, 777:1
**flight** [14] - 708:13, 708:22, 708:25, 709:8, 709:15, 709:16, 709:20, 752:16, 754:24, 755:2, 755:15, 788:1, 835:1, 835:3
**flip** [1] - 883:10
**Flips** [1] - 869:17
**Floor** [1] - 668:18
**Florida** [21] - 695:9, 708:22, 709:21, 733:13, 737:15, 737:20, 739:21, 767:18, 771:25, 777:1, 778:4, 779:8, 787:21, 787:23, 796:19, 798:15, 814:10, 833:2, 845:11, 852:10, 882:14
**fly** [2] - 682:2, 709:14
**flying** [1] - 709:2
**focus** [8] - 698:14, 713:23, 734:16, 749:20, 847:1, 847:22, 848:4, 863:14
**focused** [1] - 778:25
**focusing** [2] - 854:7, 864:25
**focussing** [1] - 700:9
**follow** [3] - 689:11, 746:20, 805:17
**followed** [7] - 729:5, 739:20, 864:1, 864:3, 871:25, 872:5, 872:6
**following** [14] - 703:7, 731:7, 743:6, 748:3, 788:13, 807:7, 810:14, 827:8, 869:21, 872:16, 879:7, 880:1, 881:5
**follows** [2] - 670:18, 745:3
**font** [1] - 817:3
**food** [1] - 795:12
**FOR** [1] - 667:1
**forced** [4] - 724:6, 724:8, 756:13, 889:20
**forcefully** [1] - 891:4
**Forge** [3] - 742:4, 742:20, 742:21
**forgive** [2] - 681:17, 849:15
**form** [1] - 846:18
**former** [1] - 892:25
**Fort** [1] - 754:21
**forward** [2] - 762:3, 765:3
**foul** [1] - 838:25
**four** [10] - 671:3, 772:24, 779:12, 806:14, 843:3, 850:5, 850:11, 850:14, 863:15, 868:9
**fourth** [2] - 671:25, 681:5
**frankly** [1] - 690:15
**free** [4] - 731:8, 820:17, 829:22, 898:7
**Fresh** [2] - 842:19, 842:22
**friend** [34] - 694:9, 719:2, 720:18, 724:6, 724:8, 738:7, 738:8, 738:10, 738:12, 744:15, 756:21, 779:19, 779:21, 780:7, 780:9, 780:16, 780:18, 780:19, 786:6, 786:13, 786:14, 791:4, 792:17,

798:11, 801:1, 802:11, 820:21, 829:25, 843:1, 853:11, 863:9, 882:13
**friend's** [1] - 697:1
**friends** [11] - 687:18, 695:25, 696:17, 724:15, 738:3, 739:22, 780:3, 793:2, 797:2, 798:13, 873:17
**front** [32] - 674:16, 699:3, 741:5, 744:23, 747:18, 748:11, 754:4, 765:21, 767:7, 772:6, 776:18, 780:13, 784:16, 785:8, 791:14, 802:22, 803:24, 818:23, 819:25, 821:20, 821:23, 824:2, 824:3, 824:8, 826:3, 827:10, 828:17, 840:1, 848:23, 850:6, 873:5, 890:17
**frustrated** [1] - 841:12
**Ft** [1] - 741:18
**fuck** [1] - 760:11
**full** [3] - 706:12, 848:25, 850:12
**fun** [9] - 711:17, 718:7, 728:23, 729:6, 729:16, 733:6, 772:23, 776:9, 854:14

## G

**G-3** [7] - 765:8, 765:13, 767:7, 767:23, 768:3, 768:16, 902:15
**gathered** [2] - 889:5, 889:25
**gathering** [1] - 887:16
**generally** [1] - 874:21
**gentleman** [1] - 856:10
**gentlemen** [7] - 670:11, 688:10, 707:6, 761:14, 804:22, 813:3, 887:25
**gig** [2] - 767:21, 768:18
**GILBERT** [266] - 669:8, 672:12, 674:7, 674:25, 675:3, 675:9, 676:5, 676:23, 679:4, 680:17, 682:23, 686:24, 688:7, 690:6, 690:11, 692:8, 698:13, 698:19, 698:24, 699:2, 699:7, 699:21, 702:5, 702:10, 705:15, 706:5, 706:9, 707:2, 708:6, 708:8, 708:10, 708:16, 708:25, 709:16, 710:6, 712:13, 713:22, 717:5, 717:11, 717:24, 718:4, 719:6, 719:23, 720:2, 720:5, 722:3, 722:14, 722:17, 723:19, 726:24, 727:7, 727:16, 727:20, 730:1, 731:4, 731:23, 732:12, 732:16, 732:23, 733:2, 733:25, 734:11, 734:15, 734:22, 735:10, 736:7, 736:13, 736:16, 736:20, 736:22, 739:25, 740:7, 740:12, 741:3, 741:10, 742:2, 742:8, 742:16, 743:17, 743:21, 744:1, 744:18, 744:21, 745:10, 746:19, 746:22, 746:25, 747:14, 747:21, 748:7, 748:16, 748:23, 749:21, 750:2, 750:9, 751:16, 751:18, 751:23, 752:3, 752:7, 752:20, 752:24, 753:6, 753:14, 754:2, 754:9, 756:2, 760:1, 760:6, 761:5, 761:7, 761:11, 761:23, 762:3, 763:10, 763:13, 764:6, 764:9, 764:12, 765:1, 765:3, 765:4, 765:8, 765:13, 765:17, 765:20, 765:25, 766:3, 767:9, 767:23, 768:3, 768:5, 768:15, 768:17, 769:7,

772:12, 772:17, 773:9, 773:10, 773:14, 773:22, 773:24, 774:2, 774:15, 774:17, 774:23, 775:3, 775:7, 775:9, 775:23, 775:24, 776:3, 776:7, 776:15, 777:5, 777:7, 777:13, 777:16, 777:19, 778:9, 778:11, 778:15, 778:17, 778:22, 778:25, 779:6, 780:10, 780:12, 780:24, 781:1, 781:4, 781:7, 781:11, 781:15, 782:21, 782:25, 783:1, 783:16, 784:3, 784:9, 784:11, 785:16, 785:25, 786:9, 789:9, 789:15, 789:18, 789:22, 790:7, 790:8, 793:21, 793:23, 795:3, 795:10, 795:23, 796:1, 796:5, 796:9, 796:13, 797:5, 797:24, 797:25, 798:3, 798:9, 798:25, 799:5, 799:17, 799:22, 800:2, 800:8, 801:13, 802:19, 802:21, 802:25, 803:5, 804:13, 804:18, 805:16, 805:19, 806:8, 806:18, 811:9, 811:13, 811:16, 813:5, 813:15, 813:21, 814:23, 815:3, 816:14, 817:1, 817:7, 818:7, 818:21, 819:1, 819:23, 820:4, 820:7, 820:11, 821:12, 821:18, 822:1, 822:3, 822:6, 822:16, 822:19, 822:21, 822:23, 823:6, 823:24, 824:10, 824:12, 824:15, 824:24, 825:9, 825:12, 825:14, 825:20, 826:8, 826:11, 827:18, 827:22, 828:15, 828:21, 829:5, 900:6
**Gilbert** [14] - 689:16, 707:4, 751:15, 761:4, 761:17, 763:9, 775:6, 783:25, 801:10, 804:16, 805:10, 821:24, 827:12, 872:23
**girl** [4] - 751:21, 797:18, 854:14, 873:15
**girls** [9] - 678:11, 700:5, 701:8, 718:7, 718:8, 731:9, 774:3, 887:14
**girls'** [1] - 678:16
**given** [1] - 692:22
**glad** [1] - 857:25
**Glad** [1] - 735:23
**glanced** [1] - 888:17
**glasses** [1] - 680:22
**God** [4] - 851:20, 856:8, 865:17, 866:17
**gonna** [2] - 852:16, 852:17
**Google** [2] - 742:1, 775:16
**gorgeous** [1] - 873:12
**grab** [1] - 790:22
**granted** [1] - 821:13
**grasp** [1] - 894:5
**great** [7] - 728:6, 728:12, 729:12, 735:20, 769:18, 838:19, 885:21
**Great** [1] - 854:23
**greet** [1] - 711:9
**grounds** [1] - 883:18
**group** [2] - 678:20, 778:24
**GROVER** [7] - 669:4, 789:20, 809:25, 898:1, 898:6, 898:9, 898:12
**guarantee** [1] - 887:19
**guess** [3] - 799:21, 800:14, 803:6
**guessing** [2] - 847:10, 876:11

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 250 of 265 PageID #: 22306

All Word // Moore, et al. V. Rubin, et al.                    12

**guilty** [1] - 870:19
**guy** [5] - 680:6, 682:2, 844:4, 880:3, 887:10
**guys** [6] - 687:21, 687:23, 747:4, 767:11, 767:22, 768:19
**gym** [3] - 742:23, 743:12, 743:14

## H

**H-3** [43] - 772:4, 772:12, 772:15, 773:15, 773:20, 778:15, 778:22, 779:4, 780:21, 782:22, 784:19, 789:10, 789:15, 789:23, 794:25, 795:3, 795:7, 796:3, 797:23, 798:3, 798:6, 798:21, 799:3, 799:16, 799:25, 800:6, 801:9, 802:20, 803:3, 803:23, 804:5, 902:17, 902:19, 903:4, 903:6, 903:8, 903:10, 903:12, 903:14, 903:16, 903:18, 903:20, 903:22
**H3** [52] - 734:1, 734:3, 734:11, 734:23, 736:7, 736:16, 742:2, 742:8, 742:14, 744:18, 744:20, 744:21, 744:22, 745:8, 745:10, 747:10, 747:8, 748:17, 748:21, 750:3, 750:16, 751:24, 752:10, 753:3, 811:1, 813:24, 816:1, 816:4, 816:9, 816:14, 818:21, 819:1, 819:24, 820:4, 820:9, 821:19, 822:3, 823:4, 824:22, 825:18, 901:16, 901:22, 902:3, 902:5, 902:7, 902:9, 902:11, 903:24, 904:8, 904:10, 904:12, 904:14
**H3-1** [1] - 682:22
**H31** [2] - 682:25, 900:23
**H3A** [3] - 672:11, 674:9, 900:17
**hair** [1] - 794:1
**Hair** [1] - 869:17
**half** [1] - 832:3
**HAMPTON** [1] - 669:6
**hand** [3] - 762:16, 856:15, 883:3
**handed** [1] - 885:17
**handle** [2] - 790:22, 887:7
**hands** [1] - 762:15
**handwriting** [3] - 714:2, 733:16, 733:20
**hang** [4] - 856:9, 884:4, 885:2
**happy** [3] - 734:14, 734:17, 758:9
**harassing** [1] - 886:8
**harassment** [1] - 870:9
**hard** [6] - 784:18, 809:25, 826:13, 829:9, 877:1, 894:5
**hardly** [1] - 743:16
**harmless** [1] - 806:1
**hash** [2] - 704:2, 704:3
**hashtags** [1] - 775:17
**HASSEN** [2] - 668:4, 668:17
**hate** [2] - 867:21, 868:12
**hated** [1] - 868:10
**hazardous** [1] - 714:19
**HDMI** [1] - 765:10
**heading** [2] - 742:23, 777:25
**hear** [10] - 692:11, 692:13, 732:7,

754:13, 757:15, 763:14, 808:4, 845:2, 885:11, 897:7
**heard** [9] - 684:15, 697:11, 701:24, 702:3, 814:2, 814:6, 822:11, 878:18, 890:23
**hearing** [3] - 879:5, 880:2, 893:11
**hearsay** [4] - 858:23, 883:18, 883:24, 884:2
**heart** [6] - 733:7, 733:8, 755:3, 855:13, 855:21
**Heather** [10] - 679:11, 679:14, 679:15, 679:17, 801:21, 801:22, 801:24, 802:6, 802:7
**heck** [1] - 896:7
**held** [3] - 689:1, 859:3, 879:5
**hello** [1] - 813:7
**help** [13] - 694:19, 747:6, 747:7, 790:23, 793:3, 837:14, 841:24, 853:22, 857:25, 858:1, 875:3, 876:18, 888:20
**helping** [2] - 875:24, 876:2
**Herbie** [2] - 842:19, 842:22
**herself** [2] - 739:4, 849:12
**hesitation** [1] - 706:24
**hi** [4] - 854:8, 873:11, 873:13, 875:1
**Hi** [2] - 754:13, 755:1, 850:5
**hide** [3] - 860:12, 860:18, 890:10
**higher** [1] - 763:17
**highlight** [1] - 674:15
**highlighted** [2] - 811:24, 849:8
**himself** [2] - 758:18, 889:15
**hire** [2] - 684:13, 890:21
**hired** [1] - 850:23
**hit** [1] - 793:8
**hitting** [1] - 793:25
**Hogrefe** [14] - 679:14, 679:15, 679:17, 679:24, 680:8, 689:23, 689:24, 801:21, 801:22, 801:24, 814:21, 814:25, 815:8, 816:19
**hold** [1] - 878:3
**hole** [1] - 838:22
**holes** [1] - 788:24
**home** [6] - 767:11, 767:15, 767:18, 771:24, 852:10, 887:25
**honestly** [1] - 842:1
**Honor** [131] - 670:15, 671:2, 673:12, 673:18, 674:6, 674:25, 675:13, 676:16, 677:13, 678:2, 680:15, 682:21, 683:24, 685:15, 686:17, 688:11, 688:12, 689:15, 692:2, 698:22, 708:19, 727:17, 732:6, 732:20, 734:13, 736:10, 736:19, 740:8, 742:9, 743:22, 745:6, 748:19, 750:10, 750:14, 751:18, 760:8, 761:7, 761:23, 762:12, 762:24, 763:10, 768:8, 768:12, 772:13, 773:18, 777:21, 779:2, 781:14, 783:22, 784:3, 789:19, 796:12, 804:18, 805:6, 805:19, 806:2, 806:21, 807:3, 808:5, 808:20, 809:2, 809:11, 809:24, 809:25, 810:4, 811:25, 812:9, 812:11,

820:6, 822:1, 822:8, 822:25, 823:3, 824:21, 825:16, 826:18, 829:7, 829:8, 837:22, 840:8, 844:17, 844:23, 846:21, 849:16, 849:24, 854:10, 856:23, 856:24, 857:2, 859:1, 860:2, 860:23, 861:5, 862:23, 863:4, 869:5, 871:9, 874:7, 879:3, 880:9, 880:19, 880:21, 881:1, 883:3, 883:17, 884:3, 884:5, 884:12, 884:25, 885:4, 885:12, 885:23, 888:12, 888:22, 890:2, 890:17, 891:1, 891:3, 891:20, 891:25, 892:17, 892:22, 895:1, 895:5, 896:18, 897:8, 897:11, 898:1, 898:3, 898:12, 899:4
**Honor's** [3] - 676:6, 690:14, 811:7
**HONORABLE** [1] - 668:13
**Honorable** [2] - 670:4, 670:6
**hope** [1] - 804:9
**hopefully** [3] - 733:4, 851:9, 888:5
**HOPPER** [2] - 668:3, 668:17
**horns** [3] - 710:20, 711:20, 814:2
**horrible** [3] - 865:17, 865:19, 866:17
**hospital** [5] - 724:25, 793:7, 838:9, 838:12, 838:14
**hot** [2] - 733:6, 776:9
**Hotel** [1] - 818:13
**hotel** [17] - 709:12, 709:23, 760:11, 760:17, 761:1, 764:1, 818:13, 818:15, 818:18, 818:24, 819:9, 819:14, 819:17, 821:2, 821:4, 821:7, 856:6
**hour** [7] - 682:3, 729:15, 761:5, 761:6, 761:21, 804:21, 806:20
**house** [2] - 882:12, 882:13
**Howard** [26] - 668:22, 669:7, 682:5, 683:13, 684:23, 685:12, 685:20, 687:8, 793:19, 840:20, 845:25, 854:5, 855:15, 857:18, 860:12, 860:15, 860:18, 864:16, 872:24, 880:6, 882:17, 886:11, 887:21, 889:1, 890:21, 894:6
**HOWARD** [1] - 668:9
**Howie** [18] - 672:18, 674:14, 733:5, 764:20, 766:21, 776:8, 783:10, 846:2, 852:16, 852:21, 854:8, 855:19, 855:20, 876:2, 887:11, 891:18, 892:6, 892:9
**Howie's** [4] - 705:25, 831:8, 841:4, 867:2
**huge** [1] - 818:17
**hum** [3] - 738:11, 741:25, 808:9
**human** [2] - 890:10, 890:12
**hundred** [1] - 885:10
**hungry** [1] - 740:25
**hunn** [2] - 768:22, 778:1
**hurt** [8] - 673:20, 674:23, 696:19, 737:13, 778:8, 793:20, 810:13, 827:4

## I

**I6** [4] - 814:24, 815:3, 815:6, 904:4

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 251 of 265 PageID #: 22637

All Word // Moore, et al. V. Rubin, et al.

