# Exhibit 2

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:17-cv-06404-BMC-CLP

Lawson et al v. Rubin et al                                Date Filed: 11/02/2017
Assigned to: Judge Brian M. Cogan                          Date Terminated: 04/13/2022
Referred to: Chief Magistrate Cheryl L. Pollak             Jury Demand: Plaintiff
Demand: $9,000,000                                         Nature of Suit: 470 Racketeer/Corrupt Organization
Cause: 18:1962 Racketeering (RICO) Act                     Jurisdiction: Federal Question

**Mediator**

**Marjorie Berman**                          represented by   **Marjorie Berman**
                                                              Krantz & Berman LLP
                                                              747 Third Avenue, 32nd Floor
                                                              New York, NY 10017
                                                              PRO SE

**Movant**

**Robert Aloi**                              represented by   **Robert Aloi**
                                                              15480 Annapolis Road
                                                              #202
                                                              Bowie, MD 20715
                                                              301-938-5648
                                                              PRO SE

**Plaintiff**

**Hillary Lawson**                           represented by   **John G. Balestriere**
*TERMINATED: 10/30/2019*                                      Balestriere Fariello
                                                              225 Broadway, Suite 2900
                                                              New York, NY 10007
                                                              (212) 374-5401
                                                              Fax: (212) 208-2613
                                                              Email: john.balestriere@balestrierefariello.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Brian L Grossman**
                                                              Reinhardt Savic Foley LLP
                                                              200 Liberty St FL 27
                                                              New York, NY 10281-1076
                                                              646-357-3239
                                                              Fax: 646-776-5743
                                                              Email: bgrossman@rsf-llp.com
                                                              *TERMINATED: 04/08/2019*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **David A. Forrest**
                                                              Loeb & Loeb LLP
                                                              345 Park Avenue
                                                              New York, NY 10028
                                                              212-407-4877
                                                              Fax: 212-202-5408
                                                              Email: dforrest@loeb.com
                                                              *TERMINATED: 11/27/2019*
                                                              *ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
Jaspan Schlesinger LLP
300 Garden City Plaza
Ste 5th Floor
Garden City, NY 11530
516-393-8275
Fax: 212-208-2613
Email: jmcneil@jaspanllp.com
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
Balestriere Fariello
225 Broadway
29th Floor
New York, NY 10007
212-374-5421
Fax: 212-208-2613
Email: matt@schmidtlc.com
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina Hallman**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Caldwell**
*TERMINATED: 12/04/2018*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**

(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moira Hathaway**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Macey Speight**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Peterson**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Fuller**
*TERMINATED: 10/30/2019*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**David A. Forrest**
(See above for address)
*TERMINATED: 11/27/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Moore**

represented by **Mandeep S Minhas**
Balestriere Fariello
225 Broadway
29th Floor
New York, NY 10007
646-434-1169
Email: mminhas@scott-scott.com

*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mia Lytell**                                    represented by    **Mandeep S Minhas**
(See above for address)
*TERMINATED: 01/05/2024*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natasha Tagai**                                 represented by    **Mandeep S Minhas**
(See above for address)
*TERMINATED: 01/05/2024*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Hopper**                                   represented by    **Mandeep S Minhas**
(See above for address)
*TERMINATED: 01/05/2024*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Hassen**                               represented by    **Mandeep S Minhas**
(See above for address)

*TERMINATED: 03/05/2024*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Reyes**                      represented by   **Mandeep S Minhas**
                                                        (See above for address)
                                                        *TERMINATED: 01/05/2024*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew William Schmidt**
                                                        (See above for address)
                                                        *TERMINATED: 03/04/2024*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John G. Balestriere**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Howard Rubin**                        represented by   **Andrew J. Weinstein**
                                                        The Weinstein Law Firm PLLC
                                                        800 Third Avenue
                                                        18th floor
                                                        New York, NY 10022
                                                        212-582-8900
                                                        Fax: 212-582-8989
                                                        Email: aweinstein@twlf.com
                                                        *TERMINATED: 11/22/2017*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Benjamin Edward Rosenberg**
                                                        Dechert LLP
                                                        1095 Avenue Of The Americas
                                                        New York, NY 10036
                                                        212-698-3500
                                                        Fax: 212-698-0495
                                                        Email: benjamin.rosenberg@dechert.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Edward A. Mc Donald**
                                                        Dechert LLP
                                                        30 Rockefeller Plaza
                                                        New York, NY 10112
                                                        212-698-3672
                                                        Fax: 212-649-8777
                                                        Email: edward.mcdonald@dechert.com
                                                        *LEAD ATTORNEY*

