John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5421
Facsimile:     (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN and BRITTANY REYES,**<br><br>                               Plaintiffs,<br><br>– against –<br><br>**HOWARD RUBIN,**<br><br>                               Defendant. | Case No.: 1:17-cv-06404-BMC<br><br>**AFFIDAVIT OF JOHN G. BALESTRIERE IN SUPPORT OF BALESTRIERE FARIELLO'S MOTION TO WITHDRAW AS COUNSEL** |

STATE OF NEW YORK     )
                                           s.s.:
COUNTY OF NEW YORK )

      I, John G. Balestriere, an attorney duly admitted to practice law in the Eastern District of New York, of legal age and under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare the following:

      1.       I am an attorney at the law firm Balestriere Fariello (the "Firm," or "Plaintiffs' Counsel"). The Firm represents Plaintiffs Amy Moore ("Moore"), Mia Lytell ("Lytell"), Natasha Tagai ("Tagai"), Emma Hopper ("Hopper"), Brittany Hassen

("Hassen"), and Brittany Reyes ("Reyes") (collectively, "Plaintiffs") in the above-referenced action against Defendant Howard Rubin ("Rubin").

2. I am fully familiar with the facts stated herein and make this affidavit in support of Balestriere Fariello's motion to withdraw as counsel to the Plaintiffs.

3. Balestriere Fariello is in dissolution and has terminated its operations. Due to an ongoing dispute with a litigation funder, Pravati Capital, LLC, and related economic circumstances from that dispute, Balestriere Fariello will not be able to continue with this case.

4. Balestriere Fariello has communicated this to the Plaintiffs, including their right to counsel of their choosing, and that Balestriere Fariello is moving to withdraw for the reason of dissolution and no other reason.

5. Balestriere Fariello maintains a charging lien.

6. Balestriere Fariello respectfully requests a stay of at least 30 days for Plaintiffs to obtain new counsel.

7. Plaintiffs request the opportunity to appear before the Court regarding this motion and the request for a stay in this case.

Dated: New York, New York
August 16, 2024

By: _____
John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5421
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs*

Sworn to before me this
16th day of August, 2024

_____
Notary Public
MICHAEL J. WEINER
No. 02WE6445696
MY COMMISSION EXPIRES: 12/27/2026