UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN and BRITTANY REYES,

                Plaintiffs,

– against –

HOWARD RUBIN,

                Defendant.

Case No.: 1:17-cv-06404-BMC

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK )
                      s.s.:
COUNTY OF NEW YORK )

    ALEXIS PUDVAN, being duly sworn, deposes and states:

    I am over 18 years of age and I reside in New York, New York. On August 23, 2024, I served true and complete copies of the Motion to Withdraw as Attorney of John G. Balestriere (Dkt. No. 455), filed August 21, 2024, and the Declaration of John G. Balestriere in Support of the Motion to Withdraw as Attorney (Dkt. No. 455-1), filed August 21, 2024, upon:

Brittany Hassen
2928 West 5th St. Apt. 7T
Brooklyn, NY 11224

Emma Hopper
2195 Mainsail Dr.
Marietta, GA 30062

Mia Lytell
101 South Fort Lauderdale Beach Blvd. Apt 2307
Fort Lauderdale, FL 33316

Amy Moore
280 Tuscany Chase Dr.
Daytona Beach, FL 32117

Brittany Reyes
2649 Pine Tree Dr.
Miramar, FL 33023

Natasha Tagai
2701 Biscayne Blvd Apt 8102
Miami, FL 33137

by placing the above-mentioned documents in prepaid envelopes and delivering the envelopes to a Federal Express Official Mail Depository Location before the last time for Priority Overnight designated by Federal Express, causing the envelope to be delivered to the above-named persons at the above-listed addresses. Counsel of Record was served these papers via ECF on August 21, 2024.

Dated: New York, New York
      August 23, 2024

_____
ALEXIS PUDVAN

Sworn to before me this
23rd day of August, 2024

_____
Notary Public

MICHAEL JAMES WEINER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02WE6445696
Qualified in New York County
My Commission Expires 12-27-2026