# Exhibit 1

BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, NY 10007
T: +1.212.374.5400
F: +1.212.208.2613
info@balestrierefariello.com
www.balestrierefariello.com

August 21, 2017

**VIA E-MAIL** ███████████
Mia Raquel Lytell
███████████

**VIA E-MAIL** ███████████
Amy Moore
███████████

**VIA E-MAIL** ███████████
Katrina Rico
███████████

Re: ███████████

Dear Mia, Amy and Katrina:

███████████ The Firm's services in this matter will end, unless otherwise agreed upon in a written document signed by us, when there is a final agreement, settlement, decision, or a judgment.

███████████



### LIMITATION OF SCOPE OF SERVICES

The litigation or arbitration of any related claims or defenses, or any claims against any other parties shall be subject to separate engagement. We welcome the opportunity to serve you further, so please do not hesitate to ask us about this.

Not included within the scope of our representation is any work of any kind involving any party other than those names above, as well as any appeals, addressing counter-claims or claims of any kind against you in this or any other matter, or enforcement of judgments. Such other services are subject to separate discussions and negotiation between our Firm and you. Any such services the Firm provides shall be billed to you at an hourly rate basis unless and until we do come to a separate engagement regarding such services.