

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

November 18, 2024

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Moore, et al. v. Rubin*
                1:17-cv-06404-BMC

Dear Judge Cogan:

      I represent Plaintiffs in this action where I moved to withdraw as counsel on behalf of three Plaintiffs on October 29, 2024 (the "Motion to Withdraw", Dkt. No. 459), and submitted an ex parte affidavit on November 15, 2024. I write to follow up on a call to Chambers this morning, where my colleague informed Chambers that there were relevant developments related to the Motion to Withdraw in the days since November 15, 2024.

      I am in preparation all day for an upcoming arbitration proceeding but shall file a supplemental ex parte affidavit in further support of the Motion to Withdraw by the end of the night.

                                                              Respectfully submitted,

                                                               John G. Balestriere

cc:    Counsel of Record (via ECF)