UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN and BRITTANY REYES,**

         Plaintiffs,

– against –

**HOWARD RUBIN,**

         Defendant.

Case No.: 1:17-cv-06404-BMC

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK )
                s.s.:
COUNTY OF NEW YORK )

I, John G. Balestriere, being duly sworn, deposes and states:

1. I am an attorney in New York, New York and am over eighteen years of age.

2. Pursuant to the Court's Order dated November 19, 2024 (the "Order"), I provided a true and complete copy of the Order to Plaintiffs Brittany Hassen, Emma Hopper, and Brittany Reyes via email on November 20, 2024.

3. I provided a true and complete copy of the Order to Plaintiffs Mia Lytell, Amy Moore, and Natasha Tagai via email on November 21, 2024.

4. On November 21, 2024, my colleague, at my direction, served true and complete copies of the Order, upon:

Brittany Hassen
2928 West 5th St. Apt. 7T
Brooklyn, NY 11224

Emma Hopper
2195 Mainsail Dr.
Marietta, GA 30062

Mia Lytell
101 South Fort Lauderdale Beach Blvd. Apt 2307
Fort Lauderdale, FL 33316

Amy Moore
280 Tuscany Chase Dr.
Daytona Beach, FL 32117

Brittany Reyes
2649 Pine Tree Dr.
Miramar, FL 33023

Natasha Tagai
2701 Biscayne Blvd Apt 8102
Miami, FL 33137

by placing the above-mentioned documents in prepaid envelopes and delivering the envelopes to a Federal Express Official Mail Depository Location before the last time for Standard Overnight Shipping designated by Federal Express, causing the envelope to be delivered to the above-named persons at the above-listed addresses. Counsel of Record was served these papers via ECF on November 19, 2024.

Dated: New York, New York
　　　　November 21, 2024

_____
John G. Balestriere

Sworn to before me this
21 day of November, 2024

_____
Notary Public

ELKE HOFMANN
Registration #02HO6176688
Qualified in Kings County
My Commission Expires
April 27, 2024 2026