UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
AMY MOORE, MIA LYTELL, NATASHA                               :
TAGAI, EMMA HOPPER, BRITTANY                                 :   **AMENDED JUDGMENT**
HASSEN, and BRITTANY REYES,                                  :
                                                             :   17-cv-6404 (BMC)
                                                             :
                          Plaintiffs,                        :
           - against -                                       :
                                                             :
HOWARD RUBIN, and JENNIFER                                   :
POWERS,                                                      :
                                                             :
                          Defendants.                        :
                                                             :
------------------------------------------------------------ X

**COGAN**, District Judge.

This case having come before the Court for trial by jury, and the jury having rendered its verdict on April 6, 2022 and April 7, 2022, it is hereby

**ORDERED AND ADJUDGED**, that plaintiffs shall take nothing of defendant Jennifer Powers; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Amy Moore shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $250,000 in punitive damages, for a total of $750,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Mia Lytell shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Natasha Tagai shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Emma Hopper shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further'

**ORDERED AND ADJUDGED**, that plaintiff Brittany Hassen shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further

**ORDERED AND ADJUDGED**, that plaintiff Brittany Reyes shall have judgment against defendant Howard Rubin in the amount of $500,000 in compensatory damages and $120,000 in punitive damages, for a total of $620,000; and it is further.

**ORDERED AND ADJUDGED**, that plaintiffs' motion for attorneys' fees and costs is granted to the extent of $4,815,033.25 in attorneys' fees and $15,114.90 in costs and expenses.

**SO ORDERED.**

Dated: Brooklyn, NY
February 18, 2025

*Brian M. Cogan*
U.S.D.J.