Amy Moore
280 Tuscany Chase Dr.
Daytona Beach, FL 32117
AMYNICOLEM82@gmail.com
386-453-8530

RECEIVED
HON. Brian M. Cogan

FEB 25 2025

February 19, 2025

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Request for Direct Payment of Funds – Case No. 17-cv-6404-BMC

Dear Judge Cogan,

I hope this letter finds you well. I am writing to respectfully request that my portion of the bond in the above-referenced case be released directly to me upon resolution of the appeal. As a prevailing plaintiff, my designated award is $750,000.

I have confirmed with both the U.S. Marshal's Office and the Clerk's Office that there is no court-ordered lien on my recovery. Given this, I would like to ensure that my portion of the bond is disbursed directly to me when the funds are released.

Please let me know if there are any additional steps I need to take to facilitate this process. I would sincerely appreciate written confirmation regarding how and when the funds will be distributed.

Thank you for your time and attention to this matter. I greatly appreciate the Court's consideration.

Sincerely,

Amy Moore

*/s/ Amy Moore*