**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMY MOORE, et al. *Plaintiffs*, -against- HOWARD RUBIN, et al., *Defendants*. | Case No.: 1:17-CV-06404 (BMC)(CLP) **NOTICE OF APPEAL** |

Notice is hereby given that DEFENDANT HOWARD RUBIN in the above-named action appeals to the United States Court of Appeals for the Second Circuit from (i) the Memorandum Decision and Order entered in this action on the 14th Day of February, 2025 (ECF No. 466), which granted the motion by Plaintiffs Amy Moore, Mia Lytell, Natasha Tagai, Emma Hopper, Brittany Hassen, and Brittany Reyes for attorneys' fees and costs to the extent of $4,815,033.25 in attorneys' fees and $15,114.90 in costs and expenses, and (ii) the Amended Judgment entered in this action on the 18th Day of February, 2025 (ECF No. 467), which ordered and adjudged attorneys' fees and costs against Defendant Rubin, as well as compensatory damages and punitive damages in varying amounts with respect to each Plaintiff already set forth in the Judgment entered in this action on the 13th Day of April, 2022 (ECF No. 407). This Notice is timely pursuant to Rule 4 of the Federal Rules of Appellate Procedure.

Dated: New York, New York
March 14, 2025

Respectfully Submitted,

DECHERT LLP

By: */s/ Edward A. McDonald*

Edward A. McDonald
Benjamin E. Rosenberg

May K. Chiang
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Michael J. Gilbert
Katherine Anne Boy Skipsey
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701