An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results  Return to Search

**Entity Details**

**ENTITY NAME:** BALESTRIERE PLLC
**DOS ID:** 3143598
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC PROFESSIONAL SERVICE LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** INACTIVE
**DATE OF INITIAL DOS FILING:** 12/30/2004
**REASON FOR STATUS:** VOLUNTARILY DISSOLVED
**EFFECTIVE DATE INITIAL FILING:** 12/30/2004
**INACTIVE DATE:** 02/12/2025
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** BALESTRIERE PLLC
**Address:** 225 BROADWAY, STE 2900, NEW YORK, NY, UNITED STATES, 10007

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

**Chief Executive Officer's Name and Address**

**Name:**
**Address:**

**Principal Executive Office Address**

**Address:**

**Registered Agent Name and Address**

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies App Directory Counties Events Programs Services