Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
T. Williams, Deputy
3/27/2025 8:00:00 AM
Filing ID 19564942

Benjamin Pierce, Esq.,
Arizona Bar No. 035096
**1787 Legal Group LLC**
7154 E. Stetson Drive, Ste. 210
Scottsdale, AZ 85251
Direct: (480) 718-3137
Email: distributions@1787Legalgroup.com
*Attorney for Petitioner*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PRAVATI INVESTMENT FUND IV, LP, a Delaware Limited Liability Company,<br><br>Petitioner,<br><br>v.<br><br><br>BALESTRIERE PLLC, A New York Professional Limited Liability Company, and JOHN G. BALESTRIERE<br><br>Respondents. | Case No.: CV2024-008391<br><br>**[PROPOSED] JUDGMENT** |

Having reviewed the Petitioner's Petition for Judgment on Arbitration Award against Defendant BALESTRIERE, PLLC (the "Respondent")[1] filed on April 10, 2024, accordingly, and good cause appearing, the court enters judgment as follows,

1. Petitioner is entitled to and hereby takes judgment against Respondent BALESTRIERE, PLLC in the amount of $17,022,454.38, which includes all sums awarded plus pre-judgment interest accrued thereupon through March 03, 2025.
2. The Final Award ("Award"), dated March 07, 2024, and attached as <u>Exhibit A</u> to Pravati's Motion Confirm Judgment on Arbitration Award, is **CONFIRMED**;

---

[1] Respondent John Balestriere is currently in bankruptcy proceedings in New York. As such, all claims against him are stayed pending the outcome of those proceedings. Accordingly, this Judgment applies to the Firm, only.

1

3. Interest shall continue to accrue on the aforementioned sums, without interruption, at a rate of $2,407.45 on a per-diem basis, as listed in the Award.
4. The Court, having considered the proceedings, and there being no just reason to delay, hereby enters final judgment in favor of Petitioner against Respondent BALESTRIERE, PLLC, pursuant to Rule 54(b) of the Arizona Rules of Civil Procedure.

DATED this _____ of _____ 2025.

_____
THE HONORABLE MICHAEL GORDON
Maricopa County Superior Court

Filing ID: 19564942   Case Number: CV2024-008391
Original Filing ID: 19431729

___

**Granted as Submitted**



/S/ Michael Gordon Date: 3/26/2025
_____
Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2024-008391  SIGNATURE DATE: 3/26/2025

E-FILING ID #: 19564942  FILED DATE: 3/27/2025 8:00:00 AM

BENJAMIN PIERCE

WILLIAM G KLAIN

JOHN G BALESTRIERE  
225 BROADWAY 29TH FL  
NEW YORK NY 10007