

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

ANDREW M. CUOMO  
GOVERNOR

ROSSANA ROSADO  
SECRETARY OF STATE

## FILING ACKNOWLEDGMENT
July 23, 2021

### RETURN TO CUSTOMER SERVICE COUNTER

CORPORATION SERVICE COMPANY
80 STATE STREET, 6TH FLOOR
ALBANY NY 12207-0000

Attached is the acknowledgment copy of your recently submitted filing. This filing consists of a total of one page, which is represented in this acknowledgment. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement Amendment has been assigned Filing Number:202107140254828, Filing Date:07/14/2021. This document has been appended to initial Financing Statement Filing Number: 201810236315025, which was filed on 10/23/2018. This action added or changed the name of the specified Debtor to read as follows:

**Debtor's Name & Address**

JOHN G BALESTRIERE
225 BROADWAY STE 2900
NEW YORK NY 10007

The initial Financing Statement will lapse on 10/23/2023 unless continued.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 473-2492, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 210310

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

10310                2021 JUL 14 PM 4:30

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
CSC   1-800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

2131 41368
CSC 50 DRAWDOWN

Filed In: New York (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
201810236315025 10/23/2018

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address    ☐ DELETE name    ☒ ADD name

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME:** Balestriere Fariello

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME:**

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Balestriere | John | G | |

**7c. MAILING ADDRESS:** 225 Broadway Ste 2900    **CITY:** New York    **STATE:** NY    **POSTAL CODE:** 10007    **COUNTRY:** USA

**7d. SEE INSTRUCTIONS**  **ADD'L INFO RE ORGANIZATION DEBTOR**  **7e. TYPE OF ORGANIZATION:** Individual  **7f. JURISDICTION OF ORGANIZATION:** NY  **7g. ORGANIZATIONAL ID #, if any:** ☒ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All assets now owned, or hereafter acquired, including without limitation: (a) all accounts, including without limitation, all deposit accounts, accounts receivable, other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Debtor; (b) all proceeds, as that term is defined by Article 9 of the UCC; (c) all assets of the Debtor including, but not limited to, any and all equipment, fixtures, inventory, accounts, chattel paper, documents, instruments, investment property, general intangibles, accounts, accounts receivable, goods, letter-of-credit rights and deposit accounts now owned and hereafter acquired by Debtor, together with any products and proceeds thereof, as those terms are defined by Article 9 of the UCC; (d) all of Debtor's interest now owned or hereafter acquired, in or under any written or oral fee agreement, contract, billing, invoice or loan (each being hereinafter referred to as a "Contract"), including without limitation, all accounts, accounts receivable, and general intangibles now or hereafter accruing under any Contract and all fees, distributions, payments, proceeds, preferences and other benefits which Debtor now is or may hereafter become entered to receive with respect to any Contract, now existing or hereafter existing; and (e) all real property, now owned or hereafter acquired, including without limitation, all fixtures and proceeds thereof, as those terms are defined by Article 9 of the UCC.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME:** CORPORATION SERVICE COMPANY as REPRESENTATIVE

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:** Debtor: Balestriere Fariello

2131 41368

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**FILING NUMBER: 202107140254828**