1  Peter B. Foster (Bar No. PF0851)
   Bryan E. Wolkind (Bar No. BW9747)
2  Foster & Wolkind, P.C.
3  80 Fifth Avenue, Suite 1401
4  New York, New York 10011
   Phone (212) 691-2313
5  Email: pfoster@foster-wolkind.com; bwolkind@foster-wolkind.com
6  Attorneys for Pravati Investment Fund IV, LP
7
8  Benjamin Pierce (Bar No. 035096)
   1787 Legal Group
9  4400 North Scottsdale Road, Suite 9277
10 Scottsdale, Arizona 85251
   Email: ben@1787legalgroup.com
11 Phone: (602) 284-3130
12 *Attorney for Pravati Investment Fund IV, LP*

13
14 **IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
15

| | |
|---|---|
| 16  **AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN, and BRITTANY REYES,** | Case No.: **1:17-cv-06404-BMC-CLP** |
| 18              Plaintiff, | **[PROPOSED] ORDER GRANTING PRAVATI INVESTMENT FUND IV, LP'S INTERVENTION** |
| 20 **PRAVATI INVESTMENT FUND IV, LP,** | |
| 22              Intervening Plaintiff, | |
|     vs. | |
| 24 **HOWARD RUBIN, and JENNIFER POWERS,** | |
| 26              Defendants. | |

27
28

1  The Court, having reviewed Intervening Plaintiff's Motion and Plea to intervene in
2  this matter, finds as follows:

3  1. Intervening Plaintiff's motion is timely and will not cause prejudice to the existing litigants.
4  2. Intervening Plaintiff has shown it has a property interest in the disposition of this case.
5  3. Intervening Plaintiff has shown its interest may be impaired by its non-intervention.
6  4. Intervening Plaintiff's interests are not adequately represented in its absence.
7  5. Intervening Plaintiff has therefore shown it has a right to intervene under Federal Rule of Civil Procedure 24(a) and (b).

ACCORDINGLY, and pursuant to the same, the Court GRANTS the Motion and Plea. Intervening Plaintiff is permitted to intervene in this matter.

IT IS SO ORDERED

Dated May ____ 2025,

By:_____

The Honorable Brian M. Cogan