# BALESTRIERE

John G. Balestriere
**BALESTRIERE**
225 Broadway, 29th Floor
New York, NY 10007
Tel: 212-540-7361
John.balestriere@balestrierefirm.com
www.balestrierefirm.com

May 27, 2025

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Moore, et al. v. Rubin, et al.*, Case No. 1:17-cv-06404
            Request to Adjourn Motion to Intervene

Dear Judge Cogan:

    Pursuant to Rule I.E.1 of the Court's Individual Practices, I write on behalf of both Balestriere Fariello and Pravati Investment Fund IV, LP ("Pravati") to respectfully request an adjournment of the current return date for Pravati's Motion to Intervene (Dkt. No. 482) ("Motion") to request that the current deadline for any opposition to the Motion of June 2, 2025, be extended to July 3, 2025. There have been no previous requests for an adjournment and, while Balestriere Fariello is no longer counsel of record for most Plaintiffs in this action, Defendant does not object to the extension and we are unaware of any Plaintiff objecting to the extension.

    The basis for this request is that Balestriere Fariello (which has a fee interest in this action pursuant to the relevant authority and engagement letters with the Plaintiffs) and Pravati are actively engaged in discussions aimed at resolving their disputes. The additional time will facilitate continued efforts toward a potential resolution which may preclude the need for further motion practice.

                                                                    Respectfully Submitted,

                                                                    John G. Balestriere

cc: Counsel of Record (via ECF)