

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 01 2025 ★
BROOKLYN OFFICE

June 26, 2025

Hon. Brian M. Cogan
United States District Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Cover Letter – Filing of Objection to Pravati Capital's Motion to Intervene (Dkt. 482)
Case: Lawson et al. v. Rubin et al., No. 1:17-cv-06404-BMC-CLP

Dear Judge Cogan:

Enclosed please find a letter submitted on behalf of pro se plaintiff Brittany Hassen objecting to the motion to intervene filed by Pravati Capital (Dkt. 482). The submission includes the objection letter and accompanying Exhibit A.

Thank you for your attention to this matter.

Respectfully submitted,

Brittany Hassen
Pro Se Plaintiff

Brittany Hassen

Pro Se Plaintiff

June 26, 2025


The Honorable Brian M. Cogan

United States District Judge

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


**Re: Objection to Pravati Capital's Motion to Intervene (Dkt. 482)**
Case No. 1:17-cv-06404-BMC-CLP – Lawson et al. v. Rubin et al.


Dear Judge Cogan:

I respectfully submit this letter as a pro se plaintiff and survivor of human trafficking to object to the Motion to Intervene filed by Pravati Capital, LLC (Dkt. 482).

At no point have I had any direct or indirect relationship—contractual or otherwise—with Pravati Capital. I never signed, authorized, or knowingly benefited from any agreement involving this third party. Any arrangements made between Pravati and my former legal representation were done without my consent and are not binding on me.

More troublingly, I recently discovered UCC-1 financing statements filed in my name, citing this case and my personal information, including my residential address. These filings were made without my knowledge or authorization. I did not grant a security interest nor sign any documents that would permit such liens to be recorded. The consequences of these unauthorized filings have been serious, including damage to my credit, violation of my privacy, and unwanted contact from creditors or third parties.

To make matters worse, I recently received correspondence from an entirely separate lender, unrelated to Pravati, involving a debt of over $900,000 reportedly tied to my former attorney, John Balestriere. This letter included documentation from a State Marshal naming me as collateral for that debt, despite the fact that I had no involvement with the loan, was never informed of it, and did not authorize the use of my name or interest. There is absolutely no lawful or moral basis for attaching me to debts incurred solely by Mr. Balestriere. I should not be held responsible for the financial liabilities of an attorney who was supposed to protect my rights.

Furthermore, after numerous plaintiffs in this matter raised similar objections and communicated directly with Pravati, the company has since removed several of the UCC

liens it filed against individuals in this case, including those filed in my name. This further demonstrates that the filings were improper, unsupported by valid legal authority, and should never have been recorded in the first place.

Additionally, Pravati's motion contains material inaccuracies. It misrepresents my location and implies participation or consent that never existed. These claims are factually incorrect and legally unsupported.

For these reasons, I respectfully ask that the Court:

1. Deny Pravati Capital's Motion to Intervene (Dkt. 482) as it pertains to me;

2. Acknowledge that I never authorized, agreed to, or benefited from any relationship or agreement with Pravati Capital or any related lender;

3. Direct that no funds be distributed to Pravati Capital or my former counsel, John Balestriere, on my behalf without my express written consent or a further order of this Court; and

4. Declare that any UCC-1 financing statements or related liens filed in connection with me and this litigation are invalid, unauthorized, and of no legal effect.

I am prepared to provide supporting documentation upon request and respectfully request that this objection be entered into the record and considered in the adjudication of the pending motion.

Thank you for your attention and consideration.

Respectfully submitted,

\s\Brittany Hassen

Brittany Hassen

Pro Se Plaintiff



Troy Daniel Roberts, Esq.
Senior Legal Counsel

D +1 (480) 718-3302
E troy@pravaticapital.com

May 13, 2025

SENT VIA CERTIFIED MAIL

Brittany Hassen
Apartment #71
2928 West 5th Street
Brooklyn, NY 11224

Re.: * * * NOTICE OF LIEN * * *

Case Name: Lawson et al v. Rubin et al
Jurisdictions and Case Numbers:
U.S. District Court Eastern District of New York Case No.: 1:17-cv-06404-BMC-CLP
and United States Court of Appeals for the Second Circuit Case No.: 25-613

I am writing you on behalf of Pravati Capital, LLC ("Pravati") which is a lienholder against Balestriere PLLC., a New York professional service limited liability company ("Obligor"). According to court records, you are one or more claimants/plaintiffs who were represented by Obligor in the above referenced litigation (the "Case"). As such, we are writing to provide you with actual notice of our outstanding lien against Obligor's interest in Case proceeds or recoveries.

