**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN and BRITTANY REYES,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOWARD RUBIN and JENNIFER POWERS,<br><br>    Defendants. | **Case No. 17-cv-6404 (BMC)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Andrew S. Kent, Esq., of Chiesa Shahinian & Giantomasi PC, hereby enters his appearance in the above-captioned matter for supersedeas bond sureties United Casualty and Surety Insurance Company and General Reinsurance Company (the "Sureties"), and requests that all notices required to be given, and all papers required to be served in the case, be given to and served upon him as follows:

Andrew S. Kent
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, New York 10036
Telephone No.: (973) 530-2104
Fax No.: (973) 325-1501
Email: akent@csglaw.com

Dated: March 6, 2026

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Supersedeas Bond Sureties
*United Casualty and Surety Insurance Company*
*and General Reinsurance Company*

By: _____*Andrew S. Kent*_____
        ANDREW S. KENT