

**YIFAT V. SCHNUR**

22 Prescott Street
Edison, NJ 08817
Yifat@yvlslaw.com
347.268.5347

March 18, 2026

VIA ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Moore et al. v. Rubin* No. 1:17-cv-06404 (BMC)

## SUPERSEDAS BOND HOLD NOTICE

Dear Judge Cogan,

Non-parties Yifat V. Schnur and Yifat V. Schnur, Esq., LLC (collectively, "Ms. Schnur"), respectfully submit this letter in response to the Court's March 11, 2026 Order (Dkt. 518), which directs that any party not identified in the supersedeas bond claiming an interest in the funds therein file a letter identifying the grounds for such interest.

At the outset, Ms. Schnur respectfully apologizes to the Court for the one-day delay in submitting this letter. Counsel was out of the office last week due to previously scheduled family obligations and appreciates the Court's consideration.

Ms. Schnur advises the Court that she has an action against all the Plaintiffs in the matter sub judice (1:17-cv-06404-BMC-CLP) pending before the Supreme Court of the State of New York, County of New York, captioned *Yifat V. Schnur and Yifat V. Schnur, Esq., LLC v. John G. Balestriere, et al.*, Index No. 160095/2018 (the "State Action"). That action arises from, inter alia, the conduct of the plaintiffs and their lawyers, including Jeremy Saland Esq. and Crotty Saland P.C, in the above-captioned federal action and seeks damages for, among other claims, malicious prosecution and defamation.

In addition, Ms. Schnur has commenced an adversary proceeding against John Balestriere in the United States Bankruptcy Court for the Southern District of New York, captioned *Yifat V. Schnur v. John G. Balestriere*, Adv. Proc. No. 1:24-ap-4036 (LGB) (Bankr. S.D.N.Y.). That adversary proceeding is based on the same factual and legal grounds as the state court action and remains pending, awaiting the outcome of the State Action. The Bankruptcy Court retains jurisdiction with respect to any determination and award of damages against Mr. Balestriere.



As reflected in the pleadings in these matters, Ms. Schnur alleges that she sustained and continues to sustain substantial damages as a result of the plaintiffs' conduct in connection with the underlying EDNY litigation. Both actions remain pending.

Out of an abundance of caution, Ms. Schnur submits this letter to notify the Court that she claims an interest in the funds referenced in the supersedeas bond to the extent that such funds may be used to satisfy a monetary judgment that she reasonably expects to obtain against the plaintiffs and/or related parties in the pending state court and bankruptcy proceedings.

Ms. Schnur respectfully submits that her pending claims, including those currently before the Bankruptcy Court, give rise to a cognizable interest in the funds at issue, as those funds may represent a source of recovery for the damages she has incurred. Accordingly, she provides this notice to ensure that her potential interest is preserved and considered by the Court in connection with any determination regarding the distribution of such funds.

Ms. Schnur does not seek, by this letter, any immediate relief, but rather submits this notice in compliance with the Court's Order and to apprise the Court of her pending claims and potential interest.

Thank you for Your Honor's consideration.
Respectfully submitted,

**YIFAT V. SCHNUR ESQUIRE LLC**

_____
Yifat V. Schnur, Esq.