UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

Amy Nicole Moore,

Plaintiff,

v.                                    **Case No. 1:17-cv-06404 (BMC)**

Howard Rubin, et al.,

Defendants.

--------------------------------------------------------x

*** Filed ***
03:44 PM, 18 Mar, 2026
U.S.D.C., Eastern District of New York

March 18, 2026

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Cogan:

Pursuant to the Court's March 11, 2026, Order, I respectfully object to the claims asserted in the March 17, 2026 submissions.

The Court has already held that any attorneys' fees are separate and apart from the individual plaintiffs' recoveries. Dkt. 502. As such, the assertions raised do not provide a basis to delay or interfere with distribution of my recovery.

Respectfully submitted,


/s/ Amy Nicole Moore

Amy Nicole Moore
Pro Se Plaintiff
280 Tuscany Chase Dr.
Daytona Beach, FL 32117
amynicolem82@gmail.com