

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

ANDREW KENT
Member

akent@csglaw.com

O  973.530.2104      F  973.325.1501

March 19, 2026

***Via ECF***

Hon. Brian M. Cogan, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Moore *et al.* v. Rubin
      E.D.N.Y. Case No. 1:17-cv-06404
      2d Cir. Case No. 24-2018-cv
      Bond No. UCSX2X4121

Dear Judge Cogan:

Our office represents United Casualty & Surety Insurance Company and General Reinsurance Corporation (collectively, "the Sureties") in connection with the above-referenced supersedeas bond (Doc. No. 414; the "Bond").  Please accept this letter in response to the Court's docket order, dated March 11, 2026.

The Sureties are prepared to follow the Court's direction regarding the deposit or payment of the proceeds of the Bond.  The Sureties take no position on any of the issues raised by other parties and non-parties relating to same.  The Sureties' only concerns and requests are as follows:

(i)     That the Sureties not be required to deposit or pay any amounts in excess of the aggregate penal sum of the Bond;

(ii)    That the Sureties not be required to pay or deposit any amounts in excess of the original (bonded) judgment (Doc. No. 407), plus accrued post-judgment interest; and

(iii)   That any order issued expressly provide that upon making such payments or deposits as may be directed by the Court, the Sureties' obligations under the Bond shall be deemed fully and finally discharged.

       I shall make myself available to participate in any conference, or provide any further information from the Sureties that the Court may direct.

                         Respectfully submitted,

                         *Andrew S. Kent*

                         Andrew Kent
                         Member

cc:  All counsel and pro se parties via ECF and email