**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN, BRITTANY REYES,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD RUBIN,<br><br>Defendant. | Case No. 1:17-cv-06404-BMC<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Tammy L. Roy of Cahill Gordon & Reindel LLP hereby

appears as counsel in this matter for Plaintiff Brittany Hassen.  I hereby certify that I am admitted

to practice in this Court.

Dated: March 24, 2026

New York, New York

Respectfully submitted,

/s/ Tammy L. Roy
Tammy L. Roy
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
(212) 701-3000
troy@cahill.com

*Attorney for Brittany Hassen*