**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMY MOORE, MIA LYTELL, NATASHA TAGAI, EMMA HOPPER, BRITTANY HASSEN, BRITTANY REYES,<br><br>        Plaintiffs,<br><br>        v.<br><br>HOWARD RUBIN,<br><br>        Defendant. | Case No. 1:17-cv-06404-BMC<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Elizabeth M. Brown of Cahill Gordon & Reindel LLP hereby appears as counsel in this matter for Plaintiff Brittany Hassen. I hereby certify that I am admitted to practice in this Court.

Dated: March 24, 2026

New York, New York

Respectfully submitted,

*/s/* Elizabeth M. Brown
Elizabeth M. Brown
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
(212) 701-3000
ebrown@cahill.com

*Attorney for Brittany Hassen*
