**FOSTER & WOLKIND, P.C.**

ATTORNEYS AT LAW

80 FIFTH AVENUE, SUITE 1401

NEW YORK, NEW YORK 10011

PETER B. FOSTER
BRYAN E. WOLKIND

TEL 212 691-2313
FAX 212 691-2459

WRITER'S DIRECT E-MAIL
bwolkind@foster-wolkind.com

March 24, 2026

Hon. Brian M. Cogan
U.S. District Court
Eastern District of New York

  Re: **Lawson v. Rubin**
    **17-cv-06404**

Dear Judge Cogan:

  As and for Pravati Investment Fund IV, LP ("Pravati")'s response to the submissions to the Court made by Natasha Tagai and Amy Moore, Pravati submits that Ms. Tagai's and Ms. Moore's submissions are not responsive to, and do not address the issues outlined in Pravati's letter dated March 17, 2026.

  As for Ms. Schnur's submission, it appears that no relief is sought by Ms. Schnur. Moreover, the possibility that Ms. Schnur may eventually obtain a money judgment against plaintiffs does not serve as a basis to stay the distribution of the award to John Balestriere's bankruptcy counsel's escrow account so that the bankruptcy court may determine how the funds should be distributed, subject to Pravati's lien. *See* the Court's order at *Dkt. 502*.

  Thank you for your attention to this matter.

      Respectfully submitted,

      Foster & Wolkind, P.C.

      By: _____
      Bryan E. Wolkind, Esq.