

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**May Chiang**
*Partner*

may.chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0441 Fax

March 24, 2026

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

> **Re:** *Moore, et al. v. Rubin, et al.*, **1:17-cv-06404 (BMC)**

Dear Judge Cogan,

On behalf of Mr. Rubin, we write in response to the Court's March 11, 2026 Order. Mr. Rubin takes no position on the proper distribution of the funds representing the damages judgment but respectfully requests that:

1. Should the Court determine that it is appropriate for the bond to be distributed to an escrow account or to the Clerk of the Court, the date of distribution to such escrow account should serve as the "date of payment" for purposes of calculating post-judgment interest.

2. Any order distributing the funds provide that Mr. Rubin's obligations to satisfy the damages judgment in Dkt. 407 would be fully and finally discharged once he has distributed the funds as called for by the order.

Respectfully submitted,

*/s/ May K. Chiang*

May K. Chiang

*Counsel to Defendant Howard Rubin*

cc: All counsel of record and registered pro se parties via ECF
Plaintiff Reyes, via e-mail
Plaintiff Hopper, via e-mail to counsel
Balestriere Fariello, via email to counsel