

**CHIESA SHAHINIAN & GIANTOMASI PC**

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**ANDREW KENT**
Member

akent@csglaw.com

O 973.530.2104     F 973.325.1501

April 14, 2026

***Via ECF***
Hon. Brian M. Cogan, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Moore *et al.* v. Rubin
        E.D.N.Y. Case No. 1:17-cv-06404
        2d Cir. Case No. 24-2018-cv
        Bond No. UCSX2X4121

Dear Judge Cogan:

Our office represents United Casualty & Surety Insurance Company ("UCSIC") and General Reinsurance Corporation ("Gen Re") (collectively, "the Sureties") in connection with the above-referenced supersedeas bond (Doc. No. 414; the "Bond").  Please accept this letter in response to Ms. Amy Moore's letter of today's date (Doc. 537).

As indicated in my letter dated April 13, 2026 (Doc. No. 536), the Sureties issued checks to the Plaintiffs, including Ms. Moore, for 96.6% of the amounts directed by the Court, pending further direction concerning the 3.4% that is the subject of Mr. Rubin's limited motion for reconsideration (Doc. No. 535).  Ms. Moore's check was sent via Federal Express on Saturday, April 11, 2026, at 5:28pm. On Monday at 8:47am, I received an email from Ms. Moore requesting a tracking number, and I provided one to her by email nine minutes later, at 8:56am, indicating that "it looks like Tuesday now."  A copy of my email chain with Ms. Moore is attached hereto as Exhibit A.

Federal Express tracking indicates that Ms. Moore received her delivery today at 12:56pm:



Tue, 04/14/2026
12:56pm

**Delivered to**

280 TUSCANY CHASE DR, DAYTONA BEACH, FL 32117

Four other Plaintiffs have received their deliveries as well (with one remaining Plaintiff's check held up briefly awaiting confirmation of an address).

As the Court will observe from our email exchange, all of my communications with Ms. Moore were prompt, candid and professional.  I can further represent to the Court that all of UCSIC's communications with Ms. Moore, through Paul Hoffman, its Director of Surety Claims, were likewise prompt, candid and professional.

I shall make myself available to participate in any conference, or provide any further information from the Sureties that the Court may direct.

Respectfully submitted,

*Andrew S. Kent*

Andrew Kent
Member

cc:  All counsel and pro se parties via ECF and email

# EXHIBIT A

| From: | Kent, Andrew |
|---|---|
| To: | "Amy Nicole Moore" |
| Subject: | RE: Moore, et al v. Rubin (EDNY 1:17-cv-06404) |
| Date: | Monday, April 13, 2026 4:46:57 PM |
| Attachments: | image001.png |
| | LetterInRubinCase.pdf |

Dear Ms. Moore: Attached please find the letter I just filed with the Court.



**ANDREW KENT**
Member
Chiesa Shahinian & Giantomasi PC

**O** 973.530.2104
akent@csglaw.com
105 Eisenhower Parkway | Roseland,  NJ 07068

csglaw.com | LinkedIn

---

**From:** Kent, Andrew
**Sent:** Monday, April 13, 2026 11:25 AM
**To:** 'Amy Nicole Moore' <amynicolem82@gmail.com>
**Subject:** RE: Moore, et al v. Rubin (EDNY 1:17-cv-06404)

Yes.  I intend to file a letter a bit later today.  You are at liberty to file a letter if you find it appropriate.  Since I only represent my own clients, I can't provide legal advice in response to your question.



**ANDREW KENT**
Member
Chiesa Shahinian & Giantomasi PC

**O** 973.530.2104
akent@csglaw.com
105 Eisenhower Parkway | Roseland,  NJ 07068

csglaw.com | LinkedIn

---

**From:** Amy Nicole Moore <amynicolem82@gmail.com>
**Sent:** Monday, April 13, 2026 11:14 AM
**To:** Kent, Andrew <akent@csglaw.com>
**Subject:** Re: Moore, et al v. Rubin (EDNY 1:17-cv-06404)

Thank you. Will you be filing A letter to Cogan today ? Or do i need to ? Please let me know.

On Mon, Apr 13, 2026 at 8:56 AM Kent, Andrew <akent@csglaw.com> wrote:

# RE: Moore, et al v. Rubin (EDNY 1:17-cv-06404)

 * External Message *

Tracking ID – <u>870528947979</u> Fedex. Looks like Tuesday now.

Sent from my iPhone

On Apr 13, 2026, at 8:47 AM, Amy Nicole Moore <<u>amynicolem82@gmail.com</u>> wrote:

Paul or Andrew can you please send me the tracking number?

On Sat, Apr 11, 2026 at 10:12 PM Kent, Andrew <<u>akent@csglaw.com</u>> wrote:

> The 808,403.13 has been issued and should arrive Monday.
> Sent from my iPhone
>
>> On Apr 11, 2026, at 4:54 PM, Amy Nicole Moore <<u>amynicolem82@gmail.com</u>> wrote:
>>
>> * External Message *
>>
>> <IMG_9741.heic>
>>
>> On Fri, Apr 10, 2026 at 8:31 PM Amy Nicole Moore <<u>amynicolem82@gmail.com</u>> wrote:
>>
>>> Hi Andrew,
>>>
>>> Yesterday, after following up with Paul, I was told my check would be overnighted in full and delivered by Saturday, and I provided my mailing address as requested.
>>>
>>> Today, Paul directed me to contact you. You then advised, in your email and on our call, that the sureties will instead send $808,403.13 and withhold the remaining portion, with delivery now expected Monday or Tuesday.

However, the Court's April 8, 2026 Order directs disbursement of $832,500.00 to me, and there is no stay of that Order. The Order does not provide for withholding any portion of that amount.

Confirm whether the $808,403.13 check has been issued and provide the tracking number for the stated Monday or Tuesday delivery.

Amy

On Fri, Apr 10, 2026 at 5:26 PM Kent, Andrew <akent@csglaw.com> wrote:

Dear Ms. Moore:  As discussed.  The sureties will be sending you a check for $808,403.13 at the address below, which you should receive Monday or Tuesday.  As you know, Mr. Rubin has filed an objection (Doc. 535) to the "delay damages" portion of the amount awarded to the judgment creditors. As to that portion, solely, the sureties intend to await further instructions from the Court.  In the event the sureties file any correspondence with the Court regarding "delay damages", I will copy you by email.

Amy Moore
280 Tuscany Chase Dr.
Daytona Beach, FL 32117

<image001.png>

**ANDREW KENT**
Member
Chiesa Shahinian & Giantomasi PC

O 973.530.2104
akent@csglaw.com
105 Eisenhower Parkway | Roseland,  NJ 07068

csglaw.com | LinkedIn

**Please Note:** *The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Thank you.*