13

**I6A** [3] - 679:2, 679:6, 900:19
**iceberg** [1] - 890:15
**idea** [4] - 697:24, 698:6, 775:12, 791:11
**image** [2] - 751:5, 844:20
**imagine** [1] - 806:15
**immediate** [1] - 851:21
**immediately** [3] - 693:23, 792:12, 808:12
**IMP-18** [1] - 780:11
**implemented** [1] - 675:10
**important** [6] - 715:21, 794:12, 811:4, 851:13, 854:15, 887:16
**incident** [4] - 676:16, 759:5, 771:23, 793:7
**include** [2] - 895:1, 897:4
**included** [3] - 738:18, 884:21, 894:23
**including** [4] - 706:21, 714:18, 797:1, 805:19
**inconsistent** [1] - 863:1
**incorrect** [2] - 821:1, 860:24
**indication** [1] - 709:11
**info** [4] - 755:2, 893:17, 893:23, 894:2
**information** [16] - 686:9, 686:21, 687:5, 706:21, 706:25, 709:20, 754:24, 847:24, 866:7, 866:14, 886:11, 887:9, 887:17, 887:19, 887:20, 889:1
**informed** [1] - 790:12
**informing** [1] - 845:10
**initiated** [1] - 755:16
**injured** [1] - 676:19
**injuries** [4] - 676:6, 676:14, 689:19, 811:17
**injuring** [1] - 676:23
**inner** [1] - 788:23
**insane** [5] - 776:8, 841:7, 865:18, 866:18, 867:9
**insanely** [1] - 733:5
**insertion** [1] - 688:9
**inside** [1] - 758:2
**insisting** [2] - 848:8, 848:11
**Instagram** [23] - 697:13, 697:24, 702:8, 702:21, 703:12, 703:17, 703:21, 704:4, 704:5, 704:10, 704:16, 704:24, 705:2, 705:11, 729:22, 730:10, 731:12, 731:15, 741:25, 842:18, 842:21, 887:5, 887:6
**instead** [3] - 693:8, 694:12, 694:22
**instructions** [2] - 833:3, 833:6
**intend** [2] - 849:1, 895:14
**intended** [1] - 690:4
**intending** [1] - 896:9
**intention** [1] - 709:23
**interacting** [1] - 840:22
**interaction** [1] - 725:23
**interested** [2] - 860:3, 864:5
**interfere** [2] - 871:3, 871:6
**interrupt** [1] - 738:6
**intoxicated** [1] - 718:20
**introduce** [11] - 758:18, 786:1, 786:18, 809:3, 810:4, 810:13, 862:21, 873:6, 874:6, 895:14, 896:3
**introduced** [7] - 786:1, 805:13, 810:25, 811:1, 811:2, 853:11, 889:12
**introducing** [1] - 894:8
**Inverted** [1] - 681:7
**involve** [3] - 782:3, 782:17, 802:5
**involved** [1] - 785:21
**ISAACS** [3] - 668:25, 762:24, 763:2
**issue** [2] - 688:12, 690:22, 808:19
**issues** [4] - 676:19, 788:19, 809:19, 829:10
**item** [1] - 780:10
**itinerary** [1] - 709:1

## J

**J3** [4] - 708:6, 708:16, 708:21, 901:6
**J6** [7] - 680:16, 680:19, 817:2, 817:7, 817:10, 900:21, 904:6
**James** [1] - 801:4
**jealous** [2] - 882:19, 882:20
**jeans** [1] - 719:21
**Jeffrey** [1] - 685:20
**Jen** [12] - 752:16, 838:17, 838:23, 841:8, 841:23, 842:1, 844:10, 850:5, 851:23, 853:23, 855:12, 855:21
**Jenn** [6] - 760:11, 777:25, 875:10, 875:24, 876:2, 886:2
**Jenna** [11] - 680:25, 681:1, 681:19, 682:1, 682:11, 682:15, 800:21, 800:24, 816:22, 816:23
**JENNIFER** [1] - 668:9
**Jennifer** [69] - 669:2, 669:9, 685:12, 685:20, 687:9, 705:19, 705:25, 713:18, 755:1, 755:14, 791:7, 791:9, 791:10, 791:14, 791:24, 829:20, 830:1, 830:8, 830:10, 830:20, 830:21, 831:5, 831:7, 831:11, 831:14, 831:18, 832:9, 832:12, 832:18, 835:8, 835:12, 836:7, 836:17, 836:19, 837:3, 837:5, 837:19, 840:3, 840:25, 843:16, 844:13, 845:14, 845:17, 845:22, 847:25, 849:13, 857:22, 857:24, 860:12, 860:17, 860:25, 861:1, 861:2, 862:19, 863:12, 865:6, 866:23, 869:2, 874:3, 877:3, 883:12, 883:13, 885:16, 891:18, 892:5, 892:9, 893:22, 894:6
**Jennifer's** [1] - 891:23
**JenniferThun.CSR@Gmail.com** [1] - 669:10
**Jeremy** [13] - 684:16, 686:1, 686:4, 686:9, 686:11, 850:19, 850:23, 852:2, 875:10, 877:13, 880:6, 889:4, 893:20
**Jesus** [1] - 838:24
**job** [2] - 756:8, 769:2
**John** [2] - 676:25, 834:12
**JOHN** [1] - 668:19
**join** [1] - 759:17
**joke** [1] - 865:19

**JOLENE** [1] - 669:4
**Jolene** [1] - 829:19
**JPDX-231** [2] - 862:17, 863:6, 905:10
**JUDGE** [1] - 668:13
**Judge** [10] - 762:3, 762:5, 762:9, 763:12, 775:7, 807:4, 815:4, 827:11, 896:4, 899:5
**July** [11] - 681:21, 805:20, 816:21, 817:20, 818:2, 819:9, 819:14, 819:17, 874:3, 874:22, 876:5
**jumped** [1] - 731:10
**JUROR** [1] - 856:13
**juror** [5] - 762:14, 763:1, 808:11, 808:13, 808:15, 808:22
**Juror** [2] - 762:15, 763:4
**jurors** [2] - 762:20, 812:14
**jury** [44] - 670:8, 670:9, 676:3, 678:1, 685:23, 687:3, 689:20, 692:1, 695:1, 696:25, 701:15, 701:20, 706:9, 708:1, 708:2, 720:8, 727:20, 731:5, 733:4, 735:10, 745:10, 748:23, 750:18, 753:6, 753:24, 766:1, 773:24, 781:7, 808:2, 809:1, 811:3, 811:4, 812:10, 823:6, 824:25, 837:5, 851:9, 856:12, 857:5, 879:5, 880:2, 882:1, 885:23, 896:7
**JURY** [1] - 668:12
**Jury** [9] - 707:8, 708:4, 761:16, 763:7, 804:25, 813:1, 856:18, 857:6, 888:8

## K

**K6** [10] - 826:2, 826:8, 826:23, 827:13, 828:15, 828:21, 828:24, 904:16, 904:18, 904:22
**Kali** [2] - 801:3, 801:4
**Kalianne** [1] - 800:22
**Kat** [1] - 873:17
**KATHERINE** [1] - 668:25
**Katrina** [13] - 676:19, 688:6, 689:18, 737:23, 740:21, 742:20, 744:7, 744:13, 749:1, 756:20, 756:22, 758:4, 759:3
**keep** [6] - 681:23, 682:7, 747:22, 763:17, 844:4, 855:8, 867:2, 868:7, 876:17
**keeping** [1] - 839:2
**Kenzi** [1] - 786:2
**key** [1] - 870:17
**kind** [6] - 713:1, 725:23, 788:16, 789:1, 815:11, 838:23
**kinds** [2] - 683:5, 729:2
**kiss** [4] - 727:2, 735:24, 745:23, 753:10
**kissing** [1] - 749:6
**kitty** [2] - 775:13, 775:15
**knowing** [1] - 805:13
**knowledge** [2] - 723:3, 758:13
**known** [1] - 792:19
**knows** [4] - 689:21, 823:8, 823:12, 888:23

All Word // Moore, et al. V. Rubin, et al.                    14

## L

**ladies** [10] - 670:11, 688:9, 699:23,
707:6, 727:1, 761:14, 804:21, 813:2,
887:15, 887:25
**Ladies** [3] - 711:8, 856:9, 886:15
**laid** [1] - 792:13
**land** [2] - 708:23, 709:3
**landed** [4] - 709:6, 712:10, 712:14,
712:19
**language** [1] - 838:25
**lapel** [1] - 821:24
**large** [1] - 733:3
**larger** [1] - 750:12
**last** [25] - 680:3, 688:9, 728:22, 728:23,
757:9, 764:23, 769:13, 769:16,
769:20, 770:1, 779:8, 796:22, 810:17,
815:15, 850:8, 857:15, 860:3, 863:15,
870:5, 875:22, 884:12, 890:16, 895:1
**Last** [1] - 728:19
**late** [1] - 772:1
**Lauderdale** [5] - 740:15, 740:16,
740:23, 741:18, 754:22
**laugh** [3] - 737:5, 737:9, 817:15
**Lavigne** [2] - 829:19, 895:3
**LAVIGNE** [147] - 669:4, 676:25, 677:12,
677:15, 688:8, 689:4, 689:7, 689:10,
689:14, 762:12, 808:5, 808:8, 808:10,
822:5, 829:7, 829:13, 829:16, 830:12,
830:25, 831:24, 832:24, 833:21,
834:11, 836:2, 837:16, 837:21,
839:13, 839:16, 840:5, 840:7, 840:11,
840:13, 842:8, 842:11, 843:9, 844:7,
844:15, 844:18, 846:21, 848:4,
848:17, 848:24, 849:4, 849:6, 849:9,
850:1, 850:7, 850:17, 851:7, 853:14,
854:2, 854:10, 856:1, 856:21, 856:23,
857:9, 857:11, 857:14, 858:14,
858:21, 859:1, 860:2, 860:7, 860:10,
860:22, 861:5, 862:2, 862:16, 862:21,
863:4, 865:1, 865:5, 865:5, 866:3, 868:1,
868:7, 868:24, 869:4, 869:8, 869:10,
870:2, 871:16, 871:21, 871:22,
872:19, 872:22, 873:6, 873:10,
873:24, 874:1, 874:6, 874:10, 874:12,
875:6, 875:8, 875:23, 876:1, 878:1,
878:3, 878:5, 878:24, 878:25, 879:3,
880:4, 880:18, 881:2, 882:3, 883:1,
883:8, 883:9, 883:15, 883:19, 883:22,
884:1, 884:9, 884:16, 884:19, 885:1,
885:4, 885:7, 885:12, 885:14, 885:22,
885:25, 886:1, 886:19, 886:24,
886:25, 888:21, 890:25, 891:16,
891:22, 891:24, 892:5, 893:4, 893:13,
893:16, 894:4, 894:11, 895:4, 895:8,
895:10, 895:12, 896:8, 896:18, 897:1,
897:8, 900:7
**Lavigne-Albert** [2] - 829:19, 895:3
**LAVIGNE-ALBERT** [147] - 669:4,
676:25, 677:12, 677:15, 688:8, 689:4,

689:7, 689:10, 689:14, 762:12, 808:5,
808:8, 808:10, 822:5, 829:7, 829:13,
829:16, 830:12, 830:25, 831:24,
832:24, 833:21, 834:11, 836:2,
837:16, 837:21, 839:13, 839:16,
840:5, 840:7, 840:11, 840:13, 842:8,
842:11, 843:9, 844:7, 844:15, 844:18,
846:21, 848:4, 848:17, 848:24, 849:4,
849:6, 849:9, 850:1, 850:7, 850:17,
851:7, 853:14, 854:2, 854:10, 856:1,
856:21, 856:23, 857:9, 857:11,
857:14, 858:14, 858:21, 859:1, 860:2,
860:7, 860:10, 860:22, 861:5, 862:2,
862:16, 862:21, 863:4, 865:1, 865:5,
866:3, 868:1, 868:7, 868:24, 869:4,
869:8, 869:10, 870:2, 871:16, 871:21,
871:22, 872:19, 872:22, 873:6,
873:10, 873:24, 874:1, 874:6, 874:10,
874:12, 875:6, 875:8, 875:23, 876:1,
878:1, 878:3, 878:5, 878:24, 878:25,
879:3, 880:4, 880:18, 881:2, 882:3,
883:1, 883:8, 883:9, 883:15, 883:19,
883:22, 884:1, 884:9, 884:16, 884:19,
885:1, 885:4, 885:7, 885:12, 885:14,
885:22, 885:25, 886:1, 886:19,
886:24, 886:25, 888:21, 890:25,
891:16, 891:22, 891:24, 892:5, 893:4,
893:13, 893:16, 894:4, 894:11, 895:4,
895:8, 895:10, 895:12, 896:8, 896:18,
897:1, 897:8, 900:7
**law** [1] - 687:10
**lawsuit** [6] - 687:13, 687:15, 687:16,
687:20, 688:2, 715:18
**lawyer** [43] - 684:13, 684:17, 684:20,
684:22, 685:20, 693:2, 698:11,
736:25, 737:16, 808:7, 808:8, 845:19,
845:23, 846:2, 846:14, 846:17,
846:24, 847:3, 849:15, 851:25,
852:18, 853:17, 853:19, 856:5,
857:19, 860:13, 870:11, 870:24,
871:7, 874:14, 875:10, 875:15,
875:18, 875:20, 876:19, 877:2, 877:7,
889:9, 889:21, 889:25, 890:22, 891:2,
891:6
**lawyer's** [1] - 684:15
**lawyers** [3] - 874:16, 876:25, 887:24
**leaning** [3] - 673:5, 736:3, 737:9
**learn** [1] - 882:16
**learned** [2] - 813:9, 895:13
**least** [4] - 694:9, 749:4, 761:5, 862:24
**leave** [12] - 708:22, 720:24, 722:6,
722:9, 764:3, 764:14, 766:17, 775:20,
805:4, 888:11, 898:2, 898:7
**leaving** [6] - 766:5, 775:22, 898:23,
898:25, 899:1
**left** [28] - 681:5, 693:18, 693:23, 693:24,
732:4, 733:12, 733:15, 733:17, 759:1,
759:2, 759:3, 759:4, 759:7, 762:17,
770:17, 770:20, 770:21, 770:23,
771:1, 771:23, 775:25, 776:11,

808:12, 808:13, 823:20, 835:12,
835:13, 875:1
**legal** [3] - 706:12, 847:8, 847:13
**length** [1] - 889:3
**less** [1] - 787:8
**letter** [1] - 783:21
**LI** [1] - 669:5
**LIE** [1] - 843:3
**lie** [6] - 843:22, 845:22, 878:13, 878:14,
889:7, 892:19
**lies** [5] - 861:2, 861:3, 866:24, 867:3,
867:8
**life** [5] - 693:17, 694:24, 695:13, 697:19,
704:1
**limine** [3] - 675:3, 811:7, 890:2
**limit** [1] - 806:16
**Limit** [1] - 886:15
**limits** [2] - 703:8, 703:14
**Limits** [1] - 887:7
**line** [72] - 674:18, 674:20, 674:23, 680:1,
682:1, 682:8, 682:9, 682:11, 711:16,
712:12, 722:12, 734:13, 734:14,
736:9, 736:18, 765:12, 778:23,
781:10, 781:11, 781:13, 783:12,
783:13, 783:16, 784:1, 789:7, 789:16,
794:25, 795:7, 795:22, 796:3, 802:20,
802:25, 803:3, 810:7, 810:8, 810:13,
812:13, 813:14, 813:21, 813:24,
816:2, 816:4, 816:9, 816:10, 816:15,
816:17, 820:9, 822:9, 822:17, 822:18,
822:19, 824:22, 825:9, 825:10,
825:18, 827:22, 828:16, 828:24,
830:13, 831:24, 831:25, 903:8,
903:10, 903:20, 903:24, 904:8,
904:12, 904:14, 904:22
**lined** [1] - 812:16
**lines** [32] - 716:7, 722:14, 723:20,
734:16, 734:17, 736:10, 745:11,
768:11, 778:24, 789:6, 797:23, 798:6,
798:21, 799:3, 799:16, 799:25, 800:6,
809:20, 810:14, 811:2, 818:21,
822:14, 827:8, 827:19, 828:1, 832:24,
903:12, 903:14, 903:16, 903:18,
904:20
**lingerie** [8] - 713:2, 719:19, 720:11,
832:13, 832:17, 833:8, 833:9, 833:12
**lingo** [1] - 877:2
**lining** [1] - 788:23
**link** [3] - 775:18, 865:2, 865:7
**liquor** [2] - 741:21, 741:24
**list** [1] - 894:25
**listed** [1] - 679:11
**listen** [2] - 715:22, 791:22
**Literally** [1] - 840:14
**literally** [1] - 789:25
**lived** [5] - 694:7, 694:9, 792:22, 882:13,
888:23
**living** [1] - 725:15
**LLP** [3] - 668:21, 669:1, 669:6
**LOL** [13] - 673:4, 679:19, 679:24, 680:5,

Case 1:17-cv-06404-BMC-CLP   Document 450   Filed 08/12/24   Page 253 of 265 PageID #: 22269

All Word // Moore, et al. V. Rubin, et al.                    15

680:6, 682:12, 682:14, 729:9, 795:19, 828:10, 841:10, 844:3, 864:24
**long-standing** [1] - 788:6
**look** [52] - 689:12, 699:21, 700:4, 701:4, 705:17, 710:6, 710:23, 711:7, 711:22, 712:9, 712:16, 713:22, 726:24, 727:6, 734:1, 741:1, 747:9, 748:7, 750:2, 752:19, 754:2, 759:15, 759:23, 760:21, 768:8, 769:4, 772:4, 775:10, 780:21, 782:20, 784:19, 789:10, 794:25, 797:23, 798:21, 800:19, 801:9, 816:1, 834:9, 848:25, 849:2, 857:15, 867:17, 869:10, 870:5, 874:20, 875:1, 875:21, 886:19, 894:18, 898:7
**looked** [5] - 744:24, 784:5, 830:23, 855:18, 876:12
**looking** [21] - 698:18, 705:22, 735:4, 764:8, 772:9, 773:25, 776:13, 811:19, 812:4, 815:16, 816:3, 826:17, 839:6, 846:10, 847:14, 857:12, 857:17, 857:21, 866:4, 874:20, 887:9
**looks** [13] - 711:2, 711:3, 733:20, 735:15, 751:3, 755:8, 755:14, 756:20, 776:2, 843:18, 846:25, 847:5, 864:6
**lose** [1] - 686:15
**loud** [3] - 737:6, 737:9, 817:16
**love** [13] - 701:8, 703:7, 733:6, 735:23, 772:24, 776:23, 838:16, 855:12, 855:19, 857:23, 864:23, 875:23, 876:2
**Love** [1] - 703:14
**loved** [2] - 839:9, 876:6
**lunch** [7] - 744:14, 744:16, 804:19, 806:4, 806:19, 807:5, 813:2
**Lynee** [2] - 679:12, 679:15
**Lynne** [4] - 679:14, 679:17, 801:21, 801:24
**lyric** [4] - 741:23, 741:24, 742:1
**LYTELL** [4] - 668:3, 668:16, 670:16, 900:4
**Lytell** [125] - 677:7, 689:17, 691:3, 692:9, 692:15, 696:16, 697:3, 697:5, 698:16, 701:15, 701:18, 701:20, 702:6, 702:8, 705:17, 706:10, 708:11, 711:24, 712:19, 715:16, 716:8, 722:21, 723:23, 724:17, 725:16, 726:6, 726:11, 731:25, 733:19, 735:13, 736:25, 737:15, 740:1, 740:11, 747:23, 748:23, 750:5, 751:14, 753:18, 754:19, 755:10, 756:7, 763:14, 763:16, 763:19, 765:5, 765:21, 766:4, 769:25, 773:2, 773:12, 773:23, 774:18, 775:21, 782:16, 783:4, 783:8, 785:20, 788:12, 789:11, 790:19, 791:4, 794:12, 794:23, 797:14, 805:20, 805:24, 811:1, 812:2, 813:6, 814:1, 815:7, 816:18, 817:11, 817:20, 819:7, 820:12, 821:14, 823:7, 826:1, 826:25, 829:17, 829:23, 831:3, 832:2, 833:22, 834:14, 837:18,