**Michael J. Gilbert**
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212-653-8700
Email: MGilbert@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrie A. Dnistrian**
The Weinstein Law Firm PLLC
800 Third Ave
18th Fl
New York, NY 10022
212-582-8900
Fax: 212-582-8989
Email: bdnistrian@twlf.com
*TERMINATED: 11/22/2017*
*ATTORNEY TO BE NOTICED*

**Benjamin Morgan Rose**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
(212)698-3500
Fax: (212)698-3599
Email: ben.rose@dechert.com
*TERMINATED: 03/17/2021*
*ATTORNEY TO BE NOTICED*

**Christine Isaacs**
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036
212-641-5675
Email: CIsaacs@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Katherine Anne Boy Skipsey**
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212-896-0629
Email: kboyskipsey@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**May K Chiang**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
212-649-8734
Fax: 212-698-3599
Email: may.chiang@dechert.com
*ATTORNEY TO BE NOTICED*

**Nicole C Cemo**
Dechert, LLP
633 W. 5th St., Suite 4900

Los Angeles, CA 90071
213-808-5759
Email: ncemo@bakerlaw.com
*TERMINATED: 03/03/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Powers**                              represented by   **Douglas E. Grover**
Schlam Stone & Dolan LLP
26 Broadway
19th floor
New York, NY
212-344-5400
Fax: 212-344-7677
Email: dgrover@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
Schlam, Stone & Dolan
26 Broadway
18th Floor
New York, NY 10004
212-344-5400
Fax: 212-344-7677
Email: jme@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Li**
Schlam Stone & Dolan LLP
26 Broadway
19th Floor
New York, NY 10004
917-929-5453
Email: ali@schlamstone.com
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne-Albert**
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
212-344-5400
Fax: 212-344-7677
Email: jlavignealbert@schlamstone.com
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
Schlam Stone & Dolan LLP
26 Broadway
Floor #19
New York, NY 10004
212-344-5400
Fax: 212-344-7677
Email: jmazer@mazerpllc.com
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
Lundin PLLC

405 Lexington Avenue
Ste 26th Floor
New York, NY 10174
212-541-2402
Email: nomurchadha@lundinpllc.com
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Richard Henry Dolan**
Schlam Stone & Dolan
26 Broadway
New York, NY 10004
(212) 344-5400
Fax: (212) 344-7677
Email: rhd@schlamstone.com
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
Yifat Schnur Esq. LLC
NJ
22 Prescott Street
Edison, NJ 08817
347-268-5347
Email: yvlslaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yifat Schnur**
*TERMINATED: 08/20/2018*

represented by **Eric R Breslin**
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102
973-424-2063
Fax: 973-424-2001
Email: erbreslin@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald C. Minkoff**
Frankfurt Kurnit Klein & Selz, P.C.
28 Liberty Street
New York, NY 10005
212-705-4837
Email: rminkoff@fkks.com
*TERMINATED: 11/20/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J.D. McFerrin-Clancy**
John J.D. McFerrin-Clancy, Esq.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111
(646)771-7377
Fax: (212)332-3401
Email: jmc@mcferrin-clancy.com
*ATTORNEY TO BE NOTICED*

**Melissa S. Geller**
Duane Morris LLP

One Riverfront Plaza
1540 Broadway
New York, NY 10036-4086
212-692-1077
Fax: 973-556-1562
Email: msgeller@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephanie Shon**
*TERMINATED: 08/20/2018*

represented by **Dawn Marie Wilson**
Ganfer & Shore LLP
Attorneys at Law
360 Lexington Avenue
New York, NY 10017
212-922-9250
Fax: 212-922-9335
Email: dwilson@bsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Arthur Berman**
Ganfer & Shore, LLP
360 Lexington Avenue
14th Floor
New York, NY 10017
212-922-9250
Fax: 212-922-9335
Email: mberman@bsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Icarus, LLC**
*TERMINATED: 08/20/2018*

represented by **Marc Steven Gottlieb**
Law Office of Marc S. Gottlieb
61 Broadway
Suite 1060
New York, NY 10006
646-961-3210
Fax: 866-294-0074
Email: beilttog@yahoo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Company**
*TERMINATED: 11/12/2019*

represented by **Doe Company**
120 East End Avenue
Apt. 2A
New York, NY 10028
PRO SE

**Defendant**

**John Doe**
*TERMINATED: 08/20/2018*

represented by **John Doe**
PRO SE

**Interested Party**

**Pravati Investment Fund IV, LP**

represented by **Peter Bradley Foster**
Foster & Wolkind, P.C.
80 Fifth Avenue
Suite 1401
New York, NY 10011
212-691-2313