Pravati's lien is supported by a judgment against Obligor exceeding $17 million. Pravati seeks your cooperation in enforcing its lien and judgment, both attached hereto. Pravati is prepared to vigorously pursue all its legal rights and remedies when enforcing the lien. Accordingly, if there is any payment to Obligor for attorney's fees, I strongly urge you to interplead such funds to the court.

We would welcome your inquiry at any point in the future with respect to the outstanding amount on this lien. Please see our contact information above. Thank you for your prompt attention to this matter.

Respectfully yours,

Troy Daniel Roberts
Senior Legal Counsel
Pravati Capital, LLC

## New York State Department of State
### Uniform Commercial Code
#### Filing Data Report

Please note that this record report has been generated by an independent searcher, using the Departmen
Uniform Commercial Code On-Line Database. This report lists filing records on file as of May 02, 2025,
However, the information contained in this report is NOT an official record of the Department of State a
contain filings filed after this date.

**Name of Individual Searched :**

## HASSEN BRITTANY     *All Filings

Back   View First Page(s)

| 1. Debtor Names: | HASSEN, BRITTANY | 2928 W 5TH ST APT 7T, BROOKLYN |
| --- | --- | --- |
| Secured Party Names: | CORPORATION SERVICE COMPANY AS REPRESENTATIVE | P.O. BOX 2576 UCCSPREP@CSCINFO.CO 62708, USA |

| File no. | File Date | Lapse Date | Filing Type |
| --- | --- | --- | --- |
| 202409046242563 | 09/04/2024 | 09/04/2029 | Financing Statement |

| 2. Debtor Names: | HASSEN, BRITTANY | 2928 W 5TH ST APT 7T, BROOKLYN |
| --- | --- | --- |
| Secured Party Names: | CORPORATION SERVICE COMPANY AS REPRESENTATIVE | P.O. BOX 2576 UCCSPREP@CSCINFO.CO 62708, USA |

| File no. | File Date | Lapse Date | Filing Type |
| --- | --- | --- | --- |
| 202409046242878 | 09/04/2024 | 09/04/2029 | Financing Statement |

Back   View First Page(s)

\* Images marked NA are not available on this webpage.
[ Division of Corporations, State Records and UCC Home Page ] [ NYS State Home Page ]





# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

**LEVY AND DEMAND ON**                                      March 10, 2025
BRITTANY HASSEN
2928 WEST 5TH STREET APT. 7T
BROOKLYN NY 11224

JUDGMENT CREDITOR
GIMLET MEDIA, INC.
           **VS**
BALESTRIERE PLLC D/B/A BALESTRIERE FARIELLO
JUDGMENT DEBTOR

GREETINGS:

Attached you will find a Property Execution with Notice to Garnishee. As directed under **CPLR §5232(a)**, you are required to turn over to me all property of the judgment debtor currently in your possession or custody, not to exceed the following amount:

| | |
|---|---:|
| Judgment . . . . . . . . . . | $903,036.79 |
| Interest . . . . . . . . . . | $30,111.76 |
| Statutory Fees . . . . . . . | $65.00 |
| Expense . . . . . . . . . . | $0.00 |
| Poundage . . . . . . . . . . | $46,660.67 |
| **TOTAL** | **$979,874.22** |

Plus $223.05 interest for each additional day from the date on this levy.

**Any monies paid to the judgment debtor after receipt of this levy is in violation of certain New York State laws.** All monies due the above-named judgment debtor for rent, escrow, commission, or any other means, must immediately be paid directly to this City Marshal's Office. This also includes the surrender to me of any stock certificates, bonds, company shares, etc…belonging to the debtor. I am sorry to put you in this position but have no other choice since the judgment debtor has failed to meet the obligation set forth by the Civil Court.

**PLEASE MAKE ALL CHECKS PAYABLE TO: NYC MARSHAL STEPHEN W. BIEGEL**
Should you have any questions, kindly contact my office.
**MARSHAL'S DOCKET # E 49450**

Very truly yours,

STEPHEN W. BIEGEL
Marshal City of New York, Badge #27

SIGNATURE OF OFFICIAL ACCEPTING LEVY: _____

PRINTED NAME: _____     DATE: _____ (BANKATTR)

Brittany Hassen Pro-Se
7 Gouverneur Slip E
NY, NY 10002

NEW YORK NY 100
28 JUN 2025 PM 13 L
FREEDOM
FOREVER USA

Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn NY 11201

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 01 2025 ★

BROOKLYN OFFICE