837:25, 839:18, 840:12, 844:11, 845:1, 846:22, 848:19, 850:4, 851:11, 854:4, 857:12, 857:17, 862:3, 862:19, 863:7, 865:6, 866:5, 869:1, 869:9, 871:23, 874:2, 874:13, 878:6, 879:1, 880:5, 882:4, 883:10, 885:15, 887:3, 888:11, 888:22, 889:2, 889:18, 889:19, 890:21, 891:17, 892:13
**Lytell's** [2] - 890:3, 890:8

# M

**M-22** [5] - 754:3, 754:4, 754:9, 754:12, 902:13
**M-2s** [1] - 777:18
**M-M2** [2] - 777:6, 777:13
**M2** [3] - 705:22, 777:6, 777:13
**M2-1** [4] - 706:5, 706:8, 830:25, 901:4
**M2-2** [3] - 777:19, 777:23, 902:25
**M2-3** [4] - 872:21, 873:6, 873:9, 905:14
**M21** [4] - 727:8, 727:16, 727:19, 901:12
**ma'am** [2] - 692:5, 817:3
**madhouse** [1] - 867:20
**Mag** [1] - 887:7
**mail** [3] - 669:10, 755:2, 850:19
**Mail** [4] - 869:14, 869:16, 871:24, 871:25
**mails** [1] - 853:17
**maintain** [1] - 884:2
**mama** [1] - 845:2
**man** [13] - 693:17, 696:22, 697:15, 697:19, 698:4, 700:16, 757:20, 757:22, 757:23, 758:2, 758:11, 758:13, 758:16
**man's** [1] - 694:23
**management** [1] - 870:10
**Manhattan** [1] - 862:6
**March** [6] - 668:7, 798:20, 814:9, 872:24, 873:2, 899:7
**mark** [2] - 745:17, 815:21
**marked** [18] - 679:6, 680:19, 682:25, 702:13, 706:8, 780:10, 813:24, 815:6, 817:10, 820:9, 823:4, 824:22, 825:18, 826:2, 826:23, 827:13, 828:1, 828:24
**Marshall** [2] - 800:22, 800:24
**mashed** [1] - 795:15
**mask** [1] - 883:7
**Matt** [1] - 677:1
**matter** [3] - 806:10, 860:4, 860:9
**matters** [2] - 860:10, 897:6
**MATTHEW** [1] - 668:20
**MAY** [1] - 668:24
**McDONALD** [2] - 782:24, 898:25
**MCDONALD** [3] - 668:23, 673:12, 685:15
**MDMA** [1] - 682:14
**mean** [24] - 671:15, 679:23, 687:23, 689:25, 700:15, 711:13, 719:5, 725:9, 738:5, 746:7, 746:11, 761:18, 774:7, 790:21, 790:24, 824:11, 824:15,

825:2, 828:16, 829:1, 880:22, 895:24, 897:17
**mean.** [1] - 746:14
**mean...** [1] - 711:2
**meaning** [2] - 892:16, 894:22
**means** [1] - 845:20
**meant** [8] - 689:23, 693:3, 701:21, 701:25, 702:4, 731:1, 731:7, 746:11
**meantime** [1] - 747:15
**media** [3] - 887:2, 887:6, 888:3
**meet** [22] - 686:8, 692:16, 696:3, 697:19, 699:5, 699:23, 700:24, 709:5, 711:9, 744:13, 744:15, 757:5, 774:12, 782:7, 782:16, 786:19, 787:9, 798:11, 815:8, 820:17, 823:12, 829:24
**meeting** [4] - 683:19, 690:4, 739:21, 798:20
**memory** [3] - 680:7, 784:17, 839:6
**mentally** [1] - 825:22
**mention** [3] - 685:9, 891:21, 897:21
**mentioned** [6] - 685:6, 843:5, 843:12, 862:11, 864:13, 891:19
**message** [53] - 678:15, 678:20, 678:21, 701:5, 717:20, 718:2, 718:13, 718:16, 718:19, 718:21, 726:25, 727:10, 727:13, 727:21, 734:24, 734:25, 735:4, 742:17, 748:13, 749:23, 750:22, 752:12, 753:8, 755:5, 755:8, 764:5, 780:22, 782:19, 783:7, 784:16, 810:12, 831:2, 831:4, 831:12, 831:13, 831:19, 832:9, 839:12, 840:12, 841:5, 841:21, 842:18, 842:21, 842:24, 843:14, 843:16, 846:22, 847:1, 847:21, 848:16, 855:4, 870:6, 871:15
**messaged** [1] - 855:4
**messages** [39] - 672:16, 699:4, 750:6, 784:17, 811:5, 837:19, 839:5, 840:2, 844:13, 846:10, 848:20, 849:12, 854:5, 860:24, 862:18, 862:22, 863:16, 864:25, 868:13, 869:1, 869:2, 874:2, 874:21, 876:12, 880:13, 883:11, 883:12, 884:17, 884:20, 885:16, 890:9, 894:4, 894:6, 894:11, 894:21, 894:23, 895:14, 896:9, 896:16
**messaging** [1] - 676:5
**met** [29] - 678:23, 679:16, 693:17, 694:24, 697:19, 697:22, 699:9, 703:1, 703:11, 704:1, 713:18, 717:3, 738:4, 738:5, 738:7, 746:15, 757:12, 757:13, 757:14, 757:16, 770:2, 800:25, 801:2, 801:4, 801:25, 802:1, 835:8, 837:3
**MIA** [4] - 668:3, 668:16, 670:16, 900:4
**Mia** [18] - 670:21, 676:15, 678:5, 705:23, 705:24, 706:11, 733:8, 733:22, 741:21, 750:21, 776:10, 776:23, 796:6, 796:14, 831:7, 851:1, 864:23, 890:21
**Miami** [16] - 742:5, 742:21, 798:18, 798:20, 799:7, 799:10, 799:14, 799:19, 799:21, 800:11, 814:10,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 254 of 265 PageID #: 22270

All Word // Moore, et al. V. Rubin, et al.                    16

843:3, 872:24, 873:16, 873:21
**mic** [2] - 686:15, 821:24
**MICHAEL** [1] - 669:8
**Michelle** [4] - 797:15, 797:17, 797:20, 798:12
**microphone** [1] - 763:11
**middle** [1] - 854:7
**midtown** [2] - 757:13, 757:16
**might** [13] - 670:23, 747:25, 784:15, 793:19, 802:9, 816:20, 853:22, 863:13, 874:25, 888:16, 892:15, 897:14, 898:17
**miles** [1] - 695:11
**million** [2] - 857:23, 891:9
**mind** [10] - 683:24, 690:4, 693:13, 698:7, 700:23, 811:6, 844:20, 860:17, 872:20, 888:4
**mine** [1] - 867:1
**MINHAS** [14] - 809:2, 809:6, 809:8, 810:4, 810:8, 810:12, 810:18, 810:20, 810:22, 810:25, 811:21, 811:24, 812:2, 812:9
**Minhas** [2] - 809:13, 809:15
**minute** [7] - 707:10, 752:15, 756:3, 805:3, 890:23, 894:9
**minutes** [23] - 707:7, 721:11, 722:7, 723:4, 728:7, 761:15, 762:4, 794:4, 804:17, 806:3, 806:16, 806:22, 812:13, 832:3, 833:15, 834:7, 835:4, 837:1, 839:4, 856:16, 856:22, 880:22
**mischaracterizes** [1] - 833:18
**miss** [1] - 800:11
**missed** [3] - 799:21, 800:14, 893:4
**misstates** [1] - 878:20
**ML** [1] - 723:19
**ML-48** [1] - 722:3
**MLJP** [2] - 830:12, 831:22
**MLJP-69** [1] - 878:1
**model** [2] - 679:16, 681:2, 800:25, 801:25
**Model** [1] - 869:18
**Modeling** [1] - 886:15
**modeling** [5] - 735:19, 779:24, 801:4, 882:9, 886:14
**models** [1] - 887:10
**moment** [9] - 708:17, 741:4, 743:22, 844:17, 849:2, 849:16, 857:17, 871:24, 895:5
**Monday** [4] - 852:16, 897:15, 899:2, 899:7
**money** [29] - 682:18, 696:14, 696:23, 696:24, 696:25, 753:21, 753:24, 755:11, 756:6, 756:8, 756:15, 764:19, 766:6, 766:17, 766:20, 767:2, 767:22, 768:19, 769:9, 774:14, 786:20, 786:21, 786:23, 795:18, 806:13, 841:14, 852:23
**month** [3] - 684:9, 684:25, 882:13
**months** [5] - 787:8, 787:11, 844:10, 878:16, 892:23

**MOORE** [2] - 668:3, 668:16
**Moore** [57] - 672:24, 683:16, 687:18, 688:3, 710:14, 714:21, 716:2, 717:9, 717:17, 719:2, 719:11, 720:10, 720:18, 720:21, 721:1, 721:6, 721:15, 721:17, 721:22, 721:25, 722:6, 722:8, 722:18, 723:3, 730:14, 738:19, 739:2, 744:6, 744:11, 802:11, 802:14, 803:12, 803:18, 805:20, 813:9, 814:6, 817:21, 818:2, 818:15, 819:8, 819:13, 819:16, 820:18, 820:21, 820:24, 821:2, 821:5, 821:7, 821:8, 829:25, 830:7, 830:16, 830:20, 832:12, 834:23, 836:22, 866:5
**Moore's** [1] - 835:1
**morning** [18] - 670:7, 670:11, 670:21, 677:21, 692:9, 692:10, 727:22, 728:10, 728:19, 729:19, 730:11, 731:18, 750:21, 761:13, 852:16, 865:7, 897:15, 899:3
**moron** [1] - 868:3
**most** [5] - 701:8, 711:16, 713:6, 761:25, 862:24
**mostly** [1] - 891:11
**motion** [3] - 675:3, 809:14, 811:7
**mouth** [3] - 702:16, 852:16, 852:20
**move** [34] - 672:10, 674:4, 678:6, 679:1, 680:15, 682:21, 688:8, 719:24, 746:19, 747:15, 749:22, 761:11, 762:3, 765:3, 778:9, 784:3, 793:21, 821:12, 837:21, 840:5, 844:15, 849:1, 850:1, 853:15, 854:1, 858:21, 862:21, 868:8, 869:4, 873:6, 874:6, 877:12, 883:15
**moved** [2] - 683:24, 890:2
**moving** [3] - 736:13, 747:22, 751:18
**MR** [511] - 670:15, 670:20, 670:25, 671:11, 671:19, 671:25, 672:6, 672:10, 672:12, 672:13, 673:12, 673:18, 674:4, 674:7, 674:25, 675:1, 675:3, 675:5, 675:9, 675:12, 676:5, 676:12, 676:18, 676:23, 677:5, 677:11, 677:19, 677:22, 677:25, 678:2, 678:4, 679:1, 679:4, 679:7, 680:13, 680:17, 680:20, 681:11, 681:16, 681:23, 682:7, 682:19, 682:23, 683:1, 683:21, 684:1, 685:15, 686:15, 686:17, 686:19, 686:24, 688:7, 688:11, 689:2, 689:13, 689:15, 690:6, 690:9, 690:11, 690:25, 692:2, 692:5, 692:8, 698:13, 698:19, 698:21, 698:24, 698:25, 699:2, 699:7, 699:21, 702:5, 702:10, 702:11, 705:15, 706:5, 706:6, 706:9, 707:2, 708:6, 708:7, 708:8, 708:10, 708:16, 708:17, 708:25, 709:16, 710:6, 712:12, 712:13, 712:18, 713:12, 713:22, 717:5, 717:11, 717:12, 717:24, 718:4, 719:6, 719:23, 719:25, 720:2, 720:5, 721:19, 722:3, 722:12, 722:14,

722:16, 722:17, 723:19, 723:21, 726:24, 727:7, 727:16, 727:17, 727:20, 730:1, 731:4, 731:23, 732:6, 732:12, 732:13, 732:16, 732:18, 732:20, 732:23, 733:2, 733:25, 734:11, 734:12, 734:15, 734:19, 734:22, 735:10, 736:7, 736:8, 736:13, 736:15, 736:16, 736:18, 736:20, 736:22, 739:25, 740:7, 740:8, 740:12, 741:2, 741:3, 741:10, 741:11, 741:13, 742:2, 742:8, 742:9, 742:13, 742:16, 743:17, 743:21, 743:22, 743:24, 744:1, 744:2, 744:18, 744:20, 744:21, 745:6, 745:10, 746:18, 746:19, 746:22, 746:23, 746:25, 747:12, 747:14, 747:21, 748:7, 748:16, 748:18, 748:23, 749:21, 750:2, 750:9, 750:10, 750:13, 751:16, 751:18, 751:23, 752:3, 752:7, 752:8, 752:20, 752:24, 753:1, 753:6, 753:12, 753:14, 754:2, 754:9, 754:10, 756:2, 756:9, 760:1, 760:6, 760:8, 761:5, 761:7, 761:11, 761:23, 762:3, 763:4, 763:10, 763:13, 764:6, 764:9, 764:12, 765:1, 765:3, 765:4, 765:8, 765:12, 765:13, 765:14, 765:17, 765:20, 765:25, 766:3, 767:9, 767:23, 767:24, 768:3, 768:4, 768:5, 768:6, 768:12, 768:15, 768:17, 769:7, 772:12, 772:13, 772:17, 773:9, 773:10, 773:14, 773:16, 773:22, 773:24, 774:2, 774:15, 774:17, 774:21, 774:23, 775:3, 775:4, 775:7, 775:9, 775:23, 775:24, 776:3, 776:4, 776:7, 776:15, 777:5, 777:7, 777:13, 777:14, 777:16, 777:17, 777:19, 777:20, 778:9, 778:11, 778:15, 778:17, 778:22, 778:23, 778:25, 779:2, 779:6, 780:10, 780:12, 780:24, 781:1, 781:4, 781:5, 781:7, 781:11, 781:13, 781:15, 782:21, 782:24, 782:25, 783:1, 783:16, 783:22, 784:3, 784:9, 784:11, 785:11, 785:16, 785:23, 785:25, 789:5, 789:6, 789:8, 789:9, 789:15, 789:16, 789:18, 789:19, 789:20, 789:22, 790:7, 790:8, 793:21, 793:23, 795:3, 795:5, 795:10, 795:23, 795:25, 796:1, 796:5, 796:8, 796:9, 796:11, 796:13, 797:3, 797:5, 797:24, 797:25, 798:3, 798:4, 798:9, 798:25, 799:1, 799:5, 799:17, 799:22, 799:23, 800:2, 800:3, 800:8, 801:13, 802:19, 802:21, 802:25, 803:1, 803:5, 804:2, 804:13, 804:18, 805:5, 805:8, 805:16, 805:19, 806:8, 806:18, 806:21, 807:3, 808:20, 809:2, 809:6, 809:8, 809:11, 809:15, 809:23, 809:25, 810:4, 810:8, 810:12, 810:18, 810:20, 810:22, 810:25, 811:9, 811:13, 811:16, 811:21, 811:24, 812:2, 812:9, 812:11, 813:5, 813:15, 813:21, 813:22, 814:23,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 255 of 265 PageID #: 22471

All Word // Moore, et al. V. Rubin, et al.