Email: pfoster@foster-wolkind.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howard Rubin**                                                   represented by **Andrew J. Weinstein**
(See above for address)
*TERMINATED: 11/22/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Edward Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Mc Donald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrie A. Dnistrian**
(See above for address)
*TERMINATED: 11/22/2017*
*ATTORNEY TO BE NOTICED*

**Benjamin Morgan Rose**
(See above for address)
*TERMINATED: 03/17/2021*
*ATTORNEY TO BE NOTICED*

**Katherine Anne Boy Skipsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Stephanie Caldwell**                                             represented by **John G. Balestriere**
*TERMINATED: 12/04/2018*                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kristina Hallman**                              represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Hillary Lawson**                              represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jennifer Powers**                              represented by **Douglas E. Grover**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne-Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
(See above for address)
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Rosemarie Peterson**                      represented by  **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Lauren Fuller**                           represented by  **John G. Balestriere**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jennifer Powers**                         represented by  **Douglas E. Grover**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeffrey M. Eilender**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jolene F. Lavigne-Albert**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan Mazer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Niall Diarmuid O'Murchadha**
                                                            (See above for address)
                                                            *TERMINATED: 10/25/2021*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Yifat V. Schnur**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Stephanie Caldwell**                      represented by  **John G. Balestriere**
*TERMINATED: 12/04/2018*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brian L Grossman**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2019*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew William Schmidt**
                                                            (See above for address)
                                                            *TERMINATED: 03/04/2024*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kristina Hallman**                                    represented by  **John G. Balestriere**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Brian L Grossman**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/08/2019*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Matthew William Schmidt**
                                                                        (See above for address)
                                                                        *TERMINATED: 03/04/2024*
                                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Moira Hathaway**                                     represented by  **John G. Balestriere**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Hillary Lawson**                                     represented by  **John G. Balestriere**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Brian L Grossman**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/08/2019*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Matthew William Schmidt**
                                                                        (See above for address)
                                                                        *TERMINATED: 03/04/2024*
                                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Macey Speight**                                      represented by  **John G. Balestriere**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howard Rubin**                                       represented by  **Andrew J. Weinstein**
                                                                        (See above for address)
                                                                        *TERMINATED: 11/22/2017*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Benjamin Edward Rosenberg**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Edward A. Mc Donald**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*

**Michael J. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barrie A. Dnistrian**
(See above for address)
*TERMINATED: 11/22/2017*
*ATTORNEY TO BE NOTICED*

**Benjamin Morgan Rose**
(See above for address)
*TERMINATED: 03/17/2021*
*ATTORNEY TO BE NOTICED*

**Katherine Anne Boy Skipsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Stephanie Caldwell**
*TERMINATED: 12/04/2018*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jennifer Powers**

represented by **Douglas E. Grover**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne-Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
(See above for address)
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Hillary Lawson**                           represented by   **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Macey Speight**                           represented by   **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Kristina Hallman**                           represented by   **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Stephanie Caldwell**
*TERMINATED: 12/04/2018*

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Rosemarie Peterson**

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Moira Hathaway**

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Lauren Fuller**

represented by **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jennifer Powers**

represented by **Douglas E. Grover**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Eilender**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jolene F. Lavigne-Albert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Mazer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niall Diarmuid O'Murchadha**
(See above for address)
*TERMINATED: 10/25/2021*
*ATTORNEY TO BE NOTICED*

**Yifat V. Schnur**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Hillary Lawson**                    represented by    **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Macey Speight**                    represented by    **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Kristina Hallman**                    represented by    **John G. Balestriere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Grossman**
(See above for address)
*TERMINATED: 04/08/2019*
*ATTORNEY TO BE NOTICED*

**Jillian Lee McNeil**
(See above for address)
*TERMINATED: 04/08/2019*

*ATTORNEY TO BE NOTICED*

**Matthew William Schmidt**
(See above for address)
*TERMINATED: 03/04/2024*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Stephanie Caldwell**                    represented by   **John G. Balestriere**
*TERMINATED: 12/04/2018*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brian L Grossman**
                                                          (See above for address)
                                                          *TERMINATED: 04/08/2019*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew William Schmidt**
                                                          (See above for address)
                                                          *TERMINATED: 03/04/2024*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Moira Hathaway**                        represented by   **John G. Balestriere**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Lauren Fuller**                         represented by   **John G. Balestriere**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brian L Grossman**
                                                          (See above for address)
                                                          *TERMINATED: 04/08/2019*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jillian Lee McNeil**
                                                          (See above for address)
                                                          *TERMINATED: 04/08/2019*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|