17

815:3, 815:4, 816:14, 816:15, 817:1,
817:7, 817:8, 818:4, 818:7, 818:21,
819:1, 819:2, 819:23, 820:4, 820:5,
820:7, 820:11, 821:12, 821:18, 822:1,
822:3, 822:6, 822:8, 822:16, 822:19,
822:21, 822:23, 822:24, 823:3, 823:6,
823:24, 824:10, 824:11, 824:12,
824:13, 824:15, 824:17, 824:21,
824:24, 825:9, 825:11, 825:12,
825:13, 825:14, 825:15, 825:20,
826:8, 826:11, 826:16, 826:21,
827:11, 827:18, 827:22, 827:23,
828:15, 828:21, 828:22, 829:5,
831:23, 832:23, 833:18, 837:22,
839:15, 840:6, 840:8, 843:7, 844:16,
844:19, 846:18, 848:22, 849:3, 849:5,
849:7, 849:10, 849:15, 849:18,
849:22, 853:9, 856:24, 857:2, 858:22,
861:6, 862:23, 866:9, 869:5, 871:5,
871:8, 873:7, 874:7, 878:20, 879:2,
880:8, 880:21, 880:25, 883:17,
883:21, 883:23, 884:2, 884:5, 884:11,
884:24, 888:11, 888:14, 892:13,
893:6, 893:24, 894:17, 894:25, 895:5,
895:7, 895:9, 895:11, 895:19, 896:11,
897:10, 897:19, 897:23, 898:1, 898:6,
898:9, 898:12, 898:25, 900:5, 900:6
**MS** [146] - 676:25, 677:12, 677:15,
688:8, 689:4, 689:7, 689:10, 689:14,
762:12, 762:24, 763:2, 808:5, 808:8,
808:10, 822:5, 829:7, 829:13, 830:12,
830:25, 831:24, 832:24, 833:21,
834:11, 836:2, 837:16, 837:21,
839:13, 839:16, 840:5, 840:7, 840:11,
840:13, 842:8, 842:11, 843:9, 844:7,
844:15, 844:18, 846:21, 848:4,
848:17, 848:24, 849:4, 849:6, 849:9,
850:1, 850:7, 850:17, 851:7, 853:14,
854:2, 854:10, 856:1, 856:21, 856:23,
857:9, 857:11, 857:14, 858:14,
858:21, 859:1, 860:2, 860:7, 860:10,
860:22, 861:5, 862:2, 862:16, 862:21,
863:4, 865:1, 865:5, 866:3, 868:1,
868:7, 868:24, 869:4, 869:8, 869:10,
870:2, 871:16, 871:21, 871:22,
872:19, 872:22, 873:6, 873:10,
873:24, 874:1, 874:6, 874:10, 874:12,
875:6, 875:8, 875:23, 876:1, 878:1,
878:3, 878:5, 878:24, 878:25, 879:3,
880:4, 880:18, 881:2, 882:3, 883:1,
883:8, 883:9, 883:15, 883:19, 883:22,
884:1, 884:9, 884:16, 884:19, 885:1,
885:4, 885:7, 885:12, 885:14, 885:22,
885:25, 886:1, 886:19, 886:24,
886:25, 888:21, 890:25, 891:16,
891:22, 891:24, 892:5, 893:4, 893:13,
893:16, 894:4, 894:11, 895:4, 895:8,
895:10, 895:12, 896:8, 896:18, 897:1,
897:8
**MULLIN** [1] - 669:6
**multi** [1] - 848:23

**multi-page** [1] - 848:23
**multipage** [1] - 895:11
**multiple** [2] - 748:4, 819:20
**Murphy** [3] - 800:22, 801:3, 801:15
**must** [1] - 811:19

# N

**naked** [4] - 745:13, 746:21, 747:23,
748:4
**name** [23] - 674:14, 680:23, 680:24,
681:6, 684:15, 687:8, 687:9, 706:12,
829:19, 842:19, 845:25, 862:11,
864:13, 864:16, 867:2, 879:1, 882:5,
882:12, 891:19, 891:21, 891:22,
891:23
**named** [8] - 697:6, 737:21, 778:12,
786:2, 797:14, 816:22, 842:22, 887:15
**names** [6] - 679:11, 685:6, 685:9,
685:13, 685:19, 685:24
**Nancy** [13] - 778:12, 779:15, 779:17,
781:24, 793:2, 795:18, 841:11,
841:13, 853:11, 853:12, 870:16,
870:20
**narrative** [1] - 811:2
**NATASHA** [2] - 668:3, 668:16
**nature** [1] - 788:19
**naughty** [2] - 797:17, 803:8
**NDA** [6] - 711:22, 712:1, 713:21, 815:13,
817:17, 887:16
**necessarily** [1] - 891:25
**necessary** [1] - 812:7
**need** [18] - 706:13, 731:8, 750:12,
762:1, 778:23, 795:12, 805:5, 806:9,
808:19, 808:25, 809:21, 856:13,
876:17, 876:18, 886:2, 887:23,
897:24, 898:13
**Need** [1] - 745:25
**needed** [8] - 682:18, 696:23, 696:24,
696:25, 753:21, 753:24, 755:11, 756:6
**needing** [1] - 894:20
**needs** [2] - 762:10, 826:13
**negative** [1] - 845:16
**nerve** [1] - 723:16
**nerve-racking** [1] - 723:16
**nervous** [4] - 685:25, 788:4, 825:2,
852:17
**never** [20] - 679:16, 693:17, 694:24,
695:13, 696:21, 697:11, 697:19,
697:22, 698:7, 739:15, 780:6, 780:8,
780:17, 788:10, 801:25, 802:1,
817:24, 872:20, 874:16, 877:9
**new** [3] - 738:7, 738:10, 812:5
**NEW** [1] - 668:1
**New** [85] - 668:5, 668:19, 668:23, 669:3,
670:4, 682:3, 686:4, 686:6, 686:7,
692:15, 693:5, 693:14, 694:7, 694:9,
695:17, 695:19, 697:9, 697:16,
697:18, 698:3, 699:5, 700:24, 705:19,
705:25, 708:13, 708:23, 709:3,

709:14, 709:20, 712:7, 719:16, 728:7,
738:15, 738:22, 739:4, 739:13, 743:6,
751:20, 752:13, 753:23, 754:14,
755:8, 755:10, 755:12, 755:13,
755:17, 756:5, 771:18, 771:22, 776:1,
779:8, 781:21, 782:7, 782:12, 786:19,
786:22, 787:1, 787:3, 787:9, 788:1,
790:9, 792:22, 796:22, 803:19,
805:22, 813:9, 818:12, 819:21,
820:12, 821:2, 821:8, 829:24, 830:17,
831:8, 832:13, 833:4, 833:16, 856:6,
863:20, 864:1, 864:15, 865:8, 866:7,
866:14
**news** [2] - 860:7, 867:6
**newspaper** [1] - 863:21
**newspapers** [1] - 862:11
**next** [40] - 675:15, 677:25, 678:18,
688:16, 691:6, 700:6, 706:11, 707:12,
709:18, 718:8, 730:11, 731:18, 735:7,
736:14, 751:20, 752:22, 755:19,
781:10, 781:11, 784:10, 795:22,
800:15, 800:20, 804:17, 808:14,
812:19, 825:9, 825:10, 831:9, 835:15,
841:6, 841:21, 842:6, 852:14, 859:3,
861:8, 865:25, 867:19, 868:17, 888:6
**Nice** [1] - 699:23
**nice** [1] - 844:4
**Nicole** [2] - 744:6, 820:18
**night** [24] - 694:24, 709:21, 727:1,
728:19, 728:22, 728:23, 730:15,
764:22, 767:1, 770:23, 771:4, 771:6,
771:8, 771:14, 771:18, 773:6, 793:6,
794:18, 851:15, 854:17, 873:16,
895:1, 896:5, 897:7
**nightclub** [1] - 742:21
**nights** [1] - 771:7
**NLJP** [1] - 834:11
**nobody** [2] - 709:12, 756:13
**none** [1] - 860:25
**nonetheless** [1] - 676:11
**noon** [1] - 761:14
**nose** [1] - 853:25
**note** [19] - 732:3, 732:10, 732:17,
732:25, 733:10, 733:12, 733:15,
733:24, 734:24, 735:4, 775:20,
775:22, 775:25, 776:11, 776:12,
776:14, 776:16, 776:25
**noted** [1] - 670:22
**nothing** [9] - 680:5, 680:6, 692:2, 737:9,
790:19, 794:9, 843:2, 858:24, 895:22
**nothing-sized** [1] - 680:6
**noting** [1] - 736:12
**November** [6] - 798:14, 798:17, 799:14,
799:19, 800:9, 800:13
**nowhere** [1] - 710:2
**Number** [2] - 762:15, 763:4
**number** [8] - 689:8, 810:7, 816:8, 832:5,
847:6, 847:25, 848:6, 884:15
**numbers** [2] - 810:8, 822:10
**NY** [2] - 668:19, 668:23

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 256 of 265 PageID
#: 22272
All Word // Moore, et al. V. Rubin, et al.
18

NYC [7] - 731:10, 775:12, 795:18, 851:14, 852:10, 854:16, 887:11

## O

o'clock [4] - 804:24, 868:9, 896:25, 897:7
O7 [4] - 719:7, 719:24, 720:4, 901:10
object [16] - 676:11, 698:23, 732:8, 734:16, 750:10, 768:11, 820:6, 822:9, 822:11, 822:24, 824:17, 825:15, 826:21, 849:25, 862:23, 883:17
objected [1] - 827:9
objection [102] - 672:11, 672:12, 674:5, 674:25, 675:2, 675:7, 679:3, 679:4, 680:16, 680:17, 682:23, 686:24, 688:7, 698:21, 699:1, 702:11, 706:6, 708:18, 708:19, 713:12, 717:12, 719:25, 721:19, 727:17, 732:19, 732:20, 734:12, 736:8, 740:8, 741:11, 742:10, 742:11, 744:2, 745:6, 746:18, 748:18, 750:15, 752:8, 753:1, 753:13, 754:10, 756:9, 760:7, 760:8, 768:7, 772:13, 773:16, 773:18, 775:4, 776:4, 777:20, 778:9, 779:2, 781:6, 781:11, 781:13, 785:11, 785:23, 789:19, 793:21, 795:5, 795:24, 795:25, 796:9, 796:11, 797:3, 798:4, 799:1, 799:23, 800:2, 800:4, 803:1, 804:3, 809:10, 812:8, 813:22, 815:4, 817:8, 818:4, 821:12, 826:15, 826:16, 826:19, 827:11, 828:22, 837:22, 840:8, 844:23, 846:18, 853:9, 858:22, 866:9, 869:5, 871:5, 871:8, 873:7, 874:7, 878:20, 879:2, 884:10, 884:11, 884:22
Objection [3] - 673:12, 685:15, 833:18
objections [1] - 750:14
obligated [1] - 898:17
observations [2] - 690:7, 690:21
observe [1] - 822:24
observed [5] - 676:15, 676:22, 689:25, 690:10, 690:13
obviously [6] - 706:25, 718:20, 762:2, 812:5, 868:3, 895:15
occasion [5] - 724:23, 726:19, 757:1, 757:19, 775:21
occasions [1] - 748:5
occurred [4] - 695:22, 696:5, 716:14, 773:5
occurring [1] - 722:7
Ocean [1] - 741:18
October [21] - 684:10, 724:21, 725:8, 725:12, 725:20, 725:24, 726:18, 787:1, 787:12, 788:17, 790:4, 796:19, 836:4, 836:15, 837:25, 838:13, 839:22, 841:22, 842:15, 846:8, 867:3
OF [2] - 668:1, 668:12
offer [48] - 702:10, 706:5, 708:16, 717:11, 727:16, 732:12, 734:11, 740:7, 741:10, 742:8, 743:21, 745:4,

748:16, 750:9, 752:3, 752:7, 752:24, 754:9, 768:3, 772:12, 773:14, 775:3, 776:3, 777:13, 778:22, 781:4, 789:15, 795:3, 796:1, 798:3, 798:25, 799:22, 802:25, 804:14, 813:21, 815:3, 816:14, 817:7, 819:1, 820:4, 820:25, 822:3, 825:10, 826:8, 827:8, 827:22, 828:21, 847:8
offered [6] - 715:1, 736:16, 761:1, 774:14, 786:24, 890:20
offering [6] - 690:21, 732:16, 777:19, 820:21, 888:18, 892:2
officer [5] - 840:18, 840:20, 840:21, 843:4, 843:11
Official [1] - 669:9
often [1] - 877:1
Okie [1] - 857:23
once [1] - 746:15
One [1] - 844:3
one [64] - 671:24, 680:3, 681:13, 682:2, 682:3, 689:8, 689:25, 694:9, 695:24, 697:1, 704:15, 708:17, 708:18, 709:21, 715:2, 720:5, 720:6, 722:2, 724:15, 737:20, 738:3, 743:22, 747:5, 747:20, 749:13, 752:15, 756:3, 763:2, 771:6, 776:21, 780:3, 797:14, 801:2, 801:4, 808:20, 809:11, 824:7, 827:1, 831:20, 838:10, 841:11, 842:24, 843:3, 843:4, 844:17, 846:25, 848:5, 848:23, 850:18, 856:9, 869:16, 871:24, 882:13, 882:16, 883:19, 884:12, 886:22, 887:12, 888:24, 889:5, 889:16, 893:19, 895:5, 897:11
ones [1] - 811:20
online [4] - 886:10, 887:20, 887:21, 888:25
ooo0ooo [1] - 899:10
open [6] - 670:1, 678:1, 692:1, 708:1, 808:2, 882:1
opened [7] - 808:14, 809:16, 809:19, 810:24, 811:10, 812:3, 890:4
opening [1] - 806:23
openings [1] - 805:24
opponent [1] - 691:2
opposed [1] - 877:6
opposing [1] - 829:9
option [2] - 820:23, 820:24
options [1] - 749:13
order [6] - 811:7, 839:17, 847:13, 851:15, 854:17, 897:5
originally [1] - 858:8
otherwise [1] - 890:7
outfits [3] - 713:3, 713:4, 832:12
outrageously [1] - 779:25
outside [5] - 757:20, 867:20, 879:5, 880:1, 888:14
outstanding [1] - 876:3
overlooking [1] - 731:10
overnight [2] - 709:24, 839:2
overruled [7] - 685:16, 686:25, 742:12,

750:15, 797:7, 833:20, 863:3
Overruled [7] - 721:21, 740:9, 741:12, 744:3, 785:12, 797:4, 866:10
overseeing [3] - 706:11, 706:17, 831:8
overwhelming [1] - 686:1
owe [1] - 857:23
own [2] - 826:17, 889:7
owned [2] - 886:14, 888:24

## P

p.m [56] - 698:15, 700:10, 708:23, 709:3, 718:7, 726:25, 735:1, 735:8, 735:13, 742:4, 742:16, 745:25, 755:1, 760:2, 760:22, 765:9, 766:4, 772:5, 772:18, 778:16, 779:7, 780:23, 782:25, 790:4, 800:12, 810:6, 810:12, 815:17, 821:19, 822:7, 823:25, 824:9, 837:25, 838:13, 838:16, 841:6, 841:21, 845:14, 847:1, 847:22, 848:5, 850:8, 851:5, 851:8, 853:16, 854:1, 854:3, 855:3, 855:8, 855:11, 863:15, 869:11, 869:12, 870:6, 885:19
p.m. [1] - 760:5
packing [1] - 728:6
page [55] - 671:12, 671:19, 671:25, 675:15, 677:25, 688:16, 691:6, 707:12, 716:7, 727:9, 743:24, 755:19, 764:6, 765:19, 777:6, 789:5, 789:6, 807:7, 810:17, 812:19, 813:14, 819:24, 820:5, 820:6, 820:7, 820:11, 822:13, 830:13, 831:1, 831:24, 832:23, 832:24, 835:15, 842:6, 848:23, 852:14, 854:8, 855:4, 857:15, 859:3, 861:8, 862:25, 863:16, 864:25, 865:3, 865:25, 866:3, 867:19, 869:21, 870:6, 875:7, 875:22, 875:25, 879:7, 881:5
PAGE [1] - 900:3
Page [3] - 901:2, 902:2, 903:2, 904:2, 905:2
pages [7] - 674:10, 823:4, 840:6, 860:3, 860:4, 897:4, 904:10
paid [16] - 684:22, 693:6, 764:14, 778:6, 782:9, 786:24, 787:15, 794:13, 794:18, 794:22, 794:23, 801:17, 841:10, 841:13, 882:10, 887:13
paper [3] - 733:18, 835:13, 883:4
paragraph [1] - 713:23
Park [1] - 731:11
part [13] - 676:7, 714:16, 714:19, 715:21, 750:14, 758:23, 765:2, 810:3, 810:5, 812:6, 823:2, 855:18, 890:18
parted [1] - 814:17
particular [2] - 768:11, 889:4
parties [1] - 688:14
parts [1] - 806:2
party [5] - 691:2, 740:15, 740:18, 740:21, 758:23
partying [2] - 867:21, 887:10

**pass** [1] - 874:18
**past** [3] - 880:23, 880:24, 892:17
**pasta** [2] - 741:21, 741:24
**pause** [1] - 812:18
**Pause** [3] - 686:16, 871:19, 895:6
**pay** [12] - 680:11, 684:20, 755:15, 759:22, 760:11, 760:17, 764:1, 788:2, 851:25, 856:5, 856:6, 857:19
**payment** [1] - 714:17
**penthouse** [6] - 775:15, 851:14, 854:16, 887:11, 887:14
**people** [5] - 704:5, 741:25, 797:14, 800:15, 800:20
**perceive** [1] - 677:9
**percent** [2] - 823:13, 885:10
**perforated** [1] - 838:22
**perhaps** [1] - 783:23
**period** [3] - 743:12, 792:4, 822:9
**permission** [2] - 771:13, 897:10
**PERSON** [2] - 822:17, 822:20
**person** [6] - 679:16, 694:17, 758:22, 802:1, 823:12, 880:4
**personal** [4] - 706:24, 743:2, 743:5, 743:8
**perspective** [1] - 812:4
**persuade** [1] - 818:1
**pertain** [1] - 898:21
**phone** [18] - 677:1, 694:3, 707:9, 729:22, 738:18, 739:9, 790:22, 791:13, 791:16, 791:18, 819:15, 829:25, 830:3, 830:7, 830:11, 830:19, 831:14, 851:2
**phones** [3] - 722:19, 722:25, 723:1
**photo** [13] - 678:13, 699:6, 713:6, 713:7, 730:16, 730:17, 735:15, 735:16, 735:18, 735:19, 863:7, 863:8
**photograph** [15] - 698:20, 699:11, 699:13, 702:14, 717:9, 717:15, 717:17, 730:6, 730:9, 744:22, 744:24, 745:1, 745:13, 747:2, 858:16
**photographs** [7] - 699:16, 699:17, 786:16, 797:20, 798:10, 819:13, 819:16
**photos** [8] - 671:3, 678:11, 678:16, 699:15, 778:6, 797:16, 798:13, 869:14
**physical** [3] - 725:7, 725:23, 841:19
**physically** [2] - 790:21, 825:21
**pic** [2] - 735:21, 865:19
**pick** [2] - 761:17, 801:11
**picked** [1] - 791:18
**pics** [1] - 710:11
**picture** [7] - 699:8, 730:14, 731:6, 746:21, 747:23, 811:3, 895:16
**pictures** [7] - 704:23, 705:11, 710:14, 748:4, 779:12, 801:6, 821:5
**piece** [1] - 733:18
**place** [4] - 845:11, 867:22, 880:1, 887:13
**Plaintiff** [1] - 759:23
**plaintiff** [1] - 897:7

**Plaintiffs** [3] - 668:5, 668:15, 668:16
**plaintiffs** [4] - 687:16, 689:25, 826:14, 894:20
**plaintiffs'** [1] - 895:23
**Plaintiffs'** [6] - 671:1, 672:15, 674:5, 674:9, 900:15, 900:17
**plan** [2] - 709:5, 751:19, 757:5, 829:8, 894:8
**plane** [13] - 695:16, 698:3, 715:10, 731:10, 756:11, 756:13, 756:15, 756:23, 771:24, 787:9, 852:9, 853:19, 856:6
**planning** [1] - 738:23
**play** [8] - 710:25, 719:8, 720:8, 722:3, 723:19, 745:25, 746:11, 870:17
**played** [2] - 723:22, 830:14, 832:1, 834:13, 878:2, 878:4
**playing** [4] - 711:25, 719:10, 720:9, 722:5
**playmate** [1] - 820:18
**Playmate** [7] - 733:8, 733:22, 776:10, 780:6, 780:8, 780:16, 869:17
**playmates** [1] - 887:10
**Plea** [1] - 869:18
**plea** [3] - 870:7, 870:11, 870:13
**plead** [1] - 870:17
**pled** [1] - 870:19
**plug** [1] - 765:16
**plus** [1] - 776:9
**point** [35] - 693:23, 717:2, 719:15, 722:2, 727:2, 727:23, 733:7, 738:1, 761:19, 762:2, 763:25, 770:23, 770:25, 786:8, 792:16, 838:10, 846:17, 851:4, 860:22, 871:24, 874:13, 882:16, 888:24, 888:25, 889:5, 889:8, 889:16, 889:17, 890:5, 890:16, 893:19, 893:22, 895:15, 896:6, 897:5
**points** [6] - 729:6, 745:20, 749:2, 751:12, 772:24, 805:10
**police** [20] - 694:5, 793:10, 794:7, 840:18, 840:20, 840:21, 843:4, 843:11, 845:12, 847:9, 847:12, 847:17, 848:8, 848:11, 860:13, 867:14, 867:15, 889:8, 890:11, 892:19
**portion** [5] - 689:5, 736:17, 748:16, 748:18, 819:1
**portions** [2] - 734:17, 895:21
**posing** [1] - 702:18
**position** [2] - 883:24, 896:18
**positions** [1] - 891:13
**possibility** [1] - 749:14
**possible** [4] - 693:12, 698:20, 731:5, 761:12
**possibly** [1] - 721:13
**post** [15] - 702:8, 703:7, 704:5, 704:7, 740:3, 741:15, 741:25, 743:18, 744:5, 774:24, 775:1, 775:10, 887:2, 887:6, 888:3
**Post** [15] - 735:4, 775:20, 775:22,

863:19, 863:20, 863:24, 864:1, 864:15, 864:18, 864:20, 865:8, 866:7, 866:14, 867:13, 867:15
**Post-it** [3] - 735:4, 775:20, 775:22
**posted** [9] - 702:21, 703:11, 703:13, 730:10, 730:17, 730:19, 730:20, 731:6, 731:15
**posting** [6] - 729:22, 730:14, 741:5, 741:22, 887:20, 888:25
**potatoes** [1] - 795:15
**potential** [3] - 799:19, 802:3, 821:15
**pouch** [1] - 788:23
**Power** [1] - 863:9
**Powers** [132] - 669:2, 685:3, 685:12, 685:20, 687:9, 705:19, 705:24, 705:25, 706:10, 709:8, 713:18, 713:19, 713:24, 715:4, 715:13, 715:19, 727:10, 727:13, 727:22, 728:11, 729:12, 754:1, 754:6, 754:17, 755:14, 771:16, 777:3, 777:10, 790:13, 791:7, 791:9, 791:10, 791:14, 791:24, 808:10, 829:20, 830:1, 830:8, 830:10, 830:20, 830:21, 831:5, 831:7, 831:11, 831:14, 831:18, 832:9, 832:12, 832:18, 835:9, 835:12, 836:7, 836:18, 836:19, 837:3, 837:5, 837:9, 837:19, 838:1, 838:19, 838:24, 839:9, 840:3, 840:14, 840:25, 842:4, 842:7, 842:15, 843:17, 844:14, 845:1, 845:4, 845:14, 845:17, 845:22, 846:24, 847:2, 847:16, 848:1, 848:20, 849:13, 850:4, 851:11, 851:12, 851:20, 852:12, 853:21, 854:23, 855:3, 855:10, 856:4, 857:22, 857:24, 860:12, 860:17, 860:25, 861:1, 861:2, 862:19, 863:12, 863:18, 864:12, 865:6, 865:21, 866:5, 866:23, 868:2, 869:2, 869:13, 870:7, 870:22, 871:3, 871:6, 873:3, 873:11, 874:3, 875:9, 876:6, 876:16, 877:3, 878:12, 880:15, 883:12, 883:13, 885:16, 889:6, 890:9, 890:20, 891:5, 893:10, 894:6, 895:13
**POWERS** [1] - 668:10
**Powers'** [1] - 847:23
**precinct** [3] - 847:7, 847:9, 847:24
**prejudicial** [1] - 884:3
**present** [7] - 670:9, 678:1, 692:1, 708:1, 794:10, 808:2, 882:1
**presented** [4] - 713:20, 713:24, 715:2, 716:5
**preserved** [1] - 742:11
**presiding** [1] - 670:5
**press** [9] - 840:16, 858:18, 860:5, 860:7, 860:15, 862:9, 867:4, 868:10, 870:3
**pressure** [2] - 870:13, 892:22
**pressuring** [1] - 892:10, 893:10
**pretrial** [3] - 849:19, 852:4, 884:6
**pretty** [2] - 681:9, 806:6
**preventing** [1] - 790:19
**previously** [4] - 670:17, 792:19, 819:3,

All Word // Moore, et al. V. Rubin, et al.                                    20

839:20
**probative** [1] - 811:6
**problem** [5] - 851:21, 886:3, 898:5, 898:15, 898:16
**problems** [3] - 788:6, 788:16, 794:14
**procedures** [1] - 852:4
**proceed** [4] - 670:14, 734:17, 829:13, 855:5
**proceedings** [1] - 849:20
**Proceedings** [2] - 669:11, 899:7
**process** [1] - 678:19
**procured** [1] - 860:20
**produced** [1] - 669:12
**professional** [2] - 764:20, 766:20
**progress** [1] - 888:5
**prompted** [1] - 704:22
**promptly** [1] - 790:16
**propose** [2] - 819:19, 829:9
**proposing** [2] - 749:8, 782:7
**prosecuting** [1] - 889:17
**prosecutor** [1] - 889:17
**prosecutors** [1] - 892:25
**prostitute** [1] - 889:20
**protocols** [1] - 883:4
**proud** [1] - 696:23
**provided** [1] - 844:16
**providing** [1] - 690:12
**provisionally** [1] - 885:8
**psycho** [1] - 882:23
**public** [1] - 762:22
**publish** [14] - 706:9, 718:5, 727:20, 730:3, 732:23, 753:6, 766:1, 773:24, 781:7, 820:11, 823:6, 824:24, 825:20, 885:23
**published** [21] - 718:6, 730:4, 732:24, 735:12, 745:12, 748:25, 750:20, 753:7, 759:24, 766:2, 767:8, 774:1, 777:24, 781:8, 784:24, 795:9, 798:8, 803:10, 804:7, 874:11, 885:24
**publishing** [1] - 886:10
**pull** [5] - 699:7, 708:25, 709:16, 813:15, 825:9
**pulling** [1] - 794:1
**punch** [3] - 724:6, 770:12, 841:18
**punched** [13] - 673:25, 693:9, 721:10, 722:1, 723:4, 724:8, 724:11, 726:6, 770:9, 784:25, 793:16, 793:18, 841:16
**punches** [1] - 726:3
**punching** [1] - 722:7
**Punching** [1] - 869:18
**purple** [1] - 679:19
**purpose** [3] - 700:15, 700:19, 853:4
**pursuant** [1] - 676:6
**put** [20] - 670:8, 671:1, 676:9, 678:18, 678:20, 679:7, 761:1, 762:10, 762:17, 784:16, 809:22, 844:7, 844:8, 848:17, 862:4, 883:7, 883:22, 888:4, 896:15
**putting** [5] - 763:11, 784:12, 824:8, 893:3, 895:17

**PX** [5] - 809:3, 894:8, 895:4, 895:8, 895:10
**PX-49** [3] - 764:6, 765:18, 765:19

## Q

**Q2** [5] - 717:6, 717:11, 717:14, 730:1, 901:8
**Q7** [2] - 719:23, 720:8
**QUESTION** [1] - 832:22
**questions** [20] - 684:5, 704:6, 715:4, 715:22, 724:2, 726:5, 732:7, 737:17, 763:20, 764:10, 788:13, 813:8, 829:5, 829:20, 832:5, 863:24, 872:1, 872:9, 891:11, 891:18
**quicker** [2] - 836:9, 836:11
**quickly** [1] - 761:12
**quiet** [1] - 870:20
**quite** [1] - 834:6
**quote** [1] - 893:22

## R

**R2** [6] - 731:24, 732:1, 732:12, 732:17, 732:22, 901:14
**racking** [1] - 723:16
**raise** [1] - 856:15
**raised** [2] - 689:16, 809:17
**ran** [1] - 762:14
**Ranger** [1] - 863:9
**raped** [1] - 724:15
**Raquel** [4] - 733:9, 733:22, 741:21, 776:10
**reach** [3] - 677:21, 704:22, 894:24
**reached** [6] - 697:13, 781:9, 785:3, 800:9, 835:4
**reaction** [2] - 788:25, 789:1
**read** [38] - 673:1, 675:1, 675:8, 680:2, 680:24, 681:3, 683:3, 714:7, 714:9, 714:14, 714:16, 714:19, 776:16, 776:18, 776:20, 784:1, 784:2, 784:21, 785:16, 785:18, 797:5, 797:10, 797:12, 810:15, 816:16, 818:7, 818:10, 819:3, 831:3, 832:21, 833:21, 842:13, 843:8, 855:9, 887:1, 891:1, 893:12
**reading** [9] - 675:6, 776:12, 822:14, 838:4, 838:5, 838:7, 851:9, 873:19, 873:22
**reads** [1] - 842:24
**ready** [2] - 747:11, 803:8
**really** [15] - 690:20, 746:11, 784:18, 789:2, 790:21, 812:6, 829:2, 841:23, 844:19, 846:19, 860:14, 874:16, 876:10, 891:12
**reargue** [1] - 809:14
**reason** [10] - 791:5, 791:12, 877:20, 878:8, 878:16, 880:6, 880:14, 889:4, 890:4, 894:21
**rebut** [1] - 898:18

**rebuttal** [1] - 898:18
**rebutted** [2] - 896:16, 896:19
**rebutting** [1] - 898:21
**recalled** [1] - 720:17
**receive** [4] - 801:14, 801:19, 833:3, 833:6
**received** [86] - 672:14, 672:15, 674:8, 674:9, 679:5, 680:18, 682:24, 702:12, 706:7, 708:21, 717:14, 717:20, 718:12, 718:16, 720:4, 727:13, 727:19, 732:22, 734:21, 734:23, 740:10, 741:14, 742:14, 744:4, 745:9, 748:21, 750:16, 752:10, 753:3, 754:12, 755:2, 768:14, 768:16, 772:14, 772:16, 773:20, 775:8, 776:5, 776:6, 777:23, 779:3, 779:5, 789:23, 795:6, 795:7, 796:2, 796:3, 798:5, 798:7, 799:2, 799:4, 799:24, 800:1, 800:5, 800:7, 803:2, 803:3, 804:4, 804:5, 813:23, 815:5, 817:9, 820:8, 823:2, 826:22, 827:12, 827:25, 828:23, 837:24, 840:10, 841:13, 842:19, 842:22, 844:25, 845:8, 850:2, 850:3, 863:3, 863:6, 869:7, 873:8, 873:9, 874:8, 874:9, 885:13, 897:5
**Received** [2] - 708:20, 717:13, 720:3, 727:18, 732:21, 745:7, 748:20, 752:9, 753:2, 754:11, 777:22, 789:21, 837:23, 840:9, 844:24, 863:5, 869:6
**receiving** [2] - 718:19, 718:21
**recent** [1] - 862:24
**recess** [3] - 707:10, 762:7, 807:5
**Recess** [2] - 707:11, 857:3
**recognize** [19] - 671:4, 671:16, 671:23, 672:2, 672:3, 731:25, 732:2, 837:18, 842:14, 842:18, 842:21, 845:7, 848:19, 854:4, 862:18, 869:1, 874:4, 883:11, 887:2
**recollection** [16] - 783:4, 834:10, 834:14, 834:17, 834:19, 834:20, 834:22, 837:4, 840:17, 845:17, 846:16, 846:20, 846:23, 865:12, 875:3, 892:18
**reconsider** [1] - 896:5
**record** [6] - 762:11, 762:18, 784:4, 784:9, 818:10, 870:11
**record...I** [1] - 853:14
**recorded** [1] - 669:11
**recross** [1] - 896:1
**recruit** [4] - 696:6, 774:12, 800:21, 827:2
**recruiters** [2] - 887:12, 887:13
**recruiting** [2] - 778:5, 806:1
**red** [11] - 671:10, 671:17, 672:21, 677:3, 677:13, 677:15, 681:7, 721:3, 721:6, 815:13, 815:18
**redact** [1] - 689:5
**redacted** [5] - 676:4, 677:16, 689:11, 689:13, 809:12, 810:3, 810:5
**redaction** [2] - 676:19, 689:2

Case 1:17-cv-06404-BMC-CLP     Document 450     Filed 08/12/24     Page 259 of 265 PageID #: 12175

All Word // Moore, et al. V. Rubin, et al.                    21

**redactions** [3] - 675:9, 676:10, 677:2
**redirect** [2] - 880:22, 896:2
**reduce** [1] - 761:18
**refer** [4] - 700:14, 733:22, 742:4, 780:15
**reference** [4] - 711:22, 711:25, 712:1, 734:18
**referenced** [3] - 718:17, 736:3, 805:24
**referrals** [1] - 806:13
**referred** [4] - 692:22, 780:6, 806:10, 882:22
**referring** [18] - 671:8, 682:4, 683:15, 701:18, 703:25, 735:3, 744:10, 746:8, 746:16, 766:9, 767:17, 769:20, 770:1, 773:4, 774:7, 774:11, 783:16, 828:3
**reflects** [1] - 784:10
**refresh** [9] - 783:4, 784:17, 834:9, 834:14, 834:19, 840:17, 846:16, 865:11, 875:3
**refreshed** [1] - 834:17
**refreshes** [1] - 834:20
**refreshing** [1] - 839:6
**refused** [1] - 760:19
**regard** [1] - 816:19
**regarding** [5] - 670:23, 676:21, 811:2, 894:18, 897:10
**regards** [6] - 806:24, 809:17, 809:19, 847:13, 862:24, 892:20
**regular** [1] - 713:2
**rehabilitate** [1] - 880:16
**relates** [1] - 676:5
**relationship** [5] - 871:3, 871:7, 882:7, 882:16, 889:16
**release** [6] - 686:8, 856:25, 892:6, 892:8, 893:16, 893:22
**released** [1] - 792:5
**releasing** [1] - 894:2
**relevance** [7] - 675:3, 740:8, 750:11, 773:18, 775:4, 858:23, 879:2
**relevant** [1] - 862:25
**relieved** [1] - 856:5
**relying** [1] - 897:2
**remained** [3] - 722:10, 770:16, 771:2
**remember** [115] - 678:22, 684:3, 684:8, 692:24, 705:1, 705:9, 705:13, 713:15, 716:11, 717:23, 718:15, 718:19, 718:20, 718:21, 721:5, 723:12, 728:18, 729:24, 730:16, 730:19, 732:25, 739:23, 749:25, 761:14, 764:17, 764:22, 764:24, 765:7, 775:22, 781:24, 783:18, 784:18, 794:3, 794:5, 794:8, 797:19, 797:22, 798:19, 798:20, 802:6, 802:9, 804:22, 816:20, 818:19, 830:5, 830:9, 831:21, 832:14, 832:16, 832:19, 833:17, 833:24, 834:1, 834:3, 834:8, 834:18, 834:25, 835:1, 835:3, 836:19, 836:22, 836:25, 837:1, 837:7, 838:1, 838:3, 838:5, 838:6, 839:7, 839:8, 839:18, 840:2, 840:19, 840:22, 851:16, 852:1, 854:21, 855:22,

856:17, 857:20, 858:3, 858:4, 862:5, 863:7, 863:12, 863:23, 864:7, 864:15, 864:18, 865:6, 865:9, 869:13, 872:3, 872:12, 873:1, 873:3, 873:18, 873:20, 874:21, 874:23, 874:25, 875:15, 876:5, 876:11, 876:22, 878:8, 882:22, 886:5, 890:2, 895:2, 895:20, 896:4
**remembering** [2] - 836:24, 838:7
**Remote** [1] - 674:14
**remove** [1] - 860:3
**removed** [1] - 758:24
**rented** [1] - 882:12
**repeat** [3] - 785:15, 818:6, 866:11
**repeatedly** [1] - 713:9
**rephrasing** [1] - 871:10
**report** [1] - 860:8
**Reporter** [2] - 669:9, 669:9
**reporter** [2] - 704:12, 797:10, 863:24
**reporters** [1] - 872:16
**represent** [3] - 760:4, 829:19, 850:24
**representation** [1] - 845:15
**request** [1] - 851:16
**requested** [1] - 706:21
**reserve** [1] - 768:10
**resolve** [1] - 677:23
**resolved** [1] - 676:18
**respond** [10] - 706:3, 751:11, 752:15, 754:17, 838:22, 839:3, 843:19, 843:21, 843:24, 855:12
**responded** [11] - 700:9, 727:25, 729:15, 734:9, 735:7, 735:20, 735:23, 745:20, 750:24, 755:17, 756:3
**responds** [6] - 751:7, 752:21, 753:5, 838:19, 848:3, 852:12
**response** [8] - 723:2, 734:7, 746:4, 753:17, 757:24, 768:22, 847:23, 852:18
**rest** [4] - 856:20, 856:21, 875:7, 888:4
**restaurant** [17] - 740:16, 740:17, 740:19, 740:23, 741:17, 742:22, 757:12, 757:13, 757:14, 757:16, 757:21, 758:2, 758:20, 758:24, 759:2, 760:3, 767:19
**resulted** [1] - 892:24
**resumed** [1] - 762:8
**retained** [1] - 877:13
**return** [7] - 695:21, 709:14, 714:16, 739:21, 770:5, 770:24, 779:8
**returned** [6] - 719:11, 724:2, 724:6, 770:18, 770:19, 796:19
**returning** [1] - 780:21
**reveal** [3] - 673:8, 686:20, 687:4
**revealing** [1] - 685:24
**REYES** [2] - 668:4, 668:17
**rib** [5] - 673:7, 673:10, 673:15, 673:20, 673:23
**ribs** [1] - 673:25
**RICHTER** [1] - 669:6
**Rico** [37] - 676:6, 676:13, 676:24, 688:6, 737:22, 737:23, 737:24, 738:23,

739:3, 739:12, 740:22, 741:16, 744:7, 744:11, 749:15, 756:22, 756:23, 757:3, 757:5, 757:17, 758:4, 758:5, 759:7, 759:17, 759:19, 763:22, 766:10, 770:9, 770:13, 771:2, 771:19, 771:21, 773:6, 811:3, 811:18, 814:12, 814:14
**Rico's** [1] - 811:8
**rid** [1] - 788:10
**ride** [1] - 840:20
**ring** [2] - 879:1, 882:5
**rise** [1] - 670:2
**risk** [1] - 697:1
**road** [2] - 744:6, 744:13
**Robert** [13] - 879:1, 882:5, 882:22, 886:7, 886:13, 887:20, 888:23, 889:14, 890:14, 891:8, 891:25, 895:13, 896:20
**role** [2] - 710:25, 711:25
**roller** [1] - 772:23
**roller-coaster** [1] - 772:23
**rooftop** [7] - 717:3, 717:18, 718:12, 718:23, 719:12, 730:6, 730:15
**Room** [2] - 792:2, 792:7
**room** [21] - 671:7, 671:8, 671:10, 671:17, 671:23, 672:5, 690:13, 709:12, 709:23, 721:3, 721:5, 721:6, 721:10, 722:6, 722:8, 722:10, 725:14, 725:15, 815:13, 815:18
**roommate** [3] - 737:24, 738:1, 786:8
**ROSENBERG** [2] - 668:24, 808:20
**rough** [2] - 701:22, 785:21
**round** [2] - 852:9, 852:11
**round-trip** [2] - 852:9, 852:11
**Row** [27] - 760:14, 760:15, 765:9, 765:13, 766:12, 769:4, 769:8, 769:12, 769:13, 772:4, 772:9, 772:22, 778:16, 780:21, 782:22, 784:19, 785:5, 789:10, 789:23, 800:19, 803:23, 804:5, 821:19, 824:1, 903:6, 903:22
**row** [42] - 698:14, 699:21, 700:4, 700:9, 701:4, 710:6, 710:23, 711:7, 711:22, 712:4, 712:9, 712:13, 712:16, 717:24, 726:24, 733:25, 734:1, 734:3, 735:7, 736:23, 742:2, 742:8, 742:14, 745:4, 745:18, 745:25, 746:20, 746:25, 747:3, 747:10, 747:13, 747:15, 747:16, 747:17, 747:21, 748:7, 748:21, 750:3, 750:18, 751:7, 751:24, 763:3, 901:22, 902:5
**Rows** [10] - 773:12, 779:4, 822:3, 826:2, 826:8, 826:23, 827:13, 903:4, 904:16, 904:18
**rows** [22] - 744:18, 745:4, 745:8, 750:9, 750:16, 752:10, 752:19, 752:24, 753:3, 772:12, 772:15, 773:8, 773:14, 773:20, 773:25, 902:3, 902:7, 902:9, 902:11, 902:17, 902:19
**Rubin** [253] - 668:22, 669:7, 672:18, 673:1, 673:8, 674:2, 674:14, 676:21,

Case 1:17-cv-06404-BMC-CLP   Document 450   Filed 08/12/24   Page 260 of 265 PageID #: 22176

All Word // Moore, et al. V. Rubin, et al.                    22

678:8, 678:14, 678:23, 679:17, 682:5,
683:13, 683:19, 684:23, 685:2,
685:12, 685:20, 692:16, 693:17,
695:11, 695:19, 696:3, 696:7, 698:10,
699:4, 699:8, 699:17, 699:22, 700:2,
700:4, 700:17, 701:5, 701:8, 701:13,
703:1, 703:4, 703:11, 704:1, 704:23,
705:10, 709:5, 710:3, 710:8, 711:8,
711:12, 712:2, 714:18, 715:19,
716:24, 717:2, 717:15, 719:17,
720:18, 721:10, 723:8, 723:12,
724:18, 725:7, 725:10, 725:20,
725:23, 726:19, 726:25, 732:3,
732:10, 734:4, 734:25, 735:20, 736:3,
737:1, 738:16, 738:23, 739:3, 739:7,
739:10, 739:21, 740:14, 742:17,
743:2, 745:1, 745:14, 745:16, 747:2,
747:24, 748:4, 748:14, 749:9, 749:15,
749:24, 750:6, 750:22, 750:24, 751:7,
751:25, 752:12, 752:21, 753:5,
753:22, 755:7, 757:6, 758:3, 758:9,
758:13, 758:19, 759:2, 759:4, 759:7,
759:13, 759:16, 760:10, 763:23,
763:25, 764:13, 764:19, 766:12,
766:22, 769:2, 770:2, 770:5, 770:17,
772:19, 773:1, 773:6, 773:11, 774:13,
775:21, 775:25, 776:16, 778:5, 778:6,
778:12, 778:20, 779:9, 779:25, 781:2,
781:20, 781:22, 782:3, 782:8, 782:12,
782:15, 783:5, 783:18, 784:12,
784:19, 784:22, 785:3, 785:8, 786:1,
786:16, 786:19, 786:22, 787:9,
789:13, 793:19, 794:9, 794:18,
794:21, 795:1, 795:11, 795:22, 796:6,
796:23, 796:25, 797:17, 797:20,
798:1, 798:11, 798:14, 798:17,
798:20, 798:22, 799:6, 799:18,
800:11, 801:7, 801:14, 802:3, 802:7,
802:11, 802:14, 802:23, 803:6,
803:13, 803:21, 803:25, 805:21,
806:1, 808:10, 812:1, 813:10, 813:19,
814:5, 814:6, 814:9, 814:14, 814:18,
814:21, 815:9, 816:2, 816:13, 816:18,
816:24, 817:12, 817:21, 818:2,
818:17, 818:24, 819:11, 819:16,
819:19, 820:2, 820:22, 820:25, 821:5,
821:8, 821:15, 823:7, 824:5, 825:1,
825:6, 825:21, 828:3, 829:24, 853:12,
854:5, 854:19, 855:15, 855:18,
857:18, 860:12, 860:18, 864:16,
864:20, 872:24, 873:21, 876:6,
878:12, 880:6, 880:9, 882:17, 886:11,
887:21, 889:1, 890:10, 891:5, 891:9,
893:9, 894:6, 895:13, 896:21

**RUBIN** [1] - 668:9
**Rubin's** [29] - 687:8, 709:6, 709:24,
718:23, 719:1, 719:12, 720:11,
730:13, 733:12, 756:25, 759:10,
767:15, 767:19, 769:21, 771:2, 771:8,
790:10, 792:7, 811:6, 839:19, 840:20,
845:25, 853:3, 860:15, 877:17,

886:21, 890:22, 891:21, 891:22
**rude** [1] - 767:11
**rule** [4] - 677:23, 742:9, 897:17, 897:20
**rules** [2] - 888:2, 897:16
**ruling** [6] - 675:4, 676:7, 690:2, 690:14,
862:24, 863:1
**run** [5] - 694:1, 731:8, 731:9, 852:16,
852:19
**runs** [5] - 745:4, 812:14, 821:22,
822:21, 824:15

# S

**S&M** [1] - 714:18
**S2** [6] - 739:25, 740:7, 740:10, 741:1,
741:2, 901:18
**safe** [6] - 703:8, 703:12, 703:15, 703:18,
703:21, 739:15
**Saland** [25] - 684:16, 685:14, 685:21,
685:24, 686:9, 686:21, 686:23, 687:4,
850:19, 850:23, 852:2, 876:24,
877:14, 878:9, 878:17, 880:5, 880:7,
889:4, 889:11, 890:21, 892:21,
892:24, 892:25, 893:7, 893:20
**Santi** [18] - 779:17, 780:15, 781:21,
782:2, 782:6, 782:16, 782:17, 783:5,
783:19, 784:13, 786:25, 787:16,
790:10, 791:4, 791:8, 791:12, 792:13,
853:12
**sat** [1] - 758:5
**Saturday** [2] - 754:14, 896:25
**save** [1] - 832:21
**saw** [9] - 689:19, 690:7, 694:17, 705:2,
734:24, 762:16, 793:24, 873:16,
878:15
**Saydah** [7] - 670:25, 671:11, 671:19,
672:1, 679:8, 680:14, 682:7
**scared** [2] - 838:20, 890:11
**schedule** [1] - 851:21
**Scheller** [6] - 821:15, 827:1, 827:20,
828:13, 828:19, 829:3
**SCHLAM** [1] - 669:1
**SCHMIDT** [1] - 668:20
**scope** [1] - 690:6
**screen** [61] - 676:9, 680:21, 698:16,
698:20, 699:6, 699:7, 702:6, 705:18,
708:11, 712:15, 727:11, 733:3,
736:24, 740:1, 747:5, 772:7, 773:12,
774:18, 774:22, 778:18, 783:18,
789:11, 809:22, 811:24, 813:15,
815:15, 816:3, 816:5, 816:17, 824:18,
825:16, 826:17, 826:20, 826:21,
827:7, 831:4, 842:6, 842:9, 842:13,
842:14, 843:16, 843:25, 845:4, 845:7,
849:3, 850:5, 850:6, 850:8, 850:11,
850:14, 850:16, 851:8, 854:3, 854:4,
855:14, 857:18, 869:10, 869:11,
869:13, 885:20
**screenshot** [3] - 883:20, 886:20
**screenshots** [3] - 884:19, 886:4, 886:7

**scroll** [14] - 682:8, 702:20, 714:4, 730:9,
736:11, 848:24, 849:11, 850:7,
850:10, 850:12, 850:13, 851:7, 868:1
**scrolling** [1] - 868:7
**Sea** [4] - 740:15, 740:17, 740:23, 741:18
**seafood** [4] - 740:15, 740:18, 740:22
**seat** [1] - 808:3
**seated** [6] - 670:10, 708:5, 758:3, 763:8,
805:3, 857:7
**seats** [1] - 852:11
**second** [14] - 671:12, 674:23, 707:4,
774:22, 777:14, 802:13, 820:5, 855:9,
856:9, 863:1, 870:3, 883:19, 886:20,
886:23
**seconds** [4] - 676:10, 760:13, 812:17,
851:10
**secure** [1] - 762:21
**security** [1] - 872:6
**See** [1] - 899:2
**see** [319] - 670:11, 674:13, 674:16,
674:21, 674:23, 676:10, 677:13,
677:20, 679:21, 680:9, 680:21, 681:8,
682:9, 683:4, 683:9, 688:14, 689:2,
690:17, 695:19, 696:7, 696:19,
696:21, 698:16, 699:3, 699:6, 699:20,
699:22, 699:24, 700:7, 700:12, 701:6,
701:11, 702:6, 702:20, 703:9, 703:23,
703:24, 706:1, 706:15, 706:18,
706:20, 708:11, 709:2, 710:21,
710:24, 711:10, 711:18, 711:19,
711:21, 712:5, 712:11, 712:14,
712:17, 717:7, 718:1, 718:2, 718:10,
726:25, 727:3, 727:4, 727:5, 727:11,
727:22, 727:24, 728:1, 728:2, 728:4,
728:5, 728:8, 728:9, 728:20, 728:25,
729:3, 729:4, 729:7, 729:8, 729:10,
729:11, 729:13, 729:14, 729:17,
729:18, 730:9, 730:24, 730:25, 731:2,
731:5, 733:2, 733:3, 733:6, 733:10,
734:3, 734:5, 734:6, 734:24, 735:2,
735:21, 735:25, 736:1, 738:15,
738:23, 740:1, 742:3, 742:6, 742:25,
743:18, 744:8, 744:22, 744:23,
745:18, 745:19, 745:21, 745:22,
746:2, 746:3, 746:9, 747:3, 747:18,
747:21, 748:11, 749:1, 750:12,
750:13, 750:21, 751:8, 751:10,
751:13, 752:13, 752:17, 752:18,
753:8, 753:9, 754:4, 754:7, 754:15,
754:16, 754:18, 755:6, 757:8, 760:10,
760:13, 760:15, 760:21, 760:24,
760:25, 761:15, 765:21, 766:7, 766:8,
766:14, 766:15, 766:18, 766:19,
767:6, 767:12, 767:13, 768:6, 768:20,
768:21, 768:24, 768:25, 769:5, 769:6,
769:10, 769:11, 769:14, 769:15,
772:6, 772:8, 772:10, 772:21, 773:13,
774:5, 774:6, 774:10, 774:18, 774:19,
776:9, 777:8, 778:18, 779:10, 780:15,
781:18, 781:19, 782:2, 783:2, 783:9,

All Word // Moore, et al. V. Rubin, et al.

23

783:10, 783:13, 783:17, 784:22, 784:23, 785:1, 785:2, 785:6, 794:20, 795:1, 795:2, 795:11, 795:13, 795:16, 795:20, 795:21, 796:16, 796:17, 796:22, 799:6, 799:8, 799:13, 799:21, 800:10, 800:14, 800:16, 800:17, 800:20, 802:11, 802:14, 802:22, 803:7, 803:9, 803:11, 803:13, 803:15, 803:23, 804:8, 804:11, 804:12, 804:20, 804:24, 805:21, 806:19, 809:21, 812:5, 813:10, 813:17, 814:3, 815:14, 815:15, 815:19, 815:20, 815:22, 815:24, 815:25, 816:5, 816:7, 816:12, 819:20, 819:25, 820:14, 820:16, 820:18, 820:19, 820:21, 821:9, 821:20, 821:23, 823:9, 823:14, 823:18, 823:22, 823:23, 824:2, 824:17, 825:4, 825:7, 825:8, 825:15, 825:24, 826:3, 826:10, 826:17, 827:5, 827:20, 828:5, 828:8, 828:11, 828:17, 830:12, 830:25, 831:22, 834:11, 840:1, 842:8, 842:9, 842:13, 843:2, 844:19, 845:5, 848:3, 850:6, 850:10, 850:12, 851:21, 854:24, 854:25, 855:7, 855:25, 858:16, 865:9, 865:23, 867:4, 867:8, 869:15, 869:19, 873:20, 875:4, 875:9, 875:11, 875:14, 885:18, 885:20, 886:20, 888:3, 891:19, 898:3

**seeds** [1] - 788:24

**seeing** [13] - 671:16, 803:6, 814:9, 823:1, 824:19, 824:20, 871:23, 873:17, 894:5, 895:24, 897:6, 898:18

**seem** [1] - 690:19

**sees** [1] - 676:3

**segment** [1] - 672:16

**send** [24] - 677:1, 678:13, 678:15, 699:8, 699:15, 699:16, 699:17, 706:12, 706:20, 710:11, 735:13, 746:20, 786:24, 819:11, 819:13, 819:16, 820:17, 839:12, 842:6, 845:4, 847:25, 855:14, 886:4, 887:25

**sending** [5] - 678:11, 706:24, 747:23, 821:4, 863:12

**sense** [2] - 866:1, 867:19

**sent** [33] - 672:18, 683:17, 699:4, 711:20, 742:17, 745:1, 745:13, 747:2, 748:4, 749:23, 751:1, 751:2, 751:14, 751:19, 752:12, 753:10, 778:6, 779:12, 786:16, 797:16, 797:20, 798:1, 798:10, 798:13, 801:6, 821:11, 842:14, 843:14, 843:16, 850:5, 865:7, 869:9, 869:13

**sentenced** [1] - 896:21

**September** [50] - 695:16, 695:24, 702:24, 724:3, 724:6, 724:10, 724:12, 724:18, 726:6, 726:15, 742:3, 742:17, 744:5, 744:11, 744:19, 745:14, 747:24, 748:8, 748:24, 749:11, 749:22, 749:23, 750:6, 752:1, 754:5, 754:24, 755:7, 756:11, 763:20, 765:9,

766:22, 769:25, 771:9, 772:1, 772:5, 772:18, 772:23, 773:1, 775:1, 775:11, 776:1, 776:17, 778:4, 778:16, 779:7, 780:22, 782:25, 787:12, 810:5, 810:20

**series** [2] - 798:10, 884:16

**serious** [2] - 737:9, 838:23

**service** [1] - 870:10

**session** [2] - 670:4, 749:14

**set** [4] - 678:15, 738:24, 823:16, 898:4

**seven** [1] - 674:10

**several** [10] - 739:20, 833:15, 844:10, 846:11, 858:8, 860:11, 868:18, 878:16, 886:4, 895:14

**sex** [12] - 698:7, 701:23, 778:5, 796:6, 796:14, 815:12, 815:17, 815:18, 852:23, 889:21, 890:18, 891:7

**sexual** [5] - 714:18, 726:15, 751:4, 779:25, 815:12

**sexually** [9] - 697:2, 724:10, 724:13, 724:14, 724:18, 725:10, 725:19, 726:11, 726:20

**sexy** [6] - 682:12, 710:11, 733:6, 776:9, 776:21, 817:16

**shake** [1] - 880:9

**SHEPPARD** [1] - 669:6

**Sherra** [2] - 797:15, 798:11

**shirt** [1] - 719:21

**shit** [1] - 828:4

**Shon** [32] - 697:6, 697:8, 697:11, 697:22, 699:10, 699:13, 704:22, 704:23, 705:2, 705:10, 710:19, 717:21, 718:2, 718:7, 718:16, 765:5, 767:3, 767:10, 767:14, 767:17, 768:18, 769:1, 769:16, 830:7, 830:10, 830:16, 830:20, 830:21, 830:23, 832:17, 833:7, 833:11

**shoot** [2] - 713:6, 735:19

**shoots** [1] - 713:7

**short** [2] - 875:10, 875:16

**shortly** [2] - 696:5, 836:20

**shot** [12] - 842:6, 842:13, 842:14, 843:16, 843:25, 845:4, 845:7, 850:16, 854:3, 854:4, 855:14, 857:18

**shots** [9] - 849:3, 850:5, 850:8, 850:11, 850:14, 851:8, 869:11, 869:14

**show** [67] - 698:19, 702:5, 705:15, 707:2, 708:6, 717:5, 717:24, 719:6, 719:23, 727:7, 730:1, 731:23, 735:10, 736:7, 739:25, 742:2, 742:16, 743:17, 744:18, 745:10, 747:16, 748:9, 748:23, 749:22, 750:18, 751:23, 760:20, 762:2, 764:5, 765:8, 774:15, 775:23, 777:5, 778:15, 780:10, 795:23, 800:17, 802:19, 804:13, 814:23, 817:1, 818:21, 819:23, 821:18, 823:25, 826:1, 834:12, 837:16, 839:13, 850:7, 854:2, 856:1, 858:14, 860:5, 860:6, 860:13, 862:16, 868:15, 868:24, 871:16, 872:19, 872:21, 873:24, 878:1, 883:1, 890:13,

897:5

**showed** [1] - 737:1

**showing** [3] - 747:4, 822:15, 858:4

**shown** [6] - 760:22, 764:7, 805:11, 805:12, 819:6

**shows** [8] - 740:14, 740:16, 741:16, 760:3, 811:20, 830:18, 860:17, 889:14

**shriller** [1] - 826:5

**shrimp** [2] - 741:21, 741:24

**sic** [1] - 893:21

**sic]** [1] - 894:18

**sick** [18] - 724:22, 726:18, 787:4, 787:18, 787:20, 787:25, 788:4, 789:2, 789:3, 791:16, 794:19, 794:20, 836:4, 837:10, 838:1, 838:8, 839:10, 841:8

**side** [2] - 690:20, 698:20

**sidebar** [8] - 675:12, 688:13, 688:15, 809:12, 879:4, 880:1, 888:17, 889:2

**Sidebar** [7] - 676:1, 689:1, 859:3, 860:1, 861:7, 879:5, 881:3

**sides** [1] - 898:15

**sideshow** [3] - 689:24, 880:10

**sign** [5] - 682:14, 715:5, 815:13, 817:17, 887:16

**signed** [12] - 714:5, 714:7, 714:10, 714:14, 714:23, 715:6, 715:12, 716:19, 716:24, 733:8, 733:22, 835:11

**significant** [1] - 818:1

**signs** [2] - 793:15, 793:17

**simply** [6] - 676:20, 704:7, 705:18, 758:22, 783:17, 844:20

**single** [3] - 714:9, 811:12, 811:14

**sister** [1] - 786:12

**sit** [3] - 812:15, 894:14, 898:10

**situation** [2] - 769:4, 862:14

**six** [1] - 806:11

**sized** [1] - 680:6

**skim** [1] - 849:24

**skin** [1] - 827:15

**skinny** [1] - 828:10

**skip** [1] - 855:1

**SKIPSEY** [1] - 668:25

**slapped** [1] - 720:18

**sleep** [1] - 792:11

**slept** [1] - 772:19

**slightly** [1] - 773:19

**slow** [2] - 704:14, 829:22

**slowly** [2] - 850:10, 854:9

**smack** [2] - 724:8, 770:12

**smacked** [1] - 770:13

**smacking** [3] - 682:13, 815:12, 817:16

**small** [2] - 681:9, 842:12

**smaller** [1] - 733:3

**smiley** [3] - 710:17, 711:20, 753:10

**Smiley** [1] - 814:2

**so..** [4] - 775:17, 783:20, 793:16, 874:17

**so...** [1] - 751:21

**social** [3] - 887:2, 887:6, 888:3

**solely** [1] - 726:1

**solo** [2] - 749:6, 854:13
**someone** [24] - 680:23, 696:21, 697:6, 726:3, 726:6, 731:9, 737:21, 738:9, 762:10, 786:2, 790:22, 792:19, 792:22, 793:3, 793:19, 811:22, 834:4, 842:19, 842:22, 847:7, 854:19, 867:12, 892:23, 898:14
**sometimes** [3] - 762:22, 876:25, 877:2
**somewhere** [1] - 759:8
**song** [4] - 741:23, 741:24, 742:1
**soon** [4] - 733:7, 746:1, 746:12, 776:10
**sorry** [73] - 671:22, 673:13, 679:25, 682:17, 705:6, 705:23, 708:3, 712:13, 719:4, 719:22, 722:24, 723:17, 728:3, 730:3, 734:1, 738:5, 741:3, 744:20, 747:14, 752:4, 754:2, 757:15, 760:15, 764:22, 764:23, 764:24, 765:23, 769:7, 769:12, 769:24, 770:13, 774:7, 775:19, 777:16, 779:1, 780:25, 783:20, 785:15, 788:15, 789:6, 791:2, 791:3, 791:23, 796:18, 797:8, 798:16, 800:3, 816:6, 821:22, 832:20, 836:10, 838:1, 838:23, 841:8, 842:1, 842:25, 843:8, 849:22, 850:21, 851:11, 854:8, 854:12, 854:19, 856:14, 866:12, 870:25, 871:9, 875:19, 884:5, 885:4, 893:4, 895:7
**Sorry** [2] - 763:11, 839:3
**sort** [3] - 710:25, 762:16, 862:15
**soul** [1] - 754:18
**sound** [4] - 858:12, 871:17, 876:13, 877:18
**sounds** [4] - 768:12, 839:24, 876:19, 882:25
**spank** [1] - 829:1
**spanked** [2] - 718:8, 718:17
**SPEAKER** [1] - 822:22
**speaking** [5] - 826:5, 826:25, 841:1, 877:3, 893:20
**specific** [1] - 834:22
**specifically** [3] - 805:25, 889:6, 891:13
**speed** [1] - 883:5
**spend** [4] - 683:2, 694:24, 771:6, 814:17
**spending** [1] - 741:16
**spent** [3] - 739:22, 771:4, 771:8
**spoken** [1] - 830:15
**Square** [2] - 863:8, 863:9
**staff** [1] - 822:13
**stage** [1] - 878:23
**stall** [1] - 762:15
**stand** [6] - 670:8, 762:8, 775:14, 775:18, 841:9, 843:9
**standing** [1] - 788:6
**Starbucks** [3] - 840:15, 840:18, 840:19
**start** [5] - 736:23, 820:7, 851:8, 865:1, 875:23
**started** [12] - 696:6, 751:19, 757:20, 757:23, 787:20, 787:23, 794:7, 886:10, 888:25, 889:18, 889:24, 893:20

**starting** [3] - 736:11, 745:10, 822:6
**starts** [4] - 821:22, 823:25, 828:16, 885:18
**state** [3] - 791:1, 811:6, 860:17
**statements** [1] - 691:2
**STATES** [1] - 668:1
**states** [2] - 860:23
**States** [2] - 668:5, 670:3
**station** [4] - 847:9, 847:17, 848:9, 848:11
**stay** [7] - 709:24, 710:2, 758:16, 771:11, 771:13, 851:14, 854:16
**stayed** [1] - 695:7
**staying** [6] - 709:21, 771:18, 818:12, 818:15, 820:12, 820:13
**steak** [2] - 741:21, 741:24
**stenography** [1] - 669:11
**step** [4] - 678:19, 686:3, 805:1, 808:21
**Stephanie** [7] - 689:23, 689:24, 697:6, 699:10, 699:13, 700:10, 700:14, 705:2, 830:7, 830:10, 830:16, 830:20, 830:21, 830:23, 832:17, 833:7, 833:11
**stepped** [1] - 808:22
**steps** [4] - 762:6, 805:2, 826:11, 888:10
**still** [16] - 678:11, 701:13, 730:13, 764:8, 788:1, 792:11, 794:8, 794:20, 809:18, 834:17, 841:22, 842:11, 842:15, 870:23, 884:2, 894:8
**stomach** [7] - 788:6, 788:16, 788:23, 790:1, 838:22, 839:3, 842:2
**STONE** [1] - 669:1
**stood** [2] - 898:23, 898:24
**stop** [4] - 870:14, 884:13, 884:18, 887:23
**stopped** [6] - 719:10, 720:9, 722:5, 723:22, 878:2, 878:4
**story** [11] - 811:2, 811:11, 812:6, 812:7, 843:2, 865:17, 866:17, 867:9, 880:12, 890:5, 890:6
**strange** [1] - 694:23
**strap** [1] - 751:9
**Street** [2] - 865:18, 866:18
**stress** [1] - 841:9
**stressful** [1] - 862:14
**stricken** [2] - 688:9, 778:10
**strike** [4] - 688:8, 778:9, 793:21, 821:12
**strong** [2] - 828:7, 868:12
**stuff** [5] - 728:23, 747:5, 767:20, 815:11, 815:12
**substance** [1] - 795:15
**substantial** [1] - 888:5
**sudden** [1] - 889:25
**suggested** [3] - 793:2, 836:6, 889:6
**suggesting** [2] - 847:11, 847:16
**suggestion** [2] - 847:4, 847:23
**suit** [1] - 688:4
**suitcase** [1] - 712:25
**suite** [1] - 818:18
**summarize** [1] - 687:3

**summarizing** [1] - 836:8
**summary** [1] - 686:23
**summer** [1] - 876:5
**Sunday** [1] - 897:7
**super** [1] - 711:17
**supervisor** [3] - 843:1, 843:7, 843:10
**support** [1] - 822:13
**supposed** [4] - 708:22, 709:3, 787:15, 833:4
**surprised** [7] - 866:6, 866:13, 866:16, 866:20, 866:22, 867:4, 867:10
**surprising** [1] - 867:7
**survive** [1] - 755:12
**sustain** [1] - 812:8
**sustained** [2] - 793:22, 811:18
**Sustained** [4] - 713:13, 756:10, 785:24, 853:10
**Sweet** [1] - 727:4
**sweet** [2] - 734:25, 841:24
**switch** [2] - 822:11, 893:9
**sworn** [1] - 670:18
**system** [2] - 788:20, 870:19

---

# T

**T2** [2] - 741:3, 741:5
**table** [6] - 758:2, 758:5, 758:7, 758:16, 758:23, 898:7
**tag** [2] - 704:3, 740:17
**TAGAI** [2] - 668:3, 668:16
**tags** [1] - 704:2
**tamed** [2] - 731:1, 731:8
**TAO** [1] - 757:16
**tape** [2] - 702:16, 878:15
**Telephone** [1] - 669:10
**telephones** [1] - 722:18
**ten** [2] - 707:10, 797:20
**ten-minute** [1] - 707:10
**tendency** [1] - 829:21
**tends** [1] - 690:20
**term** [3] - 684:11, 701:24, 702:3
**terms** [1] - 892:17
**terrible** [2] - 694:22, 723:7
**testified** [50] - 670:18, 672:24, 676:16, 687:18, 689:20, 692:15, 692:19, 713:8, 713:19, 719:19, 720:14, 721:3, 721:9, 721:11, 723:7, 724:3, 724:22, 726:14, 730:5, 732:18, 757:19, 770:8, 770:11, 770:13, 774:11, 787:3, 788:3, 792:16, 794:12, 829:23, 830:6, 830:19, 832:11, 833:14, 835:11, 836:3, 836:14, 836:16, 836:23, 839:20, 845:21, 845:24, 846:5, 853:8, 888:23, 889:3, 889:10, 891:17, 892:14, 893:9
**testifies** [1] - 897:17
**testify** [3] - 690:1, 891:5, 898:4
**testifying** [5] - 715:13, 716:13, 722:21, 723:11, 878:8
**testimony** [38] - 670:23, 677:6, 677:11,

All Word // Moore, et al. V. Rubin, et al.

25

693:19, 694:22, 696:6, 698:2, 698:8,
701:15, 701:20, 710:1, 711:24,
714:12, 714:13, 716:8, 720:17,
721:20, 721:25, 722:9, 723:5, 723:23,
724:5, 725:18, 725:22, 738:13,
753:22, 753:24, 810:25, 833:19,
836:8, 860:11, 878:21, 890:9, 890:25,
892:12, 892:18, 893:2, 897:14

**text** [128] - 672:16, 676:5, 677:3, 677:13,
681:18, 681:25, 699:3, 699:22,
705:18, 710:8, 710:19, 717:20,
718:19, 718:21, 727:20, 728:20,
729:17, 734:3, 734:9, 735:20, 736:2,
742:3, 742:16, 748:13, 749:8, 750:5,
755:5, 755:8, 759:12, 759:15, 760:21,
762:1, 764:6, 766:4, 766:16, 766:24,
772:6, 772:11, 778:20, 781:2, 782:19,
783:7, 784:16, 784:17, 789:13, 795:1,
795:13, 803:25, 804:15, 811:5,
811:12, 811:14, 811:17, 813:13,
813:19, 814:1, 814:5, 816:2, 818:23,
822:9, 824:9, 825:10, 831:1, 831:3,
831:12, 831:13, 831:19, 832:9,
837:18, 838:2, 838:8, 839:5, 839:12,
840:1, 840:2, 840:12, 841:5, 841:6,
841:21, 843:12, 844:10, 844:13,
846:10, 846:22, 847:1, 847:21,
847:22, 848:4, 848:16, 848:19,
849:12, 851:8, 853:17, 854:5, 854:7,
855:4, 855:14, 855:17, 860:24,
862:18, 862:21, 863:15, 864:25,
868:13, 869:1, 870:5, 874:2, 874:21,
875:1, 875:21, 876:12, 880:13,
883:11, 883:12, 884:17, 884:20,
885:16, 890:9, 894:4, 894:6, 894:11,
894:21, 894:23, 895:14, 896:9, 896:15

**texted** [10] - 746:12, 772:19, 773:7,
777:3, 777:10, 778:12, 799:6, 803:21,
816:20, 873:3

**texting** [13] - 690:6, 750:18, 751:25,
752:21, 763:23, 767:3, 773:11,
802:22, 817:5, 820:2, 824:2, 877:8,
877:10

**texts** [26] - 677:15, 698:10, 729:22,
754:24, 761:8, 761:12, 764:22,
764:24, 764:25, 765:5, 798:1, 798:22,
799:18, 801:11, 819:3, 824:5, 827:20,
828:19, 838:6, 843:5, 857:16, 857:22,
876:16, 883:5, 894:25

**thankful** [1] - 842:2

**thanking** [1] - 857:19

**THE** [283] - 668:13, 670:7, 670:10,
672:14, 673:16, 673:19, 674:8, 675:2,
675:6, 675:11, 675:14, 676:2, 676:17,
677:8, 677:14, 677:17, 677:20,
677:23, 678:3, 679:5, 680:18, 681:9,
682:24, 683:25, 685:16, 686:18,
686:25, 688:9, 688:14, 689:6, 689:9,
689:12, 689:22, 690:17, 691:4, 692:4,
692:6, 695:8, 702:12, 706:7, 707:4,

707:9, 708:2, 708:5, 708:20, 713:13,
717:13, 720:3, 721:21, 726:5, 727:18,
732:5, 732:9, 732:19, 732:21, 734:14,
734:21, 737:16, 737:18, 737:19,
740:9, 741:12, 742:11, 743:23, 744:3,
745:7, 747:19, 748:20, 749:18,
750:12, 750:15, 751:15, 751:17,
752:9, 753:2, 754:11, 756:10, 760:9,
761:4, 761:6, 761:9, 761:13, 761:17,
762:1, 762:4, 762:10, 762:19, 763:1,
763:5, 763:8, 763:16, 763:18, 764:8,
764:11, 765:2, 765:10, 765:15,
768:10, 768:14, 772:14, 773:19,
775:5, 776:5, 776:12, 776:14, 777:22,
778:10, 779:3, 783:12, 783:13,
783:14, 783:15, 783:25, 784:4, 784:8,
785:12, 785:14, 785:24, 789:21,
793:22, 795:6, 796:2, 797:4, 797:7,
797:8, 797:10, 798:5, 799:2, 799:24,
800:5, 801:10, 803:2, 804:4, 804:16,
804:21, 805:1, 805:3, 805:7, 805:10,
805:18, 806:3, 806:9, 806:19, 807:2,
808:3, 808:7, 808:9, 808:18, 808:24,
809:5, 809:7, 809:9, 809:14, 809:21,
810:1, 810:7, 810:10, 810:15, 810:19,
810:21, 810:23, 811:11, 811:15,
811:19, 811:22, 812:1, 812:3, 812:10,
812:13, 813:2, 813:23, 815:5, 816:10,
817:9, 818:5, 818:6, 818:9, 819:5,
820:8, 821:13, 821:24, 822:2, 822:12,
823:1, 824:4, 824:19, 825:17, 826:10,
826:13, 826:20, 826:22, 827:12,
827:25, 828:23, 829:6, 829:12,
829:14, 833:20, 837:23, 840:9,
842:10, 844:24, 846:19, 849:17,
849:19, 850:2, 853:10, 854:9, 856:9,
856:14, 856:19, 856:22, 857:1, 857:4,
857:7, 858:25, 859:2, 860:6, 860:9,
860:20, 861:4, 863:2, 863:5, 865:4,
866:10, 869:6, 871:6, 871:10, 871:12,
871:20, 873:8, 874:8, 878:22, 879:4,
880:3, 880:12, 880:20, 880:24, 883:7,
884:4, 884:6, 884:13, 884:18, 885:2,
885:5, 885:8, 886:13, 886:14, 886:16,
886:17, 886:18, 886:23, 887:23,
888:9, 888:13, 888:16, 890:23,
891:11, 891:21, 891:23, 892:2,
892:11, 893:1, 893:11, 893:14, 894:1,
894:9, 894:15, 894:23, 895:17,
895:24, 896:13, 896:23, 897:2, 897:9,
897:17, 897:20, 897:24, 898:5, 898:7,
898:11, 898:13, 899:1

**therefore** [1] - 885:9

**thicker** [1] - 885:16

**thinks** [1] - 898:15

**third** [5] - 674:24, 683:4, 787:8, 787:11,
808:16

**thousand** [1] - 695:11

**threatening** [1] - 889:19

**three** [12] - 734:3, 745:20, 749:2,

787:11, 806:10, 806:14, 810:21,
832:3, 855:21, 870:10, 884:19, 888:1

**three-day** [1] - 888:1

**throwing** [1] - 790:21

**Thun** [1] - 669:9

**Thursday** [2] - 668:7, 896:5

**ticket** [2] - 851:13, 854:15

**tickets** [3] - 852:9, 853:19, 856:6

**ticking** [1] - 876:17

**tie** [1] - 897:5

**tied** [6] - 693:9, 720:21, 721:17, 721:22,
721:25, 825:3

**timing** [2] - 732:14, 880:8

**tip** [1] - 890:14

**tits** [1] - 784:25

**today** [3] - 803:7, 836:3, 890:13

**together** [7] - 674:24, 757:6, 799:19,
804:9, 805:21, 810:13, 897:6

**tomorrow** [3] - 711:9, 711:13, 753:5

**tonight** [2] - 767:22, 768:18

**tons** [1] - 795:11

**took** [15] - 676:9, 717:15, 719:1, 730:16,
730:17, 744:10, 793:12, 808:16,
835:13, 838:15, 870:19, 880:1, 882:5,
887:13, 891:13

**top** [8] - 680:23, 713:23, 714:2, 750:14,
831:2, 842:6, 850:9, 855:4

**topic** [1] - 773:19

**topics** [1] - 809:17

**tops** [1] - 682:3

**torture** [1] - 815:12

**total** [4] - 701:8, 701:13, 703:5, 852:11

**touch** [1] - 851:22

**toy** [3] - 673:5, 736:4, 737:9

**toys** [5] - 682:13, 815:13, 815:17,
815:18, 817:17

**trafficking** [4] - 890:11, 890:12, 890:18,
891:7

**trainer** [4] - 742:24, 743:3, 743:6, 743:8

**transcript** [3] - 722:14, 892:7, 897:4

**Transcript** [1] - 669:11

**TRANSCRIPT** [1] - 668:12

**Transcription** [1] - 669:12

**travel** [3] - 697:18, 756:18, 775:12

**traveled** [6] - 699:4, 710:9, 739:4,
739:12, 756:20, 786:25

**trial** [4] - 690:20, 836:17, 849:21, 897:3

**TRIAL** [1] - 668:12

**tried** [5] - 758:18, 817:20, 880:9, 891:1,
891:5

**tries** [1] - 896:3

**triggered** [1] - 895:15

**trip** [18] - 695:24, 698:7, 700:16, 700:20,
701:14, 706:11, 706:17, 708:13,
738:15, 738:22, 744:10, 744:13,
787:18, 831:9, 836:3, 836:4, 852:9,
852:11

**tripping** [1] - 744:6

**trouble** [5] - 673:2, 673:19, 737:1,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 264 of 265 PageID #: 22230

All Word // Moore, et al. V. Rubin, et al.

26

886:16, 895:21
**true** [11] - 721:24, 725:24, 769:22, 794:16, 853:3, 861:1, 865:18, 866:18, 867:10, 890:1, 891:8
**trust** [2] - 870:24, 871:14
**truth** [6] - 686:2, 686:5, 687:6, 841:4, 860:4, 882:21
**truthfully** [1] - 715:23
**try** [17] - 704:14, 726:10, 747:7, 761:11, 761:17, 762:3, 762:20, 763:16, 769:24, 793:3, 800:21, 804:19, 818:1, 856:10, 870:12, 871:3, 871:6
**trying** [17] - 680:7, 680:9, 682:16, 696:9, 736:24, 747:9, 747:14, 762:2, 786:18, 805:11, 819:7, 827:1, 860:18, 884:8, 884:14, 890:10, 891:9
**turn** [3] - 773:8, 871:17, 897:21
**Turns** [1] - 869:17
**TV** [1] - 898:4
**twenty** [1] - 880:22
**two** [23] - 699:3, 699:16, 716:22, 729:6, 731:9, 734:16, 740:21, 771:6, 771:7, 771:24, 787:8, 810:14, 824:14, 832:2, 840:6, 850:6, 850:8, 860:3, 863:8, 869:11, 894:12, 898:15
**type** [1] - 785:21
**types** [1] - 774:3

## U

**Ugh** [1] - 867:21
**ughh** [1] - 841:9
**uh-hum** [2] - 738:11, 741:25
**ultimately** [1] - 800:10
**under** [3] - 676:7, 681:7, 690:12
**understood** [23] - 676:11, 677:16, 677:22, 696:2, 697:15, 700:15, 703:18, 715:18, 715:21, 739:13, 746:7, 767:14, 775:7, 782:17, 783:19, 803:18, 829:25, 830:19, 832:11, 835:6, 836:12, 880:25, 897:23
**UNIDENTIFIED** [3] - 822:17, 822:20, 822:22
**UNITED** [1] - 668:1
**United** [2] - 668:5, 670:3
**unless** [1] - 826:14
**unreal** [2] - 728:23, 841:25
**unredacted** [2] - 676:2, 809:3
**up** [74] - 671:1, 678:15, 679:7, 681:10, 681:11, 681:23, 682:8, 683:19, 684:6, 686:8, 693:9, 708:25, 709:16, 710:2, 712:18, 720:5, 720:21, 720:24, 721:5, 721:17, 721:22, 721:25, 724:25, 725:5, 728:6, 729:5, 736:22, 738:24, 746:20, 746:23, 761:1, 761:17, 763:17, 768:6, 772:1, 775:18, 785:8, 789:25, 790:21, 791:18, 793:5, 801:12, 808:21, 812:14, 812:16, 813:3, 813:15, 816:10, 820:17, 823:12, 823:17, 825:3, 825:9, 838:16,

840:13, 842:8, 844:20, 850:8, 850:18, 851:15, 854:17, 857:16, 863:18, 866:24, 872:6, 875:7, 883:5, 883:19, 891:8, 892:17, 892:20, 897:15, 898:23, 898:24
**upfront** [2] - 701:9, 701:17
**ups** [1] - 883:25
**upset** [8] - 759:4, 760:16, 865:14, 865:15, 867:23, 867:24, 882:19, 888:25
**upsetting** [1] - 872:14
**usual** [1] - 765:15

## V

**V-2** [4] - 775:23, 776:3, 776:6, 902:23
**vacation** [1] - 744:10
**valid** [1] - 885:10
**various** [2] - 749:13, 797:1
**venture** [2] - 890:19, 891:7
**verbal** [2] - 723:2, 753:17
**verbally** [1] - 825:22
**versa** [1] - 837:3
**version** [3] - 689:3, 689:13, 809:3
**versions** [1] - 884:21
**Viatore** [4] - 786:2, 786:4, 786:6, 801:20
**vice** [1] - 837:2
**Viceroy** [7] - 717:3, 717:17, 718:12, 718:23, 719:12, 730:6, 730:15
**video** [23] - 719:2, 719:4, 719:8, 719:11, 719:15, 719:21, 720:9, 720:10, 720:15, 722:3, 722:5, 722:13, 722:14, 723:19, 751:2, 751:4, 751:14, 751:19, 830:14, 830:18, 834:20, 871:17, 872:10
**Video** [12] - 719:10, 720:9, 722:5, 723:22, 832:1, 834:13, 878:2, 878:4
**videos** [4] - 719:5, 801:6, 819:8, 821:4
**view** [1] - 676:4
**views** [1] - 775:15
**visible** [2] - 793:15, 793:17
**visit** [20] - 723:24, 724:10, 726:8, 726:12, 737:20, 743:6, 744:6, 749:8, 751:20, 752:22, 753:19, 776:1, 779:8, 781:22, 784:14, 787:4, 796:20, 803:21, 814:6, 821:15
**voice** [1] - 763:17
**voluntarily** [2] - 714:17, 756:15
**vomiting** [2] - 787:23, 787:25

## W

**wait** [17] - 691:4, 711:9, 711:12, 737:16, 754:18, 789:12, 798:16, 803:7, 803:15, 805:4, 810:15, 811:19, 888:14, 890:23, 894:9
**waited** [2] - 878:9, 878:16
**waiting** [4] - 716:2, 766:16, 766:17, 808:14
**wake** [2] - 851:15, 854:17

**walk** [3] - 728:7, 728:14, 728:17
**walked** [1] - 808:12
**walking** [1] - 845:15
**wander** [1] - 762:22
**wants** [2] - 855:5, 856:14
**washing** [2] - 762:15, 762:16
**Watch** [1] - 741:18
**watched** [1] - 878:6
**watching** [1] - 724:15
**ways** [1] - 756:7
**wealthy** [1] - 698:4
**wearing** [2] - 719:19, 719:21
**week** [4] - 706:12, 752:13, 831:9, 888:6
**weekend** [6] - 710:11, 742:5, 888:1, 888:7, 896:24, 899:2
**weeks** [5] - 695:16, 697:8, 748:3, 846:11, 858:8
**weird** [2] - 796:7, 796:14
**welcome** [3] - 722:17, 813:2, 849:6
**West** [1] - 866:18
**west** [1] - 865:18
**WhatsApp** [1] - 678:20
**whole** [7] - 769:4, 811:11, 812:5, 872:7, 872:15, 880:10, 880:19
**wide** [1] - 812:3
**wild** [5] - 728:23, 731:9, 733:6, 772:24, 776:9
**willing** [1] - 764:1
**wink** [1] - 710:16
**winky** [1] - 710:17
**winky-face** [1] - 710:17
**wish** [3] - 854:13, 875:12, 876:20
**wished** [1] - 836:6
**withdraw** [1] - 699:1
**withdrawn** [3] - 681:3, 794:24, 892:14
**WITNESS** [14] - 673:19, 737:18, 763:18, 776:14, 783:13, 783:15, 784:8, 785:14, 797:8, 818:6, 871:12, 886:14, 886:17, 900:3
**Witness** [4] - 762:6, 762:8, 805:2, 888:10
**witness** [93] - 670:8, 670:17, 675:1, 702:5, 705:15, 707:2, 708:8, 717:6, 717:24, 719:6, 719:23, 720:6, 727:7, 730:1, 731:23, 734:2, 739:25, 741:4, 742:2, 743:17, 744:18, 746:25, 747:16, 748:9, 749:21, 750:3, 751:23, 752:20, 761:24, 765:9, 773:9, 774:15, 775:23, 777:5, 778:15, 780:10, 782:21, 784:5, 797:24, 799:17, 802:19, 804:14, 805:4, 805:5, 805:9, 806:4, 812:12, 813:16, 814:23, 816:11, 817:1, 818:21, 819:23, 821:18, 823:25, 824:20, 827:10, 827:18, 828:16, 837:17, 839:14, 844:8, 848:18, 848:23, 848:25, 849:2, 849:11, 850:7, 850:10, 854:2, 856:1, 856:24, 857:4, 858:14, 858:15, 860:19, 862:17, 865:2, 868:24, 870:17, 871:11, 871:17, 872:19,

Case 1:17-cv-06404-BMC-CLP    Document 450    Filed 08/12/24    Page 265 of 265 PageID #: 22281

All Word // Moore, et al. V. Rubin, et al.

27

872:21, 873:24, 875:7, 883:1, 883:5, 888:15, 894:14, 896:3, 898:8
**witnesses** [1] - 898:4
**woke** [2] - 772:1, 838:16
**woman** [8] - 725:2, 778:12, 779:14, 779:15, 797:14, 816:21, 817:11, 841:16
**women** [20] - 678:22, 696:6, 696:10, 696:16, 731:1, 731:7, 774:12, 778:5, 778:6, 778:7, 779:12, 786:24, 797:1, 801:6, 805:13, 805:25, 806:10, 806:11, 827:1
**wondering** [1] - 883:3
**word** [9] - 703:8, 703:12, 703:15, 703:18, 703:22, 714:9, 753:11, 764:23, 868:12
**words** [12] - 711:4, 711:5, 711:7, 711:8, 731:7, 733:18, 739:11, 754:19, 866:2, 868:14, 868:15, 893:18
**works** [1] - 810:1
**worried** [11] - 839:10, 845:3, 845:15, 845:18, 846:13, 847:3, 852:15, 852:19, 852:22, 852:25
**worry** [3] - 680:5, 763:5, 845:22
**worrying** [1] - 838:17
**worst** [1] - 790:1
**wow** [1] - 728:24
**wrath** [1] - 870:18
**write** [39] - 673:4, 682:15, 704:16, 705:23, 712:9, 733:18, 733:21, 744:6, 751:11, 753:11, 754:19, 755:1, 766:20, 769:5, 769:13, 773:1, 774:3, 776:8, 776:20, 779:7, 780:17, 815:21, 817:15, 823:7, 825:1, 828:3, 838:24, 841:6, 841:23, 851:12, 853:16, 855:19, 857:22, 864:12, 865:17, 867:18, 875:9, 875:12, 889:17
**writes** [24] - 700:5, 701:8, 705:24, 706:10, 706:17, 718:7, 745:25, 754:13, 760:10, 767:10, 767:21, 768:18, 796:6, 815:23, 823:7, 825:1, 825:6, 831:7, 851:1, 851:11, 855:3, 855:10, 868:2, 887:9
**writing** [8] - 710:14, 817:14, 831:5, 839:8, 845:1, 847:2, 855:22, 858:3
**wrote** [98] - 680:8, 681:3, 683:11, 700:10, 700:22, 701:13, 701:17, 703:4, 703:17, 703:21, 704:3, 710:8, 710:11, 710:17, 711:16, 712:4, 712:14, 727:4, 727:22, 728:6, 728:19, 728:20, 729:9, 729:12, 729:16, 729:17, 730:23, 731:6, 731:12, 732:3, 732:10, 732:14, 732:25, 733:1, 734:25, 735:20, 743:9, 743:10, 743:11, 745:23, 746:5, 746:6, 748:13, 748:24, 749:1, 753:16, 760:23, 761:3, 764:16, 765:24, 766:4, 769:16, 769:25, 772:18, 772:19, 773:4, 773:23, 775:10, 775:11, 775:12, 776:16, 776:24, 776:25, 777:25,

779:25, 780:2, 780:19, 780:22, 781:9, 785:7, 789:25, 790:4, 795:11, 800:12, 800:15, 803:12, 803:15, 803:16, 804:9, 814:1, 816:2, 818:23, 828:13, 838:1, 840:14, 845:14, 850:4, 866:5, 866:17, 866:22, 868:13, 870:16, 873:11, 873:15, 876:7, 880:4, 892:8, 893:18
**WTF** [1] - 867:21

# X

**XOXO** [2] - 733:9, 776:23

# Y

**Y-A-Y-I** [1] - 753:11
**Y7** [5] - 702:5, 702:6, 702:10, 702:13, 900:25
**yai** [2] - 852:12
**Yayi** [1] - 753:11
**year** [3] - 703:1, 703:4, 843:3
**years** [1] - 716:22
**yellow** [1] - 674:15
**yesterday** [19] - 670:22, 670:24, 672:24, 677:6, 677:8, 678:13, 684:2, 812:16, 829:23, 832:11, 833:14, 833:22, 836:3, 836:23, 837:5, 845:21, 846:5, 866:23, 892:18
**YORK** [1] - 668:1
**York** [85] - 668:5, 668:19, 668:23, 669:3, 670:4, 682:3, 686:4, 686:6, 686:7, 692:15, 693:5, 693:14, 694:7, 694:9, 695:17, 695:19, 697:9, 697:16, 697:18, 698:3, 699:5, 700:24, 705:19, 705:25, 708:13, 708:23, 709:3, 709:14, 709:20, 712:7, 719:16, 728:7, 738:15, 738:22, 739:4, 739:13, 743:6, 751:20, 752:13, 753:23, 754:14, 755:8, 755:10, 755:12, 755:13, 755:17, 756:5, 771:18, 771:22, 776:1, 779:8, 781:21, 782:7, 782:12, 786:19, 786:22, 787:1, 787:3, 787:9, 788:1, 790:9, 792:22, 796:22, 803:19, 805:22, 813:9, 818:12, 819:21, 820:12, 821:2, 821:8, 829:24, 830:17, 831:8, 832:13, 833:4, 833:16, 856:6, 863:20, 864:1, 864:15, 865:8, 866:7, 866:14
**you...** [1] - 849:9
**yourself** [10] - 703:25, 710:11, 733:23, 745:13, 747:24, 748:4, 756:19, 790:20, 821:9, 830:16
**yourselves** [2] - 804:23, 896:23

# Z

**Z-2** [4] - 774:16, 775:3, 775:8, 902:21
**zero** [1] - 795:19
**Zoe** [12] - 792:17, 793:2, 841:12,

841:16, 845:2, 845:8, 852:15, 852:19, 852:25, 868:4, 870:23
**Zoe's** [5] - 865:19, 866:19, 866:21, 866:24, 867:2